UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEE-ANN WALTERS, *et al.*,

    Plaintiffs,

v.

CITY OF FLINT, *et al.*,

    Defendants.

Case No. 5:17-cv-10164-JEL-MKM
Honorable Judith E. Levy
Magistrate Judge Mona K. Majzoub

_____

## APPEARANCE

TO: Clerk of the United States District Court for the Eastern District of Michigan

    PLEASE ENTER THE APPEARANCE for Michael R. Williams of the law firm of Bush Seyferth & Paige PLLC on behalf of Defendants Veolia North America, LLC, Veolia Water North America Operating Services, LLC, and Veolia North America, Inc. in the above-referenced matter.

**BUSH SEYFERTH & PAIGE PLLC**
Attorneys for Veolia North America, LLC, Veolia Water North America Operating Services, LLC, and Veolia North America, Inc.

By: /s/ Michael R. Williams
Michael R. Williams (P79827)
3001 W. Big Beaver Rd. Suite 600
Troy, MI 48084
(248) 822-7800
williams@bsplaw.com

Dated: September 12, 2017

## NOTICE OF APPEARANCE

TO:   All Counsel of Record

PLEASE TAKE NOTICE that Michael R. Williams of the law firm of Bush Seyferth & Paige PLLC has this date entered an Appearance on behalf of Defendants Veolia North America, LLC, Veolia Water North America Operating Services, LLC, and Veolia North America, Inc. in the above-referenced matter.

|  |  |
|---|---|
|  | **BUSH SEYFERTH & PAIGE PLLC**<br>Attorneys for Veolia North America, LLC, Veolia Water North America Operating Services, LLC, and Veolia North America, Inc. |
|  | By: /s/ Michael R. Williams<br>Michael R. Williams (P79827)<br>3001 W. Big Beaver Rd. Suite 600<br>Troy, MI 48084<br>(248) 822-7800 |
| Dated: September 12, 2017 | williams@bsplaw.com |

## CERTIFICATE OF SERVICE

    I hereby certify that on September 12, 2017, I electronically filed the **Appearance by Michael R. Williams** with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

                                    By: /s/ Michael R. Williams
                                            Michael R. Williams (P79827)
                                            williams@bsplaw.com