**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

*In re* Flint Water Cases     Case No. 16-cv-10444

Hon. Judith E. Levy
United States District Judge

_____/

This Order Relates To:

*Carthan v. Snyder*
Case No. 16-cv-10444

*Walters v. City of Flint*
Case No. 17-cv-10164

*Sirls v. Michigan*
Case No. 17-cv-10342

_____/

**STIPULATION REGARDING MOTION PRACTICE**

On December 21, 2018, the Court entered an Order in *Carthan v. Snyder*, No. 16-cv-10444, stating that it would "treat defendants' responses to the motion for leave to amend as addenda to their previously filed motions to dismiss," and would "then issue a single omnibus opinion adjudicating the motion for leave to amend and the motions to dismiss." *Carthan*, ECF No. 714 ("December 21 Order") at 2. That Order provided that Defendants could raise any objections to the Order, and any new arguments to motions to dismiss, by January 9, 2019, and that Class

Plaintiffs could respond by January 16, 2019. *Id.* at 3. The Court also indicated that the Parties should "take no more than **eight pages** to respond to [the] order." *Id.*

Similarly, in *Walters v. City of Flint*, No. 17-cv-10164 and *Sirls v. Michigan*, No. 17-cv-10342, the Court directed the parties to brief the Plaintiffs' motion for leave to amend "as if the Court has already granted it and the defendants are moving to dismiss." *Walters*, ECF No. 187 at 1-2.[1]

On January 4, 2019, following the Sixth Circuit's decision in *Guertin v. Michigan*, the Court held in abeyance the briefing schedules set forth in the December 21 Order, and the similar briefing schedules in *Walters* and *Sirls*, and ordered the parties to meet and confer regarding a new schedule. Jan. 4, 2019 Text-Only Order.

The Parties now propose that the Court's December 21 Order and the briefing schedule in *Walters* and *Sirls* be amended in the following ways:

For *Carthan v. Snyder*, No. 16-cv-10444:

1. By January 22, 2019, Defendants may raise objections to the December 21 Order, if any, and should include any further arguments they would add to the motions to dismiss that the Court has not yet seen. MDEQ Defendants'

---

[1] At the request of the Parties, a conference call was held to discuss motion practice in the *Walters* and *Sirls* cases on Thursday, January 3, 2019, at 1:30 pm. During this call, in clarification of its earlier order (*Walters*, ECF No. 187), the Court indicated that it has not ruled on the motion for leave to amend and will do so after reviewing all of the briefing.

collective brief may be 20 pages.[2] All other Defendants' briefs may be no more than 15 pages.

2. Class Plaintiffs may file an omnibus response to these briefs, of no more than 40 pages, by January 29, 2019.

For *Walters v. City of Flint*, No. 17-cv-10164 and *Sirls v. Michigan*, No. 17-10342:

1. By January 29, 2019, Defendants in *Walters* and *Sirls* shall file their response briefs regarding the Plaintiffs' motion for leave to amend the master complaint (and motions to dismiss the operative short-form complaints);

2. By February 26, 2019, Plaintiffs in *Walters* and *Sirls* shall file their reply briefs in support of their motion for leave to amend the master complaint (and responses to motions to dismiss the operative short-form complaints); and

3. By March 19, 2019, Defendants in *Walters* and *Sirls* shall file their surreply briefs.

The Parties in *Walters* and *Sirls* will enter separate stipulations regarding page limitations.

---

[2] MDEQ Defendants include Liane Shekter-Smith, Patrick Cook, Stephen Busch, and Michael Prysby.

3

Dated: January 11, 2019

Respectfully submitted,

/s/ Theodore J. Leopold (w/permission)
Theodore J. Leopold
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
(561) 515-1400
tleopold@cohenmilstein.com

***Interim Co-Lead Class Counsel***

/s/ Michael L. Pitt (w/permission)
Michael L. Pitt
PITT MCGEHEE PALMER & RIVERS, P.C.
117 West 4th Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
mpitt@pittlawpc.com

***Interim Co-Lead Class Counsel***

/s/ Corey M. Stern
Corey M. Stern (P80794)
LEVY KONIGSBERG, LLP
800 Third Avenue, 11th Floor
New York, NY 10022
(212) 605-6298
cstern@levylaw.com

***Co-Liaison Counsel for Individual Plaintiffs***

/s/ Margaret A. Bettenhausen (w/ permission)
Margaret A. Bettenhausen (P75046)
MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
Environment, Natural Resources, and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540
bettenhausen@michigan.gov

***Attorney for State Defendants***

/s/ Matthew T. Wise (w/ permission)
Matthew T. Wise (P76794)
FOLEY & MANSFIELD PLLP
130 E. Nine Mile Road
Ferndale, MI 48220
(248) 721-4200
mwise@foleymansfield.com

***Attorney for Defendant Jeffrey Wright***

/s/ Charles E. Barbieri (w/ permission)
Charles E. Barbieri (P31793)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
313 S. Washington Square
Lansing, MI 48933
(517) 371-8100
cbarbieri@fosterswift.com

***Attorney for Defendants Michael Prysby & Patrick Cook***

4

/s/ Hunter J. Shkolnik (w/ permission)
Hunter J. Shkolnik
NAPOLI SHKOLNIK, PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
(212) 397-1000
hunter@napolilaw.com

*Co-Liaison Counsel for Individual Plaintiffs*

/s/ John A. K. Grunert (w/ permission)
John A. K. Grunert
CAMPBELL, CONROY & O'NEIL, P.C.
One Constitution Wharf, Suite 310
Boston, MA 02129
(617) 241-3000
jgrunert@campbell-trial-lawyers.com

*Attorney for Defendants Veolia Water North America Operating Services, LLC, Veolia North America, LLC, & Veolia North America, Inc.*

/s/ Philip A. Erickson (w/ permission)
Philip A. Erickson (P37081)
PLUNKETT & COONEY
325 E. Grand River Avenue, Suite 250
East Lansing, MI 48823
perickson@plunkettcooney.com

*Attorney for Defendants Lockwood, Andrews & Newnam, Inc. & Lockwood, Andrews & Newnam, P.C.*

/s/ Philip A. Grashoff, Jr. (w/ permission)
Philip A. Grashoff, Jr. (P14279)
KOTZ SANGSTER WYSOCKI P.C.
36700 Woodward Avenue, Suite 202
Bloomfield Hills, MI 48304
(248) 646-2073
pgrashoff@kotzsangster.com

*Attorney for Defendant Stephen Busch*

/s/ Thaddeus E. Morgan (w/ permission)
Thaddeus E. Morgan
FRASER TREBILCOCK
124 W. Allegan, Suite 1000
Lansing, MI 48933
(517) 482-5800
tmorgan@fraserlawfirm.com

*Attorney for Defendant Liane Shekter-Smith*

/s/ Christopher B. Clare (w/ permission)
Christopher B. Clare
CLARK HILL PLC
212 E. Grand River Ave.
Lansing, MI 48906
(517) 318-3043

*Attorney for Defendants Daniel Wyant & Bradley Wurfel*

5

*/s/ Craig S. Thompson (w/ permission)*
Craig S. Thompson (P48839)
SULLIVAN, WARD, ASHER &
PATTON, P.C.
25800 Northwestern Highway
Southfield, MI 48075
(248) 746-0700
cthompson@swappc.com

*Attorney for Defendant Rowe Professional Services Company*

*/s/ Sheldon H. Klein (w/ permission)*
Sheldon H. Klein (P41062)
Frederick A. Berg, Jr. (P38002)
BUTZEL LONG, P.C.
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
klein@butzel.com
bergf@butzel.com

*Attorney for Defendant City of Flint*

*/s/ Brett T. Meyer (w/ permission)*
Brett T. Meyer (P75711)
O'NEILL, WALLACE & DOYLE, P.C.
300 St. Andrews Road, Suite 302
Saginaw, MI 48605
(989) 790-0960
bmeyer@owdpc.com

*Attorney for Defendant Michael Glasgow*

*/s/ William Y. Kim (w/ permission)*
William Y. Kim (P76411)
CITY OF FLINT, DEPARTMENT OF LAW
1101 S. Saginaw, 3rd Floor
Flint, MI 48502
(810) 766-7146
wkim@cityofflint.com

*Attorney for Defendants City of Flint & Dayne Walling*

*/s/ Barry A. Wolf (w/ permission)*
Barry A. Wolf (P40709)
LAW OFFICE OF BARRY A. WOLF PLLC
503 S. Saginaw Street, Suite 1410
Flint, MI 48502
(810) 762-1084
bwolf718@msn.com

*Attorney for Defendant Gerald Ambrose*

*/s/ David Meyers (w/ permission)*
David Meyers (P69034)
LAW OFFICE OF EDWAR A. ZEINEH
2800 E. River Avenue, Suite B
Lansing, MI 48912
(517) 292-7000
davidmeyerslaw@gmail.com

*Attorney for Defendant Daugherty Johnson*

6

<div style="display: flex;">

<div>

*/s/ Todd Perkins (w/ permission)*
Todd Perkins (P55623)
PERKINS LAW GROUP
615 W. Griswold, Suite 400
Detroit, MI 48226
(313) 964-1702
tperkins@perkinslawgroup.net

*Attorney for Defendant Darnell Earley*

</div>

<div>

*/s/ Alexander S. Rusek (w/ permission)*
Alexander S. Rusek (P77581)
WHITE LAW PLLC
2549 Jolly Road, Suite 340
Okemos, MI 48864
(517) 316-1195
alexrusek@whitelawpllc.com

*Attorney for Defendant Howard Croft*

</div>

</div>

7