# EXHIBIT A

| | |
|---|---|
| Message | |
| From: | Muchmore, Dennis (GOV) [/O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MUCHMORED] |
| Sent: | 4/4/2013 10:07:06 PM |
| To: | Snyder, Rick (GOV) |
| CC: | Scott, Allison (GOV) [/O=MIGOV/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Scotta12] |
| Subject: | RE: Just a head's up |

They have been notified per the plan and have until Andy returns next week to present their counter proposal. The concept is executed. Sorry for the confusion but they haven't followed up with Flint and I thought you should know we were moving to the next step at the end of the ten days. I was indicating that we were expecting to move forward in case you had further reservations and wanted us to delay further.

**From:** Snyder, Rick (GOV)
**Sent:** Thursday, April 04, 2013 5:14 PM
**To:** Muchmore, Dennis (GOV)
**Cc:** Scott, Allison (GOV)
**Subject:** Re: Just a head's up

Before I left, I thought all of us agreed that someone would let DWSD know that they were going to lose a key customer and that they would have 10 days to present a serious counter. What happened to this concept?

Thanks

Rick

Sent from my iPad

On Apr 4, 2013, at 9:43 AM, "Muchmore, Dennis (GOV)" <muchmored@michigan.gov> wrote:

As you know, the Flint people have requested Dillon's ok to break away from the DWSD. Andy has reviewed the proposed action, had it analyzed by Treasury and Dan Wyant and DEQ, and they all agree that Flint is correct. I have no way of determining whether this is the right action except to depend on the two departments charged with this responsibility, so I recommend that we support their determination and let the chips fall where they may. This will happen early next week, so we need to have you made aware and develop a message of support if that is what you want to do.

We'll need to make sure that Orr knows about this as soon as possible so he can take it into his calculations. It would certainly diminish the DWSD base, and probably spin off a series of political questions for others still involved in the Detroit system. But, I don't see how you can support Detroit to the detriment of the rest of the state. You've done a lot for the city, but you also need to have a strong support for outstate for 2014.

Sorry to bug you on your vacation, but the two emails today couldn't be avoided. I was trying to think of a way to make it up to you, so here goes: GO BLUE! (That was really tough to say...).

Dennis C. Muchmore

Chief of Staff

Governor Rick Snyder, Michigan

517-241-5601