# EXHIBIT B

**CITY OF FLINT WTP MEETING**
**5/22/13**

**MEETING NOTES**

- Flint has already discussed concept of using Flint River temporarily until KWA is online with MDEQ. MDEQ (Prysby and Steve Bush) are OK with it.
- MDEQ has not said anything about backup storage requirements. Brent assumes finish water storage and/or Detroit connection are adequate.
- Flint wants to be running WTP off Flint River by July.
- Flint estimates they could save up to $10 million by running off Flint River for ~2 years until KWA system is online vs. purchasing from Detroit.
- Brent thinks Flint and GCDC-WWS will still have agreement to supplement one another if either needs emergency supply in the future when both treatment plants are completed.
- Brent believes LAN has the most knowledge of the Flint WTP and is most qualified to design improvements to: 1) prepare the plant for full time, interim operation using Flint River and 2) prepare the plant for full time, permanent operation using Lake Huron supply from KWA.
- Wants Professional Services Contract with scope and fees to complete work as roughly described in the bullet above. He needs it by next week.
- Brent sent a standard City of Flint Professional Services agreement to Warren already.
- LAN needs to consider how to address City income tax.
- GCDC-WWS is going to buy the raw water transmission main that conveys DWSD water owned by the City of Flint from Flint.
- The average daily demand for Flint now is about 11 MGD.
- Last year, the combined (GCDC and Flint) max day was about 40 MGD.
- The WTP is rated for 36 MGD. Brent questioned whether a 36" feed to the Flint WTP is adequate to meet the rated flow of the plant.
- Flint has 20 MG of on site storage at the WTP that is set up to be fed from the DWSD supply only. Modifications would be needed to feed from another source other than the Detroit supply.
- Howard Croft is the Director and Duffy Johnson is the Deputy Director.
- Brent has discussed hiring LAN with Bryan Biondo, but not Derrick Jones yet.
- Duffy and Howard have indicated to Brent that he should hire the design firm he thinks is most appropriate.