UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Walters, et al.,

        Plaintiff(s),

v.

City of Flint, et al.,

        Defendant(s).
_____/

Case No. 5:17-cv-10164-JEL-MKM

Judge Judith E. Levy

Magistrate Judge Mona K. Majzoub

### STATEMENT OF DISCLOSURE
### OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __ROWE PROFESSIONAL SERVICES COMPANY__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐     No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐     No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: September 4, 2019

/s/ Craig S. Thompson

P48839
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Highway
Suite 1000
Southfield, MI 48075
248.746.0700
cthompson@swappc.com