UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* FLINT WATER CASES ) | Case No. 5:17-cv-10444-JEL-MKM |
| _____ ) | |
| *LeeAnn Walters et al.* ) | |
| ) | |
| Plaintiffs ) | Case No. 5:17-cv-10164-JRL-MKM |
| ) | |
| vs. ) | |
| ) | |
| Governor Richard Snyder et al., ) | |
| ) | |
| Defendants ) | |
| _____ | |

## NOTICE OF APPEARANCE

Please enter my appearance pursuant to L.R. 83.25 as additional counsel of record for the defendants Veolia North America, LLC., Veolia North America, Inc. and Veolia Water North America Operating Services, LLC.

>Andreas S. Ringstad
>Campbell Conroy & O'Neil, P.C.
>1205 Westlakes Drive, Suite 330
>Berwyn, PA 19312
>(610) 964-1900
>aringstad@campbell-trial-lawyers.com

Attorneys Cheryl Bush and Michael Williams of the firm Bush Seyferth & Paige, PLLC, James M. Campbell and Alaina N. Devine of my firm will continue as co-counsel for Veolia North America, LLC, Veolia North America, Inc. and

Veolia Water North America Operating Services, LLC.

/s/ Andreas S. Ringstad
Campbell Conroy & O'Neil, P.C.
1205 Westlakes Drive, Suite 330
Berwyn, PA 19312
(610) 964-1900
aringstad@campbell-trial-lawyers.com

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2019, I electronically filed the foregoing document with the Clerk of Court by using the ECF System, which will send notification to the ECF counsel of record.

/s/ Andreas S. Ringstad
Andreas S. Ringstad