UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lee–Anne Walters, et al.,

                                  Plaintiff(s),

v.                                          Case No. 5:17–cv–10164–JEL–MKM
                                          Hon. Judith E. Levy

Receivership Transition
Advisory Board, et al.,

                                  Defendant(s),

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Veolia North America, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☑     No ☐

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:  Veolia Environnement S.A.
    Relationship with Named Party:  Parent

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☑     No ☐

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:  See attached
    Nature of Financial Interest:

Date:  November 25, 2019                         /s/ Alaina N. Devine

                                                                             Campbell Conroy & O'Neil, P.C.
                                                                             One Constitution Wharf
                                                                              Suite 310
                                                                              Boston, MA 02129
                                                                             (617) 241-3000
                                                                             adevine@campbell-trial-lawyers.com

Parent Corporate/Affiliate Name:  Great American Insurance Group, AXA SA, XL Group Ltd., Talanx AG, Zurich Insurance Group AG, American International Group, Inc., Munich Re Group

Nature of Financial Interest:   Excess insurer, primary insurer of indirect parent, and excess insurers of parent, respectively.