UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lee–Anne Walters, et al.,

                Plaintiff(s),

v.

Receivership Transition
Advisory Board, et al.,

                Defendant(s),

Case No. 5:17–cv–10164–JEL–MKM
Hon. Judith E. Levy

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,   Veolia North America, LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑     No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Veolia Environnement S.A.
   Relationship with Named Party: Parent

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☑     No ☐

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: See attached
   Nature of Financial Interest:

Date: November 25, 2019

/s/ Alaina N. Devine

Campbell Conroy & O'Neil, P.C.
One Constitution Wharf
Suite 310
Boston, MA 02129
(617) 241-3000
adevine@campbell-trial-lawyers.com

Parent Corporate/Affiliate Name:  Great American Insurance Group, AXA SA, XL Group Ltd., Talanx AG, Zurich Insurance Group AG, American International Group, Inc., Munich Re Group

Nature of Financial Interest:   Excess insurer, primary insurer of indirect parent, and excess insurers of parent, respectively.