UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lee–Anne Walters, et al.,

                    Plaintiff(s),

v.                                        Case No. 5:17–cv–10164–JEL–MKM
                                                Hon. Judith E. Levy

Receivership Transition
Advisory Board, et al.,

                    Defendant(s),

## NOTICE TO APPEAR

    You are hereby notified to appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  March 11, 2020 at 02:00 PM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/W. Barkholz
                                                    Case Manager

Dated:  January 25, 2020