# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING FILINGS IN THE BELLWETHER CASES

The Court orders that all pre-trial motions and other filings related to the bellwether cases be consolidated and filed on the docket in *Walters v. Flint*, No. 17-cv-10164. This Order applies to all items included on the Amended Bellwether Schedule (ECF No. 1723) and the Fifth Amended Case Management Order (ECF No. 1255), to the extent related to the bellwether cases.

IT IS SO ORDERED.

Dated: May 11, 2021       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 11, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
