**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-MKM |
| | Hon. Judith E. Levy |
| This Document Relates To: | |
| *Gaddy et al. v. Flint et al.* | Case No. 5:17-cv-11166-JEL-MKM |
| *Meeks et al. v. Flint et al.* | Case No. 5:17-cv-11165-JEL-MKM |

_____

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---:|---|
| 1 | Redacted version of VNA's motion for summary judgment against bellwether plaintiffs E.S., A.T., R.V., and D.W. |
| 2 | Unredacted version of VNA's motion for summary judgment against bellwether plaintiffs E.S., A.T., R.V., and D.W. |
| 3 | Redacted version of VNA's motion to exclude the testimony and reports of William G. Bithoney, Ph.D. |
| 4 | Unredacted version of VNA's motion to exclude the testimony and reports of William G. Bithoney, Ph.D. |
| 5 | Redacted version of VNA's motion to exclude the testimony and reports of Gary M. Crakes, Ph.D. |
| 6 | Unredacted version of VNA's motion to exclude the testimony and reports of Gary M. Crakes, Ph.D. |
| 7 | Redacted version of VNA's motion to exclude the testimony and report of Joseph Graziano, Ph.D. |
| 8 | Unredacted version of VNA's motion to exclude the testimony and report of Joseph Graziano, Ph.D. |
| 9 | Redacted version of VNA's motion to exclude the testimony and reports of Mira Krishnan, Ph.D. |
| 10 | Unredacted version of VNA's motion to exclude the testimony and reports of Mira Krishnan, Ph.D. |
| 11 | Redacted version of VNA's motion to exclude the testimony and report of Robert A. Michaels, Ph.D., CEP |

| Exhibit | Description |
|---|---|
| 12 | Unredacted version of VNA's motion to exclude the testimony and report of Robert A. Michaels, Ph.D., CEP |
| 13 | Redacted version of VNA's motion to exclude the testimony and report of Aaron Specht, Ph.D. |
| 14 | Unredacted version of VNA's motion to exclude the testimony and report of Aaron Specht, Ph.D. |
| 15 | Redacted version of Exhibit 4 to VNA's motion for summary judgment and Exhibit 7 to VNA's motion to exclude Dr. Bithoney: Plaintiff Fact Sheet (R.V.) |
| 16 | Unredacted version of Exhibit 4 to VNA's motion for summary judgment and Exhibit 7 to VNA's motion to exclude Dr. Bithoney: Plaintiff Fact Sheet (R.V.) |
| 17 | Redacted version of Exhibit 5 to VNA's motion for summary judgment: Excerpts of the deposition of R.V.'s mother |
| 18 | Unredacted version of Exhibit 5 to VNA's motion for summary judgment: Excerpts of the deposition of R.V.'s mother |
| 19 | Redacted version of Exhibit 6 to VNA's motion for summary judgment; Exhibit 8 to VNA's motion to exclude Dr. Bithoney; Exhibit 4 to VNA's motion to exclude Dr. Graziano; Exhibit 4 to VNA's motion to exclude Dr. Michaels; and Exhibit 6 to VNA's motion to exclude Dr. Specht: Expert Report of Dr. Brent Finley |
| 20 | Unredacted version of Exhibit 6 to VNA's motion for summary judgment; Exhibit 8 to VNA's motion to exclude Dr. Bithoney; Exhibit 4 to VNA's motion to exclude Dr. Graziano; Exhibit 4 to VNA's motion to exclude Dr. Michaels; and Exhibit 6 to VNA's motion to exclude Dr. Specht: Expert Report of Dr. Brent Finley |
| 21 | Redacted version of Exhibit 7 to VNA's motion for summary judgment: Plaintiff Fact Sheet (D.W.) |
| 22 | Unredacted version of Exhibit 7 to VNA's motion for summary judgment: Plaintiff Fact Sheet (D.W.) |
| 23 | Redacted version of Exhibit 8 to VNA's motion for summary judgment: Excerpts of the deposition of D.W.'s mother |
| 24 | Unredacted version of Exhibit 8 to VNA's motion for summary judgment: Excerpts of the deposition of D.W.'s mother |
| 25 | Redacted version of Exhibit 9 to VNA's motion for summary judgment and Exhibit 6 to VNA's motion to exclude Dr. Bithoney: Plaintiff Fact Sheet (E.S.) |

| Exhibit | Description |
|---|---|
| 26 | Unredacted version of Exhibit 9 to VNA's motion for summary judgment and Exhibit 6 to VNA's motion to exclude Dr. Bithoney: Plaintiff Fact Sheet (E.S.) |
| 27 | Redacted version of Exhibit 10 to VNA's motion for summary judgment: Excerpts of the deposition of E.S.'s mother |
| 28 | Unredacted version of Exhibit 10 to VNA's motion for summary judgment: Excerpts of the deposition of E.S.'s mother |
| 29 | Redacted version of Exhibit 11 to VNA's motion for summary judgment and Exhibit 2 to VNA's motion to exclude Dr. Michaels: Expert Report of Dr. Robert A. Michaels |
| 30 | Unredacted version of Exhibit 11 to VNA's motion for summary judgment and Exhibit 2 to VNA's motion to exclude Dr. Michaels: Expert Report of Dr. Robert A. Michaels |
| 31 | Redacted version of Exhibit 12 to VNA's motion for summary judgment: Excerpts of the deposition of Dr. William G. Bithoney |
| 32 | Unredacted version of Exhibit 12 to VNA's motion for summary judgment: Excerpts of the deposition of Dr. William G. Bithoney |
| 33 | Redacted version of Exhibit 13 to VNA's motion for summary judgment; Exhibit 2 to VNA's motion to exclude Dr. Bithoney; and Exhibit 9 to VNA's motion to exclude Dr. Michaels: Expert Report (E.S.) of Dr. William G. Bithoney |
| 34 | Unredacted version of Exhibit 13 to VNA's motion for summary judgment; Exhibit 2 to VNA's motion to exclude Dr. Bithoney; and Exhibit 9 to VNA's motion to exclude Dr. Michaels: Expert Report (E.S.) of Dr. William G. Bithoney |
| 35 | Redacted version of Exhibit 14 to VNA's motion for summary judgment; Exhibit 4 to VNA's motion to exclude Dr. Bithoney; and Exhibit 10 to VNA's motion to exclude Dr. Michaels: Expert Report (R.V.) of Dr. William G. Bithoney |
| 36 | Unredacted version of Exhibit 14 to VNA's motion for summary judgment; Exhibit 4 to VNA's motion to exclude Dr. Bithoney; and Exhibit 10 to VNA's motion to exclude Dr. Michaels: Expert Report (R.V.) of Dr. William G. Bithoney |
| 37 | Redacted version of Exhibit 15 to VNA's motion for summary judgment; Exhibit 5 to VNA's motion to exclude Dr. Bithoney; and Exhibit 11 to VNA's motion to exclude Dr. Michaels: Expert Report (D.W.) of Dr. William G. Bithoney |

| Exhibit | Description |
|---|---|
| 38 | Unredacted version of Exhibit 15 to VNA's motion for summary judgment; Exhibit 5 to VNA's motion to exclude Dr. Bithoney; and Exhibit 11 to VNA's motion to exclude Dr. Michaels: Expert Report (D.W.) of Dr. William G. Bithoney |
| 39 | Redacted version of Exhibit 16 to VNA's motion for summary judgment and Exhibit 15 to VNA's motion to exclude Dr. Michaels: Expert Report (E.S.) of Dr. John Gaitanis |
| 40 | Unredacted version of Exhibit 16 to VNA's motion for summary judgment and Exhibit 15 to VNA's motion to exclude Dr. Michaels: Expert Report (E.S.) of Dr. John Gaitanis |
| 41 | Redacted version of Exhibit 17 to VNA's motion for summary judgment and Exhibit 16 to VNA's motion to exclude Dr. Michaels: Expert Report (R.V.) of Dr. John Gaitanis |
| 42 | Unredacted version of Exhibit 17 to VNA's motion for summary judgment and Exhibit 16 to VNA's motion to exclude Dr. Michaels: Expert Report (R.V.) of Dr. John Gaitanis |
| 43 | Redacted version of Exhibit 18 to VNA's motion for summary judgment and Exhibit 17 to VNA's motion to exclude Dr. Michaels: Expert Report (D.W.) of Dr. John Gaitanis |
| 44 | Unredacted version of Exhibit 18 to VNA's motion for summary judgment and Exhibit 17 to VNA's motion to exclude Dr. Michaels: Expert Report (D.W.) of Dr. John Gaitanis |
| 45 | Redacted version of Exhibit 19 to VNA's motion for summary judgment: Excerpts of the deposition of Dr. Robert A. Michaels |
| 46 | Unredacted version of Exhibit 19 to VNA's motion for summary judgment: Excerpts of the deposition of Dr. Robert A. Michaels |
| 47 | Redacted version of Exhibit 20 to VNA's motion for summary judgment: Excerpts of the deposition of Dr. Joseph Graziano |
| 48 | Unredacted version of Exhibit 20 to VNA's motion for summary judgment: Excerpts of the deposition of Dr. Joseph Graziano |
| 49 | Redacted version of Exhibit 34 to VNA's motion for summary judgment: Excerpts of the deposition of A.T.'s mother |
| 50 | Unredacted version of Exhibit 34 to VNA's motion for summary judgment: Excerpts of the deposition of A.T.'s mother |
| 51 | Redacted version of Exhibit 55 to VNA's motion for summary judgment and Exhibit 2 to VNA's motion to exclude Humann: Expert Report of Richard Humann |

| Exhibit | Description |
|---|---|
| 52 | Unredacted version of Exhibit 55 to VNA's motion for summary judgment and Exhibit 2 to VNA's motion to exclude Humann: Expert Report of Richard Humann |
| 53 | Redacted version of Exhibit 57 to VNA's motion for summary judgment: Expert Report of Stephen Hubbs |
| 54 | Unredacted version of Exhibit 57 to VNA's motion for summary judgment: Expert Report of Stephen Hubbs |
| 55 | Redacted version of Exhibit 59 to VNA's motion for summary judgment: Excerpts of the deposition of Richard Humann |
| 56 | Unredacted version of Exhibit 59 to VNA's motion for summary judgment: Excerpts of the deposition of Richard Humann |
| 57 | Redacted version of Exhibit 63 to VNA's motion for summary judgment: Excerpts of the transcript of the investigative subpoena of B.W. |
| 58 | Unredacted version of Exhibit 63 to VNA's motion for summary judgment: Excerpts of the transcript of the investigative subpoena of B.W. |
| 59 | Redacted version of Exhibit 72 to VNA's motion for summary judgment and Exhibit 2 to VNA's motion to exclude Dr. Hoaglund: Expert Report of Dr. John Hoaglund |
| 60 | Unredacted version of Exhibit 72 to VNA's motion for summary judgment and Exhibit 2 to VNA's motion to exclude Dr. Hoaglund: Expert Report of Dr. John Hoaglund |
| 61 | Redacted version of Exhibit 76 to VNA's motion for summary judgment and Exhibit 11 to VNA's motion to exclude Dr. Bithoney: Expert Report of Dr. David J. Duquette |
| 62 | Unredacted version of Exhibit 76 to VNA's motion for summary judgment and Exhibit 11 to VNA's motion to exclude Dr. Bithoney: Expert Report of Dr. David J. Duquette |
| 63 | Redacted version of Exhibit 78 to VNA's motion for summary judgment and Exhibit 2 to VNA's motion to exclude Dr. Graziano: Expert Report of Dr. Joseph Graziano |
| 64 | Unredacted version of Exhibit 78 to VNA's motion for summary judgment and Exhibit 2 to VNA's motion to exclude Dr. Graziano: Expert Report of Dr. Joseph Graziano |
| 65 | Redacted version of Exhibit 79 to VNA's motion for summary judgment; Exhibit 7 to VNA's motion to exclude Dr. Graziano; and |

| Exhibit | Description |
|---|---|
|  | Exhibit 35 to VNA's motion to exclude Dr. Michaels: Expert Report of Dr. Stacey M. Benson |
| 66 | Unredacted version of Exhibit 79 to VNA's motion for summary judgment; Exhibit 7 to VNA's motion to exclude Dr. Graziano; and Exhibit 35 to VNA's motion to exclude Dr. Michaels: Expert Report of Dr. Stacey M. Benson |
| 67 | Redacted version of Exhibit 80 to VNA's motion for summary judgment and Exhibit 3 to VNA's motion to exclude Dr. Bithoney: Expert Report (A.T.) of Dr. William G. Bithoney |
| 68 | Unredacted version of Exhibit 80 to VNA's motion for summary judgment and Exhibit 3 to VNA's motion to exclude Dr. Bithoney: Expert Report (A.T.) of Dr. William G. Bithoney |
| 69 | Redacted version of Exhibit 81 to VNA's motion for summary judgment: Plaintiff Fact Sheet (A.T.) |
| 70 | Unredacted version of Exhibit 81 to VNA's motion for summary judgment: Plaintiff Fact Sheet (A.T.) |
| 71 | Redacted version of Exhibit 82 to VNA's motion for summary judgment; Exhibit 31 to VNA's motion to exclude Dr. Bithoney; and Exhibit 18 to VNA's motion to exclude Dr. Michaels: Excerpt of the declaration of Clyde Edwards |
| 72 | Unredacted version of Exhibit 82 to VNA's motion for summary judgment; Exhibit 31 to VNA's motion to exclude Dr. Bithoney; and Exhibit 18 to VNA's motion to exclude Dr. Michaels: Excerpt of the declaration of Clyde Edwards |
| 73 | Redacted version of Exhibit 83 to VNA's motion for summary judgment; Exhibit 30 to VNA's motion to exclude Dr. Bithoney; and Exhibit 19 to VNA's motion to exclude Dr. Michaels: Excerpt of the declaration of Tammy Phaneuf |
| 74 | Unredacted version of Exhibit 83 to VNA's motion for summary judgment; Exhibit 30 to VNA's motion to exclude Dr. Bithoney; and Exhibit 19 to VNA's motion to exclude Dr. Michaels: Excerpt of the declaration of Tammy Phaneuf |
| 75 | Redacted version of Exhibit 84 to VNA's motion for summary judgment: Expert Report of Dr. Graham Gagnon |
| 76 | Unredacted version of Exhibit 84 to VNA's motion for summary judgment: Expert Report of Dr. Graham Gagnon |
| 77 | Redacted version of Exhibit 85 to VNA's motion for summary judgment: E.S. Blood Lead Test Result (Feb. 16, 2016) |

| Exhibit | Description |
|---|---|
| 78 | Unredacted version of Exhibit 85 to VNA's motion for summary judgment:  E.S. Blood Lead Test Result (Feb. 16, 2016) |
| 79 | Redacted version of Exhibit 86 to VNA's motion for summary judgment:  A.T. Blood Lead Test Result (Jan. 12, 2016) |
| 80 | Unredacted version of Exhibit 86 to VNA's motion for summary judgment:  A.T. Blood Lead Test Result (Jan. 12, 2016) |
| 81 | Redacted version of Exhibit 87 to VNA's motion for summary judgment:  R.V. Blood Lead Test Result (Nov. 3, 2014) |
| 82 | Unredacted version of Exhibit 87 to VNA's motion for summary judgment:  R.V. Blood Lead Test Result (Nov. 3, 2014) |
| 83 | Redacted version of Exhibit 88 to VNA's motion for summary judgment:  R.V. Blood Lead Test Result (Sept. 2, 2015) |
| 84 | Unredacted version of Exhibit 88 to VNA's motion for summary judgment:  R.V. Blood Lead Test Result (Sept. 2, 2015) |
| 85 | Redacted version of Exhibit 89 to VNA's motion for summary judgment:  R.V. Blood Lead Test Result (Jan. 14, 2016) |
| 86 | Unredacted version of Exhibit 89 to VNA's motion for summary judgment:  R.V. Blood Lead Test Result (Jan. 14, 2016) |
| 87 | Redacted version of Exhibit 90 to VNA's motion for summary judgment and Exhibit 19 to VNA's motion to exclude Dr. Specht: D.W. Blood Lead Test Result (Sept. 25, 2009) |
| 88 | Unredacted version of Exhibit 90 to VNA's motion for summary judgment and Exhibit 19 to VNA's motion to exclude Dr. Specht: D.W. Blood Lead Test Result (Sept. 25, 2009) |
| 89 | Redacted version of Exhibit 91 to VNA's motion for summary judgment:  D.W. Blood Lead Test Result (Mar. 24, 2016) |
| 90 | Unredacted version of Exhibit 91 to VNA's motion for summary judgment:  D.W. Blood Lead Test Result (Mar. 24, 2016) |
| 91 | Redacted version of Exhibit 92 to VNA's motion for summary judgment:  D.W. Blood Lead Test Result (Mar. 28, 2016) |
| 92 | Unredacted version of Exhibit 92 to VNA's motion for summary judgment:  D.W. Blood Lead Test Result (Mar. 28, 2016) |
| 93 | Redacted version of Exhibit 93 to VNA's motion for summary judgment:  D.W. Blood Lead Test Result (July 15, 2016) |
| 94 | Unredacted version of Exhibit 93 to VNA's motion for summary judgment:  D.W. Blood Lead Test Result (July 15, 2016) |
| 95 | Redacted version of Exhibit 94 to VNA's motion for summary judgment; Exhibit 10 to VNA's motion to exclude Dr. Bithoney; |

| Exhibit | Description |
|---|---|
|  | and Exhibit 4 to VNA's motion to exclude Dr. Specht: Expert Report of Dr. Aaron Specht |
| 96 | Unredacted version of Exhibit 94 to VNA's motion for summary judgment; Exhibit 10 to VNA's motion to exclude Dr. Bithoney; and Exhibit 4 to VNA's motion to exclude Dr. Specht: Expert Report of Dr. Aaron Specht |
| 97 | Redacted version of Exhibit 95 to VNA's motion for summary judgment and Exhibit 16 to VNA's motion to exclude Dr. Specht: Bone Lead Report (E.S.) |
| 98 | Unredacted version of Exhibit 95 to VNA's motion for summary judgment and Exhibit 16 to VNA's motion to exclude Dr. Specht: Bone Lead Report (E.S.) |
| 99 | Redacted version of Exhibit 96 to VNA's motion for summary judgment: Bone Lead Report (A.T.) |
| 100 | Unredacted version of Exhibit 96 to VNA's motion for summary judgment: Bone Lead Report (A.T.) |
| 101 | Redacted version of Exhibit 97 to VNA's motion for summary judgment: Bone Lead Report (R.V.) |
| 102 | Unredacted version of Exhibit 97 to VNA's motion for summary judgment: Bone Lead Report (R.V.) |
| 103 | Redacted version of Exhibit 98 to VNA's motion for summary judgment: Bone Lead Report (D.W.) |
| 104 | Unredacted version of Exhibit 98 to VNA's motion for summary judgment: Bone Lead Report (D.W.) |
| 105 | Redacted version of Exhibit 99 to VNA's motion for summary judgment: Excerpts of the deposition of Dr. Aaron Specht |
| 106 | Unredacted version of Exhibit 99 to VNA's motion for summary judgment: Excerpts of the deposition of Dr. Aaron Specht |
| 107 | Redacted version of Exhibit 100 to VNA's motion for summary judgment: Expert Report (A.T.) of Dr. John Gaitanis |
| 108 | Unredacted version of Exhibit 100 to VNA's motion for summary judgment: Expert Report (A.T.) of Dr. John Gaitanis |
| 109 | Redacted version of Exhibit 101 to VNA's motion for summary judgment; Exhibit 6 to VNA's motion to exclude Dr. Crakes; Exhibit 13 to VNA's motion to exclude Dr. Graziano; Exhibit 3 to VNA's motion to exclude Dr. Krishnan; and Exhibit 12 to VNA's motion to exclude Dr. Michaels: Expert Report (E.S.) of Dr. Mira Krishnan |

| Exhibit | Description |
|---|---|
| 110 | Unredacted version of Exhibit 101 to VNA's motion for summary judgment; Exhibit 6 to VNA's motion to exclude Dr. Crakes; Exhibit 13 to VNA's motion to exclude Dr. Graziano; Exhibit 3 to VNA's motion to exclude Dr. Krishnan; and Exhibit 12 to VNA's motion to exclude Dr. Michaels: Expert Report (E.S.) of Dr. Mira Krishnan |
| 111 | Redacted version of Exhibit 102 to VNA's motion for summary judgment; Exhibit 28 to VNA's motion to exclude Dr. Bithoney; Exhibit 7 to VNA's motion to exclude Dr. Crakes; Exhibit 12 to VNA's motion to exclude Dr. Graziano; Exhibit 2 to VNA's motion to exclude Dr. Krishnan; and Exhibit 36 to VNA's motion to exclude Dr. Michaels: Expert Report (A.T.) of Dr. Mira Krishnan |
| 112 | Unredacted version of Exhibit 102 to VNA's motion for summary judgment; Exhibit 28 to VNA's motion to exclude Dr. Bithoney; Exhibit 7 to VNA's motion to exclude Dr. Crakes; Exhibit 12 to VNA's motion to exclude Dr. Graziano; Exhibit 2 to VNA's motion to exclude Dr. Krishnan; and Exhibit 36 to VNA's motion to exclude Dr. Michaels: Expert Report (A.T.) of Dr. Mira Krishnan |
| 113 | Redacted version of Exhibit 103 to VNA's motion for summary judgment; Exhibit 8 to VNA's motion to exclude Dr. Crakes; Exhibit 15 to VNA's motion to exclude Dr. Graziano; Exhibit 5 to VNA's motion to exclude Dr. Krishnan; and Exhibit 13 to VNA's motion to exclude Dr. Michaels: Expert Report (R.V.) of Dr. Mira Krishnan |
| 114 | Unredacted version of Exhibit 103 to VNA's motion for summary judgment; Exhibit 8 to VNA's motion to exclude Dr. Crakes; Exhibit 15 to VNA's motion to exclude Dr. Graziano; Exhibit 5 to VNA's motion to exclude Dr. Krishnan; and Exhibit 13 to VNA's motion to exclude Dr. Michaels: Expert Report (R.V.) of Dr. Mira Krishnan |
| 115 | Redacted version of Exhibit 104 to VNA's motion for summary judgment; Exhibit 9 to VNA's motion to exclude Dr. Crakes; Exhibit 14 to VNA's motion to exclude Dr. Graziano; Exhibit 4 to VNA's motion to exclude Dr. Krishnan; and Exhibit 14 to VNA's motion to exclude Dr. Michaels: Expert Report (D.W.) of Dr. Mira Krishnan |

| Exhibit | Description |
|---|---|
| 116 | Unredacted version of Exhibit 104 to VNA's motion for summary judgment; Exhibit 9 to VNA's motion to exclude Dr. Crakes; Exhibit 14 to VNA's motion to exclude Dr. Graziano; Exhibit 4 to VNA's motion to exclude Dr. Krishnan; and Exhibit 14 to VNA's motion to exclude Dr. Michaels:  Expert Report (D.W.) of Dr. Mira Krishnan |
| 117 | Redacted version of Exhibit 106 to VNA's motion for summary judgment; Exhibit 9 to VNA's motion to exclude Dr. Bithoney; Exhibit 8 to VNA's motion to exclude Dr. Graziano; and Exhibit 32 to VNA's motion to exclude Dr. Michaels:  Expert Report of Dr. Douglas L. Weed |
| 118 | Unredacted version of Exhibit 106 to VNA's motion for summary judgment; Exhibit 9 to VNA's motion to exclude Dr. Bithoney; Exhibit 8 to VNA's motion to exclude Dr. Graziano; and Exhibit 32 to VNA's motion to exclude Dr. Michaels:  Expert Report of Dr. Douglas L. Weed |
| 119 | Redacted version of Exhibit 13 to VNA's motion to exclude Dr. Bithoney:  Excerpts of the deposition of Dr. William G. Bithoney |
| 120 | Unredacted version of Exhibit 13 to VNA's motion to exclude Dr. Bithoney:  Excerpts of the deposition of Dr. William G. Bithoney |
| 121 | Redacted version of Exhibit 14 to VNA's motion to exclude Dr. Bithoney:  Excerpts of the deposition of Dr. Aaron Specht |
| 122 | Unredacted version of Exhibit 14 to VNA's motion to exclude Dr. Bithoney:  Excerpts of the deposition of Dr. Aaron Specht |
| 123 | Redacted version of Exhibit 15 to VNA's motion to exclude Dr. Bithoney:  Excerpts of the deposition of E.S.'s mother |
| 124 | Unredacted version of Exhibit 15 to VNA's motion to exclude Dr. Bithoney:  Excerpts of the deposition of E.S.'s mother |
| 125 | Redacted version of Exhibit 29 to VNA's motion to exclude Dr. Bithoney:  Excerpts of the deposition of Dr. Mira Krishnan |
| 126 | Unredacted version of Exhibit 29 to VNA's motion to exclude Dr. Bithoney:  Excerpts of the deposition of Dr. Mira Krishnan |
| 127 | Redacted version of Exhibit 32 to VNA's motion to exclude Dr. Bithoney:  Excerpts of the deposition of D.W.'s mother |
| 128 | Unredacted version of Exhibit 32 to VNA's motion to exclude Dr. Bithoney:  Excerpts of the deposition of D.W.'s mother |
| 129 | Redacted version of Exhibit 33 to VNA's motion to exclude Dr. Bithoney:  Excerpts of the deposition of A.T.'s mother |

| Exhibit | Description |
|---:|---|
| 130 | Unredacted version of Exhibit 33 to VNA's motion to exclude Dr. Bithoney:  Excerpts of the deposition of A.T.'s mother |
| 131 | Redacted version of Exhibit 34 to VNA's motion to exclude Dr. Bithoney:  Excerpts of the deposition of Dr. Joseph Graziano |
| 132 | Unredacted version of Exhibit 34 to VNA's motion to exclude Dr. Bithoney:  Excerpts of the deposition of Dr. Joseph Graziano |
| 133 | Redacted version of Exhibit 2 to VNA's motion to exclude Dr. Crakes:  Expert Report (E.S.) of Dr. Gary M. Crakes |
| 134 | Unredacted version of Exhibit 2 to VNA's motion to exclude Dr. Crakes:  Expert Report (E.S.) of Dr. Gary M. Crakes |
| 135 | Redacted version of Exhibit 3 to VNA's motion to exclude Dr. Crakes:  Expert Report (A.T.) of Dr. Gary M. Crakes |
| 136 | Unredacted version of Exhibit 3 to VNA's motion to exclude Dr. Crakes:  Expert Report (A.T.) of Dr. Gary M. Crakes |
| 137 | Redacted version of Exhibit 4 to VNA's motion to exclude Dr. Crakes:  Expert Report (R.V.) of Dr. Gary M. Crakes |
| 138 | Unredacted version of Exhibit 4 to VNA's motion to exclude Dr. Crakes:  Expert Report (R.V.) of Dr. Gary M. Crakes |
| 139 | Redacted version of Exhibit 5 to VNA's motion to exclude Dr. Crakes:  Expert Report (D.W.) of Dr. Gary M. Crakes |
| 140 | Unredacted version of Exhibit 5 to VNA's motion to exclude Dr. Crakes:  Expert Report (D.W.) of Dr. Gary M. Crakes |
| 141 | Redacted version of Exhibit 10 to VNA's motion to exclude Dr. Crakes:  Excerpts of the deposition of Dr. Gary M. Crakes |
| 142 | Unredacted version of Exhibit 10 to VNA's motion to exclude Dr. Crakes:  Excerpts of the deposition of Dr. Gary M. Crakes |
| 143 | Redacted version of Exhibit 11 to VNA's motion to exclude Dr. Crakes:  Expert Report (E.S.) of Dr. Malcom S. Cohen |
| 144 | Unredacted version of Exhibit 11 to VNA's motion to exclude Dr. Crakes:  Expert Report (E.S.) of Dr. Malcom S. Cohen |
| 145 | Redacted version of Exhibit 3 to VNA's motion to exclude Dr. Graziano:  Excerpts of the deposition of Dr. Joseph Graziano |
| 146 | Unredacted version of Exhibit 3 to VNA's motion to exclude Dr. Graziano:  Excerpts of the deposition of Dr. Joseph Graziano |
| 147 | Redacted version of Exhibit 3 to VNA's motion to exclude Dr. Hoaglund:  Excerpts of the deposition of Dr. John Hoaglund |
| 148 | Unredacted version of Exhibit 3 to VNA's motion to exclude Dr. Hoaglund:  Excerpts of the deposition of Dr. John Hoaglund |

| Exhibit | Description |
|---|---|
| 149 | Redacted version of Exhibit 7 to VNA's motion to exclude Dr. Hoaglund:  Excerpts of the deposition of Richard Humann |
| 150 | Unredacted version of Exhibit 7 to VNA's motion to exclude Dr. Hoaglund:  Excerpts of the deposition of Richard Humann |
| 151 | Redacted version of Exhibit 3 to VNA's motion to exclude Humann:  Excerpts of the deposition of Richard Humann |
| 152 | Unredacted version of Exhibit 3 to VNA's motion to exclude Humann:  Excerpts of the deposition of Richard Humann |
| 153 | Redacted version of Exhibit 6 to VNA's motion to exclude Dr. Krishnan:  Excerpts of the deposition of Dr. Mira Krishnan |
| 154 | Unredacted version of Exhibit 6 to VNA's motion to exclude Dr. Krishnan:  Excerpts of the deposition of Dr. Mira Krishnan |
| 155 | Redacted version of Exhibit 8 to VNA's motion to exclude Dr. Krishnan:  Expert Report (A.T.) of Dr. Steven Putnam |
| 156 | Unredacted version of Exhibit 8 to VNA's motion to exclude Dr. Krishnan:  Expert Report (A.T.) of Dr. Steven Putnam |
| 157 | Redacted version of Exhibit 9 to VNA's motion to exclude Dr. Krishnan:  Expert Report (E.S.) of Dr. Robert J. McCaffrey |
| 158 | Unredacted version of Exhibit 9 to VNA's motion to exclude Dr. Krishnan:  Expert Report (E.S.) of Dr. Robert J. McCaffrey |
| 159 | Redacted version of Exhibit 3 to VNA's motion to exclude Dr. Michaels:  Excerpts of the deposition of Dr. Robert A. Michaels |
| 160 | Unredacted version of Exhibit 3 to VNA's motion to exclude Dr. Michaels:  Excerpts of the deposition of Dr. Robert A. Michaels |
| 161 | Redacted version of Exhibit 5 to VNA's motion to exclude Dr. Michaels:  Excerpts of the deposition of A.T.'s mother |
| 162 | Unredacted version of Exhibit 5 to VNA's motion to exclude Dr. Michaels:  Excerpts of the deposition of A.T.'s mother |
| 163 | Redacted version of Exhibit 6 to VNA's motion to exclude Dr. Michaels:  Excerpts of the deposition of E.S.'s mother |
| 164 | Unredacted version of Exhibit 6 to VNA's motion to exclude Dr. Michaels:  Excerpts of the deposition of E.S.'s mother |
| 165 | Redacted version of Exhibit 7 to VNA's motion to exclude Dr. Michaels:  Excerpts of the deposition of R.V.'s mother |
| 166 | Unredacted version of Exhibit 7 to VNA's motion to exclude Dr. Michaels:  Excerpts of the deposition of R.V.'s mother |
| 167 | Redacted version of Exhibit 8 to VNA's motion to exclude Dr. Michaels:  Excerpts of the deposition of D.W.'s mother |

| Exhibit | Description |
|---|---|
| 168 | Unredacted version of Exhibit 8 to VNA's motion to exclude Dr. Michaels: Excerpts of the deposition of D.W.'s mother |
| 169 | Redacted version of Exhibit 28 to VNA's motion to exclude Dr. Michaels: Excerpts of the deposition of Dr. Aaron Specht |
| 170 | Unredacted version of Exhibit 28 to VNA's motion to exclude Dr. Michaels: Excerpts of the deposition of Dr. Aaron Specht |
| 171 | Redacted version of Exhibit 29 to VNA's motion to exclude Dr. Michaels: Excerpts of the deposition of Dr. Joseph Graziano |
| 172 | Unredacted version of Exhibit 29 to VNA's motion to exclude Dr. Michaels: Excerpts of the deposition of Dr. Joseph Graziano |
| 173 | Redacted version of Exhibit 3 to VNA's motion to exclude Dr. Specht: Excerpts of the deposition of Dr. Aaron Specht |
| 174 | Unredacted version of Exhibit 3 to VNA's motion to exclude Dr. Specht: Excerpts of the deposition of Dr. Aaron Specht |
| 175 | Redacted version of Exhibit 18 to VNA's motion to exclude Dr. Specht: Excerpts of the deposition of Dr. Joseph Graziano |
| 176 | Unredacted version of Exhibit 18 to VNA's motion to exclude Dr. Specht: Excerpts of the deposition of Dr. Joseph Graziano |