# EXHIBIT 65

Redacted Version of Document to be Sealed

(Entire Document to be Sealed)