# EXHIBIT 117

Redacted Version of Document to be Sealed

(Entire Document to be Sealed)