# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-MKM |
|---|---|
| | Hon. Judith E. Levy |
| This Document Relates To: | |
| *Gaddy et al. v. Flint et al.* | Case No. 5:17-cv-11166-JEL-MKM |
| *Meeks et al. v. Flint et al.* | Case No. 5:17-cv-11165-JEL-MKM |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in support of VNA's motion for summary judgment against bellwether plaintiffs E.S., A.T., R.V., and D.W. |
| 2 | Document produced as VWNAOS018930 |
| 3 | Document produced as VWNAOS020165 |
| 4 | Plaintiff Fact Sheet (R.V.) |
| 5 | Excerpts of the deposition of R.V.'s mother |
| 6 | Expert Report of Dr. Brent Finley |
| 7 | Plaintiff Fact Sheet (D.W.) |
| 8 | Excerpts of the deposition of D.W.'s mother |
| 9 | Plaintiff Fact Sheet (E.S.) |
| 10 | Excerpts of the deposition of E.S.'s mother |
| 11 | Expert Report of Dr. Robert Michaels |
| 12 | Excerpts of the deposition of Dr. William Bithoney |
| 13 | Expert Report (E.S.) of Dr. William Bithoney |
| 14 | Expert Report (R.V.) of Dr. William Bithoney |
| 15 | Expert Report (D.W.) of Dr. William Bithoney |
| 16 | Expert Report (E.S.) of Dr. John Gaitanis |
| 17 | Expert Report (R.V.) of Dr. John Gaitanis |
| 18 | Expert Report (D.W.) of Dr. John Gaitanis |
| 19 | Excerpts of the deposition of Dr. Robert Michaels |
| 20 | Excerpts of the deposition of Dr. Joseph Graziano |

| Exhibit | Description |
|---|---|
| 21 | Document produced as Mar-23-2020 GOV0015414 (Flint Water Advisory Task Force Report) |
| 22 | Document produced as Mar-23-2020 GOV0036300 |
| 23 | Document produced as COF_FED_0043822 |
| 24 | Document produced as COF_FED_0032174 |
| 25 | Document produced as Oct-7-2019 EGLE0058088 |
| 26 | Document produced as LAN_FLINT_00063889 |
| 27 | Document produced as 6-6-2016 SOM-MASON00063591 |
| 28 | Document produced as Mar-30-2020TREAS037224 |
| 29 | Excerpts of the deposition of Warren Green |
| 30 | Document produced as COF_FED_0540536 |
| 31 | Document produced as 04-15-2016 SOM0024921 |
| 32 | Excerpts of the deposition of Michael Glasgow |
| 33 | Excerpts of the deposition of Daugherty Johnson |
| 34 | Excerpts of the deposition of A.T.'s mother |
| 35 | Document produced as COF_FED_0042553 |
| 36 | Document produced as COF_FED_0007288 |
| 37 | Document produced as COF_FED_0010485 |
| 38 | Document produced as COF_FED_1151228 |
| 39 | Document produced as CROFT_0000000125 |
| 40 | Document produced as COF_FED_0103992 |
| 41 | Document produced as 04-15-2016 SOM0007271 |
| 42 | Document produced as Mar-23-2020 GOV0206271 |
| 43 | Document produced as Aug-14-2019 EGLE0260445 |
| 44 | Document produced as COF_FED_0029138 |
| 45 | Document produced as COF_FED_0072895 |
| 46 | Document produced as VWNAOS087372 (VNA Final Report) |
| 47 | Excerpts of the deposition of Marvin Gnagy |
| 48 | Excerpts of the deposition of Gerald Ambrose |
| 49 | Document produced as VWNAOS134132 |
| 50 | Document produced as VWNAOS020758 |
| 51 | Document produced as VWNAOS005704 |
| 52 | Excerpts of the deposition of Robert Bincsik |
| 53 | Document produced as VWNAOS060386 |
| 54 | Document produced as 04-15-2016 SOM0008786 |
| 55 | Expert Report of Richard Humann |
| 56 | Document designated as Tinka Hyde Deposition Exhibit 16 |
| 57 | Expert Report of Stephen Hubbs |

| Exhibit | Description |
|---|---|
| 58 | Copy of Press Release, Michigan Department of the Attorney General, *Nine Indicted on Criminal Charges in Flint Water Crisis* (Jan. 14, 2021) |
| 59 | Excerpts of the deposition of Richard Humann |
| 60 | Excerpts of the deposition of Brent Wright |
| 61 | Document produced as COF_FED_0009724 |
| 62 | Document designated as Gerald Ambrose Deposition Exhibit 32 |
| 63 | Excerpts of the transcript of the investigative subpoena of B.W. |
| 64 | Document designated as James Redding Deposition Exhibit 4 |
| 65 | Document produced as 04-15-2016 SOM0007264 |
| 66 | Document designated as Brent Wright Deposition Exhibit 57 |
| 67 | Excerpts of the deposition of Howard Croft |
| 68 | Excerpts of the deposition of Dayne Walling |
| 69 | Excerpts of the deposition of Richard Snyder |
| 70 | Excerpts of the deposition of Andy Dillon |
| 71 | Document produced as Mar-30-2020 TREAS024217 |
| 72 | Expert Report of John Hoaglund |
| 73 | Document designated as Marc Edwards Deposition Exhibit 33 |
| 74 | Document designated as Joseph Graziano Deposition Exhibit 12 |
| 75 | Excerpts of the deposition of Marc Edwards |
| 76 | Expert Report of David Duquette |
| 77 | Document designated as Eric Oswald Deposition Exhibit 32 |
| 78 | Expert Report of Dr. Joseph Graziano |
| 79 | Expert Report of Dr. Stacey Benson |
| 80 | Expert Report (A.T.) of Dr. William Bithoney |
| 81 | Plaintiff Fact Sheet (A.T.) |
| 82 | Excerpt of the declaration of Clyde Edwards |
| 83 | Excerpt of the declaration of Tammy Phaneuf |
| 84 | Expert Report of Dr. Graham Gagnon |
| 85 | E.S. Blood Lead Test Result (Feb. 16, 2016) |
| 86 | A.T. Blood Lead Test Result (Jan. 12, 2016) |
| 87 | R.V. Blood Lead Test Result (Nov. 3, 2014) |
| 88 | R.V. Blood Lead Test Result (Sept. 2, 2015) |
| 89 | R.V. Blood Lead Test Result (Jan. 14, 2016) |
| 90 | D.W. Blood Lead Test Result (Sept. 25, 2009) |
| 91 | D.W. Blood Lead Test Result (Mar. 24, 2016) |
| 92 | D.W. Blood Lead Test Result (Mar. 28, 2016) |
| 93 | D.W. Blood Lead Test Result (July 15, 2016) |

| Exhibit | Description |
|---|---|
| 94 | Expert Report of Dr. Aaron Specht |
| 95 | E.S. Bone Lead Report |
| 96 | A.T. Bone Lead Report |
| 97 | R.V. Bone Lead Report |
| 98 | D.W. Bone Lead Report |
| 99 | Excerpts of the deposition of Dr. Aaron Specht |
| 100 | Expert Report (A.T.) of Dr. John Gaitanis |
| 101 | Expert Report (E.S.) of Dr. Mira Krishnan |
| 102 | Expert Report (A.T.) of Dr. Mira Krishnan |
| 103 | Expert Report (R.V.) of Dr. Mira Krishnan |
| 104 | Expert Report (D.W.) of Dr. Mira Krishnan |
| 105 | U.S. House of Representatives, Comm. on Oversight and Reform, Subcomm. on Economic and Consumer Policy, *Baby Foods Are Tainted with Dangerous Levels of Arsenic, Lead, Cadmium, and Mercury* (Feb. 4, 2021) |
| 106 | Expert Report of Dr. Douglas Weed |