# EXHIBIT 27

| | |
|---|---|
| **From:** | Busch, Stephen (DEQ) |
| **Sent:** | Wednesday, April 23, 2014 11:09 AM |
| **To:** | Wurfel, Brad (DEQ) |
| **Cc:** | Shekter Smith, Liane (DEQ);Benzie, Richard (DEQ);Prysby, Mike (DEQ) |
| **Subject:** | RE: Flint |

Brad,

Here are some talking points:

- The City of Flint is going beyond minimum public health standard requirements to provide drinking water at a level of service meeting its customers' expectations (softening and ozone treatment to address taste and odor).

- While the Department is satisfied with the City's ability to treat water from the Flint River, the Department looks forward to the long term solution of continued operation of the City of Flint WTP using water from the KWA as a more consistent and higher quality source water.

- This is not a one time review. The Department will continue to oversee compliance by the City of Flint with all requirements under the Safe Drinking Water Act and monitor its operations in the same manner it does for the over 1400 community water systems throughout the State of Michigan.

- We support the City's commitment to enhance capital improvement work within its water distribution system, and not just here at the water treatment plant.

How is this for a start?

Stephen Busch, P.E.
Lansing and Jackson District Supervisor
Office of Drinking Water and Municipal Assistance
MDEQ
517-643-2314

---

**From:** Wurfel, Brad (DEQ)
**Sent:** Monday, April 21, 2014 11:09 AM
**To:** Busch, Stephen (DEQ)
**Subject:** Re: Flint

Half a dozen key talking points would e great.

Sent from my iPhone

On Apr 21, 2014, at 10:29 AM, "Busch, Stephen (DEQ)" <BUSCHS@michigan.gov> wrote:

> Brad,
>
> Given that Flint is expected to complete work on the WTP and potentially change over from Detroit later this week, should we prepare a response statement from the DEQ in preparation for this event?

1

Obviously Flint is going to have a press release and invite media in as it's historic for them, but I know we are going to get questions.

Stephen Busch, P.E.
Lansing and Jackson District Supervisor
Office of Drinking Water and Municipal Assistance
MDEQ
517-643-2314

2

6-6-2016 SOM-Mason 00063592