# EXHIBIT 28

| | |
|---|---|
| From: | Dempkowski, Angela (Treasury) |
| Sent: | Tuesday, March 18, 2014 3:43 PM |
| To: | Workman, Wayne (TREASURY) |
| Subject: | One Resolution for Approval - EME1982014 |
| Attachments: | EME1982014.PDF |
| | |
| Importance: | High |

Please approve

Angela Dempkowski
Senior Executive Management Assistant
Michigan Department of Treasury
dempkowskia@michigan.gov
(517) 373-4415

---

**From:** Cline, Richard (Treasury)
**Sent:** Tuesday, March 18, 2014 3:27 PM
**To:** Dempkowski, Angela (Treasury)
**Cc:** Byrne, Randall (Treasury)
**Subject:** Modified - One Resolution for Approval - EME1982014
**Importance:** High

Angela,

I have reviewed the following resolution:

**EME1982014 - Resolution to Zito Construction for Initial Watermain Cut-In @ the Water Plant - $676,300.00 (Water Fund)**

The recommended vendor was the only submission to the City's request for bid. Typically, I have concerns about awarding bids to only one bidder.

However, the City has a very aggressive timeline in order to meet an April completion date before losing service from DWSD. The City also stated that they held multiple meetings to encourage maximum vendor participation, however, this aggressive timeline may have impacted the number of bids received.

This resolution does appear to conform with Section 12 (3) of PA 436 as it exceeds $50,000 in value and was competitively bid. Also, per the same section, the City is not requesting the State Treasurer to issue an exemption from this section.

The City also appears confident that this contract can execute the requested work.

Given the aggressive timeline, I am, therefore, recommending approval of this resolution.

Eric Cline | Unit Operations Specialist - Office of Fiscal Responsibility
State of Michigan | Michigan Department of Treasury
430 W. Allegan Street, 3rd Floor | Lansing, MI 48922
(517) 335-2078 | cliner1@michigan.gov

1

CONFIDENTIALITY NOTICE: This e-mail, and any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure under the law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, and delete/destroy all copies of the original message and attachments Thank you.

**From:** Dempkowski, Angela (Treasury)
**Sent:** Tuesday, March 18, 2014 9:43 AM
**To:** Cline, Richard (Treasury)
**Subject:** FW: One Resolution for Approval - EME1982014


Angela Dempkowski
Senior Executive Management Assistant
Michigan Department of Treasury
dempkowskia@michigan.gov
(517) 373-4415

**From:** Maxine Murray [mailto:mmurray@cityofflint.com]
**Sent:** Monday, March 17, 2014 11:37 AM
**To:** Dempkowski, Angela (Treasury)
**Subject:** One Resolution for Approval - EME1982014

Good morning Angela,

I am submitting the following resolution for State approval:

**EME1982014 - Resolution to Zito Construction for Initial Watermain Cut-In @ the Water Plant - $676,300.00 (Water Fund)**

Please see the attached.

Thank you.


--
Maxine Murray
Executive Assistant to
Mayor Dayne Walling
Darnell Earley, Emergency Manager
1101 S. Saginaw Street
Flint, MI 48502
810.237.2035 Telephone
810.766.7218 Fax

Response to Veolia Subpoena

Mar-30-2020 TREAS037225