# EXHIBIT 30

COF_FED_0540536

\* financial projections - aiming for Fri 2/13

revenue projections

Status quo spending going forward

inform budget priorities a/ spending plan

Planning + Dev                     good EDC meeting

\* communications - dept newsletter + constant contact

\* Steering cmte for Atkrtn Choice grant

DPW                                   Bio Work

☐ monthly metrics          Swedich BioGas:
                                Chovy, RRS

public information campaign

finance

\* budget process



OFFICE OF THE CITY COUNCIL PRESIDENT

**JOSHUA M. FREEMAN**
COUNCILMAN - WARD 4



February 3, 2015

Ms. Sue F McCormick, Director
City of Detroit
Water and Sewerage Department
735 Randolph St
Detroit MI 48226-2830

Ms. McCormick

I wanted to thank you for attending our City Council meeting on January 26th and again expressing your willingness to work with the City of Flint to provide a possible alternative source for drinking water.

As your letter dated January 12th indicated, you have proposed a specific rate for providing water should the City of Flint be interested in a "long term arrangement with DWSD."

While I fully understand the rates you provided for actual use of the system ($846,700 fixed fee and $14.92/Mcf), I do have a few questions as it relates to your offer.

First, how do the recent rate increases that you are proposing affect this proposal?

Second, are the rates that you have proposed for the City of Flint or are they for Genesee County? As you may or may not know, we sold a portion of the pipeline that was previously used by us to conduct water from your system to ours. As a result, we may now have to purchase water from Genesee County as we have no direct connection to your system. Are you proposing these rates to them as well?

Third, is this rate good for a short term use? Again, as you know, we are scheduled to start receiving water from the KWA sometime next June and it is anticipated, should we choose to return to your system, that we would no longer need to purchase water from DWSD. So what is the shortest period that you would consider when making this offer?

Fourth, what are the specific requirements or steps that you would demand the City of Flint accomplish prior to reconnecting to your system? It seems overly simplistic to say

COF_FED_0540538

COF_FED_0540540

2/5/15   DPW

– Quarterly Report + Notice
     mailing recommendation

– Customer Satisfaction
     FTE + prof services
     public info + customer support

– Snow Removal
     areas for improvement

☐ Citywide call center, status?

⇒ ☐ data on billing + treating

COF_FED_0540542

2/6/15   EM

- Water Advisory Board
  20 approx

- GM requested ~~reduced~~ credit adjustment
  EM, look at it

- Council - Dept Process
  and resolutions
    Thurs or Fri prior to Council
  Mar test run

- Scarves
  is there a legal precedent?
  can we reiterate case by case

- Legal
  ordinance on streets/ safety emergency
  board + commissioner appointment

□ recommendation on DDA

- HR: MML, Joyce Parker is lead
              open ~~assault~~ in March
  Fire
  Treasurer
  Finance

COF_FED_0540544

2/9/15   Exec

- Council issues master planning steering cmte
  MTA, EDC appointmts Council
  special order - EM on water consultants
- considering ordinance list
- Strategic Plan
  also collect performance metrics
- SAFER?
- Meetings
  * efficient use of time * dates + next steps
  * email notes
- Water
  * DHS / Headstart
  * Burton, water customer of City
- Legal
  * CA order
  * Council cmte structure order + Council presidt authority
    . consolidates
    (In concert w/ prior orders)
    public comment before agenda (3 min ea.)
    drop 5 min. at end of mtg
  * DDA boundaries
  → incl Megan
  → Mar, Planning & Developmt
  * Charter Commission costs   $100k+ in 1974
  → email from Pete
  * CFGF, ways to help

## Flint Emergency Manager Task Chart                    9-Feb

| | Item | Who | 7 Pt. Plan | Completion Date |
|---|---|---|---|---|
| Planning | Conduct Historic District Public Hearing | mh | | 1/16/2015 Complete |
| Finance | Present FY15 2nd Qtr Report to City Council | ds | 7 | 1/21/2015 Complete |
| Public Safety | ICMA Study - Presentation to PS Cmte. and Implementation Plan | jt de | 7 | 1/22/2015 Complete |
| Admin | Begin Executive search (HR, Tr, Fin) | | | 1/22/2015 Complete |
| Finance | Present FY14 Audit to City Council | ds | 7 | 1/26/2015 Complete |
| Admin | Conduct Strategic Planning Workshop (staff) | | | 1/26/2015 Complete |
| Planning | Adopt CIP | mh | | 1/26/2015 Complete |
| Council | Approval of Financial Ordinances | | 7 | 1/26/2015 Complete |
| Admin | Conduct Strategic Planning Wkshop (Council) | ja | | 1/28/2015 Complete |
| Admin | Provide a Letter on Council Training Plan | ja | 7 | 1/28/2015 Complete |
| Finance | Complete Single Audit | ds | 7 | 1/28/2015 Complete |
| Personnel | Make Interim Assignments HR, Finance | je | | 1/30/2015 Complete |
| Admin | Enact Council Organizational Order | pb,ja | | 2/1/2015 Complete |
| Finance | Enact FY15 Budget Amendment | ds,ja | | 2/1/2015 Complete |
| Admin | Select Consultant for water issues | ja/em/dw | | 2/3/2015 Complete |
| Admin | Identify issues to go before Council | exec team | | 2/9/2015 |
| Admin | Decide which ordinances need to be completed | ja pb jf | | 2/9/2015 |
| Admin | Depts submit Strategic Plan Objectives | ja | | 2/9/2015 |
| Finance | Complete Strategic Plan Update | ja | 7 | 2/10/2015 |
| Fire | Decide on applying for SAFER Grant | dc lm | | 2/10/2015 |
| IT | Implement IT Governance Model | pk | | 2/10/2015 |
| Finance | Complete Five year Financial Projections | ja | | 2/13/2015 |
| Communic | Complete Website Punch-list | jl | | 2/15/2015 |
| Facilities | Complete Purchasing Relocation | hc | | 2/15/2015 |
| Admin | Enact Organizational Reporting Order | pb,ja | | 2/16/2015 |
| Admin | Extend Cornerstone Contract | ja | | 2/16/2015 |
| DPW | Define specific Infrastructure projects | hc | | 2/16/2015 |
| Finance | Establish Budget Prep Timeline | ds | | 2/16/2015 |
| Police/IT | Complete SRMS Implementation Charter | jt pk | | 2/16/2015 |
| MML | Complete Profiles for FD, TR, HR, (Fire?) | | | 2/20/2015 |
| DPW/Fin | Complete RFC analysis of utility revenues | ja | | 2/18/2015 |
| Admin | Enact Purchasing Ordinance | ja | 7 | 2/20/2015 |
| Finance | Council to Adopt budget priorities | ja | | 2/23/2015 |
| Admin | Evaluate Alternate DEP structure | ja | | 2/23/2015 |
| Admin | Decide Council Pay / Mayoral Pay | ja | | 2/23/2015 |
| Admin | City Administrator Starts | ja | | 2/23/2015 |
| Finance | Update financial projections to Council | ds | 7 | 2/23/2015 |

COF_FED_0540546

| | Item | Who | 7 Pt. Plan | Completion Date |
|---|---|---|---|---|
| Finance | Complete Court Consolidation MOU | ja | | 2/28/2015 |
| Finance | Finalize MERS transition | ds | | 3/1/2015 |
| Admin | Begin drafting Final Order | pb,ja | | 3/1/2015 |
| Facilities | Complete Law Office Renovation | hc | | 3/1/2015 |
| Legal | Complete Tower Transfer to GC 9-1-1 | lm | | 3/10/2015 |
| Legal | Complete Tower Property Lease | pb | | 3/10/2015 |
| HR/Legal | Complete MOU for 9-1-1 Personnel | dj jc | | 3/10/2015 |
| Legal | Complete MOU for 9-1-1 | pb | | 3/10/2015 |
| Admin | Adopt other Final Ordinances | ja jf pd | 7 | 3/15/2015 |
| Admin | Complete RTAB Confirmation | ja ww | | 3/15/2015 |
| IT/ Clerk | Update City Council Chamber's technology | ib jf pk | | 3/15/2015 |
| MML | Complete Advertisements for Positions | | | 3/20/2015 |
| MML | Selct finalists | | | 4/3/2015 |
| Finance | Provide 3rd qtr Strategic Plan Update | em | | 4/6/2015 |
| Finance | Provide 3rd qtr Budget Update | ds | | 4/6/2015 |
| Finance | Present FY16 Budget Update To City Council | ds | 7 | 4/6/2015 |
| Finance | Present FY17 Budget to City Council | ds | 7 | 4/6/2015 |
| Public Safety | Develop Public Safety Implementation Plan | jt dc | | 4/6/2015 |
| Econ Dev | Complete Smith Village Development | ta | | 4/6/2015 |
| Admin | Enact Final Order | ja pb lm | 7 | 4/8/2015 |
| Admin | Tell the Story of the Flint EM Period | ja lm eric s | | 4/10/2015 |
| Finance | Present FY15 3rd Qtr Report to City Council | ds | 7 | 4/15/2015 |
| MML/Admin | Complete Reference Checks and Interviews | | | 4/24/2015 |
| MML/Admin | Make Appointments | | | 5/1/2015 |
| Clerk | Plan for Charter Commission Support | ib pb | | 5/1/2015 |
| Clerk | Hold Charter Commission Election | ib pb | | 5/12/2015 |
| MML/Admin | New Appointees (FD,TR,HR) start | | | 5/15/2015 |
| Personnel | Complete Executive Search | ja nh | | 5/15/2015 |
| Police | Manage 911 Move | jt | | 7/1/2015 |
| Finance | Present FY15 4th Qtr Report to City Council | ds | | 7/15/2015 |
| HR | Participate in SEI 3-Day Workshop | hc | | 4/6-8/15 |
| Utilities | Progress on Water Quality issues, inlcuding prep. for additional notifications | hc,dw,lm,j a,pb | | Monitor |
| Legal/ Util | Monitor Chevy in the Hole Grant Contract | pb ja dj | | Monitor |
| Treasury | Progress on Water Theft investigation | am | | Monitor |
| Planning | Complete CSX transfer for trail | mh | | Monitor |

COF_FED_0540548



| | Item | Who | 7 Pt. Plan | Completion Date |
|---|---|---|---|---|
| Finance | MERS to complete pension valuations | ds | | Monitor |
| Planning/Clerk | Complete Business Lic. Plan and Implementation | pb mh ib | | Monitor |
| Admin | Implementation of Public Safety Rec. | ja em | | Monitor |
| Admin | Progress of executive recruitment | ja em | | Monitor |
| Admin | Progress of P&M finance projects | ja ds | | Monitor |
| Admin | Progress of Council Training | ja | | Monitor |

**Jason Lorenz**
*Public Information Officer*
**(810) 237-2039**
jlorenz@cityofflint.com

**For Immediate Release**

## Flint Hires International Urban Water Experts of Veolia North America to Assess City's Water Issues

*Flint, Michigan – February 10, 2015* – The City of Flint has retained a team of urban water experts from Veolia North America to conduct an analysis of the city's water system. Veolia, which is the world's largest water services and technology company, will assess how Flint's water is tested and distributed, including reviewing water treatment processes and operations, laboratory testing and analysis, and engineering reports that detail the city's treatment and distribution systems.

"We understand the frustration and urgency in Flint," said David Gadis, vice president of Veolia North America's Municipal & Commercial Business. "We are honored to support your community with our technical expertise so that together we can ensure water quality for the people of the city of Flint."

Veolia anticipates its analysis to take less than two weeks, at which time they will present findings to City officials, including the Mayor, City Council and the Emergency Manager. Once the findings are presented, city officials will determine how to move forward.

"Addressing the City's water challenges are the top priority right now and it is important to bring in an independent, highly qualified team to work with us to address the safety and quality issues," said Mayor Dayne Walling.

–CONTINUE–

---

City Hall
1101 S. Saginaw Street - Flint, Michigan 48502
810-766-7346     FAX: 810-766-7218     www.cityofflint.com

COF_FED_0540552



"Until we have completed our analysis, we cannot say for certain how long it will take to provide solutions to Flint's current water situation," said Gadis. "We have extensive experience handling challenging river water sources, reducing leaks and contaminants and in managing discolored water."

"Veolia worked diligently to respond to our Request For Proposal in a thorough, professional way and demonstrated the ability to immediately support us as we ensure safe, clean water for our residents," said Emergency Manager Jerry Ambrose.

The Veolia team hit the ground running Tuesday morning, meeting with water officials to provide an overview of the work to be conducted. "We look forward to helping Flint's team find ways to address and improve the city's drinking water operation," Gadis said.

The company designs and provides water, waste and energy management solutions to communities and industries across the country, including providing water and wastewater services to 530 communities in North America. More information is available at www.veolianorthamerica.com.

–END–

COF_FED_0540554

COF_FED_0540556

2/10/15  Veolia

public, no confidence
notice garnered attention
is problem solvable in the short term?
extraordinarily high rates

2 at plant
  equipment, maintenance
  water process          also employee
                              training
  standard operating procedures
  distribution + lines

also customer service, public info

need budget + org chart
customer feedback
advisory group

water hotline
  customer service rep.
meet and discuss first
produce draft report for review
take a holistic look
  components need to talk
  sequence

COF_FED_0540558

initial ideas
Cedar St offline
test water upstream
meter replacement
meter storm sewer
split test samples

COF_FED_054060

2/10/15   Water

Veolia
 issues and challenges are not unlike other commuities
 appreciation for tough job

Question about LAN
 Veolia, we're operators, develop resiliency
 will review LAN report
 bring worldwide knowledge + experience

timeframe
 individuals at plant today
 will come back in next week for discussion
 following week will provide report
resume
 work in 900 communities per year
 used to day to day problems
Cost of Solutions
 committed to delivering quality water
range of problems — confidence in fix
 problems are fixable
 issue is timing
Scope of Work
 limited engagement, 2 weeks   $40,000
 talk about implementation
river and future transition
 look at both

COF_FED_0540562

Customer engagm't
  will recommend citizen advisory group
  citizen involved at informal
  also technical advisory group
  · need to call at get citizen complaints
upset citizens
  yes, experienced it
  dealt with thousands of complaints
  taste, odor, businesses
Cost concerns
  Common expectation to reduce costs
  not at trading off quality
  focus on efficiency, starting w/ clean good water
Citizens to know
  We take water seriously, its essential
Council Feb 18 presentation

2/12 draft

| Potential Water Advisory Committee Members | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Josh Freeman | City Council President | | | | | | | | |
| Jackie Popular | Chair Public Works Cmte. | | | Genesee COGIC | | | | | |
| | Rep. Concerned Pastors | | | | | | | | |
| Tim Herman | CEO Chamber of Commerce | | | | | | | | |
| Melanie Gavulic | CEO Hurley Medical Center | | | | | | | | |
| Jamie Gaskin | Executive Director United Way | | | | | | | | |
| Reta Stanley | Executive Director Big Brothers/Big Sisters | | | | | | | | |
| | Flint Community Schools rep. | | | | | | | | |
| | GC Health Dept. rep | | | | | | | | |
| Bryant Nolden | GC Commissioner | | | | | | | | |
| Dr. Sam Dismond | Local Phsicina, Former Hurley Chief of Staff | | | | | | | | |
| | U of M Flint rep | | | | | | | | |
| Kevin Keane | Consumers Energy | | | | | | | | |
| Jack Minore | Flint River Watershed Coalition, former State Rep and City Council Mbr | | | | | | | | |
| Clarence Pierce | CEO Hamilton Community Health Network | | | | | | | | |
| Jason Caya | Downtown resident, owner downtown brewery | | | | | | | | |
| | Master Plan Infrasructure team: V.Morckel, B. Hill, S. Severn | | | | | | | | |
| | Kettering Scientist - Dr. Stacy Seeley - Dept Head Chem and Biochem | | | | | | | | |
| Jeff Wright | GC Drain Commissioner | | | | | | | | |
| Mike Melenbrink | The Torch restaurant owner/ city resident | | | | | | | | |
| Fr. Phil Schmitter | Community Activist — FACT | | | | | | | | |
| Joe King | Flint MTA appointee — President Flint Neighborhoods United (executive committee) | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Technical — GM
Co. Health Dept.
reach out
to IGA ← MDEQ
← EPA
Drain Commissioner

MSW/ Rose
GFHC
MCC
Kettering

when is best time

COF_FED_0540564



City of Flint
**Email**

Dayne Walling <dwalling@cityofflint.com>

## Fwd: Draft of Water Quality Advisory Group List

**Dayne Walling** <dwalling@cityofflint.com>
To: Gerald Ambrose <gambrose@cityofflint.com>                   Fri, Feb 6, 2015 at 5:20 PM
Cc: Howard Croft <hcroft@cityofflint.com>, Kelly Rossman-McKinney <krossman@truscottrossman.com>, Elizabeth
Murphy <emurphy@cityofflint.com>

I would suggest a 20 member group with a majority of Flint residents. This will add a great deal of credibility to
the board. The group should also have technical expertise. This balance of community leadership and expertise
worked well in the master planning process. I also strongly urge that the group operate under the open meetings
act.

Here are some names/sectors that I would recommend be included
person chairing the master plan implementation team on infrastructure
Kettering scientist
instead of Jim Henry from Health Department I would want Health Dept Director
suggest Rev. Fuller as faith representative. he is a city resident and president of the statewide baptist convention
Drain Commissioner Jeff Wright
GM engineer
restaurant owner

On Fri, Feb 6, 2015 at 10:18 AM, Gerald Ambrose <gambrose@cityofflint.com> wrote:
[Quoted text hidden]

--
**Dayne Walling**
Mayor, City of Flint
City Hall, 1101 S. Saginaw St.
Flint, MI 48502
810-766-7346
mayor@cityofflint.com

COF_FED_0540566



City of Flint Mail - Fwd: Draft of Water Quality Advisory Group List

Email

# Fwd: Draft of Water Quality Advisory Group List

**Dayne Walling** <dwalling@cityofflint.com>
To: Gerald Ambrose <gambrose@cityofflint.com>
Cc: Howard Croft <hcroft@cityofflint.com>, Kelly Rossman-McKinney <krossman@truscottrossman.com>, Elizabeth Murphy <emurphy@cityofflint.com>

Sun, Feb 8, 2015 at 10:26 PM

I have been giving this more thought this weekend. My primary concern is that the group as we are considering constituting it now is unlikely to be able to fundamentally change the confidence level of the wider public, especially the large number of lower income individuals who are not trusting of large stakeholder organizations. I believe that this group would respond better to an effort that included the White House, SC2, Congressman Kildee, etc.

Therefore, I am recommending that we actually convene 2 groups. One would be an Expert Review Board headed by a federal official representing President Obama. The second would be the Community Advisory Committee, largely the group we have been discussing.

Expert Review Board could include: EPA, US Dept of Health and Human Services, CDC, White House/SC2 along with State DEQ, County Drain Commission, State/County Health Department

Community Advisory Committee would be the list we have been working on with a few additional pastors, business leaders, and neighborhood leaders such as Father Schmitter (Christ the King and FACT), Joe King (president of Flint Neighborhoods United, MTA board member), member of Democracy Defense League. I think making it more community based will add legitimacy too

I would think we could put these in place by the end of the week and be a good complement to the announcment of the consultants coming on board and starting their work

[Quoted text hidden]

COF_FED_0540568

**List of Potential Water Quality Advisory Committee Members**                    **February 6, 2015**

Josh Freeman – Council President

Jackie Poplar – Chair Public Works Cmte.

Pastor Al Harris – Community Water Activist

Tim Herman – CEO Chamber of Commerce

Melanie Gavulic – CEO Hurley Medical Center

Jamie Gaskin – Exec. Director United Way

Reta Stanley – Exec. Director Big Brothers/Big Sisters

Larry Watkins – Supt Flint Community Schools

Jim Henry – GC Health Dept

Byant Nolden – County Commissioner

Dr. Sam Dismond – Local Physician, Former Hurley Chief of Staff

Dr. Susan Borrego Chancellor U of M Flint

Jack Minore

Consumers Energy

COF_FED_0540570

COF_FED_054057Z

2/13/15  Veolia, update

- Veolia, Rob perspective
  * preliminary review
    changs in chemicals
    filters mai                    ongoing testing w/ proces:
    looking at actual specific chemical levels + changes
  * relative to Bowcock
    already looking at issues he has raised
  * back Mon am
    bring in additional testing equipment
    forecast out in distribution system
    optimize each aspect of plant treatment
    model costs for new treatmt recommndations
  * implemntation timeline
    2-3 weeks to get to households after treatmt
    speed up valve testing
  * 2 issues
    security is lapsed, lock front gate
    Cleaning crew, it is not clean
        looks uncared for
  * presentation for next week
    will address    100s of communities have TTHM
    TTHM
    bacteriological   chlorine + color, explanation + quick actions -
    chlorine
    red water    policies and procedures
  * feasibility of the whole package
    Schedule, sequence + time to implent
    recommendations for highest impact
    costs, operational + capital

COF_FED_054O574

"you made corrosive water"
water changes in the distribution system

- advisory committee
  sooner than later
  tech + community need to know what
    you are doing
  get okays before public works cmte
    name invitees, information
    explain roles + responsibilities
  tech cmte
    meet week of 2/33 at plant

- LAN role
  pretty helpful, gave good advice
  investment there has been fine

- general issue: haven't had seasoned people
  in place

  Tues 2/17  9 am  next call

- tour
  not open to media
  don't take pictures + post

COF_FED_0540576

2/16/15  Exec

quote: on water board
○ water email

- budget
✓ incentive pay for MML training
✓ water advisory focus on quality in feb ; budget war
  Mayor's budget will incorporate committees recomdatn
however ✓ expand public role
they want
to do it
  ✓ water, churches pick up this Fri

▷ email soliciting input on  quarterly plan
                              Strategic plan
                              planning year in review

  draft joint letter

- budget
  * adjustments                    | parks
    · retiree health  judge's order | fire region
    · 911                           | region detective
  * pending
    · courts consolidation (next month)
  * MSP role ( City participation in FANG)
  * will have structural budget deficit going forward
  * SAFER, look at FY17
- ordinances
  IT Governance
  Compensation

Don Mandeville
4085 Four Lakes Avenue
Linden, MI 48451

RECEIVED
FEB 20 2015
By_____

February 16, 2015

Dayne Walling
Mayor
City of Flint
Municipal Center
1101 S. Saginaw Street
Flint, MI 48502

Dear Dayne Walling

Thank you for the opportunity to be included in the Flint Water Fair that was held at the Center of Hope facility. We received great comments from the citizens of the Flint community for both the response from the city and the information on the different filtration options available at The Home Depot.

We have several solutions that will assist in solving the communities concern over the quality of drinking water and the removal of chlorine. The below filtration systems will also be advantageous for an aging population and citizens with chronic illnesses:

> Home Master 2-stage whole house filter (sku # 203515356)-This system treats chlorine, sediment, turbidity, pesticides, herbicides, and other chemicals. The main purpose of the Home Master whole house water filter is to deliver clean, clear water to every faucet and bath in your home without drawing down water pressure.

> RT-200 Whole House Water Filtration System (sku # 204352514)-This system is NSF Certified to remove over 97% of chlorine present in tap water in addition to reducing other harmful contaminants such as pesticides, herbicides, rust, sediment, water soluble metals and industrial solvents.

My team and I are dedicated to assisting the Flint area with the water issues that are affecting the community. We have several resources and options that can be leveraged to impact the water quality concern. Through partnership and communication, I'm confident that we can assist you with solving this issue. If my team or I can be of further assistance please do not hesitate to reach out.

Sincerely,

Don Mandeville
District Manager

CC: Gerald Ambrose

☑ Love your City
to Megan & Jason
for columns

☐ Council
logos

○ KWA Mtg
○ CANUSA funding

2/17/15   Core Staff

- EM: CA starts Mon; "another new beginning";
City Council budget workshop, roles of governing body;
strategic plan objectives translate into budget
and critical tasks; updating 5 year projection;
last years projection showed - $5 M in FY17,
may be better now; timeframe for resos - change
in mindset; COW deadline was yesterday 2/16
- Finance: considering enactment of purchasing
ordinance; few BS&A items remaining; kiosk
vendor coming in for meeting; communication
w/ franchise customers; next water notice 3/15;

EM&Mayor → dept budget teams Thurs Feb 26 9-11 am;
leak detection RFP to purchasing by end of week;
university interests in interns    SRMS - finalization
                                          of charter
- Public Safety
Police - focus on robberies w/ federal Hobbs Act
114 total staffing; 99 sworn officers
Fire - ICMA, ISO rating w/ DPW; dirt street
w/o hydrant; fires down
Courts consolidation mtg this afternoon
- Legal: status conference on Welch, trending in our direction   Back
- Clerk: election training; minimal charter
commission campaign activity; petitions 11 for Mayor
- Planning/Dev: monitoring starting for 2011-2013
Thank you notes → - DPW: pipeline for KWA; kudos for KGCB;
quarterly recycling letters (to non participating households)?
Add recycling to council agenda

COF_FED_054082

- Public Info

website - is it being updated, by depts? calendar?

water advisory committee - two process on concerns

looking for individuals to nominate

also technical advisory cmte

facilitation?                    ⟩ guidance from

participant expectation?              Veolia

COF_FED_0540584

2/17/15   Veolia                    Solutions

- purpose
 * layman, short, cover important topics

- review
 * "unbelievably transparent", releasing data
 * promote website
 * red/yellow water is iron and air
 * discolored water
   · higher volume of main breaks
   · hydrant flushing
 * rashes — over chlorination
           isolated incidents
 * TTHM - relation to chlorine, byproduct

keep
it simple
for
presentation

- recommendations
 * 3: water plant, distribution system,
   better communication
 * double in capital plan + budget



# City of Flint



## Utilities Division

**Dayne Walling**
**Mayor**

**Gerald Ambrose**
**Emergency Manager**

To:         Howard Croft, DPW Director

From:       Daugherty Johnson, Utilities Administrator

Date:       February 17, 2015

RE:         FY 14/15 projects underway or upcoming

**Leak Detection:**  State of MI grant has allowed for extensive leak detection activities to begin this spring.  The plan is to begin after Main break season.  Requisition and RFP will be in Purchasing by February 20, 2015.

**Cedar Street reservoir electrical upgrades**:         The electrical upgrades to this 20 MG clean water storage facility are currently under way.  This will replace 1950 technology for improved reliability as well as capacity for a generator hook up.

**Hamilton Dam planning & design work:**  The preliminary design work needs to be updated to reflect the reduced project scope.  We will be submitting a $500k grant application Feb 18th 2015.

**Torrey Rd booster station:**  This drinking water pressure boosting station will have electrical as well as pump replacement for improved reliability and efficiency.  All the parts are in and work will be completed by end of the fiscal year

**Create GIS maps of the Utilities assets:**  Consensus has been achieved within DPW to used CityWorks as our platform.  Funding is available for implementation with an approved SAW grant reimbursement available likely in FY15/16.

**Residential Meter replacement:**  Requisition and Bid specifications have been submitted to Purchasing.  Scope of the overall project will require Fund Balance.  There was $750k budgeted this fiscal year to fund the ongoing work.

**Comprehensive Energy and Efficiency performance contract:** This project will improve efficiency and reliability throughout the Utilities division. The right vendor will also be able to fund the project through guaranteed savings. The requisition has been submitted but the RFP has yet to be approved by Purchasing.

**Decommission Incinerator:** The design work is completed and process piping is underway. Most parts are onsite or ordered. Major construction on the Load out Facility will begin in early spring 2015.

**Convert biogas to energy:** All necessary contract amendments have been completed and Bioworks Inc. has completed design work for generator installation. Site preparation has begun and financing is in place to complete the project.

**Complete Hardest Hit Cut and Plugs:** Work is ongoing with 1600 out of 1700 completed. The remaining uncompleted cuts were added to our workload recently as new funding became available for the Civic Park area.

--------------------------------------------------------------------------------

**Chevy Commons Infrastructure abandonment:** Contracts have been signed for the slip lining of the 30" storm sewer on site. LA construction will abandon in Phase 1 area and the City will abandon structures outside of Phase 1.

**Chevy Commons Green Cap:** All necessary Agreements have been completed with the Land Bank for work to proceed with Phase 1 of the Green Cap. LA construction was selected as the vendor for the project at a cost of $1.9 million

**Chevy Commons Phytoremediation:** All documents have been signed and our vendor ECT has been authorized to begin design work with planting scheduled to begin as soon as the weather breaks. This is a $400k grant for use throughout the site.

**Chevy Commons compost Consent Decree:** All preliminary steps have been completed in accordance with the Consent Decree. Our vendor RRS has failed to meet the deadlines in the contract which has increase City's liability by $105k held in escrow if the job isn't completed. We'll need to procure a backup vendor to prevent escrow loss.

COF_FED_0540590

☑ water sources fact sheet

Wright

— franchises- all agreed to by property owners
        initiated +
       his office has all copies

— noticing- what exactly does state
       require, billing or property address

— Detroit rates- 17% for Flint / Genesee

— December- ~~O'Brian at water treat~~
       ~~Accts~~

       perfect weather + supplies
       Jan / Feb 2016
       June 2016 Flint

       pipe to property County at same time
       Dec 2016 treatmt ready
       correction letter to us, sut t Forzer

Council engagement?

DPW Committee agenda?

COF_FED_0540592

4:45

~~Plaintiff's~~ DPW    Mark Rupp
                       202-564-6074
2/18/15 Council Cmte   Letter to ~~Administer~~

preliminary report Veolia
great staff in water dept
water testing safe
all sites in compliance for TTHM
discoloration, worst w/ cast iron pipes
    tracking customer complaints is important


best management practices
  process control
  lab quality assurance
  computerized maintenance model
  asset management
  training
  vulnerability plan (contigency)
distribution systems
  2 weeks plant to house - goal
  track customer complaints
Customer service + communication
  reactive to proactive
  training for staff
  billing from card to envelope
  doorhangers
  Simplify info on web

COF_FED_0540594

timelines
   changes for chemicals, input type and place in process
   needs to state approved
   report next week then another to finalize

– discussion
   * are we using ammonia? no and not recommended
   * compare recommendations w/ Bowcock
   * when will we have a "good water"?
   * already know what you are finding out now
   * operator needs to be Michael Jordan of mixing water
   * water is not safe because we are getting anothr notice
   * harsh chemical mixture adds to discoloration
   * can it be fixed while it is off?
   * concern about summer months
   * air TTHM issues
   * do need better communication + public presentation
   * adjust existing budgets to match recommendations
   * lives are on the line, it is not safe
   * concern about chlorine levels
   * what about a toxicologist? – EPA
   * "money shouldn't be a thang" Mays
   * allegations against Veolia
   * upset, where do we go? can't drink or use water

→ when will next meeting be with Council?
   need to see plan to get people back

COF_FED_0540596

DPW: Snow Removal

questions about
   policy on outfitting trucks w/ plows
   policy on fleet turnover (plows 8+ yrs)
                                   now
need timelines and accomplishments
   how did we do?
issue with blades on tractors [?]
[problem w/ antagonistic attitude]
limited equipment and manpower
did we have equipment in place required by plan
   15 trucks?
Snow plowing is a basic service, we have
   to be able to provide it


Water Ordinances
   additional leak adjustments
   expand poverty exemption on water service to renters
                           costs
      tie to water affadavit
   reduce water deposit

COF_FED_0540598

2/1?/15   FM

– Public Works
major projects, carbon filters, need to set direction
purchasing timeline
advisory boards – scope process
Veolia – customer perceptions

CA – next week

water improvements timeline

→ budget + strategic plan
presented together

purchasing
roads
fire



CITY OF DETROIT
WATER AND SEWERAGE DEPARTMENT
OFFICE OF THE DIRECTOR

735 RANDOLPH STREET
DETROIT, MICHIGAN 48226-2830
WWW.DETROITMI.GOV

February 19, 2015

The Honorable Joshua M. Freeman, Councilmember
City of Flint, Michigan
1101 S. Saginaw Street
Flint, Michigan 48502



RECEIVED
FEB 24 2015
By_____

Dear Councilman Freeman:

**Regarding:   Your letter of February 3, 2015**

Thank you for your letter of February 3, 2015 in which you seek additional information related to the Detroit Water and Sewerage Department's ("DWSD") offer to resume supplying drinking water to the City of Flint. Specifically, you have asked several follow-up questions related to the nature of the long-term arrangement I referenced within my letter, as well as some technical questions regarding rates and the method for reconnection in light of changes Flint has made to its system in the interim timeframe.

I will attempt to provide as much clarity as possible through this response. For starters, the rate quoted in my January 12, 2015 letter is related to the current rate year ending June 30, 2015. As new rates are adopted each year, the relative methodology as is applied to current DWSD wholesale customers would also be applied to Flint (and Genesee County) and will impact your rates, accordingly. In other words, rates will change in accordance with DWSD revenue requirements each year that Flint (and Genesee County) receives water from DWSD. That is why my prior letter only quoted a specific rate through June 30, 2015. Our Board of Water Commissioners has not yet adopted rates for the 2015-2016 rate year.

Secondly, you have asked if the rates described in the January 12, 2015 letter are exclusive to Flint or if they also would cover the Genesee County Drain Commissioner ("GCDC"). I certainly envision that the rates associated with Flint would also be available to the GCDC, as the two entities have utilized service pursuant to a single contractual arrangement in the past. To that end, DWSD is open to the possibility for a contract to be entered into by either Flint or GCDC on behalf of both customers, depending on the intricacies of the connections that you referenced with respect to Flint's recent sale of pipeline to GCDC. As noted previously, entering into a contract is not required to reinstitute service to Flint during the current emergency situation, in anticipation of further discussions toward a future service relationship.

Additionally, you have asked about short-term as compared to a long-term contractual relationship in light of Flint and GCDC's combined intent to utilize KWA for long-term service as early as 2016. DWSD operates pursuant to long-term contracts with its customers. As you may be aware, our model contracts are for a period of thirty years.

COF_FED_0540600



Councilmember Joshua M. Freeman
City of Flint
February 19, 2015
Page 2

However, in light of the work already done by Flint and GCDC in preparation to receive raw water from KWA, DWSD is open to exploring a long-term contractual arrangement in which DWSD provides full service to Flint (and GCDC) until such time as KWA is operational, and then a back-up service arrangement, thereafter.    The specific terms of that back-up service arrangement would require some further negotiation, but I would assume that such an arrangement would be mutually beneficial in light of the concerns with utilization of the Flint River as a primary or secondary water source.

You have also asked a technical question about the steps necessary in order for Flint to convert back to DWSD for receipt of water service.  While I agree that it is not as simple as flipping a switch, I do not believe that this conversion would be a significant obstacle for Flint and GCDC to overcome.  In fact, there should not be any actions required of DWSD in order to resume service, since we are currently providing full service to GCDC through the GN-01 meter (formerly the FL-01 meter).

Finally, you have asked if the anticipated assumption of DWSD's wholesale operations by the Great Lakes Water Authority ("GLWA") will impact the proposal that has been made.  In short, the answer to your question is that it would not, depending on the timing of the signing of a new contract between the parties.  Under the terms of the GLWA Memorandum of Understanding and Articles of Incorporation, it is envisioned that the GLWA would assume all wholesale contracts of DWSD.  Therefore, the GLWA would be bound by the contractual terms that are agreed upon between DWSD and the City of Flint and/or GCDC.  Nevertheless, as the GLWA Board has now been seated and has a regular schedule of meetings, I would certainly anticipate advising the GLWA Board of the terms of any proposed contract between the parties, and to seek their input or listen to any concerns or suggestions that they might have.  In any event, resumption of service in the short term to address Flint's current needs, remains available immediately under existing published rates, and requires no action by either Board.

I look forward to the continued discussions, and hope that there is a viable solution that can be reached for the benefit of all parties.

Sincerely yours,

Sue F. McCormick
Director, Detroit Water and Sewerage Department
Interim CEO, Great Lakes Water Authority

Cc:    The Honorable Dayne Walling, Mayor, City of Flint
       Gerald Ambrose, Emergency Manager, City of Flint
       Flint City Council
       The Honorable Michael E. Duggan, Mayor, City of Detroit
       Mr. Jim Fausone, Chairman, Board of Water Commissioners
       Mr. Robert Daddow, Chairman, Great Lakes Water Authority

COF_FED_0540602

Water Advisory Committee, Members

Public Works ~~→~~ Utilities /Water

Initial group and offering citizen opportunity

Democracy Defense League

location

technical committee by ~~Mon~~ ~~Tues~~

~~650~~

first meeting
Water Advisory Committee

Mon or Thurs
first week of Mar

(5)

Feb 23 samples to DEQ
Mar 7 expected City notification requiring TTHN
Notice out to customers in March mid
Quarterly report format

odor
color
rash
taste

See a doctor – go to the doctor
allergic reaction

Medical
costs of
filter

Customer
call back
city will test for free

2/19/15 Water Improvements

EM and Mayor
top priority
implementing improvements now
need to hear from customers

(good, clean, fresh water that is 100% safe no exceptions ~~none~~)

getting the right balance

defining water quality
softer
further reduce THM
pH balance, lower

Rob
water testing being done, incl households
safety, in compliance with laws + standards
posting monthly operating reports (transparent)

will be useful for future water too

TTHMs have been reduced
discolored water
optimize chemicals
water quality improvements, "tune up the plant"
SCADA upgrade – latest w/ update continuous data | carbon filters get carbon out
valve openings

concerned people are upset

"more avenues to talk to customers"
"fresh water", speed it through system
reprioritize capital, instrumentation + valve exercising

timing ‹ State approvals + engineering
Weather complications

Vulnerability plan
provide additional info to
moving fast

additional testing for chemicals not part of standards now – ordinance

caught Mays sleeping on water

employees
TU w/ r pamp

Liz Mays
~~[illegible]~~ Lorenz
Ambrosi
Nichols
myself
Howard
Duffy

Kinger
> 25
> 5
> 12
Jessica 12
Dupnack

envelope – cost?

water has improved, more that can be done
weeks + months



# CITY OF FLINT

**Dayne Walling**
Mayor

Mr. Jerry Abramson                                          February 23, 2015
White House, Executive Office of the President
Director of Intergovernmental Affairs
1600 Pennsylvania Ave. NW
Washington, DC 20500

Dear Mr. Abramson

I am writing to request the support of the White House for improving the City of Flint's water quality and infrastructure. The President, Vice-President and White House have been highly engaged in seeking solutions for Flint challenges around public safety, neighborhood stabilization and economic development. We are very thankful for President Obama's leadership and dedicated support being provided through the Sustainable Communities, Choice Neighborhoods, Justice Innovation, and Strong Cities Strong Communities initiatives.

Now residents are most concerned about the safety and quality of the drinking water that is being treated from the Flint River. This is my top priority and work is being done every day to secure drinking water that is 100% safe according to the standards.  As with other challenges, it is essential that we have a coordinated effort among Local, State and Federal agencies. To this end, I am requesting participation from the White House and Environmental Protection Agency on a City of Flint Technical Advisory Water Committee. The committee is expected to meet regularly through the transition to the new Karegnondi Water Pipeline and will include governmental, hospital, university and business sectors.

I welcome any technical assistance you are able to coordinate including expertise on water quality and public health, best practices with water treatment, and improving distribution system infrastructure. Thank you again for the valuable partnership. I look forward to working with you and Federal partners as we transform Flint into a sustainable 21st Century city with new jobs, safe neighborhoods, strong infrastructure and great schools.

Sincerely,

Dayne Walling
Mayor, City of Flint

CC:     Mark Linton, Director, Strong Cities Strong Communities, White House Domestic Policy Council
        Dr. Susan Hedman, Great Lakes Regional Administrator, U.S. Environmental Protection Agency
        Mark Rupp, Deputy Associate Administrator for Intergovernmental Relations, U.S. EPA
        U.S. Congressman Daniel T. Kildee
        Paul Joice, Strong Cities Strong Communities, U.S. Department of Housing and Development

COF_FED_0540608

COF_FED_0540610

CA- Community Mtgs

2/23/15  Exec

Council Leadership

Schedule:
Mon- Council
Tues 2/24 Digital Indices
                        11am

Water Advisory Board Cmt
       Technical Btzx Cmte                    Thurs- Budget Review?

                                             Fri- CMU Talk

- Council
  * 911 tower asset transfer notification
       looking at 10 day initial timeframe + meetings
  * budget priorities (Council this year)
- Orders
  * organizational reporting
  * Council + mayor compensation
  * purchasing ordinance (not an order)
  Intro CA
- Veolia
  * timelines?
- Budget
  * dept heads focusing on cost reductions +
       restructuring going forward
- Staff Meetings, discussion
  * size of core team
  * all - staff larger info mtg
  * and individual meetings w/ dept heads
     EM, Mayor, CA                              ongoing!
     budget, strategic objectives, annual services,
dept
profile  performance metrics          Key contracts

## Flint Emergency Manager Task Chart                23-Feb

| | Item | Who | 7 Pt. Plan | Completion Date |
|---|---|---|---|---|
| Planning | Conduct Historic District Public Hearing | mh | | 1/16/2015 Complete |
| Finance | Present FY15 2nd Qtr Report to City Council | ds | 7 | 1/21/2015 Complete |
| Public Safety | ICMA Study - Presentation to PS Cmte. and Implementation Plan | jt dc | 7 | 1/22/2015 Complete |
| Admin | Begin Executive search (HR, Tr., Fin) | | | 1/22/2015 Complete |
| Finance | Present FY14 Audit to City Council | ds | 7 | 1/26/2015 Complete |
| Admin | Conduct Strategic Planning Workshop (staff) | | | 1/26/2015 Complete |
| Planning | Adopt CIP | mh | | 1/26/2015 Complete |
| Council | Approval of Financial Ordinances | | 7 | 1/26/2015 Complete |
| Admin | Conduct Strategic Planning Wkshop (Council) | ja | | 1/28/2015 Complete |
| Admin | Provide a Letter on Council Training Plan | ja | 7 | 1/28/2015 |
| Finance | Complete Single Audit | ds | 7 | 1/28/2015 Complete |
| Personnel | Make Interim Assignments HR, Finance | ja | | 1/30/2015 Complete |
| Admin | Enact Council Organizational Order | pb, ja | | 2/1/2015 Complete |
| Finance | Enact FY15 Budget Amendment | ds, ja | | 2/1/2015 Complete |
| Admin | Select Consultant for water issues | ja/em/dw | | 2/3/2015 Complete |
| Admin | Depts submit Strategic Plan Objectives | ja | | 2/9/2015 Complete |
| MML | Complete Profiles for FD, TR, HR | | | 2/13/2015 Complete |
| Finance | Complete Strategic Plan Update | ja | 7 | 2/18/2015 Complete |
| Fire | Decide on applying for SAFER Grant | dc lm | | 2/21/2015 Complete |
| Admin | City Administrator Starts | ja | | 2/23/2015 Complete |
| Admin | Extend Cornerstone Contract | ja | | 2/23/2015 Complete |
| IT | Implement IT Governance Model | pk | | 2/27/2015 |
| Admin | Enact Organizational Reporting Order | pb,ja | | 2/27/2015 |
| Finance | Complete Five Year Financial Projections | ja | | 2/27/2015 |
| Communic | Complete Website Punch-list | jl | | 2/27/2015 |
| Facilities | Complete Purchasing Relocation | hc | | 2/27/2015 |
| DPW/Fin | Complete RFC analysis of utility revenues | ja | | 2/27/2015 |
| Admin | Enact Purchasing Ordinance | ja | 7 | 2/27/2015 |
| Admin | Decide Council Pay / Mayoral Pay | ja | | 2/27/2015 |
| DPW | Define specific Infrastructure projects | hc | | 2/27/2015 |
| Finance | Establish Budget Prep Timeline | ds | | 2/27/2015 |
| Admin | Receive priorities from Veolia | ja | | 2/27/2015 |
| Finance | Update financial projections to Council | ds | 7 | 3/4/2015 |
| Admin | Enact business ; water collections; and general criminal ordinances | ja pb jf | | 3/6/2015 |
| Admin | Evaluate Alternate DEP structure | ja | | 3/6/2015 |
| Finance | Complete Court Consolidation MOU | ja | | 3/6/2015 |
| Finance | Finalize MERS transition | ds | | 3/6/2015 |

COF_FED_0540612

| | Item | Who | 7 Pt. Plan | Completion Date |
|---|---|---|---|---|
| Admin | Begin drafting Final Order/set transition date | pb,ja | | 3/6/2015 |
| Facilities | Complete Law Office Renovation | hc | | 3/6/2015 |
| Finance | Council to Adopt budget priorities | ja | | 3/9/2015 |
| Legal | Complete Tower Transfer to GC 9-1-1 | lm | | 3/10/2015 |
| Legal | Complete Tower Property Lease | pb | | 3/10/2015 |
| HR/Legal | Complete MOU for 9-1-1 Personnel | dj jc | | 3/10/2015 |
| Legal | Complete MOU for 9-1-1 | pb | | 3/10/2015 |
| Admin | Adopt other Final Ordinances | ja jf pd | 7 | 3/15/2015 |
| Admin | Complete RTAB Confirmation | ja ww | | 3/15/2015 |
| IT/ Clerk | Update City Council Chamber's technology | ib jf pk | | 3/15/2015 |
| MML | Complete Advertisements for Positions | | | 3/20/2015 |
| Police/IT | Complete SRMS Implementation Charter | jt pk | | 4/2/2015 |
| MML | Selct finalists | | | 4/3/2015 |
| Finance | Provide 3rd qtr Strategic Plan Update | em | | 4/6/2015 |
| Finance | Provide 3rd qtr Budget Update | ds | | 4/6/2015 |
| Finance | Present FY16 Budget Update To City Council | ds | 7 | 4/6/2015 |
| Finance | Present FY17 Budget to City Council | ds | 7 | 4/6/2015 |
| Public Safety | Develop Public Safety Implementation Plan | jt dc | | 4/6/2015 |
| Econ Dev | Complete Smith Village Development | ta | | 4/6/2015 |
| Admin | Enact Final Order | ja pb lm | 7 | 4/8/2015 |
| Admin | Tell the Story of the Flint EM Period | ja lm eric s | | 4/10/2015 |
| Finance | Present FY15 3rd Qtr Report to City Council | ds | 7 | 4/15/2015 |
| MML/Admin | Complete Reference Checks and Interviews | | | 4/24/2015 |
| MML/Admin | Make Appointments | | | 5/1/2015 |
| Clerk | Plan for Charter Commission Support | ib pb | | 5/1/2015 |
| Clerk | Hold Charter Commission Election | ib pb | | 5/12/2015 |
| MML/Admin | New Appointees (FD,TR,HR) start | | | 5/15/2015 |
| Personnel | Complete Executive Search | ja nh | | 5/15/2015 |
| Police | Manage 911 Move | jt | | 7/1/2015 |
| Finance | Present FY15 4th Qtr Report to City Council | ds | | 7/15/2015 |
| HR | Participate in SEI 3-Day Workshop | hc | | 4/6-8/15 |
| Utilities | Progress on Water Quality issues, inlcuding prep. for additional notifications | hc,dw,lm,j a,pb | | Monitor |
| Legal/ Util | Monitor Chevy in the Hole Grant Contract | pb ja dj | | Monitor |
| Treasury | Progress on Water Theft investigation | am | | Monitor |

| | Item | Who | 7 Pt. Plan | Completion Date |
|---|---|---|---|---|
| Planning | Complete CSX transfer for trail | mh | | Monitor |
| Finance | MERS to complete pension valuations | ds | | Monitor |
| Planning/Clerk | Complete Business Lic. Plan and Implementation | pb mh ib | | Monitor |
| Admin | Implementation of Public Safety Rec. | ja em | | Monitor |
| Admin | Progress of executive recruitment | ja em | | Monitor |
| Admin | Progress of P&M finance projects | ja ds | | Monitor |
| Admin | Progress of Council Training | ja | | Monitor |

COF_FED_0540618

2/23/15   Exec

- facilities
  * options for city facility
  * north bldg usage
  ▢ draft response to Curtis

- CA role, internal and external

- water advisory committees
  * community
    · 2 goals: communicate about water system
              input on concerns + questions
    · at least monthly
    · Thurs Mar 5
    · chair, Jack Minore
    · facilitator
  * technical
    · open to public

* get Veolia's input on ~~contract~~ committees

→ ▢ public hearing for OPRA?
  check w/ Megan

2/24/15  Core Staff

EM
* Council, moving business forward, think ahead 30 days;
* Staff: will be CAs going forward largely
* personal attention: final order, coordinating w/ CA, budget
CA
* upcoming mtgs w/ dept heads; open door policy;
   community, neighborhood areas; see City through
   your eyes

recommend
same + council →

DPW: problem w/ main breaks; need better outreach;
data on breaks and other stats; Veolia interim
report tomorrow possibly w/ timeframes + costs;
new ferric feed rates, reduced storage capacity,
may be seasonal; more than 25 requests for tests;
staff capacity or vendors for main breaks repairs
March 15 next letter incl violation;
polling taking place incl rates
⇒ options explored prior to budget preparation
   small, medium or large infrastructure packages

COF_FED_0540622

2/24/15  Susan Hedman — EPA

Cincinnati Water Lab

Drinking Water Program

time commitment
   monthly ( w/ call in)
   for approx year

3/4  2pm Weds
    "someone will be on call"
Hedman  " EPA will have a high level expert
       participating throughout the process"
    name by end of week

February 27, 2015

To: Wayne Workman,

From: Jerry Ambrose, Emergency Manager, City of Flint

As the Emergency Manager for the City of Flint, I am charged with restoring the City government to financial solvency, and working to assure that the City moves forward on a financially sustainable basis. The steps taken over the past three years have been difficult. Taxes and fees have been raised, services and workforce reduced, and ongoing costs, including legacy costs, have been constrained.

The current controversy surrounding the provision of water, and the path for resolution, has a potentially significant impact on the progress that is being made. I am satisfied that the water provided to Flint users today is within all MDEQ and EPA guidelines, as evidenced by the most recent water quality results conducted for MDEQ. We have a continuing commitment to maintaining water safety and to improve water quality, and have dedicated resources to assure this commitment will be made.

The oft-repeated suggestion that the City should return to DWSD, even for a short period of time, would, in my judgment, have extremely negative financial consequences to the water system, and consequently to the rate payers. By the most conservative estimates, such a move would increase costs by at least $12 million annually, with that amount achieved only by eliminating virtually all budgeted improvements in the system. For a system with Unrestricted Assets of only $740,745, according to the June 30, 2014 audited financial statements, the only recourse within the City's control would be to raise rates. And in my judgment, such a rate increase would minimally be in the 30% range.

This direction of discussion also deviates from what, in my judgment, should be the focus: How can we not only operate and maintain a system to assure the delivery of safe and quality water dependably, but significantly reduce the cost of water and sewer to the users? At an average of $149 per month for a residential user, the cost for this service is extremely high in comparison to surrounding areas, as well as most areas across the state, and creates a significant financial burden for many users. In my judgment, we should all be concentrating on how to reduce rates by 50% or more! Unfortunately, there are no easy or evident answers, and continuation of the status will be an impediment to the sustainable recovery of the City of Flint. It is a conversation that we will have with the recently created Water Quality Advisory Committee.

My reasoning for this conclusion is as follows:

One of the decisions made in the context of beginning to eliminate deficits and to restore financial stability to the City of Flint was to increase water and sewer rates significantly – the only choice available to financially stabilize a system that as of June 30, 2012, had a deficit of $8,758,091. Another was to leave DWDS for the KWA because it offered the opportunity to lower future rate increases. A third decision was to utilize the Flint River on an interim basis when DWSD unilaterally terminated the City's contract for water purchase. That decision was made because it also offered an immediate cost savings opportunity which translated into the ability to upgrade the Water Treatment Plant without having to seek financing. It was a reasonable decision because of our experience in using the river in a back-up capacity, including test runs on a quarterly basis for several decades.

COF_FED_0540624

Unfortunately, the switch to the river as a primary source was more challenging than anticipated, and the harsh winter of 2013-2014 resulted in much more damage to the aging water infrastructure than in previous years. The result was the issuance of required notices that water exceeded established guidelines for safety as it could affect certain vulnerable populations, and some users of the system experienced unpleasant odors and discoloration. Some users appeared to have had some negative reactions to the new source of water. However, as soon as the test results were known, City staff took immediate actions to address the concerns. These actions are evidenced today by the fact that MDEQ has certified that our most recent testing shows water from all testing sites to be within acceptable guidelines. Additionally, the City is continuing to taking the necessary actions to assure that the water supply remains safe and that water quality continues to improve.

As the City has moved to address the situation, the suggestion has been made that the City should re-engage with DWSD and purchase water at least until the KWA pipeline is supplying water. As evidenced by the most recent letter from DWSD, such a decision would immediately increase the City's cost by $846,700 per month, or $10,160,400 per year, just for the fixed cost portion of the price. The actual purchase of water would be in addition, and dependent upon the quantity purchased. We estimate the actual water purchase cost to average more than $1 million per month, for a grand total of approximately $22 million. Finally, the DWSD offer is conditioned upon the City (or presumable its partners in KWA) agreeing to negotiate a long term contract (30 years) for back-up.

The $22 million annual estimate of increased costs to purchase water from DWSD would be minimally offset by an approximate $3 million in reduced operating costs, and could be further offset by an additional $9 million, but only if all funding for capital improvements to the system are eliminated. To eliminate all funding dedicated to repairing, stabilizing, and improving the system would be totally irresponsible and would have long term negative consequences to the City and to future rate payers.

As you are aware we have recently brought in outside expert assistance to evaluate the steps we have taken to assure that the water is safe and to continue to improve water quality. We are expecting specific recommendations within the next few weeks, and are committed to implementing those recommendations in a timely manner. Many steps have already been taken. I am confident that implementing their recommendations will assure a continuing supply of safe water as well as improved quality, and at far less cost than re-engaging DWSD.

We have also created a 40 member Water Advisory Committee and a 13 member Technical Advisory Committee to assure two-way communication with the public and users of the system. Those committees will begin to meet within the next week, and we look forward to answering their questions and receiving their input.

It is unfortunate that problems and concerns with quality have arisen, and we are working every day to address the issues created them. Maintaining safe water and improving quality is a top priority as we work to make the City of Flint an attractive place to live, work, study, and play.

COF_FED_0540628

◯ Liz for communications

3/2/15  Exec

DPW/
Water: rates, safety/quality, DWSD;
consultants v. staff, costs + responsibilities +
experience; pushing too many infrastructure
projects; need for IT/efficiencies

under-utilized software across City, getting     CA
list from IT
organizational reform / vision
budget process
Water safety
communications     reasonable rates

Council committees,     CA owns going forward
Finance                          resos format
Public Safety
Council budget priorities
Budget meetings w/ depts
Budget picture, mid-March

Lead Tests

5 Year Forecast
EM Orders: Compensation, Council Meetings, Org



# CITY OF FLINT
*OFFICE OF THE EMERGENCY MANAGER*



**Gerald Ambrose**
**Emergency Manager**

**TO:** Wayne Workman, Deputy Treasurer
Treasury Department
State of Michigan

**FROM:** Jerry Ambrose, Emergency Manager
City of Flint

**DATE:** March 3, 2015

As the Emergency Manager for the City of Flint, I am charged with restoring the City government to financial solvency, and working to assure that the City moves forward on a financially sustainable basis. The steps taken over the past three years have been difficult. Taxes and fees have been raised, services and workforce reduced, and ongoing costs, including legacy costs, have been constrained.

The current controversy surrounding the provision of water, and the path for resolution, has a potentially significant impact on the progress that is being made. I am satisfied that the water provided to Flint users today is within all MDEQ and EPA guidelines, as evidenced by the most recent water quality results conducted for MDEQ. We have a continuing commitment to maintain water safety and to improve water quality, and have dedicated resources to assure this commitment will be made.

The oft-repeated suggestion that the City should return to DWSD, even for a short period of time, would, in my judgment, have extremely negative financial consequences to the water system, and consequently to the rate payers. By the most conservative estimates, such a move would increase costs by at least $12 million annually, with that amount achieved only by eliminating virtually all budgeted improvements in the system. For a system with Unrestricted Assets of only $740,745, according to the June 30, 2014 audited financial statements, the only recourse within the City's control would be to increase revenues significantly. And in my judgment, that would come from raising rates for water by 30% or more . Further, changing the *source* of the city's water would not necessarily change any of the *aesthetics* of the water, including odor and discoloration, since those appear to be directly related to the aging pipes and other infrastructure that carry water from the treatment facility to our customers.

---

COF_FED_0540630