# EXHIBIT 31

| | |
|---|---|
| **From:** | Michael Glasgow <mglasgow@cityofflint.com> |
| **Sent:** | Thursday, April 17, 2014 11:05 AM |
| **To:** | Rosenthal, Adam (DEQ) |
| **Cc:** | Prysby, Mike (DEQ);Busch, Stephen (DEQ) |
| **Subject:** | Re: Proposed Water Monitoring - City of Flint |

Adam,

Thank you for the quick response. I assumed there would be dramatic changes to our monitoring. I have people above me making plans to distribute water ASAP. I was reluctant before, but after looking at the monitoring schedule and our current staffing, I do not anticipate giving the OK to begin sending water out anytime soon. If water is distributed from this plant in the next couple weeks, it will be against my direction. I need time to adequately train additional staff and to update our monitoring plans before I will feel we are ready. I will reiterate this to management above me, but they seem to have their own agenda.

Thank you,


Mike Glasgow
Laboratory & Water Quality Supervisor
City of Flint Water Plant


On Wed, Apr 16, 2014 at 2:49 PM, Rosenthal, Adam (DEQ) <ROSENTHALA@michigan.gov> wrote:

Mike, we have been working on a revised schedule for the City of Flint, which is being sent out today in response to your email indicating the plant startup. Mike Prysby must have been the one in contact with Mr. Croft, not sure what was discussed. Mike is out and will return 4/21/14. Until then our supervisor, Steve Bush, can be contacted at 517-643-2314 for plant operation questions.



see attached schedule.



Adam Rosenthal, EQA

MDEQ -- Office of Drinking Water and Municipal Assistance

Lansing District -- Constitution Hall 1SW

PO Box 30242

Lansing, MI  48909

517-284-6644

1

fax: 517-241-3571

**From:** Michael Glasgow [mailto:mglasgow@cityofflint.com]
**Sent:** Wednesday, April 16, 2014 12:59 PM
**To:** Rosenthal, Adam (DEQ)
**Subject:** Proposed Water Monitoring - City of Flint

Adam,

Good afternoon, I am contacting you in regards to possible changes in our monitoring for our change to full time operation out of the Flint river. I am expecting changes to our Water Quality Monitoring parameters, and possibly our DBP and lead & copper monitoring plan. Also, I am wondering about our MOR required testing. I know you have probably been in contact with Howard Croft, however I have not seen anything except the notes you or Prysby made on the last page of our 2014 monitoring schedule "that things were subject to change". Any information would be greatly appreciated, because it looks as if we will be starting the plant up tomorrow and are being pushed to start distributing water as soon as possible. As the acting F-1, I would like to make sure we are monitoring, reporting and meeting our requirements before I give the O.K to start distributing water.

Thanks,

Mike Glasgow

Laboratory & Water Quality Supervisor

City of Flint Water Plant

(810)787-6537 ext. 3512

04-15-2016 SOM0024922