# EXHIBIT 35

|              |                                                |
| ------------ | ---------------------------------------------- |
| **From:**    | Jason Lorenz <jlorenz@cityofflint.com>         |
| **Sent:**    | Monday, August 18, 2014 5:52 PM                |
| **To:**      | undisclosed-recipients:                        |
| **Subject:** | PRESS RELEASE: Water Advisory Update           |
| **Attachments:** | Water Advisory 8.18.2014.pdf               |

**For Immediate Release**

## City of Flint Boil Water Advisory Still in Effect for Area Affected by Discovery of Abnormal Water Sample

*Flint, Michigan – August 18, 2014* – The City of Flint's Utilities Department has received word today from the Department of Environmental Quality that the boil water advisory issued for a small portion of the city is still in effect although additional testing has shown no signs of E-coli or fecal coliform bacteria in the water. Testing over the last 48 hours has shown that the water tests negative for the presence of fecal coliform bacteria and E-coli, but an abnormal test result triggered the advisory. It is believed that a sampling error is to blame for the abnormal test; however, as a precaution, the advisory will remain in effect until the next citywide sampling has been completed. The next round of routine testing will take place on Tuesday, August 19, 2014 with the possibility that the advisory could be lifted as early as Wednesday, August 20, 2014.

Testing of the drinking water is a part of the routine process for ensuring the quality and safety of the system which happens weekly at nine different sites around the city. Drinking water contamination due to E-coli or coliform bacteria is very rare due to the fact that the bacteria cannot survive in the water for very long. The colder temperature of water in the system coupled with the regular blending of chlorine into the water makes for a hostile environment for these kinds of bacteria. The Flint Water Treatment Plant works diligently to provide water of the highest quality to everyone in the city.

–END–

COF_FED_0042553

-Jason Lorenz
Public Information Officer
City of Flint
(810) 237-2039
jlorenz@cityofflint.com

2

COF_FED_0042554