# EXHIBIT 36

| | |
|---|---|
| **From:** | Jason Lorenz <jlorenz@cityofflint.com> |
| **Sent:** | Friday, September 05, 2014 5:20 PM |
| **To:** | undisclosed-recipients: |
| **Subject:** | PRESS RELEASE: Boil Water Advisory |
| **Attachments:** | Flint-Site5-BWA.pdf; BWA.9.5.14.pdf; Boil Water Advisory 9.5.2014.pdf |

**For Immediate Release**

## City of Flint Boil Water Advisory in Effect for Area Affected Due to Abnormal Water Sample

*Flint, Michigan – September 5, 2014* – The City of Flint's Utilities Department in conjunction with the Department of Environmental Quality has issued a boil water advisory for a portion of the city. The boil water advisory is in effect for the area bordered by Dayton Street on the north, DuPont Street on the east, the Flint River on the south, and by Lavelle Road (to the Flint River) on the west. Testing over the last 48 hours has shown that the water in the area above tests positive for the presence of total coliform bacteria. Residents in the area should continue to boil water or use bottled water for drinking, bathing, making ice, brushing teeth, washing dishes, and preparing food until further notice. Boiling the water kills bacteria or other harmful organisms.

Total coliform bacteria are generally not harmful themselves. Coliforms are bacteria which are naturally present in the environment and are used as an indicator that other, potentially-harmful, bacteria *may be present*. Usually, coliforms are a sign that there could be a problem with the treatment or distribution system (pipes). Whenever we detect coliform bacteria in any sample, we do follow-up testing to see if other bacteria of greater concern, such as fecal coliform or E. coli, are present. We did not find any of these bacteria in our subsequent testing. If we had, we would have notified you immediately. However, we are still finding coliforms in the drinking water.

1

The City of Flint Utilities Department will be flushing the system in that part of the city and increasing the chlorine added to water in the area.  The City anticipates that the problem will be resolved within the next three days, which is the minimum amount of time for a boil water notice.  All water testing results at the City of Flint Water Treatment Plant have shown the City's drinking water meets all Safe Water Drinking Standards.  Testing of the drinking water is a part of the routine process for ensuring the quality and safety of the system which happens weekly at ten different sites around the city. Anyone with questions about the advisory or any other water issues should call 810-787-6537.

–END–

Public Information Officer
City of Flint
(810) 237-2039
jlorenz@cityofflint.com

2

COF_FED_0007289