# EXHIBIT 37



# CITY OF FLINT
## OFFICE OF EMERGENCY MANAGER
## DARNELL EARLEY
### ICMA-CM, MPA

**Jason Lorenz**
*Public Information Officer*
**(810) 237-2039**
jlorenz@cityofflint.com

**For Immediate Release**

## City of Flint Boil Water Advisory Remains in Effect
## for Previously Identified Area

*Flint, Michigan – September 8, 2014 –* The City of Flint's Utilities Department has extended both of the boil water advisories from Friday and Saturday for a portion of the city. Friday's boil water advisory is in effect for the area bordered by Dayton Street on the north, DuPont Street on the east, the Flint River on the south, and by Lavelle Road (to the Flint River) on the west.  Saturday's boil water advisory also covered the area bordered by Stewart Ave. (north), Saginaw (east) Hamilton Ave (south), and Clio Rd (west).  This remains a localized issue to those portions of the city.

The Utilities Department believes that due to the low usage and demand of the area, water remains in the system for a longer period of time compared to the rest of the city. The City of Flint Utilities Department is increasing the chlorine added to water in the area, and to improve water circulation, will continue flushing the system in that part of the city.  Residents can expect to see open hydrants in the area.  The City of Flint will continue to aggressively investigate this issue until it has been corrected.

–CONTINUE–

---

City Hall
1101 S. Saginaw Street - Flint, Michigan 48502
810-766-7346     FAX: 810-766-7218     www.cityofflint.com



# CITY OF FLINT
## OFFICE OF EMERGENCY MANAGER
## DARNELL EARLEY
### ICMA-CM, MPA

The Utilities Department has opted to keep the advisory in effect until the results of a citywide sampling taken today are known. This advisory is a precautionary measure to ensure the safety of drinking water for city residents. Residents in the area should continue to boil water or use bottled water for drinking, making ice, brushing teeth, washing dishes, and preparing food until further notice. Boiling the water kills bacteria or other harmful organisms.

Total coliform bacteria are generally not harmful themselves. Coliforms are bacteria which are naturally present in the environment and are used as an indicator that other, potentially-harmful, bacteria *may be present.* Usually, coliforms are a sign that there could be a problem with the treatment or distribution system (pipes).

Whenever we detect coliform bacteria in any sample, we do follow-up testing to see if other bacteria of greater concern, such as fecal coliform or E. coli, are present. We did not find any of these bacteria in our subsequent testing. If we had, we would have notified you immediately. However, we are still finding coliforms in the drinking water.

All water testing results at the City of Flint Water Treatment Plant have shown the City's drinking water meets all Safe Water Drinking Standards and this remains a localized problem. Testing of the drinking water is a part of the routine process for ensuring the quality and safety of the system which happens weekly at ten different sites around the city. Anyone with questions about the advisory or any other water issues should call 810-787-6537.

–END–

City Hall
1101 S. Saginaw Street - Flint, Michigan 48502
810-766-7346     FAX: 810-766-7218     www.cityofflint.com

COF_FED_0010486