# EXHIBIT 39



Howard Croft <hcroft@cityofflint.com>

# Leanne Walters - 212 Browning
5 messages

**Michael Glasgow** <mglasgow@cityofflint.com>   Tue, Feb 24, 2015 at 1:48 PM
To: Howard Croft <hcroft@cityofflint.com>, Daugherty Johnson <djohnson@cityofflint.com>, Robert Bincsik <rbincsik@cityofflint.com>, Brent Wright <bwright@cityofflint.com>

Gentlemen,

 We have a new issue with 212 Browning.  I was there last week (2/18) for a follow up to the sampling from the week before (2/11).  Nothing had changed in regards to discoloration and high iron content.  However I had Leanne collect a sample for Lead & Copper as part of our monitoring requirements for 2015.  The results come back today and the level of lead was 104 ppb.  The limit on lead is 15 ppb.  In our previous round of lead and copper sampling in 2014, only 2 samples (out of 100) were above our limit of 15 ppb, with the highest values at 37 & 23 ppb. There is definitely a pressing issue here, and with this recent lead result and the previous iron results, she has some data to prove it.  I will have her collect another lead and copper sample to validate or dismiss the original result. Lead can be found in many plumbing features including faucets, but I worry if her service line is lead. I will attempt to approach adjacent neighbors to see if the issue is only at her residence, or is spreading through the neighborhood (through iron testing at first). I have had no other calls or testing requests from the general area.

Mike

**Robert Bincsik** <rbincsik@cityofflint.com>   Tue, Feb 24, 2015 at 2:19 PM
To: Michael Glasgow <mglasgow@cityofflint.com>
Cc: Howard Croft <hcroft@cityofflint.com>, Daugherty Johnson <djohnson@cityofflint.com>, Brent Wright <bwright@cityofflint.com>

The majority of service lines in the COF are lead from the main to the curb and in some cases from the main to the house. Marvin from Veolia mentioned to me he thought we needed to add phosphate to our water to help prevent this. Perhaps we need to move on this sooner rather than later given we have approximately 80% lead service lines and 1000's of leaded joints.
[Quoted text hidden]
--
*Thank you,*

*Robert Bincsik*
*Water Distribution and*
*Sewer Maintenance Supervisor*
*City of Flint*
*3310 E. Court Street*
*Flint, MI 48506*
*Ph: 810.766.7202 ext. 3413*
*Fx: 810.743.5758*

**Howard Croft** <hcroft@cityofflint.com>   Tue, Feb 24, 2015 at 2:26 PM
To: Robert Bincsik <rbincsik@cityofflint.com>
Cc: Michael Glasgow <mglasgow@cityofflint.com>, Daugherty Johnson <djohnson@cityofflint.com>, Brent Wright <bwright@cityofflint.com>

Yes,

CROFT - 0000000125

Move quickly to isolate this to the service line if possible. I would check as many of the neighbors as possible and practical.

[Quoted text hidden]

--
**Howard Croft**
Public Works Director
City of Flint
1101 S. Saginaw Street
Flint, MI 48502
PH# 810.766.7135 Ext.2043
hcroft@cityofflint.com

---

**Robert Bincsik** <rbincsik@cityofflint.com>  Tue, Feb 24, 2015 at 4:10 PM
To: Howard Croft <hcroft@cityofflint.com>
Cc: Michael Glasgow <mglasgow@cityofflint.com>, Daugherty Johnson <djohnson@cityofflint.com>, Brent Wright <bwright@cityofflint.com>

I think this indicates a larger potential problem in the system. If this one service is showing lead issues the entire system could begin to show these problems.

[Quoted text hidden]

---

**Michael Glasgow** <mglasgow@cityofflint.com>  Wed, Feb 25, 2015 at 8:45 AM
To: Robert Bincsik <rbincsik@cityofflint.com>, Brent Wright <bwright@cityofflint.com>, Daugherty Johnson <djohnson@cityofflint.com>, Howard Croft <hcroft@cityofflint.com>

   I'm not sure I would rush to say this will be seen in the entire system, we have only seen an issue < 3% of samples out of the last few months (103 samples total).  Most treatment plants calculate the Langelier Index to give a general idea of the "aggressiveness" of the water.  Our index usually runs on the positive, which means the water should be scale forming and not corrosive.  We are required to perform testing of 25 sample sites each quarter for pH, calcium, alkalinity, temperature, and conductivity. These values are then used to calculate the "aggressiveness" of the water.  I wish we could fix our problems with a corrosion inhibitor, but I'm not sure that is the case. Also, most inhibitors are phosphate based, which may come to haunt us in the summer months as phosphate is an energy source for biological growth.

[Quoted text hidden]

CROFT - 0000000126