# EXHIBIT 40

| | |
|---|---|
| **From:** | Michael Glasgow <mglasgow@cityofflint.com> |
| **Sent:** | Thursday, February 26, 2015 7:56 AM |
| **To:** | Lea Moste |
| **Subject:** | Re: Water testing Results |
| **Attachments:** | Redacted-PII (Pb & Cu).pdf |

Lee,

Here are your Lead & Copper Results. This number is very high, 104 ppb of lead. In the last few months over 100 samples have been tested and only 2 were over the 15 ppb regulatory limit, and the highest level I have seen is 37 ppb. I will pass this info to Mr. Croft so he is aware. I will send the sample I collected from your kitchen faucet today for a complete metals test (12 different metals), to see what the level is without letting the water stagnate over night. I'm hoping that value will be much, but we will have to see. Sorry for this news, but I wanted to let you know right away.

Mike

On Tue, Feb 24, 2015 at 1:50 PM, Michael Glasgow <mglasgow@cityofflint.com> wrote:
Lee,

 I will bring a copy of last years annual report when I stop by tomorrow. The annual report from 2014 must be delivered to residents by July 1st of this year. I imagine we may have it complete by June.


Mike

On Fri, Feb 20, 2015 at 1:00 AM, Redacted-PII @gmail.com> wrote:
Mike,
Thank you for the water reports and we already planned to see you on the 25th at 10:00am. I was wondering if you know who I need to talk to in the water plant to obtain the Annual Drinking Water Report from last year. According to the EPA website there is link to access but when you click on it, it cannot be accessed. Was also curious if there is an expected time frame for this years report due to the switch. If you can be of any assistance I would appreciate it.

Thank You
LeeAnne Walters

On Thu, Feb 19, 2015 at 12:47 PM, Michael Glasgow <mglasgow@cityofflint.com> wrote:
Lee & Dennis,

 Here is a list of test results from water sampled at your home over the last 2 weeks. I have sent in your lead and copper sample, and also a sample from the toilet tank for manganese. I should hopefully have results from this testing early next week. I'll plan on stopping over on Wednesday (the 25th) around 10 am again to give you these results & sample again.

Mike