# EXHIBIT 41

| | |
|---|---|
| From: | Rosenthal, Adam (DEQ) |
| Sent: | Thursday, June 25, 2015 10:48 AM |
| To: | Mike Glasgow;'bwright@cityofflint.com' |
| Cc: | Prysby, Mike (DEQ);Busch, Stephen (DEQ) |
| Subject: | 6/30 & 7/1/15 deadlines |
| Attachments: | Flint-2015-04-03-LT2ESWTR.pdf |

Morning Mike & Brent, just wanted to remind you/confirm that Flint is on track for a few items.

1 – We hope you have 61 more lead/copper samples collected and sent to the lab by 6/30/15, and that they are will be below the AL for lead.  As of now with 39 results, Flint's 90th percentile is over the AL for lead.

2 – LT2 source water monitoring plan, reminder that it is due to our office for review by 7/1/15 per Mike's 4/3/15 letter, (attached).

3 – Consumer Confidence Report, (CCR), has not been received yet -- due to our office, Gen. Co. LHD & your customers by 7/1/15.

Please provide an update for the above items.

thanks,

Adam Rosenthal, EQA
MDEQ – Office of Drinking Water and Municipal Assistance
Lansing District – Constitution Hall 1SW
PO Box 30242
Lansing, MI  48909
517-284-6644
fax: 517-241-3571

For MORs, Lab Results & Reporting Forms:
DEQ-DWMA-Lansing@michigan.gov