# EXHIBIT 42

N DEPARTMENT OF ENVIRONMENTAL QUALITY
F DRINKING WATER AND MUNICIPAL ASSISTANCE
AND COPPER REPORT AND
CONSUMER NOTICE OF LEAD RESULT
CERTIFICATE FOR COMMUNITY WATER SUPPLY



DRAFT   DEQ

Issued under authority of 1976 PA 399, MCL 325.1001 et al., and Administrative Rules, as amended.
Failure to submit this information is a violation of Act 399 and may subject the water supply to enforcement penalties.

Administrative Rule R 325.10710d requires water supplies to report lead and copper monitoring information within 10 days after the end of the monitoring period. This form may be used to meet this requirement. Submit the information to the appropriate Department of Environmental Quality (DEQ) district office. For district office addresses, visit www.michigan.gov/deq and click on Locations.

1. Water Supply Name: City of Flint Water Plant
2. County: Genesee
3. WSSN: 2310
4. Population: 99,763
5. Monitoring Period: From: 1/1/15 To: 6/30/15
6. Minimum # of Samples Required: ~~100~~ 60
7. # of Samples Taken: 71 ~~72~~ 69
8. Name of Certified Laboratory: DEQ Drinking Water Laboratory

9. SAMPLE CRITERIA:

| Yes | No | Explain No responses in Comments block. | |
|---|---|---|---|
| ☐ | ☒ | a. Are the same sampling points used as in the previous monitoring period? | |
| ☐ | ☒ | b. Are all samples from Tier 1 sites? | For more information see *Instructions* paragraph 11, subparagraph "Sample Category." |
| ☒ | ☐ | c. Are all samples from Tier 1, 2, or 3 sites giving Tier 1 priority? | |
| ☒ | ☐ | d. If no Tier 1, 2, or 3 sites are available, do all sites have plumbing materials commonly found at other locations in the system? | |
| ☒ | ☐ | e. Is the minimum number of lead service line samples taken (when applicable)? | |

Comments:
A total of 175 sample bottles and instructions were distributed to city residents. We are continuing to solicit samples due to the fact that we did not reach the minimum number for this monitoring period.

Lead service - majority (30,000?)

10. NAME:

Name: Michael Glasgow
Title: Utilites Administrator
Phone: 810-766-7135
Date: 7/28/2015

EQP 5942 (Rev. 06/2012)

DRAFT

**11. TAP SAMPLING DATA:** (Use additional sheets as needed)

Water Supply Name/County: City of Flint Water Plant          WSSN 2310

RESULTS:

| Sample Location | Sample Date | Sample Category[1] | Service Lines[2] | Bldg Plumbing[2] | Lead (ppb) | Copper (ppb) | Lab # |
|---|---|---|---|---|---|---|---|
| 2205 Flusing Rd | 2/15/15 | 1 | L | C,P | N.D. | 0.13 | 54663 |
| 212 Browning Ave. | 2/18/15 | 1 | L | P | 104 | N.D. | 54945 |
| 1809 Stevenson St. | 2/10/15 | 1 | L | P | 10 | N.D. | 54956 |
| 4202 Custer Ave. | 3/4/15 | 1 | L | C,P | 6 | 0.27 | 56223 |
| 401 E. Newall St. | 3/2/15 | 1 | L | P | 5 | N.D. | 56225 |
| 215 Browning Ave. | 3/21/15 | 1 | L | C,P | N.D. | 0.16 | 56226 |
| 2615 Trumbull Ave. | 2/27/15 | 1 | L | C,P | 3 | N.D. | 56227 |
| 201 Browning Ave. | 3/5/15 | 1 | L | P | N.D. | N.D. | 56228 |
| 1224 Decker St. | 3/17/15 | 1 | L | C,P | 13 | 0.10 | 57728 |
| 1220 Decker St. | 3/17/15 | 1 | L | P | 4 | N.D. | 57730 |
| 1379 Washington Ave. | 3/19/15 | 1 | L | P | 8 | N.D. | 57731 |
| 1383 Washington Ave. | 3/19/15 | 1 | L | C,P | 6 | 0.17 | 57734 |
| 1372 Washington Ave. | 3/19/15 | 1 | L | C,P | 2 | 0.14 | 57733 |
| 1367 Washington Ave. | 3/17/15 | 1 | L | P | 1 | N.D. | 57735 |
| 1701 Marquettte Dr. | 3/14/15 | 1 | L | C,P | 1 | 0.19 | 57736 |
| 778 Bundy Ave. | 3/24/15 | 1 | L | P | N.D. | N.D. | 58413 |
| 3714 Beecher Rd. | 3/24/15 | 1 | L | C | 2 | 0.52 | 58414 |
| 1016 Ingleside Ave. | 4/9/15 | 1 | L | C,P | 7 | 0.07 | 59749 |
| 1818 Rock Creek Ln. | 4/6/15 | 1 | L | C,P | 3 | 0.11 | 59750 |
| 3010 Cheyenne St. | 4/3/15 | 1 | L | C,P | 5 | 0.10 | 59751 |

[1] Sample Category: Enter a number 1 through 6 to designate the category of tap sample site. For more information see *Instructions* paragraph 11, subparagraph "Sample Category."
[2] Materials used for service line and building plumbing: Enter C = copper; G = galvanized; L = lead; or P = plastic.



TO BE DETERMINED BY DEQ

|    | 90th percentile | Ave | Max | # > AL |
|----|---|---|---|---|
| Pb |   |   |   |   |
| Cu |   |   |   |   |

**11. TAP SAMPLING DATA:** (Use additional sheets as needed) DRAFT

Water Supply Name/County  City of Flint Water Plant          WSSN  2310

RESULTS:

| Sample Location | Sample Date | Sample Category[1] | Service Lines[2] | Bldg Plumbing[2] | Lead (ppb) | Copper (ppb) | Lab # |
|---|---|---|---|---|---|---|---|
| 2606 Mountain Ave. | 4/15/15 | 1 | L | P | N.D. | N.D. | 60546 |
| 2020 Crooked Ln. | 4/24/15 | 1 | L | C,P | 5 | 0.10 | 61845 |
| 310 E. Moore St. | 4/22/15 | 1 | L | P | 5 | N.D. | 61846 |
| 631 Alvord Ave. | 5/6/15 | 1 | L | P | 42 | N.D. | 63410 |
| 216 Browning Ave. | 5/7/15 | 1 | L | C,P | 22 | 0.31 | 63411 |
| 3714 Beecher Rd. | 5/14/15 | 1 | L | C,P | 8 | 0.15 | 64283 |
| ~~625 S. Grand Traverse~~ | ~~5/18/15~~ | ~~5~~ | ~~L~~ | ~~C,P~~ | ~~20~~ | ~~0.14~~ | ~~64284~~ X |
| 912 Lexington Ave. | 5/15/15 | 1 | L | P | 6 | N.D. | 64285 |
| 349 Robbie Ln. | 5/31/15 | 1 | L | P | 2 | N.D. | 67428 |
| 353 Robbie Ln. | 5/30/15 | 1 | L | C,P | 5 | 0.11 | 67427 |
| 341 Robbie Ln. | 5/31/15 | 1 | L | C,P | 3 | 0.05 | 67426 |
| 328 Robbie Ln. | 5/30/15 | 1 | L | C,P | 2 | 0.09 | 67425 |
| 357 Robbie Ln. | 5/31/15 | 1 | L | C | 3 | 0.20 | 67424 |
| 344 Robbie Ln. | 5/31/15 | 1 | L | C,P | 4 | 0.11 | 67423 |
| 1807 Oren Ave. | 6/8/15 | 1 | L | P | 21 | N.D. | 68023 |
| 421 Lyon St. | 6/14/15 | 1 | L | C,P | 7 | 0.14 | 68788 |
| 1528 Delaware Ave. | 6/12/15 | 1 | L | P | 3 | N.D. | 68789 |
| 3811 Brentwood Dr. | 6/14/15 | 1 | L | P | 42 | N.D. | 68790 |
| 1615 S. Franklin Ave. | 6/14/15 | 1 | L | P | N.D. | N.D. | 68791 |
| 853 E. 7th St. | 6/12/15 | 1 | L | C,P | 7 | 0.07 | 68792 |

[1] Sample Category: Enter a number 1 through 6 to designate the category of tap sample site. For more information see *Instructions* paragraph 11, subparagraph "Sample Category."
[2] Materials used for service line and building plumbing: Enter C = copper; G = galvanized; L = lead; or P = plastic.

**TO BE DETERMINED BY DEQ**

|  | 90th percentile | Ave | Max | # > AL |
|---|---|---|---|---|
| Pb |  |  |  |  |
| Cu |  |  |  |  |

/9



DRAFT

11. TAP SAMPLING DATA: (Use additional sheets as needed)

Water Supply Name/County  City of Flint Water Plant          WSSN   2310

RESULTS:

| Sample Location | Sample Date | Sample Category[1] | Service Lines[2] | Bldg Plumbing[2] | Lead (ppb) | Copper (ppb) | Lab # |
|---|---|---|---|---|---|---|---|
| 1150 Woodside Dr. | 6/14/15 | 1 | L | P | 29 | N.D. | 68793 |
| 547 Copeman Blvd. | 6/14/15 | 1 | L | P | 18 | N.D. | 68794 |
| 920 Stocker Ave. | 6/21/15 | 1 | L | P | 1 | N.D. | 69622 |
| 742 Lincoln Ave. | 6/19/15 | 1 | L | P | 2 | N.D. | 69623 |
| 3517 Bennett Ave. | 6/24/15 | 1 | L | C,P | 3 | 0.06 | 69624 |
| 1730 Overhill Dr. | 6/22/15 | 1 | L | C,P | 1 | 0.08 | 69625 |
| 2117 Stanford Ave. | 6/23/15 | 1 | L | C,P | 5 | 0.08 | 69626 |
| 2432 Beta Ln. | 6/21/15 | 1 | L | P | N.D. | N.D. | 69627 |
| 2023 Miller Rd. | 6/21/15 | 1 | L | C,P | 3 | 0.06 | 69628 |
| 721 East St. Apt #2 | 6/25/15 | 4 | L | C,P | 10 | 0.16 | 70222 |
| 3814 Whitter | 6/25/15 | 1 | L | P | 2 | N.D. | 70223 |
| 3120 Norwood | 6/24/15 | 1 | L | P | 5 | N.D. | 70224 |
| 2122 Pierce St. | 6/21/15 | 1 | L | P | 2 | N.D. | 70225 |
| 3521 Bennett Ave. | 6/25/15 | 1 | L | P | 3 | N.D. | 70226 |
| 1602 Raspberry Ln. | 6/24/15 | 1 | L | P | N.D. | N.D. | 70227 |
| 1809 Lynbrook | 6/26/15 | 1 | L | P | 3 | N.D. | 70228 |
| 2112 Sherff | 6/24/15 | 1 | L | C,P | 9 | 0.06 | 70229 |
| 1205 Blanchard Ave. | 6/24/15 | 1 | L | C,P | 11 | 0.05 | 70230 |
| 860 Schafer St. | 6/26/15 | 1 | L | C,P | N.D. | 0.06 | 70231 |
| 2110 Flushing Rd. | 6/30/15 | 1 | L | C | N.D. | 0.10 | 71158 |

[1] Sample Category: Enter a number 1 through 6 to designate the category of tap sample site. For more information see *Instructions* paragraph 11, subparagraph "Sample Category."
[2] Materials used for service line and building plumbing: Enter C = copper; G = galvanized; L = lead; or P = plastic.

TO BE DETERMINED BY DEQ

|  | 90th percentile | Ave | Max | # > AL |
|---|---|---|---|---|
| Pb |  |  |  |  |
| Cu |  |  |  |  |



11. TAP SAMPLING DATA: (Use additional sheets as needed)

DRAFT

Water Supply Name/County  City of Flint Water Plant          WSSN   2310

RESULTS:

| Sample Location | Sample Date | Sample Category[1] | Service Lines[2] | Bldg Plumb-ing[2] | Lead (ppb) | Copper (ppb) | Lab # |
|---|---|---|---|---|---|---|---|
| 2300 Flushing Rd. | 6/29/15 | 1 | L | C | 3 | 0.28 | 71159 |
| 2130 Flushing Rd. | 6/28/15 | 1 | L | C,P | 6 | 0.05 | 71160 |
| 2202 Flushing Rd. | 6/29/15 | 1 | L | C,P | 2 | 0.06 | 71162 |
| 2429 Flushing Rd. | 6/30/15 | 1 | L | C,P | N.D. | 0.06 | 71163 |
| 4013 Brownell Blvd. | 6/29/15 | 1 | L | C,P | 2 | 0.08 | 71165 |
| 2414 Flushing Rd. | 6/30/15 | 1 | L | P | N.D. | N.D. | 71166 |
| 1914 Penbrook Ln | 6/29/15 | 1 | L | P | 2 | N.D. | 71167 |
| 3901 Leedra St. | 6/26/15 | 1 | L | P | N.D. | N.D. | 71168 |
| 3142 McClure | 6/26/15 | 1 | L | P | 3 | N.D. | 71169 |
| 2114 Flushing Rd. | 6/30/15 | 1 | L | C,P | 5 | 0.05 | 71170 |
| 709 Frost St. | 6/30/15 | 1 | L | P | 2 | N.D. | 72033 |

[1] Sample Category: Enter a number 1 through 6 to designate the category of tap sample site. For more information see *Instructions* paragraph 11, subparagraph "Sample Category."
[2] Materials used for service line and building plumbing: Enter C = copper; G = galvanized; L = lead; or P = plastic.

TO BE DETERMINED BY DEQ

|    | 90th percentile | Ave | Max | # > AL |
|---|---|---|---|---|
| Pb |  |  |  |  |
| Cu |  |  |  |  |



# Consumer Notice of Lead Result in Drinking Water

DRAFT

| Water Supply Name: | City of Flint | | |
|---|---|---|---|
| County: | Genesee | WSSN: | 2310 |
| Sample Location: | 401 E. Newall St. | Date Sampled: | 3/2/15 |

Thank you for participating in the lead and copper monitoring of drinking water. The levels of lead and copper found at your location are in the table below.

| Key to Table | Contaminant | AL | MCLG | Your Result |
|---|---|---|---|---|
| **Action Level (AL):** The concentration of a contaminant which, if exceeded, triggers treatment or other requirements that a water system must follow. **Maximum Contaminant Level Goal (MCLG):** The level of a contaminant in drinking water below which there is no known or expected risk to health. MCLGs allow for a margin of safety. ppb: parts per billion or micrograms per liter. | Lead (ppb) | 15 | 0 | 5 |
| | Copper (ppb) | 1300 | 1300 | Not Detected |

*Lead can cause serious health problems if too much enters your body from drinking water or other sources. It can cause damage to the brain and kidneys, and it can interfere with the production of red blood cells that carry oxygen to all parts of your body. The greatest risk of lead exposure is to infants, young children, and pregnant women. Scientists have linked the effects of lead on the brain with lowered IQ in children. Adults with kidney problems and high blood pressure can be affected by low levels of lead more than healthy adults. Lead is stored in the bones, and it can be released later in life. During pregnancy, the child receives lead from the mother's bones, which may affect brain development.*

To reduce exposure to lead in drinking water:

- *Run your water to flush out lead.* Run the water until it becomes cold.
- *Use cold water for cooking and preparing baby formula.* Do not cook with or drink water from the hot water tap; lead dissolves more easily in hot water.
- *Do not boil water to remove lead.* Boiling water will not reduce lead levels.
- *Look for alternative sources or treatment of water.* If your lead result is above 15 ppb, you may want to consider purchasing bottled water or a water filter. Read the package to be sure the filter is approved to reduce lead or contact NSF International at 800-NSF-8010, or www.nsf.org for information on performance standards for water filters.
- *Identify if your plumbing fixtures contain lead.* New faucets, fittings, and valves, may contain up to 8 percent lead including those advertised or labeled as "lead-free" and may contribute lead to drinking water. Consumers should be aware of this when choosing fixtures and take appropriate precautions.

Although the primary sources of lead exposure for most children are deteriorating lead-based paint, lead-contaminated dust, and lead-contaminated soil, the U.S. EPA estimates that 10 to 20 percent of human exposure to lead may come from drinking water.

For more information, contact us at: _____City of Flint Water Plant (810) 787-6537_____.
For more information on reducing lead exposure around your home and the health effects of lead, visit the U.S. EPA's Web site at www.epa.gov/lead, call the National Lead Information Center at 800-424-LEAD, or contact your health care provider.

---

Certification:                                                                                       WSSN: **2310**
I certify that this public water supply has provided the consumer notice of lead result to persons served at each of the taps that was tested, either by mail or by another method approved by the DEQ, within 30 days of knowing the result. The Notice includes required content.

_Michael Glasgow_     UTILITIES ADMINISTRATOR     3/17/15
Signature                         Title                          Date Sent to Consumer

Reminder to water supplier: Complete this certification on only <u>one (1) example copy</u> of a notice sent to a consumer and submit it to the DEQ.

## Rosenthal, Adam (DEQ)

| | |
|---|---|
| **From:** | Rosenthal, Adam (DEQ) |
| **Sent:** | Monday, August 03, 2015 9:57 AM |
| **To:** | 'Michael Glasgow' |
| **Subject:** | RE: PbCu Cert form |

Morning Mike, I also need copies of all 68 consumer notices. I have 1 from 401 E. Newall St., so 67 more.

thanks,

Adam Rosenthal, EQA
MDEQ – Office of Drinking Water and Municipal Assistance
Lansing District – Constitution Hall 1SW
PO Box 30242
Lansing, MI  48909
517-284-6644
fax: 517-241-3571

For MORs, Lab Results & Reporting Forms:
DEQ-DWMA-Lansing@michigan.gov

**From:** Michael Glasgow [mailto:mglasgow@cityofflint.com]
**Sent:** Friday, July 31, 2015 10:28 AM
**To:** Rosenthal, Adam (DEQ)
**Subject:** Re: PbCu Cert form

Adam,

Here is the lead & copper report. I have also sent a hard copy out via USPS.

On Thu, Jul 30, 2015 at 9:33 AM, Rosenthal, Adam (DEQ) <ROSENTHALA@michigan.gov> wrote:

Morning Mike, I'm preparing the 90th percentile letter and I need your lead copper certification form with the cert of notification to the customers. What I have are 68 results that are routine from 1/1 – 6/30/15. The link below is for the form if you don't have one.

http://www.michigan.gov/deq/0,4561,7-135-3313_3675_3691-61640--,00.html

thanks,

1

Adam Rosenthal, EQA

MDEQ – Office of Drinking Water and Municipal Assistance

Lansing District – Constitution Hall 1SW

PO Box 30242

Lansing, MI 48909

517-284-6644

fax: 517-241-3571

For MORs, Lab Results & Reporting Forms:

DEQ-DWMA-Lansing@michigan.gov

--
Mike Glasgow
Utilities Administrator
City of Flint
1101 S. Saginaw St.
Flint, MI 48502
(810)766-7135 ext. 2602

2

## Rosenthal, Adam (DEQ)

**From:** Rosenthal, Adam (DEQ)
**Sent:** Friday, July 10, 2015 11:28 AM
**To:** 'Michael Glasgow'
**Cc:** Brent Wright
**Subject:** RE: lead/copper

we are discussing options regarding this and future rounds of monitoring and will get back with you.

thanks,

Adam Rosenthal, EQA
MDEQ – Office of Drinking Water and Municipal Assistance
Lansing District – Constitution Hall 1SW
PO Box 30242
Lansing, MI 48909
517-284-6644
fax: 517-241-3571

For MORs, Lab Results & Reporting Forms:
DEQ-DWMA-Lansing@michigan.gov

**From:** Michael Glasgow [mailto:mglasgow@cityofflint.com]
**Sent:** Thursday, July 09, 2015 2:19 PM
**To:** Rosenthal, Adam (DEQ)
**Cc:** Brent Wright
**Subject:** Re: lead/copper

Adam,

I just sent the last of the samples to the lab today. Unfortunately we did not reach 100 samples. I believe the count I have is 76 total. Since we have had a few more hits this round, we are going to continue to solicit samples for our own informational purposes. I am disappointed in the turnout of sampling, we distributed close to 200 sample bottles. With this monitoring violation will we be required to collect another round of 100 samples?

Also, I have attached a copy of our June bromate test results.

On Thu, Jul 9, 2015 at 9:55 AM, Rosenthal, Adam (DEQ) <ROSENTHALA@michigan.gov> wrote:


Morning Mike, do you have a count on how many lead/copper samples were turned in? I know they all haven't been run at the lab yet, but if I can verify how many there will be, that would be good. So far I have 70 results and the City is below the AL for lead – current 90th = 13 ppb. All the copper results are below.

1

thanks,

Adam Rosenthal, EQA

MDEQ – Office of Drinking Water and Municipal Assistance

Lansing District – Constitution Hall 1SW

PO Box 30242

Lansing, MI  48909

517-284-6644

fax: 517-241-3571

For MORs, Lab Results & Reporting Forms:

DEQ-DWMA-Lansing@michigan.gov

--
Mike Glasgow
Utilities Administrator
City of Flint
1101 S. Saginaw St.
Flint, MI  48502
(810)766-7135 ext. 2602