# EXHIBIT 44



CITY OF FLINT
OFFICE OF EMERGENCY MANAGER
GERALD AMBROSE

**Jason Lorenz**
*Public Information Officer*
**(810) 237-2039**
**jlorenz@cityofflint.com**

**For Immediate Release**

## City of Flint Issues Request for Proposals for Water Quality Consultant

*Flint, Michigan – January 15, 2015* – Consistent with the plan set forth by former Emergency Manager Darnell Earley to address concerns about drinking water quality, the City of Flint has released  a Request for Proposal for an evaluation of the City's efforts to improve the quality of drinking water provided by the City's utility system.   The City is seeking a firm with experience in water treatment systems which use river water as a source. The RFP can be found on the City's website at http://flintweb2.cityofflint.com/Purchasing/bids.asp.

In the RFP, The City is seeking a consultant to review and evaluate the water treatment process and distribution system, provide recommendations to maintain compliance with both state and Federal agencies, and assist in implementing accepted recommendations. The City will have the selected vendor provide reports to reflect their findings and provide continual oversight in implementing any approved recommended practices to improve the quality of water until implementation of the KWA project.  The bid will remain open until Monday, January 26, 2015 at 12pm.

–END–

COF_FED_0029138