# EXHIBIT 45

## Response to Treasury Questions

| Questions | Answers |
|---|---|
| What is the basis for the estimated $18M cost to temporarily reconnect to the Great Lakes Water Authority? | We have a letter from DWSD dated January 2015 quoting the rate to return to Detroit. We used these figures along with current City of Flint average usage data to calculate the cost. |
| What is the timeline? | This will have to be negotiated with DWSD for an accurate timeline, it would only take a few days to coordinate with Genesee County to reintroduce the water into the Flint system once an agreement is reached. There may be a need for a citywide boil water advisory if this occurs. |
| Why didn't Veolia advise the City about the potential for elevated lead levels when using Flint river water? | Veolia's commissioned scope of work was to focus on the TTHM concerns but they did make corrosion control one of their recommendations and the City along with LAN engineering started the process of developing a plan. The plan was to work with the DEQ to establish the corrosion control following the installation of the new filters |
| What assurances do you have indicating a temporary reconnection to the Water Authority resolves the elevated lead problem or other system problems? | There are no assurances that changing water sources back to DWSD will eliminate the problems. It is understood that the water from lake Huron may be less corrosive than Flint River water but lead will continue to leach from household plumbing into drinking water. |
| Who are the assurances from? | N/A |
| Did the Veolia report recommend using Orthophosphates to treat the water? | The recommendation was to use phosphate. |