# EXHIBIT 50

City of Flint Drinking Water Lead & Copper Monitoring (July - December 2014)

| | Sample Information | | | Test Reults mg/L | | 90th Percentile | |
|---|---|---|---|---|---|---|---|
| | Address | Last Name | First Name | Lead | Copper | Lead | Copper |
| 1 | 2028 Corunna Rd. | Everett | Paul | Not Detected | Not Detected | 0.037 | 0.29 |
| 2 | 2006 Clement St. | Hertz | Thomas | 0.003 | Not Detected | 0.023 | 0.28 |
| 3 | 2110 Mountain Ave. | Collardey | Tim | 0.005 | 0.06 | 0.010 | 0.27 |
| 4 | 1720 Davison Rd. | Freeman | Joshua | 0.002 | 0.13 | 0.010 | 0.22 |
| 5 | 3802 Gorey Ave. | Rodriguez | Sevena | 0.001 | 0.05 | 0.009 | 0.20 |
| 6 | 1623 Neome Dr. | Lewis | Tamar | 0.007 | 0.07 | 0.009 | 0.20 |
| 7 | 430 Westcombe Ave. | MacDonald | Robert | 0.002 | Not Detected | 0.008 | 0.14 |
| 8 | 920 Stocker Ave. | Taylor | Michael | Not Detected | Not Detected | 0.007 | 0.13 |
| 9 | 626 Commonwealth Ave. | Kenworthy | Harriet | 0.003 | Not Detected | 0.006 | 0.13 |
| 10 | 4013 Brownell Blvd. | Jones | Adrian | 0.002 | 0.08 | 0.006 | 0.12 |
| 11 | 2721 Westwood Pkwy. | Trela | D.J. | 0.002 | 0.11 | 0.006 | 0.11 |
| 12 | 2920 Parkside Dr. | Henry | Janice | 0.010 | 0.22 | 0.005 | 0.11 |
| 13 | 1543 Kearsley Park Blvd. | Kozlowicz | Jackie | 0.001 | Not Detected | 0.005 | 0.11 |
| 14 | 2730 Westwood Pkwy. | Murphy | Elizabeth | 0.023 | 0.29 | 0.005 | 0.11 |
| 15 | 928 Durand St. | Everett | Tony | Not Detected | Not Detected | 0.005 | 0.11 |
| 16 | 1616 Durand St. | Hurand | Lynne | Not Detected | 0.2 | 0.005 | 0.11 |
| 17 | 1021 S. Franklin Ave. | Aguirre | Robert | 0.004 | Not Detected | 0.005 | 0.10 |
| 18 | 2802 Westwood Pkwy. | Ryan | Mary Coe | 0.001 | 0.11 | 0.004 | 0.10 |
| 19 | 618 S. Meade St. | Lee | Lois | 0.002 | Not Detected | 0.004 | 0.09 |
| 20 | 2015 Gold Ave. | Haggins | Brian | 0.002 | Not Detected | 0.004 | 0.08 |
| 21 | 711 Kensington Ave. | Wolfe | Don | 0.003 | Not Detected | 0.004 | 0.08 |
| 22 | 2441 Norbert | Seals | Pat | 0.008 | 0.06 | 0.004 | 0.08 |
| 23 | 2615 Westwood Pkwy. | Emmert | Louis | 0.002 | 0.28 | 0.004 | 0.07 |
| 24 | 2079 Zimmerman St. | Everett | Michael | 0.004 | Not Detected | 0.004 | 0.07 |
| 25 | 413 Burroughs Ave. | Trujillo | Amanda | Not Detected | Not Detected | 0.004 | 0.07 |
| 26 | 1130 Simcoe Ave. | Plunkey | Kelly | 0.002 | 0.05 | 0.004 | 0.07 |
| 27 | 1809 Lynbrook Ave. | Steele | Dawn | 0.002 | Not Detected | 0.004 | 0.06 |
| 28 | 1901 Montclair Ave. | Kelly | Michael | 0.004 | 0.06 | 0.003 | 0.06 |
| 29 | 1109 Kensington Ave. | Lorenz | Jason | Not Detected | Not Detected | 0.003 | 0.06 |
| 30 | 927 Kensington Ave. | Fuller | Dennis | Not Detected | 0.11 | 0.003 | 0.06 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 31 | 3517 Bennett Ave. | Freeman | Randy | 0.003 | Not Detected | 0.003 | 0.05 |
| 32 | 2622 Windmere | Selly | Matt | 0.005 | Not Detected | 0.003 | 0.05 |
| 33 | 1505 Woodlawn Park Dr. | Lazar | Mary | 0.005 | Not Detected | 0.003 | 0 |
| 34 | 1125 Barrie Ave. | Taylor | David | 0.004 | Not Detected | 0.003 | 0 |
| 35 | 721 East St. (Apt # 2) | Poisson | Melanie | 0.009 | 0.12 | 0.002 | 0 |
| 36 | 860 Schafer St. | Jones | Derrick | Not Detected | 0.07 | 0.002 | 0 |
| 37 | 1559 Chevrolet Ave. | Ancira | Samuel | 0.009 | Not Detected | 0.002 | 0 |
| 38 | 2829 Yale St. | Bakan | Chris | Not Detected | Not Detected | 0.002 | 0 |
| 39 | 1914 W Home Ave. | Burnett | Dazarine | 0.004 | Not Detected | 0.002 | 0 |
| 40 | 2920 Dexter St. | Fielder | David | Not Detected | 0.07 | 0.002 | 0 |
| 41 | 2810 Kellar Ave. | Keith | Delores | Not Detected | Not Detected | 0.002 | 0 |
| 42 | 3425 Montana Ave. | Moton | James | 0.004 | Not Detected | 0.002 | 0 |
| 43 | 3623 Norwood Dr. | Sullivan | Susan | 0.001 | Not Detected | 0.002 | 0 |
| 44 | 2801 Renyolds | Martinez | Calix | 0.002 | Not Detected | 0.002 | 0 |
| 45 | 3510 Brandon St. | Bow | Eric | 0.005 | 0.08 | 0.002 | 0 |
| 46 | 2117 Stanford Ave. | Hill | Chimene | 0.003 | Not Detected | 0.002 | 0 |
| 47 | 5806 Leslie Dr. | Green | F.L. | Not Detected | Not Detected | 0.002 | 0 |
| 48 | 1809 W. Home Ave | Williams | Shirley Jean | 0.001 | Not Detected | 0.002 | 0 |
| 49 | 1414 Stone St. | Smith | Jamey | 0.002 | Not Detected | 0.002 | 0 |
| 50 | 912 Crawford St. | Reiter | Michael | 0.001 | 0.11 | 0.002 | 0 |
| 51 | 1805 Ramsay Blvd. | Everett | Anthony | 0.004 | Not Detected | 0.002 | 0 |
| 52 | 2517 Delaware Ave. | Bedford | Russ | 0.005 | 0.2 | 0.001 | 0 |
| 53 | 1810 W. Hobson Ave | Vernon | Mr. & Mrs. | Not Detected | Not Detected | 0.001 | 0 |
| 54 | 5805 Leslie Dr. | Hill | Shirley | 0.002 | Not Detected | 0.001 | 0 |
| 55 | 1721 Chelsea Circle Dr. | Christoff | Cheryl | Not Detected | Not Detected | 0.001 | 0 |
| 56 | 912 Waldman Ave. | Gale | Pamela | Not Detected | Not Detected | 0.001 | 0 |
| 57 | 3082 Lanning Dr. | St. Germain | Constance | Not Detected | Not Detected | 0.001 | 0 |
| 58 | 2515 Chicago Blvd. | Severn | Mary | 0.006 | Not Detected | 0.001 | 0 |
| 59 | 742 Lincoln Ave. | Stif | Dana | 0.003 | Not Detected | 0.001 | 0 |
| 60 | 2006 Aitken Ave. | Graham | Norman | Not Detected | Not Detected | 0.001 | 0 |
| 61 | 3131 Wolcott | McGaughy | Kathy | Not Detected | Not Detected | 0.001 | 0 |
| 62 | 983 Gainey Ave. | Cusic | Joann | Not Detected | 0.1 | 0.001 | 0 |
| 63 | 2806 Norbert St. | Dantzler | Ariel | Not Detected | Not Detected | 0.001 | 0 |
| 64 | 4024 Sterling | Wesley | Betty | 0.001 | Not Detected | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 65 | 3737 Worchester Dr. | Tolbert | Sherri | Not Detected | 0.14 | 0 | 0 |
| 66 | 1100 Stockton St. | Rose | John | 0.006 | Not Detected | 0 | 0 |
| 67 | 1725 lincoln Ave. | Michelle | Ingram | 0.002 | Not Detected | 0 | 0 |
| 68 | 3139 Colorado | Abraham | Tim | Not Detected | Not Detected | 0 | 0 |
| 69 | 1401 Gainey Ave. | Lafreniere | Lucy | 0.004 | Not Detected | 0 | 0 |
| 70 | 2730 Coventry Ct. | Haraisty | Susan | Not Detected | Not Detected | 0 | 0 |
| 71 | 709 Frost St. | Guynn | Maurcicci | Not Detected | Not Detected | 0 | 0 |
| 72 | 2307 Radcliffe | Armstrong | Andrew | 0.037 | 0.08 | 0 | 0 |
| 73 | 224 E. Court St. | Davidek | S.J. | 0.004 | Not Detected | 0 | 0 |
| 74 | 3440 Rangeley | Watkins | Jacqueline | Not Detected | Not Detected | 0 | 0 |
| 75 | 3808 Brownell Blvd. | Bridges | Coy | Not Detected | 0.09 | 0 | 0 |
| 76 | 1006 Kensington | Holmes | Frances | 0.002 | Not Detected | 0 | 0 |
| 77 | 1651 Woodlawn Park Blvd. | Kinnee | Kirwin | Not Detected | Not Detected | 0 | 0 |
| 78 | 3821 Delaware Ave. | Kerby | Thomas | Not Detected | Not Detected | 0 | 0 |
| 79 | 1223 Campbell St. | Demott | Josh | 0.001 | Not Detected | 0 | 0 |
| 80 | 3009 Montana Ave. | Beckelic | Melissa | 0.001 | Not Detected | 0 | 0 |
| 81 | 1911 Correy St. | Williams | Dawn | 0.004 | Not Detected | 0 | 0 |
| 82 | 3507 Dearborn Ave. | Eremia | Suzanne | 0.006 | Not Detected | 0 | 0 |
| 83 | 3829 Ivanhoe Ave. | Elliot | Adrean | Not Detected | Not Detected | 0 | 0 |
| 84 | 518 Frost St. | Taylor | Steven | 0.001 | Not Detected | 0 | 0 |
| 85 | 3120 Norwood Dr. | Hutchings | Tom | Not Detected | Not Detected | 0 | 0 |
| 86 | 1901 Crestbrook Ln. | Joyner | Michelle | Not Detected | 0.07 | 0 | 0 |
| 87 | 3737 Maryland Ave. | Freeman | Joshua | 0.001 | Not Detected | 0 | 0 |
| 88 | 1220 Beard St. | Chubb | Anthony | 0.010 | 0.06 | 0 | 0 |
| 89 | 3718 Dolphaine Ln. | Mochty | John | Not Detected | Not Detected | 0 | 0 |
| 90 | 2213 Flushing Rd. | Davis | Ryan | 0.001 | 0.1 | 0 | 0 |
| 91 | 3521 Bennett Ave. | Wright | Brent | 0.002 | Not Detected | 0 | 0 |
| 92 | 1914 Penbrook Ln. | Adkins | Karl | Not Detected | Not Detected | 0 | 0 |
| 93 | 305 Allendale Pl. | Case | Robert | 0.002 | 0.13 | 0 | 0 |
| 94 | 2205 Flushing Rd. | Beatenhead | Chris | Not Detected | 0.11 | 0 | 0 |
| 95 | 3814 Whitter Ave. | Urch | Brian | 0.002 | Not Detected | 0 | 0 |
| 96 | 1002 Durand St. | Everett | Andrew | 0.002 | 0.11 | 0 | 0 |
| 97 | 2560 Thomas St. | Sanchez | Jessica | Not Detected | Not Detected | 0 | 0 |
| 98 | 815 Bradley Ave. | Ireland-Curtis | Elizabeth | 0.005 | 0.27 | 0 | 0 |

| 99 | 2418 Gold Ave. | Adams | Kathleen | Not Detected | 0 |
| 100 | | | | | |