# EXHIBIT 53



VEOLIA

# City of Flint, MI
# Water Quality Report

## Technical Advisory Committee

VWNAOS060386

# Solution Involves Coordination of 3 Activities



- Water plant improvements
  - *Optimize chemical dosages*
  - *Consider different chemicals*
  - *Install granulated activated carbon*
  - *Complete plant upgrades*
  - *Implement best mgt practices*
- Distribution system improvements
  - *Fix broken valves*
  - *Ask for customer feedback*
  - *Reduce tank storage*
  - *Target line flushing*
  - *Run a hydraulic model*
- Better communication with customers
  - *Engage advisory committees*
  - *More accessible utility*
  - *Make it easy to access information*
  - *Better customer communication*

VWNAOS060387

# Optimize Plant Processes



VWNAOS060388

# TOC Removal Efficiency Optimizing Current Plant



# Potassium Permanganate Dosing Graph



$R^2 = 0.9753$

# Bromate Dosing Graph



# Dosage of Ferric Chloride



$R^2 = 1.00$

VWNAOS060392



VWNAOS060393

# Implement Best Management Practices

## Activities to Help Operators Maintain Good Water Quality

- Process Control Management Plan
- Lab QA/QC Program
- Computerized Maintenance Management System
- Asset Management System
- Training and Certification Program
- Vulnerability Plan



VWNAOS060394

# Water Age Map

- Speed up flow of water from plant to homes – 2 weeks plant to house
  - *Find closed valves & open them*
  - *Replace broken valves*
  - *Update hydraulic model*
  - *Reduce system storage*
- Track customer complaints
  - *Test customer water*
  - *Spot flush hydrants to clean areas of stagnant water in the system*

Conceptual Map



**Troublesome TTHM Test Sites**





March 4, 2015 Technical Advisory Committee

# Make It Easy to Access Information and People

## Develop a proactive customer communication plan

- Create advisory committees to help direct efforts and improve flow of information
- Add additional communication personnel for the utility
- Develop a pro active communication program
- Establish a single point of contact to manage all water quality complaints
- Provide additional customer service training and tools to staff
- Expand neighborhood and community outreach
- Change monthly billing statements from card to envelope with information

VWNAOS060396

VEOLIA

# Questions?

VWNAOS060397