# EXHIBIT 54



**RICK SNYDER**
GOVERNOR

STATE OF MICHIGAN
EXECUTIVE OFFICE
LANSING

**BRIAN CALLEY**
LT. GOVERNOR

| Contacts:<br>Sara Wurfel or Dave Murray<br>517-335-6397 | FOR IMMEDIATE RELEASE<br>Thursday, Oct. 15, 2015 |
|---|---|

## Gov. Rick Snyder signs bill authorizing funding for Flint to move back to Detroit water system
*Temporary reconnection provides best protection for public health*

LANSING, Mich. – Gov. Rick Snyder has signed bipartisan legislation that will direct funding to the City of Flint's emergency water services to reconnect the city's water supply to the Great Lakes Water Authority until the Karegnondi Water Authority pipeline is completed.

"The signing of this funding bill is the resolution of a serious problem and I'm pleased so many parties came together to help deliver safe drinking water to the city of Flint," Snyder said. "Reconnecting to the Great Lakes Water Authority is only the first step, as the state will continue testing and inspections to ensure Flint families and children have clean water in their homes and schools."

House Bill 4102, sponsored by state Rep. Al Pscholka, authorizes $6 million to move the city back to Detroit's water system until the new pipeline is finished.

In addition to the $6 million:

- $300,000 goes to the Department of Environmental Quality's drinking water and environmental health services;
- $1 million will provide for DEQ to test water samples throughout the reconnection process;
- $1 million allows the Department of Health and Human Services to purchase and distribute water filters to Flint residents;
- $850,000 will aid in follow-up services for children, including lead testing and care for those with abnormal levels;
- $200,000 will fund state plumbing inspections for schools and health facilities.
- The City of Flint city government will provide $2 million toward reconnecting the water supply and the Charles Stewart Mott Foundation has committed $4 million.

The bill was approved unanimously in both the House and Senate and is now Public Act 143 of 2015.

For more information on this and other legislation, please visit www.legislature.mi.gov.