# EXHIBIT 57

# Document Filed Under Seal