# EXHIBIT 62

| | |
|---|---|
| From: | Gerald Ambrose <gambrose@cityofflint.com> |
| Sent: | Tuesday, March 24, 2015 10:48 AM |
| To: | Workman, Wayne (TREASURY); Edward Koryzno; Randy Burn |
| Subject: | Fwd: PRESS RELEASE: EM Statement on Flint's Water |
| Attachments: | EM Statement on Water 3.24.2015.pdf; EM Letter to Treasury Regarding Water.PDF |

FYI

---------- Forwarded message ----------
From: **Jason Lorenz** <jlorenz@cityofflint.com>
Date: Tue, Mar 24, 2015 at 10:35 AM
Subject: PRESS RELEASE: EM Statement on Flint's Water
To:

**For Immediate Release**

## Emergency Manager Statement on Water: Spending Extra $12 Million on Detroit Water "Incomprehensible" When Flint Water Just as Safe

*Flint, Michigan – March 24, 2015 –* At the City Council meeting held on Monday, March 23, 2015, Flint City Council made a motion to "do all things necessary" to return to using water purchased from Detroit and discontinue use of the Flint River as a water source. The following statement from Emergency Manager Gerald Ambrose addresses that point:

"Flint water today is safe by all EPA and MDEQ standards and the City is working daily to improve its quality. Users also pay some of the highest rates in the state because of the decreased numbers of users and the age of the system.

"It is incomprehensible to me that 7 members of the Flint City Council would want to send more than $12 million a year to the system serving southeast Michigan, even if Flint rate payers could afford it. Water from Detroit is no safer than water from Flint.

"If $12 million annually were available for discretionary use, it would be far better spent reducing rates paid by Flint customers and/or modernizing the City's system."

EXHIBIT
GERALD AMBROSE
32
Juliana Zajicek, CSR 06/10/2020

COF_FED_0009721

-Gerald Ambrose,

Flint Emergency Manager

–END–

-Jason Lorenz
Public Information Officer
City of Flint
(810) 237-2039
jlorenz@cityofflint.com

COF_FED_0009722