# EXHIBIT 66



STATE OF MICHIGAN
DEPARTMENT OF ENVIRONMENTAL QUALITY
LANSING DISTRICT OFFICE



RICK SNYDER
GOVERNOR

DAN WYANT
DIRECTOR

August 17, 2015

Mr. Brent Wright
City of Flint - DPW
Flint Water Plant
4500 North Dort Highway
Flint, Michigan 48505

Dear Mr. Wright:

SUBJECT: Flint, City of  WSSN: 02310
Lead and Copper Monitoring of Drinking Water Taps

The Department of Environmental Quality (DEQ), Office of Drinking Water and Municipal Assistance (ODWMA), received your report for the monitoring period January 1, 2015, through June 30, 2015.

| Action Levels | Results this monitoring period | | | |
|---|---|---|---|---|
| | 90th Percentile | # of Samples Above Action Level | # of Samples Required | # of Samples Collected |
| Lead 15 parts per billion (ppb) | 11 ppb | 6 | 60 | 69 |
| Copper 1.3 parts per million (ppm) | 0.16 ppm | 0 | 60 | 69 |

Ninety percent or more of the sites you tested are within action levels under the administrative rules promulgated under the Michigan Safe Drinking Water Act, 1976 PA 399, as amended (Act 399). These results must be reported on your 2015 Consumer Confidence Report (CCR) due to our office, your customers, and the local health department, by July 1, 2016. Also include the following statement in the CCR, regardless of the lead and copper levels:

> *If present, elevated levels of lead can cause serious health problems, especially for pregnant women and young children. Lead in drinking water is primarily from materials and components associated with service lines and home plumbing. The City of Flint is responsible for providing high quality drinking water, but cannot control the variety of materials used in plumbing components. When your water has been sitting for several hours, you can minimize the potential for lead exposure by flushing your tap for 30 seconds to 2 minutes before using water for drinking or cooking. If you are concerned about lead in your water, you may wish to have your water tested. Information on lead in drinking water, testing methods, and steps you can take to minimize exposure is available from the Safe Drinking Water Hotline at 1-800-426-4791 or at http://www.water.epa.gov/drink/info/lead.*

CONSTITUTION HALL • 525 WEST ALLEGAN STREET • P.O. BOX 30242 • LANSING, MICHIGAN 48909-7742
www.michigan.gov/deq • (517) 335-6010



FLINTEPAFOIA_00014585

Mr. Brent Wright　　　　　　　　2　　　　　　　　August 17, 2015

Recent changes to the Lead and Copper Rule (LCR) require the water supply to provide individual lead tap results to people who receive water from sites that were sampled, even if lead was not detected, within 30 days of learning of results. You must also send us a certification that you met all the delivery requirements along with a sample copy of your customer notice by three months after the end of the monitoring period. To download the *Lead and Copper Report and Consumer Notice of Lead Result Certificate* in Microsoft Word or PDF format, visit http://www.michigan.gov/deq. Click on Water, Drinking Water, Community Water Supply, and Reporting Forms under the Manuals, Forms and Brochures heading. Water supplies that fail to distribute the Consumer Notice of Lead Results must include the following statement in their CCR, "During the year, we failed to provide lead results to persons served at the sites that were tested as required by the Lead and Copper Rule."

While the City's LCR compliance monitoring has continued to meet action level requirements, the LCR also requires all large systems (those serving over 50,000 people) to optimize corrosion control regardless of their 90th percentile lead concentration. One way to demonstrate fully optimized corrosion control treatment is through two consecutive six month rounds of LCR compliance monitoring in which the difference between the 90th percentile level and the highest source water lead concentration is less than the Practical Quantitative Level for lead (0.005 milligrams per liter). Since the City did not meet these criteria in both the July – December 2014, and January – June 2015, sampling periods, the City must now recommend a treatment to fully optimize corrosion control treatment within six months in accordance with requirements under Act 399, Administrative Rule 604f (R 325.10604f). **This recommendation must be provided to our office as soon as possible, but no later than January 1, 2016.**

However, given the past use of phosphate treatment by the Detroit Water and Sewerage Department (DWSD) to fully optimize corrosion control treatment when the City was a wholesale customer of DWSD, the ODWMA recommends the City select this as its recommended treatment option, and begin implementation as soon as possible to address ongoing concerns by customers regarding lead levels within their premise plumbing systems. Under the second step of this Rule, the DEQ can specify optimal corrosion control treatment.

Our office will inform you when monitoring needs to be conducted as part of the optimization of the implemented corrosion control treatment. Customer requested samples for lead shall continue to be collected and analyzed. Please make every attempt to select the same sites used in the previous monitoring period, giving Tier 1 sites first priority. If original sites are unavailable, select replacement sites based on the Tier 1, 2, and 3 criteria.

Please contact me at 517-284-6644 or rosenthala@michigan.gov at your earliest convenience to discuss how the City will be complying with the above requirements.

Sincerely,

Adam Rosenthal, Environmental Quality Analyst
Lansing District Office
Office of Drinking Water and Municipal Assistance

cc:　Mr. Michael Glasgow, City of Flint