# EXHIBIT 69

Highly Confidential - Richard D. Snyder

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                     SOUTHERN DIVISION
 4      _____
                                     )
 5                                   )  Civil Action No.
                                     )  5:16-cv-10444-JEL-MKM
 6      In re:  FLINT WATER CASES    )  (consolidated)
                                     )
 7                                   )  Hon. Judith E. Levy
                                     )  Mag. Mona K. Majzoub
 8      _____)
 9
10                 Thursday, June 25, 2020
11                   HIGHLY CONFIDENTIAL
12                        VOLUME I
13
14          Remote videotaped deposition of
15      RICHARD D. SNYDER conducted at the location of the
16      witness in Ann Arbor, Michigan, commencing at
17      9:01 a.m., on the above date, before Carol A. Kirk,
18      Registered Merit Reporter, Certified Shorthand
19      Reporter, and Notary Public.
20
21
22
23              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com
```

```
 1                A P P E A R A N C E S
 2                        - - -
 3   On behalf of the Class Plaintiffs:
 4         PAUL F. NOVAK, ESQUIRE
           GREGORY STAMATOPOULOS, ESQUIRE
 5         WEITZ & LUXENBERG, P.C.
           3011 West Grand Boulevard, Suit 2150
 6         Detroit, Michigan  48202
           313-800-4170
 7         pnovak@weitzlux.com
           gstamatopoulos@weitzlux.com
 8
           EMMY L. LEVENS, ESQUIRE
 9         THEODORE J. LEOPOLD, ESQUIRE
           JESSICA B. WEINER, ESQUIRE
10         COHEN MILSTEIN SELLERS & TOLL PLLC
           1100 New York Avenue, N.W., Suite 500
11         Washington, DC  20005
           202-408-4600
12         elevens@cohenmilstein.com
           tleopold@cohenmilstein.com
13         jweiner@cohenmilstein.com
14         CYNTHIA M. LINDSEY, ESQUIRE
           CYNTHIA M. LINDSEY & ASSOCIATES, PLLC
15         8900 East Jefferson Avenue, Suite 612
           Detroit, Michigan  48214
16         248-766-0797
           cmlind6439@gmail.com
17
           TERESA A. BINGMAN, ESQUIRE
18         LAW OFFICES OF TERESA A. BINGMAN, PLLC
           4131 Okemos Road, Suite 12
19         Okemos, Michigan  48864
           877-957-7077
20         tbingman@tbingmanlaw.com
21
     On behalf of the Burgess Plaintiffs:
22         CARY S. MCGEHEE, ESQUIRE
           PITT MCGEHEE PALMER BONANNI & RIVERS
23         117 West Fourth Street, Suite 200
           Royal Oak, Michigan  48067
24         cmcgehee@pittlawpc.com
```

```
 1            A P P E A R A N C E S (CONT'D)
 2                      - - -
 3   On behalf of Individual Plaintiffs:
 4         COREY M. STERN, ESQUIRE
           RENNER K. WALKER, ESQUIRE
 5         LEVY KONIGSBERG LLP
           800 3rd Avenue, 11th Floor
 6         New York, New York  10022
           212-605-6200
 7         cstern@levylaw.com
           rwalker@levylaw.com
 8
 9   On behalf of Individual Plaintiffs:
10         HUNTER SHKOLNIK, ESQUIRE
           NAPOLI SHKOLNIK PLLC
11         1301 Avenue of the Americas, 10th Floor
           New York, New York  10019
12         212-397-1000
           hunter@napolilaw.com
13
14   On behalf of Individual Plaintiffs:
15         DONALD H. DAWSON, JR., ESQUIRE
           FIEGER LAW
16         19390 West Ten Mile Road
           Southfield, Michigan  48075-2463
17         248-355-5555
           d.dawson@fiegerlaw.com
18
19   On behalf of the Mason State Court Plaintiffs:
20         JAYSON E. BLAKE, ESQUIRE
           MCALPINE PC
21         3201 University Drive, Suite 200
           Auburn Hills, Michigan  48326
22         248-373-3700
           jeblake@mcalpinepc.com
23
24
```

```
 1             A P P E A R A N C E S (CONT'D)
 2                         - - -
 3   On behalf of Richard D. Snyder:
 4         RICHARD KUHL, ASSISTANT ATTORNEY GENERAL
           MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
 5         525 West Ottawa Street, 6th Floor
           Lansing, Michigan  48909
 6         517-335-7664
           kuhlr@michigan.gov
 7
 8   On behalf of Defendants Veolia Water North America
     Operating Services, LLC, Veolia North America, LLC,
 9   and Veolia North America, Inc.:
10         RICHARD P. CAMPBELL, ESQUIRE
           JOHN R. PENHALLEGON, ESQUIRE
11         ALAINA N. DEVINE, ESQUIRE
           CHRISTOPHER R. HOWE, ESQUIRE
12         CAMPBELL CONROY & O'NEIL, P.C.
           1 Constitution Wharf, Suite 310
13         Boston, Massachusetts  02129
           617-241-3000
14         rpcampbell@campbell-trial-lawyers.com
           adevine@campbell-trial-lawyers.com
15         chowe@campbell-trial-lawyers.com
           jpenhallegon@campbell-trial-lawyers.com
16
17   On behalf of Defendant City of Flint:
18         WILLIAM KIM, ASSISTANT CITY ATTORNEY
           CITY OF FLINT LEGAL DEPARTMENT
19         1101 South Saginaw Street, 3rd Floor
           Flint, Michigan  48502
20         810-766-7146
           wkim@cityofflint.com
21
22
23
24
```

Highly Confidential - Richard D. Snyder

```
 1              A P P E A R A N C E S (CONT'D)
 2                         - - -
 3   On behalf of Defendants Leo A. Daly Company and
     Lockwood, Andrews & Newnam, Inc.:
 4
             TRAVIS S. GAMBLE, ESQUIRE
 5           FAEGRE DRINKER BIDDLE & REATH, LLP
             1717 Main Street, Suite 5400
 6           Dallas, Texas  75201
             469-357-2534
 7           travis.gamble@dbr.com
 8
     On behalf of McLaren Regional Medical Center:
 9
             J. BRIAN MACDONALD, ESQUIRE
10           CLINE CLINE & GRIFFIN, P.C.
             503 Saginaw Street, Suite 1000
11           Flint, Michigan  48502
             1-810-232-3141
12           jmacdonald@ccglawyers.com
13
     On behalf of Defendant Adam Rosenthal:
14
             JAMES A. FAJEN, ESQUIRE
15           FAJEN & MILLER, PLLC
             3646 West Liberty Road
16           Ann Arbor, Michigan  48103
             734-995-0181
17           fajenlaw@fajenmiller.com
18
     On behalf of Defendant Daugherty Johnson:
19
             EDWAR A. ZEINEH, ESQUIRE
20           LAW OFFICE OF EDWAR A. ZEINEH, PLLC
             2800 East Grand River Avenue, Suite B
21           Lansing, Michigan  48912
             517-292-7000
22           zeinehlaw@gmail.com
23
24
```

Highly Confidential - Richard D. Snyder

```
 1              A P P E A R A N C E S (CONT'D)
 2                        - - -
 3    On behalf of Defendants Bradley Wurfel and
      Daniel Wyant:
 4
             MICHAEL J. PATTWELL, ESQUIRE
 5           CLARK HILL PLC
             212 East Cesar Chavez Avenue
 6           Lansing, Michigan  48906
             517-318-3043
 7           mpattwell@clarkhill.com
 8           CHRISTOPHER B. CLARE, ESQUIRE
             CLARK HILL PLC
 9           1001 Pennsylvania Avenue NW, Suite 1300
             Washington, DC  20004
10           202-572-8671
             cclare@clarkhill.com
11
12    On behalf of Defendant Howard Croft:
13           ALEXANDER S. RUSEK, ESQUIRE
             WHITE LAW PLLC
14           2549 Jolly Road, Suite 340
             Okemos, Michigan  48864
15           517-316-1195
             alexrusek@whitelawpllc.com
16
17    On behalf of Defendant Jeffrey Wright:
18           MATTHEW T. WISE, ESQUIRE
             FOLEY MANSFIELD, PLLP
19           130 East 9 Mile Road
             Ferndale, Michigan  48220
20           248-721-4200
             mwise@foleymansfield.com
21
22
23
24
```

Highly Confidential - Richard D. Snyder

```
 1            A P P E A R A N C E S (CONT'D)
 2                       - - -
 3   On behalf of the MDEQ Employee Defendants:
 4        JARED A. ROBERTS, ESQUIRE
          FRASER TREBILCOCK
 5        124 West Allegan Street, Suite 1000
          Lansing, Michigan  48933
 6        517-482-5800
          jroberts@fraserlawfirm.com
 7
 8   On behalf of Defendant Darnell Earley:
 9        T. SANTINO MATEO, ESQUIRE
          LAW OFFICES OF T. SANTINO MATEO
10        535 Griswold, Suite 1000
          Detroit, Michigan  48226
11        313-962-3500
          tsantinomateo@gmail.com
12
13   On behalf of the United States of America:
14        JASON T. COHEN, ESQUIRE
          U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
15        175 N. Street, N.E.
          Washington, D.C.  20002
16        202-598-0335
          jason.t.cohen@usdoj.gov
17
18   On behalf of Defendant Ed Kurtz:
19        CHRIS STRITMATTER, ESQUIRE
          SIMEN, FIGURA & PARKER, P.L.C.
20        5206 Gateway Center, Suite 200
          Flint, Michigan  48507
21        810-235-9000
          cstritmatter@sfplaw.com
22
23
24
```

Highly Confidential - Richard D. Snyder

```
 1              A P P E A R A N C E S (CONT'D)
 2                          - - -
 3   On behalf of Defendant Robert Scott:
 4         KURT E. KRAUSE, ESQUIRE
           CHARTIER NYAMFUKUDZA P.L.C.
 5         2295 Sower Boulevard
           Okemos, Michigan  48864
 6         517-885-3305
           cnlaw@cndefenders.com
 7
 8   Also Present:
 9         Francis X. Ferrara, Veolia
           Udolilim Nnamdi, Cohen Milstein
10         Melissa Mays, Plaintiff
           Jazmine Duran, Videographer
11
12                          - - -
13
14
15
16
17
18
19
20
21
22
23
24
```

Highly Confidential - Richard D. Snyder

 1  to implement, to address the TTHM issues, and
 2  the residents will likely still find faults when
 3  comparing to DWSD and blame unrelated issues
 4  like plumbing caused by red water to the Flint
 5  River.
 6           And here's the part where I want
 7  you to focus in on.  "It seems that reconnecting
 8  to the DWSD for the next two years will be the
 9  best solution to satisfy the residents and
10  activists.  The emergency manager and mayor may
11  not like it for political (mostly) and financial
12  reasons.  They should not have unrealistic and
13  false hopes either."
14           Did I read that correctly, sir?
15      A.   It appears so.
16      Q.   You've already described to both
17  Mr. Leopold and to me that when it came to
18  Marc Edwards, once you had the evidence to
19  support his findings, you were willing to act
20  upon them, right?
21      A.   That's correct.
22      Q.   When it came to Dr. Mona
23  Hanna-Attisha, once you had the evidence to
24  support her findings, you were ready and willing

1  to act upon them, right?

2       A.   Well, they supported one another,
3  Dr. Edwards and Dr. Mona.

4       Q.   And, ultimately, once you had some
5  clarity and belief that Miguel Del Toral's
6  assessment and opinions had credibility, you
7  sprinkled that into the sauce that you were
8  making in terms of considering what to do best
9  about Flint as well, correct?

10      A.   That was actually after the fact.

11           MR. CAMPBELL:  Objection.

12      A.   I'd already -- we had already
13  moved ahead, but it helped reaffirm.

14      Q.   Okay.  And so is it fair to say
15  that if a water quality -- a company that had an
16  expertise in water quality would have ever
17  gotten a message to the governor's office that
18  reconnecting to DWSD for the next two years was
19  the best solution, if there were facts to
20  support that conclusion, is it fair to say that
21  you would have considered those facts and
22  considered taking action?

23           MR. CAMPBELL:  Object to the form.

24      A.   I think that's an accurate

1  statement.

2       Q.  Sitting here today, do you
3  remember anyone ever from Veolia trying to get
4  in touch with you directly or anyone in your
5  office to say, "The best solution for the folks
6  in Flint is to switch back to DWSD"?

7            MR. CAMPBELL:  Object to the form.

8       A.  I don't recall anything along
9  those lines.

10      Q.  And you actually testified very
11 early this morning -- when Mr. Leopold was
12 talking about leadership and how you define it
13 and all of those things, you talked a little bit
14 about having an open door, about allowing people
15 to express their opinions.

16           If somebody from Veolia had
17 approached anyone on your staff who you trusted
18 and the folks on your staff who you trusted came
19 to you and said, "Governor Snyder, you need to
20 hear this," I take it you would have listened?

21           MR. CAMPBELL:  Object to the form.

22      A.  I would hope so.  That would be
23 what I would expect.

24                    - - -

1      (Snyder Deposition Exhibit 34 marked.)

2                      - - -

3   BY MR. STERN:

4      Q.   I want to show you now what I'd

5   like to mark as Exhibit 34.  And this is going

6   to -- you're going to get a little annoyed with

7   me, because I'm going to show you a couple of

8   documents in a row that very much look the same.

9   But once we get through the third document,

10  you'll see why, and you'll understand why I'm

11  asking you these questions.

12             This was previously marked as

13  Walling Deposition Exhibit 32.  So Mr. Walling,

14  the former mayor, had the opportunity to look at

15  this and testify to it as well.

16             And I'll represent to you again,

17  Governor Snyder, that you are not copied on this

18  e-mail.  You are not referenced in this e-mail.

19  And as far as I know, you've not seen this

20  e-mail.

21             I'm going to start out here at the

22  bottom.  And it's an e-mail from a woman named

23  Sarah Schuch, and she as an MLive.com e-mail

24  address.  I'm sure as the two-term governor of