# EXHIBIT 71

| | |
|---|---|
| **From:** | Storberg, Ann Marie (TREASURY) |
| **Sent:** | Thursday, April 09, 2015 5:35 PM |
| **To:** | Workman, Wayne (TREASURY); Koryzno, Edward (Treasury); Byrne, Randall (Treasury); Cline, Richard (Treasury) |
| **Cc:** | Saxton, Thomas (Treasury); Gelisse, Ashley (DTMB); Dempkowski, Angela (Treasury) |
| **Subject:** | RE: GAC Filter install at WTP |
| **Attachments:** | image003.jpg |

Wayne – it appears per PA 436, within Sec. 12, if the contact is $50k or more, the Treasurer may authorize this contract.



**From:** Workman, Wayne (TREASURY)
**Sent:** Thursday, April 09, 2015 5:14 PM
**To:** Koryzno, Edward (Treasury); Byrne, Randall (Treasury); Cline, Richard (Treasury)
**Cc:** Saxton, Thomas (Treasury); Storberg, Ann Marie (TREASURY); Gelisse, Ashley (TREASURY); Dempkowski, Angela (Treasury)
**Subject:** Fwd: GAC Filter install at WTP

Let's try to get this approved by Monday. If you don't see anything wrong, I think going without bids is OK. This is an emergency. Prepare the appropriate papers and I will get it signed by Kevin or does it need the Gov signing? Have a meeting on Flint Tuesday am that I can get it OKd at.


Sent from my iPad

Begin forwarded message:

> **From:** Gerald Ambrose <gambrose@cityofflint.com>
> **Date:** April 9, 2015 at 5:06:57 PM EDT
> **To:** Edward Koryzno <koryznoE@michigan.gov>, Randy Burn <ByrneR1@michigan.gov>, "Workman, Wayne (TREASURY)" <workmanw@michigan.gov>
> **Cc:** Natasha Henderson <nhenderson@cityofflint.com>
> **Subject: GAC Filter install at WTP**
>
> Good afternoon,
>
> I submitted this afternoon through our normal process a request for approval to install the GAC filter at the water treatment plant. The most expeditious way to get it done is by amending our contract with LAN, who will be responsible for the design, procurement and install. The price quoted for the material and install is within the estimates provided by Velioa. ==Veolia did provide us with a comprehensive proposal to oversee all improvements, but it was very expensive.==

1

In my judgement, this is the way to go. Completion of the install is mid July which I am told will be in sufficient time to forestall another TTHM violation. Funding will come from the restructuring of the DWRF loan.

Thanks for your help and your quick approval is requested.

Jerry