# EXHIBIT 75

Highly Confidential - Marc Edwards, Ph.D.

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF MICHIGAN

3                  SOUTHERN DIVISION

4

5    ----------------------------) Civil Action No.:

6    IN RE:  FLINT WATER CASES    ) 5:16-cv-10444-JEL-MKM

7                                 ) (consolidated)

8                                 )

9                                 ) Hon. Judith E. Levy

10   ----------------------------) Mag. Mona K. Majzoub

11

12               HIGHLY CONFIDENTIAL

13       VIDEOTAPED DEPOSITION OF MARC EDWARDS, PH.D.

14

15              FRIDAY, AUGUST 7, 2020

16                    Volume 1

17

18       Remote oral deposition of MARC EDWARDS, PH.D.,

19   conducted at the location of the witness in

20   Blacksburg, Virginia, commencing at approximately 9:06

21   a.m., on the above date, before JULIANA F. ZAJICEK, a

22   Registered Professional Reporter, Certified Shorthand

23   Reporter, Certified Realtime Reporter and Notary

24   Public.

Highly Confidential - Marc Edwards, Ph.D.

```
 1    APPEARANCES:
 2    ON BEHALF OF THE CLASS PLAINTIFFS:
 3         CYNTHIA M. LINDSEY & ASSOCIATES, PLLC
           8900 East Jefferson Avenue, Suite 612
 4         Detroit, Michigan 48214
           248-766-0797
 5         BY:  CYNTHIA M. LINDSEY, ESQ.
                cmlind6439@gmail.com
 6
 7         WEITZ & LUXENBERG, P.C.
           3011 West Grand Boulevard, Suite 2150
 8         Detroit, Michigan 48226
           313-800-4170
 9         BY:  PAUL F. NOVAK, ESQ.
                pnovak@weitzlux.com
10
11    ON BEHALF OF INDIVIDUAL PLAINTIFFS:
12         NAPOLI SHKOLNIK LAW PLLC
           360 Lexington Avenue, 11th Floor
13         New York, New York 10017
           212-397-1000
14         BY:  PATRICK J. LANCIOTTI, ESQ.
                planciotti@napolilaw.com
15
16    ON BEHALF OF INDIVIDUAL PLAINTIFFS:
17         LEVY KONIGSBERG, LLP
           800 Third Avenue, 11th Floor
18         New York, New York 10022
           212-605-6200
19         BY:  COREY M. STERN, ESQ.
                cstern@levylaw.com
20
21
22
23
24
```

Highly Confidential - Marc Edwards, Ph.D.

```
1    APPEARANCES: (Continued)
2    ON BEHALF OF INDIVIDUAL PLAINTIFFS:
3         FIEGER LAW
          19390 West Ten Mile Road
4         Southfield, Michigan 48075
          248-355-5555
5         BY:  DONALD H. DAWSON, JR., ESQ.
               d.dawson@fiegerlaw.com;
6              ALEC E. OHRYN, ESQ.
               a.ohryn@fiegerlaw.com
7
8    ON BEHALF OF THE MASON STATE COURT PLAINTIFFS:
9         McALPINE PC
          3201 University Drive, Suite 200
10        Auburn Hills, Michigan 48326
          248-373-3700
11        BY:  JAYSON E. BLAKE, ESQ.
               jeblake@mcalpinepc.com
12
13   ON BEHALF OF THE PEOPLE OF THE STATE OF MICHIGAN:
14        STATE OF MICHIGAN
          Environment, Natural Resources,
15        and Agriculture Division
          6th Floor G. Mennen Williams Building
16        525 West Ottawa Street
          Lansing, Michigan 48909
17        517-335-7664
          BY:  CHARLES A. CAVANAGH, ESQ.
18             Assistant Attorney General
               CavanaghC2@michigan.gov
19
20   ON BEHALF OF DEFENDANT HOWARD D. CROFT:
21        WHITE LAW PLLC
          2549 Jolly Road, Suite 340
22        Okemos, Michigan 48864
          517-316-1195
23        BY:  ALEXANDER S. RUSEK, ESQ.
               alexrusek@whitelawpllc.com
24
```

Highly Confidential - Marc Edwards, Ph.D.

```
 1    APPEARANCES: (Continued)
 2    ON BEHALF OF DEFENDANT CITY OF FLINT:
 3         BUTZEL LONG
           41000 Woodward Avenue
 4         Stoneridge West
           Bloomfield Hills, Michigan 48304
 5         248-258-1616
           BY:  SHELDON H. KLEIN, ESQ.
 6             klein@butzel.com
 7

      ON BEHALF OF DEFENDANT MCLAREN REGIONAL MEDICAL
 8    CENTER:
 9         CLINE, CLINE & GRIFFIN, P.C.
           503 South Saginaw Street, Suite 1000
10         Flint, Michigan 48502
           810-232-3141
11         BY:  J. BRIAN MacDONALD, ESQ.
               bmacdonald@ccglawyers.com
12
13         BEVERIDGE & DIAMOND, P.C.
           456 Montgomery Street, Suite 1800
14         San Francisco, California 94104
           415-262-4000
15         BY:  SUSAN E. SMITH, ESQ.
               ssmith@bdlaw.com
16
17    ON BEHALF OF THE UNITES STATES OF AMERICA:
18         U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
           175 North Street, N.E.
19         Washington, D.C. 20002
           202-616-4224
20         BY:  ERIC A. REY, ESQ.
               eric.a.rey@usdog.gov
21
22
23
24
```

Highly Confidential - Marc Edwards, Ph.D.

```
 1   APPEARANCES: (Continued)
 2   ON BEHALF OF DEFENDANTS DANIEL WYANT AND BRADLEY
     WURFEL:
 3
         CLARK HILL PLC
 4       212 East Cesar E. Chavez Avenue
         Lansing, Michigan 48906
 5       517-318-3043
         BY:  CHRIS CLARE, ESQ.
 6           cclare@clarkhill.com;
             MICHAEL J. PATTWELL, ESQ.
 7           mpattwell@clarkhill.com
 8
     ON BEHALF OF DEFENDANT STEPHEN BUSCH:
 9
         SMITH HAUGHEY RICE & ROEGGE
10       100 Monroe Center, NW
         Grand Rapids, Michigan 49503
11       616-458-3633
         BY:  KRISTA A. JACKSON, ESQ.
12           kjackson@shrr.com
13
     ON BEHALF OF DEFENDANTS LEO A. DALY COMPANY, LOCKWOOD
14   ANDREWS & NEWNAM, INC. AND LOCKWOOD, ANDREWS & NEWNAM,
     P.C.:
15
         FAEGRE DRINKER BIDDLE & REATH, LLP
16       1717 Main Street, Suite 5400
         Dallas, Texas 75201
17       469-356-2535
         BY:  TRAVIS S. GAMBLE, ESQ.
18           travis.gamble@dbr.com
19
     ON BEHALF OF DEFENDANT ADAM ROSENTHAL:
20
         FAJEN & MILLER PLLC
21       3646 West Liberty Road
         Ann Arbor, Michigan 48103
22       734-995-0181
         BY:  JAMES A. FAJEN, ESQ.
23           fajenlaw@fajenmiller.com
24
```

Highly Confidential - Marc Edwards, Ph.D.

```
 1   APPEARANCES: (Continued)
 2   ON BEHALF OF DEFENDANTS VEOLIA WATER NORTH AMERICA
     OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC AND
 3   VEOLIA NORTH AMERICA, INC.:
 4        CAMPBELL CONROY & O'NEIL, P.C.
          1205 Westlakes Drive, Suite 320
 5        Berwyn, Pennsylvania 19312
          610-964-1900
 6        BY:  JOHN R. PENHALLEGON, ESQ.
                 Jpenhallegon@Campbell-trial-lawyers.com
 7
 8        CAMPBELL CONROY & O'NEIL, P.C.
          1 Constitution Wharf, Suite 310
 9        Boston, Massachusetts 02129
          617-241-3063
10        BY:  RICHARD S. CAMPBELL, ESQ.
                 rpcampbell@Campbell-trial-lawyers.com;
11             ALAINA N. DEVINE, ESQ.
                 adevine@campbell-trial-lawyers.com;
12             BRYAN D. McELVAINE, ESQ.
                 bmcelvaine@campbell-trial-lawyers.com;
13             KRISTIN M. DUPRE, ESQ.
                 kdupre@campbell-trial-lawyers.com;
14             CHRISTOPHER R. HOWE, ESQ.
                 chowe@Campbell-trial-lawyers.com
15
16   ON BEHALF OF DEFENDANT DARNELL EARLEY:
17        LAW OFFICES OF T. SANTINO MATEO
          535 Griswold, Suite 1000
18        Detroit, Michigan 48226
          313-962-3500
19        BY:  T. SANTINO MATEO, ESQ.
                 tsantinomateo@gmail.com
20
21   ON BEHALF OF DEFENDANT ED KURTZ:
          SIMEN, FIGURA & PARKER, P.L.C.
22        5206 Gateway Centre, Suite 200
          Flint, Michigan 48507
23        810-235-9000
          BY:  CHRISTOPHER A. STRITMATTER, ESQ.
24             cstritmatter@sfplaw.com
```

Highly Confidential - Marc Edwards, Ph.D.

```
 1    APPEARANCES: (Continued)
 2    ON BEHALF OF DEFENDANT MICHAEL GLASGOW:
 3         O'NEILL WALLACE & DOYLE, P.C.
           300 St. Andrews Road, Suite 302
 4         Saginaw, Michigan 48605
           989-790-0960
 5         BY:  CHRISTOPHER JAMES MARKER, ESQ.
                cmarker@owdpc.com
 6
 7    ON BEHALF OF DEFENDANT JEFF WRIGHT:
 8         FOLEY & MANSFIELD, PLLP
           130 East 9 Mile Road
 9         Ferndale, Michigan 48220
           248-721-4200
10         BY:  MATTHEW T. WISE, ESQ.
                mwise@foleymansfield.com
11
12    ON BEHALF OF DEFENDANT ROWE PROFESSIONAL SERVICE
      COMPANY:
13
           SULLIVAN, WARD, PATTON, GLEESON & FELTY, PC
14         25800 Northwestern Highway, Suite 1000
           Southfield, Michigan 48075-1000
15         248-746-0700
           BY:  CRAIG S. THOMPSON, ESQ.
16              cthompson@swappc.com
17
      ON BEHALF OF THE WITNESS:
18
           VIRGINIA TECH
19         236 Burruss Hall
           Blacksburg, Virginia 24061
20         540-231-6293
           BY:  STEPHEN CAPALDO, ESQ.
21              scapaldo@vt.edu
22
23    THE VIDEOGRAPHER:
           MR. ROBERT MARTIGNETTI,
24         Golkow Litigation Services.
```

Highly Confidential - Marc Edwards, Ph.D.

1   beyond belief and are trying to bullshit their way out

2   of it.  So I guess I'd use different words, but...

3        Q.    Okay.  In your published --

4        MR. CAMPBELL:  Alaina, can you bring up that

5   other folder now.

6   BY MR. CAMPBELL:

7        Q.    And I'm going to mark as Exhibit 33

8   your -- your paper in Water Research entitled "Lead

9   release to potable water during the Flint, Michigan

10  water crisis as revealed by routine biosolids

11  monitoring data."

12                (WHEREUPON, a certain document was

13                 marked Marc Edwards Deposition

14                 Exhibit No. 33, for identification,

15                 as of 08/07/2020.)

16  BY MR. CAMPBELL:

17       Q.    Tell us -- well, first of all, do you

18  recognize that as your paper?

19       A.    Yes.

20       Q.    This was cutting edge stuff, was it not,

21  Dr. Edwards?

22       A.    It was a different approach, yes.

23       Q.    What was the purpose of this study?

24       A.    Curiosity to figure out how bad things

Highly Confidential - Marc Edwards, Ph.D.

1   were and when and the trajectory of lead in the water

2   to try to fill in gaps in the record that were created

3   by the failure to monitor lead and water properly

4   under the Lead and Copper Rule, and to all of the

5   above, yeah.

6         Q.    Well, let me turn to Paragraph 3.5,

7   "Historical perspectives on the Flint Water Crisis."

8         MR. CAMPBELL:  At Page 480, Alaina.

9   BY MR. CAMPBELL:

10        Q.    I want to direct your attention to this

11  paragraph.

12              You wrote:  "This analysis fills major

13  knowledge gaps regarding the trajectory of the Flint

14  Water Crisis in relation to lead in water and human

15  exposure.  In particular, the monthly lead in

16  biosolids reached a peak of 24.5 kilograms during the

17  warmer months (May-October )of the crisis in 2014, but

18  lead release steady" -- "steadily declined thereafter

19  to less than half of that value (11.5 kilograms) for

20  the same period in 2015.  Moreover, the average and

21  maximum biosolids lead measurements during the Flint

22  water crisis in 2015 were comparable to those

23  pre-Flint Water Crisis in summer 2012 and summer 2013,

24  suggesting that the water lead levels throughout the

Highly Confidential - Marc Edwards, Ph.D.

1    City might have declined from the start of the Flint

2    Water Crisis in the summer of 2014 as lead was

3    depleted and sloughed from scale.  This analysis

4    strongly suggests that the 'worst' lead exposure

5    during the Flint Water Crisis was restricted to

6    June-August 2014 (captured in biosolids lead mass

7    during July-September 2014), as is further confirmed

8    by the significant elevation in blood lead levels

9    above 5 associated with those months."

10            Did I read that correctly?

11    A.    Yes.

12    Q.    And was that a -- one of the conclusions

13    of this study?

14    A.    Yes.

15    MR. CAMPBELL:  So, Alaina, can you put up the --

16    the article from, I think it's Mother Jones.

17                (WHEREUPON, a certain document was

18                 marked Marc Edwards Deposition

19                 Exhibit No. 34, for identification,

20                 as of 08/07/2020.)

21    BY MR. CAMPBELL:

22    Q.    Do you remember giving an interview or

23    communicating in some fashion with Kevin Drum of

24    Mother Jones?

Highly Confidential - Marc Edwards, Ph.D.

1      A.    Yes.

2      Q.    What -- what exactly is Mother Jones?

3      A.    Some kind of a publication, somewhat

4   credible.

5      Q.    Okay.  And you've -- you've -- you've read

6   this report?  Is it -- does it accurately describe

7   your -- your research?

8      A.    I think so, yes.

9      Q.    Okay.  There are two graphs on the

10  page that is before you now in the Mother Jones

11  article.

12      MR. CAMPBELL:  Could you bring up the first of

13  the two, Alaina.  It's -- it's described -- it is

14  headed "Two Water Emergencies, Flint 2014 vs.

15  Washington, DC 2004."

16            And this is, what, 35?

17                (WHEREUPON, a certain document was

18                 marked Marc Edwards Deposition

19                 Exhibit No. 35, for identification,

20                 as of 08/07/2020.)

21  BY MR. CAMPBELL:

22      Q.    Okay.  So, Dr. Edwards, can you tell us

23  what -- what we are looking at here?

24      A.    Yes.  What are we looking at?

Highly Confidential - Marc Edwards, Ph.D.

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF MICHIGAN

 3                      SOUTHERN DIVISION

 4

 5    ----------------------------) Civil Action No.:

 6    IN RE:  FLINT WATER CASES    ) 5:16-cv-10444-JEL-MKM

 7                                 ) (consolidated)

 8                                 )

 9                                 ) Hon. Judith E. Levy

10    ----------------------------) Mag. Mona K. Majzoub

11

12                    HIGHLY CONFIDENTIAL

13       VIDEOTAPED DEPOSITION OF MARC EDWARDS, PH.D.

14

15                 MONDAY, AUGUST 10, 2020

16                       Volume 2

17

18       Continued remote oral deposition of MARC

19    EDWARDS, PH.D., conducted at the location of the witness

20    in Blacksburg, Virginia, commencing at approximately 9:04

21    a.m., on the above date, before JULIANA F. ZAJICEK, a

22    Registered Professional Reporter, Certified Shorthand

23    Reporter, Certified Realtime Reporter and Notary

24    Public.
```

Highly Confidential - Marc Edwards, Ph.D.

```
 1    APPEARANCES:
 2    ON BEHALF OF THE CLASS PLAINTIFFS:
 3         CYNTHIA M. LINDSEY & ASSOCIATES, PLLC
           8900 East Jefferson Avenue, Suite 612
 4         Detroit, Michigan 48214
           248-766-0797
 5         BY:  CYNTHIA M. LINDSEY, ESQ.
                cmlind6439@gmail.com
 6
 7         WEITZ & LUXENBERG, P.C.
           3011 West Grand Boulevard, Suite 2150
 8         Detroit, Michigan 48226
           313-800-4170
 9         BY:  PAUL F. NOVAK, ESQ.
                pnovak@weitzlux.com
10
11    ON BEHALF OF INDIVIDUAL PLAINTIFFS:
12         NAPOLI SHKOLNIK LAW PLLC
           360 Lexington Avenue, 11th Floor
13         New York, New York 10017
           212-397-1000
14         BY:  PATRICK J. LANCIOTTI, ESQ.
                planciotti@napolilaw.com
15
16    ON BEHALF OF INDIVIDUAL PLAINTIFFS:
17         LEVY KONIGSBERG, LLP
           800 Third Avenue, 11th Floor
18         New York, New York 10022
           212-605-6200
19         BY:  COREY M. STERN, ESQ.
                cstern@levylaw.com
20
21
22
23
24
```

Highly Confidential - Marc Edwards, Ph.D.

```
 1    APPEARANCES: (Continued)
 2    ON BEHALF OF INDIVIDUAL PLAINTIFFS:
 3         FIEGER LAW
           19390 West Ten Mile Road
 4         Southfield, Michigan 48075
           248-355-5555
 5         BY:  DONALD H. DAWSON, JR., ESQ.
                d.dawson@fiegerlaw.com;
 6              ALEC E. OHRYN, ESQ.
                a.ohryn@fiegerlaw.com
 7
 8    ON BEHALF OF THE MASON STATE COURT PLAINTIFFS:
 9         McALPINE PC
           3201 University Drive, Suite 200
10         Auburn Hills, Michigan 48326
           248-373-3700
11         BY:  JAYSON E. BLAKE, ESQ.
                jeblake@mcalpinepc.com
12
13    ON BEHALF OF THE PEOPLE OF THE STATE OF MICHIGAN:
14         STATE OF MICHIGAN
           Environment, Natural Resources,
15         and Agriculture Division
           6th Floor G. Mennen Williams Building
16         525 West Ottawa Street
           Lansing, Michigan 48909
17         517-335-7664
           BY:  CHARLES A. CAVANAGH, ESQ.
18              Assistant Attorney General
                CavanaghC2@michigan.gov
19
20    ON BEHALF OF DEFENDANT HOWARD D. CROFT:
21         WHITE LAW PLLC
           2549 Jolly Road, Suite 340
22         Okemos, Michigan 48864
           517-316-1195
23         BY:  ALEXANDER S. RUSEK, ESQ.
                alexrusek@whitelawpllc.com
24
```

Highly Confidential - Marc Edwards, Ph.D.

```
 1    APPEARANCES: (Continued)
 2    ON BEHALF OF DEFENDANT CITY OF FLINT:
 3        BUTZEL LONG
          41000 Woodward Avenue
 4        Stoneridge West
          Bloomfield Hills, Michigan 48304
 5        248-258-1616
          BY:  SHELDON H. KLEIN, ESQ.
 6            klein@butzel.com
 7
      ON BEHALF OF DEFENDANT MCLAREN REGIONAL MEDICAL
 8    CENTER:
 9        BEVERIDGE & DIAMOND, P.C.
          456 Montgomery Street, Suite 1800
10        San Francisco, California 94104
          415-262-4000
11        BY:  SUSAN E. SMITH, ESQ.
              ssmith@bdlaw.com
12
13    ON BEHALF OF THE UNITES STATES OF AMERICA:
14        U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
          175 North Street, N.E.
15        Washington, D.C. 20002
          202-616-4224
16        BY:  ERIC A. REY, ESQ.
              eric.a.rey@usdog.gov
17
18    ON BEHALF OF DEFENDANTS DANIEL WYANT AND BRADLEY
      WURFEL:
19
          CLARK HILL PLC
20        212 East Cesar E. Chavez Avenue
          Lansing, Michigan 48906
21        517-318-3043
          BY:  CHRIS CLARE, ESQ.
22            cclare@clarkhill.com;
              MICHAEL J. PATTWELL, ESQ.
23            mpattwell@clarkhill.com
24
```

Highly Confidential - Marc Edwards, Ph.D.

```
 1   APPEARANCES: (Continued)
 2   ON BEHALF OF DEFENDANT STEPHEN BUSCH:
 3        SMITH HAUGHEY RICE & ROEGGE
          100 Monroe Center, NW
 4        Grand Rapids, Michigan 49503
          616-458-3633
 5        BY:  KRISTA A. JACKSON, ESQ.
               kjackson@shrr.com
 6
 7   ON BEHALF OF DEFENDANTS LEO A. DALY COMPANY, LOCKWOOD
     ANDREWS & NEWNAM, INC. AND LOCKWOOD, ANDREWS & NEWNAM,
 8   P.C.:
 9        FAEGRE DRINKER BIDDLE & REATH, LLP
          1717 Main Street, Suite 5400
10        Dallas, Texas 75201
          469-356-2535
11        BY:  TRAVIS S. GAMBLE, ESQ.
               travis.gamble@dbr.com
12
13   ON BEHALF OF DEFENDANT ADAM ROSENTHAL:
14        FAJEN & MILLER PLLC
          3646 West Liberty Road
15        Ann Arbor, Michigan 48103
          734-995-0181
16        BY:  JAMES A. FAJEN, ESQ.
               fajenlaw@fajenmiller.com
17
18   ON BEHALF OF DEFENDANTS VEOLIA WATER NORTH AMERICA
     OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC AND
19   VEOLIA NORTH AMERICA, INC.:
          CAMPBELL CONROY & O'NEIL, P.C.
20        1 Constitution Wharf, Suite 310
          Boston, Massachusetts 02129
21        617-241-3063
          BY:  RICHARD S. CAMPBELL, ESQ.
22             rpcampbell@Campbell-trial-lawyers.com
               ALAINA N. DEVINE, ESQ.
23             adevine@campbell-trial-lawyers.com;
               CHRISTOPHER R. HOWE, ESQ.
24             chowe@Campbell-trial-lawyers.com
```

Highly Confidential - Marc Edwards, Ph.D.

```
 1   APPEARANCES:  (Continued)

 2   ON BEHALF OF DEFENDANT DARNELL EARLEY:

 3        LAW OFFICES OF T. SANTINO MATEO
          535 Griswold, Suite 1000
 4        Detroit, Michigan 48226
          313-962-3500
 5        BY:  T. SANTINO MATEO, ESQ.
               tsantinomateo@gmail.com

 6

 7   ON BEHALF OF DEFENDANT ED KURTZ:

 8        SIMEN, FIGURA & PARKER, P.L.C.
          5206 Gateway Centre, Suite 200
 9        Flint, Michigan 48507
          810-235-9000
10        BY:  CHRISTOPHER A. STRITMATTER, ESQ.
               cstritmatter@sfplaw.com

11

12   ON BEHALF OF DEFENDANT MICHAEL GLASGOW:

13        O'NEILL WALLACE & DOYLE, P.C.
          300 St. Andrews Road, Suite 302
14        Saginaw, Michigan 48605
          989-790-0960
15        BY:  CHRISTOPHER JAMES MARKER, ESQ.
               cmarker@owdpc.com

16

17   ON BEHALF OF DEFENDANT JEFF WRIGHT:

18        FOLEY & MANSFIELD, PLLP
          130 East 9 Mile Road
19        Ferndale, Michigan 48220
          248-721-4200
20        BY:  MATTHEW T. WISE, ESQ.
               mwise@foleymansfield.com

21

22

23

24
```

Highly Confidential - Marc Edwards, Ph.D.

```
 1   APPEARANCES: (Continued)
 2   ON BEHALF OF DEFENDANT ROWE PROFESSIONAL SERVICE
     COMPANY:
 3
          SULLIVAN, WARD, PATTON, GLEESON & FELTY, PC
 4        25800 Northwestern Highway, Suite 1000
          Southfield, Michigan 48075-1000
 5        248-746-0700
          BY:  CRAIG S. THOMPSON, ESQ.
 6            cthompson@swappc.com
 7
     ON BEHALF OF THE WITNESS:
 8
          VIRGINIA TECH
 9        236 Burruss Hall
          Blacksburg, Virginia 24061
10        540-231-6293
          BY:  STEPHEN CAPALDO, ESQ.
11            scapaldo@vt.edu
12
13
14   ALSO PRESENT:
15        MS. MELISSA MAYS;
16        MS. RONNIE DALTON,
              Weitz & Luxenberg PC;
17
          MR. FRANCIS X. FERRARA,
18            Senior VP & Deputy General Counsel
              Veolia North America
19
20
21
22   THE VIDEOGRAPHER:
23        MR. ROBERT MARTIGNETTI,
          Golkow Litigation Services.
24
```

Highly Confidential - Marc Edwards, Ph.D.

1    stuff going into the sewer that is not lead that

2    varies with time and then you have the lead that's

3    coming from the -- the plumbing, right, and so what

4    you are trying to do is -- is ignore the noise, which

5    is all of these factors putting more stuff in the

6    water, and get the thing you care about, which is the

7    mass of lead.

8         Q.    Okay.  Were you aware that in the

9    months -- in the three months following the switch to

10   the Flint River, the concentration of lead within the

11   bio sludge reported from the wastewater treatment

12   plat -- plant actually went down?

13        A.    Yes, we reported that in our -- our

14   results.

15        Q.    Okay.  Did you ever do an investigation

16   into why the concentration went down, whether or not

17   there were large rain events or if they were putting

18   sludge back in the sewer, as you said, did you ever

19   investigate that?

20        A.    Yeah.  There were massive rain events.  So

21   we -- we have that in the supplemental information of

22   the report.

23        Q.    And then you just testified that because

24   of, you know, the noise, as you called it, the signal

Highly Confidential - Marc Edwards, Ph.D.

1    is the massive lead in the biosolid, correct?

2         A.    Correct.

3         Q.    Okay.  And then I'm going to click on

4    another highlighted portion.

5               You say:  "All five metals spiked markedly

6    in the summer of 2014 when there was no corrosion

7    control during the Flint Water Crisis, and it is

8    hypothetically possible that this was due to general

9    sloughing of pre-existing scale from all plumbing

10   surfaces."

11              So, to kind of reduce that down, you are

12   saying because you saw a spike in the total mass of

13   lead during the months following the switch, that was

14   likely from the sloughing of pipes.

15              Am I -- am I summarizing that correctly?

16        A.    Yeah.  Yeah, I mean, because realize it's

17   possible.  One thing that could invalidate this

18   analysis is there is an industry dumping lead into

19   their -- into the sewer, right, for example.

20              So if a lead was -- if an industry was

21   doing that, which we considered possible at the start,

22   the lead from the plumbing, the drinking water

23   plumbing would be less significant and would be

24   confounded, right.  And so what we are doing here is

Highly Confidential - Marc Edwards, Ph.D.

1    saying, Well, it's very unlikely that an industry

2    would -- would not just put lead in the water but also

3    everything else related to plumbing, including

4    these -- these metals.

5              So the fact that they all went up during

6    that time seems highly unlikely that that lead was

7    coming from an industry.  So, so we -- yeah, so we

8    then are implying that all of this information is

9    suggesting the lead in the sewer is mainly from the

10   lead in the -- that came from the water plumbing.

11      Q.    Okay.  And I believe in the article, I

12   don't have it off the top of my head here, but you say

13   that the average lead total mass in the months

14   following was one of the factors, and I think you had

15   it at 317 metric dry tons.

16              Does that sound familiar?

17      A.    Yes, absolutely.

18      Q.    Okay.

19      A.    It was high.  Very high.

20      Q.    So is it your opinion that the lead was

21   sloughed from the pipes due in part to the fact that

22   that average went up in those three months following

23   the switch?

24      A.    Yes, that's -- that's what logic and the

1    evidence strongly suggests.

2        Q.    Okay.  Isn't it true, though, that there

3    were also spikes in lead mass as a dry weight in the

4    years preceding the switch to the Flint River?

5        A.    Yes.

6        Q.    Okay.  And, in fact, from March to

7    May 2010, it actually averaged 312 metric dry tons.

8              Does that --

9        A.    There was a lot of sludge, yeah.

10       Q.    Okay.  Are you suggesting that that lead

11   mass was caused by sloughing of pipes back in 2010?

12       A.    Well, we have realized that -- you know,

13   this is getting more difficult logically and in terms

14   of the projections.  So, in other words, we did five

15   sampling events starting August 15 that we were able

16   to correlate our -- our citywide lead and water

17   measurements to lead in the sludge.  We got a good

18   correlation.

19             The more you extrapolate back in time, the

20   less confidence you can have.  So, you know, trying to

21   go back that far, okay, it's a little bit more iffy.

22   So I'm putting that out there, No. 1.

23             No. 2, when we first looked at that data,

24   we -- we didn't have any reason to think, Why is lead