# EXHIBIT 106

# Document Filed Under Seal