# EXHIBIT 1

# PRELIMINARY DESIGN, PLANS AND PROPOSED EQUIPMENT FOR REHABILITATION OF THE FLINT WATER PLANT

## CITY OF FLINT, MICHIGAN





**SUBMITTED BY**
*THE SEG TEAM:*

Snell Environmental Group, Inc.
Alvord, Burdick & Howson, L.L.C.
Prein & Newhof
Gould Engineering, Inc.

*April 10, 1998*

# TABLE OF CONTENTS

SECTION 1 - INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-1
    1.1    BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-1
    1.2    REPORT FORMAT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3
    1.3    CADD REPRESENTATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3
    1.4    DRAWINGS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3

SECTION 2 - ALTERNATE B - PLATE SETTLERS WITH SOFTENING AND GAC
    FILTRATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-1
    2.1    SELECTED PROCESS - ALTERNATE B . . . . . . . . . . . . . . . . . . . . . . 2-1

SECTION 3 - DESIGN CRITERIA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-1
    3.1    TREATMENT PERFORMANCE CRITERIA - STANDBY FACILITY . . . . 3-1
    3.2    PROCESS SCHEMATIC FOR ALTERNATE B . . . . . . . . . . . . . . . . . . . 3-2
    3.3    PLANT AND SITE IMPROVEMENTS . . . . . . . . . . . . . . . . . . . . . . . . 3-3
    3.4    BASIS OF DESIGN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-3
    3.5    PROCESS FLOW LAYOUT NO. 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-20
    3.6    PROCESS FLOW LAYOUT NO. 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-21
    3.7    HYDRAULIC PROFILE - CLARIFICATION WITH SOFTENING - 36 MGD
          . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-21
    3.8    HYDRAULIC PROFILE - CLARIFICATION WITHOUT SOFTENING - 36
          MGD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-22
    3.9    SPECIFIC PROCESS ILLUSTRATION(S) . . . . . . . . . . . . . . . . . . . . . . 3-22

SECTION 4 - RAW WATER INTAKE MODIFICATIONS . . . . . . . . . . . . . . . . . . . . . . 4-1

SECTION 5 - OZONATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-1

SECTION 6 - RAPID MIX AND PRIMARY FLOCCULATION . . . . . . . . . . . . . . . . . . . . 6-1

SECTION 7 - PRIMARY CLARIFICATION WITH PLATE SETTLER . . . . . . . . . . . . . . . 7-1

SECTION 8 - STOP LOG REPLACEMENT WITH CHANNEL METERING . . . . . . . . . . 8-1

SECTION 9 - SOFTENING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-1

SECTION 10 - CARBON DIOXIDE SYSTEM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-1

SECTION 11 - FILTER AND FILTER GALLERY CONCEPTS . . . . . . . . . . . . . . . . . . . 11-1

SECTION 12 - SOLIDS HANDLING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-1

12.1    NEW RESIDUALS PUMPING STATION ........................ 12-1
12.2    RESIDUAL EQUALIZATION CLARIFIER ...................... 12-1

SECTION 13 - CHEMICAL STORAGE AREA ................................ 13-1

SECTION 14 - LABORATORY AND OPERATIONAL AREA .................... 14-1

SECTION 15 - NEW LOCKER ROOM FACILITIES ........................ 15-1

SECTION 16 - NEW ADMINISTRATION OFFICE AREA ...................... 16-1

SECTION 17 - BOILER BUILDING ...................................... 17-1

DRAWING LIST

SECTION 1 - INTRODUCTION

    Title Sheet
    Existing Overall Site Plan
    Existing Treatment Plant No. 2

SECTION 2 - ALTERNATE B - PLATE SETTLERS WITH SOFTENING AND GAC
        FILTRATION

    No Drawings

SECTION 3 - DESIGN CRITERIA

    Plant and Site Improvements
    Process Flow Layout No. 1
    Process Flow Layout No. 2
    Hydraulic Profile Clarification with Softening
    Hydraulic Profile Without Softening

SECTION 4 - RAW WATER INTAKE MODIFICATIONS

    Raw Water Screening

SECTION 5 - OZONATION

    Ozone Generator and Contactor Building Plan View
    Ozone Contactor Facility Section A-A
    Ozone Contactor Facility Section B-B

SECTION 6 - RAPID MIX AND PRIMARY FLOCCULATION

Rapid Mix Details
Flocculator Building Plan View
Flocculator Basin Section A-A
Connection Structure To New Primary Clarifier

SECTION 7 - PRIMARY CLARIFICATION WITH PLATE SETTLER

Primary Clarification Basin Plan View
Primary Clarification Building With Plate Settlers

SECTION 8 - STOP LOG REPLACEMENT WITH CHANNEL METERING

Stop Log Replacement Plan With Channel Metering

SECTION 9 - SOFTENING

West Clarifier, Plan, Profile and Details
East Clarifier, Plan, Profile and Details

SECTION 10 - CARBON DIOXIDE SYSTEM

Chemical Storage and Liquid Carbon Dioxide Feed Plan

SECTION 11 - FILTER AND FILTER GALLERY CONCEPTS

Filter Gallery Pipe Proposed Plan at Elev. 719
Filter Gallery Pipe Proposed Plan at Elev. 729' and Wash Water Supply Section
Filter Gallery Piping Proposed Sections
Filter Box Details
Filter Backwash Blowers

SECTION 12 - SOLIDS HANDLING

Residual Handling Site Plan
Residual Pumping Station
Residual Equalization Clarifier Plan View
Residual Equalization Clarifier Sections A-A and B-B Details

SECTION 13 - CHEMICAL STORAGE AREA

Drawing Included in Section 10

SECTION 14 – LABORATORY AND OPERATIONAL AREA

Plan of Laboratory and Operation Area
Laboratory and Operation Area – Structural

SECTION 15 - NEW LOCKER ROOM FACILITIES

New Locker Room Facilities

SECTION 16 - NEW ADMINISTRATION OFFICE AREA

New Administrative Office Area

SECTION 17 - BOILER BUILDING

New Boiler Building

## SECTION 1 - INTRODUCTION

### 1.1    BACKGROUND

The City of Flint has purchased treated water from the City of Detroit since December 1965. Water is conveyed to the Flint area through a single transmission main from the City of Detroit Lake Huron water treatment plant located north of Port Huron. Water is also supplied to Genesee County. The current standby or reliable backup source for potable water, to serve the Flint area, is the existing Flint Water Plant. The plant is operated periodically using Flint River water and discharges back into the river. Substantial plant upgrades are necessary to meet long-term reliability and water quality requirements in accordance with U.S. EPA and MDEQ Safe Drinking Water Standards. A reliable second source of water continues to be of grave concern to the City of Flint, Genesee County and the Michigan Department of Environmental Quality (MDEQ).

Over the past thirty-two years, a variety of second source alternatives have been considered by the City of Flint. A second source agreement has yet to be reached between the City of Flint and the City of Detroit Water and Sewerage Department (DWSD). The stalemate appears to revolve around the decision to abandon or upgrade the existing Flint water treatment plant versus the cost impacts of the second pipeline from DWSD.

Feasibility studies of long-term water supply alternatives were undertaken both by Flint City and Genesee County. The studies recommended a long-term program which would replace the DWSD water supply through the development of a new raw water supply from Lake Huron. Phase I includes a major rehabilitation of the existing Flint water treatment plant to a reliable 36 MGD facility using Flint River water.

Should the Lake Huron water supply project not move forward and Flint continue to purchase water from DWSD, the need for a reliable second water source for Flint and its customers remains a Michigan Department of Environmental Quality ( MDEQ) mandated requirement. The SEG team has worked diligently with city and MDEQ staff (both engineering and EAD personnel), and has reviewed all previous engineering and feasibility studies to develop a comprehensive project.

The City of Flint retained the SEG Team to develop a City of Flint Water Plant Rehabilitation Project Plan to qualify for a low interest loan from the MDEQ Drinking Water Revolving Fund. The Project Plan is dated January 2, 1998, and is entitled *Phase I Water Treatment Plant Rehabilitation.*

In consulting with the MDEQ technical and EAD staff to evaluate their ideas, the Project Plan addresses the Drinking Water Revolving Fund (DWRF) requirements, regulations and guidelines to address the deficiency issues and qualify for low interest funding. Contained in *Section 2, Table 2-2*, is the water demand projection for the years 2000 through 2030 for Flint City, Genesee County and combined. Therefore, it is proposed that the rehabilitation of the Flint Water treatment plant be rated at a firm capacity of 36 MGD. The existing plant is discussed in the Project Plan in substantial detail in *Section 3*.

The following is a list of existing deficiencies that illustrate the need for rehabilitation.  It is likely that running the existing water treatment plant at 15 MGD would cause drinking water quality standards violation.

- The plant has not been tested to produce a finished water at 36 MGD to meet Safe Drinking Water Standards.  Filter to waste capabilities are limited by the size of the rewash filter valves.

- Test runs are made at approximately 15 MGD by filtering and wasting to the Flint River.  No rate control is available for the filter effluent since the rate controls are inoperable.  This will not permit satisfactory operation.

- Much of the equipment is obsolete or inoperable.  The equipment is of such a vintage that replacement parts either are not available or would cost more than complete replacement.

- During test operations, the plant has not been able to meet Safe Drinking Water requirements for disinfection byproducts (total trihalomethanes).

- Continuous turbidity monitoring is performed on one filter.  Other filters are monitored at three-hour intervals.  Cold water conditions make meeting turbidity standards nearly impossible to achieve.

- Softening is not practiced during test runs because of inoperable equipment.

- Control of flows in the plant is difficult if not impossible.

- There is no current capability to add fluoride.

- The effective size of the filter media is nearly twice the recommended criteria.

- No SCADA system is in place to properly control the unit processes.

- Auxiliary power to operate the plant during a power failure or outage requires major rehabilitation or replacement.

- There is no primary overload protection at the electric substation.

- The laboratory does not meet current health and safety standards.

- The water plant does not meet ADA requirements either as a public building or for employee access.

Contained in *Section 4* of the Project Plan is a brief discussion of the draft consent agreement as issued to Mr. David Ready from Mr. James K. Cleland, P.E., dated June 19, 1996.  This Draft Consent Agreement requests the following:

1-2

- Rehabilitate and restore the city water treatment plant.

- More reliable operational condition.

- Restored water treatment plant shall meet the design standards of the Department and be capable of producing a minimum of 36 MGD treated water per day.

- Treated water produced by the restored plant shall meet all applicable point of entry state drinking water standards.

- Comply with a specific date to receive a construction permit.

- Start construction at an agreed upon specific date to complete this rehabilitation.

In summary, improvements to the existing Flint Water treatment plant are necessary as a reliable supply to a single pipeline from Detroit.

## 1.2 REPORT FORMAT

Contained in *Section 3* and subsequent sections will be text followed by a plan section of 12" x 17" reduced from 24" x 36" drawings to illustrate appropriate features. Specific sections will also contain material that describes the new equipment to be utilized to rehabilitate the Flint Water treatment plant. With drawings at 11" x 17" this document is complete versus two separate documents of text and separate drawings at 24" x 36".

## 1.3 CADD REPRESENTATION

Some of the following CADD electronic representations were extracted from preliminary drawings prepared by MPS in 1995 under contract with the City of Flint.

## 1.4 DRAWINGS

Contained in the Plan section of this section is the Title Sheet for the Preliminary Drawings. Also included is the Existing Overall Site Plan that shows all physical features, contouring, and site utilities and infrastructure. The last drawing is the Plan of the Existing Treatment Plant No. 2 as it presently exists and prior to complete rehabilitation to a 36 MGD firm capacity to produce similar water quality as presently received from DWSD.

# CITY OF FLINT, MICHIGAN
# DEPARTMENT OF PUBLIC WORKS & UTILITIES
# WATER TREATMENT PLANT REHABILITATION
# PRELIMINARY PLANS AND SPECIFICATIONS
# PHASE 1 - SEGMENT 1, 2, & 3
# CONTRACT NO. 9841-5399



MICHIGAN

LOCATION MAP

## CITY OFFICIALS
### WOODROW STANLEY, MAYOR

**ADMINISTRATION**

DAVID READY, CITY ADMINISTRATOR
HANS KUHLMANN, CITY ENGINEER
ROBERT CARLYON, W.P. SUPERVISOR

**CITY COUNCIL**

SCOTT KINCAID
OMAR SIMS, FIRST WARD
EDWARD TAYLOR, SECOND WARD
JOHNNIE TUCKER, THIRD WARD
PEGGY COOK, FOURTH WARD
BARRY WILLIAMS, FIFTH WARD
MARK HORRIGAN, SIXTH WARD
JACK MINORE, SEVENTH WARD
LAWRENCE MURPHY, EIGHTH WARD

SUBMITTED BY:



THE SSEG TEAM

SNELL ENVIRONMENTAL GROUP, INC.
AVORD, BURDICK & HOWSON, L.L.C.
TUCKER & NEWSON
GOULD ENGINEERING, INC.

APRIL 10, 1998



CITY OF FLINT
DEPARTMENT OF PUBLIC WORKS & UTILITIES
WATER TREATMENT PLANT REHABILITATION
PHASE 1 - SEGMENT 1, 2, & 3

THE SEG TEAM

PRELIMINARY PLANS

EXISTING OVERALL SITE PLAN

SCALE: 1"= 100'
PROJECT NO. 9641-3389
SHEET NO.  0F





# CITY OF FLINT
**PROPOSED WATER TREATMENT
PLANT PROCESS SCHEMATIC**

## SECTION 2 - ALTERNATE B - PLATE SETTLERS WITH SOFTENING AND GAC FILTRATION

Contained in *Section 5* of the Project Plan are basically four options available to the City of Flint to provide a quality supply at normal operating pressures. Those four options are as follows: (1) No Action Alternative, (2) Alternate A - Conventional Water Treatment Technologies and Process, (3) Alternate B - Plate Settling Process with Softening, and (4) Alternate C - Ballasted Settling Process with Softening.

The *No Action Alternative* is unacceptable as it would allow the existing deficiencies to continue. These deficiencies are as previously discussed.

*Alternative A* is designed to conventional treatment process to rehabilitate the existing water treatment plant using 10 States Standard as the guidance document. The concept of conventional settling followed by softening and filtration meets all the Ten State Criteria. This conventional concept has been discussed extensively with MDEQ technical staff.

*Alternative B* utilizes all the same design parameters with the exception of the addition of plate settlers in a new primary treatment basin. Based on the utilization of new plate settling technology, substantial capital can be saved by using plate settlers in a smaller basin versus conventional settling (larger basin).

*Alternate C* utilizes the concept of ballasted settling followed by softening and filtration. The MDEQ technical staff have requested that ballasted settling prove its applicability for the Flint River water based on pilot testing four times a year. Therefore, due to the year-long time schedule to pilot test versus the City of Flint's wish to fast-track this project, Alternate C was not selected.

### 2.1   SELECTED PROCESS - ALTERNATE B

The City of Flint has selected Alternate B as contained within the Project Plan dated January 2, 1998. This alternate utilizes plate settlers installed in a new primary clarification basin followed by lime softening and gravity filtration including 30 inches of granular activated carbon (GAC) filter cap material. The project budget for Alternate B is $36,880,000 and meets all the design criteria applicable to Alternate A, conventional water treatment technologies and processes.

In discussions with MDEQ technical staff, they have indicated verbal approval of Alternate B with clarification with plate settling, softening and GAC filtration.

The following preliminary design, plans and proposed equipment, contained in the following sections, supports the design issues as contained in the Project Plan for Alternate B.

## SECTION 3 - DESIGN CRITERIA

Contained in this section is the appropriate criteria and illustrations indicating the complete changes, alteration and additions to rehabilitate the existing water treatment plant. The design criteria is based on the utilization of the Flint River and a plant with a firm capacity of 36 MGD. Presently, the City of Flint and Genesee County receive treated lake water through a single pipeline from DWSD. The finished water is essentially soft and the rehabilitated plant will produce similar water quality through the reactivation of the lime softening process within the plant. Therefore, the finished water from the rehabilitated water plant will meet or product better water quality as received from DWSD.

### 3.1    TREATMENT PERFORMANCE CRITERIA - STANDBY FACILITY

Alternate B, according to the Basis of Design contained in *Section 3.4*, will meet or be below the safe drinking water quality standards in accordance with state and federal regulations. These criteria are as follows:

3.1.1   Firm Capacity - 36 MGD

3.1.2   Supply - Flint River

3.1.3   Turbidity - 0.1 - 0.2 NTU

3.1.4   Hardness - $100\pm$ mg/l as $CaCO_3$

3.1.5   Cryptosporidium -   3-Log with Ozone
                            3-Log with Rehabilitated treatment (settling, softening and filtration)
                            Total - 6 Log Inactivation

3.1.6   Giardia:      Ozone - >3-Log
                      Conventional Treatment - 2.5-Log
                      Final Disinfection with $Cl_2$ - 0.25-Log
                      Total - >5.75-Log

3.1.7   Viruses:      Ozone - >1.8-Log
                      Conventional Treatment - 2-Log
                      Final Disinfection with $Cl_2$ - 1-Log
                      Total - >4.8-Log

3.1.8   Taste and Odor (T&O)

        Periodic incidences of T&O will be eliminated in the 30-inch GAC filter cap.

3.1.9   Trihalomethanes (THMs): Less than 40 ug/l.

### 3.1.10 Reliability

Will meet or exceed all reliability requirements according to the draft consent agreement as contained in the Project Plan.

### 3.1.11 Residuals

Continue with the current permitted operation scenario(s).

## 3.2 PROCESS SCHEMATIC FOR ALTERNATE B

*Figure 3-1* (prior to the plan section) illustrates the schematic for the water treatment plant rehabilitation. It is planned to utilize the existing intake structure and rehabilitate one (1) traveling screen and direct the raw water piping directly through the existing Venturi meter. Ozonation precedes the rehabilitated new rapid mix and primary flocculation conversion. Clarification is performed by the addition of a new primary clarifier basin with plate settling to enhance removal of solids that have received coagulation with ferric chloride addition. Primary effluent is conveyed by an existing channel to the converted secondary clarifiers that will receive new solids contact equipment and achieve softening through the addition of lime and polymer.

Presently, the two secondary clarifiers have different overflow weir configurations. Therefore, it is proposed to match the weir height elevation in both the west and east solids contact clarifier to balance flows to provide equal treatment for the removal of hardness. Overflow from the lime softening units is directly into the existing recarbonation basins. Recarbonation is accomplished through the addition of liquid carbon dioxide. The reaction of liquid carbon dioxide is fast acting (two minutes) and mixing is to be accomplished through the addition of new baffling. Flow from the recarbonation basins is by open channel flow to the 12 filters. The 12 filters will be completely rehabilitated with false bottoms, 12 inches of sand, capped with 30 inches of GAC, and backwash accomplished through air/water backwash. All the piping within the filter gallery will be removed and replaced with welded steel, new butterfly valves with automatic electronic actuators, and magnetic flow meters to allow rate of flow control to each filter. Chemicals will be added after filtration and prior to flowing to the 3 million gallon Clearwell No. 3. Finished water pumping will utilize the existing high service pumps in pump station #4.

Primary solids and filter backwash and filter to waste will be pumped to a residual equalization clarifier that presently exists east of the operation building. The residual equalization clarifier will receive a new solids concentrator device, and the solids and liquid will flow by gravity into the sanitary sewer system of the City of Flint. Lime sludge will be pumped to the present lime lagoons north of the water treatment facility.

The backwash for the 12 filters will be flow controlled off the 42 transmission lines to the on-site elevated storage and receive sulfur dioxide treatment to eliminate any chlorine residual, thereby extending the life of the 30-inch GAC cap.

## 3.3    PLANT AND SITE IMPROVEMENTS

Contained in the Plan Section is a drawing to illustrate the physical features as discussed in *Figure 3-1.* This drawing illustrates the addition of new processes outside the existing water treatment plant footprint, required piping changes, and changes anticipated within the existing water treatment plant structure.

Also illustrated on this drawing is Water Treatment Plant No. 1 which is to be abandoned.  To allow for demolition of Water Treatment Plant No. 1 in the future, it is proposed to construct a new boiler room just east of the existing water treatment plant.  The existing Johnson boiler will be relocated with space for a new boiler and with room for a future boiler.

## 3.4    BASIS OF DESIGN

The following Basis of Design illustrates the specifics of new and altered processes to allow the rehabilitated water treatment plant to produce a firm capacity of 36 MGD of equivalent water quality presently received from DWSD.  In addition, the specifics on chemical feed, disinfection and inactivation, and CTs in Clearwell No.3, plus disposal of residuals, are presented.

<div align="center">

**BASIS OF DESIGN**

**FOR**

**ALTERNATE B**

</div>

**GENERAL**

      Maximum Day Flow Rate - 36 MGD

      Average Day Flow Rate - 20 MGD

      Minimum Day Flow Rate - 10 MGD

      Processes Include Disinfection, Clarification, Softening and Filtration

**RAW WATER PUMPING AND SCREENING**

      Due to new ozone chamber installed between the raw water pumping station and the plant, the TDH on the pumps will increase by approximately eight (8) feet.  This increase in head will impact the existing pumps rated capacity.  The following outlines the projected capacities of the existing

pumps.  Pump Numbers 1 & 2 will be equipped with variable frequency controls to improve operational flexibility.

Pump No. 1    14 MGD @ 43 ft of TDH

Pump No. 2    17 MGD @ 43 ft of TDH

Pump No. 3    23.7 MGD @ 43 ft of TDH

Pump No. 4    25 MGD @ 43 ft of TDH

Raw Water Screening

Two Screens each rated at 36 MGD

It is proposed to replace one of the screens with new equipment.

## OZONE FACILITIES

Treatment Target - 3-Log (99.9%) *Cryptosporidium* Inactivation

Hydraulic Retention Time (Hrt) - 40 minutes

Number of Contactor Trains - three

Maximum Flow per Train - 12 MGD

$T_{10}/T$ Ratio - 65%

Expected $T_{10}$ Time - 26 minutes

Water Temperature:  Maximum - 70°F
                    Minimum - 33°F

Assumed Decay Rate -  70°F = 0.20
(K'/min)              33°F = 0.04

Assumed Ozone Demand - 70°F = 0.30
(mg/l)                 33°F = 0.00

Estimated Maximum Dose - 4.0 mg/l

Design Ct (mg/l-min) - 70°F =  9.5
                       33°F = 43.5

3-4

Ozone Contactors:     Three concrete contactor trains each composed of one diffusion basin divided into four cells by means of overflow and underflow baffle walls and one contact chamber divided into nine compartments by means of horizontal baffle walls to achieve serpentine flow.

Diffusion Basins

    Number of Cells per Train - two

    Size of Each Cell - 11 ft x 10 ft x 23 ft (SWD)

    Volume of Each Cell - 2530 cf

    Total Volume per Train - 5060 cf

    Hrt @ 12 MGD - 4.5 minutes

    Type of Diffusor - Ceramic Dome Type - Fine Bubble

    Water Flow @ Diffusor - Counter Current

    Transfer Efficiency - 92%

Contact Chambers

    Number of Compartments per Train - nine

    Size of each Compartment - Eight @ 30 ft x 7 ft x 23 ft (SWD)
                                         One @ 24 ft x 7 ft x 23 ft (SWD)

    Hrt @ 12 MGD - 38 minutes

Ozone Residual Quenching

    Quenching Chemical - Sodium Bisulfate

    Dosage Required - 2.2 mg/l per mg/l of ozone

    Estimated Maximum Feed Rate - 150#/day

Ozone Generator Capacity

    Estimated Maximum Feed Rate - 1200 #/day

Number of Generators Required - Two rated @ 600 #/day and
One Stand-by @ 600 #/day

## RAPID MIX

Number of Units - one

Maximum Flow to Unit - 36 MGD

Size of Each Unit - 5 ft 7 in x 6 ft 6 in x 21 ft (SWD)

Volume of Each Unit - 762 cf

Detention Time - 14 seconds

Equipment Design

Type of Mixer - Pump Injection (Water Champ)

Number of Mixers - one

Horsepower - 7.5

Speed Control - Variable Frequency

Speed Variation - one to five

'G' Value based on 80% motor efficiency @ 4°C - 750 to 150 sec$^{-1}$

Stand-by - Diffuser

## FLOCCULATION

Number of Units - two

Size of Each Unit - 38 ft x 88 ft x 16 ft (SWD)

Volume per Unit - 53,504 cf

Maximum Flow to Each Unit - 18 MGD

Detention Time - 32 minutes

3-6

Flow Through Velocity - 1.27 fpm

Equipment Design

Type of Mixer - Vertical Propeller

Number of Mixers per Unit - 15

Number of Stages per Unit - three

Horsepower - 1.5

Speed Control - Variable Frequency

Speed Variation - one to five

'G' Value @ 4°C  (Based on 80% Motor Efficiency)

First Stage        80 to 16 sec$^{-1}$

Second Stage  50 to 10 sec$^{-1}$

Third Stage       30 to 6 sec$^{-1}$

Outlet Conditions:

Number of Openings per Unit - 10

Size of Each Opening - 2 ft x 2 ft

Total Open Area per Unit - 40 sf

Velocity Through Openings - 0.70 fps


## PRIMARY CLARIFIER FILER BASINS WITH PLATE SETTLING

Number of Basins - one

Number of Cells per Basin - four

Size of Each Cell - 93 ft (L) x 30 ft (W) x 22 ft (SWD)

Volume of Each Cell -  61,380 cf

3-7

Surface Loading Rate - 0.3 gpm/sf per 80 % of projected plate area

Area of Plates - 20,993 sf

Type of Weir - 'V' Notch

Number of Weir Troughs per Cell - three

Sludge Collection - Non Metallic Chain and Flight


## SOLIDS CONTACT - SOFTENING

Number of Basins - two

Size of Each Basin -   West -120 ft (D) x 15.1 ft (SWD)
                       East - 120 ft (D) x 16.3 ft (SWD)

Volume of Each Basin -   West -170,777 cf
                         East - 184,349 cf

Detention Time -   West -103 minutes
                   East - 110 minutes

Surface Loading Rate - *1.40 gpm/sf* at 2' below water surface

Number of Weir Troughs per Basin - *Twenty @ 18 ° Spacing and 30 ft Lengths* - 60' total
                                   per trough

Weir Length @ 1200' per basin - 15,000 gpm/ft.

Sludge Collection - Rotating Scraper

## RECARBONATION BASINS

Number of Basins - two

Detention Time in Basin - 4.5 minutes

Type of Chemical - Liquid Carbon Dioxide Solution

Type of Diffusor - Multi Port


3-8

## FILTRATION

Number of Filters - 12

Size of Each Filter Unit - 25 ft (L) x 28 ft (W)

Filter Area per Unit - 700 sf

Filtration Rate - 3 gpm/sf

Capacity of Each Filter - 2100 gpm or 3 MGD

Rated Capacity - 36 MGD

Filter Box Depth - 9.92 ft

Proposed Filter Underdrain System - False Bottom Diffuser Type with
Air/Water Backwash
No support media required

Type of Media - Dual

| | |
|---|---|
| Sand Depth | 12 in. |
| Effective Size | 0.45 to 0.55 mm |
| Uniformity Coefficient | < 1.50 |
| GAC Depth | 30 in. |
| Effective Size | 0.80 to 1.20 mm |
| Uniformity Coefficient | < 1.85 |
| GAC Contact Time | six minutes |

Wash Water Trough

Number per Filter Unit - four

Sharp Crested Weir with Media Retaining Baffle

Spacing - Edge to Edge - six feet

Maximum Horizontal Travel Distance – three feet

Height Above Filter Media – 40 in.
Before Expansion

Proposed Bed Expansion – 30%

Height Above Filter Media – 27 in.
After Expansion

Air/Water Backwash

Backwash Rate – 8 to 15 gpm/sf

Air Rate – 4 scfm/sf

Maximum Backwash Flow Rate – 10,500 gpm

Estimated Maximum Backwash Volume – 157,500 gallons
(15 minute wash)

Filter to waste – provide a 2" air gap.  Wasting time (minutes) based on filter influent
flow rate.

## CHEMICAL FEED SYSTEMS

### Rapid Mix Clarification

### Ferric Chloride

Chemical Form – 38% $FeCl_3$ Solution

Average Dose – 50 mg/l as $FeCl_3$

Maximum Dose – 80 mg/l as $FeCl_3$

Average Feed Rate – 74 gph (20 MGD @ 50 mg/l)

Maximum Feed Rate – 213 gph (36 MGD @ 80 mg/l)

Existing Storage – 6,000 gallons

Proposed Storage – 20,000 gallons

3-10

Storage capacity at - 11 days
average feed rate

Chemical Feed Pumps:

Two Existing @ 0-80 gph

Two Proposed @ 0-80 gph

Transfer Pumps

Two Proposed @ 60 gpm

### Coagulant Aid Polymer

Chemical Form - Liquid

Average Dose - 0.5 mg/l

Maximum Dose - 1.0 mg/l

Average Feed Rate -0.4 gph (20 MGD @ 0.5 mg/l)

Maximum Feed Rate - 1.3 gph (36 MGD @ 1.0 mg/l)

Proposed Storage - 500 gallons

Storage capacity at - 52 days
average feed rate

Chemical Feed Pumps:

Two Proposed @ 0-2 gph

Transfer Pumps

Two Proposed @ 5 gpm

### Softening

### Pebble Lime

Chemical Form - 90%± CaO

3-11

Average Dose - 230 mg/l as $CaCO_3$

Maximum Dose - 340 mg/l as $CaCO_3$

Average Feed Rate - 1060 #/hr as CaO (230 mg/l @ 20 MGD)

Maximum Feed Rate - 2,800 #/hr as CaO (340 mg/l @ 36 MGD)

Existing Storage Capacity - 600 Tons

Storage capacity at - 47 days
average feed rate

Lime Slakers - Proposed

> Number - two

> Capacity - 3000 #/hr each

## Corrosion Control

## Phosphates

Chemical Form - 31% $PO_4$ Solution

Average Dose - 1.0 mg/l as $PO_4$

Maximum Dose - 2.0 mg/l as $PO_4$

Average Feed Rate - 2 gph (1.0 mg/l @ 20 MGD)

Maximum Feed Rate - 7.2 gph (2.0 mg/l @ 36 MGD)

Proposed Storage Capacity - 2000 gallons

Storage capacity at - 42 days
average feed rate

Proposed Day Tank - 100 gallons

Transfer Pump - Two @ 20 gpm each

Metering Pumps - Three @ 0-5.5 gph each

3-12

**pH Adjustment**

**Carbon Dioxide**

Chemical Form - 99.5 % $CO_2$ Liquid

Average Dose - 25 mg/l as $CO_2$

Maximum Dose - 50 mg/l as $CO_2$

Average Feed Rate - 175 #/hr (25 mg/l @ 20 MGD)

Maximum Feed Rate - 630 #/hr (50 mg/l @ 36 MGD)

Proposed Storage Capacity - 34 tons

Storage capacity at - 16 days
average feed rate

Proposed Feeders

Number - One

Capacity - 700 #/hr

**Filter Aid Polymer**

Chemical Form - Liquid

Average Dose - 0.5 mg/l

Maximum Dose - 1.0 mg/l

Average Feed Rate -0.4 gph (20 MGD @ 0.5 mg/l)

Maximum Feed Rate - 1.3 gph (36 MGD @ 1.0 mg/l)

Proposed Storage - 500 gallons

Storage capacity at – 52 days
average feed rate

Chemical Feed Pumps:

3-13

Two Proposed @ 0-2 gph

Transfer Pumps

Two Proposed @ 5 gpm

**Fluoride**

Hydrofluosilicic Acid

Chemical Form - 30% $H_2SiF_6$ solution

Average Dose - 1.0 mg/l as $F^-$

Average Feed Rate - 2.8 gph (1.0 mg/l @ 20 MGD)

Maximum Feed Rate - 5.0 gph (1.0 mg/l @ 36 MGD)

Proposed Storage Capacity - 1,000 gallons

Storage capacity at - 15 days
average feed rate

Day Tank Capacity - 200 gallons

Transfer Pump - Two @ 10 gpm each

Metering Pumps - Two @ 0-5.5 gph each

**Disinfection**

Since the pre-ozonation system is designed to provide Ct values in excess of those required to meet the SWTR limits. It is proposed to provide one-half of the SWTR requirements for Giardia and viruses after filtration.

Post Filtration - Chlorine

Minimum Log Inactivation

Giardia - 0.5

3-14

Viruses - 2.0

Water Temperatures

Summer - 20°C

Winter - 0.5°C

Ct Required for Giardia (assumed pH of 9.0)

Summer - 18 mg/l - min

Winter - 68 mg/l - min

Ct Required for Viruses (assumed pH of 9.0)

Summer - 1 mg/l - min

Winter - 6 mg/l - min

Ct required with Credit for Ozone

Summer - 9 mg/l - min

Winter - 34 mg/l - min

Available Contact Times at 36 MGD

180 feet of 48" Pipeline - 0.68 minutes

2.0 MG clearwell - 80 minutes x 0.3 = 24 minutes

Total - 24.68 minutes

Ct Available at 2.0 mg/l free residual

24.68 x 2.0 = 49.36 mg/l-min

Chemical Form - Chlorine Gas ($Cl_2$)

Average Dose - 2.5 mg/l as $Cl_2$

Maximum Dose - 4.0 mg/l as $Cl_2$

Average Feed Rate - 417 #/day (20 MGD @ 2.5 mg/l)

Maximum Feed Rate - 1,200 #/day (36 MGD @ 4 mg/l)

Existing Storage - 20 Tons

Storage Capacity at - 240 days
average feed rate

Existing Feeder Capacity - 10,000 #/day

Residual Disinfectant

Chemical Form - Monochloramine ($NH_2Cl$)

Average Dose - 1.4 mg/l as $NH_2Cl$ (2.0 mg/l as $Cl_2$ & 0.4 mg/l as $NH_3$)

Maximum Dose - 3.0 mg/l as $NH_2Cl$ (4.2 mg/l as $Cl_2$ & 1.0 mg/l as $NH_3$)

Average $NH_3$ Feed Rate - 67 #/day (20 MGD @ 0.4 mg/l)

Maximum $NH_3$ Feed Rate - 300 #/day (36 MGD @ 1 mg/l)

Proposed Storage - 4 Tons

Storage Capacity at - 120 days
average feed rate

## Dechlorination

Chemical Form - Sulfur Dioxide (100% $SO_2$)

Average Dose - 1.0 mg/l as $SO_2$

Maximum Dose - 2.0 mg/l as $SO_2$

Average Feed Rate - 167 #/day (20 MGD @ 1 mg/l)

Maximum Feed Rate - 600 #/day (36 MGD @ 2 mg/l)

Existing Storage - 2 Tons

Storage Capacity at - 24 days

3-16

average feed rate

Existing Feeder Capacity - 2,000 #/day

## RESIDUALS MASS BALANCE (Excluding Softening Sludge)

### Primary Sludge

36 mgd x (100 mg/l SS + 50 mg/l Coagulant) x 8.34 lb/gal

$$= \quad 45,000 \text{ lbs. dry solids/day}$$

Assume 2% solids

$$\frac{45,000 \text{ lb/day}}{0.2\%} = 2,250,000 \text{ lb. wet solids/day}$$

$$= \quad \underline{270,000 \text{ gal. sludge/day}}$$

## Backwash Water

| | | |
|---|---|---|
| Backwash Rate | = | 8 to 15 gpm/sf |
| Air Rate | = | 4 scfm/sf |
| Backwash Flow Rate | = | 5,600 gpm @ 8 gpm/sf |
| | = | 10, 500 gpm @ 15 gpm/sf |
| Air Flow Rate | = | 2,800 scfm |
| Estimated Backwash Volume | = | 15 min. x 10,500 gpm = 157,000 gals. |

Assume 48 hr. Filter Runs

| | | |
|---|---|---|
| Daily Backwash Volume | = | Six Filters/ day x 157,000 gal/filter |
| | = | __945,000 gals/day__ |

## Filter to Waste

| | | |
|---|---|---|
| Filter Volume | = | 7,000 cf |

3-17

Daily Volume for Six       =    **315,000 gal/day**
Filters per Day

**Summary of Residuals Volume**

Sludge                  =    270,000 gal/day

Backwash Water          =    945,000 gal/day

Filter to Waste         =    315,000 gal/day

Total Volume            =    1,530,000 gal/day
                             Discharge to City of Flint sanitary sewer system

**Residuals Equalization Clarifier**

Diameter                =    90 ft.

Area                    =    6,358 sf

Side Water Depth        =    16 ft

Center Depth            =    19 ft

Volume                  =    808,500 gals.

Detention Time @ 36 MGD =    12 hours

## LIME SLUDGE SOFTENING CALCULATIONS

**Raw Water Data**

Total Hardness    =  220 mg/L as $CaCO_3$       (Note: This does not check
                                                with the sum of Ca + Mg)
Total Alkalinity  =  195 mg/L as $CaCO_3$

Calcium           =  65 mg/L as Ca

Magnesium         =  20 mg/L as Mg

**Water Chemistry**

| Ion | Mg/L as ion | + | eq. wt. | = | epm | x 50 = Mg/L as $CaCO_3$ |
|-----|-------------|---|---------|---|-----|--------------------------|

3-18

| | | | | | |
|---|---|---|---|---|---|
| Ca | 65 | 20 | 3.25 | 163 | |
| Mg | 20 | 12 | 1.67 | 83 | |
| | | | | | 246 |
| $HCO_3$ | 238 | 61 | 3.9 | 195 | |
| $SO_4$ | 48 | 48 | 1.0 | 51 | |
| | | | | | 246 |

**Hypothetical Combinations as $CaCO_3$**

Ca 163  Mg 83
$HCO_3$ 195 $SO_4$51

Ca $(HCO_3)_2$ 163 mg/L
Mg $(HCO_3)_2$ 32 mg/L
Mg $SO_4$  51 mg/L
Total   246 mg/L

**Softening Process**

Selective calcium softening with lime only will remove all the Ca$(HCO_3)_2$ to the limit of solubility (approximately 20 mg/L).

The result will be 246 mg/L (raw water) - 143 mg/L [Ca$(HCO_3)_2$ removed] = 103 mg/L hardness remaining.

No excess lime and no soda ash are required to accomplish softening.

**Lime Dosage**

163 mg/L = 3.25 epm  Lime required to react with Ca $(HCO_3)_2$

Ca O eq. wt. = 28

3.25 x 28 = 91 mg/L Ca O

36 mgd x 8.34 lb/gal x 91 mg/L = 27,322 lb/day Ca O

**Lime Reactions**

Ca O + $H_2O$ → Ca $(OH)_2$

$$Ca(OH)_2 + Ca(HCO_3)_2 \rightarrow 2\ Ca\ CO_3 \downarrow\ + 2\ H_2O$$

**Sludge Production**

$$1\ epm\ CaO + 1\ epm\ Ca(HCO_3)_2 \rightarrow 2\ epm\ Ca\ CO_3$$

$$3.25\ epm + 3.25\ epm \rightarrow 6.5\ epm$$

$$6.5\ epm \times 50 = 325\ mg/L\ Ca\ CO_3$$

$$36\ mgd \times 8.34\ lb/gal \times 325\ mg/L = 97,578\ lb/day\ Ca\ CO_3\ sludge\ (dry)$$

Assume 4% solids

$$\frac{97,578}{0.04} = 2,440,000\ lb/day/\ (wet)$$

$\div 8.34 = 292,500$ gal/day – to be pumped to existing north lime storage lagoons

## 3.5    PROCESS FLOW LAYOUT NO. 1

Contained in the Plan Section is a drawing entitled *Process Flow Layout No. 1*. This drawing illustrates the process control from the existing Flint River water intake utilizing the existing facilities to the maximum extent. Improvement to one (1) traveling screen is followed by ozonation with flow to a new rapid mixer placed in the existing rise well. Flow will be split to the primary flocculation basins, accomplished with a fixed and adjustable weir and a new flow meter at the existing Parshall flume. This will pace the adjustable weir to balance the flows against the recorded flow at the existing Venturi meter vault. Flow from the primary flocculation basins is via underground piping, connecting to a structure utilizing (to the maximum extent) the existing connection to the old circular primary clarifier. A new primary clarification structure will contain plate settlers beneath the overflow troughs and sludge will be collected by horizontal sludge collector(s) in each of the four (4) basins. Primary sludge will be pumped to the residual equalization clarifier for settling and disposal to the new sanitary sewer system.

Flow from the primary clarifier will connect into the existing 54-inch piping that will flow to a rise well and split equally east and west to the converted secondary flocculation basin that directs flow north to south. This will be accomplished by blocking all the openings in the existing wall with new concrete. Flow into the east and west solids contact softening units will be balanced based on channel metering and adjustments of rectangular butterfly valves. Overflow from the east and west solids contact clarifier is metered and can be controlled by a rectangular butterfly and flow directly into the existing recarbonation basins that require new baffles. Overflow from the recarbonation basin is directed south to the rehabilitated filter system. Contained on this sheet is a legend indicating the control mechanisms utilized to control the flow and to maximize the existing physical features. In

3-20

addition, the right hand side illustrates the chemical feed points of the appropriate chemical to enhance the processes.

## 3.6    PROCESS FLOW LAYOUT NO. 2

Contained in the Plan Section of this section is *Process Flow Layout No. 2*.  This drawing illustrates the filter influent at the upper left hand corner being split equally east and west into Filters 1 through 12.  The entire filter piping within the filter gallery is being removed and replaced with welded steel, a new butterfly valve, and magnetic flow meters to pace the electronically operated butterfly valve to allow effective operation of each filter.  In addition, the lower left hand corner illustrates the new low pressure air backwash blowers providing air for wash prior to water wash of the filter system.

The internals from each existing filter will be completely removed (with the exception of the concrete troughs) and replaced with new filter bottoms, an air line into the new filter box, 12 inches of sand and 30 inches of GAC cap.  Each concrete trough will receive a new baffle device and weir plate to minimize filter media loss and allow any trapped air beneath these baffles to escape.

The new residuals pumping station will receive backwash and filter to wastewater to be pumped to a residual equalization clarifier basin that will receive a new sludge concentrator.  All liquids and sludge from the clarifier basin will flow to a new sanitary sewer for discharge into the existing City of Flint sanitary sewer system.

Chemical feed points are listed at the appropriate location.

## 3.7    HYDRAULIC PROFILE - CLARIFICATION WITH SOFTENING - 36 MGD

Contained in the Plan Section of this section is a drawing that indicates the hydraulic profile for a firm flow of 36 MGD.  It is proposed to use the low service pumping station that has sufficient head to allow the pumping to the ozone generator facility that is 8 inches higher than the rest of the plant processes.  Flow from the ozone facility is directed to an existing rise well that will receive rapid mix equipment for the application of ferric chloride.  Flow from the rapid mix is split to the primary flocculation utilizing the existing structure with new baffle walls and new vertical flocculation devices.  Flow into the primary clarification basins is accomplished through the installation of new piping into the new basin.  Primary effluent flows into the existing 54-inch piping within the facility to a rise well where flow is split to two (2) solids contact softening units.  The existing secondary clarification units will be converted to new solids contact softening units for the effective removal of hardness.  The existing secondary clarifiers are at different elevations.  We are proposing to balance the weir heights between the east and west basin.  The water surface elevation in these converted softening units will be identical.  Flow from the solids contact softening unit is to the existing recarbonation tank that requires new baffles and the addition of liquid carbon dioxide.  Flow from the recarbonation tank is through an open channel to the filters.  The filters will receive complete rehabilitation and flow by gravity Clearwell No. 3.  High service pumping from pump station No. 4 will be used.

3-21

## 3.8   HYDRAULIC PROFILE - CLARIFICATION WITHOUT SOFTENING - 36 MGD

Contained in the Plan Section of this section is the hydraulic profile that indicates the water surface without softening. If there is insufficient funding to add softening for a standby facility, softening could be eliminated.

## 3.9   SPECIFIC PROCESS ILLUSTRATION(S)

Contained in the following sections are the specific writeups, appropriate plans and proposed equipment illustrations for the specific section.

This documentation is included to completely illustrate the intent of the rehabilitation of the Flint Water treatment plant to a firm 36 MGD capacity producing a finished water quality at or below that presently being received from DWSD.

WATER TREATMENT PLANT REHABILITATION

PROCESS SCHEMATIC FOR ALTERNATE B

PLATE SETTLING WITH SOFTENING & GAC 36 MGD CAPACITY

FIGURE 3-1

H:\97415355 00\5355-001.DWG Mon Apr 06 09:14:02 1998









REVISIONS | DSGN BY JHC | DRWN BY JML | TRCD BY | CKD BY | APPD BY

THE SEG TEAM

CITY OF FLINT
DEPARTMENT OF PUBLIC WORKS & UTILITIES
WATER TREATMENT PLANT REHABILITATION
PHASE 1 – SEGMENT 1, 2, & 3

PRELIMINARY PLANS

PLANT AND SITE IMPROVEMENTS

SCALE: 1" = 40'
PROJECT NO. 9841-5399
SHEET No. OF

| | | | | |
|---|---|---|---|---|
| REVISIONS | THE SEG TEAM | CITY OF FLINT<br>DEPARTMENT OF PUBLIC WORKS & UTILITIES<br>WATER TREATMENT PLANT REHABILITATION<br>PHASE 1 - SEGMENT 1, 2, & 3 | PRELIMINARY PLANS | PROCESS FLOW LAYOUT NO. 2 | 

SCALE: NTS
PROJECT NO. 8041-5398
SHEET No. OF

| | | | | | |
|---|---|---|---|---|---|
| REVISIONS | THE SEG TEAM | CITY OF FLINT<br>DEPARTMENT OF PUBLIC WORKS & UTILITIES<br>WATER TREATMENT PLANT REHABILITATION<br>PHASE 1 – SEGMENT 1, 2, & 3 | PRELIMINARY PLANS | HYDRAULIC PROFILE<br>CLARIFICATION WITH SOFTENING | SCALE: NOT TO SCALE<br>PROJECT NO. 9841-5399<br>SHEET No. OF |



FLOW = 36 MGD

REVISIONS

THE [illegible] TEAM

CITY OF FLINT
DEPARTMENT OF PUBLIC WORKS & UTILITIES
WATER TREATMENT PLANT REHABILITATION
PHASE 1 – SEGMENT 1, 2, & 3

PRELIMINARY PLANS

HYDRAULIC PROFILE
CLARIFICATION WITHOUT SOFTENING

SCALE: NOT TO SCALE
PROJECT NO. 9841-5399
SHEET No. OF

## SECTION 4 - RAW WATER INTAKE MODIFICATIONS

Contained in this section is a drawing entitled *Raw Water Screening*.  In the plan view the north screen is in need of repair.  It is proposed to remove and replace the existing screen with identical or similar equipment that closely represents the existing equipment.



PLAN VIEW

SECTION "B"

SECTION "A"

THE SEG TEAM

CITY OF FLINT
DEPARTMENT OF PUBLIC WORKS & UTILITIES
WATER TREATMENT PLANT REHABILITATION
PHASE 1 - SEGMENT 1, 2, & 3

PRELIMINARY PLANS

RAW WATER SCREENING

SCALE: 1/8" = 1'-0"
PROJECT NO. 5841-5300
SHEET NO. OF

# EQUIPMENT



100% water



Taking care of the world's water.

REX

WATER INTAKE SCREENS

SETTING THE STANDARD

FOR WATER INTAKES

## THE REX THROUGH FLOW SCREEN: A PROVEN DESIGN

UP TO 14 FEET WIDE

100 FEET PLUS DEEP

Rex traveling water screens are available to suit your site specific conditions and intake parameters in widths from 2 to 14 feet, and for channel depths in excess of 100 feet.

These rugged screens effectively remove debris from intake water channels of power plants, paper mills and chemical and general industrial plants. They supply clean process waters and provide positive protection for condensers, pumps and other equipment.

They also have widespread application in small installations like irrigation channels, water and wastewater treatment plants and industrial makeup water systems.

They can be operated intermittently or continuously, depending upon service requirements. In operation, water entering the intake passes through the wire mesh screening surface (normally 1/8" to 1/2" clear opening) and floating or suspended matter — trash, leaves, other debris — is captured on the screening baskets. Baskets are mounted on two strands of long pitch Hevi-Duty chain. As the screen is revolved, the refuse is lifted from the intake by the upward travel of the baskets.

At the head of the screen, refuse is removed from the baskets by powerful jet sprays of water. Sprays wash the refuse into a trough and sluice it away for disposal.

A variety of special materials, coatings and ancillary equipment is available for corrosive, abrasive and other difficult operating conditions.



Rex Through Flow Screens set the standard.

**MAJOR COMPONENTS**



*Delta Chain*

Rex through flow and dual flow traveling water screens are installed around the world. Today's design includes.

• Delta chains: use premium grade materials and the industry's highest quality standards in manufacturing to provide maximum service life with minimum maintenance.

• Headshaft assembly: accommodates virtually all in-operation stresses, extending chain and sprocket longevity. Shaft provides for precise fit up of sprockets.

Assembly incorporates maintenance advantages such as easy to reach bearings, sprockets with renewable tooth inserts for extended life.

• Footshaft assembly: Six-sided cast iron foot sprockets use the traction wheel design for full engagement with the chain. They are fitted with water lubricated bushings and rotate on a fixed shaft.



*Headshaft Assembly*



*Delta chain's components*



*Footshaft Assembly*



*Delta chain's labyrinth seal excludes contaminants*

6



*Custom designed control panel with differential controller.*

Differential controller uses ultrasonic tranducers and microprocessor to automatically operate screen and spray wash system when a six inch headloss is reached. Screen will run until headloss is reduced below three inches and debris is removed from baskets. Controller reduces need for operator attention, has full alarm provisions to alert nearby or remote station personnel to any unusual mechanical or hydraulic operating condition. Used in conjunction with complete, U.S. Filter/Envirex designed custom control panel.

Suspension system is an important factor in extending chain life. The spring take-up device absorbs peak and cyclical loads, preventing chain stress.

The device maintains proper chain tension, eliminating chordal chain slap against the framework, and chain-to-sprocket slippage. The easily set device shows when wear has occurred and retensioning is required.

The electronic chain tensioning device continuously indicates the load on the chain, making it especially convenient to adjust the chain. Load cells are mounted on chain take-up screws and connected to the portable digital meter by plug-in cables. Meter can be used with all screens, as long as load cells are installed.

Rex trash rack rakes effectively remove rough or heavy debris from stationary water intake bar racks in a wide range of debris conditions. Either fixed position or traversing models in widths from six to 15 feet are available. Operation of cable-operated rake is automatic after on-button is engaged, requires attention of one person.



*Spring take-up device absorbs shock loading.*



*Trash rack rake removes heavy debris.*

7

BASKET STYLES

THE ULTIMATE IN LONGER LIFE

Three nonmetallic basket styles provide the ultimate in long life and maintainability. Painting is not required. Molded characteristics assure precise and positive seal between baskets, virtually eliminating passing of debris between baskets.

Debris handling baskets are engineered for heavy duty use in water intake operations. The basket lip has a significantly larger debris lifting area to quickly clear floating masses. Debris carryover at the headshaft is minimal since there are no obstructions on the basket lip to interfere with the angle of attack of the spray water. Basket can be retrofitted to virtually any traveling water screen, often without a need for field modification.

Pretensioned mesh baskets allow fine screening down to as little as one millimeter. The special design eliminates fatigue and prevents mesh failure.

Fish handling baskets are discussed on the next page.



*Pre-Tension Mesh™ basket*



*Heavy-Duty™ Carrier Chain*

*Debris handling basket*







| | | |
|---|---|---|
| REX | PRODUCT MANUAL - TRAVELING WATER SCREENS<br>CONVEYOR and PROCESS EQUIPMENT DIVISION<br>REX CHAINBELT INC. MILWAUKEE, WISCONSIN | Data Sheet No. 316. 2. 013<br>Page 1 of 1 |
| SECTION | (2) OUTLINE DRAWINGS | Issued March 1967 |
| SUBJECT | General Arrangement-24" Pitch-6 Tooth-Splashproof Type-Front Spray-Two Post Frame-Concrete Refuse Trough | Supersedes 316-2. 133.1 June 1965 |

BASKET & CHAIN DETAIL
DRIVE CHAIN
PLAN VIEW
DETAIL OF SCREEN GUIDES
NOTES:
CONTRACTOR NOTE:
ERECTION INFORMATION
Envirex Inc.
14B33-01
14B33-102

## SECTION 5 - OZONATION

Contained in the Plan Section of this section are illustrations of the ozonation process based on a 36 MGD firm capacity.  The raw water channel located on the east side flows into the three separate contactor areas, and is sized to allow expansion immediately to the north of a companion 36 MGD contactor basin.

The raw water enters from the south, flows to the north, is balanced with submerged piping, and is controlled by butterfly valves to the three contactors within the contactor basin.

The south side of the building contains the three proposed generators that can supply sufficient ozone at 36 MGD with one unit out of service.  Please note that there is space appropriate for three additional generators, and the electrical controls and mechanical room are sized to handle any expansion.

The raw water flows into a diffuser reactor section and then enters the contactor area with baffling prior to outlet.  *Section A-A* illustrates the relationship between the reactor outlet, under and overflow, and with piping.

*Section B-B* illustrates the baffling required to mix the raw water with ozone to stabilize organic compounds and taste and odor issues.

Included in this section is the proposed ozone generator equipment.







# EQUIPMENT



HT Series Ozone Generators from PCI are the newest addition to the world's most comprehensive line of ozone generators, instrumentation, and control options.

## *For applications requiring high output capacities at low cost while maintaining high efficiency & reliability*

Consisting of ten models with production capacities from 50 to 2500 lbs. per day, HT Series Ozone Generators are packed with standard features and control options providing maximum flexibility in system design:

- Simplified inverter, designed with standard components for high reliability and maximum efficiency
- Medium frequency (less than 1000 Hz.)
- Conservative output rating
- All critical parameters monitored and interlocked
- Low cell voltage minimizing electrode stress (electrodes operate at < 20% of rated breakdown voltage)
- Heavy duty stainless steel shell and tube construction

- Nema 1, 12, 4, or 4X enclosures
- Full factory testing
- 10:1 turn down capability
- Manual and automatic control capabilities
- Local or remote operation and monitoring
- Protection against brown-outs, blackouts, line transients, and single phasing
- Balanced 3-phase power load
- Low power consumption
- Power supply meets IEEE Standard No. 519



*HT-230 Oxygen Feed*



**PCI OZONE & CONTROL SYSTEMS, INC.**



## Control Options

■ Standard Package — Complete interlock package; production rate, pressure, and flow indicators; remote outputs, and manual and automatic control capabilities.

■ PLC Based — Programmable logic controller based for maximum flexibility and easy maintenance. Mosaic graphic indicator panel with annunciator to show system status at a glance.

■ PC Color Graphics Based — IBM PC compatible; computer-based for systems integration, graphic displays, report generation, historical trending, and networking.

# HT Series Ozone Generator Models and Specifications

| Model | Dimensions H | W | D | Weight (Lbs) | Airflow (SCFM) @ 2% | Ozone, Lbs/Day Air 2% | Air 1.5% | Oxygen 3% | Cooling Water Flow(GPM) | In/Out | Air In Ozone Out | Circuit Breaker Rating (Amps) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HT-50 | 6' | 5' | 7' 6" | 4,000 | 23 | 50 | 58 | 120 | 17 | 1 1/4" | 1 1/4" | 30 |
| HT-100 | 6' 6" | 7' | 7' 6" | 6,000 | 47 | 100 | 115 | 240 | 35 | 1 1/2" | 1 1/4" | 60 |
| HT-150 | 6' 6" | 8' | 7' 6" | 7,000 | 70 | 150 | 170 | 360 | 52 | 2" | 1 1/2" | 90 |
| HT-230 | 7' | 8' 10" | 7' 6" | 9,000 | 107 | 230 | 260 | 550 | 80 | 2 1/2" | 2" | 125 |
| HT-300 | 7' | 9' | 7' 6" | 10,000 | 140 | 300 | 350 | 715 | 100 | 3" | 2 1/2" | 175 |
| HT-400 | 7' 6" | 9' 5" | 8' | 12,000 | 186 | 400 | 460 | 950 | 136 | 4" | 2 1/2" | 225 |
| HT-510 | 8' | 10' | 8' | 14,000 | 237 | 510 | 590 | 1,215 | 175 | 4" | 2 1/2" | 300 |
| HT-750 | 8' 8" | 11' | 8' 8" | 19,500 | 349 | 750 | 860 | 1,785 | 255 | 6" | 3" | 450 |
| HT-900 | 9' 2" | 11' 6" | 9' | 21,250 | 419 | 900 | 1,035 | 2,140 | 305 | 6" | 4" | 500 |
| HT-1050 | 9' 8" | 12' | 9' 4" | 23,250 | 488 | 1,050 | 1,200 | 2,500 | 355 | 6" | 4" | 600 |

*Notes:* 1. Ozone production and water flow requirements are based on 70°F cooling water and air inlet temperatures.
2. Pipe connections are female NPT fittings below 2". 2" and above are 150 lb. ANSI flanges.
3. Weights are based on shipping weights.
4. Other output ranges and concentrations available.

# HT Series Air Preparation Units

| Model | Dimensions H | W | D | Weight Lbs | Cooling Water Flow (GPM) | Cooling Water Inlet | Air Flow SCFM | Air Outlet | Circuit Breaker Rating (Amps) |
|---|---|---|---|---|---|---|---|---|---|
| AP-25 | 6' 4" | 5' | 5' | 900 | 4 | 3/4" | 23 | 1" | 20 |
| AP-50 | 6' 8" | 5' | 6' | 1375 | 5 | 3/4" | 47 | 1 1/4" | 30 |
| AP-75 | 8' | 6' | 6' 8" | 2200 | 5 | 3/4" | 70 | 1 1/2" | 50 |
| AP-110 | 8' | 6' 4" | 6' 8" | 2700 | 8 | 3/4" | 107 | 1 1/2" | 70 |
| AP-150 | 9' | 8' 4" | 8' 4" | 4000 | 10 | 1" | 140 | 1 1/2" | 100 |
| AP-200 | 9' | 8' 4" | 9' | 4600 | 12 | 1" | 186 | 1 1/2" | 120 |
| AP-250 | 10' 5" | 8' 6" | 9' 4" | 5600 | 15 | 1" | 237 | 2" | 150 |
| AP-375 | 10' 5" | 9' 4" | 10' | 6200 | 20 | 1" | 349 | 2" | 200 |
| AP-450 | 12' 5" | 10' | 12' 4" | 9125 | 25 | 1 1/2" | 419 | 2 1/2" | 250 |
| AP-500 | 12' 5" | 10' | 12' 4" | 9725 | 30 | 1 1/2" | 488 | 3" | 300 |

*Notes:* 1. Dimensions are based on rotary screw compressors and heatless regenerative desiccant dryers.
2. Weights are based on shipping weights.
3. Other compressor and dryer configurations available.



*HT-50 Oxygen Feed*
*NEMA 4, Outdoor Unit*



*HT-150 Air Feed*
*NEMA 4X Enclosure*



*Two HT-230 ozone generators,*
*oxygen feed, for water treatment.*

## America's worldwide leader in ozone equipment and systems

PCI manufactures the widest range of ozone equipment in the world, and is the only full service ozone company that is American owned and operated.

Since its founding in 1969, PCI has pioneered the production and application of ozone and is responsible for major advances that have shaped today's rapidly growing ozone industry.

For example, in 1976 PCI manufactured the equipment for the Monroe Michigan water treatment plant—now the longest operating potable water ozone installation of its size in the U.S., with a capacity of 550 pounds of ozone per day.

Four years later, PCI introduced a revolutionary series of Ozone Monitors that measure ozone using ultra-violet absorption techniques, eliminating the need for consumable chemicals or gases. These monitors quickly became the new industry standard for accuracy and reliability in both high and low concentration models. The PCI line of monitors has since grown to a total of 20 different models.



*Ozone generators with outputs from one to 2500 pounds per day.*

A new record for ozone production was reached in 1984 when PCI supplied equipment to the Indianapolis Waste Water Treatment Plants. There, eight of the largest Ozone Generators ever built each produce 2125 pounds of ozone, for a total of 17,000 pounds per day, making it the largest facility of its kind in the nation.

Today, PCI Ozone Generators operate in all 50 states and 20 foreign countries—over 1200 units sold with outputs ranging from one to 2125 pounds per day—more systems than any company in North America, for an ever-widening range of municipal, industrial, and commercial applications:

## SECTION 6 - RAPID MIX AND PRIMARY FLOCCULATION

Contained in the Plan Section of this section are the drawings regarding the rapid mix and primary flocculation concepts. The rapid mix detail sheet contains both plan and section views. The new rapid mix equipment will allow the injection of ferric chloride in the existing rise well prior to flocculation.

In the rise well is a backup ferric chloride injector detail (diffuser type with 316L SS) and the vertical configuration water champ mixer, which will be the primary ferric chloride injector equipment. The water champ is removable according to the proposed winch.

The *Flocculator Building Plan View* drawing illustrates the proposed new rapid mix scenario in the existing rise well with raw water being split to both the east and west primary flocculation basins. Flow is controlled by a new fixed adjustable weir with a new meter being installed at the existing Parshall flume. Flow will be split to the flocculators based on the flow sensed at the Parshall flume and at the existing raw water Venturi prior to ozonation. Flow to both the east and west primary flocculation basin can also be controlled by adjustments to either the inlet sluice gates or outlet butterfly valves.

Contained in the drawing entitled *Flocculation Basin, Section A-A* illustrates the section taken from the flocculation building plan view. The raw water flow is baffled and mixed in three (3) areas and exits over the baffle at a 735-foot elevation and through the new 30-inch GAC to the settling basin connection basin.

Flow in the flocculation basins is from south to north with the appropriate baffling. Each vertical flocculator can be speed adjusted as required.

Flow from each flow basin is through buried steel piping to the new connecting structure.

Contained in the Plan Section is the drawing entitled *Connection Structure to New Primary Clarifier*. This drawing illustrates, in substantial detail, the plan and section entitled *Section A-A* and *Section B-B*.

*Section A-A* illustrates the connection to the existing structure whereby the new 54-inch welded steel pipe connects into the existing 54-inch reinforced concrete pipe utilizing a sleeve to allow for differential settling.

*Section B-B* illustrates the connection to the new clarifier basin and future allowance based on increasing capacity needs at a later time.

Contained in this section are the equipment illustrations regarding the rapid mix and flocculation devices.





ADJUSTABLE WEIR GATE
EXISTING SLUICE GATE
741.50
739.69
WATER CHAMP MIXER
716.50'
RAPID MIX STRUCTURE
1/4"=1'
741.50
EXISTING STRUCTURE
EXISTING 54" RCP RAW WATER LINE
RAPID MIX STRUCTURE
1/4"=1'
EXISTING SLUICE GATE
CHEMICAL PIPES 316L SS
SUPPORT CHANNEL 316L SS
GUIDE RAIL 316L SS
WINCH STRUCTURE DETAIL
1/2"=1'
DIFFUSER 316L SS
FERRIC CHLORIDE INJECTOR DETAIL
1/2"=1'
WINCH
WINCH STRUCTURE DETAIL
1"=1'
316L SS CHEMICAL PIPE
ALL STEEL FRAME AND GRATING 304 SS
PLAN VIEW OF WINCH SUPPORT STRUCTURE
1/4"=1'
KEY PLAN
REVISIONS
THE SEG TEAM
CITY OF FLINT
DEPARTMENT OF PUBLIC WORKS & UTILITIES
WATER TREATMENT PLANT REHABILITATION
PHASE 1 - SEGMENT 1, 2, & 3
PRELIMINARY PLANS
RAPID MIX DETAILS
SCALE: AS SHOWN
PROJECT NO. 9841-5398
SHEET No. OF

THE SEG TEAM

CITY OF FLINT
DEPARTMENT OF PUBLIC WORKS & UTILITIES
WATER TREATMENT PLANT REHABILITATION
PHASE 1 — SEGMENT 1, 2, & 3

PRELIMINARY PLANS

FLOCCULATION BUILDING
PLAN VIEW

SCALE: 3/32" = 1'
PROJECT NO. 9941-5388
SHEET No.   OF





| REVISIONS | | DSGN BY JAG<br>DRN BY JML<br>TRC'D BY<br>CK'D BY<br>APP'D BY | THE [redacted] TEAM | CITY OF FLINT<br>DEPARTMENT OF PUBLIC WORKS & UTILITIES<br>WATER TREATMENT PLANT REHABILITATION<br>PHASE 1 – SEGMENT 1, 2, & 3 | PRELIMINARY PLANS | FLOCCULATION BASIN<br>SECTION A – A | SCALE: 1/2" = 1'<br>PROJECT NO. 9641-5398<br>SHEET No. OF |
|---|---|---|---|---|---|---|---|

REVISIONS

THE SEG TEAM

CITY OF FLINT
DEPARTMENT OF PUBLIC WORKS & UTILITIES
WATER TREATMENT PLANT REHABILITATION
PHASE 1 - SEGMENT 1, 2, & 3

PRELIMINARY PLANS

CONNECTION STRUCTURE TO NEW PRIMARY CLARIFIER

SCALE: 1/4" = 1'
PROJECT NO. 8841-5399
SHEET No. OF

# EQUIPMENT



**WATER CHAMP**
*CHEMICAL INDUCTION SYSTEM*

*Mixing efficiency that approaches perfection.*

# WATER CHAMP™ Efficiency...

*The WATER CHAMP submersible chemical induction system represents a major step forward when compared to conventional vacuum feed chlorination systems. This new concept replaces wastewater treatment technology introduced back in the early 1920's. With a WATER CHAMP an injector, injector pump, diffuser, mechanical mixer, filter and strainer are no longer required. The WATER CHAMP also eliminates the use of valuable potable water when previously required in the chlorination/dechlorination process.*

## INNOVATIVE CONCEPTS

It seems almost too good to be true that a single WATER CHAMP can do the work of much more complex chlorination/dechlorination systems--- but it does!

The heart of the system is a motor-driven open propeller of



**WATER CHAMP SWC R Series**

special design which creates a vacuum in the unique VACUUM ENHANCER installed above it.

The VACUUM ENHANCER of the WATER CHAMP, which is protected by U. S. Patent No. 4,966,690, puts the system in a class all by itself. The WATER CHAMP performs in a way which no competitor can match.

Chemicals are blasted directly into the process stream (without the necessity of dilution water) by the open propeller, at a typical 3450 rpm and at velocities up to 60 ft/sec.

The WATER CHAMP's mixing efficiency is therefore obviously much more effective than the encased propeller/venturi systems which imitators have to use in an effort to generate sufficient operating vacuum.



Power and Control Cables
Epoxy Sealed Ends
Heavy Wall Cast Iron Construction
VPI Class F Insulation System
Thermal Protection
Antifriction Bearings
Double Mechanical Seals Tandem Mounting
Oil Filled Seal Chamber
Moisture Sensing Probes
Labyrinth Seal
Titanium Vacuum Chamber
Vacuum Port
Vacuum Enhancer
Titanium Propeller

**PATENTED VACUUM INDUCTION SYSTEM (U.S. Patent No. 4,966,690)**

### PERFORMANCE SPECIFICATIONS

| Model # | HP | Maximum Gas Induction $Cl_2$ (ppd) | Maximum Liquid Induction GPM | Maximum Vacuum (In. Hg) |
|---|---|---|---|---|
| SWC3/4.0R | 3 | 2000 | 20 | 18 |
| SWC5/4.25R | 5 | 3000 | 25** | 22 |
| SWC7.5/4.5R | 7.5 | 4500 | 30** | 23 |
| SWC10/5.0R | 10 | 6000 | 40** | 23 |
| SWC15/6.0R | 15 | 10000** | 50** | 26 |

Specifications subject to change without notice.    **Consult factory

### OPEN PROPELLER



The WATER CHAMP's exclusive, advanced airfoil-design propeller has received approval from naval architecture experts. Made out of titanium, it achieves a much more efficient energy release than possible from just an ordinary recreational powerboat alloy propeller.

# Plus WATER CHAMP Quality...

**A**ll WATER CHAMPs have the primary wetted parts subject to initial chemical contact made of titanium, which means corrosion resistance which is virtually unchallenged over a broad spectrum of corrosive reagents, and specifically with moist chlorine and chlorides.

Titanium derives its corrosion resistance from the protective, stable, tenacious oxide film which forms on its surface and instantly reforms when damaged. This film serves to prevent deterioration and thus prolongs the effective life of each unit. The titanium construction of the WATER CHAMP propeller is particularly important since the metal's special properties help keep the specially-designed propeller at its extremely high level of efficiency.



Kingsbury Type Thrust Bearing

Anti-Track Self Healing Resin System

316 SS Hermetically Sealed Motor

Grooved Radial Carbon Bearings

Integral Titanium Shaft

Rotary Face Seal

Removable Lead Connector

Power Cable

Titanium Vacuum Chamber

Vacuum Port

Vacuum Enhancer

Titanium Propeller

**PATENTED VACUUM INDUCTION SYSTEM (U.S. Patent No. 4,966,690)**

## RELIABILITY and DURABILITY



**WATER CHAMP SWC F Series**

All components of the WATER CHAMP, even when not titanium, are made of the highest quality materials. The R-Series, which is designed for rugged service, features a motor of heavy-wall cast iron construction with epoxy-sealed ends and epoxy exterior coating, together with Hastelloy C and silicone carbide vs. silicone carbide seals. The R-Series is available with a range of UL-approved Reliance submersible sewage pump motors.

The F-Series and the MiniCHAMP, for applications where corrosion and toxicity present special problems, all are powered by hermetically-sealed submersible Franklin motors of 316 stainless steel and come with silicone carbide vs. silicone carbide seals.

Custom materials for special needs will be quoted on request.

### PERFORMANCE SPECIFICATIONS

| Model # | HP | Maximum Gas Induction Cl₂ (ppd) | Maximum Liquid Induction GPM | Maximum Vacuum (in. Hg) |
|---|---|---|---|---|
| SWC3/4.0F | 3 | 1500 | 15 | 18 |
| SWC5/4.25F | 5 | 3000 | 25** | 22 |
| SWC7.5/4.5F | 7.5 | 4500 | 30** | 23 |
| SWC10/5.0F | 10 | 6000 | 40** | 23 |
| SWC15/6.0F | 15 | 8000 | 50** | 26 |
| SWC20/6.0F | 20 | 10000** | 60** | 26 |

Specifications subject to change without notice.    **Consult factory

### U. S. MADE

Gardiner Equipment Company, Inc. is proud to supply all its WATER CHAMPs with motors and all other major elements of strictly U. S. manufacture.

### WARRANTY

Gardiner Equipment Company, Inc. warrants that WATER CHAMP equipment will be free from defects in workmanship and materials for a period of one year from the date of shipment to buyer. An optional extended warranty is also available.

# *Mean SAVINGS for YOU!*

**T**he schematic at right proves that the **WATER CHAMP** installation is simplicity itself.

*All that's needed is the existing chemical metering equipment and a* **WATER CHAMP***, which will be delivered with the proper Accessory Kit and a Standard Galvanized Bracket engineered by Gardiner Equipment Company, Inc. These kits and brackets are site-specific, to make certain that all components will perform properly.*



## *ENERGY and MAINTENANCE SAVINGS*

To diffuse chlorine gas at the industry-accepted velocity gradient (G) of 400-500, a chlorinator with a capacity of 4000 lb/day requires a 110-gpm water supply with a pressure of 50 psi at the injector inlet. For this output a 7.5 Hp pump typically supplies the water, and a 5-10 Hp mixer agitates the effluent and effectively mixes the gas.

Under identical conditions one 7.5 Hp *WATER CHAMP* will do the same job as both these pieces of equipment, at obvious energy savings. And with one piece of rotating equipment eliminated, there will also be reduced maintenance costs.

### *SIMPLICITY*

The *WATER CHAMP* induction system operates on the simple principle of applying all available energy directly to the chemical that is being activated. As a result, its mixing mission is accomplished with the greatest economy.



**MiniCHAMP™**
**MC Series**



With the *WATER CHAMP* installation, there is no need for a water supply, pump, strainer, injector, mixer or diffuser.

In alternative systems where potable water is used for make-up solution, the *WATER CHAMP* eliminates the need for an injector, mixer and diffuser, and the potable water as well.



### *RETROFITTING*

The new *WATER CHAMP* submersible chemical induction system can easily be retrofitted to any of the current chlorination systems, i. e., Wallace & Tiernan, Capital Controls, Fischer & Porter, etc. For this reason, *WATER CHAMP*s are also useful for back-up purposes.

| PERFORMANCE SPECIFICATIONS | | | | |
|---|---|---|---|---|
| Model # | HP | Maximum Gas Induction Cl₂ (ppd) | Maximum Liquid Induction GPM | Maximum Vacuum (In. Hg) |
| MC200/3.75 | 2 | 500 | 15 | 18 |

Specifications subject to change without notice.

# for INSTANT Mixing...

**T**he speed and efficiency of the WATER CHAMP propeller, which is openly deployed in the process stream, coupled with the effectiveness of the patented WATER CHAMP Vacuum Enhancer, results in the chemicals being blasted into the process stream with unparalleled speed and greater zone diffusion than possible with other systems.

After careful calculations and analysis, in fact, the authority Geo. Clifford White has come to the conclusion that the WATER CHAMP's mixing efficiency approaches perfection. This, of course, is precisely what it was engineered to do, and this is what it indeed is doing in applications throughout the country.

## GREATER ZONE DIFFUSION

The WATER CHAMP's directional velocity component can be positioned either downward, developing a zone of influence across the influent conduit discharge or, in some open channel applications, horizontally. Mounted either way, the width of the WATER CHAMP's velocity component is superior to that produced by standard venturi designs, and its greater zone diffusion therefore results in virtually instantaneous mixing.

Mixing speed and efficiency are especially important in wastewater post-chlorination applications by tending to prevent deposition of solids in the contact chamber. Also, the unique design of the WATER CHAMP allows its propeller to be located close to the process water surface without any off-gassing effects---regardless of the chemical flow or the depth of the channel--- again thanks to its mixing efficiency.

### AN EXPERT'S OPINION

The respected authority Geo. Clifford White has extensively evaluated the efficiency of the WATER CHAMP in the third edition of his HANDBOOK OF CHLORINATION and ALTERNATIVE DISINFECTION, pp. 641-647. Reprints available upon request.

### MORE PROOF

You can easily watch the WATER CHAMP in action in a short but informative video presentation we've prepared. Our local representative will be happy to make one available to you, or contact Gardiner Equipment Company, Inc. directly.

### MORE PROOF

WATER CHAMP demonstration units are available on a 30-day trial basis. Check with us or our representative for details.

*See for yourself!*



3450 rpm
**Open Propeller**

Vacuum Port

**Vacuum Enhancer**

# Remember, with WATER CHAMP, the application of chemicals is limited only to your imagination.

The *WATER CHAMP* operates on the simple principle of applying all available energy directly to the chemical that is being activated. State-of-the-art chemical feed systems, in both water and wastewater industries, look to *WATER CHAMP* chemical induction systems to solve their complex feed requirements.

## PARTIAL CHEMICAL LISTING:

Aluminum Sulfate
Anhydrous Ammonia
Calcium Hypochlorite
Carbon Dioxide
Chlorine
Chlorine Dioxide
Ferric Chloride
Ferric Sulfate
Ferrous Sulfate
Hydrofluosilicic Acid
Hydrogen Peroxide
Lime Slurry
Metabisulfite
Ozone
Polyaluminum Chloride
Potassium Permanganate
Soda Ash
Sodium Aluminate
Sodium Bisulfite
Sodium Hypochlorite
Sodium Sulfite
Sodium Thiosulfate
Sulfur Dioxide

## TYPICAL APPLICATIONS:

Batch Treatment
Chemical Blending
Chemical Make-Up Systems
Clearwell Residual Control
Coagulation
Combined Sewer Overflow
Cyanide Destruction
DAF Systems
Disinfection
Drilling Fluids
Filter Aids
Flocculation
Food Processing
Leachate Treatment
Nutrient Removal
Odor Control
Oil Spill Treatment
Ozonation
PAC Systems
pH Control
Rapid Mix
Recarbonization
Zebra Mussel Control

*For additional information or video, contact Gardiner Equipment Company
or your local representative.*

Represented by:



GARDINER EQUIPMENT
COMPANY, INC.

6911 Breen Road, B-1 • Houston, Texas 77086
(713) 999-5193 • Fax (713) 999-5197



Made In
America

All information contained herein is subject to change without notice.

Patent No. 4,966,690
9925na

## ZONE OF INFLUENCE

This section will determine the mixing zone required for the proper and efficient operation of the WATER CHAMP. The mixing zone is defined as a two foot cross-section of the process flow. Review the Typical Application drawings on pages 9-17 to see which best describes your process flow pattern. Now compare the geometry of the area to be treated to the selected application. To determine the zone of influence of the WATER CHAMP refer to Tables 1-6.

From the tables, one may extract four important pieces of information which are D, h, V, and G. D shows the base of the frustum at specific vertical distances (h) from the propeller. The volume, V, indicates the volume of water being agitated at a particular value of G. Of course, the velocity gradient, G, represents the amount of mixing energy that occurs within the zone of influence. Using the tables, one may determine how to apply the WATER CHAMP in a certain area of a water plant and how much horsepower a unit needs to have for effective mixing.



Fig. 1

Side View          3-D View

Gardiner Equipment Company, Inc. 6911 Breen Road B-1, Houston, Texas 77086 (713) 999-5193

# WATER CHAMP™
## CHEMICAL INDUCTION SYSTEM

## Model No. SWC7.5F
Patent No. 4,966,690



MADE IN U.S.A.

### PRODUCT DATA

| PERFORMANCE SPECIFICATIONS | | | | |
|---|---|---|---|---|
| Model # | HP | Max. Gas Induction CL2 | Max. Liquid Induction | Max. Vacuum (In. Hg) |
| SWC7.5F | 7.5 | 4,500 ppd | 30 gpm* | 23 |

Specifications subject to change without notice.
*Consult factory.

| DIMENSIONS | | | | | | |
|---|---|---|---|---|---|---|
| Model # | A | B | C | D | Weight | Frame |
| SWC7.5F | 32.19 | 24.19 | 8.00 | 5.38 | 105# | NEMA 6" |

| MATERIALS OF CONSTRUCTION | |
|---|---|
| Part | Material |
| Vacuum Chamber | Titanium |
| Vacuum Port | Titanium |
| Vacuum Enhancer | Non-Metallic |
| Propeller | Titanium |
| Propeller Bolt | Titanium |
| Shaft | Titanium |
| Mechanical Seals | Silicone Carbide/Silicone Carbide |
| Motor | 316 stainless steel |
| Power Cable | SOW Type (25' standard) |
| Hardware | 316 stainless steel |

| MOTOR PERFORMANCE DATA | | | | | | | | | | Power Factor % | | | Efficiency% | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Model # | HP | Volts | Phase | Hertz | RPM | Insulation | S.F. | Rated Input Amps | Max. Input Amps | Locked Rotor Amps | S.F. | F.L. | 3/4 | S.F. | F.L. | 3/4 |
| SWC7.5F | 7.5 | 200 | 3 | 60 | 3450 | Class F | 1.15 | 25.1 | 28.3 | 149.5 | 83.0 | 80.5 | 73.8 | 79.8 | 80.0 | 78.7 |
| SWC7.5F | 7.5 | 230 | 3 | 60 | 3450 | Class F | 1.15 | 21.8 | 24.6 | 130 | 83.0 | 80.5 | 73.8 | 79.8 | 80.0 | 78.7 |
| SWC7.5F | 7.5 | 460 | 3 | 60 | 3450 | Class F | 1.15 | 10.9 | 12.3 | 65.0 | 83.0 | 80.5 | 73.8 | 79.8 | 80.0 | 78.7 |
| SWC7.5F | 7.5 | 575 | 3 | 60 | 3450 | Class F | 1.15 | 8.7 | 9.8 | 52 | 83.0 | 80.5 | 73.8 | 79.8 | 80.0 | 78.7 |
| SWC7.5F | 7.5 | 230 | 1 | 60 | 3450 | Class F | 1.15 | Y36.5 B34.4 R5.5 | Y42.0 B40.5 R5.4 | 165 | 91.0 | 91.4 | 87.2 | 73.4 | 74.4 | 74.2 |

This document contains technical and/or business information which is considered to be confidential and proprietary to Gardiner Equipment Company.
Any unauthorized use, disclosure, or copying of this document of the information contained in this document is prohibited.

Gardiner Equipment Company • 6911 Breen Road  B-1 • Houston, Texas 77086 • 713-999-5193 • Fax  713-999-5197

## G-values for a 5 hp WATER CHAMP

| s (ft) | h (ft) | d (ft) | D (ft) | V (ft$^3$) | G (sec$^{-1}$) |
|---|---|---|---|---|---|
| 1.158 | 1 | .3542 | 1.508 | 0.770 | 11,968 |
| 2.308 | 2 | .3542 | 2.667 | 4.280 | 5,067 |
| 3.458 | 3 | .3542 | 3.817 | 12.60 | 2,954 |
| 4.583 | 4 | .3542 | 4.975 | 27.90 | 1,986 |
| 5.775 | 5 | .3542 | 6.125 | 52.11 | 1,453 |
| 6.925 | 6 | .3542 | 7.283 | 87.57 | 1,121 |
| 8.083 | 7 | .3542 | 8.437 | 136.2 | 899 |
| 9.238 | 8 | .3542 | 9.592 | 200.1 | 741 |
| 10.39 | 9 | .3542 | 10.75 | 281.6 | 625 |
| 11.55 | 10 | .3542 | 11.90 | 382.1 | 537 |

Table 3

## G-values for a 7.5 hp WATER CHAMP

| s (ft) | h. (ft) | d (ft) | D (ft) | V (ft$^3$) | G (sec$^{-1}$) |
|---|---|---|---|---|---|
| 1.158 | 1 | .375 | 1.533 | 0.800 | 14,338 |
| 2.308 | 2 | .375 | 2.683 | 4.370 | 6,145 |
| 3.458 | 3 | .375 | 3.883 | 8.730 | 4,347 |
| 4.583 | 4 | .375 | 4.992 | 28.20 | 2,419 |
| 5.775 | 5 | .375 | 6.150 | 52.71 | 1,769 |
| 6.925 | 6 | .375 | 7.300 | 88.23 | 1,368 |
| 8.083 | 7 | .375 | 8.458 | 137.2 | 1,097 |
| 9.242 | 8 | .375 | 9.617 | 201.6 | 905 |
| 10.39 | 9 | .375 | 10.77 | 283.1 | 763 |
| 11.55 | 10 | .375 | 11.92 | 384.1 | 655 |
| 12.70 | 11 | .375 | 13.08 | 507.2 | 570 |
| 13.86 | 12 | .375 | 14.23 | 653.4 | 502 |

Table 4



# LIGHTNIN®
# Series 10 Mixers.

## ONE TOUGH MIXER. ONE EASY CHOICE.

**YOU AND LIGHTNIN. THE RIGHT MIX.**

SERIES 10™
LIGHTNIN®

LIGHTNIN

B-633

Learn more about these and other
high-performance mixers from *LIGHTNIN*.
Call 1-888-MIX BEST for product literature.



B-552



B-610



B-647



B-665



B-667



You're about to enter a
new dimension in
mixing technology

B-632

135 Mt. Read Blvd., P.O. Box 1370, Rochester, New York
Telephone: 716-436-5550 Fax: 716-436-5589
www.LIGHTNIN-MIXERS.COM

Rochester, NY, USA • Toronto, Canada • Poynton, England • Jurong, Singapore
Sydney, Australia • Milan, Italy • Rio de Janeiro, Brazil • Johannesburg, South
Africa • Shanghai, China • Dublin, Ireland • Seoul, Korea

B-633-5m-7-97      © 1997 LIGHTNIN      Printed in U.S.A.

## SECTION 7 - PRIMARY CLARIFICATION WITH PLATE SETTLER

Contained in the Plan Section of this section are the drawings regarding the clarification process.

The drawing entitled *Primary Clarification Basin Plan View* illustrates the layout for clarifier basins 1, 2, 3 and 4. Each basin has a width of 30 feet and a length of 93 feet. Basin 2 illustrates the plan view of the longitudinal sludges collected from east to west into two sloping sludge hoppers with pump-out by a separate sludge pump for each basin. Each basin will have a separate sludge collector to collect residuals.

Contained in Basin 4 is a plan view of the plate packs and launder configuration. The influent water will enter by three 42" x 42" sluice gates, flow under and through the plate packs into the launders, flow to the west, and discharge into an effluent channel through a 36" x 36" sluice gate. The clarified effluent is collected in the channel, flows south, then east separated by a 5-foot open area. The effluent channel exits the settling basin through a 54" x 54" sluice gate, and connects to the new structure as shown in drawings in Section 6.

*Section A-A* illustrates the *Primary Clarification Building with Plate Settlers*. This section illustrates the inlet at the right of the drawing with flow beneath the plate settler rising vertically into the v-notch weir trough and flowing into an effluent channel. Illustrated is the horizontal sludge collector utilizing non-metallic flight and chain to collect sludge into the sludge hopper for pumping.

The building covers the entire basin and contains a 7-1/2-ton electric moveable hoist to allow removal of the plate settlers and/or flight and chain sludge collectors when needed.

Enclosed in this section is the equipment illustrations regarding the plate settlers and sludge collectors.





# EQUIPMENT



100% water



U.S.FILTER
ZIMPRO
*Taking care of the world's water.*

LME® SEPARATORS:

A BIG SETTLING

TANK IN A

SMALL SPACE

## FEATURES

### DESIGN FEATURES

- Epoxy-painted A-36 steel
- FRP plates individually removable
- Influent, effluent and sludge withdrawal connections
- Sludge compartment contains sample taps
- Structural steel tank supports

- Influent baffles, effluent V-notch weirs, and effluent troughs
- Mechanical picket-fence thickener for increased sludge storage capacity
- Flanged sludge thickener compartment
- Cross-countercurrent flow pattern

### OPTIONAL FEATURES

- Flash mix/flocculation modules to coagulate and flocculate colloidal and slow settling solids
- Sludge storage hopper bottom or mechanical sludge thickener

- Covers for tanks
- Access ladders and platforms
- Special coatings
- Sludge level detectors

### THICKER IS BETTER

*A key to economical wastewater treatment or slurry processing is the thickness of the separated solids. As an option, the LME® separator offers a unique mechanical sludge thickener which can cut sludge handling costs substantially by producing a dense, easily-dewatered sludge.*



*Sludge thickener collector mechanism in concrete tank showing cone scraper.*

The mechanical thickener is a picket-fence type mounted directly beneath the separator plates. Settled solids descend through a quiescent body of water over virtually the entire surface area of the thickener, resulting in an easily dewatered sludge, typically three to five times more concentrated than sludges produced in conventional sedimentation basins or tube settlers.

That means smaller, less costly sludge dewatering units and lower cost sludge conditioning agents can be used, and the amount of conditioning chemicals can be reduced. Overall costs for chemical conditioning may be half that for conventional sludges.

In addition, the thickener provides sludge storage, affording flexibility in sludge dewatering operations, and there is no need for second-stage thickening.

### TO LEARN MORE

*U.S. Filter/Zimpro will be happy to discuss applications of the LME® inclined plate separator with you and make design recommendations. Use our application questionnaire, talk to your local representative or contact us at:*



United States Filter Corporation
301 W. Military Road
Rothschild, WI 54474
800.826.1476 *phone*
715.355.3219 *fax*

*http://www.usfilter.com*

LME 100-B
©1997 U.S. Filter/Zimpro





| REV. | DATE | BY | DESCRIPTION | CHK'D | APPR'D |
|---|---|---|---|---|---|
| – | – | – | – | | |

THIS DOCUMENT AND ALL INFORMATION CONTAINED HEREIN ARE THE PROPERTY OF THE UNITED STATES FILTER CORPORATION AND/OR ITS AFFILIATES ("USF"). THE DESIGN CONCEPTS AND INFORMATION CONTAINED HEREIN ARE PROPRIETARY TO USF AND ARE SUBMITTED IN CONFIDENCE. THEY ARE NOT TRANSFERABLE AND MUST BE USED ONLY FOR THE PURPOSE FOR WHICH THE DOCUMENT IS EXPRESSLY LOANED. THEY MUST NOT BE DISCLOSED, REPRODUCED, LOANED OR USED IN ANY OTHER MANNER WITHOUT THE EXPRESS WRITTEN CONSENT OF USF. IN NO EVENT SHALL THEY BE USED IN ANY MANNER DETRIMENTAL TO THE INTEREST OF USF. ALL PATENT RIGHTS ARE RESERVED. UPON THE DEMAND OF USF, THIS DOCUMENT, ALONG WITH ALL COPIES AND EXTRACTS, AND ALL RELATED NOTES AND ANALYSES, MUST BE RETURNED TO USF OR DESTROYED, AS INSTRUCTED BY USF. ACCEPTANCE OF THE DELIVERY OF THIS DOCUMENT CONSTITUTES AGREEMENT TO THESE TERMS AND CONDITIONS.

FLINT MICHIGAN

BASIN LAYOUT

DRAWN Greg A. Falk
CHECKED
APPROVED
DATE 3/21/1998
SAVE NAME PROP\FLINT\601b

LINE IS 1" ON ORIGINAL DWG. 0" 1"
ADJUST SCALE ACCORDINGLY
SCALE None
SHEET 1 OF 2

U.S. FILTER
ZIMPRO
ROTHSCHILD, WI. 54474

DRAWING NUMBER PROP\FLINT\601
REV. –

HEAD OVER EFFLUENT WEIRS (MAX FLOW): $H_e = \left(\frac{0.0198}{2.67(\tan 45/2)}\right)^{2/5} = 0.200' = 2.400"$

Q = 12 MGD/basin = 8,348 gpm = 18.6 cfs/basin max flow 3 basins
78 (45° NOTCHES) X 12 PACKS = 936 NOTCHES
18.6 CFS/936 NOTCHES = 0.0198 cfs/NOTCH

VELOCITIES BETWEEN PACKS :

$V = \frac{Q}{A} = \frac{18.6\text{cfs}}{\left[\frac{(26.5 \times 2) + (53 \times 2)}{12}\right] 9'}$

$V = \frac{18.6\text{cfs}}{119.25\text{ft}^2} = 0.156 \text{ fps}$

TROUGH FLOW DEPTHS

$Q = \frac{8,348 \text{ gpm}}{12} = 695.67 \text{ gpm/PACK}$

4 PACKS PER TROUGH

$H_a = \left(\frac{695.67 \times 4}{857 \times 1.5}\right)^{2/3} = 1.67' = 20.08"$

PLATE INLETS

$Q = \frac{18.6\text{cfs}}{12 \times 74 \times 2} = 0.0105 \text{ cfs/PLATE ENTRY}$

A = 2 SLOTS EACH @ 1.5" X 9.0" = 27 in/SQ. =0.1875ft/SQ.

$V = \frac{0.0105}{0.1875\text{ft}} = 0.0559 \text{ fps} < 0.075 \text{ fps OK}$

SECTION C–C

SECTION B–B

| REV. | DATE | BY | DESCRIPTION | CHK'D | APPR'D |
|---|---|---|---|---|---|
| – | – | – | – | | |

THIS DOCUMENT AND ALL INFORMATION CONTAINED HEREIN ARE THE PROPERTY OF THE UNITED STATES FILTER CORPORATION AND/OR ITS AFFILIATES ("USF"). THE DESIGN CONCEPTS AND INFORMATION CONTAINED HEREIN ARE PROPRIETARY TO USF AND ARE SUBMITTED IN CONFIDENCE. THEY ARE NOT TRANSFERABLE AND MUST BE USED ONLY FOR THE PURPOSE FOR WHICH THE DOCUMENT IS EXPRESSLY LOANED. THEY MUST NOT BE DISCLOSED, REPRODUCED, LOANED OR USED IN ANY OTHER MANNER WITHOUT THE EXPRESS WRITTEN CONSENT OF USF. IN NO EVENT SHALL THEY BE USED IN ANY MANNER DETRIMENTAL TO THE INTEREST OF USF. ALL PATENT RIGHTS ARE RESERVED. UPON THE DEMAND OF USF, THIS DOCUMENT, ALONG WITH ALL COPIES AND EXTRACTS, AND ALL RELATED NOTES AND ANALYTICS, MUST BE RETURNED TO USF OR DESTROYED, AS INSTRUCTED BY USF. ACCEPTANCE OF THE DELIVERY OF THIS DOCUMENT CONSTITUTES AGREEMENT TO THESE TERMS AND CONDITIONS.

FLINT MICHIGAN

BASIN LAYOUT

| | |
|---|---|
| DRAWN: Greg A. Folk | LINE IS 1" ON ORIGINAL DWG. 0" 1" |
| CHECKED | ADJUST SCALE ACCORDINGLY |
| APPROVED | |
| DATE 12/17/1997 | SCALE 1/2"=1'-0" |
| SAVE NAME PROP\FLINT\602b | SHEET 2 OF 2 |

U.S. FILTER
ZIMPRO
ROTHSCHILD, WI. 54474

DRAWING NUMBER PROP\FLINT\602 REV. –

BULLETIN NO.
315-91R2
3M 9/96





water and wastewater
treatment equipment

# The *complete* Rex chain and scraper sludge collector system

- Advanced materials for long life
- Compatible components for reduced wear
- Economical and easy installation
- Proven reliability
- Continuing innovation

# A complete system depends on decades of experience, sound engineering and design integrity.



*A water treatment plant's chain and scraper collectors use Rex loop chain and Rex sigma flights.*

Today's complete Rex rectangular chain and scraper sludge collector systems are vastly improved from the one Envirex first manufactured in 1929.

They can extend 300 feet long and more. They have significantly improved service life and have cut maintenance to a minimum. Even the power requirements are less.

Two factors led to today's state-of-the-art system. One is Envirex's continuing emphasis on engineered improvements such as the development of the first API oil/water separator (1937), the Rex vertical flow clarifier (1944), the first non-metallic chain (1976) and the first high strength composite chain (1986).

The second factor is Envirex's decades of experience, gained from thousands of worldwide, municipal and industrial, water and wastewater treatment installations.

Envirex has manufactured Rex sludge collectors with skimming, and without. With covered tanks for VOC containment or for odor control. With multilevel structures. For steel tanks. And for specialized applications involving high temperatures, extremely heavy loadings and exotic-corrosive chemical compounds.

More than 60 years experience combined with sound engineering has resulted in an integrated mechanical system with design integrity.

The complete Rex sludge collector system is suited for primary, secondary, stormwater collection and water plant service. It provides maximum sludge concentrations and scum or floating solids removal with minimal fuss–regardless of size or application.

No other system has the proven reliability, high quality or cost economies that the complete Rex sludge collector system has for new and existing installations.



*A Rex chain and scraper collector at an industrial wastewater facility is equipped with Rex molded chain and channel flights.*



*This complete chain and scraper system includes Rex split sprockets, Rex loop chain, Rex sigma flights and wear shoes and wear strips.*



*A complete Rex chain and scraper system based on Rex molded chain and Rex sigma flights handles municipal wastewater loadings.*

2

# Testing and product development make a complete system better.



*Non-metallic chains are pull-tested to destruction under laboratory conditions.*

Our decades of testing the components that make up a sludge collector system have made us experts in what works in the field–and what doesn't.

For example, we know aluminum shear pins offer better drive protection than plastic ones, because we've tested virtually every type.

We know our molded split sprockets that are machined to align together are more dimensionally accurate than those cast as one piece, then cut in half– because we've tested them.

We know our molded chain flight attachment can deflect a minimum of 17 degrees because we test them. We know our chains, attachments and sprockets have minimal stress and exceptional resistance to failure because we've tested them.

We know the materials to use that best combine light weight, resistance to wear and cost effectiveness, because we've tested them. And we test the interaction between components and adjust as required.

When we see something better as a result of our testing, we incorporate it into the system. Rex loop chain is an example of this, as was Rex molded chain which revolutionized sludge collectors when it obsoleted cast iron chain.

And even when we're sure of everything, we continue to test. Rex chains, for example, are proof-loaded tested on every production shift every day to be sure important strength specifications are met.

The results of this testing are three fold: (1) you are assured the highest quality components with superior performance; (2) you are assured a complete system design that performs to its specifications; (3) you can depend on continued innovation in sludge collector components that will help make your system better.



*A flight attachment (bolted to the bottom of the top post) is tested to determine its flexibility.*





*Envirex frequently conducts field tests, such as this one involving a chain and flight collector, in order to improve its basic product lines and to develop new products.*



*A high speed, four square test setup helps to evaluate the wear rate and fatigue life of molded chains and plastic sprockets.*



*Finite element analysis helps to determine destructive material stress areas. The analysis of a Rex loop chain sidebar (right) indicates even distribution of compressive and tension stresses.*

3

# Drive, drive chains and driven sprockets for every requirement.



*Rex non-metallic drive chain and sprockets are available for all sludge collector drives. Shown is a triple output shaft, right angle gear head drive unit at a larger wastewater plant.*

Rex preassembled drives are shipped with sprockets and jaw clutches in place to simplify installation.

Drive arrangements include single unit, parallel units, parallel units with cross-collector, right angle units and right angle units with cross collector.

Reducers are available in both worm gear and helical gear types. Reducers are fully housed, running in oil, with anti-friction bearings throughout. Reducers are direct-connected or coupled to a constant speed motor.

Overload systems are available with shear pins or mechanical torque limiter to protect the drives, collector chain and drive chain.

The torque limiter is factory set and automatically trips at a predetermined overload value. Properly sized shear pins are aluminum for consistency and reliable shear values.

Drive chains are available in molded polymeric, stainless steel and cast iron materials.

Four molded chains with conservative working loads are available: NH 78, NH 82, NH 77 and NH 45. Their design includes a pin that is knurled on one side and machined flat on the other. This feature increases service life by preventing internal wear from pin rotation.

Driven sprockets are available in shallow dish or deep dish designs. Both designs are available with either a split polyurethane or split cast iron body, with molded polyurethane tooth segments bolted to the rim. The segmental tooth rim is easier and less expensive to replace than the entire sprocket.

Drive sprockets incorporate a cast iron keyed driving hub for dependability. The shear pin hub can be either polyurethane or steel. Either hub is available with a segmental tooth rim or integral tooth rim sprocket.

The drive chain tightener incorporates a molded polyurethane sprocket mounted to a galvanized steel base.



*The driven sprocket (right) is a shallow dish design using a split polyurethane body with molded polyurethane tooth segments.*



*In the foreground, a single tank drive is shown without housing so the Rex NH78 drive chain and sprocket can be seen.*



*The drive chain runs from the drive to the driven sprocket.*

4

# Positive sludge removal.



*A screw cross collector in a primary tank.*

## Cross collectors

Cross collectors are commonly furnished to carry sludge from the ends of multiple tanks to a single hopper, where it can be withdrawn as required.

Cross collectors can be either chain and flight design or screw conveyor design. Chain and flight cross collectors provide a positive means of sludge removal. They use non-metallic chain, fiberglass flights and non-metallic sprockets for extended life and resistance to wear.

Screw cross collectors are used where the incident of grit is extremely high or where space requirements are limited.

## Telescopic sludge valves

Rex telescopic sludge valves can provide for the controlled withdrawal of sludge from the hopper of primary and final rectangular sludge collectors.

Several arrangements are possible: threaded type rising and non-rising stem designs and rack and pinion rising stem. All arrangements can be manually operated or furnished with a motorized operator for automatic operation. All Rex TSV's are furnished with travel indicator scales indicating the position of the slip tube.

## Positive scum control

### Scum pipes

Envirex manufactures manual and motor driven scum pipes to remove surface scum accumulated by the flights.

Lever operated pipes are used where close control of scum is not required. Rack and pinion design allows precise removal of scum with minimum water. Worm gear operated scum pipes offer more precise control. All lever operated, rack and pinion, or worm gear designs may be motor operated to reduce labor costs.

### Industrial applications

Many industrial applications require a separate two shaft skimming unit, using either rigid or pivoting skimmers. The rigid flight design is more economical. The pivoting flight skimmer is preferred where the flight must be cleaned immediately after discharging the skimmings. Either design can be equipped with squeegees for full width skimming.

The two shaft design is ideal for scum concentrator tanks and other, specialized skimming applications.



*A chain and flight cross collector.*





*A typical, lever operated scum skimming pipe in a dual tank arrangement.*

*A Rex telescopic sludge valve*

5

Case 5:17-cv-10164-JEL-KGA ECF No. 334-3, PageID.18261 Filed 05/11/21 Page 93 of 259

# For standard duty service: Rex NCS720S molded chain.



*Rex molded chain in a typical municipal wastewater application.*

The Rex NCS720S molded chain is the standard of the industry.

Its working load of 2,600 pounds and average minimum ultimate strength of 6,000 pounds makes it suited for most installations under 200 feet long, or for lightly loaded applications over 200 feet.

Introduced first by Envirex in 1976 as an alternative to cast chain, the Rex NCS720S molded chain revolutionized sludge collector service with its light weight, greatly extended service life and minimal maintenance requirements.

It marked the beginning of the conversion of sludge collectors to a nearly all-plastic design. Since that time, Rex sludge collectors equipped with NCS720S molded chain have been proven in thousands of water, wastewater and industrial applications worldwide.

And several million installed feet of Rex NCS720S chain have more than adequately demonstrated the ability of their engineered thermoplastic materials and engineered design to withstand, over time, the harsh operating conditions of chain and scraper service.

The chain links are integrally molded in one piece of an unfilled acetal resin to reduce stress. The connecting pin is molded with a high strength, reinforced nylon resin.

The self-locking pin press-fits into one sidebar, through the barrel hub, and then into the other sidebar. This design adds to the overall strength of the chain while excluding grit. With the pin inserted, each hub can carry the full dead load to be encountered.

The flight attachment pusher plate is molded integrally as one piece with the sidebars. Testing has confirmed its flexibility is unequalled in the industry, a feature that contributes to extended flight life.

The pusher plate extends the full depth of the flight for firm support and is designed to minimize loading on the flight attachment bolts.

A factory supplied tool makes assembly/disassembly convenient.




*Lightweight, corrosion free Rex molded chain made the use of cast chain obsolete, as this pile, handled by hand and weighing hundreds of pounds, indicates.*



*Flight attachment for Rex molded chain is an integral part of the chain. Attachment will tolerate up to 17 degrees of twisting.*



*Chain links injection-molded of corrosion resistant acetal resin. Bossed areas provide additional strength.*

*Longer pin bearing load area assures maximum chain strength.*

*Snap-lock pin assures positive lock in sidebar. No metal cotters, rivets or retainers needed.*

*T-head pin design locks head of pin in matching recess on sidebar. No rotating or fretting of pin in sidebar to cause wear. Pins molded from nylon resin.*

6

# Where high strength is required: Rex HS730 loop chain.



*After three years continuous operation in a 312 foot primary sludge collector, the installed Rex loop chain showed negligible wear*

For heavy duty sludge collector applications, no other system can match this one.

High strength Rex loop chain, a superior composite chain, is suited for all applications over 200 feet long, for shorter ones with exceptional loadings, or where the owner wants the assurance of the best available chain.

The individual components are highly compatible with one another, contributing to exceptionally long life with greatly reduced maintenance requirements. The assigned working load is 4,500 pounds, equal to cast iron 730 chain.

Individual links are randomly proof-load tested to 10,000 pounds.

The special loop configuration of the sidebars nearly eliminates destructive stress. Each of the link sidebars consists of continuous fiberglass elements–aligned parallel to the length of the sidebar–fully encased in an epoxy matrix. The design gives unprecedented strength in a non-metallic chain with the advantage of being highly resistant to the corrosive conditions of wastewater.

The chain pins are made from pultruded fiberglass rod, while the chain rollers, sleeves and bushings are of high strength polymeric materials. The combination creates the strongest heavy-duty non-metallic chain on the market for chain and scraper sludge collector service.

The link barrel acts as a roller, revolving around the pin and distributing wear evenly on itself. The chain pin rotates in its bushings, distributing wear evenly. Any component in the loop chain can be easily and inexpensively replaced, if required.

Another design characteristic enhancing strength is the flight attachment. Unlike standard chain, flight attachments are not part of the continuous chain strand.

They are mounted outboard of the strand, and only carry the load of the respective flight. The pusher dog attachment face is designed to resist cracking due to flight twisting and will also compensate for mild sprocket misalignment.

And like the NCS720S molded chain attachment, the flexibility in the HS730 flight attachment is unequalled.

The chain comes completely assembled in 10 foot strands. To connect two strands, pliers are used to twist the cotter pins holding the pins in place.



Only a pliers is needed to connect strands of Rex loop chain.

Polymeric link barrel rotates on pin sleeve to distribute wear from sprocket tooth contact around full barrel periphery

Loop configuration sidebars made of fiberglass composite construction minimize stress concentrations. Design maintains pin orientation.

316 stainless steel cotter hold pins firmly in place.



Chain pins cut from pultruded fiberglass rod. Polymeric pin sleeve rotates within polymeric bushing in sidebars to isolate glass-to-glass contact.



Rex loop chain comes completely assembled. Because of its component nature, however, worn parts can be inexpensively replaced if desired.

Two piece polymeric flight brackets (pusher dogs) mount on extended chain pins. No interspersed attachment links to reduce chain strand strength. Scraper flights bolt to flight brackets.

7

# ONE COMPLETE SYSTEM TWO PROVEN CHAINS

## All new Rex sludge collector systems assure substantial cost savings through simplified installation procedures.

Shafting, sprockets and bearings are properly identified and packaged. Drives are pre-assembled and shipped with sprocket hubs and jaw clutches installed. Chain is shipped in easy to handle strands. Flights are notched and drilled at the factory per ANSI standards, ready to be bolted to the chain.

In operation, Rex fiberglass flights mounted on two parallel strands of chain scrape the settled solids along the tank floor to sludge hoppers. On the return run, riding on UHMW wear strips, the flights can skim the surface and concentrate the floating material at a scum removal device. The non-metallic Rex chain travels over molded polymeric sprockets.

When skimming is not required, a three shaft design is available. Two shaft designs are also available.

All components are light in weight and are designed to make maintenance tasks as easy and convenient as possible. They offer proven reliability, easy installation and an extended service life.

For retrofit situations, any of the components called out on the adjacent drawing can be individually ordered and installed. Rex loop chain can be ordered to replace a standard cast or non-metallic chain.



Rex Molded Chain (NCS720S)    Rex Loop Chain (HS730)

| 100 | 125 | 150 | 175 | 200 Ft. | 225 | 250 | 275 | 300+ |

**Chain Selection Chart**

Generally, Envirex will apply Rex molded chain (NCS720S) for typical rectangular sludge collector service in tanks that are less than 200 feet long. For tanks 200 feet and longer, Envirex will provide Rex loop chain (HS730).

Depending upon specific application requirements, however, either chain may be specified with confi-

dence. For example, Rex molded chain is suitable for some lightly loaded applications over 200 feet long; and Rex loop chain is suitable for some heavily loaded applications that are less than 200 feet long.

For a recommendation on your application, please contact your local Envirex sales representative.

8





Loop chain and
flight attachment





Molded chain and flight attachment

Molded sprocket design for loop chain
mounted on a static shaft sleeve





Molded chain and flight





Molded sprocket double file design for molded chain

Wear strips

# Molded polyurethane collector sprockets are machined for dimensional integrity.



Rex molded chain on a polyurethane collector sprocket on a bottom turn shaft.

Not all plastic sprockets are equal. There are differences in formulations, manufacture and design that separate the long running collector sprocket from the short-timer.

For example, a special, high strength polyurethane formulation developed for water and wastewater treatment applications is used to mold Rex collector sprockets.

It provides them with superior hardness so they can resist wear and abrasion from chain engagement and grit carry

through. Rex sprockets absorb virtually no water, so they will neither soften over time nor have to be replaced prematurely.

Manufacturing of each Rex sprocket calls for it to be molded in two halves, then machined. This attention to detail maintains the precise alignment and dimensional stability necessary for a long-lived, smooth running sprocket

It also assures a precise tooth pitch at the split line for inherent strength. That's in direct contrast to sprockets that are simply cast-in-one piece and sawed, resulting in an unsupported sprocket tooth or pocket.

The precision molding process also provides an integral chain saver rim for sprockets using NCS720S molded chain. This design is

standard, not an option or an add on.

All hardware is stainless steel with brass locknuts to prevent galling. Special band clamps supply a 360 degree clamping force on the sprocket hub, locking it into place on the shaft. Unique wedge dog rim connectors exert bi-directional forces to control lateral and diametrical alignment—both important for smooth running, long lived installations

Headshaft sprockets eliminate stress and set screws via a captive keyway. Idler shaft sprockets are easily locked in place without set collars and set screws

Sprockets are available in a complete range of materials, bores and tooth sizes to meet new equipment specifications or to retrofit existing equipment





| Band Clamps | Split Sprocket Construction | Chain Saver Rim | Wedge Dog Rim Connectors |

Rex molded polyurethane collector sprocket



Rex molded polyurethane collector sprocket



Rex loop chain on a molded polyurethane sprocket.



Rex molded dished sprocket with tooth segments.

# Reduce cornershaft bearing maintenance with an idler shaft sprocket sleeve.



*Idler shaft sprocket sleeve*



*Assembled idler shaft sprocket sleeve*

Engineered, split design sleeve clamps to the shaft, eliminating high maintenance underwater bearings and shaft reworking. The sprocket rotates freely on sleeve.

Formulation for polyurethane sleeve includes an additive to reduce friction and enhance resistance to wear and abrasion. Sleeve can be easily rotated to expose a new wearing surface.

In new construction, idler shaft sprocket sleeves used with wall clamping brackets simplify installation, reduce costs by eliminating need for self-aligning wall bearings.

In retrofit applications, the cornershaft is allowed to freeze in the wall bearings and the sleeves are easily mounted in the appropriate sprocket locations.

Sleeves are designed with a shoulder to contain sprocket hubs. Top grade 316 stainless steel clamps do not require

set screws, completely encircle the collar of the sleeve and exert a uniform clamping force on the shaft for security.

A complete range of sleeve sizes is available for new and retrofit requirements.



*An idler sprocket mounted on a shaft sleeve, which in turn is mounted to the shaft.*



*New collector installations are furnished with static shaft sleeves and wall brackets.*



*Existing collectors are retrofitted with static shaft sleeves. The shaft is allowed to freeze in the wall bearings.*

13

# Sigma design fiberglass flight is stronger.





Extra long arm more flight are loaded together for additional strength plus chain and sprocket installation.

Rex sigma flights for wider tanks require channel flight?

Sigma and sigma plus shaped Rex fiberglass flights for sludge collectors are designed for a longer service life with fewer problems than channel flights.

The transverse concave indentation provides up to 50% greater structural support than a standard channel design. That means fewer broken flights and an ability to handle heavier loadings.

It also allows sigma and sigma plus flights to span wider tanks than channel flights, permitting the designer more flexibility.

Flights are fabricated with high strength fiberglass strands, totally encapsulated in a water resistant resin to prevent wicking. Practically speaking, Rex flights will not absorb water which can weaken them.

Flights have a scraping lip on the front face to optimize tank cleaning. The lip is notched at the factory to allow the seating of wear shoes. Flights are non-buoyant and do not require weights.

Flights are also available with 3 inch or 7 inch face

extensions. These extensions are able to handle a light secondary or alum sludge. The extended height minimizes the amount of settled solids that would normally flow over the face of a conventional flight.

Installation is easy. Rex flights are accurately drilled at the factory for quick attachment to the chain, and assembly of wear shoes.

A friction fit filler block makes attachment easy and also does double duty by locking the flight's flanges to minimize twisting.

Other types of flights available include fiberglass channel, steel or redwood. Flights can also be fabricated of special materials to resist high temperatures, or to make the flight fire and flame resistant for use in designated explosion proof areas.



A complete chain and scraper installation using Rex sigma flights.



Rex sigma plus and sigma plus flights are available in 8 inch and only 12 inch plus flight available in 3 inch and 7 inch extended face.



Rex molded chain attached to a Rex sigma plus flight.



Rex loop chain attached to a Rex sigma plus flight.



Rex channel flight with sigma flights available in 0 and 3 inches.

# Economical components are designed to take the wear.



A wall-mounted headshaft bearing (top), and static shaft support (bottom).

## Polyurethane wear shoes outlast other materials

Polyurethane wear shoes protect the flight and have a service life (on one wearing surface) up to twice as long as other compounds, and up to four times longer than steel.

A minimum tensile strength of 7,000 psi and an 80/85 Shore A hardness rating assure maximum wear life.

All wear shoes are reversible providing two usable wearing surfaces. An optional guide lug on the return run shoes insures proper tracking of the flight.

Wear shoes are also available in UHMW and other materials for refinery, chemical, food and other applications.

### UHMW polyethylene wear strips cut friction, add life

Economical UHMW polyethylene wear strips extend the life of wear shoes and rails.

They attach to new or existing return tracks and floor rails, cutting flight friction considerably and contributing to reduced chain pull and a lower power requirement.

Strips are 10 and five foot long with slotted holes for easy attachment. Ends are beveled and cut at 45 degrees for smooth tracking and to allow for thermal expansion.

### Polyurethane lined wall bearing provides a non-metallic bearing joint

Wall-mounted headshaft bearings have a polyurethane lining to reduce friction, greasing and shaft seizing problems.

Self-aligning bearings are water lubricated for low maintenance. Cast iron housing is tapered to prevent settled solids from accumulating.

Bearings are also available with babbitted lining and in a split design.





UHMW polyethylene wear strips on the carrying run (bottom white strip) and return run (top), as seen from the top of a collector.



Rex wear shoes can be reversed for extended life.

15

# Complete parts and field service support for any sludge collector.



*Envirex service personnel remove redwood flights in preparation for installing new Rex fiberglass flights*

or portions as required. All sales representatives are experienced in assisting you with reliable upgrade information, including accurate measuring and a plan of attack.

Envirex's experienced field service personnel—the largest group in the industry—can do the complete job for you; or portions of it with your personnel; or advise your personnel on the most efficient methods to use.

They can handle the complete installation of new collectors, working with your contractors or others. They can perform annual inspections, advise on inventory requirements—and, of course, be on site for emergencies. Both they and experienced parts specialists at the factory can offer phone support to help you solve your problems.

The complete installation and after-sales services offered by Envirex help you protect your investment; and provide assurance that you can get the degree of help you need, when you need it.

For example, Envirex can upgrade or retrofit any manufacturer's sludge collector with new, non-metallic components. The renovated collector will run smoother and require far less maintenance than the original.

The renovation can include new chain, sprockets, flights

And, as replacement parts are needed, Envirex has the most extensive inventory of replacement parts in the business and can ship immediately from stock when required.

Replacement parts are made to OEM standards and are subjected to a variety of quality control procedures—your assurance of receiving dependable components.

Envirex. For design enhancements of all sludge collector components. For knowledgeable upgrades. For complete service.



*One section of Envirex's replacement parts inventory, the largest in the wastewater business*



*Envirex's engineering, administrative and manufacturing headquarters are located in Waukesha, Wisconsin*

**PETERSON and MATZ, INC.**
4811 Emerson Avenue, Suite 203
Palatine, IL 60067-7416
(847) 303-0363

# Envirex

P.O. Box 1604 • Waukesha, WI 53187
Phone 414/547-0141 • FAX 414/547-4120

Envirex processes and features of Rex water and wastewater treatment equipment are protected by patents issued and pending in the United States and other countries

Printed in U.S.A.
©Envirex Inc. 1993



SEE DATA SHEET 4.310 FOR DRIVE OPENING AND WALL RECESS.

SEE DATA SHEETS 4.501 THROUGH 4.506 FOR TELESCOPIC SLUDGE VALVES - IF REQUIRED.

PLAN VIEW

SECTION "C-C"

SECTION "A-A"

SECTION "B-B"

Envirex

General Arrangement - Single Tank - 3 Shaft

4.302

4.302 REX CHAIN & SCRAPER SLUDGE COLLECTORS - CHAIN AND SCRAPER COLLECTORS

REV 08/89



REV 05/89

**Envirex**

4.304 REX CHAIN & SCRAPER SLUDGE COLLECTORS - CHAIN AND SCRAPER COLLECTORS

General Arrangement - Double Tank - 3 Shaft

**4.304**

OPENING IN FLOOR
FOR DRIVE CHAIN

EFFLUENT WEIRS

MAX. WATER
LEVEL

1'-6"
MIN.

1'-6" C OF CHAIN AND
TEE RAILS

TANK
WIDTH

C OF CHAIN AND
TEE RAILS

1'-6"

VARIES

25# TEE
RAILS

25# TEE
RAILS

INFLUENT

EFFLUENT

C OF CHAIN AND
TEE RAILS

1'-6"

VARIES

VARIES

TANK WIDTH

TANK WIDTH

TANK
WIDTH

C OF CHAIN AND
TEE RAILS

1'-6"

**SECTION 'C-C'**

**PLAN VIEW**

SEE DATA SHEETS 4.311,
4.312 OR 4.313 FOR DRIVE
OPENINGS.

SEE DATA SHEETS 4.501
THROUGH 4.506 FOR TELESCOPIC
SLUDGE VALVES - IF REQUIRED.

TELESCOPIC
SLUDGE VALVE

LENGTH OF TANK

BAFFLE

EFFLUENT WEIRS

INFLUENT
PORTS

TANK WIDTH

TANK WIDTH

BAFFLE

CHAIN TIGHTENER

WEIR

MAX. WATER SURFACE

TANK
DEPTH

3" CORNER FILL

3'
MIN.

3"

3"

TANK
DEPTH

TRAVEL

MIN. SLOPE
1/16" PER FOOT

25# TEE RAILS
LENGTH = FLOOR LENGTH - 9" PER MANUFACTURER'S
RECOMMENDATIONS

CORNER SCREEDED

FOR HOPPER DETAILS SEE DATA
SHEETS 4.307, 4.308 OR 4.309

3"

0 TO 6"

**SECTION 'B-B'**

3" MIN.

**SECTION 'A-A'**



PLAN VIEW

SECTION "A-A"

SECTION "B-B"

REV 09/89

4.310 REX CHAIN & SCRAPER SLUDGE COLLECTORS - CHAIN AND SCRAPER COLLECTORS

Envirex

Drive Arrangement - Single Tank

4.310



PLAN VIEW

SECTION "C-C"

SECTION "A-A"

SECTION "B-B"

Envirex

REX CHAIN & SCRAPER SLUDGE COLLECTORS - CHAIN AND SCRAPER COLLECTORS 4.311

Drive Arrangement - Double Tank
w/ common 2-shaft drive (no cross)

4.311

REV 08/89

4.312  REX CHAIN & SCRAPER SLUDGE COLLECTORS - CHAIN AND SCRAPER COLLECTORS

**Envirex**

Drive Arrangement - Double Tank
w/ common single shaft drive (diaphragm)

4.312



B

A          A

8 × 1.5

2½" MIN.

2½" MIN.

B

PLAN VIEW

TELESCOPIC
SLUDGE VALVE
(OPTIONAL)

CHAIN TIGHTENER
AND BRACKET

1'-0"

10¼"

FIBERGLASS
SIGMA FLIGHT

MAX  WATER  LEVEL

1'-6"
MIN.

2

1'-2" - 6' FLIGHT
1'-4" - 8' FLIGHT
(23T SPROCKET)

CHAIN TRAVEL
4-SHAFT TYPE

1'-8"

RETURN TRACK & BRACKETS
(4-SHAFT COLL. ONLY)

BAFFLE

2' BEVEL
AT 45°

CHAIN TRAVEL
3-SHAFT TYPE

1'-8"   1'-8"

SECTION "A-A"

CHAIN GUARD

SELF ALIGNING BEARING

STEEL DIAPHRAGM
PLATE CAST
IN WALL

SELF-ALIGNING,
SELF CLEANING
BABBITTED
BEARING

11" MIN.

19T OR 23T
SPROCKET

SPLIT 40T
SPROCKET

SECTION "B-B"



PLAN VIEW

SECTION "C-C"

SECTION "A-A"

SECTION "B-B"

Envirex

Drive Arrangement - Double Tank
w/ common single shaft drive (solid wall)

4.313

REX CHAIN & SCRAPER SLUDGE COLLECTORS - CHAIN AND SCRAPER COLLECTORS 4.313

REV 08/89

## SECTION 8 - STOP LOG REPLACEMENT WITH CHANNEL METERING

Contained in this section is the drawing entitled *Stop Log Replacement Plan with Channel Metering*. This drawing contains four legends that illustrate the meter location to record open channel depth, rectangular butterfly valve schedule, stop log schedule, and fill stop log channel with concrete wall legend.

Illustrated in the plan view is the appropriate nomenclature that indicates the work to be accomplished to allow the existing water treatment plant to function as a firm capacity 36 MGD facility to treat the Flint River water to a high quality finished water.

Metering is proposed at three locations to pace and adjust either a new adjustable weir or rectangular butterfly valve to balance flows to create equal hydraulic loading for the specific process.

Contained in the appropriate section is the complete restoration for a specific process.

Contained in this section is equipment that illustrates the metering equipment, rectangular butterfly and sluice gate information.

8-1



METER LOCATION TO RECORD OPEN CHANNEL DEPTH

| METER NO. | LOCATION | DEPTH TO CHANNEL BOTTOM | APPLICATION |
|---|---|---|---|
| M1 | EXISTING PARSHALL FLUME | [illegible] | ULTRASONIC OPEN CHANNEL FLOWMETER IN PARSHALL FLUME |
| M2 | INLET OF WEST & EAST SOFTENING BASIN(S) | [illegible] | ULTRASONIC OPEN CHANNEL FLOWMETER |
| M3 | OUTLET OF WEST & EAST SOFTENING BASIN(S) | [illegible] | ULTRASONIC OPEN CHANNEL FLOWMETER |

RECTANGULAR BUTTERFLY VALVE SCHEDULE

| MARK | LOCATION | SERVICE | FRAME SIZE WIDTH x DEPTH | STOP LOGS HEIGHT | QUANTITY | ACCESSORIES | REMARKS |
|---|---|---|---|---|---|---|---|
| [illegible] | PLANT NO. 2 | POTABLE WATER | [illegible] | [illegible] | [illegible] | (1) | |
| [illegible] | PLANT NO. 2 | POTABLE WATER | [illegible] | [illegible] | 1 | | |
| [illegible] | PLANT NO. 2 | POTABLE WATER | [illegible] | [illegible] | 1 | | |
| [illegible] | PLANT NO. 2 | POTABLE WATER | [illegible] | [illegible] | 1 | | |
| [illegible] | PLANT NO. 2 | POTABLE WATER | [illegible] | [illegible] | 1 | | |

(1) PROVIDE ONE PORTABLE OPERATOR TO OPERATE ALL RECTANGULAR BUTTERFLY VALVES SHOWN IN THE SCHEDULE

STOP LOGS SCHEDULE

| MARK | LOCATION | SERVICE | FRAME SIZE WIDTH x DEPTH | STOP LOGS HEIGHT | QUANTITY | ACCESSORIES | REMARKS |
|---|---|---|---|---|---|---|---|
| [illegible] | PLANT NO. 2 | POTABLE WATER | [illegible] | [illegible] | [illegible] | (1) | (2) |
| [illegible] | PLANT NO. 2 | POTABLE WATER | [illegible] | [illegible] | [illegible] | (1) | (2) |
| [illegible] | PLANT NO. 2 | POTABLE WATER | [illegible] | [illegible] | 1 | (1) | (2) |

(1) PROVIDE LIFTING DEVICE FOR EACH DIFFERENTLY SIZED FRAME WIDTH. ([illegible] TOTAL)
(2) PROVIDE STOP LOGS IN [illegible] SECTION COMBINATIONS TO MEET STOP LOG HEIGHT SPECIFIED.

ALL STOP LOG CHANNEL WITH CONCRETE WALL

| MARK | LOCATION | FRAME SIZE WIDTH x DEPTH | QUANTITY |
|---|---|---|---|
| 1 | PLANT NO. 2 | [illegible] | [illegible] |
| 2 | PLANT NO. 2 | [illegible] | 1 |
| 3 | PLANT NO. 2 | [illegible] | 1 |
| 4 | PLANT NO. 2 | [illegible] | 1 |
| 5 | PLANT NO. 2 | [illegible] | 1 |
| 6 | PLANT NO. 2 | [illegible] | 4 |
| 7 | PLANT NO. 2 | [illegible] | 1 |
| 8 | PLANT NO. 2 | [illegible] | 1 |
| 9 | PLANT NO. 2 | [illegible] | 2 |

REVISIONS

THE SEG TEAM

CITY OF FLINT
DEPARTMENT OF PUBLIC WORKS & UTILITIES
WATER TREATMENT PLANT REHABILITATION
PHASE I - SEGMENT 1, 2, & 3

PRELIMINARY PLANS

STOP LOG REPLACEMENT PLAN WITH CHANNEL METERING

SCALE: NONE
PROJECT NO. 9841-5399
SHEET No. OF

# EQUIPMENT

440-1300-35
EDO 6-94-243
Effective May 1994

# Bid Specifications for Ultrasonic Open Channel Flow Transmitter

The Open Channel Flow Transmitter shall employ an Ultrasonic ranging principle. It shall produce an isolated output of 4-20 maDC into a loop resistance of up to 1000 (1K) Ohms. It shall incorporate ambient temperature compensation in the field mounted transducer. The transducer must be capable of either integral mounting directly to the electronic unit or optionally mounted remotely up to 250 feet (80 meters) from the unit. When remotely mounted, the instrument vendor will supply all interconnecting cabling and the weather-proof fittings required to make the hook-up between the transducer and the electronic unit housing. The standard housing shall be made from copper-free cast aluminum and shall meet the requirements of NEMA-4X (IP-65) for corrosion resistant service. Power input will be 115 VAC (or optionally 230 VAC) at 50/60 Hz. Power input, transducer cables and current output shall all exit through separate conduit connections.

Range calibration shall be accomplished through direct setting decade switches ( in inches) for both zero and span settings. The selection of the primary device type and it's size shall also be accomplished through a series of decade switches. Both the calibration and configuration set-up routines shall employ "invalid condition" alarm outputs to consist of flashing the Lost Echo and Near Zone LED's. The range calibration shall be capable of resolution to the nearest tenth of an inch (2.5 mm). The output signal shall be directly proportional to the flow rate. Standard flow calculations for various Flumes and Weirs shall be resident in the program of the flow transmitter. These characterizations will be incorporated in a manner such that no external battery back-up will be required to save the transmitter's calibration or configuration. Accuracy of the Flow transmitter shall be 0.2% of instantaneous rate or better , with resolution and repeatability of 0.1" (2.5 mm) or better.

The flow transmitter shall have a maximum operating range of 99.9 inches (2.54 meters) from the floor or zero point of the primary. The Near Zone shall be factory set for a range of 12 inches (300 mm.). Provisions for support of Near Zone, Loss of Echo and a single alarm shall be incorporated in the electronic unit. An optional package providing relay contacts for these fault/alarms shall be available.

The transducer shall be of CPVC construction (or other material as required) with a 2" NPT thread mount or optionally an over the primary mounting bracket may be utilized. The operating temperature for the transducer shall be from -40 to +160 Fahrenheit (-40 to +70 Celsius). The system shall employ a 50 kHz operating frequency with a nominal beam angle of 12 degrees.

Standard flow primary devices supported shall include but not be limited to the following:

| | |
|---|---|
| Parshall Flumes | 1" to 96" throat width |
| V-notch weirs | 22.5 Degree to 90 Degree |
| Cipolletti Weirs | 1' to 8' |
| Rectangular Weir (with end contraction) | 1' to 8' |
| Rectangular Weir (with-out contraction) | 1' to 8' |

The Flow Transmitter shall be a Model 505-1300 Series Ultrasonic Open Channel Flow Transmitter as manufactured by Drexelbrook Engineering Company.



## Ultrasonic Open Channel Flowmeter
## 505-1300 Series



The 505-1300 Series instrument is a compact, versatile, Open Channel Flow Transmitter. Using proven ultrasonic technology, it accurately measures flow in weirs and flumes without contacting the liquid.

This transmitter emits an ultrasonic pulse, and the return "echoes" are received by the sensor. The elapsed time is measured and converted to a 4-20 mADC output signal proportional to the flow rate.

**Crystal technology** and **microprocessor-based electronics** provide an accurate, repeatable measurement of flow. Calibration (zero & span) is simply a matter of setting the unit's range switches to values directly in inches — no external "targets" are required.

**Unique signal processing** techniques and **automatic temperature compensation** combine to provide an accurate and reliable system which rejects external noise or liquid surface turbulence.

Selection of the primary device type and size is set directly, via the decade switches, by the user. No volatile or battery backed memory to be lost.

The 505-1300 Series transmitter provides for easy, low cost installation. The electronic enclosure is rated NEMA 4X (IP-65). Standard sensor and fittings are CPVC, and mounting is 2" NPT. Flange mountings are available.

## Key Benefits

### Reliability
Non-contact, continuous flow measurement with accurate, high resolution 4-20 mADC output. Built-in flow configuration is directly selected via decade switch positions.

### Economical
One-piece integral design eliminates need for coax cables. This unit comes as a stand-alone flow transmitter or it can be coupled with a microprocessor receiver to integrate/totalize and handle submerged flow applications.

### Low Maintenance
Simple calibration requires no meters. Built-in self-test circuits eliminates set-up errors.

TM: Tradename of Drexelbrook Engineering Co.

# STANDARD SPECIFICATIONS

## ˙lectronics

| | |
|---|---|
| Full scale operating range | 1-31 feet (.3-9m) |
| Near/Dead Zone: | 12 inches |
| Minimum Span: | 10% of max. range |
| Repeatability: | 0.10 inch (3mm) |
| Resolution: | 0.10 inch (3mm) |
| Accuracy*: | +/- 0.2% of F.S. range |
| Ambient Temperature:** | -40°F to 160°F (-40°C to 70°C) |
| Calibration: | Zero & Span range switches, ranges are set directly in inches, primary element type and size are directly set by switch selection |
| Input Power: | 120 or 240V, 50/60 Hz |
| Output Signal: | 4-20 mAdc (Isolated) |
| Output Mode: | Directly proportional to flow |
| Max. Loop Resistance: | 1000 OHMS |
| Response Time: | 2 seconds (approx.) |
| Electrical Enclosure: | NEMA 4X (IP-65) cast aluminum std. NEMA 4X (IP-65) fiberglass optional |

## Sensor

| | |
|---|---|
| Mounting: | 2" NPT fitting, CPVC (flg mounts available) |
| Sensor Material: | CPVC (opt. materials, consult factory) |
| Frequency: | 50 KHz |
| Beam Angle: | Conical, 12 deg., typical |
| Temperature Range: | -40° to 160°F (-40°C to 70°C). For temp-eratures below -20°F (-30°C), consult factory |
| Temperature Comp.: | Built-in, automatic |
| ˙ressure: | -10 to +50 PSIG (-1 to 3 BAR) |

## Characterizations

| | |
|---|---|
| Parshall Flume | 1-inch to 8 feet |
| Rectangular Weir (with end contractions) | 1-foot to 8 feet |
| Rectangular Weir (without end contractions) | 1-foot to 8 feet |
| Cippoletti Weir | 1-foot to 8 feet |
| V-Notch Weir | 22.5° to 90° |
| Linear (Flow characterized by others) | |

*Accuracy
Includes linearity, hysteresis, repeatability, resolution, and tem-perature effect at ref. conditions of atmospheric pressure and still air above the liquid surface.

** Unit will operate above 160°F (70°C) with reduced component life.



*Integral Mount*



*Remote mount*



Engineering Company

*"An ISO 9001 Certified Company"*

World Headquarters: Drexelbrook Engineering Co., 205 Keith Valley Road, Horsham, PA 19044 U.S.A. (Tel) 215/674-1234, (Fax) 215/674-2731

Europe Headquarters: Drexelbrook Instrumenten, Bedrijvencentrum Rede, Waalresweg 17, 5554 Ha Valkenswaard, Netherlands (Tel) 4902-89298, (Fax) 4902-47933

Japan Headquarters: Nihon Drexelbrook, Sankee White Bldg. 5F, 29-12 Taitoh 2-Chrome, Taitoh-Ku Tokyo 110, Japan (Tel) 03-3833-1770, (Fax) 03-3833-2546

505-1300-A
EDO# 3-94-252
Printed in USA
Copyright 1994 Drexelbrook Engineering Co.



5" INTEGRAL ELECTRONIC HOUSING

LINE POWER

4-20 mA

NOTE: TYPICAL CONICAL BEAM ANGLE OF THE ULTRASONIC SIGNAL IS 10-12°.

3 1/16 (77.8)

5 7/8 (149.2)

OPTIONAL MOUNTING KIT 265-1-176

8 1/4 (209.6)

3/4 NPT (TYP)

17 9/32 (438.9)

3 13/32 (86.4)

5 (127)

2" NPT

1 1/16 (26.9)

I.L. 5 5/8 (142.9)

SENSOR

1 29/32 (48.3)

12 (MIN. DISTANCE FROM 100% PT.)

36

TYPICAL FLUME

SENSOR MATERIAL CPVC

| 4 | 6-96-172 | GLM | 7-18-96 | COPYRIGHT  1996 |
| 3 | 3-96-343 | PAS | 3/16/96 | DREXELBROOK ENG CO. |
| 2 | 10-95-342 | GLM | 3/18/96 | |
| 1 | 6-94-344 | GLM | 3/8/95 | DR. PJM |
| ISS | EDO/DSR NO | APP'D | DATE | CK. |

DREXELBROOK
Engineering Company
205 KEITH VALLEY RD
HORSHAM, PA 19044-2968
215-674-1234
FAX 215-674-2731

OCF SERIES 505-1300
SONIC LEVEL TRANSMITTER
MOUNTING

505-1300-2-CD1    SHT 1 OF 2    ISS 4



# Rodney Hunt *Streamseal*® Butterfly Valves: Versatile, Reliable, Economical

## Versatility
- Standard sizes, or custom designed for your application
- Manual, electric, pneumatic, or hydraulic actuation
- Three or four-sided seating
- Alternative materials available for corrosive service
- Total in-house control: design, fabricate, machine, assemble and actuate... at one location

## Reliability
- Bubble-tight shutoff
- Stainless to resilient seating
- Permanently self-lubricated bushings
- Bronze two-way adjustable thrust bearing

## Economy
- Ease of installation and operation
- Seat adjustable in either direction, without special tools
- Specially designed vane reduces turbulence, strengthens assembly
- Quarter turn operation
- Low maintenance



Seat Detail
(See page 3)

**Three-Sided Valve Shown**

On the cover:
*60" x 60" three-sided butterfly valve*

2

# DIMENSIONS



THREE SIDED VALVE

FOUR SIDED VALVE

## Dimensions, 10 psig differential design

| Valve Size Width x Height, Inches | A | B | C* | D* | E | F | G† | H | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 x 36 | 36 | 36 | 42 | 42 | 39½ | 39½ | DETERMINED ON APPLICATION | ½ | 12 | 3¼ |
| 48 x 48 | 48 | 48 | 54 | 54 | 52 | 52 | | ½ | 12 | 3¼ |
| 60 x 60 | 60 | 60 | 66¾ | 66¾ | 64 | 64 | | ¾ | 15 | 3¼ |
| 60 x 72 | 60 | 72 | 66¼ | 78¼ | 64 | 76 | | ¾ | 15 | 3¼ |
| 72 x 96 | 72 | 96 | 80 | 104 | 77 | 101 | | ¾ | 18 | 4⅞ |
| 84 x 108 | 84 | 108 | 92½ | 116½ | 89 | 113 | | ¾ | 18 | 5¼ |
| 144 x 144 | 144 | 144 | 152 | 152 | 149 | 149 | | ¾ | 18 | 5¼ |

*Dimensions may increase with pressure and size of valve when Jack Bolt mounting is specified.
†Number of ¾" diameter bolts required.

# Rectangular Butterfly Valve Sample Specifications

Rectangular butterfly valves shall be resilient seated, tight closing, Streamseal valves as manufactured by Rodney Hunt Company.

The butterfly valve bodies shall be ASTM A36 fabricated steel. They shall have integral hubs for housing shaft bearings.

The body shall be suitably designed to be field fastened to a wall thimble, angle supports anchored to the concrete channel, or direct grouted into the concrete channel.

Butterfly valve discs shall be of the "offset" design to provide a full uninterrupted seating surface. Discs shall be ASTM A36 fabricated steel with no external ribs transverse to the flow. The resilient seats shall be synthetic rubber designed to provide tight shut-off at the specified pressure. Seats shall be incorporated on the valve disc edge and shall be mechanically retained by means of a corrosion resistant retainer and stainless steel screws.

The resilient seat must be capable of mechanical adjustment in each direction without the use of special tools. It must also be capable of being replaced in the field without chipping, grinding, or burning out of the old seat, moving the valve disc along the shaft access or removing the valve from the line.

The mating seat surface shall be integral with the valve body and shall be stainless steel Type 304. Sprayed or plated mating seat surfaces are not acceptable. The corner radii shall not exceed 6".

Valve shafts shall be of the two-piece type extending into the valve disc hubs for a distance of at least 1½ shaft diameters. They shall be of stainless steel Type 304.

Valve shafts shall be securely attached to the valve disc by means of taper pins located tangentially to the valve shafts. Taper pins shall be mechanically secured and shall be of corrosion resistant material.

Shaft bearings shall be contained in the integral hubs of the valve body. They shall be of the self-lubricated sleeve type.

The valve assembly shall be furnished with a factory set, two-way thrust bearing, which is field adjustable.

When four-sided seating is required, a shaft seal shall be provided where the valve shaft projects through the body for the actuator connection. The seal shall be of a type utilizing a stuffing box and packing gland, so that the packing can be adjusted or completely replaced without disturbing any part of the valve or actuator assembly. Packing shall be the square type.

Actuator shall be sized to operate the valve from full open to full closed at rated pressure with a maximum of 80 ft. lbs. of input torque on a manual actuator. The valve manufacturer shall be responsible for sizing electric or cylinder actuators based on flow and pressure conditions.

Coating of interior and exterior shall be two layers, 5 mils minimum each coat. Each coat shall be high solids, high build epoxy, or approved equivalent.

# The Universal Frame Sluice Gate



## For Openings over 48″



# Short Sluice Gate Specification

The sluice gates shall be furnished at the locations shown on the plans and as listed in the schedule in the specifications. All sluice gates and appurtenances shall meet the latest edition of the AWWA C501 Sluice Gate Specification in all respects with the following additional requirements.

1. For all sluice gates 48" and under, integral frame sluice gates shall be used. The frame and guide on these gates will be cast as one piece with the wedge pads bolted in place. The wedge pads will be keyed to the guides to prevent motion.

2. All sluice gates over 48" in size shall be of the universal frame type suitable for use in either flange or flat frame applications. For flange frame applications the attaching studs will extend through the back flange only. For flat frame applications the attaching studs will extend through the mounting flange and the guide flange. For all gates over 48" in size, a heavy reinforc-

ing rib will extend from the flange of the guide over the wedge seat to provide adequate strength and rigidity.

3. All wedges shall be provided with wedge adjusting screws and locking nuts.

4. All manual floorstands will be provided with clear butyrate plastic pipe covers with Mylar open and close indication.

5. Under all seating head conditions and unseating head conditions up to 50 ft., the allowable leakage shall not exceed 0.1 gpm per foot of seating perimeter.

6. Unless dezincification of bronze has been known to occur in water where these gates are to be used, the materials may be those listed in the AWWA Specifications having asterisks. If dezincification has been known to occur, the bronzes listed with asterisks will not be used.

**RODNEY HUNT COMPANY**
ORANGE, MASSACHUSETTS 01364 U.S.A, / Telephone: 617-544-2511 / TWX 710-347-6780

PRINTED IN U.S.A.

# Rodney Hunt

## Aluminum Stop Logs



- **Extruded aluminum stop logs provide long life and easy handling.**

- **Water level can be controlled by adding to, or deducting from, the number of logs used.**

- **Stop log lifting device available for ease of handling**

Stop logs have been used for many years for level and flow control in open channel flow. Because of its low weight and ease of handling, aluminum is the most commonly used material for stop logs. Stainless steel stop logs are also available.

A resilient seal is placed along the bottom of each stop log. If low leakage is a requirement, additional seals are placed in the guides for their full length. The guides are mounted on the face of the concrete or embedded in the concrete walls. Guides should be aluminum, but are also available in stainless steel or cast iron.

Stop logs are normally put in place using a stop log lifting device and an overhead crane. A latching lever on the lifting device is provided to engage or disengage the stop logs.

Leveling foot each end of log

Aluminum lifting bar

Stop log

Neoprene invert seal

PRESSURE

Fill box-out with grout at installation

SIDE CROSS SECTION

4"

10"

Neoprene side seal on one side or both

Extruded aluminum guide

TOP CROSS SECTION

PRESSURE

10"

Fill box-out with grout at installation

4"

Stop Log Lifting Device

Aluminum stop logs with extruded aluminum guides, shown here with the lifting device used to install and remove the logs.

Aluminum Stop Log



TYPICAL INSTALLATION
DRAWING

INSTALLATION NOTES

GUIDES TO BE STRAIGHT, PLUMB & COPLANER WITHIN 1/8"
INVERT TO BE FLAT & LEVEL WITHIN 1/16"

SECTION B-B

SECTION A-A

SECTION C-C

Issued.



LANYARD FOR CONTROLLING
HOOKS (BY OTHERS)

LIFTING CABLES ( BY OTHERS )

EXTENSIONS ARMS FASTENED TO BODY
WITH 2-1/2" DIA. × 1 3/4" LG.
H.H.C.S. & NUTS (2 PLACES)

EXTENSION ARM

LIFTER BODY

9"   9"

2'-6"

LENGTH SAME AS STOP LOG
(REF. INST & ASS'Y DWG)

9¼"

1'-2¼"

6¾"

6"

MAT'L: ALUMINUM

LIFTER CAPACITY = 3629 LBS
BODY: C-20542

RODNEY HUNT COMPANY ORANGE MA. 01364-0500

DETAIL: STOP LOG LIFTING
DEVICE

| | | |
|---|---|---|
| DRAWN EPW | DESIGNED CMA | DATE 4-10-69 |
| CHECKED 2C | APPROVED | SCALE N.T.S. |

DWG. NO.

| ALT. | CHANGE | BY | CKD | DATE | ALT. | CHANGE | BY | CKD | DATE |
|---|---|---|---|---|---|---|---|---|---|
| A | REDRAWN - DELETED TABULATION - REVISED O.A. LENGTH | AC | JSS | 9-20-9 | | | | | |
| B | 9 1/4" WAS 8.87" | JCT | JSS | 1-30-9 | | | | | |

## *EXTRUDED STOP LOG SPECIFICATION*

I.  General

This specification relates to the design, materials of construction, fabrication, and the supply of the aluminum stop log as shown on the plans and indicated in the equipment schedule. The stop log shall be manufactured by the Rodney Hunt Company, Orange, MA. Manufacturers shall have a minimum of five (5) years experience in the design and manufacture of equipment of this type.

II.  Stop Log Schedule

A.  Quantity

B.  Channel width x channel depth

C.  Depth of water

D.  Seal one or both directions

III.  Materials

A.  Log                  Aluminum B308 6061-T6

B.  Lifting Lugs         Aluminum B308 6061-T6

C.  Frame                Aluminum B308 6061-T6

D.  Seals                                    1)    Sides: Lip Seal - D2000
                                                   Grade 2BC 615
                                                   Extruded Neoprene
                                                   Durometer 50 ± 5

                                             2)    Flush Bottom Lip Seal -
                                                   ASTM D2000 Grade 2BC 515
                                                   Extruded Neoprene
                                                   Durometer 50 ± 5

- 2 -

IV. <u>Design</u>

    A.    Log

        The log shall be of one piece extruded aluminum, and shall be extruded with the following characteristics:

        1.    Log shall be 12" high.

        2.    Minimum tensile strengths shall equal 38,000 psi ultimate and 35,000 psi yield.

        3.    The bending stress shall not exceed 9500 PSI at the mid-section of the log.

    4.    The bottom of the log shall be extruded in a way to accept a specially extruded resilient seal to provide a flush bottom closure. The shape of the lip seal shall provide a seating surface having a minimum width of 1". The vertical face of the seal shall be in contact with the seating surface of the guide or seal located on the frame to provide a proper seal at the corners. End caps will not be allowed on the stop logs. Logs to be of sufficient weight to be submerged under their own weight.

    B.    Guides

        The guides shall be of extruded aluminum, structural shapes or formed plates. The guides shall be designed for maximum rigidity and will be provided with a strap on the back of the guides for embedded type to lock it into the concrete, or with a side angle for surfacing mounting using anchor bolts. The invert of the frame shall be an angle or channel welded to the lower ends of the guides to form a seating surface for the resilient seal mounted on the disc.

    C.    Seals

        Lip type seals shall be attached to the frame to restrict leakage. Under the condition which the log will be subjected to flow in both directions, the log and guide shall be provided with seals in both directions.

    D.    Hardware

        All necessary attaching bolts and anchor bolts shall be stainless steel and furnished by the stop log manufacturer.

- 3 -

V.   Lifting Device

One (1) lifting device shall be provided for each stop log width. The lifting device shall be equipped with a suitable eye bolt for crane operation. The device shall be guided by the slot of the guide extrusion, and shall be capable of securing and releasing the stop logs with the use of a lanyard from the operating floor.

VI.  Drawings for Approval

Drawings showing dimensions and essential details required to locate and install the stop logs shall be submitted for the engineer's approval.

VII. Installation

The installation of all parts shall be done in a workmanlike manner and in accordance with detailed technical installation procedures supplied by the manufacturer. It shall be the contractor's responsibility to handle, store, and install the stop logs in strict accordance with manufacturer's drawings and recommendations.

# Aluminum Stop Logs Specification

## 1. GENERAL

This specification relates to the design, materials of construction, fabrication and furnishing of aluminum stop logs with appurtenant seals, guides, frame, lifting lugs and accessories, required for the complete and proper operation of the system. The stop logs will be as manufactured by Rodney Hunt Company or approved equal. Manufacturers shall submit as a minimum a list of ten projects with stop log installations. The list shall include project name, contact, telephone number, years of service, size and method of operation.

## 2. MATERIALS

All component parts will be of the type of material shown and conform to the standards designated in this section.

| Component Item | Extruded Aluminum Stop Log |
|---|---|
| 1. Log, Lifting Lugs, Frame | Aluminum B306 6061-T6 |
| 2. Seals Bottom:HY-Q | Neoprene D2000, Grade AA625 |
| Sides: J-Seal | Neoprene D2000, Grade 2BC515 |

## 3. GENERAL DESCRIPTION

A. Log  The log shall be of one-piece extruded aluminum. The log shall not deflect more than 1/360 of the span of the log under the design head. The bottom of the log shall be extruded in a way to accept a specially extruded resilient seal to provide a flush bottom closure. The shape of the lip seal shall provide a seating surface having a minimum width of 1". The vertical face of the seal shall be in contact with the sealing surface of the guide or seal located on the frame to provide a proper seal at the corners. End caps will not be allowed on the stop logs. Logs to be of sufficient weight to be submerged under their own weight.

B. Guides  The guides shall be of extruded aluminum. The guides shall be designed for maximum rigidity and will be provided with a flange on the back of the guides for the embedded type to lock it into the concrete, or with a side angle for surface mounting using anchor bolts. The invert of the frame shall be a channel welded to the lower ends of the guides to form a sealing surface for the resilient seal mounted on the disc.

C. Hardware  All necessary attaching bolts and anchor bolts shall be stainless steel and furnished by the stop log manufacturer.

D. Lifting Device  One lifting device shall be provided for each stop log width. The lifting device shall be equipped with suitable connecting points for crane operation. The device shall be guided by the slot of the guide extrusion and shall be capable of securing and releasing the stop logs with the use of a lanyard from the operating floor.

## 4. WELDING

All welding will be done in accordance with AWS D1.2 for aluminum and AWS D1.3 for stainless steel.

**RODNEY HUNT COMPANY**
ORANGE, MASSACHUSETTS 01364
TEL: 508-544-2511/FAX: 508-544-7204

© Copyright 1995 by Rodney Hunt Company

## SECTION 9 - SOFTENING

Contained in the Plan Section of this section are the drawings for both the west and east solids contact softening units illustrating the new equipment to be installed in the existing concrete secondary clarifiers. It is proposed that new solids contact reactor clarifiers be installed in these basins.

Based on the existing basin configuration, the bottom section will require modification to support the center column.

Lime slurry and polymer will be injected just below the mixing zone as the influent will rise vertically through the center column, mixing with the lime and polymer. The influent will be directed down through the draft tube where the lime will react with the hardness to precipitate lime sludge to be collected in the center by the sweep mechanism. It is proposed that lime be conveyed through a flexible hose from the slaker area west of the flash mix rise well. The addition of a polymer at this location will minimize lime caking and coating of a 4-inch flexible hose.

Shown in one section (upper right) is the relationship between the west and east. We propose to balance the hydraulics through these two basins as the circular concrete troughs are at different elevations, as are the solids contact softening units.

In the east basin, the launder will rest on top of the concrete channel which will produce a maximum water surface elevation of 736.13 feet. In between each set of the 20 launders will be a non-metallic plate bolted to the concrete channel extended to a height above the top of launder. This will force the water to flow into new v-notch weirs.

Detail for the west basin indicates the new launder will be cut into the concrete to allow a maximum water surface equal then to the east clarifier of 736.13 feet. In between each of the 20 launders will be a non-metallic plate bolted to the concrete channel and extending to the top of the launder.

Contained in this section is the equipment illustration describing in detail the type "C" contraflow solids contact reactor clarifier.

9-1





| REVISIONS | | | |
|---|---|---|---|
| THE SEG TEAM | CITY OF FLINT<br>DEPARTMENT OF PUBLIC WORKS & UTILITIES<br>WATER TREATMENT PLANT REHABILITATION<br>PHASE 1 – SEGMENT 1, 2, & 3 | PRELIMINARY PLANS | WEST CLARIFIER<br>PLAN, PROFILE AND DETAILS |

SCALE: AS SHOWN
PROJECT NO. 9841-5399
SHEET No. OF

# EQUIPMENT

<u>TYPE "C" CONTRAFLO SOLIDS CONTACT REACTOR CLARIFIERS</u>
<u>FLINT, MI</u>

## SPECIAL CONDITIONS

This specification covers the furnishing of U. S. FILTER water treatment equipment as Base Bid. The equipment and material specified is deemed most suitable for the proposed water treatment system. The contractor shall prepare his bid on the basis of the materials and equipment listed herein. Any bid using other than the Base Bid equipment will be considered non-responsive and the bid will not be considered for award. The contract will be awarded to the lowest responsible bidder incorporating the Base Bid equipment.

The Base Bid Equipment shall be: General Filter CONTRAFLO Solids Contact Reactor Clarifier.

## PREQUALIFICATION OF ALTERNATE EQUIPMENT

The contractor may submit other manufacturer's equipment for consideration as an alternative to the equipment specified as the Base Bid. An addendum will be issued at least five days before the bid date naming alternate suppliers that conform with the specifications and are approved to bid equipment for the project. To qualify alternate equipment, the contractor shall provide the following information to the Engineer at least 15 days prior to the bid date:

1. Drawings, specifications, and product literature with adequate detail to determine that what is proposed will meet the requirements of the plans and specifications. Pre-qualification data and specifications for each unit shall include, but shall not be limited to, the following:

a. <u>Sludge Collecting Equipment</u>
Running torque developed
Arm tip speed
Stalled torque
Drive motor horsepower
Description of overload device

b. <u>Mixing Equipment</u>
Detention time under cone at normal water level and specified design rate.
Maximum tip speed at the periphery of radial turbine blades or draft tube velocity of axial flow turbines or marine propellers.

Location of draft tube and inlet ports into draft tube.
Drive motor horsepower
Type of variable speed drive
Type of gear reducer

2. A list of 10 installations of similar type and size with plant addresses and telephone numbers. The engineer and owner may contact these installation sites to determine experience.

3. Evidence of manufacturing capability including a description of facilities, the number and professional qualifications of personnel, and quality control practices.

The alternate equipment supplier shall identify major outside fabricators for the purpose of determining experience.

4.   Evidence of technical capability to design and check out the complete alternate system, including modifications which will be required in structures, foundations, and equipment provided by others.

5.   Evidence of financial responsibility adequate to complete the project and assure viability of equipment warranty.

6.   A complete listing of changes which will be required in the contract plans and specifications to accommodate the alternate equipment.

Alternate bidders shall guarantee, in writing, signed by an officer of the company, that the equipment offered will provide comparable or superior features, performance quality, and materials of construction as the equipment specified.  Prior approval of the alternate equipment shall not constitute final approval of specific equipment, but rather constitute only approval of the respective equipment manufacturers to provide price quotations based on equipment meeting the specifications.  Alternate equipment manufacturers shall modify their standard products as necessary to meet all provisions of the specifications without exception.

A photocopy of the alternate equipment manufacturer's quotation must be attached to the bid documents, to assure that the alternate equipment bid is in accordance with the equipment which has been prequalified.

The cost of any changes incidental to installation of the alternate equipment such as electrical wiring, relocation of piping, engineering supervision, as-built drawings, etc., shall be borne by the contractor with no additional expense to the Owner.

If after installation the alternate equipment does not perform in accordance with the specifications or other deficiencies are noted, the owner will require the modification or replacement of such equipment to meet the specifications at no additional expense.

## SCOPE

This section covers solids contact basin equipment for two lime softening basins as manufactured by U. S. FILTER, Ames, IA.  The equipment shall be suitable for installation in existing round basins of the dimensions shown on the drawings.

## GENERAL

Equipment furnished and installed under this section shall be fabricated, assembled, erected, and placed in proper operating condition in full conformity with drawings, specifications, engineering data, instructions, and recommendations of the equipment manufacturer.

Each unit shall be furnished and installed complete with (a) all concrete foundations, piers and supports; (b) all mechanical equipment required for proper operation, including complete drive units; (c) all steel, iron, and other metal construction indicated by the drawings; and (d) any additional materials or construction required by the manufacturer's design.

## SERVICE CONDITIONS

The basin equipment shall be designed to process ground and surface water, which will be treated with lime and soda ash for softening. The following is typical raw water quality:

## PERFORMANCE AND DESIGN REQUIREMENTS

The equipment shall be designed to accomplish chemical mixing, flocculation in the presence of previously formed precipitate, clarification by sedimentation, and collection and removal of excess sludge. The equipment shall be designed so that water flow enters the bottom center of the basin. Contact basin equipment shall be General Filter Type "C" CONTRAFLO.

The equipment for each basin shall be furnished complete with all components and accessories necessary for an operating installation and shall include combination center support column/draft tube, center drive platform, drive units, flocculation assembly, conical baffle wall forming the reaction zone, rotating scraper assemblies, effluent launders, sample lines, sludge blowdown valve with timers, and access walkway.

## BASIN DIMENSIONS

The equipment shall be designed to operate in basins having the following dimensions:

Inside dimensions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .120' - 0" dia.
Sidewall water depth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15' - 0"
Total side-wall depth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17' - 0"

The equipment shall be designed for installation in a basin having a radial slope to the center of approximately 1 to 12.

## DESIGN REQUIREMENTS

The manufacturer shall warrant that the equipment furnished, when operated in compliance with the manufacturer's instructions, will properly soften the water, subject to the proper addition of chemicals and operation, and will consistently yield an effluent having less than 10 NTU average turbidity or no greater than jar test results performed with identical water and chemical feeds and a three - fold preformed floc return, when operated at any flow rate between 25 and 100 percent of the design flow rate when the water temperature is 50° F. or more. The equipment shall be designed for the following requirements:

Design rate of flow, each basin, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12,500 gpm
Maximum hydraulic flow through launder system, each basin, . . . . . . . . . . . . . . . . 25,000 gpm
Sludge collecting equipment:
    Design running torque . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72,000 ft-lbs
    Approximate tip speed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10 ft/min
Design re-circulation rate in the reaction-flocculation zone . . . . . . . . . . . . . . . . . . . 75,000 gpm
Minimum detention time in the reaction-flocculation zone at design rate . . . . . . . . . . 30 minutes
Detention time in basin at design rate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 113 minutes
Maximum upflow rate in settling zone, at design rate, measured
    at 2 feet below water surface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1.40 gpm/sq. ft.
Maximum travel to effluent launder trough . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19 ft.

---

The drive assembly for the rotating scraper shall be equipped with an indicating overload mechanism with two independently adjustable contacts. An "Alarm" contact shall be provided to operate an alarm device when the load reaches approximately 100 percent of the specified running torque. A "Stop" contact shall be provided to stop the motor at approximately 120 percent of the specified running torque. The "Alarm" contact setting shall not exceed the rated motor horsepower. The overload device shall be enclosed in a weatherproof housing. The alarm devices operated by the contacts shall be furnished under the electrical section of the specifications.

Torque overload contacts and torque indicators shall be actuated by sensing the tangential load on the pinion of the final gear set. The overload mechanism shall be factory adjusted prior to shipment.

## MIXER DRIVE

The speed of mixing equipment for the flocculating zone shall be infinitely variable over a 4 to 1 range.

The mixing equipment shall be a marine propeller driven by a directly connected gear reducer with independent propeller shaft bearings. The mixer drive shall be concentric with the scraper drive. Multiple mixers are not acceptable.

The variable speed mixer drive shall consist of a parallel helical gear reducer combined with a traction disc type speed variator and a constant speed drive motor. The entire assembly shall flange mount to a torque tube housing the independent propeller shaft bearings.

The traction disc type variable speed unit shall have a cast iron housing with a manually adjustable handwheel and control screw which adjusts the position of the motor driven conical disc against the traction ring, thereby adjusting the unit output speed. The motor driven conical disc shall be chrome plated. A position indicator shall be provided to indicate speed as a percentage of the full speed of the unit.

The traction disc housing shall be furnished with extra corrosion protection consisting of a shop coat of primer and two coats of polyurethane paint on the exterior surfaces. All internal machine parts shall be coated with anti-corrosion paint. The integral motor winding head shall receive an extra layer of lacquer for protection from wash-down and humid operating conditions.

The parallel helical gear shall be oil bath lubricated. Seals shall be provided to prevent oil leakage around shafts. Independent shaft bearings shall be grease lubricated with fittings tubed to accessible locations.

## DRAFT TUBE

The mixing equipment shall be installed in the combination center column/draft tube extending to the bottom of the basin to insure that precipitated solids are re-circulated from the floor of the basin. Units without this design feature will not be acceptable. Properly sized velocity control discharge ports shall be provided in the draft tube near the water surface under the cone so that flocculation occurs under the cone.

## MIXER

The mixing equipment in the flocculation-reaction zone shall be capable of suspending a slurry

having a concentration of 1 percent solids by weight.  At maximum speed, the mixing equipment in each basin shall produce a re-circulation (pumping rate) of at least six times the design rate.

The marine propeller rotating speed shall not exceed 40 percent of the critical speed of the shaft. Submerged steady bearings will not be acceptable.

In order to insure that the mixing device does not produce shearing forces which degrade the size of the flocculated solids, the re-circulated water velocity in the draft tube shall not exceed 1.4 ft./sec.

## ROTATING SCRAPER ASSEMBLIES

Each unit shall be provided with two rotating scraper arms.  The rotating arms shall be attached to and supported by the rotating cone or by a central drive cage of adequate strength and rigidity to support and rotate the scraper arms under maximum load conditions with an adequate factor of safety and shall be reinforced at top and bottom for proper distribution of loads to supports. Scraper arms shall be fabricated from steel members specially designed to keep the vertical and horizontal deflection within acceptable limits.

Blades shall be provided on the rotating arms to move settled sludge to the central sludge collection hopper.  Blades shall be spaced on each arm so settled sludge is collected over the full area of the basin by each arm.

The scraper arms shall conform to the slope of the bottom of the basin.

## ACCESS WALKWAY AND PLATFORMS

Each turntable top shall provide a platform above the center pier for convenient access to the center drive mechanism.  Adequate clear space shall be provided on at least two sides of each drive unit.

A steel truss or beam supported walkway, extending from the wall of the basin to the drive platform, shall be provided for access to the platform.  The walkway shall be at least 36" wide (clear distance between handrails) and shall be floored with 1/4 inch mill finish checkered steel plate.  The walkway shall be diagonally braced against lateral movement, and shall be designed and constructed so deflection will not exceed 1/360 of the span considering all dead loads plus a live load of 50 pounds per square foot.  Slide plates or equivalent at the basin walls shall support the walkway beams when required.

Three-rail 1 1/2" steel pipe handrails meeting OSHA requirements shall be provided along each side of the platforms and walkways.  All walkways shall be equipped with a steel kickplate at least 4" high.

## EFFLUENT LAUNDERS

Radial type effluent launders shall be provided as a part of the basin equipment.

Twenty (20) radial launders, each extending from the basin wall to the periphery of the conical baffle wall, shall be provided so that the horizontal travel of water does not exceed 10 ft. at any point.  All launder parts shall be free of winds, warps, local deformations, or unauthorized bends. Holes and other provisions for field connections shall be accurate and shop checked, so that proper fit will be provided when the units are assembled in the field.

The launder trough sections shall be fabricated by bending a single plate or by welding flat plates. If welding is used, the welds shall be continuous. All joints in the effluent launder troughs shall be watertight. Flow velocity in the launders and collection troughs shall not exceed 2 ft./sec.

Adjustable FPR weir plates shall be provided along the top edges of each effluent launder. The weir plates shall be fabricated with V-notches in the upper edge. The steel weirs shall be spaced to provide uniform collection of the water from the surface area of the basin. The top edge of each weir plate shall be straight within 1/8 inch. Particular care shall be taken in forming operations. All irregularities on edges shall be removed. All joints between weir plates and launders shall be caulked.

## SLUDGE BLOWDOWN

Provision shall be made for automatic intermittent removal of sludge from the sludge hopper through the bottom drain line. A properly sized ITT Grinnell diaphragm valve shall be included with the equipment for this purpose. Also included shall be a control cabinet containing two automatic reset timers which can be independently adjusted to control both the interval and duration of the sludge blowdown. The valve shall be hydraulically operated.

## SAMPLE PIPING

Sample piping and valves shall be provided as shown on the drawings. Sample lines shall be located so that a representative sample can be obtained from four suitable levels in the settling zone.

## STRUCTURAL DESIGN

The ratio of unbraced length to least radius of gyration, slenderness ratio, shall not exceed 200 for any compression member, and shall not exceed 240 for any main tension members, or 300 for lateral bracing members or other secondary members in tension. For angles, the governing radius of gyration is about the Z-Z axis. In addition, all structural members and connections shall be designed so that the unit stresses will not exceed AISC allowable stresses by more than 1/3 when subjected to a loading of twice the running torque of the drive.

Structural members for the launder support system shall be designed so that the unit stresses will not exceed AISC allowable stresses by more than 1/3 when subjected to the buoyant forces during filling operation of the basin or to the maximum downward forces occurring when basin water level is drained to below the launder troughs and the troughs are still filled with water to the orifices or V-notches.

## ANCHOR BOLTS

All necessary anchor bolts for the erection of the units shall be included.

## EDGE GRINDING

Sharp corners of cut or sheared edges, which will be submerged in operation, shall be dulled by at least one pass of a power grinder to improve paint adherence.

## SURFACE PREPARATION

All iron and steel surfaces, except motors and speed reducers, shall be shop cleaned by sandblasting in strict accordance with the paint manufacturer's recommendations. All mill scale, rust, and contaminants shall be removed before shop primer is applied.

## SHOP PAINTING

All iron and steel surfaces shall be shop coated with Tnemec #20-1255 primer to a minimum dry film thickness of 4.0 mils. Surface preparation and the shop coating shall be in accordance with the coating manufacturer's recommendation for the intended service. The submerged coating system must be suitable for potable water service.

## FABRICATION

All welds shall be continuous on submerged or partially submerged components.

## POWER SUPPLY

Power supply to the equipment will be 460 volt, 60 Hz, 3 phase.

## SECTION 10 - CARBON DIOXIDE SYSTEM

It is proposed to feed liquid carbon dioxide into the existing recarbonation basins.  $CO_2$ reacts within two minutes and, therefore, the retention time at 4.5 minutes is appropriate.  Basin baffling is required to create good mixing.

The carbon dioxide storage is immediately west of the existing recarbonation basin in the former secondary flocculation basins.

Contained in this section is a drawing entitled *Chemical Storage and Liquid Carbon Dioxide Feed* in The plan view that illustrates the relationship between existing carbonation basins and the proposed liquid carbon dioxide storage.

10-1



# EQUIPMENT

# TOMCO₂
### SYSTEMS

*The World's Leader In Recarbonation Systems*

## Series C General Specifications

**Pressure Vessel:** ASME coded for maximum working pressure of 350 psig.

**Piping:** Schedule 80 seamless stainless steel nozzles, Schedule 80 carbon steel pipe, 2000 pounds forged carbon steel fittings, stainless steel ball type valves.

**Safeties:** ASME approved direct spring loaded or pilot operated; size for unconfined outdoor installation.

**Insulation:** 6" polyurethane.

**Outer Jacket:** .063" aluminum.

**Refrigeration Optional**

**Vaporizers Optional:** Steam, water or electric; capacities to 10,000 lbs/hr.

**Liquid Level Gauge:** Differential pressure indicator type with 6" dial

**Electrical Characteristics:** 208/220/230/380/460 volt*, 60 Hz., 3 Phase

**Control Cabinet:** .040" prefinished aluminum with lockable access door.

*\* Other electrical characteristics available upon request.*

*Note: Vertical and economy storage series are also available in various sizes.*



| Model No. | Capacity | Height | Length | Width (6" Insul.) | Approx. Empty Wt. |
|---|---|---|---|---|---|
| WT-10C | 20,000 lbs | 8'10" | 15'9" | 7'6" (7'10") | 12,750 lbs |
| WT-18C | 36,000 lbs | 8'10" | 23'9" | 7'6" (7'10") | 18,500 lbs |
| WT-26C | 52,000 lbs | 8'10" | 31'0" | 7'6" (7'10") | 25,000 lbs |
| WT-34C | 68,000 lbs | 8'10" | 39'9" | 7'6" (7'10") | 31,900 lbs |
| WT-42C | 84,000 lbs | 8'10" | 47'9" | 7'6" (7'10") | 38,500 lbs |
| WT-50C | 100,000 lbs | 8'10" | 56'6" | 7'6" (7'10") | 45,000 lbs |



| Model No. | Voltage | Capacity (lb/hr) | Wattage (kilowatts) | Dimensions | Approx. Weight |
|---|---|---|---|---|---|
| M-259 | 220 | 245 | 9 | 60" x 19" x 50" | 231 lbs |
| | 460 | 325 | 12 | (152.4 cm x 48.3 cm x 127 cm) | (105 kg) |
| M-418 | 220 | 490 | 18 | 60" x 19" x 50" | 233 lbs |
| | 460 | 650 | 24 | (152.4 cm x 48.3 cm x 127 cm) | (106 kg) |
| M-628 | 220 | 760 | 28 | 55" x 21" x 57" | 386 lbs |
| | 460 | 760 | 28 | (139.7 cm x 53.3 cm x 144.8 cm) | (175 kg) |
| M-1256 | 220 | 1525 | 56 | 101" x 21" x 57" | 698 lbs |
| | 460 | 1525 | 56 | (256.5 cm x 53.3 cm x 144.8 cm) | (317 kg) |

## Modular Electric Pressure Build Vaporizers for Liquid Carbon Dioxide

**Features:**

Designed to NEMA 3R standards

1" Carbon Dioxide blow down valve

Dual high temperature shutdown switches

350 psig ASME safety relief valve

Pressure control set for operation between 245 and 255 psig (May be field adjusted)

**Electrical Characteristics:**

230/460 volt*, 60 Hz., 3 Phase.

*\* Other electrical characteristics available upon request.*



# TOMCO₂
## SYSTEMS
# EQUIPMENT COMPANY

3340 Rosebud Road, Loganville, Georgia 30249
Phone: 770-979-8000 • 800-832-4262 • Fax: 770-978-5861 • e-mail: TOMCO@mindspring.com



**Tomco₂ Equipment Company**
3340 Rosebud Road, Loganville, Georgia 30249
1-800-832-4262      Fax (770) 985-9179      (770) 979-8000

## CARBON DIOXIDE STORAGE EQUIPMENT

**SCOPE**

A.    Work Included:  This section covers the Work necessary to furnish the equipment and materials required for the carbon dioxide storage system, complete.The system, as specified herein, shall be furnished by one supplier, with at least 5 years of prior experience in supplying carbon dioxide systems of the type specified.

B.    The basic system consists of the following equipment and materials:

1.    One (1) Liquid Carbon Dioxide Storage Tank System compete with Vaporizer, and Vapor Heater.

2.    One (1) First Stage $CO_2$ Pressure Reducing Valve.

3.    Two (2) Automatic pH PSF Feed Control Panels.

4.    Two (2) Solution Diffusion Assemblies.

5.    Electrical equipment, panels, as required for tank, vaporizer and vapor heater.

6.    All other equipment, materials, etc., required to produce a complete and working system.



Compressed Gas Association Member

## MANUFACTURERS

A.   Manufacturer of the carbon dioxide system shall be TOMCO$_2$ Equipment Co., Loganville, GA.

## STATEMENT OF CONFORMANCE

A.   The manufacturer of the carbon dioxide storage shall inspect the completed installation and provide written certification that the system will operate as designed and specified herein.

## LIQUID CARBON DIOXIDE STORAGE TANK

A.   The storage tank shall consist of a welded steel pressure vessel designed and constructed in accordance with Section VIII of the ASME "Code for Unfired Pressure Vessels."

B.   The storage tank shall be capable of holding 68,000 lbs of liquid carbon dioxide at 300 psig and 0°F.

C.   The tank shall be insulated with a minimum of 6 inches of urethane foam insulation which shall be covered with a 0.063 factory painted white aluminum shell. The ends are to be covered with aluminum performed flanged and dished heads. The thermal conductivity (overall U-factor) for the insulated tank wall shall not be greater than 0.025 Btu per hour per square foot per °F (assuming a wind speed of 15 mph).

D.   The tank shall be complete with a liquid level gauge calibrated to read in pounds, 0 to 600 psi; pressure gauge, and all necessary Schedule 80 pipe connections for filling and withdrawal of $CO_2$ from the storage tank.

E.   Refrigeration is optional. NOTE: if the vapor withdrawal is more than 30 pounds per hour, refrigeration is not needed.

The storage tank shall be Tomco model WT34CA.

F.   The tank shall be provided with a complete electric vaporizer unit capable of vaporizing 750 lbs of liquid carbon dioxide per hour at 300 psig. Automatic controls shall be provided to control the vaporizer to maintain the tank pressure above 245 psig. An adjustable differential pressure switch shall activate the vaporizer at 245 psig and shall deactivate the unit at 255 psig. Liquid carbon dioxide shall be drawn off of the tank near the bottom, with the vapor line returning to the tank near the top. A purging valve for easy removal of accumulated impurities, safety controls consisting of a safety relief valve, a thermostat for overheat protection and a fused control circuit for coil protection shall be provided. Electrical requirements shall be 480-volt, 3-phase, 60-Hz, and shall be provided with a fused disconnect switch. The vaporizer shall be supplied as an integral part of the storage tank and shipped prepiped, prewired, preinsulated, and located inside the storage tank enclosure.

2

The vaporizer shall be a Model No. M-628 as manufactured by Tomco Equipment Company of Loganville, Georgia.

G.  The tank shall be provided with an electric vapor heater to heat the $0°F$ $CO_2$ gas to near room temperature.  The vapor heater shall be rated for operation on 480 volts, single-phase, 60-Hz power system.  The vapor heater shall be supplied complete with a temperature controller utilizing a copper capillary sensing element.  Operating control range shall be adjustable from $30°$ to $110°F$.  A solid high conductivity aluminum pressure casting containing both the electrical resistance heaters and the stainless steel tubing for the $CO_2$ vapor shall be provided.  An overheat device shall be supplied to shut off the heating element should the temperature reach $200°F$.  A manual reset button shall be supplied for restarting the heater after the overheat temperature controller has tripped out. The vapor heater shall be pre-piped, pre-wired inside the storage tank enclosure.

Vapor heater shall be Model No. CVH-8 as manufactured by Tomco Equipment Company of Loganville, Georgia.

H.  The storage tank shall be protected from being subjected to pressures greater than the maximum allowable working pressure by means of an ASME approved pilot operated relief valve and two bleeder type relief valves.

I.  The tank shall be provided with a pressure switch to sound an alarm automatically in the event of excessive high or low pressure in the tank.  The alarm horn and indicating lights shall be mounted on a control panel located on the storage tank. The panel shall be complete with an alarm silence circuit to shut off the audible alarm.  Contacts shall be provided for remote indication of high and low tank pressure alarm.

J.  All piping and fittings provided as a part of the storage tank vessel shall be stainless steel. All pipe and fittings screwed onto the vessel fittings will be carbon steel with 2,000 psi rated screwed fittings.  Stainless Steel Ball valves shall be provided where the connections for the liquid fill, vapor return and vapor process lines connect to the tank, and where needed to remove and service the vaporizer, vapor heater, etc., without emptying the tank.

K.  The overall dimensions of the tank is  40'-0"long by 7'-10" wide by 8'-10" high

## FIRST STAGE PRESSURE REGULATOR STATION

A.   Provide a carbon dioxide regulator to be mounted inside the storage tank enclosure. The regulator shall be used to reduce the pressure from approximately 300 psig to 1000 psig.  The regulator shall have a malleable iron body, aluminum spring case and lower case, nitrile and aluminum valve disc and holder, nylon fabric coated with nitrile diaphragm, chrome plated brass valve stem and brass valve stem guide.  The outlet pressure of the regulator shall be easily adjusted through the use of an adjustment screw.

B.   One (1) pressure gauge, 0 to 300 psig range, complete with isolation valve shall be provided downstream of the regulator.

4



**Tomco₂ Equipment Company**
3340 Rosebud Road, Loganville, Georgia 30249
1-800-832-4262     Fax (770) 985-9179     (770) 979-8000

## Pressurized Solution Feed System
### ( Patent Numbers  5487835 & 5514264)

| Design Conditions: | CO-2 Flow Rate: | 625 lb/hr  (max) |
| --- | --- | --- |
| | Each PSF panel flow rate: | 313 lb/hr |
| | Carrier water required: | 313 gpm (each panel) |
| | Minimum Carrier Water Pressure: | 50 psig |

Two  (2) **Tomco Pressurized Solution Feed Assemblies** will be provided.  All $CO_2$ piping and fittings will be Type 304 stainless steel.  All water piping and fittings will be Sch. 10 stainless steel.  Each panel will be free standing and constructed of carbon steel.  The carbon dioxide at 65 psig minimum will be diffused into a carrier water line.  The clean water supply shall be capable of providing up to 313 gpm at a minimum of 50 psig and approximately 5° C to 25° C to each panel. Each panel will contain the following, either on the panel or for field installation:

**(a)     Wye Strainer**

One (1) bronze "Y" strainer provided on the inlet side of the $CO_2$ feed panel to remove any debris that might pass through the $CO_2$ vapor line from the storage tank.

**(b)     Pressure Indicator**

Pressure gauge, 2-1/2" dial, 0-200 psi range, complete with isolation valve, shall be provided for indication of the $CO_2$ pressure upstream of the regulator.

**(c)     Pressure Regulator**

One (1) second stage pressure regulator complete with pressure gauge will be supplied.  This regulator will reduce the  pressure from 200 psig to the desired pressure.  The regulator will have a malleable iron body, aluminum spring case  and lower case, nitrile and aluminum  valve disc and holder, nylon fabric coated with nitrile diaphragm, chrome plated brass  valve stem and brass valve stem guide.  The   outlet pressure of the regulator will be easily adjusted through the use of an adjustment screw.



Compressed Gas Association Member

**(d)   Pressure Indicator**

Pressure gauge, 2-1/2" dial, 0-100 psi range, complete with isolation valve, shall be provided for indication of the $CO_2$ pressure downstream of the regulator.

**e)   CO-2 Rotameter**

One (1) glass tube type indicating CO-2 flow meter will be provided. The frame and end fittings will be 316 stainless steel. A glass tube, direct reading scale and stainless steel float will be used.

**(f)   Flow Control Valve**

One (1) electronic $CO_2$ flow control valve will be provided. The valve will be supplied complete with a microprocessor based linear electric actuator. The actuator is designed to accept a proportional 4-20 mA D.C. signal from the pH controller. Supply power to the valve will be 115 v A.C. The valve body will be 316 stainless steel. The Control valve will have a 30 to 1 turn down capability. The valve and actuator shall be Badger.

**(g)   By-Pass Flow Control Valve**

One (1) manually operated by-pass $CO_2$ flow control valve will be supplied. The valve will be stainless steel construction and designed for positive control of $CO_2$ flow.

**(h)   Isolation Valves**

Three (3) $CO_2$ isolation valves will be supplied. The valve bodies will be of stainless steel construction with stainless steel trim. The valves will be designed specifically for $CO_2$ service.

**(i)   Pressure Indicator**

Pressure gauge, 2-1/2" dial, 0-200 psi range, complete with isolation valve, shall be provided for indication of the water pressure upstream of the mixer.

**(j)   In-Line Mixers**

Two (2) in-line mixers designed to continuously mix carbon dioxide with the water. The $CO_2$ vapor will be injected upstream of the mixer though a stainless steel diffuser. The mixers shall be Chemineer PVC static mixer.

**(k)   Pressure Indicator**

Pressure gauge, 2-1/2" dial, 0-200 psi range, complete with isolation valve, shall be provided for indication of the water pressure downstream of the mixer.

2

l)    **CO₂ Check Valve**

One (1) stainless steel ball check valve will be provided in the $CO_2$ injection line.

(m)   **pH Controller**

One (1) pH indicating PID controller will be provided.  The controller will be complete with proportional band, transit time, reset functions, set point, output indication, remote pH transmission, manual/automatic selection and hi/low pH alarms.  The controller will transmit a proportional 4-20 mA D.C. signal to the $CO_2$ control valve. The controller shall be Great Lakes.

(n)   **pH Electrode**

One (1) pH electrode assembly will be provided.  The electrode assembly will include a pH glass electrode, a    reference electrode, a thermocompensator and a preamplifier, all enclosed in a corrosion-proof CPVC body.  The electrode assembly will located  downstream of the $CO_2$ application point for measurement of the pH and transmitting the pH measurement signal to the pH controller.  The electrode assembly will be complete with an insertion assembly.  The electrode shall be Great Lakes.

All necessary valves, safeties, gauges, pipe, pipe fittings, etc. will be included as part of the recarbonation system.

### Carbon Dioxide Solution Diffuser

Two (2) Tomco $CO_2$ solution diffusers to input $CO_2$ solution into the water stream. Each diffuser will be constructed of stainless steel.

The above components will be factory assembled and all field connections clearly marked. The entire assembly shall be shop tested and calibrated.  Detailed drawings, parts list and operating manuals are provided as part of the recarbonation unit.

3

## Items NOT Included With Our Equipment:

(a)   Foundation, concrete pad or anchor bolts for the liquid $CO_2$ storage tank and CO-2 feed equipment.

(b)   Electrical wire, junction boxes or conduit for equipment.

(c)   Erection and installation; however, complete erection and installation drawings to cover all equipment furnished by Tomco are provided.

(d)   Piping supports or wall sleeves for piping.

(e)   Interconnecting piping between storage tank and feed control panels.

(f)   Interconnecting piping between control panels and diffuser assemblies.

(g)   Liquid $CO_2$ required to fill the storage tank.

(h)   Shielded cable to the $CO_2$ feed control panels.

(i)   Pipe taps for insertion of $CO_2$ equipment into a pipeline.

4



**Tomco, Equipment Company**
3340 Rosebud Road, Loganville, Georgia 30249
1-800-832-4262          (770) 979-8000
Fax (770) 985-9179          Sales Fax (770) 978-5861

# PRESSURIZED SOLUTION FEED SYSTEM
# CUSTOMERS

| JOB NO. | CUSTOMER/ENGINEER | JOB NO. | CUSTOMER/ENGINEER |
|---|---|---|---|
| WTI-677 | Proctor And Gamble<br>Cape Girardeau, MO.<br><br>Infilco Degremont, Inc.<br>Richmond, VA. | WTI-675 | US Pipe<br>Bessemer, AL.<br><br>AirGas Carbonic<br>Duluth, GA.<br><br>Mike Dirth<br>(800) 295-2225 |
| WT-670 | Olathe Water<br>Treatment Plant<br>Olathe, Kansas<br><br>Burns McDonnell<br><br>Vinne Hart<br>(816) 822-3414 | WT-665 | Lake Oswego Water<br>Treatment Plant<br>Lake Oswego, Oregon<br><br>John Carollo Engineering<br>Boise, Idaho<br><br>Jim Meyerhofer<br>(208) 376-2288 |
| WT-662 | Mather Air Force Base<br>Mather, CA.<br><br>Montgomery Watson<br>Mather, CA.<br><br>David Leishman<br>(916) 231-4430 | WT-661 | Powershiek Water<br>Association<br>Water Treatment Plant<br><br>Wendler Engineering<br>Tama, Iowa<br><br>(319) 622-3816 |

Compressed Gas Association Member

| JOB NO. | CUSTOMER/ENGINEER | JOB NO. | CUSTOMER/ENGINEER |
|---------|-------------------|---------|-------------------|
| WT-650 | Hemlock Water Filtration Plant<br>Hemlock, NY.<br><br>Tomco Equipment Co<br>Loganville, GA.<br><br>Tom Shane<br>(800) 832-4262 | WT-644 | Leavensworth<br>Water Treatment Plant<br>Leavensworth, KS.<br><br>Tomco Equipment Co<br>Loganville, GA.<br><br>Tom Shane<br>(800) 832-4262 |
| WT-641 | Lockheed Martin<br>Paducah, KY.<br><br>Tomco Equipment Co<br>Loganville, GA.<br><br>Tom Shane<br>(800) 832-4262 | WT-635 | City of Beaver Dam, WI.<br>Water Treatment Plant<br><br>Strand and Associates<br>Madison, WI.<br><br>Randy Wirtz<br>(608) 251-4843 |
| WT-632 | City of Oswego N.Y.<br>Metropolitan Water Board<br><br>Metropolitan Water Board<br><br>Jim Doran<br>(315) 343-4523 | WT-631 | Dravo Lime Co.<br>Maysville, KY.<br><br>CIC/Tomco<br>Loganville, GA.<br><br>Mike Dirth<br>(800) 241-5882 |
| WT-629 | Elizabeth City<br>Water Treatment Plant<br>Elizabeth City, NC.<br><br>Piedmont Olsen<br>Raleigh,NC.<br><br>Raymond Cordon<br>(919) 782-5511 | WT-627 | City of Kansas City, KS.<br>Water Treatment Plant<br><br>Black & Veatch<br>Kansas City, KS. |

| JOB NO. | CUSTOMER/ENGINEER | JOB NO. | CUSTOMER/ENGINEER |
|---------|-------------------|---------|-------------------|
| WT-626 | HeathWater Treatment Plant<br>Heath ,OH.<br><br>Burgess & Niple<br>Columbus, OH.<br><br>John Sanders<br>(614) 459-2050 | WT-619 | City of Marina, CA.<br>Reverse Osmosis<br>Desalination<br><br>Shave & Wheeler<br>San Jose, CA.<br><br>Katherine Oven<br>(408) 297-4848 |
| WT-614 | Appleton Papers,Inc<br>Combined Locks, WI.<br><br><br>Darrel Wittmann<br>Project Engineer<br>(414) 687-3550 | WT-602 | Dickinson Water<br>Treatment Plant<br>Dickinson, ND.<br><br>Kadrmas Lee & Jackson<br>Dickinson, ND.<br><br>Brett Jochim<br>(701) 227-1284 |
| WT-595 | Pella Water Treatment<br>Plant<br>Pella, IA.<br><br>Howard R. Greene<br>Des Moines, IA.<br><br>Chris Catlin<br>515-278-2913 | WT-588 | Altamonte Springs<br>Water Treatment Plant<br>Altamonte Springs, FL.<br><br>Boyle Engineers<br>Orlando, FL.<br><br>Carl Edquist<br>407-425-1100 |
| WT-587 | Metito International<br>Riyadh, Saudi Arabia<br><br>Tomco Equipment Co<br>Loganville, GA.<br><br>Tom Shane<br>(800) 832-4262 | WT-584 | Van Wert Water<br>Treatment Plant<br>Van Wert, OH.<br><br>Finkbeiner Petis & Strout<br>Toledo, OH.<br><br>Dave Tarbell<br>419-473-1121 |

| JOB NO. | CUSTOMER/ENGINEER | JOB NO. | CUSTOMER/ENGINEER |
|---|---|---|---|
| WT-583 | Massachusetts Water Resources Authority Boston (Marlboro), MA.<br><br>CH$_2$M Hill Boston, MA.<br><br>Tom Martens 617-523-2260 | WT-582 | 3-M Company Columbia, MO.<br><br>Tomco Equipment Co Loganville, GA.<br><br>Tom Shane (800) 832-4262 |
| WT-576 | 3-M Company 10746 Chemolite Road Cottage Grove, MN.<br><br>3-M Engineer<br><br>Nancy Andrews 612-778-4217 | WT-575 | 3-M Company 10746 Chemolite Road Cottage Grove, MN.<br><br>3-M Engineer<br><br>Nancy Andrews 612-778-4217 |
| WT-574 | St. Mary's Water Treatment Plant St. Mary's, OH.<br><br>Jones Henry Engineers Toledo, OH.<br><br>Gary Williams 419-473-9611 | WT-564 | Ann Arbor Water Treatment Plant Ann Arbor, MI.<br><br>CH$_2$M Hill Engineers Milwaukee, WI.<br><br>Tony Meyers 414-272-2426 |
| WT-563 | West Palm Beach Water Treatment Plant West Palm Beach, FL.<br><br>CH$_2$M Hill Engineers Gainesville, FL.<br><br>Steve Lavinder 305-426-4008 | WT-561 | Minneapolis Water Treatment Plant Minneapolis, MN.<br><br>Black & Veatch Kansas City, MO.<br><br>Dave Carlson 913-339-3183 |

| | | | |
|---|---|---|---|
| WT-560 | Duke Power Co.<br>Waste Water Treatment<br>Seneca, SC.<br><br>Duke Power Engineer<br>Seneca, SC.<br><br>Gary Saine<br>704-373-3819 | WT-559 | Gold Kist Poultry<br>Waste Water Plant<br><br>Carbonic Industries Corp.<br>Duluth, GA.<br><br>Mike Dirth<br>800-241-5882 |
| WT-553 | Palm Beach County<br>Waste Water Treatment<br>Palm Beach, FL.<br><br>CH$_2$M Hill Engineers<br>Gainesville, FL.<br><br>Steve Lavinder<br>305-426-4008 | WT-550 | Altamonte Springs<br>Water Treatment Plant<br>Altamonte Springs, FL.<br><br>Boyle Engineers<br>Orlando, FL.<br><br>Dave LaLiberty<br>407-425-1100 |
| WT-522 | Middletown Waste Water<br>Treatment Plant<br>Middletown, OH.<br><br>CH$_2$M Hill Engineers<br>Milwaukee, WI.<br><br>Tony Meyers<br>414-272-2426 | | |

# CARBON DIOXIDE STORAGE FACILITY
# AND PRESSURIZED SOLUTION FEED SYSTEM
# FOR
# FLINT WATER TREATMENT PLANT
# FLINT, MICHIGAN

## DRAWING INDEX

| SHEET | TITLE | DRAWING NUMBER |
|---|---|---|
| 1 | MDL. WT34CA STORAGE TANK GENERAL ARRANGEMENT | 34-C-GEN |
| 2 | MDL. WT34CA STORAGE TANK PIPING SCHEMATIC | 34-C-SCH |
| 3 | M-628 VAPORIZER GENERAL ARRANGEMENT | M-628 |
| 4 | MDL. CVH-8 VAPOR HEATER DETAIL | CVH-8-480 |
| 5 | PRESSURIZED SOLUTION FEED PANEL DETAIL | 350-PSF |



TOMCO EQUIPMENT COMPANY
SYSTEMS
LOGANVILLE, GEORGIA

FLINT
WATER TREATMENT PLANT
CARBON DIOXIDE STORAGE FACILITY
AND PRESSURIZED SOLUTION FEED SYSTEM

REFERENCE DRAWING
"CONFIDENTIAL-TRADE SECRETS"

SAMPLE

COVER SHEET



GENERAL ARRANGEMENT & PIPING LOCATIONS

SIDE ELEVATION

FRONT ELEVATION
WITH DOOR REMOVED

GENERAL NOTES

1. WEIGHT EMPTY:  31,900 LBS.
2. NOMINAL WEIGHT CONTENTS (FULL):  68,000 LBS.
3. TOTAL CAPACITY:  1186.78 CU. FT.  (8728 GALLONS)
4. MAXIMUM ALLOWABLE WORKING PRESSURE:  350 PSIG
5. MINIMUM DESIGN METAL TEMPERATURE:  -40°F @ 350 PSIG
   NOTE: VESSEL NOT INTENDED TO BE FILLED WITH
   LIQUID CO₂ COLDER THAN -20°F
6. LIFTING LUGS TO BE USED ONLY WHEN VESSEL IS EMPTY
   SHACKLES WILL BE PROVIDED AS A PART OF THE LIFTING LUGS.
7. ANCHOR BOLT HOLES TO BE DRILLED OR BURNED IN THE
   BOTTOM FLANGE OF THE VESSEL SKID IF ANCHORING IS REQUIRED
   BY STATE OR LOCAL BUILDING CODES. (NOT BY TOMCO)
8. THE TANK IS DESIGNED AND CONSTRUCTED IN ACCORDANCE
   WITH SECTION 8 OF THE ASME CODE.
9. ALL CARBON DIOXIDE PIPING AND FITTINGS SHALL BE SCHEDULE 80
   CARBON STEEL.  FITTINGS SHALL BE THE THREADED TYPE.
10. ALL COPPER INSTRUMENT PIPING SHALL BE TYPE K WITH COMPRESSION
    TYPE FITTINGS.

TOMCO EQUIPMENT COMPANY
SYSTEMS

LOGANVILLE, GEORGIA

MODEL WT34CA LIQUID CARBON DIOXIDE
STORAGE TANK GENERAL ARRAGEMENT
SAMPLE DRAWING

SAMPLE    WT34-C-CEN



LINE/PENETRATION
NOMINAL SIZE

A    1/2"

B    1"

C    1 1/4"

D    1 1/2"

—    2"

F    12"x16" (MANWAY)

VALVE NUMBER/SERVICE

V-1    1/4" GAUGE ISOLATION
V-2    1 1/2" LIQUID FILL
V-3    1" VAPOR BALANCE
V-4    1" VAPOR PROCESS
V-5    3/4" PRESSURE BLEED-OFF
       (330 PSIG SET PRESS.)
V-6    3/8" PRESSURE BLEED-OFF
       (330 PSIG SET PRESS.)
V-7    1/2" SWITCHING VALVE
V-8    3/4" PRESSURE REGULATOR
V-9    1/4" INSTRUMENT BLOW-DOWN VALVE
V-10   1/2" VAPORIZER BLOW-DOWN
V-11   1/2" VAPORIZER PRESSURE RELIEF
V-12   1/2" VAPORIZER LIQUID ISOLATION
V-13   1/2" INSTRUMENT PRESSURE RELIEF
V-14   1/2" INSTRUMENTATION ISOLATION
V-15   1/4" INSTRUMENTATION EQUALIZATION

V-16   1/2" INSTRUMENTS ON ISOLATION
V-17   1 1/2" VAPOR STATION
V-18   NOT USED
V-19   NOT USED
V-20   1/2" VESSEL SAFETY RELIEF

## BILL OF MATERIALS

| ITEM | QTY | STA. # | DESCRIPTION |
|---|---|---|---|
| 101 | 1 | 3370-4 | VESSEL SAFETY RELIEF VALVE - 1/2" HENRY 927 - 452 SET PSI |
| 102 | 2 | 0390-6 | BLEEDER VALVE - CASH-ACME FBM-2 HIGH PRESSURE S @ 330 PSI |
| 103 | 1 | 0300-8 | THREE-WAY SWITCHING VALVE - HENRY 923 |
| 104 | 2 | 0354-24 | 1 1/2" MANUAL BALL VALVE - 1 1/2" JAMESBURY 9NB-3636MT |
| 105 | 8 | 0354-16 | 1" MANUAL BALL VALVE - 1" JAMESBURY 9NB-3636MT |
| 106 | 2 | 0354-8 | 1/2" MANUAL BALL VALVE - 1/2" JAMESBURY 9NB-3636MT |
| 107 | 1 | 0501-8 | 1/2" CGA COUPLING |
| 108 | 1 | -7 | REGO DPM INDICATOR |
| 109 | 1 | 0111 | REGO DPM TANK GOLD |
| 110 | 1 | 0200-214 | LEVEL INDICATOR - RAEGON D.P. 227A (CALIBRATED IN LBS) |
| 111 | 1 | 0180-4 | PRESSURE GAUGE - ASHCROFT 8" 1377 #/0-800 PSI RANGE |
| 112 | 1 | 1020-1 | HIGH PRESSURE ALARM PRESSURE SWITCH - ALLEN BRADLEY 836-A4 |
| 113 | 1 | 1020-1 | LOW PRESSURE ALARM PRESSURE SWITCH - ALLEN BRADLEY 836-A4 |
| 114 | 1 | 1020-1 | VAPORIZER PRESSURE SWITCH - ALLEN BRADLEY 836-A4 |
| 115 | 1 | FS-M-82B | ELECTRIC CARBON DIOXIDE VAPORIZER - TOMCO M-82B |
| 116 | 1 | 0041-4 | DIAPHRAM VALVE - 1/4" MUELLER A14833 |
| 117 | 1 | 0042-4 | DIAPHRAM VALVE - 1/4" MUELLER A14838 |
| 118 | 2 | 0380-4 | SAFETY RELIEF VALVE - 1/2" REGO C-9434N SET @ 450 PSI |
| 119 | 1 | 0501-16 | 1" CGA COUPLING |
| 120 | 1 | 0501-24 | 1 1/2" CGA COUPLING |
| 121 | 1 | FS-CVH-8 | CARBON DIOXIDE VAPOR HEATER - TOMCO CVH-8 |
| 122 | 1 | 4252-1 | FIRST STAGE REGULATOR - 3/4" FISHER 627 w/ 1/4" ORIFICE, 70-150 PSI SPRING, SET @ 100 PSIG |
| 123 | 1 | 0354-4 | 1/4" MANUAL BALL VALVE - 1/4" JAMESBURY 9NB-3636MT |
| 124 | 1 | 4353 | PRESSURE GAUGE - AMETEK SSOL w/ 83 mm DIAL 0-300 PSI RANGE |

VAPOR PROCESS
3/4" NMPT

VAPOR BALANCE

LIQUID FILL

CONF.

CONF.

GUSSET

TOMCO EQUIPMENT COMPANY
SYSTEMS

LOGANVILLE GEORGIA

WT34CA CARBON DIOXIDE STORAGE TANK
PIPING SCHEMATIC
SAMPLE DRAWING

"CONFIDENTIAL-TRADE SECRET"

SAMPLE    WT34 C-SCH







CARBON DIOXIDE VAPOR OUT
2" UNION
ELECTRICAL PANEL w/ DISCONNECT 24" X 24" X 6" DEEP NEMA 4X
4'-5"
1'-1 7/8"
4"
1" PURGE VALVE JAMESBURY 9NB3616MT
1 1/2" UNION
CARBON DIOXIDE LIQUID IN
5"
5"
11"
10"
INSULATION (SHOWN CUT AWAY)
SAFETY RELIEF VALVE REGO C9434-N SET @ 450 PSI
VAPORIZER POT DATA PLATE
THERMOWELLS FOR HIGH TEMPERATURE CUTOUTS
ELECTRIC HEATING ELEMENT WARREN 300XWF-28-460-42SS-LT+3
1'-5 5/8"
6 1/2"
1'-4 1/2"
6 3/4"
4'-9"
4. VAPORIZER CAPACITY FOR EACH UNIT IS 760
TOMCO2 SYSTEMS EQUIPMENT COMPANY
OGANVILLE, GEORGIA
M-628 MODULAR VAPORIZER DETAIL SAMPLE DRAWING
REFERENCE DRAWING
"CONFIDENTIAL - TRADE SECRETS"
SCALE NONE
DATE
NO.
DATE
M-628

BILL OF MATERIALS

| MARK | QTY. | STK # | DESCRIPTION |
|---|---|---|---|
| 1 | 1 | | WALL MOUNTED (72"x60"x20") CONTROL PANEL |
| 2 | 3 | 0354-18 | 1" MANUAL BALL VALVE JAMESBURY MODEL NO 1" 9NT 3636MT |
| 3 | 1 | 4413-16 | KECKLEY "Y" STRAINER, KECKLEY MODEL NO 1" F-300 |
| 4 | 1 | 4253 | 1" FISHER PRESSURE REGULATOR: 1" 627 w/ 1/4" ORIFICE, 70-150 PSIG |
| | | | SPRING, SET @ 90 PSIG |
| 5 | 3 | 0354-4 | 1/4" MAN. BALL VALVE (GAUGE [illegible]) JAMESBURY MOL NO. 1/4" 9NB-3636MT |
| 6 | 3 | 0160-5[illegible] | PRESS GAGE: 2 1/2" DIAL, [illegible] MODEL NO. 1009, 0-160 PSIG RANGE |
| 7 | 1 | | 1/2" REGO PRESSURE RELIEF VALVE, C9434-N SET @ 150 PSI c/w |
| | | | PIPE-AWAY ADAPTER |
| 8 | 1 | | - |
| | | | - |
| 9 | 1 | | AUTOMATIC FLOW CONTROL VALVE: BADGER CONTROLS, 1" TYPE 752 S.S. VALVE, |
| | | | w/"F" TRIM, c/w MODEL EVA-1 ACTUATOR |
| 10 | 1 | 4285 | MANUAL FLOW CONTROL VALVE: 1" MARSH NEEDLE VALVE MODEL NO. H1318 |
| 11 | 3 | | 1" FNPT UNION |
| 12 | 1 | | 1" BALL CHECK VALVE |
| 13 | 1 | | TOMCO DIFFUSER |
| 14 | 2 | | STATIC MIXER: CHEMINEER MODEL NO. 4-KMC-PVC-4 w/PLAIN ENDS |
| 15 | 1 | | - |

GENERAL NOTES:

1. $CO_2$ PIPING AND FITTINGS SHALL BE TYPE 304 STAINLESS STEEL. ALL $CO_2$ PIPING SHALL BE SCHEDULE 40.
2. ALL WATER PIPING AND FITTINGS SHALL BE SCHEDULE 10 S.S.

| No | DESCRIPTION | Date |
|---|---|---|
| | | |
| | | |
| | | |
| A | SAMPLE DRAWING | 08/22/94 |

REVISIONS

REFERENCE DRAWING

"CONFIDENTIAL--TRADE SECRETS"

TOMCO2 SYSTEMS EQUIPMENT COMPANY

LOGANVILLE, GEORGIA

CARBON DIOXIDE PSF CONTROL PANEL PIPING/EQUIP ARRNGT FOR SAMPLE DRAWING

DRN. BY: MHP
CKD. BY
SCALE: NONE
DATE: 08/22/94
JOB NO. SAMPLE
350-PSF

## SECTION 11 - FILTER AND FILTER GALLERY CONCEPTS

Contained in the Plan Section of this section are the drawings illustrating the complete rehabilitation of the existing filters. A drawing entitled *Filter Pipe Gallery Proposed Plan at Elevation 719* illustrates the existing 36-inch washwater drain that will be utilized to convey backwash and filter to wastewater to the residuals pumping station located south of the administration building. It is proposed that all other filter piping (excluding the existing 36-inch washwater drain) be removed and replaced with welded steel and/or flanged piping with new metering and automated butterfly valves to allow for the efficient operation of filters 1 through 12.

Illustrated at elevation 729 is the proposed new filter piping to include 16-inch wash air piping. We are proposing, as shown in the upper right section, that backwash water be from the pipe connected to the elevated storage tank and controlled by a rate of flow controller. Water backwash will follow air wash. Included is a standby washwater connection to be used in lieu of problems with the primary washwater system. The existing backwash pump will not be utilized in any of the backwashing scenarios.

Contained in the drawing entitled *Filter Gallery Piping Proposed Section* are sections taken from the two previous plans that illustrate the relationship, size, valving, metering and proposed 2-inch air gap for the filter to waste concept. This drawing has both a valve and meter schedule to control rate of flow based on sensing flow and controlling the electrically operated butterfly valves.

Contained in the drawing entitled *Filter Box Detail* is the plan view of the existing filter box with the proposed new filter configuration. This illustrates the relationship between the new filter bottom with support, air/backwash nozzle layout, and the modifications required to the existing concrete washwater troughs.

*Section A-A* illustrates the relationship between the existing filter bottom and existing media versus the proposed new underdrain system with 12 inches of sand and 30 inches of GAC cap. Illustrated in *Section A-A* is the relationship between existing concrete troughs and the proposed maximum operating level at elevation 734.

*Section B-B* illustrates the new false bottom, the 10-inch air header top of the false bottom, installation of 12 inches of sand and 30 inches of GAC, and the attachment proposed for the washwater trough.

*Section C-C* illustrates the existing concrete trough and illustrates the stainless steel baffles with a vent for the air backwash. Also note the proposed media separators that act to reduce the loss of media during the backwash cycle.

*Section D-D* illustrates, in section, the underdrain installation plan. The plan illustrates the relationship between tie-down (eliminate buoyancy) to maintain the hydraulic integrity of the system and provide the appropriate support for the 12 inches of sand and 30 inches of GAC.

11-1

The drawing entitled *Filter Backwash Blowers* illustrates the location of the centrifugal blowers utilized during the airwash cycle.  The proposed location is the west corner of the filter building at grade level.  The intake would be just north of this building.  The discharge piping would penetrate the floor into the filter gallery, extend the length of the filter gallery, and enter the false bottom horizontally so as not to penetrate the filter media.

*Figure 11-1* illustrates the new filter console to be located on the existing filter tables in the filter operating area.  These consoles will control new electric actuators on the newly installed butterfly valve.  The operation will control the appropriate filter operation from the new console.  When a filter operation is initiated, a flow signal from the magnetic flow meters will indicate rate of flow and the operator will adjust the butterflies to achieve the appropriate rate of flow for either filter effluent, backwashing or filter to waste scenarios.

Each console indicates the specific function such as an on/off, or hold and will receive a 4 to 20 milliamp signal from the metering device to control the rate of flow controllers to meet the appropriate GPM/MGD designation as required.  Each of the illustrated control switches will be operated from the filter floor.  Each switch will have a 4 to 20 amp capability that will be hard wired into the console to allow variable control and for future connection between the new console and SCADA system to allow automatic filter control from the control room or remote.

All the existing hydraulic operators will be replaced with electrical controllers that modulate based on a 4 to 20 amp signal as paced from the meters and controlled from the operating console.

The use of rate of flow controllers will allow a ramping up and down of all operations to eliminate hydraulic surges.

Filter to waste will be flow monitored and controlled and then discharge through a 2-inch air gap and flow by gravity to the residuals pumping station.

Other specific equipment illustrations for effective filter operation are included in the equipment section.

11-2



PROPOSED PLAN AT 719'-0"

THE SEG TEAM

CITY OF FLINT
DEPARTMENT OF PUBLIC WORKS & UTILITIES
WATER TREATMENT PLANT REHABILITATION
PHASE 1 — SEGMENT 1, 2, & 3

PRELIMINARY PLANS

FILTER GALLERY PIPING
PROPOSED PLAN @ 719'-0"

SCALE: AS SHOWN
PROJECT NO. 8841-6399
SHEET NO.   X   OF



PROPOSED PLAN @ 729'-0"

PROPOSED SECTION

PROPOSED SECTION

THE SEG TEAM

CITY OF FLINT
DEPARTMENT OF PUBLIC WORKS & UTILITIES
WATER TREATMENT PLANT REHABILITATION
PHASE 1 - SEGMENT 1, 2, & 3

PRELIMINARY PLANS

FILTER GALLERY PIPING
PROPOSED PLAN @ 729'-0"
WASH WATER SUPPLY SECTIONS

SCALE  AS SHOWN
PROJECT NO. 9841-3369
SHEET NO. V  0"





PROPOSED SECTION 1
SCALE: 1/4" = 1'-0"

NOTE: ALL PROPOSED CENTERLINE ELEVATIONS MATCH EXISTING CENTERLINE ELEVATIONS EXCEPT FOR CENTERLINES RELATED TO PROPOSED 12" & 18" FILTER WASH AIR LINES. CONTRACTOR SHALL FIELD VERIFY ALL CENTERLINE ELEVATIONS.

PROPOSED SECTION 2
SCALE: 1/4" = 1'-0"

NOTE: ALL PROPOSED CENTERLINE ELEVATIONS MATCH EXISTING CENTERLINE ELEVATIONS EXCEPT FOR CENTERLINES RELATED TO PROPOSED 12" & 18" FILTER WASH AIR LINES. CONTRACTOR SHALL FIELD VERIFY ALL CENTERLINE ELEVATIONS.

PROPOSED SECTION 3
SCALE: 1/4" = 1'-0"

NOTE: ALL PROPOSED CENTERLINE ELEVATIONS MATCH EXISTING CENTERLINE ELEVATIONS EXCEPT FOR CENTERLINES RELATED TO PROPOSED 12" & 18" FILTER WASH AIR LINES. CONTRACTOR SHALL FIELD VERIFY ALL CENTERLINE ELEVATIONS.

PROPOSED SECTION 4
SCALE: 1/4" = 1'-0"

NOTE: ALL PROPOSED CENTERLINE ELEVATIONS MATCH EXISTING CENTERLINE ELEVATIONS EXCEPT FOR CENTERLINES RELATED TO PROPOSED 12" & 18" FILTER WASH AIR LINES. CONTRACTOR SHALL FIELD VERIFY ALL CENTERLINE ELEVATIONS.

**VALVE SCHEDULE** (PROPOSED)

| NO. | QTY. | SIZE, IN. | TYPE | CLASS | FUNCTION | CONTROL | REMARKS |
|---|---|---|---|---|---|---|---|
| 1 | 12 | 30 | BUTTERFLY | 250 | FILTER INFLUENT | [illegible] | [illegible] |
| 2 | 12 | 12 | BUTTERFLY | 150B | [illegible] | [illegible] | [illegible] |
| 3 | 12 | 17 | BUTTERFLY | 150B | [illegible] | [illegible] | [illegible] |
| 4 | 12 | 17 | BUTTERFLY | 150B | [illegible] | [illegible] | [illegible] |
| 5 | 12 | 12 | CHECK | | [illegible] | | |
| 6 | 12 | 24 | BUTTERFLY | [illegible] | [illegible] | [illegible] | [illegible] |
| 7 | 12 | 20 | BUTTERFLY | [illegible] | [illegible] | [illegible] | [illegible] |
| 8 | 16 | 30 | BUTTERFLY | [illegible] | FILTER WASH AIR | [illegible] | [illegible] |
| 9 | 4 | 12 | BUTTERFLY | 150B | ISOLATION | [illegible] | |
| 10 | 2 | 12 | P.R.V. | | PRESSURE REDUCING VALVE | | |
| 11 | 1 | 30 | BUTTERFLY | 150B | FILTER WASH WATER RATE CONTROL | [illegible] | [illegible] |
| 12 | 1 | 12 | BUTTERFLY | 150B | ISOLATION | [illegible] | [illegible] |

**METER SCHEDULE** (PROPOSED)

| NO. | QTY. | SIZE, IN. | TYPE | FUNCTION | REMARKS |
|---|---|---|---|---|---|
| 1 | 12 | 17 | MAGNETIC | FILTER EFFLUENT | COMPONENT OF FILTER RATE CONTROL SYSTEM |
| 2 | 4 | 30 | MAGNETIC | WASH WATER | COMPONENT OF FILTER WASH WATER RATE CONTROL SYSTEM |
| | | | | | |

KEY PLAN

| REVISIONS | | | | |
|---|---|---|---|---|
| DSGN BY | DRWN BY | CHKD BY | CKD BY | APPD BY |

THE SEG TEAM

CITY OF FLINT
DEPARTMENT OF PUBLIC WORKS & UTILITIES
WATER TREATMENT PLANT REHABILITATION
PHASE 1 – SEGMENT 1, 2, & 3

PRELIMINARY PLANS

FILTER GALLERY PIPING
PROPOSED SECTIONS

SCALE: AS SHOWN
PROJECT NO. 5841-5399
SHEET NO. 2 OF

| REVISIONS | THE SEG TEAM | CITY OF FLINT DEPARTMENT OF PUBLIC WORKS & UTILITIES WATER TREATMENT PLANT REHABILITATION PHASE 1 - SEGMENT 1, 2, & 3 | PRELIMINARY PLANS | FILTER BOX DETAILS | SCALE: AS SHOWN PROJECT NO. 9841-5399 SHEET No. OF |
|---|---|---|---|---|---|



# EQUIPMENT



SIDE VIEW

SECTION "A-A"

NOTES:
1. THIS DWG. IS FOR 12 CONSOLES (FILTER NO.1 THRU 12)
2. EXTERIOR OF CONSOLET TO BE PAINTED SEMI-GLOSS TEXTURED BLACK.

EQUIPMENT LEGEND:
FIC-1 (THRU 12)      ROBERTS SERIES 96 DIGITAL INDICATING CONTROLLER
FIC-4A (THRU 4L)     ROBERTS SERIES 96 DIGITAL INDICATING CONTROLLER
FIC-13 (THRU 24)     ROBERTS SERIES 96 DIGITAL INDICATING CONTROLLER
DPI-1 (THRU 12)      OMRON K3TJ-A111R DIGITAL INDICATOR
FI-1 (THRU 12)       OMRON K3TJ-A111R DIGITAL INDICATOR
FI-4A (THRU 4L)      OMRON K3TJ-A111R DIGITAL INDICATOR
SW-1 THRU SW-6       G.E. SELECTOR SWITCHES CR104P
  SW-1, 2, 3, 4        2-POS. "OPEN-CLOSE"
  SW-5                 3-POS. "LOCAL-OFF-REMOTE"
  SW-6                 2-POS. "AUTO-CLOSE"

NAMEPLATE LEGEND:
NAMEPLATES TO BE 3/4" X 2 1/2" LAMINATED WHITE PHENOLIC
WITH BLACK CORE, BEVELED EDGES, 1/8" HIGH CHARACTERS
UNLESS OTHERWISE NOTED. THE DIAGONAL LINE REPRESENTS THE
END OF AN ENGRAVED LINE AND IS NOT TO BE ENGRAVED.
* NAMEPLATE TO BE 1" X 3" WITH 3/16" HIGH CHARACTERS
*1. FILTER NO.1 (THRU 12)        7. INFLUENT VALVE
  2. EFFLUENT FLOW/0-2500 GPM     8. EFFLUENT VALVE
  3. BACKWASH FLOW/D-11,000 GPM   9. WASTE VALVE
     /READING X 10               10. FILTER TO WASTE VALVE
  4. FILTER HEADLOSS/0-10 FT.    11. OPERATION MODE
  5. PARTICLE COUNTER/0-10,000   12. AIR WASH VALVE
  6. AIR WASH FLOW

ROBERTS WATER TECHNOLOGIES, INC.
DARBY PENNSYLVANIA 19023

FILTER CONSOLET LAYOUT, FILTER NO.1 (THRU 12)
FOR
CITY OF FLINT WTP REHABILITATION PROJECT

SCALE 3"=1'-0"
CONTRACT PROP
SECTION A
DWG NO. 9701-E2

FIGURE 11-1

# General Specifications

## Model UT37
## Digital Indicating Controller

**Roberts Water Technologies, Inc.**
6th & Columbia Avenue
P.O. Box 167
Darby, PA 19023
(610)583-3130  Fax:(610)583-0137

## OUTLINE

*The UT37 digital indicating controller features universal input, output and power, and high accuracy (±0.1%). A single instrument can accept thermocouples, RTDs, or DC voltage. Its control output can be ON-OFF control, relay time proportional PID, voltage pulse time proportional PID, 4 to 20 mA continuous PID, selectable by the user using rotary switches.*

*UT37 allows 20 types of alarm functions to be independently set to alarms 1 and 2 and offers selection of a time-based relay output function (timer function; for alarm 1 only).*

*In addition, the instrument has an auto-tuning function and also an overshoot suppressing function "SUPER" as standard.*

*Available options include analog retransmission (4 to 20 mA) function of process variables, RS-422A communications function, remote setting input, an internal transmitter power supply, and additional two alarm outputs.*



## DISPLAY

| | |
|---|---|
| Process variable (PV) display ① | 4-digit (red), 7-segment LED (Parameter symbol and error code are also displayed) |
| Display range | For thermocouple and RTD input: −5 to 105.0% of instrument range (See Table 1 on p. 2.)   For DC voltage: −5.0 to 105.0 |
| Display content indicator ② | 3-digit (red), 7-segment LED |
| Setpoint (SP) display ③ | 4-digit (red), 7-segment LED (Setpoints, output values, or parameters are displayed.) |
| Display resolution | Same as the instrument range resolution  For 9999 type ·············1  For 999.9 type ·············0.1 |

- The process variable display shows the input range code and output type code for approx. 2 sec after turning the power ON.
- Numbers ①, ②, and ③ in the table indicate the locations in the display unit. (See Note 1 on p.6.)

Alarm indication lamps: 2 (red)

| | |
|---|---|
| AL1: | Lights if alarm 1 is generated. |
| AL2: | Lights if alarm 2 is generated. |

Status indication lamps: 4 (green)

| | |
|---|---|
| REM: | Lights during remote operation. |
| STP : | Lights when operation stops. |
| MAN: | Lights during MAN (manual) operation. |
| AT: | Flashes during auto-tuning. |

Deviation monitor: 1 set ( ∧ and ∨:orange, ⊏⊐:green)

| | |
|---|---|
| ∧ ⊏⊐ ∨ | • ∧ or ∨ (orange) lights if deviation display range (DVB)* exceeds ±1.0% of F.S.  • ⊏⊐ (green) lights when deviation display range (DVB)* is within ±1.0 of F.S.  * Settable by Setup parameter. |

## SETTING

| | | |
|---|---|---|
| Setting keys (4) |  Up key: Increases a set value. Each digit increases automatically. | |
| | Down key: Decreases a set value. Each digit decreases automatically. A negative value can also be set. | |
| | set/enter Set/Enter key: Used to select a parameter or change a set value. | |
| | Selects AUTO (automatic) or MAN (manual) mode. | |
| Setpoint resolution | Same as the Up or Down key increases (See Table 1 on p.2.) | |

- Holding down the Up or Down key increases the rate at which the numbers advance/reverse.
- Key-lock (function of preventing a parameter from change) is available by setting a set-up parameter. This disables key operation.

2

## INPUT

### Universal Measured Input

● **Input Type/Instrument Range Selection**
Changing internal DIP switch ⑧(No.1), internal rotary switch A (Figure 1), and terminal connection allows the instrument to select the desired type and instrument range from among those listed in Table 1.

● **Measured input bias**
Desired correction can be made on measured input.

| Variable bias range | −100.0 to 100.0% of instrument range width |
|---|---|

● **Measured input filter**
A first-order lag filter is available to eliminate noise contained in input.

| Filter setting range | OFF or 1 to 120 sec (time constant) (OFF: non-filtering status) |
|---|---|

● **Burnout** (action at thermocouple/RTD input break)
If burnout · The process variable display shows b.oUt.
· Control output is less than 0% (or OFF).
· When the measured value upper limit alarm is set, alarm is generated (lamp lit, relay output: ON).

● **Other input specifications**

| Input sampling period | 200 ms |
|---|---|
| Input resistance | TC ···············1 MΩ or more<br>DC voltage······Approx. 1 MΩ |
| Allowable signal source resistance | TC ···············250Ω or less<br>DC voltage······2 kΩ or less |
| Allowable wiring resistance | RTD······10Ω or less/wire (Provided that there are no variations between three wires.) |
| Allowable input voltage | TC ···············Within ±10V<br>DC voltage······Within ±10V |
| Noise rejection ratio | Normal mode······40 dB (50/60 Hz) or more<br>Common mode···120 dB (50/60 Hz) or more |
| Applicable standard | TC·············IEC/DIN (L and U)/JIS<br>RTD·······IEC/DIN/JIS '89 JPt100, Pt100 |

### Table 1  Input Range Code

| | | Input type and instrument range | | DIP switch No.1 (Note1) | Input range code (Note2) |
|---|---|---|---|---|---|
| TC | JIS | K | −200~1200°C | −300~2300°F | ON | 0 |
| | | K | −199.9~999.9°C | 0~2300°F | | 1 |
| | | K | −199.9~500.0°C | −199.9~999.9°F | | 2 |
| | | J | −199.9~800.0°C | −300~1500°F | | 3 |
| | | T | −199.9~400.0°C | −199.9~750.0°F | | 4 |
| | | T | −199.9~200.0°C | −300~750°F | | 5 |
| | | T | −199.9~200.0°C | −199.9~400.0°F | | 6 |
| | | B | 0~1800°C | 32~3300°F | | 7 |
| | | S | 0~1700°C | 32~3100°F | | 8 |
| | | R | 0~1700°C | 32~3100°F | | 9 |
| | | N | 0~1300°C | 32~2400°F | | A |
| | | W | 0~2300°C | 32~420°F | | B |
| | | E | −199.9~800.0°C | −300~1500°F | | C |
| | DIN | L | −199.9~800.0°C | −300~1500°F | | D |
| | | U | −199.9~400.0°C | −300~750°F | | E |
| | | U | 0.0~400.0°C | −199.9~750.0°F | | F |
| RTD (Note3) | JPt100 | | −199.9~500.0°C | −199.9~999.9°F | OFF | 0 |
| | | | 0.0~200.0°C | 32.0~400.0°F | | 1 |
| | | | 0.0~100.0°C | 32.0~200.0°F | | 2 |
| | | | −100.0~100.0°C | −199.9~200.0°F | | 3 |
| | Pt100 | | −199.9~640.0°C | −300~1180°F | | 4 |
| | | | −199.9~500.0°C | −199.9~999.9°F | | 5 |
| | | | 0.0~200.0°C | 32.0~400.0°F | | 6 |
| | | | 0.0~100.0°C | 32.0~200.0°F | | 7 |
| | | | −100.0~100.0°C | −199.9~200.0°F | | 8 |
| DC Voltage | −10~10mV | | | | | 9 |
| | 0~10mV | | Scaling is available within the following four ranges.<br>−1999~9999<br>−199.9~999.9<br>−19.99~99.99<br>−1.999~9.999 | | | A |
| | 0~100mV | | | | | B |
| | 0~1V | | | | | C |
| | 0~5V | | | | | D |
| | 1~5V | | | | | E |
| | 0~10V | | | | | F |

Note 1: Set the bits of DIP switch ⑧(No.1) to either ON or OFF.
Note 2: Same as rotary switch A setting position number.
Note 3: JIS '89 JPt100, JIS '89 Pt100/DIN

## REMOTE SETPOINT INPUT

(Option: /RSP is added to the model.)

| Input Signal | 1 − 5 VDC |
|---|---|
| Receiving Resistance | approx. 1 MΩ |
| Indicating Accuracy | ±0.3% of F.S. ±1 digit |

● The Remote setpoint circuit and measuring input circuit are isolated in the controller.
● Remote to Local mode transfer:
Bumpless tracking (remote setpoint unchanged) or without tracking (transfer to preset local setpoint).

● This "Remote Setpoint Input ( /RSP )" has functions of "Setting Ratio and Bias".
Ratio setting range: 0.000 to 9.999
Bias setting range: EU (−100%)S~EU(100%)S
● This "Remote Setpoint Input ( /RSP )" has function of external switching of Remote/Local mode.
Remote contact capacity:
12V DC or more, 10 mA DC or more.

3

## OUTPUT

### Universal Control Output

● Output selection
Use of internal dip switch (Figure 1) and changing terminal connection allows selection of any desired output in Table 2.

### Retransmission Output

(Option: /RET is added to the model.)

● One of measured value, setpoint, and control output is output as analog current signal. (Measured values and setpoints can be scaled.)

| Output signal | 4 to 20 mA DC |
|---|---|
| Allowable load resistance | 600Ω or less |
| Accuracy | ±0.3% (of output span) |

**Table 2   Output Type Code**

| Control output type | Specifications | DIP switch |
|---|---|---|
| Time-proportional PID (relay) output | Contact rating: 250V AC, 3A (resistive load) Cycle time: 1 to 240 sec (selectable) |  |
| Time-proportional PID (voltage pulse) output | ON voltage: Approx. 12V DC or more OFF voltage: 0.1V DC or less (load resistance: 600Ω or more) Cycle time: 1 to 240 sec (selectable) | |
| Continuous PID output | Output current: 4 to 20mA DC Accuracy: ±0.3% (of output span) Output update period: 200ms | |
| ON/OFF relay output | Contact rating: 250V AC, 3A (resistive load) Output update period: 200ms | |

## CONTROL

### Setpoints

● Four setpoints (max.) are available.
● SP, 2. SP, 3. SP or 4. SP is selected using an external volt-free contact

| External contact | EX1 (⑥~⑩), EX2 (⑥~⑩) |
|---|---|
| Contact capacity | 12 V DC or more, 10 mA or more |

● Setting

| Variable setpoint range | EU (0%) to EU (100%) (Minimum value to maximum value of instrument range) |
|---|---|
| Setting resolution | Same as the instrument range resolution |

### Automatic Tuning

Provided as standard.  When activated, auto-tuning automatically sets PID constants (limit cycle method).

### Overshoot Suppressing Function "SUPER"

Provided as standard. SUPER ON/OFF is available by setting parameter.



Figure 1  Rotary Switches Ⓐ and  DIP Switch Ⓑ

### PID constants

| Proportional band (P) | 0.1 to 999.9% |
|---|---|
| Integral time (I) | OFF, 1 to 6000 sec |
| Derivative time (D) | OFF, 1 to 6000 sec |

● Change to ON/OFF control is available using internal rotary switch B.  In ON/OFF control, the ON/OFF control hysteresis band is settable.

| ON/OFF control hysteresis band | EU (0.0%) S to EU (100.0%) S 0 to 100% of instrument range width |
|---|---|

● If integral time is set to OFF, manual reset is also available as a control parameter.

| Manual reset | −5.0 to 105.0% (of output) |
|---|---|

● Direct/reverse action change
Change to direct/reverse action can be accomplished using setup parameters.  At factory shipment, reverse action is selected.

● AUTO/MAN selection
Balance-less, bump-less switching is available.

### Control Auxiliary Constant

| Cycle time | 1 to 240 sec |
|---|---|

### Output Update Cycle

| Update cycle | 200 ms | |
|---|---|---|
| Resolution | Relay output time proportional PID | 10 ms |
| | Voltage pulse output time proportional PID | |
| | Continuous output PID | 0.05% (of output) |

4

## ALARM

- Number of alarms: 2 (standard) + 2 (option: /ALM4)
- Indication lamp: LED (red)
  No LED for AL3 and AL4
- Output type: Relay output (AL1, AL2)
  Open Collector output (AL3, AL4)

| Relay contact capacity | 250 V DC, 1 A (resistive load) |
|---|---|
| Open collector contact capacity | 250 V DC or less, 50 mA or less |

- Alarms 1 and 2 can be independently set using an alarm type code in Table 3 to determine their alarm type. When OFF is set, the relevant alarm does not function.
- Alarms with alarm type codes 1 to 10 in Table 3 have no waiting action; alarms with alarm type code 11 to 20 have waiting action.
- Alarm operation with waiting action is as shown below.

(Example of measured-value lower limit with waiting action)



- Alarm 3 can be used as Self-diagnostics output (Input burn-out, A/D converter error and RJC error).
- Alarm 4 can be used as Fail output (Program over-run, ROM error and RAM error).
- Both Alarm 3 and Alarm 4 cannot be set to "OFF".

Table 3

| Alarm type | Alarm action ("Open/Closed" shows relay contact state; (Light)/(Flash) indicates lamp state.) | Alarm type code Contact closed if alarm occurs | Alarm type code Contact open if alarm occurs |
|---|---|---|---|
| No alarm | | OFF | |
| Measured value upper limit | | 1 | |
| | | 11 | |
| Measured value lower limit | | 2 | |
| | | 12 | |
| Deviation upper limit | | 3 | |
| | | 13 | |
| Deviation lower limit | | 4 | |
| | | 14 | |
| De-energizing if deviation upper limit alarm occurs | | | 5 |
| | | | 15 |
| De-energizing if deviation lower limit alarm occurs | | | 6 |
| | | | 16 |
| Deviation upper and lower limits | | 7 | |
| | | 17 | |
| Within upper or lower limit deviation | | 8 | |
| | | 18 | |
| Measured value upper limit de-energizing | | | 9 |
| | | | 19 |
| Measured value lower limit de-energizing | | | 10 |
| | | | 20 |

## Timer Function

The timer function sets alarm-1 relay output to ON when preset time (timer set time) is elapsed after a measured value has reached to the setpoint and its hysteresis band.

- The timer function is available only on alarm 1.
- The relationship between codes and timer type functions are as follows:

| Code | Detecting direction | Time unit |
|---|---|---|
| 21 | Upward | Hours and minutes |
| 22 | Upward | Minutes and seconds |
| 23 | Downward | Hours and minutes |
| 24 | Downward | Minutes and seconds |

Alarm 1 allows setting of codes 21 to 24 in addition to alarm type codes 1 to 20 in Table 3.

- The action of upward detecting direction is as shown in Figure 2; that of downward detecting direction is as shown in Figure 3.

Note: Timer function is not available for 2.SP.

Note: Timer start counting when PV (measured value) reach the final target setpoint in case "SP up/down-ramp slope" function is used.

## ALARM



**Figure 2   Upward Action**

Upward Action

**Figure 3   Downward Action**

Downward Action

Timer output is OFF in the condition noted at the right.

Timer reset conditions
① Turn OFF the power.
② Stop operation.
③ Switch SP to 2.SP.
④ Select remote mode.

Control start
① Power ON
② Run UT37
③ Switch 2 SP to SP.
④ Select local mode.

## GENERAL SPECIFICATIONS

### Measuring Accuracy

| Input type | Input | Accuracy |
|---|---|---|
| TC (ANSI, DIN, JIS) | B *1 S R | ±0.15% of F.S. ±1 digit |
| | K *2 J *2 T *3 N | ±0.10% of F.S. ±1 digit |
| | W | ±0.20% of F.S. ±1 digit |
| | E *2 L (DIN) *2 U(DIN) *2 | ±0.10% of F.S. ±1 digit |
| RTD (DIN, JIS) | Pt100 *4 JPt100 *4 | ±0.10% of F.S. ±1 digit |
| DC voltage | DCV *5 mVDC *6 | ±0.10% of F.S. ±1 digit |

"digit" means minimum display unit.

```
*1   Range of 0 to 400°C     : ±5% of F.S. ±1 digit
     Range of 400 to 600°C  : ±0.20% of F.S. ±1 digit
*2   0°C or below            : ±0.20% of F.S. ±1 digit
*3   Range of 0 to 200°C     : ±0.15% of F.S. ±1 digit
     Range of 0 to 100°C     : ±0.30% of F.S. ±1 digit
*4   Range of 0 to 100°C     : ±0.20% of F.S. ±1 digit
     Range of 200°C          : ±0.20% of F.S. ±1 digit
     Range of -100 to 100°C  : ±0.20% of F.S. ±1 digit
*5   Range of 0 to 10mV      : ±0.20% of F.S. ±1 digit
     Range of 0 to 1V        : ±0.20% of F.S. ±1 digit
```
For thermocouple input, the value given includes no reference junction compensation error.

### Power Supply, Withstand Voltage, Insulation Resistance, and Ground

| Power supply | Voltage | 100 to 240 V AC (universal power supply) *1 |
|---|---|---|
| | Frequency | 50/60 Hz common |
| | Power consumption | Approx. 12 VA (100 V) Approx. 16 VA (200 V) (1A time lag fuse is recommendable if an external fuse is required.) |
| | Memory hold | Non-volatile memory |
| | Withstand voltage | Power terminal to ground: 1500 V AC for 1min Input terminal to ground: 1000 V AC for 1 min Output terminal to ground: 1500 V AC for 1min |
| | Insulation resistance | Each terminal to ground: 500 V DC at 20 MΩ or more |
| | Grounding | Through resistance of 100 Ω or less |

* 1   Allowable supply voltage range: 90 to 250 V AC

● Relation between Input and Output Isolation
Isolation is accomplished between measured input and control output, measured input and transmission output, and measured input and remote setting input. However, control output to transmission output is not isolated.

6

## GENERAL SPECIFICATIONS

### Environmental Conditions

| | | |
|---|---|---|
| Normal operating conditions(design conditions where instrument continuously operates correctly) | Ambient temperature | 0 to 50°C |
| | Ambient humidity | 20 to 90% R.H. (non-condensing) |
| | Reference junction temperature compensation error | 0 to 50°C: ±1°C |
| | Magnetic field | 400 AT/m or less |
| | Warm-up time | 30 min or more |
| Effects on operating conditions | Ambient temperature effect | Input stability<br>Within (±1μV/°C or ±0.01%/°C, whichever is greater)<br>Output stability<br>Within (4 to 20 mA OC)±0.05%/°C |
| | Power supply variation | Input stability<br>Within (±1μV/10V or ±0.01%/10V, whichever is greater)<br>Output stability<br>Within (4 to 20 mA DC) ±0.05%/10V |
| Transit/storage conditions | Temperature | −25 to 70°C |
| | Humidity | 5 to 95% R.H. (non-condensing) |

### Construction, Dimensions, and Weight

| | |
|---|---|
| Construction | Dustproof, drip-proof construction (front panel) |
| Mounting | Flash mounting (see DIMENSIONS on p. 7.) |
| Case | Plastic molding (ABS resin) |
| Dimensions | 96W×96H×100D mm |
| Weight | Approx. 1 kg |

### Power Failure Recovery Operation

Operation in the event of power failure is classified as given below depending on whether power failure time is 2 sec or less.

| Power failure of 2 sec or less | | Instrument continues normal operation as if there were no power failure. However, alarm with waiting action enters waiting status. |
|---|---|---|
| Power failure of more than 2 sec | Alarm action | Alarm with waiting action restarts from waiting state. |
| | Setting parameters | Set parameters are kept secured. |
| | Auto-tuning | Auto-tuning is canceled. |
| | Control operation | One of the following occurs in accordance with specified restart code (by setting RST: setup parameter).<br>For code "0"<br>Controller continues the operation before power failure.<br>For code "1"<br>Controller enters MAN (manual) mode. However, output applies the preset output value.<br>For code "2"<br>Controller continues the operation before power failure. However, output applies the preset output value. |

If power failure occurs during setting using a key, error code [XX04] may appear.

### Self-Diagnosis

UT37 performs the following self-check and on detecting error, displays the relevant error code.

| Error content | Error code | Display position (Note 1) |
|---|---|---|
| Input burnout | b.oUt | ① |
| Over-scale<br>(105% or more of measurement range) | oUr | ① |
| Under-scale<br>(−5% or less of measurement range) | -oUr | ① |
| RAM error | FAIL | ① |
| ROM error | FAIL | ① |
| Program overrun | FAIL | ① |
| System data error | E002 | ① |
| Output type selection error (if any code other than 0 to 3 is selected) | E003 | ① |
| EEPROM protect error | XX01 [Note2] | ③ |
| Input range data error | XX02 | ③ |
| Set parameter error | XX04 | ③ |
| Backup data error | XX10 | ③ |
| Reference junction compensation failure | rJC [Note3] | ① |
| EEPROM error | Display content indicator flashes. | ② |
| Sub-CPU error | All OFF | − |
| Auto-tuning time-out | E200 | ① |
| A/D converter error | E300 | ① |
| Exceeding of remote setpoint limit | Limit value is displayed. | ③ |

Note 1: The arrangement of the display unit is as follows:



Process variable (PV) display ①

Display content indicator ②

Setpoint (SP) display ③

Note 2: ×× stands for symbol (value) of the operating power frequency and option designation status.

Note 3: Measured value and rJC are displayed alternately.

7

## COMMUNICATION

(Option: /RS422 is added to the model.)

● NOTICE

When the UT37 receives a set command, data are stored in the EEP ROM,   The EEP ROM's life expectancy (memory cell life) is about 100,000 writes.  So, use the set command only when stored data must be changed; do not write data unnecessarily.

| Applicable standard | Conforms to EIA RS-422A | Max. no. of units connected | 16 (available addresses: 01 to 16 Address 99: For coordinated operation) |
|---|---|---|---|
| Communication method | 4-Wire, half-duplex multi-drop connection Start-stop Non-procedural transmission | Communication distance | 500 m (max.) |
| Communication speed | The following are selectable using a parameter. 150, 300, 600, 1200, 2400, 4800, and 9600 bps. | Bit configuration | Start bit: 1 bit Data bit: 7 or 8 bits Stop bit: 1 or 2 bits Parity bit: None, odd number, or even number |

## TRANSMITTER LOOP POWER SUPPLY

(Option: /LPS is added to the model.)

| Max. output current | 30 mA |
|---|---|
| Output voltage | 21.6 to 28.0 V DC |

Note: /LPS is not available if digital communication is simultaneously performed. overlaying the signal line.

## TERMINAL ARRANGEMENT DIAGRAM



8

## DIMENSIONS

Units: mm (approx. inch)

〈Panel cut size〉



## MODEL AND SUFFIX CODE

### Ordering Information

(1) Model
(2) Option code if required

Note: UT37 is factory shipped in the following condition.

Measured input: Thermocouple K (−200 to 1200°C)
   (DIP switch No.1: ON, Rotary switch A: Code 0)

Control output: Time proportional PID (relay output)
   (Dip switch B No.5, No.6: ON)

### Model and Suffix Code Table

| Model | Suffix code | Description |
|---|---|---|
| UT37 | ·············· | Digital indicating controller |
| Option code | /RET | Retransmission output (4 to 20 mA DC) |
| | /RSP | Remote setpoint input (1 to 5V DC) |
| | /RS422 | RS-422A communication interface |
| | /LPS | Transmitter power supply |
| | /ALM4 | Additional Alarms (Alarm 3 to Alarm 4) |

Note: /RSP and /RET are not available when /LPS is specified.

## SAFETY STANDARD

SAFETY STANDARD:               CSA C22.2 No.142/UL 508
POWER SUPPLY:                  100-240 V AC, 50/60 Hz, 0.2 A Max.
CONTROL OUTPUT RELAY CONTACT:  Max. 250 V AC, 3A
ALARM OUTPUT RELAY CONTACT:    Max. 250 V AC, 1A
AMBIENT TEMPERATURE:           0 to 50°C
MOUNTING LOCATION:             Non-Hazardous Location, Indoor.
                               Mounting in an indoor (controlled environment) instrument panel.

**Roberts Water Technologies, Inc.**
6th & Columbia Avenue
P.O. Box 167
Darby, PA 19023
(610)583-3131  Fax:(610)583-0117

## POTABLE WATER DUAL MEDIA MULTIWASH FILTERS
Concrete Gravity Filters
FLINT, MI

**SPECIAL CONDITIONS**

This specification covers the furnishing of U. S. FILTER water treatment equipment as Base Bid. The equipment and material specified is deemed most suitable for the proposed water treatment system. The contractor shall prepare his bid on the basis of the materials and equipment listed herein. Any bid using other than the Base Bid equipment will be considered nonresponsive and the bid will not be considered for award. The contract will be awarded to the lowest responsible bidder incorporating the Base Bid equipment.

Base Bid Equipment: General Filter Dual Media MULTIWASH Filtration Equipment

**PREQUALIFICATION OF ALTERNATE EQUIPMENT**

The contractor may submit other manufacturer's equipment for consideration as an alternative to the equipment specified as the Base Bid. An addendum will be issued at least five days before the bid date naming alternate suppliers that conform with the specifications and are approved to bid equipment for the project. To qualify alternate equipment, the contractor shall provide the following information to the Engineer at least 15 days prior to the bid date:

    1    Drawings, specifications, and product literature with adequate detail to determine that what is proposed will meet the requirements of the plans and specifications.

    2.    A list of 20 installations of similar type and size with plant addresses and telephone numbers. The engineer and owner may contact these installation sites to determine experience.

    3.    Evidence of manufacturing capability including a description of facilities, the number and professional qualifications of personnel, and quality control practices. The alternate equipment supplier shall identify major outside fabricators for the purpose of determining experience.

    4.    Evidence of technical capability to design and check out the complete alternate system, including modifications which will be required in structures, foundations, and equipment provided by others.

    5.    Evidence of financial responsibility adequate to complete the project and assure viability of equipment warranty.

    6.    A complete listing of changes which will be required in the contract plans and specifications to accommodate the alternate equipment.

Alternate bidders shall guarantee, in writing, signed by an officer of the company, that the equipment offered will provide comparable or superior features, performance quality, and

materials of construction as the equipment specified. Prior approval of the alternate equipment shall not constitute final approval of specific equipment, but rather constitute only approval of the respective equipment manufacturers to provide price quotations based on equipment meeting the specifications. Alternate equipment manufacturers shall modify their standard products as necessary to meet all provisions of the specifications without exception.

A photocopy of the alternate equipment manufacturer's quotation must be attached to the bid documents, to assure that the alternate equipment bid is in accordance with the equipment which has been prequalified.

The cost of any changes incidental to installation of the alternate equipment such as electrical wiring, relocation of piping, engineering supervision, as-built drawings, etc., shall be borne by the contractor with no additional expense to the Owner.

If after installation the alternate equipment does not perform in accordance with the specifications or other deficiencies are noted, the owner will require the modification or replacement of such equipment to meet the specifications at no additional expense.

## GENERAL

There shall be furnished and installed, General Filter Dual Media MULTIWASH filtration equipment in twelve (12) existing gravity filter cells, cell size 25'-0" x 28'-0". The filtration equipment shall include the underdrains, MULTIWASH baffles and all associated equipment in accordance with the following equipment schedule and detailed specification. The filter system shall have a design capacity of 25,000 gpm when filtering at a rate of 3.0 gpm/sq. ft. of total filter area..

The filtration system shall be complete and operable as installed by the contractor. Without exception, the contract prices are to include all royalties and costs arising from patents and licenses associated with furnishing the specified filtration equipment. All materials shall be designed to withstand stresses encountered in operation, fabrication and erection. The contractor shall financially reimburse the engineer completely for any and all redesign work resulting from a proposal to substitute equipment of a different configuration or design from that specified.

## DESIGN, OPERATION AND PERFORMANCE

## FILTRATION PROCESS

The filtration process shall consist of gravity filters using the sustained simultaneous use of air and water for backwashing. The filter equipment is to provide the owner a filtration system capable of maintaining good suspended solids removal performance and long filter run lengths with low backwash water recycle.

## BACKWASH METHOD

The filter backwash method shall consist of the sustained simultaneous use of an air rate of 2

scfm/sq. ft. of bed area and a water rate of 14.0 gpm/sq. ft. of bed area. This simultaneous use of air and water during backwash shall continue at a constant rate for at least 7 minutes of combined wash while overflowing into the washtroughs. Air and water rates shall be constant at all times during their respective use for backwash. Systems that do not provide constant rates or that require shorter duration washing or that require lowering the water level below the washtrough weir level prior to backwashing are prohibited due to inadequate cleaning capability.

## PERFORMANCE

The provisions of a backwash system that maintains the filter media in a clean condition and minimizes mud ball formation and surface cracking is essential to maintaining a high quality effluent. Additionally, the backwash system must be designed so that filter media is not lost during the backwash cycle to the extent continued media replacement will be required.

The contractor shall guarantee that the filter media loss shall not exceed 4" per year. Filter media loss shall be determined by measuring average media bed depth at two points in time - one after at least 30 days of operation and the second within 120 days of start - up and expressing the difference in inches of media loss per equivalent year of operation.

The filtration system provided by the contractor shall be capable of cleaning the filter media so that no more than 3.0 mg of foreign or contaminating solids/gram of filter media shall be observed during an abrasion test run on a core sample of filter media taken immediately following backwashing. The ABRASION TEST PROCEDURE shall be as follows:

1. Backwash the filter using the procedure described by these specifications.

2. During the last one or two minutes of the backwash operation, collect samples of the media in a vertical core throughout the full bed depth at up to three points located one to two feet inside and near the midpoint of a cell wall.

3. Let water drain from the core sample for one to two minutes without additional disturbance.

4. Place the media from all core samples obtained in Step 2 above into a large container and mix the media gently to provide a homogeneous mixture.

5. Place 0.25 to 0.5 liter of the mixture of core samples into a one-liter plastic or glass bottle.

6. Fill the bottle to within one inch of the top with clean water.

7. Place the cap on the bottle and agitate by shaking the bottle for two minutes using about 2 to 3 forward and backward motions per second.

8. Let the media settle in the bottle for one minute and decant the supernatant liquid into a clean container.

9.      Repeat Steps 6, 7 and 8 two more times, or until the media is clean.

10.     Measure the volume of decanted liquid and measure its suspended solids (SS) concentration by the glass fiber filter method as described in Standard Methods for the Examination of Water and Wastewater, Latest Edition.

11.     Dry all the media from Step 5 at 103 to 110 degrees centigrade to a constant weight.

12.     Calculate solids retention in the filter as follows:

A = (mg/l SS, dry weight, in supernatant liquid) x (liters volume of supernatant liquid obtained in Steps 6-9).

B = grams, dry weight, of media in bottle in Step 5.
A/B = mg solids/gram media

## SCHEDULE OF EQUIPMENT AND MATERIALS

Filter Underdrain System
Air Wash Distribution Header
Filter Media
Backwash Water Collection System
Air Scour Blower

## FILTER UNDERDRAIN SYSTEM

Each filter cell shall be equipped with a General Filter MULTICRETE II underdrain. This underdrain shall consist of a false bottom in each filter cell supported above the true bottom of the filter. The underdrain system shall be constructed on-site using MULTICRETE II high impact, corrosion resistant ABS plastic underdrain forms, ABS plastic media-retaining nozzles with air wash tail pipes, cylindrical PVC pier forms and cast-in-place reinforced concrete. The underdrain form components must meet NSF Standard 61. ABS plastic concrete inserts shall be provided which shall be field attached to the MULTICRETE II forms with adhesive. Each insert shall be provided with threaded plastic end protectors which shall prevent concrete from entering the insert and which shall be removed after the concrete has set so that media retaining nozzles may be screwed into the insert.

Underdrain forms shall be nominally 24" square and designed to interlock with the pier forms. They shall be designed to support the weight of the wet concrete and remain in place after the concrete has set. Concrete shall have a minimum compressive strength of 4000 psi. The finished underdrain shall be designed for an uplift of 850 psf, not accounting for the weight of the media, and a downward force of 1400 psf plus the dead load of the underdrain. Pier form shall be 6" dia. Sch. 40 PVC pipe specially notched to accept the underdrain forms. Number 4 steel re-bars shall be used for reinforcement of the piers and the monolithic slab. The re-bar spacing and connections at the cell walls and floor shall be as shown on the plans.

Underdrain forms, concrete inserts, underdrain nozzles, insert end protector caps, pier forms and general arrangement drawings shall be by U.S. FILTER.  Reinforcing rods and concrete shall be provided by the installing contractor.

The media retaining nozzles shall be General Filter Model 614 MCA constructed of high strength erosion resistant ABS plastic.  The nozzles shall be of the slotted type wherein the slots lie in a horizontal plane so that the backwash water is uniformly discharged horizontally into the filter media.  The slot dimensions shall be approximately 0.014" and shall be designed to present sharp edges to the retained media.  The slots in the nozzles shall be designed to get progressively larger toward the inside of the assembly to prevent lodging of media in the slot.  Hardware shall be ABS plastic and shall be limited to bolts, nuts and washers and shall not be in contact with the distributor opening.  The nozzles shall be equipped with a plastic tail pipe having properly sized orifices located at the bottom of the concrete underdrain slab to provide uniform distribution of air for air scour.

The filter underdrain system shall permit sustained simultaneous air scour at the design rates listed in Section 3.02.

Before pouring of the underdrain concrete and installation of the media, the contractor shall vacuum clean the underdrain area, all cell effluent and backwash supply piping, and all surfaces that come into contact with the backwash supply water.  This cleaning must be approved by the engineer and filter manufacturer prior to the concrete pour and media placement.

PULL TEST

Vertical rebar anchors shall be tested to assure that they will not pull out, causing underdrain failure.  All costs associated with the basic testing program described herein will be paid for by the installing contractor.  All costs associated with any additional testing, as required and as specified shall be paid for by the installing contractor.

Approximately 10% of all anchors randomly selected in each cell will be tested.  Each anchor to be tested will be loaded to 3,600 lb., tension in 900 lbs. increments.  Data required for a load vs. displacement graph will be recorded.  After reaching 3,600 lb., the anchor shall hold this load for a minimum of 2 minutes.  Any anchor which fails to reach 3,600 lb. or whose graph indicates a slip or yielding of the anchor will be considered a failure.

In the event of failure of any anchor in any cell, all anchors within that cell shall be tested by the procedure described and all failed anchors shall be replaced and retested.  Any anchor which fails shall be drilled out and replaced with a 3/4" diameter "Hilti Adhesive Anchor".  The cost of the 100 percent cell testing and the re-testing of replacement anchors shall be borne by the installing contractor.

In order to prevent over-pressurization of the underdrain during backwash, the backwash supply piping shall be modified to include a (positive vent pipe)(pressure gauge) for indication of excess pressure.  Also included shall be two pressure switches wired to the backwash supply pump motor controller to stop the backwash pump in the event of excess underdrain pressure.

## AIR WASH DISTRIBUTION HEADER

To provide primary distribution of air flow beneath the concrete underdrain an air distribution header with riser pipes shall be furnished as shown on the plans. The header pipe and risers shall be fabricated from Schedule 40 PVC pipe. All supports, brackets, and hardware such as bolts, nuts and anchors shall be stainless steel.

## DUAL MEDIA

A dual media filter bed shall be provided as shown on the plans. The top course shall consist of a 30" depth of granular activated carbon (GAC) media having an effective size within the range of 0.8-1.2 mm and a uniformity coefficient not exceeding 1.85. The bottom course of media shall consist of a 12" depth of filter sand having an effective size within the range of 0.45-0.55 mm and a uniformity coefficient not exceeding 1.65.

Media shall meet the requirements of AWWA B100, latest revision, including provisions for skimming and placement.

## BACKWASH WATER COLLECTION SYSTEM

A General Filter MULTIWASH backwash water collection system shall be provided consisting of media-air-water separators for attachment to the existing concrete washtroughs. The backwash collection system shall separate the air and media from the backwash water without interfering with removal of accumulated suspended solids when combined air scour and water backwash at the rates specified in herein are applied simultaneously for a minimum of 7 minutes while overflowing the washtrough. The backwash collection system shall be located immediately above the top of the filter media as shown on the plans. Filter designs employing combined air and water backwash in the freeboard area only will not be acceptable.

## WASHTROUGHS

The contractor shall clean and repair the existing washtroughs as needed to properly prepare them for attachment of the media separator baffles. There are a total of four (4) washtroughs per cell, each 25'-0" long.

## MEDIA SEPARATOR BAFFLES

Each washtrough shall be provided with media separator baffles to prevent loss of media during combined air and water backwash. In order to assure uniform collection and prevention of medial loss, a double baffle design with plastic localized velocity dissipation devices included between the upper and lower baffles shall be used. Baffles shall be attached to the basin walls and to the washtroughs using stainless steel bolts and supports. The baffles shall be designed to resist oscillations caused by flow of water over the trough edges. Baffle to baffle and trough to baffle stabilizers shall be furnished as required by the manufacturer. The baffle system along with all spreaders, hangers, support rods and appurtenant items shall be Type 304 stainless steel.

## INSTALLATION

The manufacturer of the baffles shall provide complete written installation instructions with drawings. Baffles shall be installed so that they are level to within $\pm 1/8"$ in ten feet of length.

No field welding shall be required or allowed for installation of the troughs or baffles.

Troughs and baffles shall be protected during on-site storage and during installation from contamination with grease, oil, paint, coatings, or rusty water from other metal objects.

## AIR SCOUR BLOWER

Air for the air scour shall be provided by a rotary, positive displacement blower designed to deliver 2 cubic feet per minute per square foot of filter area at a pressure of 5 psig. The blower shall be Roots or approved equal.

The blower shall be shop mounted on a base together with an open, dripproof, 75 hp, 460 volt, 3 phase, 60 Hz motor, V-belt drive, and drive guard.

Blower accessories shall consist of intake air filter, intake silencer, discharge silencer, pressure relief valve, check valve, intake and outlet flexible connections, rate adjustment valve and pressure gauge.

## START-UP SERVICES

The contractor shall furnish the services of a manufacturer's factory service person for final inspection and start-up of all electrical and mechanical equipment furnished by the manufacturer and to instruct owner and contractor's personnel in proper operation and maintenance procedures. A minimum of three ( 3 ) trips for a total of six ( 6 ) eight hour work days shall be required.

## VALVE SCHEDULE

| NO. | QTY. THIS CONTRACT | SIZE, IN. | TYPE | CLASS | FUNCTION | CONTROL | REMARKS |
|---|---|---|---|---|---|---|---|
| 1 | 12 | 20 | BUTTERFLY | 25B | FILTER INFLUENT | ELECTRIC | OPEN—CLOSE FROM CONSOLE |
| 2 | 12 | 12 | BUTTERFLY | 150B | FILTER EFFLUENT RATE CONTROL | ELECTRIC | COMPONENT OF FILTER RATE CONTROL SYSTEM |
| 3 | 12 | 12 | BUTTERFLY | 150B | FILTER EFFLUENT | ELECTRIC | OPEN—CLOSE FROM CONSOLE |
| 4 | 12 | 12 | BUTTERFLY | 150B | FILTER TO WASTE | ELECTRIC | OPEN—CLOSE FROM CONSOLE |
| 5 | 12 | 16 | CHECK | | FILTER TO WASTE | | |
| 6 | 12 | 24 | BUTTERFLY | 25B | FILTER WASH WATER | ELECTRIC | OPEN—CLOSE FROM CONSOLE |
| 7 | 12 | 30 | BUTTERFLY | 25B | FILTER WASH WATER DRAIN | ELECTRIC | OPEN—CLOSE FROM CONSOLE |
| 8 | 12 | 10 | BUTTERFLY | 150B | FILTER WASH AIR | ELECTRIC | OPEN—CLOSE FROM CONSOLE |
| 9 | 4 | 12 | BUTTERFLY | 150B | ISOLATION | MANUAL | |
| 10 | 2 | 12 | P.R.V. | | PRESSURE REDUCING VALVE | | |
| 11 | 1 | 20 | BUTTERFLY | 150B | FILTER WASH WATER RATE CONTROL | ELECTRIC | COMPONENT OF FILTER WASH WATER RATE CONTROL SYSTEM |
| 12 | 1 | 12 | BUTTERFLY | 150B | ISOLATION | MANUAL | DIRECT BURY |

PROPOSED

## FILTER GALLERY PIPING

**Prein&Newhof**
Engineers ▪ Surveyors ▪ Environmental & Soils Laboratory
3355 EVERGREEN DRIVE, N.E.
GRAND RAPIDS, MICHIGAN 49525/(616—364—8491)

VALVES ① THROUGH ④, ⑥ THROUGH ⑨, ⑪ & ⑫

BULLETIN 43.00-1
NOVEMBER 1989

# DeZURiK®
# AWWA BUTTERFLY VALVES



DeZURIK

# Design & Construction

DeZurik AWWA Butterfly Valves meet or exceed the requirements of AWWA Standard C504. They are designed for water treatment/distribution systems, wastewater treatment plants, power generating stations and industrial plants.

AWWA Butterfly Valves feature two seat options—a molded resilient seat-in-body design for sizes through 24" and a patented, mechanically retained seat-in-body design for sizes 30" and larger. On 30" and larger valves the patented T-shaped seat is mechanically retained and fully adjustable.

DeZurik AWWA Butterfly Valves are also available in square and rectangular versions for controlling influent and effluent on grit removal and primary/secondary treatment tanks.

Body materials include cast iron, ductile iron and fabricated carbon steel for square/rectangular valves. Sizes range from 4" through 120" and from 24" square through 144" square on square valves. In addition, rectangular options are also available.

Actuator options include lever, handwheel, chainwheel, 2" nut, cylinders and electric motors. Gears on manual actuators are totally enclosed. Manual style actuators are sized to operate with a maximum pull of 80 pounds on handwheels and chainwheels and a maximum of 150 foot-pounds on operating nuts.

**Long Life, Low Friction Bearings**—The upper and lower journal shaft bearings are designed to provide high compressive strength and low friction. The material is noncold flowing, phenolic backed, PTFE on 4"-20" sizes and metal backed PTFE on 24" and larger.

**Corrosion Resistant Shaft**—Shaft material is 304 stainless steel to minimize the effects of corrosion. Shaft diameters meet/exceed the requirements of AWWA standards.

**Strong Disc/Shaft Connection**—On 4"-20" valves the disc is securely attached to the shaft with 304 stainless steel tangential pins with socket head type locking set screws. Valves 24" and larger use 304 stainless steel tapered pins, mechanically secured with locking nut.

**Self-Compensating Shaft Seals**—Shaft seals are self-compensating, V-type packing on 4"-48" flanged valves and on all mechanical joint valves. Flanged valves 54" and larger feature adjustable, V-type packing with bronze packing glands.

**End Connections**—DeZurik AWWA Butterfly Valves are available in flanged, mechanical joint, weld ends and Victualic end connections.

**Manual Actuators**—DeZurik manual actuators are in complete compliance with AWWA C504. They are of the traveling nut or worm gear type and feature a cast iron housing, buriable or weatherproof construction and adjustable open and closed stops. The gearing is totally enclosed. The actuators are sized to operate valves with a maximum input of 150 foot-pounds on operating nuts. Manual actuators are capable of withstanding a 200 pound pull on the handwheel or an input torque of 300 foot-pounds against the stops.

All traveling-nut actuators are self-locking and are designed to transmit twice the required torque without damage to the contact faces of the nut. DeZurik's manual actuators feature steel threaded reach rods and bronze or ductile iron nuts with internal threads.

**Cylinder Actuators**—DeZurik hydraulic/pneumatic cylinder actuators are double acting, stationary mounted, with all working parts totally protected within weatherproof enclosures. Cylinder tubes are fiberglass reinforced epoxy resin with a 16 micro-inch internal finish.

On water fitted cylinders the piston, head and cap ends are cast iron with plastic coated interior surfaces.

Water fitted cylinder actuators are designed to withstand a salt spray test of not less than 144 hours per ASTM B117. The piston rods are 203 stainless steel.

The bronze piston rod bushings are pilot fitted into the cylinder head. Cylinder actuators also feature metal cased rod scrapers. Rod seals are externally adjustable.



**Offset Disc**—The entire size range of AWWA Butterfly Valves features an offset disc providing an uninterrupted 360 degree seating edge. This results in less seating torque and reduces wear. On 4"-120" sizes the disc seating edge is 316 stainless steel. Disc material options include ductile iron, cast iron and fabricated carbon steel on square/rectangular valves.

©DeZurik, May 1989

# General Specifications

**Valve Size:** 4"-120"
**Body Style:** Conforms to latest revision of AWWA Specification C-504
**End Connections:** Flanged 4"-120", mechanical joint (Class 150B) 4"-48" and Grooved end (Class 150B) 12"-60"
**Pressure Class[*]:** Class 250 available on application.

| Class | End Connection | |
|---|---|---|
| | Flanged | Mechanical Joint |
| 8 | Square/Rectangular | |
| 15 | Square/Rectangular | |
| 25A | 24"-120" | — |
| 75A | 30"-120" | — |
| 75B | 24"-120" | — |
| 150B | 4"-120" | 4"-48" |

**Packing:**

| Material | | End Connection |
|---|---|---|
| Acrylonitrile-Butadiene | Adjustable | Flanged 24"-120" |
| Acrylonitrile-Butadiene | Non-Adjustable | Flanged 4"-48" Mechanical Joint 4"-48" |
| PTFE | Adjustable | Flanged 24"-120" |
| PTFE | Non-Adjustable | Flanged 4"-48" Mechanical Joint 4"-48" |

## Materials of Construction
### Standard

| Valve Part | 4"-20" | 24" & Larger |
|---|---|---|
| Body | Cast Iron, ASTM A126 Class B | Cast Iron, ASTM A126 Class B |
| Disc | Cast Iron, ASTM A48 Class 40C | Cast Iron, ASTM A48 Class 40C or 50C |
| Seat Ring | 316 Stainless Steel | 316 Stainless Steel |
| Shaft | 304 Stainless Steel ASTM A276 | 304 Stainless Steel ASTM A276 |
| Packing | Acrylonitrile-Butadiene | Acrylonitrile-Butadiene |
| Seat | Acrylonitrile-Butadiene | Acrylonitrile-Butadiene |

### Options

| Valve Part | Material |
|---|---|
| Body | Ductile Iron Fabricated Carbon Steel for Square/Rectangular |
| Disc | Ductile Iron Fabricated Carbon Steel for Square/Rectangular |
| Shaft | 316 Stainless Steel |
| Packing | PTFE |
| Seat | Chloroprene Terpolymer of Ethylene, Propylene and a Diene Natural Rubber |

# Ordering
To order, complete the valve part number from the information shown. An ordering example is shown for your reference.

| Valve Style | Valve Size | | | | | | End Connection | Body Material | Packing |
|---|---|---|---|---|---|---|---|---|---|
| | Code | In. | MM | Code | In. | MM | | | |
| BAW = AWWA Butterfly BRP = AWWA Square/Rectangular Butterfly Note: 54" and larger must indicate valve pipeline mounting position and shaft orientation. | 4 | 4 | 100 | 48 | 48 | 1200 | F1 = Flanged MJ = Mechanical Joint V1 = Grooved End *Must be ordered with buried actuator, except when furnished with floor stand or neck extension | CI = Cast Iron DI = Ductile Iron FS = Fabricated Carbon Steel Square/Rectangular | NBRN = Acrylonitrile-Butadiene Non-Adjustable (Flanged and Mechanical Joint 4"-48") NBRA = Acrylonitrile-Butadiene Adjustable (Flanged 4"-120") TCN = PTFE Non-Adjustable (Flanged and Mechanical Joint 4"-48") TCA = PTFE Adjustable (Flanged 4"-72") |
| | 6 | 6 | 150 | 54 | 54 | 1400 | | | |
| | 8 | 8 | 200 | 60 | 60 | 1500 | | | |
| | 10 | 10 | 250 | 66 | 66 | 1700 | | | |
| | 12 | 12 | 300 | 72 | 72 | 1800 | | | |
| | 14 | 14 | 350 | 78 | 78 | 2000 | | | |
| | 16 | 16 | 400 | 84 | 84 | 2100 | | | |
| | 18 | 18 | 450 | 90 | 90 | 2300 | | | |
| | 20 | 20 | 500 | 96 | 96 | 2400 | | | |
| | 24 | 24 | 600 | 102 | 102 | 2600 | | | |
| | 30 | 30 | 750 | 108 | 108 | 2700 | | | |
| | 36 | 36 | 900 | 114 | 114 | 2900 | | | |
| | 42 | 42 | 1100 | 120 | 120 | 3000 | | | |
| BAW, | 4, | | | | | | F1, | CI, | NBRN+ |

| Seat | Pressure Class | Disc | Shaft |
|---|---|---|---|
| NBR = Acrylonitrile-Butadiene CR = Chloroprene EPDM = Terpolymer of Ethylene, Propylene and a Diene NR = Natural Rubber | 8 = Square/Rectangular 15 = Square/Rectangular 25A = Flanged 24"-120" 75A = Flanged 30"-120" 75B = Flanged 24"-120" 150B = Flanged 4"-120" Mechanical Joint 4"-48" | CI = Cast Iron DI = Ductile Iron S1 = 304 Stainless Steel FS = Fabricated Carbon Steel | S1 = 304 Stainless Steel S2 = 316 Stainless Steel |
| NBR, | 150B, | CI- | S1 |

| Actuators | Accessories |
|---|---|
| All actuators must be ordered by adding the actuator code to the basic valve identification. For descriptions and sizing information, see pages noted. | When ordering accessories as part of complete valve and actuator assembly, enter codes as referenced. Separate codes with hyphen when multiple items are required. |
| Manual      Page | Manual     Pages 6 & 7 |
|   Lever        5 | Cylinder    Page 9 |
|   Rotary       5 | |
| Powered      Page | |
|   Cylinder     8 | |
|   Electric Motor    8 | |
| *TW-7-HD12 | FSTS C/L of valve to base of floorstand 48" |

4



# Dimensions

**Flanged**

Inch
(Millimeter)

| Valve Size (Inches) | A | C | D |
|---|---|---|---|
| 4 | 5.00 (127.0) | 4.50 (114.3) | 6.50 (165.1) |
| 6 | 5.00 (127.0) | 5.75 (146.0) | 8.50 (215.9) |
| 8 | 6.00 (152.4) | 6.88 (174.8) | 9.25 (235.0) |
| 10 | 8.00 (203.2) | 8.12 (206.2) | 11.00 (279.4) |
| 12 | 8.00 (203.2) | 9.31 (236.5) | 12.50 (317.5) |
| 14 | 8.00 (203.2) | 10.56 (268.2) | 14.00 (355.6) |
| 16 | 8.00 (203.2) | 11.69 (296.9) | 15.25 (387.4) |
| 18 | 8.00 (203.2) | 13.56 (344.4) | 16.00 (406.4) |
| 20 | 8.00 (203.2) | 14.56 (369.8) | 17.25 (438.2) |
| 24 | 8.00 (203.2) | 19.00 (482.6) | 18.41 (467.6) |

| Valve Size (Inches) | A | C | D |
|---|---|---|---|
| 30 | 12.00 (304.8) | 23.00 (584.2) | 22.62 (574.5) |
| 36 | 12.00 (304.8) | 27.38 (695.5) | 25.62 (650.7) |
| 42 | 12.00 (304.8) | 30.91 (785.1) | 30.42 (772.7) |
| 48 | 15.00 (381.0) | 35.38 (898.7) | 33.00 (838.2) |
| 54 25A-75B | 15.00 (381.0) | 38.88 (987.6) | 35.00 (889.0) |
| 150B | 15.00 (381.0) | 38.88 (987.6) | 37.25 (946.2) |
| 60 | 15.00 (381.0) | 39.88 (1013.0) | 37.00 (939.8) |
| 66 | 18.00 (457.2) | 46.25 (1174.8) | 43.25 (1098.6) |
| 72 25A-75B | 18.00 (457.2) | 50.06 (1271.5) | 45.75 (1162.0) |
| 150B | 18.00 (457.2) | 50.06 (1271.5) | 47.00 (1193.8) |

VALVES OPEN LEFT





**rotork** actuation

INTRODUCTION

TO

ROTORK

ACTUATION

PRODUCTS

Publication G000E Issue 4/94

# ROTORK PRODUCTS

| | | Electric actuators | | | | | | Fluid power actuators | | Systems | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | IQ range | A range | G range | M range | AQ range | Q range | P range | H range | Pakscan | Pakvision |
| | Catalog section | E1 | E2 | E3 | E4 | E5 | E6 | P1 | P3 | S1 | S2 |
| **Output** | Multi-turn | ■ | ■ | ■ | ■ | | | | | | |
| | Quarter-turn | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | |
| | Linear | | | | ■ | | | | | | |
| **Power** | 3-phase | ■ | ■ | ■ | ■ | ■ | | | | | |
| | Single phase | | ■ | | | ■ | ■ | | | | |
| | DC | | ■ | | | ■ | | | | | |
| | Gas | | | | | | | ■ | | | |
| | Hydraulic | | | | | | | | ■ | | |
| **Enclosure** | Flameproof | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | | |
| | Watertight IP68 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | |
| **Duty** | Failsafe (see key) | | 1 4 | | | 4 5 | | 2 3 | 2 6 | | |
| | Modulating | | | | ■ | ■ | | ■ | ■ | | |
| | Throttling | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | | |
| | Isolating | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | | |
| | Nuclear | | ■ | | | | | | | | |
| **Feature** | Non-intrusive commissioning | ■ | | | | | | | | | |
| | 2-wire control | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | Actuator diagnostics | ■ | ■ | | ■ | | | | | | |
| | Valve diagnostics | ■ | | | | | | | | | |

**Failsafe key**

1. Rotary gas/air motor
2. Spring return
3. Air reservoir
4. DC motor with external battery sets
5. AC/DC power with integral battery and charger (non-hazardous areas only)
6. Hydraulic accumulator

# MULTI-TURN ELECTRIC ACTUATORS

## 'IQ' ELECTRIC INTELLIGENT ACTUATOR
Power supply: 3 phase



The most comprehensive, economical solution for linear valve and larger quarter-turn applications.

## 'G' ELECTRIC ACTUATOR
Power supply: 3 phase



High speed actuators for very large linear and quarter-turn valves.

## 'A' ELECTRIC ACTUATOR
Power supply: 3 phase, 1 phase, DC and air back-up



Syncroset actuators for valves requiring separate motor controls.

Syncropak actuators with integral controls for special applications. Performance as IQ Range.

## 'M' ELECTRIC MODULATING ACTUATOR
Power supply: 3 phase



For control valves and damper applications.

8

*QUARTER-TURN*
*ELECTRIC*
*ACTUATORS*

### 'NA' NUCLEAR CLASS 1 ACTUATOR
Power supply: 3 phase



IEEE382 qualified Syncroset actuators for inside and outside nuclear reactor containment duties.

### 'AQ' ELECTRIC QUARTER-TURN ACTUATOR
Power supply: 3 phase, 1 phase and DC



Flameproof and watertight direct drive 90° operator. AQM version for fully modulating duty.

### VPSU



Manual valve operator providing limit switches for remote signalling.

### 'Q' ELECTRIC QUARTER-TURN ACTUATOR
Power supply: 1 phase



Q Standard actuators for simple On/Off applications.
Q Pak version for sophisticated systems.

# rotork actuation

ROTORK 'AQ' RANGE

*3-PHASE, 1-PHASE, DC*

*FLAMEPROOF*

*WATERTIGHT*

*FAILSAFE*

*QUARTER TURN*

*VALVE ACTUATORS*

VOLVING RELIABILITY



Publication E510E Issue 5/97

3



# ROTORK 'AQ' RANGE



## 'AQ' RANGE ELECTRIC, DIRECT DRIVE, QUARTER TURN ACTUATORS

The Rotork 'AQ' actuator provides industry with a reliable quarter turn operator for isolating duty with the ability to integrate fully into sophisticated control systems.

In keeping with Rotork's design philosophy of proven reliability, the 'AQ' takes advantage of the same electronic control techniques that have been developed for and used in the 'IQ', 'A' and 'Q' Ranges of actuators.

For fully modulating duties an alternative version of the 'AQ' actuator designated the AQM is available.

## 'AQ' FEATURES ARE:

■ Rugged construction giving protection to IP68 (NEMA 4 and 6).

■ Rotork unique double seal to prevent water and dirt ingress even during site wiring.

■ Versions available for DC, single or 3 phase power supplies.

■ Secure self-locking drives suitable for butterfly valves and dampers without the use of additional brakes.

■ External setting of valve travel limits.

■ Simple setting of auxiliary control limit switches.

■ Torque output up to 1080Nm (800 lbsft).

■ Two auxiliary limit switches.

■ Available with a watertight enclosure to IP68 (NEMA 4 and 6) or with a flameproof (explosionproof) and watertight enclosure to IP68 (NEMA 4 and 6)

■ Suitable for mounting at any operating angle.

4

## ROTORK 'AQ' RANGE

### CONSTRUCTION

The actuator consists of a motor controlled by an integral solid state control assembly driving through two stages of worm and wheel gearing to a quarter turn output assembly giving clockwise to close output, with an easily removable steel drive bush for machining by the customer to suit the valve stem. There is also a gear drive to a limit switch assembly. A handwheel with a power preference clutch arrangement is provided for manual operation.

The solid state control assembly consists of two elements, the transformer rectifier providing DC power via thyristors to the motor and the CMOS gate array which controls and monitors the actuator functions and interfaces with remote controls.

Opto isolators are incorporated to interface with remote control inputs. They protect the logic circuits from high voltage transients which may appear at the actuator terminals. The current drawn by the actuator circuit from each externally fed control signal is approximately 5mA at 24 volts and will be in proportion at other voltages.

The motor is a 24 volt DC high efficiency compact unit with a proven reliability record in automotive and industrial applications. Actuator output speed can be adjusted within a 4 to 1 range.

Overload protection is by means of a thermostat which disconnects the control circuit if the maximum permitted winding temperature is reached. This protection is independent of ambient temperature variation and motor current. This provides optimum usage of motor thermal capacity.

#### MECHANICAL STOPS

Externally adjustable mechanical output stops are provided with a setting range of 80° to 100° of movement. The setting of these provides travel limitation for both electrical and manual operation.



#### END OF TRAVEL CONTROL

The 'AQ' actuator is designed to 'torque off' at each end of travel against its adjustable mechanical stops. This feature enables adjustment of travel limits without removing electrical covers. Where a particular application requires conventional gear driven end of travel limit switches, these are available as an optional extra. (See page 8).

#### OUTPUT TORQUE ADJUSTMENT

Close torque adjustment is by means of a potentiometer fitted inside the electrical enclosure with a setting range of 30% to 100% of rated output torque.

Opening torque is factory set to rated torque.



# S T A N D A R D   S P E C I F I C A T I O N

5

## ELECTRICAL SUPPLIES

The actuator can be supplied to suit most standard single and three phase AC voltages and 24V DC.

## DUTY RATING

The rating for the standard 'AQ' is S2 with a Cyclic Duration Factor of 20% according to IEC 34.2 with up to 60 starts per hour.

## AUXILIARY LIMIT SWITCHES

A pair of single pole changeover auxiliary limit switches are provided for status feedback. Contact ratings for inductive circuits are as follows:

| Voltage | AC current | DC current |
|---------|-----------|-----------|
| 240 | 15 | 0.25 |
| 110 | 15 | 0.25 |
| 50 | 15 | 2.50 |
| 24 | 15 | 3.00 |

The switches are capable of adjustment to any point in valve travel.

## MONITOR RELAY

The monitor relay provides an alarm signal to indicate the operational status of the actuator. Contact rating 5A 250V AC, 30V DC (resistive load).

## MOTOR RUNNING INDICATION

A normally open contact is provided to permit remote indication of motor running. Contact rating 5A 250V AC, 30V DC (resistive load).

## TERMINAL COMPARTMENT

A separately sealed compartment contains segregated power and control terminals as follows:

Power: No. 10-24 UNC, Control: No. 6-32 UNC. All internal control connections to the printed circuit boards are via plugs and sockets. Terminal box cover carries a terminal identification code card. The terminal compartment also contains a start-up kit with instructions, wiring diagram, terminal screws and washers, spare cover screws and seals. Where metallic cable glands are to be used with the actuators that may be subject to salt water spray, it is recommended that the cable gland material should be one that is compatible with aluminium to avoid electrolytic action.

Two threaded conduit entries are supplied with the following alternative sizes available as standard:

2 x M32 metric to BS3643
2 x 1¼" ASA NPT
2 x PG21

## POSITION INDICATION

Continuous mechanical valve position indication is provided and illuminated green for closed, white for intermediate and red for open.

## MANUAL OPERATION

A lockable hand/auto lever is provided to engage handwheel operation. Energisation of the motor automatically re-engages power operation.

## PAINT FINISH

Castings are dipped after machining in Wallercrom 7400. The castings are then stove enamelled at 200°C with Cromadex 'Interpon D' polyester power coating (or equivalent) 75 microns thick, blue RAL5005. This paint finish has passed a BS2011 Part 2.1 Kb severity one test.

## ENVIRONMENTAL

### Enclosure

The rugged construction of the 'AQ' actuator enables it to operate in arduous environments and conditions:

The standard actuator is available with a watertight enclosure to IP68 (NEMA 4 and 6).

The optional enclosures are:

Flameproof - BASEEFA certified EExd IIB T4 or EExde IIB T4 according to Cenelec Norm EN50014, EN50018 or EN50019 - BS5501.

Factory Mutual certified (explosionproof) Class I Groups C and D Division 1 Hazardous Areas to NEC Article 500, or CSA groups C and D.

Conduit entries are normally fitted with plastic transit plugs. Metal plugs should be specified if it is expected that cabling will not be completed for some time on outdoor installations.

### Temperature

The standard actuators are suitable for ambient temperatures of -30°C to +70°C (-22°F to +158°F). Factory Mutual certified explosionproof actuators are subject to a maximum ambient temperature of 60°C (140°F), CSA explosionproof -30°C to +40°C (-22°F to +104°F). For ambient temperatures outside these ranges please apply to Rotork.

### Seismic

The 'AQ' actuator is designed to withstand the following.

Plant induced vibration, 0.5g over a frequency range of 10-200Hz.

Seismic frequency range of 0.2 - 33Hz, 1.0g if it is to operate during and after the event or 5.0g if it is only required to maintain structural integrity and does not have to operate during or after the event.

## ACTUATOR MOUNTING BASE

The base of the actuator is fitted with a mounting flange complying with ISO5211 or alternatively USA Standard MSS SP-101.

The interface provided for mounting of the actuator onto the valve should conform to good engineering practices ensuring adequately toleranced limits for parallelism, perpendicularity and concentricity.

## VALVE PROTECTION

The Rotork 'AQ' actuator has 3 valve protection systems:

### Direction corrector circuit

This ensures that the motor turns in the correct direction irrespective of the polarity of the supply connected to the power terminals.

### Instantaneous reversal protection

An automatic time delay circuit limits current surges when an actuator is signalled to reverse its direction instantaneously.

### Anti-hammer protection

Adjustable electronic torque limitation switches off the actuator when a preset load is reached either due to an obstruction or at end of travel. Torque switch hammer, which is often a problem in the presence of a continuous control signal, is prevented from occurring by the logic control circuits.

# rotork actuation

**Dimensions for Rotork 'AQ' actuators**



Publication number E540E
Date of Issue 11/94



Clockwise to close actuator.
In fully clockwise position viewed from below.

AQ 830, 860 only.

* Removal allowance.
1 Handwheel.
2 Terminal compartment.
3 Stop bolts.
4 Conduit entries:
    2 x 1¼ ASA NPT
    or 2 x 32 mm
    or 2 x PG21.
5 Pushbutton/selector assembly (optional).
6 Battery pack (optional).



| Actuator bases † | Dimensions mm, *ins* | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J | K | L | M | P |
| F7 | 181 *7.13* | 120 *4.72* | 58 *2.3* | 120 *4.72* | 175 *6.89* | 313 *12.32* | 63.5 *2.5* | 88 *3.46* | 145 *5.71* | 402 *15.82* | 48 *1.9* | 9° | 21° | 439 *17.28* |
| F10 | 160 *6.3* | 120 *4.72* | 37 *1.46* | 120 *4.72* | 175 *6.89* | 313 *12.32* | 63.5 *2.5* | 67 *2.63* | 124 *4.88* | 381 *15* | 48 *1.9* | 9° | 21° | 418 *16.45* |
| F12, 14 | 188 *7.4* | 128 *5.04* | 54 *2.16* | 120 *4.72* | 215 *8.46* | 347 *13.66* | 86.5 *3.4* | 89 *3.5* | 151 *5.94* | 420 *16.5* | 70 *2.76* | 8° | 21° | 445 *17.51* |

† Actuator bases applicable to actuators:
F7: AQ 105, 115, 130, 310   F10: AQ 105, 115, 130, 310, 315, 360   F12, 14: AQ 830, 860

# Pressure Reducing Valve Series 127



The pressure reducing valve is the most widely used valve and undisputed leader in terms of quantity. The primary function of the OCV Pressure Reducing Valve Series 127 is to reduce a greater upstream pressure to a lesser, more manageable downstream pressure, operating without regard to either upstream supply or downstream demand. Whenever liquid is being moved through a pipe, there is a requirement to maintain hydraulic balance and efficiency, this is accomplished by harnessing the pressure generated by the system's pumps.

A particularly noteworthy aspect of this series is the number of additional control functions that may be added to that of pressure reducing to satisfy a wide range of operating conditions. These multi-function pressure reducing valves are described in the 127 Operation section under "Combinations."

## Features

- Reduces higher upstream pressure to a constant lower downstream pressure.
- Wide range of pressure reducing pilots provides overall adjustments from 5 to 750 psi.
- Variety of pilot options for multiple control functions.
- Available in globe or angle pattern; iron or steel.
- Heavy-duty, nylon-reinforced diaphragm isolates upper chamber control pressure from lower chamber line pressure.
- Diaphragm assembly guided top and bottom is the only moving part of the valve.
- No packing glands or stuffing boxes to service.
- Rectangular soft seat provides drip-tight seal and extended valve service.
- Easily cleaned, repaired and adjusted without removal from the line.
- Pre-tapped body and bonnet for easy installation and removal of pilot control.
- Center-tapped bonnet facilitates installation of valve position indicator or valve operated switches.
- Epoxy primed inside and out with baked enamel exterior for maximum corrosion protection.
- Every valve operationally and hydrostatically tested prior to shipping.
- One-year Limited Warranty against failure due to defects in workmanship or materials.



Model 127-3

1. Opening & Closing Speed Control
2. Pressure Reducing Pilot
3. Ejector

Note: For simplicity, illustration does not show strainers, ball stop valves, fittings, etc.

**OCV Control Valves** 7400 East 42nd Place / Tulsa, Oklahoma 74145 / Phone 918-627-1942 / TWX 910-845-2227 / FAX 918-622-8916

45

## Pressure Reducing Valve Series 127

# Operation

## Model 127-3:
### Pressure Reducing Valve

Operating intelligence for the OCV 127-3 Pressure Reducing Valve is vested in the pressure-reducing pilot that installs on the discharge side of the control circuitry. The pilot is a direct-acting, normally-open, spring-loaded, diaphragm-actuated valve; the spring being adjustable within no more than a 6:1 ratio. The OCV Model 1340 Pressure Reducing Pilot (see illustration) will accommodate any one of four springs and is therefore capable of handling an overall pressure range of 5 to 300 psi. The Model 2420 Pressure Reducing Pilot similarly includes a spring for pressures ranging from 200 to 750 psi.

· The operation of the 127-3 begins with accurately sizing the valve (see "Sizing"), then fine-tuning the control circuit by adjusting the pilot spring to the desired downstream pressure.

Inlet pressure is piped through an ejector to the inlet port of the pressure-reducing pilot. A sense line runs from the discharge side of the pilot to its lower control chamber under the diaphragm. Thus, downstream pressure exceeding the preset acts to close the pilot while the (adjustable) spring seeks to keep it open. The result is a modulating action in the pilot that is transmitted through a two-way flow control valve to the bonnet of the main valve. This creates a "mirror" modulation of the diaphragm assembly in the main valve. In this fashion, downstream pressure is maintained within narrow limits regardless of changing flow rates or varying inlet pressures.

# Combinations

## Model 127-2: Pressure Reducing/Sustaining

In addition to the pressure-reducing function previously discussed, the 127-2 is designed to sustain upstream pressure above a predetermined minimum. This is accomplished by fitting an adjustable, normally-closed, direct-acting, spring-loaded, diaphragm-actuated pressure-sustaining pilot into the control circuitry. Like its counterpart the pressure-reducing pilot, the springs of the Model 1330 Pressure Relief Pilot are adjustable through an overall pressure range of 5 to 300 psi while that of the Model 2400 is adjustable over a range of 200 to 750 psi. The valve automatically modulates to maintain downstream pressure at the set point as long as inlet pressure is above the preset minimum.

## Model 127-4: Pressure Reducing/Check

In addition to the pressure-reducing function previously discussed, the 127-4 acts as a check valve to prevent backflow through the line in the event of pressure reversal. This is accomplished by fitting pilot check valves into both the upstream and downstream sides of the control circuitry. The addition of these pilots positively prevents return flow through both the control system and the main valve.

## Model 127-5: Pressure Reducing/Surge Control

In addition to the pressure-reducing function previously discussed, the 127-5 is designed to immediately and completely close the main valve should downstream pressure rapidly rise. This feature makes the 127-5 particularly useful for dead-end service. The surge control valve is an adjustable two-way, normally-closed, spring-loaded pilot that senses downstream pressure under its diaphragm. Usually, the surge control pilot is preset 5-10 psi higher than the pressure reducing pilot and, conse-

quently, has no effect on the valve's normal operation. However, should downstream pressure build to the point of overcoming the preset on the surge control spring, the pilot opens, diverting full inlet pressure to the bonnet and rapidly closing the main valve. In this way, pressure build up is held to a minimum.

## Model 127-80: Pressure Reducing/Solenoid Shut-Off

In addition to the pressure-reducing function previously discussed, the 127-80 is designed to intercept the control of the pressure-reducing pilot via a two-way, solenoid-actuated pilot valve. Installed between the hydraulic pilot and the discharge port of the main valve, the solenoid can, on signal, close or open the main valve. Such signal may come from a clock, timer, probe, pressure or temperature sensor, remotely located control station, et al. OCV solenoid pilots are available in normally-open (energize to close) or normally-closed (energize to open) types. (Additional information on solenoid controlled valves may be found on page 30.)

## Model 127-420: Pressure Reducing/Sustaining/Check

In addition to the pressure-reducing function previously discussed, the 127-420 is designed to sustain upstream pressure to a predetermined minimum and to act as a check against backflow in the event of downstream pressure reversal. In effect, the 127-420 is, therefore, a combination of Model 127-2 and 127-4. Adjusting the Pressure Relief (sustaining) Pilot and the Pressure Reducing Pilot on the 127-420 is identical to procedures discussed above. Thus, properly sized and adjusted, this valve automatically modulates to maintain downstream pressure at the set point, maintain inlet pressure above the preset minimum, and checks against back flow in the event of a pressure reversal.

■ OCV Control Valves    7400 East 42nd Place / Tulsa, Oklahoma 74145 / Phone 918-627-1942 / TWX 910-845-2227 / FAX 918-622-8916

16

## Pressure Reducing Valve Series 127



### Spring Data

For Control Pilots Model 1330 & 1340

| PRESSURE RANGES | COLOR CODE |
|---|---|
| 5 P.S.I. to 30 P.S.I. | GREEN |
| 20 P.S.I. to 80 P.S.I. | RED |
| 65 P.S.I. to 180 P.S.I. | YELLOW |
| 100 P.S.I. to 300 P.S.I. | BLUE |

**MODEL 1340**

**Pressure Reducing Pilot**

1. Adjusting Screw Cover
2. Adjustment Screw
3. Spring
4. Diaphragm
5. Pressure Sense
6. Pilot Inlet
7. Pilot Outlet

## Sizing

Proper sizing is particularly important to the satisfactory performance of pressure reducing valves. For that reason, the OCV Control Valves Engineering Department has developed a relatively simple formula to assist specifiers in this important area. The unabridged "OCV Pressure Reducing Valve Sizing Guide" is available on request.
**CAUTION:** Refer to Cavitation Chart on page **E-10**

## Engineering/ Technical Information

For installation dimensions and sizing information, refer to Engineering/Technical Section.

**MODEL 2420**

**High Pressure Reducing Pilot**

1. Adjusting Screw Cover
2. Adjustment Screw
3. Spring
4. Diaphragm



**OCV Control Valves**   7400 East 42nd Place / Tulsa, Oklahoma 74145 / Phone 918-627-1942 / TWX 910-845-2227 / FAX 918-622-8916

47

## Pressure Reducing Valve Series 127

# Specifications

**Sizes**

Globe —
1¼" thru 3" Screwed Ends
1¼" thru 16" Flanged Ends
Angle —
1¼" thru 3" Screwed Ends
1¼" thru 12" Flanged Ends

• **Temperature Ratings**
Light petroleum products: – 40°F to
+ 180°F
Water: + 32°F to + 180°F

• **Pressure Ratings**
Cast Iron —
125 Class: 200 psi max.
(150 psi 14" & 16")
250 Class: 500 psi max.
(300 psi 14" & 16")
Cast Steel —
150 Class: 285 psi max.
300 Class: 740 psi max.
Cast Bronze —
150 Class: 225 psi max.
300 Class: 500 psi max.
Cast Aluminum —
150 Class 285 psi max.

NOTE: Maximum pressure differential
across diaphragm of basic valve
must not exceed 300 psi.

• **Flange Details**
Cast Iron — 125 and 250 Class —
ANSI B 16.1
Cast Steel — 150 and 300 Class —
ANSI B 16.5
Cast Bronze — 150 and 300 Class —
ANSI B16.24
Cast Aluminum — 150 Class Only —
ANSI B 16.5

• **Materials — Basic Valve**
Cast Iron — ASTM A126/B
Cast Steel — ASTM A216/WCB
Cast Bronze — ASTM B61, B62
Cast Aluminum — 356-T6
Other Materials — Consult factory
Stem — Stainless Steel, AISI 303
Spring — Stainless Steel, AISI 302
Spool — Ductile Iron, ASTM A536
Seat Disc Retainer — Ductile Iron,
ASTM A536
Diaphragm Plate — Ductile Iron, ASTM
A536
Seat Ring — Cast Bronze, B62 (Cast
Stainless Steel, ASTM A296/CFB
optional)
Upper Stem Bushing — Bronze, ASTM
B438
Other Materials — Consult factory

• **Materials — Rubber Parts for Main
Valve & Pilots**
Diaphragms — Buna-N
O-Rings — Buna-N
Seat Disc — Buna-N
Viton Elastomers optional
Other Elastomers — Consult factory

• **Materials — Control Pilots**
Bodies — Bronze, B62; Stainless
Steel, ASTM A296/CF8; Aluminum
356-T6
Internals — Stainless Steel — AISI
303

• **Electrical — Solenoids**
Body — Brass (Stainless Steel optional)
Elastomers — Buna-N
Viton Elastomers optional

• **Operation — Solenoids**
Normally closed (energize to open)
Normally open (de-energize to open)

• **Power — Electrical**
AC, 60Hz — 24, 120, 240, 480 Volts
AC, 50Hz — in 110 Volt multiples
DC, 6, 12, 24, 120, 240 Volts

• **Enclosures — Electrical**
General Purpose — NEMA 1
Watertight and
Explosion Proof —
NEMA 3, 4, 7 & 9
(optional)

• **Miscellaneous**
Maximum operating differential limited
to valve rating & type of service —
Consult factory



**OCV Control Valves**   7400 East 42nd Place / Tulsa, Oklahoma 74145 / Phone 918-627-1942 / TWX 910-845-2227 / FAX 918-622-8916

48

## Pressure Reducing Valve Series 127

**Model 127-3:** Pressure Reducing

# Capsule Description

The OCV Model 127-3 is a modulating-type valve that functions to reduce higher upstream pressure to a constant, lower downstream pressure regardless of changing flow rates and/or variations in inlet pressure.

# Engineering Specification

The basic valve shall be a single-seated, line-pressure-operated, diaphragm-actuated, pilot-controlled globe or angle valve. The valve shall seal by means of a corrosion-resistant seat and resilient, rectangular seat disc. These and other parts shall be replaceable in the field; all such service and adjustments to be possible without removing the valve from the line. The stem of the basic valve shall be guided top and bottom by integral bushings. The basic valve and its control system shall contain no packing glands or stuffing boxes. The diaphragm shall not be used as a seating surface, nor shall pistons be used as an operating medium. All internal and external ferrous surfaces shall be coated with a high-quality, two-part epoxy primer; the exterior to then receive a coat of baked enamel paint.

The pilot control system shall consist of a two-way, normally-open, direct-acting, adjustable spring-loaded, diaphragm-actuated pressure reducing pilot. The stem shall be guided between the diaphragm assembly and seat disc. The pilot control shall be field adjustable within the pressure range of the spring specified; adjustment range not to exceed a 6:1 ratio. Other control components shall include an ejector; a flow control valve; a "Y" strainer and two ball "stop" valves for

isolating the control system from the main line.

The valve, with appropriate pilot in place, shall be operationally and hydrostatically tested prior to shipping and shall carry a one-year Limited Warranty against failure due to defects in workmanship or materials.

**Model 127-2:** Pressure Reducing/Sustaining

# Capsule Description

The OCV Model 127-2 is a modulating-type valve that functions to reduce higher upstream pressure to a constant, lower downstream pressure regardless of changing flow rates and/or variations in inlet pressure. In addition, the control circuitry of the 127-2 is configured to sustain inlet pressure above a preset minimum.

# Engineering Specification

The basic valve shall be a single-seated, line-pressure-operated, diaphragm-actuated, pilot-controlled globe or angle valve. The valve shall seal by means of a corrosion-resistant seat and resilient, rectangular seat disc. These and other parts shall be replaceable in the field; all such service and adjustments to be possible without removing the valve from the line. The stem of the basic valve shall be guided top and bottom by integral bushings. The basic valve and its control system shall contain no packing glands or stuffing boxes. The diaphragm shall not be used as a seating surface, nor shall pistons be used as an operating medium. All internal and external ferrous surfaces shall be coated with a high-quality, two-part epoxy primer; the exterior to then receive a coat of

baked enamel paint.

The pilot control system shall consist of a two-way, normally-open, direct-acting, adjustable spring-loaded, diaphragm-actuated pressure-reducing pilot. The stem shall be guided between the diaphragm assembly and seat disc. The pilot control shall be field adjustable within the pressure range of the spring specified; adjustment range not to exceed a 6:1 ratio. The control system shall also include a two-way, normally-closed, direct-acting, adjustable spring-loaded, diaphragm-actuated pressure relief pilot. The stem shall be guided between the diaphragm assembly and seat disc. The pilot control shall be field adjustable within the pressure range of the spring specified; adjustment range not to exceed a 6:1 ratio. Other control components shall include an ejector, a flow control valve; a "Y" strainer and two ball stop valves for isolating the control system from the main line.

The valve, with appropriate pilot in place, shall be operationally and hydrostatically tested prior to shipping and shall carry a one-year Limited Warranty against failure due to defects in workmanship or materials.

**Model 127-4:** Pressure Reducing/Check

# Capsule Description

The OCV Model 127-4 is a modulating-type valve that functions to reduce higher upstream pressure to a constant, lower downstream pressure regardless of changing flow rates and/or variations in inlet pressure. In addition, the valve will automatically check against backflow through the line in the event of a pressure reversal.

**OCV Control Valves**   7400 East 42nd Place / Tulsa, Oklahoma 74145 / Phone 918-627-1942 / TWX 910-845-2227 / FAX 918-622-8916

49

## Engineering/Technical Section©

# VALVE DIMENSIONS



| DIM | END CON. | 1¼-1½ | 2 | 2½ | 3 | 4 | 6 | 8 | 10 | 12 | 14 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A** | SCREWED | 8¼ | 9½ | 10½ | 10½ | — | — | — | — | — | — | — |
| | 125/150 | 8½ | 9½ | 10½ | 10½ | 13½ | 17¾ | 21⅜ | 29¾ | 34 | 39 | 40⅜ |
| | 250/300 | 8½ | 9½ | 11½ | 11½ | 14½ | 18½ | 22½ | 31¼ | 35½ | 40½ | 42⅞ |
| **B** | SCREWED | 1⅞ | 1¹¹⁄₁₆ | 1⅞ | 2¼ | — | — | — | — | — | — | — |
| | 125/150 | 2⅛-2¼ | 3 | 3½ | 3¾ | 4½ | 5½ | 6¾ | 8 | 9½ | 10⅞ | 11¾ |
| | 250/300 | 2⅝-3¹⁄₁₆ | 3¼ | 3¾ | 4⅛ | 5 | 6¼ | 7½ | 8½ | 10¼ | 11½ | 12¾ |
| **C** ANGLE | SCREWED | 4½ | 4¾ | 3-6 | 5½ | — | — | — | — | — | — | — |
| | 125/150 | 4½ | 4¾ | 6 | 6 | 7⅝ | 10 | 12¾ | 14⅝ | 17 | — | — |
| | 250/300 | 4¾ | 5 | 6¾ | 6¾ | 7¹⁄₁₆ | 10½ | 13¼ | 15¹⁄₁₆ | 17¾ | — | — |
| **D** ANGLE | SCREWED | 3¼ | 3⅞ | 4 | 5¼ | — | — | — | — | — | — | — |
| | 125/150 | 3 | 3½ | 4 | 4 | 5¹⁄₁₆ | 6 | 8 | 11⅜ | 11 | — | — |
| | 250/300 | 3¼ | 4½ | 4½ | 4½ | 5¾ | 6½ | 8½ | 12¼ | 11¾ | — | — |
| **E** | SCREWED | 6 | 6 | 7 | 7 | — | — | — | — | — | — | — |
| | 125/150 | 6 | 6 | 7 | 7 | 8 | 10 | 11 | 15⅜ | 17 | 18 | 19¼ |
| | 250/300 | 6 | 6 | 7 | 7 | 8 | 10 | 11 | 15⅜ | 17 | 18 | 19¼ |
| **F** | SCREWED | 3⅞ | 3⅞ | 3⅞ | 3⅞ | — | — | — | — | — | — | — |
| | 125/150 | 3⅞ | 3⅞ | 3⅞ | 3⅞ | 3⅞ | 3⅞ | 3⅞ | 6⅜ | 6⅜ | 6⅜ | 6⅜ |
| | 250/300 | 3⅞ | 3⅞ | 3⅞ | 3⅞ | 3⅞ | 3⅞ | 6⅜ | 6⅜ | 6⅜ | 6⅜ | 6⅜ |
| **G** | SCREWED | 6 | 6¾ | 7¹⁄₁₆ | 7¹⁄₁₆ | — | — | — | — | — | — | — |
| | 125/150 | 6 | 6¾ | 7¹⁄₁₆ | 7¹⁄₁₆ | 10 | 14 | 17¾ | 24½ | 28 | 31¼ | 34½ |
| | 250/300 | 6 | 6¾ | 7¹⁄₁₆ | 7¹⁄₁₆ | 10 | 14 | 17¾ | 24½ | 28 | 31¼ | 34½ |
| **H** | SCREWED | 10 | 11 | 11 | 11 | — | — | — | — | — | — | — |
| | 125/150 | 10 | 11 | 11 | 11 | 12 | 13 | 14 | 17 | 18 | 20 | 20 |
| | 250/300 | 10 | 11 | 11 | 11 | 12 | 13 | 14 | 17 | 18 | 20 | 20 |

**OCV Control Valves** · 7400 East 42nd Place / Tulsa, Oklahoma 74145 / Phone 918-627-1942 / TWX 910-845-2227 / FAX 918-622-8916

E-2



RED RV VALVE

VALVE (5)

# Inline
# Check
# Valves

# In Line Check Valves



*The design of Duckbill Check Valves employs Red Valve's elastomer and fabric Tideflex™ technology.*

Red Valve Company has engineered a complete line of Check Valves in sizes 1/2" through 84".

Plant operators and maintenance personnel have learned to live with swinging gate, lever arm, flap, and swing check valve designs which require continuous maintenance of hinges, seats, pins, loud clanging noises, or continuous check valve chatter. Red Valve Check Valve's 100% elastomer Duckbill Check Sleeve design eliminates these problems:

► Corrosion and mechanical failure problems
► Seating problems
► Slamming and loud noise problems
► Chatter problems
► Debris and hangup problems
► Mechanical parts or maintenance
► Positioning problems

A technically advanced Duckbill Check Sleeve, manufactured with flexible elastomer material reinforced with special synthetic fabrics, is vulcanized into a duckbill shape with elastomer memory.

Forward hydraulic pressure opens the valve and on reverse flow hydraulic pressure seals the valve automatically.

Red Valve Duckbill Check Valves provide these benefits:

► Close on and around entrapped solids
► Lowest headloss
► No mechanical parts to fail
► No seats to warp, corrode, or fail
► Install in a vertical or horizontal pipeline
► Elimination of chatter or noise problems



*Finite Element Analysis Programming is used in Design of Duck Bill Check Sleeve*

These products are designed to your flow specifications. When ordering, please specify head pressure and maximum back pressure of system.



**Series 39**

*Engineered rubber Duckbill Check Sleeves have memory; Forward hydraulic pressure opens the valve; reverse pressure seals the valve and prevents backflow.*



# Series 39

- Elastomer check valve resists abrasion and provides absolute backflow prevention
- Seals on entrapped solids
- No hinges or seats to bind or freeze — a maintenance-free design
- Can be mounted in any position
- Silent, non-slamming; eliminates chatter



*Patented*

The Red Valve Series 39 Slurry Check Valve is designed to handle abrasive slurries, sewage, sludge, and other difficult services. The heart of the Series 39 Check Valve is a fabric reinforced elastomer check sleeve that provides thru-flow at minimum pressure drop across the valve at all times. Forward pressure opens the valve automatically, reverse pressure seals the valve.

Wear and deterioration caused by continuous operation of abrasive slurries is minimized because of the inner rubber check valve. There are no mechanical parts such as hinges, discs, or metal seats which can freeze, corrode, or bind valve operation. The unique elastomer check sleeve will seal on solids. This valve's operation is silent and non-slamming.

Valve body is cast iron. Epoxy coating or rubber lined body are available. The Series 39 Inline Check Valve is provided with an inspection port and two clean out ports.

Face-to-Face dimensions meet ANSI B16.10 specs. The valve has thru-drilled flange holes. When ordering, advise line pressure and back pressure.

**3**

## Materials of Construction

- Cast Iron ASTM A126 Body
- Check Sleeves Available in Pure Gum Rubber, Neoprene, Hypalon, Chlorobutyl, Polyurethane, Buna-N, Viton, and EPDM
- ANSI Class 125/150
- Epoxy Coating or Rubber Lined Body Available



Clean Out Plug
F to F

### Dimensions Series 39

| Size D | Length F to F | Clean Out Plug Diameter | Flush Connection(s) C | Max. Back Pressure (psi)* |
|---|---|---|---|---|
| 4" | 11½" | 2" | 1 – 1" | 150 |
| 6" | 14" | 4" | 1 – 1" | 150 |
| 8" | 19½" | 4" | 2 – 1" | 125 |
| 10" | 24½" | 4" | 2 – 1" | 100 |
| 12" | 27½" | 4" | 2 – 1" | 75 |
| 14" | 31" | 4" | 2 – 1" | 75 |
| 16" | 34" | 4" | 2 – 1" | 50 |
| 18" | 38½" | 6" Flanged | 2 – 1" | 50 |
| 20" | 40" | 6" Flanged | 2 – 1" | 50 |
| 24" | 51" | 6" Flanged | 2 – 1" | 50 |

* Higher backpressure designs available — Consult factory.



## METER SCHEDULE

| | NO. | QTY. THIS CONTRACT | SIZE, IN. | TYPE | FUNCTION | REMARKS |
|---|---|---|---|---|---|---|
| PROPOSED | 1 | 12 | 12 | MAGNETIC | FILTER EFFLUENT | COMPONENT OF FILTER RATE CONTROL SYSTEM. |
| | 2 | 1 | 20 | MAGNETIC | WASH WATER | COMPONENT OF FILTER WASH WATER RATE CONTROL SYSTEM. |
| | | | | | | |

# FILTER GALLERY PIPING

**Prein&Newhof**
Engineers ▪ Surveyors ▪ Environmental & Soils Laboratory
3355 EVERGREEN DRIVE, N.E.
GRAND RAPIDS, MICHIGAN 49525/(616-364-8491)





METER [ 1 ]

*SPECIFICATION*

## MAGNETIC FLOWMETERS
### Series 10DX3111 (U.S.)

SECTION 4

## SERIES 3000
## MAGNETIC FLOWMETER
## MAG-X® (U.S.)

The Bailey-Fischer & Porter Series 10DX3111 Magnetic Flowmeter is a DC-type volumetric, liquid flow rate detector. The coils of the magnetic flowmeter are excited with pulsed DC current in order to establish the magnetic field. As a conductive liquid passes through this magnetic field, an electrical voltage is induced in the liquid which is directly proportional to its velocity. This induced voltage is sensed by the electrodes and sent to the converter which digitally processes these signals and converts them into analog and digital output signals.

For an integral mounted signal converter, see the 10DX3311 specification sheet.

### Design Features

- Flowmeter system with a remote analog or microprocessor signal converter.

- Available in sizes 1/2" to 12"

- Available with ANSI or DIN flanges.

- Typical flowrate measurement is independent of viscosity, density, and temperature.

- Standard NEMA 4X enclosure rating for use in corrosive environments.

- Produced in an ISO 9001 certified facility.

- The Series 3000 magnetic flowmeter maintains the 1.5 length to diameter ratio required for long term accuracy.

- System accuracies of ±1/2%, or 1/4% depending on the signal converter chosen.

- Optional remote communications via RS-232C, RS-485, or HART® Protocol.

- Only one conduit required between primary and secondary.

*Mag-X® is a registered trademark of Elsag Bailey Process Automation*



### Engineering Specifications

**Minimum Liquid Conductivity:**  5 µS/cm.

**Vacuum Limits:**
Full Vacuum:
    For TEFLON® PTFE 1/2" to 4", TEFZEL®, Hard Rubber, Soft Rubber, Neoprene, and Polyurethane liners.
    For TEFLON® PTFE 6" to 12"
    3.9 psia (26.9 kPaa) @ 68°F (20°C)
    6.7 psia (46.2 kPaa) @ 266°F (130°C)

**Temperature Limits:**
Process:  -15°F (-25°C) to
    356°F (180°C) for TEFLON® 1/2" to 12" Sizes.
    266°F (130°C) for TEFZEL®
    190°F (88°C) for Neoprene & Polyurethane
    170°F (77°C) for Soft & Hard Rubber
Ambient:
    -15°F (-26°C) to 140°F (60°C) for all liners.

**Enclosure Classification:**
Standard: NEMA 4X
Optional: Accidental submergence (IP67) in water up to 30 feet (9 meters) deep for up to 48 hours.

**Environmental Protection:**  NEMA-4 (IP65)

*HART® is a registered trademark of Rosemount Inc.*
*TEFLON® and TEFZEL® are registered trademarks of the E.I. duPont De Nemours & Co., (Inc.).*

## Engineering Specifications (Continued)

**Certifications:**
FM Approved-Non Incendive for Cl. I, Div. 2, Grps A, B, C, & D. Outdoor Hazardous Locations, NEMA 4X. Dust-Ingitionproof Cl. II, Div. 1, Grps E, F, & G. Suitable for Cl. III, Div. 1; Accidental Submergence, 30 ft (9 m) water for 48 hrs.  With and without intrinsically safe electrodes.

**Connections:**
Process Flanges:
   ANSI Class 150 or 300, DIN PN 6, 10, 16, 25, and 40
Electrical Connection:
   1/2" NPT and PG 13.5

**Vibration Immunity:**   1.5G for 10 - 150 Hz

## CAPACITY TABLE

| SIZE | | METER* CAPACITY | MINIMUM RANGE** | | MAXIMUM RANGE | |
|---|---|---|---|---|---|---|
| In. | mm | gpm | gpm | L/min | gpm | L/min |
| 1/2 | 15 | 26.4 | 0.53 | 2 | 26.4 | 100 |
| 1 | 25 | 52.8 | 1.06 | 4 | 52.8 | 200 |
| 1.5 | 40 | 158.5 | 3.17 | 12 | 158 | 600 |
| | | | gpm | m³/h | gpm | m³/h |
| 2 | 50 | 264.1 | 5.28 | 1.2 | 264 | 60 |
| 3 | 80 | 792.5 | 15.9 | 3.6 | 792 | 180 |
| 4 | 100 | 1,056 | 21.1 | 4.8 | 1056 | 240 |
| 6 | 150 | 2,641 | 52.8 | 12 | 2641 | 600 |
| 8 | 200 | 4,755 | 95.1 | 21.6 | 4755 | 1080 |
| 10 | 250 | 7,925 | 159 | 36 | 7925 | 1800 |
| 12 | 300 | 10,567 | 212 | 48 | 10567 | 2400 |

*Meter Capacity = Volumetric flowrate @ 32.81 ft/sec.
** Minimum Range is shown for the 50XM1000.

Note:  Flow Velocity (ft/s) = Operating GPM x 32.81/meter capacity

## Materials of Construction

**Meter Spool:**  304 Stainless Steel

**Flanges:**  Carbon Steel or 304 Stainless Steel

**Liners:**
TEFLON® PTFE and TEFZEL®:
   Available in sizes 1/2" to 12"
Neoprene, Polyurethane, Soft & Hard Rubber:
   Available in sizes 2" to 12"

**Electrode Material:**
316 SST, Hastelloy® B, Hastelloy® C, Titanium, Tantalum, Platinum/Iridium, Zirconium.

**Housing & Connection Box:**  Cast Aluminum

**Liner Protectors & Grounding Rings:**
316 Stainless Steel or Hastelloy®

## WEIGHT TABLE

| METER SIZE | | ANSI CLASS 150 | | ANSI CLASS 300 | |
|---|---|---|---|---|---|
| In. | mm | lbs | kg | lbs | kg |
| 1/2 | 15 | 4.5 | 2 | 5.5 | 2.5 |
| 1 | 25 | 9 | 4 | 10 | 4.5 |
| 1.5 | 40 | 12 | 5.5 | 13 | 6 |
| 2 | 50 | 18 | 8 | 22 | 10 |
| 3 | 80 | 26 | 12 | 35 | 16 |
| 4 | 100 | 40 | 18 | 48 | 22 |
| 6 | 150 | 105 | 47 | 140 | 64 |
| 8 | 200 | 155 | 70 | 210 | 95 |
| 10 | 250 | 220 | 100 | 295 | 134 |
| 12 | 300 | 275 | 125 | 365 | 166 |

*Hastelloy® is a registered trademark of Haynes International, Inc.*

## *Model Number Designation for the 10DX3111*

Model Number 10DX3111



```
Design Level
   1/2" to 4" ...................................................................E
   6" to 12" ...................................................................A
Meter Lay Length
   Standard ..................................................................D
   10D1419 & 10D1465 ...............................................E
   Other........................................................................Z
Liner
   Hard Rubber ............................................................A
 ■ Soft Rubber .............................................................B
   Polyurethane ...........................................................D
   TEFLON® PTFE ......................................................E
   Neoprene .................................................................L
   TEFZEL® ETFE ......................................................N
Size
   1/2"    (15mm)   Teflon/Tefzel only ......................07
   1"       (25mm)   Teflon/Tefzel only ......................09
   1.5"    (40mm)   Teflon/Tefzel only ......................11
   2"       (50mm) ...................................................12
   3"       (80mm) ...................................................14
   4"       (100mm) .................................................15
   6"       (150mm) .................................................17
   8"       (200mm) .................................................18
   10"     (250mm) .................................................19
   12"     (300mm) .................................................20
Flange Connection
   DIN PN 10 ...............................................................C
   DIN PN 16 ...............................................................D
   DIN PN 25 ...............................................................E
   DIN PN 40 ...............................................................F
   ANSI 150 .................................................................P
   ANSI 300 .................................................................Q
Flange Material
   Carbon Steel ...........................................................1
   304 Stainless Steel .................................................2
Protector Plate (Teflon Liner Only)
   None Required .........................................................A
   316 Stainless Steel..................................................B
   Hastelloy® C ............................................................E
Electrode Design
   Flush .......................................................................2
   Bullet Nose .............................................................3
   Slurry Service .........................................................7
Electrode Material
   316 Stainless Steel .................................................8
   Hastelloy® B ............................................................C
   Hastelloy® C ............................................................D
   Titanium ..................................................................E
   Tantalum (Teflon or Tefzel Liner Only) ...................F
   Platinum/Iridium (Teflon or Tefzel Liner Only) ........H
   Zirconium ................................................................L
Certification
   General Purpose .....................................................A
   FM Approved for Cl I, Div. 2, Gps A, B, C, & D ........R
   FM Approved for Cl I, Div. 2, Gps A, B, C, & D w/IS Electrodes ........K
Enclosure Classification
   NEMA 4X, IP65, IEC 529 ........................................1
   Accidental Submergence, IP67, IEC 529 ................2
Process Temperature Range
   TEFLON® PTFE or TEFZEL® <266°F (130°C) .........1
   TEFLON® PTFE <356°F (180°C) ...............................2
   Soft Rubber or Hard Rubber <170°F (77°C) ...........3
   Neoprene or Polyurethane <190°F (88°C) ..............4
Line/Excitation Frequency
   50 Hz / 6-1/4 Hz .....................................................1
   50 Hz / 12-1/2 Hz ...................................................2
   60 Hz / 7-1/2 Hz .....................................................3
   60 Hz / 15 Hz ..........................................................4
Customer Information Language - English ....................2
Remote Signal Converter Type - 50XM1000 ................1
```

■ Not available at this time

3



BAILEY FISCHER & PORTER

## Figure 1. Outline Dimensions of Remote Mounted Signal Converter

| DIM | SIZE | 1/2 [15] | | 1 [25] | | 1-1/2 [40] | | 2 [50] | | 3 [80] | | 4 [100] | | 6 [150] | | 8 [200] | | 10 [250] | | 12 [300] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FLANGE CLASS | 150 | 300 | 150 | 300 | 150 | 300 | 150 | 300 | 150 | 300 | 150 | 300 | 150 | 300 | 150 | 300 | 150 | 300 | 150 | 300 |
| L | 10D $\frac{S}{X}$ 3111ED | 7-7/8 [200] | 9 [229] | 7-7/8 [200] | 9 [229] | 7-7/8 [200] | 9 [229] | 7-7/8 [200] | 9 [229] | 7-7/8 [200] | 9 [229] | 9-7/8 [250] | 11 [280] | N/A | | N/A | | N/A | | N/A | |
| L | 10D $\frac{S}{X}$ 3111EE | 14 [356] | | 14 [356] | | 16 [406] | | 16 [406] | | 12 [305] | | 12 [305] | | N/A | | N/A | | N/A | | N/A | |
| L | 10D $\frac{S}{X}$ 3111AD | N/A | | N/A | | N/A | | N/A | | N/A | | N/A | | 11-13/16 [300] | | 13-25/32 [350] | | 17-23/32 [450] | | 19-11/16 [500] | |
| L | 10D $\frac{S}{X}$ 3111AE | N/A | | N/A | | N/A | | N/A | | N/A | | N/A | | 17-23/32 [450] | | 19-11/16 [500] | | 21-21/32 [550] | | 24-13/32 [620] | |
| RF | POLY/TEFL/ TEFZ LINER | 1-3/8 [35] | | 2 [51] | | 2-7/8 [73] | | 3-5/8 [92] | | 5 [127] | | 6-3/16 [157] | | 8-1/2 [216] | | 10-5/8 [270] | | 12-3/4 [324] | | 15 [381] | |
| g | POLY/NEO/ RUBBER LINER | N/A | | N/A | | N/A | | 15/16 [24] | 1-1/16 [27] | 1-1/8 [29] | 1-5/16 [33] | 1-1/8 [29] | 1-7/16 [36] | 1-3/16 [30] | 1-5/8 [41] | 1-5/16 [33] | 1-13/16 [46] | 1-3/8 [35] | 2-1/16 [52] | 1-1/2 [38] | 2-1/4 [57] |
| g | TEFLON LINER | 1/2 [13] | 5/8 [16] | 11/16 [17] | 13/16 [21] | 27/32 [21] | 31/32 [25] | 29/32 [23] | 1-1/32 [26] | 1-3/32 [27] | 1-9/32 [32] | 1-3/32 [27] | 1-13/32 [35] | 1-1/8 [29] | 1-9/16 [40] | 1-9/32 [33] | 1-25/32 [45] | 1-3/8 [35] | 2-1/16 [52] | 1-1/2 [38] | 2-1/4 [57] |
| g | TEFZEL LINER | | | 5/8 [16] | 3/4 [19] | 3/4 [19] | 7/8 [22] | 27/32 [21] | 31/32 [25] | 3/4 [19] | 1-1/4 [32] | 1-3/32 [27] | 1-3/8 [35] | 1-1/8 [29] | 1-9/16 [40] | 1-1/4 [32] | 1-3/4 [44] | 1-5/16 [33] | 2 [51] | 1-25/64 [35] | 2-9/64 [54] |
| d | | 5/8 [16] | | 5/8 [16] | 3/4 [19] | 5/8 [16] | 7/8 [22] | 3/4 [19] | | 3/4 [19] | 7/8 [22] | 3/4 [19] | 7/8 [22] | 7/8 [22] | 7/8 [22] | 7/8 [22] | 1 [25] | 1 [25] | 1-1/8 [29] | 1 [25] | 1-1/8 [29] |
| N | | 4 | | 4 | | 4 | | 4 | 8 | 4 | 8 | 8 | 8 | 8 | 12 | 8 | 12 | 12 | 16 | 12 | 16 |
| BC | | 2-3/8 [60] | 2-5/8 [67] | 3-1/8 [79] | 3-1/2 [89] | 3-7/8 [98] | 4-1/2 [114] | 4-3/4 [121] | 5 [127] | 6 [152] | 6-5/8 [168] | 7-1/2 [191] | 7-7/8 [200] | 9-1/2 [241] | 10-5/8 [270] | 11-3/4 [298] | 13 [330] | 14-1/4 [362] | 15-1/4 [387] | 17 [432] | 17-3/4 [451] |
| OD | | 3-1/2 [89] | 3-3/4 [95] | 4-1/4 [108] | 4-7/8 [124] | 5 [127] | 6-1/8 [156] | 6 [152] | 6-1/2 [165] | 7-1/2 [190] | 8-1/4 [210] | 9 [229] | 10 [254] | 11 [279] | 12-1/2 [318] | 13-1/2 [343] | 15 [381] | 16 [406] | 17-1/2 [445] | 19 [483] | 20-1/2 [521] |
| A | | 2-15/16 [75] | | 3-7/16 [87] | | 3-15/16 [100] | | 4-9/16 [116] | | 3-15/16 [100] | | 5-1/8 [130] | | 6-11/16 [170] | | 7-11/16 [195] | | 9-27/32 [250] | | 9-27/32 [250] | |
| C | | 2-7/16 [62] | | 2-7/8 [73] | | 3-7/32 [82] | | 3-17/32 [90] | | 4-11/32 [110] | | 5-1/8 [130] | | 5-25/32 [147] | | 7-1/16 [179] | | 8-5/32 [207] | | 9-27/32 [250] | |
| E | STD. TEMP. | 4-1/8 [105] | | 4-9/16 [116] | | 4-29/32 [125] | | 5-7/32 [133] | | 6-1/32 [153] | | 6-13/16 [173] | | 7-1/2 [190] | | 8-3/4 [222] | | 9-27/32 [250] | | 12-9/16 [319] | |
| F | STD. TEMP. | 5-3/16 [132] | | 5-5/8 [143] | | 5-31/32 [152] | | 6-9/32 [160] | | 7-3/32 [180] | | 7-7/8 [200] | | 8-1/2 [216] | | 9-3/4 [248] | | 10-7/8 [276] | | 13-19/32 [345] | |
| E | HIGH TEMP. | 4-1/2 [114] | | 4-15/16 [125] | | 5-9/32 [134] | | 5-19/32 [142] | | 6-13/32 [163] | | 7-3/16 [183] | | 12-1/4 [311] | | 13-1/2 [343] | | 14-19/32 [371] | | 16-9/32 [421] | |
| F | HIGH TEMP. | 5-9/16 [141] | | 6 [152] | | 6-11/32 [161] | | 6-21/32 [169] | | 7-15/32 [190] | | 8-1/4 [210] | | 13-5/16 [338] | | 14-9/16 [370] | | 16-25/32 [426] | | 20-5/64 [510] | |
| W | | N/R | | N/R | | N/R | | N/R | | N/R | | N/R | | 12-3/16 [310] | | 14-3/8 [365] | | 16-25/32 [426] | | 20-5/64 [510] | |

NOTES:
1) ALL DIMENSIONS ARE IN INCHES. DIMENSIONS IN BRACKETS [ ] ARE IN MILLIMETERS (MM).
2) DIMENSIONS ARE GUARANTEED ONLY IF THIS PRINT IS CERTIFIED.
3) THIS DRAWING IS THIRD ANGLE PROJECTION AS SHOWN.
4) FLANGE BOLTS STRADDLE CENTERLINES.
5) FLOW MUST BE IN SAME DIRECTION AS FLOW ARROW.
6) METER MUST BE COMPLETELY FILLED WITH LIQUID TO INSURE ACCURACY.
7) ALL DIMENSIONS SUBJECT TO MANUFACTURING TOLERANCES OF +/- 1/8 [3].

Note: Specifications are subject to change without notice.

Copyright © 1995, 1997 by Elsag Bailey Process Automation

2/97 BFP 5M

BAILEY-FISCHER & PORTER COMPANY
Warminster, Pennsylvania 18974-4995
Phone: (215) 674-6000

METER 





SPECIFICATION
MAGNETIC FLOWMETERS
SERIES 10D1465 (14" - 78")



## MAG-X™ MAGNETIC FLOWMETER
### (Sizes 14" to 78")

The Bailey-Fischer & Porter Series 10D1465 Magnetic Flowmeter is a pulsed DC type volumetric liquid flow rate detector. A characterized non-uniform magnetic field design significantly reduces sensitivity to flow profile effects as compared with traditional magmeters using uniform fields. Additionally, the meter's coils are powered by an excitation system which provides total zero point stability.

Virtually any application can be custom fit from the long list of available configurations. Many liner materials, electrode types and materials, and flange configurations can be selected in order to meet the exact requirements of your process. A force fit of materials is no longer necessary.

### Design Features

- **Absolute zero stability:** No zero adjustment eliminates the requirement for shutoff valves upstream and downstream of the meter.
- **High Accuracy:** Systems accuracies of up to ±0.25% of rate.
- **5 Liner Materials.**
- **9 Electrode Materials.**
- **Available with ANSI, AWWA or DIN flanges.**
- **NEMA 4X, Accidental Submergence, or Continuous Submergence** enclosure classifications.
- **Remote Microprocessor Based Signal Converter:** Which allows: field configuration, system diagnostics and superior reliability.
- **Display of Rate and Totalization is Standard.**

### Engineering Specifications

**Fluid Conductivity:** 5μS/cm minimum

**Temperature Limits:**
Process:  -13°F (-25°C) to
    302°F (150°C) for Teflon®,
    190°F (88°C)  for Neoprene, Polyurethane & Soft Rubber
    176°F (80°C)  for Hard Rubber
Ambient:  -13°F  (-25°C) to 140°F (60°C)

**Enclosure Classification:**
    IEC 529 IP 65, NEMA 4X (Standard)
    IEC 529 IP 67, NEMA 4X (Optional, accidental ,submergence in water to 30 feet for up to 48 hours).
    IEC 529 IP 68, NEMA 4X (Optional, continuous submergence in water to 33 feet).



**Certification:**
    FM approved - Nonincendive for Cl. I, Div. 2, Gp. A, B, C & D: Electrodes intrinsically safe for Cl. I, Div. 1, Gp. A, B, C & D:  Outdoor Hazardous Locations, NEMA 4X. Dust - Ignitionproof Cl. II, Div. 1, Gp. E, F & G:  Suitable for Cl. III, Div. 1.

**Vibration Immunity:** 1.5g for 10-150 Hz

**System Accuracy:** Refer to specification sheets for 50SD and 50XM converters.

**Electrical Connections:** 1/2" NPT conduit seal.

**Recommended Velocities:** For optimum performance, the magnetic flowmeter primary should be sized so that the maximum fluid flow rate falls between 10% and 40% of the maximums listed in Table 3 (3 to 13 ft/s velocity).

### Materials of Construction
**Meter Spool:** Carbon Steel
**Flanges:** Carbon Steel or 304 Stainless Steel
**Liners:**
    Teflon® PTFE:  Available in sizes 14" to 36"
    Soft & Hard Rubber, Polyurethane and Neoprene: Available in sizes 14" to 78"
**Electrodes:** 316 Stainless Steel, Hastelloy®B, Hastelloy®C, Titanium, Tantalum, Monel, Nickel, Alloy 20, or Zirconium.
**Housing & Connection Box:** Cast Aluminum
**Grounding Rings:** 304 Stainless Steel

---

*MAG-X® is a registered trademark of Bailey-Fischer & Porter Co.*
*Teflon® is a registered trademark of E.I. du Pont de Nemours & Co., (Inc.)*
*Hastelloy® is a registered trademark of Haynes International, Inc.*

# MODEL NUMBER DESIGNATION

Model Number  10D1465  S  __  __  __  __  __  __  __  __  __  __  __  __  __  __  __
(Character #)  (8) (9)  (10) (11)  (12) (13)  (14) (15)  (16) (17) (18) (19) (20) (21) (22) (23)

Design Level (8) ............................................................S

Liner Material (9)
    Hard Rubber ............................................................A
    Polyurethane ...........................................................D
    Teflon ® (sizes to 36" only)....................................E
    Neoprene ................................................................L

Sizes (10 & 11)

| Inch | mm | | |
|------|------|------|----|
| 14 | 350 | | 21 |
| 16 | 400 | | 22 |
| 18 | 450 | | 35 |
| 20 | 500 | | 23 |
| 24 | 600 | | 24 |
| 28 | 700 | | 25 |
| 30 | 750 | | 43 |
| 32 | 800 | | 26 |
| 36 | 900 | | 27 |
| 40 | 1000 | | 28 |
| 42 | 1050 | | 42 |
| 44 | 1100 | | 44 |
| 48 | 1200 | | 30 |
| 54 | 1400 | | 31 |
| 60 | 1500 | | 41 |
| 64 | 1600 | (DIN PN 10 Flange Only) | 32 |
| 66 | 1650 | | 42 |
| 72 | 1800 | | 33 |
| 78 | 2000 | | 34 |

Flange Standard (12)
    AWWA C207 Cl. B ....................................................3
    AWWA C207 Cl. D ....................................................4
    �खANSI Cl. 150 ...........................................................P
    DIN PN 10 ................................................................C

Electrode Material (13)
    316 Stainless Steel ..................................................B
    Hastelloy ® C ..........................................................O
    Titanium ...................................................................E
    ■ Tantalum ...............................................................F
    ■ Zirconium ..............................................................L

Electrode Type (14)
    Flush .......................................................................2
    Bullet Nose .............................................................3
    ● Slurry Service ........................................................7

Flange Material (15)
    Carbon Steel ...........................................................1
    304 Stainless Steel ..................................................2

---

✖  Available in Sizes 14-inch to 48-inch excluding, 28-inch, 32-inch, 40-inch and 44-inch.
●  Not Available with Teflon® Liner.  Electrode Material must be 316 Stainless Steel.
■  Liner Material Must Be Teflon®.

## INSTALLATION DIMENSIONS



## PRESSURE LIMITS

### TABLE 1

| | | NEOPRENE & POLYURETHANE | | | | TEFLON | | | |
|---|---|---|---|---|---|---|---|---|---|
| SIZE | | @ 100°F (38°C) | | @ 190°F (88°C) | | @ 100°F (38°C) | | @ 302°F (150°C) | |
| Inch | (mm) | psig | (MPa) | psig | (MPa) | psig | (MPa) | psig | (MPa) |
| 14 | (350) | 275 | (1.90) | 240 | (1.65) | 250 | (1.72) | 210 | (1.45) |
| 16 | (400) | 275 | (1.90) | 240 | (1.65) | 225 | (1.55) | 210 | (1.45) |
| 18 | (450) | 205 | (1.41) | 195 | (1.34) | 165 | (1.14) | 150 | (1.03) |
| 20 | (500) | 225 | (1.55) | 210 | (1.45) | 185 | (1.28) | 170 | (1.17) |
| 14 | (600) | 220 | (1.52) | 205 | (1.41) | 195 | (1.34) | 180 | (1.24) |

NOTE:  All pressures listed in Table 1 are for primaries with ANSI class 150, carbon steel process connections.

### TABLE 2

| SIZE | FLANGE | ALL LINER MATERIALS |
|---|---|---|
| 28 - 78 Inch (700-2000 mm) | AWWA Class B | 86 psig (0.593 MPa) |
| 28 - 78 Inch (700-2000 mm) | AWWA Class D | 150 psig (1.03 MPa) |
| 30 - 48 Inch (750-1200 mm) | ANSI Class 150 | 150 psig (1.03 MPa) |

NOTE:  All pressures listed in Table 2 are limited to 140°F (60°C) process or ambient.

### TABLE 3
### CAPACITY TABLE

| SIZE | | CAL. FACTOR* | TYPICAL FLOW RANGES   0 TO VALUE TABULATED | | | |
|---|---|---|---|---|---|---|
| | | | MINIMUM** | | MAXIMUM*** | |
| Inch | mm | GPM | GPM | M3/Hr | GPM | M3/Hr |
| 14 | 350 | 14,529 | 730 | 165 | 14,500 | 3,300 |
| 16 | 400 | 19,813 | 1,000 | 225 | 19,800 | 4,500 |
| 18 | 450 | 26,417 | 1,350 | 300 | 26,400 | 6,000 |
| 20 | 500 | 29,059 | 1,450 | 330 | 29,000 | 6,600 |
| 24 | 600 | 42,268 | 2,150 | 480 | 43,300 | 9,600 |
| 28 | 700 | 58,118 | 2,900 | 660 | 58,100 | 13,200 |
| 30 | 750 | 71,326 | 3,600 | 810 | 71,300 | 16,200 |
| 32 | 800 | 79,252 | 4,000 | 900 | 79,300 | 18,000 |
| 36 | 900 | 105,668 | 5,300 | 1,200 | 105,700 | 24,000 |
| 40 | 1,000 | 118,877 | 6,000 | 1,350 | 118,900 | 27,000 |
| 42 | 1,050 | 145,294 | 7,300 | 1,650 | 145,300 | 33,000 |
| 44 | 1,100 | 155,641 | 7,800 | 1,768 | 155,600 | 35,350 |
| 48 | 1,200 | 184,920 | 9,300 | 2,100 | 184,900 | 42,000 |
| 54 | 1,400 | 237,754 | 11,900 | 2,700 | 347,800 | 54,000 |
| 60 | 1,500 | 290,589 | 14,600 | 3,300 | 290,600 | 66,000 |
| 64 | 1,600 | 317,006 | 15,900 | 3,600 | 317,000 | 72,000 |
| 68 | 1,700 | 352,229 | 17,600 | 4,000 | 352,300 | 80,000 |
| 72 | 1,800 | 396,258 | 19,800 | 4,500 | 396,300 | 90,000 |
| 78 | 2,000 | 501,926 | 26,100 | 5,700 | 502,000 | 114,000 |

NOTE:  Flow Velocity (ft/s) = Operating GPM x 32.81/Cal. Factor
*    Cal. Factor = Volumetric Flow Rate at 32.81 ft/s average velocity
**   Typical Minimum Range = 5% of Cal. Factor
***  Typical Maximum Range = 100% of Cal. Factor
     For systems including the 50XM Converter (50 SD μP Based also) the minimum range is 2% of Cal. Factor.  The
     maximum range is 150% of Cal. Factor.

# 741 SPECIFICATIONS



## TECHNICAL DATA

**Number of stages:** 1 through 9.
**Inlet connection:** 8" (203mm) flange,
   ASA 125# drilling.
**Outlet connection:** 8" (203mm) flange,
   ASA 125# drilling.
**Operating Speed:** 3550 RPM.
**Seals (air):** Two carbon rings each end.
**Seals (gas):** Four carbon rings each end with inert
   gas injection taps.
**Bearings:** Ball, 10 year minimum life per AFBMA
   B-10 standards.
**Lubrication:** Grease standard (oil system available).
**Impeller diameter:** 24" (610mm).
**Impeller tip speed:** 372 FPS (113m/sec).
**First critical speed:** 4323 RPM (9 stage).
**Direct Drive:** Yes, also available for gear drive.
**Vibration tolerance:** 0.28"/sec (7.1mm/sec).
**Shaft end:** 1-7/8" (48mm) diameter, inlet end
   drive standard.
**Noise level:** In compliance with OSHA standards
   when machine is fully piped (certified tests
   available).

## MATERIALS OF CONSTRUCTION

**Casing:** Heads, Sections and Bearing housing:
   Cast iron A48-48 Class 30.
**Tie rods:** 3/4" (19mm) diameter cold drawn steel.
**Joint sealing compound:** RTV Silicone.
**Shaft:** Carbon steel, AISI 1045 (stainless steel available).
**Impellers:** Cast or fabricated aluminum (cast hub).
**Base:** Fabricated steel.
**Motor pedestal:** Welded steel plate.
**Finish:** Blue enamel over rust inhibitive primer.
**Base pads:** Cork strips.

## DIMENSIONS

| MODEL | A Inches | (mm) | F Inches | (mm) | WEIGHT LBS | WEIGHT KG | ROTOR WK² (lb. ft.²) |
|---|---|---|---|---|---|---|---|
| 74101A | 60" | (1524) | 11" | (298) | 1680 | 762 | 11 |
| 74102A | 72" | (1829) | 16" | (408) | 1995 | 905 | 21 |
| 74103A | 72" | (1829) | 20-3/8" | (518) | 2310 | 1048 | 31 |
| 74104A | 72" | (1829) | 24-11/16" | (627) | 2730 | 1239 | 42 |
| 74105A | 84" | (2134) | 29" | (737) | 3130 | 1420 | 52 |
| 74106A | 84" | (2134) | 33-5/16" | (846) | 3570 | 1620 | 63 |
| 74107A | 84" | (2134) | 37-5/8" | (956) | 3895 | 1767 | 73 |
| 74108C | 96" | (1245) | 41-15/16" | (1065) | 4100 | 1860 | 38 |
| 74109C | 108" | (2744) | 46-1/2" | (1175) | 4510 | 2045 | 43 |

Information is approximate, subject to change, and
not to be used for construction purposes.





## HOFFMAN
### AIR & FILTRATION SYSTEMS

AX-1594

## GENERAL DIMENSIONS IN INCHES

| UNIT SIZE | MOTOR FRAME | "P" (SEE NOTE 6) OMEGA | ZURN "F" | F | A | G | R * |
|---|---|---|---|---|---|---|---|
| 74102 | 254T | 22 5/16 | 21 5/8 | 18 1/18 | 60 3/4 | 36 3/4 | 4 1/4 |
| | 256T | 23 3/15 | 22 1/2 | 18 1/18 | 60 3/4 | 36 3/4 | 4 1/4 |
| | 284TS | 22 11/16 | 22 | 18 1/18 | 60 3/4 | 36 3/4 | 4 1/4 |
| | 286TS | 23 7/16 | 22 3/4 | 16 1/16 | 60 3/4 | 36 3/4 | 4 1/4 |
| | 324TS | 23 15/16 | 23 1/2 | 18 1/18 | 72 3/4 | 48 3/4 | 4 1/4 |
| | 326TS | 24 11/16 | 24 1/4 | 18 1/18 | 72 3/4 | 48 3/4 | 4 1/4 |
| 74103 | 254T | 22 5/16 | 21 5/8 | 20 3/8 | 60 3/4 | 36 3/4 | 4 1/4 |
| | 256T | 23 3/16 | 22 1/2 | 20 3/8 | 60 3/4 | 36 3/4 | 4 1/4 |
| | 284TS | 22 11/16 | 22 | 20 3/8 | 72 3/4 | 48 3/4 | 4 1/4 |
| | 286TS | 23 7/16 | 22 3/4 | 20 3/8 | 72 3/4 | 48 3/4 | 4 1/4 |
| | 324TS | 23 15/16 | 23 1/2 | 20 3/8 | 72 3/4 | 48 3/4 | 4 1/4 |
| | 326TS | 24 11/16 | 24 1/4 | 20 3/8 | 72 3/4 | 48 3/4 | 4 1/4 |
| | 354TS | 24 7/8 | 24 1/2 | 20 3/8 | 72 3/4 | 48 3/4 | 4 1/4 |
| | 365TS | 25 3/8 | 25 | 20 3/8 | 72 3/4 | 48 3/4 | 4 1/4 |
| 74104 | 25BT | 23 3/16 | 22 1/2 | 24 11/18 | 72 3/4 | 48 3/4 | 4 1/4 |
| | 284TS | 22 11/16 | 22 | 24 11/16 | 72 3/4 | 48 3/4 | 4 1/4 |
| | 286TS | 23 7/16 | 22 3/4 | 24 11/16 | 72 3/4 | 48 3/4 | 4 1/4 |
| | 324TS | 23 15/16 | 23 1/2 | 24 11/16 | 72 3/4 | 48 3/4 | 4 1/4 |
| | 326TS | 24 11/16 | 24 1/4 | 24 11/16 | 72 3/4 | 48 3/4 | 4 1/4 |
| | 354TS | 24 7/8 | 24 1/2 | 24 11/16 | 72 3/4 | 48 3/4 | 4 1/4 |
| | 365TS | 25 3/8 | 25 | 24 11/16 | 72 3/4 | 48 3/4 | 4 1/4 |
| | 404TS | 26 11/16 | 26 1/4 | 24 11/16 | 84 3/4 | 60 3/4 | 4 1/4 |
| | 405TS | 27 7/16 | 27 | 24 11/16 | 84 3/4 | 60 3/4 | 4 1/4 |
| 74105 | 284TS | 22 11/16 | 22 | 29 | 72 3/4 | 48 3/4 | 4 1/4 |
| | 286TS | 23 7/16 | 22 3/4 | 29 | 72 3/4 | 48 3/4 | 4 1/4 |
| | 324TS | 23 15/16 | 23 1/2 | 29 | 84 3/4 | 60 3/4 | 4 1/4 |
| | 326TS | 24 11/16 | 24 1/4 | 29 | 84 3/4 | 60 3/4 | 4 1/4 |
| | 364TS | 24 7/8 | 24 1/2 | 29 | 84 3/4 | 60 3/4 | 4 1/4 |
| | 365TS | 25 3/8 | 25 | 29 | 84 3/4 | 60 3/4 | 4 1/4 |
| | 404TS | 26 11/16 | 26 1/4 | 29 | 84 3/4 | 60 3/4 | 4 1/4 |
| | 405TS | 27 7/16 | 27 | 29 | 84 3/4 | 60 3/4 | 4 1/4 |
| | 444TS | 29 3/16 | 29 3/4 | 29 | 84 3/4 | 60 3/4 | 4 1/4 |
| 74106 | 285TS | 23 7/16 | 22 3/4 | 33 5/16 | 84 3/4 | 60 3/4 | 3 1/2 |
| | 324TS | 23 15/16 | 23 1/2 | 33 5/16 | 84 3/4 | 60 3/4 | 3 1/2 |
| | 326TS | 24 11/16 | 24 1/4 | 33 5/16 | 84 3/4 | 60 3/4 | 3 1/2 |
| | 354TS | 24 7/8 | 24 1/2 | 33 5/15 | 84 3/4 | 60 3/4 | 3 1/2 |
| | 365TS | 25 3/8 | 25 | 33 5/16 | 84 3/4 | 60 3/4 | 3 1/2 |
| | 404TS | 26 11/16 | 26 1/4 | 33 5/16 | 84 3/4 | 60 3/4 | 3 1/2 |
| | 405TS | 27 7/16 | 27 | 33 5/16 | 84 3/4 | 60 3/4 | 3 1/2 |
| | 444TS | 29 3/15 | 28 3/4 | 33 5/16 | 96 3/4 | 72 3/4 | 3 1/2 |
| | 445TS | 30 1/8 | 29 3/4 | 33 5/16 | 96 3/4 | 72 3/4 | 3 1/2 |
| 74107 | 286TS | 23 7/16 | 22 3/4 | 37 5/8 | 84 3/4 | 60 3/4 | 4 1/4 |
| | 324TS | 23 15/16 | 23 1/2 | 37 5/8 | 84 3/4 | 60 3/4 | 4 1/4 |
| | 326TS | 24 11/16 | 24 1/4 | 37 5/8 | 84 3/4 | 60 3/4 | 4 1/4 |
| | 364TS | 24 7/8 | 24 1/2 | 37 5/8 | 84 3/4 | 60 3/4 | 4 1/4 |
| | 365TS | 25 3/8 | 25 | 37 5/8 | 84 3/4 | 60 3/4 | 4 1/4 |
| | 404TS | 26 11/16 | 26 1/4 | 37 5/8 | 96 3/4 | 72 3/4 | 4 1/4 |
| | 405TS | 27 7/16 | 27 | 37 5/8 | 96 3/4 | 72 3/4 | 4 1/4 |
| | 444TS | 29 3/16 | 28 3/4 | 37 5/8 | 96 3/4 | 72 3/4 | 4 1/4 |
| | 445TS | 30 1/8 | 29 3/4 | 37 5/8 | 96 3/4 | 72 3/4 | 4 1/4 |

## 741 A & C INLET DRIVE
## 2-7 STAGES



ISOLATION PADS - SEE NOTE 7

NOTES:
1. UNIT SHAFT SIZE 1-7/8 DIA. WITH 1/2 x 1/4 KWY.
2. UNIT CONNECTIONS: INLET & OUTLET, 8 I.D.,
   13-1/2 O.D., 3/4-10 TAP 8 HOLES ON 11-3/4 B.C.
   STRADDLING CENTER LINES.
3. "P" DIMENSION BASED ON COUPLING GAP PER
   AA0-958.
4. PEDESTAL IS WELDED TO BASE, BOTH ARE
   FABRICATED STEEL.
5. FOR MOTOR FRAME SIZES NOT LISTED CONSULT
   HOME OFFICE.
6. OMEGA COUPLINGS ARE STANDARD ON ALL UNITS
   UP TO AND INCLUDING 200 HP MOTORS. ZURN IS
   STANDARD ON LARGER MOTORS.
7. ADD PAD THICKNESS TO OVERALL HEIGHT.
   HOFFMANS STANDARD PAD IS 2 THICK ALONG
   ENTIRE LENGTH OF BASE. SPECIAL PADS MAY
   REQUIRE EVEN SPACING ALONG BASE LENGTH.

* FOOT LOCATION FROM END OF MOUNTING
  SURFACE IS 7" WHEN "R" IS 4 1/4";
  7 3/4" WHEN "R" IS 3 1/2"

Flint, Mich. (WTP) - 2800ICFM @ 5 PSIG

| REV | E D N 'S | DATE | BY | REVISIONS |
|---|---|---|---|---|
| — | 93048 | 7-30-93 | M.K. | |

HOFFMAN
AIR & FILTRATION SYSTEMS
A Division of Clarcor Industries, Inc.

| DR | M.K. | DATE | 7-30-93 | DIV | AS |
|---|---|---|---|---|---|
| SIZE A | DRAWING NUMBER AX-1694 | | | | REV |



## SECTION 12 - SOLIDS HANDLING

### 12.1    NEW RESIDUALS PUMPING STATION

Enclosed in this section is a drawing entitled *Residuals Handling Site Plan* that illustrates the plan relationship between utilities, the residuals pumping station, new piping and the residual equalization clarifier.

The proposed concept to handle the new residuals is to intercept the backwash and filter to waste from the existing 36-inch building drain.  This will require a new 36-inch storm sewer to be installed west of the new residuals pumping station and connect back into the existing dechlorination structure. Therefore, all storm water will continue to flow as in the past and the existing 36-inch storm sewer (building filter drain) will be intercepted by a new 12 x 12 washwater pumping station manhole to divert flow into the new residuals pumping station.

It is proposed to pump to the residual equalization clarifier with a 24-inch force main that will also receive primary sludge flow from the new primary clarifier(s).   This will allow all residuals to be pumped to the residual equalization clarifier.

Contained in this section is a drawing entitled *Residuals Pumping Station* that illustrates in plan and section the concept of utilizing vertical turbine pumps to dewater the existing 36-inch filter drain system and pump to the residual equalization clarifier.

### 12.2    RESIDUAL EQUALIZATION CLARIFIER

The existing concrete structure located just east of the administration building is a structure that can be rehabilitated and utilized to equalize all solids flow and discharge to the Flint sanitary sewer system.

Contained in this section is a drawing entitled *Residuals Equalization Clarifier Plan View* that indicates the installation of a new center bridge device to a center pivot (scraper clarifier) that will move the residuals to the center for dewatering to the sanitary sewer system.

The new 24-inch influent force main is indicated with a centerline elevation of 725.

The dewatering 8-inch sludge line is indicated, with a west orientation, to connect to a new 12-inch sanitary sewer that connects to the existing City of Flint sanitary sewer system.

Contained in this section is a drawing entitled *Residual Equalization Clarifier, Section A-A and B-B* with detail.  This drawing contains Section A-A from the previous plan sheet and illustrates the installation of new equipment within the existing concrete structure. Also illustrated is the new 24-inch force main and 8-inch dewatering line located at the bottom of the structure.  Section B-B illustrates the bridge section with handrails.  There are several other details contained on this sheet.

12-1

It is proposed that all the residuals from primary clarification, filter backwash, and filter to waste be pumped to this rehabilitated structure.  Based on the sludge balance contained in the basis of design, we anticipate a 12-hour retention with all the residuals and liquid being drained to the existing City of Flint sanitary sewer system.

Enclosed in this section are equipment illustrations indicating the pumping concept for the residual pumping station and the new clarifier equipment sludge concentrating equipment.

12-2





TOP PLAN

PLAN @ 717'-0"

PLAN @ 714'-6"

FLOOR PLAN

PROPOSED SECTION A-A

VALVE SCHEDULE

SUMP DETAIL

THE SEG TEAM

CITY OF FLINT
DEPARTMENT OF PUBLIC WORKS & UTILITIES
WATER TREATMENT PLANT REHABILITATION
PHASE 1 - SEGMENT 1, 2, & 3

PRELIMINARY PLANS

RESIDUALS PUMPING STATION

SCALE: AS SHOWN
PROJECT NO. 9841-5300
SHEET NO. A OF





WALKWAY DETAIL

PIER DETAIL

SECTION B-B

SECTION A-A

THE SEG TEAM

CITY OF FLINT
DEPARTMENT OF PUBLIC WORKS & UTILITIES
WATER TREATMENT PLANT REHABILITATION
PHASE 1 - SEGMENT 1, 2, & 3

PRELIMINARY PLANS

RESIDUAL EQUALIZATION CLARIFIER
SECTIONS A-A & B-B
DETAILS

SCALE: 1/4" = 1'-0"
PROJECT NO. 9841-3399
SHEET NO.   OF

# EQUIPMENT

MAR.-31'98(TUE) 11:08   DETROIT PUMP          TEL:6162473733          P.002

Mar-31-98 10:41A Bryan Kates                                         P.03

RESIDUALS PUMPING UNITS

**Ingersoll-Dresser Pumps**                    Hydraulic Datasheet

| Item number | : city of Flint | Pump size & type : | 25SFH |
|---|---|---|---|
| Customer reference | : | Based on curve no: | EC-1621 |
| IDP reference | : 6412-500-3 | Number of stages : | 1 |
| Service | : | | |

| Operating Conditions | | Materials | |
|---|---|---|---|
| Capacity | : 11903.6 USgpm | Material column code : | B30 |
| Minm. capacity (%Q= | -1.00% = | | |
| Normal capacity | : = | Other Requirements | |
| Total Developed Head | : -5.00 ft | Driver Sizing = Max Power (NCOP to EOC) with SF | |
| Water Head (%H= | 1.00% = | | |
| NPSH available (NPSHa) | : Ample | | |
| NPSH less Head margin | : = | | |
| Maximum suction pressure | : 0.0 psig | | |

- 150 hp MOTOR
  w/ VFD

- PUMP CAN 52"∅

| Liquid | |
|---|---|
| Liquid type | : Other |
| Liquid description | : |
| Pumping temperature | : 60 °F |
| Specific gravity / Viscosity.000 / .0 cSt | |

| Performance | | | |
|---|---|---|---|
| Hydraulic power | : 125 Hp | Impeller diameter | |
| Running speed | : 890 rpm | Rated | : 14.98 in |
| Efficiency (%E=1.00) | : 86.9 % | Maximum | : 15.25 in |
| NPSH required (NPSHr) | : 19.0 ft | Minimum | : 15.00 in |
| Rated power | : 144 Hp | Suction specific speed | : 11050 US units |
| Maximum power | : 150 Hp | Minimum continuous flow | : of.0.0 USgpm |
| Driver power | : 200 Hp | Maximum head @ curve min | : |
| Casing working pressure | : 38.5 psig | Flow at BEP | : 9990.0 USgpm |
| (based on shut off @ cur dia) | | Flow as % of BEP | : 113.9 % |
| Maximum allowable | : 372.0 psig | Efficiency at normal flow | : |
| Hydrostatic test pressure | : 48.2 psig | Impeller dia ratio (rated/max) : | 100.0 % |
| Minimum submergence | : 58.00 in | Head rise to shut off | : 35.3 % |
| Pump thrust at rated flow | : 1548.2 lb.f | Total head ratio (rated/max) : | 95.9 % |



Ver 2.03 Nov 14 1997

MAR. -31' 98 (TUE) 11:08   DETROIT PUMP                    TEL:6162473733                     P. 003

Mar-31-98 10:41A Bryan Kates                                                                 P.04



MAR-31' 98(TUE) 11:08   DETROIT PUMP

May-31-98 10:40A Bryan Kates

TEL:6162473733

P. 004

P-02

**Ingersoll-Dresser Pumps**

Full Page GA Drawing



All dimensions are in inches unless otherwise specified

| | | | | |
|---|---|---|---|---|
| Customer | : | Pump size & type | : 25SPH | Drawing Number |
| Item number | : city of Flint | Number of stages | : 1 | Date | : March 31, 1998 |
| Service | : | Running speed | : 890 rpm | |
| IDP reference | : 0412-80003 | Driver Manufacturer | : IDP choice | |
| PROS+ Rev. code | : A | Driver power / frame size 200 Hp / | Signature : |

## Ingersoll-Dresser Pumps

**Page 2 Datasheet**

| | |
|---|---|
| Item number | : city of Flint |
| Customer reference | : |
| IDP reference | : G312-80003 |
| Service | : |

| Pump size & type : 25SPH |
| Based on curve no: EC-1434 |
| Number of stages : 1 |

### Construction

| | |
|---|---|
| Bowl construction /A | Bladged / Unlined upper |
| Impeller type | : Semi-open |
| Impeller fastening | : Keyed |
| Suction strainer | : None supplied |
| Column construction | : Flanged |
| Column flange spec'n | Comeytown Specification |
| Column dia (nominal) | 24.00 in |
| Column pipe length | : 9.67 ft |
| Column section length | 16.00 in |
| Lineshaft brg spacing | 36.00 in |
| Lineshaft diameter | : 1.94 in |
| Lineshaft coupling type | Threaded coupling |
| Lineshaft bearings | tufy |
| Lineshaft construction | open |
| Lineshaft lubrication | pumpage |
| Enclosing tube diameter | N/A |
| Disch size/rating/faces | inch 150# ANSI /RF |
| Pump/driver coupling | : 1 |
| "HF" = Fab'd / No Suction / Above ground Discharge | |

### Driver Information

| | |
|---|---|
| Manufacturer | : IDP choice |
| Power / Speed / SF | : 250 Hp /- /1.00 |
| Vertical shaft type | : Hollow |
| Hollow shaft coupling | : |
| Driver Type | : Electric motor |
| Frame size / basic dia | : |
| Enclosure | : |
| Duty type | : |
| Efficiency type | : |
| Hazardous area class | : |
| Explosion 'T' rating | : |
| Volts / Phase / Hz | : - /- /- |
| Amps-full load/locked rotor | /- |
| Motor starting | : Direct on line (DOL) |
| Insulation | : |
| Temperature rise | : - |
| Bearings / Lubrication | : /- |
| Motor mounted by | : Customer |
| Thrust brng/dmn/cap | : - /- |

### Materials

| | |
|---|---|
| Bowl | : Cast iron (A48 CL25) |
| Impeller | : Bronze |
| Bowl bearing | : Bronze (C84400) |
| Bowl shaft | : 416SS (A582 Gr 416) |
| Bowl wear ring | : None supplied |
| Impeller wear ring | : None supplied |
| Suction strainer | : |
| Column | : Steel A53 Type E GrB |
| Lineshaft | : Carbon steel |
| Enclosing tube | : |
| Bearing retainer | : |
| Lineshaft bearing | : Rubber (Buna-N) |
| Lineshaft sleeve | : |
| Discharge head | : Steel A53 Type E GrB |
| Head shaft | : |
| Mounting plate | : None supplied |

### Seal Information

| | |
|---|---|
| Arrangement | : Packing |
| Size | : |
| Manufacturer / Type | : /- |
| Material code (Man'f/API) | : /- |
| Gland material | : |
| Auxiliary seal device | : |
| Seal flush plan | : |
| Seal flush construction | : |

### Paint and Package

| | |
|---|---|
| Pump paint | : |
| Mounting plate paint | : |
| Shipment type | : |

### Additional Information

| | |
|---|---|
| Pit / sump depth | : 7.00 ft |
| Pump length (mounting | |
| surface to 1st suction) | Available well diameter | : 20.00 in |
| Max dia below mtg surface | : 12.00 in |

### Weights (Approx.)

| | |
|---|---|
| Complete pump | : |
| Mounting plate | : N/A |
| Driver(nett) | : - |

### Testing

| | |
|---|---|
| Hydrostatic test | : None |
| Performance test | : None |
| NPSH test | : None |

### Notes

RESIDUALS EQUALIZATION CLARIFIER

══ SPECIFICATIONS ══

FLINT, MI

TYPE "STC" SLUDGE THICKENER

## SPECIAL CONDITIONS

This specification covers the furnishing of U. S. FILTER water treatment equipment as Base Bid. The equipment and material specified is deemed most suitable for the proposed water treatment system. The contractor shall prepare his bid on the basis of the materials and equipment listed herein. Any bid using other than the Base Bid equipment will be considered non-responsive and the bid will not be considered for award. The contract will be awarded to the lowest responsible bidder incorporating the Base Bid equipment.

The Base Bid Equipment shall be: General Filter Type "STC" Sludge Thickener.

## PREQUALIFICATION OF ALTERNATE EQUIPMENT

The contractor may submit other manufacturer's equipment for consideration as an alternative to the equipment specified as the Base Bid. An addendum will be issued at least five days before the bid date naming alternate suppliers that conform with the specifications and are approved to bid equipment for the project. To qualify alternate equipment, the contractor shall provide the following information to the Engineer at least 15 days prior to the bid date:

1. Drawings, specifications, and product literature with adequate detail to determine that what is proposed will meet the requirements of the plans and specifications. Pre-qualification data and specifications for each unit shall include, but shall not be limited to, the following:

   Sludge Collecting Equipment
   Running torque developed
   Arm tip speed
   Stalled torque
   Drive motor horsepower
   Description of overload device

2. A list of 10 installations of similar type and size with plant addresses and telephone numbers. The engineer and owner may contact these installation sites to determine experience.

3. Evidence of manufacturing capability including a description of facilities, the number and professional qualifications of personnel, and quality control practices. The alternate equipment supplier shall identify major outside fabricators for the purpose of determining experience.

4. Evidence of technical capability to design and check out the complete alternate system, including modifications which will be required in structures, foundations, and equipment provided by others.

5. Evidence of financial responsibility adequate to complete the project and assure viability of equipment warranty.

6. A complete listing of changes which will be required in the contract plans and specifications to accommodate the alternate equipment.

SPECIFICATIONS

Alternate bidders shall guarantee, in writing, signed by an officer of the company, that the equipment offered will provide comparable or superior features, performance quality, and materials of construction as the equipment specified. Prior approval of the alternate equipment shall not constitute final approval of specific equipment, but rather constitute only approval of the respective equipment manufacturers to provide price quotations based on equipment meeting the specifications. Alternate equipment manufacturers shall modify their standard products as necessary to meet all provisions of the specifications without exception.

A photocopy of the alternate equipment manufacturer's quotation must be attached to the bid documents, to assure that the alternate equipment bid is in accordance with the equipment which has been prequalified.

The cost of any changes incidental to installation of the alternate equipment such as electrical wiring, relocation of piping, engineering supervision, as-built drawings, etc., shall be borne by the contractor with no additional expense to the Owner.

If after installation the alternate equipment does not perform in accordance with the specifications or other deficiencies are noted, the owner will require the modification or replacement of such equipment to meet the specifications at no additional expense.

SCOPE.

This section covers solids contact basin equipment for one sludge thickening basin as manufactured by U. S. FILTER, Ames, IA. The equipment shall be suitable for installation in a round basin of the dimensions shown on the drawings.

GENERAL.

Equipment furnished and installed under this section shall be fabricated, assembled, erected, and placed in proper operating condition in full conformity with drawings, specifications, engineering data, instructions, and recommendations of the equipment manufacturer.

Each unit shall be furnished and installed complete with (a) all concrete foundations, piers and supports; (b) all mechanical equipment required for proper operation, including complete drive unit; (c) all steel, iron, and other metal construction indicated by the drawings; and (d) any additional materials or construction required by the manufacturer's design.

SERVICE CONDITIONS.

The basin equipment shall be designed to process lime softening, clarification and filter backwash waste water, which will be treated for thickening and clarification.

PERFORMANCE AND DESIGN REQUIREMENTS.

The equipment shall be designed to accomplish thickening and clarification of previously formed precipitate, clarification by sedimentation, and collection and removal of excess sludge. The equipment shall be designed so that water flow enters the center of the basin through a side inlet pipe. Basin equipment shall be General Filter Type "STC" Sludge Thickener.

The equipment for each basin shall be furnished complete with all components and accessories necessary for an operating installation and shall include center support column , center drive platform, drive units, influent well, rotating scraper assemblies; effluent launder; weirs, sludge blowdown valve with timers, and access walkway.

2

SPECIFICATIONS

## BASIN DIMENSIONS.

The equipment shall be designed to operate in a basin having the following dimensions:

Inside dimensions .......................................................................................... 90' - 0" dia.
Sidewall water depth ...................................................................................... 16' - 0"
Total side-wall depth ...................................................................................... 18' - 0"
Diameter of influent pipe .............................................................................. 12"
Diameter of effluent pipe .............................................................................. 14"

The equipment shall be designed for installation in a basin having a radial slope to the center of approximately 1 to 12.

## DESIGN REQUIREMENTS.

Sludge collecting equipment:
    Design running torque......................................................................... 81,000 ft-lbs
    Approximate tip speed ........................................................................ 10 ft/min

The torque shall be measured from the centerline of the equipment. All parts of each unit shall be designed to withstand a stalled torque at least twice the running torque. Loading to develop the torque shall be considered as uniform loads applied on both arms simultaneously.

## CENTER SUPPORT.

A tubular steel column shall be provided to support loads of the center drive mechanism, sludge collecting equipment, access bridge, and effluent well. The column shall be designed to support all loads imposed thereon, including torque and eccentric loads from the rotating mechanisms. The center support shall be of proper height to permit level installation of the access walkway and to support the turntable above the water level.

## INFLUENT WELL.

The influent well shall be fabricated of 3/16" minimum steel plate with top and bottom stiffener angles. Influent well shall be supported by the drive bridge. A flanged connection shall be provided for the influent pipe. The influent well shall be 10'-0" diameter x 6'-0" minimum.

## CENTER DRIVE MECHANISM.

The center drive mechanism shall consist of concentric drive units and gearing for the mixing equipment and for the sludge collecting equipment. The sludge scraper drive mechanism shall be completely factory assembled and shall consist of a primary gear reduction unit, an intermediate reduction unit, plus a final reduction unit consisting of a pinion and internal gear enclosed in a turntable base. All gearing shall be enclosed in gray cast iron ASTM A-48 Class 40B housings.

The primary reduction unit shall be a constant speed heavy-duty parallel helical gearmotor. All bearings shall be anti-friction type and running in oil in a cast iron housing.

The primary reduction gear reducer shall drive the intermediate reaction unit through a chain and sprocket arrangement. The drive chain shall be #80L self-lubricated roller chain and be covered with a non-corrosive OSHA approved removable guard. An adjustable steel base mounted on the intermediate reduction unit shall provide for proper chain tension.

3

═══ SPECIFICATIONS ═══

The motor shall be totally enclosed, ball bearing type, of ample power for starting and continuously operating the mechanism without overloading. The motor shall perform to NEMA standards and be suitable for operation on 460 volt, 3 phase, 60 Hz current.

The intermediate reduction unit shall be a heavy-duty, worm gear speed reducer in a gray cast iron housing, with grease and oil lubricated anti-friction type bearings. The unit shall be mounted on a machined face on the top of the final reduction unit and properly aligned to maintain accurate centers for the final reduction gearing.

All gear reducers having an input speed greater than 100 rpm shall be AGMA rated with a service factor of at least 1.40. Reducers having an input speed of 100 rpm or less will not be required to bear an AGMA nameplate.

An overload device shall be mounted on the drive head at the thrust end of the worm shaft and shall consist of: a plate spring assembly, a plunger, indicator dial, two (2) micro-switches (one N.O. and one N.C.), and a terminal block, all enclosed in a weather tight, gray cast iron housing, gasketed and mounted to the gear housing. The end thrust of the worm shaft against the plate spring shall actuate the plunger, which in turn shall move the indicator dial.

A visual torque dial indicator shall be provided and oriented so it may be read from the walkway.

The micro-switches shall be factory set to: 1) activate an alarm device when the load on the mechanism reaches 100% of the AGMA rated torque capacity of the drive: and 2) to stop the motor when the load reaches 120% of the AGMA rated torque capacity. The alarm devices operated by the contacts shall be furnished under the electrical section of the specifications.

A shear pin device, set for 130% of the AGMA rated torque shall be furnished.

A heat-treated steel pinion shall drive the internal final gear from the slow speed shaft of the intermediate gear reduction unit. The internal gear shall be split for easy removal, shall be of ductile iron and shall be designed to support the rotating drive cage and the sludge collector arms.

The turntable base shall have an annular raceway to contain balls upon which the internal gear rotates. The ball race shall ensure a low unit ball load, long life and stability, without the necessity of guide shoes or steady bearings. The balls shall be alloy steel and shall bear vertically and horizontally on four (4) renewable special hardened (38-42 Rockwell C) steel liner strips force fitted (pins or cap screws not permitted) into the turntable base and internal gear. The liner strips shall be 3/8" thick x 3/4" wide. The internal gear, pinion and ball race shall run in an oil bath and be protected by a felt seal and steel dust shield.

The turntable base shall be bolted to the center column and be designed to support the internal gear with the rotating mechanism and the access bridge. An oil filling and level pipe along with a drain plug and sight gauge shall be furnished as part of this unit. A pipe shall be attached to the bottom of the turntable base for purposes of condensate removal. The oil piping shall terminate within the center of the base for easy access.

The turntable assembly shall be so designed that the split internal gear, balls and strip liners may be removed without raising the access bridge.

The drive mechanism shall be designed in accordance with AGMA Sections 218.01 (Dec., 1982), "Pitting Resistance and Bending Strength of Spur and Helical Involute Gear Teeth"; and 440.04 (Oct., 1971), "Single and Double Reduction of Cylindrical - Worm Speed Reducers"; for 24 hour continuous duty, and 20 year design gear life, based on the AGMA rated torque. All bearings

4

shall be designed for a minimum B-10 life of 200,000 hours.

## CENTER SUPPORT COLUMN

The center support column shall extend to the bottom of the basin to support the drive bridge and equipment.

## ROTATING SCRAPER ASSEMBLIES.

Each unit shall be provided with two rotating scraper arms. The rotating arms shall be attached to and supported by a central drive cage of adequate strength and rigidity to support and rotate the scraper arms under maximum load conditions with an adequate factor of safety and shall be reinforced at top and bottom for proper distribution of loads to supports. Scraper arms shall be fabricated from steel members specially designed to keep the vertical and horizontal deflection within acceptable limits. Picket type thickener arms shall be attached to the scraper arms for additional thickening of the sludge.

Blades shall be provided on the rotating arms to move settled sludge to the central sludge collection hopper. Blades shall be spaced on each arm so settled sludge is collected over the full area of the basin by each arm.

The scraper arms shall conform to the slope of the bottom of the basin.

## ACCESS WALKWAY AND PLATFORMS.

Each turntable top shall provide a platform above the center pier for convenient access to the center drive mechanism. Adequate clear space shall be provided on at least two sides of the drive unit.

A steel truss or beam supported walkway, extending from the wall of the basin to the drive platform, shall be provided for access to the platform. The walkway shall be at least 36" wide (clear distance between handrails) and shall be floored with 1/4 inch mill finish checkered steel plate. The walkway shall be diagonally braced against lateral movement, and shall be designed and constructed so deflection will not exceed 1/360 of the span considering all dead loads plus a live load of 50 pounds per square foot. Slide plates or equivalent at the basin walls shall support the walkway beams when required.

Three-rail 1 1/2" steel pipe handrails meeting OSHA requirements shall be provided along each side of the platforms and walkways. All walkways shall be equipped with a steel kickplate at least 4" high.

## EFFLUENT LAUNDERS.

Perimeter type effluent launders shall be provided as a part of the basin equipment.

Perimeter type launder shall be provided for the thickener basin. All launder parts shall be free of winds, warps, local deformations, or unauthorized bends.

Flow velocity in the launders and collection troughs shall not exceed 2 ft./sec.
Adjustable FPR weir plates shall be provided along the top edges of the effluent launder. The weir plates shall be fabricated with V-notches in the upper edge. The weirs shall be spaced to provide uniform collection of the water from the surface area of the basin. The top edge of each weir plate shall be straight within 1/8 inch. Particular care shall be taken in forming operations.

5

All irregularities on edges shall be removed. All joints between weir plates and launders shall be caulked.

## SLUDGE BLOWDOWN.

Provision shall be made for automatic intermittent removal of sludge from the sludge hopper through the bottom drain line. A properly sized ITT Grinnell diaphragm valve shall be included with the equipment for this purpose. Also included shall be a control cabinet containing two automatic reset timers which can be independently adjusted to control both the interval and duration of the sludge blowdown. The valve shall be hydraulically operated.

## STRUCTURAL DESIGN.

The ratio of unbraced length to least radius of gyration, slenderness ratio, shall not exceed 200 for any compression member, and shall not exceed 240 for any main tension members, or 300 for lateral bracing members or other secondary members in tension. For angles, the governing radius of gyration is about the Z-Z axis. In addition, all structural members and connections shall be designed so that the unit stresses will not exceed AISC allowable stresses by more than 1/3 when subjected to a loading of twice the running torque of the drive.

Structural members for the launder support system shall be designed so that the unit stresses will not exceed AISC allowable stresses by more than 1/3 when subjected to the buoyant forces during filling operation of the basin or to the maximum downward forces occurring when basin water level is drained to below the launder troughs and the troughs are still filled with water to the orifices or V-notches.

## ANCHOR BOLTS.

All necessary anchor bolts for the erection of the units shall be included.

## EDGE GRINDING.

Sharp corners of cut or sheared edges, which will be submerged in operation, shall be dulled by at least one pass of a power grinder to improve paint adherence.

## SURFACE PREPARATION.

All iron and steel surfaces, except motors and speed reducers, shall be shop cleaned by sandblasting in strict accordance with the paint manufacturer's recommendations. All mill scale, rust, and contaminants shall be removed before shop primer is applied.

## SHOP PAINTING.

All iron and steel surfaces shall be shop coated with Tnemec #20-1255 primer to a minimum dry film thickness of 4.0 mils. Surface preparation and the shop coating shall be in accordance with the coating manufacturer's recommendation for the intended service. The submerged coating system must be suitable for potable water service.

6

SPECIFICATIONS

## FABRICATION.

All welds shall be continuous on submerged or partially submerged components.

## POWER SUPPLY.

Power supply to the equipment will be 460 volt, 60 Hz, 3 phase.

7

## SECTION 13 - CHEMICAL STORAGE AREA

The chemical storage area is as shown in the layout drawing in *Section 10*.

It is proposed that the new polymer pumps and day storage be located adjacent to the new rapid mixer and also have the capability to feed to other unit processes in the plant.

It is proposed to add new ferric chloride feed pumps and storage tanks for mixing in the new rapid mixer.

West of the recarbonation basins and north of the west solids contact softening unit is the enclosed chemical storage area. There is room to locate and store liquid carbon dioxide, ferric chloride, hydrofluosilicic acid, polyphosphate, coagulant aid, filter aid, and polymer. Each one of these storage areas has the appropriate transfer pumps to feeding at specific locations within the rehabilitated water treatment plant.

Pumping and storage concepts are discussed and illustrated in *Section 3.4*, Basis of Design.

Contained in this section is the proposed equipment to be utilized in effectively implementing the chemical storage and pumping concepts.

13-1

## SECTION 14 - LABORATORY AND OPERATIONAL AREA

Contained in this section is a drawing entitled *Plan of Laboratory and Operational Area*.  This plan illustrates the proposed new SCADA room, chemistry and microbiology laboratory, operations office and employee training/break room.

Also is a drawing entitled *Laboratory and Operational Area - Structural* which indicates a plan view over the east secondary slow mix basin with Section A-A illustrating the new slab to be constructed over the slow mix area.

14-1





SECTION A-A
EXISTING SLOW MIX BASIN No. 3

EXISTING SLOW MIX BASIN No. 3 - PLAN

SECTION A-A
NEW SLOW MIX BASIN No. 3

KEY PLAN

THE SEG TEAM

CITY OF FLINT
DEPARTMENT OF PUBLIC WORKS & UTILITIES
WATER TREATMENT PLANT REHABILITATION
PHASE 1 - SEGMENT 1, 2, & 3

PRELIMINARY PLANS

LABORATORY AND OPERATION
AREA - STRUCTURAL

## SECTION 15 - NEW LOCKER ROOM FACILITIES

Contained in this section is a drawing entitled *New Locker Room Facilities* that illustrates the modern, updated women and men's locker rooms.



## SECTION 16 - NEW ADMINISTRATION OFFICE AREA

Enclosed is a drawing entitled *New Administration Office Area* that indicates the reconfiguration of the existing office area and that area immediately north on the east side of the filter building.

Structural work is required to remove the backwash water pumping system that no longer will be operational.



## SECTION 17 - BOILER BUILDING

Included in this section is a drawing entitled *Boiler Building* located at the northeast corner of the existing water treatment plant. The existing Johnson 4-pass steam boiler is proposed at the south end, and with the new and future boiler is a new boiler at the north end of the building. Also contained in this drawing is an elevation and Section A-A illustrating the relationship between the existing building and the new facility.



FLOOR PLAN
SCALE: 1/4" = 1'-0"
ELEVATION
SCALE: 1/8" = 1'-0"
SECTION A-A
SCALE: 1/8" = 1'-0"
KEY PLAN
THE SEG TEAM
CITY OF FLINT
DEPARTMENT OF PUBLIC WORKS & UTILITIES
WATER TREATMENT PLANT REHABILITATION
PHASE I - SEGMENT 1, 2, & 3
PRELIMINARY PLANS
NEW BOILER BUILDING
SCALE: AS SHOWN
SHEET No. OF

# EQUIPMENT



## JOHNSTON
# J21

## 100 - 1600 HP
### With Johnston 'A' Burner

# 4-Pass Steam
*Packaged Firetube Boiler (PFT)*

# Standard Equipment

## Boiler General

✓ Four-pass water-back ASME Scotch Marine Boiler.
✓ Five (5) square feet of heating surface per boiler horsepower.
✓ Prossered convection tube attachment.
✓ Handholes providing full access for cleaning and inspection. Manway located in rear tube sheet.
✓ National Board shop inspection.
✓ Heavy industrial skid under boiler and controls.
✓ 2" Fiberglass insulation blanket covered the boiler's full circumference with a non-corroding Galvanneal 22 gauge sheet metal jacket.
✓ Belt drive, forced draft blower with ODP motor.
✓ Top center of boiler covered with double thickness of sheet metal to provide crush resistance for insulation.

## Boiler Trim

✓ Steam pressure gauge.
✓ 5" Flue gas temperature gauge 100°F - 800°F.
✓ Combination water column with low water cutoff, feed pump control switches, water gauge glass and drain valve.
✓ Chain operated water gauge.
✓ Three try cocks (Optional on 15 psig design).
✓ 1" FNPT surface blowoff connection on top centerline of boiler with dip tube.
✓ Feedwater connections on both left and right hand lower sides of boiler.
✓ Front and rear main blowdown connections on bottom centerline of boiler.
✓ ASME Safety valves set at design pressure.
✓ Internal steam dry pan.

## Johnston 'A' Burner

### Controls General

✓ NEMA-12 control panel with UL label.
✓ Panel indicating lights for "Load Demand", "Main Fuel On", "Low Water" and "Flame Failure".
✓ Solid state combustion safeguard control using Honeywell RM 7800.
✓ Standard 460 (±5%)/3/60 electrical power.
✓ Step-down control circuit transformer.
✓ Low fire hold for cold start up conditions.
✓ Assured low fire shutoff during normal operating conditions.

✓ Operating, high limit and firing rate pressure controls.
✓ Manual firing rate control.

### Gas Burner

✓ Gas - electric ignition, pilot regulator, solenoid shutoff valve and shutoff cock.
✓ Flame Retention ring type burner.
✓ Combustion air proving switch.
✓ Characterizable modulating gas flow control valve integral with burner housing.
✓ High and low gas pressure switches.
✓ Dual gas shutoff valves with proof-of-closure switches.
✓ Two gas pressure gauges.
✓ Burner shutoff cock.

### Light Oil Burner

✓ Gas - electric ignition, pilot regulator, solenoid shutoff valve and shutoff cock.
✓ Separately driven fuel oil pump.
✓ Air atomizing gun type burner.
✓ Air compressor.
✓ Combustion air proving switch.
✓ Inlet fuel oil strainer.
✓ Characterizable modulating oil flow control valve.
✓ Dual oil motorized shutoff valves with proof-of-closure switches.
✓ Oil pressure gauge.

### Medium and Heavy Oil Burner (Same as Light Oil, except)

✓ Electric heater with thermostat and cold oil lockout.
✓ Steam to oil heater with steam flow temperature control (Heavy Oil Only).
✓ Oil vacuum gauge.
✓ Two oil thermometers.
✓ Heavy oil to have a maximum viscosity of 2,000 SSU at boiler inlet.

## Warranty

✓ One (1) year from start up or eighteen (18) months from shipment of package boiler.
✓ Ten (10) year limited warranty on furnace, rear submerged combustion chamber, front and rear tube sheets, front and rear flue doors and rear refractory.

## JOHNSTON
### J21

## *4-Pass Steam Packaged Firetube Boiler (PFT)*

Drawings





**JOHNSTON**

**J21**

## *4-Pass Steam Packaged Firetube Boiler (PFT)*

Dimensions

| MODEL NUMBER | | PFTA100-4 | PFTA125-4 | PFTA150-4 | PFTA200-4 | PFTA250-4 | PFTA300-4 |
|---|---|---|---|---|---|---|---|
| **BOILER HORSEPOWER** | | 100 | 125 | 150 | 200 | 250 | 300 |
| **Lengths:** | | | | | | | |
| Overall | A | 12'-5" | 14'-0" | 15'-6" | 14'-1" | 15'-10" | 17'-7" |
| Shell | B | 6'-9" | 8'-5" | 9'-11" | 7'-7" | 9'-3" | 10'-11" |
| Flue Outlet Centerline | C | 7" | 7" | 7" | 10" | 10" | 10" |
| Steam Outlet | D | 2'-3" | 2'-3" | 2'-3" | 3'-0" | 3'-0" | 3'-0" |
| Base Frame | E | 10'-0" | 11'-6" | 13'-0" | 10'-4" | 12'-0" | 13'-8" |
| Burner to Front of Shell | F | 4'-6" | 4'-7" | 4'-7" | 5'-4" | 5'-5" | 5'-6" |
| Base to Front of Shell | G | 4'-3" | 4'-3" | 4'-3" | 4'-6" | 4'-6" | 4'-6" |
| Total with Tube-Pull | H | 14'-10" | 17'-10" | 20'-10" | 16'-4" | 19'-8" | 23'-0" |
| **Widths:** | | | | | | | |
| Overall | I | 6'-11" | 6'-11" | 6'-11" | 8'-7" | 8'-7" | 8'-7" |
| Shell Diameter I.D. | J | 5'-6" | 5'-6" | 5'-6" | 7'-1" | 7'-1" | 7'-1" |
| Base | K | 5'-5" | 5'-5" | 5'-5" | 7'-2" | 7'-2" | 7'-2" |
| Centerline to Jacket | L | 3'-0" | 3'-0" | 3'-0" | 3'-10" | 3'-10" | 3'-10" |
| **Heights:** | | | | | | | |
| Overall | M | 7'-11" | 7'-11" | 7'-11" | 9'-5" | 9'-5" | 9'-5" |
| Base to Flue Outlet | N | 7'-7" | 7'-7" | 7'-7" | 9'-2" | 9'-2" | 9'-2" |
| Base to Steam Outlet | O | 7'-8" | 7'-8" | 7'-8" | 9'-2" | 9'-2" | 9'-2" |
| Normal Waterline | P | 6'-1" | 6'-1" | 6'-1" | 7'-1" | 7'-1" | 7'-1" |
| Height of Base | Q | 8" | 8" | 8" | 8" | 8" | 8" |
| Base to Bottom of Boiler | R | 1'-5" | 1'-5" | 1'-5" | 1'-4" | 1'-4" | 1'-4" |
| **Boiler Connections:** | | | | | | | |
| Feedwater; Right & Left | S | 1¹/₂" | 1¹/₂" | 1¹/₂" | 1¹/₂" | 1¹/₂" | 1¹/₂" |
| Nozzle size - 15 lb.* | T | 8" | 8" | 8" | 10" | 10" | 10" |
| Nozzle size - 150 lb.** | T | 4" | 4" | 4" | 4" | 6" | 6" |
| Bottom Blowdown | U | 1¹/₂" | 1¹/₂" | 1¹/₂" | 2" | 2" | 2" |
| Flue Outlet I.D. | V | 1'-0" | 1'-0" | 1'-0" | 1'-6" | 1'-6" | 1'-6" |
| **Minimum Clearance:** | | | | | | | |
| Rear Door Swing | W | 1'-3" | 1'-3" | 1'-3" | 1'-6" | 1'-6" | 1'-6" |

```
*  150 lb. Flanged Drilling
** 300 lb. Flanged Drilling
```

```
LOW PRESSURE
15 lbs. Steam
ASME Section IV
```

```
HIGH PRESSURE
150-350 lbs. Steam
ASME Section I
```



JOHNSTON
BOILER
COMPANY

| PFTA350-4 | PFTA400-4 | PFTA500-4 | PFTA600-4 | PFTA750-4 | PFTA800-4 | PFTA900-4 | PFTA1000-4 | PFTA1200-4 | PFTA1500-4 | PFTA1600-4 |
|---|---|---|---|---|---|---|---|---|---|---|
| 350 | 400 | 500 | 600 | 750 | 800 | 900 | 1000 | 1200 | 1500 | 1600 |
| 19'-4" | 20'-8" | 23'-9" | 26'-9" | 25'-1" | 26'-1" | 28'-8" | 30'-9" | 27'-3" | 31'-6" | 32'-11" |
| 12'-7" | 12'-9" | 15'-8" | 18'-7" | 16'-6" | 17'-6" | 19'-7" | 21'-8" | 17'-7" | 21'-10" | 23'-3" |
| 10" | 1'-0" | 1'-0" | 1'-0" | 1'-1" | 1'-1" | 1'-1" | 1'-1" | 1'-4" | 1'-4" | 1'-4" |
| 3'-0" | 5'-0" | 5'-0" | 5'-0" | 6'-0" | 6'-0" | 6'-0" | 6'-0" | 7'-0" | 7'-0" | 7'-0" |
| 15'-4" | 16'-2" | 18'-6" | 20'-0" | 19'-0" | 20'-0" | 22'-1" | 24'-2" | 20'-1" | 24'-5" | 25'-10" |
| 5'-7" | 6'-5" | 6'-7" | 6'-8" | 7'-1" | 7'-1" | 7'-7" | 7'-7" | 8'-2" | 8'-2" | 8'-2" |
| 4'-6" | 4'-10" | 4'-10" | 4'-10" | 5'-6" | 5'-6" | 5'-6" | 5'-6" | 5'-9" | 5'-9" | 5'-9" |
| 26'-4" | 17'-10" | 32'-10" | 38'-8" | 34'-6" | 36'-6" | 40'-8" | 44'-10" | 36'-9" | 45'-3" | 48'-1" |
| | | | | | | | | | | |
| 8'-7" | 9'-5" | 9'-5" | 9'-5" | 10'-11" | 10'-11" | 10'-11" | 10'-11" | 12'-7" | 12'-7" | 12'-7" |
| 7'-1" | 7'-11" | 7'-11" | 7'-11" | 9'-5" | 9'-5" | 9'-5" | 9'-5" | 11'-1" | 11'-1" | 11'-1" |
| 7'-2" | 8'-1" | 8'-1" | 8'-1" | 9'-2" | 9'-2" | 9'-2" | 9'-2" | 10'-10" | 10'-10" | 10'-10" |
| 3'-10" | 4'-3" | 4'-3" | 4'-3" | 5'-0" | 5'-0" | 5'-0" | 5'-0" | 5'-10" | 5'-10" | 5'-10" |
| | | | | | | | | | | |
| 9'-5" | 10'-3" | 10'-3" | 10'-3" | 11'-10" | 11'-10" | 11'-10" | 11'-10" | 13'-6" | 13'-6" | 13'-6" |
| 9'-2" | 10'-0" | 10'-0" | 10'-0" | 11'-6" | 11'-6" | 11'-6" | 11'-6" | 13'-2" | 13'-2" | 13'-2" |
| 9'-2" | 10'-0" | 10'-0" | 10'-0" | 11'-7" | 11'-7" | 11'-7" | 11'-7" | 13'-3" | 13'-3" | 13'-3" |
| 7'-1" | 7'-11" | 7'-11" | 7'-11" | 9'-4" | 9'-4" | 9'-4" | 9'-4" | 10'-7" | 10'-7" | 10'-7" |
| 8" | 1'-3" | 1'-3" | 1'-3" | 1'-3" | 1'-3" | 1'-3" | 1'-3" | 1'-6" | 1'-6" | 1'-6" |
| 1'-4" | 1'-4" | 1'-4" | 1'-4" | 1'-4" | 1'-4" | 1'-4" | 1'-4" | 1'-4" | 1'-4" | 1'-4" |
| | | | | | | | | | | |
| 1½" | 2" | 2" | 2" | 2" | 2" | 2" | 2" | 2" | 2" | 2" |
| 12" | 14" | 14" | 16" | 18" | 18" | 18" | 20" | 20" | 24" | 24" |
| 6" | 6" | 8" | 8" | 8" | 8" | 10" | 10" | 10" | 1'-0" | 1'-0" |
| 2" | 2" | 2" | 2" | 2" | 2" | 2" | 2" | 2" | 2" | 2" |
| 1'-6" | 1'-10" | 1'-10" | 1'-10" | 2'-0" | 2'-0" | 2'-0" | 2'-0" | 2'-6" | 2'-6" | 2'-6" |
| | | | | | | | | | | |
| 1'-6" | 2'-0" | 2'-0" | 2'-0" | 2'-7" | 2'-7" | 2'-7" | 2'-7" | 3'-1" | 3'-1" | 3'-1" |

## JOHNSTON J21

### *4-Pass Steam Packaged Firetube Boiler (PFT)*

Capacities & Performance Data

| MODEL NUMBER | PFTA100-4 | PFTA125-4 | PFTA150-4 | PFTA200-4 | PFTA250-4 | PFTA300-4 |
|---|---|---|---|---|---|---|
| **Ratings:** | | | | | | |
| Horsepower | 100 | 125 | 150 | 200 | 250 | 300 |
| Lbs. Steam/Hr. (from & @ 212°F) | 3,450 | 4,313 | 5,175 | 6,900 | 8,625 | 10,350 |
| Output (1000 BTU/Hr.) | 3,348 | 4,184 | 5,021 | 6,695 | 8,369 | 10,043 |
| Heating Surfaces (Sq. Ft.) | 500 | 625 | 750 | 1,000 | 1,250 | 1,500 |
| Steam Storage (Cu. Ft.) | 20.0 | 24.4 | 28.8 | 48.6 | 59.6 | 70.5 |
| Steam Release Area (Sq. Ft.) | 28.7 | 35.1 | 41.5 | 43.7 | 53.5 | 63.3 |
| Water Content N.W.L. (Gallons) | 653 | 813 | 973 | 1,079 | 1,343 | 1,611 |
| **Fuel Consumption:** | | | | | | |
| Natural Gas (Cu. Ft./Hr.)          (1) | 4,138 | 5,179 | 6,170 | 8,225 | 10,266 | 12,280 |
| Propane (Cu. Ft./Hr.)          (2) | 1,616 | 2,023 | 2,411 | 3,213 | 4,011 | 4,798 |
| No. 2 Oil (Gal./Hr.)          (3) | 28.4 | 35.6 | 42.4 | 56.5 | 70.6 | 84.4 |
| No. 6 Oil (Gal./Hr.)          (4) | 26.3 | 32.9 | 39.2 | 52.3 | 30.1 | 78.0 |
| **Power Requirements:** | | | | | | |
| Blower Motor (HP) | 2 | 3 | 5 | 5 | 7.5 | 10 |
| Compressor Motor (HP) | 2 | 2 | 2 | 2 | 5 | 5 |
| No. 2 Oil Pump Motor (HP) | N/A | N/A | N/A | N/A | 0.5 | 0.5 |
| No. 6 Oil Pump Motor (HP) | 0.33 | 0.33 | 0.33 | 0.33 | 0.5 | 0.5 |
| Oil Heaters No. 6 Oil (KW) | 3 | 3 | 3 | 3 | 5 | 5 |
| Running Load - Gas (Amps) | 5.1 | 6.5 | 9.3 | 9.3 | 12.7 | 15.7 |
| Running Load - No. 2 Oil (Amps) | 8.5 | 9.9 | 12.7 | 12.7 | 21.3 | 24.3 |
| Running Load - No. 6 Oil (Amps) | 13.3 | 14.7 | 17.5 | 17.5 | 27.6 | 30.6 |
| **Weights (Lbs.):** | | | | | | |
| Approx. Water Content N.W.L. | 5,446 | 6,781 | 8,116 | 9,000 | 11,200 | 13,439 |
| Approx. Water Content Flooded | 6,692 | 8,303 | 9,914 | 12,033 | 14,936 | 17,840 |
| Approximate Shipping - 15 lbs. | 10,200 | 11,200 | 12,900 | 16,900 | 20,700 | 23,600 |
| Approximate Shipping - 150 lbs. | 10,900 | 12,000 | 13,800 | 18,100 | 22,200 | 25,400 |
| Approximate Shipping - 200 lbs. | 11,800 | 13,200 | 15,100 | 18,700 | 23,100 | 28,500 |

(1) Based on 1,000 BTU/Cu. Ft.   (2) Based on 2,500 BTU/Cu. Ft.   (3) Based on 140,000 BTU/Gal.
(4) Based on 150,000 BTU/Gal.   (5) Based on 460/3/60 Electrical Supply   (1-4) Based on 125 lb. Operating Pressure



| PFTA350-4 | PFTA400-4 | PFTA500-4 | PFTA600-4 | PFTA750-4 | PFTA800-4 | PFTA900-4 | PFTA1000-4 | PFTA1200-4 | PFTA1500-4 | PFTA1600-4 |
|---|---|---|---|---|---|---|---|---|---|---|
| 350 | 400 | 500 | 600 | 750 | 800 | 900 | 1,000 | 1,200 | 1,500 | 1,600 |
| 12,075 | 13,800 | 17,250 | 20,700 | 25,875 | 27,600 | 31,050 | 34,500 | 41,400 | 51,750 | 55,200 |
| 11,716 | 13,390 | 16,738 | 20,085 | 25,106 | 26,780 | 30,128 | 33,475 | 40,170 | 50,213 | 53,560 |
| 1,750 | 2,000 | 2,500 | 3,000 | 3,750 | 4,000 | 4,500 | 5,000 | 6,000 | 7,500 | 8,000 |
| 81.5 | 84.7 | 104.4 | 124.0 | 136.4 | 144.7 | 162.0 | 179.3 | 212.3 | 264.2 | 281.4 |
| 73.2 | 78.8 | 97.0 | 115.2 | 117.9 | 125.0 | 140.0 | 155.0 | 149.5 | 186.0 | 198.2 |
| 1,878 | 2,318 | 2,907 | 3,476 | 4,203 | 4,473 | 5,036 | 5,599 | 6,024 | 7,574 | 8,091 |
| | | | | | | | | | | |
| 14,323 | 16,373 | 20,298 | 24,354 | 30,432 | 32,406 | 36,412 | 40,365 | 48,398 | 60,461 | 64,491 |
| 5,596 | 6,398 | 7,933 | 9,519 | 11,894 | 12,666 | 14,233 | 15,779 | 18,921 | 23,635 | 25,211 |
| 98.4 | 112.6 | 139.5 | 167.4 | 209.2 | 222.8 | 250.3 | 277.4 | 332.7 | 415.6 | 443.3 |
| 91.1 | 104.2 | 129.0 | 154.9 | 193.5 | 206.0 | 231.5 | 256.5 | 307.6 | 384.4 | 410.0 |
| | | | | | | | | | | |
| 10 | 10 | 20 | 20 | 30 | 30 | 40 | 50 | 75 | 100 | 100 |
| 5 | 7.5 | 7.5 | 7.5 | 10 | 10 | 10 | 10 | 15 | 15 | 15 |
| 0.5 | 0.75 | 0.75 | 0.75 | 1 | 1 | 1.5 | 1.5 | 2 | 2 | 2 |
| 0.5 | 0.5 | 0.5 | 0.5 | .75 | .75 | 1.0 | 1.0 | 2.0 | 2.0 | 2.0 |
| 5 | 6 | 6 | 6 | 10 | 10 | 12 | 12 | 18 | 18 | 18 |
| 15.7 | 15.7 | 28.7 | 28.7 | 41.7 | 41.7 | 53.7 | 66.7 | 97.7 | 125.7 | 125.7 |
| 24.3 | 28.1 | 41.1 | 41.1 | 57.5 | 57.5 | 70.3 | 83.3 | 122.1 | 150.1 | 150.1 |
| 30.6 | 35.2 | 48.2 | 48.2 | 69.7 | 69.7 | 84.6 | 97.6 | 143.3 | 172.7 | 172.7 |
| | | | | | | | | | | |
| 15,659 | 19,329 | 24,241 | 28,990 | 35,052 | 37,306 | 42,002 | 46,698 | 50,238 | 63,168 | 67,478 |
| 20,743 | 24,616 | 30,752 | 36,725 | 43,561 | 46,334 | 52,111 | 57,888 | 63,484 | 79,651 | 85,040 |
| 25,600 | 27,800 | 35,900 | 43,100 | 50,100 | 53,200 | 58,200 | 60,800 | 76,100 | 88,200 | 94,400 |
| 27,500 | 31,300 | 37,500 | 44,300 | 53,800 | 56,200 | 62,400 | 65,500 | 77,100 | 93,600 | 100,200 |
| 30,900 | 35,100 | 40,600 | 50,700 | 57,800 | 60,700 | 70,400 | 74,000 | 87,100 | 99,300 | 106,300 |

NOTES: Specifications subject to change to incorporate engineering advances. Manufacturer reserves the right to change specifications at any time without liability for equipment previously or subsequently sold. Ratings based on elevation to 1000 ft. Consult factory for elevations above 1000 ft.

# Optional Equipment

## Boiler Trim

- ❑ Float type auxiliary low water cutoff.
- ❑ Probe type auxiliary low water cutoff.
- ❑ High water level alarm or cutoff controls.
- ❑ Electro-mechanical modulating feedwater control systems.
- ❑ Pneumatic modulating feedwater control system.
- ❑ Feedwater stop and check valves shipped loose or mounted and tested on the boiler.
- ❑ Bottom blowdown valves (two quick opening and/or one slow opening) shipped loose or mounted and tested on the boiler.
- ❑ Surface blowoff stop valve and metering valve shipped loose or mounted and tested on the boiler.
- ❑ Automatic surface blowoff controls for TDS level control.
- ❑ High pressure boiler construction up to 350 psig.
- ❑ Marine applications.
- ❑ Weather resistant construction.

## Auxiliary Systems

- ❑ Boiler feed systems with pumps and fresh water connections.
- ❑ Steam sparge heaters for boiler feed systems.
- ❑ Boiler feed water pumps shipped loose.
- ❑ Flue gas exhaust stacks and accessories.
- ❑ Blowdown separators.
- ❑ Steel blowdown tanks.
- ❑ Main steam header valves.
- ❑ Boiler outlet spool pieces.

## Burner Controls

- ❑ 575, 230 or 208 (±5%)/3/60 electrical power.
- ❑ Available in special voltages for international applications.

- ❑ Non-fused main power disconnects.
- ❑ Additional alarm lights for all outage or problem conditions.
- ❑ Honeywell S7830 expansion module for first out annunciation.
- ❑ Honeywell Q7700 communication package.
- ❑ Fireye E110 flame safeguard control.
- ❑ Fireye E300 expansion module for first out annunciation.
- ❑ Fireye E340 boiler control system.
- ❑ Fireye E500 communication package.
- ❑ Sequencing draft controls.
- ❑ Fresh air damper interlocks.
- ❑ AutoFlame linkageless control and oxygen trim system.

## Johnston Burner

- ❑ Gas Low NOx operation for 30 ppm (3% O₂).
- ❑ Burner options for single fuel or multiple fuels with natural gas, light and heavy fuel oils, propane and propane-air.
- ❑ High altitude fan selections.
- ❑ Edge plate inlet oil strainer.
- ❑ Dual basket inlet oil strainer.

## Other

- ❑
- ❑
- ❑
- ❑
- ❑

JOHNSTON BOILER COMPANY

300 Pine Street
P.O. Box 300
Ferrysburg, MI 49409-0300
Telephone: 616-842-5050
Facsimile: 616-842-1854
Net: www.johnstonboiler.com

Represented by:

Form: SrmA1011-4 / 8/97