# EXHIBIT 2

# EXECUTIVE SUMMARY



## 0.0    Summary

Recent regulatory mandates impact the renovation of the Flint Water Treatment Plant by making more stringent the limits on turbidity and disinfection byproducts and in requiring specific percentage removal of total organic carbon (TOC). Testing at both the pilot and bench scale were utilized in this study to confirm that proposed treatment processes could meet these objectives. Testing included simulation of the complete treatment process. Analysis of the raw and treated water showed a seasonal variation, with harder, higher alkalinity, more difficult to treat water in the winter. Bench scale investigations revealed the need for lowering the intensity of mixing and the necessity to add coagulant aids and flocculation aids in order to achieve the turbidity and TOC removal objectives. Regarding primary coagulants, only ferric chloride and a proprietary polymer were able to consistently produce the required removals. On the basis of the testing a treatment train consisting of pre-oxidation with potassium permanganate, ozonation, conventional treatment with ferric chloride and coagulant and flocculation aids, lime-soda ash softening, recarbonation, fluoridation and free-chlorine disinfection is recommended; with an estimated chemical cost of $0.20 per 1000 gallons treated.

## 0.1    Introduction

The 1996 re-enactment of the Safe Drinking Water Act has focused the regulatory and technological agenda on two fronts; prevention of morbidity due to disease causing organisms and reduction in the potential for disease due to the byproducts of disinfection. The regulations which have emerged from this focus, notably the Interim Enhanced Surface Water Treatment Rule (IESWTR) and the Stage 1 Disinfectants and Disinfection Byproducts Rule (DBPR), which apply to large and medium sized utilities, have had to balance these sometimes competing objectives. These rules establish maximum limits for disinfection byproducts (DBP) and disinfectant residuals, mandate specific percentage removal of total organic carbon (TOC), require 2-log removal of the protozoan *Cryptosporidium*, and set more stringent turbidity standards. This study was undertaken to evaluate proposed treatment processes and to provide some assurance that these processes, either individually or in combination, would result in a renovated plant which meets all of these regulatory mandates.

Treatability Report                                                        Executive Summary

**0.2     Materials and Methods**

Both pilot and bench scale testing were employed in this study to evaluate the formation of DBPs and the removal of turbidity and TOC.

Pilot scale ozone ($O_3$) disinfection was investigated in this study to assess its potential to prevent fouling within the treatment plant, assist in the inactivation of pathogens, and perhaps aid in the removal of turbidity and TOC by pre-oxidation. An ozonation pilot plant, of 5 to 20 gpm capacity, was assembled at the Flint Water Treatment Plant in February of 2000, to treat raw water pumped directly from the Flint River. The efficacy of this process was evaluated on the basis of the formation of DBPs, growth of algae over time, and effects on the processes of coagulation and flocculation, in the $O_3$ treated water.

The study also used standard jar test procedures as described by USEPA. Parameters of the testing such as number of mixing stages or mixing time were fixed by plant structures which were in place or already under construction; while other parameters such as mixing intensity, type of coagulant and dose, use of coagulant aids, point of coagulant addition and treatment pH were variable. Because the nature of the water in the Flint River experiences fluctuations, all of the tests and analyses were conducted seasonally.

Numerous manufacturer's produce chemicals for use in coagulation and flocculation of water, three of these companies provided chemicals covering a wide range of chemical types for use in the study. The chemicals ferric chloride ($FeCl_3$), aluminum sulfate ($Al_2(SO_4)_3$, alum), sodium aluminate ($Na_2Al_2O_4$) and poly-aluminum hydroxy-chlorides (polymers) were used as primary coagulants; powdered activated carbon was used as an absorbent and bulking agent; calcium hydroxide ($Ca(OH)_2$, hydrated lime) and sodium carbonate ($Na_2CO_3$, soda ash) were used for softening; and non-ionic and anionic polymers were used as coagulation and flocculation aids.

Twenty-five liter samples of water were collected and brought to the water plant laboratory for testing and analysis. Basic water quality characteristics were measured on-site, while parameters requiring more sophisticated equipment for analysis were packages appropriately and shipped over-night to DLZ Corporation laboratories.

Although the bench scale testing, which was conducted on a six-gang programable Phipps and Bird Jar Tester, cannot fully duplicate actual plant conditions, steps were taken to maximize the similarities between the bench scale results and actual operations. Mixing times for the 2-liter aliquots of sample water were fixed by the plant characteristics previously mentioned, while mixing intensity of the rapid mix and tapered flocculation was varied to

Page - 2

determine the optimum configuration. Primary coagulant and coagulant aid additions were made in concentrated form by pipetting the appropriate volumes onto rubber disk septa which were flipped into the mixing jars at the start of mixing. Flocculation aids were pipetted directly into the mixing jars at varying times during the slower mixing stages; time of addition being an experimental variable. All chemical dosages are reported on a mass of chemical additive per unit volume of water basis. Following the four mixing stages the flocculated water was allowed to settle, after which samples were withdrawn for analysis. The samples were analyzed for turbidity and TOC, both before and after filtration, and percent removals versus the raw water were calculated to determine treatment efficiency.

In order to demonstrate the efficacy of the complete proposed treatment process, simulations of the complete process were performed during two seasons, utilizing the chemicals, dosages and mixing regimes previously determined to be optimum. Lime-soda ash softening was performed, including the addition of pre-formed lime sludge to simulate the sludge blanket present in an up-flow contact basin. The softened water was stabilized by recarbonation utilizing gaseous $CO_2$ bubbled into the water sample over a thirty-minute period. The recarbonated water was then filtered and the filtrate analyzed for turbidity, TOC and DBPs. Treatment was considered successful if regulatory requirements for removal of turbidity and TOC and production of DBPs were met.

One objective of the pre-ozonation was to provide disinfection assistance. Ozone's disinfection capabilities are a function of its oxidizing power, which can be modified through the addition of other oxidants. Regulatory credit for disinfection requires that an $O_3$ residual be present at the end of the treatment stage. Initial testing indicated that all of the $O_3$ was consumed at all but the highest dosages, leaving no residual. Potassium permanganate ($KMnO_4$) was tested to determine if its addition could improve the utilization of $O_3$. Early results suggested that even at very low dosages $KMnO_4$ addition dramatically improved the production and persistence of $O_3$ residuals. However, some later work, which demonstrated interference by $KMnO_4$ with the $O_3$ residual measurement method, tempered the expectations of these results. In light of this uncertainty, additional tests were performed to directly measure the destruction of bacteria and algae by $O_3$, independent of $O_3$ residual.

## 0.3    Results and Discussion

The water quality characteristics of Flint River water vary seasonally, with apparently higher hardness and alkalinity during the winter months. The water is very hard with high

concentrations of magnesium and sulfate. The water chemistry suggests that the water is primarily a dolomitic spring water, supplemented in spring and summer by surface run-off which dilutes the hardness, magnesium and alkalinity. During the testing the phrase, "surface water under the influence of groundwater" was coined.

As part of the testing, the total trihalomethane formation potential (TTHMFP) of the water was measured. Trihalomethanes (THM) are a regulated DBP. The TTHMFP represents the upper bound of THMs which might form under ideal conditions. The minimum measured TTHMFP of 380 $\mu g/\ell$ far exceeds the maximum contaminant level (MCL) of 80 $\mu g/\ell$ set in the regulations. The addition of $O_3$ did not appreciably affect the production of THMs, nor that of haloacetic acids (HAA), another regulated DBP. However, at 8.0 mg/$\ell$ applied $O_3$ dose the MCL for bromates was exceeded, and therefor $O_3$ dosages in excess of 5.0 mg/$\ell$ should be avoided.

The DBPR requires the removal of DBP precursors, mandating specific percentage removal of TOC to accomplish this objective. The IESWTR also mandates strict finished water turbidity standards. These objectives are met primarily through the processes of coagulation, flocculation and settling. The effect of various parameters on the efficacy of these processes was measured using the previously described jar tests. The effect of $O_3$ dosage was measured, although it was virtually entirely consumed within the contact chambers. Measurements were made utilizing four applied dosages of $O_3$ and six dosages of $FeCl_3$. Only at the highest tested $O_3$ dosage, 3.0 mg/$\ell$, was any statistically significant effect on turbidity removal measured. This was a positive increase in turbidity removal which was repeatable in later testing. There was an appearance of improved TOC removal with increased $O_3$ dosage, but this did not prove statistically significant.

The effect of mixing intensity on turbidity removal during settling was studied several times, with the general conclusion that slower is better. Insufficient controlled experiments were conducted using $FeCl_3$ to establish optimum intensities, but experiments conducted using mixing intensities established for other chemicals provided excellent removals. Tests performed using polymers suggested that the floc formed at lower mixing speeds was larger and more settleable. A study of mixing intensities using a proprietary polymer showed that for use of this polymer the mixing speeds should be as low as possible.

Since hydrogen ion concentration (pH) is known to affect coagulant performance, with the optimum pH varying depending upon coagulant, the effect of pH adjustment was examined. In tests utilizing $FeCl_3$ reduction of pH slightly improved turbidity reduction down to a pH between 5.8 and 4.5, at which point a significant increase was noted. At pHs of 3.1 and below all solids as well as color were dissolved. Moderate adjustment of pH appeared to have little

effect on turbidity removal utilizing FeCl$_3$. Further testing showed similar results using polymers.

Since the produced floc in prior experiments tended to be small and difficult to settle, the use of coagulant aids and flocculation aids was investigated. The coagulant aids were added separately but coincidently with the primary coagulants, as previously described. Flocculation aids were added following rapid mix. The combined use of coagulant aids and flocculation aids was found to significantly improve turbidity removal versus their absence or the use of either alone. The coagulant and flocculation aids appear to provide greater improvement in turbidity removal performance the lower the FeCl$_3$ dose with which they are paired. This same effect was even more pronounced when the primary coagulant was a polymer, providing little or no benefit at high polymer doses. Use of anionic flocculation aids in lieu of non-ionic aids is effective but costly, and should only be considered if other treatments fail.

Numerous primary coagulants were tested for efficacy in this study, with FeCl$_3$ and three different polymers subject to extensive testing. In general TOC removal increased with increasing primary coagulant dosage, but only FeCl$_3$ and one polymer could consistently provide the required 30 % TOC removal. Turbidity removal was relatively unaffected by coagulant dose.

In order to demonstrate that the complete treatment process met all of the treatment objectives the complete process train was simulated at bench scale. Dosages of O$_3$ and coagulant chemicals were selected based upon the results of the prior bench scale tests. Results of the simulated complete process were in compliance with all of the regulatory parameters. Only minimal amounts of DBPs were formed constituting approximately 5% of the MCL. Softening in the simulation was somewhat less successful than would be desirable, however this result is expected to improve at full scale. Due to the small size and configuration of the bench scale apparatus these experiments are expected to underestimate the efficiency of all of the tested processes.

Cost is an important factor in the choice of treatment processes and treatment chemicals. More expensive chemicals may provide superior performance, however the improvement may not be sufficient to justify significantly higher cost. Conversely, lower priced chemicals may not be sufficiently cheap to excuse their much poorer performance. These choices must therefor balance cost and quality of the finished water. In choosing chemicals to recommend for the ultimate operation of the Flint Water Treatment Plant, those chemicals which could not consistently meet the removal objectives were first excluded. The remaining choices were compared on a cost per unit removal basis for the characteristics of turbidity and TOC. This methodology considers factors such as dosage to be immaterial and directly compares the cost

Treatability Report                                                                                    Executive Summary

of identical finished water quality independent of such considerations. On this basis $FeCl_3$ in conjunction with coagulant and flocculation aids is the coagulant of choice. Complete cost of treatment is not a part of this study and is considered elsewhere, the cost of chemical treatment based on the recommended treatment train is estimated to be $0.20/1000 gallons.

**0.4      Conclusions**

On the basis of this study it is concluded that the objectives of finished water turbidity less than 0.3 NTU, TOC removal of at least 30%, and compliance with the MCLs for all DBPs can be met by the proposed plant treatment scheme. It is recommended that the following treatment be constructed and operated: pre-oxidation at the river intake with potassium permanganate; ozonation; conventional coagulation, flocculation and settling using ferric chloride as the primary coagulant in conjunction with coagulant and flocculation aids; lime-soda ash softening; recarbonation with gaseous carbon dioxide; fluoridation using hydrofluosilicic acid; and final disinfection utilizing free chlorine.

# Section 1
# Introduction

Since reenactment of the Safe Drinking Water Act in 1996, the primary focus of current water treatment technology and regulation is the protection of public health through control of disease causing microorganisms, most notably *Cryptosporidium*. While disinfectants are effective in controlling many microorganisms, they react with natural organic and inorganic matter in source water and distribution systems to form disinfection byproducts (DBPs). Results from toxicology studies have shown several DBPs (e.g., bromodichloromethane, bromoform, chloroform, dichloroacetic acid, and bromate) to be carcinogenic in laboratory animals. Other DBPs (e.g., chlorite, bromodichloromethane, and certain haloacetic acids) have also been shown to cause adverse reproductive or developmental effects in laboratory animals.

More than 200 million people consume water that has been disinfected. Because of the large population exposed and health risks associated with DBPs, USEPA enacted regulations which strengthen protection against microbial contaminants, especially *Cryptosporidium*, and at the same time, reduce potential health risks of DBPs. As part of the first phase of regulation, EPA enacted the Stage 1 Disinfectants and Disinfection Byproducts Rule (DBPR) and the Interim Enhanced Surface Water Treatment Rule (IESWTR) in December 1998. The Stage 1 DBPR applies to all community water systems and non-transient, non-community water systems that treat their water with a disinfectant for either primary or residual treatment. The IESWTR amends the Surface Water Treatment Rule (SWTR) and includes new and more stringent requirements to control waterborne pathogens including specifically the protozoan *Cryptosporidium*. The IESWTR applies to all public water systems that use surface water, or ground water under the influence of surface water, and that serve at least 10,000 people.



Among the specific provisions of the Stage 1 DBPR and IESWTR are: (1) the establishment of maximum contaminant levels (MCLs) for some known DBPs and maximum residual disinfection levels

**Figure 1-1:** Flint River Water Treatment Plant

Case 5:17-cv-10164-JEL-KGA   ECF No. 334-4, PageID.18436   Filed 05/11/21   Page 9 of 92

(MRDLs) for commonly used disinfectants; (2) mandatory enhanced coagulation or enhanced precipitative softening to remove a specific percentage of TOC; (3) 2-log removal of *Cryptosporidium* for systems that filter and an MCLG of 0; and, (4) turbidity performance standards of less than 0.3 NTU in 95% of monthly filtered turbidity measurements with a maximum level of 1 NTU.

In response to these regulations and in an effort to protect public health, the City of Flint engaged in the study presented herein to (1) evaluate the performance of pre-treatment of the Flint River source water using a pilot scale ozone plant; and, (2) to evaluate the effects of various coagulation and flocculation simulations on TOC and turbidity removal using bench scale jar testing procedures. Specific research objectives were to (1) evaluate the potential formation of regulated DBPs using ozone pre-treatment; (2) determine the efficacy of coagulation and flocculation treatment options; and (3) optimize treatment, balancing cost, operability, treatment goals, and owner preference.

Testing for this study was performed at the Flint River Water Treatment Plant of the City of Flint, Michigan in 2000, 2001 and 2002. The ozone pilot plant, described later, was assembled in the treatment plant pumping station, where raw Flint River water could be obtained from the existing plant intake. All testing which was not conducted at the ozone pilot plant, was performed in the water treatment plant laboratory. Twenty-five liter samples were transported from the ozone pilot plant to the laboratory for testing. Outside laboratory analysis samples for parameters not amenable to on-site testing, were shipped overnight on ice to Environmental Health Laboratories in South Bend, Indiana. In addition, algal growth analysis was performed at the University of Florida.

Section 2
Materials and Methods

## 2.1 General

This study employed both pilot scale ozone testing and bench scale jar testing. The pilot scale ozone testing was used to determine if known DBPs form when the ozone is applied to raw water from the Flint River. The bench scale jar testing was performed to evaluate different coagulation and flocculation schemes in order to meet the TOC removal requirements specified in the Stage 1 DBPR and turbidity removal requirements of the IESWTR.

## 2.2 Pilot Scale Ozone Testing

Pilot scale ozone ($O_3$) disinfection was conducted as part of this study. The intent of the ozone disinfection is to provide initial disinfection of the Flint River water prior to treatment as a means of (1) preventing the formation of algae, scum, and filming microorganisms which may foul equipment at undesirable locations in the water treatment plant, (2) assisting in inactivation of pathogens in the finished water, and (3) perhaps improving the coagulation and flocculation performance.

The ozone pilot plant was assembled at the Flint Water Treatment Plant in Feb 2000. The pilot plant utilized a PCI Wedeco ozone generator and three





**Figure 2-1:** Raw Water Intake and Flow Control

**Figure 2-2:** Ozone Generator and Contactors

separate 15 ft long by 12 in. diameter sch 40 PVC ozone contact chambers, each having an effective volume of approximately 78.4 gal. Hydraulic flow and ozone feed rates are each controllable, and hydraulic detention times range from 47 min at 5 gpm to 20 min at 12 gpm. The source water for the ozone pilot plant is raw water pumped directly from the Flint River. Two views of the pilot plant are shown in Figures 2-1 ans 2-2.

        The efficacy of the ozone pilot system was evaluated by: (1) determining to what extent regulated D/DBPs form under varying dosages of $O_3$, (2) determining the extent to which $O_3$ reduced readily measurable bacterial species in the water, (3) determining whether algae proliferate in ozonated water with time, and (4) determining what effect pre-ozonation has upon coagulation and flocculation performance. Each of these objectives for the ozone pilot plant were evaluated as part of this study.

## 2.2.1   Pathogen Reduction

        The most common measurements for pathogens are coliform testing and heterotrophic plate counts. Neither of these tests specifically measure pathogenic organisms, but the assumption is made that removal or destruction of the disease causing organisms parallels the removal or destruction of the measured organisms. While this may not be strictly true, the difficulties inherent in culturing and identifying disease causing organisms make the use of surrogates essential. Two protists of particular interest, *cryptosporidium* and *giardia lamblia*, do not correlate well at all with the above tests. Methods exist for the detection of these species, however, these methods are complicated, exceedingly expensive, and have very low recoveries by even the most skillful of laboratories. Measurement of these species were therefor not even considered.

        Measurement of coliform bacteria used to require culturing of samples on coliform specific media, either liquid or semi-solid. The further delineation of *escherichia coli*, to determine the extent to which the bacteria were fecally derived, required the re-culturing of the individual colonies on a separate *e-coli* specific media. Recent advances in genetic engineering have produced species specific detection reagents, known as "Defined Substrate Methods." One of these methods, *Colilert*®, was used for this study. The *Colilert*® reagent is mixed with a measured sample of the subject water. The sample is then sealed and incubated at 35°C for 24 hours. Samples positive for coliforms exhibit a color change to a straw to deep yellow color. Samples positive for *e-coli* exhibit a blue-green fluorescence under ultraviolet light. These results are strictly presence/absence and do not give a measurable concentration result.

However, through the use of a sample container comprised of multiple wells of two different sizes (Quanti-Tray™) a statistical measure known as Most Probable Number (MPN) can be derived. This is accomplished by counting the number of wells of each size which are positive and using a statistical table provided by the manufacturer to calculate the MPN.

Heterotrophic plate counts (HPC) measure all of the readily culturable aerobic and facultative bacteria in the water sample. Generally these tests are performed by drawing the measured sample through a membrane filter and then placing the membrane filter on a nutrient media, or by pouring or spreading the measured sample on a nutrient media plate. The plated sample is then incubated for 48 hours. Following incubation the sample is placed on a lighted magnifier stage and the individual colonies counted. For this study an attempt was made to utilize a product called a Dip Slide. This is a factory prepared disposable agar slide which may be dipped directly into the water sample. The slide is then returned to its container and incubated normally. Following incubation, the slide is observed and compared to manufacturer provided illustrations which provide an estimate of the MPN. The Dip Slides proved very easy to use, however, the results proved too imprecise to allow any conclusions to be reached. Therefor no results for this test will be reported.

## 2.2.2   Algal Growth

Algal growth in water samples was measured using the change in concentration of chlorophyll-$a$ in the sample as a surrogate. Samples of raw water and $O_3$ treated water were shipped overnight, on ice, to AB&H's Lisle, Illinois office, in sterile HDPE bottles. The samples were then incubated for ten days in a laboratory incubator. The incubator temperature was 70°F and it was illuminated for a period of 12 hours per day under both fluorescent and incandescent light. After the ten day incubation, each sample was filtered through a glass fiber filter. The filtrate water was discarded. And the glass fiber filters were sent to the laboratory at the University of Florida for chlorophyll-$a$ analysis.

Chlorophyll-$a$ was determined by extraction in heated ethanol. Samples collected on glass fiber filters were digested in 10 ml of 90% ethanol at 78°C for five minutes. Samples were stored in the dark for 24 hours. After centrifuging at 2000 rpm for ten minutes, the supernatent was analyzed for chlorophyll-$a$ concentration on a Turner Designs TD-700 digital fluorometer that auto corrects for phaeophyton.

Treatability Report                                                           Materials and Methods

Differential algal growth was determined by subtracting the treated samples chlorophyll-*a* concentration from the concentration of the raw water. Change in growth between the raw and treated samples was assumed to be reduction due to the $O_3$ treatment.

## 2.3     Bench Scale Jar Testing

This study used standard jar test procedures as described in the 1999 USEPA "Enhanced Coagulation and Enhanced Softening Guidance Manual" which may be downloaded from the Internet at the address:

http //www.epa.gov/safewater/mdbp/coaguide.pdf

Since the mixing, flocculation, and sedimentation basins are existing structures, some experimental control parameters are fixed, based upon the hydraulics of the existing plant. The fixed experimental parameters include the number of mixing stages (one rapid mix stage plus three stage flocculation), the mixing time for each stage of mixing, and settling time. These times are considered fixed, since they are hydraulically controlled by the size of existing tankage and flow rate. Mixing intensities are variable, however, since installed Lightnin mixers are variable speed.

The experimental parameters which may be varied include: coagulant, coagulant dose, coagulant aids and point of coagulant addition, pH, and mixing intensity.

Since the source water is from the Flint River and may experience fluctuations in water quality, jar tests and basic water chemical analyses were conducted seasonally. The dates of testing were December 5-7, 2000; January 16-18, 2001; March 20-21, 2001; April 16-18, 2001;, July 18-19, 2001; November , 2001; January 17, 2002; and March, 2002.

## 2.3.1   Coagulants

A variety of coagulants are available from suppliers for testing. Suppliers for this study were: General Chemical (Syracuse, NY, 800-255-7589), Summit Research Labs (Flemington, NJ, 908-782-9500), and Delta Chemical (Baltimore, MD, 800-282-5322). Typical classes of coagulants include iron and aluminum salts (including ferric chloride and aluminum sulfate) and cationic polymers of iron and aluminum. A variety of coagulant aids are also available which include lime, soda ash, activated silica, acids and bases, and anionic and non-ionic polymers.

The chemicals used for this study include: ferric chloride ($FeCl_3$), lime ($Ca(OH)_2$), alum ($Al_2(SO_4)_3$), powdered activated carbon, sodium aluminate, and poly aluminum chlorides. Floc

Page - 12



**Figure 2-3:** Phipps and Bird Jar Test Apparatus

aids including non-ionic and anionic polymers were also used.

### 2.3.2   Jar Testing Procedure

The jar tests were conducted using a programmable Phipps and Bird jar tester with 2 L square plexiglass lab jars (http://www.phippsbird.com/water.html). Square jars were used since they more efficiently distribute the mixing energy into the water. The jar material was plexiglass (instead of glass), since plexiglass provides more thermal insulation. Greater insulation is preferable, since as water temperature decreases, the water density and viscosity increase, and hence, the coefficient of drag increases for particle settling. Therefore, plexiglass was chosen since it more closely maintains the water temperature in the jar to the water temperature in the treatment plant.

Sampled water was collected in 25 L Nalgene containers and was brought to the laboratory for analysis. Basic water quality data including was obtained including calcium (APHA/AWWA/WEF 3500-Ca B. EDTA Titrimetric Method), hardness (APHA/AWWA/WEF 2340 C. EDTA Titrimetric Method), magnesium (APHA/AWWA/WEF 3500-Mg B. Calculation

Page - 13

Method), pH (APHA/AWWA/WEF4500-H$^+$ B. Electrometric Method), alkalinity (APHA/AWWA/WEF 2320 B. Titration Method), turbidity (APHA/AWWA/WEF 2130 Nephelometric Method), electrical conductivity (APHA/AWWA/WEF 2510 B. Laboratory Method), and temperature. Total organic carbon (TOC) measurements were taken of samples shipped in glass containers to DLZ Corporation laboratories.

In addition to basic water quality characteristics, water samples from April 17, 2001 were analyzed for trihalomethane formation potential (APHA/AWWA/WEF 5710 B. Trihalomethane Formation Potential) by Environmental Health Laboratories in South Bend, IN. The experimental control parameters were: reaction time = 7 d, chlorine = 15 mg/$\ell$, residual chlorine = 1.3 mg/$\ell$, pH (initial) = 8.2, pH (adjusted) = 7.0, and temperature = 25°C. After incubation, individual haloacetic acids (5) and trihalomethanes (4) were measured.

Two liter aliquots of sampled water were added to each sample jar and the jars were placed on the Phipps and Bird Jar Tester. The Jar Tester was programmed for a total of four total stages (one rapid mix plus three flocculation stages) of mixing. Mixing intensity (speed) was an experimental variable, but mixing times were fixed based upon the hydraulics of the treatment plant. The rapid mix time was set at 17 s, and stage one through stage three mixing was set at ten min. A period of settling followed the four stages of mixing and was fixed at 9 min. Mixing intensity varied from G = 600 to 800 s$^{-1}$ for rapid mix, G = 13 to 80 s$^{-1}$ for stage one, G = 4 to 40 s$^{-1}$ for stage two, and G = 4 to 20 s$^{-1}$ for stage three. Typically, mixing intensity decreased upon each additional stage of mixing to simulate tapered energy flocculation, and range G = 10 to 70 s$^{-1}$ (Park, 2001).

Chemical additions of coagulants and floc aids were made using Eppendorf pipettes ranging in size from 10 $\mu\ell$ to 1 m$\ell$. Inert rubber disc septa were placed on the edge of the jars and a small volume of concentrated solution was pipetted onto the septa. Delivery of small volumes of concentrated chemical is preferable, since as iron and aluminum solutions become diluted with water, hydrolysis may occur, thus reducing surface charge of the chemical. Immediately after starting the mixing of the jar water, the coagulants are added by "flipping" the septa containing the chemical additions into the mixing jar. Coagulant additions were presumed to be thoroughly mixed during the rapid mix stage.

At some point during the flocculation stage mixing (following rapid mix), chemical additions of floc aids (either non-ionic or anionic polymers) were added. Tests were conducted to determine at what time during mixing floc aids should be added.

Dosages of chemicals were prepared and reported on a mass of chemical per unit volume of water. Measured volumes of coagulants were multiplied by the density of the coagulant to

determine the mass of coagulant added (the density of chemicals was provided by the chemical supplier). The mass of the coagulant is then divided by the volume of the jar (2 L) to determine the coagulant dose.

Following mixing, the flocculated water was allowed to settle for nine min. After settling, aliquots of water for analyses were withdrawn from sample ports located ten cm below the initial water elevation.

Settled water was analyzed for TOC and turbidity using the preceding methods. To evaluate the filterability of the settled water, a vacuum pump was used to filter the settled water through a 5 $\mu$m filter paper. Efficacy of treatment was determined by determining the percent removal of turbidity and TOC.

### 2.3.3. Simulated Complete Treatment Process

A simulation of the complete treatment process was conducted in October 2001 and in January 2002. The simulation was performed using the jar test unit and was designed to approximate the processes of pre-ozonation, coagulation, flocculation, settling, lime-soda ash softening, settling, recarbonation, and filtration. Coagulation was accomplished using 40 mg/$\ell$ ferric chloride, 2 mg/$\ell$ Summit P-60 coagulant aid, and 0.05 mg/$\ell$ Summit non-ionic floc-aid. The dosages of these chemicals were chosen based upon experiments which showed that TOC removal in excess of 30% could be accomplished. Mixing intensity was set for G = 600, 13, 4, and 4 s$^{-1}$ for each stage of mixing and the mixing time was set at 17 s, 10 min, 10 min, and 10 min, respectively. The settling period following flocculation was set at 9 min.

Softening was accomplished using a lime-soda ash process. The settled water following flocculation was thoroughly mixed as a composite sample and was placed into the jars for softening. A quantity of lime sludge was then added to the sample water that corresponds to the sludge produced from three treatment volumes of water (e.g. sludge collected from three jars of softened water was added to each jar). This added sludge simulates existing solids in the contact basin that serve as a nucleation site for precipitative softening. Next, 56 mg/$\ell$ soda ash ($Na_2CO_3$) and 172 mg/$\ell$ lime Ca(OH)$_2$ were added and mixed at a mixing intensity G = 90 s$^{-1}$ for 30 s. Slow mixing followed at G = 4 s$^{-1}$ for 15 min. The settling period was 20 min.

Decanted water from the softening was then recarbonated using gaseous $CO_2$. Water from softening is basic, with pH values typically exceeding 10. The intent of recarbonation is to reduce the pH to values closer to neutrality (7.0). Gaseous $CO_2$ was introduced by bubbling for 30 min.

Treatability Report                                          Materials and Methods

   Finally, recarbonated water was filtered through a pre-rinsed 5 $\mu$m filter paper and the filtrate was analyzed for TOC, turbidity and D/DBPs.

# Section 3
# Results and Discussion

## 3.1    Water Quality

Water quality characteristics of the raw water from the Flint River vary seasonally. Basic physico-chemical characteristics are provided in Table 3-1. Variability in water quality is to be expected for the Flint River, since rainfall, runoff and other seasonal events are expected to have a large influence on water quality characteristics. Turbidity averaged $5.7 \pm 2.9$ NTU and ranged from 2.4 to 11.0 NTU. Alkalinity was $222 \pm 29$ mg/$\ell$, and hardness was $303 \pm 44$ mg/$\ell$. Hardness seemed to be greater in winter than in summer. The pH was consistently near 8.0.

## TABLE 3-1
### Raw Flint River Water Characteristics

| Date | Turbidity | TOC | Alkalinity | Hardness | Ca | Mg | Electrical Conductivity | Temperature | pH |
|---|---|---|---|---|---|---|---|---|---|
| | NTU | ------------------ mg/$\ell$ ------------------ | | | | | $\mu$S | °C | |
| 12/6/00 | 3.6 | 8.8 | 210 | 325 | 92 | 23 | nm | nm | 7.8 |
| 1/17/01 | 2.4 | 8.5 | 275 | 363 | nm | nm | nm | nm | 7.7 |
| 3/20/01 | 5.4 | nm | 196 | 266 | 86 | 13 | nm | 12.2 | 7.9 |
| 4/17/01 | 8.2 | 8.8 | 214 | 279 | 74 | 23 | 583 | 16 | 8.2 |
| 7/19/01 | 4.5 | 11.0 | 240 | 296 | 71 | 27 | 631 | 26.1 | 8.1 |
| 10/15/01 | 11.0 | 8.4 | 190 | 240 | 63 | 20 | 555 | 13.3 | 8.1 |
| 11/14/01 | 7.0 | 10.5 | 203 | 302 | 82 | 23 | nm | nm | 8.2 |
| 1/17/02 | 3.5 | nm | 247 | 360 | 102 | 25 | 800 | 3.0 | 7.9 |

nm = not measured

Figure 3-1 illustrates measured turbidity and TOC values of the Flint River water in the year 2001. Measured turbidities ranged from 2½ NTU to 11 NTU. The spike in turbidity in April 2001 would be expected due to spring runoff. The second, larger spike in fall would not normally be expected. Testing on October 15, happened to follow 1½ inches of rainfall over the previous three days. Contrarily the TOC concentrations in the water remain relatively constant, only varying between 8½ mg/$\ell$ and 11 mg/$\ell$. This suggests that TOC is solubility limited in this

Page - 17

Treatability Report                                                    Results and Discussion



**Figure 3-1:** Flint River turbidity and TOC levels

water and not a function of quantity of runoff from organic rich groundcover. Were the primary source of TOC other than runoff, it would be expected that the TOC concentration would be reduced during runoff events. There is slight, but not compelling evidence of this in the lower TOC concentrations found from December 2000 through April 2001, and again in October 2001. From a water treatment standpoint this suggests that the expected TOC load should be relatively constant, making the DBPFP relatively constant, and coagulation/flocculation/settling/filtration decisions are likely to be based more on turbidity removal rather than TOC removal.

It was previously indicated that Flint River water is a high hardness water, with an average hardness of 303 mg/ℓ. This hardness varies considerably over the year, with a range of 240 mg/ℓ to 363 mg/ℓ. Flint River winter hardness is considerably higher, with an average hardness of 338 mg/ℓ, as opposed to a spring summer average hardness of 270 mg/ℓ. This suggests that the Flint River has a significant groundwater source which is diluted by softer surface runoff in spring and summer. Alkalinity tracks closely with hardness, generally averaging about 88 mg/ℓ lower. These results are illustrated in Figure 3-2.

Treatability Report                                          Results and Discussion



**Figure 3-2:** Flint River alkalinity and hardness levels



**Figure 3-3:** Flint River calcium and magnesium levels

Page – 19

Treatability Report

Results and Discussion

Treatability Report                                                                  Results and Discussion

      The hardness of the Flint River water is somewhat unusual.  Figure 3-3 shows that as much as 28% of the hardness is composed of magnesium salts.  Generally, magnesium contributes a much lower percentage.  This result suggests that a primary source of the Flint River is dolemitic spring water.  (Dolemite is a limestone mineral containing a significant proportion of magnesium carbonate.) The presence of these magnesium salts proved significant during the coagulation/flocculation/settling testing, as described later.  The strange effect of the spring water on the chemistry of the Flint River led the analysts to coin the phrase, "surface water under the direct influence of groundwater."

**3.2**    **Disinfection Byproduct Formation**

      Under the experimental conditions presented herein, residual chlorine upon completion of the total trihalomethane formation potential (TTHMFP) test ranged from 0.7 to 1.7 mg/ℓ as stated by Environmental Health Laboratories.  Standard Methods (APHA/AWWA/WEF 5710 THMFP) for THMFP state the residual chlorine upon completion of the test should be between 3 and 5 mg/ℓ.  Because the reported residual free chlorine in the THMFP analysis was below the required residual free chlorine range of 3 to 5 mg/ℓ according to Standard Methods, we may presume that the TTHMFP may be under reported.

### TABLE 3-2
### Measured Trihalomethane Formation Potential

| Disinfection Byproduct | MCL | Formation Potential, 4/17/01 [1] | Formation Potential, 10/15/01 [2] | Formation Potential, 11/14/01 [3] | Formation Potential, 1/16/02 [4] |
|---|---|---|---|---|---|
| | | --------------------------------$\mu g/\ell$-------------------------------- | | | |
| Total Trihalomethanes (TTHM) | 80 | 380 | 440 | 410 | 411 |
| Chloroform | — | 320 | 370 | 350 | 440 |
| Bromodichloromethane | — | 50 | 60 | 56 | 67 |
| Dibromochloromethane | — | 5.0 | 7.0 | 5.8 | 7.9 |
| Bromoform | --- | <0.5 | <0.5 | <0.5 | <0.5 |

1    Residual Chlorine = 1.3 mg/ℓ       3    Residual Chlorine – 0.7 mg/ℓ
2    Residual Chlorine = 1.7 mg/ℓ       4    Residual Chlorine = 2.8 mg/ℓ

Treatability Report                                                Results and Discussion

Conceptually, TTHMFP represents an upper limit of TTHMs which may form upon chlorination. The reported TTHMFP (380-440 $\mu g/\ell$) greatly exceeds the MCL for TTHM (80 $\mu g/\ell$). This indicates using chlorine as a primary disinfectant for the Flint River water may cause the adverse formation of TTHMs above regulated concentrations. Chlorinated water with TTHMs above regulated levels would require the removal of TTHMs from the water prior to distribution.

### TABLE 3-3
### Measured Disinfection Byproducts

| Date | Sample Water | Total HAA(5) | Total THM(4) | Bromide | Bromate |
|---|---|---|---|---|---|
| | | ------- -------------- --------$\mu g/\ell$-------------------------------- | | | |
| 12/6/00 | Raw | 2.6 | nd | 125 | < 5 |
| | 1.5 mg/$\ell$ O$_3$ | nd | nd | 140 | < 5 |
| 4/17/01 | Raw | 1.3 | nm | 90 | < 5 |
| | 1.5 mg/$\ell$ O$_3$ | nm | nm | 100 | < 5 |
| 7/19/01 | Raw | 1.4 | nd | 120 | < 5 |
| | 1.5 mg/$\ell$ O$_3$ | 1.5 | nd | 120 | < 5 |
| 10/15/01 | Raw | 7.2 | nd | 110 | < 5 |
| | 1.5 mg/$\ell$ O$_3$ | 1.2 | nd | 110 | < 5 |
| 1/14/01 | Raw | nd | nd | 110 | < 5 |
| | 0.5 mg/$\ell$ O$_3$ | nd | nd | 120 | < 5 |
| | 1 mg/$\ell$ O$_3$ | nd | nd | 130 | < 5 |
| | 1.5 mg/$\ell$ O$_3$ | nd | nd | 120 | < 5 |
| | 3 mg/$\ell$ O$_3$ | 1.3 | nd | 130 | < 5 |
| | 5 mg/$\ell$ O$_3$ | nd | nd | 130 | < 5 |
| | 8 mg/$\ell$ O$_3$ | nd | nd | 120 | 5.9 |
| 1/16/02 | Raw | nd | nd | 110 | < 5 |
| | 1.5 mg/$\ell$ O$_3$ | nd | nd | 120 | < 5 |

nd = not detected
nm – not measured

Addition of ozone did not measurably affect the formation of HAAs, THMs, or bromate with increasing ozone dose to 8.0 mg/$\ell$ ozone (Table 3-3). At 8.0 mg/$\ell$ ozone, bromates formed at 5.9 mg/$\ell$. We recommend that allowances be made for design purposes to maintain bromates

Treatability Report                                          Results and Discussion

well below 5.0 mg/ℓ so that meeting the MCL for bromates is not a problem during operation of the Flint water treatment plant. Since the measured concentration of bromates in the 8.0 mg O₃/ℓ water sample exceeds the regulated MCL for bromates (5.0 mg/ℓ in the State of Michigan), the dose of 8.0 mg O₃/ℓ is too great. Additionally, raw water quality may vary, and should high concentrations of bromide exist in the source water, additional bromate may form. For this reason, we suggest that for purposes of minimizing formation of DBPs, ozone dosage should be maintained below 5.0 mg O₃/ℓ.

## 3.3      Jar Testing

### 3.3.1.  Performance Standards

The Stage 1 Disinfectants and Disinfection Byproducts Rule (DBPR) requires enhanced coagulation and precipitative softening to remove DBP precursors in water treatment plants. Generally, the Stage 1 DBPR establishes requirements for TOC removal based upon the source water TOC and alkalinity. These requirements are presented in Table 3-4. Additionally, alternative compliance criteria is given to water utilities with source water which is less amenable to effective removal of TOC by coagulation and precipitation. These alternative compliance criteria are shown in Table 3-5 with an evaluation of whether these criteria are met. For turbidity removal, the Interim Enhanced Surface Water Treatment Rule (IESWTR) mandates turbidity performance standards of ≤ 0.3 NTU in at least 95% of measurements taken each month, and a maximum level of 1 NTU.

### TABLE 3-4
### Stage 1 Disinfectants/Disinfection Byproducts Rule TOC Removal Requirements

| Source Water TOC (mg/ℓ) | Source Water Alkalinity (mg/ℓ as CaCO₃) | | |
|---|---|---|---|
| | 0 to 60 | 60 to 120 | >120 |
| <2.0 to 4.0 | 35% | 25% | 15% |
| 4.0 to 8.0 | 45% | 35% | 25% |
| >8.0 | 50% | 40% | 30% |

Page - 23

### TABLE 3-5
### Alternative Compliance Criteria

| Criteria | Evaluation | Criteria Met? |
|---|---|---|
| Source Water TOC < 2 mg/$\ell$ | Range of TOC 8.5 to 11.0 (Table 3-1) | No |
| Treated Water TOC < 2 mg /$\ell$ | Treated water TOC typically exceeds 5 mg/$\ell$ | No |
| Raw Water SUVA $\leq$ 2.0 L/mg/m | Raw water SUVA = 2.7 L/mg/m | No |
| Treated Water SUVA $\leq$ 2.0 L/mg/m | Not Determined | ? |
| Raw Water TOC < 4 mg/$\ell$ <br> Alkalinity > 60 mg/$\ell$ <br> TTHM < 40$\mu$g/$\ell$ <br> HAA < 30 $\mu$g/$\ell$ | Range of TOC 8.5 to 11.0 (Table 3-1) | No |
| TTHM < 40 $\mu$g/$\ell$ <br> HAA < 30 $\mu$g/$\ell$ <br> with only chlorine for disinfection | TTHM and HAA were not assessed solely using chlorine | ? |

### 3.3.2. Factors Affecting Coagulation Performance

The effect of several factors affecting coagulation performance were measured. These factors include: ozonation, mixing intensity, hydrogen ion concentration (pH), chemical coagulant aids, and chemical floc aids. The performance of many chemicals were evaluated and are presented herein.

### 3.3.2.1.    Ozonation

Ozone gas added to the Flint River water was nearly completely consumed in the ozone contactor columns. Table 3-6 presents the measured ozone concentration in water samples collected from the ozone contact chambers following ozone application at various dosages.

In December 2000, an evaluation the effect of ozone on coagulation was conducted at ozone concentrations of 0, 0.5, 1.5 and 3.0 mg/$\ell$. Ferric chloride (FeCl$_3$) was used as the coagulant at doses ranging from 20 to 70 mg/$\ell$. Raw water from the Flint River was ozonated and subsequent water samples were collected and used for jar tests to determine what effect ozone has upon the coagulation, flocculation, and settleability of water samples under the varying dosages of FeCl$_3$.

Treatability Report                                                    Results and Discussion

**TABLE 3-6**
**Measured $O_3$ Residuals**

| Ozone Dose | Residual Ozone After Contact Chamber One | Residual Ozone After Contact Chamber Two | Residual Ozone After Contact Chamber Three |
|---|---|---|---|
| | | ----- mg/ℓ ----- | |
| 0.5 | 0.08 | 0.00 | 0.00 |
| 1.0 | 0.00 | 0.08 | 0.00 |
| 1.5 | 0.00 | 0.00 | 0.00 |
| 3.0 | 0.11 | 0.12 | 0.28 |
| 5.0 | 0.00 | 0.00 | 0.00 |

The addition of ozone did not affect turbidity removal at ozone dosages of 0.5 and 1.5 mg/ℓ (mean settled water turbidity = 8.0 ± 1.6 NTU). That is, no significant difference in settled water turbidity for the 0, 0.5, and 1.5 mg/ℓ dosages was observed (two-tailed t-test, -0.6 < t < 0.6). However, the settled water turbidity for the 3.0 mg/ℓ ozone dose was significantly less (mean settled water turbidity = 4.2 ± 0.6 NTU) than the settled water turbidity of water that had not been ozonated (two-tailed t-test, t = -5.4). No adverse DBP formation was measured (THM or HAA5) at any dose of ozone.

Further analysis of the effect of ozone addition on coagulation and flocculation performance was conducted on November 14, 2001. The initial turbidity of the raw water was 7.0 NTU. As with the December 2000 analysis, turbidity removal was again unaffected by ozone dosage with increasing dose until 3.0 mg/ℓ (two tailed t-test, -0.9 < t < 0.9 for $O_3$ dosages 0.5, 1.0 and 1.5 mg/ℓ). With an ozone dose of equal or greater than 3.0 mg/ℓ, settled water turbidity decreased from a mean of 1.9 NTU to 1.6, 1.5, and 1.7 NTU at the ozone dosages of 3.0, 5.0 and 8.0 mg/ℓ, respectively (two tailed t-test, -1.3 > t > 1.3) and $FeCl_3$ dose of 20-70 mg/ℓ. Total organic carbon removal was not significantly affected by ozone dose when $FeCl_3$ was used as the primary coagulant for any ozone dosages ranging to 8.0 mg/ℓ (two tailed t-test, -0.9 < t < 0.9). Additional TOC removal is shown in Figure 3-4. Total organic carbon removal is shown in Table 3-7.

Page - 25



Although ozone did not significantly effect TOC removal, some effect was apparent. As illustrated in the Figure, ozone increased or decreased TOC removal by as much as 5%, depending upon $FeCl_3$ dosage. Maximum additional removal was experience at a dosage of 1.5 mg/ℓ $O_3$ and 60 mg/ℓ $FeCl_3$. On the other hand a maximum detriment to removal was found at an $O_3$ dosage of 8.0 mg/ℓ and FeCl3 dosage of 30 mg/ℓ. Actual removals at these points were 52.1% and 31.9% respectively.

### 3.3.2.2.     Mixing Intensity

The effect of mixing intensity on coagulation was studied several times during the course of this study.  In general, we determined that slow mixing intensities are preferable for the formation of settleable floc.  Initial experiments conducted in December 2000 showed that for $FeCl_3$, reduction of mixing intensity by 25% from $G = 80$ to $20\ s^{-1}$ to $G = 60$ to $15\ s^{-1}$ for all three stages of mixing following rapid mix significantly improved turbidity removal (two tailed t-test, $t = 3.1$) from a mean settled water turbidity of $7.9 \pm 1.6$ NTU to $5.7 \pm 0.8$ NTU.  Further reduction of mixing intensity by 20-25% for all mixing stages had a negative effect on turbidity removal (two tailed t-test, $t = -4.6$), increasing mean settled water turbidity from $5.7 \pm 0.8$ NTU to $8.3 \pm 1.2$ NTU.

Tests conducted the effect of mixing intensity on turbidity removal using $FeCl_3$ as a coagulant remain unclear, however.  The previously described test represents the only controlled experiment conducted upon the mixing intensity experimental variable.  Subsequent tests in April 2001 and July 2001 used slower mixing intensities than those tested in December 2000, and showed greater turbidity removal than tests conducted in December 2000.  These tests, however, did not independently test mixing intensity since seasonal variations in water quality were observed.  The subsequent tests did show, however, that high turbidity removal can be achieved at slow mixing intensities ranging from $G = 600\ s^{-1}$ in rapid mix to $G = 13$ to $4\ s^{-1}$ in tapered energy flocculation stages.

The effect of mixing intensity upon removal of turbidity for poly-aluminum chlorides was distinct.  Visual observation of floc formation showed that proprietary poly-aluminum chlorides consistently performed better at slower mixing intensities than at higher mixing intensities.  Floc formed during mixing was of greater size at slow mixing speeds than at high mixing speeds.  It appears that floc formed at greater mixing intensities is sheared and broken apart, whereas under gentle mixing the floc is larger and more settleable.

In April 2001, a comparison of turbidity removal at different mixing intensities was performed to examine the effect of mixing intensity upon water dosed with the proprietary poly-aluminum chloride Sumaclear 1000 at 65 mg/ℓ.  The mixing speeds were slower than would be typically used, but were chosen since larger floc seems to form at reduced mixing intensities.  No mixing intensity under $G = 4\ s^{-1}$ was chosen in order to maintain the floc in suspension during mixing.  The results indicate that for poly-aluminum chlorides, mixing intensity should be as small as possible (Table 3-8).

## TABLE 3-8
## Jar Test Mixing Conditions

|  | Test One | Test Two | Test Three |
|---|---|---|---|
| Rapid Mix (10 s) | $G = 600 \text{ s}^{-1}$ | $G = 600 \text{ s}^{-1}$ | $G = 600 \text{ s}^{-1}$ |
| Stage One (10 min) | $G = 50 \text{ s}^{-1}$ | $G = 25 \text{ s}^{-1}$ | $G = 13 \text{ s}^{-1}$ |
| Stage Two (10 min) | $G = 25 \text{ s}^{-1}$ | $G = 12 \text{ s}^{-1}$ | $G = 4 \text{ s}^{-1}$ |
| Stage Three (10 min) | $G = 12 \text{ s}^{-1}$ | $G = 4 \text{ s}^{-1}$ | $G = 4 \text{ s}^{-1}$ |
| Settled Water Turbidity (9 min settling time) | 7.5 NTU | 3.1 NTU | 1.6 NTU |

### 3.3.2.3.      Hydrogen Ion Concentration (pH)

The hydrogen ion concentration is known to affect the performance of coagulants. This effect depends on the type of coagulant used and upon the chemical nature of the source water (Viessman and Hammer, 1985). Hydrolysis of metal coagulants, such as aluminum (Sullivan and Singley, 1968), and iron (Singley and Black, 1967) is a function of the hydrogen ion concentration of the water, and optimal coagulation/flocculation performance will occur within a certain pH range. The effective pH range for alum (5.5 to 8.0) is narrower than for ferric chloride (4.0 to 9.0). For proprietary chemicals, such as many poly-aluminum chlorides, the effect of pH is not well documented since the chemicals are widely ranging in their chemical nature. The effect of pH adjustment on floc formation and turbidity removal was examined herein for treatments of ferric chloride and a proprietary poly-aluminum chloride.

Adjustments of the hydrogen ion concentration (pH) were made to jar test water samples prior to addition of $FeCl_3$. Each of the water sample pH values in the six jars were incrementally adjusted using $1\underline{N}$ sulfuric acid. Aliquots of concentrated $FeCl_3$ were then added to the sample water to raise the concentration of $FeCl_3$ to 50 mg/ℓ and the samples were then rapid-mixed. The pH of water samples were then measured and ranged from 6.7 in the water to which no sulfuric acid was added to 2.7 in the sample in which 15 mL of sulfuric acid was added. Following mixing and settling, water was withdrawn and was analyzed for turbidity. Measured turbidity slightly decreased with increasing acidity from 2.9 NTU at pH = 6.7 to 2.6 NTU at pH = 5.8 (Fig. 3-5). At some point in which pH was between 5.8 and 4.5, it appears that destabilization processes occured which precluded floc formation, and at pH 4.5, nearly all alkalinity was consumed and the settled water turbidity was 5.4 NTU. At pH 3.1 and below, little floc formation was observed during the mixing stages, and the water color was removed. We

Treatability Report                                    Results and Discussion

presume that below pH of 3.1, an appreciable amount of the dissolved organic substances were precipitated, thus accounting for the removal of water color and turbidity (Fig 3-5).

Moderate adjustment of pH within practical ranges before $FeCl_3$ addition appears to generally not affect turbidity removal.  Settled water turbidity of sample water that was pre-acidified with 1$\underline{N}$ sulfuric acid and dosed with 40-60 mg/ℓ $FeCl_3$ prior to rapid mix (mean turbidity = 3.8 ± 0.7 NTU, pH = 6.2) was not conclusively different than water that had not been pre-acidified (mean turbidity = 4.2 ± 0.5 NTU, pH = 6.7) by statistical two-tailed t-test (t = 0.8).

Filtered water turbidity, however, was significantly improved in samples which were pre-acidified (mean turbidity = 0.37 ± 0.09 NTU) compared to those that were not (mean turbidity = 0.56 ± 0.03 NTU) by statistical two-tailed t-test (t = 3.3).  The reason for this difference remains unclear.



**Figure 3-5:** Settled water turbidity by $FeCl_3$ with pH adjustment

From January 2001 testing, acidification to pH = 6.5 of sample water with the proprietary poly-aluminum chloride coagulant General Chemical A510 appeared to be unsuccessful in removing turbidity from the water.  Settled water turbidity increased from a mean 5.2 NTU to a mean 9.4 NTU upon pre-acidification of sample water to pH 6.5 prior to coagulant addition. Furthermore, pre-acidification of water using the coagulants General Chemical Clarion A410,

Page - 29

A515, and A520 did not result in effective turbidity removal (mean settled water turbidity = 9.0, 8.1, and 9.3 NTU, respectively).

### 3.3.2.4.    Chemical Coagulant Aids and Floc Aids

The use of coagulant aids and floc aids were examined as part of this study.   Coagulant and floc aids are used to aid in the development of a larger, tougher, and more settleable floc. The coagulant aids used for this study were cationic polymers, Summit P-25 and Summit P-60. Tested floc aids were Summit EM533 anionic polymer, Summit FA920PWG anionic polymer, and Summit non-ionic Floc-Aid. All coagulant and floc aids were provided by Summit Research Labs (Flemington, NJ, 908-782-9500).

The coagulant aids were added separately but coincidently, with the primary coagulant prior to rapid-mix.  The coagulant aids were delivered in concentrated liquid form.  The coagulant aids were tested with ferric chloride, General Chemical Clarion A520, Summit Research Labs Sumachlor 1000, and Delta Chemical DelPac 2020 as the primary coagulant. When used, floc aids were added after rapid mix of the primary coagulant.  Tests were conducted to determine the best mixing stage to introduce the floc aid.  The floc aids were tested in sample water with the primary coagulant both in the presence and in the absence of coagulant aids.



**Figure 3-6:** FeCl₃ turbidity removal trials

The improved turbidity and TOC removal performance of coagulant and floc aids was well documented by this study. An experiment which tested the turbidity removal performance of the P-25 coagulant aid and Summit Floc Aid showed that in the presence of ferric chloride, turbidity removal performance improved substantially in the presence of both aids compared with either aid used independently (Fig. 3-6).  That is, when either chemical aid was used alone, the turbidity removal was substantially less than when both aids were used.

With ferric chloride, removal of TOC was improved through the use of the P-60 coagulant aid and Summit Floc Aid (Fig. 3-7).  The portion of TOC removed by the coagulant and floc aid appears to be sensitive to the dose of ferric chloride used.  At low dosages of ferric

Treatability Report                                                                  Results and Discussion

chloride ($\leq$ 30 mg/$\ell$), the quantity of TOC removed by coagulant and floc aids was greater than the quantity removed at higher dosages.

Turbidity removal also improved when coagulant and floc aids were added when poly aluminum chlorides were the primary coagulant (Fig. 3-8). The turbidity removed by coagulant and floc aids was greater at lower dosages of poly aluminum



**Figure 3-7:** TOC removal by FeCl₃ trials

chloride (Sumachlor 1000) than at higher dosages. At high dosages of poly aluminum chloride, coagulant and floc aids may not contribute to turbidity removal (Fig. 3-9). Furthermore, in a separate experiment, floc aids were shown to be more effective in floc formation and turbidity



**Figure 3-8:** Summachlor turbidity removal trials

removal when added after rapid mix (mean settled water turbidity = 1.2 NTU) than after Stage One mixing (mean settled water turbidity = 1.6 NTU).

The use of anionic polymer floc aids are also a promising treatment option. Anionic polymers removed an appreciable amount of turbidity (Fig. 3-10) when added after rapid mixing. The disadvantage to anionic polymers is that they are very costly, and therefore should only be



**Figure 3-9:** Poly-aluminum chlorides with floc aids



**Figure 3-10:** Turbidity removal FeCl₃ with anionic polymers

Treatability Report                                                      Results and Discussion

considered if other treatment options are not either effective or practical.  Further testing of anionic polymers may be conducted, if desired, at a future date.

### 3.3.3.  Testing of Coagulants

Many coagulants were tested for efficacy of treatment in this study.  A summary of the jar test results is provided (Appendix A) in addition to the laboratory data sheets (Appendix B). Because of the vast number of treatments, not all data is presented in the text, but may be referenced in the Appendices if desired.  Only data for the coagulants which yielded promising results for turbidity and TOC removal are provided in the text for review.  These coagulants are ferric chloride ($FeCl_3$) and the polyaluminum chlorides General Chemical A520, Summit Research Labs Sumachlor 1000, and Delta Chemical DelPac 2020.  All coagulants were tested with 2 mg/ℓ of a cationic coagulant aid, Summit P-60, added during rapid mix, and 0.05 mg/ℓ non-ionic Summit floc aid added after rapid mix.

Removal of total organic carbon (TOC) increased with dose of coagulant applied (Fig 3-11).  Based upon the chemical characteristics of the Flint River, the Stage 1 IESWTR requires 30% removal of TOC on quarterly computed running annual average.  Total organic carbon removal by the Delta Chemical DelPac 2020 and General Chemical Clarion A520 each



**Figure 3-11:** TOC removal versus coagulant dose

failed to remove 30% of the TOC on separate occasions at any dose. The failure of these chemicals to effectively remove required TOC rules these chemicals out for consideration as a treatment option. Summit Research Labs Sumachlor 1000 and ferric chloride both were able to remove the required 30% of TOC.

The seasonal water chemistry effect can again be seen in these results. Both the Del Pac 2020 and the Summaclear 1000 performed much more poorly in July than the did in April. From a performance standpoint, the difference between these chemicals is that sufficiently increasing the dosage of Summachlor 1000 allowed it to remove 30% of the TOC from the difficult to treat water. When the water chemistry made treatment difficult, no dosage of Del Pac 2020 could remove 30% TOC.



**Figure 3-12:** Turbidity removal versus coagulant dose

Turbidity removal was relatively unaffected by coagulant dose. Figure 3-12 shows only FeCl$_3$ and Summachlor 1000, since they were the only chemicals successful under all circumstances at removing TOC. The time of year effect was still apparent with differing performance during April and July. Both chemicals removed more than 80% of the turbidity during April, with spring runoff. The change in water chemistry in July reduced the effectiveness of Summachlor to about 70% turbidity removal. FeCl$_3$ was reduced in effectiveness to approximately 50% turbidity removal.

The consequences of these aforementioned effects are that only two coagulants, Summachlor and $FeCl_3$ can be seriously considered, based upon ability to remove 30% TOC. Coagulant and coagulant dosage will be selected by balancing desired TOC removal and cost. Turbidity removal will not figure into the equation, since it appears to be dosage independent.

### 3.3.4.  Effect of Pre-Oxidants on Ozone Residuals

Among the objectives intended for the pre-ozonation of the Flint River water at the renovated Flint Water Treatment Plant was assistance with disinfection. Previous studies have shown that $O_3$ can have superior effectiveness as a disinfectant, especially with regard to some of the protozoan species of interest.

Ozone performs its disinfection function by acting as an oxidizing biocide, in other words, it oxidizes critical components or structures of the microbes and as a result causes death of the organism. This is the same chemical reaction by which $O_3$ can remove or destroy organic chemicals in the water, reducing TOC and assisting solids removal. Dissolved metals may also be oxidized to insoluble forms. The actual chemical performing these oxidations is the free oxygen radical ($O^-$), which forms when $O_3$ spontaneously decomposes to molecular oxygen ($O_2$). In performing its function the $O^-$, and consequently the $O_3$, is consumed and removed from the water. The rate at which $O_3$ decomposes is a function of the water temperature, pH and chemistry. This rate can be increased by the addition of other oxidants to the water, either prior to or in conjunction with the application of $O_3$. Increasing the rate of $O^-$ production can enhance the disinfection and oxidative properties of $O_3$. This is the principle behind the peroxone process, which combines the use of $O_3$ and hydrogen peroxide ($H_2O_2$). Other oxidants, such as potassium permanganate ($KMnO_4$) can be used for the same purpose. Conversely, these same oxidants can slow the decomposition of $O_3$ if they react preferentially with the oxidizables in the water, leaving less material to react with the $O_3$.

While it is evident that the mere presence of $O_3$ will provide additional disinfection, from a regulatory perspective a residual $O_3$ concentration is necessary as proof. Regulatory credit for disinfection is based upon a concept known as CT. The CT value is calculated by multiplying the disinfectant residual remaining at the end of a process or process stage by the time in minutes that the water remains within that process stage. Thus a zero residual at the end of the process stage results in a zero CT value, regardless of the treatment time, and consequently zero disinfection credit. While this may seem at odds with the chemistry of ozonation, it provides a measurable quantity which can be related to demonstrated disinfection efficiency.

Initial testing at the $O_3$ pilot plant indicated, that at all but the highest $O_3$ dosages, the $O_3$ was completely consumed in the contact chambers, leaving little or no residual. Under this circumstance, although the $O_3$ might provide many benefits including disinfection, no regulatory disinfection credit would be obtained.

Testing was performed in March of 2002 to determine if the addition of a pre-oxidant could preserve the $O_3$ residual and allow for regulatory disinfection credit for the $O_3$ process. Potassium permanganate was chosen as the pre-oxidant. This was done because prior testing with the peroxone process had not improved treatment results, and because $KMnO_4$ is effective against zebra mussels. The infestation of the Flint River by zebra mussels had raised the concern that treatment of the intake and other facilities upstream of the $O_3$ contact chambers might be necessary to prevent zebra mussel infestation. Low doses of $KMnO_4$ have proven successful for this purpose.

Dry $KMnO_4$ was weighed out and mixed into water solution for application by a metering pump. Given the small flow through the ozonation pilot plant and to allow operation of the metering pump in it upper range, the $KMnO_4$ solution was made up at a concentration of $^1/_{24}$% (417 mg/ℓ). Initially the $KMnO_4$ was applied through a sample port immediately following the water supply pump. Results with this arrangement proved erratic, increasingly so as the metering pump stroke rate was reduced. It appeared that this feed arrangement produced pulses of $KMnO_4$ in the water, with $KMnO_4$ deficient water between. The $KMnO_4$ feed point was subsequently relocated to the inlet of the constant head tank. This allowed for continuous mixing of the $KMnO_4$ within the water and had the added benefit of providing approximately nine minutes of contact time before the $O_3$ would be applied. This arrangement had the disadvantage that some $KMnO_4$ was wasted in the constant head tank overflow. However, the incoming flow was adjusted to produce a barely noticeable overflow, therefor minimizing wastage and permitting estimation of dosage.

Initial testing proved successful, with applied dosages of $KMnO_4$ as low as 36 $\mu g/\ell$ showing marked improvement in production and persistence of an $O_3$ residual. The $O_3$ residual test method indicated that it was not subject to interference by other oxidants until the oxidant dosage was many times the dosage used in this test. Were this to be true, very small doses of permanganate produced major improvements in retention of $O_3$ residual. These results seemed entirely too good to be true. The mechanism which was anticipated to potentially improve $O_3$ residuals was for the permanganate ion to react with any oxidizable material prior to application of $O_3$. This would pre-oxidize those materials, essentially scavenging them and preventing their reaction with, and consumption of the ozone. However, the results from addition of small amounts of permanganate were too great to be accounted for by this mechanism. So, although

the test method claimed no interference from other oxidants at the dosages being utilized, interference was suspected.

An experiment was undertaken to determine whether the applied pre-oxidant (KMnO4) caused erroneous positive results. Bottled, distilled water was obtained from a grocery store to use as the base water for the test. Commercial distilled water was expected to contain few, if any complicating chemistries. The water label indicated that the water had been ozonated as part of the treatment process, however, given the time expired since bottling, no $O_3$ residual was expected. Initially a screening test was performed to determine whether any interference existed.

Forty samples were prepared, ten(10) blank distilled water, and ten(10) each with approximately 1 mg/$\ell$ concentrations of sodium hypochlorite (NaOCl), sodium permanganate (NaMnO$_4$) or potassium permanganate (KMnO$_4$). The NaOCl sample was prepared from household bleach while the permanganate samples were prepared from concentrated stock solutions. Reagent was added to each sample. The test method calls for the photometer to be zeroed against the test sample and then read against the blank. To ensure that the method didn't add any error, the tests were performed in three ways:

- instrument zeroed on sample and read against blank
- instrument zeroed on blank and read against sample
- instrument zeroed on sample and read against sample

Figure 3-13 illustrates the results of that experiment. If no effect existed due to the presence of the other oxidants, either the red or blue symbols, or both would cluster at the zero line. This is not the case. If the method was critical, one color would cluster along the zero line while the other would cluster in one of the out-of-range regions. This did not occur either. The green markers cluster near zero, but not entirely. This indicated that there is some variation in the instrument, even when re-measuring the same sample.



Given that interference with the $O_3$ measurements was caused by the other oxidants, an attempt was made to quantify this interference , so that we might account for the possible error in

**Figure 3-13:** Oxidant interference test results

Treatability Report                                                Results and Discussion



**Figure 3-14:** Oxidant error trends

the $O_3$ measurements. A second experiment was conducted, similar to the first, where varying dosages of the oxidants were prepared and tested as before. Only $KMnO_4$ and $NaMnO_4$ were used as samples, since only these chemicals had been used in the $O_3$ plus pre-oxidant pilot plant runs. In an attempt to separate oxidant effects from color effects, both distilled water and NaOCl solution were used as blank samples. The results of these tests are shown in Figure 3-14. From the results as shown it was possible to develop equations which describe the anticipated error in the $O_3$ residual measurements, as a function of permanganate dosage.

Figure 3-15 shows the results of a pre-oxidant followed by ozonation pilot run using $KMnO_4$. The shaded area indicates the potential error in the measurement calculated from the interference tests. Excluding the one, assumed anomalous, result at 0.02 mg/ℓ applied $KMnO_4$, the data shows a trend to slight increase in ozone residual with small doses of $KMnO_4$.



**Figure 3-15:** Potential $O_3$ residual measurement error

With an $O_3$ dosage of 1.5 mg/ℓ, application of 0.11 mg/ℓ of $KMnO_4$ improved the $O_3$ residual concentration from 0.1 mg/ℓ to 0.2 mg/ℓ. Extrapolating this trend, common dosages of 0.25 mg/ℓ or 0.33 mg/ℓ of $KMnO_4$ might be expected to result in $O_3$ residuals of 0.33 mg/ℓ or 0.4 mg/ℓ

Page - 37

respectively. Such residuals would be sufficient to receive some disinfection credit for the ozonation process. Tests should be performed in the full scale plant to document achieved residuals, in order to obtain maximum benefits from the ozonation process.

### 3.3.5.  Pathogen Reduction Testing

Although, from a regulatory standpoint, an $O_3$ residual must remain to confirm disinfection; disinfection efficiency can also be demonstrated by culturing bacteria from the water, both before and after ozonation. The change in bacterial concentration provides a quantitative measure of disinfection efficiency. While this methodology is straightforward and clear cut, it does have limitations. Generally, these tests do not specifically identify the bacterial species which have been cultured. The most common tests used at present are "Defined Substrate Coliform Measurement" (Colilert®, Coliquick®)(DSCM) and " Heterotrophic Plate Counts" (HPC). These tests have been described previously.

The DSCM method utilized detects the presence of any members of the entire colifom family; this same test also allows simultaneous detection of the *escherichia coli* bacterium. While the test itself only provides for presence/absence detection, the methodology utilized permits calculation of the Most Probable Number (MPN). This is not an actual count of bacterial cells present, but a statistically defensible estimate of the number present.

Heterotrophic Plate Counts (HPC) measure all readily culturable aerobic or facultative bacteria, regardless of family. Although the cultured bacterial colonies may differ in appearance, no firm conclusions regarding their type can be drawn, nor can specific bacterial species be identified. HPC is the most comprehensive measure of bacterial population. HPCs were attempted for this study, but the methodology utilized proved insufficiently precise to permit any conclusions to be drawn. Therefor, no HPC results are reported here.

Methods exist for identification and measurement of other microbial species, however, these are generally difficult and expensive to perform. Further, these tests generally have a very low recovery rate which results in large uncertainties in the reported values. As a result, these methods were not considered useful or appropriate for this study.

Raw water was drawn from the existing Flint River intake and passed through the ozone pilot plant utilizing the equipment arrangement previously described. Water flow through the system was 8.0 gpm, which provided for a 10-minute contact time in the first chamber of the ozone contactor. The ozone generator was operated so as to produce applied dosages of 1.0, 2.0 and 3.0 mg/$\ell$ $O_3$. Once an $O_3$ dosage was established, approximately 30 minutes were allowed to elapse to ensure that differently dosed water had cleared the system before samples were taken. Triplicate samples were

Treatability Report                                                      Results and Discussion

## TABLE 3-10
## Bacterial Reduction Results

| Sample Number | Dilution | Total Coliforms | E.Coli |
|---|---|---|---|
| | | MPN | |
| Raw-1 | undiluted | tntc | 62 |
| Raw-2 | undiluted | tntc | 66 |
| Raw-3 | undiluted | 870 | 102 |
| Raw-1 | 10:1 | 1230 | 120 |
| Raw-2 | 10:1 | 1010 | 60 |
| Raw-3 | 10:1 | 930 | 70 |
| Raw-1 | 100:1 | 5200 | <100 |
| Raw-2 | 100:1 | 1200 | 200 |
| Raw-3 | 100:1 | 7300 | <100 |
| $1.0\text{-}O_3$ - 1 | undiluted | 457 | 7 |
| $1.0\text{-}O_3$ - 2 | undiluted | 416 | 1 |
| $1.0\text{-}O_3$ - 3 | undiluted | 378 | 11 |
| $1.0\text{-}O_3$ - 1 | 10:1 | 290 | 20 |
| $1.0\text{-}O_3$ - 2 | 10:1 | 370 | 10 |
| $1.0\text{-}O_3$ - 3 | 10:1 | 280 | <10 |
| $2.0\text{-}O_3$ - 1 | undiluted | 24 | <1 |
| $2.0\text{-}O_3$ - 2 | undiluted | 11 | 1 |
| $2.0\text{-}O_3$ - 3 | undiluted | 24 | <1 |
| $2.0\text{-}O_3$ - 1 | 10:1 | 20 | <10 |
| $2.0\text{-}O_3$ - 2 | 10:1 | 10 | <10 |
| $2.0\text{-}O_3$ - 3 | 10:1 | 30 | <10 |
| $3.0\text{-}O_3$ - 1 | undiluted | 7 | <1 |
| $3.0\text{-}O_3$ - 2 | undiluted | 10 | <1 |
| $3.0\text{-}O_3$ - 3 | undiluted | 5 | <1 |
| $3.0\text{-}O_3$ - 1 | 10:1 | 10 | <10 |
| $3.0\text{-}O_3$ - 2 | 10:1 | <10 | <10 |
| $3.0\text{-}O_3$ - 3 | 10:1 | 10 | <10 |

tntc = Too numerous to count (>2420 /100ml in undiluted sample)

< = Less than method detection limit

Treatability Report                                            Results and Discussion

obtained following the first contactor column at each ozone dosage. Raw water samples were drawn from a sample tap prior to the contactor.  Ozone residuals were measured concurrently with obtaining samples; in all cases the $O_3$ residual approached the limit of detection, therefor quenching of the residual was not believed necessary.  Samples were taken directly to the laboratory, where Colilert® reagent was added to the samples and the samples were then poured into Quanti-Tray® MPN trays which were sealed and placed into a 35°C incubator. To ensure that countable trays were produced both "as sampled" and "serial dilution" samples were prepared.  Raw water was prepared as "undiluted", 10:1 and 100:1 solutions; treated water as "undiluted" and 10:1 solutions.  After 24 hours incubation the trays were counted and recorded, results are presented in Table 3-10.

### TABLE 3-11
### Removals of Bacteria by Ozone

| Dosage | Total Coliforms | | | Escherichia Coliform | | |
|---|---|---|---|---|---|---|
| | MPN | % Removal | Log Removal | MPN | % Removal | Log Removal |
| Raw | 2536 | | | 98 | | |
| 1.0 mg/ℓ | 365 | 85.6 | 0.84 | 10 | 89.8 | 0.99 |
| 2.0 mg/ℓ | 20 | 99.2 | 2.10 | 1 | 99.0 | 1.99 |
| 3.0 mg/ℓ | 9 | 99.6 | 2.45 | <1 | 99+ | 2+ |

        Too few samples were taken for a statistical analysis to have any rigor, however a clear inverse relationship between $O_3$ dose and coliform concentration is apparent.  Results for each group of treated samples fall into narrow ranges.  For the most part, exclusion of "too numerous to count" or below detection samples has only minimal effect on the average result or the standard deviation ($\sigma$). Sample averages therefor provide a reasonable representation of the disinfection efficiency of the process.  Since the samples were all obtained



**Figure 3-16:** Bacterial removal by $O_3$

Treatability Report                                                      Results and Discussion

from the same source water over a short period of time, the only parameter which would have differed appreciably is applied $O_3$ dosage. Reductions in coliform count can therefor be directly attributed to the applied $O_3$ dosage. Average MPNs for each sample group, as well as the percentage and log removals which can be attributed are presented in Table 3-11 and illustrated in Figure 3-16.

It is apparent from the tabulated and graphed test values that ozonation causes a significant reduction in coliform bacteria. An applied dosage of $O_3$ of 1.0 mg/ℓ causes a one log reduction in the coliform bacterial count. Doubling the dosage to 2.0 mg/ℓ $O_3$ improves the reduction ten-fold; a two log reduction. However, it appears that little additional benefit is provided by increasing the dosage above 2.0 mg/ℓ $O_3$.

### 3.3.6. Ozone Destruction of Algal Cells

A surface water source, such as the Flint River, would be expected to contain significant quantities of algae. The vast majority of these algae are non-toxic; some produce taste and odor causing compounds. Although the tastes and odors may persist, the algal cells are expected to be removed in the settling basins and filters. Should algae become established in process train basins prior to filtration, they may intensify any taste and odor problems, as well as create significant maintenance issues, such as corrosion, plugging of pipes, pumps and valves, and interference with treatment processes. It would be desirable to destroy the algae as early in the treatment process as possible. Ozonation is the first continuously operating process of the proposed treatment train which might accomplish this.

Initially a purely qualitative, uncontrolled test was performed. One sample each of untreated and ozonated water were placed in translucent containers and allowed to stand, covered for several weeks, on a sunlit window sill. After this time both samples were examined. Both samples appeared to have developed a slight greenish tinge and a small amount of scum on the water surface. This was assumed to indicate some level of algal growth. Although the differences were slight, some sense was gained that the growth had been lesser in the ozonated sample. This apparent result suggested the need for a more controlled experiment.

Six samples of water were collected from the ozone pilot plant at dosages of 0, 0.5, 1.5, 3.0 and 5.0 mg/ℓ in sterile HDPE bottles. The samples were shipped overnight, on ice to AB&H's Lisle, Illinois office. The samples were the incubated and filtered as previously described. The filters were then shipped to the University of Florida for analysis. Results of the study are shown in Figure 3-17.

At each dosage algal growth was retarded. Results varied with dosage, although no clear trend is apparent. If it is assumed that either the 0.5 mg/ℓ $O_3$ or 1.5 mg/ℓ $O_3$ result is an anomaly,

Page - 41

there is a slight to strong trend of reduced growth with incoming $O_3$ dosage.    If these results are repeatable, one explanation might be that at the lower dosages the destructive effects of $O_3$ on the algal cells is offset by $O_3$ releasing bound nutrients to the water, which encourages more growth.   At the contemplated $O_3$ dosages, it appears that a reduction in algal growth of 40 to 60% may be expected.  This



**Figure 3-17:** Algal growth

should help minimize algal colonization of later treatment processes.

Previously it was mentioned that algal cells can produce odiferous compounds.  Should this occur, it is expected that $O_3$ will eliminate or greatly reduce the intensity of these tastes and odors.  Formalized Flavor Panel Analysis was not performed as part of this study.  However, in conjunction with other testing, the odor of treated and untreated samples was noted by the analysts on numerous occaisons.  The raw water generally exhibited some odor, although at no time was the odor strongly offensive.  The only odors noted for ozonated samples were consistent with the designations 'clean' or 'fresh', and these were only noticeable at higher $O_3$ dosages.

### 3.3.7.  Simulated Complete Treatment Process

Simulation of the complete treatment process was conducted on Oct 15, 2001, and Jan 17, 2002.  The simulation consisted of pre-ozonation, coagulation, flocculation, settling, softening, recarbonation, and filtration.  The intent of this simulation was to demonstrate that the proposed treatment could effectively remove turbidity and TOC in accordance with treatment goals without formation of regulated D/DBPs.

Firstly, pre-ozonation of the raw, untreated Flint River water was selected to be dosed at 1.5 mg/ℓ.  This dosage was chosen since no regulated DBPs form at this concentration (Table 3-3), bacterial concentrations are minimized (Table 3-10 and Figure 3-16) and this was approximately the dosage at which maximum TOC removal was accomplished (Figure 3-4).  Coagulation of the pre-ozonated water was accomplished using 40 mg/ℓ $FeCl_3$, 2 mg/ℓ Summit P-60 cationic coagulant aid and 0.05 mg/ℓ Summit floc-aid.  At these dosages, it was previously shown that TOC removal was in excess of 30% (Table 3-4).

The simulated complete treatment process experiment showed that the Flint River water was amenable to treatment under the proposed treatment scheme. Turbidity removal was 89% following coagulation/flocculation and was 98.7% following filtration through 5 im filter paper. Turbidity was 0.14 NTU in the treated, filtered water. Turbidity regulations require less than 0.3 NTU turbidity in at least 95% of samples. Thus, turbidity removal appears adequate. Total organic carbon of the raw water was 8.4 mg/$\ell$. Coagulation and flocculation removed 35% of TOC, with a settled water TOC of 5.4 mg/$\ell$. Required TOC removal was 30%, based upon initial alkalinity and TOC of the raw water. The TOC of the filter water was also 5.4 mg/$\ell$. Turbidity and TOC removal requirements were therefore met.

No adverse D/DBPs were formed above regulated MCLs. Haloacetic acids averaged 3.3 $\mu$g/$\ell$ in filtered water, substantially less than the regulated 60 $\mu$g/$\ell$ HAA MCL. Trihalomethanes were not detected, nor were bromates in the treated filtered water.

Precipitative softening reduced the hardness of the raw water from 237 to 168 mg/$\ell$ (as CaCO$_3$) in the finished filtered water. We consider that the softening experiments were successful in reducing the hardness of the water, though ideally the hardness of the finished water would be less than what was measured. Our previous experience with laboratory jar test and softening experiments has shown that these experiments underestimate removal from full-scale facilities. This is partially due to inefficiencies of mixing created by gradations in fluid turbulence within the jars. The gradations in fluid turbulence are greatly exaggerated at the bench scale, as a result of (1) increased surface tensional effects exerted upon the fluid by the mixing impeller, shaft, and walls of the jar created by higher proportions of surfaces to fluid volume, and (2) an increased effect exerted by the shape factor of the jar. In addition to relatively inefficient mixing at the bench scale, the design of Phipps and Bird jars do not adequately simulate the upflow clarifiers to be installed in Flint (nor should they). In upflow clarifiers, settled water following coagulation and flocculation is introduced into the softening basins in a manner such that the water flows up through the sludge blanket. This allows for the precipitative softening process to occur in an environment where the precipitation nucleation sites provided by the sludge blanket are concentrated in the bulk solution, thus enhancing softening. This effect is not accounted for in these experiments.

Jar test experiments also greatly underestimate the quantity of floc that settles out as sludge. This is largely attributable to thermally induced density currents, which have a far greater effect in bench-scale tests than in full-scale water plants. Because of the small volume of water used in jar tests and the high proportion of external wall area to jar volume, the water became differentially heated through the walls of the jar by the ambient heat present in air of the laboratory. Merely a 0.1°C water temperature gradient is enough to result in density induced up-currents, which inhibit settling. Poor settling of particles following the jar test softening process was observed in these

Treatability Report                                                         Results and Discussion

experiments.  Turbidity of the settled softened water was 30.8 NTU, compared to 1.2 NTU of the settled flocculated water.  Following softening, hardness was then re-solubilized by the decrease of pH during recarbonation.  Hardness was 151 mg/ℓ after softening, and increased to 168 mg/ℓ following recarbonation.  Primarily, this was because particles did not settle out following softening and were re-solubilized.  Again, we do not believe that the softening process was adequately simulated by the jar tests, and that the precipitative softening will be far greater in the full-scale plant than was observed in these experiments.

## 3.4.    Cost of Chemicals

A primary factor in any design of water treatment process is the cost of treatment.  Certain minimum standards, both regulatory and consumer driven, must be met.  These standards would include both  potability standards and aesthetic standards.  If these standards cannot be met at a reasonable cost, selection of an alternate source of supply is indicated.  Once minimum standards are met, any further improvement in water quality must be balanced against the cost to provide that improvement.

It should be noted that this study is limited in scope; with only minor exception, the physical processes which were incorporated into the plant design were selected to meet treatment objectives not dependent on the results of this study.  As a consequence only those costs associated with the chemical treatments applied have been considered herein.

Most of the unit processes in the Flint Water Treatment Plant treatment process train leave little or no choice with regard to the chemicals used.  Either the process chemistry or interaction with source water constituents or downstream processes require use of a specific chemical.  In these cases, only the applied dosage is an open question.  Zebra mussel control, pre-disinfection, softening, and post-disinfection and fluoridation are such processes.  Coagulation/Flocculation is a different matter; as discussed previously, a multitude of products are available for this purpose.  The following paragraphs will discuss: first, those chemicals for which only dosage and cost is uncertain, and second, the choice, dosage and cost of coagulant chemical.

The Flint River is known to be infested with zebra mussels, and in the absence of some type of control, they are likely to infest the intake and any water containing plant systems prior to ozonation.  The existing intake was not designed with zebra mussels as a concern and is likely to present an attractive settlement site.  State-of-the-Art intake design features which repel or minimize infestation by zebra mussels cannot reasonably be retrofit to this intake.  This leaves chemical treatment as the sole option.  A number of biocides are effective against zebra mussels, but only chlorine, sodium hypochlorite, ozone and permanganate are approved for treatment of potable water.

Page - 44

2

2

очень

Treatability Report                                              Results and Discussion

Ozone is planned as the first treatment step in the treatment process, however, the existing intake design is not suitable for application of ozone since off-gas cannot be recaptured for destruction. Given the high disinfection byproduct formation potential of the Flint River water, application of chlorine chemicals at the intake is incompatible with meeting the regulatory limits. Therefor, only permanganate, in the form of potassium permanganate or sodium permanganate, is suitable for this use. The costs for these two chemicals are similar, but the equipment for feeding and handling sodium permanganate is simpler and less expensive. Therefor, use of sodium permanganate will be assumed. Permanganate works best for zebra mussel control when applied continuously at a low dosage. Once zebra mussels are established, even high doses may not reduce the infestation. Normal dosage is ¼ to ½ mg/ℓ. At a cost of $1.40 per pound this would result in a treatment cost of $5.83/MG (0.6¢/1000 gal.).

Following the intake, the first chemical to be applied is ozone. Since ozone is manufactured on-site rather than delivered, its cost is a function of the costs of electricity, oxygen and nitrogen required for its manufacture. To this must be added cost for sodium bisulfite to neutralize any excess remaining following the ozone contact chamber. The costs for these components per MG are as follows: electricity, $9.44; oxygen/nitrogen, $9.83; and sodium bisulfate, $2.25. This results in a total cost of $21.52/MG (2.2¢/ 1000 gal.).

The Flint River water chemistry is such that both lime and soda ash are necessary to sufficiently reduce the water hardness. Following softening carbon dioxide must be added to reduce the resultant pH and restabilize the water. The required dosages will vary, but the target dosages are as follows: lime, 175 mg/ℓ; soda ash, 52 mg/ℓ; and carbon dioxide, 37 mg/ℓ. Pebble lime costs approximately $1 per hundredweight ($20/ton), while soda ash and carbon dioxide cost approximately 10¢/lb.. This results in treatment costs of $18.24/MG (lime), $43.37/MG (soda ash) and $30.86/MG (carbon dioxide) respectively, for a total softening cost of $92.47/MG (9.2¢/ 1000 gal.).

Following filtration chlorine must be applied to complete the disinfection process and provide a residual disinfectant in the distribution system. At present chlorination is effected using liquified elemental chlorine supplied in 1-ton containers. It is likely, due to the hazards and consequent protection, training, monitoring and reporting requirements of gas chlorination, that this system will be retrofit to utilize sodium hypochlorite (NaOCl, bleach). Costs for each chemical will be quoted. Elemental chlorine and NaOCl react identically when dissolved in water, forming hypochlorous acid (HOC) and hypochlorite ion (OCl⁻). Depending upon the details of the bulk water chemistry, small amounts of other chlorine containing compounds may be formed, but generally these other compounds will account for only a very small percentage of the applied chlorine. The

Treatability Report                                                    Results and Discussion

ratio of HOC to OCl⁻ is almost exclusively a function of solution pH, with lower pHs favoring the production of HOC.

Sodium hypochlorite is considerably more expensive per pound of chlorine applied than liquified chlorine gas, since a large proportion of the delivered chemical is water. However, the higher safety and liability costs of chlorine gas are generally thought to outweigh the higher chemical cost of NaOCl.

Fluoride is added to drinking water to promote dental health. Dosages between 0.8 and 1.2 mg/ℓ provide the maximum dental benefit while minimizing adverse consequences (e.g., staining of teeth). For purposes of design, a dosage of 1.0 mg/ℓ has been assumed. In keeping with the conversion of most chemicals to liquid forms at the Flint River Water Treatment Plant, for ease of handling, hydrofluosilicic acid ($H_2SiF_6$) will be used to supply fluoride. At a cost of 39¢ per applied pound of fluoride, $H_2SiF_6$ will cost $3.25 /MG (3.3¢ / 1000 gal.) to provide a 1.0 mg/ℓ fluoride dosage.



**Figure 3-18:** Turbidity removal performance          **Figure 3-19:** TOC removal performance

As previously stated, a multitude of chemicals are available to promote coagulation, flocculation and settling. Many of these coagulants are designed to work with specific water chemistries, and the effectiveness of any coagulant is strongly dependent on the water chemistry. Numerous coagulants were tested in this study. Many were eliminated immediately, because they produced little if any settlement. For the remainder, performance was judged upon removal of turbidity and TOC. Among these several chemical combinations produce acceptable results with regard to removal of turbidity and TOC. Figure 3-18 illustrates turbidity removal versus dosage for those chemicals which showed any success at providing coagulation. Note that all of the coagulants shown produced some reduction in turbidity, for several such as *Hyper-Ion* this reduction was

Treatability Report                                      Results and Discussion

minimal.  Most of the coagulants were capable of producing 80% removals at some dosage level.
TOC removals versus dosage are shown in Figure 3-19.  Because TOC measurements had to be
shipped to the DLZ Laboratory, with consequent greater cost and longer lead time, only those
coagulants which showed promise for turbidity removal were tested for TOC removal.   TOC




**Figure 3-20:** Cost versus turbidity removal     **Figure 3-21:** Cost versus TOC removal

removal results were evenly spread between 0% and 60% removal.

Since simple removal percentages did not identify any clear choices for coagulant regimen,
the above results were normalized for cost.  At each tested dosage of each tested coagulant, the cost
of the applied chemical per MGD was divided by the percentage reduction in turbidity or TOC, to
produce the graphs shown in Figures 3-20 and 3-21.  Graphed in this fashion, the results immediately
indicate the relative costs to achieve equivalent removals for each chemical.   Further some
chemicals, such as *Clar-Ion* for TOC removal, show clear minima, which indicate an optimum
dosage for that chemical.  Chemical graphs which rise to the right indicate that improvements in
removal with increasing chemical dose do not increase as fast as the cost of the additional chemical,
while a horizontal plot shows that removal improvements are directly comparable to the increased
chemical dose.  Ferric chloride as well as some polymers show relatively flat slopes with costs of
the same order of magnitude for turbidity removal, and although there is some separation in the
results for TOC removal, no one chemical is clearly superior.  Further, the results are somewhat
contradictory for turbidity removal versus TOC removal.

Next, combined removals were examined (turbidity removal percentage multiplied by TOC
removal percentage) to address the differing performance levels for turbidity and TOC removal.
Figure 3-22 illustrates combined removal percentage versus chemical dosage, while Figure 3-23

Page - 47

Treatability Report                                            Results and Discussion



**Figure 3-22:** Combined TOC and turbidity removal

**Figure 3-23:** Cost versus combined removal

shows cost per combined percentage removal. In the first graph, two of the polymers show optimum dosages (maxima), while the other polymer and ferric chloride show continuous improvement with increasing dosage. Figure 3-23 indicates that the costs for all but Clar-Ion are similar.

Since the previous analyses did not indicate a clearly superior coagulant under all circumstances, it was decided to compare treatment costs at a specific target treatment level. TOC removal was set at 30%, on the basis of the requirements for TOC removal under the Disinfectants and Disinfection Byproducts Rule. Turbidity removal was set at a target of 80% removal, based

upon the authors' experience, as a level at which long filter runs and compliance with a filtered water turbidity of 0.3 NTU could be reliably maintained. The results of this analysis are shown in Figure 3-24. Combined removal costs are assumed to be the minimum level



**Figure 3-24:** Chemical cost of treatment

Page - 48

Treatability Report                                               Results and Discussion

at which both the turbidity and TOC targets are achieved.  This analysis shows clearly that ferric chloride together with supplemental polymers provides the lowest cost alternative to meet the target removal objectives.  This also shows that during warm weather (note the cold water effect previously cited) an additional savings of approximately $10.00 per million gallons can be achieved by ceasing feed of the supplemental polymers.

On the basis of the above results, cost for treatment chemicals can be computed.  These costs, in the order of their application are as follows:

### TABLE 3-12
### Chemical Treatment Costs

| Chemical | Point of Application | Target Dosage (mg/ℓ) | Cost / # | Cost / MG |
|---|---|---|---|---|
| Sodium Permanganate | Intake for zebra mussel control | 0.33 | $1.40 | $3.85 |
| Ozone | Ozone contactor - preoxidation | 1.5 | $1.72 | $21.52 |
| Ferric Chloride | Rapid mix | 40 | $0.19 | $64.88 |
| Coagulant Aid Polymer | Rapid mix | 2 | $0.60 | $10.01 |
| Flocculation Aid Polymer | Flocculation Basin | 0.05 | $0.90 | $0.38 |
| Lime | Softening Basin | 175 | $0.01 | $18.24 |
| Soda Ash | Softening Basin | 52 | $0.10 | $43.37 |
| Carbon Dioxide | Recarbonation Basin | 37 | $0.10 | $30.86 |
| Chlorine | Filter Effluent | 1 | $0.36 | $3.00 |
| Fluosilicic Acid | Filter Effluent | 1 | $0.39 | $3.25 |
| | | | | $199.36 |

It should be noted that this cost is not the total cost for water treatment since it neglects fixed costs of the treatment plant, pumpage costs, O&M and operational costs of the major treatment equipment.  At less than 20¢ per thousand gallons this appears to be a reasonable chemical cost.

Page - 49

# SECTION 4
# CONCLUSIONS

Regulatory requirements have become significantly more stringent since the Flint River Water Treatment Plant was last operated. The regulations which will most dramatically affect the plant are the Surface Water Treatment Rule and the Disinfectants/Disinfectant Byproducts Rule, particularly in relation to their turbidity and TOC removal requirements. Consistent removal of turbidity to 0.3 NTU or less is required as a surrogate for removal of bacteria, viruses and protozoans. Based upon the proposed water treatment process train and the water chemistry, a consistent removal of 30% of the incoming TOC is required. It will also be necessary to meet stringent limits on disinfection byproducts (DBPs) which are measured in parts per billion (ppb, $\mu g/\ell$).

Meeting these very stringent regulations requires that the Water Treatment Plant process train be tailored to the water to be treated. "Off the rack" processes are no longer adequate. Fitting the processes to the water necessitates some level of pilot testing.

Prior to physical testing a general review of the water to be treated was performed and a list of treatment processes which were likely to be effective was prepared. This list was constrained to some extent by the decision to reuse major portions of the existing water plant. Processes to be considered had to utilize existing plant structure, or be easily incorporated into the existing plant layout. Various studies were performed at the bench-scale and/or pilot-scale to attempt to predict the performance of the completed plant. Limited runs of the full-scale plant have shown the results of these reduced scale tests to be conservative with regard to performance.

On the basis of the treatability study the following treatment process train has been developed:

1. Pre-treatment at the intake with sodium permanganate for zebra mussel control,
2. Pre-ozonation for taste and odor control, bacterial reduction and clarification improvement,
3. Clarification including: addition of ferric chloride and a coagulation aid polymer at a rapid mix, flocculation with the addition of a flocculation aid polymer, and settling,
4. Lime/soda ash softening with addition of a coagulant aid polymer,
5. Recarbonation with carbon dioxide,
6. Granular media filtration,

Treatability Report                                                   Conclusions

     7.     And post-disinfection with sodium hypochlorite and addition of fluosilicic acid as a dental decay preventive.

Based upon quotes from suppliers, chemical treatment costs are expected to be less than 20¢/1000 gallons of water treated.



# Turbidity

## SUMMARY OF TUBIDITY REMOVAL PERFORMANCE FOR ALL CHEMICALS





# Turbidity

## TEMPERATURE EFFECT
## ON TUBIDITY REMOVAL PERFORMANCE



# Turbidity

## EFFECT OF RAW WATER TEMPERATURE AND TUBIDITY ON REMOVAL PERFORMANCE OF FERRIC CHLORIDE





# Turbidity

## COST versus TUBIDITY REMOVAL PERFORMANCE
## ALL CHEMICALS



ALVORD, BURDICK & HOWSON, L.L.C.
CONSULTING ENGINEERING SINCE 1927



# Turbidity

## COST versus TUBIDITY REMOVAL PERFORMANCE
## EFFECTIVE CHEMICALS





# TOC

## SUMMARY OF TOC REMOVAL PERFORMANCE FOR ALL CHEMICALS



# TOC

## COST versus TOC REMOVAL PERFORMANCE ALL CHEMICALS


ALVORD, BURDICK & HOWSON, L.L.C.

# TOC

## COST versus TOC REMOVAL PERFORMANCE
## LOWER COST CHEMICALS





# Combined Removal

## SUMMARY OF COMBINED TOC AND TURBIDITY REMOVAL PERFORMANCE FOR ALL CHEMICALS





# Combined Removal



# Combined Removal

## COST versus COMBINED REMOVAL PERFORMANCE
## LOWER COST CHEMICALS





# Chemical Cost to Treat Flint River Water
## to ≥80% Removal of Turbidity
## and/or
## to ≥30% Removal of TOC







# Turbidity

## SUMMARY OF TUBIDITY REMOVAL PERFORMANCE FOR ALL CHEMICALS





# Turbidity

## TEMPERATURE EFFECT
## ON TUBIDITY REMOVAL PERFORMANCE



ALVORD, BURDICK & HOWSON, L.L.C.





ALVORD, BURDICK & HOWSON, L.L.C.



# Turbidity

## COST versus TUBIDITY REMOVAL PERFORMANCE
## ALL CHEMICALS



# Turbidity

## COST versus TUBIDITY REMOVAL PERFORMANCE
## EFFECTIVE CHEMICALS

Chart: Cost/ % Turbidity Removed/MG (y-axis, $0.00 to $3.00) versus Chemical Dosage (mg/l) (x-axis, 0 to 110)

Curves labeled:
- SummaClear 1000 + polymer aides
- Clar-Ion A520 + polymer aides
- Ferric Chloride + polymer aides All conditions
- DelPac 2020 + polymer aides
- Ferric Chloride alone Summer only



ALVORD, BURDICK & HOWSON, L.L.C.
CONSULTING ENGINEERS SINCE 1862

# TOC

## SUMMARY OF TOC REMOVAL PERFORMANCE FOR ALL CHEMICALS



ALVORD, BURDICK & HOWSON, L.L.C.



# TOC

## COST versus TOC REMOVAL PERFORMANCE
## ALL CHEMICALS





# TOC

### COST versus TOC REMOVAL PERFORMANCE
### LOWER COST CHEMICALS





# Combined Removal

## SUMMARY OF COMBINED TOC AND TURBIDITY REMOVAL PERFORMANCE FOR ALL CHEMICALS





ALVORD, BURDICK & HOWSON, L.L.C.

# Combined Removal

## COST versus COMBINED REMOVAL PERFORMANCE ALL CHEMICALS



Clar-Ion A520 + polymer aides

SummaClear 800B

SummaClear 50

SummaClear 802B

SummaClear 1000 + polymer aides

DelPac 2020 + polymer aides

Ferric Chloride + polymer aides

Ferric Chloride warm water only

Cost / % Combined Removal / MG

Chemical Dosage (mg/l)

ALVORD, BURDICK & HOWSON, L.L.C.





# Combined Removal

## COST versus COMBINED REMOVAL PERFORMANCE
## LOWER COST CHEMICALS

ALVORD, BURDICK & HOWSON, L.L.C.

# Chemical Cost to Treat Flint River Water to $\geq$80% Removal of Turbidity and/or to $\geq$30% Removal of TOC





ALVORD, BURDICK & HOWSON, L.L.C.

| Tests | Date | Test Numbers | Dose (ppm) | Results |
|---|---|---|---|---|
| Ferric Chloride | 12/5/00 | Test 1 Run 1 | 20-70 | Poor turbidity removal |
| | | Test 1 Run 2 | 10-60 | Poor turbidity removal, optimal dose chosen as 50 ppm |
| | 12/6/00 | Test 2 Run 2 | 20-70+$O_3$ | Optimal dose chosen as 40 ppm. Settled water turbidity increased from 3.1 to 3.5, however TOC removal was 34.1% |
| | 12/7/00 | Test 3 Run 1 | 20-70+$O_3$ | Optimal dose chosen as 30 ppm. Settled water turbidity increased from 3.65 to 7.0, however TOC removal was 31.8%. Filtered water turbidity = 0.54 NTU |
| | | Test 3 Run 2 | 20-70+$O_3$ | Optimal dose chosen as 20 ppm. Settled water turbidity increased from 3.9 to 6.4, TOC removal was only 19.4%. Filtered water turbidity = 0.55 NTU |
| | 1/17/01 | Test 8 | 40-60+acid | Filtered water turbidity improved from 0.56 NTU in non acidified water samples to 0.37 NTU in acidified water samples. TOC removal was 22.4% for non-acidified samples and was 28.2% for acidified samples |
| | 3/20/01 | Run 100 | 5-50 | Best turbidity removal was obtained at a 30 ppm dose, 4.0 NTU (25.9% Removal). |
| | | Run 102 | 5-50+$O_3$ | Turbidity = 4.0 NTU (25.9% Removal) with 20 ppm $FeCl_3$ |
| | | Run 104 | 5-50 +$O_3$+Peroxone | Turbidity = 3.9 NTU (15.2% Removal) with 20 ppm $FeCl_3$ |
| | 3/21/01 | Run 105 | 20+ $O_3$+Peroxone+ $Ca(OH)_2$ | $Ca(OH)_2$ at 0 to 300 ppm. At the 250 ppm dose of $Ca(OH)_2$ the pH was 10.5, the turbidity was 4.3 NTU |
| | 3/21/01 | Run 107 | 20 | Measured turbidity was 4.4 NTU (22.8% Removal) |
| | 4/17/01 | Test 204 | 20-70 + $O_3$ | Turbidity removal was fairly consistent across $FeCl_3$ dosages (3.9 ± 0.3 NTU). Best turbidity removal was achieved at 60 ppm $FeCl_3$ (3.6 NTU) |
| Softening/Lime | 12/5/00 | Test 1 Run 3 | 120 | Dose insufficient for softening. Must be increased. |
| | | Test 1 Run 4 | 240 | Appears to be adequate dose for softening |
| | 12/6/00 | Test 2 Run 1 | | ? |
| | 3/20/01 | Run 101 | 0-250+$FeCl_3$ | Tested $Ca(OH)_2$ with 30 ppm $FeCl_3$. At 150 ppm $Ca(OH)_2$ + 30 |

| | | | | |
|---|---|---|---|---|
| | 3/20/01 | Run 103 | 0-250+FeCl$_3$ | ppm FeCl$_3$, turbidity was 3.3 NTU (38.9% Removal) The best turbidity result was obtained at 250 ppm Ca(OH)$_2$ + 20 ppm FeCl$_3$ (Turb = 2.6 NTU, 48.0% Removal) |
| | 3/21/01 | Run 105 | 0-300 O$_3$+Peroxone+ FeCl$_3$ | FeCl$_3$ at 20 ppm. At the 250 ppm dose of Ca(OH)$_2$ the pH was 10.5, the turbidity was 4.3 NTU. |
| | 3/21/01 | Run 106 | 20 ppm FeCl$_3$ + 250 ppm Ca(OH)$_2$ | Attempted to induce settling of the FeCl$_3$ floc by a subsequent addition of Ca(OH)$_2$, which simulates the softening step following coagulation. Poor turbidity results were obtained in this step (turbidity = 74.6 NTU) |
| | 3/21/01 | Run 107 | 250 | Use of Ca(OH)$_2$ did not improve water clarity |
| Ozonation | 12/6/00 12/7/00 12/7/00 | Test 2 Run 2 Teast 3 Run 1 Test 3 Run 2 | 3.0 0.5 1.5 | No effect on measured water quality parameters, No measured adverse DBP formation |
| Mixing Intensity | 12/5/00 | Test 1 Runs 1 & 2 Test 2 Run 2 | ---- | Reduced mixing intensity showed improvement in water clarity for FeCl$_3$. |
| Alum | 1/16/01 | Test 4 | 10-30 | Increased settled water turbidity from 2.7 to 4.1 NTU. Appeared not to affect TOC. |
| Gen. Chemical HyperIon 1050A | 1/16/01 4/17/01 | Test 4 Test 5 Test 205 | 2-6 10-15 15+O$_3$ | Appeared to affect neither settled water turbidity nor TOC. Did not affect settled water turbidity. Decreased settled water turbidity from 9.2 to 7.3 NTU (21% Removal) |
| Gen. Chemical Clarion A505P | 1/16/01 | Test 5 | 50-75 | Increased settled water turbidity. Ineffective in TOC removal |
| Gen. Chemical Clarion A510P | 1/16/01 1/17/01 4/17/01 | Test 5 Test 6 Test 205 | 60-80 70-100+acid 80+O$_3$ | Increased settled water turbidity. Ineffective in TOC removal. Increased settled water turbidity from 2.7 to 9.2 NTU. TOC removal was 3.5%. Decreased settled water turbidity from 9.2 to 7.2 NTU (22% Removal) |

| | | | | |
|---|---|---|---|---|
| Gen. Chemical Clarion A410 | 1/17/01 | Test 6 | 70-100+acid | Increased settled water turbidity from 2.7 to 9.0 NTU.  Increased TOC from 8.5 to 9.3 ppm. |
| Gen. Chemical Clarion A515 | 1/17/01 | Test 7 | 70-100+acid | Increased settled water turbidity from 2.6 to 8.1 NTU.  Increased TOC from 8.5 to 8.8 ppm. |
| | 4/17/01 | Test 205 | $70+O_3$ | Increased settled water turbidity from 9.2 to 9.8 NTU |
| Gen. Chemical Clarion A520 | 1/17/01 | Test 7 | 70-100+acid | Increased settled water turbidity from 2.6 to 9.3.  Increased TOC from 8.5 to 9.2. |
| | 4/17/01 | Test 205 | $70+O_3$ | Decreased settled water turbidity from 9.2 to 5.2 ppm. |
| acidification | 1/17/01 | Test 6 | pH = 6.5 | Acidification did not improve performance of Gen. Chem. ClarionA510P.  Poor performance of Gen. Chem. Clarion A410. |
| | | Test 7 | pH = 6.5 | Poor performance of Gen Chem. Clarion A515 and Clarion A520. |
| | | Test 8 | pH = 6.5, 7.6 | Filtered water turbidity improved from 0.56 NTU in non acidified water samples to 0.37 NTU in acidified water samples.  TOC removal was 22.4% for non-acidified samples and was 28.2% for acidified samples |
| | | Test 9 | pH = 6.5 | 30 ppm Act. Carbon +50 ppm $FeCl_3$ acidified to pH 6.5;  Mean settled turbidity increased from 2.6 to 12.2 NTU.  Filtered turbidity was 0.56.  Filtered TOC = 5.8 (31.8% Removal) |
| | 1/18/01 | Test 10 | pH = 2.7-7.8 | Acidified the water in increasing dosages across all six jars with $H_2SO_4$. Turbidity decreased in the sample jars from 2.85 to 2.55 with decreasing pH to about 5.7.  At pH=5.7, nearly all alkalinity was consumed, and turbidity increased to 5.40.  Further acidification resulted in decreased turbidity.  At pH 2.7, turbidity decreased to 1.8.  Little floc formed below at pH 3.5 and below, and the water samples lacked color. |
| Act. Carbon | 1/17/01 | Test 9 | 30 | 30 ppm Act. Carbon +50 ppm $FeCl_3$ acidified to pH 6.5;  Mean settled turbidity increased from 2.6 to 12.2 NTU.  Filtered turbidity was 0.56.  Filtered TOC = 5.8 (31.8% Removal) |
| Peroxone | 3/20/01 | Run 104 | 1.5ppm $O_3$ + 0.38ppm Peroxone | 5-50 ppm $FeCl_3$ dose.  Peroxone did not appear to affect the measured water chemistry parameters. Best turbidity removal was achieved using a 20 ppm $FeCl_3$ dose (Turb. = 3.9, Removal = |

| | | | | 15.2%) |
|---|---|---|---|---|
| Summit Research Labs EM533 (Anionic Polymer)* | 3/21/01 | Run 107 | 20 ppm $FeCl_3$ + 1ppm EM533 | Improved turbidity removal by $FeCl_3$ alone by 10.5%.  Turbidity decreased from 5.7 to 3.8 NTU, as compared with 4.4 NTU with Ferric chloride alone. |
| Summit FA920PWG (Anionic Polymer)* | 3/21/01 | Run 107 | 20 ppm $FeCl_3$ + 1ppm EM533 | Improved turbidity removal by $FeCl_3$ alone by 35.1%.  Turbidity decreased from 5.7 to 2.4 NTU, as compared with 4.4 NTU with Ferric chloride alone. |
| Summit Sumachlor 1000 | 4/16/01 | Test 201 | 320-1060 + cat. polymer + floc aid+$O_3$ | Both turbidity and TOC removal increased with dose to 850 ppm (Settled water turbidity = 1.8 NTU, 80% Removal; TOC = 3.9, 56% Removal). |
| Summit P-25 cationic polymer + floc aid | 4/16/01 | Test 202 | 2 ppm P-25 and 0.05 ppm floc aid+$O_3$ | Addition of the polymer and floc aid improved turbidity removals in the presence of $FeCl_3$ and Sumachlor 1000 |
| Summit Research Labs Sumaclear 800B | 4/16/01 | Test 203 | 333+$O_3$ | Test showed that Sumaclear 800B effectively removed turbidity at this high dose (79% Removal). |
| Summit Research Labs Sumaclear 802B | 4/16/01 | Test 203 | 333+$O_3$ | Test showed that Sumaclear 802B effectively removed turbidity at this high dose (80% Removal). |
| Summit Research Labs Sumaclear 825B | 4/16/01 | Test 203 | 557+$O_3$ | Test showed that Sumaclear 825B removed turbidity at this high dose (71% Removal), but not as effectively as with the other tested chemicals. |
| Summit Research Labs Sumaclear 835B | 4/16/01 | Test 203 | 557+$O_3$ | Test showed that Sumaclear 835B removed turbidity at this high dose (68% Removal), but not as effectively as with the other tested chemicals. |
| Delta Chemical DelPac 2020 | 4/16/01 | Test 203 | 445+$O_3$ | Test showed that DelPac 2020 effectively removed turbidity at this high dose (82% Removal). |
| Sodium | 4/16/01 | Test 203 | 445+$O_3$ | Test showed that sodium aluminate was relatively ineffective at |

| Aluminate | | | | turbidity removal at this high dose (21% Removal). |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |

**12/5/00 to 12/7/00 Tests**

Water Quality Parameters (Numbers in parenthesis are MCLs)

|  | Turbidity | TOC | pH | Alk (T) | Hardness (T) | Total HAA | Total THM | $BrO_4$ | Br |
|---|---|---|---|---|---|---|---|---|---|
|  | (NTU) | (ppm) |  | (ppm) |  | (ppb) | (ppb) | (ppb) | (ppb) |
| Raw Water | 4.2 | 8.75 | 7.8 | 249 | 324 | 2.6 (60) | ND (100) | <5 | 125 |
| Filtered Water | --- | 4.75 | — | --- | --- | 2.1 (60) | ND (100) | <10[*] | ---- |
| Pre-$O_3$ Water | 3.55 | 8.5 | 7.8 | 250 | 325 | --- | ND (100) | <5 | 140 |

* dilution necessary (implies matrix interference)

Test 1 Runs 1&2:  Dosed with $FeCl_3$ (10-70 ppm) and measured turbidity.  Reduced rotational speed showed improvement in treated water clarity.  Measured settled water turbidities were higher than the initial water turbidity.  Selected optimal $FeCl_3$ dose as 50 ppm.

Test 1 Runs 3&4:  Dosed with 50 ppm $FeCl_3$.  Compared softened-$FeCl_3$ treated (120 ppm $Ca(OH)_2$) versus unsoftened-$FeCl_3$ treated water.  Settled $FeCl_3$ turbidities were 3.1 ± 0.9, and TOCs were 5.8 (33.7% TOC removal).  Filtered $FeCl_3$ turbidity was 0.42. Filtered, softened (240 ppm), recarbonated turbidity was 0.3 and Alk(T) was 61 ppm.  Softening (240 ppm $Ca(OH)_2$ the water alone decreased TOC to 6.45 (26.3% removal)

Test 2 Run 1:  A softening/filtration/recarbonation test.  I am unsure what information was determined by this experiment.

Test 2 Run 2:  Started pre-ozonating the water at 3 ppm.  Tested for optimal dose of $FeCl_3$.  $FeCl_3$ dose ranged from 20-70 ppm. Initial turbidity was 3.1.  Slowed rotational speeds slightly from previous experiments.  The best turbidity result was achieved using a 40 ppm $FeCl_3$ dose.  Settled turbidity was 3.5, and TOC was 5.6 (34.1% removal).  Filtered water samples filtered did not show any improvement in TOC (TOC = 5.6).

<u>Test 3 Run 1</u>: Decreased pre-ozone dose to 0.5 ppm. Tested again for optimal dose of $FeCl_3$. $FeCl_3$ dose ranged from 20-70 ppm. Initial turbidity was 3.65. The best turbidity result was achieved using a 30 ppm $FeCl_3$ dose. Settled turbidity was 7.0, and TOC was 5.8 (31.8% removal). Filtered water samples filtered did not show any improvement in TOC (TOC = 5.95), and averaged 0.54 NTU.

<u>Test 3 Run 2</u>: Set pre-ozone dose at 1.5 ppm. Tested again for optimal dose of $FeCl_3$. $FeCl_3$ dose ranged from 20-70 ppm. Initial turbidity was 3.9. The best settled water turbidity result was achieved using a 20 ppm $FeCl_3$ dose. Settled turbidity was 6.4, and pH decreased from 7.8 to 7.4 upon addition of $FeCl_3$ for the 20 ppm treatment. Total Alkalinity decreased slightly upon addition of $FeCl_3$ from 250 to 224 ppm. Other basic measured water quality characteristics were unchanged. TOC of the 20 ppm $FeCl_3$ treatment was 6.85 (TOC reduction = 19.4%). Filtered water samples averaged 0.55 NTU turbidity and TOC was 7.2 (15.3% reduction).

**1/16/01 to 1/18/01 Tests**

Water Quality Parameters (Numbers in parenthesis are MCLs)

|  | Turbidity (NTU) | TOC (ppm) | pH | Alk (T) (ppm) | Hardness (T) | Total HAA (ppb) | Total THM (ppb) | BrO₄ (ppb) | Br (ppb) |
|---|---|---|---|---|---|---|---|---|---|
| Raw Water | 2.4 | 8.5 | 7.7 | 275 | 363 | --- | — | --- | --- |
| Pre-O₃ Water | -----------------------------------------------------------Did Not Ozonate------------------------------------------------------------- | | | | | | | | |

\* dilution necessary (implies matrix interference)

Test 4:
Compared General Chemical HyperIon 1050A (2 ppm to 6 ppm) with Alum (10 ppm to 30 ppm). The Hyperion 1050 appeared to affect neither settled water turbidity (2.5 ± 0.10 NTU) nor TOC (8.3 ± 0.4 ppm). Alum also did not seem to work well. Increasing alum dose from 10 to 30 ppm increased the settled water turbidity from 2.7 to 4.1 NTU. TOC was 8.4 ± 0.2 ppm for the differing alum doses.

Test 5:
Compared General Chemical HyperIon 1050A (10 ppm and 15 ppm) with General Chemical Clarion A505P (50 ppm and 75ppm) and with General Chemical Clarion A510P (60 ppm and 80 ppm). The Hyperion 1050 again appeared again to not affect settled water turbidity (2.6 ± 0.0 NTU). Clarion A505P appeared to be ineffective in treating the raw water (Turbidity = 4.1 NTU, TOC = 8.7 ppm). Clarion A510 also was ineffective (Turbidity = 5.2 NTU, TOC = 8.2 ppm).

Test 6:
Acidified raw water to pH 6.5. Tested General Chemical Clarion A410 (70 to 100 ppm) and General Chemical Clarion A510 (70 to 100 ppm). Both chemicals adversely affected settled acidified water turbidity (Mean turbidity = 9.0 ± 0.9 NTU for Clarion A410, 9.2 ± 1.5 NTU for Clarion A510). Clarion A410 adversely affected the settled acidified water TOC = 9.3 ± 0.4 ppm. Clarion A510 slightly improved the settled acidified water TOC = 8.2 ± 0.7 ppm.

Test 7:

Acidified raw water to pH 6.5. Tested General Chemical Clarion A515 (70 to 100 ppm) and General Chemical Clarion A520 (70 to 100 ppm). Both chemicals adversely affected settled acidified water turbidity (Mean turbidity = $8.1 \pm 0.7$ NTU for Clarion A515, $9.3 \pm 1.6$ NTU for Clarion A520). Both adversely affected the settled acidified water (TOC = $8.8 \pm 0.4$ ppm for Clarion A515, TOC = $9.2 \pm 1.6$ ppm for Clarion A520).

Test 8:

Tested the performance of $FeCl_3$ (40-60 ppm) in treatment of acidified (pH=6.5) versus non-acidified raw water. Acidification may have marginally improved settled water turbidity (Turbidity = $4.1 \pm 0.5$ NTU for non-acidified settled water and Turbidity = $3.8 \pm 0.7$ NTU for non-acidified settled water). Filtered water turbidity was $0.56 \pm 0.03$ NTU for non-acidified samples, and was $0.37 \pm 0.09$ NTU for acidified samples. TOC for non-acidified samples was $6.6 \pm 0.4$ ppm (TOC removal was 22.4%). TOC for acidified samples was $6.1 \pm 0.8$ ppm (TOC removal was 28.2%).

Test 9:

Acidified all six P&B sample jars of raw water to pH 6.5. All were spiked with 50 ppm $FeCl_3$ and 30 ppm GAC. Settled water turbidities increased from 2.6 to $12.2 \pm 1.6$. Filtered water turbidity was 0.56. Filtered water TOC was 5.8 (31.8% removal).

Test 10:

Acidified the water in increasing dosages across all six jars with $H_2SO_4$. The pH adjustment ranged from no adjustment (pH 7.8) to pH 2.7. Fifty ppm $FeCl_3$ was added to all six jars. Turbidity decreased in the sample jars from 2.85 to 2.55 with decreasing pH to about 5.7. At pH=5.7, nearly all alkalinity was consumed, and turbidity increased to 5.40. Further acidification resulted in decreased turbidity. At pH 2.7, turbidity decreased to 1.8. Little floc formed below at pH 3.5 and below, and the water samples lacked color.

**3/20/01 and 3/21/01 Tests**

Water Quality Parameters

| | Turbidity (NTU) | TOC (ppm) | pH | Alk (T) (ppm) | Hardness (T) (ppm) | Temp (°C) | Elec. Cond. (iS) | $UV_{abs}$ (cm$^{-1}$) | Ca (ppm) | Mg (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|
| Raw Water | 5.4 | --- | 7.9 | 196 | 266 | 12.2 | 900 | 0.062 | 85.6 | 12.7 |
| 1.5 ppm $O_3$ | 5.0 | --- | 7.8 | 196 | 268 | 12.9 | 530 | 0.104 | 80.0 | 16.6 |
| 1.5 ppm $O_3$ + 0.4 ppm Peroxone | 4.6 | --- | 7.7 | 194 | 280 | 15.0 | 580 | 0.089 | 84.0 | 17.1 |

Run 100:  Determination of optimal $FeCl_3$ dose for this set of samples.  $FeCl_3$ dose ranged from 5 to 50 mg L$^{-1}$.  Best turbidity removal was obtained at a 30 ppm dose, 4.0 NTU (25.9% Removal).  No TOC data because of broken bottles during shipment to the laboratory for analysis.

Run 101:  Tested a range (0-250 ppm) of $Ca(OH)_2$ used with 30 ppm $FeCl_3$. The pH of the water ranged from 6.7 to 10.2 from 0 to 250 ppm $Ca(OH)_2$ respectively.  At 150 ppm $Ca(OH)_2$ + 30 ppm $FeCl_3$, turbidity was 3.3 NTU (38.9% Removal), [Ca] = 55 ppm, [TH] = 212 ppm, [Alk(T)] = 97 ppm, $UV_{254}$ = 0.020 cm$^{-1}$. No TOC data because of broken bottles during shipment to the laboratory for analysis.

Run 102:  Tested optimal $FeCl_3$ dose with ozone.  $O_3$ = 1.5 ppm. Elec. Condutivity = 530 iS;  $UV_{abs}$ = 0.104.  Range of $FeCl_3$ dose = 5 to 50 ppm.  Turbidity = 4.0 NTU (25.9% Removal) with 20 ppm $FeCl_3$ determined as optimal.  No TOC data because of broken bottles during shipment to the laboratory for analysis. No TOC data because of broken bottles during shipment to the laboratory for analysis.

Run 103:  Used an $FeCl_3$ dose of 20 mg L$^{-1}$, with $Ca(OH)_2$ dosed from between 0 and 250 ppm.  The best turbidity result was obtained at 250 ppm $Ca(OH)_2$ (Turb = 2.6 NTU, 48.0% Removal).  Values of pH increased from 7.0 to 10.4 at 250 ppm $Ca(OH)_2$.  No TOC data because of broken bottles during shipment to the laboratory for analysis.

<u>Run 104</u>:  1.5 ppm $O_3$ + 0.38 ppm Peroxone.  Dosage of $FeCl_3$ ranged from 5-50 ppm.  Best turbidity removal was achieved using a 20 ppm $FeCl_3$ dose (Turb. = 3.9, Removal = 15.2%)

<u>Run 105</u>:  1.5 ppm $O_3$+ 0.38 ppm Peroxone.  Dosed $FeCl_3$ at 20 ppm, and $Ca(OH)_2$ at 0 to 300 ppm.  Final turbidities ranged from 4.3 to 8.6 NTU and the best result was obtained at the 250 ppm dose of $Ca(OH)_2$.  At this dose, the pH was 10.5, the turbidity was 4.3 NTU and the UV absorbance was 0.020 $cm^{-1}$.

<u>Run 106</u>:  Dosed with $FeCl_3$ and developed a floc under standard mixing conditions.  The settled water was decanted and treated with 250 ppm $Ca(OH)_2$.  The initial turbidity of the ozonated (1.5 ppm) water was 6.0 NTU.  Upon addition of 20 ppm $FeCl_3$ and flocculation, the turbidity of the settled water decreased to 4.8 NTU.  After subsequent addition of $Ca(OH)_2$, the turbidity increased to 74.6 and pH increased to 10.6.

<u>Run 107</u>:  Tested Summit Research Labs anionic polymers EM533 and FA920PWG side in conjunction with 20 ppm $FeCl_3$, both with and without addition of $Ca(OH)_2$.  Initial turbidity was 5.7 NTU.  Use of $Ca(OH)_2$ did not improve water clarity.  Measured turbidity with 20 ppm $FeCl_3$ was 4.4 (22.8% Removal), with 20 ppm $FeCl_3$ + 1ppm EM533 was 3.8 (33.3% Removal), and with 20 ppm FeCl3 + 1 ppm FA920PWG was 2.4 (57.9% Removal).  Use of EM533 improved turbidity by 10.5% and FA920PWG improved turbidity by 35.1% over use of $FeCl_3$ by itself.

**4/16/01 to 4/18/01 Tests**

Water Quality Parameters

|  | Turbidity (NTU) | TOC (ppm) | pH | Alk (T) (ppm) | Hardness (T) (ppm) | Temp. (°C) | Elec. Cond. (iS) | Ca (ppm) | Mg (ppm) |
|---|---|---|---|---|---|---|---|---|---|
| Raw Water | 7.6 | 8.6 | 8.2 | 213 | 284 | 16.0 | 583 | 76.8 | 22.4 |
| 1.5 ppm $O_3$ | 8.4 | 8.9 | 8.1 | 215 | 274 | 15.5 | 560 | 72.0 | 22.9 |

Test 201: Dosed from between 320 and 1060 ppm (30-100 ppm as Al) Sumachlor 1000. Also used the cationic polymer Summit P-25 (at 2 ppm) and a Summit floc aid at (0.05 ppm). Both turbidity and TOC removal increased with dose to 850 ppm (Settled water turbidity = 1.8 NTU, 80% Removal; TOC = 3.9, 56% Removal).

Test 202: Tested 50 ppm $FeCl_3$ against 320 ppm (30 ppm as Al) SumaChlor 1000 both with and without supplementary polymers (Summit P-25 cationic polymer and Summit Floc Aid) for turbidity removal. Best turbidity removals were obtained in the presence of the floc-aid.

Test 203: Ozonated at 1.5 ppm. Tested 30 ppm as Al of Sumaclear 800B (330 ppm chemical as delivered), Sumaclear 802B (330 ppm), Sumaclear 825B (560 ppm), Sumaclear 835B (560 ppm), Delta Chemical DelPAC 2020 (445 ppm) and Sodium Aluminate (250 ppm). Turbidity decreased with all samples. The turbidity removal for sodium aluminate was low (turbidity decreased from 7.6 to 6.0 NTU, 21% Removal). For all other chemicals , the settled water turbidity ranged from 1.4 to 2.4. The best turbidity removal was achieved using DelPAC 2020.

Test 204: Ozonated at 1.5 ppm. Tested $FeCl_3$ dose at 20-70 ppm (w/v). Turbidity removal was fairly consistent across $FeCl_3$ dosages (3.9 ± 0.3 NTU). Best turbidity removal was at 60 ppm $FeCl_3$ (settled turbidity 3.6 NTU, 61% Removal)

Test 205: Ozonated at 1.5 ppm. Tested General Chemical Clarion A510 (80 ppm w/v), Clarion A515 (70 ppm), Clarion A520 (70 ppm), General Chemical HyperIon 1050 (15 ppm), 10 ppm of Alum, and 30 ppm as Al of Sodium Aluminate. Turbidity removal

varied, with mean turbidity 7.5 and std dev 1.7 NTU (18.5% Removal).  Best turbidity removal was with Clarion A520, turbidity = 5.2 NTU (56.5% Removal).

Test 206:  Ozonated at 1.5 ppm.  Tested Summit Research Labs Sumachlor 1000.  The range of concentrations was 26-104 ppm (w/v).  Turbidity removal increased with increasing dose.  The range of settled water turbidity was from 4.3 to 8.7 NTU (53.2 to 5.4% Removal)

Test 207:  Ozonated at 1.5 ppm.  Tested Summit Research Labs Sumachlor 1000 both with and without addition of the cationic polymer P-25 and non-ionic floc aid.  Reduced the intensities of mixing.  The range of dosages for the Sumachlor 1000 was 39-91 ppm (w/v).  The P-25 was dosed at 2 ppm (v/v) and the floc aid was dosed at 0.05 ppm (v/v).  Addition of the polymers improved turbidity removal at all dosages of Sumachlor 1000 by an average of 17%.

Test 208:  Ozonated at 1.5 ppm.  Tested chemicals at 65 ppm (w/v) General Chemical Clarion A520, Summit Research Labs Sumachlor 1000, Sumaclear 800B, Sumaclear 802B, Sumaclear 50, and Delta Chemical DelPac 2020.  Slowed mixing intensity.  The chemicals were all effective in removing turbidity (mean settled water turbidity = 1.6, std dev = 0.4) with mean turbidity removal = 81%.  Mean TOC of the settled water is 6.3 and standard deviation is 0.4 (Mean removal = 26.7%).  The best turbidity removal was accomplished with DelPac 2020 (Settled water turbidity = 0.9, turbidity removal = 90%).  The best TOC removal was achieved using the Sumaclear 50 (TOC = 5.9, removal = 31%). Initial turbidity was approximately 9.0 NTU.  For the Sumachlor 1000 chemical, slowing mixing intensity improved performance.  Settled turbidity of water dosed with 65 ppm Sumachlor 1000 decreased from 7.5 NTU (Test 206) to 3.1 NTU (Test 207) to 1.6 NTU (Test 208) with decreasing mixing intensity.

Test 209:  Ozonated at 1.5 ppm.  Tested General Chemical Clarion A520, Summit Research Labs Sumachlor 1000, Delta Chemical DelPac 2020 at 65 ppm (w/v).  Also used Summit P-60 cationic polymer (2 ppm) and Summit floc aid (0.05 ppm).  The floc aid was added both after rapid mix and also after stage one mixing to test the performance of the floc aid.  Mean settled water turbidity for the three chemicals with floc aid added after rapid mix were 1.2 ± 0.5 NTU compared with floc aid added after stage one mixing 1.6 ± 0.7 NTU.  The DelPac 2020 with the floc aid added after rapid mix had the best turbidity removal (settled water turbidity = 0.6 NTU, Removal = 93.3%)

Test 210:  Ozonated at 1.5 ppm.  Tested Clarion A520 from between 13 to 78 ppm (w/v).  Also added Summit P-60 polymer (2 ppm) before rapid mix and Summit floc aid (0.05 ppm) after rapid mix.  Settled water turbidity decreased with increasing dose to 52 ppm

(2.1 NTU, removal = 73%).  Initial TOC was 9.2 ppm, and the greatest TOC removal was achieved at the 52 ppm dose (TOC = 7.2 ppm; 21.7% removal).

Test 211:  Ozonated at 1.5 ppm.  Tested Sumachlor 1000 from between 13 to 78 ppm (w/v).  Also added Summit P-60 polymer (2 ppm) before rapid mix and Summit floc aid (0.05 ppm) after rapid mix.  The settled water turbidity was relatively unaffected by dose of Sumachlor applied (Settled water turbidity = 2.1 ± 0.2, Removal = 73%).  Initial TOC was 9.2 ppm.  Settled water TOC values decreased uniformly with increasing dose of Sumachlor 1000.  Mean settled water TOC was 5.7 ± 0.7 ppm (Removal = 38.4%), and the range was from 6.8 to 4.9 ppm.

Test 212:  Ozonated at 1.5 ppm.  Tested DelPac 2020 from between 13 and 78 ppm (w/v).  Also added Summit P-60 polymer (2 ppm) before rapid mix and Summit floc aid (0.05 ppm) after rapid mix.  The settled water turbidity generally decreased with increasing dose (mean settled water turbidity = 1.6 ± 0.6 NTU, Range = 1.1 to 2.6 NTU).  Optimal turbidity removal was obtained at the 52 ppm dose (Settled water turbidity = 1.1 NTU, Removal = 86%).  Settled water TOC generally decreased with increasing dose of DelPac 2020.  Initial TOC was 9.2 ppm, mean settled water TOC was 6.3 ± 0.7 ppm, and the range was 5.6 to 7.6 ppm.  Optimal TOC removal was not determined since removal increased with increasing dose.

**7/18/01 to 7/19/01 Tests**

Water Quality Parameters

|  | Turbidity | TOC | pH | Alk (T) | Hardness (T) | Temp | Elec. Cond. | Ca | Mg | SO$_4$ | BrO$_3$ | Br$^-$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | (NTU) | (ppm) |  | (ppm) | (ppm) | (°C) | (iS) | (ppm) | (ppm) | (ppm) | (ppb) | (ppb) |
| Raw Water | 4.9 | 12.0 | 8.1 | 240 | 302 | 26.1 | 631 | 47.2 | 44.9 | 37 | <5 | 120 |
| 1.5 ppm O$_3$ | 4.1 | 10.0 | 7.9 | 239 | 290 | 25.2 | 631 | 71.2 | 27.3 |  | <5 | 120 |

Test 301:   Ozonated at 1.5 ppm.  Dosed all jars with FeCl$_3$ from between 20 and 70 ppm.  The settled water turbidity ranged from 0.7 to 1.2 and averaged 0.9 ± 0.2 NTU (Removal = 77%).  The TOC removal increased with increasing dose of FeCl$_3$. The range of TOC was 8.4 to 5.4 ppm, and mean TOC was 6.7 ± 1.1 ppm (33% Removal).

Test 302:   Ozonated at 1.5 ppm.  Dosed all jars with FeCl$_3$ from between 20 and 70 ppm with Summit P-60 cationic polymer (2 ppm) and Summit floc aid (0.05 ppm).  The settled water turbidity ranged from 0.65 to 1.1 and averaged 0.8 ± 0.2 NTU (Removal = 81%). The TOC removal increased with increasing dose of FeCl$_3$. The range of TOC was 7.3 to 4.9 ppm, and mean TOC was 6.0 ± 0.9 ppm (40% Removal).  Use of the Summit polymer additives improved TOC removal by an average of 0.7 ppm (7% additional removal).

Test 303:   Ozonated at 1.5 ppm.  Dosed with 26 to 91 ppm Sumachlor 1000, 2 ppm Summit P-60 cationic polymer, and 0.05 ppm Summit floc-aid.  The settled water turbidity ranged from 0.56 to 0.75 NTU (average turbidity = 0.63, Removal = 85%).  The TOC removal increased with increasing dose of Sumachlor 1000.  Average TOC was 6.8 ± 0.8 ppm in the settled water (32% Removal).

<u>Test 304:</u>  Ozonated at 1.5 ppm.  Dosed with 26 to 91 ppm DelPac2020, 2 ppm Summit P-60 cationic polymer, and 0.05 ppm Summit floc-aid.  The settled water turbidity ranged from 0.4 to 0.82 and averaged $0.7 \pm 0.2$ (Removal = 84%).  Settled water TOC values generally decreased with increasing dose of DelPac2020.  Mean settled water TOC was $8.7 \pm 0.3$ ppm (Removal = 13%) and ranged from 9.0 to 8.3 ppm.