# EXHIBIT 5

# FINAL REPORT

## Water Treatment Plant Rehabilitation
## PHASE II



## December 2003

## Alvord, Burdick & Howson, L.L.C.
in conjunction with
**O'Malia Consulting**
**Dmytryka Jacobs Engineers, Inc.**



DEPOSITION
EXHIBIT 37
12-3-19

# EXECUTIVE SUMMARY

**INTRODUCTION:**

The City of Flint has purchased treated water from the City of Detroit Water and Sewerage Department (DWSD) since December 1965. Water is conveyed to the Flint area through a single transmission main from the DWSD Lake Huron water treatment plant located north of Port Huron. The current standby or reliable backup source for potable water, to serve the Flint area, is the existing Flint Water Plant. The plant is periodically exercised using Flint River water and which is then discharged back to the river. Recently, substantial plant upgrades have been constructed to provide minimal emergency water supply in accordance with Michigan Department of Environmental Quality (MDEQ) standards.

Over the past thirty-seven years, a variety of second source alternatives have been considered by the City of Flint. A second source agreement has yet to be reached between the City of Flint and DWSD. The stalemate appeared to revolve around the decision to upgrade the existing Flint Water Treatment Plant or abandon the water treatment plant and construct a second pipeline from DWSD system. Feasibility studies of long-term water supply alternatives have been undertaken both by the City of Flint and others. These studies recommended a long-term program to replace the DWSD water supply through the development of a new raw water supply from Lake Huron. In 1997 the City of Flint initiated a feasability study to improve the existing water treatment plant as a second source of water. This study resulted in a segmented program to design the necessary improvements to treat both river water to provide redundancy and also treat Lake Huron water as a future source of water from a long range planing perspective. This program of upgrading the plant resulted in what is known today as the Phase I improvements.

The implementation of Phase I includes a major rehabilitation of the existing Flint Water Treatment Plant to a capacity of 36 MGD facility using Flint River water. The City of Flint, with the completion of Segments 4 & 5 by the end of 2005, will have a rehabilitated WTP capable of producing a finished water quality similar to that of the DWSD water quality.

Based on substantial DWSD water rate increases, and a soon to be rehabilitated Flint WTP, it was reasoned that a Phase II improvement study was prudent to evaluate the feasibility to upgrade the WTP to a fully functional facility. Due to significant changes in the drinking water regulations, including the USEPA-LT2ESWTR, over the past seven years since the original design report, additional facility upgrades will be required to make the facility a fully operational surface water treatment plant.

Based on the findings as presented in the body of the report and on the current regulatory requirements the following list outlines the necessary modifications/additions to meet the USEPA and MDEQ regulations, including the LT2ESWTR, for the Flint WTP to operate as a fully functional facility to produce water on a continual basis:



1. Connect new soda ash fill line to existing pneumatic system,
2. Convert two (2) existing concrete silos for bulk soda ash storage,
3. Install two (2) new gravimetric soda ash feeders to feed soda ash during the cold months to satisfy the non-carbonate hardness demand,
4. Install a reliable disinfection system to disinfect the filter effluent prior to the 3.0 MG reservoir No. 4. Review the concept of hypochlorite feed to provide disinfection,
5. Discharge primary ferric sludge to the sanitary sewer system,
6. Construct two (2) lime sludge thickeners,
7. Based on the present site configuration, construct a lime sludge dewatering building with two (2) plate and frame filter presses. After pressing, bunker store the dewatered lime sludge for up to four (4) months. After four (4) months, contract with a sludge hauler to load and truck dewatered lime sludge to approved agriculture land for recycling as a pH amendment,
8. Replace the existing 25 MGD low service Pump No. 4 & 30 MGD Pump No. 6 with new 15 MGD & 20 MGD pumps (respectively) and 480V motors.
9. Replace the remaining existing electrical switch gear with new code compliant electrical equipment,
10. High service Pump Nos. 7 & 8 (20 MGD each) will receive variable frequency drives. Pump Nos. 1 & 2 (25 & 20 MGD respectively) will be replaced with a 10 MGD and 20 MGD pump with a new motor and variable frequency drives. Alter suction piping on the existing 6 MGD Pump No. 9,
11. Provide auxiliary power to operate a portion of the plant during a power failure,
12. Install primary overload protection at the electric substation,
13. Evaluate finished water pumping to the distribution system and Dort reservoir for intermediate storage,
14. Implement security measures as recommended in the vulnerability study,
15. Complete the SCADA system for proper control the unit processes and pumping facilities.

The estimated cost of these improvements, as outlined in more detail in Section 3 of the Final Report, is $23,335,420. Of this amount $19,446,420 is estimated for construction including contingencies, $2,917,000 for engineering and $927,000 for financial/legal costs.

While these improvements represent the needed systems to bring the Flint Water Treatment to a position to function as a fully operation facility, some of these improvements can be temporarily deferred to facilitate funding concerns and/or final implementation of water quality regulations.

## MANDATED MINIMUM IMPROVEMENTS:

In order for the Flint Water Treatment Plant to meet the minimum standards as set forth by the current federal and state regulations for a fully functional water treatment plant, the following improvements must be completed:

1. Lime thickening, filter press and bunker storage facilities to handle lime sludge from the softening process.
2. Soda ash feed system to treat the non-carbonate hardness.
3. Install one 20 MGD low lift pump and associated appurtenances for redundancy.
4. Install one 10 MGD high lift pump and associated appurtenances for equalization of finished water pumping to meet variations in water demand.
5. Post filtration chlorination and zebra mussel control to meet mandated water quality regulations.
6. Perform the electrical system improvements including the main substation and Pump Station No. 4 upgrades along with associated minor system improvements.
7. Provide the additional carbon dioxide, oxygen and nitrogen storage and feed facilities to meet the minimum chemical storage requirements as outlined in the regulations.
8. Install the recommended security measures as defined in the Vulnerability Assessment.

The estimated budgetary cost for these improvements is $13,581,500 for construction including contingencies, $2,237,225 for engineering and $679,075 for financial/legal services, for a total of $16,497,800. These costs are individually outlined in Table 1 and a financial evaluation, with various options, is also included. We used a budgetary number of $16,500,000 for the financial evaluations in the spreadsheets.

## DEFERRED IMPROVEMENTS:

For purposes of this study, it is proposed to fund the remaining items over a ten year period, after the treatment plant is placed into service. These future improvements can be funded through revenue generated by selling water as opposed to purchasing water from DWSD. The following sequence of the remaining improvements, in order of priority, is presented for the City of Flint's consideration. These costs, approximately $6.84 million, are also individually outlined in Table 1.

1. Standby power facilities.
2. SCADA system.
3. 15 MGD low lift pump and associated equipment.
4. 20 MGD high lift pump and associated equipment.
5. UV disinfection. This improvement will need further evaluation upon completion of the required protocol studies and after the USEPA publishes the final rule. At this time, the USEPA has not published the final rule relative to disinfection issues that will determine the timing of the improvement. Therefore the priority of this

improvement may change, depending on regulatory requirements.

*ENR 6782*
*12/2003*

### Table 1

| Improvement | Mandated Program Estimated Cost | Deferred Program Estimated Cost |
|---|---|---|
| Lime Sludge Facilities | $8,755,000 | |
| Soda Ash Feed System | $300,000 | |
| 20 MGD Low Lift Pump | $487,500 | |
| 10 MGD High Lift Pump | $547,500 | |
| Chlorination & Zebra Mussel | $199,000 | |
| Electrical System Upgrades | $1,907,500 | |
| Additional Chemical System | $1,340,000 | |
| Security Measures | $45,000 | |
| Standby Power | | $1,750,000 |
| SCADA | | $884,920 |
| 15 MGD Low Lift Pump | | $450,000 |
| 20 MGD High Lift Pump | | $480,000 |
| UV Disinfection | | $2,300,000 |
| Total with Contingencies | $13,581,500 | $5,864,920 |
| Engineering | $2,237,225 | $679,738 |
| Financial/Legal | $679,075 | $293,246 |
| Total Project Budget | $16,497,800 | $6,837,904 |

Note: Above numbers are in current dollars.

## FINANCIAL EVALUATION:

As previously indicated, we have included a financial evaluation comparing the two alternatives of continuing to purchase water from DWSD and completing Phase II of the water treatment plant project to provide service to the City of Flint. Four options were evaluated in this comparison, two using revenue bonds at an interest rate of 6% and two with 2.5% revolving loan funds. Each of these interest rate options were compared against the projected DWSD annual rate increases of 8% and 9%. As seen in the attachment, the options indicate a savings to the City of Flint ranging from $59 million to $71 million over an eight year period.

### Description of Options

#### Option 1

Detroit Annual Rate Increase - 9%
Annual Inflation Rate - 5%
Phase II Construction:
    Amount - $16,500,000
    Rate - 6%
    Years - 20
    Cap Interest - Not Included
    CIP - $6,840,000 Over 10 Years
    Project Time - 3.5 Years for Design, Financing and Construction
    Estimated Service Date - January 2008

*Savings between 2008 and 2015 -*     *$67,014,830*

#### Option 2

Detroit Annual Rate Increase - 8%
Annual Inflation Rate - 5%
Phase II Construction:
    Amount - $16,500,000
    Rate - 6%
    Years - 20
    Cap Interest - Not Included
    CIP - $6,840,000 Over 10 Years
    Project Time - 3.5 Years for Design, Financing and Construction
    Estimated Service Date - January 2008

*Savings between 2008 and 2015 -*     *$59,071,970*

#### Option 3

Detroit Annual Rate Increase - 9%
Annual Inflation Rate - 5%
Phase II Construction:
    Amount - $16,500,000
    Rate - 2.5%
    Years - 20
    Cap Interest - Not Included
    CIP - $6,840,000 Over 10 Years
    Project Time - 3.5 Years for Design, Financing and Construction
    Estimated Service Date - January 2008

*Savings between 2008 and 2015 -*     *$71,196,123*

#### Option 4

Detroit Annual Rate Increase - 8%
Annual Inflation Rate - 5%
Phase II Construction:
    Amount - $16,500,000
    Rate - 2.5%
    Years - 20
    Cap Interest - Not Included
    CIP - $6,840,000 Over 10 Years
    Project Time - 3.5 Years for Design, Financing and Construction
    Estimated Service Date - January 2008

*Savings between 2008 and 2015 -*     *$63,253,263*

**COST OF WATER FOR CITY OF FLINT**
Alvord, Burdick & Howson, L.L.C.

Option 4

## A. Flint Buys Water From Detroit For City of Flint (Excluding Genesee County)

| Year | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Quantity of Water Purchased (Mcf) (Assumed 18.0 MGD) | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | |
| Detroit Water Rate ($ per Mcf) (Annual Increase @ 8%) | $10.24 | $11.06 | $11.94 | $12.90 | $13.93 | $15.05 | $16.25 | $17.55 | $18.95 | $20.47 | $22.11 | |
| Cost of Water Purchased | $8,994,232 | $9,713,771 | $10,490,873 | $11,330,142 | $12,236,554 | $13,215,478 | $14,272,716 | $15,414,534 | $16,647,696 | $17,979,512 | $19,417,873 | |
| 2. Cost of WTP Phase I & II Upgrade | | | | | | | | | | | | |
| $24.68 Million @ 2.5% for 20 Years | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | |
| $19.18 Million @ 2.5% for 20 Years | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | Total |
| 3. Total Cost of Water Purchased | $11,672,209 | $12,391,748 | $13,168,850 | $14,008,119 | $14,914,531 | $15,893,455 | $16,950,693 | $18,092,511 | $19,325,673 | $20,657,489 | $22,095,850 | $179,171,128 |

## B. Flint Completes WTP Upgrade and uses Flint River as Water Source (Excluding Genesee County)

| Year | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Quantity of Water Treated (Mcf) (Assumed 18.0 MGD) | | | | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | |
| 2. Additional WTP O&M Expenses not in Current Budget (assume 5% inflation rate) | | | | | | | | | | | | |
| Labor Cost | | | | $306,308 | $321,623 | $337,705 | $354,590 | $372,319 | $390,935 | $410,482 | $431,006 | |
| Power Cost - Pumping | | | | $672,440 | $706,062 | $741,365 | $778,433 | $817,355 | $858,223 | $901,134 | $946,191 | |
| Ozone Cost (Power & Oxygen) | | | | $180,478 | $189,502 | $198,977 | $208,926 | $219,372 | $230,341 | $241,858 | $253,951 | |
| Chemical Cost (1) | | | | $2,206,122 | $2,316,428 | $2,432,249 | $2,553,862 | $2,681,555 | $2,815,633 | $2,956,414 | $3,104,235 | |
| Maintenance (2) | | | | $619,908 | $650,904 | $683,449 | $717,621 | $753,502 | $791,177 | $830,736 | $872,273 | |
| Total Additional WTP O&M Cost | | | | $3,985,256 | $4,184,519 | $4,393,745 | $4,613,432 | $4,844,104 | $5,086,309 | $5,340,624 | $5,607,656 | |
| | | | | or | or | or | or | or | or | or | or | |
| Cost per Mcf | | Phase II of WTP Under Construction | | $3.86 | $4.76 | $5.00 | $5.25 | $5.52 | $5.79 | $6.08 | $6.38 | |
| 3. Cost of WTP Phase I Upgrade | | | | | | | | | | | | |
| $24.68 Million @ 2.5% for 20 Years | | | | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | |
| $19.18 Million @ 2.5% for 20 Years | | | | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | |
| 4. Cost of WTP Phase II Upgrade | | | | | | | | | | | | |
| $16.5 Million @ 2.5% for 20 Years | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | |
| Additional CIP - $6.84 Million | $0 | $0 | $0 | $792,000 | $831,600 | $873,180 | $916,839 | $962,681 | $1,010,815 | $1,061,356 | $1,114,424 | |
| Cost of Purchased Water | $11,672,209 | $12,391,748 | $13,168,850 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | Total |
| 5. Total Cost of Water Treated | $12,730,637 | $13,450,176 | $14,227,277 | $8,513,661 | $8,752,524 | $9,003,329 | $9,266,676 | $9,543,189 | $9,833,928 | $10,138,385 | $10,458,484 | $115,917,865 |
| | | | | | | | | | | | | Savings |
| Savings | -$1,058,428 | -$1,058,428 | -$1,058,428 | $5,494,459 | $6,162,007 | $6,890,126 | $7,684,018 | $8,549,321 | $9,492,145 | $10,519,104 | $11,637,366 | $63,253,263 |

Notes:
(1) Includes Sludge Disposal Cost
(2) Estimated Additional Cost of Supplies, Equipment, Repairs and Maintenance

**COST OF WATER FOR CITY OF FLINT**
Alvord, Burdick & Howson, L.L.C.

Option 1

### A. Flint Buys Water From Detroit For City of Flint (Excluding Genesee County)

| Year | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Quantity of Water Purchased (Mcf) (Assumed 18.0 MGD) | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | |
| Detroit Water Rate ($ per Mcf) (Annual Increase @ 9%) | $10.24 | $11.16 | $12.17 | $13.26 | $14.45 | $15.76 | $17.17 | $18.72 | $20.40 | $22.24 | $24.24 | |
| Cost of Water Purchased | $8,994,232 | $9,803,713 | $10,686,047 | $11,647,792 | $12,696,093 | $13,838,741 | $15,084,228 | $16,441,809 | $17,921,571 | $19,534,513 | $21,292,619 | |
| 2. Cost of WTP Phase I Upgrade | | | | | | | | | | | | |
| $24.68 Million @ 2.5% for 20 Years | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | |
| $19.18 Million @ 2.5% for 20 Years | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | Total |
| 3. Total Cost of Water Purchased | $11,672,209 | $12,481,690 | $13,364,024 | $14,325,769 | $15,374,070 | $16,516,718 | $17,762,205 | $19,119,786 | $20,599,548 | $22,212,490 | $23,970,596 | $187,399,105 |

### B. Flint Completes WTP Upgrade and uses Flint River as Water Source (Excluding Genesee County)

| Year | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Quantity of Water Treated (Mcf) (Assumed 18.0 MGD) | | | | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | |
| 2. Additional WTP O&M Expenses not in Current Budget (assume 5% inflation rate) | | | | | | | | | | | | |
| Labor Cost | Phase II of WTP Under Construction | | | $306,308 | $321,623 | $337,705 | $354,590 | $372,319 | $390,935 | $410,482 | $431,006 | |
| Power Cost - Pumping | | | | $672,440 | $706,062 | $741,365 | $778,433 | $817,355 | $858,223 | $901,134 | $946,191 | |
| Ozone Cost (Power & Oxygen) | | | | $180,478 | $189,502 | $198,977 | $208,926 | $219,372 | $230,341 | $241,858 | $253,951 | |
| Chemical Cost {1} | | | | $2,206,122 | $2,316,428 | $2,432,249 | $2,553,862 | $2,681,555 | $2,815,633 | $2,956,414 | $3,104,235 | |
| Maintenance {2} | | | | $619,908 | $650,904 | $683,449 | $717,621 | $753,502 | $791,177 | $830,736 | $872,273 | |
| Total Additional WTP O&M Cost | | | | $3,985,256 | $4,184,519 | $4,393,745 | $4,613,432 | $4,844,104 | $5,086,309 | $5,340,624 | $5,607,656 | |
| Cost per Mcf | | | | $3.86 | $4.76 | $5.00 | $5.25 | $5.52 | $5.79 | $6.08 | $6.38 | |
| 3. Cost of WTP Phase I Upgrade | | | | | | | | | | | | |
| $24.68 Million @ 2.5% for 20 Years | | | | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | |
| $19.18 Million @ 2.5% for 20 Years | | | | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | |
| 4. Cost of WTP Phase II Upgrade | | | | | | | | | | | | |
| $16.5 Million @ 6.0% for 20 Years | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | |
| Additional CIP - $6.84 Million | $0 | $0 | $0 | $792,000 | $831,600 | $873,180 | $916,839 | $962,681 | $1,010,815 | $1,061,356 | $1,114,424 | |
| Cost of Purchased Water | $11,672,209 | $12,481,690 | $13,364,024 | | | | | | | | | Total |
| 5. Total Cost of Water Treated | $13,110,755 | $13,920,235 | $14,802,570 | $8,893,778 | $9,132,641 | $9,383,447 | $9,646,793 | $9,923,307 | $10,213,646 | $10,518,502 | $10,838,601 | $120,384,275 |
| | | | | | | | | | | | | Savings |
| Savings | -$1,438,545 | -$1,438,545 | -$1,438,545 | $5,431,990 | $6,241,429 | $7,133,271 | $8,115,412 | $9,196,479 | $10,385,902 | $11,693,987 | $13,131,995 | $67,014,830 |

Notes:
{1} Includes Sludge Disposal Cost
{2} Estimated Additional Cost of Supplies, Equipment, Repairs and Maintenance

**COST OF WATER FOR CITY OF FLINT**
Alvord, Burdick & Howson, L.L.C.

Option 2

### A. Flint Buys Water From Detroit For City of Flint (Excluding Genesee County)

| | Year | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Quantity of Water Purchased (Mcf) (Assumed 18.0 MGD) | | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | |
| Detroit Water Rate ($ per Mcf) (Annual Increase @ 8%) | | $10.24 | $11.06 | $11.94 | $12.90 | $13.93 | $15.05 | $16.25 | $17.55 | $18.95 | $20.47 | $22.11 | |
| Cost of Water Purchased | | $8,994,232 | $9,713,771 | $10,490,873 | $11,330,142 | $12,236,554 | $13,215,478 | $14,272,716 | $15,414,534 | $16,647,696 | $17,979,512 | $19,417,873 | |
| **2. Cost of WTP Phase I Upgrade** | | | | | | | | | | | | | |
| $24.68 Million @ 2.5% for 20 Years | | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | |
| $19.18 Million @ 2.5% for 20 Years | | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | Total |
| **3. Total Cost of Water Purchased** | | $11,672,209 | $12,391,748 | $13,168,850 | $14,008,119 | $14,914,531 | $15,893,455 | $16,950,693 | $18,092,511 | $19,325,673 | $20,657,489 | $22,095,850 | $179,171,128 |

### B. Flint Completes WTP Upgrade and uses Flint River as Water Source (Excluding Genesee County)

| | Year | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Quantity of Water Treated (Mcf) (Assumed 18.0 MGD) | | | | | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | |
| **2. Additional WTP O&M Expenses not in Current Budget (assume 5% inflation rate)** | | | | | | | | | | | | | |
| Labor Cost | | | | | $306,308 | $321,623 | $337,705 | $354,590 | $372,319 | $390,935 | $410,482 | $431,006 | |
| Power Cost - Pumping | | | | | $672,440 | $706,062 | $741,365 | $778,433 | $817,355 | $858,223 | $901,134 | $946,191 | |
| Ozone Cost (Power & Oxygen) | | | | | $180,478 | $189,502 | $198,977 | $208,926 | $219,372 | $230,341 | $241,858 | $253,951 | |
| Chemical Cost [1] | | | | | $2,206,122 | $2,316,428 | $2,432,249 | $2,553,862 | $2,681,555 | $2,815,633 | $2,956,414 | $3,104,235 | |
| Maintenance [2] | | | | | $619,908 | $650,904 | $683,449 | $717,621 | $753,502 | $791,177 | $830,736 | $872,273 | |
| Total Additional WTP O&M Cost | | | | | $3,985,256 | $4,184,519 | $4,393,745 | $4,613,432 | $4,844,104 | $5,086,309 | $5,340,624 | $5,607,656 | |
| Cost per Mcf | | _Phase II of WTP Under Construction_ | | | or $3.86 | or $4.76 | or $5.00 | or $5.25 | or $5.52 | or $5.79 | or $6.08 | or $6.38 | |
| **3. Cost of WTP Phase I Upgrade** | | | | | | | | | | | | | |
| $24.68 Million @ 2.5% for 20 Years | | | | | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | |
| $19.18 Million @ 2.5% for 20 Years | | | | | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | |
| **4. Cost of WTP Phase II Upgrade** | | | | | | | | | | | | | |
| $16.5 Million @ 6.0% for 20 Years | | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | $1,438,545 | |
| Additional CIP - $6.84 Million | | $0 | $0 | $0 | $792,000 | $831,600 | $873,180 | $916,839 | $962,681 | $1,010,815 | $1,061,356 | $1,114,424 | |
| Cost of Purchased Water | | $11,672,209 | $12,391,748 | $13,168,850 | | | | | | | | | Total |
| **5. Total Cost of Water Treated** | | $13,110,755 | $13,830,293 | $14,607,395 | $8,893,778 | $9,132,641 | $9,383,447 | $9,646,793 | $9,923,307 | $10,213,646 | $10,518,502 | $10,838,601 | $120,099,158 |
| | | | | | | | | | | | | | Savings |
| Savings | | -$1,438,545 | -$1,438,545 | -$1,438,545 | $5,114,341 | $5,781,890 | $6,510,008 | $7,303,900 | $8,169,204 | $9,112,027 | $10,138,987 | $11,257,249 | $59,071,970 |

Notes:
(1) Includes Sludge Disposal Cost
(2) Estimated Additional Cost of Supplies, Equipment, Repairs and Maintenance

**COST OF WATER FOR CITY OF FLINT**
Alvord, Burdick & Howson, L.L.C.

Option 3

### A. Flint Buys Water From Detroit For City of Flint (Excluding Genesee County)

| Year | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Quantity of Water Purchased (Mcf) (Assumed 18.0 MGD) | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | |
| Detroit Water Rate ($ per Mcf) (Annual Increase @ 9%) | $10.24 | $11.16 | $12.17 | $13.26 | $14.45 | $15.76 | $17.17 | $18.72 | $20.40 | $22.24 | $24.24 | |
| Cost of Water Purchased | $8,994,232 | $9,803,713 | $10,686,047 | $11,647,792 | $12,696,093 | $13,838,741 | $15,084,228 | $16,441,809 | $17,921,571 | $19,534,513 | $21,292,619 | |
| 2. Cost of WTP Phase I & II Upgrade | | | | | | | | | | | | |
| $24.68 Million @ 2.5% for 20 Years | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | |
| $19.18 Million @ 2.5% for 20 Years | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | Total |
| 3. Total Cost of Water Purchased | $11,672,209 | $12,481,690 | $13,364,024 | $14,325,769 | $15,374,070 | $16,516,718 | $17,762,205 | $19,119,786 | $20,599,548 | $22,212,490 | $23,970,596 | $187,399,105 |

### B. Flint Completes WTP Upgrade and uses Flint River as Water Source (Excluding Genesee County)

| Year | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Quantity of Water Treated (Mcf) (Assumed 18.0 MGD) | | | | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | 878,343 | |
| 2. Additional WTP O&M Expenses not in Current Budget (assume 5% inflation rate) | | | | | | | | | | | | |
| Labor Cost | | | | $306,308 | $321,623 | $337,705 | $354,590 | $372,319 | $390,935 | $410,482 | $431,006 | |
| Power Cost - Pumping | | | | $672,440 | $706,062 | $741,365 | $778,433 | $817,355 | $858,223 | $901,134 | $946,191 | |
| Ozone Cost (Power & Oxygen) | | | | $180,478 | $189,502 | $198,977 | $208,926 | $219,372 | $230,341 | $241,858 | $253,951 | |
| Chemical Cost (1) | | | | $2,206,122 | $2,316,428 | $2,432,249 | $2,553,862 | $2,681,555 | $2,815,633 | $2,956,414 | $3,104,235 | |
| Maintenance (2) | | | | $619,908 | $650,904 | $683,449 | $717,621 | $753,502 | $791,177 | $830,736 | $872,273 | |
| Total Additional WTP O&M Cost | | | | $3,985,256 | $4,184,519 | $4,393,745 | $4,613,432 | $4,844,104 | $5,086,309 | $5,340,624 | $5,607,656 | |
| | | | | or | or | or | or | or | or | or | or | |
| Cost per Mcf | Phase II of WTP Under Construction | | | $3.86 | $4.76 | $5.00 | $5.25 | $5.52 | $5.79 | $6.08 | $6.38 | |
| 3. Cost of WTP Phase I Upgrade | | | | | | | | | | | | |
| $24.68 Million @ 2.5% for 20 Years | | | | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | $1,551,945 | |
| $19.18 Million @ 2.5% for 20 Years | | | | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | $1,126,032 | |
| 4. Cost of WTP Phase II Upgrade | | | | | | | | | | | | |
| $16.5 Million @ 2.5% for 20 Years | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | $1,058,428 | |
| Additional CIP - $6.84 Million | $0 | $0 | $0 | $792,000 | $831,600 | $873,180 | $916,839 | $962,681 | $1,010,815 | $1,061,356 | $1,114,424 | |
| Cost of Purchased Water | $11,672,209 | $12,481,690 | $13,364,024 | | | | | | | | | Total |
| 5. Total Cost of Water Treated | $12,730,637 | $13,540,118 | $14,422,452 | $8,513,661 | $8,752,524 | $9,003,329 | $9,266,676 | $9,543,189 | $9,833,528 | $10,138,385 | $10,458,484 | $116,202,982 |
| | | | | | | | | | | | | Savings |
| Savings | -$1,058,428 | -$1,058,428 | -$1,058,428 | $5,812,108 | $6,621,546 | $7,513,389 | $8,495,529 | $9,576,596 | $10,766,020 | $12,074,105 | $13,512,112 | $71,196,123 |

Notes:

(1) Includes Sludge Disposal Cost

(2) Estimated Additional Cost of Supplies, Equipment, Repairs and Maintenance

# ALVORD, BURDICK & HOWSON, L.L.C.

## ENGINEERS

· SERVICES

TER SUPPLY, PURIFICATION AND DISTRIBUTION
STEWATER COLLECTION AND TREATMENT
OOD CONTROL
STORMWATER FACILITIES
INVESTIGATIONS, REPORTS AND DESIGNS
CONSTRUCTION AND OPERATION SERVICES
APPRAISALS AND RATE REPORTS

4710-3 MAIN STREET
LISLE, IL 60532
TEL. (630) 493-1841    FAX: (630) 493-1843
E-MAIL: DUPAGE@ABHENGINEERS.COM

JOHN W. ALVORD        CHARLES B. BURDICK      LOUIS R. HOWSON
1881-1943             1874-1955               1887-1985

DONALD E. ECKMANN    DR. YA-TAI LIN
J. WARREN GREEN    BON G. MUI    DR. RAY S.T. CHENG
JAMES W. HEDGES    WILLIAM L. MEINHOLZ    RICHARD D. SHEA

MEMBERS

AMERICAN CONSULTING ENGINEERS COUNCIL
AMERICAN PUBLIC WORKS ASSOCIATION
AMERICAN SOCIETY OF CIVIL ENGINEERS
AMERICAN WATER WORKS ASSOCIATION
NATIONAL ASSOCIATION OF
CORROSION ENGINEERS
WATER ENVIRONMENT FEDERATION
WESTERN SOCIETY OF ENGINEERS

January 6, 2004

Mr. Jeff Bryson
Water Plant Supervisor
Flint Water Plant
City of Flint
4500 North Dort Highway
Flint, MI  48505

Ref:   City of Flint, Michigan
       Water Treatment Plant Rehabilitation
       Phase II

Dear Mr. Bryson:

Enclosed are four copies of the Final Preliminary Design Report for the above referenced project for your review and consideration. Your previous comments have been incorporated into this final report.  If you have any questions or require any additional information, please contact me at your convenience.

Very Truly Yours:

Alvord, Burdick & Howson, L.L.C.

J. Warren Green, P.E.
Partner

cc      John O'Malia
        Mark Jacobs

**WATER TREATMENT PLANT REHABILITATION**
**PHASE II**
**TABLE OF CONTENTS**

| | | |
|---|---|---|
| SECTION 1 | INTRODUCTION | 1-1 |
| 1.1 | Background | 1-1 |
| 1.2 | Report Format | 1-2 |
| 1.3 | Drawings | 1-3 |
| SECTION 2 | ALTERNATE A-LIME SLUDGE THICKENERS, PLATE AND FRAME FILTER PRESSES WITH BUNKER STORAGE | 2-1 |
| SECTION 3 | DESIGN CRITERIA | 3-1 |
| 3.1 | Treatment Performance Criteria – Base Load Facility | 3-1 |
| 3.2 | Process Schematic for Phase I Improvements | 3-2 |
| 3.3 | Phase II Plant Improvements | 3-3 |
| 3.4 | Basis of Design | 3-3 |
| 3.5 | Project Cost Opinion | 3-15 |
| SECTION 4 | SODA ASH FEED SYSTEM | 4-1 |
| SECTION 5 | ULTRAVIOLET INACTIVATION | 5-1 |
| SECTION 6 | LIME SLUDGE DISPOSAL ALTERNATIVES | 6-1 |
| 6.1 | General | 6-1 |
| 6.2 | Alternate A - Lime Thickeners, Plate and Frame Presses with Bunker Storage | 6-1 |
| 6.3 | Alternate B - Lime Sludge Storage Lagoons | 6-2 |
| 6.4 | Alternate C - Lime Sludge Sand Filter Dewatering Lagoons | 6-2 |
| SECTION 7 | LOW AND HIGH LIFT PUMPING | 7-1 |
| 7.1 | Low Service Pumping Station Facility | 7-1 |
| 7.2 | High Service Pumping Station Facility | 7-2 |
| SECTION 8 | POST FILTRATION CHLORINATION AND ZEBRA MUSSEL CONTROL | 8-1 |
| 8.1 | Sodium Hypochlorite System | 8-1 |
| 8.2 | Zebra Mussel Control | 8-6 |
| SECTION 9 | SCADA AND ELECTRICAL EVALUATION | 9-1 |
| 9.1 | Scada Evaluation | 9-1 |
| 9.2 | Electrical Evaluation | 9-11 |

SECTION 10   SECURITY ISSUES                               10-1

SECTION 11   ADDITIONAL CHEMICAL STORAGE                   11-1

SECTION 12   RESERVOIR IMPACTS                             12-1

**DRAWING LIST:**

SECTION 1 – TITLE SHEET
        GENERAL SITE PLAN – DRAWING NO. 1
        PROPOSED PLANT IMPROVEMENTS – DRAWING NO. 2

SECTION 5 – PROPOSED UV PROCESS FOR POST
        DISINFECTION – DRAWING NO. 3

SECTION 6 – PROPOSED LIME SLUDGE STORAGE
        STRUCTURE – DRAWING NO. 4
        PROPOSED LIME FILTER PRESS
        BUILDING – DRAWING NO. 5

SECTION 7 – PROPOSED PUMP STATION NO. 4 HIGH & LOW
        SERVICE PUMPING IMPROVEMENTS – DRAWING NO. 6

SECTION 9 – PROPOSED SCADA COMMUNICATION ARCHITECTURE
        – DRAWING NO. 7
        PROPOSED SCADA TELEMETRY RTU ARCHITECTURE
        - DRAWING NO. 8
        PROPOSED PLC LAYOUT – DRAWING NO. 9

SECTION 11 – PROPOSED $CO_2$ TANK AND PIPING
        DETAILS – DRAWING NO. 10
        PROPOSED SECOND LOX AND
        NITROGEN STORAGE AREA - DRAWING NO. 11

## SECTION 1 – INTRODUCTION

### 1.1    BACKGROUND AND MODIFICATIONS/ADDITIONS

The City of Flint has purchased treated water from the City of Detroit Water and Sewerage Department (DWSD) since December 1965. Water is conveyed to the Flint area through a single transmission main from the DWSD Lake Huron water treatment plant located north of Port Huron. Water is also supplied to Genesee County. The current standby or reliable backup source for potable water, to serve the Flint area, is the existing Flint Water Plant. The plant is periodically exercised using Flint River water and then discharged back into the river. Substantial plant upgrades have been constructed to provide emergency water supply in accordance with MDEQ Standards. A reliable second source of water continues to be of grave concern to the City of Flint, Genesee County and the Michigan Department of Environmental Quality (MDEQ).

Over the past thirty-seven years, a variety of second source alternatives have been considered by the City of Flint. A second source agreement has yet to be reached between the City of Flint and DWSD. The stalemate appears to revolve around the decision to abandon or upgrade the existing Flint Water Treatment Plant versus the cost impacts of the second pipeline from DWSD.

Feasibility studies of long-term water supply alternatives have been undertaken both by the City of Flint and Genesee County. The studies recommend a long-term program to replace the DWSD water supply through the development of a new raw water supply from Lake Huron. The implementation of Phase I includes a major rehabilitation of the existing Flint Water Treatment Plant to a water producing 36 MGD facility using Flint River water. Phase I Segments 1-3 have been constructed and Segments 4 & 5 started construction November 2003.

The City of Flint, by the end of 2005, will have a rehabilitated WTP capable of producing similar finished water quality to that of the DWSD pipeline. The Project Plan was funded with DWRF low interest funds. The project plan concept was the rehabilitation of the Flint WTP as a backup to provide water when the DWSD finished water pipeline fails.

Based on substantial DWSD water rate increases, and a soon to be rehabilitated WTP, it was reasoned that a Phase II Study was prudent to evaluate the feasibility to upgrade the WTP to a fully functional facility. Due to significant changes in the drinking water regulations, including the LT2ESWTR, over the past seven years since the original design report, additional facility upgrades will be required to make the facility a fully operational surface water treatment plant.

Based on the current schedule for Segment 5 completion of 2005, defining the technical upgrade requirements with associated cost to produce water vs. continued DWSD water purchase will be necessary. The process additions and modifications to utilize the Flint River as the raw water source were discussed with MDEQ.

The following is a list of modifications/additions to meet the U.S. EPA LT2ESWTR requirements to allow the Flint WTP to function as a fully functional facility to produce water on a daily basis:

- Connect new soda ash fill line to existing pneumatic system,
- Convert two (2) existing concrete silos for bulk soda ash storage,
- Install two (2) new gravimetric soda ash feeders to feed soda ash during the cold months to satisfy the non-carbonate hardness demand,
- Install a reliable disinfection system to disinfect the filter effluent prior to the 3.0 MG reservoir No. 4. Review the concept of hypochlorite feed to provide disinfection,
- Discharge primary ferric sludge to the sanitary sewer pump station that pumps to Dort Highway sanitary sewer,
- Construct two (2) lime sludge thickeners prior to lime sludge dewatering,
- Based on the present site configuration, construct a lime sludge dewatering building with two (2) plate and frame filter presses. After pressing, bunker store the dewatered lime sludge for up to four (4) months. After four (4) months, contract with a sludge hauler to load and truck dewatered lime sludge to approved agriculture land for recycling as a pH amendment,
- Replace the existing 25 MGD low service Pump No. 4 & 30 MGD Pump No. 6 with new 15 MGD & 20 MGD pumps (respectively) and 480V motors.
- Replace the remaining existing high service electrical switch gear with new code compliant electrical equipment,
- High service Pump Nos. 7 & 8 (20 MGD each) will receive variable frequency drives. Pump Nos. 1 & 2 (25 & 20 MGD respectively) will be replaced with a 10 MGD and 20 MGD pump with a new motor and variable frequency drives. Alter suction piping on the existing 6 MGD Pump No. 9.
- Provide auxiliary power to operate a portion of the plant during a power failure,
- Install primary overload protection at the electric substation,
- Evaluate finished water pumping to on-site Dort reservoir for intermediate storage and repumping to the Flint distribution system,
- Implement security measures as recommended in the vulnerability study,
- Complete the SCADA system to properly control the unit processes.

## 1.2    REPORT FORMAT

Contained in Section 3 and subsequent sections will be the design criteria followed by a plan and/or section on 11" X 17" drawings reduced from 24" X 36" drawings to illustrate appropriate features. Specific sections will also contain material that describes new equipment to be utilized to allow the Flint Water Treatment Plant to become a fully functional facility.

## 1.3 DRAWINGS

Contained in this section is the Title Sheet Drawing. Also included is the Existing General Site Plan Drawing No. 1 that shows most features and general infrastructure. The last drawing is the Plan of the Existing Treatment Plant No. 2, completely rehabilitated to a 36 MGD back up facility, to produce water in case of a DWSD pipeline failure.

# CITY OF FLINT, MICHIGAN
# DEPARTMENT OF UTILITIES
# WATER TREATMENT PLANT REHABILITATION PHASE II
# PRELIMINARY DESIGN REPORT



**LOCATION MAP**

## CITY ADMINISTRATION
ROBERT CARLYON, UTILITIES DIRECTOR
JEFF BRYSON, WATER PLANT SUPERVISOR

ALVORD, BURDICK & HOWSON LLC
IN CONJUNCTION WITH
O'MALIA CONSULTING
DMYTRYKA JACOBS ENGINEERS, INC.

NOVEMBER, 2003

2

**SECTION 2 – ALTERNATE A-LIME SLUDGE THICKENERS, PLATE AND FRAME FILTER PRESSES WITH BUNKER STORAGE.**

Contained in Section 6 of this Report are several lime sludge disposal alternatives available to the City of Flint to process sludge from a base load facility. Those options are as follows:

**Alternate A:**
Two (2) forty-five (45) foot diameter sludge thickeners (20' SWD) followed by plate and frame filter presses for dewatering. After pressing, transport sludge using a 5 c.y. front-end loader to a covered bunker for no more than four (4) months of storage. After four (4) months, use a front-end loader to load truck trains with 55-60% lime sludge solids. Haul to agricultural land for recycling as a pH amendment,

**Alternate B:**
Pump lime sludge to new lime sludge lagoons adjacent to the Flint Water Treatment Plant (out of Flood Plain). Lagoons to be sized to allow eighteen (18) months storage. This will allow annual cleaning and removal for agriculture land application.

**Alternate C:**
Pump to new lime sand filter lagoons for dewatering and provide storage for eighteen (18) months of lime sludge. Remove dewatered lime sludge annually and haul to agriculture land for application.

The City of Flint has selected Alternate A as contained within this Plan.

Alternate A was evaluated and compared to the current, new and existing Water Treatment Plant technologies and similar softening process operations in the State of Michigan. Alternate A contains the best design and operational concepts and then enhances any deficiencies learned from other WTP plant personnel and lime waste haulers. The concept of lime sludge dewatering and land application can be disposed of for $15.00 per dry ton. We believe Alternate A is the least cost from a capital and operation investment.

The preliminary design, plans and proposed equipment, contained in the following sections, supports the design issues as recommended in this report.



**GENERAL SITE PLAN**

SCALE: 1"=100'

| | | |
|---|---|---|
| ALVORD, BURDICK & HOWSON LLC | | |
| IN COMBINATION WITH | CITY OF FLINT | WATER TREATMENT PLANT REHABILITATION |
| O'MALIA CONSULTING | DEPARTMENT OF UTILITIES | PHASE II |
| DMYTRYKA JACOBS ENGINEERS, INC. | | GENERAL SITE PLAN |
| | | EXISTING AND PROPOSED |

FLINT                          MICHIGAN

SHEET

DRAWING NUMBER

**1**



PROPOSED SODA-ASH
DELIVERY SYSTEM

PROPOSED 2 - SODA-ASH FEEDERS

PROPOSED UV REACTOR LOCATION

**PLAN**
SCALE: 1"=20'

| ALVORD, BURDICK & HOWSON LLC | | | | WATER TREATMENT PLANT REHABILITATION | | | | | SHEET |
| IN COLLABORATION WITH | | | | PHASE II | | | | | OF |
| O'MALIA CONSULTING | FLINT | | MICHIGAN | PROPOSED PLANT IMPROVEMENTS | | | | | DRAWING NUMBER |
| DMYTRYKA JACOBS ENGINEERS, INC. | CITY OF FLINT DEPARTMENT OF UTILITIES | | | SODA ASH FEEDERS AND DELIVERY SYSTEM AND UV LOCATIONS | | | | | 2 |



**SECTION 3 – DESIGN CRITERIA**

Contained in this Section are the appropriate criteria and illustrations indicating the complete Phase II changes, alteration and additions to allow the rehabilitated Phase I – Segment 1 thru 5 WTP to meet the LT2ESWTR U.S. EPA requirements. The design criteria are based on the utilization of the Flint River as a fully functional plant with a firm capacity of 36 MGD.  Presently, the City of Flint and Genesee County receive treated lake water through a single pipeline from DWSD. The finished water is naturally soft and the rehabilitated plant will produce similar water quality through the reactivation of the lime softening process within the plant.  Therefore, the finished water from the rehabilitated water plant will be equal or better than the water as received from DWSD.

**3.1    TREATMENT PERFORMANCE CRITERIA – FULLY FUNCTIONAL FACILITY**

The Proposed Improvements and Alternate A – Lime Sludge Disposal will meet or be below the safe drinking water quality standards in accordance with the U.S. EPA LT2ESWTR requirements.  These criteria are as follows:

3.1.1.  Firm Capacity – 36 MGD

3.1.2.  Supply – Flint River

3.1.3.  Turbidity – 0.1 – 0.2 NTU

3.1.4.  Hardness – 100 +/- mg/l as $CaCO_3$

3.1.5.  Cryptosporidium -    3-Log with Rehabilitated treatment (settling, softening and filtration)
Total – 3-Log Inactivation

3.1.6.  Giardia -    Conventional Treatment – 2.5 – Log
Final Disinfection with $Cl_2$ – 0.25 – Log
Total - >2.75 – Log

3.1.7.  Viruses -    Ozone - >1.8 – Log
Conventional Treatment – 2-Log
Final Disinfection with $Cl_2$ – 1-Log
Total - >4.8-Log

3.1.8.  Taste and Odor (T&O) -

Periodic incidences of T&O will be eliminated with ozone pre-treatment.

3.1.9.  Trihalomethanes (THMs)- Less than 40 ug/l

3.1.10. Reliability

Will meet or exceed all reliability requirements according to the signed Modified Consent Order dated May 13, 2003.

## 3.2    PROCESS SCHEMATIC FOR PHASE I IMPROVEMENTS

Figure 3-1, following this page, illustrates the schematic for the Phase I – Segment 1 through 5, water treatment plant rehabilitation project funded by the DWRF low interest loan program. Segments 4 & 5 are presently under construction. The existing intake structure, which has received two (2) new traveling screens, will be used. Pumped raw water will flow directly through the new ozone facility, which precedes the rehabilitated new rapid mix and primary flocculation conversion. Clarification is achieved by the addition of new primary clarifier basin(s) with plate settling to enhance removal of solids with ferric chloride and polymer additions. Primary effluent flows through an existing channel to the converted secondary clarifiers that received new solids contact equipment and achieve softening through the addition of lime, soda ash and polymer.

Overflow from the new lime softening units will flow into the existing recarbonation basins. Recarbonation is accomplished through the addition of carbon dioxide solution. Flow from the recarbonation basins is by open channel flow to the twelve (12) filters. The twelve (12) filters will be completely rehabilitated with new false bottoms, 30 inches of media, and air/water backwash. All the piping within the filter gallery will be removed and replaced with welded steel, new butterfly valves with automatic electronic actuators, and magnetic flow meters to allow rate of flow control for each filter. Chemicals will be added after filtration prior to the three (3) million gallon Clearwell No. 4. Finished water pumping will utilize the existing high service pumps in Pump Station No. 4.

Filter backwash and filter to waste will be pumped to a residual pump station and then to an equalization clarifier that presently exists east of Plant No. 2. The solids can flow by gravity into the sanitary sewer system of the City of Flint. The decanted flow will be apportioned (no greater than 5%) back through the ozone facility. Primary solids will be stored and metered into the plant sanitary sewer and pumped to the sanitary sewer located along Dort Highway.

The backwash water for the twelve (12) filters will be flow controlled from the existing 42" transmission lines from the on-site elevated storage.

The existing 15 MGD and 20 MGD river pump 2300V motors will be replaced with 480V motors and equipped with individual variable frequency drives to vary flow to the treatment facilities to match demand. The two remaining pumps will be used as backup to these two pumps and will be operated by with the existing switchgear at constant speed.



ALVORD, BURDICK & HOWSON L.L.C.
CONSULTING ENGINEERS

WATER TREATMENT PLANT REHABILITATION
PHASE I - SEGMENT 1 THRU 5

DATE: NOV. 2003

NOT TO SCALE

DRAWN: CAW

FIGURE
3-1

## 3.3   PHASE II PLANT IMPROVEMENTS

In order to convert the soon-to-be rehabilitated Flint Water Treatment Plant into a regulatory compliant facility will require additional improvements to those included in the Phase I Segment 1 thru 5 project(s).   The specific additional process items or modifications are discussed in detail in Section 1.1.   These specific improvements are required to meet the U.S. EPA LT2ESWTR, which was promulgated after the design of Phase I improvements.

## 3.4   BASIS OF DESIGN

The following Basis of Design is specific to those items to be included in Phase II.  The Phase I Basis of Design was utilized to Design, Bid and Construct Phase I – Segment 1 thru 5.  Segment 5 will be in full operation by 2005.  We have not included any Phase I, Design Criteria in this document.  This document addresses only Phase II design issues.

<div align="center">

### BASIS OF DESIGN
### FOR
### PHASE II

</div>

**GENERAL**

Maximum Day Flow Rate – 36 MGD

Average Day Flow Rate – 20 MGD

Minimum Day Flow Rate – 10 MGD

Phase I, Processes include ozonation clarification, softening, filtration and disinfection

The Basis of Design for the Phase I improvements are as contained in the new Environmental Group, Inc. Team Preliminary Design Report dated April 10, 1997 as approved.

## SODA ASH – FEED CALCULATIONS

<u>Average Flow Rate 20 MGD</u>

| | | | |
|---|---|---|---|
| 80 ppm feed rate X 20 MGD X 8.34 = | $\frac{13,344 \text{ #/day}}{24}$ | = | 556#/hour |

<u>36 MGD – Maximum Flow Rate</u>

| | | | |
|---|---|---|---|
| 80 ppm X 36 MGD X 8.34 = | 24,020 #/day | = | 1,000#/hour |

<div align="center">

3 - 3

</div>

24

Require 2 feeders @ 1,000 #/hour

Soda Ash Feeders to be U.S. Filter/Wallace and Tiernan similar to the four (4) new gravimetric lime slakers. They will connect to the existing silos with new chutes and vibrators.

## RESIDUALS MASS BALANCE

### Primary Sludge

36 MGD X 100 mg/l SS + 50 mg/l Coagulant) X 8.34 lb/gal
= 45,000 lbs. Dry solids/day

Assume 2% solids
45,000 lb/day = 2,250,000 lb. Wet solids/day
@ 2% solids = 270,000 gal. Sludge/day

### Lime Sludge Production

| | | | |
|---|---|---|---|
| Average flow – | 20 MGD –<br>mg/l = | Lime Feed<br>$\frac{1330\,(24)}{8.34\,(20)}$ | 1330 #/hour<br>= 191 mg/l |
| Maximum flow - | 36 MGD -<br>mg/l = | Lime Feed<br>$\frac{3200\,(24)}{8.34\,(36)}$ | 3200 #/hour<br>= 256 mg/l |

Soda Ash: Use 1.53 meg/l Na2CO3 = 81 mg/l

Lime: 191 mg/l X .9 = 172 mg/l as CaO
= 6.14 meq/l

256 mg/l X .9 = 230.4 mg/l as Ca0
= 8.23 meg/l

Soda Ash: 81 mg/l X .98 = 79.5 mg/l
= 1.5 meq/l

**Sludge Production**

**Average Day 20 MGD**

20 MGD ([6.14 + 1.5] X 50.1) X 8.34     = 63,845 #/day
@4% sludge     = 192,000 gal/day
    = 133 gpm

**Maximum Day 36 MGD**

36 MGD 9[8.23 + 1.5] X 50.1) x 8.34     = 146,337 #/day
@ 4% sludge     = 440,000 gal/day
    = 305 gpm

Size thickeners and lime sludge dewatering options for an average daily flow of 20 MGD.

Lime sludge from the underflow of the softening clarifies is as follows:

Dry Weight – 63,845 #/Day =     447,000 #/Week     =     224 Tons/week
Volume @ 4% = 192,000 Gal/Day

## Alternate A – Lime Thickeners, Plate & Frame Filter Presses with Bunker Storage:

Pumped flow @ 4% solids to thickeners     =     192,000 Gal/Day

### Thickener Design:

Influent to thickener @ 4%

Sludge draw-off from thickener @ 20%

Average % solids in thickener = 12%

Based on 63,845 #/Day @ 12%

Volume = 64,000 gallons in a thickener @ 12% solids

Seven (7) Day Thickener Storage:
    64,000 Gal X 7 Days     =     448,000 Gallons/Week

    Volume     =     60,000 c.f./two (2) thickeners

           =     30,000 cf/thickener

3 - 5

| = | 30,000 cf/thickener |
|---|---------------------|
|   | 20' SWD             |

| = | 1,500 sf/thickener |
|---|--------------------|

| = | 45' Diameter each |
|---|-------------------|

Requires two (2) Westech units @ 45' Diameter and 20' SWD with the following:

- 45' Diameter with 20' SWD,
- Standard cage drive with minimum 50,000 ft. lbs. Torque with housing, precision main starting with speed reducer & TEFG motor for 460/30/60 for power,
- Overload control,
- 30" Diameter center column,
- Circular steel feedwell,
- Steel box truss center cage,
- Two (2) steel rods arms with pickets, blades & adjustable squeegees,
- Aluminum center plant form with fiberglass railing,
- Steel walkway with aluminum plating
- Paint with Tnemec Paint at 3.5 mill prime and 4-6 mill top coat.

### Plate & Frame Lime Sludge Filter Press:

| Dry Solids/Week | = | 447,000 # |
|-----------------|---|-----------|
|                 |   | 44 Hour/Week to press sludge with one (1) press |

| | = | 10,160 Dry #/Hour for 44 Hours |
|---|---|---|

| @ 55%/Solids | = | 18,500 Wet #/Hour for 44 Hours |
|--------------|---|--------------------------------|

One (1) cubic yard of 55% solids weights   =   2300#/c.y.

18,500 # of wet solids   =   8 cubic yards  =   216 cf Filter Press

Select two (2) identical plate & frame filter J. Press as manufactured by U.S. Filter Company.

The following is an overview of the proposed presses:

- Total Volume - cf (each press):     225
- Number of Chambers (each press):    115
- Design Operating Pressure, psi:     100
- Plate size, mm:                     1500
- Cake Thickness, in.:                1.25
- Height, approx, in.:                107

- Width, in.:                     107
- Length, in.:                   446
- Weight Empty, approx. lbs.     73,480
- Polypropylene, non-gasketed, recessed chamber plates
- Overhead plate suspension system
- Electrically powered, fully automatic reciprocating plate shifter
- Automatic, hydraulic opening and closing system
- Rugged steel construction with high-gloss acrylic urethane finish
- 316 stainless steel feed and discharge liner pipes
- Air blow-down, even-fill, core blow feed and discharge manifold of 316 stainless steel construction with automatic valves.
- Two (2) filtrate weir boxes
- One (1) air compressor – 75 hp with 400 gallon receiver, one (1) refrigerated air dryer – 10 hp
- Two (2) progressive cavity pumps – 75 hp, 500 gpm with VFD
- One (1) plate lifter
- One (1) plate storage rack
- One (1) maintenance platform
- Drip trays, automatic type with launder
- Programmable Logic Controller System (PLC)(Allen Bradley 5/03)

The sludge process building will house two (2) filter presses and will be a two (2) story with presses on the second floor dropping sludge into a ground floor bunker area. The bunker area will consist of concrete walls to allow a 5 - cy front end loader to remove the dewatered lime cake and deliver to the lime storage building. The sludge press building will be a 60'L X 70'W two (2) story reinforced concrete structure.

The lime storage building will store the dewatered lime sludge removed from the sludge press building and transported by a 5 - cy front end loader. The lime storage building will store dewatered lime sludge for up to four (4) months. The stored quantities are as follows:

224 Dry Tons/Week X 4 Months X 4.25 Weeks/Month = 3810 Dry Tons/4 Months

$$\frac{3810 \text{ Dry Tons/4 Months}}{55\% \text{ Solids}} = 6930 \text{ Wet Tons/4 Months}$$

$$\frac{6930 \text{ Wet Tons}}{4 \text{ Months}} \text{ X } \frac{2000 \text{ \#}}{\text{Ton}} = \frac{13,860,000 \text{ Wet \#}}{4 \text{ Months}}$$

$$\frac{13,860,000 \text{ Wet\#/4 Months}}{2,300 \text{ \#/c.y.}} = 6,030 \text{ c.y. to Store for four (4) months}$$

$$\frac{6,030 \text{ c.y}}{4 \text{ Months}} \quad X \quad \frac{27 \text{ c.f.}}{\text{c.y.}} \quad = \quad \underline{163,000 \text{ c.f. to Store/4 months}}$$

Assume: Stack 55% Dewatered Sludge 10' High

Area = 16,300 ft. of Storage Area/ 4 Month period

New lime storage building will have a center access to load from the center to each end. Construct concrete walls and place building on top of the walls. Concrete walls to be 12' in height to accommodate the 10' lime sludge stacking height.

Width = 100'
Length = 192'
Total Area = 19,200 s.f. > 16,300 s.f.
Leaves 2,900 s.f. to store city-owned front end loader.

To remove stored sludge, city to bid and contract with lime sludge hauler to remove stored lime sludge from new lime storage building with a front end loader and load double bottom truck trains that can carry 42 cy or 50 tons each. Using a 5 - cy front end loader, requires nine (9) trips back and forth to fill a truck. Expect no more than 30 minutes to load out a empty double bottom. In a 10-hour day, load 20 truck trains or 840 cy or 1,000 tons. Lime sludge to be land applied on permitted agricultural land.

### Alternate B – Lime Sludge Storage Lagoons

Volume of 4% lime sludge from lime softening clarifiers approximately 192,000 gal/day based on 18 months of storage.

192,000 gal/day X 365 X 1.5 = $\underline{105,216,000 \text{ gallons of 4% lime sludge}}$
18 months

18 month volume to store = $\frac{105,216,000 \text{ gallons}}{7.48 \text{ gal/cf}}$ = 14,066,000 c.f.

Assume 10' S.W.D. = 1,407,000 c.f. Surface Area = 33 Acres of Lagoon Surface
excluding Dike sloping.

It would require 50 Acres of open space to build 33 acres of lime storage lagoon(s). This would allow set backs and roads on top of the dikes to get trucks to the area inside the lagoons being excavated.

**There is no area near or adjacent to the Flint WTP to contain an area this large. The only open space is north and some of that is in flood plain, but of insufficient size!**

3 - 8

**Alternate C- Lime Sludge Sand Filter Dewatering Lagoons:**

Dry Solids/Week = 224 Tons X 52 weeks of Storage/Drying using a 3' thick sand filter, to dewater lime sludge via collection pipes in the sand bed = 11,648 dry ton /yr.

Assume 4% sludge will gravity dewater to 40% solids = 29,120 wet tons/yr.

29,120 wet tons/year X 2,000#/ton = 58,240,000 #/yr. @ 40% solids = 7,787,000 c.f. @40%/4' of lime solids on top of filtered sand. = 1,947,000 sf/43,560 sf/acre = 45 Acres of Sand Drying Beds

Therefore, to construct 45 acres of gravity sand filter would require 65 acres of available land to construct lagoon sand drying beds with 3' of sand, 4' of 40% lime sludge being dewatered and 4' of free board to contain water and storm event(s).

Alternate C, like Alternate B, is too large for the area in or adjacent to the Flint WTP Site D.

## ULTRAVIOLET INACTIVATION (U.V.)

Install two (2) U.V. units on filter effluent. Installation to be east of the filter gallery in Water Treatment Plant No. 2. Each U.V. device to have the capability to inactivate the total maximum daily flow of 36 MGD.

U.V. Reactor Size = 48" Diameter
Two (2) units required – flow rated at 36 MGD
Length = 48" with flanged ends
Dose Rate = 40 mJ/cm$^2$ at a wave length of 253.7 nanometers

Minimum:

Inactivation for Cryptosporidium – 99.99% @ 4 log inactivation
Inactivation for Giardia – 99.9% @ 3 log activation
Head loss through the U.V. Reactor - <0.5 psi
Provide the U.V. Reactors with the following:

Two (2) 3X20 kW Calgon Sentinel Unit

- Two (2)   60 kW Sentinel UV$^{TM}$ reactors complete with 3 X 20 kW UV lamps, quartz tubes, Quickwipe$^{TM}$quartz sleeve cleaner, two UV sensors, UV view port, forty-eight (48") influent and effluent connections.
- Two (2)   Power supply cabinets (NEMA 1) complete with two electromagnetic ballasts, cooling fans, fuses
- Two (2)   Control Cabinets (NEMA 12) complete with PLC, alarm indicators, stop/start switch, emergency stop button.
- Two (2)   48" actuator operated butterfly valves (BV) on reactor to close when there

3 - 9

is a power outage. Butterfly valve also to close when a reactor is not in service.

Install a time delay on each U.V. devise to allow system warm-up prior to B.V. opening to allow the U.V. device to treat the maximum daily flow rate of 36 MGD.

Key advantages of the Calgon Sentinel$^{TM}$ system are as follows:

- High intensity medium pressure UV lamps: Medium pressure UV lamps typically have power outputs 20 to 200 times higher than low pressure systems, greatly reducing space and maintenance requirements.

- Quickwipe TM cleaning technology: Quickwipe is an automated mechanical steelwire brush that cleans the lamp sleeves and eliminates fouling to maintain a consistent UV dose, with no added chemicals and no manual cleaning required.

- Flexible, compact design: A simple design, with modular components and high-intensity medium-pressure lamps, allows a very high degree of flexibility in design for retrofitting into existing water plants with tight space requirements.

- Easy installation: Due to simple process and electrical connections, installation is simple and quick.

- Fully automated control system: Automated operation and safety controls for minimal operator attendance.

- Electromagnetic power supply: Electromagnetic power supplies are longer lasting and more stable than electronic power supplies.

- UV sensor: Ensures adequate UV dose is being applied.

- Isolated lamp power supply and control cabinet: Ensures that electrical and control equipment can be placed in a safe and convenient location.

Annual power consumption and lamp replacement estimated to cost $31,000.00/yr.


## LOW AND HIGH LIFT PUMPING

Improvements are required to both the low and high service pumps to efficiently meet the water treatment plant flow range and the water system demands. The existing low lift pump sizes, specifically the 25 MGD and 30 MGD pumps do not match the treatment plant flow ranges when used in conjunction with the existing pumps. High service pump Numbers 1 and 2 are the original DeLaval split-case pumps with oil lubricated intermediate bearings. These two pumps are in need of replacement since it is no longer cost effective to continue to repair the units. In addition, one of these pumps needs to be

3 - 10

downsized from 20 MGD to 10 MGD to match the water demand range of the City's system. Detailed improvements for each pump are described in the following:

**Low Service Pumping**

Existing 25 MGD Pump No. 4 will be replaced with a new 15 MGD pump to meet the following conditions:

Flow – 15 MGD (10,417 gpm) @ 35 ft of TDH
Proposed Pump – Flowserve Vertical Solids Handling – Model 20MNV24B
Size – 20" x 20"
Speed – 600 rpm
Motor – 125 hp vertical shaft, 480V, 3 phase
Shaft – Two 10 ft sections with intermediate steady bearing

Existing 30 MGD Pump No. 6 will be replaced with a new 20 MGD pump to meet the following conditions:

Flow – 20 MGD (13,889gpm) @ 35 ft of TDH
Proposed Pump – Flowserve Vertical Solids Handling – Model 24MNV28A
Size – 24" x 24"
Speed – 600 rpm
Motor – 200 hp vertical shaft, 480V, 3 phase
Shaft – Two 10 ft sections with intermediate steady bearing

Operating Range after Improvements:

From a minimum of 10 MGD to a maximum of 50 MGD

**High Service Pumping**

Existing 20 MGD Pump No. 2 will be replaced with a new 10 MGD pump to meet the following conditions:

Flow – 10 MGD (6,944 gpm) @ 185 ft of TDH
Proposed Pump – Flowserve Vertical Mounted Split Case – Model 300LNNV575A
Size – 16" x 12"
Speed – 1200 rpm
Motor – 450 hp vertical shaft, 2300V, 3 phase
Shaft – Two 10 ft sections with intermediate steady bearing

Existing 20 MGD Pump No. 1 will be replaced with a new 20 MGD pump to meet the following conditions:

3 - 11

Flow – 20 MGD (13,889gpm) @ 185 ft of TDH
Proposed Pump – Flowserve Vertical Mounted Split Case – Model 400LNNV900A
Size –20" x 16"
Speed – 900 rpm
Motor – 900 hp vertical shaft, 2300V, 3 phase
Shaft – Two 10 ft sections with intermediate steady bearing

Operating Range after Improvements:

From a minimum of 6 MGD to a maximum of 56 MGD

Additional detailed information is included in Section 7.


### POST FILTRATION CHLORINATION AND ZEBRA MUSSEL CONTROL

#### Sodium Hypoclorite System

A semi-bulk hypochlorite system is similar to the liquid chemical systems already in place at Flint. Details are as follows:

Storage - Thirteen 250 gallon Intermediate Bulk Containers (IBC)
Pumps - Three 180 gph metering pumps on table
Piping - CPVC

#### Sodium Permanganate

Since the existing Flint River intake design is not conducive to the use of any Zebra Mussel control method except chemical biocide application, it is proposed to use Sodium Permanganate. Recently, a water solution of Sodium Permanganate at 20% strength has become available in the market place, making this chemical an attractive and economical choice. Use of Sodium Permanganate supplied in Intermediate Bulk Containers would create a system identical to the other systems in place and proposed at the Flint Water Treatment Plant.

Storage - Three 250 gallon Intermediate Bulk Containers (IBC)
Dosage - 0.25 to 0.5 mg/l
Pumps - Three 2.25 gph metering pumps on table


### ELECTRICAL AND SCADA

Improvements are required to the existing plant electrical distribution and SCADA systems due to the aging of equipment, proposed modifications and additions to plant processes, a desire to utilize standardized hardware and software, and the connecting of

"SCADA ready." plant equipment installed during previous phases. Specific improvements are to:

- Provide electrical power and controls for a lime sludge thickening process (two 75 hp motors).

- Provide electrical power and controls for a lime sludge dewatering facility.

- Provide electrical power for a U.V. disinfection system (two 60 kilowatt units).

- Accommodate new pump motors and variable speed drives for both low service and high service pumping at Pump Station No. 4.

- Update antiquated switchgear at Pump Station No. 4.

- Update antiquated switchgear at the Main Sub-station.

- Provide a means to supply plant-wide back-up power.

- Replace proprietary telemetry equipment with standardized PLC equipment currently used in the Plant control system.

- Upgrade the existing SCADA fiber network to utilize redundant self-healing ring technology.

- Address SCADA network bandwidth issues.

Additional detailed information to implement the above improvements is included in Section 9.


## SECURITY ISSUES

Risk mitigation improvements as outlined in Chapter 10 Risk Mitigation Approaches of the City of Flint Vulnerability report will be implemented. Details are **Confidential.**


## ADDITIONAL CHEMICAL STORAGE

Additional storage will be required for carbon dioxide, oxygen and nitrogen to meet the minimum storage requirements as outlined by the regulatory agencies, but not required for stand-by facilities.

**Carbon Dioxide**

One carbon dioxide storage tank and unloading station identical to the existing unit will be installed north of the existing tank on a concrete equipment pad as shown in the drawing section of this report. Details are listed as follows:

Capacity – 34 tons of liquid carbon dioxide
Vaporizer – 750 pounds per hour @ 300 psig
Refrigeration – Low speed compressor, 3 hp, 480V, 3-phase
Piping – Schedule 80 carbon steel and schedule 40 304L stainless steel
Gas piping will follow the route of the existing 3" piping from the existing casing located on the west side of west secondary slow mix basins to the PSF panels located in the Carbon Dioxide feed room.

**Oxygen and Nitrogen**

One liquid oxygen storage tank, one liquid nitrogen storage tank and respective unloading stations identical to the existing units will be installed north of the existing facilities as shown in the drawing section of this report. Details are listed as follows:

**Liquid Oxygen**
Capacity – 9000 gallons
Diameter – 10 ft (maximum)
Maximum Pressure – 110 psig
Operating Pressure – 75 psig
Feed Rate – 175 scfm
Piping – Copper

**Liquid Nitrogen**

Capacity – 540 gallons
Diameter –5.5 ft (maximum)
Maximum Pressure – 175 psig
Operating Pressure – 100 psig
Feed Rate – 1 scfm
Piping – Copper

3 - 14

## 3.5    PROJECT COST OPINION

### ALTERNATE A - LIME THICKENING, PLATE FRAME FILTER PRESSES WITH BUNKER STORAGE

| | |
|---|---:|
| • Site Demolition & buried tank removal | 100,000 |
| • On-Site Truck Scale | 200,000 |
| • Partial Settling Basin Demolition | 100,000 |
| • Roadway Improvements | 300,000 |

Basins @ 20' SWD:

| | |
|---|---:|
| • 2-45' Diameter Thickener Mechanisms | 200,000 |
| • 2-45' Diameter Concrete Thickener | 400,000 |
| • 2-45' Diameter Geodetic Domes to Cover Thickeners | 130,000 |
| • Install and Paint 45' Diameter Thickener Mechanisms | 200,000 |
| • Site Work | 75,000 |
| • Utilities/piping/process equipment | 150,000 |

Filter Presses:

| | |
|---|---:|
| • 2-225 c.f. Plate and Frame Equipment | 1,000,000 |
| • Install 2-Filter Presses | 250,000 |
| • Piping and Mechanical Connections to Presses with Pumps and Chemical Feeds | 600,000 |
| • 60' L X 70' W Filter Press Building | 2,600,000 |
| • Utilities for Filter Press Building | 100,000 |

Facilities complete w/Piping, Plumbing, Electrical/Controls:

| | |
|---|---:|
| • 5 c.y. front end loader | 240,000 |
| • Lime Storage Building Cover – 100' W X 192' L | 300,000 |
| • 12' High Concrete walls and slab to store lime sludge | 650,000 |
| • Site Piping and Site Improvements | 300,000 |
| • Utilities for Lime Storage Building | 150,000 |
| • Electrical service | 250,000 |
| • Miscellaneous & Contingency | 460,000 |
| **Estimated Project Construction Cost** | **$8,755,000** |
| **Estimated Project Engineering Cost** | **$1,313,000** |

### U.V. INACTIVATION

| | |
|---|---:|
| • Two (2) Calgon 3 X 20 k.w. Sentinel w/ Controls & Service | 475,000 |
| • License Fee (starting in 2007 and terminating in 2018) | 1,100,000 |
| • Concrete Demolition | 30,000 |
| • Excavation | 33,000 |
| • New Concrete Construction | 35,000 |
| • New Hoist | 10,000 |
| • Piping, fittings, 4-BV, 4 Electric Actuators, Supports, | |

| | |
|---|---|
| Painting Couplings & Restraints | 350,000 |
| • Railings, Stairs to U.S. Reactor Pit and Sump Pit | 10,000 |
| • Electrical Service and Controls (Locate Beneath Rotunda) | 100,000 |
| • Misc. and Contingency | 157,000 |
| **Estimated Project Construction Cost** | **$2,300,000** |
| **Estimated Project Engineering Cost** | **$  345,000** |

## SODA ASH FEED SYSTEM

| | |
|---|---|
| • Demolition of existing feeders & two (2) gravimetric 1,000#/hour feeders | 15,000 |
| • Furnish two (2) 1,000#/hour feeders | 70,000 |
| • Piping & mechanical connections for two feeders | 60,000 |
| • Silo modifications and removal of existing product | 60,000 |
| • Pneumatic connection of silos to existing fill system | 20,000 |
| • 4" Delivery piping from fill station to top of silo's with valves | 25,000 |
| • Electrical/Controls | 25,000 |
| • Misc. and Contingency | 25,000 |
| **Estimated Project Construction Cost** | **$   300,000** |
| **Estimated Project Engineering Cost** | **$     45,000** |

## LOW AND HIGH LIFT PUMPING

| | |
|---|---|
| • Removal of existing pumps and motors | 50,000 |
| • Install one 15 MGD @ 35 ft of TDH, vertical mounted pump with 125 hp, 480V motor and 20 feet of shafting | 185,000 |
| • Install one 20 MGD @ 35 ft of TDH, vertical mounted pump with 200 hp, 480V motor and 20 feet of shafting | 215,000 |
| • Install one 10 MGD @ 185 ft of TDH, vertical mounted split case pump with 450 hp, 2300V motor and 20 feet of shafting | 275,000 |
| • Install one 20 MGD @ 185 ft of TDH, vertical mounted split case pump with 900 hp, 2300V motor and 20 feet of shafting | 480,000 |
| • Piping, valves, supports and steady bearings | 190,000 |
| • Intermediate platforms, ladders and stairs | 160,000 |
| • Ventilation and Boiler system | 260,000 |
| • Misc. and Contingency | 150,000 |
| **Estimated Project Construction Cost** | **$1,965,000** |
| **Estimated Project Engineering Cost** | **$  295,000** |

## POST FILTRATION CHLORINATION AND ZEBRA MUSSEL CONTROL

| | |
|---|---|
| • Demolition of existing equipment | 30,000 |
| • 250 gallon IBCs | 7,000 |
| • Metering pumps and tables | 8,000 |
| • Piping, valves and accessories | 7,000 |

3 - 16

- Containment                                                    46,000
- Installation                                                   84,000
- Misc. and Contingency                                          17,000
    **Estimated Project Construction Cost**              **$ 199,000**
    **Estimated Project Engineering Cost**               **$   30,000**

## ELECTRICAL AND SCADA
- Substation upgrade                                            750,000
- Standby Power Generation                                    1,750,000
- Pump Station No.4 Upgrade                                    1,065,000
- Dewatering Building Feeders                                    67,500
- U.V. Inactivation Power Feeders                                25,000
- Plant SCADA Panels, Installation, and Programming            561,380
- Telemetry System Panels, Installation, and Programming       187,440
- Additional Primary Elements                                   15,600
- Computers, Software, and Training                            120,500
    **Estimated Project Construction Cost**              **$4,542,420**
    **Estimated Project Engineering Cost**               **$  681,000**

## ADDITIONAL CHEMICAL STORAGE
- Carbon dioxide storage facilities                            250,000
- Piping & mechanical                                           80,000
- Oxygen and nitrogen storage facilities                       750,000
- Piping & mechanical                                           60,000
- Electrical/Controls                                           25,000
- Misc. and Contingency                                        175,000
    **Estimated Project Construction Cost**              **$1,340,000**
    **Estimated Project Engineering Cost**               **$  201,000**

## SECURITY ISSUES
$ 1,114,500 const.
- Security improvements                                         35,000
- Misc. and Contingency                                        10,000
    **Estimated Project Construction Cost**              **$   45,000**
    **Estimated Project Engineering Cost**               **$    7,000**

18,331,920

**TOTAL ESTIMATED PROJECT CONSTURCITON COST**            **$19,446,420**

**TOTAL ESTIMATED PROJECT ENGINEERING COST**             **$ 2,917,000**

**TOTAL ESTIMATED LEGAL & FINANCING COST**               **$  972,000**

**TOTAL ESTIMATED PROJECT BUDGET**                       **$23,335,420**

3 - 17

## SECTION 4 – SODA ASH FEED SYSTEM

The Flint River experiences an increase in non-carbonate hardness of over 70 ppm during the winter months.  Therefore, in order to soften the finished water to 110-130 ppm of hardness, the additional non-carbonate hardness has to be treated during the winter.

The non-carbonate demand requires a soda ash feed rate of approximately 1000 #/hour during the winter and no feed of soda ash for the other eight (8) months.

The new soda ash feeders will be identical to the Phase I lime slakers, except smaller. The new soda ash feeders require a connection to the existing concrete silo's, power and water service and flow to east and west clarifier.

Presently, a pneumatic unloading system was installed in Phase I.  It is proposed to tie into the current pneumatic system with the installation of additional piping, valving and controls.  This new configuration will allow filling either the existing four (4) lime silos or existing two (2) soda ash silos.

The new soda ash feeders are to be located in the chemical feed area and west of the new lime slakers and east of the existing freight elevator.

No drawings are required.

5

## SECTION 5 - ULTRAVIOLET INACTIVATION

It is essential to consider inactivation of crytosporidium and giarda for surface water supplies. The U.S. EPA has proposed the Long-Term 2 Enchanced Surface Water Treatment Rule (LT2ESWTR). This rule focuses on the inactivation of cryptosporidum in drinking water.

In order to define the specific cryptosporidum problem, the U.S. EPA has proposed a two (2) year Water Quality Testing Program to identify the level of oocysts/L in the finished water.

The U.S. EPA had developed testing protocols which the City of Flint should obtain and start a two (2) year testing program to identify oocysts present and in what concentration. The results of the Final Effluent Testing for oocysts/L will place the City of Flint into one of the four (4) bins as contained in Figure 5-1.



**Figure 5-1**

Results of raw water
Cryptosporidium samples

| <0.075 oocysts/L | >0.075 oocysts/L to <1.0 oocysts/L | >1.0 oocysts/L to <3.0 oosysts/L | >3.0 ooysts/L |
|---|---|---|---|
| Bin 1 | Bin 2 | Bin 3 | Bin 4 |
| IESWTR compliance | IESWTR + 1.0 – Log credit* | IESWTR + 2.0-log credit* (1.0 log of UBT) | IESWTR + 2.5-log credit* (1.0 log of UBYT) |

IESWTR – Interim Enhanced Surface Water Treatment Rule, UBT – upper bin technology; UBT includes riverbank (inbank) filtration, slow sand filtration, membranes, ultraviolet irradiation, chlorine dioxide, ozone, bag filter, and cartridge filter.

- Direct filtration facilities will require 0.5 log additional credit.

When the City of Flint completes the two (2) year testing, the Water Quality Data will place the City of Flint into Bin(s) 1-4. Bin Placement will determine the level and degree of treatment. Bin 1 requires no additional treatment. However, Bins 2-4 requires additional treatment and can be a broad approach or very targeted. Several concepts to consider when upgrading a WTP process, to comply with a specific bin, are as illustrated in Figure 5-2.



**Figure 5-2**

$ClO_2$ – chlorine dioxide, GAC – granular activated carbon, LT2ESWTR – Long-term 2 Enhanced Surface Water Treatment Rule, $O_3$ – ozone, UV – ultraviolet, WCP – watershed control program

When Phase I – Segments 1-5 are completed, many process items, as illustrated in Figure 5-2 will be in place and helping to inactivate cryptosporidium. However, the use of U.V. inactivation is very efficient and based on the equipment selected can produce a very small footprint to install. The Calgon company has, by far, the smallest footprint to install.

If it is determined that U.V. inactivation is required to meet the U.S. EPA LT2ESWTR, then a location to handle the U.V. footprint is necessary. After a review of the U.V. equipment, equipment to inactivate the 36 MGD flow rate is limited.

The review of equipment that can inactivate cryptosporidium produced two (2) supplies, Calgon and Trojan Technologies. Only Calgon has a unit, rated at 36 MGD, that has a footprint that will allow installation inside WTP No. 2. The selected location is below the administrative offices (Southeast Corner) in the basement. This basement area can be retrofitted to accommodate two (2) – 48" diameter Calgon units that will inactivate cryptosporidium and provide full redundancy. The Trojan unit is much larger and will not fit in the proposed basement space. Due to yard piping congestion between WTP No.2 and the 3 MG reservoir at PS. No. 4, there is no available space to install a new vault to house the Trojan units. Therefore, Calgon was selected as the U.V. equipment. The attached drawings illustrate the Calgon configuration in both Plan and Section. The power supply with controllers and sensors will be located in the basement area beneath the south rotundra entrance. The Calgon U.V. installation will have all the U.S. EPA and ten (10) states standards mandated control features.

It is our recommendation that a meeting be called with MDEQ to review the cryptosporidium testing protocols and duration that will identify which bin is appropriate for then City of Flint and if additional treatment is required in the future.

The attached brochure illustrates the general operating features for the Calgon U.V. Devise.



PROPOSED UV SYSTEM & PIPING

SCALE 1/4" = 1'-0"

SECTION 1
1/4" = 1'-0"

SECTION 2
1/4" = 1'-0"

| ALVORD, BURDICK & HOWSON LLC  O'MALIA CONSULTING  DMYTRYKA JACOBS ENGINEERS, INC. | CITY OF FLINT  DEPARTMENT OF UTILITIES | WATER TREATMENT PLANT REHABILITATION  PHASE II  PROPOSED UV PROCESS FOR POST DISINFECTION  PROCESS EQUIPMENT AND PIPING | | SHEET  OF  DRAWING NUMBER  3 |



# SENTINEL™
# UV Disinfection
# System

**Technologies for Purification, Separation, Recovery, and Synthesis**

## Sentinel™ UV Disinfection



Calgon Carbon's Sentinel™ UV Disinfection system represents a significant breakthrough in the disinfection of drinking water supplies. The commercialization of Sentinel™ in 1999 means that UV disinfection can be an effective, reliable barrier against viruses, bacteria, and parasites such as Giardia and Cryptosporidium at a fraction of the cost of other treatment technologies.

Cryptosporidium and Giardia, microscopic parasites present in almost all surface waters, are highly resistant to traditional treatment methods such as chlorination. When ingested through drinking water, they can cause illness characterized by severe abdominal cramps and diarrhea. In individuals with suppressed immune systems, this illness can be fatal.

Until a few years ago, UV disinfection was not considered cost-effective for control of Cryptosporidium and Giardia cysts and oocysts. However, pioneering research, launched and funded by Calgon Carbon Corporation in 1996, led to the discovery that these organisms could be inactivated and rendered non-pathogenic at substantially less dose levels than ever imagined.

This discovery revealed that broad-band UV light provided better than 99% inactivation of both Cryptosporidium and Giardia at UV doses of less than 10mJ/cm2. This information contradicted all previous thought on the merits of UV used to protect drinking waters and led to a patent on the process in 1998. The U.S. Environmental Protection Agency (EPA) and National Sanitation Foundation (NSF) have verified the performance of a Sentinel™ Reactor under the EPA's Environmental Technology Verification (ETV) Program. In addition to inactivating Cryptosporidium, the Sentinel System also inactivates E. coli, Giardia rotavirus and other pathogens.

Over the past three years, Calgon Carbon has obtained additional validation for other models of the Sentinel™ UV system through independent third parties such as the Portland Validation Center operated in the U.S. and the German DVGW. Calgon Carbon Corporation has the highest flow UV reactor (160 megaliters per day) validated by the US EPA Disinfection Guidance Manual.



A Sentinel™ Large Flow Medium Pressure UV Reactor Rates EPA/NSF ETV Certified

## The Sentinel™ System offers many unmatched advantages:

- LOW COST–Medium-pressure UV technology achieves a greater than 4 log inactivation of crypto for less than 2 cents per 10 cubic meters
- PROVEN EFFECTIVE–NSF/EPA verified and third-party validated in Germany and the United States
- FLEXIBLE DESIGN–Multiple sizes can be retrofitted easily to existing systems. Largest flow reactors available (up to 1,219 mm and 160 megaliters per day)
- CLEAN–No disinfection by-products
- SAFE–automatic shutdown for operator safety

## Highly Efficient Performance

Based on comparison of operational costs, Sentinel™ outperforms conventional technologies by 300 percent and more.



### Sentinel™ vs. Conventional Technologies

| | Sentinel™ | Ozone 22°C | Ozone 7°C | Membranes |
|---|---|---|---|---|
| Capital Cost ($000) | 350 | 1,550 | 3,000 | 5,000 |
| Operational Cost ($/10 m³) | < 0.025 | 0.025-0.10 | 0.125-0.20 | 0.773 |
| Effectiveness (No. of logs inactivation) | > 4 | 2-3 | 2-3 | > 4 |
| Secondary Treatment Requirements | None | Minor | Minor | Major |
| Retrofitability | Excellent | Poor | Poor | Poor |
| By-products | None | Bromate, AOC | Bromate, AOC | None |
| Dimensions | Small | Large | Large | Large |
| Service Requirements | Infrequent | Occasional-Frequent | Occasional-Frequent | Occasional-Frequent |
| Occupational/Environmental Risks | Low | Medium | Medium | Low |

### Cryptosporidium Inactivation Costs
(capital and operating)



- Membranes and UV assume 2.5 log reduction

- Ozone: 1-2 log reduction

## Features of the Sentinel™ Design

- High Intensity Medium Pressure Lamps with typical outputs of 20 to 200 times high than Low Pressure
- Quickwipe™ automated quartz cleaning technology–no manual cleaning, and no chemicals required
- Easy and fast installation due to simple processes and electrical connections
- New Intensity Sensor assures accurate dose is being applied
- Fully automated operation and control system, safety alarms
- Flexible–Compact Design with small footprint, modular components–easily retrofitted into existing systems
- Highest output to footprint ratio in the industry

- Robust electromagnetic power supply, lasts longer and is more stable than electronic power supplies
- Isolated lamp power supply and control cabinet for safe and convenient location
- UV lamps guaranteed at 5,000 hours of life

## Calgon Carbon's UV Technology Leadership and Experience

Calgon Carbon Corporation has over 350 systems built, and 20,000kW of medium pressure lamps installed for treating a broad spectrum of contaminated groundwater, industrial wastewater, process water and drinking water.

The Sentinel™ System has been selected for nearly 15 large water treatment projects in North America since 1999. In addition, Sentinel has met the requirements of third party validation testing in both Europe and North America.

## Company Overview

Calgon Carbon Corporation (NYSE: CCC) has been a global leader in services and solutions for making air and water safer and cleaner and for purifying food, beverage, and industrial process streams. Headquartered in Pittsburgh, Pennsylvania, USA, Calgon Carbon employs approximately 1,000 people at 14 carbon manufacturing, reactivation, and equipment fabrication facilities, and 12 sales and service centers. Calgon Carbon is known as Chemviron Carbon in Europe, the Middle East, and Africa. In 2002, the company's sales totaled $258 million.

Calgon Carbon's expertise spans many fields, including activated carbon, UV technology, continuous ion exchange,

and chromatography. For any application, from drinking water purification to pharmaceutical manufacturing, Calgon Carbon technologies are designed to enhance production efficiencies, minimize waste and remove pollutants—in short, making the world a cleaner, safer place.

Calgon Carbon serves more than 4,000 customers around the world. The company operates four activated carbon facilities and six carbon reactivation facilities in Belgium, Japan, China, and the U.K.; the U.S. Calgon Carbon also operates two equipment fabrication and assembly facilities in Pittsburgh, one carbon cloth production facility in the U.K., and one charcoal production operation in Germany.

## Customer and Technical Service

Customers at thousands of installations across the globe trust Calgon Carbon's extensive network of skilled service technicians to provide the support they need every day. If you have service needs related to any Calgon Carbon system, technology or equipment, we will handle them for you.

All Calgon Carbon products, systems and technologies are available on a laboratory, pilot plant or full-scale production

basis. Each customer is provided with customized process engineering design, to ensure that the manufacturing process meets their specific requirements. Full analytical laboratory support is also available, including computer modeling to demonstrate product quality.



## www.calgoncarbon.com

**CALGON**

**CALGON CARBON CORPORATION**

*Chemviron Carbon*

Calgon Carbon Asia
65 Chulia Street
#37-03 OCBC Centre
Singapore 049513
Tel: 65 6 221 3500
Fx: 65 6 221 3554

Calgon Carbon Corporation
P.O. Box 717
Pittsburgh, PA USA 15230-0717
1-800-422-7266
Tel: 412-787-6700
Fx: 412-787-6713

European Operations of Calgon
Carbon Corporation
Zoning Industriel C de Feluy
B-7181 Feluy, Belgium
Tel: + 32 (0) 64 51 18 11
Fx: + 32 (0) 64 54 15 91

©Copyright 2003 Calgon Carbon Corporation, all rights reserved.
SPP-ESOCPB003-0903

## SECTION 6 – LIME SLUDGE DISPOSAL ALTERNATES

### 6.1    GENERAL

After a review of the current technology options to effectively dewater lime sludge, the mechanical dewatering, lagoon storage and sand bed drying lagoons were evaluated. These three (3) technologies are an effective practice in the state at this time. The dewatering mechanism in present use today is the Plate and Frame Filter Press. Two (2) prime examples of effective press dewatering are Ann Arbor and Lansing's Board of Water and Light Plant (BWL). These plants have sludge haulers haul the dewatered pressed lime sludge to agricultural land for land application. Land application adjusts the soil pH and acts as a soil amendment. Regardless of the method of lime sludge dewatering (re: pressing, lagoons or lagoon sand drying beds), the costs to dewater and haul to agricultural land are rising due to transportation increases and an overabundance of lime sludge in the Mid-Michigan and Southern Michigan areas. The Northeast area receives very little lime sludge.

Meetings were conducted with area lime sludge haulers to ultimately find the ideal state of the art facilities and concepts based on current and future consideration to keep the operational costs low for disposal of dewatered lime sludge.

### 6.2    ALTERNATE A – LIME THICKENERS, PLATE AND FRAME PRESSES WITH BUNKER STORAGE

Section 3.4 contains the Basis of Design for Alternate A. This Alternate is based on the concept of pumping the lime sludge from the east and west clarifiers to a 45' diameter (20' SWD) lime sludge thickener. The two (2) new thickeners will be east of the primary clarifiers building and north of the east flocculation basin. Decant from the thickener will flow by gravity to the primary influent channel and receive treatment for the removal of any solids carried over. It is expected the decant may be 100 gpm when pumping to the thickener.

Thickener underflow will be pumped to the two (2) new plate and filter presses located at the north end of WTP No. 1 Primary Sedimentation Basin. The 60' L X 70' W lime sludge dewatering building will house the presses on the second story. After the sludge is dewatered, the sludge will drop to a day bunker storage area below. The lime sludge day storage area will allow the operator to operate the presses to dewater the thickened sludge in a 8-9 hour shift five (5) days/week. One (1) press can handle the lime sludge for a seven (7) day period based on an average 20 MGD flow rate. This will require 44 hours per week to dewater sludge with one (1) press. With two (2) presses, the work-week will be shorter or the summer flows may increase the lime sludge production to be dewatered. As a direct result from meetings with sludge haulers, it was determined that dewatered lime sludge dumped directly into a waiting truck is not cost effective. Our recommendation is to bunker store lime sludge in a concrete bunker facility with a fabric roof system. This building should be approximately 100' W X 192' L with center doors

6 - 1

to load dewatered lime sludge to both the east and west storage area. The recommended lime bunker storage building should be approximately 60' north of the lime dewatering building. The new building should orient east and west. The configuration of these two (2) building will allow WTP staff to front end load the day stored dewatered sludge and transport the lime sludge, in a 5 c.y. front end bucket loader, to stack 10' high, in either the east or west end of the lime bunker storage building. The lime storage facility should be designed for up to four (4) months of storage.

After the four (4) months of storage, the contracted sludge hauler (a contract that is to be competitively bid) will be notified to start hauling. The hauler will furnish one (1) or two (2) 5 c.y. front end loaders to unload the stored lime in the lime bunker storage building out of the north center door into waiting double bottom trucks. To load one (1) truck will be 30 minutes or less and to remove the stored sludge will take 10-14 days. This will occur three times per year.

When a truck enters the WTP site, it will be weighed and then proceed to be sludge loaded. When loaded, the truck will be driven over the scale to determine the loaded weight that will determine payment for sludge hauled. This process should be repeated for each truck turn around to compensate for the reduction in diesel fuel being carried by the truck. This method will allow the City of Flint to pay a bulk rate of approximately \$15.00/dry ton of sludge removed and placed on MDEQ permitted agricultural land. For comparison, daily sludge removal would cost \$19.50 per dry ton.

The attached drawing Nos. 4 & 5 illustrate the Plan and Section of the thickeners, plate press building and storage bunker building. The attached specifications and brochures highlight the physical features of the equipment and material used for construction.

## 6.3    ALTERNATE B – LIME SLUDGE STORAGE LAGOON

Several WTP's in Mid-Michigan have sludge lagoons that were MDEQ permitted in the 70's and 80's. To obtain a 50-acre site required for a lime sludge lagoon permitted under today's standards, with proper isolation, would be difficult. There is no open land close to the Flint WTP that is of sufficient size with isolation and out of the flood plain. Therefore, Alternate B is not a viable method of sludge disposal for the Flint WTP.

## 6.4    ALTERNATE C – LIME SLUDGE SAND FILTER DEWATERING LAGOONS

Alternate C fails for all the same reasons as Alternate B. Alternate B is not technically and financially feasible. Alternate C requires 65 acres which exceeds Alternate B's area of 50 acres by 15 acres. Alternate C is also not recommended.

6 - 2





**FIRST FLOOR PLAN**
SCALE: 1/8" = 1'-0"

**SECOND FLOOR PLAN**
SCALE: 1/8" = 1'-0"

**NORTH ELEVATION**
SCALE: 1/8" = 1'-0"

| | | | | |
|---|---|---|---|---|
| ALVORD, BURDICK & HOWSON LLC | | WATER TREATMENT PLANT REHABILITATION PHASE II | | SHEET |
| IN COLLABORATION WITH O'MALIA CONSULTING DMYTRYKA JACOBS ENGINEERS, INC. | CITY OF FLINT DEPARTMENT OF UTILITIES | PROPOSED LIME FILTER PRESS BUILDING PLAN & ELEVATIONS | | DRAWING NUMBER 5 |



NOTES:
1. DRAWING IS FOR REFERENCE ONLY. CONSULT FACTORY FOR DETAILED CONSTRUCTION DRAWINGS AND SPECIFICATIONS.
2. SEE FILTER PRESS SPECIFICATION SHEET FOR "A" DIMENSION.
3. ALL DIMENSIONS ARE IN INCHES AND [MILLIMETERS].
4. ALL DIMENSIONS ROUNDED TO NEAREST .1" & NEAREST MILLIMETER.
5. JWI RESERVES THE RIGHT TO CHANGE EQUIPMENT SPECIFICATIONS, OPTIONS, AND PRICING AND/OR DISCONTINUE MODELS AND OPTIONS AT ANY TIME WITHOUT NOTICE OR OBLIGATION.  ILLUSTRATED EQUIPMENT MAY INCLUDE OPTIONAL COMPONENTS.

CONTROL LOCATION
IS AS VIEWED FROM
PIPING END OF PRESS

PLAN VIEW

LEFT HAND

RIGHT HAND

| | DATE | DRAWN BY | TITLE | DRAWING # | |
|---|---|---|---|---|---|
| | 15 JAN 98 | DL | 1500MM 100 PSI [7 BAR] OVERHEAD FILTER PRESS | 12149600 | U.S.FILTER |



**USFilter**

OVERHEAD

FILTER

PRESSES

USFilter's leadership position in filter press technology is evident throughout the world in municipal waste water, industrial sludge and process industries. Our ability to provide superior dewatering equipment and systems extends well beyond our engineering and manufacturing expertise — our commitment to developing unique solutions to our customers specific needs is second to none. An excellent example of USFilter leadership is our extensive line of Overhead Filter Presses.

Case 5:17-cv-10164-JEL-KGA   ECF No. 334-7, PageID.18753   Filed 05/11/21   Page 64 of 220



*1.5m x 1.5m*

**EXCEPTIONAL PERFORMANCE IN
COMPRESSION OR TENSION DESIGN**

The workhorse of high volume dewatering, J-Press® Overhead Filter Presses incorporate proven technologies in compression and tension designs. Both bear the J-Press hallmark: exceptional performance under the most demanding applications, ease of use and minimal maintenance. In short, J-Press is engineered to deliver your greatest return on investment.

J-Press delivers high cake solids and clear filtrate, even with difficult alum sludge in municipal water production. Its solid, heavy steel construction is enhanced by intelligent design that permits easy access to all plates and operating parts. Available in a wide range of capacities and with feed pressures up to 20 bar, J-Press may be configured to your specifications for press filling, plate technology, dewatering, cake discharge, automation and takeaway. J-Press can adapt to different dewatering requirements, often with minimal change over, making it ideal for the flexibility often required in industrial processing. Available with comprehensive options, J-Press is designed to accommodate future expansions and continuous system improvements.

## J-PRESS FEATURES AND BENEFITS



*The PLC system provides total press control — precoat, even fill, membrane squeeze, air blowdown, core blow, safety close button, light curtain, automatic drip trays, plate shifter, plate washer and save-all cycle retention.*

FEATURES AND BENEFITS

- Full range of capacities: 1m, 1.2m, 1.5m, 1.5m x 2m, 2m x 2m
- Compression or Tension Closure
- Low and high pressure: 100 psi (7 bar), 225 psi (16 bar), higher pressure available — consult factory
- Standard plate packs:
  Non-Gasketed Plates
  Gasketed Plates
  SRRM Plates
  Diaphragm Plates
- Diaphragm Squeeze Manifold
- Open/Closed Filtrate Discharge
- Control systems:
  Automatic Closure
  (Electric/Hydraulic)
  PLC Controls
  Expanded System PLC Controls
  Hyd. Clamp Pressure/Feed Pump Interlock
  Hyd. Control System/Press Pressure Interlock
  Hyd. Clamp Pressure/Squeeze System Interlock

- Manifolds:
  PVC Feed/Discharge Manifold
  Stainless Steel Feed/Discharge Manifold
  Core Blow Down
  Double End Feed
  Cake Wash
- Cloth Wash
- Expansion Piece
- Chain Driven Fully Automatic Shifter
- Safety:
  Splash Curtain
  Safety Guard
  Safety Light Curtains
  Deadman Control Button
- Material handling:
  Custom Filter Cake Conveyor System
  Platform, Roll-off Container Systems
  Manual Drip Trays
  Automatic Drip Trays
- Complete system:
  Clarification/Thickening
  Feed Pump
  Pretreatment
  Bio Solids Handling
  Plant Control and Feedback

• Maintenance-free, corrosion-resistant rollers used on both plates and follower • Variable speed shifter minimizes press cleaning time for more cycles per day • Optional stainless steel wear strips on overhead beams at wheel contact points of suspension brackets assure long service life • Easy access to filter plates — for manual or automatic cake removal, inspection and cloth servicing • Plate suspension brackets designed to provide parallel plate movement and nesting without any swaying or skewing during shifting • Plate shifter tightly nests plates and maintains consistent opening space from end to end • Automatic latching mechanism ensures shifting of only one plate at a time • Integrated circuits hydraulic technology provides exceptional press performance under a wide range of temperature, slurry and pressure requirements • Air blowdown manifold aids in cake release while assuring maximum cake dryness and removal of residual filtrate • Complete PLC capability for automatic sequencing of all press functions • Adaptive Process Control results in consistently higher cake solids and shorter cycle times

**FASTER, MORE PRECISE**

PLATE SHIFTING

Designed for optimum performance under a wide range of operating conditions, the Automatic Variable Speed Shifter makes short work of plate separating and cake removal. The variable speed function permits the operator to fine tune the shift speed to the application, resulting in a highly efficient cake discharge cycle. Fore and aft plates are tightly nested, maintaining a sufficient cleaning space between the chambers for manual or automatic cake removal. This automatic plate locking mechanism assures that only one plate is moved, eliminating any chance of accidental or out of sequence cake discharge. This shifter is located in the overhead beam system, out of the way of falling filter cake or slurry contaminants.



*1.5m x 1.5m*

*J-Press is available with compression closed or tension closed designs, and with single or double end feeding to meet the specific application.*



*2m x 2m*

*J-Press produces higher cake solids than most alternate forms of dewatering; reductions of up to 20:1 in weight and volume are achievable.*



80     J-PRESS     4

SUPERIOR FILTER PLATE TECHNOLOGY

CHOICE OF FILTER PLATES FOR OPTIMUM
PERFORMANCE



*Gasketed plates, shown in corrosion resistant polypropylene, form a tight seal due to o-rings around the recessed chamber and filtrate discharge eyes, allowing for lower clamping pressure.*

DIAPHRAGM SQUEEZE PLATES FOR HIGHER
SOLIDS AND REDUCED CYCLE TIME



*SRRM diaphragm squeeze plates offer the unique combination of superior strength and ease of replacement.*

The J-Press can be furnished with different types of filter plates, each produced specifically for your application. Corrosion resistant polypropylene plates are available in the following styles — gasketed or non-gasketed, recessed chamber plates, diaphragm squeeze plates, or filter plate and frame. Steel reinforced rubber molded (SRRM) filter plates are available in both a replaceable diaphragm and recessed chambered design. Based on a carbon steel core completely encased in molded rubber, these plates are strong enough to withstand the most arduous filtration processes and differential pressures.

When requirements call for dry filter cake, USFilter diaphragm plate technology produces consistently high cake solids with potentially shorter cycle time. At the optimum point of the filtration cycle, the press feed pump is stopped and the sludge inlet valve closed. Air or water pressure is then applied behind the flexible diaphragm to squeeze the cake in each chamber. J-Press diaphragm squeeze plates are available with full washing and air blowing facilities and internal or external drainage systems.

Filter cloths are available in a wide variety of materials and weave patterns and are specifically selected to fit your application and desired results.



*Typical recessed chamber plate*



*Diaphragm inflation in a mixed pack*

USFILTER . . . A COMMITMENT TO YOUR SUCCESS

LABORATORY SERVICES — AN INFORMED
DECISION IS THE BEST DECISION



USFilter Dewatering System maintains a fully-staffed, state-of-the-art laboratory for determining the most effective liquid/solids separation techniques for your specific application. Capabilities range from filtering, treatment and feasibility testing of your materials to providing portable pilot units for on-site testing. This customer-focused resource produces tangible results: we can determine the most effective pretreatment, feed pressures, fill times, filter media and

sludge conditioning.

In addition to ensuring a better informed equipment purchase, this valuable service is also available to help you maintain maximum performance when your process changes, and to meet ever expanding regulatory standards.



*1200mm mobile dewatering unit*

After your J-Press installation, avail yourself of our world renown expedited replacement parts program and compre-

hensive preventative maintenance package designed to assure long term, trouble-free operation. Our extensive network of USFilter offices in more than 50 countries means that you are never more than a few hours away from the support of our technical service group.

Your USFilter representative can also assist you with additional components to your liquid/solid separation system, including J-Mate or J-Vap drying systems for achieving greater moisture reduction.



*Beneath every J-Press is a wealth of product expertise and customer support.*





*Solutions for Planet Earth.*

USFilter is a global resource for both industrial and municipal applications, assisting in the design, fabrication and installation of complete slurry dewatering and sludge handling systems. From the Americas, to Europe to the Far East and points in between, USFilter successfully serves clients, providing them with unequalled, proven, technically proficient, cost effective dewatering systems.

Through years of experience and technical expertise, USFilter understands what equipment is required to produce high filter cake solids with minimal chemical usage, energy and manpower requirements. From individual components to complete dewatering systems, USFilter is committed to serving you with unparalleled support and uncompromising quality.



Dewatering Systems
2155 112th Avenue
Holland, MI 49424-9604
616.772.9011 *phone*
616.772.4516 *fax*

J-Press is a registered trademark of United States Filter Corporation.

USFilter reserves the right to change equipment specifications, options, and/or discontinue models and options at any time without notice or obligation. Illustrated equipment may include optional components.

Part #11543417-06/03 2M

For more information, call 800.245.3006 or visit our web site at
*www.usfilterdbg.com*
Printed in U.S.A.
© 2003 United States Filter Corporation

VEOLIA
Environment









# The Industrial Building

## *natural* light

Cover-All™ is the natural choice for superior industrial structures. Natural light illuminates every corner of an Arch™ building, reduci or eliminating dependence on the utility grid and creating a safer more pleasant atmosphere for those working around equipment. Inventory, quality control and production management are all ma easier by the wide-open brightness of a Cover-All.™

## *natural* space

Single-Arch and Truss-Arch buildings are available in widths from 18 to 73 feet, to any length. The clear-span design allows uninhibited equipment maneuverability and maximum storage conditions. Engineered for permanence but designed to be relocatable, an Arch™ building can be installed over existing facilities and moved from site to site.

## *natural* ventilation

Cover-All's clear-span design provides a larger, unobstructe space for maximum airflow. Air quality and ventilation are further enhanced with design options such as ridge-vents, large sidewall openings and adjustable curtains.

## *natural* choice

Cover-All™ offers the best framework assembly in the busir frames are constructed of ViperSteel," which is 10% stronɡ competitive steel and clad with triple-coated Gatorshield® barrier. Unsurpassed cover and fastening strength is achi combining DuraWeave® II fabric, with its double-stack wea protective coating, with the patented WinchLoc™ fastening



**FTL Happold Architects & Engineers is the world's leading tensile-structure consulting firm, with over 20 years experience in creating internationally acclaimed projects across the globe.**

"*Over the last 20 years we have worked with most of the leading fabric covered building system manufacturers who are marketing and distributing products in North America. Cover-All stands out among all of them in its aggressive and innovative approach to the manufacture of superior products. It is a privilege to work with a company as dedicated and committed to excellence as Cover-All is.*"

Todd Dalland, FAI
Principal
FTL Happold Architects & Engineers



COVER-ALL™

# ViperSteel *Framework*

## *The strongest there is*



ViperSteel

### *Buy with confidence*

Your building's framework is constructed of ViperSteel,™ which is clad with triple-coated Gatorshield® corrosion barrier. This unique combination provides a service life three times longer than conventional galvanized steel tubing.

### *Outperforms the competition*

Independent salt-spray tests show Gatorshield® outperformed competitive products in rust and corrosion resistance three to one!

### *Precise manufacturing details*

Cover-All Building Systems focuses on quality manufacturing details. Robotically precise welds are sandblasted, then finished with a unique molten-zinc corrosion protection process. This fully restores the corrosion resistance of the weld zones to the original service life of the steel tubing.

**Allied Tube and Conduit – a leading producer of galvanized and commercial quality steel components for over 40 years.**

*"Allied found Cover-All Building Systems, as a company, driven to a business philosophy and strategy mirroring our own, including a strong commitment to research and development with on-going product improvement. The strength and dynamics of the Cover-All/Allied Tube team are providing the best structures in the marketplace."*

 Mike Engdall
*Vice President –
Mechanical Tube Division
Allied Tube & Conduit*

### The Gatorshield® Process



Cold-formed steel provides yield and tensile strengths

Interior corrosion resistant coating

Hot-dipped uniform zinc galvanizing

Chromate conversion coating

Clear organic coating



# DuraWeave® II *Covers*
## ● *Developed exclusively for Cover-All*™

### Unmatched cover strength

Our DuraWeave® II covers are impressively strong and require minimal maintenance. The patented double stack 16 x 22 weave has unmatched strength to weight ratios. A special coating provides superior ultraviolet protection, water proofing and scuff resistance and preserves the building's appearance by shedding dust and dirt.

### Backed by a superior warranty

DuraWeave® II covers come with a 15-year pro rata warranty, and are available in seven colors; green, blue, yellow, sandstone, white, grey and translucent. DuraWeave® II FR meets special fire-retardant specifications, carries a 10-year pro rata warranty and is available in green, white and sandstone.

### Secured by WinchLoc™ technology

The patented WinchLoc™ fastening system provides unparalleled cover-fastening strength. With a series of 10,000 lb. winches and zero-stretch belting, our covers stay tight and secure, for a longer life and a cleaner look.



**DuraWeave® II Covers**

Patented double stack 16 x 22 weave provides unmatched strength to weight ratios.

All DuraWeave® II covers feature a bright white underside that allows for maximum interior light.

*Intertape Polymer Group Inc. utilizes the latest technology and equipment possible in our partnership to deliver the finest heavy-weight covers on the market today.*

*"DuraWeave II offers the best combination of weight, strength and performance available in today's marketplace. As we look back to the beginning of our relationship, your challenge of building a better product for this application has led to this cutting edge fabric."*

William A. Barnes
*Director of Sales and Marketing -- Woven Products*
*Intertape Polymer Group Inc.*

**COVER-ALL**

# Design Options

## Pre-engineered across North America

Cover-All™ Arch™ buildings are available in widths up to 72 feet and to any length, providing maximum strength in a clear-span design. Our Truss-Arch buildings are pre-engineered for use across North America to withstand rated snow and wind loads, even under unbalanced load conditions. All design elements are researched, developed and rigorously tested to ensure they meet the stringent requirements necessary to maintain the quality and structural integrity of every building.

## Single-Arch Series (SAS)

The Single-Arch Cover-All™ is a high quality, easy-to-assemble building available in 20 to 30 foot widths. The framework is assembled using fitted couplers and requires no special skills or tools to erect, allowing installation within several days.

## Truss-Arch Series (TAS)

The Truss-Arch Cover-All™ constructed using our patented continuous web design, is available in widths from 18 to 72 feet with high-profile models for additional side-wall clearance when required. Delivered in a complete, ready-to-install package, your building can take from just a couple of days to several weeks to construct, depending on the scope of the project.

## Finishing touches

A variety of end wall, door and foundation options may be used in the construction of your building. With the addition of ridge-vents, skylights, side curtains and our innovative DuraTrac doors, we can create just the right interior for your industrial needs.



LOW PROFILE WALL MOUNT (SAS)

22'
30'



HIGH PROFILE GROUND MOUNT (SAS)

20'
26'



LOW PROFILE WALL MOUNT (TAS)

30'
40'
50'
62'





HIGH PROFILE GROUND MOUNT (TAS)

18'
32'
42'
55'
72'





### North America wide Dealer network

We want to ensure you are completely satisfied with the value of your purchase and the service you receive. As the largest fabric-covered building manufacturer on the continent, Cover-All Building Systems has a North America wide Dealer network committed to 100% enthusiastically satisfied customers. Your local Dealer will assist with site-engineering, permit applications and installation co-ordination, and will continue to provide service long after your building is installed.



**COVER-ALL**



"We had two Cover-All buildings that housed the drilling operation. They were constructed in three weeks in really ...sh conditions and ρ̃rovided excellent protection from the cold. The buildings were used all winter long, taken down in a week and can now be re-erected elsewhere."

*Denny Mehner*
*Houston Contracting Inc.*
*Alaska, USA*





you leave them outside, water, snow and ice can build up by the fill caps. The Cover-All keeps the trucks dry and protects the paint. We also use it as a maintenance shop so we don't have to deal with rain or ice when we work on the equipment."

*Bruce Ebbeson*
*Turkey Ridge Oil Co., South Dakota, USA*

"We found the building to be a saving grace during a recent planer fire adjacent to the Cover-All building. The fire department noticed that the material held longer (did not ignite) than any wood structures. The Cover-All building was less than 20 feet away from the main fire, which was a 15,000 square foot building that burned to the ground. We are replacing the building we lost with another Cover-All in fact, we'll use no other building."

*Don Friesen*
*Coldstream Lumber Remanufacturing Ltd., British Columbia, Canada*





**COVER-ALL**

## Easy Financing Options Available

Your local Cover-All Dealer can offer quick, flexible leasing programs with competitive rates. You may be able to take advantage of monthly payments and some tax advantages.* Whatever your budget, a Cover-All lease will allow ȷu to make the building purchase you need today.



**COVER-ALL**
**BUILDING SYSTEMS**

## A. K. Equipment Inc.
Exclusive Dealer of Cover-All Building Systems

7254 Quincy Street
Zeeland, MI 49464
Phone: (616) 772-4443
Fax: (616) 772-6949
1-800-787-1862

# Product Features And Benefits

(F) Cover-All™ Features

(B) End-User Benefit


**COVER-ALL™**

........................................................................................................

(F) Engineered steel framed fabric covered building.

(B) Environmentally friendly due to reduced use of natural resources. Doesn't require paint or shingles and is quick and easy to install.

(F) Architecture Aesthetics.

(B) Complements any setting.

(F) DURAWEAVE™ cover color selection.

(B) Allows Cover-All™ building color to match current or future yard development.

(F) Unique characteristics of DURAWEAVE™ cover fabric.

(B) DURAWEAVE™ is non-conductive. When compared to steel, DURAWEAVE™ provides immediate temperature related benefits. For example, the DURAWEAVE™ cover reflects heat, while steel conducts heat. DURAWEAVE™ provides a bright naturally lit environment while steel is dark and uninviting.

(F) Unique benefits of white DURAWEAVE™ covers and white DURAWEAVE™ skylights.

(B) Allows for a soft, even natural light throughout the Cover-All™ building, making it an excellent option for any application. This is particularly important for livestock facilities where natural light can contribute to both health and well being.

(F) Cover-All™ cover construction (components like bonded polyester thread, leading edge welding technology and polyester belting that will not stretch or rot).

(B) Provides a long cover life, taut, clean looking appearance and a long-lasting building investment.

(F) DURAWEAVE™ cover — 15 year warranty.

(B) Emphasizes the manufacturer's confidence in the longevity, quality and effectiveness of the cover.

(F) Fabric covered design.

(B) Enhances acoustics and is considerably quieter in a rain or hail storm than a steel or wooden structure. A benefit of special concern to the riding arena consumer.

(F) Innovative modular design.

(B) Permits add-on flexibility for future expansion requirements.

(F) Engineered clear-span truss arch design.

(B) Provides a dependable and safe framework of superior quality and structural integrity. A steel framework second to none in the fabric covered building industry.

(F) Corrosion protection.

(B) All steel framework is triple-coated with Gatorshield® brand corrosion barrier. This process provides a longer service life than that of conventional steel tubing, thereby providing considerable more investment value to the end user.

(F) WinchLoc™ fastening system (Welded DURAWEAVE™ pocket, zero stretch belting, 10,000 pound lashing winches).

(B) Provides unsurpassed cover fastening strength, even in severe weather. The WinchLoc™ fastening system will ensure the building cover remains secure, while protecting livestock, equipment or commodities from the damaging effects of the weather.

(F) Portability.

(B) Cover-All™ buildings can easily be moved with your business. Your investment goes with you. No more worries about what to do when the lease runs out or if you are relocating. A Cover-All™ may, in some instances, be treated as a temporary structure, and as such may then be tax exempt and in some jurisdictions may not require a permit.

(F) Versatility.

(B) Cover-All™ building uses can change as the application or environment changes. Change from a hog finishing facility to feed storage or from equipment storage to a sheep facility. All the while, keeping your initial investment intact.

(F) Certified Engineering.

(B) Stamped engineered drawings are available for every Cover-All™ building. Ensures building integrity is certified and able to satisfy building requirements and permits.

(F) Leasing options.

(B) Leasing allows you to maintain capital reserves and still get the building you want. Many leasing programs will cover the entire project cost including installation, permits and site preparation. Lease payments can be tax deductible. Leased buildings can, in some cases, be treated as a personal property expense over a seven year amortization period, rather than 15 to 30 years on conventional structures. This may represent huge tax savings.

(F) Customer Service.

(B) Consumer satisfaction and product quality assurance checks are conducted with customers to ensure they are happy with their Cover-All™ building purchase. This is an unwavering commitment to customer satisfaction and service.

 **WesTech** an employee owned company



## SOLIDS CONTACT CLARIFIERS



### Benefits
- True Solids Contact Performance
- Low Effluent Turbidity
- Excellent Stability during Raw Water Upsets
- Economical Solution for Cold Lime softening
- Robust Construction

### Applications
- Surface Water Clarification
- Cold Lime Softening
- Ground Water Softening
- Filtration Pre-treatment

**Sizes:** Up to 200 ft diameter

## MIEX® DISSOLVED ORGANICS REMOVAL



### Benefits
- Economical Solution to Reduce Disinfection By-products
- Effective TOC Removal
- Continuous Ion Exchange Process
- Saves Coagulant Chemical Costs
- High Settling Rates achieved

### Applications:
- TOC Removal
- Sulfate Removal
- Arsenic Removal
- Membrane Filtration Waste Treatment

## POLYMEM™ ULTRAFILTRATION MEMBRANE SYSTEMS



### Benefits:
- Virus and Bacteria Removal
- Physical Barrier Separation
- Less Frequent Cleaning Cycle
- Economical Choice for Complete Filtration
- Tolerant to Wide Ranges of PH levels
- Pre-Package Complete Skids and Controls
- Secondary Filtration Backup Prevents Breakthrough
- Long Membrane Life
- No or low Pre-Treatment Requirements

### Applications:
- Potable Water Filtration
- Industrial service Water
- Package Water treatment Plants
- RO / Demineralizer Pre-Treatment

## GRANULAR MEDIA FILTERS



### Benefits:
- Economical filtration
- Meets current AWWA and EPA Standards
- Automatic Control Systems
- Backed by Experienced Process Engineers

### Applications:
- Surface Water Filtration
- Groundwater Direct Filtration
- Post Precipate Filtration
- Water Re-use

## CLARI-CELL™ PACKAGE TREATMENT PLANTS



### Benefits:
- Flocculation, Clarification, Filtration in One System
- Compact Treatment
- Automatic Controls
- Low Maintenance
- Meets (10) State Standards
- Economical Overall choice for Treatment
- No Pre-treatment for most raw waters

### Applications:
- Surface Water Clarification / Filtration

## PYRAMED™ UNDERDRAINS



### Benefits:
- Rugged Stainless Steel Construction
- Easy and Economical to Install
- Low Profile
- Media Retention

### Applications:
- New Filter Underdrains
- Filter Enhancements
- Underdrain Retrofits

## CLARIFIERS



### Benefits:
- Durable Construction
- Low Effluent Turbidities
- Low cost Water Treatment
- Low Maintenance
- Enhanced Solids Transport Capacity

### Applications:
- Surface Water Clarification
- Back Wash Clarification
- Water Re-use Clarifier
- Filter Pre-treatment

## THICKENERS



### Benefits:
- Robust Construction
- Develops High Solids Concentrations
- Low Operating Cost
- Low Maintenance
- Raking Lifting Device

### Applications:
- Clarifier Underflow Thickening
- Filter Press Pre-Thickening
- Lime Sludge Thickening
- Backwash Thickening

## CLEAN-FLO™ SCREENS



### Benefits
- Self Cleaning
- Protects Downstream Equipment
- Coarse and Fine Screening
- Built to fit any channel
- Automated Operation
- Minimal Operator Attention and Maintenance

### Applications
- Plant Intake Screens

## CLUSTER FILTERS



### Benefits:
- Small Footprint
- Simplified Controls
- No Separate Backwash Source Required
- Meets AWWA Filter Specifications

### Applications:
- Surface Water Filtration
- Direct Filtration
- Water Re-use

## PRE-TREATMENT SYSTEMS



### Benefits
- Total Systems Responsibility from Raw Water to Treated Effluent
- Process Expertise to Ensure High Quality Effluent
- Cost Effective Approach

### Applications
- Surface Water Treatment
- Cold Lime Softening
- Cooling Tower Blowdown Treatment
- RO/Demineralizer Pre-treatment

## LAB AND PILOT TESTING EQUIPMENT & SERVICES



- WesTech offers a wide range of lab and pilot test equipment for feasibility studies or performance verification. From Aeration to Zeolite Softening, Call WesTech for in house, or on site process assistance.

- WesTech employs a trained staff of process engineers and technicians to assist with laboratory and pilot studies. WesTech operates a full service in house laboratory in Salt Lake City and conducts field and pilot tests.

## SPARE PARTS

### Parts and Service for all equipment lines

- 24 hour Spare Parts Access
- Expert Field Service for Start Up, Retrofit, Repairs and Training.



**an employee owned company**

**3625 South West Temple, SLC, UT 84115**
**Phone: (801) 265-1000 • Fax: (801) 265-1080**
**• e-mail: info@westech-inc.com**
**• www.westech-inc.com**

# WESTECH



**QUALITY SYSTEM**

# Drives...



# ...For Clarifiers and Thickeners



ull line manufacturer of top quality
ss equipment for municipal and
rial liquid-solid separation, WesTech
ways been concerned with providing
est possible equipment that utilizes
test technology.

ver twenty years, technology that
t WesTech apart from the other
facturers has continually improved
vide the customer with equipment
neets their toughest requirements
standing the test of time.





Our drive units for thickeners and clarifiers
are no exception. Improvements in
available materials and technology have
been combined in this compact unit to
provide a drive that is without equal in the
industry. Designing complete clarifier and
thickener mechanisms presents our trained
engineers with a greater understanding of
the service demands of thickener and
clarifier drives, and provides the customer
with one manufacturer who can provide
complete unit responsibility.

WesTech drive units provide efficient transfer
of power in a safer, clean and more compact
design. Higher efficiencies mean lower
power consumption, providing constant
cost savings. Completely contained, direct
coupled elements eliminate the messy and
maintenance prone chains and sprockets. An
efficient cycloidal speed reducer significantly
reduces drive maintenance time each month.

The use of a precision main bearing
provides a design life of over 100 years,
exceeding the expected life of strip-liner
type bearings by more than 5 times. The
unique locked ring design of the precision
bearing distributes unbalanced and
overturning loads over the entire bearing,
eliminating the problem of point loading
common with strip-liner bearings.

WesTech's Torkmatic™ drive control
provides excellent protection from upsets
or over-torque conditions. The direct
measurement of torque from the pinion
allows operators to receive accurate
torque readings.

A sealed fabricated steel housing and base provides the superior strength and consistency of steel combined with fabrication flexibility to meet any design configuration. A three-step application of a high gloss epoxy/polyurethane enamel provides the protection necessary to prevent corrosion.

Add all of these design features into one machine, and you have the single best clarifier and thickener drive available from the employee-owned company that can provide you with the quick responsive service and attention you demand.





Oil contamination in water and wastewater treatment is a problem that presents special needs and requires special attention. WesTech's totally grease lubricated drive option addresses those special needs and provides the option to meet your requirements.

WesTech's totally grease lubricated drive eliminates any need for oil and the chance of contamination from an oil leak or spill. The grease pack option for drives allows the use of food grade grease and makes compliance with strict regulatory requirements possible. Removal of collected condensate is no longer a concern. Weep holes provided in the housing allow condensate to drain as it forms.

By providing the same quality components included in the standard WesTech drive, plus the benefit of total grease lubrication, you are assured of the same uncompromising WesTech quality as in our standard drive, with even greater ease in operation and maintenance.

## Torkmatic™ Overload Protection

**Accurate Measurement** - Direct force measured from the pinion provides the most accurate reading possible.

**Reliable** - Primary stage measurement eliminates second and third stage measurement, providing fewer points for malfunction.

**Exact Indication** - Torque indication expressed in percentage of design torque provides instant reading eliminating any need for conversion.

**Manual Verification** - Reliable manual testing allows periodic verification of safety switches.



## Advanced Gearing Design

**Increased Load Capacity** - Semi-recessed modified addendum tooth configuration provides increased distribution of load by as much as 50%.

**Longer Life** - Greater gear tooth contact reduces gear wear and extends the life of your drive.

## Lower Pinion Bearing and Pocket

**Overhung Load** - Use of lower pinion bearing eliminates overhung loadings on speed reducers.

**Pinion Tooth Alignment** - Tight bearing alignment tolerances provide proper gear to pinion tooth alignment.

**Condensate Drainage** - Drainage weep holes in the lower bearing seat allows condensation to go around the bearing and not through it to the condensate pocket for removal.

## Direct Inline Coupling

**Clean** - Inline connections from the motor eliminate the greasy mess of chains and sprockets and provide simplicity in maintenance and care.

**Safer** - Elimination of exposed moving parts provides safer operating conditions for routine inspection and maintenance.

**Efficient** - Higher efficiencies yield longer life and less wear on moving parts.

**Compact** - Direct coupled components permit stacking of the power transmission, providing a neat and clean space-saving design.

## Cycloidal Speed Reducer



**Great Efficiency** - 95% efficiency in a single stage reduction vs. 60% efficiency through a worm gear/chain and sprocket arrangement.

**High Shock Loading Capacity** - With the cycloidal reducer, there is no shear point, and 65% of the cycloidal disc lobes are engaged at any one time to absorb as much as 500% shock loading.

**Compact and Clean** - The cycloidal drive is considerably smaller than conventional reducers, and completely grease lubricated, eliminating the oily mess from chains and sprockets.

## Forged Alloy Steel Precision Main Bearing

**Precision Manufacturing Tolerances** - The bearings utilized are acceptable for high load, high speed applications.

**Exceptionally Long Life** - Calculated bearing life of 100 years is more than five times that of standard strip liners of the same bearing size and diameter.

**Exceptional Load Capacities** - Precision bearings utilize a full contoured raceway with hardness 30% greater than strip liners.

**Overturning Load Capacity** - Locked ring design prevents point loading and provides distribution of load over the entire bearing, withstanding extremely unbalanced loads.

**Reduced Wear** - Bearing balls separated with nylon spacers reduce grinding action of ball-on-ball contact.

**Proper Lubrication** - Grease lubrication of the bearing and oil lubrication of the pinion and gear teeth keep contaminants from entering the bearing, and allow for efficient removal of condensate.

## Sealed Steel Housing and Base

**Strength** - Stronger and more rigid than cast iron, steel has a higher yield and tensile strength, which enhances fatigue strength and ductility.

**Uniformity** - Steel is extremely uniform with a consistent density, free of blow holes, sand particles, voids, and cracks common with cast iron.

**Structural Design** - Unlike massive and heavy cast iron components, fabricated steel provides a higher strength/weight ratio allowing a stronger, more compact unit.

**Flexibility in Design** - Fabrication with structural steel permits an infinite variety of component parts.

**Protection** - Three-step application of high gloss epoxy/polyurethane enamel provides the protection necessary to prevent corrosion.



Both shaft and cage lift assemblies provide the flexibility of keeping your equipment online in the event of process upsets and overloads. WesTech shaft and cage drive units with rake lifting devices keep the mechanism operating safely with the rakes raised out of the heavy sludge. Motorized lifts can be activated by the Torkmatic torque limiting device or can be controlled by the plant operator, and provides visual torque indication and lift position. Elimination of slip rings, lifting cables, and swing arms provides a clean and compact design with fewer moving parts.



WesTech advanced dual bearing design for shaft lifts permits compressive or tensile loading to be applied, allowing for upward lifting to break up flocculation islands, or downward pressure to break up heavy concentrations of settled solids on the tank bottom. WesTech's dual bearing lift assembly is placed where it is easily accessible and serviceable.



WesTech cage lift assemblies provide the same compressive and tensile loading capacity as the shaft drive lift with the added capacity of a cage drive unit. The cage lift mechanism bolts directly to the center cage and can be raised or lowered without the use of cables. WesTech's unique self-aligning lift assembly provides precision guides for maintaining proper alignment during operation. With torque capabilities up to four million foot pounds, WesTech cage lift drives provide the flexibility necessary for heavy duty and large thickener applications.



### Dual Output Drives

WesTech dual drives manufactured for mixing and flocculation applications provide the reliable and durable service required to meet your process needs. Manufactured and assembled with a separate precision bearing, the turbine drive provides exceptionally long bearing life and protection against overturning moments caused by the mixing action in the flocculation well. Use of a lower pinion bearing assures proper gear tooth alignment and reduced wear.

Available with a direct coupled variable speed turbine drive, WesTech's dual drive provides a cleaner, safer design. Optional rake lifting mechanisms can be provided for added protection in a torque overload condition. With superior designs from the manufacturer who understands flocculating clarifiers, extended trouble-free operation is assured.



### Traction Drives

WesTech drives available for peripherally powered units provide the same standard of quality as WesTech center drive units. WesTech thickeners and clarifiers driven by peripheral tractors from the end of the access bridge or rake arm, offer the most economical approach to mechanism construction and provide the power necessary to accommodate your torque requirements.

WesTech traction drives share many of the same quality components used in the WesTech standard drive, providing high efficiency in a clean, compact design. Torque overload controls equipped with a shear pin/motion sensor provide added safety for excessive torque overload. With optional cold weather packages available, this drive offers the operational flexibility to meet your needs.

Whether you are in the minerals processing industry or the municipal wastewater field, you cannot afford to have your clarifier or thickener drive fail – especially when every day you are down can cost you thousands of dollars.  When the option is rebuilding old equipment or buying new, consider the costs of each.  Alleviate the maintenance headaches associated with rebuilding your existing drive and let a WesTech replacement drive provide you with the cost effective solution.  Our experience in building new drives and rebuilding other manufacturers' strip lined drives shows that the costs associated with each are comparable.  With the infinite fabrication possibilities afforded from steel housings, WesTech can provide direct, bolt-in-place replacement drives for your old or failed drives. WesTech's line of replacement drives take advantage of the same efficient components and quality manufacturing as the WesTech standard drives, and provide your mechanism with the single best clarifier drive available.

### Extended Warranty

The quality craftmanship of each of our drive units lets us provide a warranty that inspires confidence.  Backed by the integrity of WesTech, five and ten year warranties are available on all major drive components.  Your investment in quality equipment should not be a risky one.

### Need it Fast...

On occasion, our customers have been known to call our office with a drive emergency.  And on those occasions, WesTech has listened and acted on those emergencies with a complete turnaround in a matter of days.  When the occasion presents you with an emergency and few options, WesTech can provide you with the fast delivery to keep you running.

## WesTech Products

- Clarifiers
- Digester Covers
- Dissolved Air Flotators
- Erection Services
- Flocculators
- Oil/Water Separators
- Laboratory Test Equipment
- Pilot Plant Equipment
- Polymer Dosing Controls
- Pressure Filters
- Rotary Distributors
- Grit Removal Equipment
- Sludge Heating Systems
- Sludge Mixers
- Solids Contact Clarifiers
- Thickeners
- Vacuum Filters
- Sand Filters

# WESTECH

Represented by:

**P.O. Box 65068 • Salt Lake City, Utah 84165-0068**
**Phone: 801/265-1000 • Fax: 801/265-1080**

© WesTech Engineering, Inc.  1995 #895/3

**WesTech**   CIRCULAR SCRAPER   MODEL THS13
SHAFT DRIVE THICKENER

**SECTION_____ - CIRCULAR THICKENER**

**0.1 GENERAL**

A. Scope: There shall be furnished and installed equipment for two (2) circular scraper shaft drive thickeners. The equipment shall include a center drive unit and torque control, walkway and platform with handrail, stationary influent pipe, center feedwell, rotating drive shaft, sludge rake arms, fiberglass weir plate, electrical panel, anchor bolts, and all other appurtenances required or shown on the drawings.

B. Supplier: The clarifier equipment specified in this section shall be as designed and supplied by WesTech Model THS13 Thickener.

   1. This specification covers the furnishing of WesTech Engineering, Inc. of SLC, UT, equipment as Base Bid. The equipment and material specified is deemed most suitable for the proposed treatment system.

   2. The Contractor shall prepare his bid on the basis of the materials and equipment listed herein. Any Base Bid using other than the specified Base Bid equipment will be considered non-responsive and the bid will not be considered for award.

   Prequalification of equipment for Deductive Alternate Bids:

   1. The Bidder may submit other manufacturer's equipment for consideration as an Alternate Bid.

   2. To qualify alternate equipment, the Bidder shall provide the following information to the Engineer at least 15 days prior to the bid date.

      a. Drawings, specifications, and product literature with adequate detail to determine that what is proposed will meet the requirements of the plans and specifications.

      b. A list of 15 installations of the same type presently in service, including phone numbers and individuals to contact.

      c. Verification of ISO 9001 certification.

      d. Evidence of technical capability to design and check out the complete alternate system, including modifications which will be required in structures, foundations, and equipment provided by others.

      e. Evidence of financial responsibility adequate to complete the project and assure viability of equipment warranty.

      f. A complete listing of changes which will be required in the contract plans and specifications to accommodate the alternate equipment.

   3. An addendum will be issued at least five days before the bid date naming alternate suppliers that conform with the specifications and are approved to bid equipment for the project under the Alternate Bid provisions.

   4. Alternate bidders shall guarantee, in writing, signed by an officer of the company, that the equipment offered will provide comparable or superior features, performance quality, and materials of construction as the equipment specified.

   5. Prior approval of equipment for Alternate Bids shall <u>not</u> constitute final approval of specific equipment, but rather constitutes only approval of the respective equipment manufacturers to provide price quotations based on equipment

 **WesTech**     CIRCULAR SCRAPER     MODEL THS13
SHAFT DRIVE THICKENER

meeting the specifications.

6. Alternate Bid equipment manufacturers shall modify their standard products as necessary to meet the provisions of the specifications.

7. A photocopy of the alternate equipment manufacturer's quotation must be attached to the bid documents to show that the Alternate Bid is in accordance with the equipment, which has been prequalified.

8. Contractor shall assume overall undivided responsibility for the functioning of the Alternate Bid Equipment. The cost of any changes incidental to installation of the alternate equipment such as electrical wiring, relocation of piping, engineering design or supervision, as-built drawings, etc., shall be borne by the Contractor with no additional expense to the Owner.

9. If after installation the alternate equipment does not perform in accordance with the specifications or other deficiencies are noted, the Owner will require the modification or replacement of such equipment to meet the specifications at no additional expense to the Owner.

C. Design Criteria:

Flow rates (gpm):

Influent:

     average:                              115

     design:

     maximum:

Solids loading (lbs/ft2-day):

     minimum:

     design:                              64,000

     maximum:

Tank diameter (ft.):                 45

Side water depth (ft.):             20

Freeboard (ft.):                      1

Bottom slope (in./ft.):             2.75

Feedwell:

     diameter (ft.):                 8

     depth (ft.):                   4

Influent feed pipe diameter (in.):      6

Collector tip speed (fpm):         10



**WESTECH**

### CIRCULAR SCRAPER
### SHAFT DRIVE THICKENER

**MODEL THS13**

| | |
|---|---|
| Rake motor HP: | 1.5 |
| Torque (ft.-lbs.): | |
| design running: | 50,000 |
| momentary peak: | 100,000 |
| Minimum ball race diameter (in.): | 47 |
| Drive overturning moment (ft.-lbs.): | 916,000 |
| Lift: | |
| motor HP: | 1.0 |
| rise (in.): | 24 |
| capacity (tons.): | 15 |

D. Warranty: A written supplier's warranty shall be provided for the equipment specified in this section. The warranty shall be for a minimum period of one (1) year from start-up or 18 months from time of equipment shipment, whichever comes first. Such warranty shall cover all defects or failures of materials or workmanship which occur as the result of normal operation and service.

E. Submittals: Copies of all materials required to establish compliance with these specifications shall be submitted for review. Submittals shall include at least the following:

1. Certified general arrangement drawings showing all important details and materials of construction, dimensions, loads on supporting structures, and anchor bolt locations.

2. Descriptive literature, bulletins, and/or catalogs of the equipment.

3. Complete data on motors and speed reducers.

4. Wiring diagrams and electrical schematics for all control equipment to be furnished.

5. Calculations documenting the AGMA rating of the drive unit and life of the main bearing, prepared and signed by a registered professional engineer.

6. Complete descriptive information and electrical schematic for torque overload device.

F. Experience: The equipment supplier shall be ISO 9001 certified and have at least 15 years experience in the design, application, and supply of circular thickeners in water or wastewater treatment plants, and shall submit a list of not less than 25 operating installations as evidence of meeting the experience requirement.

## 0.2 PRODUCTS

A. General Design:

1. Description: The thickener mechanism shall be of the center drive type, mounted on a walkway which spans the tank and bears on the wall at each end. Flow shall enter the center feedwell through an influent feed pipe. The thickener shall be designed to remove settled sludge from the bottom of the tank.

2. Materials: All structural steel shall conform to the requirements of ASTM A36. Steel pipe used for structural members shall conform to ASTM A53. Steel members in contact with liquids, either



**WESTECH**     CIRCULAR SCRAPER     MODEL THS13
SHAFT DRIVE THICKENER

continuously or intermittently, shall have a minimum thickness of 1/4". All aluminum shall be type 5052, 6061, 6063, or 2014 alloy unless noted.

3. Fabrication: Shop fabrication of structural members shall be in accordance with the latest edition of the "Structural Welding Code", AWS D1.1, of the American Welding Society. All welded connections shall develop the full strength of the connected elements and all joined or lapped surfaces shall be completely seal welded with a minimum 3/16" fillet weld. Intermittent welding shall not be allowed. All welding shall be done in accordance with the latest edition of the AWS code.

4. Edge Grinding: Sharp projections of cut or sheared edges of ferrous metals shall be ground to a radius by multiple passes of a power grinder as required to ensure satisfactory coating adherence.

5. Shop Surface Preparation/Coating: None. All iron and steel surfaces, except the drive unit, shall be field cleaned and painted to ensure paint compatibility and assign unit responsibility for the coating system. The drive unit shall be coated with the supplier's standard enamel paint system.

6. Structural Design: The ratio of unbraced length to least radius of gyration (slenderness ratio) shall not exceed the values listed in the AISC manual. For angles, the radius of gyration shall be taken about the Z-Z axis. In addition, all structural members and connections shall be designed so that the unit stresses will not exceed AISC allowable stresses by more than one-third when subject to loading of the previously listed peak torque. All steel design shall be in accordance with the AISC Manual of Steel Construction, latest edition, and the Uniform Building Code (UBC), latest edition.

B. Drive Unit:

1. Design Parameters: The drive unit shall be manufactured by the thickener equipment supplier to ensure unit responsibility. The drive unit shall be designed for the torque values previously listed. It shall turn the mechanism at the design collector tip speed. The drive main bearing shall be designed for the total rotating mechanism loads with a minimum L-10 life of 50 years or 450,000 hours. The drive unit shall be capable of producing and withstanding the previously listed momentary peak torque while starting. The drive main gear shall be designed to a minimum AGMA 5 rating when rated in accordance with AGMA 2001-B88. The main bearing shall be capable of withstanding the listed overturning moment without the aid of any underwater guides or bearings to ensure correct tooth contact for AGMA rating of the main gear.

All gearing shall be designed per AGMA standard 2001-B88 for strength and surface durability, based on a life of 175,000 hours. The design running torque rating of the drive gearing shall be based on the smaller of the two values determined from the above AGMA standard. To ensure safety and ease of maintenance, all components of the drive shall be direct coupled.

No overhung pinions shall be allowed on the speed reducing unit. The lower pinion bearing shall not be located below the turntable base.

Any and all welding on the drive unit shall be done using E70XX weld rod.

2. Physical Characteristics: The drive unit shall consist of a solid external main gear, turntable, pinion, secondary speed reducer, support base, and drive unit bearing. The drive shall be mounted on the operating platform frame and support the entire rotating load of the mechanism. The main external gear shall be forged of alloy hardened steel. The pinion shall be heat treated alloy steel. All speed reducers shall be fully enclosed and running in oil or grease. Support base for the drive shall be of welded steel to assure rigidity. Oil and dust shields shall be provided. The drive bearing shall include a forged steel precision gear/bearing set with fully contoured raceways hardened to a minimum 58-60 Rc. The main gear and pinion shall run in an oil bath or be grease lubricated. If an oil bath is used, an oil sight glass, fill pipe, and drain line shall be provided for the reservoir. Lubrication fittings shall be readily accessible.



**WESTECH**          CIRCULAR SCRAPER          MODEL THS13
                     SHAFT DRIVE THICKENER

3. Overload Protection: An overload device shall be provided in a stainless steel, weatherproof enclosure. The device shall be actuated by torque from the rotation of the secondary speed reducer, which shall operate two independently adjustable switches (the alarm switch at 100 percent of design running torque and the motor cutout switch at 120 percent of design running torque). These two switches shall be factory adjusted to accurately calibrate the alarm torque value and the overload position. A visual torque indicator shall be provided and oriented so that it may be read from the walkway. It shall be calibrated from 0 to 160 percent of design running torque.

4. Turntable: The turntable base shall have an annular bearing raceway upon which the rotating assembly rests. It shall have a maximum allowable deflection in accordance with the bearing specifications. The allowable modulus of elasticity shall be a minimum of $29 \times 10^6$ psi. The drive shaft shall be fastened to and supported from the gear hub. Ball bearings shall be of the highest quality high carbon chrome alloy steel running in fully contoured races, as part of a precision gear/bearing set. The balls shall be grease lubricated and protected by elastomer seals.

5. Speed Reducing Unit: The speed reducing unit shall consist of cycloidal or helical speed reducers directly connected to a motor without the use of chains or v-belts, and shall be keyed to the pinion.

   The main ring gear of cycloidal drives shall be made of high carbon chromium bearing steel and be fixed to the drive casing. An eccentric bearing on the high speed shaft shall roll cycloidal discs of the same material around the internal circumference of this main ring gear. The lobes of the cycloid disc shall engage successively with pins in the fixed ring gear. The movement of the cycloid discs shall be transmitted then by pins to the low speed shaft.

   Speed reducer helical gearing shall be manufactured to AGMA standards. The speed reducer shall have a service factor of 1.25.

   The reducers shall be fitted with radial and thrust bearings of proper size for all mechanism loads and run in a totally submerged oil bath or be grease lubricated.

6. Motor(s): Motors shall be 1800 RPM, squirrel cage, induction type, TEFC, ball bearing heavy duty units of ample power for starting and operating the mechanism without overload, with a service factor of 1.15. A motor canopy shall be provided on the rake drive.

   Power supply to the equipment shall be 240/480 volt, 60 hertz, 3 phase.

7. Lift: A lifting device shall be provided to raise the rake arms above an excessive accumulation of sludge for further protection of the drive unit and thickener   mechanism. The lift shall be of the automatic type.

   The lift device shall be a worm gear type. The worm gear and lift screw assembly shall be connected to the upper end of the shaft to which the rake arms are attached to provide the listed inches of lift by lifting the shaft of the drive unit. This connection shall be supported by a thrust bearing sized to carry all vertical loads imposed. The device shall have a lift capacity as previously listed.

   The lift mechanism itself shall not rotate or lift up and down but shall remain stationary so as to provide a direct electrical connection to the lift device motor that requires no brushes or slip rings.

8. Control Equipment:

   *[There shall be mounted in the overload device one extra cam actuated limit switch to automatically raise the rake arms at a pre-selected torque value (adjustable 0 to 100 percent). Lowering of the rake arms shall be by manual push button.]*



**WESTECH**     CIRCULAR SCRAPER     MODEL THS13
                SHAFT DRIVE THICKENER

*[There shall be provided in the overload device two extra cam actuated limit switches to automatically raise or lower the rake arms depending upon load conditions within the tank.]*

*[A control panel shall be furnished for the above with an automatic raise and adjustable timing of lower cycles and a manual by-pass selector switch.]*

*[A torque transmitter shall be furnished which will transmit a signal to a strip chart recorder.]*

C.  Walkway and Platform:

1.  Walkway: The 36" wide walkway and platform with handrails shall be supported by the tank wall at its outer ends, and shall be designed to safely withstand a live load of 50 pounds per square foot. Deflection shall not exceed L/360 when the dead load and live load including momentary peak torque are applied. It shall consist of two trusses or beams with 1-1/4" x 1/8" aluminum grating between the beams. The walkway shall be diagonally braced against lateral movement, and provided with handrails 42" high, of double-row 1-1/2" diameter horizontal aluminum pipe, and 1/4" x 4" high kickplates on both sides. Walkway trusses may serve as handrailings if the top chord is 3'-6" above the walking surface.

    Stainless steel bearing plates, UHMW PE slide plates, and anchor bolts for the wall supports, including heavy hex nuts and washers, shall be provided by the equipment supplier and installed by the contractor. Bearing plate dimensions and anchor bolt diameter, length, quantity, and arrangement shall be supplied by the equipment supplier. The contractor shall block out or otherwise modify the structure to accommodate walkway and supports, if required.

2.  Center Drive Platform: A center drive platform shall be provided which allows 24" clearance outside the center drive components. It shall consist of 1-1/4" X 1/8" aluminum grating with necessary stiffeners and supports. The entire platform shall be surrounded by handrails 42" high of double-row 1-1/2" diameter horizontal aluminum pipe with 1/4" x 4" high kickplates.

D.  Influent and Sludge Removal:

1.  Rotating Center Drive Shaft *[and Cone Scraper]*: A rotating steel drive shaft of 1/4" minimum wall thickness shall be provided. The shaft shall be suspended vertically from and receive its rotational power from the center drive unit mounted on the operating platform. The shaft shall extend down to a sludge cone in the center of the tank floor.

    The shaft shall have a steel pipe cone scraper attached to its lower end to fluidize and prevent deposit of solids in the sludge cone.

    The shaft shall be provided with connections for the two sludge rake arms. The shaft will be bolted to the main gear which shall rotate the shaft with the attached arm. The shaft and each arm shall be designed to withstand 150 percent of the design running torque of the drive without over-stressing the members. Loading to develop the torque shall be considered as uniform loads applied to each arm individually.

    The rotating shaft shall have adequate structural strength to support the entire rotating mechanism, including rake arms, cone scraper. Design shall accommodate dead load plus live load and torque with an adequate factor of safety to eliminate deflection or vibration.

2.  Feedwell: An energy dissipating feedwell shall be supported outside of the shaft to diffuse the liquid into the tank without disturbance or formation of density currents. The feedwell shall be supported from the tank walls or the walkway bridge. Baffled openings shall be provided near the water surface to allow the scum to exit the feedwell.

    The feedwell shall be made of not less than 3/16" thick steel plate with necessary alignment.



**WESTECH**　　　CIRCULAR SCRAPER　　　MODEL THS13
SHAFT DRIVE THICKENER

3. Inlet Pipe: A steel inlet pipe shall be provided for delivering influent into the feedwell. The pipe shall be horizontal extending from a flange on the tank wall to a baffled nozzle in the feedwell wall and discharge vertically into the feedwell with a baffled nozzle from an inlet pipe supported by [the walkway.

4. Sludge Rake Arms: The mechanism shall include two sludge rake arms of steel truss construction with steel scraper blades and rake blade tabs. The blades shall be properly sized to insure complete raking of the bottom twice per revolution. The blades shall rake the heavy sludge to a center sludge hopper. The arms shall be adjustable at the shaft to assure an even grout thickness over the tank bottom.

E. Effluent Removal:

1. Launder: A rectangular effluent launder shall be provided around the perimeter of the tank. The launder shall be formed as part of the concrete wall. A drop-out box shall be provided in the bottom of the launder at one point for collection and discharge of the clarified effluent.

2. Weir: An adjustable weir shall be provided around the periphery of the tank at the water surface for removal of clarified effluent.

The weir shall consist of 3/16" thick x 9" deep fiberglass sections with 90 degree v-notches. The weir sections shall be curved and fastened to the launder wall with special large washers, anchor bolts, and hex nuts to allow vertical adjustment.

F. Electrical: The contractor shall supply and install all required electrical items not specifically called for as furnished by the equipment supplier.

The contractor shall supply and install all field wiring required including but not limited to proper size wire, conduit, fittings, and supports.

G. Anchorage and Fasteners:

1. Anchor Bolts: All anchor bolts shall be a minimum of 1/2" diameter and made of type 304 stainless steel. The equipment supplier shall furnish all anchor bolts, nuts, and washers required for the equipment.

2. Fasteners: All structural fasteners shall be a minimum of 1/2" diameter and made of type 304 stainless steel. The equipment supplier shall furnish all fasteners required for the assembly of the equipment.

## 0.3 INSTALLATION

A. General: The equipment shall be installed properly to provide a complete working system. Installation shall follow the supplier's recommendations.

B. Manuals: The equipment supplier shall furnish six (6) copies of operation and maintenance manuals which will be retained at the installation site to assist plant operators. The manual shall include the supplier's erection and assembly recommendations and a complete list of recommended spare parts.

C. Shop Assembly: The equipment specified herein shall be completely factory assembled as one unit as far as practical. All mating parts shall be trial fit and match-marked. The manufacturer shall submit certification of shop assembly before shipment.

D. Field Service: The equipment supplier shall provide the service of a qualified representative for two (2) trips and three (3) days to inspect the mechanism installation, assist in start-up, and instruct plant personnel in the proper operation and maintenance of the mechanism.

- End of Section -



EQUIPMENT LIST

1. 54 IN. DRIVE UNIT W/ TORQUE CONTROL DEVICE 50,000 FT. LBS. CONT.RUNNING TORQUE, AND LIFT DEVICE.

2. 3'-0" WIDE WALKWAY W/ 1/4" ALUM FLOORPLATE.

3. PLATFORM (W/ 24" MIN. CLEARANCE AROUND DRIVE UNIT) W/ 1/4" ALUM FLOORPLATE.

4. ALUM HANDRAIL 1-1/2" DIA. x 42" HIGH 3-RAL W/ 1/4" x 4" KICKPLATE.

5. CENTER SHAFT - 12" DIA SCH 80 W/ CONE SCRAPER.

6. FEEDWELL - 8'-0" DIA. x 4'-0" SIDE DEPTH (3/16" PLATE) W/ 3" DEFLECTOR SHELF.

7. FEEDWELL SUPPORTS

8. INFLUENT PIPE - 6" DIA. SCH 40 (MIN. 1/4" WALL) W/ DISSIPATION TEE AND SUPPORTED AS SHOWN.

9. TWO (2) RAKE ARMS W/ BLADES & SPIKES.TO RAKE TWICE PER REVOLUTION.

10. WEIR (STL 3/16" x 10") W/ 90° NOTCHES 3" DEEP @ 6" ON CENTER.

11. ELECTRICAL CONTROL PANEL W/ PANEL MOUNT CONSISTING OF 316SS C3 x 5 SUPPORTS AND 1/4" 316SS MOUNTING PLATE (PANEL DOOR OPENS TO THE LEFT)

NOTES:
1. SEE DWG. B100 FOR GENERAL NOTES.
2. SEE DWG. D102 FOR ELEVATION VIEW.
3. SEE DWG. D103 FOR PLAN VIEW.
4. SEE DWG. D104 FOR CONCRETE TANK ARRANGEMENT.
5. SEE DWG. D105 FOR GENERAL ARRANGEMENT DETAILS.

PREPARED FOR: FLINT WTP

THICKENER GENERAL ARRANGEMENT - TANK CUTAWAY VIEW

THS13 | 45'-0" DIAMETER

| | NONE | 10/03 | JMB |

WesTech | D201 | 033204

BridgeMont Steel Deck
Motor Truck Scale

WEIGH-TRONIX



# BridgeMont Steel Deck—
## Performance
### Affordability

*For more than two decades Weigh-Tronix has built premium truck scales that have become the performance benchmark for ruggedness and performance in heavy use applications. Now Weigh-Tronix has introduced a new class of truck scale, the BridgeMont. It is a scale for the majority of users, the people who require a scale they can count on, day in and day out.*



## BridgeMont designers asked new questions: How do you reduce the cost of truck scale ownership?

As they began the development of the new BridgeMont truck scale, Weigh-Tronix designers recognized that their strength was building truck scales with long service life. Now they needed to ask, "How do we build the same quality into a scale for general use? How do we provide the product that gives long years of service without over building? What design choices do we make that will reduce the cost of truck scale ownership?"

## Bridgemont preserves the best elements of proven Weigh-Tronix design

BridgeMont installs anywhere. Depending on your state regulations, space requirements and environmental conditions, you can use it as a pit type scale, place it on a concrete slab, or simply set it on concrete piers.

The heart of the BridgeMont Steel Truck Scale is the Weigh Bar® weight sensor. Weigh-Tronix machines Weigh Bars from high quality aircraft alloy steel stock. Each Weigh Bar goes through a three-step process of heat treating, quenching and then tempering. The process has two benefits. First, it increases the weight sensor's resistance to corrosion, and secondly, it enhances the performance of the Weigh Bar, ensuring its high

degree of repeatability by minimizing hysteresis. The Weigh Bar has proven to be the most dependable and long lasting electronic weight sensor in the industry.

## Structural integrity, the biggest variable in cost of ownership

Weigh-Tronix designers employed a technology called Finite Element Analysis (FEA) to the design of the BridgeMont to substantially reduce the cost of the standard truck scale without sacrificing structural integrity.

The FEA technology permitted Weigh-Tronix engineers to create computer generated models of each proposed design. They measured critical stress factors on virtually every component of the scale.

As a result, they developed a new configuration for their proven sandwich steel deck that reduced the weight of the deck but maintained the strength.

Their test also reaffirmed the choice of sandwich steel construction. When they tested several designs that eliminate the bottom plate, they found that the bottom plate serves as a critical load stabilizer. Designs tested without bottom plates were subject to high fatigue stresses and premature failure when improperly loaded.

The second value the bottom plate adds to the BridgeMont is that it allows for a 100% seal weld of the deck structure. This lengthens the life of the scale, protecting it from exposure to moisture and early corrosion.

### Simplified Installation cuts cost

Another significant choice that Weigh-Tronix designers made was to simplify the installation of the BridgeMont.

The traditional truck scale installation uses grout plates as bases for the stands that hold the load cells. Grout plates require precise positioning and must be perfectly level to ensure that all load cells are level. Anchor bolts, positioned in the foundation to tight tolerances, secure each grout plate.

In contrast, the BridgeMont positions its Weigh Bars in the deck sections instead of on stands which need to be perfectly level. It has no need for grout plates. Installers simply drill and insert anchor bolts at the time of installation. This saves hours of highly skilled, precision foundation preparation.

BridgeMont's 20- and 23-foot deck sections are longer than the industry standard. Therefore, the BridgeMont truck scale will often have one less

deck section than a competitive scale of the same length. This results in a three-time savings. One less deck section saves the cost of load cells, cable and junction boxes. One less deck section speeds the installation process and simplifies calibration. One less deck eliminates one pier, lowering the cost of the foundation.

In addition, each deck section arrives with Weigh Bars already mounted in the deck. The cables are hard wired to the Weigh Bars (No connectors to corrode or fail from dampness). Protective conduit for the wiring and junction boxes are already in place.



Weigh Bar
Suspension Link
Pin Stand

### BridgeMont Truck Scales— Another example of a better way from Weigh-Tronix

BridgeMont Truck Scales capitalize on the strengths of a Weigh-Tronix twenty-five year tradition of building premium truck scales. In addition, they offer the unbeatable combination of structural integrity and cost effectiveness. Count on Weigh-Tronix to find the better way.

*The BridgeMont design places the Weigh Bar weight sensors in the scale's deck. This provides stability and level positioning for the weight sensors without the need for difficult to install load cell stands and grout plates.*

## Options and accessories

| | |
|---|---|
| Stainless steel shielded cable | Hazardous area systems |
| Cable rails | Multi-platform systems for axle weighing |
| Guard posts | Grain dump modules |
| Manhole rings and covers | Galvanized finish |
| Indicators | PDOX Waste Management System |
| Remote displays | PDOX Special Applications Management Systems |
| Printers | |

## Specifications

| Model# | Size | Modules | Weigh Bars | Capacity (tons) Gross |
|---|---|---|---|---|
| BMS1010-35T | 10' x 10' | 1 | 4 | 35 |
| BMS1210-35T | 12' x 10' | 1 | 4 | 35 |
| BMS2010-35T | 20' 8" x 10' | 1 | 4 | 35 |
| BMS2410-35T | 24' x 10' | 1 | 4 | 35 |
| BMS3010-70T | 29' 7" x 10' | 2 | 6 | 70 |
| BMS3510-70T | 34' 11" x 10' | 2 | 6 | 70 |
| BMS4010-70T | 40' 3" x 10' | 2 | 6 | 70 |
| BMS4710-70T | 46' 11" x 10' | 2 | 6 | 70 |
| BMS6010-100T | 59' 11" x 10' | 3 | 8 | 100 |
| BMS7010-100T | 69' 11" x 10' | 3 | 8 | 100 |
| BMS8010-100T | 79' 6" x 10' | 4 | 10 | 100 |
| BMS9310-100T | 92' 10" x 10' | 4 | 10 | 100 |
| BMS10010-100T | 99' 1" x 10' | 5 | 12 | 100 |
| BMS11610-100T | 115' 9" x 10' | 5 | 12 | 100 |
| | | | | |
| BMS1011-35T | 10' x 11' | 1 | 4 | 35 |
| BMS1211-35T | 12' x 11' | 1 | 4 | 35 |
| BMS2011-35T | 20' 8" x 11' | 1 | 4 | 35 |
| BMS2411-35T | 24' x 11' | 1 | 4 | 35 |
| BMS3011-70T | 29' 7" x 11' | 2 | 6 | 70 |
| BMS3511-70T | 34' 11" x 11' | 2 | 6 | 70 |
| BMS4011-70T | 40' 3" x 11' | 2 | 6 | 70 |
| BMS4711-70T | 46' 11" x 11' | 2 | 6 | 70 |
| BMS6011-100T | 59' 11" x 11' | 3 | 8 | 100 |
| BMS7011-100T | 69' 11" x 11' | 3 | 8 | 100 |
| BMS8011-100T | 79' 6" x 11' | 4 | 10 | 100 |
| BMS9311-100T | 92' 10" x 11' | 4 | 10 | 100 |
| BMS10011-100T | 99' 1" x 11' | 5 | 12 | 100 |
| BMS11611-100T | 115' 9" x 11' | 5 | 12 | 100 |

*Also available in 12- and 13-foot platform widths*

**Dual tandem axle capacity:** 60,000 lb

**"r" factor rating:** 1.76

**Concentrated load capacity (CLC):** 30 ton

**Tandem axle rating:** 60,000 lb

**Surge voltage protection:** Standard equipment

**Junction boxes:** NEMA 4 stainless steel

**Operating environment:**
Outdoor weather proof
Temperature: -30° to 130°F

**Approvals:** NTEP, Cert. of Conf. #97-074
Approved for livestock weighing





**Weigh-Tronix**
1000 Armstrong Dr.
Fairmont, MN 56031 USA
Telephone: 507-238-4461
Facsimile: 507-238-4195
e-mail: industrial@weigh-tronix.com
www.wtxweb.com

**Weigh-Tronix Canada, ULC**
217 Brunswick Blvd.
Pointe Claire, QC H9R 4R7 Canada
Telephone: 514-695-0380
Facsimile: 514-695-6820

# WEIGH-TRONIX
Weighing Products & Systems

Weigh Bar and BridgeMont are registered trademarks of Weigh-Tronix Inc
4/02  BMS_L.P65  PN 09667-0005F e1   Printed in USA



**CONSERVATEK**'s competitive edge derives from a unique ability to utilize established engineering principles and proven materials to produce innovative, cost effective custom roof systems. Our panelized dome roofs, flat covers and flat covers are in service throughout the world in all sorts of a variety of settings such as waste water treatment plants, college libraries, petroleum storage facilities and drinking water reservoirs, to name a few. Whether serving to keep odors and emissions in or contain wind and contaminants out, our roof systems are acknowledged worldwide for their economy, durability and reliability.



### Our Mission

Each day, we strive to achieve and maintain recognition internationally as the preferred supplier of fabricated industrial roof systems.

Through quality products and services, profitable growth, and customer and employee feedback, we seek to be a company customers want to work *with* and employees want to work *for*. ■

### Our Commitment

We are committed to serving the petroleum, water, bulk material storage, waste water treatment and construction industries worldwide by providing roof systems that meet their operational needs efficiently and, at the same time, address the environmental, safety and aesthetic concerns of the communities in which they operate.

Over five thousand **CONSERVATEK** covers have been installed worldwide, primarily in the United States, but also in Latin America, Europe, Asia, Africa, Australia and the Middle East. We are committed to expanding our business globally through increased sales of our current products, development of new products and acquisition of existing technologies and enterprises. ■

At **CONSERVATEK**, we take pride in the way our company's activities directly impact quality of life in the communities where we work.

Our products are designed to:

> Assist in the safe containment and control of dangerous emissions, noxious odors and/or airborne particles.

> Protect stored liquid or dry bulk materials from outside contamination.

Operating in strict accordance with recognized safety and environmental guidelines, we work to ensure that our products and operations have a positive impact on the well-being of our customers, our employees and the communities in which they work and live. ■

# CONSERVATEK
## ALUMINUM ROOF SYSTEMS

# 25 years of engineering innovation.





◄ Overall view of one of **CONSERVATEK**'s shop areas at the firm's ... Texas fabrication facility

**CONSERVATEK**'s corporate headquarters are located on 18.5 acres in Conroe, Texas, USA. The site boasts excellent road access and features a 45,000 sq.ft. fabrication area plus a 2-story, 15,000 sq.ft. office building where the firm's engineering group and management team are headquartered.



**ACCREDITATION**

**CONSERVATEK**'s management and operating systems comply with the British Standards Institution's stringent standards for ISO 9001 certification. To maintain ISO 9001 certification, our design, fabrication and construction practices undergo regular review by BSI's quality assurance assessors.





**EFFICIENCY**

At the heart of **CONSERVATEK**'s engineering expertise is a core of professional engineers who utilize proprietary software developed in-house. Using geodesic dome design principles, which allow for spans over 100 meters, and recognizing that each roof system boasts its own unique characteristics, the engineering group brings efficiencies to each project that result in cost-effective designs and allow for error-free fabrication and construction. The engineering and detailing group is fully equipped with the most up-to-date structural and 3-D geometry software packages at every workstation.





**CONSERVATEK**'s Conroe facility utilizes both custom-built and general purpose equipment to fabricate its products. A critical component of the production process is the CNC linking of the engineering / drafting office to the cutting, punching, forming and welding equipment. Our production line incorporates an efficient mix of precision automated and semi-automated process equipment, customized hand fabrication and partial component assembly.

Working in a safe, efficient and clean plant, **CONSERVATEK**'s workforce is composed of skilled professionals, including AWS certified al... welders. The firm packs and transports its products and erection equipment to all USA and international locations for assembly on-site.



**SKILL**

**CONSERVATEK** has developed and refined roof system erection procedures that are both safe and efficient. Experienced crews ensure every job is performed correctly and expediently. At any one time crews are working at as many as ten sites across the USA. While international projects are typically undertaken by local crews, **CONSERVATEK** provides detailed instructions, drawings and on-site direction.





**EXPERIENCE,
EXPERTISE
& THE FUTURE**

Meeting and exceeding customer needs since 1977, **CONSERVATEK** has earned a reputation for outstanding customer service, quality products and innovative design solutions.

Crucial to **CONSERVATEK**'s success is a team approach to problem solving that draws on the strengths of the company's 100+ employees. Combining special skills and a breadth of experience that spans all facets of the business – from design to fabrication to construction to operational management and corporate strategy – **CONSERVATEK** is poised to grow and committed to remaining a premier international supplier of aluminum roof systems and fabricated, engineered products.







engineering
innovation
for *25* years

**CONSERVATEK** Clear-Span Tank Covers and Roof Systems
are designed to meet the requirements of...

## THE ALUMINUM ASSOCIATION

## THE AMERICAN PETROLEUM INSTITUTE (API)

## AMERICAN WATER WORKS ASSOCIATION (AWWA)

**CONSERVATEK** is also a member of...

## INDEPENDENT LIQUID TERMINALS ASSOCIATION (ILTA)

## WATER ENVIRONMENT FEDERATION (WEF)

ON THE COVER: The completed skeleton of a **CONSERVATEK** geodesic
dome cover before installation of roof panels and batten bars.

**ALUMADOME™** and **ALUMAVAULT™** are trademarks
of CONSERVATEK Industries, Inc.

**ISO 9001 CERTIFIED**



**FM 35632**



# CONSERVATEK®
A L U M I N U M   R O O F   S Y S T E M S
498 Loop 336 East  I  Conroe, Texas 77301  I  Phone: 936-539-1747  I  Fax: 936-539-5355
**conservatek.com**

Toll Free: **1-800-880-DOME**



A Capabilities Overview

A

Capabilities

Overview

CONSERVATEK®

ALUMINUM ROOF SYSTEMS

## SECTION 7 – LOW AND HIGH LIFT PUMPING

### 7.1   LOW SERVICE PUMPING STATION FACILITY

The present Low Service Pumping Station consists of four (4) axially split case pumps with constant speed electric drive motors and vertical flexible drive shafts connecting the pump and motor.

As shown on Drawing 6 and listed on the following Page 2, the present 25 MGD Low Service Pump No. 4 and the 30 MGD Low Service Pump No.6 will be replaced with new bottom suction, solids-handling (15 MGD and 20 MGD respectively) pumping units.

The present 20 MGD Low Service Pump No.5 and the present 15 MGD Low Service Pump No.3 will remain without modifications. Present motors will remain since they are compatible with variable frequency drive units.

All four (4) present Low Service Pumping Units will be provided with new variable frequency drive units.

**EXISTING:**

The existing pumping units in the Low Service Pumping Station consists of the following (from West to East):

### TABLE 7-1

| TYPE | PUMP NO. | CAPACITY (MGD) | MOTOR HP | MOTOR TYPE |
|------|----------|----------------|----------|------------|
| Vertically Mounted Split Case Centrifugal | 4 | 25 | 200 | Constant Speed |
| Vertically Mounted Split Case Centrifugal | 5 | 20 | 150 | Constant Speed |
| Vertically Mounted Split Case Centrifugal | 6 | 30 | 250 | Constant Speed |
| Vertically Mounted Split Case Centrifugal | 3 | 15 | 125 | Constant Speed |

7 - 1

**PROPOSED:**

The pumping units shown in **BOLD** will replace the existing pumping units in the Low Service Pumping Station as follows (from West to East):

**TABLE 7-2**

| TYPE | PUMP NO. | CAPACITY (MGD) | MOTOR HP | MOTOR TYPE |
|---|---|---|---|---|
| **Vertical Solids Handling** | **4** | **15** | **125** | **Variable Speed** |
| Vertically Mounted Split Case Centrifugal | 5 | 20 | 150 | **Variable Speed** |
| **Vertical Solids Handling** | **6** | **20** | **250** | **Variable Speed** |
| Vertically Mounted Split Case Centrifugal | 3 | 15 | 125 | **Variable Speed** |

### 7.2    HIGH SERVICE PUMPING STATION FACILITY:

The present High Service Pump Station No. 4 contains a total of five (5) pumping units, four (4) axially split case pumps with constant speed electric drive motors, vertical drive shafts between pump and motor and one (1) axially split case pump with horizontally mounted shaft and motor.

As shown on Drawing 6 and listed on the following Page No.3, the present 25 MGD High Service Pump No.1 and the 20 MGD High Service Pump No. 2 will be replaced with a new axial split case (20 MGD and 10 MGD respectively) pumping units with vertical flexible drive shafts between pump and motor.

The present 20 MGD High Service Pump No.7 and the present 20 MGD High Service Pump No.8 will remain without modifications. Present motors will remain since they are compatible with variable frequency drive units.

For the new High Service Pumps No.1 & No.2 and for present High Service Pumps No.7 & No.8 each pair will be provided with one variable frequency drive unit with an automatic switching device where the pump not being driven by the variable frequency drive unit can be operated at a constant speed.

For the present 6 MGD High Service Pump No.9 the suction piping and valve will be relocated from the present High Lift Pump No.7 suction pipe to the Suction Well, as shown Drawing 6. With the proposed suction piping modification, both the present 6 MGD High Lift Pump No.9 and the present 20 MGD High Lift Pump No.7, both can be on line at the same time.

**EXISTING:**

The existing pumping units in the High Service Pumping Station consists of the following (from West to East):

TABLE 7-3

| TYPE | PUMP NO. | CAPACITY (MGD) | MOTOR HP | MOTOR TYPE |
|------|----------|----------------|----------|------------|
| Vertically Mounted Split Case Centrifugal | 2 | 20 | 800 | Constant Speed |
| Vertically Mounted Split Case Centrifugal | 1 | 25 | 1000 | Constant Speed |
| Vertically Mounted Split Case Centrifugal | 7 | 20 | 800 | Constant Speed |
| Vertically Mounted Split Case Centrifugal | 9 | 6 | 210 | Constant Speed |
| Vertically Mounted Split Case Centrifugal | 8 | 20 | 800 | Constant Speed |

**PROPOSED:**

The pumping units shown in **BOLD** will replace the existing pumping units in the High Service Pumping Station as follows (from West to East):

TABLE 7-4

| TYPE | PUMP NO. | CAPACITY (MGD) | MOTOR HP | MOTOR TYPE |
|------|----------|----------------|----------|------------|
| **Vertically Mounted Split Case Centrifugal** | **2** | **10** | **450** | **Note 1** |
| **Vertically Mounted Split Case Centrifugal** | **1** | **20** | **900** | **Note 1** |
| Vertically Mounted Split Case Centrifugal | 7 | 20 | 800 | Note 1 |
| Vertically Mounted Split Case Centrifugal | 9 | 6 | 210 | Constant Speed |
| Vertically Mounted Split Case Centrifugal | 8 | 20 | 800 | Note 1 |

Note 1:    To be provided with motors suitable for a VFD unit. Two(2) VFD units will be provided, one(1) for the Pumps #1 & #2 and one (1) for the existing Pumps #7 & #8 with automatic switching devices where the pump not being driven by the VFD can be operated at constant speed



HIGH LIFT PUMPING STATION
SCALE 1/4" = 1'-0"

LOW LIFT PUMPING STATION
SCALE 1/4" = 1'-0"

| ALVORD, BURDICK & HOWSON LLC<br>IN CONJUNCTION WITH<br>O'MALIA CONSULTING<br>DMYTRYKA JACOBS ENGINEERS, INC. | CITY OF FLINT<br>DEPARTMENT OF UTILITIES | WATER TREATMENT PLANT REHABILITATION<br>PHASE II | SHEET<br>DRAWING NUMBER<br>6 |
|---|---|---|---|
| | | PROPOSED PUMP STATION NO. 4<br>HIGH & LOW SERVICE PUMPING IMPROVEMENTS | |



**FLOWSERVE** Pump Division     10 M6 P     **Hydraulic Datasheet**

| Customer | : HydroDynamics | Pump / Stages | : 300-LNN-575 | / 1 |
|---|---|---|---|---|
| Customer reference | : Flint Water Plant | Based on curve no. | : 929R1/1-AA | |
| Item number | : Pump #1 | Vendor reference | : 1819-30087 | |
| Service | : | Date | : September 29, 2003 | |

| Operating Conditions | | Materials / Specification | |
|---|---|---|---|
| Capacity | : 6944.0 USgpm | Material column code | : A1 |
| Water capacity  (CQ=1.00) | : - | Pump specification | : |
| Normal capacity | : - | **Other Requirements** | |
| Total Developed Head | : 189.00 ft | | |
| Water head    (CH=1.00) | : - | Hydraulic selection : No specification | |
| NPSH available (NPSHa) | : Ample | Construction : No specification | |
| NPSHa less NPSH margin | : - | Test tolerance : Hydraulic Institute Level A | |
| Maximum suction pressure | : 0.0 psig | Driver Sizing : Max Power(MCSF to EOC)with SF | |

| Liquid | |
|---|---|
| Liquid type | : Water |
| Temperature / SG | : 60 °F      / 1.000 |
| Solids diameter | : - |
| Viscosity / Vapor pressure | : 1.0 cSt    / - |

| Performance | | | |
|---|---|---|---|
| Hydraulic power | : 331 hp | Impeller diameter | |
| Pump speed | : 1180 rpm | Rated | : 20.79 in |
| Efficiency  (CE=1.00) | : 86.7 % | Maximum | : 23.35 in |
| | | Minimum | : 18.94 in |
| NPSH required (NPSHr) | : 14.4 ft | Suction specific speed | : 11260 US units |
| Rated power | : 382 hp | Minimum continuous flow | : 3648.9 USgpm |
| Maximum power | : 440 hp | Maximum head @ rated dia | : 220.7 ft |
| Driver power | : 450 hp / 335 kW | Flow at BEP | : 8762.3 USgpm |
| Casing working pressure | : 95.6 psig | Flow as % of BEP | : 79.2 % |
| (based on shut off @ cut dia) | | Efficiency at normal flow | : - |
| Maximum allowable | : 116.0 psig | Impeller dia ratio (rated/max) | : 89.0 % |
| Hydrostatic test pressure | : 174.0 psig | Head rise to shut off | : 16.8 % |
| Est. rated seal chamb. press. | : - | Total head ratio (rated/max) | : 76.5 % |





Customer : HydroDynamics
Item number : Pump #1
Service :
Vendor reference : 1819-30067
Date : September 29, 2003

**FLOWSERVE** Pump Division

Capacity : 6944.0 USgpm
Head : 189.00 ft
Specific gravity : 1.000
Pump speed : 1180 rpm

Pump size & type : 300-LNN-575
Based on curve no. : 929R1/1-AA
Number of stages : 1

CURVES ARE APPROXIMATE, PUMP IS GUARANTEED FOR ONE SET OF CONDITIONS, CAPACITY, HEAD, AND EFFICIENCY.

Windows Hydraulic Selection V3.00, Output Module V2.35

| Pump size & type | Flowserve Pump Division | Curve number |
|---|---|---|
| 300-LNN-575 | | 929R1/1-AA |

| Capacity | : 6944.0 USgpm | Specific gravity | : 1.000 | Stage(s) | : 1 |
| Head | : 189.0 ft | Running speed | : 1180 rpm | Date | : Sep 29, 2003 |

**FLOWSERVE** Pump Division

**Hydraulic Datasheet**

| Customer | : HydroDynamics | Pump / Stages | : 400-LNN-900 | / 1 |
| Customer reference | : Flint Water Plant | Based on curve no. | : 938R1-A | |
| Item number | : Pump #2 | Vendor reference | : 1619-30067 | |
| Service | : | Date | : September 29, 2003 | |

| Operating Conditions | | Materials / Specification | |
|---|---|---|---|
| Capacity | : 13889.0 USgpm | Material column code | : A1 |
| Water capacity  (CQ=1.00) | : - | Pump specification | : |
| Normal capacity | : - | **Other Requirements** | |
| Total Developed Head | : 189.00 ft | | |
| Water head    (CH=1.00) | : - | Hydraulic selection ; No specification | |
| NPSH available (NPSHa) | : Ample | Construction : No specification | |
| NPSHa less NPSH margin | : - | Test tolerance : Hydraulic Institute Level A | |
| Maximum suction pressure | : 0.0 psig | Driver Sizing : Max Power(MCSF to EOC)with SF | |

| Liquid | |
|---|---|
| Liquid type | : Water |
| Temperature / SG | : 60 °F     / 1.000 |
| Solids diameter | : - |
| Viscosity / Vapor pressure | : 1.0 cSt    / - |

| Performance | | | |
|---|---|---|---|
| Hydraulic power | : 663 hp | Impeller diameter | |
| Pump speed | : 885 rpm | Rated | : 30.16 in |
| Efficiency  (CE=1.00) | : 88.4 % | Maximum | : 35.55 in |
| | | Minimum | : 28.43 in |
| NPSH required (NPSHr) | : 18.9 ft | Suction specific speed | : 8700 US units |
| Rated power | : 767 hp | Minimum continuous flow | : 4392.9 USgpm |
| Maximum power | : 806 hp | Maximum head @ rated dia | : 240.2 ft |
| Driver power | : 900 hp / 671 kW | Flow at BEP | : 12208.5 USgpm |
| Casing working pressure | : 104.0 psig | Flow as % of BEP | : 113.8 % |
| (based on shut off @ cut dia) | | Efficiency at normal flow | : - |
| Maximum allowable | : 148.0 psig | Impeller dia ratio (rated/max) | : 84.8 % |
| Hydrostatic test pressure | : 224.1 psig | Head rise to shut off | : 27.1 % |
| Est. rated seal chamb. press. | : - | Total head ratio (rated/max) | : 61.0 % |



Windows Hydraulic Selection V3.00, Output Module V2.30



| Pump size & type | Flowserve Pump Division | Curve number |
| --- | --- | --- |
| 400-LNN-900 | | 938R1-A |

| Capacity | : 13889.0 USgpm | Specific gravity | : 1.000 | Stage(s) | : 1 |
| Head | : 189.0 ft | Running speed | : 885 rpm | Date | : Sep 29, 2003 |



Capacity - USgpm

**FLOWSERVE**



### Type LNN
### A Double Suction/ Axially Split Horizontal Water Pump

### Bearing Options
- Antifriction ball bearing standard
- Double row, angular contact thrust ball bearings option
- Sleeve radial and hydrodynamic axial thrust bearing options

### Bearing Sealing and Lubrication Options
- Grease lubrication standard
- Oil bath or oil mist lubrication option
- Bearing housing protection by "V" ring seals or optional labyrinth seals

### Shaft and Shaft Sleeve Features
- Steel or duplex stainless steel shaft material
- Outside mounted and set screw locked shaft nuts
- Precision ground, key driven, locked and "O" ring gasketed shaft

### Bearing Housings
The bearing housings have 360° attachment and unique fastening to upper and lower casings to provide superior bearing stability and shaft support. Perfect shaft alignment is assured by a full register fit to the casing. Bearing housings and stuffing boxes can be easily removed and installed.

### Impellers
The precision cast impeller assures achievement of maximum pump efficiency. Impellers are dynamically balanced to ISO 1940 tolerances. Multiple impeller designs exist for each casing to give maximum flexibility for upgrading pump performance to meet future conditions

### Shaft
The shaft is conservatively designed to minimize deflection and reduce maintenance costs caused by wear

### Wear Rings
Wear rings, positively locked by radial pins, are standard for casing protection. Optional for impeller protection, wear rings are shrinkfit and pinned securely.

### Casing Materials
Casing materials available to suit service conditions include cast iron, ductile iron, ductile Ni-Resist D2, bronze, nickel aluminum bronze, carbon steel, 316 stainless steel and duplex stainless steel.

### Casing Dessign
The casing design with suction and discharge flanges in the lower half, allow access to the rotating element without disturbing piping or driver. Upper casing does not have to be opened to remove and replace bearings, packing, mechanical seals, sleeves and sleeve nuts.

### Configurations
These pumps are available in a wide variety of arrangements, designated as follows:
- LNN, LNE, LN & LNGT Horizontal mounted, side suction axially split case pumps
- LNNC, LNEC, LNC, LNSC Horizontal mounted, bottom suction axially split case pump
- LNNV, LNEV & LNV Vertical mounted, side suction axially split case pump

## LNNV





**Options: Same as LNN plus lower ball bearing**





**Pump Division**

*LNNV Cross Sectional Drawings*

## LNNV Options



*Double Row Bearing*

299.00
299.01
363.01
218.00
235.00
366.00
366.01
281.00
295.00 / 251.01   251.00   231.00   363.00



*Mechanical Seal*

**Without Sleeve**

401.22
280.01
241.00
351.00
401.04

**With Sleeve**



*Impeller Wear Ring and Full Hub*

321.01   321.00   311.00   161.00
374.00
161.01



*Stuffing Box*

363.01   363.00   409.00   404.00   401.01
401.20
401.21   406.00   351.00   405.00



*Oil Mist Lubrification*

378   202.02   202.03   299.00   299.01
253.01
253.00
379.00
295.00



*Labyrinth Seal*

060.01
060.04
231.01
231.00
366.01
366.00
251.00
251.01
281.00
202.00
235.00
401.05
401.20
401.21
218.00   202.03   202.02



**Pump Division**

*LNNV Cross Sectional Drawings*

**LNNV**

| ITEM | DESIGNATION | ITEM | DESIGNATION |
|---|---|---|---|
| 500.01 | FLUSHING | 251.03 | GASKET |
| 60.01 | LABEL | 252.00 | COVER |
| 60.04 | NOTCHED NAIL | 252.01 | SCREW |
| 101.00 | LOWER PUMP CASING | 253.00 | COVER |
| 101.01 | STUD | 253.01 | SCREW |
| 101.02 | NUTS | 280.01 | GREASE NIPPLE |
| 101.03 | STUD | 281.00 | O-RING |
| 101.04 | STUD | 295.00 | CONSTANT LEVEL OILER |
| 101.05 | NUTS | 299.00 | VENT |
| 101.07 | STUD | 299.01 | GASKET |
| 101.11 | PLUG | 301.00 | SHAFT |
| 101.12 | GASKET | 302.00 | KEY |
| 101.13 | PLUG | 306.00 | KEY |
| 101.14 | GASKET | 309.00 | KEY |
| 102.00 | UPPER PUMP CASING | 311.00 | IMPELLER |
| 102.01 | SCREW | 321.00 | IMPELLER RING |
| 102.02 | TAPER PIN | 321.01 | SCREW |
| 102.03 | NUTS | 351.00 | SLEEVE |
| 102.11 | PLUG | 352.00 | SLEEVE |
| 102.12 | GASKET | 353.00 | SLEEVE |
| 102.13 | PLUG | 363.00 | SHAFT NUT |
| 102.14 | GASKET | 363.01 | SCREW |
| 109.00 | GASKET | 366.00 | SELF NUT |
| 161.00 | CASING RING | 366.01 | SCREW |
| 161.01 | PIN | 371.00 | WASHER |
| 202.00 | BEARING HOUSING | 371.01 | SCREW |
| 202.01 | SCREW | 374.00 | O-RING |
| 202.02 | PLUG | 375.00 | O-RING |
| 202.03 | GASKET | 378.00 | V-RING |
| 202.04 | PLUG | 379.00 | V-RING |
| 202.05 | GASKET | 401.00 | STUFFING BOX HOUSING |
| 202.06 | PLUG | 401.01 | PLUG |
| 202.07 | GASKET | 401.04 | PIN |
| 218.00 | THRUST WASHER | 401.05 | PIN |
| 221.00 | BEARING HOUSING | 401.10 | STUFFING BOX HOUSING |
| 221.01 | SCREW | 401.20 | STUD |
| 231.00 | SINGLE ROW ANGULAR CONTACT BALL BEARING | 401.21 | NUTS |
| 231.01 | SHIM | 401.22 | THROTTLING BUSH |
| 235.00 | CIRCLIP | 404.00 | PACKING |
| 241.00 | SINGLE ROW ANGULAR CONTACT BALL BEARING | 405.00 | LANTERN RING |
| 248.00 | RUBBER BEARING | 406.00 | GLAND FLANGE |
| 251.00 | COVER | 409.00 | GLAND |
| 251.01 | SCREW | 414.00 | O-RING |
| 251.02 | PLUG | 440.00 | DRAINAGE |



**Pump Division**

*LNNV General Arrangement Drawings*

## LNNV



| Pump type | PI | PO | A1 | A2 | H2 | H3 | H4 | F | L2 | L4 | VN5 | VN5A | VN7 | VN7A | VM5 | VM8 | VN8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200-LNNV-300 | 10 | 8 | 16.54 | 11.81 | 8.45 | 9.57 | 19.69 | 21.1 | 38.07 | 21.69 | 5.51 | 5.51 | 5.69 | 5.69 | 17.54 | 0.63 | 1.97 |
| 200-LNNV-325 | 10 | 8 | 17.32 | 12.99 | 10.24 | 13.59 | 19.69 | 21.1 | 38.07 | 21.69 | 5.69 | 5.69 | 5.69 | 5.69 | 18.43 | 0.63 | 1.97 |
| 200-LNNV-375 | 10 | 8 | 17.32 | 12.99 | 10.24 | 11.3 | 23.62 | 19.78 | 35.39 | 20.35 | 5.69 | 5.69 | 5.89 | 5.89 | 18.43 | 0.59 | 1.97 |
| 200-LNNV-400 | 10 | 8 | 18.9 | 15.75 | 11.02 | 12.01 | 23.62 | 22.83 | 40.94 | 22.83 | 7.87 | 7.87 | 8.27 | 8.27 | 19.61 | 0.63 | 1.97 |
| 200-LNNV-475 | 10 | 8 | 19.69 | 17.72 | 12.6 | 14.17 | 27.56 | 22.83 | 40.94 | 22.63 | 11.02 | 11.02 | 8.27 | 8.27 | 20.79 | 0.79 | 1.97 |
| 200-LNNV-500 | 10 | 8 | 18.9 | 15.75 | 11.02 | 13.58 | 27.56 | 21.85 | 38.98 | 21.85 | 9.45 | 9.45 | 8.27 | 8.27 | 19.61 | 0.79 | 1.97 |
| 200-LNNV-600 | 10 | 8 | 21.65 | 17.72 | 13.78 | 17.32 | 35.43 | 24.41 | 42.99 | 23.7 | 11.81 | 11.81 | 7.87 | 7.87 | 22.36 | 0.79 | 1.97 |
| 250-LNNV-325 | 12 | 10 | 20.47 | 14.96 | 11.81 | 11.81 | 23.62 | 23.66 | 42.99 | 23.66 | 8.66 | 8.66 | 8.27 | 8.27 | 21.57 | 0.63 | 1.97 |
| 250-LNNV-375 | 12 | 10 | 19.69 | 14.96 | 11.81 | 12.13 | 23.62 | 22.83 | 40.94 | 22.83 | 7.87 | 7.87 | 8.27 | 8.27 | 21.57 | 0.63 | 1.97 |
| 250-LNNV-475 | 12 | 10 | 20.47 | 15.75 | 12.99 | 14.21 | 27.56 | 24.41 | 42.99 | 23.7 | 8.66 | 8.66 | 8.07 | 8.07 | 22.36 | 0.79 | 1.97 |
| 250-LNNV-600 | 12 | 10 | 23.62 | 19.69 | 13.78 | 17.05 | 35.43 | 25.28 | 44.72 | 24.57 | 11.81 | 11.81 | 8.07 | 8.07 | 23.15 | 0.79 | 1.97 |
| 300-LNNV-475 | 16 | 12 | 23.62 | 19.69 | 15.75 | 15.94 | 31.5 | 27.95 | 50.08 | 27.24 | 11.81 | 11.81 | 10.04 | 10.04 | 27.87 | 0.79 | 1.97 |
| 300-LNNV-500 | 14 | 12 | 23.62 | 19.69 | 13.78 | 16.34 | 31.5 | 26.81 | 47.6 | 26.1 | 12.4 | 12.4 | 8.27 | 8.27 | 23.94 | 0.79 | 1.97 |
| 300-LNNV-575 | 16 | 12 | 29.53 | 23.62 | 16.73 | 18.07 | 35.43 | 28.66 | 51.89 | 28.15 | 16.34 | 16.34 | 8.27 | 8.27 | 29.45 | 0.79 | 1.97 |
| 300-LNNV-600 | 14 | 12 | 23.62 | 23.62 | 15.75 | 17.8 | 35.43 | 29.45 | 50.75 | 26.81 | 16.93 | 16.93 | 10.43 | 10.43 | 26.97 | 0.79 | 1.77 |
| 300-LNNV-750 | 18 | 12 | 29.53 | 24.8 | 16.7 | 21.85 | 43.31 | 33.78 | 58.94 | 33.28 | 16.14 | 16.14 | 12.52 | 12.52 | 30.12 | 0.94 | 2.36 |
| 350-LNNV-475 | 20 | 14 | 26.35 | 21.65 | 12.72 | 17.76 | 31.5 | 34.69 | 61.42 | 33.24 | 13.68 | 13.68 | 18.40 | 18.40 | 31.5 | 0.88 | 2.36 |
| 350-LNNV-575 | 20 | 14 | 27.56 | 22.44 | 17.72 | 18.23 | 35.43 | 32.01 | 56.06 | 29.57 | 14.37 | 14.37 | 10.43 | 10.43 | 31.5 | 0.79 | 2.25 |
| 350-LNNV-675 | 16 | 14 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R |
| 350-LNNV-900 | 20 | 14 | 29.53 | 23.62 | 19.86 | 21.36 | 39.37 | 32.01 | 56.06 | 29.57 | 16.14 | 16.14 | 10.43 | 10.43 | 33.66 | 0.79 | 2.36 |
| 350-LNNV-900 | 20 | 14 | 35.43 | 29.53 | 19.69 | 25.63 | 51.18 | 35.63 | 62.87 | 37.38 | 20.47 | 20.47 | 13.39 | 13.39 | 33.66 | 0.94 | 3.15 |

| Pump type | S3 | S4 | D1 | L1 | T | B1 | Weight |
|---|---|---|---|---|---|---|---|
| 200-LNNV-300 | 0.63 | 0.63 | 1.57 | 3.74 | 1.69 | 0.47 | 904 |
| 200-LNNV-325 | 0.63 | 0.63 | 1.57 | 3.74 | 1.69 | 0.47 | 1102 |
| 200-LNNV-375 | 0.63 | 0.63 | 1.57 | 1.69 | 0.47 | | 1035 |
| 200-LNNV-400 | 0.63 | 0.63 | 1.97 | 4.33 | 2.11 | 0.55 | 1168 |
| 200-LNNV-475 | 0.63 | 0.79 | 1.97 | 4.33 | 2.11 | 0.55 | 1367 |
| 200-LNNV-500 | 0.63 | 0.79 | 1.97 | 4.33 | 2.11 | 0.58 | 1148 |
| 200-LNNV-600 | 0.63 | 0.79 | 2.56 | 5.51 | 2.72 | 0.71 | 1698 |
| 250-LNNV-325 | 0.83 | 0.83 | 1.97 | 4.33 | 2.11 | 0.55 | 1411 |
| 250-LNNV-375 | 0.63 | 0.63 | 1.97 | 4.33 | 2.11 | 0.55 | 1477 |
| 250-LNNV-475 | 0.63 | 0.79 | 2.56 | 5.51 | 2.72 | 0.71 | 1653 |
| 250-LNNV-600 | 0.63 | 0.79 | 2.56 | 5.51 | 2.72 | 0.71 | 1852 |
| 300-LNNV-475 | 0.83 | 0.79 | 2.56 | 5.81 | 2.72 | 0.71 | 2183 |
| 300-LNNV-500 | 0.63 | 0.79 | 2.56 | 5.51 | 2.72 | 0.71 | 2008 |
| 300-LNNV-575 | 0.63 | 0.79 | 2.56 | 5.51 | 2.72 | 0.71 | 2978 |
| 300-LNNV-600 | 0.94 | 0.79 | 3.15 | 7.48 | 3.35 | 0.87 | 2557 |
| 300-LNNV-750 | 0.94 | 0.94 | 3.94 | 8.27 | 4.17 | 1.1 | 3109 |
| 350-LNNV-475 | 0.94 | 0.79 | 3.15 | 7.48 | 3.35 | 0.87 | 3197 |
| 350-LNNV-575 | 0.94 | 0.79 | 3.15 | 7.48 | 3.35 | 0.87 | 3086 |
| 350-LNNV-675 | R | R | R | R | R | R | R |
| 350-LNNV-900 | 0.94 | 0.79 | 3.15 | 7.48 | 3.35 | 0.87 | 3549 |
| 350-LNNV-900 | 0.94 | 0.94 | 3.94 | 8.27 | 4.17 | 1.1 | 4586 |

| Thread according to ISO228/1 | C1 | C2 |
|---|---|---|
| Sizes up to 350-LNN-900 | G1/2" | G1/2" |
| Sizes greater than 350-LNN-900 | G1" | G1/2" |

R – Refer

Dimensions in in.

Weights in lbs



**FLOWSERVE**

## LNNV



| Pump type | P1 | PO | A1 | A2 | H2 | H3 | H4 | F | L2 | L4 | VN5 | VN5A | VN7 | VN7A | VM5 | VM6 | VN6 |
|-----------|----|----|----|----|----|----|----|---|----|----|-----|------|-----|------|-----|-----|-----|
| 400-LNNV-600 | 20 | 16 | 31.5 | 24.8 | 19.69 | 21.65 | 39.37 | 34.69 | 61.42 | 32.24 | 14.96 | 14.96 | 10.43 | 10.43 | 33.66 | 0.94 | 3.15 |
| 400-LNNV-725 | 20 | 16 | 35.43 | 29.53 | 21.65 | 22.83 | 47.24 | 38.46 | 68.31 | 39.96 | 18.9 | 18.9 | 12.52 | 12.52 | 35.83 | 0.94 | 3.15 |
| 400-LNNV-800 | 24 | 16 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R |
| 400-LNNV-900 | 20 | 16 | 37.4 | 33.46 | 23.62 | 26.77 | 51.18 | 39.29 | 67.6 | 39.29 | 22.83 | 22.63 | 15.16 | 15.16 | 38.58 | 0.94 | 3.15 |
| 500-LNNV-650 | 24 | 20 | 37.4 | 27.56 | 23.62 | 23.7 | 43.31 | 41.18 | 73.74 | 42.58 | 17.32 | 17.32 | 12.52 | 12.52 | 40.55 | 0.94 | 3.15 |
| 500-LNNV-700 | 24 | 20 | 33.46 | 27.56 | 21.65 | 21.54 | 43.31 | 38.59 | 64.76 | 38.19 | 17.72 | 17.72 | 12.52 | 12.52 | 37.8 | 0.94 | 3.15 |
| 500-LNNV-775 | 24 | 20 | 35.43 | 29.53 | 23.62 | 24.29 | 47.24 | 38.46 | 68.31 | 39.96 | 18.9 | 18.9 | 12.52 | 12.52 | 40.55 | 0.94 | 3.15 |
| 500-LNNV-950 | 24 | 20 | 39.37 | 31.5 | 27.56 | 28.5 | 55.12 | 41.42 | 71.65 | 41.42 | 20.87 | 20.87 | 15.16 | 15.16 | 44.29 | 1.18 | 3.15 |
| 500-LNNV-1150 | 24 | 20 | 43.31 | 35.43 | 27.56 | 32.48 | 62.99 | 47.68 | 82.38 | 46.93 | 24.02 | 24.02 | 18.31 | 18.31 | 44.29 | 1.18 | 3.94 |
| 500-LNNV-1250 | 24 | 20 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R |
| 600-LNNV-750 | 30 | 24 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R |
| 600-LNNV-950 | 32 | 24 | 47.24 | 39.37 | 29.53 | 30.28 | 55.12 | 46.3 | 81.61 | 46.3 | 27.95 | 27.95 | 15.16 | 15.16 | 50.2 | 1.18 | 3.94 |
| 600-LNNV-975 | 28/30 | 24 | 47.24 | 39.37 | 27.56 | 30.24 | 59.06 | 46.3 | 81.61 | 46.3 | 27.95 | 27.95 | 15.16 | 15.16 | 46.26 | 1.18 | 3.94 |
| 600-LNNV-1200 | 28/30 | 24 | 47.24 | 43.31 | 31.5 | 35.71 | 66.93 | 47.68 | 82.38 | 46.93 | 30.31 | 30.31 | 18.31 | 18.31 | 50 | 1.42 | 3.94 |
| 700-LNNV-1225 | 36 | 28/30 | 57.09 | 43.31 | 35.43 | 37.72 | 70.87 | 65.24 | 97.48 | 54.49 | 30.31 | 30.31 | 18.31 | 18.31 | 57.87 | 1.42 | 3.94 |
| 1000-LNNV-750 | 40 | 40 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R |

| Pump type | B3 | S4 | D1 | L1 | T | B1 | Weight |
|-----------|----|----|----|----|---|----|--------|
| 400-LNNV-600 | 0.94 | 0.94 | 3.15 | 7.48 | 3.35 | 0.87 | 4189 |
| 400-LNNV-725 | 0.94 | 0.94 | 8.27 | 4.17 | 1.1 | | 6512 |
| 400-LNNV-800 | R | R | R | R | R | R | R |
| 400-LNNV-900 | 0.94 | 0.94 | 4.92 | 10.24 | 5.2 | 1.26 | 6945 |
| 500-LNNV-650 | 0.94 | 0.94 | 3.94 | 8.27 | 4.17 | 1.1 | 5952 |
| 500-LNNV-700 | 0.94 | 0.94 | 3.94 | 8.27 | 4.17 | 1.1 | 5401 |
| 500-LNNV-775 | 0.94 | 0.94 | 3.94 | 8.27 | 4.17 | 1.1 | 6834 |
| 500-LNNV-950 | 1.18 | 1.18 | 4.92 | 10.24 | 5.2 | 1.26 | 7937 |
| 500-LNNV-1150 | 1.18 | 1.18 | 6.1 | 12.2 | 6.46 | 1.57 | 11023 |
| 500-LNNV-1250 | R | R | R | R | R | R | 11905 |
| 600-LNNV-750 | R | R | R | R | R | R | 9103 |
| 600-LNNV-950 | 1.18 | 1.18 | 4.92 | 10.24 | 5.2 | 1.26 | 10141 |
| 600-LNNV-975 | 1.18 | 1.18 | 4.92 | 10.24 | 5.2 | 1.26 | 13779 |
| 600-LNNV-1200 | 1.42 | 1.42 | 6.1 | 12.2 | 6.46 | 1.57 | 10913 |
| 700-LNNV-1225 | 1.42 | 1.42 | 6.1 | 12.2 | 6.46 | 1.57 | 17185 |
| 1000-LNNV-750 | R | R | R | R | R | R | R |

| | C1 | C2 |
|---|----|----|
| Thread according to ISO228/I | | |
| Sizes up to 350-LNN-900 | G1/2" | G1/2" |
| Sizes greater then 350-LNN-900 | G1" | G1/2" |

R – Refer
Dimensions in in.
Weights in lbs



**FLOWSERVE**

## LNNV Pumps with Flexible Shafting



**Note:** Dimensions on pages 20 and 21.



**Pump Division**

*LNNV General Engineering Data*



## LNNV Flange Loads

| Pump Type & Size | Maximum Forces (lbs) and Moments (lb-ft) | | | | | | | | | | | |
| | (Multiply by 1000) | | | | | | | | | | | |
| | Suction | | | | | | | | | | | |
| | Mx | My | Mz | Fx | Fy | Fz | Mx | My | Mz | Fx | Fy | Fz |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200-LNNV-300 | 3.70 | 1.80 | 2.80 | 1.20 | 1.50 | 1.00 | 2.60 | 1.30 | 1.90 | 0.85 | 1.10 | 0.70 |
| 200-LNNV-325 | 3.70 | 1.80 | 2.80 | 1.20 | 1.50 | 1.00 | 2.60 | 1.30 | 1.90 | 0.85 | 1.10 | 0.70 |
| 200-LNNV-375 | 3.70 | 1.80 | 2.80 | 1.20 | 1.50 | 1.00 | 2.60 | 1.30 | 1.90 | 0.85 | 1.10 | 0.70 |
| 200-LNNV-400 | 3.70 | 1.80 | 2.80 | 1.20 | 1.50 | 1.00 | 2.60 | 1.30 | 1.90 | 0.85 | 1.10 | 0.70 |
| 200-LNNV-475 | 3.70 | 1.80 | 2.80 | 1.20 | 1.50 | 1.00 | 2.60 | 1.30 | 1.90 | 0.85 | 1.10 | 0.70 |
| 200-LNNV-500 | 3.70 | 1.80 | 2.80 | 1.20 | 1.50 | 1.00 | 2.60 | 1.30 | 1.90 | 0.85 | 1.10 | 0.70 |
| 200-LNNV-600 | 3.70 | 1.80 | 2.80 | 1.20 | 1.50 | 1.00 | 2.60 | 1.30 | 1.90 | 0.85 | 1.10 | 0.70 |
| 250-LNNV-325 | 4.50 | 2.20 | 3.40 | 1.50 | 1.80 | 1.20 | 3.70 | 1.80 | 2.80 | 1.20 | 1.50 | 1.00 |
| 250-LNNV-375 | 4.50 | 2.20 | 3.40 | 1.50 | 1.80 | 1.20 | 3.70 | 1.80 | 2.80 | 1.20 | 1.50 | 1.00 |
| 250-LNNV-475 | 4.50 | 2.20 | 3.40 | 1.50 | 1.80 | 1.20 | 3.70 | 1.80 | 2.80 | 1.20 | 1.50 | 1.00 |
| 250-LNNV-600 | 4.50 | 2.20 | 3.40 | 1.50 | 1.80 | 1.20 | 3.70 | 1.80 | 2.80 | 1.20 | 1.50 | 1.00 |
| 300-LNNV-475 | 5.40 | 2.70 | 4.00 | 1.90 | 2.29 | 1.50 | 4.50 | 2.20 | 3.40 | 1.50 | 1.80 | 1.20 |
| 300-LNNV-500 | 4.70 | 2.30 | 3.50 | 1.60 | 2.00 | 1.30 | 4.50 | 2.20 | 3.40 | 1.50 | 1.80 | 1.20 |
| 300-LNNV-575 | 5.40 | 2.70 | 4.00 | 1.90 | 2.29 | 1.50 | 4.50 | 2.20 | 3.40 | 1.50 | 1.80 | 1.20 |
| 300-LNNV-600 | 4.70 | 2.30 | 3.50 | 1.60 | 2.00 | 1.30 | 4.50 | 2.20 | 3.40 | 1.50 | 1.80 | 1.20 |
| 300-LNNV-750 | 5.40 | 2.70 | 4.00 | 1.90 | 2.29 | 1.50 | 4.50 | 2.20 | 3.40 | 1.50 | 1.80 | 1.20 |
| 350-LNNV-475 | 6.73 | 3.61 | 4.97 | 2.41 | 2.90 | 1.93 | 4.70 | 2.30 | 3.50 | 1.60 | 2.00 | 1.30 |
| 350-LNNV-575 | 6.73 | 3.61 | 4.97 | 2.41 | 2.90 | 1.93 | 4.70 | 2.30 | 3.50 | 1.60 | 2.00 | 1.30 |
| 350-LNNV-675 | 6.73 | 3.61 | 4.97 | 2.41 | 2.90 | 1.93 | 4.70 | 2.30 | 3.50 | 1.60 | 2.00 | 1.30 |
| 350-LNNV-725 | 6.73 | 3.61 | 4.97 | 2.41 | 2.90 | 1.93 | 4.70 | 2.30 | 3.50 | 1.60 | 2.00 | 1.30 |
| 350-LNNV-900 | 6.73 | 3.61 | 4.97 | 2.41 | 2.90 | 1.93 | 4.70 | 2.30 | 3.50 | 1.60 | 2.00 | 1.30 |
| 400-LNNV-600 | 6.73 | 3.61 | 4.97 | 2.41 | 2.90 | 1.93 | 5.40 | 2.70 | 4.00 | 1.90 | 2.29 | 1.50 |
| 400-LNNV-725 | 6.73 | 3.61 | 4.97 | 2.41 | 2.90 | 1.93 | 5.40 | 2.70 | 4.00 | 1.90 | 2.29 | 1.50 |
| 400-LNNV-800 | 6.73 | 3.61 | 4.97 | 2.41 | 2.90 | 1.93 | 5.40 | 2.70 | 4.00 | 1.90 | 2.29 | 1.50 |
| 400-LNNV-900 | 6.73 | 3.61 | 4.97 | 2.41 | 2.90 | 1.93 | 5.40 | 2.70 | 4.00 | 1.90 | 2.29 | 1.50 |
| 500-LNNV-650 | 8.04 | 4.53 | 5.94 | 2.90 | 3.51 | 2.36 | 6.73 | 3.61 | 4.97 | 2.41 | 2.90 | 1.93 |
| 500-LNNV-700 | 8.04 | 4.53 | 5.94 | 2.90 | 3.51 | 2.36 | 6.73 | 3.61 | 4.97 | 2.41 | 2.90 | 1.93 |
| 500-LNNV-775 | 8.04 | 4.53 | 5.94 | 2.90 | 3.51 | 2.36 | 6.73 | 3.61 | 4.97 | 2.41 | 2.90 | 1.93 |
| 500-LNNV-950 | 8.04 | 4.53 | 5.94 | 2.90 | 3.51 | 2.36 | 6.73 | 3.61 | 4.97 | 2.41 | 2.90 | 1.93 |
| 500-LNNV-1150 | 8.04 | 4.53 | 5.94 | 2.90 | 3.51 | 2.36 | 6.73 | 3.61 | 4.97 | 2.41 | 2.90 | 1.93 |
| 500-LNNV-1250 | 8.04 | 4.53 | 5.94 | 2.90 | 3.51 | 2.36 | 6.73 | 3.61 | 4.97 | 2.41 | 2.90 | 1.93 |
| 600-LNNV-750 | 9.15 | 6.71 | 5.31 | 3.35 | 2.72 | 4.00 | 8.04 | 5.97 | 4.50 | 2.90 | 2.36 | 3.51 |
| 600-LNNV-950 | 10.47 | 6.23 | 7.67 | 3.84 | 4.59 | 3.15 | 8.04 | 4.53 | 5.94 | 2.90 | 3.51 | 2.36 |
| 600-LNNV-975 | 9.15 | 5.33 | 6.74 | 3.35 | 4.00 | 2.72 | 8.04 | 4.53 | 5.94 | 2.90 | 3.51 | 2.36 |
| 600-LNNV-1200 | 9.15 | 5.33 | 6.74 | 3.35 | 4.00 | 2.72 | 8.04 | 4.53 | 5.94 | 2.90 | 3.51 | 2.36 |
| 700-LNNV-1225 | 11.73 | 7.12 | 8.63 | 4.34 | 5.17 | 3.57 | 9.15 | 5.33 | 6.74 | 3.35 | 4.00 | 2.72 |
| 1000-LNNV-750 | 9.51 | 13.05 | 8.04 | 5.71 | 4.86 | 3.98 | 9.51 | 13.05 | 8.04 | 5.71 | 4.86 | 3.98 |

**FLOWSERVE**

## LNN – Materials of Construction

| Pump Component | Material Specification (PROS) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | A1 | A2 | B1 | C1 | D1 | E1 | F1 | G1 |
| Casing | Cast Iron | Cast Iron | Nodular Cast Iron | Steel | Ni - Resist | Bronze | Nickel Aluminum Bronze | Stainless Steel |
| Impeller | Bronze | Cast Iron | Bronze | Stainless Steel | Ni - Resist | Bronze | Nickel Aluminum Bronze | Stainless Steel |
| Shaft | Steel | Carbon Steel | Steel | Steel | Duplex SS | Duplex SS | Duplex SS | Duplex SS |
| Sleeves | Bronze | 13% Chrome Steel | Bronze | Stainless Steel | Stainless Steel | Bronze | Stainless Steel | Stainless Steel |
| Casing Wear Rings | Cast Iron ** | Cast Iron | Cast Iron | Cast Iron | Ni - Resist | Bronze | Nickel Aluminum Bronze | Stainless Steel |
| Optional Impeller Wear Rings | Bronze | Carbon Steel | Bronze | Steel | Stainless Steel | Bronze | Nickel Aluminum Bronze | Stainless Steel |
| Shaft Nuts | Bronze | Bronze | Bronze | Stainless Steel | Stainless Steel | Bronze | Bronze | Bronze |
| Stuffing Box Housing | Cast Iron | Cast Iron | Nodular Cast Iron | Carbon Steel | Nodular Cast Iron | Bronze | Bronze | Stainless Steel |
| Glands | Carbon Steel | Carbon Steel | Carbon Steel | Stainless Steel | Ni - Resist | Bronze | Bronze | Stainless Steel |
| Seal | Mechanical Seal: Balanced/Unbalanced/Cartridge/Split or Gland Packing | | | | | | | |
| Seal Covers | Carbon Steel | Carbon Steel | Carbon Steel | Stainless Steel | Ni - Resist | Bronze | Bronze | Stainless Steel |
| Bearing Housing | Cast Iron or Steel | | | | | | | |
| Bearings | Anti-friction grease lubricated or oil lubrication with constraint lubrification oil Tilting pad (Kingsbury Type) thrust bearing & radial sleeve bearings available | | | | | | | |
| Packing | PTFE impregnated Ramie Fibre | | | | | | | |
| Lantern Rings | Bronze | Bronze | Bronze | Bronze | Bronze | Bronze | Bronze | Stainless Steel |

| Material | ASTM | NF | BS | DIN |
|---|---|---|---|---|
| Cast Iron | ASTM A48 CLASS 30B or 35B | EN-GJL-250 | EN-GJL-250 | EN-GJL-250 |
| Nodular Cast Iron | ASTM A536 GRADE 60-40-18 | EN-GJS-400-18 | EN-GJS-400-18 | EN-GJS-400-18 |
| Steel | ASTM A576/A321-1040 or ASTM A576/A434 - 4140 CLASS BC | NF EN 10083-1 C35E or C40E or 42CrMo4 | BS EN 10083-1 C40E or 42CrMo4 | DIN EN 10083-1 C40E or 42CrMo4 |
| Carbon Steel | ASTM A285 GRADE B | NF EN 10025 Fe360B | BS EN 10025 Fe360B | DIN EN 10025 Fe360B |
| Stainless Steel | ASTM A744 CLASS CF-8M | NF EN 10088-3 X2CrNiMo17-12-2 | BS 3100 316 C16 | DIN 17445 G-X6CrNiMo18-10 |
| Duplex SS | ASTM A479 UNS S31803 | NF EN 10088-3 X2CrNiMoN22-5-3 | BS EN 10088-3 X2CrNiMoN22-5-3 | DIN EN 10088-3 X2CrNiMoN22-5-3 |
| 13% Chrome Steel | ASTM A276 TYPE 420 S42000 | NF EN 10088-3 X30Cr13 | BS EN 10083-3 X30Cr13 | DIN 17440/17441 X30Cr13 |
| Ni - Resist | ASTM A439 TYPE D-2 | NF A 32301 FGS Ni20Cr2 | BS 3468 GRADE S2 | DIN 1694 GGG-NiCr20-2or GGG-NiCr20-3 |
| Bronze | ASTM B584 C90500 or ASTM B584/B505 05 C90700 or C93200 | NF A 53707 CuSn12 or CuSn7Pb6Zn4 | BS 1400 G1 or BS 1400 CT1 or LPB1 | DIN 1705 G-CuSn10Zn or DIN 1705 G-CuSn12 or GC-CuSn7ZnPb |
| Nickel Aluminum Bronze | ASTM B148 C95800 | NF A53709 CuAl9Ni3Fe2 | BS 1400 AB2 | DIN 1714 G-CuAl10N |

Note : The above table is for information only. Actual material certificates if required may be for of the above materials or a superior material.



**Pump Division**

*LNN General Engineering Data*

 **LNN – Casing Details**

| Pump Type & Size | Suction Nozzle Size (in.) | Discharge Nozzle Size (in.) | Casing Thickness (in.) | Gasket thickness (in.) | Volute (S)ingle (D)ouble |
|---|---|---|---|---|---|
| 200-LNN-300 | 10 | 8 | 0.51 | 0.028 | D |
| 200-LNN-325 | 10 | 8 | 0.51 | 0.028 | D |
| 200-LNN-375 | 10 | 8 | 0.55 | 0.028 | D |
| 200-LNN-400 | 10 | 8 | 0.55 | 0.028 | D |
| 200-LNN-475 | 10 | 8 | 0.59 | 0.028 | D |
| 200-LNN-500 | 10 | 8 | 0.55 | 0.028 | S |
| 200-LNN-600 | 10 | 8 | 0.59 | 0.028 | S |
| 250-LNN-325 | 12 | 10 | 0.59 | 0.028 | D |
| 250-LNN-375 | 12 | 10 | 0.59 | 0.028 | D |
| 250-LNN-475 | 12 | 10 | 0.59 | 0.028 | D |
| 250-LNN-600 | 12 | 10 | 0.59 | 0.028 | D |
| 300-LNN-475 | 16 | 12 | 0.63 | 0.028 | D |
| 300-LNN-500 | 14 | 12 | 0.63 | 0.028 | D |
| 300-LNN-575 | 16 | 12 | 0.63 | 0.028 | D |
| 300-LNN-600 | 14 | 12 | 0.63 | 0.028 | D |
| 300-LNN-750 | 16 | 12 | 0.71 | 0.028 | D |
| 350-LNN-475 | 20 | 14 | 0.67 | 0.028 | D |
| 350-LNN-575 | 20 | 14 | 0.71 | 0.028 | D |
| 350-LNN-675 | 16 | 14 | 0.71 | 0.028 | D |
| 350-LNN-725 | 20 | 14 | 0.71 | 0.028 | D |
| 350-LNN-900 | 20 | 14 | 0.71 | 0.028 | D |
| 400-LNN-600 | 20 | 16 | 0.71 | 0.028 | D |
| 400-LNN-725 | 20 | 16 | 0.71 | 0.028 | D |
| 400-LNN-800 | 24 | 16 | 0.79 | 0.028 | D |
| 400-LNN-900 | 20 | 16 | 0.79 | 0.028 | D |
| 500-LNN-650 | 24 | 20 | 0.71 | 0.028 | D |
| 500-LNN-700 | 24 | 20 | 0.71 | 0.028 | D |
| 500-LNN-775 | 24 | 20 | 0.79 | 0.028 | D |
| 500-LNN-950 | 24 | 20 | 0.79 | 0.028 | D |
| 500-LNN-1150 | 24 | 20 | 0.87 | 0.028 | D |
| 500-LNN-1250 | 24 | 20 | 0.87 | 0.028 | D |
| 600-LNN-750 | 30 | 24 | 0.87 | 0.028 | D |
| 600-LNN-950 | 32 | 24 | 0.79 | 0.028 | D |
| 600-LNN-975 | 28 | 24 | 0.87 | 0.028 | D |
| 600-LNN-1200 | 28 | 24 | 0.87 | 0.028 | D |
| 700-LNN-1225 | 36 | 28 | 0.94 | 0.028 | D |
| 1000-LNN-750 | 40 | 40 | 0.98 | 0.028 | D |

**Note :**

1. All Dimensions are in inches unless stated otherwise
2. All data is the same for LNNC and LNNV pumps



**Pump Division**

*LNN General Engineering Data*



**LNN – Stuffing Box**



4 taped holes "M"
equally spaced
for seal cover

**FLOWSERVE**

## LNN – Stuffing Box (Sleeved)

| Dimensions | | Bearing size | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 40 | 50 | 65 | 80 | 100 | 125 | 155 |
| ØSEAL (in.) | | 2.56 | 3.15 | 3.74 | 4 1/2" | 5 1/2" | 6 3/4" | 8 1/2" |
| A (in.) | | 2.56 -0.06 | 3.15 -0.002 | 3.74 -0.002 | 4.5 -0.002 | 5.5 -0.002 | 6.75 -0.002 | 8.5 -0.002 |
| B (in.) | STD | 3.56 | 4.33 | 4.76 | 5.51 | 7 | 8.23 | 10 |
| | MAX | * | * | * | * | * | * | * |
| C (in.) | STD | 5.51 0.002/0 | 6.89 0.002/0 | 7.28 0.002/0 | 8.46 0.002/0 | 9.84 0.002/0 | 11.81 0.002/0 | 13.39 -0.002/0 |
| | MAX | 5.83 0.002/0 | 7.56 0.002/0 | 8.66 0.002/0 | 9.37 0.002/0 | 11.97 0.002/0 | * | * |
| D (in.) | MAX | 5.91 | 7.64 | 8.74 | 9.45 | 12.05 | / | / |
| E (in.) | | 2.99 | 3.94 | 3.94 | 3.94 | 5.83 | 5.83 | 5.83 |
| F (in.) | | 3.58 | 3.39 | 3.62 | 4.86 | 4.96 | / | / |
| G (in.) | | 0.08 | 0.12 | 0.12 | 0.12 | 0.12 | 0.12 | 0.12 |
| H (°) | | 3.03 | 3.46 | 3.35 | 2.95 | 3.03 | 3.27 | 2.95 |
| J (in.) | | 0.73 | 0.85; 250-LNN-325 / 250-LNN-375 = 0.41; 200-LNN-500 = 1.2 | 0.85; 300-LNN-500 = 0.77; 300-LNN-575 = 1.12 | 1.53; 400-LNN-600 = 1.55 | 0.98; 400-LNN-725 / 500-LNN-650 / 500-LNN-700 / 500-LNN-775 = 0.79 | 1.23 | 1.13 |
| K (in.) | | 1.3 | 1.42; 250-LNN-325 / 250-LNN-375 = 0.98; 200-LNN-500 = 1.77 | 1.42; 300-LNN-600 = 1.34; 300-LNN-575 = 1.69 | 2.17; 400-LNN-600 = 2.13 | 1.57; 400-LNN-725 / 500-LNN-650 / 500-LNN-700 / 500-LNN-775 = 1.38 | 1.85 | 1.73 |
| L (in.) | | 2.56 | 2.91; 250-LNN-325 / 250-LNN-375 = 2.48; 200-LNN-500 = 3.27 | 3.07; 300-LNN-500 = 2.99; 300-LNN-575 = 3.35 | 4.06; 400-LNN-600 = 4.02 | 3.85; 400-LNN-725 / 500-LNN-650 / 500-LNN-700 / 500-LNN-775 = 3.66 | 4.13 | 4.49 |
| M (in.) | STD | 0.47 | 0.47 | 0.63 | 0.63 | 0.63 | 0.63 | 0.63 |
| | MAX | * | * | * | * | * | * | * |
| N (in.) | STD | 4.53 | 5.51 | 6.3 | 8.46 | 8.46 | 10.24 | 11.81 |
| | MAX | * | * | * | * | * | * | * |
| P (in.) | | 2.36 | 3.29 | 3.46 | 4.55 | 4.55 | 5.43 | 6.22 |
| Q (in.) | | 0.91 | 1.02 | 1.02 | 1.54 | 1.54 | 1.57 | 1.77 |
| R (in.) | | 3.35 | 3.15 | 3.39 | 4.76 | 4.76 | 4.65 | 5.08 |

* these max dimensions are dependent upon the box bore "B", bolt size "M", PCD "N" and "E" required.



**Pump Division**

*LNN General Engineering Data*

## LNN – Stuffing Box (unsleeved)

| Dimensions | | Bearing size | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 40 | 50 | 65 | 80 | 100 | 125 | 155 |
| ØSEAL (in.) | | 1.97 | 2.56 | 3.15 | 3.74 | 4 1/2* | 5 3/4* | 7 1/4* |
| A (in.) | | 1.97 $^{0}_{-0.001}$ | 2.56 $^{0}_{-0.001}$ | 3.15 $^{0}_{-0.001}$ | 3.74 $^{0}_{-0.001}$ | 4.5 $^{0}_{-0.001}$ | 5.75 $^{0}_{-0.001}$ | 7.25 $^{0}_{-0.002}$ |
| B (in.) | STD | 3.56 | 4.33 | 4.76 | 5.51 | 7 | 8.25 | 10 |
| | MAX | * | * | * | * | * | * | * |
| C (in.) | STD | 5.51 $^{0.002}_{0}$ | 6.89 $^{0.002}_{0}$ | 7.28 $^{0.002}_{0}$ | 8.46 $^{0.002}_{0}$ | 9.84 $^{0.002}_{0}$ | 11.81 $^{0.002}_{0}$ | 13.39 $^{}_{0}$ |
| | MAX | 5.83 $^{0.002}_{0}$ | 7.56 $^{0.002}_{0}$ | 8.66 $^{0.002}_{0}$ | 9.37 $^{0.002}_{0}$ | 11.97 $^{0.002}_{0}$ | * | * |
| D (in.) | MAX | 5.91 | 7.64 | 8.74 | 9.45 | 12.05 | | |
| E (in.) | | 2.99 | 3.94 | 3.94 | 3.94 | 5.83 | 5.83 | 5.83 |
| F (in.) | | 3.56 | 3.39 | 3.62 | 4.88 | 4.96 | / | / |
| G (in.) | | 0.08 | 0.12 | 0.12 | 0.12 | 0.12 | 0.12 | 0.12 |
| H (°) | | 3.03 | 3.46 | 3.35 | 2.95 | 3.03 | 3.27 | 2.95 |
| L (in.) | | T.B.A. | 2.79 | 2.87 | 3.94 | 4.05 | 4.41 | 4.41 |
| | | | 250-LNN-325    4.8 | 300-LNN-500    3.9 | 300-LNN-600    2.83 | 400-LNN-725 | | |
| | | | | 500-LNN-575    3.5 | | 500-LNN-650    4.41 | | |
| | | | | 300-LNN-475    3.78 | 400-LNN-600    2.91 | 500-LNN-700 | | |
| | | | | | | 500-LNN-775 | | |
| M (in.) | STD | 0.47 | 0.47 | 0.63 | 0.63 | 0.63 | 0.63 | 0.63 |
| | MAX | * | * | * | * | * | * | * |
| N (in.) | STD | 4.53 | 5.51 | 6.3 | 8.46 | 8.46 | 10.24 | 11.81 |
| | MAX | * | * | * | * | * | * | * |
| P (in.) | | 2.36 | 3.29 | 3.46 | 4.55 | 4.55 | 5.43 | 5.22 |
| Q (in.) | | 0.91 | 1.02 | 1.02 | 1.54 | 1.54 | 1.57 | 1.77 |
| R (in.) | | 3.35 | 3.15 | 3.39 | 4.76 | 4.76 | 4.65 | 5.08 |

* these max dimensions are dependent upon the box bore "B", bolt size "M", PCD "N" and "E" required.









**Pump Division**

*LNN General Engineering Data*



## LNN – Shaft Details

| Pump Type & Size | Shaft Diameter (in.) | | |
|---|---|---|---|
| | at Impeller | at Bearing | at Coupling |
| 200-LNN-300 | 2.17 | 1.77 | 1.57 |
| 200-LNN-325 | 2.17 | 1.77 | 1.57 |
| 200-LNN-375 | 2.17 | 1.77 | 1.57 |
| 200-LNN-400 | 2.76 | 2.36 | 1.97 |
| 200-LNN-475 | 2.76 | 2.36 | 1.97 |
| 200-LNN-500 | 2.76 | 2.36 | 1.97 |
| 200-LNN-600 | 3.35 | 2.76 | 2.56 |
| 250-LNN-325 | 2.76 | 2.36 | 1.97 |
| 250-LNN-375 | 2.76 | 2.36 | 1.97 |
| 250-LNN-475 | 3.35 | 2.76 | 2.56 |
| 250-LNN-600 | 3.35 | 2.76 | 2.56 |
| 300-LNN-475 | 3.35 | 2.76 | 2.56 |
| 300-LNN-500 | 3.35 | 2.76 | 2.56 |
| 300-LNN-575 | 3.35 | 2.76 | 2.56 |
| 300-LNN-600 | 3.94 | 3.35 | 3.15 |
| 300-LNN-750 | 4.72 | 4.13 | 3.94 |
| 350-LNN-475 | 3.94 | 3.35 | 3.15 |
| 350-LNN-575 | 3.94 | 3.35 | 3.15 |
| 350-LNN-675 | 3.94 | 3.35 | 3.15 |
| 350-LNN-725 | 3.94 | 3.35 | 3.15 |
| 350-LNN-900 | 4.72 | 4.13 | 3.94 |
| 400-LNN-600 | 3.94 | 3.35 | 3.15 |
| 400-LNN-725 | 4.72 | 4.13 | 3.94 |
| 400-LNN-800 | 5.91 | 5.12 | 4.92 |
| 400-LNN-900 | 5.91 | 5.12 | 4.92 |
| 500-LNN-650 | 4.72 | 4.13 | 3.94 |
| 500-LNN-700 | 4.72 | 4.13 | 3.94 |
| 500-LNN-775 | 4.72 | 4.13 | 3.94 |
| 500-LNN-950 | 5.91 | 5.12 | 4.92 |
| 500-LNN-1150 | 7.48 | 6.30 | 6.10 |
| 500-LNN-1250 | 7.48 | 6.30 | 6.10 |
| 600-LNN-750 | 5.91 | 5.12 | 4.92 |
| 600-LNN-950 | 5.91 | 5.12 | 4.92 |
| 600-LNN-975 | 5.91 | 5.12 | 4.92 |
| 600-LNN-1200 | 7.48 | 6.30 | 6.10 |
| 700-LNN-1225 | 7.48 | 6.30 | 6.10 |
| 1000-LNN-750 | 4.72 | 4.13 | 3.94 |



**FLOWSERVE** — **Pump Division**

*LNN General Engineering Data*

## LNN – Pressure and Temperature Limits

| Pump Type & Size | Maximum Suction | | | Maximum Working Pressure (psi) | | | | | | Max.Hydro Test Pressure (psi) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CI/Bz/Ni Al Bz/Res D2 | NCI | Cast St/SS/Cr. St. | CI | NCI | Ni Al Bz | Ni Res D2 | Cast Steel | Chrome Steel/SS | CI | NCI | Ni Al Bz | Ni Res D2 | Cast Steel | Chrome Steel/SS |
| 200-LNN-300 | 77 | 123 | 147 | 155 | 203 / 170 | 203 | 203 | 203 | 203 | 232 | 305 / 281 | 305 | 305 | 305 | 305 |
| 200-LNN-325 | 77 | 123 | 147 | 155 | 203 / 170 | 203 | 203 | 203 | 203 | 232 | 305 / 281 | 305 | 305 | 305 | 305 |
| 200-LNN-375 | 97 | 155 | 186 | 183 | 290 / 213 | 290 | 287 | 290 | 290 | 290 | 435 / 319 | 435 | 431 | 435 | 435 |
| 200-LNN-400 | 97 | 155 | 186 | 193 | 290 / 213 | 290 | 287 | 290 | 290 | 290 | 435 / 319 | 435 | 431 | 435 | 435 |
| 200-LNN-475 | 100 | 160 | 191 | 193 | 290 / 219 | 290 | 287 | 290 | 290 | 290 | 435 / 319 | 435 | 431 | 435 | 435 |
| 200-LNN-500 | 99 | 158 | 188 | 163 | 271 / 184 | 271 | 248 | 271 | 271 | 247 | 406 / 276 | 408 | 373 | 406 | 406 |
| 200-LNN-600 | 149 | 238 | 285 | 251 | 387 / 271 | 387 | 365 | 387 | 387 | 377 | 580 / 406 | 580 | 548 | 580 | 589 |
| 250-LNN-325 | 62 | 100 | 119 | 126 | 174 / 138 | 174 | 174 | 174 | 174 | 189 | 261 / 203 | 261 | 261 | 261 | 261 |
| 250-LNN-375 | 77 | 123 | 147 | 155 | 232 / 170 | 232 | 229 | 232 | 232 | 232 | 348 / 261 | 348 | 348 | 348 | 348 |
| 250-LNN-475 | 100 | 160 | 191 | 199 | 290 / 219 | 290 | 287 | 290 | 290 | 290 | 435 / 319 | 435 | 431 | 435 | 435 |
| 250-LNN-600 | 152 | 244 | 291 | 251 | 387 / 271 | 387 | 365 | 387 | 387 | 377 | 580 / 406 | 580 | 548 | 580 | 580 |
| 300-LNN-475 | 58 | 93 | 111 | 116 | 226 / 126 | 226 | 170 | 196 | 196 | 174 | 290 / 189 | 290 | 255 | 290 | 290 |
| 300-LNN-500 | 145 | 232 | 277 | 193 | 290 / 212 | 290 | 288 | 290 | 290 | 290 | 435 / 319 | 435 | 429 | 435 | 435 |
| 300-LNN-575 | 58 | 93 | 111 | 118 | 193 / 128 | 193 | 170 | 193 | 193 | 174 | 290 / 189 | 290 | 255 | 290 | 290 |
| 300-LNN-600 | 126 | 202 | 241 | 251 | 387 / 277 | 387 | 365 | 387 | 387 | 277 | 580 / 406 | 580 | 548 | 580 | 580 |
| 300-LNN-750 | 141 | 225 | 269 | 203 | 348 / 222 | 435 | 300 | 418 | 371 | 305 | 522 / 334 | 653 | 480 | 626 | 557 |
| 350-LNN-475 | 58 | 93 | 111 | 116 | 196 / 126 | 196 | 170 | 196 | 196 | 174 | 290 / 188 | 290 | 255 | 290 | 290 |
| 350-LNN-575 | 58 | 93 | 111 | 118 | 193 / 128 | 193 | 170 | 193 | 193 | 174 | 290 / 188 | 290 | 255 | 290 | 290 |
| 350-LNN-675 | 126 | 202 | 241 | 251 | 387 / 277 | 387 | 365 | 387 | 387 | 377 | 580 / 406 | 580 | 548 | 580 | 580 |
| 350-LNN-725 | 83 | 132 | 158 | 164 | 281 / 181 | 281 | 245 | 271 | 271 | 164 | 406 / 276 | 406 | 373 | 406 | 406 |
| 350-LNN-900 | 128 | 202 | 241 | | 387 / 277 | 387 | 385 | | 387 | 377 | 580 / 406 | 580 | 548 | 580 | 580 |
| 400-LNN-600 | 67 | 139 | 168 | 135 | 203 / 146 | 203 | 200 | 203 | 203 | 203 | 305 / 218 | 305 | 300 | 305 | 305 |
| 400-LNN-725 | 109 | 174 | 208 | 164 | 271 / 181 | 271 | 245 | 281 | 271 | 247 | 406 / 278 | 406 | 373 | 406 | 406 |
| 400-LNN-800 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R |
| 400-LNN-900 | 126 | 202 | 241 | 257 | 387 / 277 | 387 | 365 | 298 | 387 | 377 | 580 / 406 | 580 | 548 | 580 | 580 |
| 500-LNN-650 | 67 | 139 | 155 | 116 | 155 / 228 | 155 | 155 | 155 | 155 | 174 | 232 / 188 | 232 | 232 | 232 | 232 |
| 500-LNN-700 | 87 | 139 | 166 | 174 | 276 / 191 | 276 | 258 | 276 | 276 | 261 | 406 / 290 | 406 | 387 | 406 | 406 |
| 500-LNN-775 | 77 | 123 | 147 | 154 | 251 / 164 | 251 | 222 | 251 | 251 | 232 | 377 / 247 | 377 | 334 | 377 | 377 |
| 500-LNN-950 | 116 | 186 | 222 | 174 | 290 / 191 | 290 | 255 | 290 | 280 | 261 | 435 / 290 | 435 | 387 | 435 | 435 |
| 500-LNN-1150 | 131 | 209 | 249 | 189 | 334 / 207 | 334 | 280 | 333 | 334 | 290 | 493 / 319 | 493 | 421 | 435 | 493 |
| 500-LNN-1250 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R |
| 600-LNN-750 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R |
| 600-LNN-950 | 78 | 126 | 150 | 135 | 223 / 148 | 223 | 200 | 223 | 223 | 203 | 334 / 218 | 334 | 300 | 334 | 334 |
| 600-LNN-975 | 87 | 139 | 166 | 181 | 271 / 203 | 271 | 245 | 271 | 271 | 276 | 406 / 305 | 406 | 373 | 406 | 406 |
| 600-LNN-1200 | 126 | 202 | 241 | 251 | 387 / 277 | 387 | 365 | 387 | 387 | 377 | 580 / 406 | 580 | 548 | 580 | 580 |
| 700-LNN-1225 | 83 | 132 | 158 | 139 | 232 / 154 | 232 | 207 | 232 | 232 | 210 | 348 / 232 | 348 | 313 | 334 | 348 |
| 1000-LNN-750 | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R |

R – Refer



Pressure : in 'psi' (guage). Max. working pressure must not be exceeded.
Hydro test pressure is the sum of (max. suction pressure + shut off pressure) x 1.5.
Hydro test pressure is applied to bare casing assembly.
Hydro test pressure are done for each particular order and not necessarily at the max value.

Temperature : max. operating temperature with standard stuffing box = 175°F.
Higher temperature possible with proper selection of shaft seal (packing or mechanical seal) 120°C.
rubber components, bearings (clearance and cage material), lubricant and coupling (to allow axial and radial shaft misalignment due to thermal growth).





**Pump Division**

*LNN General Engineering Data*

 **MCSF Limitations**

| Pump Type & Size | Impeller Type | Minimum Contiuous Flow for Cold Water | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 60 Hz (USgpm) | | | | | 50 Hz (m³/h) | | | |
| | | 1775 RPM | 1180 RPM | 985 RPM | 710 RPM | 590 RPM | 1480 RPM | 985 RPM | 740 RPM | 490 RPM |
| 200-LNN-300 | AA | 924.6 | 352.2 | R | R | R | 125 | 50 | R | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 200-LNN-325 | AA | 2113.4 | 902.6 | R | R | R | 330 | 120 | R | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 200-LNN-375 | AA | 1232.8 | 462.3 | R | R | R | 185 | 70 | R | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 200-LNN-400 | AA | 1717.1 | 616.4 | R | R | R | 250 | 95 | R | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 200-LNN-475 | AA | 1761.2 | 660.4 | R | R | R | 260 | 100 | R | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 200-LNN-500 | AA | 792.5 | 352.2 | R | R | R | 115 | 50 | R | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 200-LNN-600 | AA | 1320.9 | 572.4 | R | R | R | 180 | 80 | R | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 250-LNN-325 | AA | 2729.8 | 924.6 | R | R | R | 415 | 105 | R | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 250-LNN-375 | AA | 2685.8 | 1056.7 | R | R | R | 410 | 170 | R | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 250-LNN-475 | AA | 2377.6 | 924.6 | R | R | R | 320 | 140 | R | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 250-LNN-600 | AA | 1849.2 | 770.5 | R | R | R | 250 | 135 | R | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 300-LNN-475 | AA | R | 4094.7 | 1673.1 | R | R | R | 610 | 255 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 300-LNN-500 | AA | 4006.6 | 1497.0 | R | R | R | 640 | 190 | R | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 300-LNN-575 | AA | R | 4402.9 | 2135.4 | R | R | R | 650 | 340 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 300-LNN-600 | AA | 3170.1 | 1320.9 | R | R | R | 480 | 250 | R | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 300-LNN-750 | AA | R | 2575.7 | 1408.9 | R | R | 920 | 400 | R | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 350-LNN-475 | AA | R | 6208.1 | 2619.7 | R | R | R | 940 | 440 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 350-LNN-575 | AA | R | 5811.8 | 2531.7 | R | R | R | 800 | 430 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 350-LNN-675 | AA | R | 3157.7 | 2368.3 | 1900.3 | R | 699.6 | 598.7 | 449.8 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 350-LNN-725 | AA | R | 6384.2 | 3698.4 | R | R | R | 1030 | 540 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 350-LNN-900 | AA | R | 4755.1 | 2509.7 | R | R | R | 790 | 425 | R |
| | BB | R | R | R | R | R | R | R | R | R |

R - Refer          **Note :** For hydrocarbons multiply by .90



**Pump Division**

*LNN General Engineering Data*



## MCSF Limitations

| Pump Type & Size | Impeller Type | Minimum Contiuous Flow for Cold Water | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 60 Hz (USgpm) | | | | | 50 Hz (m³ / h) | | | |
| | | 1775 RPM | 1180 RPM | 885 RPM | 710 RPM | 590 RPM | 1480 RPM | 985 RPM | 740 RPM | 490 RPM |
| 400-LNN-600 | AA | R | 9686.4 | 5415.6 | R | R | R | 1530 | 860 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 400-LNN-725 | AA | R | 9025.9 | 5063.3 | R | R | R | 1420 | 800 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 400-LNN-800 | AA | R | 9599.6 | 7199.7 | 5776.0 | 4799.8 | R | 1820 | 1370 | 910 |
| 400-LNN-900 | AA | R | 8321.5 | 4667.8 | R | R | R | 1310 | 740 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 500-LNN-650 | AA | R | R | 10963.2 | 7044.6 | 4843.2 | R | R | 1740 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 500-LNN-700 | AA | R | 10963.2 | 6164.1 | R | R | R | 1730 | 970 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 500-LNN-775 | AA | R | R | 10478.9 | 6736.4 | 4623.0 | R | R | 1660 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 500-LNN-950 | AA | R | R | 11315.5 | 7264.8 | 5019.3 | R | R | 1790 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 500-LNN-1150 | AA | R | R | 7568.8 | 4843.2 | R | R | 2130 | 1200 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 500-LNN-1250 | AA | R | R | 7569.4 | 4843.7 | R | R | 2130 | 1200 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 600-LNN-750 | AA | R | R | 13252.2 | 10631.7 | 8834.8 | R | 3350 | 2520 | 1670 |
| 600-LNN-950 | AA | R | R | R | 17479.5 | 12019.9 | R | R | R | 1580 |
| | BB | R | R | R | R | R | R | R | R | R |
| | CA | R | R | R | 14568.2 | 12105.9 | R | R | 3450 | 2280 |
| 600-LNN-975 | AA | R | R | 15718.4 | 11183.4 | 7661.0 | R | R | 2760 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 600-LNN-1200 | AA | R | R | 14837.8 | 9510.3 | 6560.3 | R | R | 2350 | R |
| | BB | R | R | R | R | R | R | R | R | R |
| 700-LNN-1225 | AA | R | R | R | 24964.4 | 19196.6 | R | R | R | 2950 |
| | BB | R | R | R | R | R | R | R | R | R |
| 1000-LNN-750 | AA | R | R | R | R | 25624.7 | R | R | R | 5820 |

R - Refer    **Note :** For hydrocarbons multiply by .90







## LNN – Weights

| Pump Type & Size | Pump Weight (lbs) | Rotor Weight (lbs) | Top Half Weight (lbs) | Pump Weight (kg) | Rotor Weight (kg) | Top Half Weight (kg) |
|---|---|---|---|---|---|---|
| 200-LNN-300 | 1168 | 136 | 198 | 530 | 62 | 90 |
| 200-LNN-325 | 970 | 154 | 201 | 440 | 70 | 91 |
| 200-LNN-375 | 970 | 145 | 196 | 440 | 66 | 89 |
| 200-LNN-400 | 1168 | 174 | 267 | 530 | 79 | 121 |
| 200-LNN-475 | 1367 | 205 | 333 | 620 | 93 | 151 |
| 200-LNN-500 | 1235 | 183 | 278 | 560 | 83 | 126 |
| 200-LNN-600 | 1698 | 253 | 414 | 770 | 115 | 188 |
| 250-LNN-325 | 1433 | 205 | 368 | 650 | 93 | 167 |
| 250-LNN-375 | 1499 | 216 | 322 | 680 | 98 | 146 |
| 250-LNN-475 | 1631 | 264 | 355 | 740 | 120 | 161 |
| 250-LNN-600 | 2006 | 279 | 474 | 910 | 127 | 215 |
| 300-LNN-475 | 2183 | 299 | 516 | 990 | 136 | 234 |
| 300-LNN-500 | 2028 | 310 | 472 | 920 | 141 | 214 |
| 300-LNN-575 | 2954 | 416 | 602 | 1340 | 189 | 273 |
| 300-LNN-600 | 2557 | 381 | 600 | 1160 | 173 | 272 |
| 300-LNN-750 | 3594 | 570 | 930 | 1630 | 259 | 422 |
| 350-LNN-475 | 3197 | 504 | 639 | 1450 | 229 | 290 |
| 350-LNN-575 | 3263 | 486 | 635 | 1480 | 221 | 288 |
| 350-LNN-675 | R | 517 | R | R | 235 | R |
| 350-LNN-725 | 3748 | 546 | 794 | 1700 | 248 | 360 |
| 350-LNN-900 | 4850 | 741 | 1213 | 2200 | 337 | 550 |
| 400-LNN-600 | 4189 | 634 | 827 | 1900 | 288 | 375 |
| 400-LNN-725 | 5512 | 805 | 1102 | 2500 | 365 | 500 |
| 400-LNN-800 | R | R | R | R | R | R |
| 400-LNN-900 | 6945 | 1030 | 1554 | 3150 | 467 | 705 |
| 500-LNN-650 | 5952 | 957 | 1213 | 2700 | 434 | 550 |
| 500-LNN-700 | 5401 | 939 | 1047 | 2450 | 426 | 475 |
| 500-LNN-775 | 6834 | 1014 | 1268 | 3100 | 460 | 575 |
| 500-LNN-950 | 7937 | 1316 | 1598 | 3600 | 597 | 725 |
| 500-LNN-1150 | 11023 | 1808 | 2425 | 5000 | 820 | 1100 |
| 500-LNN-1250 | 11905 | 2385 | 2557 | 5400 | 1082 | 1160 |
| 600-LNN-750 | 9193 | 1565 | 1764 | 4170 | 710 | 800 |
| 600-LNN-950 | 10141 | 1828 | 2315 | 4600 | 829 | 1050 |
| 600-LNN-975 | 13779 | 1599 | 2205 | 6250 | 725 | 1000 |
| 600-LNN-1200 | 10913 | 2044 | 2976 | 4950 | 927 | 1350 |
| 700-LNN-1225 | 17196 | 3021 | 4189 | 7800 | 1370 | 1900 |
| 1000-LNN-750 | R | R | R | R | R | R |

R – Refer    **Note :** All weights are approximate values.    * Includes pump, motor, baseplate, and coupling.



**Pump Division**

*LNN General Engineering Data*



## LNN – Rotor Details

| Pump Type & Size | Moment of Inertia WK² (lbs*ft²) | Maximum Speed (rpm) | First Critical Speed (rpm) | Maximum Torque (ft. lbs.) | | | $L_{brg}^3/D_{bore}^4$ (in.⁻¹) |
|---|---|---|---|---|---|---|---|
| | | | | C 45 | 13% Chrome | Duplex | |
| 200-LNN-300 | 7 | 2700 | 4450 | 633 | 773 | 699 | 1019 |
| 200-LNN-325 | 9 | 2120 | 4160 | 633 | 773 | 699 | 1019 |
| 200-LNN-375 | 11 | 2130 | 4940 | 633 | 773 | 699 | 755 |
| 200-LNN-400 | 16 | 2510 | 6130 | 1218 | 1486 | 1345 | 443 |
| 200-LNN-475 | 24 | 1990 | 5560 | 1218 | 1486 | 1345 | 443 |
| 200-LNN-500 | 19 | 2330 | 6550 | 1218 | 1486 | 1345 | 361 |
| 200-LNN-600 | 40 | 2220 | 7370 | 2626 | 3206 | 2901 | 209 |
| 250-LNN-325 | 13 | 2320 | 5050 | 1218 | 1486 | 1345 | 544 |
| 250-LNN-375 | 20 | 2140 | 5400 | 1218 | 1486 | 1345 | 443 |
| 250-LNN-475 | 33 | 2260 | 7200 | 2626 | 3206 | 2901 | 209 |
| 250-LNN-600 | 55 | 1920 | 6420 | 2626 | 3206 | 2901 | 248 |
| 300-LNN-475 | 62 | 1630 | 4890 | 2626 | 3206 | 2901 | 395 |
| 300-LNN-500 | 45 | 2020 | 5300 | 2626 | 3206 | 2901 | 328 |
| 300-LNN-575 | 102 | 1330 | 3820 | 2626 | 3206 | 2901 | 453 |
| 300-LNN-600 | 69 | 1840 | 6530 | 4825 | 5891 | 5330 | 177 |
| 300-LNN-750 | 164 | 1780 | 6370 | 9278 | 11328 | 10249 | 130 |
| 350-LNN-475 | 88 | 1460 | 3770 | 4825 | 5891 | 5330 | 400 |
| 350-LNN-575 | 133 | 1460 | 4590 | 5374 | 5891 | 5330 | 275 |
| 350-LNN-675 | 128 | 1460 | R | 5374 | 5891 | 5330 | R |
| 350-LNN-725 | 213 | 1200 | 4300 | 5374 | 5891 | 5330 | 275 |
| 350-LNN-900 | 363 | 1300 | 4730 | 9278 | 11328 | 10249 | 175 |
| 400-LNN-600 | 187 | 1180 | 3300 | 4825 | 5891 | 5330 | 400 |
| 400-LNN-725 | 294 | 1180 | 3850 | 9278 | 11328 | 10249 | 244 |
| 400-LNN-800 | 717 | 1200 | R | R | R | R | 126 |
| 400-LNN-900 | 460 | 1340 | 5990 | 17640 | 21782 | 19707 | 82 |
| 500-LNN-650 | 332 | 885 | 3030 | 9278 | 11328 | 10249 | 328 |
| 500-LNN-700 | 269 | 1180 | 3920 | 9278 | 11328 | 10249 | 196 |
| 500-LNN-775 | 505 | 985 | 3420 | 9278 | 11328 | 10249 | 239 |
| 500-LNN-950 | 809 | 1070 | 4590 | 17640 | 21782 | 19707 | 106 |
| 500-LNN-1150 | 1061 | 1180 | 4360 | 33507 | 40909 | 37013 | 92 |
| 500-LNN-1250 | 1315 | 1000 | R | R | R | R | 70 |
| 600-LNN-750 | 823 | 990 | R | R | R | R | 180 |
| 600-LNN-950 | 1401 | 740 | 2950 | 17640 | 21782 | 19707 | 180 |
| 600-LNN-975 | 1117 | 900 | 3180 | 17640 | 21782 | 19707 | 180 |
| 600-LNN-1200 | 1743 | 930 | 4670 | 33507 | 40909 | 37013 | 62 |
| 700-LNN-1225 | 3106 | 740 | 2780 | 33507 | 40909 | 37013 | 77 |
| 1000-LNN-750 | 924 | 590 | R | R | R | R | 666 |

R – Refer

**Note:**
1. All data is the same for LNNC and LNNV pumps.
2. Torque (ft.lbs) = P x 5252/n; P = Power at pump coupling (hp); n = rpm.
3. Locked rotor torque <= 3x maximum allowable torque.
4. Torque pulsations <+/- 15%/ Consult Diesel engine manufacturer.
5. The shaft deflections at seal faces are less than 0.002 in. And at impeller rings less than half the ring clearance.



**Pump Division**

*LNN General Engineering Data*

## LNN – Noise and Vibration Details



Expected Sound Pressure Level LpA (+/- 3 dB) at Reference Speed, BEP, and 3.28 ft (1 m) Distance.
Reference : $p_o = 2.9*10^{-9}$ psi $= 2*10^{-5}$ Pa

| Pump Type and Size | Speed Reference (rpm) | Sound Pressure Level (dB(A)) |
|---|---|---|
| 200-LNN-300 | 1775 | 80 |
| 200-LNN-325 | 1775 | 81 |
| 200-LNN-375 | 1775 | 82 |
| 200-LNN-400 | 1775 | 83 |
| 200-LNN-475 | 1775 | 85 |
| 200-LNN-500 | 1775 | 84 |
| 200-LNN-600 | 1775 | 87 |
| 250-LNN-325 | 1775 | 82 |
| 250-LNN-375 | 1775 | 84 |
| 250-LNN-475 | 1775 | 86 |
| 250-LNN-600 | 1775 | 88 |
| 300-LNN-475 | 1180 | 84 |
| 300-LNN-500 | 1775 | 87 |
| 300-LNN-575 | 1180 | 86 |
| 300-LNN-600 | 1775 | 89 |
| 300-LNN-750 | 1480 | 90 |
| 350-LNN-475 | 1180 | 85 |
| 350-LNN-575 | 1180 | 87 |
| 350-LNN-675 | 1180 | 88 |
| 350-LNN-725 | 1180 | 89 |
| 350-LNN-900 | 1180 | 91 |
| 400-LNN-600 | 1180 | 88 |
| 400-LNN-725 | 1180 | 90 |
| 400-LNN-800 | 1180 | 87 |
| 400-LNN-900 | 1180 | 92 |
| 500-LNN-650 | 885 | 87 |
| 500-LNN-700 | 885 | 87 |
| 500-LNN-775 | 885 | 89 |
| 500-LNN-950 | 885 | 91 |
| 500-LNN-1150 | 885 | 92 |
| 500-LNN-1250 | 885 | 93 |
| 600-LNN-750 | 885 | 89 |
| 600-LNN-950 | 710 | 90 |
| 600-LNN-975 | 710 | 89 |
| 600-LNN-1200 | 710 | 91 |
| 700-LNN-1225 | 590 | 91 |
| 1000-LNN-750 | 590 | 89 |

Correction at another speed N :

$$Lp_N = Lp_o + 40.\log_{10}\frac{N}{N_o}$$

Example :
200-LNN-400 : $Lp_o = 83$ dB(A) at 1775 rpm

Actual Speed : N = 1180 rpm
Result :

$$Lp_N = 83 + 40.\log_{10}\frac{1180}{1775} = 76 \text{ dB(A)}$$

### Vibration of Horizontal Pumps (LNN)

The filtered and unfiltered vibration RMS, measured on site,
vertical on the bearing housing perpendicular to the shaft
at rated speed and capacity +/- 10 % does not exceed
0.3 in/s (7.6 mm/s) (unfiltered) or 0.2 in/s (5.1 mm/s)
(filtered) respectively 3 mils (0.076 mm) displacement,
whichever is more restrictive.
Filtered vibration shall be measured at running speed,
vane-passing and multiple frequencies.

### Temperature limits of bearing

The normal temperature is between 68°F (20°C) and
104°F (40°C) above ambient temperature.
The maximum temperature is 158°F (70°C).

 **FLOWSERVE** Pump Division

**Hydraulic Datasheet**

| Customer | . HydroDynamics | Pump / Stages | 20MN24B | / 1 |
|---|---|---|---|---|
| Customer reference | : Flint Water Plant | Based on curve no. | : 89117600 | |
| Item number | : Pump #3 | Vendor reference | : 1819-30067 | |
| Service | : | Date | : September 29, 2003 | |

(5 MGD)

| Operating Conditions | | Materials / Specification | |
|---|---|---|---|
| Capacity | . 10417.0 USgpm | Material column code | : 10 |
| Water capacity (CQ=1.00) | : - | Pump specification | : |
| Normal capacity | : - | | |
| Total Developed Head | : 35.00 ft | **Other Requirements** | |
| Water head (CH=1.00) | : - | Hydraulic selection : No specification | |
| NPSH available (NPSHa) | : Ample . | Construction : No specification | |
| NPSHa less NPSH margin | : - | Test tolerance : Hydraulic Institute Level A | |
| Maximum suction pressure | : 0.0 psig | Driver Sizing : Max Power(MCSF to EOC)with SF | |

| Liquid | |
|---|---|
| Liquid type | : Water |
| Temperature / SG | : 60 °F   / 1.000 |
| Solids diameter | : -1.00 in |
| Viscosity / Vapor pressure | : 1.0 cSt   / - |

| Performance | | | |
|---|---|---|---|
| Hydraulic power | : 92.1 hp | Impeller diameter | |
| Pump speed | : 590 rpm | Rated | : 22.06 in |
| Efficiency (CE=1.00) | : 85.0 % | Maximum | : 23.50 in |
| | | Minimum | : 20.70 in |
| NPSH required (NPSHr) | : 13.5 ft | Suction specific speed | : 8760 US units |
| Rated power | : 108 hp | Minimum continuous flow | : 7455.9 USgpm |
| Maximum power | : 125 hp | Maximum head @ rated dia | : 53.6 ft |
| Driver power | : 125 hp / 93.2 kW | Flow at BEP | : 10223.4 USgpm |
| Casing working pressure | : 23.2 psig | Flow as % of BEP | : 101.9 % |
| (based on shut off @ cut dia) | | Efficiency at normal flow | : - |
| Maximum allowable | : 35.0 psig | Impeller dia ratio (rated/max) | : 93.9 % |
| Hydrostatic test pressure | : 50.0 psig | Head rise to shut off | : 53.1 % |
| Est. rated seal chamb. press. | : - | Total head ratio (rated/max) | : 76.6 % |



Windows Hydraulic Selection V3.00 Output Module V2.36



| Pump size & type 20MN24B | | **Flowserve Pump Division** | | Curve number 89117600 | |
|---|---|---|---|---|---|
| Capacity | : 10417.0 USgpm | Specific gravity | : 1.000 | Stage(s) | : 1 |
| Head | : 35.0 ft | Running speed | : 590 rpm | Date | : Sep 29, 2003 |



Head - ft

Efficiency

NPSHr - ft

22.06 in

590 rpm
525 rpm
450 rpm
375 rpm
300 rpm
225 rpm

Capacity - USgpm





1. Carbon steel shaft

2. Stainless steel sleeve

3. All cast iron ASTM A278 Class 30

4. ANSI 125 lb flanges

5. Suction elbow with chrome steel wear rings and handhole

6. Nonclog impeller and contoured lock nut

7. Stuffing box suitable for packing or mechanical seal

8. Casing handhole

9. Shim pack to adjust wear

10. Opposed tapered roller bearings

**FLOWSERVE**

### wage

The standard fitted pump which has chrome steel wearing rings and shaft sleeve is suitable for the grit which can be expected in sewage.

### Sludge Services

The standard fitted pump is suitable for Return/Waste Activated sludge applications with solids concentrations up to 1½% by weight. Low speed, low head RAS or WAS applications should be referred to factory. Digested/Recycle sludge applications should be referred to the factory with details of customer's operating history on these services.

### Water

The standard fitted pump or one having a bronze impeller is usually suitable.

### Irrigation

The standard fitted pump is generally used. Since most of these applications involve engine drive it is usually more practical to furnish separate bases under pump and driver. To eliminate the need for accurate alignment, pump and driver should be connected through a horizontal section of universal joint shafting.

### Process and Paper Ball (other than water)

Refer all such inquiries to the factory.

### Notes on Applications

#### n-Clog Pump Applications

Hydraulic Institute definition, non-clog pumps are recommended ...or handling raw or unsettled sewage, activated sludge, industrial waste waters containing solids, and similar liquids where excessive clogging would otherwise be encountered. The maximum solid size noted on each performance curve is the largest sphere size or diameter ball which can pass through the pump. Comminution and/or adequate bar screening should be provided to prevent larger solids and irregular shaped solids from entering the pump. Also where high rag/long fiber concentrations exist similar precautions are recommended to reduce the frequency of clogging or plugging.

### Reduced Capacity Operation

When a volute pump is operated at low capacities and full speed two undesirable phenomena occur, (1) Radial reaction forces of high magnitude are generated and (2) Recirculation of liquid in the impeller and/or casing takes place causing turbulence, vibration and cavitation-like noise. These characteristics are inherent in all pumps of this general type. Their magnitude increases rapidly as the flow is reduced from the best efficiency point. Generally, the minimum safe operating speed for MN pumps is not limited mechanically. These pumps will withstand the maximum radial reaction forces which can be generated and still assure long bearing life and low shaft deflection and stress.

The recirculation problem cannot be overcome so readily in solids-handling pumps. The service for which this line is designed dictates large passageways in both the casing and impeller, a requirement which makes this general type of pump particularly ceptible to recirculation. At reduced flows, therefore, some noise and rough operation must be expected. It is simply unavoidable!

Recognizing this, the ideal pump station will incorporate a sufficient number of pumps programmed to handle all expected variations in capacity without forcing any one of them to labor at drastically reduced flows for extended periods of time. For smooth, quiet, efficient operation, a continuous duty flow less than 65% of pump design capacity at full speed is not recommended.

### Variable Speed Operation

To achieve this at full speed, a design should be used to increase the pumping rate on increased influent rate (rising wet well level) by starting the first pump at a reduced speed, increasing its speed (pumping rate) to full speed. As additional pumping is required, the first pump should recycle to minimum speed and the second pump started at minimum speed so that the combined capacity equals that of a single pump at full speed. As additional pumping capacity is required, both pumps increase in speed together equally sharing the load up to full speed operation. As further pumping capacity is required the two variable speed pumps should recycle to a reduced speed together and a constant speed unit started. Three pumps are now operating producing the capacity equal to two units at full speed and as additional pumping capacity is required, the two variable speed pumps increase in speed together to full speed.

This is applicable to any multiple pump system. Any number of constant speed units used in conjunction with two variable speed units will provide infinite flow variation.

The customer's system head curve must be considered when making pump selections for variable speed operation. It is easy to make a multiple pump selection for the maximum or total flow at the required head. But care must be taken to consider single pump operation and to determine the intersection of the pump H-Q curve with the system head curve. What is the pump NPSH requirement at this point? It is less than the NPSH available at this operating capacity? If no maybe a larger pump should be selected or an arrangement where two pumps are operated at reduced speed at all times.

The system head curve is also invaluable in determining the reduced operating condition and its speed. The MN pump has no practical minimum speed limitation. The reduced speed operating points are dictated by the system head curve. To determine what a pump's recommended minimum capacity at reduced speed is: 1) find the 65% point of best efficiency from its maximum speed curve. 2) determine and plot the reduction of that point to three or four arbitrary lower speeds, and 3) draw the locus of these points. The recommended minimum capacity is where it intersects the system head curve. To determine the speed at this point merely step it up to the full speed 65% condition figured previously.



ich pump shall be designed to pump sewage containing stringy materials with a minimum of clogging. Each pumps shall be rated 10,417 GPM at __35__ feet TDH, at a maximum __590__ RPM, and a minimum __85__ % efficiency. In addition each pump shall be capable of run out to not less than 13000 GPM at __27__ feet TDH, minimum __80__ % efficiency, at full load motor speed. Minimum shutoff head shall be __54__ feet TDH. Variable speed pumps shall further be capable of 8000 GPM at __30__ feet TDH, with a minimum efficiency of __80__ % at reduced speed. Pump BHP shall not exceed __112__ to full speed run out condition specified above. In no event shall pump BHP exceed motor nameplate HP at 1.0 service factor, regardless of motor service factor furnished. Pumps running faster than specified above will not be acceptable.

### Casing

Pump casing shall be of the one piece volute type with an integral discharge nozzle. Twin volute casings will not be accepted. The discharge nozzle shall be made of close grained cast iron conforming to ASTM A278 Class 30 nominal __1__ inch thickness ("ribbed" if applicable) to provide accurate alignment and prevent excessive deflections. (For vertical pumps with feet on the casing add, Pump support feet shall be cast integral with the casing rib system. See "PUMP SUPPORT "following." The casing shall be designed to permit the removal of the rotating assembly without disturbing the suction or discharge connections and provided with a large Handhole to permit inspection and cleaning of the pump interior. The handhole cover shall be bolted and its inner contour shall match the contour the casing. (Three lifting eyes minimum shall be furnished to acilitate handling – vertical models) (Two lifting lugs – horizontal models). Each casing shall be hydrostatically tested to __50__ psi minimum, provided with vent, drain and gauge connections. (See appropriate elevation drawing for connection sizes.)

### Suction Elbow (vertical elbow suction) S Suction Nozzle (horizontal)

The suction (elbow) (nozzle) shall be furnished as part of the pump, of the same material as the casing and designed to provide equal flow distribution to the impeller eye. Standard commercial fittings shall not be substituted. It shall be provided with a 125lb ANSI flanged connection and a handhole with a removable bolted cover, the interior of which shall be contoured to match the contour or the piece. Cleanouts in the shape of a "T" are not acceptable regardless of shape of cover. Cleanout in casing alone is not acceptable. Suction piece shall contain a gauge tap.

### Nozzle Sizes

Integral pump nozzle sizes shall be minimum __20__ " discharge and _____ " suction. Minimum nozzles sizes shall not be attained by addition of standard ACIP reducing/increasing fittings.

### Impeller

The impeller shall be single stage, end suction mixed flow enclosed type with a minimum of __3__ vanes. Impeller shall be "non-clog" as defined by H.I., designed to minimize clogging, and capable of passing a __5__ inch diameter Styrofoam sphere out deformation. Impeller shall be ASTM A278 class 30 cast n, machined and polished to remove hollow or projections that might encourage cavitation. Each impeller shall be dynamically

balanced. Impellers shall be secured with a locking assembly and cover, design of which shall prevent the impeller from being loosened by torque from forward or reverse direction.

### Wear Rings

Removable wear rings of unlike hardened stainless steel shall be furnished on the impeller and suction, with wearing surfaces normal to the axis of rotation. Rings shall be fastened by recessed stainless screws. Press or shrink fits are not acceptable. Rings shall be designed to provide a minimum of 1/4" wear. Impeller ring shall be ASTM A743 GR CA 15, 200-250 BHN and casing ring shall be AISI 440A 300-350 BHN.

### Shafts and Sleeves

Pump shaft shall be ASTM A567, GR I O45, produced from minimum 500RMS bar, finished to minimum 125RMS on all contact areas and minimum 63RMS under bearings and sleeves. Minimum shaft diameters shall be __4__ __9.7__ between bearings, __4.5__ under sleeve, __5.0__ " under line bearing, __4.5__ " under thrust bearing, and __4__ __12__ " at impeller. Shaft to impeller connection shall be straight not tapered. Shafts shall be protected by an ASTM A743 GR CA 15 sleeve 325-400BHN (except when mechanical seal is specified, then specify 316 SS sleeve). Sleeve shall be keyed to shaft and sealed to prevent leakage between sleeve and shaft.

### Stuffing Box

Stuffing box shall be cast integrally with the backhead, designed for __5__ rings of packing and teflon lantern ring, or mechanical seal, without requiring Modification. Stuffing box shall be provided with (packing lantern ring and bronze split gland) ("JC, Dura or Equal" single mechanical seal with carbon/ ceramic faces.) Stuffing box shall be readily accessible to facilitate re-packing. Stuffing box shall be tapped for necessary flush and drain connections which are to be provided by contractor.

### Bearings

Bearings shall be opposed tapered roller, mounted in a removable cast iron bearing frame. Bearings shall be arranged to eliminate all radial play and designed for a minimum LIO life of 100,000 hours in accordance with AFBMA. Calculations substantiating same shall be submitted. Bearings shall be grease lubricated, and provided with tapped openings for the addition of lubricant and draining. Seals shall be provided in the bearing covers to prevent the entrance of contaminants. Bearing frame shall provide for the axial adjustment of the wearing rings by the use of adjusting shims in the bearing frame assembly. Integral jacking screws shall be provided to separate the frame and head to access the shims. Pumps shall be furnished with shims in place.

### Factory Testing

One pump of each size and rating shall be tested in accordance with the latest edition of the Hydraulic Institute Standards, using calibrated shop drivers and instrumentation. All instrumentation shall have been calibrated within the time frame specified by H.I. H.I. shall govern acceptable tolerances and in no event shall negative tolerances be accepted.

(For 12MN24, 16MN25, and all larger pumps, substitute the following for the preceding paragraph) All pumps shall be tested in accordance with the latest standards of the Hydraulic Institute using calibrated shop drivers and instrumentation. Tests shall not



**Pump Division**

*MN  Typical Specifications*

be run at less than one motor speed lower than job full load speed and runout conditions specified shall be demonstrated. Tests of this equipment shall be performed on an open well. All instrumentation shall have been calibrated within the time frame specified by H.I. H.I. shall govern acceptable tolerances. In no event shall negative tolerances be accepted. One pump of each size and rating shall be witness tested by (the Engineer) (a registered P.E. provided by the pump manufacturer).

### Pump Support
(Check dimension sheet and select one of the following) Pump shall be supported by a ribbed baseplate cast integrally with the ~~XMCMX XMCMX(MNC MNF)~~ suction elbow (MNC, MNV). Pump shall be supported by feet cast integrally with the casing rib structure and soleplates (larger MNZ, MNF).

### Bases, Couplings and Guards
(Horizontal) – Fabricated steel baseplate with drip pot shall be furnished for integral mounting of pump and motor. Pressed, Stamped, rolled or oversized channel type plates shall not be used. Coupling shall be metal flexible and manufacturers standard guard shall be provided. Pump and motor shall be factory aligned prior to shipment. To protect shipment, equipment may be dismounted, and in any event must be realigned by contractor after installation.

### Motor Supports, Couplings and Guards
(vertical close coupled elbow or bottom suction) Fabricated steel motor support shall be provided to support the drive. Support shall be ribbed as necessary to prevent excessive deflection and facilitate required inertia for resonant stability. Support shall provide easy access to the stuffing box, bearing frame and coupling. Coupling shall be metal flexible type and manufacturer's standard aluminum guard shall be provided.

### Manufacturers
Plans and specifications were developed basis Worthington Model 20mnv pumps as manufactured by Ingersoll-Dresser Pumps. Other manufacturer will be considered provided manufacturer intends, and demonstrates ability to modify equipment to meet these specifications. Submittals will not be entertained until after formal contract award. Any changes in piping required to accommodate other manufacturers shall be approved by the engineer and shall be provided at no additional charge to the owner. The engineer shall be the sole judge as to the acceptability of proposed alternates, and should alternates not be approved, contractor shall provide specified manufacturer at no change in contract price.

### Accessory Equipment
The following are most probable bidders:

Vertical NEMA frames – USEM, GE, Westinghouse, Reliance

Horizontal NEMA frames – USEM, GE, Westinghouse, Toshiba, Reliance

Vertical above NEMA – USEM (to 7000 frame), GE, Westinghouse, Toshiba

Horizontal above NEMA – USEM (to 7000 frames), GE, Toshiba Siemens, Westinghouse

Synchronous – Ideal, Em, Toshiba, Ansaldo/Ross Hill, GE

Wound Rotor – Ansaldo/Ross Hill, Westinghouse/Teco, GE, Toshiba

VFD – Toshiba, Robicon, Allen Bradley; Local Electrical Packagers

LCI-VFD (Synch Motor) – Ross Hill, Toshiba

Intermediate Shafting – Johnson Power



**Pump Division**

*MN Cross Sectional and General Arrangement Drawings*



COUNTER CLOCKWISE ROTATION - VIEWED FROM SUCTION END
(ALSO AVAILABLE IN CLOCKWISE ROTATION)

**Pump mounting**

**Pump mounting 12MN-24 & 16MN33 only.**



**FLOWSERVE**

| Pump Size | Brg. Fr. | Disch. Dia. | Suct. Dia. | B | C | CP | E | G | H | M | N | VD | VS | VY | X | Z | Flange Disch. | Thick. Suct. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10MNC-12 10MNV-12 | 5L | 10 | 10 | 24.00 | 28.75 | 57.75 | 21.50 | 1.12 | 1.00 | 4.0 | 4.5 | 29.00 | 19.50 | 12.50 | 13.50 | 9.00 | 1.19 | 1.19 |
| 12MNC-14 12MNV-14 | 6H | 12 | 12 | 30.00 | 33.12 | 65.12 | 27.50 | 1.25 | 1.00 | 4.0 | 4.5 | 32.00 | 21.00 | 15.50 | 14.00 | 11.00 | 1.25 | 1.25 |
| 12MNC-14 12MNV-14 | 5A | 12 | 12 | 30.00 | R | R | 27.50 | 1.25 | 1.00 | 4.0 | 4.5 | 32.00 | 21.00 | 15.50 | 14.00 | 11.00 | 1.25 | 1.25 |
| 12MNC-19 12MNV-19 | 7L | 12 | 12 | 30.00 | 38.75 | 71.25 | 27.50 | 1.25 | 1.00 | 5.0 | 5.0 | 32.50 | 21.50 | 15.50 | 17.00 | 14.50 | 1.25 | 1.25 |
| 12MNC-19 12MNV-19 | 6A | 12 | 12 | 30.00 | 31.81 | 64.31 | 27.50 | 1.25 | 1.00 | 5.0 | 5.0 | 32.50 | 21.50 | 15.50 | 17.00 | 14.50 | 1.25 | 1.25 |
| 12MNC-24 12MNV-24 | 8H | 12 | 12 | 32.00 | 46.12 | 80.41 | 14.00 | 1.50 | 1.25 | 4.5 | 5.5 | 34.29 | 23.07 | 18.62 | 20.00 | 14.75 | 1.38 | 1.38 |
| 12MNC-24 12MNV-24 | 7H | 12 | 12 | 32.00 | 39.15 | 73.44 | 14.00 | 1.50 | 1.25 | 4.5 | 5.5 | 34.29 | 23.07 | 18.62 | 20.00 | 14.75 | 1.38 | 1.38 |
| 14MNC-16 14MNV-16 | 7L | 14 | 14 | 30.00 | 37.75 | 74.50 | 27.50 | 1.50 | 1.00 | 5.0 | 5.0 | 36.75 | 24.25 | 16.00 | 16.50 | 14.00 | 1.38 | 1.38 |
| 14MNC-16 14MNV-16 | 6A | 14 | 14 | 30.00 | R | R | 27.50 | 1.50 | 1.00 | 5.0 | 5.0 | 36.75 | 24.25 | 16.00 | 16.50 | 14.00 | 1.38 | 1.38 |
| 14MNC-24 14MNV-24 | 7H | 14 | 14 | 30.00 | 38.62 | 76.12 | 27.50 | 1.50 | 1.00 | 5.0 | 6.0 | 37.50 | 25.00 | 16.00 | 21.00 | 17.50 | 1.38 | 1.38 |
| 14MNC-24 14MNV-24 | 7L | 14 | 14 | 30.00 | 38.62 | 76.12 | 27.50 | 1.50 | 1.00 | 5.0 | 6.0 | 37.50 | 25.00 | 16.00 | 21.00 | 17.50 | 1.38 | 1.38 |
| 16MNC-19 16MNV-19 | 7H | 16 | 16 | 36.00 | 39.81 | 73.81 | 32.00 | 1.50 | 1.25 | 6.0 | 5.0 | 41.00 | 27.00 | 18.50 | 18.62 | 14.62 | 1.44 | 1.44 |
| 16MNC-19 16MNV-19 | 6A | 16 | 16 | 36.00 | 39.81 | 73.81 | 32.00 | 1.50 | 1.25 | 6.0 | 5.0 | 41.00 | 27.00 | 18.50 | 18.62 | 14.62 | 1.44 | 1.44 |
| 16MNC-25 16MNV-25 | 8H | 16 | 16 | 36.00 | 46.62 | 88.62 | 32.00 | 1.50 | 1.25 | 6.0 | 6.0 | 42.00 | 28.00 | 18.50 | 22.00 | 19.00 | 1.44 | 1.44 |
| 16MNC-25 16MNV-25 | 8L | 16 | 16 | 36.00 | 46.62 | 88.62 | 32.00 | 1.50 | 1.25 | 6.0 | 6.0 | 42.00 | 28.00 | 18.50 | 22.00 | 19.00 | 1.44 | 1.44 |
| 16MNC-33 16MNV-33 | 9H | 16 | 16 | 41.73 | 57.01 | 100.48 | 18.90 | 1.75 | 1.25 | 6.1 | 6.1 | 43.47 | 29.10 | 23.62 | 26.57 | 19.69 | 1.75 | 1.75 |
| 16MNC-33 16MNV-33 | 8H | 16 | 16 | 41.73 | 46.33 | 89.80 | 18.90 | 1.75 | 1.25 | 6.1 | 6.1 | 43.47 | 29.10 | 23.62 | 26.57 | 19.69 | 1.75 | 1.75 |
| **20MNC-24 20MNV-24** | **8L** | **20** | **20** | **44.00** | **44.38** | **94.31** | **40.00** | **1.75** | **1.25** | **6.0** | **6.1** | **49.94** | **32.94** | **22.50** | **24.00** | **18.00** | **1.69** | **1.69** |
| 20MNC-24 20MNV-24 | 7L | 20 | 20 | 44.00 | R | R | 40.00 | 1.75 | 1.25 | 6.0 | 6.1 | 49.94 | 32.94 | 22.50 | 24.00 | 18.00 | 1.69 | 1.69 |
| 20MNC-30 20MNV-30 | 8H | 20 | 20 | 44.00 | 46.06 | 97.31 | 40.00 | 1.75 | 1.25 | 6.0 | 6.0 | 51.25 | 34.25 | 22.50 | 26.62 | 23.00 | 1.69 | 1.69 |
| 20MNC-30 20MNV-30 | 8L | 20 | 20 | 44.00 | 46.06 | 97.31 | 40.00 | 1.75 | 1.25 | 6.0 | 6.0 | 51.25 | 34.25 | 22.50 | 26.62 | 23.00 | 1.69 | 1.69 |
| 24MNC-28 24MNV-28 | 8H | 24 | 24 | 52.00 | 44.62 | 104.50 | 47.00 | 2.00 | 1.38 | 6.0 | 6.1 | 59.88 | 39.88 | 26.62 | 28.00 | 22.00 | 1.88 | 1.88 |
| 24MNC-28 24MNV-28 | 8L | 24 | 24 | 52.00 | 44.62 | 104.50 | 47.00 | 2.00 | 1.38 | 6.0 | 6.1 | 59.88 | 39.88 | 26.62 | 28.00 | 22.00 | 1.88 | 1.88 |

Footnotes: All dimensions given in inches.
Discharge Nozzle at 45° increments are standard, other positions available
See sheet 341 for additional flange data.

R - Refer to Marketing



**FLOWSERVE**

Pump Division

*MN General Engineering Data*

## Type MN Stuffing Box Data, Bearing Frame and Shaft Data

### STUFFING BOX DATA
(All Dimensions are in inches)

| BRG FRAME SIZE | (1) O.D. SLEEVE | (2) I.D. BOX | DEPTH OF BOX | (3) PACKING SIZE | NO. RINGS | SEAL CAGE WIDTH | GLAND STUD SIZE | QTY. STUDS | STUD DBC | DISTANCE TO FIRST OBSTRUCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 5A | 2.750 | 3.750 | 3.75 | .50 | 5 | 1.00 | 5⁄8-11NC | 2 | 6.10 | 2.88 |
| 5L | 3.625 | 4.625 | 3.25 | .50 | 4 | 1.00 | 5⁄8-11NC | 2 | 6.25 | 3.18 |
| 6 | 4.500 | 5.500 | 3.25 | .50 | 4 | 1.00 | 3⁄4-10NC | 2 | 7.50 | 3.25 |
| 6A | 3.500 | 4.500 | 3.75 | .50 | 5 | 1.00 | 5⁄8-11NC | 2 | 6.89 | 3.32 |
| 7L | 4.500 | 5.500 | 3.75 | .50 | 5 | 1.00 | 3⁄4-10NC | 2 | 7.50 | 3.50 |
| 7H EXCEPT 16MN-19 | 4.500 | 5.500 | 3.75 | .50 | 5 | 1.00 | 3⁄4-10NC | 2 | 8.50 | 3.50 |
| 7H (16MN19) | 5.000 | 6.250 | 4.62 | .62 | 5 | 1.25 | 3⁄4-10NC | 2 | 8.50 | 3.56 |
| 8L | 5.000 | 6.250 | 4.62 | .62 | 5 | 1.25 | 3⁄4-10NC | 2 | 8.50 | 4.12 |
| 8H | 5.000 | 6.250 | 4.62 | .62 | 5 | 1.25 | 3⁄4-10NC | 2 | 8.50 | 4.12 |
| 8HA | 5.877 | 7.381 | 5.62 | .75 | 5 | 1.50 | 7⁄8-9NC | 2 | 10.40 | 5.00 |
| 9H | 7.067 | 8.563 | 5.62 | .75 | 5 | 1.50 | 7⁄8-9NC | 2 | 11.74 | 5.00 |
| 9HA | 8.238 | 9.764 | 5.62 | .75 | 5 | 1.50 | 7⁄8-9NC | 2 | 13.23 | 5.18 |
| 10S | R | R | R | R | R | R | R | R | R | R |

(1) O.D. Sleeve Tolerance is +.000–.005

(2) I.D. Box Tolerance is +.005–.000

(3) Approx.1/2 – 1 GPM at 10–15 PSI above maximum pump discharge pressure is recommended for water sealing.

### BEARING FRAME AND SHAFT DATA
(All Dimensions are in inches)

| FRAME SIZE | BEARINGS (1) | | BRG. SPAN | SHAFT DIAMETERS AT | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LINE | THRUST | | CPLG (2) | THRUST BRG | BETWEEN BRGS | LINE BRG | UNDER SLEEVE | UNDER IMP |
| 5A | SKF 6314 (Ball) | N.D.H. 45314 (Ball) | 9.32 | 1.750 | 2.75 | 3.25 | 2.75 | 2.25 | 2.00 |
| 5L | SKF 6314 (Ball) | SK 6314 (Ball) | 9.88 | 2.000 | 2.75 | 3.25 | 2.75 | 2.48 | 2.00 |
| 6 | 6580 6536 | 6580 6536 | 12.80 | 2.750 | 3.50 | 3.48 | 3.50 | 3.00 | 2.74 |
| 6A | HM 218248 HM 218210 | 9285 9220 | 13.01 | 2.375 | 3.00 | 3.50 | 3.54 | 3.00 | 2.50 |
| 7L | JM 822049 JM 822010 | 9285 9321 | 15.42 | 3.000 | 3.31 | 4.31 | 4.33 | 3.87 | 3.00 |
| 7H Except 16MN19 | JHM 522549 JHM 522610 | 98400 98788 | 17.44 | 3.000 | 4.00 | 4.31 | 4.33 | 3.87 | 3.00 |
| 7H for 16MN19 Only | JHM 5222649 JHM 5222610 | 98400 98788 | 17.44 | 3.000 | 4.00 | 4.31 | 4.33 | 3.85 | 3.50 |
| 8L | 74500 74850 | HM926740 HM926710 | 18.14 | 4.000 | 4.50 | 4.97 | 5.00 | 4.50 | 4.12 |
| 8H | 95500 95925 | HH926749 HH926710 | 18.69 | 4.000 | 4.75 | 4.98 | 5.00 | 4.50 | 4.12 (3) |
| 8HA | 82576 82931 | HH926749 HH926710 | 18.83 | 4.000 | 4.75 | 5.73 | 5.75 | 5.31 | 4.72 |
| 9H | H239640 H239610 | H936349 H936310 | 23.03 | 5.750 | 6.62 | 6.94 | 7.00 | 6.49 | 5.51 (4) |
| 9HA | 93825 93125 | H936349 H936310 | 23.65 | 5.750 | 6.62 | 8.19 | 8.25 | 7.28 | 6.89 |
| 10S | R | R | R | R | R | R | R | R | R |

(1) Brgs. are tapered Roller unless otherwise indicated.

(2) O.D. Shaft Tolerance is +.000–.001

(3) 16MN33 is 4.19D.

(4) 20MN39 is 6.10 D., 36MN40 is 6.02 D.

R=Refer to Marketing



**FLOWSERVE** Pump Division

**Hydraulic Datasheet**

| Customer | : HydroDynamics | Pump / Stages | : 24MN28C | / 1 |
| Customer reference | : Flint Water Plant | Based on curve no. | : 89117885 | |
| Item number | : Pump #4 | Vendor reference | : 1819-30067 | |
| Service | : | Date | : September 29, 2003 | |

| **Operating Conditions** | | **Materials / Specification** | |
|---|---|---|---|
| Capacity | : 13889.0 USgpm | Material column code | : 10 |
| Water capacity  (CQ=1.00) | : - | Pump specification | |
| Normal capacity | : - | **Other Requirements** | |
| Total Developed Head | : 35.00 ft | Hydraulic selection : No specification | |
| Water head    (CH=1.00) | : - | Construction : No specification | |
| NPSH available (NPSHa) | : Ample | Test tolerance : Hydraulic Institute Level A | |
| NPSHa less NPSH margin | : - | Driver Sizing : Max Power(MCSF to EOC)with SF | |
| Maximum suction pressure | : 0.0 psig | | |

| **Liquid** | |
|---|---|
| Liquid type | : Water |
| Temperature / SG | : 60 °F    / 1.000 |
| Solids diameter | : -1.00 in |
| Viscosity / Vapor pressure | : 1.0 cSt   / - |

| **Performance** | | | |
|---|---|---|---|
| Hydraulic power | : 123 hp | Impeller diameter | |
| Pump speed | : 600 rpm | Rated | : 25.75 in |
| Efficiency  (CE=1.00) | : 83.0 % | Maximum | : 28.75 in |
| | | Minimum | : 24.25 in |
| NPSH required (NPSHr) | : 14.0 ft | Suction specific speed | : 9830 US units |
| Rated power | : 148 hp | Minimum continuous flow | : 9413.3 USgpm |
| Maximum power | : 152 hp | Maximum head @ rated dia | : 60.3 ft |
| Driver power | : 200 hp / 149 kW | Flow at BEP | : 13621.1 USgpm |
| Casing working pressure | : 26.1 psig | Flow as % of BEP | : 102.0 % |
| (based on shut off @ cut dia) | | Efficiency at normal flow | : - |
| Maximum allowable | : 35.0 psig | Impeller dia ratio (rated/max) | : 89.6 % |
| Hydrostatic test pressure | : 50.0 psig | Head rise to shut off | : 72.3 % |
| Est. rated seal chamb. press. | : - | Total head ratio (rated/max) | : 61.2 % |



Windows Hydraulic Selection V3.00, Output Module V2.30



| Customer | : HydroDynamics |
| Item number | : Pump #4 |
| Service | : |
| Vendor reference | : 1819-30067 |
| Date | : September 29, 2003 |

**FLOWSERVE** Pump Division

| Pump size & type | : 24MN28C |
| Based on curve no. | : B9117865 |
| Number of stages | : 1 |

| Capacity | : 13889.0 USgpm | Specific gravity | : 1.000 |
| Head | : 35.00 ft | Pump speed | : 800 rpm |

CURVES ARE APPROXIMATE. PUMP IS GUARANTEED FOR ONE SET OF CONDITIONS, CAPACITY, HEAD, AND EFFICIENCY

| Pump size & type | Flowserve Pump Division | Curve number |
|---|---|---|
| 24MN28C | | 89117865 |

| Capacity | : 13889.0 USgpm | Specific gravity | : 1.000 | Stage(s) | : 1 |
|---|---|---|---|---|---|
| Head | : 35.0 ft | Running speed | : 600 rpm | Date | : Sep 29, 2003 |



Head - ft

Efficiency

NPSHr - ft

Capacity - USgpm



**Pump Division**

*MN Cross Sectional and General Arrangement Drawings*



1. Carbon steel shaft

2. Stainless steel sleeve

3. All cast iron ASTM A278 Class 30

4. ANSI 125 lb flanges

5. Suction elbow with chrome steel wear rings and handhole

6. Nonclog impeller and contoured lock nut

7. Stuffing box suitable for packing or mechanical seal

8. Casing handhole

9. Shim pack to adjust wear

10. Opposed tapered roller bearings



### Sewage

The standard fitted pump which has chrome steel wearing rings and shaft sleeve is suitable for the grit which can be expected in sewage.

### Sludge Services

The standard fitted pump is suitable for Return/Waste Activated sludge applications with solids concentrations up to 1½% by weight. Low speed, low head RAS or WAS applications should be referred to factory. Digested/Recycle sludge applications should be referred to the factory with details of customer's operating history on these services.

### Water

The standard fitted pump or one having a bronze impeller is usually suitable.

### Irrigation

The standard fitted pump is generally used. Since most of these applications involve engine drive it is usually more practical to furnish separate bases under pump and driver. To eliminate the need for accurate alignment, pump and driver should be connected through a horizontal section of universal joint shafting.

### Process and Paper Ball (other than water)

Refer all such inquiries to the factory.

### Notes on Applications

#### Non-Clog Pump Applications

By Hydraulic Institute definition, non-clog pumps are recommended for handling raw or unsettled sewage, activated sludge, industrial waste waters containing solids, and similar liquids where excessive clogging would otherwise be encountered. The maximum solid size noted on each performance curve is the largest sphere size or diameter ball which can pass through the pump. Comminution and/or adequate bar screening should be provided to prevent larger solids and irregular shaped solids from entering the pump. Also where high rag/long fiber concentrations exist similar precautions are recommended to reduce the frequency of clogging or plugging.

#### Reduced Capacity Operation

When a volute pump is operated at low capacities and full speed two undesirable phenomena occur. (1) Radial reaction forces of high magnitude are generated and (2) Recirculation of liquid in the impeller and/or casing takes place causing turbulence. Vibration and cavitation-like noise. These characteristics are inherent in all pumps of this general type. Their magnitude increases rapidly as the flow is reduced from the best efficiency point. Generally, the minimum safe operating speed for MN pumps is not limited mechanically. These pumps will withstand the maximum radial reaction forces which can be generated and still assure long bearing life and low shaft deflection and stress.

The recirculation problem cannot be overcome so readily in solids-handling pumps. The service for which this line is designed dictates large passageways in both the casing and impeller, a requirement which makes this general type of pump particularly susceptible to recirculation. At reduced flows, therefore, some noise and rough operation must be expected. It is simply unavoidable!

Recognizing this, the ideal pump station will incorporate a sufficient number of pumps programmed to handle all expected variations in capacity without forcing any one of them to labor at drastically reduced flows for extended periods of time. For smooth, quiet, efficient operation, a continuous duty flow less than 65% of pump design capacity at full speed is not recommended.

### Variable Speed Operation

To achieve this at full speed, a design should be used to increase the pumping rate on increased influent rate (rising wet well level) by starting the first pump at a reduced speed, increasing its speed (pumping rate) to full speed. As additional pumping is required, the first pump should recycle to minimum speed and the second pump started at minimum speed so that the combined capacity equals that of a single pump at full speed. As additional pumping capacity is required, both pumps increase in speed together equally sharing the load up to full speed operation. As further pumping capacity is required the two variable speed pumps should recycle to a reduced speed together and a constant speed unit started. Three pumps are now operating producing the capacity equal to two units at full speed and as additional pumping capacity is required, the two variable speed pumps increase in speed together to full speed.

This is applicable to any multiple pump system. Any number of constant speed units used in conjunction with two variable speed units will provide infinite flow variation.

The customer's system head curve must be considered when making pump selections for variable speed operation. It is easy to make a multiple pump selection for the maximum or total flow at the required head. But care must be taken to consider single pump operation and to determine the intersection of the pump H-Q curve with the system head curve. What is the pump NPSH requirement at this point? It is less than the NPSH available at this operating capacity? If no maybe a larger pump should be selected or an arrangement where two pumps are operated at reduced speed at all times.

The system head curve is also invaluable in determining the reduced operating condition and its speed. The MN pump has no practical minimum speed limitation. The reduced speed operating points are dictated by the system head curve. To determine what a pump's recommended minimum capacity at reduced speed is: 1) find the 65% point of best efficiency from its maximum speed curve. 2) determine and plot the reduction of that point to three or four arbitrary lower speeds, and 3) draw the locus of these points. The recommended minimum capacity is where it intersects the system head curve. To determine the speed at this point merely step it up to the full speed 65% condition figured previously.



**Pump Division**

*MN Typical Specifications*

Each pump shall be designed to pump sewage containing stringy materials with a minimum of clogging. Each pumps shall be rated __3,889__ GPM at __35__ feet TDH. at a maximum __600__ RPM. and a minimum __83__ % efficiency. In addition each pump shall be capable of run out to not less than __1800__ GPM at __40__ feet TDH, minimum __70__ % efficiency, at full load motor speed. Minimum shutoff head shall be __60__ feet TDH. Variable speed pumps shall further be capable of __8000__ GPM at __29__ feet TDH, with a minimum efficiency of __69__ % at reduced speed. Pump BHP shall not exceed __152__ to full speed run out condition specified above. In no event shall pump BHP exceed motor nameplate HP at 1.0 service factor, regardless of motor service factor furnished. Pumps running faster than specified above will not be acceptable.

### Casing

Pump casing shall be of the one piece volute type with an integral discharge nozzle. Twin volute casings will not be accepted. The discharge nozzle shall be made of close grained cast iron conforming to ASTM A278 Class 30 nominal __1__ inch thickness ("ribbed" if applicable) to provide accurate alignment and prevent excessive deflections. (For vertical pumps with feet on the casing add, Pump support feet shall be cast integral with the casing rib system. See "PUMP SUPPORT "following." The casing shall be designed to permit the removal of the rotating assembly without disturbing the suction or discharge connections and provided with a large Handhole to permit inspection and cleaning of the pump interior. The handhole cover shall be bolted and its inner contour shall match the contour of the casing. (Three lifting eyes minimum shall be furnished to facilitate handling – vertical models) (Two lifting lugs – horizontal models). Each casing shall be hydrostatically tested to __50__ psi minimum. provided with vent, drain and gauge connections. (See appropriate elevation drawing for connection sizes.)

### Suction Elbow (vertical elbow suction) ~~Suction Nozzle~~ (horizontal) x

The suction (elbow)(nozzle) shall be furnished as part of the pump, of the same material as the casing and designed to provide equal flow distribution to the impeller eye. Standard commercial fittings shall not be substituted. It shall be provided with a 125lb ANSI flanged connection and a handhole with a removable bolted cover. the interior of which shall be contoured to match the contour or the piece. Cleanouts in the shape of a "T" are not acceptable regardless of shape of cover. Cleanout in casing alone is not acceptable. Suction piece shall contain a gauge tap.

### Nozzle Sizes

Integral pump nozzle sizes shall be minimum __24__ ' discharge and __24__ " suction. Minimum nozzles sizes shall not be attained by addition of standard ACIP reducing/increasing fittings.

### Impeller

The impeller shall be single stage. and suction mixed flow enclosed type with a minimum of __3__ vanes. Impeller shall be "non-clog" as defined by H.I., designed to minimize clogging, and capable of passing a __6__ inch diameter Styrofoam sphere without deformation. Impeller shall be ASTM A278 class 30 cast machined and polished to remove hollow or projections that will encourage cavitation. Each impeller shall be dynamically

balanced. Impellers shall be secured with a locking assembly and cover, design of which shall prevent the impeller from being loosened by torque from forward or reverse direction.

### Wear Rings

Removable wear rings of unlike hardened stainless steel shall be furnished on the impeller and suction, with wearing surfaces normal to the axis of rotation. Rings shall be fastened by recessed stainless screws. Press or shrink fits are not acceptable. Rings shall be designed to provide a minimum of 1/4" wear. Impeller ring shall be ASTM A743 GR CA 15, 200-250 BHN and casing ring shall be AISI 440A 300-350 BHN.

### Shafts and Sleeves

Pump shaft shall be ASTM A567, GR I 045, produced from minimum 500RMS bar, finished to minimum 125RMS on all contact areas and minimum 63RMS under bearings and sleeves. Minimum shaft diameters shall be __4.97__ between bearings, __4.5__ " under sleeve. __5.0__ " under line bearing, __4.5__ " under thrust bearing. and __4.12__" at impeller. Shaft to impeller connection shall be straight not tapered. Shafts shall be protected by an ASTM A743 GR CA 15 sleeve 325-400BHN (except when mechanical seal is specified. then specify 316 SS sleeve). Sleeve shall be keyed to shaft and sealed to prevent leakage between sleeve and shaft.

### Stuffing Box

Stuffing box shall be cast integrally with the backhead. designed for __5__ rings of packing and teflon lantern ring, or mechanical seal, without requiring Modification. Stuffing box shall be provided with (packing lantern ring and bronze split gland) ("JC, Dura or Equal" single mechanical seal with carbon/ ceramic faces.) Stuffing box shall be readily accessible to facilitate re-packing. Stuffing box shall be tapped for necessary flush and drain connections which are to be provided by contractor.

### Bearings

Bearings shall be opposed tapered roller, mounted in a removable cast iron bearing frame. Bearings shall be arranged to eliminate all radial play and designed for a minimum L10 life of 100,000 hours in accordance with AFBMA. Calculations substantiating same shall be submitted. Bearings shall be grease lubricated, and provided with tapped openings for the addition of lubricant and draining. Seals shall be provided in the bearing covers to prevent the entrance of contaminants. Bearing frame shall provide for the axial adjustment of the wearing rings by the use of adjusting shims in the bearing frame assembly. Integral jacking screws shall be provided to separate the frame and head to access the shims. Pumps shall be furnished with shims in place.

### Factory Testing

One pump of each size and rating shall be tested in accordance with the latest edition of the Hydraulic Institute Standards. using calibrated shop drivers and instrumentation. All instrumentation shall have been calibrated within the time frame specified by H.I. H.I. shall govern acceptable tolerances and in no event shall negative tolerances be accepted.

(For 12MN24. 16MN25, and all larger pumps, substitute the following for the preceding paragraph) All pumps shall be tested in accordance with the latest standards of the Hydraulic Institute using calibrated shop drivers and instrumentation. Tests shall not



**Pump Division**

*MN Typical Specifications*





be run at less than one motor speed lower than job full load speed and runout conditions specified shall be demonstrated. Tests of this equipment shall be performed on an open well. All instrumentation shall have been calibrated within the time frame specified by H.I. H.I. shall govern acceptable tolerances. In no event shall negative tolerances be accepted. One pump of each size and rating shall be witness tested by (the Engineer) (a registered P.E. provided by the pump manufacturer).

*Pump Support*
(Check dimension sheet and select one of the following) Pump shall be supported by a ribbed baseplate cast integrally with the ~~xocxxx xxxxxx xxxxx xxxxx~~ suction elbow (MNC. MNV). Pump shall be supported by feet cast integrally with the casing rib structure and soleplates (larger MNZ, MNF).

*Bases, Couplings and Guards*
(Horizontal) – Fabricated steel baseplate with drip pot shall be furnished for integral mounting of pump and motor. Pressed, Stamped, rolled or oversized channel type plates shall not be used. Coupling shall be metal flexible and manufacturers standard guard shall be provided. Pump and motor shall be factory aligned prior to shipment. To protect shipment, equipment may be dismounted, and in any event must be realigned by contractor after installation.

*Motor Supports, Couplings and Guards*
(vertical close coupled elbow or bottom suction) Fabricated steel motor support shall be provided to support the drive. Support shall be ribbed as necessary to prevent excessive deflection and facilitate required inertia for resonant stability. Support shall provide easy access to the stuffing box, bearing frame and coupling. Coupling shall be metal flexible type and manufacturer's standard aluminum guard shall be provided.

*Manufacturers*
Plans and specifications were developed basis Worthington Model 24mnV pumps as manufactured by Ingersoll-Dresser Pumps. Other manufacturer will be considered provided manufacturer intends, and demonstrates ability to modify equipment to meet these specifications. Submittals will not be entertained until after formal contract award. Any changes in piping required to accommodate other manufacturers shall be approved by the engineer and shall be provided at no additional charge to the owner. The engineer shall be the sole judge as to the acceptability of proposed alternates. and should alternates not be approved, contractor shall provide specified manufacturer at no change in contract price.

*Accessory Equipment*
The following are most probable bidders:

Vertical NEMA frames – USEM, GE, Westinghouse, Reliance

Horizontal NEMA frames – USEM, GE, Westinghouse, Toshiba, Reliance

Vertical above NEMA – USEM (to 7000 frame), GE, Westinghouse, Toshiba

Horizontal above NEMA – USEM (to 7000 frames), GE, Toshiba Siemens, Westinghouse

Synchronous – Ideal, Em, Toshiba, Ansaldo/Ross Hill, GE

Wound Rotor – Ansaldo/Ross Hill, Westinghouse/Teco, GE, Toshiba

VFD – Toshiba, Robicon, Allen Bradley; Local Electrical Packagers

LCI-VFD (Synch Motor) – Ross Hill, Toshiba

Intermediate Shafting – Johnson Power



**Pump Division**

*MN Cross Sectional and General Arrangement Drawings*

COUNTER CLOCKWISE ROTATION - VIEWED FROM
SUCTION END
(ALSO AVAILABLE IN CLOCKWISE ROTATION)

TYPE MNC

TYPE MNV

Pump mounting

Pump mounting
12MN-24 & 16MN33 only.



**FLOWSERVE**

| Pump Size | Brg. Fr. | Disch. Dia. | Suct. Dia. | B | C | CP | E | G | H | M | N | VD | VS | VY | X | Z | Flange Disch. | Thick. Suct. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10MNC-12 10MNV-12 | 5L | 10 | 10 | 24.00 | 28.75 | 57.75 | 21.50 | 1.12 | 1.00 | 4.0 | 4.5 | 29.00 | 19.50 | 12.50 | 13.50 | 9.00 | 1.19 | 1.19 |
| 12MNC-14 12MNV-14 | 6H | 12 | 12 | 30.00 | 33.12 | 65.12 | 27.50 | 1.25 | 1.00 | 4.0 | 4.5 | 32.00 | 21.00 | 15.50 | 14.00 | 11.00 | 1.25 | 1.25 |
| 12MNC-14 12MNV-14 | 5A | 12 | 12 | 30.00 | R | R | 27.50 | 1.25 | 1.00 | 4.0 | 4.5 | 32.00 | 21.00 | 15.50 | 14.00 | 11.00 | 1.25 | 1.25 |
| 12MNC-19 12MNV-19 | 7L | 12 | 12 | 30.00 | 38.75 | 71.25 | 27.50 | 1.25 | 1.00 | 5.0 | 5.0 | 32.50 | 21.50 | 15.50 | 17.00 | 14.50 | 1.25 | 1.25 |
| 12MNC-19 12MNV-19 | 6A | 12 | 12 | 30.00 | 31.81 | 64.31 | 27.50 | 1.25 | 1.00 | 5.0 | 5.0 | 32.50 | 21.50 | 15.50 | 17.00 | 14.50 | 1.25 | 1.25 |
| 12MNC-24 12MNV-24 | 8H | 12 | 12 | 32.00 | 46.12 | 80.41 | 14.00 | 1.50 | 1.25 | 4.5 | 5.5 | 34..29 | 23.07 | 18.62 | 20.00 | 14.75 | 1.38 | 1.38 |
| 12MNC-24 12MNV-24 | 7H | 12 | 12 | 32.00 | 39.15 | 73.44 | 14.00 | 1.50 | 1.25 | 4.5 | 5.5 | 34.29 | 23.07 | 18.62 | 20.00 | 14.75 | 1.38 | 1.38 |
| 14MNC-16 14MNV-16 | 7L | 14 | 14 | 30.00 | 37.75 | 74.50 | 27.50 | 1.50 | 1.00 | 5.0 | 5.0 | 36.75 | 24.25 | 16.00 | 16.50 | 14.00 | 1.38 | 1.38 |
| 14MNC-16 14MNV-16 | 6A | 14 | 14 | 30.00 | R | R | 27.50 | 1.50 | 1.00 | 5.0 | 5.0 | 36.75 | 24.25 | 16.00 | 16.50 | 14.00 | 1.38 | 1.38 |
| 14MNC-24 14MNV-24 | 7H | 14 | 14 | 30.00 | 38.62 | 76.12 | 27.50 | 1.50 | 1.00 | 5.0 | 6.0 | 37.50 | 25.00 | 16.00 | 21.00 | 17.50 | 1.38 | 1.38 |
| 14MNC-24 14MNV-24 | 7L | 14 | 14 | 30.00 | 38.62 | 76.12 | 27.50 | 1.50 | 1.00 | 5.0 | 6.0 | 37.50 | 25.00 | 16.00 | 21.00 | 17.50 | 1.38 | 1.38 |
| 16MNC-19 16MNV-19 | 7H | 16 | 16 | 36.00 | 39.81 | 73.81 | 32.00 | 1.50 | 1.25 | 6.0 | 5.0 | 41.00 | 27.00 | 18.50 | 18.62 | 14.62 | 1.44 | 1.44 |
| 16MNC-19 16MNV-19 | 6A | 16 | 16 | 36.00 | 39.81 | 73.81 | 32.00 | 1.50 | 1.25 | 6.0 | 5.0 | 41.00 | 27.00 | 18.50 | 18.62 | 14.62 | 1.44 | 1.44 |
| 16MNC-25 16MNV-25 | 8H | 16 | 16 | 36.00 | 46.62 | 88.62 | 32.00 | 1.50 | 1.25 | 6.0 | 6.0 | 42.00 | 28.00 | 18.50 | 22.00 | 19.00 | 1.44 | 1.44 |
| 16MNC-25 16MNV-25 | 8L | 16 | 16 | 36.00 | 46.62 | 88.62 | 32.00 | 1.50 | 1.25 | 6.0 | 6.0 | 42.00 | 28.00 | 18.50 | 22.00 | 19.00 | 1.44 | 1.44 |
| 16MNC-33 16MNV-33 | 9H | 16 | 16 | 41.73 | 57.01 | 100.48 | 18.90 | 1.75 | 1.25 | 6.1 | 6.1 | 43.47 | 29.10 | 23.62 | 26.57 | 19.69 | 1.75 | 1.75 |
| 16MNC-33 16MNV-33 | 8H | 16 | 16 | 41.73 | 46.33 | 89.80 | 18.90 | 1.75 | 1.25 | 6.1 | 6.1 | 43.47 | 29.10 | 23.62 | 26.57 | 19.69 | 1.75 | 1.75 |
| 20MNC-24 20MNV-24 | 8L | 20 | 20 | 44.00 | 44.38 | 94.31 | 40.00 | 1.75 | 1.25 | 6.0 | 6.1 | 49.94 | 32.94 | 22.50 | 24.00 | 18.00 | 1.69 | 1.69 |
| 20MNC-24 20MNV-24 | 7L | 20 | 20 | 44.00 | R | R | 40.00 | 1.75 | 1.25 | 6.0 | 6.1 | 49.94 | 32.94 | 22.50 | 24.00 | 18.00 | 1.69 | 1.69 |
| 20MNC-30 20MNV-30 | 8H | 20 | 20 | 44.00 | 46.06 | 97.31 | 40.00 | 1.75 | 1.25 | 6.0 | 6.0 | 51.25 | 34.25 | 22.50 | 26.62 | 23.00 | 1.69 | 1.69 |
| 20MNC-30 20MNV-30 | 8L | 20 | 20 | 44.00 | 46.06 | 97.31 | 40.00 | 1.75 | 1.25 | 6.0 | 6.0 | 51.25 | 34.25 | 22.50 | 26.62 | 23.00 | 1.69 | 1.69 |
| 24MNC-28 24MNV-28 | 8H | 24 | 24 | 52.00 | 44.62 | 104.50 | 47.00 | 2.00 | 1.38 | 6.0 | 6.1 | 59.88 | 39.88 | 26.62 | 28.00 | 22.00 | 1.88 | 1.88 |
| 24MNC-28 24MNV-28 | 8L | 24 | 24 | 52.00 | 44.62 | 104.50 | 47.00 | 2.00 | 1.38 | 6.0 | 6.1 | 59.88 | 39.88 | 26.62 | 28.00 | 22.00 | 1.88 | 1.88 |

Footnotes: All dimensions given in inches.
  Discharge Nozzle at 45° increments are standard, other positions available
  See sheet 341 for additional flange data.

R = Refer to Marketing



**FLOWSERVE**

Pump Division

*MN General Engineering Data*

### Type MN Stuffing Box Data, Bearing Frame and Shaft Data

## STUFFING BOX DATA

(All Dimensions are in inches)

| BRG FRAME SIZE | (1) O.D. SLEEVE | (2) I.D. BOX | DEPTH OF BOX | (3) PACKING SIZE | NO. RINGS | SEAL CAGE WIDTH | GLAND STUD SIZE | QTY. STUDS | STUD DBC | DISTANCE TO FIRST OBSTRUCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 5A | 2.750 | 3.750 | 3.75 | .50 | 5 | 1.00 | 5/8-11NC | 2 | 6.10 | 2.88 |
| 5L | 3.625 | 4.625 | 3.25 | .50 | 4 | 1.00 | 5/8-11NC | 2 | 6.25 | 3.18 |
| 6 | 4.500 | 5.500 | 3.25 | .50 | 4 | 1.00 | 3/4-10NC | 2 | 7.50 | 3.25 |
| 6A | 3.500 | 4.500 | 3.75 | .50 | 5 | 1.00 | 5/8-11NC | 2 | 6.89 | 3.32 |
| 7L | 4.500 | 5.500 | 3.75 | .50 | 5 | 1.00 | 3/4-10NC | 2 | 7.50 | 3.50 |
| 7H EXCEPT 16MN-19 | 4.500 | 5.500 | 3.75 | .50 | 5 | 1.00 | 3/4-10NC | 2 | 8.50 | 3.50 |
| 7H (16MN19) | 5.000 | 6.250 | 4.62 | .62 | 5 | 1.25 | 3/4-10NC | 2 | 8.50 | 3.56 |
| 8L | 5.000 | 6.250 | 4.62 | .62 | 5 | 1.25 | 3/4-10NC | 2 | 8.50 | 4.12 |
| 8H | 5.000 | 6.250 | 4.62 | .62 | 5 | 1.25 | 3/4-10NC | 2 | 8.50 | 4.12 |
| 8HA | 5.877 | 7.381 | 5.62 | .75 | 5 | 1.50 | 7/8-9NC | 2 | 10.40 | 5.00 |
| 9H | 7.067 | 8.563 | 5.62 | .75 | 5 | 1.50 | 7/8-9NC | 2 | 11.74 | 5.00 |
| 9HA | 8.238 | 9.764 | 5.62 | .75 | 5 | 1.50 | 7/8-9NC | 2 | 13.23 | 5.18 |
| 10S | R | R | R | R | R | R | R | R | R | R |

(1) O.D. Sleeve Tolerance is + .000–.005

(2) I.D. Box Tolerance is +.005– .000

(3) Approx.1/2 – 1 GPM at 10–15 PSI above maximum pump discharge pressure is recommended for water sealing.

## BEARING FRAME AND SHAFT DATA

(All Dimensions are in inches)

| FRAME SIZE | BEARINGS (1) LINE | BEARINGS (1) THRUST | BRG. SPAN | CPLG (2) | THRUST BRG | BETWEEN BRGS | LINE BRG | UNDER SLEEVE | UNDER IMP |
|---|---|---|---|---|---|---|---|---|---|
| 5A | SKF 6314 (Ball) | N.D.H. 45314 (Ball) | 9.32 | 1.750 | 2.75 | 3.25 | 2.75 | 2.25 | 2.00 |
| 5L | SKF 6314 (Ball) | SK 6314 (Ball) | 9.86 | 2.000 | 2.75 | 3.25 | 2.75 | 2.48 | 2.00 |
| 6 | 6580 6536 | 6580 6536 | 12.80 | 2.750 | 3.50 | 3.48 | 3.50 | 3.00 | 2.74 |
| 6A | HM 218248 HM 218210 | 9285 9220 | 13.01 | 2.375 | 3.00 | 3.50 | 3.54 | 3.00 | 2.50 |
| 7L | JM 822049 JM 822010 | 9285 9321 | 15.42 | 3.000 | 3.31 | 4.31 | 4.33 | 3.87 | 3.00 |
| 7H Except 16MN19 | JHM 522649 JHM 522610 | 98400 98788 | 17.44 | 3.000 | 4.00 | 4.31 | 4.33 | 3.87 | 3.00 |
| 7H for 16MN19 Only | JHM 5222649 JHM 5222610 | 98400 98788 | 17.44 | 3.000 | 4.00 | 4.31 | 4.33 | 3.85 | 3.50 |
| 8L | 74500 74850 | HM926740 HM926710 | 18.14 | 4.000 | 4.50 | 4.97 | 5.00 | 4.50 | 4.12 |
| 8H | 95500 95925 | HH926749 HH926710 | 18.69 | 4.000 | 4.75 | 4.98 | 5.00 | 4.50 | 4.12 (3) |
| 8HA | 82576 82931 | HH926749 HH926710 | 18.83 | 4.000 | 4.75 | 5.73 | 5.75 | 5.31 | 4.72 |
| 9H | H239640 H239610 | H936349 H936310 | 23.03 | 5.750 | 6.62 | 6.94 | 7.00 | 6.49 | 5.51 (4) |
| 9HA | 93825 93125 | H936349 H936310 | 23.65 | 5.750 | 6.62 | 8.19 | 8.25 | 7.28 | 6.89 |
| 10S | R | R | R | R | R | R | R | R | R |

(1) Brgs. are tapered Roller unless otherwise indicated.

(2) O.D. Shaft Tolerance is +.000-.001

(3) 16MN33 is 4.19D.

(4) 20MN39 is 6.10 D, 36MN40 is 6.02 D.

R=Refer to Marketing



**FLOWSERVE**

Pump Division

# LNN

**Axially Split,
Double Suction,
Single Stage
Pump**



Bulletin PS-20-1 (E)



Pump Division

**Pump Supplier To The World**

*Flowserve is the driving force in the global industrial pump marketplace. No other pump company in the world has the depth or breadth of expertise in the successful application of pre-engineered, engineered and special purpose pumps and systems.*

**Pumping Solutions**
Flowserve is providing pumping solutions which permit customers to continuously improve productivity, profitability and pumping system reliability.

**Market Focused Customer Support**
Product and industry specialists develop effective proposals and solutions directed toward market and customer preferences. They offer technical advice and assistance throughout each stage of the product life cycle, beginning with the inquiry.

**Dynamic Technologies**
Flowserve is without peer in the development and application of pump technology, including:
• Hydraulic engineering
• Mechanical design
• Materials science
• Intelligent pumping
• Manufacturing technology

**Broad Product Lines**
Flowserve offers a wide range of complementary pump types, from pre-engineered process pumps, to highly engineered and special purpose pumps and systems. Pumps are built to recognized global standards and customer specifications.

Pump designs include:
• Single stage process
• Between bearing single stage
• Between bearing multistage
• Vertical
• Submersible motor
• Rotary
• Reciprocating
• Nuclear
• Specialty





Pump Division

## LNN
### Family of Horizontal Split Case Pumps For Application Versatility

**Broad Hydraulic Coverage**

Flowserve's model LNN and associated double suction axially split pumps are available with 145 impeller and volute combinations. As a result Flowserve provides the most options for highest efficiency operation in all water applications.

User industry standards, specifications and preferences have been incorporated in the rotating element design with particular emphasis on ease of maintenance.

The integrated design philosophy provides optimum parts interchangeability of bearing housings, seal chambers, wear rings and shaft sleeves.

**Typical Applications**
• Water cooling
  – Cooling tower
  – Circulating
• High and low water lift
• Raw water transfer
• Cargo loading and unloading
• Heating, ventilation and air conditioning
• Low pressure pipeline
• Fire protection
• Irrigation
• Crude oil transfer
• Seawater circulation
• Marine services

**Complementary Pump Designs**
Depending upon application requirements, Flowserve can also provide these design pumps:
• Vertical turbine
• Horizontal, centerline mounted
• Vertical double suction



QL

VTP

DVS

3



**Pump Division**



### LNN
### *'ially Split,*
### *'e Suction,*
### *'ngle Stage*
### *Pump*

The LNN family of pumps is the outcome of many years' experience in the design and manufacture of axially split casing pumps. State of the art pump design technology from Flowserve has resulted in superior pumps combining quiet operation, low NPSH requirements and high operating efficiency.

### Operating Parameters
- Flows to 51 000 m³/h (225 000 gpm)
- Heads to 300 m (985 ft)
- Sizes 125 mm (5 in) to 1200 mm (48 in)
- Pressures to 30 bar (435 psi)
- Temperatures to 150° C (300° F)

### Pump Casing Features
- Double volute
- Suction and discharge flanges in ANSI, DIN or ISO configurations
- Heavy duty integral mounting feet
- Upper case lifting lugs

### Seal Chamber Features
- Independent cast housing for packing or mechanical seal
- Four bolt gland attachment for mechanically sealed designs
- Easy retrofit capability for conversion from packing to mechanical seal

### Bearing Options
- Antifriction ball bearings standard
- Double row, angular contact thrust bearings option
- Sleeve radial and hydrodynamic axial thrust bearings option

### Bearing Sealing and Lubrication Options
- Grease lubrication standard
- Oil bath or oil mist lubrication option
- Bearing housing protection by "V" ring seals or optional labyrinth seals

### Shaft and Shaft Sleeve Features
- Steel or duplex stainless steel shaft material
- Outside mounted and set screw locked shaft nuts
- Precision ground, key driven, locked and "O" ring gasketed







**Bearing Housings** with 360° attachment and unique fastening to upper and lower casings provide superior bearing stability and shaft support. Perfect shaft alignment is assured by a full register fit to the casing. Bearing housings and stuffing boxes can be easily removed and reinstalled.

**Precision Cast Impeller** assures achievement of maximum pump efficiency. Impellers are dynamically balanced to ISO 1940 tolerances. Multiple impeller designs exist for each casing to give maximum flexibility for upgrading pump performance to meet future service conditions.

**Shaft** is conservatively designed to minimize deflection and reduce maintenance costs caused by wear.

**Wear Rings,** positively locked by radial pins, are standard for casing protection. Optional for impeller protection, wear rings are shrinkfit and pinned securely.

**Casing Materials** available to suit service conditions include cast iron, ductile iron, ductile Ni-Resist D2, bronze, nickel aluminum bronze, carbon steel, 316 stainless steel and duplex stainless steel.

**Casing Design** with suction and discharge flanges in the lower half, allows access to the rotating element without disturbing piping or driver. Upper casing does not have to be opened to remove and replace bearings, packing, mechanical seals, sleeves and sleeve nuts.



5



Pump Division



LNNV

## Options and Technical Data

## Mounting Options



**LNN**
Horizontal mounting with side suction and side discharge



**LNNV**
Vertical mounting with suction and discharge in-line



**LNNC**
Horizontal mounting with bottom suction and side discharge

## LNN Range Chart





**Pump Division**



***Global Service and Technical Support***

## Advanced Technologies

Few if any pump companies can match Flowserve's capabilities in hydraulic and mechanical design or in materials engineering. These capabilities include:

- Computational fluid dynamics
- Flow visualization
- Cavitation studies
- Efficiency optimization
- Finite element analysis
- Rapid prototyping
- Captive high nickel alloy and light reactive alloy foundries
- Non-metallic materials processing and manufacturing













## Service and Repair Group

Flowserve's Service and Repair Group is dedicated to maximizing equipment performance and reliability-centered maintenance programs. Pump related services include:

- Startup and commissioning
- Diagnostics and prognostics
- Routine and repair maintenance
- ANSI and ISO power end exchange program
- Re-rates, upgrades and retrofits
- Spare parts inventory and management programs
- Training



## Pump Improvement Engineering Services

Flowserve is committed to helping customers obtain the best possible return on their pump equipment investment. Engineering assistance and technological solutions for pumping problems are readily available.

These services include:

- Field performance testing
- Vibration analysis
- Design analysis and root-cause problem solving
- Material improvements
- Pump and system audit
- Advanced technology solutions
- PumpTrac™ remote pump monitoring and diagnostic services
- Instruction manual updates
- Training courses

7



Hydraulic Engineering
Mechanical Design
Materials Science
Intelligent Pumping
Manufacturing Technology

**USA and Canada**
Flowserve Corporation
Pump Division
Millennium Center
222 Las Colinas Blvd., 15th Floor
Irving, TX 75039-5421 USA
Telephone: 1 972 443 6500
Toll Free: 1 800 728 PUMP (7867)
Telefax: 1 972 443 6800

**Europe, Africa, Middle East**
Flowserve Ltd.
Pump Division
Harley House
94 Hare Lane, Claygate, Esher
Surrey KT10 ORB, UK
Telephone: 44 1372 463700
Telefax: 44 1372 460190

# FLOWSERVE

## Pump Division

*Your local Flowserve representative:*

**To find your local Flowserve representative
please use the Sales Support Locator System
found at www.flowserve.com**

**Latin America**
Flowserve, S.A. de C.V.
Avenida Paseo de la Reforma #30
2nd. Floor
Colonia Juárez Centro
México, D.F. Z.C. 06040
Telephone: 52 5705 5526
Telefax: 52 5705 1125

**Asia Pacific**
Flowserve Pte. Ltd.
Pump Division
200 Pandan Loop, #06-03/04
Pantech 21
Singapore 128388
Telephone: 65 775 3003
Telefax: 65 779 4607

March 2002
© Flowserve Corporation



**Pump Division**



*MN*
*Solids-Handling*
*Pumps*

Bulletin PS-10-4 (E)



**Pump Division**

## Pump Supplier To The World

*Flowserve is the driving force in the global industrial pump marketplace. No other pump company in the world has the depth or breadth of expertise in the successful application of pre-engineered, engineered and special purpose pumps and systems.*

**Pumping Solutions**
Flowserve is providing pumping solutions which permit customers to continuously improve productivity, profitability and pumping system reliability.

**Market Focused Customer Support**
Product and industry specialists develop effective proposals and solutions directed toward market and customer preferences. They offer technical advice and assistance throughout each stage of the product life cycle, beginning with the inquiry.

**Dynamic Technologies**
Flowserve is without peer in the development and application of pump technology, including:
• Hydraulic engineering
• Mechanical design
• Materials science
• Intelligent pumping
• Manufacturing technology

**Broad Product Lines**
Flowserve offers a wide range of complementary pump types, from pre-engineered process pumps, to highly engineered and special purpose pumps and systems. Pumps are built to recognized global standards and customer specifications.

Pump designs include:
• Single stage process
• Between bearing single stage
• Between bearing multistage
• Vertical
• Submersible motor
• Rotary
• Reciprocating
• Nuclear
• Specialty





**Pump Division**

## MN Solids-Handling Pumps

### Rugged and Efficient Design

Flowserve's MN is an end-suction, side-discharge, mixed-flow, non-clog pump. It is specifically engineered for reliability, low cost and long life in demanding sewage handling services or where solids in suspension are of particular concern. The heavy-duty MN is designed, manufactured and tested in conformance with the Standards of the Hydraulic Institute.

### Performance Benefits
- Flexibility
  - Configurations
  - Motor mounts
  - Nozzle orientation
- Reliability
  - Robust construction
  - Special materials
- Efficiency
  - Broad hydraulic range
  - Reduced power consumption
- Easy maintenance

### Typical Application
- Sewage
- Storm water
- Industrial wastes
- Dry dock

### Complementary Pump Designs

Depending upon application requirements, Flowserve can also provide these pump designs:
- Dry-pit solids-handling
- Vertical, wet-pit
- Submersible non-clog



QMN

MF

MSX

3



**Pump Division**

*MN*
*Solids-Handling*
*Pumps*



The MN reflects Flowserve's leadership and reputation in the design and manufacture of sewage and solids- handling pumps. Renowned for reliability, these rugged pumps offer extraordinary flexibility and cost efficiency. Versatile performers, large-capacity MN pumps can be found throughout the collection-treatment-effluent municipal cycle, in industrial waste service and in dry dock applications.

**Operating Parameters**
- Flows to 45 500 m³/h (200 000 gpm)
- Heads to 90 m (300 ft)
- Sizes 80 mm (3 in) to 1800 mm (72 in)







**Carbon Steel Shaft** with oversized dimensions is robust and rigid, significantly extending shaft and packing or seal life

**Replaceable Shaft Sleeve,** made of stainless steel, is keyed to the shaft and sealed to prevent leakage between the shaft and sleeve. Protects more expensive shaft from wear and corrosion

**Robust Construction** with all wetted parts made of ASTM A278 CL30 cast iron. Suction and discharge nozzles are rated to ASME (ANSI) Class 125

**Casing** is one-piece volute type with back pullout design and handhole to facilitate maintenance

**Separate Suction Head/Elbow** features adjustable, double chrome steel wear ring to maintain dimensional integrity and efficiency. Handhole access for inspection and cleaning is standard

**Non-Clog Impeller** is secured with a locking nut to prevent loosening by torque from forward or reverse rotation. Chrome steel wear ring is standard

**Stuffing Box** readily accommodates packing or mechanical seals per customer preference

**Opposed Tapered Roller Bearings** (grease lubricated) firmly support the shaft, virtually eliminate axial and radial thrust loads and are designed for a minimum of 100 000 hours B10 life

**Bearing Housing With Integral Jacking Bolts** permits axial adjustment of wear rings by the use of a shim pack between the bearing housing and back head

## Design Features

### Flexibility
- Horizontal and vertical models
- Variety of mounting arrangements
- Variety of nozzle positions to suit most piping arrangements without special or costly modifications
- Direct or independent motor mounting

### Reliability
- Minimal shaft deflection with oversized shaft and reduced overhang virtually eliminating shaft failure and increasing packing or seal life
- Conservative bearing design arranged to eliminate all radial and axial play
- Replaceable hardened chrome steel wear rings on impeller and suction head to extend pump life
- Hardened chrome steel shaft sleeve standard
- Supports to minimize vibration assure rigidity

### Efficiency
- Maximum solids-handling capabilities
- Wide range of efficient operation and reduced power consumption
- Adjustable wear ring clearance for continued high efficiency



## Ease of Maintenance
- Easy access to stuffing box through large openings in the bearing housing support
- Removable gland for easy packing adjustment or replacement
- Stuffing box arranged for either grease or water seal
- Wide variety of mechanical seal options
- Back pullout of entire rotating assembly without disturbing the casing or suction and discharge piping
- Readily accessible lubrication points in bearing housing





**Pump Division**



*Technical Data and Options*

## Available Options
- Extra hard chrome steel wear rings
- 316SS or hardened shaft sleeves
- Single, double, cartridge or split mechanical seals
- Bronze, nickel, cast iron or stainless steel castings
- Paint systems
- Baseplates
- Testing
  - Performance
  - Hydrostatic
  - Variable speed
- Coupling type
- Coupling guard

## Materials of Construction

| Part | Standard Fitted | Optional Material |
|------|-----------------|-------------------|
| Casing | Cast Iron | 1 1/2% Ni. Cast Iron<br>Ductile Iron |
| Impeller | Cast Iron | 1 1/2% Ni. Cast Iron<br>Bronze 11-14% Chr. Stl. |
| Impeller Wearing Ring | 11-14% Chr. Stl. 250-300 BHN | 325-350 BHN |
| Casing Wearing Ring | 15-18% Chr. Stl. 300-350 BHN | 400-450 BHN |
| Gland | Bronze | — |
| Shaft | Carbon Steel | Low Alloy Steel |
| Shaft Sleeve | 11-14% Chr. Stl. 325-400 BHN | 450-500 BHN |
| Line Bearing | Tapered Roller | — |
| Thrust Bearing | Tapered Roller | — |
| Stuffing Box Head | Cast Iron | 1 1/2% Ni. Cast Iron<br>Ductile Iron |
| Suction Head or Elbow | Cast Iron | 1 1/2% Ni. Cast Iron<br>Ductile Iron |
| Seal Cage | PTFE | Bronze |
| Packing | Non-Asbestos | Mechanical Seals |
| Adjusting Shims | Plastic | — |
| Grease Fittings | Alemite | — |
| Coupling | All Metal Flexible | Refer to Factory |
| Horizontal Baseplates | Fabricated Steel | — |
| Vertical Motor Pedestal | Fabricated Steel | |

## Configurations



**MN**

**Horizontal End-Suction**



MNF   MNZ

**Vertical with Bottom-Suction**



MNC   MNV

**Vertical with Supportive Base Elbow**

*MN Range Chart*





**Pump Division**



*Global Service and Technical Support*

## Advanced Technologies

Few if any pump companies can match Flowserve's capabilities in hydraulic and mechanical design or in materials engineering. These capabilities include:

- Computational fluid dynamics
- Flow visualization
- Cavitation studies
- Efficiency optimization
- Finite element analysis
- Rapid prototyping
- Captive high nickel alloy and light reactive alloy foundries
- Non-metallic materials processing and manufacturing







## Service and Repair Group

Flowserve's Service and Repair Group is dedicated to maximizing equipment performance and reliability-centered maintenance programs. Pump related services include:

- Startup and commissioning
- Diagnostics and prognostics
- Routine and repair maintenance
- ANSI and ISO power end exchange program
- Re-rates, upgrades and retrofits
- Spare parts inventory and management programs
- Training



## Pump Improvement Engineering Services

Flowserve is committed to helping customers obtain the best possible return on their pump equipment investment. Engineering assistance and technological solutions for pumping problems are readily available.

These services include:

- Field performance testing
- Vibration analysis
- Design analysis and root-cause problem solving
- Material improvements
- Pump and system audit
- Advanced technology solutions
- PumpTrac™ remote pump monitoring and diagnostic services
- Instruction manual updates
- Training courses

7



Hydraulic Engineering

Mechanical Design

Materials Science

Intelligent Pumping

Manufacturing Technology

**USA and Canada**
Flowserve Corporation
Pump Division
Millennium Center
222 Las Colinas Blvd., 15th Floor
Irving, TX 75039-5421 USA
Telephone: 1 972 443 6500
Toll Free: 1 800 728 PUMP (7867)
Telefax: 1 972 443 6800

**Europe, Africa, Middle East**
Flowserve Ltd.
Pump Division
Harley House
94 Hare Lane, Claygate, Esher
Surrey KT10 ORB, UK
Telephone: 44 1372 463700
Telefax: 44 1372 460190



**Pump Division**

*Your local Flowserve representative:*

**To find your local Flowserve representative
please use the Sales Support Locator System
found at www.flowserve.com**

**Latin America**
Flowserve, S.A. de C.V.
Avenida Paseo de la Reforma #30
2nd. Floor
Colonia Juárez Centro
México, D.F. Z.C. 06040
Telephone: 52 5705 5526
Telefax: 52 5705 1125

**Asia Pacific**
Flowserve Pte. Ltd.
Pump Division
200 Pandan Loop, #06-03/04
Pantech 21
Singapore 128388
Telephone: 65 775 3003
Telefax: 65 779 4607

Printed in U.S.A.
April 2002
© Flowserve Corporation

## SECTION 8 - POST FILTRATION CHLORINATION & ZEBRA MUSSEL CONTROL

### 8.1 SODIUM HYPOCHLORITE SYSTEM

Recent regulations have led many water utilities to abandon liquified gaseous elemental chlorine ($Cl_2$) in favor of sodium hypochlorite (NaOCl, bleach). Traditionally, $Cl_2$ has been the disinfectant of choice; it is readily available; the equipment to feed it is simple to operate and maintain; it is cheaper, pound for pound, than any of the alternative chlorine-based chemicals which might be utilized; and since it is 100% active chlorine, pounds fed translates directly to dosage applied. Chlorine is and always has been a hazardous chemical. A gas at temperatures above -30°F, it volatilizes rapidly and disperses easily to quickly fill a room with hazardous concentrations. Two and one-half times as heavy as air the gas cloud has its highest concentration near the ground, where personnel would be located. The gas is detectable by smell at a concentration of 3½ parts per million (ppm) by volume, a concentration of less than 1.0 ppm is considered safe for an 8-hour exposure, while a concentration of 30 ppm is considered immediately threatening (IDLH), and a concentration of 1000 ppm (0.1%) can be instantaneously fatal. Despite the hazards, water treatment facilities have used this chemical successfully and safely for many years, and accidents resulting in death or injury are few.

However, recently promulgated regulations, namely EPA's *Accidental Release Prevention Regulations* and OSHA's *Process Safety Management of Highly Hazardous Chemicals*, have placed numerous design, liability, monitoring, reporting and training requirements on facilities which store chlorine gas. These requirements can easily become onerous. Some facilities have avoided most of the requirements by maintaining their storage at less than the trigger amount of 2,500 pounds. Where this can be done much paperwork can be eliminated. However, this does little to address the legal liability issues, since the mere existence of the regulations places the imprimatur of the Federal government on chlorine as a uniquely hazardous substance. Should a leak occur and an injury result, the party storing chlorine, even if exempt from the regulations, is likely to find themselves forced to prove not only that the leak was unavoidable, but that the decision itself to use chlorine doesn't constitute gross negligence.

The alternatives realistically available to facilities such as Flint's are either to absorb the costs and liabilities associated with use of $Cl_2$, or to switch to the use of NaOCl. Sodium hypochlorite can either be purchased in bulk at strengths of up to 15% available chlorine or manufactured on-site from salt and water, generally at strengths < 1% available chlorine. Each of these options has advantages and disadvantages. A bulk or semi-bulk (IBCs) NaOCl system is very similar to the other



**Figure H1:** Degradation of Sodium Hypochlorite Over Time

liquid chemical systems in place at Flint. While NaOCl is not extremely hazardous, at the high strengths commonly used it can cause chemical burns, and physical contact should be avoided. Commercially produced NaOCl has a further disadvantage, that it degrades over time. The loss of strength, as shown in Figure H1 is directly dependent on strength. This presents the following three options for system design:

1. Design the facility for the highest strength NaOCl to keep storage and pump sizes small and plan for frequent deliveries.

2. Reduce delivery frequency by using low strength NaOCl and design large storage and pumping facilities.

3. Compensate for degradation of the NaOCl by designing somewhat larger storage and pumping, and provide a more complex control system to account for the changing NaOCl concentration.

An on-site NaOCl generation system has the advantage of producing NaOCl on an as needed basis, so degradation and large storage are immaterial. Further, at the low produced strengths, typically $\frac{1}{6}$ that of household bleach, the chemical is completely non-hazardous and retention is not required since leaks or spills can be sewered. The disadvantages of on-site generation are the equipment, which is complex, expensive and uses large amounts of electricity, and the need for large metering pumps to feed the low strength solution. Both types of system will be examined.



As previously indicated, a semi-bulk hypochlorite system is similar to the liquid chemical systems already in place at Flint. The **Figure H2:** Semi-Bulk Sodium primary difference is the number of IBCs Hypochlorite System Schematic required. The schematic in Figure H2 shows

**Figure H3:** Semi-Bulk Sodium Hypochlorite System Floor Plan

thirteen 250-gallon IBCs. IBCs have been considered here, rather than bulk storage, because of the degradation factor illustrated in Figure H1. The smaller individual volumes of the IBCs allow inventory to be maintained at optimal levels without requiring delivery of partial truckloads, with their higher cost. The remainder of the system is identical to the existing systems, although somewhat larger.

8 - 2

The new NaOCl system will fit within the confines of the existing $Cl_2$ facilities, as shown in Figure H3. IBC storage would be located in the $Cl_2$ ton-container room following installation of 2" sealed thresholds and 2" deep fiberglass floor grating. Metering pumps would be located in the present Chlorinator Room. Conversion of the facility to utilize semi-bulk NaOCl is estimated to cost $124,000, excluding engineering.

On-site generation of NaOCl is also an option for this facility. This system, shown in Figure H4, resembles the planned ozone facility more than the existing liquid chemical systems. Common salt would be delivered by truck, an average of six tons per month, and would be pneumatically loaded into one of two 8-ton brine makers. Softened water would flow into



**Figure H4:** On-Site Sodium Hypochlorite Generation System Schematic

the brine-makers as brine is drawn off. Brine would be metered, along with additional softened dilution water, into the electrolyzer units. In the electrolyzers an electric current would be passed through the solution producing NaOCl and hydrogen gas. The NaOCl solution passes on to storage tanks, where blowers vent the hydrogen to atmosphere. Following the storage tanks the system resembles other liquid feed systems, with 180 gph metering pumps feeding the NaOCl solution to the points of application.

The On-site NaOCl Generation System will fit within the confines of the Chlorine Ton-container Storage Room, as shown in Figure H5. Containment is unnecessary, since any

8 - 3

leakage may be allowed to flow to floor drains. The brine-makers are located to allow easy access for pneumatic filling from the north. Because of their high electrical consumption, the hypochlorite generators have been located adjacent to the existing electrical room, with their transformer/rectifier units located in the electrical room. Construction of an On-site Generation Facility is estimated to cost $367,000



**Figure H5:** On-Site Sodium Hypochlorite Generation System Floor Plan

Obviously, the On-site Generation Facility has a considerably higher construction cost that use of semi-bulk hypochlorite, approximately three times the cost. However, the On-site system has a considerably smaller direct operating cost (chemicals & power). The costs for each system are as follows:

|  | Semi-Bulk NaOCl System | On-Site Generation System |
|---|---|---|
| Construction Cost | $124,000 | $367,000 |
| Direct Operations Cost | $2,109 /month | $690 /month |
| Payback |  | 14 years |

Although the payback period is fairly lengthy, the additional safety of the On-Site system must also be considered. The decision which must be made, is whether the additional benefits of on-site generation justify a fourteen year return on investment.

Overall System Plan

The preceding sections indicated that each of the systems can be installed within existing space. The arrangement of these systems is somewhat adjustable to utilize more or less of the available area. The primary arrangement shown in Figure O1, utilizes all of the available chemical room space.

It is unknown at this time whether additional systems might have to be installed, and whether space may need to be found within the facility. The arrangement shown in Figure O2 leaves the two existing feeder rooms empty and available for other purposes. This does not cause any hardship for the NaOCl system, merely requiring the elimination of one IBC to maintain good access. However, the $NaMnO_4$ facility becomes somewhat crowded.

8 - 4



**Figure O1:** Floor Plan Option 1



**Figure O2:** Floor Plan Option 2

A third alternative is shown in Figure O3, whereby the Sulphur Dioxide Feeder Room is used for $NaMnO_4$, while the Chlorinator Room remains empty.



**Figure O3:** Floor Plan Option 3

Based on the preceding, it is recommended that the sodium hypochlorite bulk system be installed in lieu of the on-site generation system due to the 14 year payback period.

## 8.2 ZEBRA MUSSEL CONTROL

The Flint River is known to contain a population of zebra mussels. This has been reported in previous reports regarding the Flint River Water Treatment Plant design as a likely problem with regard to infestation of the intake subsequently creating hydraulic problems and potentially damaging downstream equipment. Numerous methods for zebra mussel control have been developed over the last fifteen years. Unfortunately, the existing Flint River intake design is not conducive to use of any but chemical biocide application. The biocides approved for use in potable water are very few, and only chlorine and permanganate are really suitable for use at Flint. Chlorine compounds would be undesirable in this application due to the potential production of disinfection byproducts (DBPs) and tastes and odors when later ozonated. This leaves permanganate as the chemical of choice.

Permanganate can be obtained in two forms, potassium permanganate ($KMnO_4$) or sodium permanganate ($NaMnO_4$). Traditionally, $KMnO_4$ has been used; generally shipped as a dry powder since its low solubility, approximately 4½%, makes shipping of water solutions

8 - 6

uneconomical. Use of $KMnO_4$ thus requires on-site labor to prepare the water solution for feeding. Recently, water solutions of $NaMnO_4$ at 20% strength have become available, making this chemical an attractive and economical choice. Use of $NaMnO_4$ supplied in intermediate bulk containers (IBCs) would create a system identical to the other systems installed at the Flint River Water Treatment Plant, and has therefore been used as a design base.

Sodium permanganate would be fed at a dosage of 0.25 to 0.5 mg/$\ell$. This is a sub-lethal dose for adult zebra mussels. Lethal adult doses are considerably higher and would produce pink water and interfere with downstream treatment. However, these low doses are sufficient to produce an environment which is extremely distasteful to the larval stages of the zebra mussel. This causes the larvae to fail to settle and pass on, as larvae, to later treatment stages where they are killed and removed from the water. Those few adults which may have settled prior to the commencement of treatment eventually die and are removed from the system. Treatment at these dosages will not negatively impact downstream processes, need only be performed during the reproductive season, and some treatability results suggest it may improve ozone residual retention. Assuming and average dosage of 0.33 mg/$\ell$ and average water production of 14 MGD, three (3) metering pumps of 2.25 gph capacity and 605 gallons of storage are required. A schematic of the system is shown in Figure P1.



**Figure P1:** Sodium Permanganate System Schematic

8 - 7

The NaMnO$_4$ system will fit within existing available space at the Pumping Station, currently occupied by the sulphur dioxide storage and feed system. This system will no longer be needed once the treatment plant goes on-line. A possible layout of the system is shown in Figure P2. Based upon design of the system to match the existing liquid chemical system utilizing IBCs, grated floor retention, and solenoid operated metering pumps, construction of this system is estimated to cost $45,000, excluding engineering. Based on operation of the system from April 1st through October 31st at the average rate of 20 gpd indicated above, annual operations cost is estimated at $11,400.



**Figure P2:** Sodium Permanganate System Floor Plan



### SECTION 9 – SCADA AND ELECTRICAL EVALUATION

On completion of Segment 5 construction the City of Flint Water Treatment Plant (WTP) will have a significant investment in a supervisory control and data acquisition (SCADA) system. The capability to monitor and perform limited control will exist for nine major telemetry sites, the filters and associated support equipment, the lime delivery system, the ozone facility, Pump Station No. 4, Dort Reservoir inlet and outlet structures, the main pipeline entering the plant, and the 2 million gallon tank.

In addition, as equipment and processes have been added throughout Phase I of the water treatment plant rehabilitation, SCADA has been considered. Individual pieces of equipment and entire processes that were not supplied with SCADA have been designed with the intent of future connection to the plant SCADA system by use of additional PLCs and I/O panels.

This evaluation addresses the state of the existing SCADA system, provides recommendations for connecting the remaining plant processes to the existing SCADA system, and offers an opinion of probable cost for implementation.

## 9.1    SCADA EVALUATION

### 9.1.1   EXISTING TELEMETRY SYSTEM HARDWARE

The water treatment plant has a variety of equipment, provided by several different manufacturers, comprising the telemetry portion of the SCADA system. Drawing 7 at the end of this section provides a layout of the plant telemetry system.

The telemetry system consists of a master telemetry unit (MTU) located in the plant Operations Center. The MTU is an Allen-Bradley (AB) SLC5/04 programmable controller (PLC). This PLC also serves as the plant's main PLC or data concentrator. The MTU PLC communicates via Motorola UDS phone line modems to five remote stations, Oak, Irish, Belsay, South Genesee, and North Genesee. Each of these sites has a complimentary Motorola UDS phone line modem and an AB SLC5/04 PLC. The communication protocol is proprietary AB DF1.

Four additional remote sites, Baxter and Potter, Cedar, West Side, and Torrey, communicate to the MTU via the use of hardwiring and I/O repeaters. Each of these locations use Moore LCM I/O repeater modules, communicating over Motorola UDS phone line modems to send status back to the plant and receive commands from the plant. At the plant the I/O repeater units are hardwired to I/O modules located in the MTU PLC rack. The communication protocol used by the Moore units is also proprietary.

9 - 1

### 9.1.2 EXISTING IN-PLANT SCADA SYSTEM HARDWARE

All in-plant SCADA system hardware is based on the AB SLC5/04 PLC platform. There are currently twenty-one PLCs located throughout the plant. These are:

> Filters 1 through 12 (one PLC per filter for a total of twelve units)
> Lime delivery system
> High service pumping
> Low service pumping
> Ozone
> CS2 – Main pipeline
> CS3 – Inlet to Dort Reservoir
> 2MG Tank
> CS5 – Outlet from Dort Reservoir
> Main/Telemetry PLC

Drawing 7 at the end of this section provides a layout of the plant SCADA system.

These PLCs communicate to each other via the AB Data Highway Plus (DH+) protocol. Communication media in the Plant No.2 building is a shielded twist pair, daisy-chained from one PLC to the next. Fiber optic cable and AB AF1 fiber optic/DH+ transceiver modules are used to communicate to the five PLCs located throughout the plant which are exterior to the Plant No.2 structure.

In addition to the PLCs, there are four computers connected to the SCADA system. Two of these units are located in the operations center and one unit is to be located in the Ozone building. These function as operator stations. Each of these computers have AB 1784-KT cards for access onto the DH+. An additional computer in the plant supervisor's office has access to one of the operator's computers in the operations center via an Ethernet connection over thin coax.

On completion of Segment Five construction effort only the main PLC will have a UPS to provide back-up power. The UPS that supports the main PLC will be backed-up by a natural gas generator dedicated for plant SCADA, telephone, and limited emergency lighting. There is no use of surge arrestors for control voltage power or DH+ networks for the PLCs throughout the plant.

### 9.1.3 EXISTING SCADA SYSTEM SOFTWARE

The two operations center workstations are Dell Optiplex GX200s using the Windows NT operating system. These computers use Intouch Wonderware 7.1 for the operator interface (MMI) software. This software displays and animates preconfigured graphical process screens that are used by the operators to monitor and control plant processes. These operator stations also use an AB RSLinx communication driver to communicate between the plant PLCs and the MMI software. Snag-it is used to allow the printing of

screen captures.  No report generation software is used.  The plant supervisor computer uses PC-Anywhere over an Ethernet link for monitor and control capability.

### 9.1.4   RECOMENDATIONS

#### General
Several key issues are of primary importance to the Flint Water Treatment Plant SCADA system.  The SCADA system should:

- Standardize components with minimal spare parts inventory.
- Be based on industry standard, non-proprietary hardware and software.
- Have the capability of being repaired and modified by plant personnel.
- Have multiple outside support resources available.
- Have easily modified and expandable reporting capabilities.
- Possess remote dial-in and monitoring capability.
- Provide an acceptable level of security against intrusion.

These key issues are addressed in this section of the Study.

All SCADA systems consist of several general components.  These are in-plant PLC hardware, MTU and RTU telemetry hardware, telemetry communication media and hardware, operator interface hardware, and operator interface software. Recommendations for each of these are as follows.

#### In-Plant SCADA Hardware
The plant SCADA system utilizes the Allen Bradley SLC 5/04 PLC platform.  AB is still developing this platform in the area of connectivity to Ethernet IP.  As such, this PLC platform is a viable and cost effective solution for PLC based control systems.  Using AB SLCs for additional plant SCADA also has the benefits of:

- Standardized components with minimal spare parts inventory.
- Maintenance staff is already trained to support this PLC platform.
- Additional programming software for a different platform PLC is not required.

The plant SCADA system currently uses AB DH+ communications.  There are twenty-one PLCs and three operator stations (PCs) on the DH+ network for a total of twenty-four nodes.  DH+ networks typically begin to degrade, depending on traffic, when the number of nodes reaches 15 to 20.  The number of operator station (PCs) is especially critical as these MMI stations are usually "bandwidth killers".

As the SCADA system expands, the additional burden of more PLCs and operator stations begin to cause excessive delays in operator station command response times. One option to preserve the investment currently made in the DH+ communications is to provide a means to break-up the existing single network into several smaller ones. Additionally, surge protection should be investigated for all networks as well as incoming PLC power supply and communications.

All fiber lines in the plant currently being used for SCADA have six fibers. This relatively low number of spare fibers limits the ability to exploit any form of redundant ring self-healing communication technologies. Any future fiber lines should have a minimum of 12 fibers. Only the fibers that are used are terminated at the in-plant PLC panel locations. If for some reason a fiber goes bad, the DH+ network will be down until one of the spare fibers can be terminated and connected.

Due to the effort made during Phase I of the water treatment plant rehabilitation, the majority of in-place plant equipment is ready to be placed onto the plant SCADA system with only the addition of PLCs, I/O wiring, and programming required. Concentrations of signals due to the locations of MCCs, clusters of primary elements or treatment equipment, and remote geographic location lend themselves to future locations of PLCs. These areas are:

The primary clarifier area
The flocculation basins MCC room
The chemical feed area
The solids contact clarifiers MCC room
The main substation
The back-up power generation facility

MCC rooms represent a concentration of signals that can be tied into the SCADA system with minimal wiring and conduit costs. Areas such as the primary clarifier area will require a substantial amount of wiring and conduit to the field devices and control panels to obtain the required interface signals. The above PLC panel locations are shown in Drawings 7 and 9 at the end of this section. The opinion of probable cost at the end of this section provides an estimate for installation costs for each area.

We recommend that:

- The Water Treatment Plant continues the use of the AB SLC 5/04 platform for any remaining expansion to its SCADA system.
- The existing DH+ network be split into four separate networks, using a DH+ gateway located at the Main PLC location to function as a switch and limit the traffic seen on each of the four networks.
- A separate Ethernet drop be provided from the gateway for the sole purpose of operator station communications. This will limit MMI traffic seen on each of the four DH+ networks.
- The existing AB 1784-KT cards in the operator station computers be replaced with dedicated NIC cards. This dedicated SCADA/MMI Ethernet network should have no other drops to it.
- DH+ surge arrestors be installed on every DH+ network, Ethernet network, PLC panel power circuit, RS232 serial communication network, and antenna coax.
- The use of an isolated grounding system be employed on new equipment or where not cost prohibitive on existing equipment.
- All spare fibers at all locations be terminated and tested. This will allow for a quick change over in case of a fiber failure. Fiber patch panels should be installed

at all locations where space permits for proper management and protection of the fiber communication backbone.

- All new installations employ higher count fiber cables (minimum 12 fibers). Where practical replace existing cables with new to get more spare fibers.

- Make use of redundant fiber modules and adopt a self-healing ring topology for the fiber network. The fiber modules should have diagnostics capability that will allow the SCADA system the ability to monitor the health of the various links in the fiber network.

- Install new PLC panels at locations in the six areas described above and as shown on Drawing 7.

**MTU and RTU Telemetry Hardware**

The existing telemetry system uses both PLCs and I/O repeaters. A PLC based system has the following advantages:

- PLCs provide open building block style of architecture, which leads to easier system expansions.

- PLC systems are cost competitive with conventional proprietary systems.

- PLC manufacturers have wide parts distribution networks with well documented catalog and price lists.

- PLCs have been in use for over 30 years and their reliability is well proven, especially in the water/wastewater industry.

- There is a wide support base of engineers and system integrators well trained in the use of PLCs.

- PLCs are currently in use at many utilities throughout the area.

- The plant staff will require no additional training to support the additional four PLC based RTUs.

We recommend that:

- The water treatment plant remove the existing I/O repeaters and install PLC based RTUs at the Baxter and Potter, Cedar, West Side, and Torrey locations. The PLC hardware should be consistent with that currently used in the Plant SCADA system. An approximate cost for an RTU is as shown in Table 9.1.

### Table 9.1
### Flint WTP – SLC5/04 RTU
### Estimated Cost

| Item | | List Price | Qty. | Total Item Cost |
|------|------|------|------|------|
| **SLC5 Based Telemetry Unit** | | | | $ 8,160.00 |
| SLC 5/04 | 1785-L20B | 1,265.00 | 1 | 1,265.00 |
| 7 Slot Chassis | 1771-A3B | 480.00 | 1 | 480.00 |
| Power Supply | 1771-A4B | 710.00 | 1 | 710.00 |
| Discrete Input Module | 1771-P7 | 305.00 | 1 | 305.00 |
| Discrete Output Module | 1771-CP1 | 265.00 | 1 | 265.00 |

| Analog Input Module | 1771-AF | 960.00 | 1 | 960.00 |
|---|---|---|---|---|
| Analog Output Module | | 885.00 | 1 | 885.00 |
| Ethernet Module | | 600.00 | 1 | 600.00 |
| Radio | | 1,400.00 | 1 | 1,400.00 |
| Antenna | | 100.00 | 1 | 100.00 |
| Coax (150') | | 40.00 | 1 | 40.00 |
| Surge Protection | | 60.00 | 1 | 60.00 |
| UPS | Back-UPS CS 500 | 130.00 | 1 | 130.00 |
| 24 VDC Power Supply | SLS-24-012T | 60.00 | 1 | 60.00 |
| 120VAC Surge Protection | IS-PSP-120 | 50.00 | 1 | 50.00 |
| Enclosure w/ Subpanel | | 350.00 | 1 | 350.00 |
| Enclosure Labor/Misc/Install | | 500.00 | 1 | 500.00 |

- Extensive lightning, grounding, and surge suppression techniques be implemented to preserve the investment the plant will have in the telemetry system.

### Telemetry Communication Media and Hardware
#### *Phone Lines*
Currently the water plant makes extensive use of dedicated, conditioned phone lines in its telemetry system. Phone line charges can represent a significant monthly cost, especially on large telemetry systems. At an estimated cost of $60.00 per month per dedicated conditioned phone line, the nine lines currently in use represent a charge of approximately $540.00/month or $6,480.00/year.

#### *Radio*
Using radio as a communication media typically costs more for installation than telephone, however, radio has no monthly usage fees. Considering a phone line cost of $60.00 per month, a typical radio costing $1,200.00 will provide a twenty month payback. Also, if there is a communication failure, repairing the radio system is a self determining effort rather than relying on a third party (the local telephone company) of which the plant has very little, if any, control over. This is a major concern for a utility in an area susceptible to major storms that may down utility poles or damage lines.

With radio there is usually concern about the propagation of the signal and the potential for interference. From our observations of the service area's topography and foliage, it is our opinion that radio communication may be successful as an infrastructure for the telemetry system. There are several avenues available to implement a radio based telemetry system.

- The use of 2.4 GHz frequency and associated equipment that has a typical two to three mile range. This wireless system employs seamless Ethernet connectivity with typical data rates in the area of 1M-3M baud. The range limitations of this system typically require additional access points to cover the required areas pertinent to the utility. The costs of access points ($5,000.00 to $10,000.00) can often be prohibitive.

- The use of unlicensed 900 MHz radio equipment. These radios have a much lower bandwidth than the 2.4 GHz equipment with maximum data rates in the

area of .5M baud but also support Ethernet connectivity. The 900 MHz frequency is less susceptible to rain and fog than the 2.4 GHz frequency and has typical ranges of operation of seven to nine miles, due to the higher permissible radio output power of one watt and the less line-of-sight characteristics of a lower frequency. Using this lower frequency should allow coverage of the areas pertinent to the water plant with one master telemetry unit (MTU) located at the water plant. This radio based MTU would have an estimated cost of $8,000.00 (less the tower).

- Pursuing lower frequencies, such as the 450 MHz or 154MHz bands will allow a permissible increase in power (typically up to 5 watts) and have even less line-of-site requirements. A typical range of coverage in the area of fifteen miles is not uncommon. The disadvantage of these frequencies are the requirement for FCC licensing and the fixed frequency does not permit the use of the frequency hopping technology used on the 900 MHz and 2.4 GHz ranges. The frequency hopping technology has the benefit of providing an inherently secure radio infrastructure and a resistance to interference.

We recommend that:

- The water treatment plant use radio technology as the communication infrastructure for its telemetry system.
- A detailed radio path propagation study be performed utilizing a minimum fade margin of 20db at the 2.4 GHz, 900 MHz, and 450 MHz bands. Because of the relatively small number of sites, actual field data may be collected. The study should be performed while foliage exists on the trees. The result of this study, with an appropriate frequency search, will determine what frequencies and associated technologies are available.
- If possible, the plant should utilize frequency-hopping technology to provide security and minimize interference problems.
- Because of the migration of RTU and PLC equipment towards Ethernet connectivity, the plant should utilize a radio manufacturer that supports Ethernet, serial, or both types of end devices to be connected to the radio infrastructure. This equipment has an approximate data throughput of .5M baud which is adequate for the minimal amounts of data being transferred.

The above recommendations are incorporated in Drawings 7 and 8.

**Operator Interface Hardware**

Computers used as operator stations typically need to be fast with sufficient memory to hold not only the application software, but also the process data collected by the system. Speed is a consideration, but this must be balanced with the respective cost.

With the rapid advancements in computer technology, almost all computer hardware is obsolete soon after it is purchased. This fact makes it extremely difficult to recommend a specific computer system. In addition, the required computer hardware is driven by the operator interface software system requirements. For the purpose of this study, an allowance of $3,000.00 is used for each workstation.

9 - 7

The number of workstations connected to the SCADA system and the location and dedicated use of these stations are decisions that must be addressed by management prior to implementation of this or any plan.

A means to archive all collected data, as well as the actual configuration, of the operators computer stations should be used. One of the most cost effective means to back-up the complete set-up and configuration of a workstation is to ghost its' hard drive to a back-up drive that is to remain unused and stored in a safe location. The back-up drive can be quickly swapped out with the defective unit to restore the workstation to its original configuration. CD or DVD writers can be used to store report and trend data on a weekly or monthly basis.

Separate NIC cards should be installed in the operator stations and should be dedicated solely for the plant SCADA and should not reside on any other network. This will provide an additional hardware firewall between the PLC network and the plant PC network.

Should future Intranet connectivity be desirable, a standalone web server can function as a resource to post real time SCADA information on web pages. This web server can be connected to the plant PC network to allow access to web page information via any in-plant web browser. Any connection to the Internet should be made through the citywide firewall administered by City I.T. staff. At the proposed time of implementation of an Intranet or Internet connection, an evaluation should be make as to the ability to secure this connection based on the current software and hardware technologies.

Recommended operator interface equipment is shown in Drawing 7.

We recommend that:
- The plant ghost an image of all operator stations on spare hard drives. These drives should remain locked up and used only in the event of an operator station drive crash.
- DVD writers be used to store report and trending data.
- Dedicated NIC cards be installed on the operators stations to separate the SCADA Ethernet from the plant PC Ethernet.
- A stand-alone web server be used to post real-time SCADA information accessible to plant staff over a secured plant-wide Intranet
- Internet connectivity not be implemented at this time. Should future Internet access be desired, security issues should be addressed based on then current hardware and software technologies. Any Internet access should not bypass City I.T. staff administered firewalls or remote access policies.

## Operator Interface Software
As part of the ongoing expansion at the water treatment plant, Intouch Wonderware software has been installed on operator station computers. Wonderware is one of the industry leaders in the manufacture of SCADA software. The Wonderware product is a standard solution widely accepted and well proven in SCADA applications for the water

treatment industry. There are thousands of installations of this software throughout the country. Because this software is often used for this type of solution, there are a large number of engineering firms and systems integrators that are trained to support this product. Continued use of this software will afford the plant numerous sources to turn to should it desire to look for support services. Municipalities with maintenance staffs similar to Flint's often troubleshoot these systems in-house once properly trained.

The current water plant software configuration consists of three Wonderware runtime nodes which directly access information from the PLCs, and one node via PC Anywhere for the plant supervisor.

No reporting software is currently used.

We recommend that:

- The water plant continues the use of Wonderware software.
- A Wonderware "Suite Voyager Portal" software package be installed on a stand-alone computer to implement web server capabilities.
- An Excell based reporting package, such as Sytech XL reporter, be implemented to retrieve plant data and archive information in spreadsheet and HTML formats. This will allow any user with standard Microsoft Office products and browser to display report information.
- An automatic alarm dial-out software system be installed. Win911 and SCADALARM are two of the leading vendors of this software. The alarm dial-out software will reside on one of the workstations and monitor alarms, such as man in trouble, that occur. Once an alarm occurs, the software will begin to dial a list of telephone numbers to notify specific personnel of the alarm. This software can be configured to send alarms to text pagers, Nextel phones, e-mail, and fax machines. A package like this with voice and alphanumeric text paging costs approximately $3,000.

## 9.1.5   OPINION OF PROBABLE COST – SCADA SYSTEM IMPROVEMENTS

### Table 9.2
### Flint WTP - SCADA System
### Opinion of Cost

**Additional Plant SCADA Panels**

| Panel Name | Panel Location | Hardware Cost | Installation Cost | Integration Cost | Sub Total |
|---|---|---|---|---|---|
| Primary Clarifier PLC Panel | Primary Clarifier Electrical Room | $29,000 | $20,000 | $30,000 | |
| Flocculation PLC Panel | East Flocculation Electrical Room | $29,000 | $15,000 | $30,000 | |
| Solids Contact PLC Panel | Hallway Between Clarifiers | $29,000 | $20,000 | $30,000 | |
| Chemical Feed PLC Panel | Chemical Feed Area | $29,000 | $25,000 | $30,000 | |
| High Service Pump Monitoring | PS4 Electrical | $30,000 | $20,000 | $30,000 | |
| High Service Pump Panel/View | PS4 Electrical | $4,000 | $1,000 | $9,000 | |

9 - 9

| | | | | | |
|---|---|---|---|---|---|
| SCADA Gateway | Operations Room | $5,480 | $2,000 | $9,000 | |
| Ethernet Switch & Networking | Operations Telco Room | $500 | $2,000 | $3,000 | |
| Fiber Patch Panel 6 Locations | Ozone, PS4, CS5, 2MG Tank, CS2 | $2,400 | $3,000 | $3,000 | |
| Plant DH+ Network | Plant | $5,000 | $10,000 | $6,000 | |
| Substation/Power Monitoring | Substation | Electrical | Electrical | $20,000 | |
| Standby Diesel Generator | Generator Building | Electrical | Electrical | $50,000 | |
| UV Disinfection | Filter Gallery Basement | Div 11 | Div 11 | $15,000 | |
| Dewatering Building | Dewatering Building Electrical Room | Div 11 | Div 11 | $15,000 | |
| | Total | $163,380 | $118,000 | $280,000 | $561,380 |

**Telemetry Upgrade**

| | | | Hardware Cost | Installation Cost | Integration Cost | |
|---|---|---|---|---|---|---|
| Panel Name | Panel Location | | | | | |
| Plant MTU | Plant | | $5,000 | $5,000 | $5,000 | |
| Oak RTU | Remote from Plant | | $8,160 | $8,000 | $3,000 | |
| Irish RTU | Remote from Plant | | $8,160 | $8,000 | $3,000 | |
| Belsay RTU | Remote from Plant | | $8,160 | $8,000 | $3,000 | |
| S. Gen RTU | Remote from Plant | | $8,160 | $8,000 | $3,000 | |
| N. Gen RTU | Remote from Plant | | $8,160 | $8,000 | $3,000 | |
| Baxter & Porter RTU | Remote from Plant | | $8,160 | $8,000 | $3,000 | |
| Cedar Street RTU | Remote from Plant | | $8,160 | $8,000 | $3,000 | |
| West Side RTU | Remote from Plant | | $8,160 | $8,000 | $3,000 | |
| Torrey Road RTU | Remote from Plant | | $8,160 | $8,000 | $3,000 | |
| | | Total | $78,440 | $77,000 | $32,000 | $187,440 |

**Additional Primary Elements**

| | | | Hardware Cost | Installation Cost | Integration Cost | |
|---|---|---|---|---|---|---|
| Device | Panel Location | | | | | |
| Screen Head Loss | Screen | | $4,000 | $2,000 | $200 | |
| Level | Rapid Mix Level East | | $2,500 | $2,000 | $200 | |
| Level | Rapid Mix Level West | | $2,500 | $2,000 | $200 | |
| | | Total | $9,000 | $6,000 | $600 | $15,600 |

**Miscellaneous Items**

| | | |
|---|---|---|
| Surge Suppression (DH+, Ethernet) | $3,000 | |
| Radio Propagation Study | $5,000 | |
| Maintenance Laptop | $2,500 | |
| PLC Programming Software | $5,000 | |
| HMI Development Software | $12,000 | |
| Report Generation Software | $10,000 | |
| Internet Server & Software | $9,000 | |
| PLC Training (5 Personnel) | $30,000 | |
| HMI Training (5 Personnel) | $30,000 | |
| Instrument Training | $5,000 | |
| Operator Interface Hardware | $6,000 | |
| Alarm Dialout Software | $3,000 | |
| Total | $120,500 | $120,500 |
| | Grand Total | $884,920 |

9 - 10

## 9.2    ELECTRICAL EVALUATION

The City of Flint Water Treatment Plant (WTP) represents a combination of administrative, process, and maintenance facilities which all require electrical power. At the completion of Phase I of the water treatment plant rehabilitation projects, much of the electrical distribution equipment such as motor control centers (MCCs), power/lighting panels, transformers, and electrical power feeders will have been upgraded.

There is, however, significant additional work required to accommodate future treatment processes and to address remaining electrical equipment that has reached a point of obsolescence.

The following evaluation addresses the state of the existing electrical system, provides recommendations for supplying new electrical equipment to service new plant process and to replace aging equipment, and offers an opinion of probable cost for implementation.

It is beyond the scope of this study to provide a detailed investigation and evaluation of the various components of the site wide power distribution system, and is not intended to address the existing secondary power distribution systems within each separate building. However, a number of general observations and basic conclusions can provide a significant guide to future electrical improvements.

### 9.2.1  PLANTWIDE PROCESS POWER REQUIREMENTS

Future additions to plant process will introduce additional loads on the existing plant electrical infrastructure. Future process loads of significance and preliminary sources for the power feeds are as follows:

- Two lime sludge thickeners. The collection mechanisms for these units will be approximately 75 hp each. The upgrade in capacity of the 480 volt "house power" at Pump Station No. 4 completed during the Phase I construction make it a probable source of power for this process.
- A lime sludge dewatering building with two belt filter presses and two 75 hp pumps. The building will also serve as a sludge storage facility, which will require power for lighting and HVAC. This facility will require a new power feed from the sub-station.
- The potential of adding two ultraviolet disinfection units of 60 kilowatt each. These units can be fed from the South West MCC Room (west of the filter gallery). The power feeder can be laid in the existing cable tray that runs below the filter gallery, which was installed during Phase I.

The above future loads and the existing plant loads are shown the following Figure 9.1 - WTP Electrical Loads. The costs associated with providing feeds for the additional process as described above are shown in Table 9.5 - Electrical System Opinion of Probable Cost at the end of this section.

### 9.2.2 PUMP STATION No. 4

Pump Station No.4 contains the largest electrical loads in the plant. Four low service pumps and five high service pumps represent a combined total of approximately 4000 horsepower. Additional loads from HVAC, lighting, controls, and chemical feed are about 60 kVA.

Based on the requirement to meet plant design capacity of 36 MGD, with the largest pumps out of service, the following pumps will be required to operate simultaneously.
- Low service pump No. 4 – 15 MGD – 125 hp – 31 FLA @ 2400 volt
- Low service pump No. 5 – 20 MGD – 150 hp – 36 FLA @ 2400 volt
- Low service pump No. 6 – 15 MGD – 125 hp – 31 FLA @ 2400 volt
- High service pump No. 7 – 20 MGD – 800 hp – 192 FLA @ 2400 volt
- High service pump No. 8 – 20 MGD – 800 hp – 192 FLA @ 2400 volt
- House transformers                                    - 31 Amps @ 2400 volt

This represents a total load of 531 amps @ 2400 volts. The existing power feeder to supply Pump Station No.4 consists of two sets of 3-#500 MCM wires and has a total capacity of 1010 amps when both feeders are energized in parallel. Based on Code requirements for feeder sizing the existing feeders are adequate for the expected load requirements.

The existing switchgear in Pump Station No.4 is antiquated and difficult to maintain. Current technology equipment will allow a higher degree of load protection. In addition, switching to allow for the isolation of one of the feeders, and a tiebreak, will provide increased redundancy in the event of a feeder failure. In the event of a feeder failure the pump station is expected to be able to run at nearly full capacity on the remaining feeder until repairs are made.

As part of the modifications to meet the U.S. EPA LTIESWTR requirements to operate as a base load facility high service pumps No. 1,2,7, and 8 will require variable frequency drives (VFDs). New technology VFDs and control systems can allow one drive to control several pumps. To provide redundancy, at least two VFDs should be used.

We recommend that:
- The existing switchgear be replaced with current technology equipment. The new equipment should make use of power monitoring devices and protection relays that can directly interface to the plant SCADA system.
- Two VFDs with appropriate bypass contactors and a synchronous transfer control system be installed for the high service pumps. Each VFD can be dedicated to control two pumps. This will provide a level of redundancy for providing variable flow rates.
- Controls for all pumps and motors incorporate temperature and vibration sensing equipment.

The costs associated with implementing the above recommendations are shown in Table 9.5 - Electrical System Opinion of Probable Cost.

### 9.2.3 SUB-STATION

The switchgear in the sub-station was installed around 1960. It is antiquated and difficult to maintain. Very little work has been done to the station since its original installation. The plant has two 46 kV primary feeds into the sub-station. Consumers Energy controls the transfer between these two feeds.

There are two 2.5 MVA transformers at the sub-station operating in parallel for a total of 5 MVA of capacity. Neither transformer has fans. Consumers Energy owns these transformers and there is no reason to suspect that Consumers will not support them indefinitely. These units are field reconnect able to a 4160/2400 volt wye configuration. Based on the plant connected load and project process equipment usage at 36 MGD design capacity these transformers appear to have adequate capacity while both transformers are operational. Upon a failure of one of the transformers, repairs and/or replacement for such a transformer could require many weeks of operation utilizing only one transformer. If continued capability for plant output at 36 MGD is required under these circumstances, then we would recommend the implementation of cooling fans for each transformer. The cost is relatively moderate, and would extend the reliability of the entire power distribution system. Work would typically be provided by the utility company, since the transformers are owned by Consumers Energy.

Detailed billing information for the entire plant showing past demand history is not available at this time. Since the plant has not operated consistently at full production in recent months, and does not reflect the load associated with the Ozone Building, the available demand history may not provide a useful reflection of the average load during normal plant operations.

All duct-bank in the plant terminates in a large cable vault directly beneath the sub-station. The vault is clean and dry.

Replacement of the distribution switchgear with current technology equipment would allow a higher degree of load protection, be serviceable by numerous sources, and have replacement parts availability. When the switchgear is replaced, the plant will have to stay in operation. Brief interruptions of power of selected plant processes could be accommodated during cut over to new equipment.

We recommend that:
- The existing main substation 2.4 KV distribution switchgear be replaced with current technology equipment. The new equipment should make use of power monitoring devices and protection relays that can directly interface to the plant SCADA system. In addition, lightning and surge suppression technologies should be installed.

- The sub-station structure be evaluated by Consumers Energy, and if found to be sound, expanded to accommodate the new switchgear and to ease cut over from the old equipment.
- Request testing be done on the existing transformers by Consumers Energy to identify any sign of impending failure.
- Implementation of cooling fans be provided for each 2.5 MVA transformer, by Consumers Energy.
- Discussions be held with Consumers Energy to address the procedures, and associated response times, that would be put into action should a transformer failure occur.   If the results are unsatisfactory an alternate plan should be investigated.

The costs associated with implementing the above recommendations are shown in Table 9.5 - Electrical System Opinion of Probable Cost.

### 9.2.4   PLANT POWER INFRASTRUCTURE VOLTAGE

The WTP currently utilizes 2400 volts as facility wide power to directly serve the 2400 volt switchgear and motors in Pump Station No.4, and transformers throughout the facility.  All feeders within the plant are relatively new and are rated at 5 kV.  All switchgear in the plant, regardless of age, appears to be rated for 5 kV.

Raising the plant infrastructure voltage from 2400 volts to 4160 volts would allow the plant to utilize the existing network of feeders to handle nominally twice the power carrying capacity, thereby eliminating the need to provide additional feeder capacity to Pump Station #4.  A voltage change would also require some modification of any existing 2400 volt equipment, and reconnections or replacement of all existing 2400 volt transformers.

The southwest MCC room transformer (1000KVA) and the Ozone building transformer (750 KVA) should be field convertible to 4160 volts, as well as the dry transformers in the main substation (two at 225 KVA), the north electrical room (two at 100 KVA), south electrical room (two at 300 KVA), and southeast office area   (one at 300 KVA). The newer electrical maintenance facility and control station No.2 transformers are not field convertible to 4160 volt, and would need to be replaced or shipped off site for reconnections.

The high service pumps will require 4160 volt motors or an additional 4160/2400 volt transformer to supply them power.

Since the conversion to a different voltage could not be implemented in a short time period, a carefully designed transition plan would be required to effect such a conversion. Temporary medium voltage switching equipment, connections, and standby generators would typically be expected to be required during this transition.

An approximate cost for changing the plant infrastructure voltage from 2400 to 4160 volts is shown in Table 9.3 – Upgrade to 4160 Volt Estimated Costs.

### Table 9.3
### Flint WTP – Upgrade to 4160 Volt
### Estimated Costs

| Item no. | Description | Qty | Unit Cost | Extension |
|---|---|---|---|---|
| **Main Substation** | | | | |
| 1 | Reconnection existing 2.5 MVA transformers to 4160 by Consumers Power; one transformer at a time; multiple one day outages required. | 2 | $20,000 | $40,000 |
| 2 | Drain & refill 2.5 MVA transformers | 2 | $5,000 | $10,000 |
| 3 | Clean, adjust, and refurbish existing air circuit breakers, no major replacements | 10 | $5,000 | $50,000 |
| 4 | Test, Re-set, and recalibrate overcurrent protective relays | 40 | $1,500 | $60,000 |
| 5 | Reconnect station power transformers (225 kVA dry) | 2 | $1,500 | $3,000 |
| 6 | Replace 2.4 kv terminations | 6 | $250 | $1,500 |
| 7 | Temporary 5 kV connections, fuses, large genset rental, etc. | 1 | $50,000 | $50,000 |
| **Maintenance Building** | | | | |
| 8 | Replace 225 KVA pad mounted transformer | 1 | $15,000 | $15,000 |
| 9 | Reconnect, drain and fill 225 kVA pad mounted transformer for spare | 1 | $7,500 | $7,500 |
| **Treatment Plant East End** | | | | |
| 10 | Reconnect 100 kVA dry transformer, lighting - single phase | 2 | $1,000 | $2,000 |
| 11 | Reconnect 300 kVA dry transformer, power three phase | 2 | $1,500 | $3,000 |
| 12 | Reconnect 300 kVA dry transformer, kitchen area, 480/277v | 1 | $1,500 | $1,500 |
| 13 | Replace 2.4 kv terminations | 11 | $250 | $2,750 |
| 14 | Replace fuses in basement fused switch | 3 | $250 | $750 |
| **Treatment Plant West End** | | | | |
| 15 | Reconnect 1000 kVA dry transformer, blower area, 480/277v | 1 | $2,500 | $2,500 |
| **Pump Station #4** | | | | |
| 16 | 1000 Kva pad mounted transformer for remaining 2400 volt H.S. pumps P7 & P8 | 2 | $25,000 | $50,000 |
| 17 | Modify Existing P7 and P8 starters for separate feeds. | 2 | $5,000 | $10,000 |
| 18 | Reconnect 37.5 kVA dry transformer, lighting - single phase | 1 | $750 | $750 |
| 19 | Reconnect 37.5 kVA dry transformer, power three phase | 3 | $1,500 | $4,500 |
| 20 | 2.4 kv terminations | 10 | $250 | $2,500 |
| 21 | Existing 5 kV feeders provide 73 percent additional capacity. | 0 | $0 | $0 |

| | | | | |
|---|---|---:|---:|---:|
| 22 | New 5 KV switchgear, double ended, indoor, to feed 2300v and 480 volt transformers, and new 5 kv pump motors. | 1 | $75,000 | $75,000 |
| | | | | $0 |
| **Miscellaneous** | | | | |
| 23 | Mobilization & Gen. Conditions (3%) | 1 | $10,000 | $10,000 |
| 24 | Hypot Field Testing | 30 | $250 | $7,500 |
| 25 | Misc. Fittings and connections | 1 | $10,000 | $10,000 |
| 26 | Utility Company Backcharge (engineering) | 1 | $10,000 | $10,000 |
| 27 | Contingency (10%) | 1 | $40,000 | $40,000 |
| | Total | | | $469,750 |

**Work Not Required/Saved by Voltage Change**

| | | | | |
|---|---|---:|---:|---:|
| 1 | Additional Feeders for Pump Station #4, per feet. Dual 300 ampere feeders, via existing u.g. duct estimated. | 3000 $ | 25.00 | $75,000 |
| 2 | Clean, adjust, and refurbish existing air circuit breakers, no major replacements | 2 | $5,000 | $10,000 |
| 3 | Test, Re-set, and recalibrate overcurrent protective relays | 12 | $1,500 | $18,000 |
| 4 | 2.4 kv terminations | 12 | $250 | $3,000 |
| 5 | Mobilization & Gen. Conditions (3%) | 1 | $5,000 | $5,000 |
| 6 | Hypot Field Testing | 6 | $250 | $1,500 |
| 7 | Misc. Fittings and connections | 1 | $2,000 | $2,000 |
| 8 | Utility Company Backcharge (engineering) | 1 | $2,500 | $2,500 |
| 9 | Contingency (10%) | 1 | $15,000 | $15,000 |
| | Total | | | $132,000 |

**NET COST TO CHANGE VOLTAGE** $337,750

We recommend that:
- The plant does not raise the existing 2400 volt distribution system to 4160 volt.
- All new transformers are field convertible to 4160 volt. This will add a minimal cost and allow for a possible future changeover.

## 9.2.5  BACKUP POWER

As a base load facility capable of producing water at any time the Flint WTP must have the ability to deal with power outages. Although the plant currently has a dual 46 KV primary feed system with automatic transfer entering the plant, two main substation transformers operating in parallel, and dual 2.4 KV conductors to much of the plant, this will not address power issues that occur with the generating utility or the transmission grid. While a conductor or switchgear failure within the plant could limit the amount of

9 - 16

plant water production, a single failure would not be expected take the entire plant out of service.

## 9.2.6   EXISTING GENERATORS

The plant currently has two Fairbanks Morse 1.8 MW diesel engine generators of 1950 vintage.    These are high quality units designed for full time power generation applications. They have a mean time between overhauls of 40,000 hours.  Blowers and nozzles for both units were upgraded around 1990.  One of the units is thought to be out of service due to a spun main bearing but this could not be confirmed.  The other unit experienced a stack fire in 1992 and has not been run since.  There is an existing 20,000-gallon in-ground diesel fuel storage tank.  The status of this tank and what, if any, work would need to be done to meet regulations for in ground storage tanks are not known.

These units are located in a powerhouse within the old plant No.1 facility.  Maintenance support for the units is provided by the Fairbanks Morse service center in Beloit, Wisconsin.   The manufacturer recently provided a site visit and performed a visual inspection on both units.  As a result of this site visit several issues were raised.

- After removing the inspection plates on the units there was no evidence of water intrusion.
- Plant staff recalled issues with heat exchangers being plugged.  These units will likely require replacement.
- The air intakes are corroded and filled with bird nests.  These will likely require replacement.
- The expansion tank plumbing on one of the units is broken.
- The air compressors, which supply the starting air, are no longer in place.  New units would have to be provided.
- The sumps under each unit are flooded.  These need to be pumped out and sump pumps evaluated.
- There is no heat in the building.
- The alternators for each unit require removal, cleaning, and testing before they can be placed back on line.
- The switchgear and controls are antiquated and would be difficult to maintain. There current state of serviceability is unknown.
- The synchronization controls could not be evaluated.

Based on the visual inspection, Fairbanks Morse could only give ranges of approximate costs to place these units back into service.  An in depth inspection was recommended to evaluate the status of each engine and determine actual repair cost.  This inspection would cost approximately $10,000.00.  These cost ranges, as well as estimated additional costs for ancillary equipment, are incorporated into the following Table 9.4 – Existing Generator Estimated Repair Cost.

**Table 9.4**
**Flint WTP – Existing Generator**
**Estimated Repair Cost**

**Standby Emergency Diesel Generators**

| Item | Cost |
|---|---|
| Detailed Engine Inspection | $10,000 |
| Alternator Testing And Rebuild (2 Units) | $70,000 |
| Engine Rebuild For Two Units (Range of 80,000 to 400,000 each) | $480,000 |
| Heat Exchangers And Associated Plumbing | $25,000 |
| In-Ground Storage Tank Compliance | |
| Air Compressors And Plumbing | $10,000 |
| HVAC | $15,000 |
| Air Intakes | $20,000 |
| Controls | $40,000 |
| Switchgear | $50,000 |
| Feeder Testing | $5,000 |
| | |
| Total | $725,000 |

### 9.2.7 NEW GENERATORS

As the cost to repair the existing generators is unknown until a detailed engine inspection can be performed, provision of new generators is addressed in this section.

A likely location for a new bank of generators would be in the immediate vicinity of the sub-station. Based on emergency loading requirements of 1.7 MW (see Figure 9.1), and allowing for one unit to be out of service, a bank of three 1 MW units or four .75 MW units would provide adequate capacity. Generators of this size are approximately $150,000.00. Additional paralleling switchgear, above ground storage tank, and controls would be required. These units are directly connectable to the SCADA system, which could monitor their loading and operating parameters.

The costs associated with providing a new bank of generators as described above are shown in Table 9.5 - Electrical System Opinion of Probable Cost at the end of this section.

### 9.2.7  OPINION OF PROBABLE COST – ELECTRICAL IMPROVEMENTS

Table 9.5
Flint WTP - Electrical System
Opinion of Cost

**Substation**

| Equipment Name | Equipment Location | Hardware Cost | Electrical Installation Cost | Sub Total |
|---|---|---|---|---|
| Building | | | | |
| Medium Voltage Switchgear | | | | |
| High Voltage Equipment | | | | |
| | Total | | | $750,000 |

**Standby Emergency Diesel Generator**

| Equipment Name | Equipment Location | Hardware Cost | Electrical Installation Cost | Sub Total |
|---|---|---|---|---|
| Fuel Tank | | | | |
| 750 Kw Generator Set (quantity 4) | | | | |
| Paralleling Gear | | | | |
| 10,000 Gal Tank | | | | |
| Controller Gear/Miscellaneous | | | | |
| | Total $1,500,000 | | $250,000 | $1,750,000 |

**Pump Station No.4**

| Equipment Name | Equipment Location | Hardware Cost | Electrical Installation Cost | Sub Total |
|---|---|---|---|---|
| Existing Feeder Re-termination & Support | PS4 Electrical Vault | $15,000 | included | |
| High Service P7 & P8 Medium Voltage VFD | PS 4 Electrical Room | $400,000 | included | |
| High Service P1 & P2 Medium Voltage VFD | PS 4 Electrical Room | $400,000 | included | |
| Medium Voltage Switch Gear | PS 4 Electrical Room | $100,000 | included | |
| Associated Switches/Bypass Gear | PS 4 Electrical Room | $100,000 | included | |
| Miscellaneous Electrical | PS 4 Electrical Room | $50,000 | included | |
| | Total $1,215,000 | | $0 | $1,065,000 |

**Dewatering Building**

| Equipment Name | Equipment Location | Hardware Cost | Electrical Installation Cost | Sub Total |
|---|---|---|---|---|
| Ductbank to Dewatering Building | | $30,000 | included | |
| Primary Electrical Feeders 2/0 @ 500ft | Ductbank | $15,000 | included | |
| Pad Mounted Transformer | Beside Dewatering Building | $15,000 | $7,500 | |
| | Total | $60,000 | $7,500 | $67,500 |

**UV Disinfection System**

| Equipment Name | Equipment Location | Hardware Cost | Electrical Installation Cost | Sub Total |
|---|---|---|---|---|
| Secondary Electrical Feeders 4/0 @ 300ft | Filter Gallery Basement | $15,000 | included | |
| MCC Modifications | Filter Gallery Basement | $10,000 | included | |
| | Total | $25,000 | $0 | $25,000 |

Grand Total  $3,657,500

9 - 20

## Figure 9.1
## Flint WTP - Connected
## Electrical Loads

| Fed From Location | Load Center | Location | Load Name | Connected Load Quantity | Load (HP) | Subtotal (HP) | FLA @ 460v | Subtotal (FLA) | Emergency Gear | Emergency Load (FLA) | Required for 35 MGD Operation | 35 MGD Load (FLA) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| South Electrical Room | MCC-1 | West Flocculation Basin Electrical Room | Slow Mix Motors | 18 | 2 | 36 | 3.3 | 59.4 | Y | 59.4 | Y | 59.4 |
| | | | Rapid Mix Motors | 1 | 5 | 5 | 7.6 | 7.6 | Y | 7.6 | Y | 7.6 |
| | | | LP Transformer (15kva Single Phase) | 1 | | | 31 | 31 | Y | 31 | Y | 31 |
| | | | | | | | | 0 | | | | 0 |
| | MCC-2 | East Flocculation Basin Electrical Room | Slow Mix Motors | 16 | 2 | 32 | 3.3 | 52.8 | Y | 52.8 | Y | 52.8 |
| | | | Rapid Mix Motors | 1 | 5 | 5 | 7.6 | 7.6 | Y | 7.6 | Y | 7.6 |
| | | | LP Transformer (15kva Single Phase) | 1 | | | 31 | 31 | Y | 31 | Y | 31 |
| | | | | | | | | 0 | | | | 0 |
| | MCC-BB1 | Boiler Room (north east corner) | Boiler 1 | 1 | 5 | 5 | 7.6 | 7.6 | Y | 7.6 | Y | 7.6 |
| | | | Boiler 2 | 1 | 5 | 5 | 7.6 | 7.6 | Y | 7.6 | Y | 7.6 |
| | | | LP Transformer | 1 | 30 kva | | | 36 | 36 | Y | 36 | Y | 36 |
| | | | | | | | | 0 | | | | 0 |
| South Electrical Room | Power Panel No.1 | In Chemical Feed Office | Exhaust Fan Slow Mix #3 | 1 | | 2 | 3.3 | 3.3 | | 0 | Y | 3.3 |
| | | | Exhaust Fan Slow Mix #2 | 1 | | 2 | 3.3 | 3.3 | | 0 | Y | 3.3 |
| | | | Evaporator | 1 | | 0 | | 0 | | 0 | | 0 |
| | | | Roof Fan | 1 | | 0 | | 0 | | 0 | | 0 |
| | | | Soda Ash Feeder | 3 | 3 | 8 | 4.8 | 14.4 | | 0 | Y | 14.4 |
| | | | Maint. Office Heater | 1 | | 9 | | 0 | | 0 | | 0 |
| | | | Elevator | 1 | | 0 | | 0 | | 0 | | 0 |
| | | | Bypass Valve | 1 | | 2 | 3.3 | 3.3 | | 0 | Y | 3.3 |
| | | | North & South Weir Gates | 1 | | 0 | | 0 | | 0 | | 0 |
| | | | Air Compressor | 1 | | 3 | | 0 | | 0 | Y | 0 |
| | | | To Power panel #2 | | | 0 | | 0 | | 0 | | 0 |
| | | | To Power panel #3 | | | 0 | | 0 | | 0 | | 0 |
| | | | To Power panel #3 | | | 0 | | 0 | | 0 | | 0 |
| | | | To Power MCC-LSP | | | 0 | | 0 | | 0 | | 0 |
| | | | North Lime Slaker control Panel | 1 | 3 | 3 | 4.8 | 4.8 | | 0 | Y | 4.8 |
| | | | South Lime Slaker control Panel | 1 | 3 | 3 | 4.8 | 4.8 | | 0 | Y | 4.8 |
| | | | North East Lime Slaker | 1 | 3 | 3 | 4.8 | 4.8 | | 0 | Y | 4.8 |
| | | | South East Lime Slaker | 1 | 3 | 3 | 4.8 | 4.8 | | 0 | Y | 4.8 |
| Power Panel No.1 | Power Panel No.3 | Hall Way Between Clarifiers | West Clarifier Roof Fan | 1 | | 3 | 4.8 | 4.8 | | 0 | Y | 4.8 |
| | | | East Clarifier Roof Fan | 1 | | 3 | 4.8 | 4.8 | | 0 | Y | 4.8 |
| | | | West Clarifier Control Panel | 1 | 27 | 27 | 40 | 40 | Y | 40 | Y | 40 |
| | | | East Clarifier Control Panel | 1 | 27 | 27 | 40 | 40 | Y | 40 | Y | 40 |
| | | | West Clarifier Butterfly valve | 1 | 5 | 5 | 7.6 | 7.6 | | 0 | | 0 |
| | | | East Clarifier Butterfly valve | 1 | 5 | 5 | 7.0 | 7.0 | | 0 | | 0 |
| | | | West Clarifier Recarb Butterfly valve | 1 | 5 | 5 | 7.6 | 7.6 | | 0 | | 0 |
| | | | East Clarifier Recarb Butterfly valve | 1 | 5 | 5 | 7.6 | 7.6 | | 0 | | 0 |
| Power Panel No.1 | MCC-LSP | Basement Next to Sludge Pumps | West Lime Sludge Inlet Valve | 1 | 3 | 3 | 4.8 | 4.8 | | 0 | Y | 4.8 |
| | | | East Lime Sludge Inlet Valve | 1 | 3 | 3 | 4.8 | 4.8 | | 0 | Y | 4.8 |
| | | | Lime Sludge Pump No.1 | 1 | 15 | 15 | 21 | 21 | Y | 21 | Y | 21 |
| | | | West Recarb Basin Sludge Pump | 1 | 3 | 3 | 4.8 | 4.8 | Y | 4.8 | Y | 4.8 |
| | | | Lime Sludge Pump No.2 | 1 | 15 | 15 | 21 | 21 | | 0 | Y | 21 |
| | | | East Recarb Basin Sludge Pump | 1 | 3 | 3 | 4.8 | 4.8 | | 0 | Y | 4.8 |
| | | | Sludge Pump Control Panel | 1 | | 0 | 0.5 | 0.5 | Y | 0.5 | Y | 0.5 |
| | | | Lime Sludge Pump No.3 | 1 | 15 | 15 | 21 | 21 | | 0 | Y | 21 |
| Power Panel No.1 | Power Panel No.2 | West Side of Plant By CO2 Tank | Heater | 1 | | | 10 | 10 | Y | 10 | Y | 10 |
| | | | Sump Pump | 1 | | 3 | 4.8 | 4.8 | | 0 | Y | 4.8 |
| | | | LP-2 Transformer | 1 | | | 54 | 54 | Y | 54 | Y | 54 |
| | | | CO2 Control Panel | 1 | | | 3.6 | 3.6 | | 0 | Y | 3.6 |
| South Electrical Room | MCC-H | Lime Storage Building | Bin Vent Blower | 1 | 5 | 5 | 7.6 | 7.6 | | 0 | Y | 7.6 |
| | | | Bin Vent Filter Control System | 1 | | 0 | 0.5 | 0.5 | | 0 | Y | 0.5 |
| | | | Compressed Air System | 1 | 5 | 5 | 7.6 | 7.6 | | 0 | Y | 7.6 |
| | | | Lime Level S Control Panel | 1 | | 0 | 0.5 | 0.5 | Y | 0.5 | Y | 0.5 |
| South Electrical Room | MCC-PC | Primary Clarifier Electrical Room | Sludge Pump (SL1) | 1 | 10 | 10 | 14 | 14 | | 0 | Y | 14 |
| | | | Sludge Pump (SL2) | 1 | 10 | 10 | 14 | 14 | | 0 | Y | 14 |
| | | | Drain Pump (DP1) | 1 | 15 | 15 | 21 | 21 | | 0 | Y | 21 |
| | | | Drain Pump (DP2) | 1 | 15 | 15 | 21 | 21 | | 0 | Y | 21 |
| | | | LP1 Transformer | 1 | 30kva | | 36 | 36 | Y | 36 | Y | 36 |
| | | | Pump (EF1A) | 1 | 0.75 | 0.75 | 1.6 | 1.6 | | 0 | Y | 1.6 |
| | | | Pump (EF1B) | 1 | 0.75 | 0.75 | 1.6 | 1.6 | | 0 | Y | 1.6 |
| | | | Pump (EF1C) | 1 | 0.75 | 0.75 | 1.6 | 1.6 | | 0 | Y | 1.6 |
| | | | Pump (EF3) | 1 | 1.5 | 1.5 | 3 | 3 | | 0 | Y | 3 |
| | | | Pump (SF1) | 1 | 1.5 | 1.5 | 3 | 3 | | 0 | Y | 3 |
| | | | Air Compressor | 2 | 1 | 2 | 2.1 | 4.2 | | 0 | Y | 4.2 |
| Substation | PDP1 | Grounds Facility Building | Dust Collection | 1 | 7.5 | 7.5 | 11 | 11 | | 0 | Y | 11 |
| | | | Air Compressor | 1 | 3 | 3 | 4.8 | 4.8 | | 0 | Y | 4.8 |
| | | | Pressure Washer | 1 | 7.5 | 7.5 | 11 | 11 | | 0 | Y | 11 |
| | | | Water Heater | 1 | 10kva | | 10 | 10 | | 0 | Y | 10 |
| Substation | MCC-FLT | Blower Room (south west corner of plant) | Air Blower 1 | 1 | 75 | 75 | 76 | 76 | | 0 | Y | 76 |
| | | | Air Blower 2 | 1 | 75 | 75 | 76 | 76 | | 0 | | 0 |
| | | | LP Transformer | 1 | 75kva | | 90 | 90 | Y | 90 | Y | 90 |
| | | | Filter No.1 Valves (7) | 1 | 7.5 | 7.5 | 11 | 11 | Y | 11 | Y | 11 |
| | | | Filter No.2 Valves (7) | 1 | 7.5 | 7.5 | 11 | 11 | Y | 11 | Y | 11 |
| | | | Filter No.3 Valves (7) | 1 | 7.5 | 7.5 | 11 | 11 | Y | 11 | Y | 11 |
| | | | Filter No.4 Valves (7) | 1 | 7.5 | 7.5 | 11 | 11 | Y | 11 | Y | 11 |
| | | | Filter No.5 Valves (7) | 1 | 7.5 | 7.5 | 11 | 11 | Y | 11 | Y | 11 |
| | | | Filter No.6 Valves (7) | 1 | 7.5 | 7.5 | 11 | 11 | Y | 11 | Y | 11 |

## Figure 9.1
## Flint WTP - Connected
### Electrical Loads

| | | | | Qty | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Filter No.7 Valves (7) | 1 | 7.5 | 7.5 | 11 | 11 | | 0 | Y | 11 |
| | | | Filter No.8 Valves (7) | 1 | | 7.5 | 11 | 11 | | 0 | Y | 11 |
| | | | Filter No.9 Valves (7) | 1 | | 7.5 | 11 | 11 | | 0 | Y | 11 |
| | | | Filter No.10 Valves (7) | 1 | | 7.5 | 11 | 11 | | 0 | Y | 11 |
| | | | Filter No.11 Valves (7) | 1 | | 7.5 | 11 | 11 | | 0 | Y | 11 |
| | | | Filter No.12 Valves (7) | 1 | | 7.5 | 11 | 11 | | 0 | Y | 11 |
| | | | East Wash Water Valve | 1 | | 1 | 2.1 | 2.1 | Y | 2.1 | Y | 2.1 |
| | | | West Wash Water Valve | 1 | | 1 | 2.1 | 2.1 | | 0 | | 0 |
| | | Phase II | Ultraviolet Disinfection Unit | 2 | 60Kw | | 72 | 144 | | 0 | Y | 144 |
| | | | | | | | | | | 0 | | 0 |
| | | Basement by Chemical Feed | LP-4 & LP-6 Transformer | 1 | 45kva | | 54 | 54 | Y | 54 | Y | 54 |
| | | | | | | | | | | 0 | | 0 |
| | | | | | | | | | | 0 | | 0 |
| Mechanical Closet | Power Panel-LAB | Mechanical Closet By Operation Room | Electric Heater | 1 | 17kw | | 18 | 18 | | 0 | Y | 18 |
| | | | Condenser Unit | 1 | | 5 | 7.6 | 7.6 | Y | 7.6 | Y | 7.6 |
| | | | Fan Coil Unit | 1 | | 5 | 7.6 | 7.6 | Y | 7.6 | Y | 7.6 |
| | | Mechanical Closet By Operation Room | LP-15 Transformer | 1 | 45kva | | 54 | 54 | Y | 54 | Y | 54 |
| | | | Water Heater | 1 | 10kw | | 10 | 10 | Y | 10 | Y | 10 |
| | | | Roof Exhaust Fan | 1 | 0.75 | 0.75 | 1.6 | 1.6 | | 0 | Y | 1.6 |
| | | | Air Compressor | 1 | 0.75 | 0.75 | 1.6 | 1.6 | Y | 1.6 | Y | 1.6 |
| | | | | | | | | | | 0 | | 0 |
| | | Mechanical Closet By Operation Room | LP-13 Transformer | 1 | 25kva | | 30 | 30 | Y | 30 | Y | 30 |
| | | | | | | | | | | 0 | | 0 |
| Substation | PS4 | Pump Station 4 | Low Service Pump No.6 (15 MGD) | 1 | 125 | 125 | 156 | 156 | | 0 | Y | 156 |
| | | | Low Service Pump No.3 (20 MGD) | 1 | 200 | 200 | 240 | 240 | | 0 | | 0 |
| | | | Low Service Pump No.5 (20MGD) | 1 | 150 | 150 | 185 | 185 | | 185 | Y | 185 |
| | | | Low Service Pump No.4 (15 MGD) | 1 | 125 | 125 | 156 | 156 | | 0 | Y | 156 |
| | | | High Service Pump No.8 | 1 | 1000 | 1000 | 1180 | 1180 | | 0 | | 0 |
| | | | High Service Pump No.7 | 1 | 800 | 800 | 951 | 951 | Y | 951 | | 0 |
| | | | High Service Pump No.1 | 1 | 800 | 800 | 951 | 951 | | 0 | Y | 951 |
| | | | High Service Pump No.2 | 1 | 800 | 800 | 951 | 951 | | 0 | Y | 951 |
| | | | High Service Pump No.9 | 1 | 250 | | | 0 | | 0 | | 0 |
| | | | 2400 to 240/480 Transformer | 1 | 37.5kva | | 78 | 78 | | 0 | Y | 78 |
| | | | 2400 to 120/240 Transformer | 1 | 37.5kva | | 78 | 78 | Y | 78 | Y | 78 |
| | | | | | | | | | | 0 | | 0 |
| | | | | | | | | | | 0 | | 0 |
| Substation | | Ozone building (750kva Pad Transformer) | | 1 | 750Kva | | 900 | 900 | | 0 | 905 | 450 |
| Substation | | Electrical Maintenance Building | Transformer | 1 | 225Kva | | 270 | 270 | | 0 | 203 | 281 |
| Substation | | Control Station No.2 | Transformer | 1 | 225Kva | | 270 | 270 | | 0 | 203 | 281 |
| | | | | | | | | | | 0 | | 0 |
| | | | | | | | | | | 0 | | 0 |
| | | | | | | | | | | 0 | | 0 |
| Substation | Dewatering | New Dewatering Building (?? Pad Transformer) | Air Compressor | 1 | 75 | 75 | 96 | 96 | | 0 | Y | 96 |
| | | | Refrigerated air dryer | 1 | 10 | 10 | 14 | 14 | | 0 | Y | 14 |
| | | | Progressive cavity pumps | 2 | 75 | 150 | 96 | 192 | | 0 | Y | 192 |
| | | | Light Panel | 1 | 45kva | | 54 | 54 | | 0 | Y | 54 |
| | | | Belt filler press 1 | 1 | 10 | 10 | 14 | 14 | | 0 | Y | 14 |
| | | | Belt filler press 2 | 1 | 10 | 10 | 14 | 14 | | 0 | Y | 14 |
| | | | | | | | | | | 0 | | 0 |
| | | Sludge Thickening Area | Sludge Collectors | 2 | 75 | 150 | 96 | 192 | | 0 | Y | 192 |
| | | | | | | | | | | | | |
| | | | | | | FLA Total | | 8381.8 | | 1984 | | 8074.3 |
| | | | | | | | | | | | | |
| | | | | | | MW Total | | 6.97 | | 1.66 | | 4.22 |



ALL PROPOSED EQUIPMENT SHOWN IN BOLD.

* ALL PLCS ARE SLC 5/04
UNLESS OTHERWISE NOTED.

| ALVORD, BURDICK & HOWSON LLC<br>IN CONJUNCTION WITH<br>O'MALIA CONSULTING<br>DMYTRYKA JACOBS ENGINEERS, INC. | CITY OF FLINT<br>DEPARTMENT OF UTILITIES | MICHIGAN<br>WATER TREATMENT PLANT REHABILITATION<br>PHASE II<br>PROPOSED SCADA<br>COMMUNICATION ARCHITECTURE | DRAWN<br>CHK'D<br>APPR'D<br>DATE<br>PROJECT NUMBER | REVISION | SHEET<br>OF<br>DRAWING NUMBER<br>7 |



ALL PROPOSED EQUIPMENT SHOWN IN BOLD.

* ALL PLCS ARE SLC 5/04
UNLESS OTHERWISE NOTED.

| | | |
|---|---|---|
| ALVORD, BURDICK & HOWSON LLC<br>IN COLLABORATION WITH<br>O'MALIA CONSULTING<br>DMYTRYKA JACOBS ENGINEERS, INC. | MICHIGAN<br>CITY OF FLINT<br>DEPARTMENT OF PUBLIC WORKS & UTILITIES | WATER TREATMENT PLANT REHABILITATION<br>PHASE II<br>PROPOSED SCADA<br>TELEMETRY RTU ARCHITECTURE |

SHEET 8



ALL PROPOSED EQUIPMENT SHOWN IN BOLD

| ALVORD, BURDICK & HOWSON LLC<br>IN CONJUNCTION WITH<br>O'MALIA CONSULTING<br>DMYTRYKA JACOBS ENGINEERS, INC. | CITY OF FLINT<br>DEPARTMENT OF PUBLIC WORKS & UTILITIES | WATER TREATMENT PLANT REHABILITATION<br>PHASE II<br><br>PROPOSED PLC<br>LAYOUT |
|---|---|---|

## SECTION 10 – SECURITY ISSUES

Please refer to Chapter 10 Risk Mitigation Approaches in the City of Flint Vulnerability Assessment, since the details are **Confidential**.

## SECTION 11 – ADDITIONAL CHEMICAL STORAGE

The chemical storage facilities as designed and constructed during Phase I of the water treatment plant rehabilitation for post softening pH adjustment and for ozonation treatment were sized based on the Flint Water Plant being used solely for the purpose of redundant supply to the City of Detroit supply pipeline. Based on this intended use, the Michigan Department of Environmental Quality (MDEQ) did not require 30 days of storage of the chemical used in these two treatment processes. To bring the rehabilitated plant into regulatory compliance with the chemical storage requirements for primary use, additional storage facilities will need to be constructed for carbon dioxide, oxygen and nitrogen.

Each of these systems will be practically identical to the facilities that are presently under construction. Each of these storage tanks will be equipped with motorized control valves for isolating each feed system from the central control room to facilitate operations.

### Carbon Dioxide

One carbon dioxide storage tank and unloading station, identical to the existing unit, will be installed north of the existing tank on a concrete equipment pad as shown on Drawing No. 10. Details are listed as follows:

Capacity – 34 tons of liquid carbon dioxide
Vaporizer – 750 pounds per hour @ 300 psig
Refrigeration – Low speed compressor, 3 hp, 480V, 3-phase
Piping – Schedule 80 carbon steel and schedule 40, Type 304L stainless steel
Gas piping will follow the route of the existing 3" piping from the existing casing located on the west side of west secondary slow mix basins to the PSF panels located in the Carbon Dioxide feed room.

### Oxygen and Nitrogen

One liquid oxygen and one liquid nitrogen storage tanks and unloading stations identical to the existing units will be installed north of the existing facilities as shown in the drawing section of this report. Details are listed as follows:

| Liquid Oxygen | Liquid Nitrogen |
|---|---|
| Capacity – 9000 gallons | Capacity – 540 gallons |
| Diameter – 10 ft (maximum) | Diameter – 5.5 ft (maximum) |
| Maximum Pressure – 110 psig | Maximum Pressure – 175 psig |
| Operating Pressure – 75 psig | Operating Pressure – 100 psig |
| Feed Rate – 175 scfm | Feed Rate – 1 scfm |
| Piping – Copper | Piping – Copper |





## SECTION 12 – RESERVOIR STORAGE

The U.S. Geological Survey (USGS) maintains stream gages on the Flint River for the purpose of measuring and recording quantity of flow. One of these gages located approximately two miles west of Flint is referred to as the "Flint River near Flint" (see Figure 12-1) on the USGS database. The average discharge of the 68 year period from 1933 to 2001 was 637 cubic feet per second (cfs) or 411 MGD (Table 12-1). Prior to the construction of the dams along the Flint River, the lowest flow recorded occurred on August 7, 1934 was 9 cfs. However since the dams and resulting reservoirs were constructed the minimum flow in the river is maintained in the range of 160 cfs.

### Table 12-1
### Annual Mean

| Year | Stream Flow (cfs) | Year | Stream Flow (cfs) | Year | Stream Flow (cfs) | Year | Stream Flow (cfs) |
|------|------|------|------|------|------|------|------|
| 1933 | 558 | 1951 | 801 | 1968 | 658 | 1985 | 1348 |
| 1934 | 308 | 1952 | 714 | 1969 | 553 | 1986 | 1210 |
| 1935 | 413 | 1953 | 454 | 1970 | 435 | 1987 | 637 |
| 1936 | 278 | 1954 | 535 | 1971 | 472 | 1988 | 554 |
| 1937 | 396 | 1955 | 426 | 1972 | 658 | 1989 | 573 |
| 1938 | 557 | 1956 | 737 | 1973 | 977 | 1990 | 790 |
| 1939 | 294 | 1957 | 628 | 1974 | 941 | 1991 | 758 |
| 1940 | 349 | 1958 | 263 | 1975 | 1131 | 1992 | 946 |
| 1941 | 325 | 1959 | 688 | 1976 | 967 | 1993 | 854 |
| 1942 | 605 | 1960 | 601 | 1977 | 446 | 1994 | 948 |
| 1943 | 889 | 1961 | 381 | 1978 | 508 | 1995 | 641 |
| 1944 | 427 | 1962 | 504 | 1979 | 515 | 1996 | 926 |
| 1945 | 664 | 1963 | 242 | 1980 | 673 | 1997 | 915 |
| 1946 | 499 | 1964 | 154 | 1981 | 1028 | 1998 | 640 |
| 1947 | 994 | 1965 | 476 | 1982 | 788 | 1999 | 340 |
| 1948 | 694 | 1966 | 359 | 1983 | 654 | 2000 | 507 |
| 1949 | 512 | 1967 | 717 | 1984 | 686 | 2001 | 780 |
| 1950 | 1080 | | | | | | |

Natural drought flow (10 year-7 day) in the Flint River of 32.5 cfs is relatively low. However, the two reservoirs, upstream from the water plant intake, are operated for the purpose of maintaining minimum flow in the river. The total storage capacity of these two reservoirs is approximately 20,000 acre-feet (6.5 billion gallons).

The City's wastewater treatment plant discharge permit requires a minimum flow of at least 90 cfs or approximately 60 MGD. Based on the maximum design flow for the water treatment plant of 36 MGD, which is approximately 56 cfs, a total flow in the Flint River of 146 cfs would be required to meet both the water demand and the wastewater discharge permit needs. During 10 year-7 day low flow conditions of 32.5 cfs, 114 cfs would be required from the reservoirs.

Based on the preceding, under the worst case conditions of maximum plant flow of 36 MGD and 10 year – 7 day low stream flow for four consecutive days the reservoir level would be lowered by approximately 6 inches. Based on a review of the historical record, this would occur once in 40+ years.



U.S.G.S GAGES

⚠1 - NEAR LAPEER
⚠2 - NEAR OTISVILLE
⚠3 - NEAR FLINT
⚠4 - NEAR FOSTERS

WATER TREATMENT PLANT
REHABILITATION
PHASE II

FLINT RIVER DRAINAGE BASIN

FIGURE
12-1