# EXHIBIT 6

| | |
|---|---|
| From: | Michael Brown <mbrown@cityofflint.com> |
| Sent: | Wednesday, November 21, 2012 10:51 AM |
| To: | mbrown@reinvestflint.org |
| Subject: | Fwd: FLINT WATER PLANT TREATMENT SCHEMATIC |
| Attachments: | Scan019.PDF |

---------- Forwarded message ----------
From: **Brent Wright** <bwright@cityofflint.com>
Date: Wed, Nov 21, 2012 at 10:45 AM
Subject: FLINT WATER PLANT TREATMENT SCHEMATIC
To: dguastel@tyjt.com, aqaqish@tyjt.com
Cc: Ed Kurtz <ekurtz@cityofflint.com>, Michael Brown <MBrown@cityofflint.com>, Howard Croft <hcroft@cityofflint.com>, Daugherty Johnson <djohnson@cityofflint.com>

Good morning gentleman,

attached is the treatment schematic for the Flint Water Plant, some items on the schematic were never completed. These items were to be part of Phase 2 of the rehab, but the City chose not move forward with Phase 2. The items are listed below.

Soda Ash Feed Process
UV Disinfection
Anhydrous Ammonia Feed System.

There are items on here that were completed in Phase 1 but are not used in test runs and emergency plant runs. These items are listed below.

Calcium Oxide Feed System
Carbon Dioxide Feed System
Fluoride Feed System

Also requested was an updated cost for the the Flint Water Plant if we chose to go with KWA. The 7.1 million that is stated in the KWA book is the updated cost to Flint. A map of the Flint transmission mains was also requested, I am still waiting on a electronic copy to be emailed to me. As soon as I receive it I will send it out. Any further questions please feel free to contact me and have a great holiday weekend.

Thank you,
Brent Wright



DEPOSITION EXHIBIT 41
12-3-19
PENGAD 800-631-6989

COF_FED_0119252

--
Michael K. Brown
Emergency Manager
City of Flint
1101 S. Saginaw Street
Flint, Michigan 48502
810.766.7346 Telephone
810.766.7218 Fax

COF_FED_0119253