# EXHIBIT 7

Highly Confidential - James E. Redding

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF MICHIGAN

 3                    SOUTHERN DIVISION

 4    _____

                                      )

 5                                    )  Civil Action No.

                                      )  5:16-cv-10444

 6    In re:  FLINT WATER CASES        )

                                      )

 7                                    )  Hon. Judith E. Levy

                                      )  Mag. Mona K. Majzoub

 8    _____)

 9

10           Thursday, September 17, 2020

11                HIGHLY CONFIDENTIAL

12

13

14           Remote videotaped deposition of

15    JAMES E. REDDING conducted at the location of the

16    witness in Flint, Michigan, commencing at 9:02 a.m.,

17    on the above date, before Carol A. Kirk, Registered

18    Merit Reporter, Certified Shorthand Reporter, and

19    Notary Public.

20

21

22

23              GOLKOW LITIGATION SERVICES

            877.370.3377 ph | 917.591.5672 fax

24                  deps@golkow.com
```

Highly Confidential - James E. Redding

```
 1   Figure 17."

 2              Do you see that?

 3        A.    Yes.

 4        Q.    And so it would be fair to say

 5   that based on this report and study, your group

 6   concluded that Alternative 3, the new supply,

 7   was the best alternative for Genesee County, and

 8   that was to develop a new independent water

 9   supply, correct?

10        A.    I don't -- I don't think we ever

11   made a recommendation.  I think our conclusion

12   was that over a long enough period, that that

13   alternative did have a more attractive cost than

14   staying with Detroit.

15        Q.    Okay.

16        A.    You know, it was depending on how

17   you want to look at it.

18        Q.    No, I understand.  And I think --

19   I do think that's an important distinction to

20   make.  You're not necessarily recommending any

21   of those alternatives.  You're just saying what

22   the projected costs of them are, and what you

23   determined was that Alternative 3, the new water

24   supply, was the most cost effective, correct?
```

Highly Confidential - James E. Redding

```
 1         A.    Over a longer period of time.

 2         Q.    Right.

 3                   - - -

 4    (Redding Deposition Exhibit 3 marked.)

 5                   - - -

 6  BY MR. HOWE:

 7         Q.    Okay.  I want to mark as Exhibit 3

 8  a document entitled "Preliminary Engineering

 9  Report, Lake Huron Water Supply, Karegnondi

10  Water Authority, September 2009."

11              Do you see that, Mr. Redding?

12         A.    Yes.

13         Q.    And is this a report -- did you

14  have any involvement in preparing --

15         A.    Yes.  I managed the completion of

16  this.

17         Q.    Okay.  So like the preliminary

18  report that we just reviewed that was prepared

19  for Genesee County, which you said you sort of

20  managed, you also managed this preliminary

21  engineering report?

22         A.    Correct.

23         Q.    Okay.  And it indicates that this

24  report was prepared by a number of different
```

Highly Confidential - James E. Redding

1    entities, including Gannett Fleming, Jones &

2    Henry Engineers, Lockwood, Andrews & Newnam,

3    O'Malia Consulting, Rowe Professional Services

4    Company, and Wade Trim, correct?

5         A.    Correct.

6         Q.    And I think we saw that Jones &

7    Henry and Gannett and Fleming were involved in

8    that earlier preliminary report prepared for

9    Genesee County in April 2005, correct?

10        A.    Correct.

11        Q.    And this report is 36 pages.

12   Again, I'm going to move through it fairly

13   quickly.

14             But it indicates that this report

15   was prepared on behalf of a number of government

16   units and agencies, including the City of Flint,

17   Genesee County, Lapeer County, and Sanilac

18   County; is that right?

19        A.    Correct.  And the difference here

20   is that when this report was done, the authority

21   known as the Karegnondi Water Authority had been

22   formed, and the City of Flint, Genesee County,

23   Lapeer and Sanilac were all members of the

24   Karegnondi.  So that's why this is a little

Highly Confidential - James E. Redding

1    had to get over, was paying for the construction

2    of your new infrastructure.

3            Q.    Yeah, the new KWA pipeline,

4    correct?

5            A.    So once you got past the bonds,

6    then, you know, that kind of made it a lot less

7    expensive.

8            Q.    Right.

9                        - - -

10        (Redding Deposition Exhibit 4 marked.)

11                        - - -

12    BY MR. HOWE:

13            Q.    Exhibit 4 is a document entitled

14    "Analysis of the Flint River as a Permanent

15    Water Supply for the City of Flint."

16                Do you see that?

17            A.    Yes.

18            Q.    And this -- it looks like this

19    report or study was prepared for the mayor at

20    the time of the City of Flint, Dwayne Walling.

21                Do you see that?

22            A.    Yes.

23            Q.    Or Dayne Walling.  Sorry.

24                And it indicates that the authors

Highly Confidential - James E. Redding

1    of this report were Rowe and LAN.

2              Do you see that?

3         A.   Yes.

4         Q.   And was your involvement with

5    respect to this report similar to the two prior

6    reports that we saw for the Genesee County Drain

7    Commissioner and the KWA?

8         A.   Yes.

9         Q.   Okay.  And according to the

10   report, the table of contents, the purpose of

11   the report was to "evaluate the feasibility of

12   utilizing the City of Flint's water treatment

13   plant and Flint River as the primary water

14   supply for the City of Flint."

15             Do you see that?

16        A.   Yes.

17        Q.   And that "The study evaluated

18   whether the Flint River is an adequate source of

19   water for the City of Flint and identified

20   upgrades needed to reliably supply water on a

21   continuous basis."

22             Do you see that?

23        A.   Yes.

24        Q.   And then it indicates that due to

Highly Confidential - James E. Redding

```
 1    cost and reliability concerns, the City of

 2    Flint, Genesee County, Lapeer County, City of

 3    Lapeer, and Sanilac County are "evaluating

 4    alternatives for their long-term water supply."

 5              Do you see that?

 6        A.    Yes.

 7        Q.    And then it referenced the most

 8    recent study -- which we just reviewed, the

 9    September 2009 study -- which focused on two

10    primary alternatives:  Alternative number 1 -

11    continued supply by Detroit, and Alternative 2 -

12    development of a new Lake Huron water supply.

13              Do you see that?

14        A.    Yes.

15        Q.    And it looks like this study added

16    a third alternative, Alternative 3, which would

17    provide for "utilizing the existing City of

18    Flint WTP to treat water from the Flint River"

19    and that it -- that alternative assumed that

20    water would be supplied only to customers within

21    the city.

22              Do you see that?

23        A.    Yes.

24        Q.    Okay.  And that in order to
```

Highly Confidential - James E. Redding

```
 1   evaluate the feasibility of Alternative 3, the

 2   report states that "The river and WTP will be

 3   examined to determine their ability to supply

 4   water in sufficient quantity meeting current and

 5   anticipated regulations."

 6            Do you see that?

 7       A.   Yes.

 8       Q.   And the report or the study notes

 9   that "There have been many new rules and

10   regulations for treatment of surface water since

11   1967 when Flint's WTP was last used as a primary

12   water supply."

13            Do you see that?

14       A.   Yes.

15       Q.   Okay.  And then it indicates in --

16   sorry.  I'm jumping around here a little bit.

17            It indicates that analysis of

18   adequacy of Flint River -- "A detailed analysis

19   of the adequacy of the Flint River as a water

20   supply source is included in Appendix 3" to the

21   report and that "This section provides an

22   overview."

23            Do you see that?

24       A.   Yes.
```

Highly Confidential - James E. Redding

1          Q.    And under water -- "Source Water

2    Quality," it indicates that "Preliminary

3    analysis indicates that water from the river can

4    be treated to meet current regulations; however,

5    additional treatment will be required than for

6    Lake Huron water.  This results in higher

7    operating costs than the alternative of a new

8    Lake Huron supply."

9               Do you see that?

10         A.    Yes.

11         Q.    And then it says, "Although water

12   from the river can be treated to meet regulatory

13   requirements, aesthetics of the finished water

14   will be different than from Lake Huron."

15              Do you see that?

16         A.    Yes.

17         Q.    And then it indicates that "A

18   detailed investigation of potential sources of

19   contamination has not been completed," and that

20   "If used for water supply, a source water

21   protection management plan should be developed

22   to study the watershed, identify potential

23   sources of contamination, and enact safeguards

24   to prevent or control future threats."

Highly Confidential - James E. Redding

```
 1                    Do you see that?

 2          A.    Yes.

 3          Q.    And do you know whether a source

 4   water protection management plan was developed,

 5   and if so, who was responsible for preparing

 6   that plan?

 7          A.    To my knowledge, there was none

 8   developed.

 9          Q.    Okay.

10          A.    All we were doing here was

11   identifying a need that would have to be

12   addressed.

13          Q.    Correct.  And do you know whether

14   that need was addressed?

15          A.    Not to my knowledge.

16          Q.    And then under "Water Treatment,"

17   it says, for comparison of the different

18   alternatives, "It's assumed that the Flint WTP

19   will treat water from the river to provide a

20   finished water of similar quality to the other

21   alternatives being considered."

22                    And those other alternatives being

23   continued Detroit supply and new lake water

24   supply.
```

Highly Confidential - James E. Redding

1                    Do you see that?

2          A.    Yes.

3          Q.    Okay.  And then it says that "A

4    review of the city's WTP has been completed

5    (Technical Memorandum, Cost of Service Study,

6    Flint Water Treatment Plant, prepared by

7    Lockwood, Andrews & Newnam dated June 2011) to

8    evaluate its ability to treat water from the

9    river on a continuous basis to meet current and

10   anticipated regulations and produce high quality

11   finished water."

12                   Do you see that?

13         A.    Yes.

14         Q.    And the details of that review and

15   analysis are provided in Appendix 8 to this

16   report or study.

17                   Do you see that?

18         A.    Yes.

19         Q.    Hopefully we'll get a chance to

20   look at that in a little bit.

21                   And then it indicates that there

22   are a number of upgrades that would be needed to

23   the WTP in order to process water from the Flint

24   River, correct?

Highly Confidential - James E. Redding

```
1            A.    Yes.

2            Q.    And those upgrades included lime

3    sludge disposal, soda ash feed system, chemical

4    storage, electrical and SCADA, S-C-A-D-A, post

5    chlorination and zebra mussel control, security

6    issues, pumping system improvements, filter

7    transfer station to Dort Reservoir and UV

8    inactivation and emergency interconnect.

9                 Do you see that?

10           A.    Yes.

11           Q.    And that your estimate -- your

12   estimated total cost of those WTP upgrades was

13   49.9 million, correct?

14           A.    Yes.

15           Q.    And you indicate that in addition

16   to the upgrades to the water treatment plant,

17   that there were also -- that there would also be

18   "increased operating costs associated with the

19   continuous operation of the WTP."

20                 Do you see that?

21           A.    Yes.

22           Q.    And that for comparison purposes,

23   only the additional operating costs have been

24   determined.
```

Highly Confidential - James E. Redding

1              Do you see that?

2        A.    Yes.

3        Q.    And that you indicate that there

4   are additional labor costs, the cost of

5   chemicals used for water treatment, the disposal

6   cost for the lime sludge, increased power costs,

7   ozone treatment, and maintenance cost.

8              Do you see that?

9        A.    Yes.

10       Q.    And the cost summary of all that,

11  including the 49 million or so for the WTP

12  upgrades would be 61,458,000, correct?

13       A.    Yes.

14       Q.    Okay.  And you indicate in your

15  summary -- oh, I'm sorry.

16             You also indicate that "Planning,

17  design, construction, and startup will require

18  52 to 60 months for completion."

19             Do you see that?

20       A.    Yes.

21       Q.    So you were estimating between

22  four and five years to design, construct, and

23  start up the WTP, correct?

24       A.    Correct.

Highly Confidential - James E. Redding

1          Q.     And under "Summary," you indicate

2     that "Analysis indicates that the cost of

3     supplying water from the Flint River on a

4     continuous basis will be greater than the

5     proposed KWA Raw Water Supply Contract but less

6     than continued supply from Detroit."

7                 Do you see that?

8          A.     Yes.

9          Q.     All right.  And correct me if I am

10    wrong, but according to this report, the

11    recommendation was that the KWA option was still

12    the least attractive alternative from a cost

13    standpoint in the long term, correct?

14         A.     You mean the most attractive?

15         Q.     Most attractive.  Sorry.

16         A.     Yes.

17         Q.     Okay.  With that, I'm going --

18         A.     Well, let me qualify that a little

19    bit.  I think the -- actually, the cost of using

20    the Flint River wasn't a whole lot different.

21    They were kind of close, but the issue with the

22    Flint River was you had all those intangibles

23    that I -- that we -- that needed some

24    addressing.  I'm not sure you're going to get

Highly Confidential - James E. Redding

1    through all those, so ...

2         Q.    Yeah.  Well, I don't --

3    unfortunately I don't have the time to do so

4    this round.

5         A.    I meant I wasn't sure that those

6    are things that the city was going to be able to

7    tackle, I guess.

8         Q.    Understood.

9              MR. HOWE:  So at this time, I'll

10             pass the witness and reserve any

11             remaining time for reexamination, if we

12             can get to that point.

13                Thank you.

14             THE VIDEOGRAPHER:  Do we want to

15             go to the next person, or do you want to

16             go off the record to decide who that's

17             going to be?

18             MR. ERICKSON:  Let's go off the

19             record.

20             THE VIDEOGRAPHER:  All right.  We

21             are now going off record.  The time is

22             10:03.

23                (Recess taken.)

24             THE VIDEOGRAPHER:  We are now back

Highly Confidential - James E. Redding

1   BY MR. ERICKSON:

2         Q.    So this document was previously

3   marked as Exhibit 49 at the Brent Wright

4   deposition.  It's an August 20, 2013 proposed

5   scope of upgrades document with a cover e-mail

6   from Mr. Green.

7               Did you participate in preparing

8   this document, Mr. Redding?

9         A.    Yeah.  The document that you

10  have -- the first page of that document was an

11  e-mail, I think, from Warren, but the second

12  page and probably the rest of it if you go on

13  down through it --

14              MR. ERICKSON:  Go ahead and scroll

15        through it, Sarah.

16        A.    The bulk of that document I had

17  prepared based on that meeting on the 13th to

18  use to provide to the DEQ to give them an idea

19  of what was being proposed.

20              So I think the way that worked was

21  on the -- the day after the meeting, so it would

22  have been the 14th, I e-mailed a draft of that

23  to Warren.

24              And then, like, the following

Highly Confidential - James E. Redding

1    Tuesday or something like that, Warren sent out

2    the copy that you have here.  So he had made

3    some edits and put his initials at the bottom

4    and said "draft for review" or something like

5    that on the bottom.

6                Q.    Okay.  Thank you.

7                A.    And then that floated around for a

8    couple days, and then we sent it to the DEQ to

9    get ready for the meeting on the 27th.

10               Q.    Okay.

11               MR. ERICKSON:  Sarah, scroll to

12               the end of the document to the

13               Section 3.  Not item 3.  Keep going.

14               It's on the last page.  There we go,

15               Section 3.

16   BY MR. ERICKSON:

17               Q.    So we have a Section 3 here

18   Mr. Redding, and it says, "Other items to

19   address to finalize scope of work."

20               Do you believe that that is

21   something that you drafted or something that

22   Mr. Green added after your initial draft?

23               A.    No.  That was added by Warren.

24               Q.    That was his recollection as well.

Highly Confidential - James E. Redding

1    here.  "However, the long-term costs of the KWA

2    supply will be less."

3               Do you see that?

4         A.    Yeah.  Okay.

5         Q.    I just want to make sure I

6    understand.

7         A.    Then that -- then that would be

8    the conclusion, I guess, at that time.  Like I

9    say, I think the cost for the Flint River and

10   the KWA were kind of similar, actually, but ...

11   But the numbers probably came out to KWA as a

12   hair less.

13               - - -

14     (Redding Deposition Exhibit 20 marked.)

15               - - -

16   BY MR. HOWE:

17        Q.    Mr. Redding, I've marked and

18   placed before you as Exhibit 20 a document

19   entitled "Technical Memorandum:  Analysis of the

20   Flint River as an Interim Water Source."

21               Are you familiar with this

22   document?

23        A.    Yeah.  That document was prepared

24   kind of as a tool to look at using the Flint

Highly Confidential - James E. Redding

1    River on an interim basis.  It strikes me that

2    after we did the study for Genesee County using

3    the Flint River on a permanent basis, somebody

4    from the city, probably Howard Croft, had asked

5    that we consider -- or look at it using it as an

6    interim basis.

7         Q.    Okay.

8         A.    So what that -- what this is, is

9    kind of a quick little rework of the long-term

10   supply to get a sense of what the differences

11   were.

12            And as I recall, the conclusions

13   were that it was -- the trouble with using it as

14   an interim supply then going to KWA is you ended

15   up having to make improvements for both KWA and

16   the Flint River.  And the improvements that

17   you're doing for the Flint River, you're only

18   going to use for a few years so --

19        Q.    Right.

20        A.    -- the payback period was pretty

21   short.  And then you still had all those

22   intangibles to deal with for an interim period.

23        Q.    Correct.

24        A.    So that's kind of the conclusion

Highly Confidential - James E. Redding

1                    Do you see that?

2         A.    Yes.

3         Q.    And then you state in the memo,

4    "The characteristics and quality of raw water

5    from the river is different than water from Lake

6    Huron.  Additional treatment processes and

7    enhancements are needed to treat water from the

8    river than water from Lake Huron, even for a

9    limited period of time.

10                    "The 2011 study evaluated the

11    existing WTP to identify upgrades needed to

12    treat water from the river and the costs of

13    providing treatment."

14                    Do you see that?

15         A.    Yes.

16         Q.    Okay.  And then I wanted to

17    talk -- it discusses some of the upgrades that

18    were made to the water treatment plant.  And it

19    states, "Between 1999 and 2006, the city

20    completed Phase 1 of upgrades to the WTP to

21    rehabilitate and update many of the systems and

22    equipment at the facility.

23                    "These upgrades were designed to

24    provide a maximum WTP capacity of 36 MGD.  The

Highly Confidential - James E. Redding

1    about Exhibit 20 that was marked earlier today,

2    and I want to find it.  I suspect I'm going to

3    have the same problem that I had before, but

4    bear with me for a moment.

5              There we go.  I'm guessing you

6    can't see this document; is that right?  You

7    still see the list?

8              THE VIDEOGRAPHER:  Correct.

9              MR. ERICKSON:  I'll try again.

10   BY MR. ERICKSON:

11        Q.    Okay.  Now, can you see the

12   technical memorandum?

13        A.    Yes.

14        Q.    Okay.  This was marked previously

15   earlier today by Mr. Howe as Exhibit 20.

16              Was this document provided to the

17   city even though it was a draft?

18        A.    Not to my knowledge.

19        Q.    Did you have discussions with the

20   city about your analysis?

21        A.    Well, the way I remember this was

22   I believe it was Howard Croft had asked Rick

23   what -- after the report that talked about Flint

24   using the Flint River as a permanent supply, I

1  believe Howard Croft asked Rick about what about

2  using the Flint River as a temporary supply

3  during the time that the KWA was being built.

4           And so this was kind of an

5  internal document that we had put together to

6  kind of think through that. And I kind of went

7  over it with Rick and suggested that, you know,

8  we would sit down with the city and try to

9  figure out what they were really trying to --

10  what their questions were. To my knowledge, it

11  wasn't given to the city.

12      Q.   Okay. But you did sit down -- did

13  you then sit down -- after talking with

14  Mr. Freeman, did you then sit down with the city

15  and review your analysis with representatives

16  from the city?

17      A.   I was never part of that, so I

18  don't know whether Rick did or not.

19      Q.   Okay. So as far as you know, you

20  don't know whether he did or not. He may have?

21  He may not have?

22      A.   Right. I don't know.

23      Q.   When you were approached to get

24  involved in, you know, participating in the