# EXHIBIT 10

| | |
|---|---|
| **From:** | Howard Croft <howardcroft@midmichigansolar.com> |
| **Sent:** | Thursday, January 26, 2012 8:46 AM |
| **To:** | Rick Freeman |
| **Cc:** | Liz Murphy; Mike Brown; Gerald Ambrose |
| **Subject:** | RE: Water Plant Evaluation |

Rick,

Yes we want to look at using the Flint River only until Karegondi comes online and then using it as our backup. I am hoping this would be a four year period. We want to determine how much revenue (water bill charges vs. cost to deliver from the river) would we realize in those four years.

Using expected water bill charges I am assuming the same usage numbers with no increase or decrease in rates during the four year period.

I show our payment to Detroit as follows:

2010 = ~17,103,000
2011 = ~ 21,000,000
2012 = ~ 24,000,000 ( 12% increase coming in July)
2013 = ~ 26,000,000 (expected increase of 10% in 2013)

Roadblocks I am most concerned about are:
1) Ability to move the county onto Detroit's system or could we provide their needs.
2) Ability to use our second pump as a backup (avoiding backup demand costs from Detroit)
3) Permitting
4) Fisheries

Number one hope is that we could accomplish everything needed ASAP targeting within two years.

Questions:
1) Can we use the s2 grant to help cover study costs
2) Can we use DEQ low interest loan to help cover costs

I would anticipate  capacity to Karegondi of between 15 and 20 MGD (probably 18 which is inline with the 2011 report.)

We want to evaluate if we covered our own up front costs with a separate bond, or if we attempt to include it in a larger bond covering our portion of the Karegondi also. (Enabling us to use revenue to cover infrastructure issues, P.M. program, contractors, etc...)

Any input from Mike Prysby would be helpful, but I am planning to push this direction very hard if it is feasible.

Let me know if there is anything I can do to help.

Thanks again,


Howard Croft
President / CEO
Mid Michigan Solar
Michigan EC#6112484
NABCEP Certificate#031310-46
Office 810-814-1223
Cell 810-282-6549
howardcroft@midmichigansolar.com



EXHIBIT

Freeman 5

1

From: Rick Freeman [RFreeman@rowepsc.com]
Sent: Wednesday, January 25, 2012 11:51 AM
To: hcroft@cityofflint.com; Howard Croft
Subject: Water Plant Evaluation

Howard,

A couple of things to clarify my analysis and some parameters that should be considered if you have not already.

The analysis is to determine the benefit to the City of placing the water plant online to produce quality water to the residents and possibly the county between "now" and when Karagoundi comes online....is this the correct basis for the analysis?

A couple of issues that need to be evaluated if they have not been considered already.

MDEQ requirements for "safe drinking water" standards on the use of Flint River water above and below the Holloway Reservoir. EPA put into place some stringent regulations in 1987 on the use of surface water. The question here is what are they going to require to be implemented on an interim basis.

Another issue is the requirements of Homeland Security on reservoir security and how this relates to the Holloway Reservoir and the downstream river section.

Your thoughts on these?

We may want to have an informal discussion with Mike Prysby at MDEQ to briefly go over these.

2

COF_FED_0089202