# EXHIBIT 14

**EXHIBIT**

**Redding 20**

exhibitsticker.com

# Technical Memorandum
# Analysis of the Flint River as an Interim Water Supply

## 1. Introduction

The September 2009 <u>Preliminary Engineering Report – Lake Huron Water Supply</u>[1] (2009 Study) evaluated the alternative of a new water supply for Flint, Genesee County, and other communities. The new supply was planned by the Karegnondi Water Authority (KWA) to deliver untreated Lake Huron water to member communities of the authority. It was assumed that the City of Flint would use their existing water treatment plant (WTP) to treat water supplied by the KWA from Lake Huron. During the projected four year construction period for the new KWA supply, it was assumed that the city would continue to purchase water for its customers from Detroit.

The July 2011 <u>Analysis of the Flint River as a Permanent Water Supply</u>[2] (2011 Study) evaluated another alternative for a water supply for the City. The 2011 Study explored the feasibility of using the city's WTP to provide treatment of water from the Flint River as a permanent water supply for the city.

This memorandum will consider a variation of the alternatives considered in previous studies. This study evaluates the potential for using the city's WTP and the Flint River as a water source, only during the period that the new KWA water supply is constructed.

For consistency with previous work, this analysis is based on information from the 2009 and 2011 studies.

## 2. Demands

For this evaluation, it is assumed that the city's water demands average 14.0 MGD with a maximum day demand of 17.5 MGD[3]. Genesee County's current demands are assumed to be 14.2 MGD with a maximum day demand of 25 MGD[4].

## 3. Flint River as a Water Source

The 2011 Study concluded that the city's water demands cannot be reliably supplied on a continuous basis from the Flint River within the limitations established by the Holloway Reservoir Management Plan (HRMP). The HRMP, an agreement between the city and the Genesee County Parks and Recreation Commission, establishes operational limits on the Holloway Dam to support recreational activities and maintain adequate flow in the river for mixing with discharges from the city's water pollution control facility (WPCF). The WPCF NPDES permit establishes the level of wastewater treatment required based on minimum flow available in the river for mixing with treated effluent. The HRMP allows for variations to the established operating limits for emergencies, such as the loss of the city's public water supply. Modifications to the HRMP, NPDES permit, or both are assumed to be needed to authorize withdrawal of sufficient quantities of water from the river to reliably supply the city's demands, even for a period limited to a few years.

The 2011 Study also identified a number of intangible factors which need to be addressed if the river is used as water supply such as environmental permitting, impact to fisheries, impact to recreation and



to adjacent property owners, and improvements to dams.  Additional effort and time is needed to address these factors to confirm the specific requirements for use of the river as a water supply. These need to be addressed regardless of whether the river is used as a permanent supply or only for a period of a few years while the KWA supply is built.

The characteristics and quality of raw water from the river is different than water from Lake Huron. Additional treatment processes and enhancements are needed to treat water from the river than water from Lake Huron, even for a limited period of time. The 2011 Study evaluated the existing WTP to identify upgrades needed to treat water from the river and the costs of providing treatment.

## 4. Existing Water Treatment Plant

Between 1999 and 2006, the city completed phase 1 of upgrades to the WTP to rehabilitate and update many of the systems and equipment at the facility.  These upgrades were designed to provide a maximum WTP capacity of 36 MGD.   The second phase of the planned upgrades has not been completed; additional upgrades to the WTP are needed regardless of the source of water.

### 4.1 WTP Needs – Lake Huron Source

The 2009 Study included an evaluation of the WTP to determine needed upgrades and operating costs for treating water from Lake Huron.  Prior to operation on a continuous basis, upgrades of some ancillary systems (electrical, controls, and chemical treatment) are needed to reliably provide service.  Some piping modifications to convey water into and out of the WTP are also needed.  The cost of these improvements was estimated to be $7.3M in the 2009 Study.

### 4.2 WTP Needs – Flint River Source

The 2011 Study included an evaluation of the city's WTP to identify upgrades needed and the cost of treating water from the Flint River.  Following is a brief overview of upgrades needed for treating water from the river.

a.  Additional Treatment and Treatment Enhancements

Regulations require both filtration and disinfection treatment for all surface water sources to protect against pathogen organisms. In addition, the 2006 Long Term 2 Enhanced Surface Water Treatment Rule (LT2ESWTR) requires additional treatment where the source water is at risk for the presence of Cryptosporidium, a chlorine-resistant pathogen.  The regulations require monitoring of the source water over a two-year period to evaluate the potential for Cryptosporidium.  Monitoring has not been performed on the Flint River, but it is assumed that water from the river will require additional treatment for eradication of pathogens, viruses, and bacteria based on the characteristics of the watershed than is needed for treatment of water from Lake Huron.

b.  Softening

Raw water from the Flint River has a hardness averaging 239 mg/l $CaCO_3$, which is considered very hard (see Table 1).  The WTP has facilities to provide softening.  The softening process results in large quantities of lime sludge requiring disposal.  When last operated on a full-time basis, lime sludge from softening was conveyed to the Bray Road



disposal site. Continued use of the Bray Road site for disposal will not be permitted by the MDEQ without first completing remediation and other improvements at the site.

The 2011 Study assumed that new facilities are needed at the WTP for the handling and disposal of the lime sludge because the Bray Road site is no longer available. If water produced is to be of similar quality to that now provided by Detroit, softening is required. These upgrades will not be needed for the treatment of water from Lake Huron.

**Table 1: Hardness Classification**

| Total Hardness (mg/l as CaCO₃) | Classification |
|---|---|
| less than 15 | Very Soft Water |
| 15 to 60 | Soft Water |
| 61 to 120 | Moderately Hard Water |
| 121 to 180 | Hard Water |
| greater than 180 | Very Hard Water |

Raw water from Lake Huron has a hardness of about 100 mg/l $CaCO_3$ and is considered moderately hard; Detroit does not currently provide softening of the water supplied to Flint.

Although there are no regulatory requirements regarding hard water, softening is recommended even during the interim period being considered. Hard water is troublesome for industries and services which use water. Hard water reduces the efficiencies and shortens the lives of boilers and industrial cooling towers. Hard water reduces the effectiveness of soaps and detergents for laundry and washing and results in stains and films on glassware and plumbing fixtures.

In addition to removing hardness, the softening process also provides beneficial reduction in bacteria. The softening process will aid in meeting regulatory requirements for additional treatment for Cryptosporidium and other pathogens, and reduce the need for chemical disinfectants.

c.   Piping and Ancillary Systems

As with the proposed Lake Huron supply, upgrades to ancillary systems (electrical, controls, and chemical treatment) are needed to reliably provide for operation on a continuous basis. If water is supplied from the river, the facilities used to pump from the river into the WTP and from the WTP to the distribution system should be upgraded too.

d.   Zebra Mussel Control

Zebra mussels are prevalent in both Lake Huron and the Flint River. Provisions for controlling zebra mussels from Lake Huron were included with the planning of the intake and included in the KWA costs. If the Flint River is used for water supply, provisions for controlling zebra mussels will be needed at the WTP.

## 5.  Schedule

The 2009 Study assumed a four year period for completing the design and construction of the new KWA water system. It was assumed that upgrades needed for the city's WTP to provide treatment of Lake Huron water requires about 2 ½ years of the four year period and can be completed concurrently with the work on the KWA supply. Table 2 shows the time estimated to complete key milestones to upgrade the city's WTP for treating water from Lake Huron.



The 2011 Study indicated that four to five years should be allowed for completing the planning, analysis, design, and construction of upgrades for treating water from the river at the city's WTP. More time is required to ready the WTP for treating river water than water from Lake Huron because of the water quality testing required, the remaining need to define work on the dams, and some additional time to specifically address the impacts identified if the river is used for water supply. Construction will take longer because of the additional specialized equipment needed and the additional facilities to be built. Table 2 compares the time to complete the WTP for both water sources under consideration. The schedule assumes that construction begins later for the Lake Huron upgrades.

**Table 2: Construction Schedules**

| | Year 1 | | | | Year 2 | | | | Year 3 | | | | Year 4 | | | | Year 5 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q | 2Q | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q |
| **WTP Upgrades for Lake Huron Water** | | | | | | | | | | | | | | | | | | | | |
| Design of WTP Upgrades | | | | | ■ | ■ | ■ | | | | | | | | | | | | | |
| Permitting | | | | | | | | ■ | | | | | | | | | | | | |
| Construction | | | | | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | | |
| Start Up | | | | | | | | | | | | | | | | ■ | | | | |
| **WTP Upgrades for Flint River Water** | | | | | | | | | | | | | | | | | | | | |
| Source Water Monitoring | ■ | ■ | ■ | ■ | ■ | | | | | | | | | | | | | | | |
| Address Issues with use of River | ■ | ■ | ■ | ■ | ■ | | | | | | | | | | | | | | | |
| Design of WTP Upgrades | | | | | ■ | ■ | ■ | ■ | ■ | | | | | | | | | | | |
| Permitting | | | | | | | | | ■ | | | | | | | | | | | |
| Construction | | | | | | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | |
| Start Up | | | | | | | | | | | | | | | | | | | ■ | |

## 6. Analysis

### 6.1 Capacity

Existing facilities at the WTP have capacity to provide treatment up to 36 MGD. These have sufficient capacity to provide treatment for the current maximum day demands of City of Flint customers (17.5 MGD). The current maximum day demand of Flint and Genesee County combined is 42.5 MGD. The WTP does not have sufficient capacity to supply to both the city and Genesee County.



## 6.2 WTP Upgrades

Section 4 identified upgrades to the WTP necessary based on the source of water. The following table summarizes and compares the city's responsibilities for upgrades, based on the water source.

Table 3: WTP Needs Comparison

|  | River as Permanent Source | River as Interim Source | Lake Huron Source (KWA) |
|---|---|---|---|
| Additional planning to resolve quantity limitations resulting from HRMP and WPCF NPDES permit, environmental issues, dams, Cryptosporidium potential, etc. | x | x |  |
| Additional Treatment for Cryptosporidium , viruses, etc. | x | x |  |
| Softening | x | recommended |  |
| Zebra Mussel Control | x | x |  |
| Ancillary System Upgrades | x | x | x |
| Inlet Piping Revisions |  | x | x |
| Inlet Pumping Upgrades | x | x |  |

## 6.3 WTP Costs

The following table compares the costs for upgrades which are needed to the city's WTP for its use during the interim period while the KWA supply is constructed. The table is simplified to show only the key requirements for treating water from the river in addition to the requirements for treating water from Lake Huron. No cost allowance is included for the continued investigation, planning, and permitting for use of the river as a continuous water supply, or resulting needs such as improvements to dams.

Table 4: Comparison of Additional WTP Upgrade Costs

|  | River as Interim Source (with softening) | River as Interim Source (without Softening) |
|---|---|---|
| Additional Treatment for Cryptosporidium, viruses, etc. | $7,056,000 | $7,056,000 |
| Softening | $15,089,000 |  |
| Zebra Mussel Control | $322,000 | $322,000 |
| Inlet Pumping Upgrades | $1,443,000 | $1,443,000 |
|  | **$23,910,000** | **$8,821,000** |



In addition to the cost for providing the upgrades, there will be increased operating costs for the additional treatment and softening (if provided) for water from the river. Table 5 shows some of these costs.

**Table 5: Additional Annual Operating Costs**

| Process | Annual Cost |
|---|---|
| Softening | |
| Chemicals | $1,471,578 |
| Sludge Handling | $453,000 |
| | $1,924,578 |
| Additional Treatment | |
| Ozone | $207,517 |

The primary goal of this analysis is evaluation of the use of Flint's WTP with the river as a source to provide an interim water supply during the period that the KWA water supply is constructed. The 2009 Study estimated that design and construction for the KWA water supply would be completed in four years. Costs for upgrades to the WTP to treat water from the river on an interim basis will be amortized over a four-year period for this analysis. These will not be needed once the water source is changed to Lake Huron so their service life is considered to be four years.

The following table computes the cost of water ($ per MCF) using the river as an interim supply. Although recommended, softening is not a regulatory requirement. Costs for both scenarios (with softening and without softening) are presented.

**Table 6: Relative Cost to Use WTP as Interim Supply**

| | With Softening | Without Softening |
|---|---|---|
| Additional WTP Upgrades (Flint River Source) | $23,910,000 | $8,821,000 |
| Annual Equivalent Capital Cost (4 year amortization) | $6,900,223 | $2,545,666 |
| WTP O&M (2009 Study, First year of operation) | $3,329,000 | $3,329,000 |
| Additional O&M Costs (Flint River Source) | $2,132,095 | $207,517 |
| Revised O&M | $5,461,095 | $3,536,517 |
| Annual Equivalent Cost | $12,361,317 | $6,082,183 |
| Average Demand (MGD) | 14 | 14 |
| Annual Consumption (MCF) | 683,155 | 683,155 |
| Unit Cost of Water ($/MCF) | $18.09 | $8.90 |

Currently, Flint purchases water from Detroit at an average cost of $17.42 per MCF[5]. Table 6 indicates that it will cost $18.09 per MCF to supply water from the river, treated to a similar quality as that currently supplied by Detroit. Un-softened water can be provided at less cost, but is not recommended because of the resulting impact of hard water to customers and the benefits the softening process has with other treatment processes.

## 6.4 Flint River Intangibles

The cost comparison above addresses only costs associated with upgrading and operating the WTP. Addressing the issues which have been identified regarding impacts to the river and



upgrades to the dams will increase the costs.  Additional time for review is needed to define specific requirements, limitations, and the resulting costs.

a.  Hamilton Dam

The Hamilton Dam is critical to maintaining a sufficient water depth at the WTP intake to allow water to be drawn from the river.  The dam has been determined to be in poor condition and recommended for replacement.  If the dam is not replaced, it needs to be reevaluated regarding its ability to reliably provide this service through the interim supply period.  If the dam is not replaced, some upgrades will be needed to provide safe, reliable service through the interim period.

b.  HRMP

The HRMP establishes limitations on discharges from the dam to support recreational use, to provide suitable flow in the river at the city's WPCF, and for maintaining an emergency water supply.  The agreement was executed years after the city ceased using the river as its primary water supply. During dry periods, the river cannot supply sufficient water to meet the city's demands within the limits established by the HRMP.  Modifications to the agreement or other provisions are needed to assure that the river is a suitable source for water supply during the interim period.

c.  Other Impacts

To meet water supply demands during dry periods, flow in the river will need to be supplemented by withdrawal from the storage provided by the Holloway Reservoir.  The resulting reduction in water levels from the normal reservoir level will affect recreational users, adjacent property owners, and the fishery. Although dry periods and large withdrawals are likely at some times if the river is used as permanent water supply, the likelihood of major impacts during a period limited to a few years is reduced.  However, dry periods are possible at any time so the impacts of such periods must be weighed against the potential impacts even for a limited period.  These issues will need to be addressed with interested parties and regulatory agencies even for an interim supply.

## 6.5 Schedule

If the WTP is to be used for treating water from the river during the period that the new KWA supply is being constructed, upgrades to the WTP need to be completed prior to construction of the KWA supply.  Not only the upgrades necessary to treat water from the river, but the upgrades needed to ultimately treat water from Lake Huron also need to be completed in advance to avoid disruptions once operations commence.  The 2011 Study established a schedule of four to five years for the planning, design, and construction of the WTP to allow for treating water from the river.

Regardless of whether water is purchased from Detroit during the four year construction of the KWA supply (and concurrent upgrades to the city's WTP) or whether water is purchased from Detroit for four to five years while the city's WTP is upgraded to provide water during the KWA construction period, it will be necessary to purchase water from Detroit for at least four years.  Because water must be purchased for a similar period with either option, there seems to be no potential for savings by using the city's WTP as an interim supply regardless of costs.  Construction costs are likely to



increase if the KWA project is delayed to ready the city's WTP to supply water during the KWA construction.  The city's investment in upgrades to treat water from the river will be an extra expense to the city, since the upgrades will not be needed with the KWA Lake Huron supply.

## 7.  Summary

Although the Flint River may be used as an interim water supply during construction of the new KWA water supply, the analysis completed here suggests that this option will extend the time to complete the new KWA water supply and will result in additional costs to the city.  If water is supplied by Detroit during the interim period, there will be no need to address the intangible factors which have been identified for use of the river as a supply.  Resolution of these issues, including the HRMP limitations and impacts to recreation, fishery, and property owners, and dam upgrades are likely to increase the time and cost beyond those presented above.



**References / Comments:**

1. <u>Preliminary Engineering Report - Lake Huron Water Supply;</u> September 2009; prepared for the Karegnondi Water Authority; prepared by AECOM, Gannett Fleming, Inc., Jones and Henry Engineers, Ltd., Lockwood, Andrews, and Newnam, Inc., O'Malia Consulting, Rowe Professional Services Company, and Wade Trim, Inc.

2. <u>Analysis of the Flint River as a Permanent Water Supply for the City of Flint</u>, July 2011, prepared for the City of Flint, prepared Rowe Professional Services Company and Lockwood, Andrews, and Newnam, Inc.

3. Demands are from Table 1, 2011 Study.

4. Demands are from Table 1, 2009 Study.

5. FY 2010 Purchased Water = 1,310,783 MCF
   FY 2011-12 commodity rate = \$13.36 / MCF;  @ 1,310,783 MCF  =       \$17,512,000
   Monthly Charge = \$443,096; for 12 months =                        \$  5,317,000
                                                                 \$ 22,829,000

   \$22,829,000 / 1,310,783 MCF = \$17.42 / MCF



**Abbreviations:**

| | |
|---|---|
| $CaCO_3$ | calcium carbonate |
| HRMP | Holloway Reservoir Management Plan |
| KWA | Karegnondi Water Authority |
| LT2ESWTR | Long Term 2 Enhanced Surface Water Treatment Rule |
| M | Million |
| MCF | 1,000 cubic feet |
| mg/l | milligram per liter (equivalent to parts per million) |
| MGD | million gallons per day |
| NPDES | National Pollutant Discharge Elimination System |
| O&M | operation and maintenance |
| Q | Quarter |
| WPCF | Water pollution control facility |
| WTP | water treatment plant |