# EXHIBIT 15

Highly Confidential - Rick A. Freeman

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF MICHIGAN
 3                    SOUTHERN DIVISION
 4   _____
                                 )
 5                               )  Civil Action No.
                                 )  5:16-cv-10444
 6   In re:  FLINT WATER CASES   )
                                 )
 7                               )  Hon. Judith E. Levy
                                 )  Mag. Mona K. Majzoub
 8   _____)
 9
10           Monday, September 14, 2020
11              HIGHLY CONFIDENTIAL
12
13
14         Remote videotaped deposition of
15   RICK A. FREEMAN conducted at the location of the
16   witness in Flint, Michigan, commencing at 9:01 a.m.,
17   on the above date, before Carol A. Kirk, Registered
18   Merit Reporter, Certified Shorthand Reporter, and
19   Notary Public.
20
21
22
23             GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
24                 deps@golkow.com
```

```
 1                  Do you see that?
 2          A.      Yes.
 3          Q.      Do you recall having either verbal
 4   or written discussions between yourself and
 5   Mr. Croft at this time about saving money by
 6   using the Flint River during the interim period
 7   between discontinuing buying water from Detroit
 8   and being able to buy water or receive water
 9   from the KWA?
10          A.      No, I do not recall that.
11          Q.      With regard to the last sentence
12   in your e-mail at the top, "These could easily
13   eat up our window of capitalizing on the reduced
14   costs from Detroit," do you know what you meant
15   by the phrase "our window of capitalizing on the
16   reduced costs from Detroit"?
17          A.      No, I do not.  I'd refer to Jim
18   Redding on that.
19          Q.      Do you recall having any
20   discussions at any time between January of 2012
21   and the time of the change order -- change over
22   to the new water source in late February or
23   early May -- excuse me -- late April or early
24   May of 2014 regarding the City of Flint saving
```