# EXHIBIT 17

2/23/2016                 City of Flint Mail - Flint River Study



Howard Croft <hcroft@cityofflint.com>

## Flint River Study
2 messages

---

**Howard Croft** <hcroft@cityofflint.com>        Fri, Oct 26, 2012 at 11:09 AM
To: mbrown <mbrown@reinvestflint.org>
Bcc: Ed Kurtz <ekurtz@cityofflint.com>, Peter Bade <pbade@cityofflint.com>

Mike,

Here is an online link for the 2011 study done by Rowe Engineering that is an analysis of using the Flint River as a permanent water supply.

We may have a copy at our water treatment plant but I am not aware of an electronic version aside from this. We could request additional copies from Rick Freeman if necessary.

Hope this helps, it is the only data I am aware of addressing the Flint River this way.

http://www.scribd.com/doc/64382181/Analysis-of-the-Flint-River-as-a-Permanent-Water-Supply-for-the-City-of-Flint-July-2011-Appendices-1-to-8

Thanks,

---

**Mike Brown** <mbrown@reinvestflint.org>        Fri, Oct 26, 2012 at 11:21 AM
To: Howard Croft <hcroft@cityofflint.com>

Thanks, I forwarded it to Pete.

Sent from my iPad
[Quoted text hidden]



Kurtz Deposition
**Exhibit 2**
231033-CAK    11/21/2019