# EXHIBIT 20



Howard Croft <hcroft@cityofflint.com>

# KWA Water Supply
3 messages

---

**Jim Redding** <JRedding@rowepsc.com>  Mon, Jan 7, 2013 at 7:35 AM
To: "ekurtz@cityofflint.com" <ekurtz@cityofflint.com>, "mbrown@reinvestflint.org" <mbrown@reinvestflint.org>, "hcroft@cityofflint.com" <hcroft@cityofflint.com>, "gambrose@cityofflint.com" <gambrose@cityofflint.com>

Hi Ed, Mike, Howard, and Gerry,

Following our meeting Friday, I reorganized the information provided regarding the KWA analysis, relative to the Slides presented by TYJT.  A draft of this is attached.

I think it will be beneficial to make sure that we (the City and Rowe) agree on what level of treatment (and WTP upgrades) is needed for the different options that were analyzed, because I really think this is what makes the difference on comparing the costs.  We should all be on the same page, whatever page it is.

Let me know if there are questions or if you'd like to discuss.


Jim Redding

Rowe Professional Services Company

810-341-7500

810-869-5166 cell

[jredding@rowepsc.com](mailto:jredding@rowepsc.com)

---

 **January 5 2013 Draft Review of TYJT Presentation.pdf**
345K

---

**Ed Kurtz** <ekurtz@cityofflint.com>  Mon, Jan 7, 2013 at 1:22 PM
To: Howard Croft <hcroft@cityofflint.com>

[Quoted text hidden]

 **January 5 2013 Draft Review of TYJT Presentation.pdf**
345K

**EXHIBIT**

**Freeman 8**

---

**Howard Croft** <hcroft@cityofflint.com>  Mon, Jan 7, 2013 at 2:27 PM
To: Daugherty Johnson <djohnson@cityofflint.com>

[Quoted text hidden]

 **January 5 2013 Draft Review of TYJT Presentation.pdf**
345K



EXHIBIT
GERALD AMBROSE
39
Juliana Zajicek, CSR 06/10/2020

CROFT - 0000000115

CROFT - 0000000116