# EXHIBIT 21

| | |
|---|---|
| **From:** | Rexford, Tori (GOV) |
| **Sent:** | Tuesday, February 05, 2013 5:33 PM |
| **To:** | Snyder, Rick (GOV) |
| **Cc:** | Scott, Allison (GOV); Muchmore, Dennis (GOV); Roberts, John (GOV); Emmitt, Beth (GOV) |
| **Subject:** | February 6 Daily Briefing |
| **Attachments:** | 130206 Daily Briefing.pdf |

Governor,

Welcome back. Attached is your daily briefing for tomorrow. It contains:

- 
- 

  **Redacted**

- 
- 
- 
- 
- Public Safety Meeting Documents:
    o Flint update from Treasury – Pg. 36

  **Redacted**

Let us know if you have any questions.

Thanks,
Tori

1

# Governor Rick Snyder
## February 6, 2013
## Daily Briefing

| Contents | Page |
|---|---|
| Redacted | |
| Public Safety Meeting Documents:<br>1. Flint update from Treasury | 36 |
| Redacted | |

# Redacted Pages 2-38

Case 5:17-cv-10164-JEL-KGA   ECF No. 334-23, PageID.19366   Filed 05/11/21   Page 5 of 6

Andy Dillon
February 1, 2013
Page **4** of **4**

Redacted

**Other Issues**

- The EFM is nearing a decision on whether to join the Karegnondi Water Authority (KWA) or continuing with the Detroit Water and Sewer Department (DWSD). Treasury has been consulted throughout this process. A decision is expected in the coming weeks.

Redacted

# Redacted Pages 40-57