# EXHIBIT 32

**CITY OF FLINT WTP MEETING**
**5/29/13**

**MEETING NOTES**

- Ed Kurtz has given Brent approval to hire design firm(s) as he sees fit and open solicitation is not needed as long as it can be justified.
- GCDC-DWWS has offered to assist with Flint WTP upgrade costs if Flint provides treated water to the County during interim period.
- Brent does want LAN to train operators. Only 4 current employees remain that have softened in the past and that was back in 2007.
- When KWA is online, Brent does not see the need for an agreement between Flint and GCDC-DWWS to provide on another with water in emergency situations. Flint will have the Flint River as back-up and DWWS will have their reservoir. This contradicts what I thought he told us at our last meeting.
- With the item above, 18 mgd for MDD is correct.
- Lime storage / feed systems have bound up. Brent is getting quotes and hopes to have them repaired by mid June. At least 1 slaker has problems with the grit removal jamming up. They suspect at least 1 storage bin allows moisture in.
- Flint would like to do full WTP test run starting mid July.
- Want full WTP test run to continue for at least 1 month.
- Flint plans to do a short plant run, without softening, June 10th to get ozonators running properly. Plan to run for one week.
- Have a meeting with GCDC-DWWS scheduled for June 12th.
- LAN needs to review low service and high service pumps we have listed in the scope for replacement / repair. Brent thinks we have the numbers listed incorrectly.
- We need to consider how to pump to waste during test run. Reservoir 3 has an overflow, and Brent thinks it discharges to the Flint River, but is not sure how.
- For interim period, the MDEQ has agreed to the concept of softening for non-carbonate hardness only to avoid the need for soda ash.
- We looked at the lime feeders and storage bins and while below the storage bins we noticed open gaps at the top where the steel bins meet the concrete floor slab above. Leaking lime material was visible.
- JRH note: I think there is a strong likelihood that WTP staff will be calling Warren for help frequently as they encounter faulty equipment and procedural issues during plant runs. How can we anticipate and account for that in our scope?



DEPOSITION EXHIBIT 40
12-31-94

**Lockwood, Andrews & Newnam, Inc.**
A LEO A DALY COMPANY

SUBJECT:

**DESIGN NOTES AND COMPUTATIONS**

SHEET NO.   OF

5/29/13 Mtg.

✓ Ed Kurtz says go ahead. Can get approval from State w/out open bid w/ justification.

    18 MG limit filter to waste.

       ½ to waste & ½ to system.

✓ temp O.F. of Res-3 to pump to waste.

Raw:
  12-15 MGD
  25 MGD
  30 MGD

✓ GC is going to help pay for their "improvements".

✓ — + left that softened. & that was back in 2007. They will want training.

( — Lime bin. Got quote. hope to have done by mid June.

✓ — Hope for plant run 2nd wk of July.

✓ — They are planning short run June 10th to shake down Ozone

( — 1 slaker has grit removal that jams up

✓ — 1 lime bin has problems - moisture? (SE one).

   — They don't use Nitrogen now.

   — When running test, they need to

✓ — July run intend to go for month.

( — They have another mtg. w/ GCDC June 12th. 9:00 am.

L.S.P9.

✓ — State not reqing (Recarb-softening). Don't need Soda ash. just carbonate.  or vice versa.

✓ — Need to completely define scope because they are going to be having troubles & calling JWC on issues when starting.

PREPARED BY    DATE    CHECKED BY    DATE    PROJECT NUMBER

D-005

✓ — June 10 to run for 1 wk.