# EXHIBIT 43

**13-046**

Lockwood,Andrews&Newnam

**Motor & Repair Services**

# CITY OF FLINT
# MICHIGAN



# CONTRACTS

## Contractor's Copy

Confidential

LAN_FLINT_00063890

EM SUBMISSION NO.: _2013 Em140_

PRESENTED: _6-21-13_

ADOPTED: _6-26-13_

**BY THE EMERGENCY MANAGER:**

**Resolution Authorizing Approval to Enter into a Professional Engineering Services Contract for the Implementation of Placing the Flint Water Plant into Operation**

The City of Flint requires professional engineering services for assistance in placing the Flint Water Plant into operation using the Flint River as a primary drinking water source for approximately two years and then converting to KWA delivered lake water when available at a cost of $171,000.00; and

The City of Flint is seeking to enter into a sole source contract with Lockwood, Andrews & Newnam, Inc., with funding coming from the Utilities Administration FY14 account in 591-536.100-801.000; and

**IT RESOLVED**, That appropriate City Officials are authorized to enter into a Professional Engineering Services contract with Lockwood, Andrews & Newnam, Inc., for the administration of placing the Flint Water Plant into operation using the Flint River as a primary drinking water source at a cost of $171,000.00. Funding will come from the Utilities Administration FY14 account 591-536.100-801.000

**APPROVED AS TO FORM:**

Peter M. Bade, Chief Legal Officer

**APPROVED AS TO FINANCE:**

Jerry Ambrose, Finance Director

**EM DISPOSITION:**

ENACT _____ FAIL _____

DATED _6-26-13_

Edward J. Kurtz, Emergency Manager

LAN_FLINT_00063891

# CITY OF FLINT
# CONTRACT WITH LOCKWOOD, ANDREWS, & NEWNAM INCORPORATED

The purpose of this agreement is to enter into a contract pertaining to the implementation of placing the City of Flint Water Plant into operation, the City of Flint (hereinafter "City") and Lockwood, Andrews, Newnam Inc., (hereinafter "Contractor").

**Applicable Law**: This contract shall be governed by and interpreted according to the laws of the State of Michigan pertaining to contracts made and to be performed in this state.

**Arbitration**: Contractor agrees to submit to arbitration all claims, counterclaims, disputes, and other matters in question arising out of or relating to this agreement, Contractor must request consent to arbitrate within 30 days from the date the Contractor knows or should have known the facts giving rise to the claim, dispute or question.

(a) Notice of demand for arbitration must be submitted to the City in writing within a reasonable time after the claim; dispute or other matter in question has arisen. A reasonable time is hereby determined to be 14 days from the date the party demanding the arbitration knows or should have known the facts giving rise to his claim, dispute or question. In no event may the demand for arbitration be made after the time when institution of legal or equitable proceedings based on such claim dispute or other matters in question would be barred by the applicable statute of limitation.

(b) Within 60 days from the date demand for arbitration is received by the City, each party shall inform Contractor whether it agrees to arbitrate. If the City does not consent, Contractor may proceed with an action in the appropriate court. If the City does consent, then within 30 days of the consent each party shall submit to the other the name of one person to serve as an arbitrator. The two arbitrators together shall then select a third person, the three together shall then serve as a panel in all proceedings. Any decision concurred in by a majority of the three shall be a final binding decision. The City's failure to respond to a timely, conforming request for arbitration is deemed consent to arbitration.

(c) The costs of the arbitration shall be spilt and borne equally between the parties and such costs are not subject to shifting by the arbitrator.

(d) The remedy for Contractor's failure to comply with this provision is dismissal of the action.

**City Income Tax Withholding**: Contractor and any subcontractor engaged in this contract shall withhold from each payment to his employees the City income tax on all of their compensation subject to tax, after giving effect to exemptions, as follows:

1

LAN_FLINT_00063892

(a)    Residents of the City:
           At a rate equal to 1% of all compensation paid to the employee who is a
resident of the City of Flint.


(b)    Non-residents:
           At a rate equal to 1/2% of the compensation paid to the employee for work
done or services performed in the City of Flint.

           These taxes shall be held in trust and paid over to the City of Flint in accordance
           with City ordinances and State law.  Any failure to do so shall constitute a
           substantial and material breach of this contract.

**Compensation**:  The City shall pay for such services as have been set forth herein, a
contract price not to exceed $___171,000.00_____ upon submission of proper
invoices, releases, affidavits, and the like. Contractor recognizes that the City does not
guarantee it will require any set amount of services. Contractor's services will be utilized
as needed and as determined solely by the City of Flint. Contractor expressly recognizes
that it has no right to payment of any amount exceeding $171,000.00. Contractor agrees
that oral agreements by City officials to pay a greater amount are not binding.

           1.    Contractor shall submit itemized invoices for all services provided under
           this Agreement identifying:

           (a)    The date of service
           (b)    The name of person providing the service and a general description of the
           service provided.
           (c)    The unit rate and the total amount due.

           Invoices shall be submitted to:

**City of Flint**                        **City of Flint**
**Accounts Payable**            **Utilities Department**
**P.O. Box 246**                   **4500 North Dort Highway**
**Flint, MI 48501-0246**       **Flint, Michigan 48505**

It is solely within the discretion of the City as to whether Contractor has provided a
proper invoice. The City may require additional information or waive requirements as it
sees fit. The City will notify the Contractor of any errors or lack of sufficient
documentation within 14 days of receipt of the invoice.


**Contract Documents**:  The invitation for bids, instructions to bidders, proposal,
affidavit, addenda (if any), statement of bidder's qualifications (when required), general
conditions, special conditions, performance bond, labor and material payment bond,

Confidential

LAN_FLINT_00063893

insurance certificates, technical specifications, and drawings, together with this agreement, form the contract, and they are as fully a part of the contract as if attached hereto or repeated herein.

**Disclaimer of Contractual Relationship With Subcontractors:** Nothing contained in the Contract Documents shall create any contractual relationship between the City and any Subcontractor or Sub-subcontractor.

**Effective Date:** This contract shall be effective upon the date that it is executed by all parties and presented to the City of Flint Clerk. This contract shall not extend beyond fiscal year 2013.

**Certification, Licensing, Debarment, Suspension and Other Responsibilities:** Contractor warrants and certifies that Contractor and/or any of its principals are properly certified and licensed to perform the duties required by this contract in accord with laws, rules, and regulations, and it not presently debarred, suspended, proposed for debarment or declared ineligible for the award of Federal contracts by any Federal agency. Contractor may not continue to or be compensated for any work performed during any time period where the debarment, suspension or ineligibility described above exists or may arise in the course of Contractor contractual relationship with the City. Failure to comply with this section constitutes a material breach of this Contract. Should it be determined that contractor performed work under this contract while non-compliance with this provision, Contractor agrees to reimburse the City for any costs that the City must repay to any and all entities.

**Force Majeure:** Neither party shall be responsible for damages or delays caused by Force Majeure or other events beyond the control of the other party and which could not reasonably have been anticipated or prevented.  For purposes of this Agreement, Force Majeure includes, but is not limited to, adverse weather conditions, floods, epidemics, war, riot, strikes, lockouts, and other industrial disturbances; unknown site conditions, accidents, sabotage, fire, and acts of God.  Should Force Majeure occur, the parties shall mutually agree on the terms and conditions upon which the services may continue.

**Good Standing**:  Contractor must remain current and not be in default of any obligations due the City of Flint, including the payment of taxes, fines, penalties, licenses, or other monies due the City of Flint.  Violations of this clause shall constitute a substantial and material breach of this contract.  Such breach shall constitute good cause for the termination of this contract should the City of Flint decide to terminate on such basis.

**Indemnification**: To the fullest extent permitted by law, Contractor agrees to defend, pay on behalf of, indemnify, and hold harmless the City of Flint, its elected and appointed officials, employees and volunteers and other working on behalf of the City of Flint, including the Project Manager, against any and all claims, demands, suits, or losses, including all costs connected therewith, and for any damages which may be asserted, claimed, or recovered against or from the City of Flint, its elected and appointed officials,

3

LAN_FLINT_00063894

employees, volunteers or others working on behalf of the City of Flint, by reason of personal injury, including bodily injury or death and/or property damage, including loss of use thereof, which may arise as a result of Contractor's acts, omissions, faults, and negligence or that of any of his employees, agents, and representatives in connection with the performance of this contract. Should the Contractor fail to indemnify the City in the above-mentioned circumstances, the City may exercise its option to deduct the cost that it incurs from the contract price forthwith.

**Independent Contractor**: No provision of this contract shall be construed as creating an employer-employee relationship. It is hereby expressly understood and agreed that Contractor is an "independent contractor" as that phrase has been defined and interpreted by the courts of the State of Michigan and, as such, Contractor is not entitled to any benefits not otherwise specified herein.

**Insurance/Worker's Compensation:** Contractor shall not commence work under this contract until he has procured and provided evidence of the insurance required under this section. All coverage shall be obtained from insurance companies licensed and authorized to do business in the State of Michigan unless otherwise approved by the City's Risk Manager. Policies shall be reviewed by the City's Risk Manager for completeness and limits of coverage. All coverage shall be with insurance carriers acceptable to the City of Flint. Contractor shall maintain the following insurance coverage for the duration of the contract.

(a)     Commercial General Liability coverage of not less than one million dollars ($1,000,000) combined single limit with the City of Flint, and including all elected and appointed officials, all employees and volunteers, all boards, commissions and/or authorities and their board members, employees and volunteers, named as "Additional Insureds." This coverage shall be written on an ISO occurrence basis form and shall include: Bodily Injury, Personal Injury, Property Damage, Contractual Liability, Products and Completed Operations, Independent Contractors; Broad Form Commercial General Liability Endorsement, (XCU) Exclusions deleted and a per contract aggregate coverage. This coverage shall be primary to the Additional Insureds, and not contributing with any other insurance or similar protection available to the Additional Insureds, whether said other available coverage be primary, contributing, or excess.

(b)     Workers Compensation Insurance in accordance with Michigan statutory requirements, including Employers Liability coverage.

(c)     Commercial Automobile Insurance in the amount of not less than $1,000,000 combined single limit per accident with the City of Flint, and including all elected and appointed officials, all employees and volunteers, all boards, commissions and/or authorities and their board members, employees and volunteers, named as "Additional Insureds." This coverage shall be written on ISO business auto forms covering Automobile Liability, code "any auto."

4

LAN_FLINT_00063895

(d)   <u>Professional Liability - Errors and Omissions</u>.  All projects involving the use of Architects, civil engineers, landscape design specialists, and other professional services must provide the City of Flint with evidence of Professional Liability coverage in an amount not less than one million dollars ($1,000,000).  Evidence of this coverage must be provided for a minimum of three years after project completion.  Any deductibles or self-insured retention must be declared to and approved by the City.  In addition, the total dollar value of all claims paid out on the policy shall be declared.  At the option of the City, either the insurer shall reduce or eliminate such deductibles or self-insured retention with respect to the City, its officials, employees, agents and volunteers; or Contractor shall procure a bond guaranteeing payment of losses and related investigation, claim, administration, and defense expenses.

Contractor shall furnish the City with two certificates of insurance for all coverage requested with original endorsements for those policies requiring the Additional Insureds.  All certificates of insurance must provide the City of Flint with not less than 30 days advance written notice in the event of cancellation, non-payment of premium, non-renewal, or any material change in policy coverage.  In addition, the wording "Endeavor to" and "but failure to mail such notice shall impose no obligation or liability of any kind upon the company, its agents or representatives" must be removed from the standard ACORD cancellation statement.  These certificates must identify the City of Flint, Risk Management Division, as the "Certificate Holder."  Contractor must provide, upon request, certified copies of all insurance policies.  If any of the above polices are due to expire during the term of this contract, Contractor shall deliver renewal certificates and copies of the new policies to the City of Flint at least ten days prior to the expiration date.  Contractor shall ensure that all subcontractors utilized obtain and maintain all insurance coverage required by this provision.

**Laws and Ordinances**: Contractor shall obey and abide by all of the laws, rules and regulations of the Federal Government, State of Michigan, Genesee County and the City of Flint, applicable to the performance of this agreement, including, but not limited to, labor laws, and laws regulating or applying to public improvements.

**Modifications:**  Any modifications to this contract must be in writing and signed by the parties or the authorized employee, officer, board or council representative of the parties authorized to make such contractual modifications under State law and local ordinances.

**No Third-Party Beneficiary:** No contractor, subcontractor, mechanic, materialman, laborer, vendor, or other person dealing with the principal Contractor shall be, nor shall any of them be deemed to be, third-party beneficiaries of this contract, but each such person shall be deemed to have agreed (a) that they shall look to the principal Contractor as their sole source of recovery if not paid, and (b) except as otherwise agreed to by the principal Contractor and any such person in writing, they may not enter any claim or bring any such action against the City under any circumstances.  Except as provided by law, or as otherwise agreed to in writing between the City and such person, each such

5

LAN_FLINT_00063896

person shall be deemed to have waived in writing all rights to seek redress from the City under any circumstances whatsoever.

**Non-Assignability:** Contractor shall not assign or transfer any interest in this contract without the prior written consent of the City provided, however, that claims for money due or to become due to Contractor from the City under this contract may be assigned to a bank, trust company, or other financial institution without such approval. Notice of any such assignment or transfer shall be furnished promptly to the City.

**Non-Disclosure/Confidentiality:** Contractor agrees that the documents identified herein as the contract documents are confidential information intended for the sole use of the City and that Contractor will not disclose any such information, or in any other way make such documents public, without the express written approval of the City or the order of the court of appropriate jurisdiction or as required by the laws of the State of Michigan.

**Non-Discrimination:** Contractor shall not discriminate against any employee or applicant for employment with respect to hiring or tenure; terms, conditions, or privileges of employment; or any matter directly or indirectly related to employment, because of race, color, creed, religion, ancestry, national origin, age, sex, height, weight, disability or other physical impairment, marital status, or status with respect to public assistance.

**Notices:** Notices to the City of Flint shall be deemed sufficient if in writing and mailed, postage prepaid, addressed to **Brent Wright, Water Plant Supervisor, 4500 North Dort Highway, Flint, Michigan 48505** and Inez Brown, City Clerk, City of Flint, **1101 S. Saginaw Street, Flint, Michigan 48502**, or to such other address as may be designated in writing by the City from time to time. Notices to Contractor shall be deemed sufficient if in writing and mailed, postage prepaid, addressed to **1 Oakbrook Terrace Suite 207, Oakbrook Terrace, Illinois 60181**, or to such other address as may be designated in writing by Contractor from time to time.

**R-12 Prevailing Wages:** Contractor is aware of City of Flint Resolution #R-12 dated April 8, 1991, which is hereby incorporated by reference, and agrees to abide by all of the applicable covenants and requirements set forth in said resolution.

**Records Property of City:** All documents, information, reports and the like prepared or generated by Contractor as a result of this contract shall become the sole property of the City of Flint.

**Scope of Services:** Contractor shall provide all of the materials, labor, equipment, supplies, machinery, tools, superintendence, insurance and other accessories and services necessary to complete the project in accordance with the proposals submitted on June 2013 . Contractor shall perform the work in accordance with the Standard General Conditions and any Special Conditions provided for in this contract and warrants to the City that all materials and equipment furnished under this contract will be new unless otherwise specified, and that all work will be of good quality, free from faults and defects and in conformance with the contract documents. All work not conforming to these

6

LAN_FLINT_00063897

requirements, including substitutions not properly approved and authorized, may be considered defective. In addition to any other remedies the City may have, if, within one year of the date of substantial completion of work, or within one year after acceptance by the City, or within such longer period of time as may be prescribed by law, any of the work is found to be defective or not in accord with the contract documents, Contractor shall correct promptly after receipt of a written notice from the City to do so, unless the City has previously given Contractor a written acceptance of such condition.

**Severability**: In the event that any provision contained herein shall be determined by a court or administrative tribunal to be contrary to a provision of state or federal law or to be unenforceable for any reason, then, to the extent necessary and possible to render the remainder of this Agreement enforceable, such provision may be modified or severed by such court or administrative tribunal so as to, as nearly as possible, carry out the intention of the parties hereto, considering the purpose of the entire Agreement in relation to such provision. The invalidation of one or more terms of this contract shall not affect the validity of the remaining terms.

**Standards of Performance**: Contractor agrees to exercise independent judgment and to perform its duties under this contract in accordance with sound professional practices. The City is relying upon the professional reputation, experience, certification, and ability of Contractor. Contractor agrees that all of the obligations required by him under this Contract shall be performed by him or by others employed by him and working under his direction and control. The continued effectiveness of this contract during its term or any renewal term shall be contingent upon Contractor maintaining his certification in accordance with the requirements of State law.

**Subcontracting**: No subcontract work, if permitted by the City, shall be started prior to the written approval of the subcontractor by the City. The City reserves the right to accept or reject any subcontractor.

**Termination**: This contract may be terminated by either party hereto by submitting a notice of termination to the other party. Such notice shall be in writing and shall be effective 30 days from the date it is submitted unless otherwise agreed to by the parties hereto. Contractor, upon receiving such notice and prorated payment upon termination of this contract shall give to the City all pertinent records, data, and information created up to the date of termination to which the City, under the terms of this contract, is entitled.

**Time of Performance**: Contractor's services shall commence immediately upon receipt of the notice to proceed and shall be carried out forthwith and without reasonable delay.

**Union Compliance:** Contractor agrees to comply with all regulations and requirements of any national or local union(s) that may have jurisdiction over any of the materials, facilities, services, or personnel to be furnished by the City.

**Waiver:** Failure of the City to insist upon strict compliance with any of the terms, covenants, or conditions of this Agreement shall not be deemed a waiver of any term,

7

LAN_FLINT_00063898

covenant, or condition. Any waiver or relinquishment of any right or power hereunder at any one or more times shall not be deemed a waiver or relinquishment of that right or power at any other time.

**Whole Agreement**: This written agreement and the documents cited herein embody the entire agreement between the parties. Any additions, deletions or modifications hereto must be in writing and signed by both parties.

Confidential

LAN_FLINT_00063899

IN WITNESS WHEREOF, the parties have executed this contract this __(day)__ of July, 2013.

**CONTRACTOR:**                                           **WITNESS(ES):**

Its _Director of Engineering_

**CITY OF FLINT, a Michigan Municipal Corp.:**

**Michael K. Brown**
**Emergency Manager**

**APPROVED AS TO FORM:**

**Peter M. Bade**
**Chief Legal Officer**

9



**Lockwood, Andrews & Newnam**

June 10, 2013

Mr. Brent Wright
City of Flint
Water Treatment Plant Supervisor
4500 N. Dort Highway
Flint, MI  48505

RE: Flint Water Treatment Plant Rehabilitation – Phase II

Dear Mr. Wright,

**Lockwood, Andrews & Newnam, Inc. (LAN)** is pleased to submit our Scope of Services and Fee Proposal for the above referenced project. LAN's staff has the knowledge, expertise and the technical professionals to handle all aspects of the project. Our staff has firsthand knowledge of the Flint Water Treatment Plant (FWTP) and the type of improvements that has taken place in there since 1997. Our team of professionals was heavily involved with the original Project Plan which secured $36 Million dollars of DWRF Low Interest Loan funding and related improvements to the plant that took place during the late 1990 and early 2000.

In addition, LAN is also working with **Rowe Professional Services**, another local engineering firm, who is familiar with the Water Treatment Plant, its staff and the City of Flint to help provide engineering and survey services related to the upcoming Phase II Improvements. The attached chart highlights the history of LAN's and Rowe's staff involvement with the FWTP for your review and reference.

Our design team, including Rowe and other sub-consultants, are very familiar with the current set up and operation of the plant and we are ready and eager to help the City of Flint swiftly and cost effectively implement the design improvements required for Phase II. These improvements is intended to help the City operates the plant on a full time basis using the Flint River and ultimately be available for treating Lake Huron Water when connected to the Karegnondi Water Authority (KWA) System in the near future.

We are excited about this opportunity and our ability to expedite the design elements to address the City's desire to operate the Plant on a full time basis as quickly as practically possible. We recommend that our tasks 1 & 2 happen concurrently as to minimize the time delay to finalize the intended design parameters.

Schedule is critically important if the City desires to use FWTP to treat water from the Flint River as an interim water supply source.  Therefore, testing and preliminary engineering work will need to get started immediately if the City's goals are to be met.  The experience and familiarity that LAN and Rowe have with the city's WTP and facilities will allow us to start quickly without having to familiarize new staff with the City's facilities.

Confidential

Mr. Brent Wright
Water Treatment Plant Supervisor
RE: Flint Water Treatment Plant Rehabilitation – Phase II

6-10-13
Page 2

We look forward to working with you and your staff to address the City's needs. Our tentative schedule could be amended to adjust the timelines to best suit the City and address the requirements of the MDEQ and other interested stakeholders.

Respectfully Submitted,
Lockwood, Andrews & Newnam, Inc.

J. Warren Green, PE
Project Director

Samir F. Matta, PE
Senior Project Manager

LAN_FLINT_00063902

## LAN & ROWE Staff Involvement Matrix

### Staff Names

| Project List | Warren Green | Samir Matta | Jeff Hansen | Steve Luoma | Eric Brown | Jim Redding |
|---|---|---|---|---|---|---|
| Flint Water Treatment Plant Project Plan 1997-1998 | X | X | X | | | |
| Flint Water Treatment Plant Phase 1 | X | X | X | X | X | |
| Flint Water Treatment Plant Phase 2 | X | X | X | X | X | |
| Flint Water Treatment Plant Full Operation Report 2003 | X | | | | | |
| Flint Water Treatment Plant - Flint River Report 2011 | X | | X | | | X |

Our Staff has been involved with the changes in the Flint Water Treatment Plant since 1997 and are well acquainted with its operation and functionality.

Confidential

LAN_FLINT_00063903

# CITY OF FLINT, MICHIGAN

## Phase II Rehabilitation and Improvements of the Flint Water Plant

The purpose of this agreement is to enter into a contract pertaining to rehabilitation of and improvements to the Flint Water Plant to provide water supply continuous service utilizing the Flint River as a water source and to set forth the rights and responsibilities of the parties, the City of Flint (hereinafter "City") and Lockwood, Andrews and Newnam, Inc. (hereinafter "Engineer").

**Applicable Law**: This contract shall be governed by and interpreted according to the laws of the State of Michigan pertaining to contracts made and to be performed in this state.

**Arbitration**: Engineer agrees that for all claims, counterclaims, disputes, and other matters arising out of or relating to this agreement, Engineer must request the City's consent to arbitrate within 30 days from the date the Engineer knows or should have known the facts giving rise to the claim, dispute or question.

(a)     Notice of a request for arbitration must be submitted to the City in writing by certified mail or personal service upon the City Attorney...

(b)     Within 60 days from the date a request for arbitration is received by the City, the City shall inform Engineer whether it agrees to arbitrate.  If the City does not consent, Engineer may proceed with an action in the appropriate court.  If the City does consent, then within 30 days of the consent each party shall submit to the other the name of one person to serve as an arbitrator.  The two arbitrators together shall then select a third person, the three together shall then serve as a panel in all proceedings.  Any decision concurred in by a majority of the three shall be a final binding decision.  The City's failure to respond to a timely, conforming request for arbitration is deemed consent to arbitration.

(c)     The costs of the arbitration shall be split and borne equally between the parties and such costs are not subject to shifting by the arbitrator.

(d)     The remedy for Engineer's failure to comply with this provision is dismissal of the action.

**City Income Tax Withholding**:  Engineer and any subconsultant engaged in this contract shall withhold from each payment to his employees the City income tax on all of their compensation subject to tax, after giving effect to exemptions, as follows:

(a)     Residents of the City:
        At a rate equal to 1% of all compensation paid to the employee who is a resident of the City of Flint.

(b)     Non-residents:
        At a rate equal to 1/2% of the compensation paid to the employee for work done or services performed in the City of Flint.

1

These taxes shall be held in trust and paid over to the City of Flint in accordance with City ordinances and State law.  Any failure to do so shall constitute a substantial and material breach of this contract.

**Compensation**:  The City shall pay for such scope of services as have been set forth herein, a contract price not to exceed $2,534,640 upon submission of proper invoices, releases, affidavits, and the like.  Engineer recognizes that the City does not guarantee it will require any set amount of services.  Engineer's services will be utilized as needed and as determined solely by the City of Flint.  Engineer expressly recognizes that it has no right to payment of any amount exceeding $2,534,640 for the scope of services as set forth herein.  Engineer agrees that oral agreements by City officials to pay a greater amount are not binding.

     1.    Engineer shall submit itemized invoices for all services provided under this Agreement identifying:

     (a)    The date of service
     (b)    The name of person providing the service and a general description of the service provided.
     (c)    The unit rate and the total amount due.

Invoices shall be submitted to:

| City of Flint Water Plant | City of Flint |
| Brent Wright | Accounts Payable |
| 4500 N. Dort Highway | P.O. Box 246 |
| Flint, MI 48505 | Flint, MI 48501-0246 |

It is solely within the discretion of the City as to whether Engineer has provided a proper invoice.  The City may require additional information or waive requirements as it sees fit.  The City will notify the Engineer of any errors or lack of sufficient documentation within 14 days of receipt of the invoice.

**Disclaimer of Contractual Relationship With Subconsultants:** Nothing contained in the Contract Documents shall create any contractual relationship between the City and any Subconsultant.

**Certification, Licensing, Debarment, Suspension and Other Responsibilities:** Engineer warrants and certifies that Engineer and/or any of its principals are properly certified and licensed to perform the duties required by this contract in accord with laws, rules, and regulations, and is not presently debarred, suspended, proposed for debarment or declared ineligible for the award of any Federal contracts by any Federal agency.  Engineer may not continue to or be compensated for any work performed during any time period where the debarment, suspension or ineligibility described above exists or may arise in the course of Engineer contractual relationship with the City.  Failure to comply with this section

2

constitutes a material breach of this Contract. Should it be determined that Engineer performed work under this contract while in non-compliance with this provision, Engineer agrees to reimburse the City for any costs that the City must repay to any and all entities.

**Force Majeure:** Neither party shall be responsible for damages or delays caused by Force Majeure or other events beyond the control of the other party and which could not reasonably have been anticipated or prevented. For purposes of this Agreement, Force Majeure includes, but is not limited to, adverse weather conditions, floods, epidemics, war, riot, strikes, lockouts, and other industrial disturbances; unknown site conditions, accidents, sabotage, fire, and acts of God. Should Force Majeure occur, the parties shall mutually agree on the terms and conditions upon which the services may continue.

**Good Standing**: Engineer must remain current and not be in default of any obligations due the City of Flint, including the payment of taxes, fines, penalties, licenses, or other monies due the City of Flint. Violations of this clause shall constitute a substantial and material breach of this contract. Such breach shall constitute good cause for the termination of this contract should the City of Flint decide to terminate on such basis.

**Indemnification**: To the fullest extent permitted by law, Engineer agrees to defend, pay on behalf of, indemnify, and hold harmless the City of Flint, its elected and appointed officials, employees and volunteers and other working on behalf of the City of Flint, including the Project Manager, against any and all claims, demands, suits, or losses, including all costs connected therewith, and for any damages which may be asserted, claimed, or recovered against or from the City of Flint, its elected and appointed officials, employees, volunteers or others working on behalf of the City of Flint, by reason of personal injury, including bodily injury or death and/or property damage, including loss of use thereof, which may arise as a result of Engineer's acts, omissions, faults, and negligence or that of any of his employees, agents, and representatives in connection with the performance of this contract. Should the Engineer fail to indemnify the City in the above-mentioned circumstances, the City may exercise its option to deduct the cost that it incurs from the contract price forthwith.

**Independent Engineer**: No provision of this contract shall be construed as creating an employer-employee relationship. It is hereby expressly understood and agreed that Engineer is an "independent Engineer" as that phrase has been defined and interpreted by the courts of the State of Michigan and, as such, Engineer is not entitled to any benefits not otherwise specified herein.

**Insurance/Worker's Compensation:** Engineer shall not commence work under this contract until he has procured and provided evidence of the insurance required under this section. All coverage shall be obtained from insurance companies licensed and authorized to do business in the State of Michigan unless otherwise approved by the City's Risk Manager. Policies shall be reviewed by the City's Risk Manager for completeness and limits of coverage. All coverage shall be with insurance carriers acceptable to the City of Flint. Engineer shall maintain the following insurance coverage for the duration of the contract.

3

LAN_FLINT_00063906

    (a)    <u>Commercial General Liability</u> coverage of not less than one million dollars ($1,000,000) combined single limit with the City of Flint, and including all elected and appointed officials, all employees and volunteers, all boards, commissions and/or authorities and their board members, employees and volunteers, named as "Additional Insureds." This coverage shall be written on an ISO occurrence basis form and shall include: Bodily Injury, Personal Injury, Property Damage, Contractual Liability, Products and Completed Operations, Independent Engineers; Broad Form Commercial General Liability Endorsement, (XCU) Exclusions deleted and a per contract aggregate coverage. This coverage shall be primary to the Additional Insureds, and not contributing with any other insurance or similar protection available to the Additional Insureds, whether said other available coverage be primary, contributing, or excess.

    (b)    <u>Workers Compensation Insurance</u> in accordance with Michigan statutory requirements, including Employers Liability coverage.

    (c)    <u>Commercial Automobile Insurance</u> in the amount of not less than $1,000,000 combined single limit per accident with the City of Flint, and including all elected and appointed officials, all employees and volunteers, all boards, commissions and/or authorities and their board members, employees and volunteers, named as "Additional Insureds." This coverage shall be written on ISO business auto forms covering Automobile Liability, code "any auto."

    (d)    <u>Professional Liability - Errors and Omissions</u>. All projects involving the use of Architects, civil engineers, landscape design specialists, and other professional services must provide the City of Flint with evidence of Professional Liability coverage in an amount not less than one million dollars ($1,000,000). Evidence of this coverage must be provided for a minimum of three years after project completion. Any deductibles or self-insured retention must be declared to and approved by the City. In addition, the total dollar value of all claims paid out on the policy shall be declared. At the option of the City, either the insurer shall reduce or eliminate such deductibles or self-insured retention with respect to the City, its officials, employees, agents and volunteers; or Engineer shall procure a bond guaranteeing payment of losses and related investigation, claim, administration, and defense expenses.

    Engineer shall furnish the City with two certificates of insurance for all coverage requested with original endorsements for those policies requiring the Additional Insureds. All certificates of insurance must provide the City of Flint with not less than 30 days advance written notice in the event of cancellation, non-payment of premium, non-renewal, or any material change in policy coverage. In addition, the wording "Endeavor to" and "but failure to mail such notice shall impose no obligation or liability of any kind upon the company, its agents or representatives" must be removed from the standard ACORD cancellation statement. These certificates must identify the City of Flint, Risk Management Division, as the "Certificate Holder." Engineer must provide, upon request, certified copies of all insurance policies. If any of the above polices are due to expire during the term of this contract, Engineer shall deliver renewal certificates and copies of the new policies to the City of Flint at least ten days prior to the expiration date. Engineer shall

4

LAN_FLINT_00063907

ensure that all sub-consultants utilized obtain and maintain all insurance coverage required by this provision.

**Laws and Ordinances**: Engineer shall obey and abide by all of the laws, rules and regulations of the Federal Government, State of Michigan, Genesee County and the City of Flint, applicable to the performance of this agreement, including, but not limited to, labor laws, and laws regulating or applying to public improvements.

**Modifications:**  Any modifications to this contract must be in writing and signed by the parties or the authorized employee, officer, board or council representative of the parties authorized to make such contractual modifications under State law and local ordinances.

**No Third-Party Beneficiary:** No Engineer, sub-consultant, or other person dealing with the principal Engineer shall be, nor shall any of them be deemed to be, third-party beneficiaries of this contract, but each such person shall be deemed to have agreed (a) that they shall look to the principal Engineer as their sole source of recovery if not paid, and (b) except as otherwise agreed to by the principal Engineer and any such person in writing, they may not enter any claim or bring any such action against the City under any circumstances.  Except as provided by law, or as otherwise agreed to in writing between the City and such person, each such person shall be deemed to have waived in writing all rights to seek redress from the City under any circumstances whatsoever.

**Non-Assignability:** Engineer shall not assign or transfer any interest in this contract without the prior written consent of the City provided, however, that claims for money due or to become due to Engineer from the City under this contract may be assigned to a bank, trust company, or other financial institution without such approval.  Notice of any such assignment or transfer shall be furnished promptly to the City.

**Non-Disclosure/Confidentiality:** Engineer agrees that the documents identified herein as the contract documents are confidential information intended for the sole use of the City and that Engineer will not disclose any such information, or in any other way make such documents public, without the express written approval of the City or the order of the court of appropriate jurisdiction or as required by the laws of the State of Michigan.

**Non-Discrimination**:  Engineer shall not discriminate against any employee or applicant for employment with respect to hiring or tenure; terms, conditions, or privileges of employment; or any matter directly or indirectly related to employment, because of race, color, creed, religion, ancestry, national origin, age, sex, height, weight, disability or other physical impairment, marital status, or status with respect to public assistance.

**Notices**:  Notices to the City of Flint shall be deemed sufficient if in writing and mailed, postage prepaid, addressed to **Inez Brown, City Clerk, City of Flint, 1101 S. Saginaw Street, Flint, Michigan 48502**, or to such other address as may be designated in writing by the City from time to time.  Notices to Engineer shall be deemed sufficient if in writing and mailed, postage prepaid, addressed to **J. Warren Green, PE, Lockwood, Andrews and Newnam, Inc., One Oakbrook Terrace, suite 207, Oakbrook Terrace, Illinois, 60181**, or to such other address as may be designated in writing by Engineer from time to time.

5

LAN_FLINT_00063908

**Records Property of City:** All documents, information, reports and the like prepared or generated by Engineer as a result of this contract shall become the sole property of the City of Flint.

**Scope of Services**:     This project involves the evaluation and upgrade of the Flint Water Plant (FWP) to provide continuous water supply service to the City of Flint (Flint) and its customers.  The FWP was extensively renovated in the early 2000's to provide a redundant supply to the Detroit Water and Sewer Department's (DWSD) single 72-inch treated water transmission main.  Improvements installed during the renovation included: traveling screens, ozone disinfection, rapid mix units, flocculation basins, plate settlers, softening units, PSF re-carbonation systems, complete filter system rehabilitation, clarification residuals disposal, lime sludge pumping system, chemical storage and feed systems, laboratory facilities, operations room and SCADA system.  Maximum day design capacity was 36-mgd.  The improvements described above were designated as Phase I.

Phase I improvements were constructed in five separate contracts, referred to as Segments 1 – 5.  Since the completion of Phase I improvements, the plant has been periodically operated, usually for about a two-week period and without softening with the water being discharged back to the river.  The last plant run, without softening, was done in April 2013, however, the last run, with full chemical treatment to include softening, dates back to 2007.

Recently, Flint joined the Karegnondi Water Authority (KWA) and plans to supply Lake Huron water to its customers.  The use of Lake Huron as a water source will significantly modify the above outlined improvements since softening will not be required.  However, due to contractual relations with the DWSD, Flint is investigating the possibility of placing the FWP into operation using the Flint River as a primary source for approximately two years and then converting to lake water when available.  During this two year interim period, Flint would consider supplying water to Genesee County provided the FWP proves capable of treating and supplying the required 40 MGD maximum day demand.  This new operational scenario along with the reduction in maximum day capacity to 18-mgd, after KWA System completion, creates the need for a modified plan that balances the short and long term needs for Flint.

This planned work has three primary tasks that must be performed to develop a cost effective plan for the Flint immediate and long term needs.  In order to meet the short schedules, some portions of these tasks will be performed concurrently, while some may be performed consecutively.  Based on opinions of probable costs from past reports, the estimated construction cost to prepare the water plant for continuous operation using Flint River water for the interim period is on the order of $33 to $34 million. Construction costs for each component from past reports are shown under Task 3. Note that costs would need to be updated to today's dollars.

Task 1 is a plant test run scheduled for this summer to test the treatment systems and hydraulic capacity of the plant.  Task 2 would be the development of an engineering planning report to define the immediate and long term improvements using the Flint River

6

Confidential

as a source of water.  Task 3 would be fast track design of the immediate improvements for continuous operation and treatment of Flint River water.

Task 1:        Plant Test Run

1)   Meet with FWP staff and other stakeholders as necessary to review current condition of the water plant facilities and equipment.  Develop a preliminary list of issues or concerns that will impact the planned test run.

2)   Obtain copies and review existing Phase I documents as provided by Flint. Recreate design calculations, such as plant hydraulic headlosses, as needed to develop plant test run parameters.

3)   Perform plant site visit with FWP staff to ascertain the condition of the facilities and equipment.

4)   Develop plant test run protocol for submission to MDEQ.

5)   Meet with MDEQ representatives to review and discuss test run protocol. Incorporate MDEQ comments into final plant test run protocol.

6)   Provide assistance and training/support to the FWP staff on implementing the test run protocol.

7)   Collect data and information generated during plant test run.  Evaluate the plant and unit systems performance for water quality and hydraulic capacity.

8)   Meet with Flint staff, MDEQ and other stakeholders as necessary to discuss plant run findings and present conclusions and recommendations.  Prepare and submit interim technical memorandum to City of Flint outlining conclusions and recommendations from the plant test run.

9)   Schedule, coordinate and meet with equipment and material vendors as required.


Task 2:        Engineering Planning Report

1)   Using the technical memorandum as referenced in the preceding section, develop conceptual plan for both immediate and long term improvements.

2)   Review site plan information and utilities to define needs and constraints related to immediate and long term proposed improvements.

3)   Attend frequent meetings with Flint utility staff to discuss and review potential and recommended improvements to meet the needs for immediate and long term water supply needs

7

LAN_FLINT_00063910

4) Define the finished water quality parameters and goals.

5) Develop plans for temporary facilities as needed, such as lime sludge disposal, to minimize cost for the interim period.

6) Define the basis of design for the needed improvements along with an opinion of probable construction cost referenced to a specific ENR Index value.

7) Re-evaluate issues defined in the 2011 Analysis of the Flint River report for permanent withdrawal versus interim withdrawal from the river such as Holloway Reservoir water levels and Flint River minimum flow requirements.

8) Submit a draft of the planning report to Flint for review.

9) Attend up to four meetings with Flint staff and the MDEQ to finalize the planning report.

10) Incorporate review comments into planning report and deliver final to Flint.

Task 3:    Design Phase Services

1) Final design parameters as required will be determined during the course of the investigative phase of this work, however the following target goals should be considered as a minimum:

    a) Minimum Day Demand – 10-mgd
       Average Day Demand – 12-mgd
       Maximum Day Demand – 18-mgd

    b) Turbidity – 0.10 NTU

    c) Hardness – 80 to 100 mg/l as $CaCO_3$

    d) Cryptosporidium – 3-Log Inactivation

    e) Giardia – >3-Log Inactivation

    f) Viruses – >4-Log Inactivation

    g) Taste and Odor – Eliminated with pre-ozonation

    h) Trihalomethanes – Less than 80 µg/l

    i) HAA5 – Less than 60 µg/l

8

Confidential

2)   Professional engineering services will include final design, plans, contract documents, and bidding assistance for the following improvements.

   a)   Additional oxygen and nitrogen chemical storage along with associated piping and appurtenances for the ozone system. [$2,057,000]

   b)   Post chlorination and zebra mussel control. [$322,000]

   c)   Electrical and SCADA improvements as outlined in the Phase II project plan. [$8,101,000]

   d)   Evaluate long term clarification residuals disposal method. [TBD]

   e)   Replace existing low service pumps with new 15-mgd and 20-mgd pumps and 480V motors.  Replace existing high service pumps with new 10-mgd and 20-mgd pumps equipped with medium voltage inverter duty motors and variable frequency drives.  High service pump numbers 7 and 8 motors will be replaced with medium voltage inverter duty motors and variable frequency drives.  Suction piping on existing 6-mgd pump will be altered as needed. [$7,766,000]

   f)   Address plant security issues. [$329,000]

   g)   Provide auxiliary power to maintain plant operations at limited capacity during power failures. [Included in (2) (c) above]

   h)   Improvement of Ct values for regulatory compliance. [TBD]

   i)   Filter transfer pumping station and Dort Reservoir. [$5,743,000]

   j)   Emergency interconnect with GCDC-WWS. [$8,657,000]

   k)   Temporary lime sludge processing and handling equipment. [TBD]

3)   Construction phase services scope and fee will be determined after design phase is completed.

**Schedule:** LAN understands that timeliness is critical for this project and will provide whatever resources are necessary to expedite the project. The following general timeline is anticipated:

| | |
|---|---|
| Task 1 – Plant Run: | July 8 – Aug. 16 |
| Task 2 – Report / Basis of Design Development | June 17 – Oct. 14 |
| Task 3 – Design Phase | Oct. 14 – TBD |

9

LAN_FLINT_00063912

The extent of design will be determined following the plant test run and water plant condition assessment.

**Severability**:  In the event that any provision contained herein shall be determined by a court or administrative tribunal to be contrary to a provision of state or federal law or to be unenforceable for any reason, then, to the extent necessary and possible to render the remainder of this Agreement enforceable, such provision may be modified or severed by such court or administrative tribunal so as to, as nearly as possible, carry out the intention of the parties hereto, considering the purpose of the entire Agreement in relation to such provision.  The invalidation of one or more terms of this contract shall not affect the validity of the remaining terms.

**Standards of Performance**: Engineer agrees to exercise independent judgment and to perform its duties under this contract in accordance with sound professional practices.  The City is relying upon the professional reputation, experience, certification, and ability of Engineer.  Engineer agrees that all of the obligations required by him under this Contract shall be performed by him or by others employed by him and working under his direction and control.  The continued effectiveness of this contract during its term or any renewal term shall be contingent upon Engineer maintaining his certification in accordance with the requirements of State law.

**Subcontracting**:  No subcontract work, if permitted by the City, shall be started prior to the written approval of the sub-consultant by the City.  The City reserves the right to accept or reject any sub-consultant.

**Termination**:  This contract may be terminated by either party hereto by submitting a notice of termination to the other party.  Such notice shall be in writing and shall be effective 30 days from the date it is submitted unless otherwise agreed to by the parties hereto.  Engineer, upon receiving such notice and prorated payment upon termination of this contract shall give to the City all pertinent records, data, and information created up to the date of termination to which the City, under the terms of this contract, is entitled.

In the event of a failure by either party to perform any material provision of this Contract, the other side shall give written notice of the breach along with 30 days to cure the breach. If after the 30 day period the breach has not been cured, the non-breaching party may terminate the contract.  Either party may also terminate the contract if required by law to do so.

**Time of Performance**: Engineer's services shall commence immediately upon receipt of the notice to proceed and shall be carried out forthwith and without reasonable delay.

**Union Compliance:** Engineer agrees to comply with all regulations and requirements of any national or local union(s) that may have jurisdiction over any of the materials, facilities, services, or personnel to be furnished by the City.  However, this provision does not apply if its application would violate Public Act 98 of 2011.

10

LAN_FLINT_00063913

**Waiver:** Failure of the City to insist upon strict compliance with any of the terms, covenants, or conditions of this Agreement shall not be deemed a waiver of any term, covenant, or condition. Any waiver or relinquishment of any right or power hereunder at any one or more times shall not be deemed a waiver or relinquishment of that right or power at any other time.

**Whole Agreement**: This written agreement and the documents cited herein embody the entire agreement between the parties. Any additions, deletions or modifications hereto must be in writing and signed by both parties.

IN WITNESS WHEREOF, the parties have executed this contract this June _____, of 2013.

**ENGINEER:**                                                  **WITNESS:**
**Lockwood, Andrews and Newnam, Inc.**

_____              _____
**J. Warren Green, PE**                            **Samir F. Matta, PE**
**Director of Engineering**                         **Senior Project Manager**

**CITY OF FLINT, a Michigan Municipal Corp.:**

_____              _____
**Edward J. Kurtz**                                  **Michael K. Brown**
**Emergency Financial Manager**                **City Administrator**

**APPROVED AS TO FORM:**

_____
**Peter M. Bade**
**City Attorney**

11

# Appendix A

## DETAIL LEVEL OF EFFORT BY TASK
### LOCKWOOD, ANDREWS AND NEWNAM, INC.

### PHASE II - CITY OF FLINT WTP REHABILITATION
#### Date : June 10, 2013

| TASK I - WATER TREATMENT PLANT TEST RUN SUPPORT | | | | |
|---|---|---|---|---|
| **CLASSIFICATION** | **HOURS** | **BILLING RATE** | **LABOR COST** | **TOTAL** |
| Project Director | 96 | $ 240.00 | $ 23,040.00 | |
| Senior Project Manager | 40 | $ 220.00 | $ 8,800.00 | |
| Project Manager | 120 | $ 180.00 | $ 21,600.00 | |
| Project Engineer (PE) | 80 | $ 150.00 | $ 12,000.00 | |
| Design Engineer (EIT) | 120 | $ 120.00 | $ 14,400.00 | |
| Project Controls Manager | 16 | $ 105.00 | $ 1,680.00 | |
| **Total Staff Hours** | **336** | | | |
| **Total Labor + Direct Overhead** | | | $ 81,520.00 | |
| **Sub-Consultant(s)** | | | | |
| **Expenses** | | | | **$2,500.00** |
| **Total Task I** | | | | **$84,020.00** |

| TASK II - ENGINEERING PLANNING REPORT | | | | |
|---|---|---|---|---|
| **CLASSIFICATION** | **HOURS** | **BILLING RATE** | **LABOR COST** | **TOTAL** |
| Project Director | 24 | $ 240.00 | $ 5,760.00 | |
| Senior Project Manager | 40 | $ 220.00 | $ 8,800.00 | |
| Project Manager | 120 | $ 180.00 | $ 21,600.00 | |
| Sr. Electrical Engineer | 60 | $ 185.00 | $ 11,100.00 | |
| Project Engineer (PE) | 120 | $ 150.00 | $ 18,000.00 | |
| Design Engineer (EIT) | 120 | $ 118.00 | $ 14,160.00 | |
| CADD Designer | 40 | $ 112.00 | $ 4,480.00 | |
| Project Controls Manager | 8 | $ 105.00 | $ 840.00 | |
| **Total Staff Hours** | **468** | | | |
| **Total Labor Including Overhead** | | | $ 84,980.00 | |
| **Sub-Consultant(s)** | | | | |
| **Expenses** | | | | **$2,000.00** |
| **Total Task II** | | | | **$86,980.00** |

12

LAN_FLINT_00063915

| TASK III - FINAL DESIGN AND BIDDING SERVICES | | | | |
|---|---|---|---|---|
| CLASSIFICATION | HOURS | BILLING RATE | LABOR COST | TOTAL |
| Project Director | 240 | $ 240.00 | $ 57,600.00 | |
| Senior Project Manager | 440 | $ 220.00 | $ 96,800.00 | |
| Project Manager | 920 | $ 180.00 | $ 165,600.00 | |
| QA/QC VE | 400 | $ 215.00 | $ 86,000.00 | |
| Sr. Structural Engineer | 160 | $ 190.00 | $ 30,400.00 | |
| Structural Engineer | 600 | $ 160.00 | $ 96,000.00 | |
| Sr. Electrical Engineer | 320 | $ 185.00 | $ 59,200.00 | |
| Electrical Engineer | 600 | $ 155.00 | $ 93,000.00 | |
| Sr. Mechanical | 160 | $ 160.00 | $ 25,600.00 | |
| Mechanical Engineer | 320 | $ 127.00 | $ 40,640.00 | |
| Project Engineer (PE) | 2200 | $ 150.00 | $ 330,000.00 | |
| Design Engineer (EIT) | 3200 | $ 120.00 | $ 384,000.00 | |
| CADD Designer | 4800 | $ 112.00 | $ 537,600.00 | |
| Project Controls Manager | 240 | $ 105.00 | $ 25,200.00 | |
| **Total Staff Hours** | **14600** | | | |
| **Total Labor + Direct Overhead** | | | **$ 2,027,640.00** | |
| **Sub-Consultant(s)** | | | | |
| Surveying | | | Allowance | **$ 50,000.00** |
| Geotechnical | | | Allowance | **$ 35,000.00** |
| Architectural | | | Allowance | **$ 200,000.00** |
| Water Quality Analysis | | | Allowance | **$ 25,000.00** |
| **Expenses** | | | | **$ 26,000.00** |
| **Total Task III** | | | | **$ 2,363,640.00** |

13

Confidential

**Appendix B**

**Org Chart & Staff Resumes**

Confidential

LAN_FLINT_00063917

# Project Team



**City of Flint**

PROJECT MANAGEMENT

Project Director
L. W. Green, PE

QA/QC

J. E. Redding, PE, LEED
R. C. Hill, PE

Project Manager
S. F. Matta, PE

| WATER TREATMENT PLANT | SUPPORT SERVICES | PIPELINES, PUMPING & STORAGE |
|---|---|---|
| Project Manager L. R. Hansen, PE | **Permitting** Rowe | Project Manager I. N. Nakashima, PE |
| J. D. Alpers, PE E. D. Brown D. R. Howard, PE M. V. Liga, Ph.D., PE S. T. Luoma, PE M. G. McCullough, PE R. A. McNutt, PE J. N. Savage, PE | **Surveying** J. H. Rick, PS, CFedS **A&E Coordination** Rowe **Geotechnical** TBD **Water Analyses** TBD | J. D. Alpers, PE O. Garza, PE M. C. Henderson, PE M. G. McCullough, PE D. W. Barlett, PE, CFP D. A. Scott, PE, LEED |



**Prime:** Lockwood, Andrews & Newnam, Inc. A LEO A DALY COMPANY

**Subconsultants:** ROWE PROFESSIONAL SERVICES COMPANY

TBD



Confidential

LAN_FLINT_00063918

# Project Team



## J. WARREN GREEN, PE
### Director of Engineering

**Education.**
Bachelor of Science, Civil Engineering
Mississippi State University, 1978

**Registration.**
Professional Engineer, Michigan, No. 6101040485

**Years of Experience.**
34

## Background

Warren Green brings more than 34 years of experience in engineering management and supervision of complex water treatment and transmission facility projects. He has guided water system improvements through all necessary phases including feasibility studies, pilot testing, design, financial evaluation, land acquisition, construction, start-up, and operation. During his career he has worked on approximately 20 water treatment projects. Mr. Green serves as the Director of Water Treatment & Supply at Lockwood, Andrews & Newnam, Inc. and in this role; he has total firm responsibility for all water treatment projects.

Mr. Green has worked with several municipal utility clients throughout the U.S. and prior to his more than 24 years as a consulting engineer; he managed the water division, which included a 52-mgd surface water treatment plant, for the Public Works Department, City of Jackson, Mississippi.

Additionally, Mr. Green is a previous Class A certified water operator for approximately 20 years and currently teaches basic, intermediate and advanced water system operator training classes. He has taught courses including Class A, B, C, and D 15-week certification classes and numerous one- and two-day seminars from basic math to advanced water treatment technologies. For the Illinois Section of AWWA, Mr. Green currently teaches seminars for water system operator certification training and continuing education units.

## Related Experience - Water Treatment Plants

**Water Treatment Plant Expansion, City of Flint, Michigan—**
Mr. Green served as project manager for the preparation of a preliminary design report to upgrade the existing water treatment plant to provide a redundant water supply from the Detroit Water and Sewer Department. Based on recommendations in this report, the water treatment plant improvement project was funded and initiated. The original plant (constructed in the 1950's) had a capacity of 24-mgd and had not been in service since 1968. The City of Flint, in order to meet the regulatory requirements for a redundant supply, elected to renovate this existing facility

and to increase the plant capacity to 36-mgd. The project included the evaluation of advanced treatment technologies to meet the current and proposed drinking water regulations. Selected processes included a 1300-ppd LOX ozone facility and contact basin, new rapid mix and tapered flocculation basins, plate settling basins, dual media filtration with air/water backwash, solids contact lime/soda softening units, PSF recarbonation system, residuals processing equipment, site improvements. Chemical systems renovation included ferric chloride, powdered activated carbon, polymers, calcium oxide, chlorine and hydrofluosalic acid. Also included were new employee facilities, water quality laboratory, and SCADA system.

**Water Treatment Plant Study, City of Flint, Michigan—**
Mr. Green was the project manager for the preparation of a preliminary design report for additional improvements to the Flint water treatment plant for operation on a continuous basis as opposed to the current standby status. Recommended improvements included the addition of lime sludge treatment and handling facilities, replacement of the low and high lift pumps and motors, standby power generators, UV disinfection, electrical and SCADA improvements, and additional chemical storage.

**Water Treatment Pilot Plant, City of Flint, Michigan—**
Design, construction, and operation of a custom-built ozone pilot plant for detailed evaluation of ozone treatment for the Flint River. The Flint River water contained high levels of TOC that needed to be removed to comply with the Surface Water Treatment Rule (SWTR). The results of the study indicated that ozonation in conjunction with enhanced coagulation provided the required removal levels of TOC to meet the requirements of the SWTR. The results from this study were used in the design criteria development for the constructed plant improvements.

**Water Treatment Plant Study, Division of Water and Waste Services, Genesee County Drain Commissioners Office, Genesee County, Michigan—**Project Manager for the preliminary design of a 120-mgd surface water treatment

Confidential

LAN_FLINT_00063919

# Project Team

plant. Proposed treatment processes included ozonation, clarification, plate settling, dual media filtration, UV disinfection, and residuals treatment systems. Assignment included developing basis of design, plan and elevation of drawings of water treatment plant, plant piping layout, site drawings and opinions of cost.

**Water Treatment Plant Study, Saginaw-Midland Municipal Water Supply Corporation, Bay City, Michigan**—Preliminary Evaluation and Design of WTP and Associated Water System Facilities, Saginaw-Midland Municipal Water Supply Corporation, Bay City, Michigan: As Director of Engineering, Mr. Green oversaw the site evaluation and preliminary design for a 22-mgd surface water treatment plant (WTP) and associated water system facilities in the Bay Area to serve four potential municipal customers. The evaluation included verification of the design flow rate, development emergency water supply options, preliminary treatment plant design based on membrane technology, WTP building layout and sizing, finished water storage, high service pumping, and routing of transmission mains. Preliminary design of the WTP included low service pumping and screening; membrane unit sizing, layout, and piping connections; chemical feed systems; clean-in-place (CIP) equipment, tanks, and chemical waste neutralization; backwash waste treatment and disposal; Ct analysis; and disinfection options including chlorine feed and ultraviolet light. Coordination with applicable regulatory agencies, detailed cost analysis, and a wholesale raw water customer option were also provided.

**Water Treatment Plant Renovation (1997), Green Bay Water Utility, Green Bay, Wisconsin**—In 1996, Mr. Green was in responsible charge for evaluating the potential impact of the current and proposed drinking regulations on the Green Bay Water Utility's treatment system as well as addressing potential cryptosporidium control issues after the outbreak in Milwaukee, WI. The purpose of this study was to recommend any additional facilities that were needed to ensure a safe and adequate water supply into the next century. The comprehensive report presented a wide range of options, including microfiltration, ultrafiltration, and ozonation. The respective advantages and disadvantages, life cycle cost comparisons, operational impacts, and specific recommendations were also included.

Based on the recommendations included in this report, improvements were initiated at the Green Bay Water treatment plant. These improvements included a 42-mgd LOX ozone facility with three 600 –pound per day generators, 42-mgd rapid mix chamber, 28-mgd flocculation basin, chemical feed systems, filter wash water recirculation

basin with a variable speed pump station, and a sludge lagoon with decant towers and return pumping system. This work increased the rated plant capacity to a firm 28-mgd.

**Water Treatment Plant Expansion (2004), Green Bay Water Utility, Green Bay, Wisconsin**—In 2001, the Green Bay Water Utility entered into negotiations with surrounding suburbs to supply water for a potential regional system. Mr. Green led the technical study team to develop conceptual facility designs and financial options for the Green Bay Water Utility to supply this proposed regional system.

Treatment options evaluated for this potential 100-mgd system included expansion of the conventional treatment system along with the use of advanced technologies such as ultrafiltration and UV disinfection. Also included with this report was the analysis of the raw and treated water transmission systems including required storage, pumping, and metering facilities. As part of this study, a separate cost of service evaluation was performed based on the RCNLD method.

Based on the results of the negotiations, the utility embarked on the expansion of the filter plant to meet the needs of the new additional customers. Mr. Green was in responsible charge for the design and construction management services for this expansion of the Green Bay Water Treatment plant to initially increase the rated plant capacity from 28- to 42-mgd, with provisions to increase the facility to a rated capacity of 55-mgd. The work involved the construction of 14-mgd capacity of slow mix basins, a 14-mgd plate clarification structure, rehabilitation of 12 dual media filters, a sodium hypochlorite structure and associated chemical storage and feed systems, and a 0.5-mg elevated wash water tank.

One of the most challenging aspects of this project included rehabilitation of 12 existing center gullet filters with new filter media, underdrains, and surface wash system. To enhance the filter performance, pilot testing was performed on different media gradations and thicknesses. This pilot testing was performed over a one-year period to address seasonal variations in water quality and temperature. The final media selection included 12 inches of filter sand and 20 inches of anthracite. The existing Wheeler filter bottoms were retrofitted with porous plate inserts to eliminate the support gravel which also allowed for increased media thickness. Each filter was equipped with new laser nephelometers to monitor filter performance. These improvements increased rated capacity to 55-mgd at 4.0 gpm/sf with one unit out of service, increased filter run times by approximately 45% and resulted in an average finished water turbidity of 0.02 NTU.



Confidential

LAN_FLINT_00063920

# Project Team

**Water Treatment Plant Renovation, City of Jackson, Mississippi**—Project manager for the renovation, including design and construction, of a 52-mgd conventional surface water treatment plant. Project included replacement of chemical feed systems for aluminum sulfate, hydrated lime (pre and post),powdered activated carbon, coagulant aid polymer, chlorine, ammonia and hydrofluosalic acid. The work also involved the rebuilding of 10 – 1-mgd, 6 – 2-mgd and 12 – 2.5-mgd rapid sand filters. Rebuilding efforts involved the repair and/or replacement of vitrified clay underdrains and media removal and replacement. New filter control valves and actuators were also provided in the piping galleries.

**Water Treatment Pilot Plant, City of Joliet, Illinois**—Mr. Green was the project manager for the design of a 100-gpm pilot treatment plant that included clarification and membrane filtration processes. The purpose of this work was to develop the necessary design parameters for a 34-mgd surface water treatment plant. This design included the parallel evaluation of two membrane units, manufactured by different companies, to determine the most cost-effective design of the treatment process.

**Treatment Plant Forensic Evaluation, Department of Public Utilities, Joliet, Illinois**—Retained as expert to evaluate the structural failure of five pressure filter underdrains on multi-cell, dual media, horizontal pressure filters for radium removal using the HMO process. Work involved detailed media, hydraulic loading and system control analyses.

Pump Stations
**Pumping Station Improvements and Expansion (to 45-mgd), Green Bay Water Utility, Green Bay, Wisconsin**—Mr. Green is responsible for the design and contract administration for this project. In 1956, the Green Bay Water Utility changed its water supply source from groundwater to Lake Michigan. As part of the system a 24-mgd pumping station was constructed on the shore of Lake Michigan on the north side of Kewanee, Wisconsin.

The original pumping station was equipped with five vertically mounted split case centrifugal DeLaval pumps taking suction from a wetwell and discharging into a common header. Over the past decade, replacement parts for the existing pumps have become more increasing difficult to obtain from after-market suppliers. Due to this reason and the equipment age, designs were developed for the systematic replacement of the pumps, suction piping and discharge header. During the course of the design, it was also

requested to increase the station capacity from 42- to 45-mgd be evaluated to meet projected system demands.

As the selection of pumping equipment proceeded, it became apparent that the original wetwell design would not provide sufficient NPSH for the new pumps. After extended research, two pump models were found that could operate under the NPSH limitations, but the driver horsepower would increase from 800 HP to 1250 HP. These increases would require replacement of the incoming electrical feed, the MCC and the emergency generators. After meeting with the client, the design team recommended the investigation of using vertical turbine pumps for the rehabilitation project.

By changing the design concept to VFD equipped vertical turbines, the NPSH issues have been resolved and the selected pump models can use 800-HP drivers so the electrical issues have also been addressed.

**DuPage Pump Station, DuPage Water Commission, DuPage County, Illinois**—Project Manager for contract administration and construction management for a 185-mgd, firm rated capacity pump station. This facility is equipped with three 30-mgd vertically mounted split case centrifugal pumps (1750-HP), four 30-mgd horizontally mounted split case centrifugal pumps (1750-HP) and two 15-mgd horizontally mounted split case centrifugal pumps (800-HP). These pumps take suction from a common 84-inch header which is connected to a dual cell 30 MG concrete reservoir and discharge to two 72-inch headers. The station and piping systems are designed for a total capacity of 270-mgd.

**Lexington Pump Station, DuPage Water Commission, DuPage County, Illinois**—Project Manager for contract administration and construction management for a 340-mgd, firm rated capacity pump station. This facility is equipped with four 40-mgd vertically mounted split case centrifugal pumps (2000-HP), four 40-mgd horizontally mounted split case centrifugal pumps (2000-HP) and two 120-mgd horizontally mounted split case centrifugal low service pumps (2000-HP). These pumps take suction from dual 96-inch headers which are connected to a dual cell 30 MG concrete reservoir and discharge into two 84-inch headers. The station and piping systems are designed for a total capacity of 400-mgd.

**Primary Effluent Pumping System (PEPS), Expansion III, Clark County Water Reclamation District (CCWRD), Las Vegas, Nevada**—LAN partnered with Whiting-Turner Construction for this Design-Build project in Las Vegas, Nevada. Mr. Green is performing QA/QC on this project,



Confidential

LAN_FLINT_00063921

whose primary purpose is the expansion of the existing Primary Effluent Pumping Station from its current peak flow capacity of 120-mgd, to a peak capacity of 330-mgd. In addition to the expansion of the existing wet well and pumping capacity, the project involves the design and construction of a number of associated facilities including 4,000 LF of underground pipelines ranging from 30 inches to 96 inches in diameter, miscellaneous above ground process piping, structural modifications to overhead canopy, electrical system design, odor control system design, and large diameter sanitary sewer pipe rehabilitation.

**Water Pumping Station Rehabilitation, Village of Oak Brook, Department of Utilities, Oak Brook, Illinois**—As Project Manager, Mr. Green was responsible for the design and contract administration of a 5.0-mgd water pumping station rehabilitation. The project included replacing the four vertically-mounted split case centrifugal pumps with new pumps and electric drivers. For improved operation capability, the electric motors were equipped with variable frequency drives so station output could be optimized to system demand.

**Surface Water Intake, Division of Water and Waste Services, Genesee County Drain Commissioners Office, Genesee County, Michigan**—Mr. Green served as the Project Director for design engineering services of a new water supply intake system for the Genesee County Drain Commissioner – Division of Water and Waste Services in Genesee County, Michigan. Located on the western shore of Lake Huron at the county line between Sanilac and St. Clair counties, the new 85-mgd water supply intake system consists of two (2) intake structures (timber cribs), an intake pipeline (78- and 60-inch), an onshore junction chamber and including a zebra mussel control system.

Each intake crib is of an octagonal shape (48' L x 48' W x 14' H) with a rated capacity of 65-mgd. Two cribs were provided for system redundancy. The main intake pipeline is 78-inch diameter, has a capacity of 85-mgd, and extends to the furthest intake, Crib #2. At approximately 3,200 feet from shore, a wye fitting on the 78-inch pipeline branches off and reduces to a 60-inch intake pipeline to Crib #1. Two (2) submerged steel stop log chambers are provided on the upstream run and branch of the wye fitting for isolation of each intake crib. Frazil ice mitigation is addressed in the design by providing large intake port openings and is further addressed with the selection of wood as the primary material used in the construction of the cribs as its low thermal conductivity minimizes the formation of anchor ice on its surface. The cribs were designed with 12"x 12" and

6"x12" Douglas fir, No. 1 Structural, RC, Heavy timbers that are joined with steel tie rods and drift pins. The cribs are designed to resist hydrodynamic forces and to be floated partially submerged from shore to their final location.

The onshore junction chamber was designed as a 38-foot inside diameter, 91-foot deep secant pile outer wall with a 5-foot thick bottom pressure slab, an 18-inch thick interior liner wall for a finished interior diameter of 35-feet, and a 12-inch thick top slab. Complicating the design and construction of the junction chamber is the existing artesian groundwater condition at the site, which imposes significant hydrostatic and uplift loads on the structure. The 78-inch intake pipeline terminates inside the junction chamber with a 78"x 78" fabricated stainless steel slide gate with stem extension to the top slab and a pedestal-mounted manual actuator capable of attachment to a portable electric actuator. As this is the first phase of the overall water supply initiative, the junction chamber walls were designed with a blockout for tunneling and piping connection to the future lake pumping station.

**Pump Station Renovation and Improvements, Saginaw-Midland Municipal Water Supply Corporation, Bay City, Michigan**—Mr. Green had responsible charge for the design and contract administration for the construction of Junction Pumping Station discharge piping system modifications. Piping modifications included the installation of 36-, 48-, and 60-inch diameter steel yard piping for increasing station capacity from 115- to 165-mgd. The project also included the construction of two cast-in-place concrete vaults to house 36-inch control valves and 36-inch mag-meter. A new maintenance building, with an area of 2,400 square feet, was also included as part of the work.

**Industrial Pump Station, Gulf Coast Water Authority, Texas City, Texas**—Project Director the preparation of a Preliminary Engineering Report (PER) to develop alternatives for the repair or replacement of the existing Industrial Pump Station (IPS). The IPS was initially constructed in 1949 with three (3) pumps. Through the years, numerous modifications and additions were completed. Currently, the station has nine (9) vertical turbine pumps, each with a nominal capacity of 7,500 gpm at 80 psi each. The IPS provides raw water to four major industrial customers, including Dow Chemical, Valero, Marathon Petroleum, and Eastman Chemical. Interruption to the water supply cannot be tolerated for any significant length of time.

The PER defined four alternatives for consideration by the Gulf Coast Water Authority. The recommended alternative included reusing the existing intake structure and pump

Confidential

LAN_FLINT_00063922

# Project Team

suction wetwell, as well as making piping connections to the existing 36- and 42-inch transmission mains. As physical inspections of the existing intake/wetwell structure and underground transmission mains were outside the scope of the original PER work, LAN was requested to further investigate the existing conditions and evaluate the risks associated with reusing the intake/wetwell structure and connections to the existing transmission mains. The objective of this supplemental report is to identify and evaluate potential risks associated with reusing the existing intake structure, pump suction wetwell and making piping connections to existing 36-inch steel and 42-inch cast iron pipe transmission mains, as defined in Alternative 2 of the PER, against the potential risks of building a new pumping facility as defined in Alternative 1 of the PER.

Usually, risk analysis studies are based on a cost-to-benefit/risk evaluation. However, due to the proprietary nature related to the cost of water service interruption, this evaluation was presented on the basis of potential risk and down time associated with cause of service interruption. Based on, the assumption that service interruption of any significant time period is not acceptable and the anticipated risk levels, it is recommended the GCWA implement PER Alternative 1 and proceed with the design and construction of a new pumping station facility.

## Transmission Mains

**54-Inch Transmission Main, Green Bay Water Utility, Wisconsin**—Principal-in-Charge for the design, contract administration and construction of approximately 17 miles of 54-inch diameter steel water transmission main. This project involved the installation of the pipeline through numerous wetlands, river crossings, and along roadways. The work required acquisition from 36 property owners and permits from 12 federal, state, and local governmental entities.

**DuPage Water Commission Transmission System, DuPage County, Illinois**—Project Manager for contract administration and construction management of 140 miles of 12- through 90-inch diameter water transmission mains and 2.3 miles of 12-foot diameter tunnel. Associated with this project was the relocation and installation of approximately 45,300 feet of 8- through 48-inch diameter sanitary, storm, and combined sewers including flow control structures and junction chambers.

**TW-1 48-Inch Transmission Main, DuPage Water Commission System, DuPage County, Illinois**—Design and contract administration for the construction of 8 miles of 48-inch diameter steel water transmission main. This project involved the installation of the pipeline through numerous wetlands, river crossings, and under major expressways.

**TW-2 48-Inch Transmission Main, DuPage Water Commission System, DuPage County, Illinois**—Design and contract administration for the construction of 10 miles of 48-inch diameter steel water transmission main. This project also involved the installation of the pipeline through numerous wetlands, river crossings, and under major expressways.

**TSW-3 48-Inch Transmission Main, DuPage Water Commission System, DuPage County, Illinois**—Contract administration for the construction of 9 miles of 48-inch diameter water transmission main, and approximately 9,000 feet of 8- through 30-inch diameter ductile iron and reinforced concrete sewers lines.

**TE-3 72-Inch Transmission Main, DuPage Water Commission System, DuPage County, Illinois**—Contract administration for the construction of 10 miles of 72-inch diameter steel water transmission main, a 130-mgd metering station, and approximately 24,000 feet of 8- through 64-inch diameter ductile iron and reinforced concrete sewers lines.

**Transmission Main Program—City of Jackson Department of Public Works, Mississippi:** Program Manager for design of 17 miles of 36- through 60-inch diameter water transmission mains. This work involved the coordination of 12 engineering consultants, two financial advisors, and various other city departments.

**Forensic Evaluation, Atlanta, Georgia**—Responsible charge for the technical evaluation and contract interpretation associated with the structural failure of approximately 30- through 84-, 96-, and 108-inch diameter butterfly valves. Work included development of in-situ testing of the valves and associated three dimensional finite element analysis to determine cause of failure. Worked with City representatives, attorneys, engineers, and contractors to negotiate the settlement for this structural failure.

**Forensic Evaluation, Denver Water, Colorado**—Project Manager for technical and field evaluations of the structural failure of two 96-inch diameter butterfly valves. Prepared designs to eliminate the loading conditions causing the excessive valve body deflection.



Confidential

# Project Team



## SAMIR F. MATTA, PE
### Senior Project Manager

**Education.**
Masters of Civil Engineering
Wayne State University, 1998

BS, Civil Engineering,
Wayne State University 1987

**Years of Experience.**
26

**Registration.**
Professional Engineer, Michigan, No. 6201041005

## Background

Mr. Matta, P.E., has served as a design, project engineer and/ or project manager for numerous design and construction projects in Michigan both as a consultant and as a public employee. He has managed many State and Federal projects for the DTMB, DMVA, USPFO, Corps of Engineers, and other local entities. He also has extensive experience in the design and construction management of various projects that includes Watershed Management, LID design, combined sewer overflow (CSO), sewer rehabilitation, roads and streetscape projects, drainage improvements, water distribution and treatment, environmental cleanup and UST projects.

## Related Experience

**Flint Water Treatment Plant Expansion, Phase I, Segments 1, 2 & 3, City of Flint, Michigan**—Assisted the city in securing $23.5 million dollars in DWRF funding for this project. Another 14 million dollars are anticipated for segments 4 & 5. Phase I - Segments 1 & 2 are currently under construction while the design of phase I – Segment 3 is underway. The overall project is anticipated to be completed within 4 to 6 years period at an estimated cost of $38.0 million dollars for all segments. The project will provide the city with the ability to treat 36.0 million gallons of water to meet maximum day demands of city customers.

**Waterford Township Water Treatment Plant, WTP 25-2, Waterford Township, Michigan**—Analysis of the addition of new 1,800 GPM well, and new iron removal water filtration system. The project entailed the design of a 1,800 GPM well house, and the addition of water treatment plant expansion to house 3 – 600 GPM high pressure filters to treat well water, and provide iron removal capabilities.

**Highland Park Water System Improvements, City of Highland Park, Michigan**—Helped the city secure $6.0 million dollars of the State Drinking Water Revolving

Fund (DWRF) Loan Program to utilize for distribution and treatment systems repairs. Led the design team in developing construction plans for the replacement of water main, valves and hydrants, water tower, and raw reservoir rehabilitation, and treatment systems upgrades.

**West Side Water System Improvements, Lansing Township, Michigan**—Analyzed the existing infrastructure yearly needs. Recommended a rehabilitation program that best helps improve the system efficiency, water pressure and fire protection to township residents. Supervised design improvements to upgrade water mains and improve system pressure. Construction Budget: $100,000 - $250,000/year.

**Corps of Engineers, Gibraltar Flood Protection Advance Measures Project, City of Gibraltar, Michigan**—Project Manager/Lead Project Engineer that led the design team who worked closely with the city and the Corps evaluating flooding potential of areas within the city and developing design plans for pump station facilities and other flood protection measures. The project involved the design of 20 stationary/portable pump stations. Construction Budget: $750,000.

**Corps of Engineers, St. Clair Shores Flood Protection Advance Measures Project, City of St. Clair Shores, Michigan**—Project Manager/Lead Project Engineer that supervised the evaluation and design of 40 pumping stations to help eliminate the flooding associated with high water level of Lake St. Clair. Worked with the Corps in implementing the construction of the project. Construction Budget: $4,500,000.

**Corps of Engineers, Harrison Township Flood Protection Advance Measures Project, Harrison Township, Michigan**—Project Manager/Lead Project Engineer that supervised the evaluation and design of 8 pumping stations to help eliminate the flooding associated with high water level of



Confidential

LAN_FLINT_00063924

# Project Team

Lake St. Clair. Worked with the Corps in implementing the construction of the project. Construction Budget: $2,500,000.

**US-131 Motorsports Park, Martin, Michigan**—Managed the design, permitting and construction of 3.5 miles of 8-inch force main and associated pump station to service the new facility. Coordinated the efforts for the design and permitting with the owner, the Village of Martin, City of Plainwell, Michigan Department of Transportation (MDOT) for the US-131 Crossing and Michigan Department of Environmental Quality (MDEQ). The project was fast tracked and required extensive amount of coordination and communication.

**Tecumseh River Pump Station (TRPS) Service Area Sanitary Sewer Evaluation, City of Lansing, Michigan**—Project Manager for the evaluation and design of the sanitary sewer system within the service area. The project involves the rehabilitation of the sewer system to eliminate potential infiltration/inflow (I/I) sources and minimize the frequency of sanitary sewer overflows (SSOs) and related basement backups. It also requires an evaluation of the system performance at the end of the construction to determine the effectiveness of the rehabilitation methods implemented.

**Webberville System Drainage Improvement Project, Ingham County Drain Commissioner Village of Webberville, Michigan**—Project Manager for the evaluation, coordination and design of the storm system infrastructure primarily within the boundary of the Village of Webberville and surrounding Townships. The watershed drainage boundary expands across four drainage districts that services the Village and surrounding Townships. They include: (1) Webberville Drain Drainage District, (2) Webberville #2 Drain Drainage District, (3) Monroe & Leach Drain Drainage District, and (4) Kalamink Drain Drainage District, The project entails the evaluation of the storm sewer system within the four drainage districts and the analysis of Best Management Practices (BMPs) and Low Impact Design (LID) alternatives to address the dysfunctional and poor performance of the existing storm sewer system within those districts. Construction budget $5.5 to $8.0 Million.

**Western Trunk Interceptor Phase II Route Study, Genesee County Drain Commissioner's Office**—Project Manager for the evaluation of route selection for the extension of proposed interceptor sewer to service the following communities: Mundy Township, Gaines Township, Clayton Township, City of Swartz Creek, City of Flushing and Flushing Township. The proposed 48" to 84" interceptor will extend approximately about 15 miles across the listed

municipalities and may require the installation of one or two pumping facilities.

**Lake Lansing Road, Wood Street Sanitary Project, Lansing Charter Township, Lansing, Michigan**—Project Manager for project which includes design and construction engineering for approximately 4,000 LFT of sanitary sewer extension to service areas along Lake Lansing Road and Wood Street in Lansing Township. The pipe size varies between 8- and 10-inch of extra strength vitrified clay pipe as per City of Lansing Design Standards who services Lansing Township with appropriate sanitary sewer service. The project is broken into two phases to correspond with the road reconstruction project handled by the Ingham County Road Commission Office. Phase I will involve the installation of approximately 2500 LFT of 8- and 10-inch Sanitary sewer lines and associated structures and service leads. While Phase II incorporates the addition of roughly 1500 LFT of 8-inch sewer along Wood Street to tie in to Phase I work. Anticipated project cost for the sewer only is $500,000. The Road Commission will cover all costs associated with the removal and replacement of new pavement and all restoration work on the project.

**Smith-Evans Drain Rehabilitation Project, City of Lansing, Michigan**—Project Manager that evaluated drainage districts and erosion control measures for stabilizing the banks of an open drain, which accepts storm flow from an enclosed 84-inch diameter storm sewer pipe. Supervised the design of twin 60-inch enclosed pipe replacement that was approved by the City and the Inter-county Drainage Board.

**Combined Sewer System Separation Project, Town of South, Whitley, Indiana**—Project Engineer that analyzed the performance of an aged combined sewer interceptor across the centerline of State Route 5 (SR5) and developed hydraulics and consequently separation alternatives for proper drainage of the state highway and other city local streets. The project consisted of new sewer construction, trenchless technology rehabilitation work within residential, commercial and light industrial neighborhoods.

**South Perimeter Road Repair Project, Selfridge Air National Guard Base, Mt. Clement, Michigan**—Oversaw the evaluation and design of approximately 3 miles of road improvements and miscellaneous utility upgrades. The work consisted of a complete reconstruction of about 2 miles of two lane roadway and combination of pavement overlay and resurfacing of the other one mile. Rehabilitation of a 72" storm sewer was also incorporated into the design improvements.



Confidential

LAN_FLINT_00063925

# Project Team







**JAMES E. REDDING, PE, LEED®AP**
**Principal/VP/Director of Engineering**

**Education.**
BS, Civil Engineering
Michigan State University, 1978

**Registration.**
Professional Engineer, Michigan, No. 6201029394

**Years of Experience.**
36+

**Certification.**
Leadership in Energy and Environmental Design (LEED®AP), 2008

## Background
Jim has more than three decades of professional engineering experience, including two years as assistant city engineer in Bay City, MI. He joined ROWE in 1985 as a project manager and was promoted to principal/chief engineer in 1992. His experience has primarily been focused on water and wastewater projects.

## Related Experience
**Genesee County Division of Water and Waste Services, Genesee County, Michigan**—Water Supply Intake: Project manager responsible for the design, permitting, and construction of $30 million water supply intake. Intake includes construction of 78-inch diameter pipeline installed by tunneling and marine construction into Lake Huron a distance of 8,000 feet (design completed in 2012, construction planned to start in spring 2013).

**Torrey Road Booster Pump Station, City of Flint, Michigan**—QA/QC for analysis and design of upgrades to water pump station ($1.1M construction; ongoing).

**Davis Road Water Main, City of Saginaw, Michigan**—Principal in charge for design and construction of one mile of 36-inch water main including analysis of pipeline materials and critical schedule (2007).

**Water Booster Pumping Station, City of Saginaw, Michigan**—Project manager for upgrades to water booster pumping station to increase capacity from 0.7 mgd to 2.3 mgd. Two existing pumps were replaced with larger ones and a third pump was added. The project included reworking piping to accommodate the pumps, SCADA, backup power generation, and building upgrades.

**Wastewater Treatment Plant Analysis/Upgrades, City of St. Louis, Michigan**—Project manager for the analysis and preliminary engineering for a 4 mgd treatment plant

modifications. The existing RBC treatment plant does not reliably meet NPDES permit limits and peak flow conditions cause backups in the disinfection tank and final clarifiers. Flows and loading conditions have been analyzed to identify alternatives for providing treatment to the permitted limits. Hydraulic model of the plant facilities was developed to determine the cause of the backups, and alternatives have been developed for correction. A project plan has been developed to secure SRF funding for the project. A new oxidation ditch has been designed along with upgrades to other facility processes (2013).

**Potable/Non-potable Water Supply Survey, Oklahoma City Veterans Affairs Medical Center,( Oklahoma City, OK), Accord Architects & Engineers, Myrtle Beach, South Carolina**—Principal in charge of development of an emergency water plan for the facility. The facility had experienced water shortages in the past and hired Accord Architects & Engineers and ROWE to research the existing onsite water supplies and the city water supply. The team reviewed the water supply per VA design guidelines, reviewed the reliability of the city system, developed options and costs for improving the reliability of the onsite system during a water shortage, and worked with the VAMC staff to prioritize and minimize water usage in case of a water outage (2012).

**Water Treatment Plant, City of Caro, Michigan**—Principal in charge of three-mgd treatment plant and new wells. Treatment plant provides removal of arsenic and iron (DWRF; 2005).

**New Well, City of Caro, Michigan**—Project manager for construction of new well and water main to provide water supply for ethanol facility (CDBG grant; 2005).



Confidential

LAN_FLINT_00063926

# Project Team



**RANDAL C. HILL, PE**
**Senior Project Manager**

**Education.**
BS, Civil Engineering,
Colorado State University, 1975

**Years of Experience.**
37

**Registration.**
Professional Engineer, California, No. 48322



## Background

Mr. Hill has over 37 years of diversified experience on water conveyance and water treatment projects involving pumping facilities, pipelines, reservoirs, tunnels, flow control facilities, bidding services, site development and right-of-way acquisitions, treatment facilities, coordination on environmental issues, feasibility studies, facility plans, aerial and topographic surveys, and construction support services.

## Related Experience

**Advanced Water Purification Demonstration Plant, City of San Diego, California**—Mr. Hill served as project manager for design, construction, and operation for this high profile, state-of-the-art project to develop another sustainable source of water for the City's long-term water demands. The water purification process used a multi-barrier approach consisting of micro and ultra-membrane filtration, reverse osmosis and advanced oxidation utilizing ultraviolet light with hydrogen peroxide. This $6,600,000 project with a 1 million gallon per day capacity is being operated to demonstrate that a new local water source is safe, reliable, cost-effective, and can be produced in an environmentally sensitive manner for a full scale system. The project design and construction were completed on schedule and costs were under budget.

**Large-Diameter Steel and Yard Piping, 100-million-gallon per-day (mgd) Twin Oaks Valley Water Treatment Plant (WTP) Design-Build-Operate Project; San Diego County Water Authority, San Diego, California**—Mr. Hill served as design manager of the large-diameter (42- to 96-inch) steel pipelines and yard piping for this $150 million state-of-the-art facility that will be the largest membrane ultra filtration (UF) facility in the world. This facility employs UF membrane filtration, ozonation for disinfection, advanced oxidation for taste and odor control; and biological activated carbon contactors. It is being delivered under a very aggressive schedule and embodies all the benefits of design-build in terms of flexibility, responsiveness, schedule, and cost-efficiency.

**Quality Control/Quality Assurance Engineer, Brawley Water Treatment Plant (WTP), Brawley, California**—For the City of Brawley, Mr. Hill performed quality control reviews on final design phase engineering of a 10,500-gpm raw water pump station and 16,000-gpm/13,000-gpm finished water/wash water pump station. The raw water pump station included four vertical diffusion vane pumps; two with variable-speed drives. The finished water/wash water pump station included eight vertical diffusion vane pumps to serve two pressure zones; two pumps had variable-speed drives. He performed design including inlet/outlet piping design, operational considerations, pump and control valve design, and preparation of construction drawings and specification. Coordinated work with WTP including civil, structural, and electrical disciplines.

**White Rock Treatment Plant Improvements, Dallas, Texas**—For the City of Dallas, Mr. Hill prepared preliminary design report and coordinated design efforts for $8.2 million of hydraulic improvements to a 100-mgd WWTP. Improvements included new raw sewage pumps, sludge pumps, recirculation pumps, addition of four secondary clarifiers, and modifications to plant piping.

**Jasper Street WTP Improvements, Wichita Falls, Texas**—For the City of Wichita Falls, Mr. Hill directed design and preparation of contract documents for flocculation and sedimentation basin equipment, filter media and under drains, filter control system, wash water tank, chlorine and ammonia feed systems, chemical feed system and the addition of high service pumps.

**San Dieguito Water District/ Santa Fe Irrigation District 3, 4, 5, and 6 Flow Control Facilities, Rancho Santa Fe, California**—For San Diego Water Authority, Mr. Hill managed and directed design efforts for new flow control facilities consisting of four flow meters to meter 84 cfs of raw water and 42 cfs of treated water to the Badger Filtration Plant. Work included site layout, architectural, mechanical, electrical, and instrumentation design.



Confidential

LAN_FLINT_00063927

# Project Team





**JEFFREY R. HANSEN, PE**
Senior Project Manager

**Education.**
BS, Civil Engineering,
Michigan State University, 1996

**Years of Experience.**
18

**Registration.**
Professional Engineer, Michigan, No. 6201047425

## Background
Mr. Hansen has extensive experience providing design and construction services for a variety of municipal for a variety of municipal systems, facilities, and drinking water systems including supply, wells, storage, pumping, water main design, water treatment design and water system modeling.

## Related Experience
**Bay Area Surface Water Treatment Plant Evaluation, SMMWSC, Michigan**—Mr. Hansen completed a preliminary engineering report for surface water treatment plant (WTP). The report evaluated treatment technologies, multiple WTP site locations, environmental and site considerations, transmission main routings, reliability, emergency water supply alternatives, and costs.

**Bay Area Surface Water Treatment Plant Project Plan, Bay County Department of Water and Sewer, Michigan**—Mr. Hansen completed a water treatment plant (WTP) Project Plan for low interest funding through the Drinking Water Revolving Fund (DWRF) program. The Project Plan met the requirements of the Michigan Department of Environmental Quality (MDEQ) and qualified the Owner for $6 million in grant money in addition to low interest loan funding.

**Flint Water Treatment Plant Improvements, City of Flint, Michigan**—As a Project Engineer, Mr. Hansen assisted with a preliminary engineering report, funding application, and design for water treatment plant improvements.

**Highland Park Water Treatment Plant Improvements, Flint, Michigan**—As a Project Engineer, Mr. Hansen has assisted with a preliminary engineering report, funding application and design for water treatment plant improvements for the City of Highland Park.

**Sims Bayou Water Storage Tank Improvements, City of Houston, Texas**—Mr. Hansen served as Project engineer for new overflow weir structures and overflow pipes for four ground storage tanks. Project also included site drainage evaluation.

**Katy Addicks Pump Station, City of Houston, Texas**—Mr. Hansen served as Project Engineer for 1200 linear feet of new 42-inch steel water line.

**Lake Huron Water Supply Initiative, Genesee County Drain Commission, Department of Water And Waste Services, Michigan**—Mr. Hansen was the local Project Manager for the design of two lake intake cribs, intake pipeline, and shorewell as the first step in developing a new water supply system. The project included two 60-mgd intake cribs, 78-inch PCCP / steel intake pipe, stop log chambers, pipeline manways, tunneling, HDPE chemical feed piping for zebra mussel control, secant pile wall shorewell / junction chamber and associated appurtenances including a 78" x 78" sluice gate.

**US290 / 12th Street Water Main Casing Extension, City of Houston, Texas**—Mr. Hansen served as Project Manager for a water main extension of approximately 600 linear feet of split steel casing to be installed on an existing 72-inch water transmission line to allow for highway widening.

**Iron and/or Arsenic Removal Water Treatment Plants Design, Multiple Locations**—Mr. Hansen has designed numerous arsenic and/or iron removal plants for both public and private organizations with new wells, chemical feed, new housing, above and below ground piping, retrofitting of existing systems, planning for future expansion, etc. Projects have included clients such as the City of Perry, Village of Dryden, Village of Fowler, City of Memphis and Brandon Schools.

**Iron Removal Water Treatment Plants Construction Management, Multiple Locations**—Mr. Hansen managed construction of Arsenic and/or Iron Removal Water Treatment Plants for the City or Perry, Village of Dryden, Village of Fowler and City of Memphis. Each project included separate bid packages for individual disciplines and therefore required involved management by Mr. Hansen to coordinate efforts between numerous contractors.



Confidential

LAN_FLINT_00063928

# Project Team

**Booster Pump Station, Muskegon Township, Michigan**—As the Project Engineer, Mr. Hansen designed a booster station with three 200 HP (3900 gpm) pumps and a 1-MG ground storage tank for Muskegon Township.

**Water CADD Models, Multiple Locations**—Mr. Hansen developed working WaterCADD models of many water systems such as St. Johns, Highland Park and South Bend, IN.

**Water Treatment Plant Projects, Multiple Locations**—As a Project Engineer, Mr. Hansen has assisted with water treatment plant projects for the City of Flint and the City of Highland Park.

**Green Oak Township Water Needs Assessment, Green Oak Township, Michigan**—Mr. Hansen valuated future water demands and developed water system plan in order to assist the Township with future planning and decision making with the acquisition of a developer owned well.

**New Well And Village Wide Water Meters, Village Of Ubly, Michigan**—Provided design services / construction plans for a new well, well house, water main, well abandonments and new individual water meters to convert to a metered customer base. The project was funded through the MDEQ – DWRF low interest loan program and allowed the Village to provide low arsenic water for the community.

**Water Supply Study, City Of Perry, Michigan**—Mr. Hansen completed a study to analyze options for a new well field. The analysis evaluated alternatives including site location, capacity concerns, treatment implications, compatibility with the existing water system and expected costs.

**Waste Water Treatment Lagoons, City Of Perry, Michigan**—Project Manager for rehabilitation of waste water treatment lagoons including installation of a liner system, rip rap bank erosion protection and SolarBee aerators / mixers. Mr. Hansen completed a project plan allowing the City to obtain funding, both grant and low interest loan, through the MDEQ – State Revolving Fund.

**New San Juan Diego Activities Center, Our Lady Of Guadalupe Catholic Church, Michigan**—Mr. Hansen worked in cooperation with THA Architects to provide design of a new Activities Center and the associated site work. Mr. Hansen was responsible for grading, parking

lot improvements, new sanitary and water services, site drainage system with detention pond, soil erosion control, landscaping, and permitting.

**New High School, Lake Fenton Community Schools, Fenton, Michigan**—Mr. Hansen worked with THA Architects to provide site design of grading, utilities, roadways, sidewalks, drainage and parking lots. Project included multiple phases, on site wells, and athletic fields.

**U.S. 23 Wetland Mitigation and Design, Michigan Department of Transportation, Ogemaw County, Michigan**—Modeled existing and proposed wetlands at a yearly run time in order to maximize the proposed replacement wetland.

**Glycol Runoff Collection, Capital Region Airport Authority, Lansing, Michigan**—Project engineer for system to collect runoff containing glycol and divert to detention pond. Pond designed to pump to sanitary sewer or drain to open channel.

**Smith - Evans Storm Drain, City of Lansing, Michigan**—Project engineer for nine hundred feet of open channel conversion into a two-barreled, 5-foot HDPE underground piping scheme. Required system modeling using XP-SWMM software.

**Dryden Road Reconstruction (West), Village Of Dryden, Michigan**—Mr. Hansen provided design and construction engineering for reconstruction of Dryden Road from Union Street to the west Village limits. The project was designed and constructed in accordance with MDOT specification and requirements.

| Project | Budget | Final Construction Total | % Under Budget | % MDEQ Milestone |
|---|---|---|---|---|
| Ubly Well & Water Meters | $455,000 | $451,679 | 0.7% | 100% |
| Dryden WTP | $819,000 | $694,868 | 15.1% | 100% |
| Fowler WTP | $982,800 | $755,855 | 30.0% | 100% |
| Perry WTP | $1,609,000 | $1,564,700 | 2.8% | 100% |
| Perry WWTL | $2,775,000 | $2,748,368 | 1.0% | 100% |



Confidential

LAN_FLINT_00063929

# Project Team



## JEREMY N. NAKASHIMA, PE
**Senior Project Manager**

**Education.**
MS, Civil Engineering (Geotechnical),
University of Illinois, 1997

BS, Civil Engineering (Environmental),
University of Illinois, 1994

**Years of Experience.**
18

**Registration.**
Professional Engineer, Michigan, No. 6201058535

### Background
Jeremy N. Nakashima is experienced in water and wastewater facility and system planning, engineering, and program management. Mr. Nakashima has been responsible for all aspects of a project from conception through construction. He has overseen the design and construction of numerous water supply, treatment and distribution facilities for municipal and private utility clients throughout the U.S.

### Related Experience
**Bay County Water Treatment Plant, Saginaw-Midland Municipal Water Supply Corporation (SMMWSC) & the Bay County Department of Water and Sewer, Michigan**—The SMMWSC and the Bay County Department of Water and Sewer retained LAN to prepare a preliminary study for the feasibility of locating a 20-mgd surface WTP in the Bay Area to provide finished water to numerous municipal customers. The study included preliminary design of the WTP and associated water system facilities, evaluation of multiple WTP site options, development of various alternatives for secondary supply, and development of a detailed cost analysis. The report was prepared in accordance with the MDEQ requirements for use in applying for a Drinking Water Revolving Fund low interest loan. Mr. Nakashima's responsibilities included the evaluation of existing low and high service pumps at the Bay City WTP for possible reuse in one of the project alternatives, as well as performing QA/QC reviews of the preliminary engineering report.

**New Water Treatment Plant, Village of Mahomet, Illinois**—Project Manager for multi-million dollar water treatment plant improvements that tripled plant capacity to meet the demand of a growing community. Design of the new 1,800 gpm plant includes the addition of two new 600 gpm package iron removal units for aeration, detention and filtration; four new 9-foot diameter ion exchange softeners; a new softener building; new high service pumps; chemical feed systems; converted brine storage tank; converted backwash wastewater holding tank; a new backwash wastewater pump station; upgraded electrical service, emergency power systems and instrumentation; and miscellaneous site improvements.

**Surface Water Intake, Division of Water and Waste Services, Genesee County Drain Commissioners Office, Genesee County, Michigan**—Mr. Nakashima served as Assistant Project Director for design engineering services of a new water supply intake system. Located on the western shore of Lake Huron at the county line between Sanilac and St. Clair counties, the new 85-mgd water supply intake system consists of: two 48'x48' octagonal intake structures (timber cribs); 6,575 LF of 78-inch intake pipeline; 300 LF of 60-inch intake pipeline; two submerged steel stop log chambers on the intake pipeline for crib isolation; a 35-foot diameter, 57-foot deep onshore junction chamber for tunneling operations; and a zebra mussel control system. Mr. Nakashima was responsible for overall QA/QC of the bidding documents, assisted in design coordination between subconsultants and prime consultant, and prepared several project specifications and drawing details related to the junction chamber, stop log chambers, intake pipeline, and timber cribs. In particular, he was responsible for the design of the zebra mussel control system, including performing hydraulic calculations for the chlorine solution piping and diffuser design, selection of materials and design details.

**Lexington Pumping Station Generator Facilities, DuPage Water Commission, Elmhurst, Illinois**—Project Engineer for the design of a new generator building and generator electrical building at the Lexington Pumping Station and Reservoir. Responsibilities include the design of the relocation of existing site utilities necessary for the construction of the new facilities. Utilities requiring relocation include a 36-inch watermain, sanitary and storm sewers, electrical ductbanks and gas mains. During the construction phase, Mr. Nakashima served as Project Manager responsible for all construction-related engineering services.

**LAN**

Confidential

LAN_FLINT_00063930

# Project Team

**New Ammonia Feed System, City of Houston, Texas**—Mr. Nakashima was responsible for the preliminary design, final design, and preparation of construction documents for a new Liquid Ammonium Sulfate chemical feed system for chloramine disinfection at the West Houston #3 groundwater treatment facility which included: 1) bulk chemical storage in an outside secondary containment structure sized for a minimum storage of 15-days; 2) new building to house the chemical feed system and electrical with a separate equipment room for four liquid vacuum feed systems, day tank, dual wall containment piping, gas monitoring system, and a separate control room for electrical, instrumentation and SCADA; and 3) sizing of the chemical feed system and storage facilities were based on a maximum plant capacity of 6.7-mgd.

**Green Bay Water Utility, Green Bay, Wisconsin Lake Pumping Station Improvements, Contract D**—Project Engineer for the design of improvements to the raw water Lake Pumping Station, which includes the phased construction of replacement of the five existing 8-mgd vertical split case centrifugal pumps with five 9-mgd vertical turbine pumps. The project includes modifications to the existing wetwell and drywell suction and discharge piping to accommodate the new pumps, as well as wetwell structural modifications.

**Green Bay Water Utility, Green Bay, Wisconsin Lake Pumping Station Improvements, Contract E, 42" Discharge Header Replacement**—Served as Project Manager providing construction engineering services, including review of submittals, RFI's, contractor pay requests, change orders, as well as construction observation services, for improvements at the raw water Lake Pumping Station for the Green Bay Water Utility. The project includes modifications to the pumping station discharge header and replacement of a section of an existing 42-inch transmission main with approximately 470 lineal feet of new 42-inch buried steel pipeline. Work also includes modifications to the interior discharge piping, installation of a new 30-inch butterfly valve with electric motor actuator, construction of a new surge relief valve vault, new 16-inch surge piping, new air release and access vaults, new cathodic protection test stations, 42-inch steel pipe connection to existing 42-inch PCCP, new station water piping, relocation of chlorine vacuum lines, new access drive, and miscellaneous site improvements.

**Reservoir Groundwater Control Project, Green Bay Water Utility, Green Bay, Wisconsin**—The Green Bay Water Utility (GBWU) owns, operates, and maintains one 4 MG and two 2 MG finished water below grade reservoirs at the

Filter Plant facility. In an effort to comply with the Wisconsin Department of Natural Resources code regarding allowable groundwater conditions at below grade reservoirs, the GBWU retained LAN to develop a plan and construction documents to lower the groundwater level at the existing reservoirs. Mr. Nakashima served as Project Engineer for the final design of the groundwater dewatering system which consisted of a series of French drains, manholes and pumps to lower the local groundwater table around the reservoirs. He also was responsible for QA/QC of the construction documents.

**Junction Pumping Station Improvements, Saginaw-Midland Municipal Water Supply Corporation, Bay City, Michigan**—Project Engineer responsible for general construction administration for improvements at the Junction Pumping Station, which included the construction of a new maintenance building, 48-inch and 60-inch reservoir and transmission main piping, valve vaults and miscellaneous site improvements. Duties included submittal review, pay request and change order processing, and general coordination with the Owner and Contractor.

**Hydraulic Improvements, Metropolitan Water Reclamation District of Greater Chicago, Illinois**—Project Engineer for the final design of three new diversion chambers and large process piping outside of the new 480-mgd High Level Influent Pump Station at the Calumet WRP. Responsible for completing project plans and specifications for the diversion chambers and piping, as well as coordination with other design disciplines and subconsultants. Use of the Calumet WRP MUPPS mapping was instrumental in the final design of the diversion chambers and process piping as it illustrated the extensive and complex underground utilities and structures that have been constructed throughout the history of the treatment plant. Use of the Calumet WRP MUPPS database was useful in identifying contract drawings when details of existing utilities and structures were needed for the final design of the diversion chambers and piping. During the construction phase, Mr. Nakashima served as Project Manager responsible for all construction-related engineering services.

**Water Treatment Plant Rehabilitation, Village of Buckley, Illinois**—Village Engineer and Project Manager for the design and permitting for the complete rehabilitation of the existing water treatment plant including the refurbishment of the aeration/detention tank and the replacement of the high service pumps, pressure filters, and ion exchange softeners. This project was funded in part by an IEPA low interest loan.



Confidential

LAN_FLINT_00063931

# Project Team



## MELISSA C. HENDERSON, PE
**Associate, Project Manager**

**Education.**
BS, Mechanical Engineering,
Massachusetts Institute of Technology, 1997

MS, Hydrology for Environmental Management,
Imperial College of Science,
Technology & Medicine, 2000

**Years of Experience.**
16

**Registration.**
Professional Engineer, Michigan, No. 6201058110

### Background

Melissa Henderson is LAN's lead engineer on hydraulic and transient modeling with extensive experience in water system hydraulic analysis. Her experience includes water system analysis using EPANET, InfoWater, WaterCAD and WaterGEMS, and transient analysis using the Liquid Transient (LIQT) program.

Ms. Henderson has performed analyses of numerous water, storm and sanitary systems to develop and update utility master plans, water supply feasibility studies, and has been involved in route evaluations, design of water and sanitary mains, population and water demand projections, demand allocation, and hydraulic and transient analysis of water and sanitary treatment plants and associated facilities. Ms. Henderson has developed and calibrated extended-period simulation hydraulic models to analyze existing infrastructure facilities and their operation, identify system deficiencies, optimize supply management, and determine system improvements.

### Related Experience

**Model Development, Saginaw-Midland Municipal Water Supply Corporation (SMMWSC), Bay City, Michigan—**
Ms. Henderson was the leading hydraulic modeler and project engineer for this project, which included creating a hydraulic model for SMMWSC and provided training to allow Saginaw-Midland personnel to perform hydraulic analyses using the model. As part of this effort, an extended-period simulation hydraulic model for the current system will be created utilizing either the U.S. EPA's EPANET software. The developed hydraulic model will be calibrated with historic field data. As part of the effort, Ms. Henderson is leading the data collection and review; set-up of the model, development of demand patterns and calibration of the model. She will also develop a model manual that provides detailed information regarding the model created and data used, and serves as a guide for performing hydraulic analyses.

**Lake Shore Pump Station and Associated Raw Water Transmission Mains Transient Analysis, Green Bay Water Utility (GBWU), Wisconsin—**Ms. Henderson was the project engineer overseeing the transient analysis of the GBWU Lake Shore Pump Station and associated transmission mains. Her team created a detailed transient analysis model utilizing LIQT software that included the Lake Shore Pump Station (LSPS), the 42-inch and 54-inch transmission lines beginning at the LSPS, the surge protection devices located along the transmission lines and at the LSPS and Booster Pump Station (BPS). The team also developed boundary conditions were also determined for the discharge at the Water Filtration Plant where the two transmission lines terminate. Based on the transient analyses results, Ms. Henderson and her team provided several conclusions and recommendations to GBWU. Analyses confirmed the existing normal and emergency operating procedures, surge protection devices and check valves all serve to protect the LSPS discharge header and connected transmission lines from excessive surge pressures and vacuums. Her team also identified and recommended continued operation of key surge protection devices to maintain sufficient surge protection within system along with additional recommendations for normal pump start-up, normal pump shut down and emergency conditions.

**West Harris County Regional Water Authority (WHCRWA) Surface Water Master Plan, Harris County, Texas—**Ms. Harrison is currently involved in the development of a "Master Plan" for the surface water infrastructure necessary to supply the 226 square miles for the WHCRWA, which is located in Western Harris County outside the City of Houston. As part of this project, she calculated the total water demand using the University of Houston's Center for Public Policy Census Tract population projects, 2000 Pumpage data, and supplemental data regarding water usage from the WHCRWA Municipal Utility Districts (MUDs). Ms. Henderson allocated population and water demand for each of the 107 MUDs and areas within WHCRWA not within a MUD. She evaluated proposed surface water pipeline routes. Ms. Henderson evaluated costs and analyzed financial alternatives for the proposed surface water system.



Confidential

LAN_FLINT_00063932

She analyzed system curves for proposed pumps, performed preliminary pump and motor selection and determined the preliminary plant layout for pumps. Estimated construction cost $483,750,000.

**78-inch Transmission Main, Segment 1, Brushy Creek Regional Utility Authority (BCRUA), Cities of Cedar Park, Leander and Round Rock, Texas**—Ms. Henderson worked as the lead project engineer for the transient hydraulic modeling of the proposed BCRUA Segment 1 Transmission Main. Ms. Henderson and her team performed transient hydraulic analysis for all BCRUA transmission main design teams. Ms. Henderson led the development of a transient model for the BCRUA utilizing preliminary alignments. Ms. Henderson assessed the system under both normal operating and failure conditions. Ms. Henderson also conducted analyses to determine the impact on the transmission system of the flow control valves at the various take points. Based on the results of the transient modeling, Ms. Henderson determined the anticipated transient pressures and required appurtenances for transient pressure relief. Ms. Henderson provided a technical memorandum of the results of the transient analysis, which included the assumptions used in the model, transient pressures anticipated along the alignment, and a table of recommended appurtenances including location and type. Transient Hydraulic Analysis was to be performed at 60% and 90% for all designs. In addition, Ms. Henderson designed the air release valves including size, location, and type of valve needed for draining, filling, and air release functions (not related to surge). Air release valves will be designed utilizing AWWA M51 and appropriate information from vendors. Ms. Henderson also reviewed the standard Air Release Valves details for the transmission main design projects.

**West Harris County Regional Water Authority (WHCRWA) Water Pump Station No. 1**—WHCRWA, City of Houston, Texas: Ms. Henderson developed booster pump station layouts for two phases of development for the WHCRWA's Water Plant No. 1 to delivered treated surface water. In addition to providing conceptual booster pump station layouts, she also provided preliminary pump selection recommendations based on the system's Phase 1 and Phase 2 flow and pressure requirements. Ms. Henderson's analysis of Water Plant No. 1 included hydraulic modeling of the WHCRWA surface water transmission system and an evaluation of normal pump start-up and shutdown, and pump failure scenarios for transient surge conditions.

**Green River Pumping Plant Project, Transient Analysis, Franson Civil Engineers, Unitah County, Utah**—Ms. Henderson was the lead project engineer and transient modeler responsible to perform a transient analysis to support the proposed pump station and the 42-inch raw water

line design, known as the "Green River Pumping Project" (GRPP). She led a transient modeling team that performed analyses using the LIQuid Transient, also known as LIQT program. Four major operating conditions were modeled, with comparison between the use of a surge anticipator valve (SAV) and a surge tank (ST). Two different pump manufacturers were also compared, American-Marsh and National pumps. Additionally, two control valves were analyzed in conjunction with the type of surge protection utilized. Ball valves were utilized in the SAV scenarios and butterfly valves (BFV) were analyzed in the ST scenarios. An analysis of the transient conditions in the proposed pump station and proposed 42-inch pipeline was performed for pipeline filling, pump start-up, pump shut-down and power failure. Based on results of the modeling scenarios, recommendations were made regarding the type and location of surge protection devices to adequately protect the system in the event of a transient occurrence.

**Mt. Carmel Water Treatment Plant (WTP) to Hillcrest Ground Storage Tank (GST) Water Transmission Line Design, City of Waco, Texas**—Ms. Henderson assisted with the hydraulic modeling efforts related to the proposed transmission main from the Mt. Carmel WTP to the Hillcrest GST. Based on recent meetings with City staff, she investigated the impacts of tying the proposed transmission main into an existing 12-inch distribution line and converting the existing 16-inch Hillcrest GST refill line into a transmission/distribution main. Ms. Henderson also performed analyses to verify the size of the proposed Mt. Carmel to Hillcrest transmission main.

**Surface Water Transmission System Design, City of Sugar Land, Texas**—Ms. Henderson served as the senior hydraulic engineer to perform a hydraulic analysis and transient modeling services related to the City's proposed surface water transmission main system, which included a 22-mgd Surface Water Treatment Plant (SWTP) and transmission waterlines ranging in diameter from 16- to 36-inches.

**HCFWSD 61 - WWTP No. 2 - Hastings Green, Harris County FWSD No. 61, Texas**—Ms. Henderson reviewed previous hydraulic calculations for the Hastings Green Waste Water Treatment Plant No.2 (Hastings Green). In addition, she updated the plant's hydraulic model to determine cause of poor performance at the plant. Standard hydraulic equations were used to develop the plant's hydraulic profile and calculations were performed in Microsoft Excel.



Confidential

# Project Team



**DENNEY R. HOWARD, PE**
**Chief Electrical Engineer**

**Education.**
BS, Electrical Engineering,
Texas Tech University, 1981

**Registration.**
Professional Engineer, Michigan, No. 6201057532

**Years of Experience.**
30

## Background

Mr. Howard has more than 29 years of experience in the engineering design field of electrical, controls, instrumentation, and site electrical utility systems. Mr. Howard's electrical design background includes water and wastewater utility facility projects which incorporates utility coordination, medium-voltage and low-voltage distribution systems, standby and emergency power distribution systems, computer-aided power system coordination studies, grounding and surge protection systems, SCADA and telemetry systems, instrumentation and control systems interior and exterior lighting systems, fire alarm and security systems, and lightning protection systems.

## Related Experience

**Red Bluff Water Treatment Plant Upgrades, Coastal Water Authority (CWA), Pasadena, Texas**—CWA has asked LAN to implement five of the seven projects identified in the preliminary engineering report (PER). LAN developed detailed drawings and specifications and provided bid and construction phase services for the projects, which included adding a fourth 22-ft.-diameter filter with all piping, power, valves and controls; replacing three other 22-ft. diameter filters, its 120-V power supply, automatic controls and control panels; replacing numerous pieces of non-functional equipment; replacing the existing manual chlorine gas system with an automated sodium hypochlorite dual-feed system and installing new pump systems for the chemicals; and designing a new SCADA system to fully integrate all existing control functionality and new improvements. Mr. Howard provided all electrical engineering design for the distribution system and conducted quality assurance and quality control (QA/QC) reviews of the SCADA and instrumentation and controls designs.

**Water Treatment Plant Study and Improvements, City of Lubbock, Texas**—As Lead Electrical Engineer, Mr. Howard provided electrical, instrumentation, control, and SCADA systems tasks, which were integrated in the overall plant evaluation and energy audit. Mr. Howard supervised a plant power system study that included short-circuit and

load-flow analysis, protective device coordination and arc-flash study and electrical system condition assessments. He also supervised an energy audit of the electrical, HVAC, and pumping systems. Mr. Howard was also engaged with the City to implement recommendations from this study. Improvements included replacement of the plant's service entrance switchgear with 2,000-A/480-V main-tie-generator-tie-main draw-out switchgear, additional electrical distribution system equipment, lighting systems with energy-efficient systems, HVAC systems with energy-efficient systems, motors with energy-efficient motors, and SCADA system with a state-of-the-art system that provided a more user-friendly interface.

**Water Treatment Plant Preliminary Engineering Report (PER), Coastal Water Authority, Pasadena, Texas**—Mr. Howard provided electrical engineering for the preparation of a PER for proposed improvements to the Red Bluff WTP including installing a new gravity filter, replacing the existing chlorine system with a sodium hypochlorite feed system, implementing a new SCADA system to replace the timer and relay-driven master control panel, and replacement or upgrades to various system components that or no longer functioning or are obsolete.

**Saginaw-Midland Municipal Water Supply Corporation (SMMWSC) Whitestone Point Pumping Station Variable Frequency Drive (VFD) Feasibility Study, Augres, Michigan**—As lead electrical engineer, Mr. Howard provided SMMWSC a preliminary design report (PER) investigating the feasibility of adding VFDs to the Whitestone Point Pump Station in order to save energy while improving operational capabilities. Whitestone Point is located on the western shores of Lake Huron in Michigan. The pump station was constructed in 1946 with three 1,200-hp pumps equipped with 2,400-V synchronous motors. From 1965 through 1994, five 2,500-hp pumps were  added. During preparation of the report, LAN investigated available VFD manufacturers, existing motor compatibility with VFDs, electrical distribution modifications, control system modifications and HVAC system modifications potential energy savings. LAN and

Confidential

LAN_FLINT_00063934

SMMWSC found that adding VFDs to two 1,200-hp pumps and discontinuing the use of flow-control valves for the same pumps, would save SMMWSC approximately $114,000 per year, which would pay back the investment in 6.5 years. Following the PER, Mr. Howard assisted SMMWSC in the procurement and installation of two 1200-hp medium-voltage VFDs and the main 5-KV switchgear.

**Capacity Evaluation Study, Coastal Water Authority (CWA), Pasadena, Texas**—LAN completed a capacity evaluation for the Red Bluff WTP in an effort to determine and compare the original design capacity against the actual capacity of the plant at existing conditions. The study then identified and examined immediate and future improvements required to deliver upon CWA's contractual agreements and then determined the plant's ultimate site capacity. Mr. Howard evaluated the existing electrical service and distribution; visually inspected electrical panels, pumps, sensors and other systems; made recommendations for further infrared inspection of aging electrical systems; and evaluated potential equipment locations for future expansion of the plant and/or addition of electrical systems.

**Southwest Pump Station and Ground Storage Tank, Lubbock, Texas**—As lead electrical engineer, Mr. Howard supervised the design of low-voltage power, instrumentation and control, lighting and fire alarm systems for a new 14-mgd water pumping station serving the western portion of the City of Lubbock and Lubbock County. The design included coordination with Lubbock Power and Light to provide electrical service to the facility. Since this facility needs to remain in service during emergency events, the facility was designed with a large, 1,200-kW, standby diesel-engine generator set. The design also included two 150-hp, medium-voltage variable frequency drives (VFD) and two 250-hp, medium-voltage solid-state drives. Mr. Howard also provided the design of the instrumentation, control and SCADA systems for the pump station. The SCADA system incorporated a radio telemetry system to allow the pump station to communicate with the City's existing SCADA communication system.

**City of Rosenberg WWTP No. 2 Expansion and Improvements, Rosenberg, Texas**—Expansion and improvement of the City's existing 3-mgd WWTP increasing the plant's current average daily flow (Qadf) capacity from 3-mgd to 4.5-mgd and its 2-hour peak flow (Qpk) rate from 9-mgd to 18-mgd. Mr. Howard served as the senior electrical engineer for the project. In particular, his role involved the electrical, instrumentation and controls design for all of the proposed treatment components, as well as specification

development, code compliance, project detailing, calculations and coordination with other design disciplines, which included the on-site lift station, headworks, aeration splitter box, new and existing aeration basins, aeration blowers, clarifier splitter box, new clarifier No. 3, RAS/WAS pump station, scum pump station, selected disinfection system, NPW system, rotary drum thickener, aerobic digester basins and digester blowers. In addition, Mr. Howard designed new process control panels, six additional motor control centers (MCC), new power distribution switchboard, automatic transfer switch and auxiliary 2,000-kVA generator. Finally, Mr. Howard participated in submittal reviews during the course of the project's construction phase.

**WWTP No. 1 Expansion and Improvements, Killeen, Texas**—Mr. Howard served as the lead electrical engineer for the Bell County Water Control and Improvement District No.1 South WWTP project, which involved the design and construction of a new 6-mgd average daily flow facility, with a corresponding 2-hour peak flow of 18-mgd.

In particular, Mr. Howard was responsible for the electrical design for all of the new process components, which included the headworks fine screening and grit removal, sequencing batch reactor, disc filtration, ultraviolet (UV) disinfection, aerobic digesters, belt press dewatering, and effluent pump station. In addition, Mr. Howard's efforts included provisions for an emergency stand-by generator system, sized to support the full forward flow of the new treatment plant.

**Chisholm Trail-Legend Oaks Highway 29 Pump Station - Georgetown and Austin, Texas**—As lead electrical engineer, Mr. Howard supervised the design of low-voltage power, instrumentation and control and lighting systems for a new 7.8-mgd water pumping station serving the a suburban area north of Austin. The design included coordination with Georgetown Electrical Cooperative to provide electrical service to the facility. Since this facility needs to remain in service during emergency events, it was designed to allow connection of a portable 500-kW, standby diesel-engine generator set. The design also included two 250-hp, medium-voltage variable frequency drives (VFD) and two 250-hp, medium-voltage solid-state drives. Mr. Howard also provided the design of the instrumentation, control and SCADA systems for the pump station. The SCADA system incorporated a radio telemetry system to allow the pump station to communicate with the Chisholm Trail Special Utility District's existing SCADA communication system.



Confidential

LAN_FLINT_00063935

# Project Team



**MEREDITH G. MCCULLOUGH, PE**
Engineer IV

**Education.**
MS, Environmental Engineering,
Texas Tech University, 2005

BS, Environmental Engineering,
Texas Tech University, 2005

**Years of Experience.**
9

**Registration.**
Professional Engineer, Texas No. 105081

## Background
Ms. McCullough provides engineering for water and wastewater facilities and utility systems. She is an expert in water/wastewater system modeling and infrastructure planning.

## Related Experience
**A.R. Davis Water Treatment Plant Filter Process Improvements and Valve Replacement, City of Austin, Texas**—LAN provided engineering services to the filtering system and recommending modifications to enhance the performance in the filter pipe gallery. Ms. McCullough was involved in the design of the replacement of 162 large-diameter valve and actuators for 27 dual media filters. Additionally, she provided construction phase services responding to construction submittals, RFIs, and general engineering support for the construction phase of this project.

**Filter Improvements Project, Schertz-Seguin Local Governmental Corporation (SSLGC), Nixon, Texas**—Ms. McCullough designed a filter rehabilitation project for the SSLGC WTP. This project included the replacement of four (4) pressurized filter media, protective coatings and interior air scour piping and nozzles. Additionally she, preformed construction management on this project managing contractor pay applications, on-site inspection of blasting and painting, change orders and miscellaneous construction activities.

**Robinson Water Treatment Plant Improvements Project, City of Robinson, Texas**—Ms. McCullough was the Project Engineer for the design on a 500,000 million gallon Clearwell, pump station relocation, and yard piping improvements for the Robinson water treatment plan. The project involved groundwater uplift design and continued plant operations considerations for the Clearwell construction. She developed plans and specifications for this project.

**Water System Hydraulic Modeling, Brushy Creek Regional Utility Authority (BCRUA), Cedar Park, Texas**—Ms. McCullough evaluated the preliminary operations and hydraulics of the booster pump station, storage tanks, and transmission main for the BCRUA WTP. The hydraulic modeling aided in the design of the water system and transmission main, which was complex due to the difficulties of providing treated water to three different cities with different pressure zones and flow requirements. The BCRUA WTP will have an ultimate built out of 105.8-mgd in 2025. She also completed the final design of the BCRUA booster pump station for three vertical turbine pumps.

**Pump System Evaluation, City of Lubbock, Texas**—Ms. McCullough evaluated the eleven pump stations for future capital improvements for the City of Lubbock. This evaluation included an inspection of pumps, motors, pipe, and associated storage tanks. A list of improvements was generated to add the City of Lubbock Capital Improvements Projects. As part of the project Ms. McCullough preformed pump tests on all of the pumps to study pump efficiency and perform an energy analysis.

**Primary Effluent Pump Station Ph III, Las Vegas, Nevada**—Clark County PEPS III is a 416 MGD permitted wastewater treatment plant serving the Las Vegas Nevada area. LAN was hired to design the Influent Lift Station for the WWTP. Ms. McCullough provided QA/QC on the pump hydraulic model. She verified quantities, system head curves, and static and friction losses in the model.

**Strategic Study, Coastal Water Authority, Fort Bend County, Houston, Texas**—The purpose of this study was to provide a plan for the future infrastructure requirements needed to meet the wholesale water needs of the Greater Houston Region. Ms. McCullough utilized GIS to determine water demand projections through 2060 in Fort Bend County. This study included a thorough analysis of the surface water required to convert the County's water supply to surface water from groundwater, due to groundwater subsidence.



Confidential

LAN_FLINT_00063936

# Project Team

## ROLLIE A. MCNUTT, PE
**Mechanical Engineer**

**Education.**
BS, Mechanical Engineering,
Texas Tech University, 1992

**Registration.**
Professional Engineer, Michigan, No. 6201057124

**Years of Experience.**
19



## Background

Mr. McNutt has 19 years of experience in the design of mechanical systems. He has designed a wide variety of systems including central utility plants, large air handling unit systems, smoke evacuation systems, industrial exhaust systems, and laboratory systems to National Institute of Health (NIH) guidelines. His areas of expertise include energy analysis, HVAC system optimization, building automation, and system commissioning. He has expertise in air conditioning, chilled water systems, thermodynamics, heat transfer and fluid mechanics.

## Related Experience

**Muddy Creek Regional Wastewater Treatment Plant (WWTP), North Texas Municipal Water District (NTMWD), Texas**—The NTMWD contracted LAN to provide design, construction drawings, specifications, and construction phase services for the first phase expansion of the Muddy Creek Regional WWTP from its existing 5-mgd capacity to 10-mgd capacity. In addition to serving as the mechanical engineer during construction administration, Mr. McNutt designed HVAC systems for several buildings as part of this project. The overall expansion included modification of the on-site lift station, addition of a primary clarifier, two aeration basins, a secondary clarifier, two filters and ultraviolet disinfection modules. With the increase in energy costs, LAN evaluated options to reduce energy costs, particularly those associated with the aeration units and odor control system.

**Primary Effluent Pump Station Ph III, Las Vegas, Nevada**—LAN partnered with Whiting-Turner Construction for this design-build project for expansion of the PEPS from its current peak flow capacity of 120-mgd, to a peak capacity of 320-mgd. In addition to the expansion of the existing wet well and pumping capacity, the project involved the design and construction of a number of associated facilities including underground large diameter pipelines (72-inch and 96-inch), miscellaneous above-ground process piping, structural modifications to overhead canopy, electrical system design, odor control system design and large-diameter sanitary sewer pipe rehabilitation. The construction cost of

the facility was approximately $29 million to be designed and constructed over an 18-month period. Mr. McNutt served as a technical resources and quality reviewer for the project.

**Southwest Pump Station, City of Lubbock, Texas**—LAN converted the City's existing hydraulic model from H2ONet to WaterCAD and incorporated growth projections. LAN prepared a preliminary report with recommendations and the subsequent construction documents. Mr. McNutt provided mechanical engineering evaluations of the existing cooling equipment (exhaust fans) for the pumps as well as the large compressors. Finally, LAN provided full construction phase services for the project.

**Pump System Evaluation, City of Lubbock, Texas**—Mr. McNutt was the mechanical engineer responsible for significant elements of the technical mechanical engineering systems design, documentation, calculations, code compliance, project detailing, specifications and mechanical engineering coordination. The project added a new 14-mgd pump station and included hydraulic modeling, site analysis, transmission line design, cost estimation, water conservation, and pump station design that included modifications to improve system maintainability and reliability. LAN also assisted with construction-phase (submittal review, inspection, and preparation of record drawings) and start-up services.

**Hubbard Hall HVAC Systems Upgrade, Denton, Texas**—As a mechanical engineer, Mr. McNutt was responsible for significant elements of mechanical engineering systems design, documentation, calculations, code compliance, project detailing, specifications and mechanical engineering coordination. TWU selected LAN to perform mechanical, electrical and infrastructure modifications for Hubbard Hall. The bulk of the construction required creative phasing to accommodate the numerous ongoing campus activities. All work was completed without major interruption to the building's complex schedule of activities.



Confidential

LAN_FLINT_00063937

# Project Team



**OSVALDO GARZA, PE**
Project Engineer

**Education.**
BS, Civil Engineering,
University of Illinois at Chicago, 2008

**Years of Experience.**
10

**Registration.**
Professional Engineer, Illinois, No. 061033485

## Background

Mr. Garza joined LAN in 2008 and has worked extensively on all aspects civil site and utility design. He has focused primarily on water distribution projects, while also gaining experience in roadway, storm sewer, and sanitary sewer design. His design experience has included developing final design drawings, technical specifications, construction cost estimates, bid documents, and providing construction phase services. Additionally, Mr. Garza has served as field engineer on a variety of projects including conducting internal inspections and evaluations of pipelines, utility vaults, and above ground utility structures.

## Related Experience

**Lake Pumping Station Improvements, Green Bay Water Utility, Green Bay, Wisconsin**—Mr. Garza assisted with the preparation of plans and specifications. Preparation of plans included pump station site plan, 42-inch discharge header plan and profile design, as well as structural details and cross sections. Mr. Garza also performed thrust restraint calculations for the 42-inch discharge piping.

**Tri State Village Water Association Water Distribution Improvements, DuPage County, Illinois**—Mr. Garza assisted with the preparation of a complete construction package, including plans, specifications and estimate, for water main replacement within a residential neighborhood. Project consisted of 6,000 LF of 6-inch, 8-inch, and 10-inch water main installation.

**Knollwood Wastewater Treatment Plant Air Header Replacement, DuPage County, Illinois**—Mr. Garza assisted with the preparation of a complete construction package, including plans, specifications, and estimate for modifications to an existing air header and installation of a 30-inch air header and three blowers. As part of this effort, Mr. Garza reviewed record information and developed piping plans, structural details, as well as cross sections.

**Surface Water Transmission Program (SWTP), City of Houston, Texas**—Mr. Garza has served as Project Engineer

on several large diameter water main projects ranging from 36 inches to 72 inches in diameter. His responsibilities included design of horizontal and vertical alignments, design of utility relocations, CAD drafting, development of technical specifications, preparation of bid documents, as well as coordination with private utility companies and public agencies. The complexity of these projects included design of thrust restraint systems, review of cathodic protection systems, traffic control plans, geotechnical reports, and environmental assessments to address specific design requirements. Some of the SWTP projects Mr. Garza worked on include:

Contract 73B-2: Approximately 8,500 LF of 42 inch water transmission main, 425 LF of 30-inch yard piping at SBPS, a new 30-inch metering station with 24-inch bypass, four 30-inch tank connections, and improvements at SBPS to the chlorinator, ammoniator, and SCADA system. In addition, the project included extensive pavement reconstruction along Tidewater, South Post Oak, West Orem, and Croquet.

Contract 70A-1: Approximately 5,600 LF of 72-inch water transmission main, interconnection to an existing 96-inch water transmission main, as well as storm sewer upgrades and relocations. The project also included removal and replacement of two lanes of reinforced concrete pavement along Fuqua St. from east of Beamer Rd. to Stover St.

Contract 70A-2: Approximately 6,700 LF of 72-inch water transmission main, 6,600 LF of 12-inch water main, storm sewer upgrades and relocations, relocation of 12-inch and 24-inch parallel force mains, and two lanes of reinforced concrete pavement replacement along Fuqua St. from Stover St. to Moers Rd. The project also included improvements to Southwest Pump Station consisting of roof replacement of existing Pump and Ammonia Buildings, installation of 30-inch, 36-inch, and 42-inch yard piping and tank connections, as well as a 42-inch metering station.



Confidential

LAN_FLINT_00063938

# Project Team



**JENNIFER N. SAVAGE, PE**
**Structural Engineer**

**Education.**
BS, Civil Engineering
Texas Tech University, 2007

**Years of Experience.**
7

**Registration.**
Professional Engineer, Texas, No. 111686

## Background
As a production engineer in the structural engineering department of LAN, Mrs. Savage designs and analyes components of contcrete and steel structures for a variety of projects including including buildings, water/wastewater treatment plants, port container yards, marine structures, pipeline aerial crossings, and miscellaneous structures.

Ms. Savage has designed numerous structures in the Gulf Coast Region to withstand hurricane force winds. Among these structures are the structural steel framed roof for a six story building in New Orleans, LA; a lift station elevated 20 feet above grade in Galveston, TX, and several elevated platforms to house hydraulic equipment for the Galveston-Bolivar Ferry in Galveston, TX and Bolivar, TX. She has provided preliminary and final engineering services as well as construction services for a wide variety of clients including, the US Army Corp of Engineers, Baylor University, Xavier University, Coastal Water Authority, City of Houston, Port of Houston Authority, and the City of College Station.

## Related Experience
**Primary Effluent Pump Station Ph III, Las Vegas, Nevada**—Ms. Savage served as the structural designer for the portions of expansion of an existing pump station; a multi-chamber odor control tank and a CMU building. The multi-chamber odor control tank was 60 feet by 25 feet containing three main chambers with interior baffles and gates that would allow water to flow between the chambers. This design was especially challenging due to the high seismicity of this region. In addition to designing this tank for dead loads, live loads, and the static load of water in the tank. Ms. Savage calculated and designed the tank for the sloshing effect of the water in the chamber during a seismic event, using the design reference "Rectangular Concrete Tanks" by PSI to calculate the seismic force of the water.

Additionally, she designed portions of a load bearing rectangular CMU building that was approximately 50 feet by 15 feet; calculating the seismic force on the building in two orthogonal directions, and the relative stiffness of each

of the walls to be used as shear walls. All CMU walls were designed to resist the seismic forces as well as the dead, live, and wind forces.

**Water Treatment Plant Improvements, City of Robinson, Texas**—Due to increased demand for potable water in this area the City was faced with a need to provide additional pumping and storage for the treatment plant and other miscellaneous items. The City authorized LAN to provide the design for the improvements that included the construction of a new 500,000 gallon clearwell, an additional 1000 GPM vertical turbine pump, relocation of two existing 2250 gpm pumps, piping and connection to existing piping, site work, electrical improvements for the additional vertical turbine pump, replacing spray bars on the Microfloc units, and check valve replacement at the raw water intake. Ms. Savage served as the structural designer for this project.

**Sugarland Aerial Crossing at Ditch H and Oyster Creek**—Ms. Savage designed two identical 150 foot, three-span aerial crossings to carry a 24-inch diameter waterline and a future 18-inch diameter force main across Ditch H and Oyster Creek. The superstructure consisted of TxDOT Pre-stressed Box Beams designed using the program PGSuper. Dead and live load to the superstructure were designed in PGSuper, and structure modeling was prepared using to analyze stresses imposed by the wind load and to calculate the reactions to be transmitted to the bent caps.

**Regional Water Treatment Plant (WTP) Filter and River Crossing Improvements, Gatesville, Texas**—Ms. Savage served as structural designer for the addition of two new filter trains, including a common piping gallery, pump pads and trenches consisting of cast-in-place concrete elements supported on thickened, slab-on-grade foundation elements. The addition of a new blower building, which consisted of a pre-engineered metal building founded on a slab-on-grade, and the addition of a new control building consisting of a pre-engineered metal building founded on an elevated, cast-in-place concrete slab was provided. The project was scheduled for completion within 200 days.



Confidential

LAN_FLINT_00063939

# Project Team



**JEFFREY D. ALPERS, PE**
Project Manager

**Education.**
Masters of Civil Engineering, Water Resources Engineering
Michigan Technical University, 1997

Bachelor of Engineering, Civil Engineering
Michigan Technical University, 1995

**Years of Experience.**
15

**Registration.**
Professional Engineer, Michigan, No. 6201050978

## Background
Mr. Alpers as a Project Engineer is responsible for the technical aspects of design, plan and specification preparation, and client correspondence on a variety of civil/municipal projects working closely with the Project Manager. Mr. Alpers has been involved in sewer studies and design and also water main design. Mr. Alpers has experience in construction observation, inspection, and material testing. Mr. Alpers undergraduate studies were in environmental engineering while his graduate studies emphasized hydraulics and hydrology.

## Related Experience
**William R. Starr Camp and Conference Center Sanitary Sewer Rehabilitation Project**—Project Engineer and Resident Project Representative. Performed preliminary investigations, design, preparation of construction documents, permit applications, construction administration duties, construction observation, and project close-out documentation.

**Dimondale Estates Drain Improvements, Eaton County Drain Commission**—Project Engineer. Performed initial field investigations, design, contract document preparation, construction administration dutie, and project close-out documentation.

**I-94 Pelham Rd. to Wyoming Ave. Water and Sewer Improvements**—Project Professional. Performed design and layout of water and sewer improvements and specification development.

**Western Sub-Trunk Interceptor Parts A and B, Genesee County Drain Commission**—Project Professional, performed preliminary design calculations and layouts, utility coordination, construction document preparation.

**Tecumseh River Service Area Sanitary Sewer Rehabilitation (Trenchless), City of Lansing, Michigan**—Project

Professional. Performed construction administration duties, supervision of field personnel, and construction.

**Tecumseh River Service Area Open Cut Sewer Rehabilitation, City of Lansing, Michigan**—Project Professional and Resident Project Representative. Performed construction administration duties, supervision of field staff and construction observation.

**Wastewater System Improvements, Village of Ashley, Michigan**—Project Professional. Oversight performing preparation of environmental report and USDA-Rural Development Funding application.

**2013 South Sewer Separation Project, City of Lansing, Michigan**—Prepared preliminary design, Basis of Design report.

**Northeast Interceptor, City of Lansing, Michigan**—Prepared final design, performed Project Performance Certification (PPC) investigations and developed draft PPC report.

**Moores Park Trunk Sewer, City of Lansing, Michigan**—Performed preliminary design investigations and layout, conducted Project Performance Certification (PPC) investigations, and developed final PPC report.

**022 West and Area I/J Sewer Separation Project, City of Lansing, Michigan**—Performed Project Performance Certification (PPC) field investigations and developed draft PPC report.

**Tecumseh River Road Pump Station Inflow/Infiltration Study, City of Lansing, Michigan**—Project Engineer, performing field investigations, developed preliminary recommendations, prepared report.

**LAN**

Confidential

LAN_FLINT_00063940

# Project Team



**STEVEN T. LUOMA, PE**
Senior Project Manager

**Education.**
Bachelor of Engineering, Civil Engineering
University of Michigan, 1997

**Years of Experience.**
16

**Registration.**
Professional Engineer, Michigan, No. 6201049188

## Background

Mr. Luoma has 16 years of experience on a wide variety of civil engineering projects. As a Project Engineer/Manager he is responsible for the technical aspects of design, plan and specification preparation, project management and client management for a variety of civil/governmental/municipal projects. Mr. Luoma has been involved in highway improvement design, airfield pavement design, storm sewer, sanitary sewer, water treatment, wastewater treatment and site design. Mr. Luoma has extensive experience in preparation of permit applications, construction engineering and project management.

## Related Experience

**Main Street Pump Station, City of East Tawas, Michigan**—Project Manager/Design Engineer for evaluation of sanitary sewer pump station in downtown East Tawas. A new pump station was required due to high maintenance of existing pumps and poor configuration of pump station. Designed a new pump station adjacent to the old pump station that allowed for continued service throughout the construction period. Prepared design documents and provided oversight of bidding and construction of the new pump station.

**General Motors Hot Weather Facility, Yuma, Arizona**—Project Engineer for this 2,500 acre test track facility and associated building campus area for hot weather vehicle testing. Responsible for preparing USACE permit, Arizona Department of Environmental Quality permits for water system, sanitary sewer system, and aquifer protection from wastewater discharge. Designed potable water distribution network from well to buildings, fire protection network, water treatment for potable water system, potable water storage (50,000 gallon above ground tank), fire protection storage (250,000 gallon above ground tank), and booster pump station for water system. Water treatment consisted of a green sand filter system for removal of arsenic from the groundwater source and design of evaporation ponds for backwash water from water treatment. Also responsible for preparation of design plans and specifications for wastewater facilities for the building campus, treatment of discharge from cooling tower, and treatment of discharge from car wash (package unit).

**US Army Corps of Engineers, Soo Locks Multi-Building Rehabilitation Soo Locks, Sault Ste. Marie, Michigan**—Assisted in the design, plan preparation and specification development for the rehabilitation of five historically significant buildings on the Soo Locks Complex. Repairs included rehabilitating and restoring function to historical building features (windows, doors, masonry). Project required approval from State Historic Preservation Office. Also prepared detailed cost estimates for each building's planned renovations using the Corps of Engineers MII cost estimating software.

**Tecumseh River Pump Station SSO Area, City of Lansing-Public Service Dept., Lansing, Michigan**—Staff Engineer reviewed and implemented I & I study recommendations for sanitary sewer system rehabilitation and repair. Prepared plans, details and specifications for selected trenchless and open-cut sewer repairs implemented. The project involves the rehabilitation of the sewer system to eliminate potential infiltration/inflow sources and minimize the frequency of sanitary sewer overflows and related basement backups. It also requires an evaluation of the system performance at the end of the construction to determine the effectiveness of the rehabilitation methods implemented. Construction phase involved the daily inspection and testing for sanitary sewer upgrades, storm drainage and road reconstruction including aggregate base courses, concrete curb, and HMA construction.

**US Army Corps of Engineers, Soo Locks Master Plan, Sault Ste. Marie, Michigan**—Design Engineer for future Soo Locks Canal Park development activities, specifically redesign and rehabilitation of parking lots, pier lighting upgrades, park lighting modernization, and landscape improvements. Principally in charge of preparing project plans and cost estimates for the four segmented project.



Confidential

LAN_FLINT_00063941

# Project Team



## ERIC D. BROWN
**Senior Designer**

**Education.**
BS, Building & Construction Management
Michigan State University, 1992

**Years of Experience.**
20

## Background

Mr. Brown has 20 years of experience on a wide variety of civil engineering and architectural projects. As a Engineering Tech, he is responsible for the technical aspects of design, drafting and construction document preparation on a variety of civil/governmental/municipal projects working closely with the Project Manager. He is experienced in the preparation of drawings from surveyed field data showing topographical features, surface model creation, plan and profile generation depicting road and utility design, construction detail drawings and everything else required for project construction documents. Mr. Brown has been involved in subdivision plat, condominium docs, municipal utility, site plan, architectural, road design, streetscape and many other design projects. He has extensive knowledge and experience with AutoCAD 2010, AutoCAD Civ3D 2010, Microstation and Microsoft office products.

## Related Experience

**Highland Park Water System Improvements, Highland Park, Michigan**—Prepared construction Documents for improvements to water distribution system and water treatment system in the city of Highland Park funded by Drinking Water Revolving Funds. Established base plans from aerial photography and survey to be used for design in project set.

**Western Sub Interceptor, Genesee Co. Drain, Swartz Creek, Michigan**—Developed design drawings for the construction of approximately 8.5 miles of 40" interceptor sewer for four municipalities throughout the county. Developed topographical feature drawings from survey information and collected field data using Landdesk 2004. Created plan and profile drawings depicting sanitary sewer layout design. Drafted complete set of plans for construction documents and assisted the county in establishing CAD drafting standards.

**Watermain Project, Board of Water and Light, Bath, Michigan**—Established existing topographical feature drawing from survey information. Developed plan and profile drawings depicting water main layout design. Drafted complete set of plans for construction documents.

**Waverly Road Watermain Upgrade Project, Lansing, Michigan**—Established digital terrain models using caice software from points collected from survey crew. Established full construction documents using AutoCAD including plan and profile drawing depicting project design. This was a waterman system upgrade project.

**Glycol Collection System, Capital Region Airport Authority, Lansing, Michigan**—Developed existing topographical drawing from surveyed and existing aerial map information. Developed construction plans including plan and profile drawings depicting existing utilities and design utilities.

**Tecumseh River Pump Station SSO Area, City of Lansing-Public Service Dept., Lansing, Michigan**—Plan preparation for sanitary sewer system rehabilitation and repair. Prepared construction documents including base plans, plan and profile plans for trenchless and open-cut sanitary sewer repair. The project involves the rehabilitation of the sewer system to eliminate potential infiltration/inflow (I/I) sources and minimize the frequency of sanitary sewer overflows (SSOs) and related basement backups.

**Bath Township Sewer Master Plan, Southern Clinton County Municipal Utilities Authority, Michigan**—Developed an AutoCAD master plan map of Bath Township sewer system from existing as-built information plans.

**City of Lansing CMI Riverfront Project, Lansing, Michigan**—Established construction documents for the design of the river trail and other project amenities between Michigan Ave. and Shiawassee Street along both sides of the Grand River in downtown Lansing. The project includes design and construction engineering for approximately 2,500 LFT of 14' to 20' wide river trail along with 4' retaining wall and elevated truss bridge section including outlook areas, landscaping and wetland areas.



Confidential

LAN_FLINT_00063942

# Project Team

## MICHAEL V. LIGA, PH.D., PE

**Education.**
Ph.D., Environmental Engineering & Science
Rice University, 2012

MS, Civil and Environmental Engineering
Rice University, 2009

BS, Agric. and Biosystems Engineering
University of Arizona, 2004

**Years of Experience.**
8

Related Experience

**Rice University Department of Civil and Environmental Engineering, Houston, Texas**

- Development of advanced oxidation processes using engineered nanomaterials for drinking water treatment with focus on human adenovirus inactivation
- Development of strategies to improve nanomaterial efficiency and elucidation of improvement mechanisms
- Reaction kinetic modeling
- Investigation of virus photocatalytic inactivation mechanisms using biochemical assays to probe protein and genetic damage (SDS-PAGE, PCR methods)
- Development of processes and protocols for evaluating the long term efficacy of antimicrobial surfaces. Troubleshooting and optimization of existing short-term assays for evaluating antimicrobial activity
- Development of nano-functionalized fabrics for trapping viruses in aqueous media
- Collaboration with other research groups / departments
- Operate and maintain biosafety level 2 lab equipment and protocols
- Authorship of technical publications and presentations
- Management, training, and supervision of undergraduate research assistants
- Ordering and inventory of labortory supplies

**Natural Resources Conservation Service, Salinas, California**

- Planning, design, drafting, and construction inspection of water treatment and reuse systems, pressure and drainage pipelines, open channels, stormwater management systems, wastewater management systems
- Hydrological analysis
- Topographical surveying, land surface modeling, and cartography
- Construction site survey
- Resource management and planning for agricultural operations
- Consultation with regulatory agencies, property owners / operators and contractors
- Technical reporting and design presentation
- Operate in term environment

**USDA Natural Resources Conservation Services, Tucson, Arizona**

- Surveying, design, and inspection of pipelines, irrigation systems, and animal waste management systems
- Engineering calculation and report writing



Confidential

LAN_FLINT_00063943

# Project Team



## DANIEL W. BARTLETT, PE, CFM
### Senior Engineer

**Education.**
BS, Civil Engineering
Michigan State University, 2002

**Years of Experience.**
14

**Registration.**
Professional Engineer, Michigan, No. 6201054092

**Certification.**
Certified Floodplain Manager (CFM), 2009 (no. US0904117)

## Background

Dan joined ROWE in 1999 as a student survey field technician. He joined the firm as a full-time graduate engineer in 2002, was promoted to assistant project engineer in 2006, and to project engineer in 2008. In 2012, Dan was named associate (owner) and promoted to senior engineer. At ROWE, Dan is in charge of water modeling efforts, hydrology, and hydraulic studies for storm water, water, and sewer systems.

## Related Experience

**Water Reliability Study, City of Lapeer, Michigan**—Prepared water model and reliability study update using WaterCAD. Incorporated recent and proposed improvements as well as changes in supply and demand. Included analysis comparing options between continuing to receive water from an existing regional authority, a new authority, and converting backup wells to production wells (ongoing).

**Waste Water Treatment Plant Improvements, City of Lapeer, Michigan**—Project engineer for design and construction of improvements to the wastewater treatment plant, which consist of the following: new bypass pumping station, replace existing Parshall flume, replace/upgrade raw water screw pumps, new grit removal system, replace various meters and pumps, refurbish final settling tanks, replace rotating weir structures in the oxidation ditches, refurbish sand filters, construct new phosphorous selector tank, replace influent gravity sewer pipe with larger pipe, replace existing water main, upgrade main electrical controls and equipment and install new SCADA system (2010).

**Booster Station Design and Water Storage Analysis, Birch Run Township, Michigan**—Utilized WaterCAD model of the township's system to design a new booster pump station for water supply. Developed options for providing water storage and recommended a location and height of an elevated storage tank to serve the township (2009).

**Sanitary Sewer System, Green Oak Charter Township, Michigan**—(Awarded 2005 Public Works Project of Year, Environmental Category, $2-$10 M Category, American Public Works Association): Design engineering for sanitary sewer system. Project included four large pump stations, several thousand feet of gravity and low pressure sewer and force mains ($6M construction; 2005).

**Silver Lake Sanitary Sewer Study:** Assisted with preparation of feasibility study report. Included evaluation of several different sewage collection systems and routes to serve approximately 170 lake parcels. Presented alternatives for gravity collection and grinder pump/low-pressure sewer systems. Report also included projected wastewater flows and cost estimates for each alternative sewage collection system (2004).

**Water Reliability Study, Oxford Charter Township, Michigan**—Revised previous water master plan based on current development and future developments. Analyzed current water usage based on development type (i.e., with or without irrigation systems) and projected future water consumption. Analyzed several distribution system improvements using WaterCAD software. The township's system features several supply wells with SCADA controls, storage facilities, and multiple pressure zones. Model utilized extended period simulations to analyze existing system performance and expected results from recommended improvements. Prepared comprehensive report outlining findings and recommended improvements. Held meetings with representatives from the Oakland County Water Resources Commissioner's office to illustrate the existing system performance and presented several different options for improving performance (2006).



Confidential

LAN_FLINT_00063944

# Project Team



## DOUGLAS A. SCOTT, PE, LEED®AP BD+C
**Project Manager**

**Education.**
BS, Civil Engineering
Michigan State University, 1992

**Years of Experience.**
21

**Registration.**
Professional Engineer, Michigan, No. 6201042673

**Certification.**
Leadership in Energy and Environmental Design (LEED®AP), 2008
LEED®AP Building Design and Construction, 2011
NCEES Board Certified, 2007 (no. 32412)

### Background

Doug has 21 years of professional experience, focusing on project design and development for a variety of municipal and private clients. He joined ROWE as an assistant project engineer in 1995, was promoted to project engineer in 1997, was named an associate (owner) in 1998, and was promoted to project manager in 2001.

Design emphasis has been in water and wastewater, including design of well houses, water storage, water and wastewater pump stations, treatment plants, and municipal water and sewer projects. He has also served as project manager/engineer for numerous site development and redevelopment projects for institutional and commercial facilities. Doug has been involved in the design of many school, parks, and hospital site plans throughout Michigan. He has also managed a number of demolition projects ranging in size from single-family structures to large multi-story buildings.

### Related Experience

**Wastewater Treatment Plant Improvements, City of Lapeer, Michigan**—Project engineer for design and construction of improvements to the wastewater treatment plant, which consist of the following: new bypass pumping station, replace existing Parshall flume, replace/upgrade raw water screw pumps, new grit removal system, replace various meters and pumps, refurbish final settling tanks, replace rotating weir structures in the oxidation ditches, refurbish sand filters, construct new phosphorous selector tank, replace influent gravity sewer pipe with larger pipe, replace existing water main, upgrade main electrical controls and equipment and install new SCADA system (2010).

**Water Treatment Plant, City of Linden, Michigan**—Project manager preparing construction documents for a new 1,350-gpm water treatment plant. Project involved selection

of filtration equipment and complete design of treatment system including coordination of architectural, electrical and mechanical trades. Project included the design of a SCADA system to operate the city water system. Obtained an NPDES discharge permit for the backwash water. Construction administration and coordination of construction observation were also included (2005-09).

**Back-Up Well System, City of Imlay City**—The city receives water from the Detroit water system, but the MDEQ requires that the city have a back-up water source. The project involved expansion of an existing Type I water system, including a complete well house, new well, and connection to the public system. Additional amenities included variable frequency drives, a standby generator, and a control system to maintain constant pressure in the distribution system, in the event the elevated tank was out of service. Coordinated with the MDEQ through the permitting process (2007 design; 2008 construction).

**2005 Water System Improvements, Village of Holly, Michigan**—Project engineer for planning, design, and construction of major improvements to the water system (designed in 2005 and 2006; construction began in spring 2006 and was complete in summer 2007).
- New 1,000 gpm production well
- 500,000-gallon elevated storage tank
- Complete renovation and expansion of the water treatment plant, including the addition of three 10-foot-diameter filter vessels with automated backwash system, detention tank with discharge pump system, new service pumps, clearwell rehabilitation, and new electrical system, including standby generator with automatic transfer switch.
- Implementation of a new SCADA system for the water plant, including creation of a new high-pressure district.

Confidential

LAN_FLINT_00063945

# Project Team



## JONATHAN H. RICK, PS, CFEDS
**Project Manager**

**Education.**
BS, Surveying
Michigan Technological University, 2004

**Registration.**
Professional Surveyor, Michigan, No. 55562
Certified Federal Surveyor (CFedS), No. 1259

**Years of Experience.**
9



### Background
Jonathan has been employed with ROWE since 2004, and has accumulated experience in the areas of topographic, ALTA, and cadastral PLSS surveys and Global Positioning System (GPS) surveys and control networks. He is responsible for overseeing the completion of survey projects in ROWE's corporate office.

### Related Experience
**Bay Area Water Treatment Plant, CDM Smith, Inc., Detroit, Michigan**—Project surveyor for boundary, right-of-way, and topographic survey for the design of new 23 mgd water treatment plant and 20,000 lineal feet of 30-inch raw water transmission mains in Bay County, MI. Survey work was completed on an expedited schedule using multiple survey crews because of short design schedule. Base mapping and drawings were prepared for plant site and transmission main routes for use by designers (2013).

**DWRF & SRF Project Plan, City of Flint, Michigan**—Project surveyor for the development of project plan that met MDEQ requirements for potential funding (2009).

**Federal Energy Regulatory Commission (FERC) Licensing Update Submittal, City of St. Louis, Missouri**—Project surveyor for the licensing renewal submittal (recertification) to the FERC for the St. Louis Hydroelectric Dam (2011).

**2010 Sanitary Sewer Replacement, City of Alma, Michigan**—Project surveyor for the replacement of 24-inch sanitary sewer along the Pine River (2011).

**2010 Summer Civil Design and Construction Administration, Central Michigan University, Mt. Pleasant, Michigan**—Design, construction observation, and contract administration for three construction projects on campus: parking lot projects, IM field improvements, and water main directional drill (2010).

**Gratiot Wind Farm, Aristeo, Gratiot County, Michigan**—Project surveyor responsible for scheduling, calculations,

data processing and QA/QC. The wind farm includes 132 proposed wind turbine sites in four townships. Project included topographic survey, civil design and construction staking of 56 intersection widenings and 10 rail road crossings along the haul routes (2011).

**West Oakland Pipeline (Clarkston, MI) (Awarded 2013 Surveying Excellence Honorable Conceptor Award: American Council of Engineering Companies-Michigan), Consumers Energy, Clarkston, Michigan**—Field project surveyor for six miles of gas pipeline. This very fast-paced project involved staking centerline, right-of-way determination, and temporary construction use areas for clearing and again for installation of a 36" pipeline. Project included approximately 2/3 mile horizontal drill and 5.33 miles of open cut ditch, as-built pipeline, monitor railroad tracks and overhead power tower, and sight topo survey. Assisted restoration crews with final site cleanup. Specific duties included attending daily project contractor meetings and biweekly project management meetings, scheduling field crews, processing and checking field data, assisting field crews when necessary, providing contractor assistance in ground cover checks, and assembling data for final project submittal (2009).



Confidential

LAN_FLINT_00063946

**Appendix C**

**Project Resumes**

15

Confidential

LAN_FLINT_00063947

# Water Treatment

## LOCKWOOD, ANDREWS & NEWNAM, INC. (LAN)

LAN is a national engineering firm offering planning, engineering, and program management services. **LAN is consistently rated in the top 100 A/E firms by Engineering News-Record magazine.** As a subsidiary of LEO A DALY, one of the largest planning, architecture, engineering, and interior design firms in the United States, LAN has access to the expertise of more than 1,100 professionals in 25 offices in 21 cities worldwide.

### Water System Engineering.

Water system engineering is the largest component of LAN's infrastructure practice and constitutes almost half of LAN's annual work. We have in-house capabilities in all aspects of water supply, transmission, distribution, and treatment.



Our approach to water system design and construction is to fully integrate all engineering disciplines, including civil, environmental, hydrologic/hydraulic, mechanical, electrical, instrumentation and controls, and structural for every project. Relying on this approach, we are able to take a program or project from feasibility studies and preliminary planning to construction and operation while providing program, project and construction management.

### Water Treatment Expertise.

LAN has a reputation for designing facilities that are innovative, durable, convenient to operate and maintain, and are cost-effective throughout their life cycle. **Our expertise includes conventional and advanced treatment technologies.**

**LAN has provided services for more than 30 water treatment projects throughout the US, ranging from 2- to 120-mgd.** LAN has the capability and capacity to successfully complete every aspect of a water treatment project, from feasibility studies, all the way through facility start-up. Our in-house engineering design services include: process, civil, structural, hydraulic, chemical, mechanical/HVAC, and electrical.

Our project implementation services include: project management, progress scheduling, contract administration, on-site technical observation, start-up support, operational assistance, and operator training.

Confidential

LAN_FLINT_00063948

# Water Treatment

## REGIONAL WTP FILTER & RIVER CROSSING IMPROVEMENTS
### Gatesville Regional Water Supply System, Gatesville, Texas

LAN was authorized by the City of Gatesville to provide the design, bidding, construction administration, and construction observation services for a project to accomplish improvements and additions to the facility's existing filters at the regional water treatment plant. The existing filters were rated for 12.0-mgd and had been in service for more than 20 years without any significant improvements.

In particular, the design effort included the replacement of the dual media in each of the four existing filters along with the removal and replacement of the existing filter under drains, and the addition of two new dual media filters for a total filtering capacity of 16.0-mgd. New filter controls were also installed for both the existing and proposed filters. In addition, the existing surface wash system for the existing filters was removed and air scour added to the back wash cycle.

Moreover, the City of Gatesville requested that filter to waste capability be added to the existing filters, as well as in conjunction with the design of the new filters. Upon review of the existing pipe gallery, LAN discovered that there was no available space to install the piping required to facilitate the filter to waste provision, therefore, LAN proposed to utilize the existing backwash line, along



with the backwash waste line, as a filter to waste, with a few piping modifications and the addition of one valve.

### Project Information

| | |
|---|---|
| Original Construction Cost | $2,132,000 |
| Final Construction Cost | $2,382,037 |
| Change Orders | $250,036 |
| Client Contact | Berry Mansell 254.986.8281 |

## RED BLUFF WATER TREATMENT PLANT UPGRADES
### Coastal Water Authority, Texas

LAN evaluated the existing water treatment plant to determine maximum capacity of each process unit and to establish a method to debottleneck the entire plant. It was determined that the plant flow could be increased utilizing the existing clarifier as long as additional filtration was provided. In addition process modifications were recommended. There was high variability of the raw water flow rate because the single loop PID controller varied the position of the raw water valve, based only on the level in the clearwell. Because of highly variable customer demand and a relatively small clearwell, the raw water flow rate varied over a wide range and short period of time, negatively impacting the stability of the lime softening process.

The PLC-based system allowed for the programming of a unique function that adjusted the raw water flow rate on a backward-looking rolling average flow, with duration and update time operator adjustable. This allowed for better

utilization of the clearwell and dampens changes in raw water flow rate. The plants old relay-based master control panel (MCP) was replaced with a new PLC-based SCADA system which included a data historian.

LAN developed detailed drawings and specifications, and provided bid and construction phase services for implementing these upgrades.

### Project Information

| | |
|---|---|
| Original Construction Cost | $2,478,729 |
| Final Construction Cost | $2,451,463 |
| Change Orders | ($27,266) |
| Client Contact | Donald Ripley 713.658.1915 |



Confidential

LAN_FLINT_00063949

# Water Treatment

## DAVIS WTP FILTER VALVE REPLACEMENT
### City of Austin, Texas

LAN provided preliminary engineering, final design, and construction- and warranty-phase services for filter process improvements and valve replacements. LAN evaluated the filter infrastructure including piping, valves, actuators, pipe supports, surge/air release devices, wall penetrations, back-wash pumping and piping under drain systems, and recommended modifications to improve system maintainability and reliability. LAN provided the necessary electrical upgrades to the power, instrumentation and controls systems.



**As a result of the thorough design documents, the low bid came in at 20% below the Engineer's estimate.**

LAN completed the Preliminary Engineering Report (PER) that evaluated the existing filtering system and recommended modifications to enhance the treatment process. The PER presented the improvement options with associated estimated life-cycle and the construction costs of each option. The preliminary report required close coordination with the City staff so that timing of the proposed improvements could be properly dictated to the contractor. In addition, LAN worked closely with the Staff to make certain the proposed improvements and equipment was acceptable from an operation and maintenance standpoint.

LAN then prepared construction plans and specifications for the project, including the replacement of the old back-up backwash pump. Because of the tight nature of the working area, the construction documents had to be extremely thorough so that the bidding contractors properly understood

Services Provided: LAN then prepared construction plans and specifications for the project, including the replacement of the old back-up backwash pump. Because of the tight nature of the working area, the construction documents had to be extremely thorough so that the bidding contractors properly understood the constraints. As a result of the thorough design documents, the low bid came in at 20% below the Engineer's estimate.

### Project Information

| | |
|---|---|
| Original Construction Cost | $4,875,000 |
| Final Construction Cost | $5,073,391 |
| Change Orders | $198,391 |
| Client Contact | James King, PE 512.972.7194 |

## WATER TREATMENT PLANT STUDY
### Genesee County Drain Commissioner, Flint, Michigan

LAN was retained for the preparation of a preliminary design report for additional improvements to the Flint water treatment plant as part of the Lake Huron initiative. This preliminary engineering report outlined the additional requirements and improvements for water treatment plant continuous operation as opposed to the current standby status. Recommended improvements included the addition of lime sludge treatment and handling facilities, replacement of the low and high lift pumps and motors, standby power generators, UV disinfection, electrical and SCADA improvements, and additional chemical storage.

Due to decrease in population and subsequent reduction of water demands, the proposed improvements were based on an average day demand of 14-mgd, down from 20-mgd, and a maximum day demand of 28-mgd, down from 36-mgd. Each of the major project elements a described in the following sections.

 

### Project Information

| | |
|---|---|
| Original Construction Cost | $38,000 |
| Final Construction Cost | $38,000 |
| Change Orders | $0 |
| Client Contact | Dave Jansen 810.732.7870 |



Confidential

LAN_FLINT_00063950

## BAY COUNTY WATER TREATMENT PLANT
### Saginaw-Midland Municipal Water Supply Corp. (SMMWSC), Michigan

The Saginaw-Midland Municipal Water Supply Corporation retained LAN to prepare a preliminary study for the feasibility of locating a 22-mgd surface water treatment plant (WTP) in the Bay Area to provide finished water to four potential municipal customers. The study included preliminary design of the WTP and associated water system facilities, evaluation of multiple WTP site options, and development of a detailed cost analysis.

Preliminary design of the WTP included:
- Verification of the design flow rate
- Development and evaluation of emergency water supply options
- Preliminary treatment plant design based on membrane technology
- WTP building layout and sizing
- Finished water storage
- High service pumping
- Routing of transmission mains
- Low service pumping and screening
- Membrane unit sizing, layout, and piping connections
- Chemical feed systems
- Clean-in-place (CIP) equipment, tanks, and chemical waste neutralization
- Backwash waste treatment and disposal
- CT analysis
- Disinfection options including chlorine feed and ultraviolet light

LAN evaluated seven potential WTP site options in terms of environmental and cultural factors, existing utilities and infrastructure, and technical considerations. In total, 24 categories were developed to analyze and score each site including items such as wetlands, site drainage, floodplains, soils, potential of site contamination, gas and electric service, sanitary service, site security, start-up of the WTP, operability, future growth, and integration with the existing water system. Various emergency water supply options were developed for each site including on-site raw water storage, off-site raw water storage, and/or utilization of a secondary intake. The evaluation categories were weighted in terms of importance and each site was assigned a non-monetary score. The non-monetary scores were then combined with the cost rankings to provide overall quantifiable rankings for all sites.

### Project Information

| | |
|---|---|
| Original Construction Cost | $75,000 |
| Final Construction Cost | $75,000 |
| Change Orders | $0 |
| Client Contact | Mike Quinnell 989.684.2220 |



Confidential

LAN_FLINT_00063951

## 130-10273-000
## Saginaw Midland Municipal Water Supply Corporation Water Treatment Plant

Saginaw Midland Municipal Water Supply Corporation (SMMWSC) retained LAN to prepare a preliminary study for the feasibility of locating a 22-MGD surface water treatment plant (WTP) in the Bay Area to provide finished water to four potential municipal customers. The study included preliminary design of the WTP and associated water system facilities, evaluation of multiple WTP site options, and development of a detailed cost analysis.

Preliminary Design of WTP and Associated Water System Facilities
Preliminary design of the WTP included verification of the design flow rate, development and evaluation of emergency water supply options, preliminary treatment plant design based on membrane technology, WTP building layout and sizing, finished water storage, high service pumping, and routing of transmission mains. In order to verify the design flow rate, LAN collected current and projected water supply minimum, average, and maximum daily demand and fire flow information. Potential connection points to the existing distribution system were analyzed and the minimum and maximum pressures at each point were determined. Preliminary design of the WTP included low service pumping and screening; membrane unit sizing, layout, and piping connections; chemical feed systems; clean-in-place (CIP) equipment, tanks, and chemical waste neutralization; backwash waste treatment and disposal; Ct analysis; and disinfection options including chlorine feed and ultraviolet light. Preliminary design was developed in accordance with state regulations and input was obtained from MDNRE review staff. The WTP building was sized to accommodate treatment equipment, pumps, chemical storage and feed systems, electrical equipment, staff workspace and offices, mechanical equipment, maintenance rooms, laboratory and employee facilities.

Preliminary Evaluation of WTP Site Options
LAN evaluated seven potential WTP site options in terms of environmental and cultural factors, existing utilities and infrastructure, and technical considerations. In total, 24 categories were developed to analyze and score each site including items such as wetlands, site drainage, floodplains, soils, potential of site contamination, gas and electric service, sanitary service, site security, start-up of the WTP, operability, future growth, and integration with the existing water system. Various emergency water supply options were developed for each site including on-site raw water storage, off-site raw water storage and/or utilization of a secondary intake. The evaluation categories were weighted in terms of importance and each site was assigned a non-monetary score. The non-monetary scores were then combined with the cost rankings to provide overall quantifiable rankings for all sites.

Detailed Cost Analysis
Cost estimates developed for each site included property acquisition, building construction, HVAC, building electrical, treatment equipment, pumping equipment, storage facilities, SCADA and controls, transmission mains, site development, access drives and parking, utility services, and improvements necessary to the existing water system. In addition to capital costs, operation and maintenance costs were evaluated for each site. Items such as existing staff time, required new staff time, chemicals, membrane maintenance costs, utility costs, communications, insurance, lab operations, training, and general facilities maintenance were factored into O&M costs. Present worth values were then calculated in a detailed cost analysis. As part of the report, user rates were estimated based on the project cost and expected financing. A rate structure was assumed with a fixed portion to cover debt service and variable cost based on volume of water used by the customer.

Untreated Water Supply Option
As part of the report LAN also evaluated a wholesale raw water customer option where the customer would be responsible for treatment. Connection to the existing raw water supply pipeline, routing of the new transmission main(s), metering, and secondary supply options were developed along with the associated costs.

Confidential

## 170-10156-000
## City of Lubbock WTP Assessment and Energy Audit

Lockwood, Andrews & Newnam, Inc. (LAN), in conjunction with Alan Plummer and Associates, completed a plant assessment and energy audit of the City's 80-mgd water treatment plant. The study was completed in early 2008, and LAN has begun design on Package 1 of 4 packages. Package 1 includes improvements to the flocculation, sedimentation and plant electrical systems. Package 2 will include backwash handling and disinfection improvements. Package 3 will include rapid mix and chemical system improvements. Package 4 will include terminal storage and administration building improvements.

Improvements selected by the City for implementation by LAN in the four packages include:
- Replace plant distribution switchgear with modifications to electrical service.
- Replace control building switchboard and distribution panels.
- Replace chemical building motor control center.
- Provide miscellaneous electrical, instrumentation, control, and SCADA improvements.
- Replace miscellaneous lighting systems with energy-efficient systems.
- Provide miscellaneous repairs to better seal building envelopes.
- Provide HVAC repairs and replacements with energy-efficient systems.

## 120-10793-000
## Bell County WCID Water and Wastewater Master Plan

LAN was authorized by Bell County WCID No. 1 to complete a water and wastewater master plan that would represent an improvement and future development plan for the District, as well as its existing and future customers. In particular, LAN was responsible for baseline information collection, population and demand projection determination, and the wastewater master planning portion of the project.
Specifically, the baseline data and information was used to develop population projections for the District over a 50-year planning horizon (2010 to 2060). Per capita water usage and population projections were determined based on planning information received from the District's customers, as well as available Texas Water Development Board (TWDB) data. The per capita usage information was subsequently applied to anticipated population estimates for each customer entity over the period of concern. This information was ultimately used to calculate the water demand projections that were utilized as the basis for the water master planning effort.

In terms of the wastewater-related portion of the master plan, LAN initiated its assessment by establishing the existing average and peak wastewater flows of each customer entity using available recorded daily plant flow data and monthly billing data provided by the District. Next, a dry weather period was defined using rainfall records obtained from the National Weather Service. By definition, recorded wastewater flows during this timeframe were assumed to be representative of the baseflow condition for each treatment plant, as any additional flows from Infiltration and Inflow (I&I) sources would be eliminated as a contributing factor. The dry weather base flow data was then used in conjunction with the available baseline population data to calculate the per capita wastewater flow for each customer entity.

The dilapidated condition of the wastewater collection system infrastructure owned and maintained by the customer entities had resulted in significant I&I contributions at the District's treatment plants; therefore, LAN also completed an analysis to quantify the respective I&I flows being received at each wastewater facility. This was accomplished through a multi-step process, which effectively involved establishing a dry weather base flow over four consecutive 12-month wet weather periods. Using the per capita wastewater flow calculated for each member entity, and subsequently, subtracting that from the District-recorded plant flows for the same periods, an average I&I contribution percentage was determined. To conclude its existing conditions evaluation, LAN also identified and prioritized a list of required improvements at each of the District's wastewater treatment facilities.

The remainder of the wastewater master planning effort focused on an analysis of future conditions. Specifically, the projected wastewater flow contributions anticipated for each plant through the year 2060

Confidential

were determined by multiplying the projected population for each year within the planning horizon by the established per capita flow rate, in order to quantify the base flow rate for each year. The base flow was then multiplied by the average I&I percentage for the facility, and the I&I flow and base flow subsequently summed to determine to total projected wastewater flow for each facility in a given year. From this information, the 75- and 90% capacity thresholds, per the Texas Commission on Environmental Quality (TCEQ) Chapter 305 regulations, were identified for each plant. A similar process was repeated as a means of evaluating the District's ability to serve additional customer entities in the future, as well as the impact of such a service area increase on the need for future plant expansions.

Finally, LAN prepared detailed probable cost estimates for the recommended wastewater capital improvements. Specifically, the estimates developed summarized the projected capital costs anticipated to be incurred by the District in association with the improvement of the identified existing treatment plant deficiencies, required future expansions, and the recurring end of equipment life expenditures at each facility. The anticipated costs were then allocated and prioritized over multiple five-year CIP cycles for the duration of the planning horizon with the intent of facilitating and guiding the District's future budgeting and project allocation efforts.

## 120-10167-000
## City of Beeville

The City of Beeville has continuously violated Haloacetic Acid (HAA) parameter of the Disinfection By-Products regulation of the Enhanced Surface Water Treatment Rule (ESWTR). That regulation sets a maximum limit of .06 mg/l on the concentration of HAA in drinking water. The Texas Commission on Environmental Quality (TCEQ) has directed the City to (1) cease these violations and (2) publicly notify their customers of the violations.

As part of their corrective action the City directed their engineer, Urban Engineers, to identify the cause of the high HAA level violations and recommend corrective action. Urban, recognizing LAN's expertise in water treatment matters, requested LAN assist them in identifying the cause of the high HAA levels and corrective action. The City produces drinking water at their Swinney Switch Water Treatment Plant (WTP). This plant is a surface water treatment plant located on the City's far east side. Water from this WTP is pumped to several pump stations located around the City for final distribution to local customers. Each pump station consists of at least one ground storage reservoir (GST) and a booster pump facility. Treated surface water is disinfected at the WTP using chloramines.

LAN's investigation noted the City only disinfects at the WTP. There were no supplemental disinfection facilities at the City's two pump stations. Since the chloramine disinfection concentration degrades with time, the City operators were compensating for that degradation by increasing the chloramine dosage level at the WTP. To maintain an acceptable minimum chloramine concentration at the farthest point in the water distribution system the WTP plant operators were increasing the chloramine dosage to a very high level, 5 mg/l or greater. That high a chloramine dosage level led to the formation of HAAs in the water distribution system. LAN proposed installing supplemental chloramine injection system at the City's pump stations. Once installed, the City could lower the initial chloramine dosage at the WTP. By operating their distribution system at a lower overall chloramine concentration level the City would be able to better control the formation of HAAs in the distribution system.

The cost of installing these chloramine booster injection systems was a major concern for the City. To reduce the cost of installing these systems, LAN approached this project somewhat differently than a standard design/bid project. First, LAN established a priority for installing the chloramine booster injection systems. That enabled the City to treat each installation as a completely separate system. LAN also worked with the City to identify tasks the City could complete with internal resources or existing "on-call" contracts. The technical specification prepared by LAN clearly stated tasks with the responsible party (contractor or City). That allowed the City to directly solicit cost proposals, greatly reducing the City's administrative costs on this project.

As a result of this project the City was able to reduce the concentration of HAAs in the water distribution system to allowable levels. As an added benefit, the City was able reduce its WTP operating costs because less chemicals are being used since the overall chloramine concentration in the treated drinking water is lower.

LAN_FLINT_00063954

**130-10215-000**

**Coastal Water Authority (CWA) Strategic Studies (Overall Description)**

The Coastal Water Authority owns and/or operates a number of facilities to provide water to industrial and municipal customers, including the City of Houston. The major facilities include: the Trinity River Pump Station and main transfer canal (including major turnout), the Lynchburg Reservoir and pump station (which provides water through three large transmission mains), the Lake Houston dam, pump station, and West Canal (which provide water to numerous customers, including the City of Houston (EWPP) and an industrial process water treatment plant near the Houston ship channel.

**Task 117 – Red Bluff Water Treatment Plant Upgrade**
The Coastal Water Authority (CWA) owns and operates an industrial process water treatment plant on Red Bluff Road in Pasadena, TX (Red Bluff WTP). This facility utilizes the cold lime softening process followed by gravity filtration to provide the required quality of water to their customers. The equipment at this facility is more than 30 years old and some systems are in need of improvement or replacement. The standards for the process water have also recently been changed, resulting in a requirement for improved process control and for additional analytical testing and data reporting.

Lockwood, Andrews, & Newnam, Inc. (LAN) was retained to provide a preliminary engineering report (PER), detailed design, and bid/construction phase services for the improvements to achieve the goals of this project. This project includes the following improvements and replacements: a new gravity filter for process water; three replacement gravity filters for process water; a new sodium hypochlorite feed system to replace the existing gas chlorine system (to remove the component of risk management from this facility); a completely new SCADA system to replace the timer and relay driven master control panel – one to control not only the new components, but all existing components as well; and replacement of various system components (such as level transmitters and flow meters) that are no longer functioning and/or are obsolete.

The SCADA system was designed in coordination with Mbroh Engineering, Inc. (Mbroh). While LAN developed the majority of the control narratives during the PER phase, Mbroh took those control narratives and designed the SCADA system required to implement those strategies. Mbroh developed all instrumentation drawings, including wiring to all field devices, the PLC architecture, P&ID drawings for the new and/or replacement equipment, and the overall SCADA system architecture.
This project is presently in the bid phase and it is anticipated that the project will be completed by the end of 2010.

**Task 471 – Lake Houston Pump Station, Water Intrusion Project**
LAN conducted a site visit to investigate source(s) of moisture intrusion at the Lake Houston Pump Station and identify remedial action(s). LAN reviewed the findings and recommendations in Binkley & Barfield Report, Moreno Engineering Report, Molina Walker Architects Report and Blast, Inc. Report, and  observation and investigations for possible other problems and potential solutions. LAN also prepared recommendations for maintenance and repairs for CWA approval. LAN is to prepare plans and specifications and Option of Probable Costs for CWA approval, assist CWA in the bid or proposal phase activities, provide construction phase observation and contract administration services and coordinate all project closeout activities and warranty activities.

**130-10120-000**

**City Of Houston Groundwater Treatment Plant(s)**

The City of Houston contracted Lockwood, Andrews & Newnam, Inc. (LAN) to provide professional engineering services for improvements at the City's groundwater treatment plants. The City is currently transitioning from groundwater to surface water and the plants are being repurposed for surface water distribution with groundwater as a backup. The project, currently underway, is organized into two phases. Under the completed Phase 1, LAN provided recommendations and professional services, including preliminary design documents for various improvements at ten groundwater plants. This included modification of chemical feed systems, addition of booster pumps, modification and replacement of electrical systems, addition of instrumentation, drainage improvements and driveway access.

Confidential

Under Phase 2, LAN is currently providing preliminary and final design documents for the recommended improvements at five groundwater plants for the City. This includes modification of chemical feed systems, replacement of valve actuators, addition of booster pumps (1200 HP, 4160 V), replacement and rehabilitation of electrical systems including switchgear and motor control center replacement, replacement and programming of control system PLCs, reconfiguration of the SCADA system HMI for the associated changes, additional instrumentation, drainage improvements and driveway access.

Planning for the replacement of the switchgear at one of the sites is extremely critical as the plant supplies potable water to approximately one quarter of the City and cannot be out of service for more than a few hours.

A subsequent project will perform the modifications and upgrades at the remaining five plants in the report generated in phase 1.

Mbroh Engineering, Inc. (MEI) serves as a minority subconsultant on the project assisting LAN with electrical power and instrumentation design.

## 130-10965-000
## Surface Water System Hydraulic Analysis & Transient Modeling — City of Sugar Land, TX

LAN was retained to perform a hydraulic analysis and transient modeling services related to the City's proposed surface water transmission main system, which included a 22 MGD Surface Water Treatment Plant (SWTP) and transmission waterlines ranging in diameter from 16- to 36-inches.

### Hydraulic Analysis

To assist the City's SWTP design engineer in pump selection, LAN developed system head curves, referred to as the transmission main dynamic head curves in this study, for the proposed surface water transmission system were developed from the fence line of the SWTP finished water pump station to the fence line of the existing groundwater plant facilities that will be used as surface water re-pump stations.

LAN created an EPANet hydraulic model of the City's proposed surface water transmission system to develop system curves. Fort Bend County LIDAR (elevation) data was used for estimating the transmission main elevations in the model. Since the surface water system was being design by three separate design firms — SWTP engineer, transmission waterline engineer, and surface water re-pump station engineer - elevation datums provided were compared and adjusted as necessary to perform the analysis on a consist basis.

The proposed surface water system is being constructed in two 11 MGD Phases — Phases I and II. Hydraulic analyses for the Phase I and Phase II surface water transmission system were developed based on flow operating scenarios provided by the City.   Eight transmission main dynamic head curves were developed for all the operating scenarios to demonstrate the full range of transmission main dynamic head curves for the surface water transmission system.

Each transmission main dynamic head curve was developed by varying demands in maximum increments of 1,000 gpm.   The flows to each groundwater plant were kept proportional based on the projected flows for each operating scenario when developing the transmission main dynamic head curves.   A total of approximately 90 hydraulic model scenarios were analyzed for the various operating scenarios. All the transmission main dynamic head curves developed assume a minimum pressure of 30 psi at any groundwater plant fence line based on information provided the surface water re-pump station engineer.   The minimum pressure of 30 psi is required at the fence line of each groundwater plant to account for head loss through yard piping, valves, metering station, and filling of ground storage tanks at the groundwater plants.

A transmission main dynamic head curve for each operating scenario was developed for the following three system conditions:
1.   A pipeline C-value of 145
2.   A pipeline C-value of 120
3.   A pipeline C-value of 100

Confidential

Based on the results of the surface water transmission system hydraulic analysis, the hydraulic grade line at the SWTP fence line required to meet the system flow requirements for the Phase I and Phase II scenario and provide the minimum of 30 psi at the groundwater fence lines for each of the scenarios.

**Surface Water Treatment Plant Transient Analysis**
LAN developed a detailed transient analysis model, utilizing the Liquid Transient (LIQT) software, of the City of Sugar Land's proposed Surface Water Treatment Plant (SWTP) finished water pump station from the ground storage tanks to the discharge piping header in order to determine closing and opening times for the pump control valves. The transient modeling included analysis of the worst case emergency conditions to determine if the type and location of surge protection devices within the SWTP are adequate for the treatment plant system.  LAN worked with the SWTP design engineer to collect data related to the design and operation of the SWTP.

Using the data collected, the transient was developed for the SWTP to include:
• Suction side header and branch piping between the pumps and ground storage tanks
• All pumps and control valves
• Discharge branch and header piping

To analyze the system, hydraulic boundary conditions were developed to represent the flow to the various take-points. To protect the SWTP against the worst case transient conditions analyses were performed for the Phase II maximum firm pumping capacity of the SWTP.

Four scenarios were modeled for this study:

  1.  Normal pump start-up
  2.  Normal pump shutdown
  3.  Emergency shutdown - all SWTP pumps running and all failing simultaneously (i.e., total pump station power failure) [assumes firm pumping capacity]
  4.  Partial power failure – failure of one pump while remaining pumps continue to run [Assumes all pumps are the same size. If not, failure of the largest running pump will be considered.]

Based on the analyses results, valve closing and opening times for the control valves at the SWTP were recommended. Results were also used to determine the recommendations for minimizing positive (up-surge) and negative (down-surge) transient pressure occurrences at the SWTP, including the size and location of air vacuum valves and modifications to plant operational procedures. Analysis results were also used to illustrate there was no need for surge anticipator valves for the unique system providing cost savings to the City.

**Transmission Waterline Transient Analysis**
LAN developed a transient analysis model of the City of Sugar Land's proposed transmission main system from the Surface Water Treatment Plant (SWTP) finished water pump station to the ground storage tanks at the system take-points.    The primary purpose of this transient modeling was to analyze the worst case conditions to determine the type and location of surge protection devices along the transmission mains to the Lakeview and First Colony No. 1 pump stations and at the surface water metering station (metering station).   Analyses considered the Phase I and Phase II design flows.  Although the SWTP was not modeled in as much detailed in these analyses as in the SWTP specific transient analyses, information from the SWTP analyses will be used as a basis for the transmission system.

LAN performed analyses to determine the minimum closure time of the flow control valve at the metering station to prevent high pressure surges from occurring in the transmission mains.   LAN also recommended the type, size and location for air valves along the proposed transmission mains to protect the mains against worst case transient conditions and to fill and empty the mains.

The scenarios modeled included:

  1.  Emergency Pump Shutdown – Emergency shutdown of all SWTP pumps running and all failing simultaneously (i.e., total pump station power failure).
  2.  Normal Flow Control Valve Closure – Normal closure of the flow control valve at the Lakeview Water Plant metering station.
  3.  Emergency Flow Control Valve Closure – Emergency closure of the flow control valve at the Lakeview Water Plant metering station.

Confidential

## 155-00543-037

## Dallas Water Utilities

LAN provided engineering services for Dallas Water Utilities to determine the appropriate facilities required to provide sludge handling and disposal and to design these facilities located at the East Side Water Treatment Plant. The East Side Water Treatment Plant has a treatment capacity of 400 million gallons per day (mgd) with an ultimate capacity of approximately 750 mgd. Raw water for the plant is provided by two reservoirs located north and east of the plant. The project goals to be addressed by LAN include providing on-site sludge disposal facilities with a minimum life span of 15 years and providing for a "zero" discharge of the process waters, recycling them back to head of the plant.

The Technical Memorandum prepared by LAN recommended that the sludge collected in the sedimentation basins be drained to a new sludge pump station, then pumped to the new sludge lagoons. The sludge lagoons consist of five cells located on approximately 80 acres south of the plant and have a total storage capacity of over 64 million cubic feet. This volume will provide well over 25 years of storage capacity for the treatment plant. Water flows from one lagoon to the next through a series of overflow weirs, then flows into an overflow structure in the fifth lagoon and drains back to the forebay at the head of the plant.

The filter backwash water will drain to a new 150-foot-diameter clarifier allowing for the fines to settle out through a continuous draw-off system and draining to the new sludge pump station. The effluent from the clarifier will flow into the existing sludge pump station, then will be pumped back to the forebay area utilizing the existing pumps. An overflow pump station was constructed adjacent to the new sludge pump station providing redundancy for both the new sludge pump station and the existing pump station ensuring a zero discharge system. The overflow pump station and sludge pump station will be wet wells utilizing submersible pumps and will have capacities of approximately 24 mgd and 18 mgd, respectively.
LAN also provided instrumentation design allowing for remote operations of all new facilities as required, as well as automation of the periodic draining of the sedimentation basins. Construction cost was estimated to be approximately $7.6 million. LAN provided a Technical Memorandum, design phase services, construction phase services, and start-up and operations assistance.

## 110-02041-001 (120-02041-001)

## City of Houston's East Water Purification Plant #3

LAN provided construction management assistance for replacing the existing plant control system hardware at the City of Houston's East Water Purification Plant #3. The project included new PLC-based process control units with redundant communication links, workstations that maintain real time and historical databases of all processes in the process control units, and chemical feed control panels. The redundant plant control system workstations and non-redundant process control units monitor control the water plant's chemical feed system, filters, transfer pumps, and other unit processes. Additional work included the installation of new instrumentation, control valves, sample lines, conduit, wire, fiber optics equipment and related equipment for a complete functional plant control system.

LAN teamed with ESPA and Thompson Professional Group to provide extensive evaluations of the East Water Purification Plant that serves a large portion of the City of Houston. LAN's unique contribution to the team is the knowledge of modeling piping systems and the identification of the impact that different operational scenarios can make to system performance and cost. LAN provided the following services.

**Hydraulic Analysis to:**

1. Determine appropriate electrical power cost
2. Support review of existing operating conditions and establish new operation conditions
3. Support investigation of flow control alternatives (i.e., VFDs, control valves) and
4. Support investigation of pumping combinations to meet different system conditions and operate the three pumps to achieve maximum efficiency.
5. Compare and correlate operation of high service pumps to total plant electrical power cost using historic data to establish typical average and peak day operation.
6. Perform analysis to select a combination of pumps that achieves the best possible efficiency/power cost for assumed boundary conditions of tank level, discharge pressure and water demand.

LAN_FLINT_00063958

7. Establish proper criteria to determine appropriate suction line, header, and cross over size. For example, average velocity, maximum velocity, CT, allowable headloss/suction head required at pump inlet, operation during emergency conditions, etc.
8. Simulate selected size(s) and arrangement of discharge header and associated piping to confirm satisfactory operation for the range of average day, peak day and emergency conditions anticipated. Identify bypass alternatives during various phases of construction. Include possibility of prolonged plant shut down.

Develop physical details of surge model for EWPP #1&2 and EWPP #3 including proposed improvements. Model included individual storage tanks, interconnecting piping, suction mains and headers, pumps with their control valves, existing and proposed surge protection devices, discharge headers and appropriate lengths of transmission mains.

Based on the proposed future operating conditions, identify possible causes of undesirable transients. Consider temporary conditions due to normal maintenance procedures that may increase probability or severity of transients.

The project included the study, design and construction of the pump station upgrade. LAN's role included the preliminary engineering, design engineering, architectural design, and construction management. LAN's unique contribution to the team is the knowledge of modeling piping systems and the identification of the impact that different operations scenarios can make to system performance and operations cost.

The hydraulic analyses provided valuable insight to the design team for reducing and managing operations cost for the facility. The analysis considered: existing operation conditions and established new operation conditions; investigation of flow control alternatives (i.e., VFDs, controls valves, etc.); evaluation of pumping combinations to meet different system conditions and operate the three pumps to achieve maximum efficiency; compare and correlate operation of high service pumps to total plant electrical power cost; and simulation of selected size(s) and arrangements of discharge header and associated piping to confirm satisfactory operation for the range of average day, peak day and emergency conditions anticipated.

Upon design completion, LAN provided construction management assistance, including a resident inspector, for the project. The construction management included installation of new PLC-based process control units with redundant communication links, workstations that maintain real time and historical databases of all processes in the process control units, and chemical feed control Panels. The redundant plant control system workstations and non-redundant process control units monitor and control the water plant's chemical feed system, filters, transfer pumps, and other unit processes. Additional work included the installation of new instrumentation, control valves, sample lines, conduit, wire, fiber optics equipment and related equipment for a complete functional plant control system. LAN also provided hydraulic modeling analysis, surge modeling, and a water quality analysis.

**Water Quality Analysis**

With the expansion of the City of Houston's surface water treatment capacity, the likelihood of mixing relatively hard ground water with soft surface water became a concern. As this mixing zone shifted due to water demand, industrial, commercial and residential customers would experience changing water quality. As part of the East Water Purification Plant Project, LAN conducted a water quality analysis to determine the extent of this problem. The analysis included determining the quality of both surface water sources and ground water sources; application of the Rynar and Langelier indexes to predict stability and the development of possible controls. The water quality analysis also addressed the effect of this mixing on disinfection.

Value Engineering Study of the East Water Purification Plant Reliability Improvements and Studies was also done to Increase Plant Capacity to 350 mgd.

LAN_FLINT_00063959

**1720-01821-005**

**WCID No. 2, the City of Missouri City, and the City of Sugar Land for a Surface Water Treatment**

LAN was contracted to help in the development of a preliminary study of the requirements and options available to WCID No. 2, the City of Missouri City, and the City of Sugar Land for a surface water treatment plant to serve three cities' conversion from ground water to surface water. The effort was divided into five parts.

The initial part of this study involved collection of data and other studies and reports that relate to the existing and future water demand and impacts on the regional surface water supply. As part of this effort LAN included other efforts undertaken in Fort Bend County to examine surface water options and availabilities. Concurrent with that effort, under part two of this project, LAN updated the existing development and projected population growth and corresponding water usage within the service area. This effort was based on data provided by participants for desired service areas.

The third part of this project involved the development of preliminary costs for a projected surface water treatment plant. In developing those costs LAN worked to examine potential plant and raw water collection sites, transmission costs for raw and finished water, and construction and operational and maintenance costs for different treatment plant processes and configurations. The analysis considered a range of plant capacities in order to determine whether a certain capacity or phased construction was the most cost effective for the situation. Unit costs were developed based on full capacity of the plant.

LAN included an analysis of the current and projected legislative and regulatory issues pertinent to a surface water treatment plant. In this part of the study LAN also examined environmental concerns and the impact of locating such a plant within the City's current and future boundaries. This investigation applied to the plant site as well as required conveyance facilities.

In concluding this report LAN, presented a summary of the alternatives available to the City. The presentation highlighted economic, environmental, as well as political impacts of the alternatives examined. Financial implications of the various alternatives were also presented with this summary.

**156-02303-000**

**Mt. Carmel Water Plant**

LAN provided architectural and mechanical/electrical/piping design support for the Mt. Carmel Water Plant, a 40 million gallon per day facility. This project replaced the existing chemical storage and feed equipment. Key design elements included chemical storage/feed and chlorine storage/feed buildings, an alum storage area, a demineralized water system, and improvements to various chemical injection points throughout the plant.

The new buildings provided improved storage areas, updated chemical feed equipment, integration of the chemical feed systems into the plant SCADA system, an improved electrical/control room, and equipment storage space. With the new chlorine storage/feed building, the plant has enclosed storage for all chlorine cylinders. The chlorine feed system was also converted from a pressure system to a safer vacuum feed system. Both buildings were designed to blend with the existing plant structures.

As part of this project, LAN examined the existing chemical injection points to determine whether the existing locations were at the optimum points in the plant. As a result of this examination, several chemical injection points were relocated to improve chemical residence times and mixing. These relocations not only increased the effectiveness of the chemicals from a treatment aspect, but also improved chemical use efficiency.

The City of Waco requested a compressed timeline, and LAN was able to quickly complete the design enabling construction to be completed on schedule.

Confidential

**130-01852-000**

**Brazos Bend Water Authority Planning Study**

LAN provided engineering services to the Brazos Bend Water Authority for a regional water supply and wastewater treatment plan. The Authority had been authorized to develop surface water supplies and wastewater treatment and disposal for a large portion of Brazoria and Fort Bend Counties comprised of the Cities of Pearland, Manvel, Brookside Village and Missouri City and their extraterritorial jurisdictions. Planning assistance was obtained from the Texas Water Development Board in the nature of a grant for half the plan cost and a loan for the matching local share. Based on population projections for a 50-year planning horizon, the study evaluated existing groundwater supplies and limitations, and investigated potential surface water resources.

The recommended plan provided estimated costs per 1000 gallons and included the cost of water, capital and operating costs, and supply, treatment and delivery system costs. The results of the study for the 150-square-mile service area recommended two water treatment plants with a total capacity of 30 mgd. The regional plan also recommended construction of more than 75 miles of water transmission mains varying in diameter from 8 to 36 inches. The estimated construction costs for the regional water plants and distribution facilities were approximately $120 million. The wastewater portion of the study recommended a single treatment plant with an ultimate capacity of 18.25 mgd. The planned collection facilities consisted of gravity sewer system varying in diameter from 12 to 48 inches, with in-line lift stations as required to limit depth. The proposed $115 million wastewater construction project included a phasing plan for the incremental construction of the plant and collection facilities as required to meet customer demand.

It was originally planned that the Authority would eventually provide wholesale services to the local municipalities and utility districts, thereby achieving efficient economical regional operations. As a result of this initial planning effort, LAN has since been selected by the City of Missouri City for planning and design of new collection and treatment facilities required for the consolidation of the numerous in-city Municipal Utility Districts and their associated facilities.

**160-10405-000**

**Gatesville Regional Water Supply**

The Gatesville Regional Water Supply system with a capacity of 12 MGD provides treated water to the City of Gatesville (City), Flat WSC, The Grove WSC, Fort Gates WSC, Mountain WSC, Coryell City WSD, Texas Department of Criminal Justice, and the United States Army at North Fort Hood. The regional system is comprised of a raw water intake at Belton Lake in Bell County, Texas, 12 million gallon per day (MGD) surface water treatment plant, high service pump station, three booster pump stations, and four ground storage tanks.

Lockwood, Andrews, & Newnam, Inc. (LAN) was authorized by the City to provide the design, construction administration, and construction observation for improvements and additions to the existing filters at the Gatesville Regional Water Treatment Plant. The existing filters are rated for 12 MGD and have been in service over 20 years without any significant improvements. The improvements included replacement of the dual media in each of the four existing filters along with removal and replacement of the existing underdrains and the addition of two new dual media filters for a total filtering capacity of 16 MGD. New filter controls will be installed for both the existing filters and the proposed filters. The existing surface wash system for the existing filters will be removed while air scour was added to the back wash cycle. The project also included a blower bldg along with blowers for the air scour and valve rehabilitation of the existing valves.

The City of Gatesville requested that filter to waste be added to the existing filters along with including it in the design of the new filters. Upon review of the existing pipe gallery it was discovered that there was not available space to install piping to allow the filter to waste. LAN proposed to utilize the existing backwash line along with the backwash waste line as a filter to waste with a few piping modifications and the addition

Confidential

of one valve.  This allows the city to operate in their preferred manner without significant costs or upgrades.

The additional capacity along with the improvements of the existing filters will ensure the City of Gatesville and the surrounding areas have potable water over the next 20 years without any significant capital expenditures.

130-01752-030

## Surface Water Treatment Plant Options, Sugar Land, Texas

The City of Sugar Land engaged LAN to prepare a preliminary study of the requirements and options available for a surface water treatment plant to serve the city's conversion from groundwater to surface water. LAN previously completed a water master plan in 1996, an update of that plan in 2000, and a model of the city's existing water system production (groundwater), storage, and distribution. With this study LAN expanded upon that work to refine future water requirements as well as identify surface water options. The study area encompassed four master planned development communities, four state-owned land tracts, and six municipal utility districts not in the city's extra-territorial jurisdiction, but within a reasonable service area for a city operated water plant.

LAN organized this effort into five distinct parts:

- Collection and review of related data and studies
- Updating the current and future development projections
- Development of preliminary costs
- Analysis of the current and projected legislative and regulatory issues including environmental concerns
- Summary of the alternatives, highlighting economic, environmental, as well as political impacts

LAN_FLINT_00063962