# EXHIBIT 54

**Lockwood, Andrews & Newnam, Inc.** — A LEO A DALY COMPANY

**DESIGN NOTES AND COMPUTATIONS**

SUBJECT: _____   SHEET NO. ___ OF ___

8/9/13  Mtg w/ Flint

- Filter transfer to Dort needed to run off River for Cl values.

- Flint thinking they don't need improvements on L.S. pump 4. Won't normally be used. B/C

- Still need security $'s.

- Finished water on east side of cutting thru yard has an ~8" segment.
  - Also has disconnected segment of pipe to keep line dead. (24")

- R.O.T. budget for P.S. ~ $200,000/MGD — on bldg / pumps.

- Thinking of changing from Wonderware to RS View for SCADA

- They need operations cost est.
  - Have elect     $400/MGD
  - Chem?         ~$400/MGD — soda ash  $300/MGD
  - Labor?        ~$2 million/yr additional labor    Fringe 85%
  - Residual disp.
      Lime sludge   $1,490k/yr
      Clar. sludge  $  50k/yr

- Send Flint letter outlining O&M costs

- MDEQ may req. a corrosion inhibitor study.

- Mtg on M 8:00 — Flint / GC
      M 9:00 — GC / Rowe Intake
      M 10:00 — GC / DEQ / Pipeline

PREPARED BY ___ DATE ___ CHECKED BY ___ DATE ___ PROJECT NUMBER

D-004

CONTAINS CONFIDENTIAL INFORMATION OF LAN. NOT TO BE DISCLOSED UNDER FOIA. PRODUCED IN RESPONSE TO GCPO SUBPOENA.

LAN_GCPO_00036335