# EXHIBIT 61

Lockwood, Andrews & Newnam

**13-046B**
Water Plant Operations
*Change Order #3*

# CITY OF FLINT MICHIGAN



# CONTRACTS

### Contractor's Copy

CONTAINS CONFIDENTIAL INFORMATION OF LAN.
PRODUCED TO MICHIGAN ATTORNEY GENERAL FOR
LAW ENFORCEMENT PURPOSES ONLY. EXEMPT FROM
DISCLOSURE UNDER MCL 767A.8 AND 15.243.

LAN_MAG_00000193

EM SUBMISSION NO.: EME 5732014

PRESENTED: 10-17-14

ADOPTED: 10-23-14

**BY THE EMERGENCY MANAGER:**

### Resolution Authorizing Change Order #3 to the Lockwood, Andrews & Newnam Contract for the Implementation of Water Plant Operations

The City of Flint entered into a change order #2 contract with Lockwood, Andrews & Newnam to study the feasibility and develop cost estimates for utilizing the Water Plant as a primary drinking water source in an amount not to exceed $962,800.00 for a total contract price of $1,133,800.00; and

Authorization is needed to enter into change order #3 to the existing contract no. 13-046A with Lockwood, Andrews & Newnam, for additional design and testing services. Additional funding in the amount of $244,900.00 is required for a total contract price not-to-exceed $1,378,700.00; and

These funds are made available in account in 591-536.100-801.000; and

**IT RESOLVED,** Appropriate City Officials are to do all things necessary to enter into change order #3 to the existing contract no. 13-046A with Lockwood, Andrews & Newnam in the amount of $244,900.00 for a total contract price not-to-exceed $1,378,700.00 Funding will come from the account 591-536.100-801.000.

**APPROVED AS TO FORM:**

_signature_ For

Peter M. Bade, Chief Legal Officer

**APPROVED AS TO FINANCE:**

_signature_ for

Jerry Ambrose, Finance Director

**EM DISPOSITION:**

ENACT ✓   FAIL ____   DATED 10-23-14

_signature_
Darnell Earley, Emergency Manager

CONTAINS CONFIDENTIAL INFORMATION OF LAN.
PRODUCED TO MICHIGAN ATTORNEY GENERAL FOR
LAW ENFORCEMENT PURPOSES ONLY. EXEMPT FROM
DISCLOSURE UNDER MCL 767A.8 AND 15.243.

LAN_MAG_00000194

ORDER N _____
DATE: _____

AGREEMENT DATE: _____

NAME OF PROJECT: <u>Implementation of Water Plant Operations</u>

OWNER: <u>City of Flint Utilities-Water Plant</u>

CONTRACTOR: <u>Lockwood, Andrews & Newnam</u>

THE FOLLOWING CHANGES ARE HEREBY MADE TO THE CONTRACT DOCUMENT:

<u>Modify the scope of the contract to include additional services for additional design and testing services for the implantation upgrade at the Water Plant not to exceed an amount of $244,900.00 for a revised total of $1,378,700.00</u>

## CHANGES TO CONTRACT PRICE

| | |
|---|---|
| ORIGINAL CONTRACT PRICE: | $ 171,000.00 |
| CURRENT CONTRACT PRICE ADJUSTED BY PREVIOUS CHANGES | $ 962,800.00 |
| THE CONTRACT PRICE DUE TO THIS CHANGE WILL BE INCREASED BY | $ 244,900.00 |
| THE NEW CONTRACT PRICE DUE TO THIS CHANGE WILL BE | $1,378,700.00 |

APPROVED:                                  ACCEPTED:

AS TO FORM:                                FIRM: **Lockwood, Andrews & Newnam**

_signature_ For                            BY: _signature_

Peter M. Bade                              TITLE: Director of Engineering
**CHIEF LEGAL OFFICER**

                                           ADDRESS 1 Oakbrook Terrace Ste.207
                                           Oakbrook Terrace, IL 60181

**THE CITY OF FLINT,
A MUNCIPAL CORPORATION**
BY: _signature_
**Darnell Earley
EMERGENCY MANAGER**

CONTAINS CONFIDENTIAL INFORMATION OF LAN. PRODUCED TO MICHIGAN ATTORNEY GENERAL FOR LAW ENFORCEMENT PURPOSES ONLY. EXEMPT FROM DISCLOSURE UNDER MCL 767A.8 AND 15.243.

LAN_MAG_00000195

CONTAINS CONFIDENTIAL INFORMATION OF LAN.
PRODUCED TO MICHIGAN ATTORNEY GENERAL FOR
LAW ENFORCEMENT PURPOSES ONLY. EXEMPT FROM
DISCLOSURE UNDER MCL 767A.8 AND 15.243.

LAN_MAG_00000196



**Client Additional Services Authorization**          Date:  6-6-14

| | |
|---|---|
| **Project Name**  Flint WTP Phase II Segment I Initial Watermain Cut-in<br>Flint WTP Ph II-Seg II - Lime Residual Disposal<br>Flint WTP Ph II-Seg III - Electrical Improvements | **Additional Services Authorization No.** |
| **Client Name**   City of Flint | **To Project No.** 130-10701-001 |
| **Subject of Additional Services** | **Original Contract Date**  6-26-2013 |

**Description**    Provide additional services for the three projects listed above associated with:
1- Survey Pickup and Design changes required as part of the MDEQ permitting requirements and Consent Order; ($18,448.50)
2- Survey Pickup and Design Modifications with regard to Consumers Energy - FEE Strip and easement requirements at the WTP and Bray Road projects; ($20,715.50)
3- Chlorine Room Delivery System Design Improvements; ($12,950)
4- Construction Management Services for all above projects. ($72,786.00)
5- Treatability Study at the Plant to help with Operational & Quality Issues-2 staff members for two months ($76,000)
6- TTHM Report to address MDEQ issues that needs to be submitted quickly ($24,000)
7- Design Assistance during Construction to help with operational issues ($20,000)

**Reason for Change**    1) Modificaions to the design elements were required as part of MDEQ Permitting Requirements associated with the NPDES Permit and Consent Order Issued for the WTP Operation as a full time basis. 2) Coordination and deign changes associated with conflicts related to the Consumers Energy newfound Fee Strip and new required easements for the new service both at the WTP and the Bray Road sites. 3) Provide design changes to address upgrades to the Chlorine delivery system at PS4 for new chlorine tanks. 4) Manage construction activities on behalf of the City with the selected contractors on all three projects. 5) Treatability study -Bench Scale Testing. 6) TTHM Report to MDEQ 7)Design Assistance.

**Compensation:**

☐ Will be an amount equal to _____ times Salary Cost plus reimbursable expenses, both defined in the **PROFESSIONAL SERVICES AGREEMENT**, and in addition to the compensation for **BASIC SERVICES**. Total charges for these **ADDITIONAL SERVICES** are estimated to be approximately $_____.

☐ Will be the lump sum of $_____ for these **ADDITIONAL SERVICES**.

☒ Other    Cost plus based on current rates for a NTE amount of $244,900.00    (use reverse if necessary)

| **Completion:** | Current Date | 6-15-14 |
|---|---|---|
| | This Extension | 12 months |
| | New Date | 6-14-15 |

All terms and conditions of the original agreement remain in full force and effect.

| **Proposed By:** | Lockwood, Andrews & Newnam, Inc. | | |
|---|---|---|---|
| | Warren Green, PE | *[signature]* | 10-8-14 |
| | Print Name/Title | Signature | Date |
| | City of Flint | | |
| **Approved By** | Client | | |
| | | | |
| | Print Name/Title | Signature | Date |

Execute in duplicate – (1) copy to Client, (1) copy to Accounting

CONTAINS CONFIDENTIAL INFORMATION OF LAN. PRODUCED TO MICHIGAN ATTORNEY GENERAL FOR LAW ENFORCEMENT PURPOSES ONLY. EXEMPT FROM DISCLOSURE UNDER MCL 767A.8 AND 15.243.

LAN_MAG_00000197

| **Completion:** | Current Date | 12-30-15 | |
|---|---|---|---|
| | This Extension | 18 months | |
| | New Date | 7-1-17 | |
| | **All terms and conditions of the original agreement remain in full force and effect.** | | |
| **Proposed By:** | Lockwood, Andrews & Newnam, Inc. | | |
| | Warren Green, PE | | 10-6-15 |
| | Print Name/Title | Signature | Date |
| **Approved By** | City of Flint | | |
| | Client | | |
| | Print Name/Title | Signature | Date |
| | **Execute in duplicate – (1) copy to Client, (1) copy to Accounting** | | |

C-026-90

CONTAINS CONFIDENTIAL INFORMATION OF LAN. PRODUCED TO MICHIGAN ATTORNEY GENERAL FOR LAW ENFORCEMENT PURPOSES ONLY. EXEMPT FROM DISCLOSURE UNDER MCL 767A.8 AND 15.243.

LAN_MAG_00000198