## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-MKM |
| | Hon. Judith E. Levy |
| This Document Relates To: *Gaddy et al. v. Flint et al.* | Case No. 5:17-cv-11166-JEL-MKM |
| *Meeks et al. v. Flint et al.* | Case No. 5:17-cv-11165-JEL-MKM |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in support of VNA's motion to exclude the testimony and reports of William G. Bithoney, M.D. |
| 2 | Expert Report (E.S.) of Dr. William G. Bithoney |
| 3 | Expert Report (A.T.) of Dr. William G. Bithoney |
| 4 | Expert Report (R.V.) of Dr. William G. Bithoney |
| 5 | Expert Report (D.W.) of Dr. William G. Bithoney |
| 6 | Plaintiff's Fact Sheet (E.S.) |
| 7 | Plaintiff's Fact Sheet (R.V.) |
| 8 | Expert Report of Dr. Brent Finley |
| 9 | Expert Report of Dr. Douglas L. Weed |
| 10 | Expert Report of Dr. Aaron Specht |
| 11 | Expert Report of Dr. David Duquette |
| 12 | Curriculum Vitae of Dr. Mira Krishnan |
| 13 | Excerpts of the deposition of Dr. William G. Bithoney |
| 14 | Excerpts of the deposition of Dr. Aaron Specht |
| 15 | Excerpts of the deposition of E.S.'s mother |
| 16 | H. Comm. on Oversight and Reform, Subcomm. on Econ. and Consumer Pol'y, *Baby Foods Are Tainted with Dangerous Levels of Arsenic, Lead, Cadmium, and Mercury* (Feb. 4, 2021) |
| 17 | Sharyn Alfonsi, *Early Results from 174 Flint Children Exposed to Lead During Water Crisis Shows 80% of Them Will Require Special Education Services*, CBS News (Mar. 15, 2020) |

| Exhibit | Description |
|---|---|
| 18 | CDC, *Response to Advisory Committee on Childhood Lead Poisoning Prevention Recommendations* (June 7, 2012) |
| 19 | NIH, *Lead and Your Health* (2013) |
| 20 | Joel Schwartz, *Low-Level Lead Exposure and Children IQ: A Meta-Analysis and Search for a Threshold*, 65 Env't Rsch. 42, 48 (1994) |
| 21 | Joseph Braun et al., *Exposures to Environmental Toxicants and Attention Deficit Hyperactivity Disorder in US Children*, 114 Env't Health Perspectives 12 (2006) |
| 22 | Bruce P. Lanphear et al., *Cognitive Deficits Associated with Blood Lead Concentrations <10 µg/dL in US Children and Adolescents*, 115 Pub. Health Reps. 521 (2000) |
| 23 | Lisa Chiodo et al., *Neurodevelopmental Effects of Postnatal Lead Exposure at Very Low Levels*, 26 Neurotoxicology & Teratology 359 (2004) |
| 24 | Gabriele Donzelli et al., *The Association Between Lead and Attention-Deficit/Hyperactivity Disorder: A Systematic Review*, 16 Int'l J. Env't Rsch. & Pub. Health 382 (2019) |
| 25 | Mireille Desrochers-Couture et al., *Association Between Early Lead Exposure and Externalizing Behaviors in Adolescence: A Development Cascade*, 178 Env't Rsch. 1 (2020) |
| 26 | Maureen Dennis et al., *Functional Plasticity in Childhood Brain Disorders*, 24 Neuropsychology Rev. 389 (2014) |
| 27 | Yanfen Lin et al., *Blood Lead, Bone Lead and Child Attention-Deficit-Hyperactivity-Disorder-Like Behavior*, 659 Sci. Total Env't 161 (2019) |
| 28 | Expert Report (A.T.) of Dr. Mira Krishnan |
| 29 | Excerpts of the deposition of Dr. Mira Krishnan |
| 30 | Excerpt of the declaration of Tammy Phaneuf |
| 31 | Excerpt of the declaration of Clyde Edwards |
| 32 | Excerpts of the deposition of D.W.'s mother |
| 33 | Excerpts of the deposition of A.T.'s mother |
| 34 | Excerpts of the deposition of Dr. Joseph Graziano |