UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-MKM |
| | Hon. Judith E. Levy |
| This Document Relates To: *Gaddy et al. v. Flint et al.* *Meeks et al. v. Flint et al.* | Case No. 5:17-cv-11166-JEL-MKM Case No. 5:17-cv-11165-JEL-MKM |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in support of VNA's Motion to Exclude the Testimony and Report of Joseph Graziano, Ph.D. |
| 2 | Expert Report of Dr. Joseph Graziano |
| 3 | Excerpts of the deposition of Dr. Joseph Graziano |
| 4 | Expert Report of Dr. Brent Finley |
| 5 | CDC, *Response to Advisory Committee on Childhood Lead Poisoning Prevention Recommendations* (2012) |
| 6 | Excerpts of ATSDR, *Toxicological Profile for Lead* (2020) |
| 7 | Expert Report of Dr. Stacey Benson |
| 8 | Expert Report of Dr. Douglas Weed |
| 9 | Excerpts of the deposition of Dr. Bruce Lanphear |
| 10 | Hernan F. Gomez et al., *Blood Lead Levels of Children in Flint, Michigan: 2006-2016*, 197 J. of Pediatrics 161 (2018) |
| 11 | Hernan F. Gomez et al., *Analysis of Blood Lead Levels of Young Children in Flint, Michigan Before and During the 18-Month Switch to Flint River Water*, 57 Clinical Toxicology 790 (2019) |
| 12 | Expert Report (A.T.) of Dr. Mira Krishnan |
| 13 | Expert Report (E.S.) of Dr. Mira Krishnan |
| 14 | Expert Report (D.W.) of Dr. Mira Krishnan |
| 15 | Expert Report (R.V.) of Dr. Mira Krishnan |