**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-MKM |
| | Hon. Judith E. Levy |
| This Document Relates To: | |
| *Gaddy et al. v. Flint et al.* | Case No. 5:17-cv-11166-JEL-MKM |
| *Meeks et al. v. Flint et al.* | Case No. 5:17-cv-11165-JEL-MKM |

_____

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in support of VNA's Motion to Exclude the Testimony and Report of John Hoaglund, Ph.D. |
| 2 | Expert Report of Dr. John Hoaglund |
| 3 | Excerpts of the deposition of Dr. John Hoaglund |
| 4 | Susan J. Masten, Simon H. Davies, & Shawn P. McElmurry, *Flint Water Crisis: What Happened and Why?*, 108 J. AWWA, no. 12, 2016 |
| 5 | CDM Smith, *TM-13:  Water Treatment Plant Needs Assessment* (2018) |
| 6 | Excerpts of Mich. Dep't of Transp., *The Use of Selected Deicing Materials on Michigan Roads: Environmental Impacts and Economic Impacts* (1993) |
| 7 | Excerpts of the deposition of Dr. Richard Humann |
| 8 | Excerpts of U.S. Army Engineer District, *Draft Environmental Statement:  Flood Control on the Saginaw River, Michigan and Tributaries, Flint River at Flint* (1974) |
| 9 | Excerpts of S.W. Wiitala et al., U.S. Dep't of Interior, *Water Resources of the Flint Area Michigan* (1963) |
| 10 | Excerpts of Mich. Dep't of Nat. Res., *Flint River Assessment* (2001) |
| 11 | Excerpts of J.R. Hoaglund, G.C. Huffman, & N.G. Grannemann, *Simulation of Ground-Water Flow in the Glaciofluvial, Saginaw,* |

| Exhibit | Description |
|---------|-------------|
|         | *Parma-Bayport, and Marshall Aquifers, Central Lower Peninsula of Michigan*, USGS Open-File Report 00-504 (2002) |