# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-MKM |
| | Hon. Judith E. Levy |
| This Document Relates To: *Gaddy et al. v. Flint et al.* | Case No. 5:17-cv-11166-JEL-MKM |
| *Meeks et al. v. Flint et al.* | Case No. 5:17-cv-11165-JEL-MKM |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in support of VNA's Motion to Exclude the Testimony and Report of Richard Humann |
| 2 | Expert Report of Richard Humann |
| 3 | Excerpts of the deposition of Richard Humann |
| 4 | Exhibit 8 to the deposition of Richard Humann, originally produced as COF_FED_0023232 |
| 5 | Document produced as 04-15-2016 SOM0007449 |
| 6 | Document produced as VWNAOS176763 |