UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-MKM |
|---|---|
| | Hon. Judith E. Levy |
| This Document Relates To: *Gaddy et al. v. Flint et al.* | Case No. 5:17-cv-11166-JEL-MKM |
| *Meeks et al. v. Flint et al.* | Case No. 5:17-cv-11165-JEL-MKM |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in support of VNA's motion to exclude the testimony and report of Robert A. Michaels, Ph.D., CEP |
| 2 | Expert Report of Dr. Robert A. Michaels |
| 3 | Excerpts of the deposition of Dr. Robert A. Michaels |
| 4 | Expert Report of Dr. Brent L. Finley |
| 5 | Excerpts of the deposition of A.T.'s mother |
| 6 | Excerpts of the deposition of E.S.'s mother |
| 7 | Excerpts of the deposition of R.V.'s mother |
| 8 | Excerpts of the deposition of D.W.'s mother |
| 9 | Expert Report (E.S.) of Dr. William G. Bithoney |
| 10 | Expert Report (R.V.) of Dr. William G. Bithoney |
| 11 | Expert Report (D.W.) of Dr. William G. Bithoney |
| 12 | Expert Report (E.S.) of Dr. Mira Krishnan |
| 13 | Expert Report (R.V.) of Dr. Mira Krishnan |
| 14 | Expert Report (D.W.) of Dr. Mira Krishnan |
| 15 | Expert Report (E.S.) of Dr. John Gaitanis |
| 16 | Expert Report (R.V.) of Dr. John Gaitanis |
| 17 | Expert Report (D.W.) of Dr. John Gaitanis |
| 18 | Excerpt of the declaration of Clyde Edwards |
| 19 | Excerpt of the declaration of Tammy Phaneuf |

| Exhibit | Description |
|---|---|
| 20 | Kelsey J. Pieper et al., *Evaluating Water Lead Levels During the Flint Water Crisis*, 52 Envtl. Sci. & Tech. 8124 (2018) |
| 21 | Siddhartha Roy, Min Tang, & Marc A. Edwards, *Lead Release to Potable Water During the Flint, Michigan Water Crisis as Revealed by Routine Biosolids Monitoring Data*, 160 Water Rsch. 475 (2019) |
| 22 | Siddhartha Roy & Marc A. Edwards, *Efficacy of Corrosion Control and Pipe Replacement in Reducing Citywide Lead Exposure During the Flint, MI Water System Recovery*, 6 Envtl. Sci.: Water Rsch. & Tech. 3024 (2020) |
| 23 | Mona Hanna-Attisha et al., *Elevated Blood Lead Levels in Children Associated with the Flint Drinking Water Crisis*, 106 Am. J. Pub. Health 283 (2016) |
| 24 | H. Gomez et al., *Blood Lead Levels of Children in Flint, Michigan: 2006-2016*, 197 J. Pediatrics 158 (2018) |
| 25 | H. Gomez et al., *Analysis of Blood Lead Levels of Young Children in Flint, Michigan Before and During the 18-Month Switch to Flint River Water*, 57 Clinical Toxicology 790 (2019) |
| 26 | Ron Fonger, *Flint Pediatrician Who Blew the Whistle on Water Crisis Won't Recommend Bone Scans for Kids*, Mlive (Mar. 15, 2021) |
| 27 | Ron Fonger, *Flint Mayor's Health Advisor Calls Water Settlement Bone Lead Testing "A Human Rights Violation,"* Mlive (Mar. 1, 2021) |
| 28 | Excerpts of the deposition of Dr. Aaron Specht |
| 29 | Excerpts of the deposition of Dr. Joseph Graziano |
| 30 | CDC, *Response to Advisory Committee on Childhood Lead Poisoning Prevention Recommendations* (2012) |
| 31 | ATSDR, *Toxicological Profile for Lead* (Aug. 2020) |
| 32 | Expert Report of Dr. Douglas L. Weed |
| 33 | ATSDR, *Case Studies In Environmental Medicine (CSEM) Lead Toxicity* (June 12, 2017) |
| 34 | H. Comm. on Oversight and Reform, Subcomm. on Econ. and Consumer Pol'y, *Baby Foods Are Tainted with Dangerous Levels of Arsenic, Lead, Cadmium, and Mercury* (Feb. 4, 2021) |
| 35 | Expert Report of Dr. Stacey M. Benson |
| 36 | Expert Report (A.T.) of Dr. Mira Krishnan |