UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* FLINT WATER CASES | Case No. 5:16-cv-10444-JEL-MKM |
| LEEANN WALTERS, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>GOV. RICHARD D. SNYDER, et al.,<br><br>*Defendants.* | Case No. 5:17-cv-10164-JRL-MKM |

## NOTICE OF APPEARANCE

Please enter my appearance pursuant to L.R. 83.25 as additional counsel of record for the defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC.

> Linda X. Shi
> Mayer Brown LLP
> 71 S. Wacker Dr.
> Chicago, IL 60606
> (312) 701-8595
> lshi@mayerbrown.com

Attorneys Cheryl Bush and Michael Williams of the firm Bush Seyferth PLLC, 100 W. Big Beaver Rd., Suite 400, Troy, MI 48084, will continue to serve as local counsel for the aforementioned defendants.

/s/ *Linda X. Shi*
Linda X. Shi
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606
(312) 701-8595
lshi@mayerbown.com
*Counsel for VNA Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2021, I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification to all counsel of record that have appeared in this case.

/s/ *Linda X. Shi*
*Counsel for VNA Defendants*