# EXHIBIT 2

(Redacted Pursuant to Plaintiffs' Motion to Seal)

APPRAISAL OF ECONOMIC LOSS

███████████████

Prepared for: Corey M. Stern, Esq.
              LEVY KONIGSBERG, LLP
              800 Third Avenue, 11th Floor
              New York, NY   10022

Prepared by:  Gary M. Crakes, PhD

July 1, 2020

Table of Contents

<u>Exhibit</u>                                                          <u>page</u>

        Letter of transmittal                                       1

        Certification                                              2

        Discussion                                               3,4,5

I,IA    Summary of appraisal                                       6,7

II      Work-life and life expectancy                               8

III     Average hourly earnings of production workers...since 1932
        (table)                                                    9

IV      Employer Costs for Employee Compensation: September 2019,
        U. S. Department of Labor, Bureau of Labor Statistics,
        December, 2019 (table)                                     10

        Gary M. Crakes: Curriculum vitae

# MAHER, CRAKES AND ASSOCIATES

ECONOMIC CONSULTANTS
860 WARD LANE
CHESHIRE, CONNECTICUT 06410
gary@mahercrakes.com

(203) 272-1205
FAX: (203) 250-8452

JOHN MAHER, PHD
1925-2005
GARY M. CRAKES, PHD

July 1, 2020

Corey M. Stern, Esq.
LEVY KONIGSBERG, LLP
800 Third Avenue, 11th Floor
New York, NY    10022

Dear Mr. Stern:

The following report on the economic loss of the above named
is an objective estimate of the loss in this case, measured
as scientifically and accurately as the data permit.

If you have questions about calculations or concepts or feel
that additional aspects should be explored, please contact us.
Exhibits I and II in this report are prepared to be suitable as
enlargements for use at trial.

If the case is not settled, please schedule time for appearance
at trial sufficiently in advance that we may plan accordingly.

Respectfully submitted,

Gary M. Crakes, PhD

GMC:dc

CERTIFICATION

I certify that I have no financial interest or claims contingent upon the disposition of the case in connection with which I prepared an appraisal of the economic loss of the above named. The appraisal is based exclusively upon the available data and the application of economic and statistical method.

Gary M. Crakes, PhD



4





Exhibit I



|  |  | Undiscounted values | |
|---|---|---|---|
|  |  | With impaired earnings as a female with a 9th to 12th grade education | With impaired earnings as a female high school graduate |
| I | Unimpaired earnings as a female with a bachelor's degree | $9,008,238 | $9,008,238 |
| II | Less impaired earnings | | |
|  | A. As a female with a 9th to 12th grade education | −3,930,459 | |
|  | B. As a female high school graduate | | −5,327,680 |
|  | Subtotals | $5,077,779 | $3,680,558 |
| III | Plus value of fringe benefits | 507,777 | 368,055 |
|  | Subtotals | $5,585,556 | $4,048,613 |
| IV | Plus value of continuing cost of care for 70.53 years of remaining future life expectancy | 1,473,900 | 1,473,900 |
|  | Total net undiscounted economic loss | $7,059,456 | $5,522,513 |

7

Exhibit IA

Summary of appraisal: ███████████

With unimpaired earnings as a female
with a master's degree

|  |  | Undiscounted values | |
|---|---|---|---|
|  |  | With impaired earnings as a female with a 9th to 12th grade education | With impaired earnings as a female high school graduate |
| I | Unimpaired earnings as a female with a master's degree | $10,312,185 | $10,312,185 |
| II | Less impaired earnings |  |  |
|  | A. As a female with a 9th to 12th grade education | – 3,930,459 |  |
|  | B. As a female high school graduate |  | – 5,327,680 |
|  | Subtotals | $ 6,381,726 | $ 4,984,505 |
| III | Plus value of fringe benefits | 638,172 | 498,450 |
|  | Subtotals | $ 7,019,898 | $ 5,482,955 |
| IV | Plus value of continuing cost of care for 70.53 years of remaining future life expectancy | 1,473,900 | 1,473,900 |
|  | Total net undiscounted economic loss | $ 8,493,798 | $ 6,956,855 |

8

Exhibit II

### WORK-LIFE AND LIFE EXPECTANCY

████████████████

|  | Year and fractional equivalent | Number of years |
|---|---|---|
| A. Date of birth: |  |  |
| May 29, 2009 | 2009.41 |  |
| B. As of date of exposure: |  |  |
| April 24, 2014 | 2014.31 |  |
| 1. Age |  | 4.90 |
| 2. Work-life from age 18 to age 67 |  | 49.00 |
| from age 23 to age 67 |  | 44.00 |
| from age 25 to age 67 |  | 42.00 |
| 3. Life expectancy |  | 76.89 |

Source:

3. National Vital Statistics Reports, 2014,
   U. S. Department of Health and Human Services,
   National Center for Health Statistics, Volume 66, Number 4,
   August 14, 2017.

Exhibit III

**TABLE 98.  Average Hourly Earnings of Production or Nonsupervisory Workers[1] on Private Nonagricultural Payrolls, by Industry Division, 1932–74**

[In dollars]

| Year and month | Total private | Mining | Contract construction | Manufacturing — Total[2] | Durable goods | Nondurable goods | Manufacturing excluding overtime | Transportation and public utilities | Wholesale and retail trade — Total[4] | Wholesale | Retail | Finance, insurance, and real estate[3] | Services |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1932 | | | | 0.441 | 0.492 | 0.412 | | | | | | | |
| 1933 | | | | .437 | .467 | .419 | | | | | | | |
| 1934 | | | | .526 | .550 | .506 | | | | .610 | | | |
| 1935 | | | | .544 | .571 | .520 | | | | .628 | | | |
| 1936 | | | | .550 | .580 | .519 | | | | .648 | | | |
| 1937 | | | | .617 | .667 | .566 | | | | .674 | | | |
| 1938 | | | | .620 | .679 | .572 | | | | .688 | | | |
| 1939 | | | | .627 | .691 | .571 | | | | .711 | .484 | | |
| 1940 | | | | .655 | .716 | .590 | | | | .763 | .494 | | |
| 1941 | | | | .726 | .799 | .627 | 0.691 | | | .828 | .518 | | |
| 1942 | | | | .851 | .937 | .709 | .793 | | | .898 | .559 | | |
| 1943 | | | | .957 | 1.048 | .787 | .881 | | | .948 | .606 | | |
| 1944 | | | | 1.011 | 1.105 | .844 | .933 | | | .990 | .653 | | |
| 1945 | | | | 1.016 | 1.090 | .886 | *.949 | | | 1.107 | .699 | | |
| 1946 | | | | 1.075 | 1.144 | .995 | 1.035 | | | | .797 | | |
| 1947 | 1.131 | 1.469 | 1.541 | 1.217 | 1.278 | 1.145 | 1.18 | | 0.940 | 1.220 | *.838 | 1.140 | |
| 1948 | 1.225 | 1.664 | 1.713 | 1.328 | 1.395 | 1.280 | 1.29 | | 1.010 | 1.308 | .901 | 1.260 | |
| 1949 | 1.275 | 1.717 | 1.792 | 1.378 | 1.453 | 1.295 | 1.34 | | 1.060 | 1.360 | .951 | 1.280 | |
| 1950 | 1.335 | 1.772 | 1.863 | 1.440 | 1.519 | 1.347 | 1.39 | | 1.100 | 1.427 | .983 | 1.340 | |
| 1951 | 1.45 | 1.93 | 2.02 | 1.56 | 1.65 | 1.44 | 1.51 | | 1.18 | 1.52 | 1.05 | 1.43 | |
| 1952 | 1.52 | 2.01 | 2.13 | 1.65 | 1.74 | 1.51 | 1.59 | | 1.23 | 1.61 | 1.09 | 1.51 | |
| 1953 | 1.61 | 2.14 | 2.28 | 1.74 | 1.86 | 1.58 | 1.68 | | 1.30 | 1.70 | 1.16 | 1.58 | |
| 1954 | 1.65 | 2.14 | 2.39 | 1.78 | 1.90 | 1.62 | 1.73 | | 1.35 | 1.76 | 1.25 | 1.65 | |
| 1955 | 1.71 | 2.20 | 2.45 | 1.86 | 1.99 | 1.67 | 1.79 | | 1.40 | 1.83 | | 1.70 | |
| 1956 | 1.80 | 2.33 | 2.57 | 1.95 | 2.08 | 1.77 | *1.89 | | 1.47 | 1.94 | 1.30 | 1.78 | |
| 1957 | 1.89 | 2.46 | 2.71 | 2.05 | 2.19 | 1.85 | 1.99 | | 1.54 | 2.02 | 1.37 | 1.84 | |
| 1958 | 1.95 | 2.47 | 2.82 | 2.11 | 2.26 | 1.91 | 2.05 | | 1.60 | 2.09 | 1.42 | 1.89 | |
| 1959 | 2.02 | 2.56 | 2.93 | 2.19 | 2.36 | 1.98 | 2.12 | | 1.66 | 2.18 | 1.47 | 1.95 | |
| 1960 | 2.09 | 2.61 | 3.08 | 2.26 | 2.43 | 2.05 | 2.20 | | 1.71 | 2.24 | 1.52 | 2.02 | |
| 1961 | 2.14 | 2.64 | 3.20 | 2.32 | 2.49 | 2.11 | 2.25 | | 1.76 | 2.31 | 1.56 | 2.09 | |
| 1962 | 2.22 | 2.70 | 3.31 | 2.39 | 2.56 | 2.17 | 2.31 | | 1.83 | 2.37 | 1.63 | 2.17 | |
| 1963 | 2.28 | 2.75 | 3.41 | 2.45 | 2.63 | 2.22 | 2.37 | | 1.89 | 2.45 | 1.68 | 2.25 | |
| 1964 | 2.36 | 2.81 | 3.55 | 2.53 | 2.71 | 2.29 | 2.44 | 2.68 | 1.96 | 2.52 | 1.75 | 2.30 | 1.94 |
| 1965 | 2.45 | 2.92 | 3.70 | 2.61 | 2.79 | 2.36 | 2.51 | 3.03 | 2.03 | 2.61 | 1.82 | 2.39 | 2.05 |
| 1966 | 2.56 | 3.05 | 3.80 | 2.72 | 2.90 | 2.45 | 2.63 | 3.11 | 2.13 | 2.73 | 1.91 | 2.47 | 2.17 |
| 1967 | 2.68 | 3.19 | 4.11 | 2.83 | 3.00 | 2.57 | 2.74 | 3.24 | 2.24 | 2.88 | 2.01 | 2.58 | 2.29 |
| 1968 | 2.85 | 3.35 | 4.41 | 3.01 | 3.19 | 2.74 | 2.88 | 3.42 | 2.40 | 3.01 | 2.16 | 2.75 | 2.42 |
| 1969 | 3.04 | 3.61 | 4.79 | 3.19 | 3.38 | 2.91 | 3.06 | 3.64 | 2.55 | 3.23 | 2.30 | 2.93 | 2.61 |
| 1970 | 3.22 | 3.85 | 5.24 | 3.36 | 3.55 | 3.08 | 3.24 | 3.85 | 2.71 | 3.44 | 2.44 | 3.08 | 2.81 |
| 1971 | 3.44 | 4.06 | 5.69 | 3.57 | 3.79 | 3.26 | 3.44 | 4.21 | 2.86 | 3.67 | 2.57 | 3.27 | 3.02 |
| 1972 | 3.67 | 4.44 | 6.03 | 3.81 | 4.06 | 3.47 | 3.66 | 4.64 | 3.01 | 3.88 | 2.70 | 3.42 | 3.23 |
| 1973 | 3.92 | 4.72 | 6.38 | 4.07 | 4.33 | 3.68 | 3.89 | 5.03 | 3.20 | 4.12 | 2.87 | 3.57 | 3.46 |
| 1974 | 4.22 | 5.20 | 6.76 | 4.42 | 4.68 | 3.98 | | 5.40 | 3.47 | 4.49 | 3.10 | 3.81 | 3.74 |

[1] Data relate to production workers in mining and manufacturing; to construction workers in contract construction; and to nonsupervisory workers in transportation and public utilities; wholesale and retail trade; finance, insurance, and real estate; and services.

[2] Prior data are as follows:

| | | |
|---|---|---|
| 1909.. 0.191 | 1922.. 0.482 | 1927.. 0.544 |
| 1914.. .221 | 1923.. .516 | 1928.. .556 |
| 1919.. .472 | 1924.. .541 | 1929.. .560 |
| 1920.. .549 | 1925.. .541 | 1930.. .546 |
| 1921.. .509 | 1926.. .542 | 1931.. .509 |

[3] Excludes data on nonoffice salespersons.

[4] Beginning 1947, includes data on eating and drinking places.

[5] 11-month average.

* Prior to January 1956, data were based on the application of adjustment factors to gross average hourly earnings. (For a detailed description see the *Monthly Labor Review*, May 1950, pp. 537–540; reprint available, serial No. R 2020.)

NOTE: Data include Alaska and Hawaii beginning 1959.

### Private Sector

| Year | | Year | | Year | |
|---|---|---|---|---|---|
| 1975 | $ 4.53 | 1993 | $11.03 | 2011 | $19.46 |
| 1976 | 4.86 | 1994 | 11.32 | 2012 | 19.77 |
| 1977 | 5.25 | 1995 | 11.64 | 2013 | 20.14 |
| 1978 | 5.69 | 1996 | 12.03 | 2014 | 20.60 |
| 1979 | 6.16 | 1997 | 12.49 | 2015 | 21.03 |
| 1980 | 6.66 | 1998 | 13.00 | 2016 | 21.56 |
| 1981 | 7.25 | 1999 | 13.47 | 2017 | 22.06 |
| 1982 | 7.68 | 2000 | 14.00 | 2018 | 22.70 |
| 1983 | 8.02 | 2001 | 14.53 | | |
| 1984 | 8.33 | 2002 | 14.95 | | |
| 1985 | 8.58 | 2003 | 15.35 | | |
| 1986 | 8.76 | 2004 | 15.67 | | |
| 1987 | 8.98 | 2005 | 16.11 | | |
| 1988 | 9.29 | 2006 | 16.76 | | |
| 1989 | 9.66 | 2007 | 17.43 | | |
| 1990 | 10.19 | 2008 | 18.08 | | |
| 1991 | 10.50 | 2009 | 18.62 | | |
| 1992 | 10.76 | 2010 | 19.04 | | |

### Service Industry

| Year | | Year | | Year | |
|---|---|---|---|---|---|
| 1975 | $4.02 | 1993 | $10.60 | 2011 | $19.21 |
| 1976 | 4.31 | 1994 | 10.87 | 2012 | 19.52 |
| 1977 | 4.65 | 1995 | 11.19 | 2013 | 19.91 |
| 1978 | 4.99 | 1996 | 11.57 | 2014 | 20.36 |
| 1979 | 5.36 | 1997 | 12.05 | 2015 | 20.83 |
| 1980 | 5.85 | 1998 | 12.59 | 2016 | 21.34 |
| 1981 | 6.41 | 1999 | 13.07 | 2017 | 21.82 |
| 1982 | 6.92 | 2000 | 13.60 | 2018 | 22.43 |
| 1983 | 7.30 | 2001 | 14.16 | | |
| 1984 | 7.64 | 2002 | 14.56 | | |
| 1985 | 7.95 | 2003 | 14.96 | | |
| 1986 | 8.16 | 2004 | 15.26 | | |
| 1987 | 8.49 | 2005 | 15.71 | | |
| 1988 | 8.88 | 2006 | 16.42 | | |
| 1989 | 9.39 | 2007 | 17.11 | | |
| 1990 | 9.71 | 2008 | 17.77 | | |
| 1991 | 10.05 | 2009 | 18.35 | | |
| 1992 | 10.33 | 2010 | 18.78 | | |

Source: Bureau of Labor Statistics, U.S. Department of Labor

10

Exhibit IV

**Table 1. Employer Costs for Employee Compensation by ownership**
[Sept. 2019]

| Compensation component | Civilian workers[1] | | Private industry workers | | State and local government workers | |
|---|---|---|---|---|---|---|
| | Cost ($) | Percent of compensation | Cost ($) | Percent of compensation | Cost ($) | Percent of compensation |
| Total compensation[2]............................. | 37.03 | 100.0 | 34.77 | 100.0 | 51.66 | 100.0 |
| Wages and salaries................................ | 25.43 | 68.7 | 24.38 | 70.1 | 32.19 | 62.3 |
| Total benefits....................................... | 11.60 | 31.3 | 10.38 | 29.9 | 19.47 | 37.7 |
| Paid leave.......................................... | 2.68 | 7.2 | 2.50 | 7.2 | 3.87 | 7.5 |
| Vacation......................................... | 1.31 | 3.5 | 1.29 | 3.7 | 1.47 | 2.8 |
| Holiday........................................... | 0.79 | 2.1 | 0.75 | 2.2 | 1.10 | 2.1 |
| Sick.............................................. | 0.41 | 1.1 | 0.32 | 0.9 | 1.00 | 1.9 |
| Personal......................................... | 0.16 | 0.4 | 0.14 | 0.4 | 0.31 | 0.6 |
| Supplemental pay................................ | 1.04 | 2.8 | 1.12 | 3.2 | 0.51 | 1.0 |
| Overtime and premium[3]...................... | 0.29 | 0.8 | 0.30 | 0.9 | 0.22 | 0.4 |
| Shift differentials............................. | 0.08 | 0.2 | 0.08 | 0.2 | 0.05 | 0.1 |
| Nonproduction bonuses...................... | 0.67 | 1.8 | 0.74 | 2.1 | 0.24 | 0.5 |
| Insurance.......................................... | 3.22 | 8.7 | 2.78 | 8.0 | 6.07 | 11.7 |
| Life............................................... | 0.05 | 0.1 | 0.04 | 0.1 | 0.07 | 0.1 |
| Health........................................... | 3.06 | 8.3 | 2.62 | 7.5 | 5.92 | 11.5 |
| Short-term disability........................ | 0.06 | 0.2 | 0.07 | 0.2 | 0.03 | 0.1 |
| Long-term disability........................ | 0.04 | 0.1 | 0.04 | 0.1 | 0.05 | 0.1 |
| Retirement and savings......................... | 1.96 | 5.3 | 1.31 | 3.8 | 6.17 | 11.9 |
| Defined benefit............................... | 1.21 | 3.3 | 0.52 | 1.5 | 5.74 | 11.1 |
| Defined contribution......................... | 0.74 | 2.0 | 0.79 | 2.3 | 0.43 | 0.8 |
| Legally Required benefits....................... | 2.70 | 7.3 | 2.68 | 7.7 | 2.85 | 5.5 |
| Social Security and Medicare................. | 2.08 | 5.6 | 2.05 | 5.9 | 2.22 | 4.3 |
| Social Security[4]............................ | 1.65 | 4.5 | 1.65 | 4.7 | 1.70 | 3.3 |
| Medicare....................................... | 0.42 | 1.1 | 0.40 | 1.2 | 0.53 | 1.0 |
| Federal unemployment insurance............ | 0.02 | 0.1 | 0.03 | 0.1 | _[5] | _[5] |
| State unemployment insurance.............. | 0.13 | 0.4 | 0.14 | 0.4 | 0.06 | 0.1 |
| Workers' compensation....................... | 0.47 | 1.3 | 0.45 | 1.3 | 0.56 | 1.1 |

[1] Includes workers in the private nonfarm economy except those in private households, and workers in the public sector, except the federal government.
[2] Includes costs for wages and salaries and benefits.
[3] Includes premium pay for work (such as overtime, weekends, and holidays) in addition to the regular work schedule.
[4] Social Security refers to the Old-Age, Survivors, and Disability Insurance (OASDI) program.
[5] Cost per hour worked is $0.01 or less.
[6] Less than .05 percent.

Source: Employer Costs for Employee Compensation — September 2019,
U. S. Department of Labor, Bureau of Labor Statistics,
December, 2019

Curriculum Vitae

Gary M. Crakes
Birthdate:  July 2, 1953
Home:  860 Ward Lane                    Phone:  (203) 272-1205
       Cheshire, CT 06410               Fax:    (203) 250-8452

## Education

Ph.D. (Economics) 1984, University of Connecticut
M.A.  (Economics) 1976, University of Connecticut
B.A.  (Economics) 1975, Central Connecticut State College

## Fellowships and Honors

2020  Biographical listing, Who's Who in America
2004  Honored, Trial Lawyers Care, Association of Trial Lawyers of America,
      for pro bono economic services, September 11th Victim Compensation Fund
1998  School of Business Outstanding Teacher Award
1987  University Teacher of the Year Award
1985  Member, State of Connecticut Senior Economist Examination Committee
1983  Richard D. Irwin Fellowship
1983  University of Connecticut Dissertation Fellowship
1975-1976 University of Connecticut Pre-doctoral Fellowship

## Professional Organizations

American Economic Association
Eastern Economic Association
Omicron Delta Epsilon
National Association of Forensic Economists
American Academy of Economic and Financial Experts
American Association of University Professors
National Association of Business Economics

## Professional Experience

1981 -   Economic consultant, Maher, Crakes, and Associates
2011 -   Professor Emeritus, Department of Economics and Finance, School of
      Business, Southern Connecticut State University
1989 - 2011 Professor, Department of Economics and Finance, School of
      Business, Southern Connecticut State University
1991-1995 Chairman, Department of Economics and Finance, School of Business,
      Southern Connecticut State University
January 1988-June 1988 Visiting Professor, Department of Behavioral Science
      and Community Health, School of Dental Medicine, University of
      Connecticut Health Center
September 1985-August 1989 Associate Professor, School of Business, Southern
      Connecticut State University (tenured, 1986)
August 1980 - August 1985 Assistant Professor, School of Business, Southern
      Connecticut State University
January 1979-May 1980 Instructor, University of Connecticut (Hartford)
June 1976-December 1978 Research Assistant, University of Connecticut Health
Center.  Research Assistant, School of Agriculture, University of Connecticut

<u>Publications</u>

Journals

  Crakes, G. and Cottrill, M. "The Connecticut State Income Tax:
   Progressive, Regressive, and Proportional," <u>Journal of the American
   Academy of Business</u>, (September, 2007)

  Cottrill, M. and Crakes, G. "A Different Look at "Pay for Performance":
   Returns to Bench Strength in the NFL," <u>The Business Review, Cambridge</u>,
   (December, 2004).

  Beazoglou, T., Crakes, G., Doherty, N. and Heffley, D. "Determinants of
   Dentists' Geographic Distribution," <u>Journal of Dental Education</u>
   (November, 1992)

  Doherty, N. and Crakes, G.  "Estimating the Costs of Public Dental
   Programs: Mobile Clinics," <u>Community Dental Health</u> (Spring, 1987).

  Crakes, G. "A Comparison of Economic Estimates of Loss with Jury Awards
   and Pre-verdict Settlements," <u>Business Journal</u> (Fall, 1985).

  Doherty, N. and Crakes, G. "Economic Specification of Cost Estimates in
   Dental Programs," <u>Journal of Dental Research</u> (June, 1985).

  Doherty, N. and Crakes, G. "Adjusting Social Program Costs for Research
   and Evaluation Activities," <u>Evaluation Review</u> (August, 1980).

  Doherty, N. and Crakes, G. "Commentary: Reply to Joan Quinn," <u>Inquiry</u>
   (Summer, 1980).

  Doherty, N., Horowitz, P. and Crakes, G. "Real Costs of Dental Care in
   Private and Public Practice," <u>Medical Care</u> (January, 1980).

  Doherty, N. and Crakes, G. "The Impact of a Change in Regulation on
   Costs in an Experimental Program," <u>Inquiry</u> (Summer, 1979).

 Proceedings

  Crakes, G. with Cottrill, M. "The Growth of Student Indebtedness and
   the Role of Higher Education as a U.S. Response to Globalization,"
   <u>Proceedings of the Global Conference on Business & Economics,
   Association for Business & Economics Research</u>, October, 2007

  Crakes, G. with Cottrill, M. "The Rising Relative Price of Higher
   Education and the U.S. Response to Offshore Outsourcing,"
   <u>Proceedings of the New England Business Administration Association</u>,
   May, 2007.

  Crakes, G. with Cottrill, M. "More on "Pay for Performance"-The
   Disruptive Effect of Star Power in the NFL," <u>Proceedings of the New
   England Business Administration Association</u>, May, 2005.

  Crakes, G. with Crakes, A. "Education, Earnings, and the NCAA Student
   Athlete," <u>Proceedings of the New England Business Administration
   Association</u>, May, 2004.

Crakes, G. with Cottrill, M. and Crakes, J. "Context for the Medical Malpractice Insurance Debate," <u>Proceedings of the Conference on Emerging Issues in Business and Technology</u>, October, 2003.

Crakes, G. with Thorson, J. and Cottrill, M. "The Impact of Law Firm Concentration on Lawyers' Salaries," <u>Proceedings of the New England Business Administration Association</u>, April, 2000.

Crakes, G. with Thorson, J. and Cottrill, M. "Are Baseball Players Overpaid?  An Analysis of Major League Baseball Salaries," <u>Proceedings of the Northeast Business & Economics Association,</u> October, 1998.

Crakes, G. with Cottrill, M. "The Connecticut State Income Tax and the Equal Sacrifice Rule," <u>Proceedings of the New England Business Administration Association</u>, November, 1997.

Crakes, G. with Cottrill, M. "Banking It Before the Bar: Legal Compensation Trends in Major Markets," <u>Proceedings of the Northeast Business & Economics Association</u>, September, 1997.

Crakes, G. with Cottrill, M. "Young and Old Scholars," <u>Proceedings of the Eastern Case Writers Association/Eastern Academy of Management</u>, May, 1994.

Abstracts

Crakes, G. and Doherty, N. "Costs of Public Dental Clinics Under Capacity Utilization," <u>Journal of Dental Research</u> (January, 1979).

Technical Reports

Doherty, N., Horowitz, P. and Crakes, G. "Analysis of Economic Factors Associated with Providing Incremental Dental Care to Children" for the National Institute of Health, United States Public Health Service, 1978.

Other

Economic Consultant, 4th edition, 1995, <u>Recovery for Wrongful Death and Injury: Economic Handbook</u>, Stuart M. Speiser and John Maher, Clark, Boardman, & Callaghan, New York, N.Y..

Economic Consultant (with J. Maher), 3rd edition, 1988 <u>Recovery for Wrongful Death and Injury: Economic Handbook</u>, Stuart M. Speiser, Bancroft, Whitney/Lawyers Cooperative Publishing, Rochester, N.Y..

Crakes, G.M. "CSUS Chief's Bonus Appalls," <u>Hartford Courant</u>, December 20, 2009.

Crakes, G.M. "Competition Causing Disagreement Over Deregulation," <u>New Haven Register</u>, August 6, 1981.

## Conferences

### Papers Presented

Co-author of paper titled "Do Older Workers Respond to Incentives? Evidence From the Senior PGA Tour" (with M. Cottrill and J. Thorson, presenter) presented at the annual Connecticut State University Research Conference, October, 1999, Eastern Connecticut State University.

Presented co-authored paper titled "The Intra and Inter-State Distribution of Dentists" (with T. Beazoglou and D. Heffley) at the annual meeting of the Eastern Economic Association, March 3, 1989 in Baltimore, MD.

Co-author of paper titled "Determinants of Dentists' Geographic Distribution" (with T. Beazoglou and D. Heffley, presenter) presented at the meeting of the American Association of Dental Research, March 15, 1989 in San Francisco, CA.

Presented co-authored paper titled "Estimating Dental Practice Production Functions with Alternative Output Measures" (with T. Beazoglou) at the annual meeting of the Eastern Economic Association, March 4-7, 1987 in Washington, D.C.

Presented paper titled "A Comparison of Economic Estimates of Loss with Jury Awards and Pre-verdict Settlements" at the meeting of the Atlantic Economic Society, August 29 – September 1, 1985 in Washington, D.C.

Presented co-authored paper titled, "A Re-examination of the Returns to Scale of Dental Practices" (with T. Beazoglou) at the annual meeting of the Eastern Economic Association, March 21-23, 1985 in Pittsburgh, PA.

Presented co-authored paper titled "Economic Specification of Costs of Dental Programs" (with N. Doherty) at the annual meeting of the Eastern Economic Association, March 21-23, 1985 in Pittsburgh, PA.

### Other

Chairperson of session, "Economics" at the annual meeting of the New England Business Administration Association, April, 1993 in New Haven, CT.

Chairperson and organizer of session, "Health Economics" at the annual meeting of the Eastern Economic Association, March 28, 1992 in New York City, NY.

Discussant of paper titled, "Massachusetts Hospitals in the Eighties: Financial Analysis of Large Urban and Other Hospitals" at the annual meeting of Northeast Business Economics Association, November 7, 1991 in Stamford, CT.

Discussant of paper titled, "Female Work Experience: Voluntary vs. Involuntary Labor Force Activity" at the meeting of the National Association of Forensic Economists, March 4, 1989 in Baltimore, MD

Discussant of paper titled "Diogenes' Expenses: The Costs to the Court of Seeking Truth in Medical Malpractice Cases" at the annual meeting of the Eastern Economic Association, March 12, 1988 in Boston, MA.

Discussant of paper titled "Present Value and the Structure of Interest Rates" at the meeting of the National Association of Forensic Economists, March 11, 1988 in Boston, MA.

Chairperson of session, "Topics in Health Economics" at the annual meeting of the Eastern Economic Association, March 11, 1983 in Boston, MA.

Discussant of paper titled "The Nursing Shortage and Its Associated Planning Problems" at the annual meeting of the New England Business and Economics Association, November 5, 1982 in Springfield, MA.

Coordinator and moderator for "The Role of Preventative Care: Is It a Healthy Alternative?" sponsored by the Joint Council on Economic Education, April 23, 1981, Southern Connecticut State College.

APPRAISALS OF ECONOMIC LOSS:



FACTS OR DATA CONSIDERED

Date of Birth: (see each report)

Date of Exposure: (see each report)

Gender: (see each report)

Reports from Mira Krishnan, Ph.D., ABPP, Forensic Neuropsychology

Annual cost of care of $5,000 in each case

Government statistical reference documents identified in each report

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| G. Duffee v. T. Portuondo JD of Stamford | S. Casper | deposition | 6/30/20 | Cheshire, CT (Video conference) |
| A. Imkhanitsky v. Irene Komarynsky, M.D., et. al. JD of Fairfield/Bridgeport | J. Koskoff | deposition | 5/15/20 | Cheshire, CT (Video conference) |
| J. Doe, J. Roe, J. Smith, J. Clark, and J. White vs. Boys & Girls Club of Greenwich, CT JD of Stamford | C. Keenan | deposition | 5/6/20 | Cheshire, CT (Video conference) |
| J. Griswold v. Advanced Cardiovascular Specialists P.C. et. al. JD of Waterbury | J. Madry | deposition | 4/24/20 | Cheshire, CT (Video conference) |
| M. Miner v. Edward Fabian, et. al. JD of New Haven | D. Walsh | deposition | 4/22/20 | Cheshire, CT (Video conference) |
| J. Mack v. United States of America United States District Court District of Connecticut | J. Koskoff | deposition | 4/14/20 | Cheshire, CT (Video conference) |
| E. Pond v. P. Andres, et. al. JD of Fairfield | S. McElligott | deposition | 4/8/20 | Cheshire, CT (Video conference) |
| M. Wright v. Midstate Medical Center, et. al. JD of New Haven | K. Nastri | deposition | 3/12/20 | New Haven, CT |
| P. Esposito v. A. Rose, The Eye Care Group, P.C. JD of New Haven | J. Horwitz | deposition | 3/10/20 | Bridgeport, CT |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| G. Goodman v. Mashantucket Pequot Gaming Enterprise Mashantucket Pequot Tribal Court | J. Harrington | deposition (Keeper of the records) | 3/9/20 | Cheshire, CT |
| E. Carroll v. NYC Health and Hospitals Corp., et.al. NY Supreme Court, NY County | D. George | trial | 2/27/20 | New York, NY |
| Andrea Tatem v. Norwalk Acquisition I, LLC JD of Fairfield | P.Filan | deposition | 1/31/20 | Hartford, CT |
| P. Scanlan v. Town of Greenwich CT Police Department United States District Court District of Connecticut | M. Braxton | deposition | 1/29/20 | Stratford, CT |
| Adam Breakell v. 3M Co., et. al. JD of Fairfield | D. Berquist | deposition | 1/15/20 | New York, NY |
| M. Kijek v. J. Waxberg, MD D/B/A Urology Associates of Stamford JD of Fairfield | R. Berkowitz | deposition | 1/14/20 | Shelton, CT |
| B. Taylor v. J. O'Brien JD of Waterbury | A. Laske | arbitration | 1/3/20 | Hartford, CT |
| E. March v. United States of America United States District Court District of Connecticut | K. Nastri | deposition | 12/10/19 | New Haven, CT |
| F. Adams v. Futurecare & Liberty Maritime Corporation United States District Court Eastern District of New York | C. Sossaman | trial | 12/3/19 | Central Islip, NY |
| M. Labrie v. United Ohio Insurance Company, et. al. JD of Hartford | J. Lewis | deposition | 11/19/19 | East Hartford, CT |
| L. Lopes v. Blast-All, Inc. JD of New London | A. Arscott | deposition | 11/15/19 | Glastonbury, CT |
| P. Sobin v. Orthopaedic Sports Specialists, PC JD of Hartford | E. Rock | deposition | 11/14/19 | New Haven, CT |
| Z. Chesebro v. S. Thielman, et. al. JD of New London | R. Reardon | deposition | 11/12/19 | New London, CT |
| B. J. Madore v. FIP Construction, Inc., et. al. JD of Hartford | P. Iannaccone | deposition | 10/31/19 | Branford, CT |
| C. James v. Carl Boland, M.D., et. al. JD of Hartford | R. Berkowitz | deposition | 10/29/19 | Shelton, CT |
| J. Levesque v. C.H. Nickerson & Co., Inc. JD of Bridgeport | E. Smith | deposition | 10/24/19 | New Haven, CT |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| B. Manville v. A. Braverman MD JD of Waterbury | K. Andrade | deposition | 10/23/19 | Bridgeport, CT |
| M. Valdes, MD v. M. Lindenmayer JD of Litchfield | K. Nastri | trial | 10/17/19 | Torrington, CT |
| J. Grimes v. CBS Corp., Crane Co., Foster Wheeler, et. al. U.S. District Court Southern District of New York | D. Woodard | deposition | 10/8/19 | New York, NY |
| M. Leigh v. North Shore Medical Group, et. al. NY Supreme Court, Suffolk County | R. Fallarino | trial | 10/1/19 | Riverhead, NY |
| B. Taylor v. J. O'Brien JD of Waterbury | A. Laske | deposition | 9/24/19 | Fairfield, CT |
| J. Polumbo v. The Hospital Of Central CT JD of New Britain | J. Horwitz | deposition | 8/27/19 | Bridgeport, CT |
| K. Hardy v. Hartford Hospital JD of New Haven | G. Sullivan | deposition | 8/22/19 | Milford, CT |
| J. Stead v. Town of Windham Board of Education, et. al. JD of New London | R. Reardon | deposition | 8/16/19 | New London, CT |
| Ana Vomoca v. Transervice Leasing Corp., et. al. JD of Stamford | M. Allocca | trial | 7/26/19 | Stamford, CT |
| N. Rzezuski v. Yale New Haven Hospital, et. al. JD OF New Haven | K. Nastri | deposition | 7/19/19 | Bridgeport, CT |
| Y. Shulman v. T. Vanech, et. al. JD of Stamford | S. Casper | trial | 7/11/19 | Stamford, CT |
| T. Spoon v. Sophia O'Donnell, M.D., et. al. JD of New London | H. Polito | deposition | 6/27/19 | New Haven, CT |
| E. Lacrespeaux v. Waterbury Hospital, et. al. JD of Waterbury | R. Berkowitz | deposition | 6/26/19 | Shelton, CT |
| P. Sabetta v. Guilford Family Practice, et. al. JD of New Haven | K. Nastri | trial | 6/25/19 | New Haven, CT |
| D. Tibolla v. Bruce J. Bemer JD of Bridgeport | J. Faxon | deposition | 6/5/19 | New Haven, CT |
| C. Pavano v. Hartford Hospital, et. al. JD of Hartford | D. Bernard | deposition | 5/28/19 | Bridgeport, CT |
| J. Monroe-Lynch v. State of Connecticut JD of Hartford | K. Dowd | deposition | 5/23/19 | Rocky Hill, CT |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| C. Coffey v. H. Woo, Stony Brook University Physicians NY Supreme Court, Nassau County | S. Pegalis | trial | 5/16/19 | Mineola, NY |
| P. Sabetta v. Guilford Family Practice, et. al. JD of New Haven | K. Nastri | deposition | 5/9/19 | New Haven, CT |
| T. Stephens v. Bridgeport Hospital, et. al. JD of Fairfield | P. Filan | deposition | 4/30/19 | Fairfield, CT |
| Ismael DeJesus v. Midstate Medical Center, et. al. JD of New Haven | T. Cella | deposition | 4/26/19 | Hartford, CT |
| G. Pichichero v. R. Falcon, M.D. and A. Spinowitz, M.D. NY Supreme Court, Nassau County | R. Fallarino | trial | 4/5/19 | Mineola, NY |
| T. Pollock v. Ofer Sagiv, Charlotte Hungerford Hospital, et. al. JD of Hartford | J. Koskoff | deposition | 3/26/19 | Bridgeport, CT |
| O. Jani v. Landsford Chisholm and Cryogenic Transportation, Inc. JD of Hartford | S. Camassar | trial | 3/25/19 | Hartford, CT |
| D. Bracho v. The Kent School Corp. U.S. District Court District of Connecticut | A. Ponvert | deposition | 3/5/19 | Hartford, CT |
| C. DeSimone v. Harborside CT Limited Partnership DBA Arden House et. al. JD of New Haven | J. Kennedy | deposition | 2/28/19 | New Haven, CT |
| M. Williams v. R. Newberry, et. al. JD of Litchfield | J. Foti | deposition | 2/20/19 | Meriden, CT |
| S. Rivera v. Southern New Hampshire Medical Center Hillsborough Superior Court | L. Nixon | deposition | 2/15/19 | Manchester, NH |
| Thomas Przybylowicz | B. Flood | arbitration | 2/13/19 | Hartford, CT |
| K. Cocchiaro v. Charles B. Helm, M.D., et. al. JD of New Haven | S. Roberge | deposition | 2/7/19 | New Haven, CT |
| C. Flores v. Amy P.Ghandi, MD, et. al. JD of Bridgeport | K. Andrade | deposition | 1/10/19 | Bridgeport, CT |
| Alexander Posella v. Danbury Hospital, et. al. JD of Litchfield | C. Harrington | deposition | 11/14/18 | Hartford, CT |
| M. O'Connor v. Town of Guilford, CT JD of New Haven | E. Brown | trial | 11/1/18 | New Haven, CT |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| B. Tully v. Republic-Franklin Insurance Comp. JD of Hartford | E. Taiman | deposition | 10/25/18 | Hartford, CT |
| J. Freeman v. Assoc. Neurologists of Southern CT JD of Bridgeport | P. Dreyer | deposition | 10/23/18 | Stamford, CT |
| M. Cuprill NY Supreme Court, Bronx County | E. Ogen | trial | 10/19/18 | Bronx, NY |
| J. Laroza v. Prakash Paragi M.D., et. al. New Jersey | Y. Fogel | deposition | 9/27/18 | New York, NY |
| K. Reid v. Sears, et. al. JD of Derby | G. Ganim | trial | 9/26/18 | Derby, CT |
| T. Kringstad v. Milford Hospital, et. al. JD of New Haven | S. McElligott | deposition | 9/7/18 | Bridgeport, CT |
| D. Stewart v. C. Hackel, et. al. JD of Stamford | L. Reilly | deposition | 8/30/18 | New Haven, CT |
| D. Ertman v. R.J. Reynolds Tobacco Company U.S. District Court District of Connecticut | M. Ramos | deposition | 8/21/18 | New Haven, CT |
| K. Doody v. Stamford Hospital, et. al. JD of Bridgeport | S. Camassar | trial | 7/18/18 | Bridgeport, CT |
| M. Henebery v. Charlotte Hungerford Hospital, et. al. JD of Litchfield | A. Pickel | deposition | 7/11/18 | Bridgeport, CT |
| L. Gilbert v. Lawrence and Memorial Hospital, et. al. U.S. District Court District of Connecticut | J. Johnson | deposition | 7/10/18 | New Haven, CT |
| M. Palmer v. SCA, Inc., et. al. JD of Fairfield | J. Horwitz | deposition | 6/26/18 | Bridgeport, CT |
| Adam Fernand v. W. CT. Health Network, Inc. JD of Danbury | R. Berkowitz | deposition | 6/20/18 | Stamford, CT |
| V. Jacovino v. A. Sfakianaki, M.D., et. al. JD of Waterbury | P. Cameron | deposition | 6/14/18 | Middlebury, CT |
| J. Hawkins v. D. Hopkins, et. al. JD of Hartford | A. Arscott | deposition | 6/7/18 | Hartford, CT |
| V. Farkas v. Goncalves; Physicians for Women's Health, LLC, et. al. JD of Bridgeport | K. Nastri | deposition | 6/5/18 | Bridgeport, CT |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| M. Hazell v. NY and Presbyterian Hospital, et. al. NY Supreme Court, Kings County | S. Erickson | trial | 6/4/18 | Brooklyn, NY |
| K. Doody v. Stamford Hospital, et. al. JD of Bridgeport | S. Reck | deposition | 5/16/18 | N. Stonington, CT |
| F. Liquindoli v. William F. Flynn, Jr., M.D., et. al. JD of Waterbury | K. Nastri | deposition | 4/26/18 | Bridgeport, CT |
| M. Miceli v. State of Connecticut JD of Hartford | J. Koskoff | trial | 4/17/18 | Hartford, CT |
| K. Hocker v. William T. Schmidt, M.D., et. al. JD of Bridgeport | R. Berkowitz | deposition | 4/12/18 | Bridgeport, CT |
| Adisa Veliju v. Marcia L. Tejada, M.D., et. al. JD of Waterbury | M. Kennedy | deposition | 4/6/18 | Stamford, CT |
| C. Dorman v. Amica Mutual Insurance Co. JD of New Haven | M. Kennedy | deposition | 4/3/18 | Stamford, CT |
| Arlene Briere v. Career Technology LLC, et. al. JD of Bridgeport | D. Skuret III | trial | 3/9/18 | Bridgeport, CT |
| P. Bass v. KBE Building Corp. et. al. JD of Rockville | F. McCoy | deposition | 3/2/18 | Hartford, CT |
| J. Thompson v. Greater Waterbury Imaging Center LP JD of Waterbury | P. Kennedy | deposition | 2/27/18 | Hartford, CT |
| B. Ranpura v. Greater New Haven OB-GYN Group, et. al. JD of New Haven | S. Errante | trial | 2/15/18 | New Haven, CT |
| K. Fuller v. Frank Lill & Son, Inc. JD of New Haven | M. Foley | deposition | 2/9/18 | Cheshire, CT |
| S. Texidor v. R. Klebacher, D.O., et. al. Law Division: Ocean County, NJ | D. Woodard | trial | 2/8/18 | Toms River, NJ |
| L. DiCesare v. Town of Stonington and B. McKrell U.S. District Court District of Connecticut | K. Kelly | deposition | 2/6/18 | Branford, CT |
| T. Love v. Niv Decalo, M.D., et. al. JD of Hartford | L. Woodard | deposition | 1/26/18 | W. Hartford, CT |
| M. Pedicini v. Western CT Health Network, Inc. JD of Danbury | R. Berkowitz | deposition | 12/19/17 | Bridgeport, CT |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| J. Bedell v. D. Rosenthal, MD, et. al. JD of Waterbury | E. Smith | deposition | 12/7/17 | New Haven, CT |
| R. Cristiano v. American Medical Response of CT JD of Fairfield | J. Goldstein | deposition | 11/28/17 | Stamford, CT |
| W. Moore v. Yale-New Haven Hospital, Inc. JD of New Haven | B. Jacobs | deposition | 11/21/17 | New Haven, CT |
| N. Brazee v. C. Contadini JD of Litchfield | M. Dodd | deposition | 11/17/17 | Cheshire, CT |
| B. Ranpura v. Greater New Haven OB-GYN Group, et. al. JD of New Haven | M. Bellair | deposition | 11/10/17 | New Haven, CT |
| S. Delano v. First Student, Inc. JD of New Britain | F. Bartlett | trial | 10/26/17 | New Britain, CT |
| D. Walter v. W. Martin JD of New London | J. Walker | deposition | 10/25/17 | New Haven, CT |
| C. Colston v. Unifirst Corporation, et. al. JD of Waterbury | M. Burrell | deposition | 10/4/17 | Bridgeport, CT |
| W. Podgorski v. Bristol Hospital, et. al. JD of Hartford | S. McElligott | deposition | 10/3/17 | Bridgeport, CT |
| H. Cartagena v. City of Bridgeport JD of Fairfield | D. Papcsy | deposition | 9/28/17 | New Haven, CT |
| C. Bess v. MBMB Cromwell, LLC JD of Middlesex | C. Mahon | deposition | 9/11/17 | Hartford, CT |
| Z. Meade v. Yale New Haven Hospital, Inc. JD of New Haven | E. Smith | deposition | 9/6/17 | New Haven, CT |
| J. Messer v. Mark Lorenze, et. al. JD of New London | D. Bernard | deposition | 9/1/17 | New Haven, CT |
| S. Delano v. First Student, Inc. JD of New Britain | F. Bartlett | deposition | 8/31/17 | Cheshire, CT |
| D. Luciuk v. United States of America U.S. District Court District of Connecticut | C. Mattei | deposition | 8/30/17 | Bridgeport, CT |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| M. Colon Ayala v. Metro-North Commuter Railroad Corp., et. al. U.S. District Court District of Connecticut | B. Rush | trial | 8/16/17 | New Haven, CT |
| A. and T. Ginsberg v. Hackensack University Medical Center Law Division: Essex County, NJ | D. Woodard | deposition | 8/10/17 | New York, NY |
| M. Praisner v. State of Connecticut JD of Hartford | E. Spector | trial | 8/8/17 | Hartford, CT |
| A. Ginise v. Benchmark Senior Living, et. al. JD of Stamford/Norwalk | J. Amdur | deposition | 7/25/17 | Stamford, CT |
| T. Collins v. Town of Greenwich JD of Stamford/Norwalk | P. Dreyer | deposition | 7/21/17 | New Haven, CT |
| M. O'Connor v. General Motors, LLC U.S. District Court New Haven, CT | J. Hirsch | trial | 7/11/17 | New Haven, CT |
| J. Hortman v. Goodrich Corporation, et. al. U.S. District Court District of Connecticut | J. Gagliano | deposition | 6/22/17 | Philadelphia, PA |
| C. Nhan v. J. Scheinerman, M.D., et. al. Nassau County, NY | S. Erickson | trial | 6/16/17 | Mineola, NY |
| M. Bernstein v. Indian Mountain School, Inc. U.S. District Court District of Connecticut | A. Ponvert | deposition | 6/15/17 | New Haven, CT |
| A. Altman v. S. Spiesel, LLC, et. al. JD of New Haven | P. Dreyer | deposition | 6/13/17 | Stamford, CT |
| D. Carda v. Alliance Medical Group, et. al. JD of Waterbury | P. Dreyer | deposition | 6/8/17 | Stamford, CT |
| M. Michaud v. United States of America U.S. District Court District of Connecticut | D. Amata | deposition | 6/7/17 | New Haven, CT |
| L. Kos v. Lawrence & Memorial Hospital JD of New London | E. Rock | trial | 5/19/17 | New London, CT |
| A. Jakubowski v. United States of America U.S. District Court District of Connecticut | D. Bernard | deposition | 5/18/17 | Bridgeport, CT |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| J. Harrison v. C. Tyson, et. al. JD of New Haven | B. Cates | trial | 5/11/17 | New Haven, CT |
| R. Steinberg v. J. Montalbano, et. al. JD of Waterbury | G. Moore, Jr. | deposition | 5/9/17 | New Haven, CT |
| H. Koppel v. T. Applegate, D.O. JD of New Haven | C. Price | deposition | 4/20/17 | Milford, CT |
| C. Davis v. A. E. Hertzler Knox, M.D., et. al. JD of Fairfield | M. Connors | deposition | 4/13/17 | Bridgeport, CT |
| S. Texidor v. R. Klebacher, D.O., et. al. Law Division: Ocean County, NJ | D. Woodard | deposition | 4/11/17 | New York, NY |
| J. Harrison v. C. Tyson, et al. JD of New Haven | T. Pothin | deposition | 4/7/17 | New Haven, CT |
| W. Brunette v. City of Burlington, VT, et. al. U.S. District Court District of Vermont | S. Adler | deposition | 3/30/17 | Hartford, CT |
| T. John v. W. Backus Hospital, et. al. JD of New London | S. Errante | deposition | 3/30/17 | New Haven, CT |
| B. Cipriani v. The Valley Hospital, Inc., et. al. Law Division: Bergen County, NJ | D. Woodard | trial | 3/23/17 | Hackensack, NJ |
| A. Holmes v. T. Ceddia, M.D., et. al. JD of New London | S. Camassar | deposition | 3/9/17 | North Stonington, CT |
| X. Vasquez v. G. Roy, M.D., et. al. JD of New Britain | K. Nastri | deposition | 3/7/17 | New Haven, CT |
| N. Sutera v. D. Natiello, et. al. JD of New London | C. Murray | trial | 3/3/17 | New London, CT |
| O. Greenberg, M.D. v. State of New York U.S. District Court Southern District of NY | E. Nelson | deposition | 2/28/17 | New York, NY |
| L. Dipillo v. The Brattleboro Retreat U.S. District Court District of Vermont | J. Faxon | deposition | 2/2/17 | New Haven, CT |
| J. Radzik v. CT Children's Medical Center JD of Hartford | R. Honik | trial | 2/1/17 | Hartford, CT |
| M. Stiewing v. A. Landau, M.D., et. al. JD of Fairfield | T. Ramsey | deposition | 1/27/17 | Bridgeport, CT |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| J. Weinberg v. Griffin Hospital, et. al. JD of Milford | S. Roberge | deposition | 1/11/17 | New Haven, CT |
| B. Von Koschembahr v. Ford Motor Company, et. al. JD of Stamford | B. Leydon | deposition | 12/21/16 | Stamford, CT |
| J. Poirier v. J. Meyers, et. al. JD of New Britain | K. Bartlett | deposition | 12/12/16 | Branford, CT |
| A. Newton v. State of New York Court of Claims, State of NY | J. Schutty | trial | 11/29/16 | New York, NY |
| A. Mariano v. Hartland Building and Restoration Co. JD of Waterbury | F. Hedberg | deposition | 11/18/16 | Branford, CT |
| I. Corbin v. Women's Obstetrics and Gynecology JD of Bridgeport | J. Horwitz | deposition | 11/17/16 | Bridgeport, CT |
| R. Koven v. Norwalk Hospital, et. al. JD of Stamford | R. Murphy | deposition | 11/16/16 | Bridgeport, CT |
| J. Dorry v. Mitchell Garden, M.D., et. al. JD of Waterbury | R. Fallarino | deposition | 11/11/16 | Bridgeport, CT |
| M. Knight v. C. Gaylor JD of Stamford | W. Davoren | deposition | 11/7/16 | Branford, CT |
| T. Tillman v. American Medical Response of CT, et. al. JD of Bridgeport | A. Pickel | deposition | 11/3/16 | Stamford, CT |
| M. Porcaro v. Htfd. Hospital, et. al. JD of Hartford | C. Reilly | deposition | 10/31/16 | Bridgeport, CT |
| B. Mposo v. B. Chau, M.D., et. al. JD of New Haven | S. Errante | deposition | 10/25/16 | New Haven, CT |
| B. Bradley v. D. Sugarbaker, M.D. U.S. District Court Boston, MA | M. Bradley | trial | 10/17/16 | Boston, MA |
| M. Clinkenbeard v. Zimmer Holdings, Inc. U.S. District Court District of CT | M. Ramos | deposition | 10/11/16 | Stamford, CT |
| R. Giangrande v. 3M Company, et. al. County of New York Asbestos Litigation | D. Blouin | deposition | 10/4/16 | Norwalk, CT |
| V. Schneider v. Griffin Hospital, et. al. JD of Bridgeport, CT | J. Koskoff | trial | 9/29/16 | Bridgeport, CT |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| I. Ikonomidis v. S. G. Ahmad MD et. al. Middlesex County New Jersey | D. Woodard | trial | 9/22/16 | New Brunswick, NJ |
| D. & M. Repoli v. P. J. Driscoll and A. & S. Construction Services JD of New Britain | M. Kochanowicz | deposition | 9/13/16 | Wethersfield, CT |
| B. Claro v. Yale-New Haven Hospital JD of Hartford | P. Dreyer | deposition | 9/8/16 | New Haven, CT |
| B. Poliner v. Pro Health Physicians JD of Hartford | C. Reilly | deposition | 8/30/16 | Bridgeport, CT |
| V. Schneider v. Griffin Hospital, et. al. JD of Bridgeport | J. Koskoff | deposition | 8/26/16 | Bridgeport, CT |
| W. Reed v. B. DeMartini JD of Bridgeport | J. Kennedy | deposition | 8/25/16 | New Haven, CT |
| J. Simons v. P. Fagan, M.D. JD of Hartford | D. Bernard | deposition | 8/23/16 | Bridgeport, CT |
| B. Matulis v. Louie's Tree Service, LLC JD of Hartford | C. Cramer | deposition | 8/1/16 | New Haven, CT |
| T. Gambardella v. H. Schmitt, M.D., et. al. JD of Bridgeport | K. Lynch | deposition | 7/27/16 | Waterbury, CT |
| B. Lovallo v. D. Ferrante JD of Litchfield | J. Logan | deposition | 7/20/16 | Wethersfield, CT |
| B. Cipriani v. Valley Hospital New Jersey | D. Woodard | deposition | 7/14/16 | New York, NY |
| G. Everett v. Bristol Hospital, et. al. JD of Hartford | D. Perito | deposition | 6/29/16 | Hartford, CT |
| K. Murphy v. Town of Darien CT JD of Fairfield | J. Faxon | deposition | 6/22/16 | New Haven, CT |
| K. Sullivan v. Syed Reza, M.D. JD of Fairfield | G. Sullivan | deposition | 6/15/16 | Milford, CT |
| Y. Nava Perez v. Brass Mill Center JD of Waterbury | B. Flood | deposition | 6/13/16 | Middletown, CT |
| D. Scott v. Danbury Hospital et. al. JD of Danbury | C. Bernard | deposition | 6/2/16 | Danbury, CT |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| I. Jakstoniene v. Toyota Motor Corp.,et. al. Circuit Court of Cook County IL | M. Gill | deposition | 6/1/16 | Windsor Locks, CT |
| B. Scott v. Paul Kanev, M.D., JD of Hartford | C. Bernard | trial | 5/31/16 | Hartford, CT |
| T. McClellan v. William W. Backus Hospital JD of New London | J. Horwitz | deposition | 5/10/16 | Bridgeport, CT |
| I. Ikonomidis v. S. G. Ahmad MD et. al. Middlesex County New Jersey | D. Woodard | deposition | 4/26/16 | New York, NY |
| S. Elbardissy v. Wesleyan University, et. al. JD of Middlesex | M. Schnitzler | deposition | 4/22/16 | New Haven, CT |
| F. Oadeh v. M. Fagan and K. Fagan JD of Hartford | J. McManus | trial | 4/20 & 4/21/16 | Hartford, CT |
| L. Patton v. Chrysler Group JD of Stamford | J. Fusco | deposition | 4/19/16 | Stamford, CT |
| D. Serra v. Employment Options, LLC JD of Hartford | T. Brignole | trial | 4/15/16 | Hartford, CT |
| R. Wager v. A. Moore JD of New London | C. Smith | trial | 3/18/16 | New London, CT |
| D. Piazza v. Speare Memorial Hospital, et. al. Superior Court State of N. Hampshire | L. Nixon | deposition | 3/10/16 | Manchester, NH |
| R. Rooker v. C. Rivers Vermont Superior Court Caledonia Cty | S. Adler | deposition | 2/23/16 | Hartford, CT |
| W. Gaspar v. State of CT JD of Stamford | J. Ment | trial | 2/19/16 | Hartford, CT |
| S. Kulesza v. NYHQ, et. al. Queens County, NY | D. Woodard | trial | 2/18/16 | Queens, NY |
| K. D'Uva v. D. Fountas, M.D. JD of Waterbury | J. Amdur | deposition | 2/10/16 | New Haven, CT |
| C. Vaid v. Equinox Greenwich Old Track Road JD of Stamford | V. deToledo | trial | 2/9/16 | Stamford, CT |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| W. El-Hanafi v. U.S.A., et. al. U.S. District Court Southern District of New York | J. Harper | trial | 2/4/16 | New York, NY |
| W. Brownville, P. Buck v. Indian Mountain School U.S. District Court District of CT | A. Ponvert | deposition | 1/28/16 | New Haven, CT |
| F. Oadeh v. M. Fagan and K. Fagan JD of Hartford | J. McManus | deposition | 1/18/16 | Cheshire, CT |
| L. Berkmen v. Yale-New Haven Hospital, et.al. JD of Stamford | R. Berkowitz | deposition | 1/12/16 | Stamford, CT |
| J. Chuqui v. Physicians for Women, PC JD of Danbury | J. Horwitz | deposition | 1/8/16 | Bridgeport, CT |
| J. Moore v. St. Francis Care, Inc. JD of Hartford | R. Berkowitz | deposition | 1/5/16 | Bridgeport, CT |
| D. Sailor v. State of CT JD of Hartford | T. Cella | deposition | 12/4/15 | Hartford, CT |
| R. Duhan v. Geico General Insurance Comp. JD of Bridgeport | S. Cousins | trial | 12/3/15 | Bridgeport, CT |
| J. DeSalle v. Wal-Mart Stores, Inc., et.al. JD of Hartford | J. Faxon | deposition | 11/24/15 | New Haven, CT |
| P. Paul v. Coastal Orthopaedics, et.al. JD of Bridgeport | J. Horwitz | deposition | 11/20/15 | New Haven, CT |
| J. Verrillo v. W. Waters; Hirschbach Motor Lines, et.al. U.S. District Court District of CT | J. Buckley | deposition | 11/10/15 | New Haven, CT |
| A. Peszko v. K. Lamontagne and City of New Britain JD of New Britain | B. Flood | deposition | 11/6/15 | Middletown, CT |
| S. Steiner-Silver v. Windjammer Landing U.S. District Court District of CT | A. Blank | deposition | 11/5/15 | Stamford, CT |
| W. El-Hanafi v. U.S.A., et.al. U.S. District Court Southern District of New York | J. Harper | deposition | 11/3/15 | New York, NY |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| K. Stern v. F. McEwen d/b/a Lyme Tavern Café JD of New London | W. Bloss | trial | 10/30/15 | New London, CT |
| C. Lee v. Todd Byers, et.al. JD of New London | K. Currier | deposition | 10/29/15 | Simsbury, CT |
| J. Oliveras-Gibson v. Y & H Investments JD of New Haven | M. Carbutti | deposition | 10/27/15 | Milford, CT |
| R. Kinsella v. Mianes Paper & Food Services, Inc. JD of New Haven | J. Blazi | deposition | 10/23/15 | Wallingford, CT |
| C. Threats v. S. Sayeed, M.D. JD of Danbury | A. Pickel | trial | 10/22/15 | Danbury, CT |
| J. Radzik v. CT Children's Medical Center JD of Hartford | D. Stanoch | deposition | 10/16/15 | Rocky Hill, CT |
| J Wagner v. Volvo Construction Equipment N. America, LLC U.S. District Court District of CT | J. Fusco | deposition | 10/9/15 | Hartford, CT |
| A. Foster v. C. Cholnoky, M.D. JD of Fairfield | D. Slossberg | deposition | 10/8/15 | Milford, CT |
| J. Owusu v. M. Canter, M.D., et.al. JD of Hartford | B. Pfaff | deposition | 9/23/15 | New Haven, CT |
| C. Threats v. S. Sayeed, M.D JD of Danbury | A. Pickel | deposition | 9/15/15 | Stamford, CT |
| D. Serra v. Employment Options JD of Hartford | T. Brignole | deposition | 9/11/15 | Hartford, CT |
| C. Shimckus v. Norwich Orthopedic Group JD of New London | M. Connors | trial | 9/4/15 | New London, CT |
| A. Pellecchia v. CT Light and Power Company JD of Hartford | J. McCoy | deposition | 8/26/15 | Woodbridge, CT |
| C. Campbell v. Waterbury Hospital JD of Waterbury | J. Horwitz | deposition | 8/19/15 | Bridgeport, CT |
| W. Bagley v. Adel Wiggins Group, et.al. JD of Fairfield | C. Meisenkothen | trial | 8/7/15 | Bridgeport, CT |
| G. Zilaro v. E. Sawyer JD of Waterbury | J. Brennan | arbitration | 7/9/15 | Wethersfield, CT |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| L. Albert v. Cardiology Assoc. of Waterbury, et.al. JD of Waterbury | E. Smith | trial | 7/8/15 | Waterbury, CT |
| M. Flores v. G. Hodge East End Bus Lines Inc. JD of Stamford | M. Schnitzler | deposition | 6/30/15 | New Haven, CT |
| D. Fleegal v. W. Ianiello JD of New Haven | J. Amdur | deposition | 6/23/15 | Bridgeport, CT |
| R. Rautoma v. M Orenstein & B. Orenstein JD of Fairfield | J. Hirsch | deposition | 6/18/15 | Bridgeport, CT |
| M. Colon-Ayala v. Metro-North and Met. Transp. Authority U.S. District Court of CT | B. Rush | deposition | 6/17/15 | Wallingford, CT |
| G. Volpe v. C & L Cleaners, Inc., et.al. JD of Stamford | E. Reinken | deposition | 6/16/15 | Stamford, CT |
| R. Cassella v. L. Boccarossa JD of New Haven | D. Scully | deposition | 6/12/15 | Rocky Hill, CT |
| G. Zukovs v. Hartford Hosp. et. al. JD of Hartford | E. Smith | deposition | 6/10/15 | New Haven, CT |
| W. Wirth v. CT Heart & Vascular Center, et. al. JD of Fairfield | J. Kennedy | trial | 6/9/15 | Bridgeport, CT |
| N. Barry v. SigEp CT Delta, et. al. JD of Waterbury | P. Edwards | deposition | 5/21/15 | Woodbridge, CT |
| H. Baklee v. Metro-North Railroad Comp. et. al. U.S. District Court Southern District of New York | M. Zilberg | trial | 5/18/15 | New York, NY |
| E. Thomas v. Wakefern Food Corp., et. al. JD of Fairfield | G. Formica | trial | 5/7/15 | Bridgeport, CT |
| D. Riche v. Chaudhry, M. et. al. Essex County NJ | A. Konigsberg | trial | 4/28/15 | Newark, NJ |
| E. Rios v. P. Muhlrad JD of Stamford | J. Parese | deposition | 4/16/15 | New Haven, CT |
| E. Thomas v. Wakefern Food Corp., et. al. JD of Fairfield | G. Formica | deposition | 4/15/15 | New Haven, CT |
| P. Ng v. G.Hotchkiss JD of New London | D. Coric | deposition | 4/2/15 | Wallingford, CT |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
|---|---|---|---|---|
| W. Wirth v. CT Heart & Vascular Center, et. al. JD of Fairfield | J. Kennedy | deposition | 3/24/14 | New Haven, CT |
| J. Lee v. R. Moore, et. al. JD of New Haven | R. Tropiano | deposition | 3/17/15 | New Haven, CT |
| R. Sottosanti v. State of CT, et. al. JD of Fairfield | J. Koskoff | deposition | 3/13/15 | Bridgeport, CT |
| E. Nixon v. Bridgeport Hospital JD of Fairfield | R. Berkowitz | deposition | 3/10/15 | Stamford, CT |
| J. Glee v. S. Osinski and H. Newton JD of New Haven | R. Paine | deposition | 3/6/15 | Hartford, CT |
| C. Eburg v. R. Nardella JD of New Haven | C. Carrano | deposition | 3/4/15 | Hamden, CT |
| C. Lantz v. Stamford Hospital, et. al. JD of Stamford | C. Bernard | deposition | 3/3/15 | Bridgeport, CT |
| J. Georges v. OB-GYN Services, P.C. JD of New London | J. Horwitz | deposition | 2/18/15 | Bridgeport, CT |
| M. Dershowitz v. U.S.A. U.S. District Court Southern District of New York | B. Rubinowitz | trial | 2/5/15 | New York, NY |
| K. Wilson v. CT Light & Power JD of Middlesex | L. McHugh | deposition | 1/23/15 | Middletown, CT |
| V. Pandolfo v. Continental Enterprises Apartment LLC Middlesex County Law Division, NJ | M. Chiaravalloti | trial | 1/12/15 | New Brunswick, NJ |
| A. Sierzputowski v. YMCA Camp Mohawk U.S. District Court Connecticut | A. Ponvert | deposition | 12/30/14 | New Haven, CT |
| M. Fearon v. J. Bruks JD of Tolland | S. Falkenstein | deposition | 12/19/14 | Hartford, CT |
| M. Spiegelhalter v. Town of Hamden JD of New Haven | J. C. Smith | deposition | 12/18/14 | North Haven, CT |
| H. Baklee v. Metro-North Railroad, et. al. U.S. District Court Southern District of New York | M. Zilberg | deposition | 12/9/14 | New York, NY |
| C. Orcutt v. Toyota Motor Sales, USA U.S. District Court Connecticut | K. Meshako | deposition | 12/4/14 | Hartford, CT |

| Name of Case (Defendant and Judicial District (JD) if known) | Retaining Counsel | Trial or Deposition | Date | Location |
| --- | --- | --- | --- | --- |
| R. Sinclair v. T. Ehrlich, M.D., et. al. JD of Milford | R. Berkowitz | deposition | 11/25/14 | Stamford, CT |
| B. Chernik v. Mashantucket Pequot Gaming Enterprise Tribal Court | K. Kenney | deposition | 11/20/14 | Hartford, CT |
| J. Defrancesco v. Stamford Health System, et. al. JD of Stamford | R. Berkowitz | trial | 11/19/14 | Stamford, CT |
| D. Rice v. R. Brady, M.D., et. al. JD of Bridgeport | R. Berkowitz | deposition | 11/11/14 | Stamford, CT |
| M. Garvey v. Town of Clarkstown, NY U.S. District Court Southern District of New York | M. Marzolla | deposition | 11/7/14 | South Nyack, NY |
| S. Mackenzie v. JLG Industries U.S. District Court Western District of Kentucky | A. Colucci | deposition | 11/4/14 | East Hartford, CT |
| R. Albino v. Mettler-Toledo, et. al. JD of Waterbury | W. Ronalter | deposition | 10/28/14 | Hartford, CT |
| D. DiNardi v. BSV Transportation, Inc. JD of Hartford | J. Houlihan | trial | 10/9/14 | Hartford, CT |
| R. Dudley v. Hunter JD of Meriden | J. McDonald | trial | 10/9/14 | Meriden, CT |
| V. Angelo v. Lincoln Technical Institute JD of Bridgeport | P. von Kuhn | deposition | 10/3/14 | Stratford, CT |
| T. DiBlasi v. CT Neurosurgery and Spine Assoc. JD of Hartford | C. Reilly | deposition | 10/1/14 | Bridgeport, CT |
| M. Spiegelhalter v. Town of Hamden JD of New Haven | J. C. Smith | deposition | 9/30/14 | North Haven, CT |
| M. Tedeschi v. Nutmeg Management JD of Hartford | S. Seligman | trial | 9/16/14 | Hartford, CT |
| B. Murray v. Boys & Girls Club JD of Waterbury | K. Nastri | trial | 9/9/14 | Waterbury, CT |
| N. Barber v. D. Casablanca, M.D. JD of Milford | C. Reilly | deposition | 8/26/14 | Bridgeport, CT |

# MAHER, CRAKES AND ASSOCIATES

ECONOMIC CONSULTANTS
860 WARD LANE
CHESHIRE, CONNECTICUT 06410
gary@mahercrakes.com

(203) 272-1205
FAX: (203) 250-8452

JOHN MAHER, PHD
1925-2005
GARY M. CRAKES, PHD

July 5, 2020

Corey M. Stern, Esq.
LEVY KONIGSBERG, LLP
800 Third Avenue, 11th Floor
New York, NY   10022

RE: ████████████████████████████████████

Dear Mr. Stern:

The fee for an appraisal is $3,600, of which $1,500 is a nonrefundable
retainer in advance.  The balance of $2,100 is due when we complete
our report.  Appearance at trial or deposition is $1,500 per day or
fraction thereof (plus expenses, if any).

The basic fee for an appraisal includes preparation for trial and
deposition.

If you have any further questions please let me know and I will do
my best to answer them.

Sincerely,

Gary M. Crakes

GMC:dc