# EXHIBIT 7

## (Redacted Pursuant to Plaintiffs' Motion to Seal)

1            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF MICHIGAN
2                  SOUTHERN DIVISION

3

4    ------------------------   )
                                )  Civil Action No.
5                               )  5:16-cv-10444-
     In re:  Flint Water Cases  )  JEL-MKM
6                               )  (consolidated)
                                )
7    ------------------------   )  Hon. Judith E. Levy
                                )  Mag. Mona K. Majzoub
8    Elnora Carthan, et al. v.  )
     Governor Rick Snyder, et al. )  Civil Action No.
9                               )  5:16-cv-10444-JEL-
     ------------------------   )  MKM
10

11              HIGHLY CONFIDENTIAL

12        REMOTE VIDEOTAPED DEPOSITION OF
                WILLIAM BITHONEY, M.D.

13

                 November 5, 2020

14

                    VOLUME I

15

16

            Remote videotaped deposition of
17   WILLIAM BITHONEY, M.D., conducted at the location
     of the witness in Fayetteville, Georgia, commencing
18   at 9:05 a.m., on the above date, before CORINNE T.
     MARUT, C.S.R. No. 84-1968, Registered Professional
19   Reporter, Certified Realtime Reporter and Notary
     Public.

20

21

22

23          GOLKOW LITIGATION SERVICES
        877.370.3377 ph │ 917.591.5672 fax
24              deps@golkow.com

```
 1   APPEARANCES:
 2   ON BEHALF OF INDIVIDUAL PLAINTIFFS:
 3        LEVY KONIGSBERG LLP
          800 3rd Avenue, 11th Floor
 4        New York, New York  10022
          212-605-6200
 5        BY:  COREY M. STERN, ESQ.
               cstern@levylaw.com
 6
 7
 8   ON BEHALF OF INDIVIDUAL PLAINTIFFS:
 9        NAPOLI SHKOLNIK PLLC
          360 Lexington Avenue, 11th Floor
10        New York, New York  10017
          212-397-1000
11        BY:  PATRICK LANCIOTTI, ESQ.
               PLanciotti@napolilaw.com
12
13
14   ON BEHALF OF VEOLIA NORTH AMERICA, INC.,
     VEOLIA NORTH AMERICA LLC AND
15   VEOLIA WATER NORTH AMERICAN OPERATING SERVICES:
16        CAMPBELL, CONROY & O'NEIL, P.C.
          One Constitution Wharf, Suite 310
17        Boston, Massachusetts  02129
          617-241-3029
18        BY:  DAVID M. ROGERS, ESQ.
               drogers@campbell-trial-lawyers.com
19             ALAINA N. DEVINE, ESQ.
               ADevine@campbell-trial-lawyers.com
20
21
22
23
24
```

```
 1    APPEARANCES (Continued):

 2    ON BEHALF OF THE CITY OF FLINT:

 3         BUTZEL LONG

           41000 Woodward Avenue

 4         Bloomfield Hills, Michigan  48304

           248-258-1616

 5         BY:  DEBRA A. GEROUX, ESQ.

                geroux@butzel.com

 6

 7

 8    ON BEHALF OF LOCKWOOD ANDREWS & NEWNAM:

 9         PLUNKETT & COONEY, P.C.

           325 E. Grand River

10         City Center, Suite 250

           East Lansing, Michigan 48823

11         517-333-6598

           BY:  PHILIP A. ERICKSON, ESQ.

12              perickson@plunkettcooney.com

13

14

15    ALSO PRESENT:

16         FRANCIS X. FERRARA, Veolia

17

18

19    VIDEOTAPED BY:  ROBERT MARTIGNETTI

20

21    REPORTED BY:  CORINNE T. MARUT, C.S.R. No. 84-1968

22

23

24
```

```
1                      I N D E X
2   WILLIAM BITHONEY, M.D.              EXAMINATION
3        BY MR. ROGERS.................    9
4
5
6                   E X H I B I T S
7   BITHONEY DEPOSITION EXHIBIT       MARKED FOR ID
8    No. 1    Notice of Taking Audio-Visual     33
              Deposition
9
     No. 2    Curriculum Vitae,                 34
10            William G. Bithoney, MD, FAAP
11   No. 3    Testimony List                    35
12   No. 4    Invoices produced from William    242
              G. Bithoney, MD to Corey
13            Stern, Levy Konigsberg
14   No. 5                                      37
15   No. 6                                      38
16   No. 7                                      38
17   No. 8                                      39
18   No. 9                                     131
19
20
21   No. 10                                    155
22
23
24
```



```
 1                    E X H I B I T S
 2     BITHONEY DEPOSITION EXHIBIT        MARKED FOR ID
 3       No. 11                                     166

 4
 5       No. 12                                     134

 6

 7
 8       No. 13                                     170

 9

10
11       No. 14                                     179

12

13
14       No. 15                                     182

15

16
17       No. 16                                     190

18

19
20       No. 17                                     192

21

22
23
24
```


1                    E X H I B I T S

2    BITHONEY DEPOSITION EXHIBIT          MARKED FOR ID

3      No. 18                                      194



4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1        THE VIDEOGRAPHER:  We are now on the record.

2   My name is Robert Martignetti.  I'm a videographer

3   for Golkow Litigation Services.

4              Today's date is November 5, 2020, and

5   the time is 9:05 a.m.

6              This remote video deposition is being

7   held In Re Flint Water Cases.

8              The deponent is William Bithoney, M.D.

9              All parties to this deposition are

10  appearing remotely and have agreed to the witness

11  being sworn in remotely.

12             Due to the nature of remote reporting,

13  please pause briefly before speaking to ensure all

14  parties are heard completely.

15             Counsel will be noted on the

16  stenographic record.

17             The Court Reporter is Corey Marut and

18  will now swear in the witness.

19                  (WHEREUPON, the witness was duly

20                   sworn.)

21                  (Clarification by the reporter

22                   regarding audio.)

23      MR. STERN:  Dave, if I can just put on the

24  record that per the Court's order from a few weeks

1    ago that the parties to this lawsuit are those and

2    only those who should be attending this deposition

3    and that while there may be some standing orders to

4    order transcripts, either rough drafts, dirty

5    copies or full copies post deposition, that only

6    the individuals and the parties that they represent

7    and who are participating in this deposition should

8    receive any transcripts, based on confidentiality,

9    personal protected health information, age of the

10   Plaintiffs and Judge Levy's prior rulings.

11        MR. ROGERS:  Yeah, Corey -- not Corey Stern.

12   Corey Marut.  Had you made been aware of that?

13   That you got to be careful when you prepare the

14   rough transcript and know who to send it out to.

15   It should be limited.  Okay.

16             So, it would be the people you see who

17   are participating in this deposition and I don't

18   think anyone else, but you square that away with

19   Corey Stern.  He will make sure you get the right

20   info.

21

22

23

24

1                    But I don't want to answer definitively

2     because it's been so long ago and I've traveled so

3     often and so many places since then.

4          Q.    Whereabouts, what was the physical

5     location where this meeting took place?

6          A.    It was a school.  And what I remember

7     most about the school was that all the water

8     fountains were shut off and taped up.  But I don't

9     recall the name of the school.  It was a school

10    auditorium.

11         Q.    And you mentioned that you didn't have

12    any slides.  I assume you're referring to

13    PowerPoint slides.  Did you have --

14         A.    Yes.

15         Q.    Did you have any memoranda or like notes

16    or some type of written summary of the comments

17    that you were intending to make and did make at

18    that meeting?

19         A.    I don't recall making any such notes.

20    You know, I've worked with children with lead

21    poisoning for 40 years, so I'm typically relatively

22    comfortable even standing up in a large audience of

23    physicians and talking about lead even without

24    PowerPoints and memoranda, et cetera.

1           But I got social history, where did they

2    live, where did they live and when did they live,

3    family history, genetic history, history of

4    developmental difficulties in the family members,

5    past medical history, history of hospitalizations,

6    what's called a review of systems, headaches,

7    nausea, vomiting, blurred vision, double vision,

8    cough up blood, trouble hearing, trouble seeing,

9    asthma, difficult breathing, gastrointestinal

10   disease, rashes, broken bones, evidence of child

11   abuse.  Just a very extensive history.

12           And in this case, unlike in other cases,

13   I also looked at how much water the children

14   ingested and how they ingested it.  So, I learned,

15   for instance, for all these four bellwethers, they

16   mixed their water, not only -- the kids drank water

17   not only as plain water but as Kool-Aid or mixed

18   with Jello or in soups or in cooking, tea,

19   whatever.  And for infants they mixed Enfamil with

20   iron with tap water.

21           I learned about whether any of them were

22   boiling water, for example, which concentrated the

23   lead in the water and increased danger.

24           And at the end I gave them counseling as

1       Q.    Yes, that's okay.  That will happen

2   periodically.  It just means that somebody is

3   shifting to different means of listening in.  So,

4   Don't sorry about it.

5       A.    I see.  I didn't want to drop off and

6   keep talking.

7             So, starting in 1980 through 1996 I ran

8   that lead poisoning program.  We had 32% of all the

9   children in the City of Boston in our practice,

10  very large program.

11            While I was there, I also started the

12  program for homeless children.  I started a teen

13  pregnancy program.  I started child development

14  programs.  I started high risk infant follow-up

15  programs, lead poisoning program, a number of

16  programs for poor children.

17            And because of that work, several years

18  later, in 1991, the American Academy of Pediatrics

19  asked me to write their book "Serving the

20  Underserved," which was a way of -- the standard

21  book for training residents to deal with poor

22  children.

23            So, I wrote -- well, there were 27

24  chapters essentially describing what happens with

1    State University of New York.

2              Brookdale is a very large hospital with

3    I'm going to estimate 100, maybe 200,000 outpatient

4    visits a year.  We had lead poisoning programs

5    there that I supervised and worked on.  And then

6    in -- so, I was senior vice president for medical

7    affairs there.

8              And then in 1999 I was appointed

9    chief -- physician in chief I guess is the title,

10   physician in chief of St. Joseph's Children's

11   Hospital in Patterson, New Jersey, which is a

12   community very similar to Flint.

13             And, by the way, the Brownsville section

14   of Brooklyn where Brookdale is is also similar in

15   character to Flint.  Bedford, Stuyvesant,

16   Brownsville.

17             But while at St. Joseph's Children's

18   Hospital, that was at that time the biggest

19   children's hospital in New Jersey.  So, I was

20   physician in chief there and continued to see lead

21   poisoning patients there.

22             In 2003 I was offered the job to run a

23   five-hospital system in inner city Philadelphia,

24   and I took that job and continued to see patients

1    additional or repeat blood lead level testing?

2        A.    Well, you know, that varies depending on

3    the locality because different areas have different

4    prevalence.

5            So, it's -- I mentioned, for instance,

6    in Boston in the '80s we did testing.  We're

7    mandated to do testing at 6 months, 12 months, 18

8    months, 24 months, 30 months, 5 years.  As the

9    prevalence of lead went down in that city, we

10   decreased the need for screening.  So, we didn't

11   bring kids back as much.

12           So, there are local standards based on

13   the incidence and prevalence.

14       Q.    What are the local standards in Michigan

15   as of 2012 and to the present?

16       A.    I'm not aware of published standards or

17   published requirements.

18       Q.    What are your recommended standards as a

19   pediatrician from 2012 forward?

20       A.    Children above 5 need to be -- 5

21   micrograms per deciliter -- need to be followed

22   chronically when they see bumps in their lead

23   levels, but hopefully we'll see them go down.

24           Again, I would like to treat -- if I had

1

2

3

4    Dr. Specht found.

5

6

7

8

9

10

11

12

13

14          In the child's entire body -- I'm sorry.

15   I'm being distracted by some changes in my screen.

16

17

18

19

20

21          Given a half-life, according to some of

22   the studies that we have seen, a half-life in the

23   bones of two years in a growing child, because

24   remember that line of provisional calcification

1    where the bones are growing when you're 5 years

2    old.  Adults don't have that.  The bones aren't

3    growing.  But children's bones are turning over

4    rapidly.

5

6

7

8

9

10

11            There are studies, for instance, from

12    Nie, N-i-e, coming out of Boston Children's

13    Hospital, the program where I used -- that I used

14    to run, which show that -- well, they looked at 11

15    children that had lead levels greater than 30

16    micrograms per deciliter, which everyone agrees is

17    pretty severe toxic exposure to lead, and they

18    looked at those kids roughly eight or ten years

19    later.

20            These kids initially were poisoned as

21    toddlers and the average age was around 10 when

22    they were given a tibial bone scan.  Those kids had

23    lead levels on average of 0.7 micrograms per gram

24    of bone.  I don't know.  If you multiply that

```
 1    times -- to get to 9.62.  It's many-fold lower than

 2    what [REDACTED] has, even though they initially

 3    had blood lead levels greater than 30.

 4            So, this implies a very severe level of

 5    intoxication that was chronic and that was masked

 6    by ongoing deposition of lead into the soft tissues

 7    and into the bones.

 8            And as I say, it can be masked in

 9    different ways at different times of exposure with

10    the initial exposures.  The lead can disappear in

11    two days.  Later it can disappear in a month.

12    Later it can disappear in 20 years if you're an

13    adult.  But two years is the half-life for a

14    5-year-old.

15            So, [REDACTED] for example, and all the

16    children had very high levels of lead, definitive

17    levels of lead in their bones, indicating ongoing

18    exposure, which we missed in our blood lead

19    measurements, but you can't argue with the fact

20    that tens of thousands of micrograms of lead are in

21    this child's bones.

22        Q.   Thank you for that explanation, and I do

23    have some questions about that subject later when

24    we get to your reports where you talk about the
```

1    Doctor -- but your suspicion relates to which

2    issue, the actual composition of the service lines

3    leading into the houses or the amount of lead that

4    was found in the water when it was tested?

5        A.    I'm suspicious of all the data presented

6    on the lead in the water, because when the FAST

7    program looked at what pipes needed to be replaced,

8    they had to double the number of pipes that they

9    needed to be -- needed to be replaced.

10            The other thing that I'm concerned about

11   is that essentially we're looking ex post facto.

12   These children are essentially canaries in the coal

13   mine, because if you look at what was presented in

14   the 60 Minutes study about child development and

15   kids needing special education last year on

16   60 Minutes or earlier this year, I don't have the

17   date in front of me, 80% of the children in Flint

18   required special education at this point whereas in

19   the past it was roughly 20%.

20            So, the fact that there was a fourfold

21   increase in the numbers of kids requiring special

22   education is quite dramatic.

23            The other thing that concerns me is

24   there was -- Mona Hanna-Attisha published in the

1    initially mapped.

2              And, as I say, it's the whole water

3    system that I'm concerned about.  And these

4    children, you know, if they're drinking water at

5    home, they're drinking water at home that may be

6    tainted.  They go to school.  They may be drinking

7    water in the school that's tainted.  They go to

8    their grandmother's house.

9              But all of a sudden there was a huge

10   spike in the number of kids who needed

11   developmental intervention and special education,

12   400% spike and a 700% increase in those require

13   having elevated umbilical cord blood.

14       Q.    That paper, was that the -- was that

15   published in 2020, the spring 2020 did you say,

16   Dr. Attisha's paper?

17       A.    I believe so.  It's the American Journal

18   of Perinatology.

19       Q.    Is that --

20       A.    I don't have the month in front of me,

21   but I believe it was -- I'm sure it was 2020.

22       Q.    Is that part of the -- is that on the

23   list of the scientific literature that you

24   provided?

```
1          Q.    I was --

2          A.    I have not conducted a physical exam of

3     these patients.

4          Q.    And you haven't performed any

5     neurological or neuropsychological testing on any

6     of the Plaintiffs, correct?

7          A.    No, I have not.

8          Q.    And you have not ordered or you have not

9     requested that the Plaintiffs undergo any blood

10    lead testing or any other types of medical testing

11    as part of your work on the case, correct?

12         A.    No.

13         Q.    I am correct?

14         A.    Yes.  I'm sorry.  You are correct.

15    Sorry.

16         Q.    Okay.  Just want to spend a little bit

17    of time on the -- some basic facts and your

18    understanding of some basic facts about the case

19    and some of the important things that relate to

20    your testimony.

21               What is your understanding as to when

22    the City of Flint switched from Detroit water as

23    its water supply to the Flint River?

24         A.    April of 2014 is my understanding.  I
```

```
 1        Q.    I was --

 2        A.    I have not conducted a physical exam of

 3   these patients.

 4        Q.    And you haven't performed any

 5   neurological or neuropsychological testing on any

 6   of the Plaintiffs, correct?

 7        A.    No, I have not.

 8        Q.    And you have not ordered or you have not

 9   requested that the Plaintiffs undergo any blood

10   lead testing or any other types of medical testing

11   as part of your work on the case, correct?

12        A.    No.

13        Q.    I am correct?

14        A.    Yes.  I'm sorry.  You are correct.

15   Sorry.

16        Q.    Okay.  Just want to spend a little bit

17   of time on the -- some basic facts and your

18   understanding of some basic facts about the case

19   and some of the important things that relate to

20   your testimony.

21              What is your understanding as to when

22   the City of Flint switched from Detroit water as

23   its water supply to the Flint River?

24        A.    April of 2014 is my understanding.  I
```

1    concern about the water testing is that it resulted

2    in an estimation of 14,000 homes needing to be

3    replaced when 100 percent more homes needed to have

4    lines replaced.

5              And then also the canary in the coal

6    mine argument that there's a 400% increase in the

7    number of children or the percentage of children

8    that need special education in Flint subsequent to

9    the exposure and also the 700% increase in

10   umbilical cord blood abnormalities in children in

11   Flint versus Detroit.

12             So, I have evidence of 100 percent error

13   initially with the number of pipes needed to be

14   replaced.  I have a 700% error in umbilical cord

15   data.  And I have a 400% error in special

16   education, 400% increase in the need for special

17   education.

18             This implies to me that there is a

19   systematic, generalized elevation of lead in the

20   water that may have been missed by Dr. Edwards, and

21   he himself mentioned that he didn't get to test the

22   highest risk areas.

23             So, that's how the case hangs together

24   for me.

1          The overarching issue is there were

2    children in Flint.  Their lead levels had been

3    coming down from 2011 into 2014 for sure.  All of a

4    sudden the water was changed.  There was a spike in

5    the lead levels in the water.  The percentage of

6    children with elevated lead levels more than

7    doubled.  And then we had the subsequent outcomes

8    that I just described.

9          So, that's the north star, if you will.

10   That's the basis of the thesis.  It hangs together

11   from the beginning, from the incipience of the

12   water being -- losing its organophosphate treatment

13   through the children being damaged.

14      Q.    You just mentioned something to the

15   effect that you believe that there is some

16   information in some report about the water lead

17   content of one of the four bellwethers children's

18   homes.  And, so, my question is what is that?  What

19   is the source of that?  Because I'm -- I don't

20   recognize that.

21      A.    Well, in my report -- I'm sorry.  I have

22   four reports here that are 14 pages each.

23          But I did include it in my report

24   specifically.  The mother got a home lead testing

1    kit and she described it turning bright red, that

2    she was quite fearful about that, and that was the

3    indication of having lead in the water.

4             She was instructed on how to do the

5    test, she said, extensively.  She knows she did it

6    right.  And lead was found in her tap water.

7        Q.    Have you ever seen any reports of the

8    water lead levels or content in any of the houses

9    where the bellwether Plaintiffs lived?

10       A.    No.

11       Q.    When you had that conversation with that

12   Plaintiff, and it is in one of your reports and

13   we'll --

14       A.    It is.

15       Q.    -- get to that in a bit.  Did you ask

16   that parent if they -- if she or he still had a

17   copy of that report or any information that was

18   generated from that sample that was tested?

19       A.    I don't recall if I asked her for a

20   report.  But, you know, as I understood it in our

21   discussion, it was a qualitative test.  So, the

22   only thing she needed to understand was that it was

23   red and red was bad.

24             So, there was not -- it didn't say, as

1   far as I understood from our discussion because I

2   asked her if it was quantitative -- I asked her if

3   it showed numbers.  Please excuse me.  I didn't ask

4   her if it was quantitative.  And she said no.  She

5   just knew it was red.

6        Q.    Have you read -- I don't think you have,

7   but just to confirm.

8             You did not read Dr. Marc Edwards'

9   depositions that he provided in the case, is that

10  right?

11       A.    No.

12       Q.    So I'm right that you did not?

13       A.    Please excuse me for my answering

14  incorrectly to your question.

15            I did not read them.

16       Q.    I'll try to ask the question differently

17  so we don't fall into that, but just we need to

18  keep the record clear.  That's all.

19       A.    I'll endeavor to do that.  I understand

20  the issue.

21       Q.    Yeah, as do I.

22            The -- Dr. Edwards has written some

23  papers recently, two in particular, about Flint

24  concerning his work evaluating biosolids.

1   we're discussing is that the children have

2   thousands of micrograms of lead in their bodies,

3   and it's my best guess as a clinician -- and it's

4   not a guess.  It's a judgment.  Please excuse me.

5           It's my judgment as a fairly highly

6   experienced clinician, I've probably seen more

7   cases than most doctors you'll ever encounter, that

8   that is due to the ingestion of water from the

9   Flint River and that's all associated with the

10  developmental delays and increased umbilical cord

11  levels that we're seeing across the board.  And

12  we've discussed this extensively.

13      Q.    That reference that you just gave me

14  from a publication that came out in August 2020,

15  was that on the list of reference materials that

16  you provided?  Because I don't think it was.

17      A.    No, it wasn't.  I looked at it

18  yesterday.

19      Q.    All right.  Tell -- do you -- you

20  mentioned it's a massive tome.  Is it a -- in what

21  form do you have it?

22      A.    Well, I haven't printed it out.  I can

23  send, if -- Corey, if you wouldn't mind making a

24  note.  I can send you the link.

1    we're discussing is that the children have

2    thousands of micrograms of lead in their bodies,

3    and it's my best guess as a clinician -- and it's

4    not a guess.  It's a judgment.  Please excuse me.

5              It's my judgment as a fairly highly

6    experienced clinician, I've probably seen more

7    cases than most doctors you'll ever encounter, that

8    that is due to the ingestion of water from the

9    Flint River and that's all associated with the

10   developmental delays and increased umbilical cord

11   levels that we're seeing across the board.  And

12   we've discussed this extensively.

13       Q.    That reference that you just gave me

14   from a publication that came out in August 2020,

15   was that on the list of reference materials that

16   you provided?  Because I don't think it was.

17       A.    No, it wasn't.  I looked at it

18   yesterday.

19       Q.    All right.  Tell -- do you -- you

20   mentioned it's a massive tome.  Is it a -- in what

21   form do you have it?

22       A.    Well, I haven't printed it out.  I can

23   send, if -- Corey, if you wouldn't mind making a

24   note.  I can send you the link.

1                But that is dramatic evidence that

2    children who had lead levels greater than 30 had

3    lower levels in their bones than this child did and

4    that any of these -- and that lower than any of

5    these four bellwethers had.

6                That is the basis of my belief that lead

7    is the cause of the developmental disabilities that

8    Dr. Krishnan found or in some cases that the

9    schools mention or the need for special education,

10   et cetera.

11               That is my motive for deciding that this

12   was causative, that lead poisoning was causative.

13               The levels of lead in the blood given

14   the nine-day half-life, et cetera, are meaningless

15   to me.  The levels of lead in the water or that

16   measured -- measured by Hanna Attisha's paper are

17   meaningless to me.

18               There was a big spike in the lead in the

19   water.  It's clearly systemic.  It's across the

20   City of Flint.  And it resulted in a billion dollar

21   program to replace the pipes because there was so

22   much lead in the water.

23               We've mentioned the umbilical cord blood

24   lead levels.  We've mentioned the need for special

1    education.  We were seeing 400%, 700% increases in

2    issues.

3            So, this is -- I'm certain that these

4    kids had elevated lead levels, and the fact that

5    they're not measured in the blood I explained by

6    the toxicologic profile that we discussed, I think

7    repeatedly by now.  I don't want to belabor the

8    point.

9    Q.    Well, I do have a question about that.

10           If the children had such high levels of

11   lead in their bones during the period of time

12   April of 2014 through October 2015 as you've

13   described based on the bone lead results and then

14   the extrapolation backwards given half-life and so

15   forth, why wouldn't there have been elevated blood

16   lead levels in all of the tests that we just looked

17   at, because all of those were reported as less than

18   3.3?

19   A.    Well, as I mentioned, the half-life of

20   lead in the bones -- I'm sorry -- in the blood is

21   very short.  Relatively naive patients can ingest

22   small amounts of lead and have it go into the bones

23   and the soft tissue fairly rapidly so that it's not

24   measurable.

1    can tell you is these kids are replete with serious

2    amounts of lead, and I have no source of it.

3            I did ask parents about other sources

4    and they had no other mention of sources, like

5    peeling paint or leaded dust or whatever.

6        Q.    Are you familiar with the EPA modeling

7    program that takes into account lead in dust, lead

8    in soil, lead in water, lead in paint and so forth

9    for evaluating blood lead levels?

10       A.    I'm aware that the EPA says that it's

11   about 20% of lead, lead levels in children are due

12   to lead in the water.  That's all I could say about

13   it right now without looking at it.

14       Q.    So, you -- when you say that you --

15   there is no information about other potential

16   sources of lead for the bellwether Plaintiffs, the

17   fact is that you don't know what any results are

18   for tests of lead in the paint or the dust or the

19   soil of these residences, do you?

20       A.    I do not know because they weren't

21   tested.  However, I'm aware of systematic

22   penetration of lead into the city -- water of the

23   City of Flint that's resulted in major damage to

24   children, which we've described extensively before,

1    as evidenced with the need for special education of

2    80% of the children in Flint.

3              And there's not any other community in

4    the United States that I am aware of where there is

5    an immediate and sudden increase in the need for

6    special education.

7              We have no other reason, no other cause

8    of this other than lead in the water.

9    Q.    With respect to the issue of the

10   extrapolation backwards from the bone lead

11   measurements that are reported now, again, I just

12   want to make sure I understand what you're saying

13   about any scientific literature in support of that

14   theory or opinion that you've expressed.

15             Is there any chapter from a textbook or

16   a scientific article or paper that you can point me

17   to in the scientific community that you're a member

18   of which supports what you've said, that, namely,

19   if you have a blood -- a bone lead measurement in

20   2019 or 2020, that you can go back in time and

21   estimate the amount of lead that would be in

22   children's bones four or five or six years before?

23   A.    Well, I'm familiar with the

24   International Committee on Radiation Protections

1    for when they stopped drinking the water, but if

2    they stopped drinking the water during 2014, that

3    would mean the maximum period of time that they

4    were exposed to lead from drinking the water would

5    be basically from May through December, if it was

6    that point in time, 2014, right?

7         A.    I have -- I believe so.  I believe

8    that's what we've gone through.

9         Q.    Is it your view that whatever -- that

10   there were -- if they did have lead in their bones,

11   that there was no source of lead to get into their

12   bones except the water during that period of time?

13        A.    Well, that's a hypothetical, which I

14   have no reason to suspect that there was another

15   source.  When I interviewed the parents, they did

16   not describe environmental issues such as peeling

17   paint, et cetera, to me or I would have noted it.

18   None of them did.

19        Q.    And yet for those bellwether Plaintiffs,

20   there is -- and even after, there were no blood

21   lead level tests that ever reported levels higher

22   than 3.3, right?

23        A.    I believe that's correct, but the bone

24   lead levels are seriously elevated and indicate

1    So, they can read, but they can't read to learn.

2              So, there are a number of subtle

3    educational deficits that we get into with lead and

4    it's not all IQ.

5              So, for instance, this child's IQ is 99

6    and yet he would have difficulty, in my opinion,

7    based on these reading and math deficits, executive

8    function deficits, issues with focus and attention,

9    as he ages out and gets to higher and higher levels

10   of education.

11             There may be more in here, but I have

12   documented it all.

13        Q.   So, what did you do to rule out other

14   possible causes for those conditions besides lead

15   exposure from the water?

16        A.   Well, we got family history.  For

17   instance, that's why Malachi, I mentioned that he

18   also requires intercession.

19             That was -- these reports, by the way,

20   are highly abbreviated based on thousands of pages

21   literally.  I'm sure if you go to the -- go to your

22   files, you will see there are thousands of pages.

23             But part of the family history involved

24   looking at his parents, looking at his siblings for

1    educational issues, looking at grandparents,

2    et cetera.

3            The only positive family history I found

4    was ██████ having a problem, and he was also in an

5    intercession but he also drank the water.

6            I asked all the parents about other

7    sources of lead intoxication, and I'm sorry that I

8    didn't put it in my report, but that's standardized

9    approach for anybody who is looking at children for

10   lead intoxication.  And I found no other sources.

11       Q.    Yeah, but, Doctor, maybe you

12   misunderstood my question or I didn't phrase it

13   right.

14           What did you do to rule out other causes

15   for these conditions besides lead exposure?

16       A.    Well, as I said, family history,

17   educational history of the parents, et cetera.

18   But -- and, of course, Dr. Krishnan found findings

19   that were consonant with lead intoxication.

20       Q.    Yeah, but Dr. Krishnan testified that

21   with respect to the children's findings or the

22   findings for the children based on her testing,

23   that she had no baseline level or no testing to

24   compare them to, so that there was no evidence of a

 1        Q.    And, similarly, with respect to all of

 2   the Plaintiffs, you -- in your opinion, exposure to

 3   paint, dust or -- sorry -- lead in paint, dust or

 4   soil did not contribute to their conditions,

 5   causing their conditions, right?

 6        A.    I have no evidence of that.  That was

 7   the answer.

 8             When you say all of the Plaintiffs,

 9   you're meaning just four bellwethers.

10        Q.    Exactly, yeah.  The four that we're

11   talking about here, yeah.

12        A.    That's what I'm answering, just about

13   the four, right.

14        Q.    And that's what I'm trying to make sure

15   we got on the record here.

16             Same question for all of the four

17   bellwethers.  The period of time over which they

18   were exposed to lead from the water from having

19   been drinking the water would be the period of time

20   based on, you know, whatever period of time it is

21   that they said they were drinking the water, from

22   April 2014 through the period of time that they

23   stopped, right?

24        A.    Yes.

1      A.    I did not make such estimates.

2      Q.    Okay.  Now, please, you wanted to

3  explain something or add something.  Go ahead.

4      A.    My point is that these children went to

5  school.  The school's water was known to be

6  contaminated.  I don't know which schools they

7  attended.  They went to grandma's house or their

8  aunt's house.  You know, they were all over Flint.

9  So, their exposure to water is not simply to the

10 water in their home.

11     Q.    Well, did you ask the parents that

12 question, namely, did you tell your child as of the

13 point in time at which you decided that the family

14 should not be drinking the Flint River water that

15 they should stop drinking the water in schools, at

16 grandma's house or anywhere else they went?

17     MR. STERN:  Object to form.

18     THE WITNESS:  May I answer?

19     MR. STERN:  Yes.

20 BY THE WITNESS:

21     A.    I did not tell them that.  I'm just

22 bearing in mind when I went to Flint in 2015 or

23 whenever it was how all the school water fountains

24 were closed because they were found to be positive

1       MR. ROGERS:  Well, I'd like an answer to that

2    question first but...

3       MR. STERN:  I'm going to instruct him not to

4    answer until we talk because this is a different

5    project that he did for Flint, and I can explain it

6    off the record.

7       MR. ROGERS:  All right.  Go ahead.

8          So, you're instructing him not to answer

9    at this time, and let's go off the record and we'll

10   determine what to do.  Okay.

11      THE VIDEOGRAPHER:  The time is 3:05 p.m., and

12   we're off the record.

13              (WHEREUPON, discussion was had off

14               the record.)

15      THE VIDEOGRAPHER:  The time is 3:07 p.m., and

16   we're on the record.

17   BY MR. ROGERS:

18      Q.   So, Doctor, I'll just change the

19   question up a little bit.  Mr. Stern had provided a

20   description of what this work was related to.

21          I just simply want to know if the

22   literature that you reviewed during this time as

23   described by this time entry here, at some point

24   before April 2020, that relates to various

1      MR. ROGERS:  Well, I'd like an answer to that

2    question first but...

3      MR. STERN:  I'm going to instruct him not to

4    answer until we talk because this is a different

5    project that he did for Flint, and I can explain it

6    off the record.

7      MR. ROGERS:  All right.  Go ahead.

8          So, you're instructing him not to answer

9    at this time, and let's go off the record and we'll

10   determine what to do.  Okay.

11     THE VIDEOGRAPHER:  The time is 3:05 p.m., and

12   we're off the record.

13              (WHEREUPON, discussion was had off

14                the record.)

15     THE VIDEOGRAPHER:  The time is 3:07 p.m., and

16   we're on the record.

17   BY MR. ROGERS:

18     Q.   So, Doctor, I'll just change the

19   question up a little bit.  Mr. Stern had provided a

20   description of what this work was related to.

21          I just simply want to know if the

22   literature that you reviewed during this time as

23   described by this time entry here, at some point

24   before April 2020, that relates to various

1  28 case reports, if you will.

2      Q.    So, you had done reports based upon

3  neuropsychological testing done by Dr. Hoffman?

4      MR. STERN:  Object to form and foundation.

5  BY THE WITNESS:

6      A.    Yes.  And since he wasn't the expert

7  that was being used in the case, I had to do

8  everything again.  So, it doubled the amount of

9  time.

10          And so what I did was I divided the

11  number of hours I spent by the number of cases that

12  I did and came up with the amounts.

13      MR. STERN:  Objection.  I also want to note

14  that Dr. Hoffman never performed any

15  neuropsychological examinations.

16          The reason why we had to switch experts,

17  as I've stated on the record, is because

18  Dr. Hoffman was unable due to COVID to travel to

19  Michigan to do the evaluations in person and I was

20  not comfortable with him doing them any other way.

21  BY MR. ROGERS:

22      Q.    Well, let's just try to get through this

23  exhibit here in terms of what it means in time and

24  actual work that you did.

1          You have an entry here of 4 hours for

2     "Initial record review," and you have here at the

3     first sentence, "Please be advised that all

4     billable hours have been divided equally among the

5     14 clients."

6          So, does that mean that the total amount

7     of time that you spent reviewing records for all 14

8     bellwethers was 4 hours?

9     A.    No, they're divided.  They were

10    actually -- I had to do 14 cases and then because

11    Dr. Hoffman wasn't -- wasn't involved, I had to do

12    14 case -- the same 14 cases again.

13    Q.    But wait a second.

14         You described at length and mentioned

15    several times, Doctor, that you received thousands

16    of pages of information and medical records and

17    things that you reviewed.  I understood you to mean

18    for the four bellwether Plaintiffs that we have

19    now.  And here you have an invoice where you say

20    that you spent 4 hours doing initial record review

21    on 14 clients, 14 bellwethers.

22         Is that right?  Is the total amount of

23    time that you spent reviewing records on the 14

24    bellwethers 4 hours?

1    A.    That's the population-based study --

2    Q.    Okay.  You keep --

3    A.    -- that we were assessing.

4    Q.    Yeah, you say -- the fact that you said

5    that leads me to want to make sure I ask the

6    question.  And, that is, are there other sources of

7    information that you relied on besides

8    population-based studies?

9    A.    Well, all the information that I relied

10   upon we've discussed as far as I know.

11         The population-based study in Toronto

12   showed that the average child in Toronto had a lead

13   level of 0.5 micrograms per gram of bone.  We've

14   been over that, but that's all I'm saying.

15   Q.    Okay.  I'll highlight this next

16   paragraph to focus us on it, if I can.

17         "Levels of greater than 10 micrograms

18   per gram of bone mineral indicate persistent

19   ongoing exposure."

20         Where did you derive that language from?

21   A.    Discussions and reading Dr. -- maybe not

22   discussions.  Reading Dr. Specht's report.  Not

23   discussions.  Reports mention that.

24   Q.    Right.  And then "Bone lead levels

1  greater than 20 micrograms per gram of bone mineral

2  indicate intense exposure."

3          Where did that come from, same source?

4      A.    Yes, Dr. Specht's reports contain that

5  verbiage.

6      Q.    Did you note that when you read the

7  rough draft of his deposition transcript that he

8  withdrew those references and said that they were

9  incorrectly included in his bone scan reports?

10     A.    I saw that.  I'm not an expert in his

11 work.  So, I believed his work when he sent me

12 those reports and I used his reports, and I did see

13 that he withdrew that when I read his -- when I

14 read his deposition over the last couple of days.

15 I don't know exactly when I read it.

16     Q.    Right.  So, you also withdraw these two

17 statements, then, since it's based on what he said

18 and not any independent evaluation of your own,

19 right?

20     A.    Yes.  If Dr. Specht has withdrawn that,

21 I withdraw it because I relied upon him.

22     Q.    And you talk about ██████████████

23 micrograms per gram of bone mineral is consistent

24 with a history of past chronic exposure to blood

1    greater than 20 micrograms per gram of bone mineral

2    indicate intense exposure."

3            Where did that come from, same source?

4        A.    Yes, Dr. Specht's reports contain that

5    verbiage.

6        Q.    Did you note that when you read the

7    rough draft of his deposition transcript that he

8    withdrew those references and said that they were

9    incorrectly included in his bone scan reports?

10       A.    I saw that.  I'm not an expert in his

11   work.  So, I believed his work when he sent me

12   those reports and I used his reports, and I did see

13   that he withdrew that when I read his -- when I

14   read his deposition over the last couple of days.

15   I don't know exactly when I read it.

16       Q.    Right.  So, you also withdraw these two

17   statements, then, since it's based on what he said

18   and not any independent evaluation of your own,

19   right?

20       A.    Yes.  If Dr. Specht has withdrawn that,

21   I withdraw it because I relied upon him.

22

23

24

1        Q.    Yeah, why don't we -- let's -- why don't

2    you answer this question, and we can take a break

3    and then we'll continue on to 5:00 if that's okay

4    with you.  I'm getting a little fatigued myself.

5             So, why don't you go ahead and answer

6    that question, and we'll take a break.

7        A.    Well, first floor apartments have more

8    access to leaded soil, for instance, when the wind

9    blows.  So, that's one issue.

10            If children are playing in a yard that

11   doesn't have grass, that results in exposure.  Like

12   if you have bare surfaces, that results in

13   increased exposure.

14            Lack of parental cleanliness when the

15   dust and -- dust and soil get into the house can be

16   a problem.  The way the parents clean the house,

17   not using the appropriate detergents, et cetera.

18            But it's more just the ways you could

19   imagine that dust would physically get into a home.

20   It has a nasty way of getting in, as you well know.

21     MR. ROGERS:  Okay.  So, it's -- before we go

22   off the record, it's 4:00.  I wouldn't mind

23   continuing and we'll go to 5:00.  We are definitely

24   not going to finish.

1              If your preference, Doctor, is to stop,

2    I'm happy to do that.  I do have a hard stop at

3    5:00.  Whatever you'd like to do.

4              I can pretty much guarantee you that the

5    next round, at least from my perspective, you know,

6    I can finish way -- you know, definitely before

7    lunchtime.  But I leave it up to you since we have

8    to do another day.

9              What's your preference?  I don't care.

10        MR. STERN:  Can I talk to Dr. Bithoney during

11   the break and then let you know?

12        MR. ROGERS:  Yeah, that's fine, sure.  That's

13   fine.

14        THE VIDEOGRAPHER:  The time is 4:00 p.m., and

15   we're off the record.

16                    (WHEREUPON, discussion was had off

17                     the record and a recess was had

18                     from 4:00 to 4:05 p.m.)

19                    (WHEREUPON, at 4:05 p.m. the

20                     videotaped remote deposition of

21                     WILLIAM G. BITHONEY, M.D. was

22                     adjourned, to be reconvened at

23                     9:00 a.m., on November 17, 2020.)

24

1

          I, CORINNE T. MARUT, C.S.R. No. 84-1968,

2    Registered Professional Reporter and Certified

     Shorthand Reporter, do hereby certify:

3           That previous to the commencement of the

     examination of the witness, the witness was duly

4    sworn to testify the whole truth concerning the

     matters herein;

5           That the foregoing deposition transcript

     was reported stenographically by me, was thereafter

6    reduced to typewriting under my personal direction

     and constitutes a true record of the testimony

7    given and the proceedings had;

               That the said deposition was taken

8    before me at the time and place specified;

               That the reading and signing by the

9    witness of the deposition transcript was agreed

     upon as stated herein;

10          That I am not a relative or employee or

     attorney or counsel, nor a relative or employee of

11   such attorney or counsel for any of the parties

     hereto, nor interested directly or indirectly in

12   the outcome of this action.

13

14        CORINNE T. MARUT, Certified Reporter

15

               (The foregoing certification of this

16   transcript does not apply to any

     reproduction of the same by any means, unless under

17   the direct control and/or supervision of the

     certifying reporter.)

18

19

20

21

22

23

24

```
 1                    INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition over

 4    carefully and make any necessary corrections.  You

 5    should state the reason in the appropriate space on

 6    the errata sheet for any corrections that are made.

 7                    After doing so, please sign the errata

 8    sheet and date it.

 9                    You are signing same subject to the

10    changes you have noted on the errata sheet, which

11    will be attached to your deposition.

12                    It is imperative that you return the

13    original errata sheet to the deposing attorney

14    within thirty (30) days of receipt of the

15    deposition transcript by you.  If you fail to do

16    so, the deposition transcript may be deemed to be

17    accurate and may be used in court.

18

19

20

21

22

23

24
```

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
 2                  SOUTHERN DIVISION

 3

 4   ------------------------      )
                                   ) Civil Action No.
 5                                 ) 5:16-cv-10444-
     In re:  Flint Water Cases     ) JEL-MKM
 6                                 ) (consolidated)
                                   )
 7   ------------------------      ) Hon. Judith E. Levy
                                   ) Mag. Mona K. Majzoub
 8   Elnora Carthan, et al. v.     )
     Governor Rick Snyder, et al.  ) Civil Action No.
 9                                 ) 5:16-cv-10444-JEL-
     ------------------------      ) MKM
10
                         AFFIDAVIT
11

              I, WILLIAM BITHONEY, M.D., the
12   undersigned affiant, being first duly sworn, on
     oath say that the testimony given at my deposition
13   at the time and place aforesaid is the truth, the
     whole truth, and nothing but the truth, and that I
14   have read the foregoing transcript consisting of
     Pages 1 to 286 inclusive, and do subscribe and make
15   oath that the same is a true, correct, and complete
     transcript of my deposition so given as aforesaid,
16   and includes changes, if any, so made by me.
17              FURTHER AFFIANT SAITH NAUGHT.
18
                     _____
19
                     AFFIANT, WILLIAM BITHONEY, M.D.
20
21   SUBSCRIBED AND SWORN TO before me
22   this     day of      , A.D. 20 .
23   _____
24   Notary Public
```

1                    UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF MICHIGAN

2                         SOUTHERN DIVISION

3

4    ------------------------    )

                                 ) Civil Action No.

5                                ) 5:16-cv-10444-

     In re:  Flint Water Cases   ) JEL-MKM

6                                ) (consolidated)

                                 )

7    ------------------------    ) Hon. Judith E. Levy

                                 ) Mag. Mona K. Majzoub

8    Elnora Carthan, et al. v.   )

     Governor Rick Snyder, et al. ) Civil Action No.

9                                ) 5:16-cv-10444-JEL-

     ------------------------    ) MKM

10

11                   HIGHLY CONFIDENTIAL

12                    RESUMPTION OF THE

             REMOTE VIDEOTAPED DEPOSITION OF

13               WILLIAM BITHONEY, M.D.

14                 November 17, 2020

15                     VOLUME II

16

17          Resumption of the remote videotaped

     deposition of WILLIAM BITHONEY, M.D., conducted at

18   the location of the witness in Fayetteville,

     Georgia, commencing at 9:04 a.m., on the above

19   date, before CORINNE T. MARUT, C.S.R. No. 84-1968,

     Registered Professional Reporter, Certified

20   Realtime Reporter and Notary Public.

21

22

23              GOLKOW LITIGATION SERVICES

          877.370.3377 ph | 917.591.5672 fax

24                  deps@golkow.com

```
 1   APPEARANCES:

 2   ON BEHALF OF INDIVIDUAL PLAINTIFFS:

 3        LEVY KONIGSBERG LLP

          800 3rd Avenue, 11th Floor

 4        New York, New York  10022

          212-605-6200

 5        BY:  COREY M. STERN, ESQ.

               cstern@levylaw.com

 6

 7

 8   ON BEHALF OF INDIVIDUAL PLAINTIFFS:

 9        NAPOLI SHKOLNIK PLLC

          360 Lexington Avenue, 11th Floor

10        New York, New York  10017

          212-397-1000

11        BY:  PATRICK LANCIOTTI, ESQ.

               PLanciotti@napolilaw.com

12

13

14   ON BEHALF OF VEOLIA NORTH AMERICA, INC.,

     VEOLIA NORTH AMERICA LLC AND

15   VEOLIA WATER NORTH AMERICAN OPERATING SERVICES:

16        CAMPBELL, CONROY & O'NEIL, P.C.

          One Constitution Wharf, Suite 310

17        Boston, Massachusetts  02129

          617-241-3029

18        BY:  DAVID M. ROGERS, ESQ.

               drogers@campbell-trial-lawyers.com

19             ALAINA N. DEVINE, ESQ.

               ADevine@campbell-trial-lawyers.com

20

21

22

23

24
```

```
 1    APPEARANCES (Continued):

 2    ON BEHALF OF THE CITY OF FLINT:

 3         BUTZEL LONG

           41000 Woodward Avenue

 4         Bloomfield Hills, Michigan  48304

           248-258-1616

 5         BY:  DEBRA A. GEROUX, ESQ.

                geroux@butzel.com

 6

 7

 8    ON BEHALF OF LOCKWOOD ANDREWS & NEWNAM:

 9         PLUNKETT & COONEY, P.C.

           325 E. Grand River

10         City Center, Suite 250

           East Lansing, Michigan 48823

11         517-333-6598

           BY:  PHILIP A. ERICKSON, ESQ.

12                perickson@plunkettcooney.com

13

14

15

16

17    VIDEOTAPED BY:  JEFF SINDIONG

18

19    REPORTED BY:  CORINNE T. MARUT, C.S.R. No. 84-1968

20

21

22

23

24
```

```
 1                     I N D E X
 2   WILLIAM BITHONEY, M.D. (Day 2)        EXAMINATION
 3        BY MR. ROGERS................   304
          BY MR. ERICKSON..............   452
 4        BY MR. ROGERS................   457
 5
 6
 7                   E X H I B I T S
 8   BITHONEY (DAY 2) DEPOSITION EX.      MARKED FOR ID
 9     A        Document, "Articles Relied        305
                Upon - See articles cited in
10              my report"
11   No. 1      NTP Monograph, "Health Effects    316
                of Low-Level Lead"
12
     No. 2      Article, "Elevated Blood Lead     317
13              Levels in Children Associated
                With the Flint Drinking Water
14              Crisis:  A Spatial Analysis of
                Risk and Public Health Response"
15
     No. 3      Paper, "In Flint, Schools         319
16              Overwhelmed by Special Ed.
                Needs in Aftermath of Lead
17              Crisis"
18   No. 4      Document entitled "Early          322
                results from 174 children
19              exposed to lead during the
                water crisis shows 80% of them
20              will require special education
                services"
21
22
23
24
```

```
 1                     E X H I B I T S
 2   BITHONEY (DAY 2) DEPOSITION EX.      MARKED FOR ID
 3      No. 5      Document from ATSDR, June 12,      323
                   2019, "Case Studies in
 4                 Environmental Medicine, Lead
                   Toxicity"
 5
        No. 6      Document, January 4, 2012,         325
 6                 "Low Level Lead Exposure Harms
                   Children:  A Renewed Call for
 7                 Primary Prevention, A Report
                   of the Advisory Committee on
 8                 Childhood Lead Poisoning
                   Prevention of the Centers for
 9                 Disease Control"
10      No. 7      Document, "Dangers of a blood      327
                   lead level above 2 and below
11                 10 micrograms per deciliter to
                   both adults and children"
12
        No. 8      Book chapter referred to in
13                 Exhibit A -
                   ***Not attached or marked as
14                 an exhibit***
15      No. 9      Article, "Low Level               329
                   Environmental Lead Exposure
16                 and Children's Intellectual
                   Function:  An International
17                 Pooled Analysis"
18      No. 10     Document, "Preventing Lead        332
                   Poisoning in Young Children, A
19                 Statement by the Centers for
                   Disease Control and
20                 Prevention," from August 2005
21      No. 11     Paper by Canfield, et al.,        333
                   "Intellectual Impairment in
22                 Children with Blood Lead
                   Concentrations Below 10
23                 Micrograms Per Deciliter"
24
```

```
 1                        E X H I B I T S
 2     BITHONEY (DAY 2) DEPOSITION EX.        MARKED FOR ID
 3       No. 12    American Academy of                    335
                   Pediatrics, Policy Statement,
 4                 "Lead Exposure in Children:
                   Prevention, Detection, and
 5                 Management"
 6       No. 13    Article from the American              335
                   Academy of Pediatrics,
 7                 "Prevention of Childhood Lead
                   Toxicity"
 8
         No. 14    Article from Pediatric Annals,         336
 9                 "Low Level Lead Exposure and
                   Cognitive Function in Children"
10
         No. 15    Book chapter referred to in
11                 Exhibit A -
                   ***Not attached or marked as
12                 an exhibit***
13       No. 16    Book chapter referred to in
                   Exhibit A -
14                 ***Not attached or marked as
                   an exhibit***
15
         No. 17    Report on the Environment, EPA         345
16                 government report, "Blood Lead"
17       No. 18    Article, "Blood Lead Levels in         345
                   Children Aged 1 through 5 in
18                 the United States, 1999
                   through 2010"
19
         No. 19    Document entitled "Lead                349
20                 exposure in children:  a guide
                   to U.S. standards"
21
         No. 20    Mlive.com report referred to
22                 in Exhibit A -
                   ***Not attached or marked as
23                 an exhibit***
24
```

```
 1                    E X H I B I T S
 2    BITHONEY (DAY 2) DEPOSITION EX.      MARKED FOR ID
 3       No. 21    Article entitled "Use of a       352
                   Cumulative Exposure Index to
 4                 Estimate the Impact of Tap
                   Water Lead Concentration on
 5                 Blood Lead Levels in 1- to
                   5-Year-Old Children (Montreal,
 6                 Canada)"
 7       No. 22    Document from the Centers for     354
                   Disease Control, "Lead in
 8                 Drinking Water and Human Blood
                   Lead Levels in the United States."
 9
         No. 23    Document from the Centers for     355
10                 Disease Control, "Lead in
                   Drinking Water and Human Blood
11                 Lead Levels in the
                   United States" -
12                 ***Duplicate of Exhibit 22***
13       No. 24    Article in New England Journal    355
                   of Medicine, "Lead
14                 Contamination in Flint-An
                   Abject Failure to Protect
15                 Public Health"
16       No. 25    Duplicate of Exhibit 2 -
                   ***Not marked or attached as a
17                 separate Exhibit 25***
18       No. 26    Document, "Report on the          356
                   Environment" from the EPA,
19                 "Blood Lead" -
                   ***Duplicate of Exhibit 17***
20
         No. 27    Paper entitled "The decrease      357
21                 in population bone lead levels
                   in Canada between 1993 and
22                 2010 as assessed by in vivo
                   XRF," by McNeill
23
24
```

```
 1                    E X H I B I T S
 2    BITHONEY (DAY 2) DEPOSITION EX.      MARKED FOR ID
 3      No. 28     Paper by Nie, et al., "Blood      359
                   lead levels and cumulative
 4                 blood lead index (CBLI) as
                   predictors of late
 5                 neurodevelopment in
                   lead-poisoned children"
 6
        No. 29     Article by O'Flaherty,           362
 7                 "Physiologically based models
                   for bone-seeking elements V.
 8                 Lead absorption and
                   disposition in childhood"
 9
        No. 30     Annals of the ICRP from          366
10                 November 2, 1995, "Basic
                   Anatomical and Physiological
11                 Data for Use in Radiological
                   Protection:  The Skeleton"
12
        No. 31     Paper by Specht, et al., "XRF    376
13                 measured bone lead as a
                   biomarker for lead exposure
14                 and toxicity among children
                   diagnosed with lead poisoning"
15
        No.        Article by Specht, et al.,       391
16      31-A       "Childhood lead biokinetics
                   and associations with age
17                 among a group of lead poisoned
                   children in China"
18
        No. 32     Paper by Bruccoleri and Woolf,   377
19                 "Puberty and resultant
                   increased bone turnover as a
20                 possible etiology of an
                   increased lead concentration
21                 in a pre-adolescent girl"
22
23
24
```

```
 1              E X H I B I T S

 2   BITHONEY (DAY 2) DEPOSITION EX.     MARKED FOR ID

 3   No. 33   Paper by O'Flaherty, et al.,      378
             "Dependence of apparent blood
 4            lead half-life on the length
             of previous lead exposure in
 5            humans"

 6   No. 34   Paper by Hauptman, Bruccoleri     383
             and Woolf, "An Update on
 7            Childhood Lead Poisoning"

 8   No. 35   Geo-mapping report               405

 9   No. 36   Paper by Hanna-Attisha, et       426
             al., "Umbilical Cord Blood
10            Lead Level Disparities Between
             Flint and Detroit"

11
     No. 37   e-mail from Corey Stern to        445
12            David Rogers and Patrick
             Lanciotti including ATSDR link
13            to references

14

15

16

17

18

19

20

21

22

23

24
```

1          THE VIDEOGRAPHER:  We are now on the record.

2              My name is Jeff Sindiong.  I am a

3    videographer for Golkow Litigation Services.

4              Today's date is November 17, 2020, and

5    the time on the screen is 9:04.

6              This is the continuation of the

7    deposition of Dr. William Bithoney, who I remind is

8    still under oath.

9              This is for the Flint Water Cases.

10             All parties to this deposition are

11   appearing remotely.

12             Counsel will be noted on stenographic

13   record.

14             Our Court Reporter is Corinne Marut.

15             And you may now continue.

16        MR. ROGERS:  Thanks, Jeff.

17             WILLIAM BITHONEY, M.D.,

18   called as a witness herein, having been previously

19   duly sworn and having testified, was examined and

20   testified further as follows:

21                  EXAMINATION (Resumed)

22   BY MR. ROGERS:

23        Q.   Good morning, Dr. Bithoney.  We talked

24   for a little bit off the record; and as I said, I

1     am optimistic that we'll finish by lunch today,

2     around 1:00.

3             I wanted to start by marking as an

4     exhibit, and just because of the sequencing I'm

5     going to mark this, Corey Marut, as Exhibit A, the

6     list of references that you had provided to us

7     before your last deposition.

8             So, you had mentioned that you don't

9     have that, when we were off the record, you don't

10    have it with you.  So, I'll go ahead and show it to

11    you, and we'll just identify it first and start

12    with that.

13            So, my screen should be shared with you

14    now, Doctor.

15        MR. ROGERS:  This will be, Corey, Exhibit A.

16                  (WHEREUPON, Bithoney Deposition

17                   Exhibit A was marked for

18                   identification:  Document,

19                   "Articles Relied Upon - See

20                   articles cited in my report.")

21    BY MR. ROGERS:

22        Q.    Can you see this?

23        A.    I can.

24        Q.    Okay.  You can see what I did here is I

1    being placed into the bones, what happens is that

2    calcium -- I'm sorry -- when calcium is being

3    placed into the bones to help the child grow, it

4    pushes lead out of the bones and that results in a

5    decreased half-life of lead in the bones of

6    children who are growing, while with adults who

7    aren't growing they're not having calcium going

8    into their bones and pushing lead out.

9            So, the half-life in adults is

10   significantly longer than the half-life in children

11   of lead in the bones.

12       Q.    Is there any other scientific paper or

13   literature that you rely upon for that opinion that

14   you hold about the half-life of lead in the bones

15   of children besides this paper here?

16       A.    Well, we talked about this the last

17   time.  Hold on, please.

18       Q.    Well, you did mention, yeah, that the

19   last time and earlier in the deposition today you

20   said.  "Would you like me -- I have that here,

21   would you like me to show it to you," I think.

22   Would you go ahead and do that.

23       A.    I will.

24       Q.    Thank you.  I'm interested in any other

1    to review it with you now, the information is that

2    ███████████████████████████████████████████

3    ███████████████████████████████████████████

4             Do you recall that?

5        A.   Can you tell me what page of my report

6    you're reading from?

7        Q.   5.

8        A.   6.72 micrograms per gram of bone, yes, I

9    see it.

10       Q.   So what --

11       MR. ERICKSON:  Let the record reflect that

12   that report is Exhibit 5.

13       MR. ROGERS:  Thanks, Phil.

14   BY MR. ROGERS:

15       Q.   And, so, what -- using your two-year

16   half-life of blood -- I'm sorry -- bone lead, if

17   you were to use that number and extrapolate

18   backwards in time, you would basically multiply

19   6.72 times 4 if you were trying to get the estimate

20   for how much it would have been four years prior to

21   that in order to do that.  Am I right?

22       A.   That's correct.

23       Q.   And if you were trying to figure out how

24   much bone would be -- sorry -- how much lead would

1    be in the bone two years prior to that, you'd

2    multiply the 6.72 times 2 essentially, right?

3         A.    Yes.

4         Q.    Okay.  So, then four years -- if you

5    multiply 6.72 times 4, you get 26.9.  And you had

6    done a calculation like that sort of in your head

7    the last time we were together when I was asking

8    you questions to for -- in support of your

9    statement that as of four years before August 2019,

10   Emir Sherrod's bone lead would have been

11   approximately 26.9 or 27 micrograms per gram in his

12   bone, right?

13        A.    Based on the half-life, yes.

14        Q.    Is that -- that is still your opinion

15   today as well, right?

16        A.    It is.

17        Q.    Now, I also asked you some questions

18   about your opinions as to why, if that is true,

19   that Emir Sherrod would have had -- let's call it

20   27 because it's 26.9 -- approximately 27 micrograms

21   per gram of lead in his -- in his bone, in this

22   case his tibia bone, why he also would not have had

23   elevated blood lead levels at approximately the

24   same time?

1    A.    The fact remains that the lead is in his

2    bones.  That's the fact.

3                                                        t

4

5

6

7

8

9

10

11    MR. STERN:  Object to form and foundation.

12    BY THE WITNESS:

13    A.    The lead is in the child's bones.  I

14    have no reason to suspect there's any other cause

15    of this.  I have no proof that there's another

16    cause for this.

17    So, knowing that he was exposed,

18    clinically that's my opinion, that it was the lead

19    from the water.

20    BY MR. ROGERS:

21    Q.    I know, but why doesn't he also have an

22    elevated blood lead level at that time?

23    A.    Because he has acute exposures at low

24    levels.  The lead is dropping down rapidly.  We've

1    relied on it for that purpose?

2        A.   Me, yes, because this was done by a

3    graduate student now who is very familiar with

4    computer -- computer mapping and things like that.

5    She has no special expertise in lead poisoning.

6        Q.   I see.

7        A.   Doing it at my direction.  I didn't do

8    the geomapping.

9        Q.   I see.  You reminded me of that.

10            So, this document is actually a document

11    that a graduate student who works with you did for

12    you, is that right?

13        A.   Yes.

14        Q.   So, this was not a lawyer-created

15    document, right?

16        A.   No, no.  I -- well, I can't say that I

17    did it.  The graduate student did it.  I was making

18    a diligent attempt to understand sources of lead in

19    the community.  We also looked at the age of

20    housing block by block in Genesee or in Flint.

21        Q.   Yep.

22        A.   Based on where those children lived.

23        Q.   I gotcha.

24        A.   I was trying to find if there was

1          Q.     Is it based on this information Item 1

2     through 3?

3          A.     Not really, no.

4          Q.     The fact is that you don't know what the

5     water lead levels were for any of the houses in

6     any -- of -- in any of the houses that any of these

7     four bellwethers lived in, correct?

8          A.     I do not.  I do not have that data for

9     any particular bellwether case.  I don't have -- I

10    did not see water drawn from their faucet or shower

11    or toilet or kitchen sink or bathroom sink.  I

12    don't -- I didn't have measures of the water at

13    their individual homes, you are correct.

14         Q.     And you also don't have any information

15    about what the actual composition of any of the

16    service lines were in any of the houses in which

17    the bellwether Plaintiffs lived, correct?

18         A.     It doesn't matter to me at all.  These

19    kids are going all around Flint.  They're going to

20    school.  They're going to grandmother's house.

21    They're going to their aunt's house.  We know that

22    many of the service lines were polluted and

23    contaminated and they fed multiple other -- other

24    homes.

1              So, a service line could be contaminated

2    and yet the pipe to the child's home might not be

3    contaminated and yet the service line, the larger

4    line, before it spreads out into multiple fingers

5    going to multiple homes, could be contaminated in

6    yet the home -- so, even though we don't have a

7    measure from the child's kitchen sink, we know that

8    the water in Flint was lead contaminated.

9         Q.    Doctor, my question simply is:  You have

10   no information and do not know what the lead --

11   what the service lines were that serviced the four

12   bellwether children's homes, what the composition

13   of those lines were, correct?

14        MR. STERN:  Objection; asked and answered,

15   compound question.

16   BY THE WITNESS:

17        A.    When you say "the service line," if

18   you're meaning the line directly to their home,

19   directly to their kitchen sink, I don't have that

20   data at that low level of water.

21   BY MR. ROGERS:

22        Q.    Yeah, I do.  I mean the -- when I say

23   "service lines," I mean the service lines that go

24   into their homes from the other pipes.

1      A.    Okay.

2      MR. STERN:  What's the purpose of the break?

3      MR. ROGERS:  Bathroom.

4      THE VIDEOGRAPHER:  All right.  We are now

5  going off record.  The time is 11:35.

6               (WHEREUPON, a recess was had

7                from 11:35 to 11:39 a.m.)

8      THE VIDEOGRAPHER:  We are now back on the

9  record.  The time is 11:39.  You may continue.

10     MR. ROGERS:  Thanks, Jeff.

11 BY MR. ROGERS:

12     Q.    Doctor, on the third paragraph from the

13

14

15

16

17

18

19          Do you see that?

20     A.    You're talking about the last sentence

21 in the third paragraph.  Yes, I do see it now.

22     Q.    That number there, the estimate of the

23 lead concentration of 10 parts per billion, where

24 does that come from?

1    A.    It's a measure -- I mean, some of the

2    lead in the water was -- it's an exemplar.

3    Q.    Gotcha.

4    A.    Some of it was 15 parts per billion.

5    Some of it was 2,000 parts per billion measured at

6    the home of LeeAnne Walters, many thousands.  I

7    don't remember exactly.

8    Q.    I get you.  So it's just --

9    A.    -- 10.

10    Q.    It's just an exemplar.  It's just an

11    exemplar to demonstrate a point that you're making,

12    right?

13    A.    Yes.

14    Q.    Is that also true with the next full

15    paragraph where it says, "If that child is exposed

16    to this level of lead daily for three months, the

17    child will ingest 900 micrograms of lead in total"?

18    That's just another exemplar, it's not based on any

19    specific thing having to do with these bellwethers,

20    right?

21    A.    Correct.

22    Q.    Next page, 9, third paragraph, the first

23    sentence, "Depending on these variables, the CDC

24    reports that children may absorb between 50% and

1    100% of the lead they drink."

2            What CDC reports are you referring to

3    there?

4       A.    Well, I don't have it right in front of

5    me, but it's one of the reports that I supplied to

6    you.

7       Q.    In the list of references that we just

8    went through?

9       A.    I believe so.  In the EPA Report on the

10   Environment also.  I'm not sure.  I'm not sure just

11   which paper.  We talked about so many hundreds of

12   papers.

13      Q.    Let me try to --

14      A.    Go ahead.

15      Q.    Let me try to help you.

16            There is a reference to a CDC paper in

17   the ATSDR just above that sentence.  Is that it?

18      A.    I don't believe so.

19            Oh, wait.

20            "According to the agency, the percentage

21   of Pb that children absorb varies based on the

22   above variables."

23            Yes, the ATSDTR would do that.  And the

24   ATSD -- the confusion I'm having is that the ATSDTR

1    suffered the negative cognitive complications

2    described by Dr. Krishnan as being caused by lead

3    exposure."

4

5

6

7

8

9

10

11

12

13

14              What's the basis for that opinion?

15       A.    Well, it's discussed below.  The

16    theories of Maureen Dennis who is a psychologist,

17    and we described the lag effect.

18              It's very typical not only in the

19    literature but also in my own experience that

20    children can easily -- children who are lead

21    poisoned may easily learn to read, but when they

22    read -- reach the 5th grade, they'll have trouble

23    reading to learn, to understand the words that

24    they're reading, that kind of lag effect.

1          Also, in the 5th grade or so children

2     who are -- may all of a sudden fall behind their

3     peers because they have other deficits such as

4     so-called executive functioning deficits where they

5     can't organize their thoughts, they can't

6     prioritize their thoughts or what the teacher is

7     saying.  They choose inappropriate behaviors at

8     inappropriate times and the like.

9          Everything that's subsumed under the

10    term "executive functioning."  I'm trying to keep

11    it brief.

12       Q.    Would you turn to page 14, the last

13    paragraph.

14

15

16

17

18

19

20          My question is from what to what,

21    meaning what higher likelihood of experiencing

22    these problems?

23       A.    Asking for a numerical number?

24       Q.    Yeah.

1   suffered the negative cognitive complications

2   described by Dr. Krishnan as being caused by lead

3   exposure."

4   ██████████████████████████████████████████

5   ██████████████████████████████████████████

6   ██████████████████████████████████████████

7   ██████████████████████████████████████████

8        A.    Yes, sir.

9        Q.    Then you say in the next paragraph, last

10   sentence, "Thus, it is also my opinion that as Emir

11   ages, he will fall further behind his peers as he

12   is confronted in school with more complex

13   intellectual and academic challenges."

14            What's the basis for that opinion?

15        A.    Well, it's discussed below.  The

16   theories of Maureen Dennis who is a psychologist,

17   and we described the lag effect.

18            It's very typical not only in the

19   literature but also in my own experience that

20   children can easily -- children who are lead

21   poisoned may easily learn to read, but when they

22   read -- reach the 5th grade, they'll have trouble

23   reading to learn, to understand the words that

24   they're reading, that kind of lag effect.

1          Also, in the 5th grade or so children

2     who are -- may all of a sudden fall behind their

3     peers because they have other deficits such as

4     so-called executive functioning deficits where they

5     can't organize their thoughts, they can't

6     prioritize their thoughts or what the teacher is

7     saying.  They choose inappropriate behaviors at

8     inappropriate times and the like.

9          Everything that's subsumed under the

10    term "executive functioning."  I'm trying to keep

11    it brief.

12         Q.    Would you turn to page 14, the last

13    paragraph.

14

15

16

17

18

19

20         My question is from what to what,

21    meaning what higher likelihood of experiencing

22    these problems?

23         A.    Asking for a numerical number?

24         Q.    Yeah.

1    else.  I don't know if Corey will send it to me

2    later, but that may be included but I haven't seen

3    it as yet.

4         Q.    Paragraph 12, you've -- and for

5    paragraphs basically 12 through 16, you provided to

6    me either as cited in your report or as cited in

7    that list of 35 scientific papers or the several

8    that you told me about that you looked at before

9    your last deposition, all of the books or treatises

10   or scientific literature or articles that you

11   relied upon for the opinions that you have in the

12   case concerning these four bellwethers, right?

13        A.    Well, I did follow literature for 40

14   years, but I think there's a good summary and

15   hundreds of articles presented that I did rely on.

16   But, so, the answer is yes, I did provide you what

17   I could.

18        Q.    You didn't have any written

19   correspondence or e-mail correspondence with any of

20   the other bellwether experts in the case, did you,

21   which is requested in paragraph 23?

22        A.    Nothing about the bellwethers at all.

23        MR. ROGERS:  Okay.  I think that does it.

24   Thanks again.  I am finished with your deposition,

1    Dr. Bithoney.  It's been a pleasure, sir.

2         THE WITNESS:  Thank you.

3         THE VIDEOGRAPHER:  All right.  If there is

4    nothing else, this concludes the deposition of

5    Dr. William Bithoney.  The time is 12:15, and we

6    are now off record.

7              (Time Noted:  12:16 p.m.)

8              FURTHER DEPONENT SAITH NAUGHT.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1
       I, CORINNE T. MARUT, C.S.R. No. 84-1968,

2  Registered Professional Reporter and Certified
   Shorthand Reporter, do hereby certify:

3         That previous to the commencement of the
   examination of the witness, the witness was duly

4  sworn to testify the whole truth concerning the
   matters herein;

5         That the foregoing deposition transcript
   was reported stenographically by me, was thereafter

6  reduced to typewriting under my personal direction
   and constitutes a true record of the testimony

7  given and the proceedings had;
       That the said deposition was taken

8  before me at the time and place specified;
       That the reading and signing by the

9  witness of the deposition transcript was agreed
   upon as stated herein;

10        That I am not a relative or employee or
   attorney or counsel, nor a relative or employee of

11 such attorney or counsel for any of the parties
   hereto, nor interested directly or indirectly in

12 the outcome of this action.

13        *Corinne T. Marut* _____

14    CORINNE T. MARUT, Certified Reporter

15        (The foregoing certification of this

16 transcript does not apply to any
   reproduction of the same by any means, unless under

17 the direct control and/or supervision of the
   certifying reporter.)

18

19

20

21

22

23

24

1                    INSTRUCTIONS TO WITNESS

2

3               Please read your deposition over

4    carefully and make any necessary corrections.  You

5    should state the reason in the appropriate space on

6    the errata sheet for any corrections that are made.

7               After doing so, please sign the errata

8    sheet and date it.

9               You are signing same subject to the

10   changes you have noted on the errata sheet, which

11   will be attached to your deposition.

12              It is imperative that you return the

13   original errata sheet to the deposing attorney

14   within thirty (30) days of receipt of the

15   deposition transcript by you.  If you fail to do

16   so, the deposition transcript may be deemed to be

17   accurate and may be used in court.

18

19

20

21

22

23

24

```
 1                     -  -  -  -  -  -

                         E  R  R  A  T  A

 2                     -  -  -  -  -  -

 3

 4     PAGE   LINE   CHANGE

 5     ____   ____   _____

 6                   REASON:  _____

 7     ____   ____   _____

 8                   REASON:  _____

 9     ____   ____   _____

10                   REASON:  _____

11     ____   ____   _____

12                   REASON:  _____

13     ____   ____   _____

14                   REASON:  _____

15     ____   ____   _____

16                   REASON:  _____

17     ____   ____   _____

18                   REASON:  _____

19     ____   ____   _____

20                   REASON:  _____

21     ____   ____   _____

22                   REASON:  _____

23     ____   ____   _____

24                   REASON:  _____
```

```
 1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MICHIGAN
 2                  SOUTHERN DIVISION

 3

 4    ------------------------   )
                                 ) Civil Action No.
 5                               ) 5:16-cv-10444-
     In re:  Flint Water Cases   ) JEL-MKM
 6                               ) (consolidated)
                                 )
 7    ------------------------   ) Hon. Judith E. Levy
                                 ) Mag. Mona K. Majzoub
 8   Elnora Carthan, et al. v.   )
     Governor Rick Snyder, et al. ) Civil Action No.
 9                               ) 5:16-cv-10444-JEL-
      ------------------------   ) MKM

10

             HIGHLY CONFIDENTIAL - RESTRICTED
11                      AFFIDAVIT
12        I, WILLIAM BITHONEY, M.D., the undersigned
     affiant, being first duly sworn, on oath say that
13   the testimony given at my deposition at the time
     and place aforesaid is the truth, the whole truth,
14   and nothing but the truth, and that I have read the
     foregoing transcript consisting of Pages 295 to 466
15   inclusive, and do subscribe and make oath that the
     same is a true, correct, and complete transcript of
16   my deposition so given as aforesaid, and includes
     changes, if any, so made by me.
17
             FURTHER AFFIANT SAITH NAUGHT.
18
19                      _____
20                      AFFIANT, WILLIAM BITHONEY, M.D.
21
     SUBSCRIBED AND SWORN TO before me
22   this     day of     , A.D. 20 .
23   _____
     Notary Public
24
```