# Exhibit 15

(Sealed Pursuant to Plaintiffs' Motion to Seal)