# Exhibit 17

(Sealed Pursuant to Plaintiffs' Motion to Seal)