# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| *In re* Flint Water Cases. | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Order Relates To:

BELLWETHER CASES
No. 17-10164

_____/

## AMENDED SCHEUDLING ORDER AND TRIAL DATES FOR THE FIRST BELLWETHER TRIAL

The current Bellwether schedule (Case No. 16-10444, ECF No. 1403 and ECF No. 1723; as amended by Case No. 17-10444, ECF No. 382) is amended as set forth below.

| Dates | Event |
|---|---|
| **July 29, 2021** | Responses to the motions for summary judgment and Daubert motions due |
| **September 15, 2021** | Replies to the opposition to motions for summary judgment and Daubert motions due (ECF No. 382) |
| **November 2–3, 2021: 9:30 on November 2, 2021** 10:00am VNA's motion; 2:00pm LAN/LAD motion on November 3, 2021 | Hearing on Daubert Motions and Summary Judgment |

| | |
|---|---|
| **November 4, 2021,** or 7 days after Court's decision on Daubert Motions and Summary Judgment, whichever is later | Conference in advance of filing motions in limine (Co-Liaison Counsel's request) |
| **November 17, 2021**, or 14 days after Court's decision on Daubert Motions and Summary Judgment, whichever is later | Motions in limine and designations of deposition testimony to be played/read to the jury due |
| **November 17, 2021**, or 14 days after Court's decision on Daubert Motions and Summary Judgment, whichever is later | Due date for Plaintiffs to submit Joint Pre-Trial Order to Defendants. |
| **November 22, 2021** | Joint submission of proposed Jury Questionnaires |
| **November 29, 2021 10:00 am** | Possible hearing regarding content of jury questionnaires, if needed via Zoom. |
| **December 2, 2021,** or 14 days after opening briefs on Motions in Limine and Testimony Designations, whichever is later | Oppositions to the motions in limine |
| **December 2, 2021,** or 14 days after receipt of Plaintiffs' Joint Pre-Trial Order, whichever is later | Due Date for Defendants to Submit Joint Pre-Trial Order to Plaintiffs and engage in Meet and Confer. |
| **December 13, 2021,** or 10 days after Oppositions to motions in limine are filed, whichever is later | Reply briefs in support of Motions in Limine Due; Counter-designations and objections to the designated testimony due |
| **December 23, 2021** | Deadline for Court to send final jury questionnaire to Jury Dept. 200 copies should be FedEx mailed to the Ann Arbor Courthouse, Judge Levy's chambers |

| | |
|---|---|
| **January 5, 2022** at 10:30am hearing on Motions in limine | Hearing date for motions in limine and deposition designations |
| **January 6, 2022,** or 21 days after Parties submit Joint Pre-Trial Order to Court, whichever is later. | Due Date for Parties to submit proposed jury instructions and verdict form to the Court. |
| **January 10–13, 2022** | Jurors will be brought into courthouse to be sworn in and complete questionnaires. Jury Dept. then takes approximately one week to compile the responses |
| **January 14, 2021,** or 14 days after Defendants submit joint pre-trial report to plaintiffs, whichever is later | Due Date for Parties to Submit Joint Pre-Trial Order to Court (includes issues of fact and law to be litigated, list of motions in limine, witness lists, exhibit lists, etc). |
| **February 2, 2022 11:00 am hearing regarding excusals based on questionnaires.** | Court to consider and rule on all challenges based on JQs |
| **February 3, 2022 10:30 am** | Final Pre-Trial hearing regarding Pre-Trial Order including witness lists, exhibit lists, trial briefs, jury instructions, and jury questionnaire responses |
| **February 14, 2022 1:00 pm** | Hearing on misc. pretrial matters |
| **February 15, 2022 8:30 am (for attorneys and clients)** | Trial Date – Voir Dire |

IT IS SO ORDERED.

3

Dated: August 26, 2021            s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                                United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 26, 2021.

                                       s/ Lisa Bartlett for William Barkholz
                                       WILLIAM BARKHOLZ
                                       Case Manager