# EXHIBIT 109



VEOLIA WATER NORTH AMERICA       Tel : 419.450.2931
6708 Denbridge Drive             Fax:
Sylvania, Ohio 43560             Mobile : 419.450.2931
www.veoliawaterna.com

 # Weekly Summary of Activities

| From: | Marvin Gnagy |
|---|---|
| To: | Joe Nasuta |
| Date: | May 16, 2014 |
| Subject: | Weekly summary |
| cc: | |

1. **Hours Worked**

| Hours Spent | Project Location or Activity |
|---|---|
|  | Tampa Bay Water |
|  | Tupelo, MS |
|  | Westborough Water |
|  | Westborough Wastewater |
| 6 | Junction City Water |
| 2 | DeKalb County Water |
|  | Brockton Water |
|  | Atlanta-Fulton County Water |
|  | Gloucester Water |
| 2 | Buffalo |
|  | Pittsburgh Water |
|  | Holiday |
|  | Vacation |
| 30 | Detroit Water and Sewer |
| 40 | Total |
|  | **SUMMARY** |
| 30 | BD work related to new projects |
|  | PPS (sales support- prior to award) |
| 2 | PPS (Implementation/operations support) |
|  | COGS |
|  | Account Management (Existing contract scope expansion or renewal/extension support) |

2. **Major COGS Items**
    a.  None.

3. **Major BD Support Items**
    a.  <u>Detroit</u> – Due diligence related to the DWSD proposal.  Toured the Water Works Park plant, the Southwest plant, the Northeast plant, and the Springwells plant over 2 days gathering information related to operations and potential opportunities for cost saving measures.  Developed a written report of the observations and opportunities for the BD team.  Provided verbal reports each of the 2 evenings with the BD team.  Met with Wade Trim staff and two former DWSD employees to

CONFIDENTIAL   VWNAOS176763

discuss their perceptions related to DWSD operations and the current condition of the administration leadership as well as existing operating strategies. Discussed a number of items including the 10-year capital plan, the state of the EMA staff reduction plan, the mass exodus of employees due to the city bankruptcy issues, the current director's activities, Wade Trim's history with DWSD, partnering possibilities if Veolia wins the contract, and future work using Wade Trim as a partner. A lot of insight to DWSD and its current operations was provided in this meeting. Met with the BD team to download the Wade Trim meeting notes.

4. **Other Major Support Items**
   a. <u>DeKalb</u> – Communications with the DeKalb team to begin development of the chlorine residual monitoring on GIS layers for use in developing an initial water age map once chlorine decay testing is completed. Preparation for the meetings and plant visits the week of May 19th.
   b. <u>Buffalo</u> – Participated in a conference call with the Buffalo team and Paul Whitmore to discuss algal toxins and a possible statement of Buffalo's algae monitoring program with the media. Provided the planned activities for algae monitoring that will begin soon and the algal toxin monitoring that will follow. Cupo requested that we develop a baseline of algal toxins now in the raw water as a starting point before algae growth begins. All agreed a baseline should be initiated now for about the next 2 months. Paul to prepare a statement of Buffalo activities related to algae monitoring and algal toxins for internal reviews and in preparations for media release in the near future. Informed Cupo to have the lab manager begin searching for algae monitoring labs to initiate the planned program by June 2014.
   c. <u>Junction City</u> – Preparations of a split softening spreadsheet for Junction City to evaluate aeration and natural $CO_2$ content, coagulant addition, excess lime softening operations, raw water bypass ratios, and recarbonation needs for the water treatment plant.

**Upcoming Tentative Schedules**

May 19th – DeKalb PPS
May 26th – Pittsburgh
June $2^{cd}$ – Working from home
June 8th – ACE Boston
June 16th – Buffalo
June 23rd – DC Water
June 30th – Working from home

5. **General Comments**
   a. Participated in a PAX Water Technologies webinar entitled *In Tank Aeration – Achieving Maximum THM Removal Without Energy Compromise* as part of the 2014 IDP. Information might be used in upcoming project work.

CONFIDENTIAL                                                                                                         VWNAOS176764