# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-MKM |
| | Hon. Judith E. Levy |
| This Document Relates To: *Gaddy et al. v. Flint et al.* *Meeks et al. v. Flint et al.* | Case No. 5:17-cv-11166-JEL-MKM Case No. 5:17-cv-11165-JEL-MKM |

## SUPPLEMENTAL INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 35 | Second declaration of James M. Campbell in support of VNA's motion to exclude the testimony and report of William G. Bithoney, Ph.D. |
| 36 | Article by Anita Thapar et al. |
| 37 | Supplemental excerpts of the deposition of Dr. William Bithoney |
| 38 | A. Specht et al., *Childhood Lead Biokinetics and Associations with Age Among a Group of Lead Poisoned Children in China*, 29 J. Expo. Sci. Env't Epidemiol. 416 (2019) |
| 39 | Excerpts of the deposition of Dr. Aaron Specht |
| 40 | ATSDR, *Toxicological Profile for Lead* (2020) |
| 41 | Excerpts of the deposition of Dr. Howard Hu |
| 42 | Page from the website of the National Institute for Mental Health |
| 43 | Article by Gorazd B. Stokin et al. |