# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-MKM |
| | Hon. Judith E. Levy |
| This Document Relates To: *Gaddy et al. v. Flint et al.* *Meeks et al. v. Flint et al.* | Case No. 5:17-cv-11166-JEL-MKM Case No. 5:17-cv-11165-JEL-MKM |

## SUPPLEMENTAL INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 12 | Second declaration of James M. Campbell in support of VNA's motion to exclude the testimony and report of Gary M. Crakes, Ph.D. |
| 13 | Expert Report (E.S.) of Nancy L. Segreve |
| 14 | Dep't of Labor, Bureau of Labor Statistics, *Real Weekly Earnings Up 7.4 Percent for Year Ending May 2020, Reflecting Loss of Lower-Paying Jobs* (June 19, 2020) |