# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-MKM |
|---|---|
| | Hon. Judith E. Levy |
| This Document Relates To: | |
| *Gaddy et al. v. Flint et al.* | Case No. 5:17-cv-11166-JEL-MKM |
| *Meeks et al. v. Flint et al.* | Case No. 5:17-cv-11165-JEL-MKM |

## SUPPLEMENTAL INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 12 | Second declaration of James M. Campbell in support of VNA's motion to exclude the testimony and report of John Hoaglund, Ph.D. |
| 13 | Expert Report of Richard Humann |
| 14 | Supplement deposition excerpts of Dr. John Hoaglund |