## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-MKM |
| | Hon. Judith E. Levy |
| This Document Relates To: | |
| *Gaddy et al. v. Flint et al.* | Case No. 5:17-cv-11166-JEL-MKM |
| *Meeks et al. v. Flint et al.* | Case No. 5:17-cv-11165-JEL-MKM |

---

### SUPPLEMENTAL INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 7 | Second declaration of James M. Campbell in support of VNA's motion to exclude the testimony and report of Richard Humann |
| 8 | Supplemental excerpts of the deposition of Richard Humann |
| 9 | Document produced as COF_FED_0009721 |
| 10 | Document produced as COF_FED_0549830 |
| 11 | Document produced as COF_FED_0013625 |
| 12 | Excerpts of the deposition of Marvin Gnagy |