UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

*Bellwether I Cases*
Case No. 17-10164

_____/

## ORDER TO SUBMIT FULL DEPOSITION TRANSCRIPTS IN CAMERA

Before the Court in the first round of bellwether cases are nine *Daubert* motions to exclude Plaintiffs' expert witnesses. (ECF No. 335 (VNA's Motion to Exclude Bithony); ECF No. 337 (VNA's Motion to Exclude Crakes); ECF No. 338 (VNA's Motion to Exclude Graziano); ECF No. 339 (VNA's Motion to Exclude Hoaglund); ECF No. 340 (VNA's Motion to Exclude Humann); ECF No. 341 (VNA's Motion to Exclude Krishnan); ECF No. 342 (VNA's Motion to Exclude Michaels); ECF No. 343 (VNA's Motion to Exclude Specht); and ECF No. 349 (LAN's Motion to Exclude Humann).) The Parties have supported their positions in part by attaching portions of the deposition transcripts for each expert. The

Court would like to review the full deposition transcripts for each expert, and orders that Counsel for VNA and LAN submit, in camera to the Undersigned's law clerk, full and unredacted transcripts for each expert[1] set forth above whom they are challenging no later than 5:00 PM on Tuesday October 12, 2021.

**IT IS SO ORDERED.**

Dated: October 8, 2021　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 8, 2021.

　　　　　　　　　　　　　　　　　s/Lisa Bartlett for William Barkholz
　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　　Case Manager

---

[1] The parties need not re-produce Specht's full transcript.