Highly Confidential – Joseph Graziano, Ph.D.

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF MICHIGAN
 3                   SOUTHERN DIVISION
 4    _____
                                    )
 5                                  ) Civil Action No.
                                    ) 5:16-cv-10444-JEL-MKM
 6    In re:  FLINT WATER CASES     ) (consolidated)
                                    )
 7                                  ) Hon. Judith E. Levy
                                    ) Mag. Mona K. Majzoub
 8    _____)
                                    )
 9    Elnora Carthan, et al.,       )
                                    )
10        Plaintiffs,               )
                                    )
11        vs.                       ) Civil Action No.
                                    ) 5:16-cv-10444-JEL-MKM
12    Governor Rick Snyder,         )
      et al.,                       )
13                                  )
          Defendants.               )
14    _____)
15                 HIGHLY CONFIDENTIAL
            REMOTE VIDEOTAPED DEPOSITION OF
16              JOSEPH GRAZIANO, Ph.D.
                     VOLUME I
17
               Thursday, October 29, 2020
18                  at 9:01 a.m.
19
20    Taken at:  Residence of Joseph Graziano, Ph.D.
                 Mount Kisco, New York
21
22    REPORTED BY:  SARA S. CLARK, RMR/CRR
23            GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
24                 deps@golkow.com
```

Highly Confidential - Joseph Graziano, Ph.D.

```
1                    A P P E A R A N C E S
2                         (via Zoom)
3                            - - -
4    On behalf of Individual Plaintiffs:
5           COREY M. STERN, ESQUIRE
            LEVY KONIGSBERG LLP
6           800 3rd Avenue, 11th Floor
            New York, New York  10022
7           212-605-6200
            cstern@levylaw.com
8
9    On behalf of Individual Plaintiffs:
10          PATRICK LANCIOTTI, ESQUIRE
            NAPOLI SHKOLNIK PLLC
11          400 Broadhollow Road, Suite 305
            Melville, New York  11747
12          631-224-1133
            planciotti@napolilaw.com
13
14   On behalf of Defendants Veolia Water North America
     Operating Services, LLC, Veolia North America, LLC,
15   and Veolia North America, Inc.:
16          MARK R. TER MOLEN, ESQUIRE
            SAMUEL P. MYLER, ESQUIRE
17          MAYER BROWN LLP
            71 South Whacker Drive
18          Chicago, Illinois  60606
            312-701-7307
19          mtermolen@mayerbrown.com
            smyler@mayerbrown.com
20
21
22
23
24
```

Highly Confidential - Joseph Graziano, Ph.D.

```
 1                A P P E A R A N C E S
 2                     (via Zoom)
 3   On behalf of Defendants Veolia Water North America
     Operating Services, LLC, Veolia North America,
 4   LLC, and Veolia North America, Inc.:
 5          KRISTIN M. DUPRE, ESQUIRE
            ALAINA N. DEVINE, ESQUIRE
 6          CAMPBELL CONROY & O'NEIL, P.C.
            1 Constitution Wharf, Suite 310
 7          Boston, Massachusetts  02129
            617-241-3000
 8          kdupre@campbell-trial-lawyers.com
            adevine@campbell-trial-lawyers.com
 9
10   On behalf of Defendants Veolia Water North America
     Operating Services, LLC, Veolia North America, LLC,
11   and Veolia North America, Inc.:
12          BRYAN D. MCELVAINE, ESQUIRE
            CAMPBELL CONROY & O'NEIL, P.C.
13          1205 Westlakes Drive, Suite 330
            Berwyn, Pennsylvania  19312
14          610-964-1900
            bmcelvaine@campbell-trial-lawyers.com
15
16   On behalf of Defendant City of Flint:
17          FREDERICK A. BERG, ESQUIRE
            DEBRA A. GEROUX, ESQUIRE
18          BUTZEL LONG
            150 West Jefferson Avenue, Suite 100
19          Detroit, Michigan  48226
            313-225-7000
20          berg@butzel.com
            geroux@butzel.com
21
22
23
24
```

Highly Confidential - Joseph Graziano, Ph.D.

```
 1                    A P P E A R A N C E S

 2                        (via Zoom)

 3

 4   On behalf of Defendants Leo A. Daly Company and

     Lockwood, Andrews & Newnam, Inc.:

 5

         DAVID C. KENT, ESQUIRE

 6       FAEGRE DRINKER BIDDLE & REATH, LLP

         1717 Main Street, Suite 5400

 7       Dallas, Texas  75201

         469-357-2535

 8       david.kent@faegredrinker.com

 9

10   Also Present:

11       Robert Martignetti, Videographer

12

13                        - - -

14

15

16

17

18

19

20

21

22

23

24
```

Highly Confidential - Joseph Graziano, Ph.D.

```
 1                     I N D E X
 2                       - - -
 3  WITNESS                                   PAGE
 4   JOSEPH GRAZIANO, PH.D.
 5  Examination By Mr. Ter Molen:              10
 6                       - - -
 7  EXHIBIT          DESCRIPTION             PAGE
 8  Exhibit 1    5/25/20 Graziano Invoice     13
 9  Exhibit 2    5/6/20 Engagement Letter     18
10  Exhibit 3    Graziano Report              19
11  Exhibit 4    Graziano Notice of           22
                 Deposition
12
    Exhibit 5    Article titled, "Elevated    56
13               Blood Lead in a Population
                 Near a Lead Smelter in
14               Kosovo, Yugoslavia"
15  Exhibit 6    Article titled, "The        113
                 Yugoslavia Prospective
16               Lead Study: contributions
                 of prenatal and postnatal
17               lead exposure to early
                 intelligence"
18
    Exhibit 7    Article titled, "Effects    145
19               of low-level prenatal lead
                 exposure on child IQ at 4
20               and 8 years in a UK birth
                 cohort study"
21
22
23
24
```

Highly Confidential - Joseph Graziano, Ph.D.

| 1 | EXHIBIT | DESCRIPTION | PAGE |
|---|---------|-------------|------|
| 2 | Exhibit 8 | Article titled, "Prenatal, concurrent, and sex-specific associations between blood lead concentrations and IQ in preschool Canadian children" | 148 |
| 6 | Exhibit 9 | 6/24/16 Morbidity and Mortality Weekly Report | 167 |
|   | Exhibit 10 | 2019 Fourth National Report on Human Exposure to Environmental Chemicals | 172 |
|   | Exhibit 11 | Article titled, "Lead release to potable water during the Flint, Michigan water crisis as revealed by routine biosolids monitoring data" | 179 |
| 13 | Exhibit 12 | Article titled, "Efficacy of corrosion control and pipe replacement in reducing citywide lead exposure during the Flint, MI water system recovery" | 181 |
|   | Exhibit 13 | Article titled, "Elevated Blood Lead Levels in Children Associated with the Flint Drinking Water Crisis: A Spatial Analysis of Risk and Public Health Response" | 186 |
|   | Exhibit 14 | Article titled, "Children's Blood Lead Seasonality in Flint, Michigan (USA), and Soil-Sources Lead Hazard Risks" | 190 |

| | EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|---|
| | Exhibit 15 | Article titled, "Blood Lead Levels of Children in Flint, Michigan: 2006-2016" | 203 |
| | Exhibit 16 | Article titled, "Analysis of blood lead levels of young children in Flint, Michigan before and during the 18-month switch to Flint River water" | 208 |
| | Exhibit 17 | Article titled, "Deficits in Psychologic and Classroom Performance of Children with Elevated Dentine Lead Levels" | 218 |
| | Exhibit 18 | 4/2/20 Lanphear Deposition Transcript | 222 |
| | Exhibit 19 | 2014 Data Report on Childhood Lead Testing and Elevated Levels: Michigan | 250 |
| | Exhibit 20 | 2015 Data Report on Childhood Lead Testing and Elevated Blood Lead Levels: Michigan | 255 |
| | Exhibit 21 | Article titled, "Low-Level Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis" | 258 |
| | Exhibit 22 | Article titled, "A statistical re-evaluation of the data used in the Lanphear et al. (2005) pooled analysis that related low levels of blood lead to intellectual deficits in children" | 265 |

Highly Confidential - Joseph Graziano, Ph.D.

```
 1    EXHIBIT          DESCRIPTION              PAGE
 2    Exhibit 23    Article titled, "Erratum:    272
                    Low-Level Environmental
 3                  Lead Exposure and
                    Children's Intellectual
 4                  Function: An International
                    Pooled Analysis"
 5
      Exhibit 24    Article titled,              285
 6                  "Predicting Later-Life
                    Outcomes of Early-Life
 7                  Exposures"
 8                          -  -  -
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Highly Confidential - Joseph Graziano, Ph.D.

```
 1                    - - -

 2              P R O C E E D I N G S

 3                    - - -

 4         VIDEOGRAPHER:  We are now on the record.

 5         My name is Robert Martignetti.  I'm a

 6   videographer for Golkow Litigation Services.

 7         Today's date is October 29th, 2020, and

 8   the time is 9:01 a.m.

 9         This remote video deposition is being

10   held In Re: Flint Water Cases.  The deponent is

11   Joseph Graziano, Ph.D.

12         All parties to this deposition are

13   appearing remotely and have agreed to the witness

14   being sworn in remotely.  Due to the nature of

15   remote reporting, please pause briefly before

16   speaking to ensure all parties are heard

17   completely.

18         Counsel will be noted on the

19   stenographic record.

20         The court reporter is Sara Clark, and

21   will now swear in the witness.

22

23

24
```

Highly Confidential - Joseph Graziano, Ph.D.

```
 1                      - - -

 2              JOSEPH GRAZIANO, PH.D.

 3      being by me first duly sworn, as hereinafter

 4        certified, testifies and says as follows:

 5                    EXAMINATION

 6   BY MR. TER MOLEN:

 7        Q.   Good morning, Dr. Graziano.  How are

 8   you?

 9        A.   Very good.  Thank you, Mark.

10        Q.   Good.  Good.  Good.

11             I represent VNA in this litigation.

12   I'll be taking the lead in asking you questions

13   today.

14             The deposition has, I believe, been set

15   for two consecutive days.  My guess is I'll take

16   most of today and we'll see about my going into

17   tomorrow, and then other counsel representing

18   other parties will be asking you additional

19   questions as well, I'm sure.

20             Why don't we get going.  And just at the

21   outset, Doctor, you've been deposed as an expert

22   witness before, right?

23        A.   That's right.

24        Q.   Okay.  Anytime in the last four years?
```

Highly Confidential - Joseph Graziano, Ph.D.

1      A.    Once.

2      Q.    Okay.  I'm going to presume, then, on

3    your part some familiarity with the basic rules

4    here.  The key point I would suggest -- or ask you

5    to follow, Doctor, is if you don't hear a question

6    that I ask you or you don't understand it, let me

7    know and I'll repeat it or rephrase it.

8          Okay?

9      A.    Fine.

10     Q.    And you're doing a good job so far, but

11   in addition, to make life easier for all of us,

12   and in particular, for Sara, the court reporter,

13   if you can just wait a minute to make sure I

14   finish my question before you start answering,

15   that will be very helpful.

16         Okay?

17     A.    Will do.

18     Q.    All right.  You understand you've been

19   retained as an expert witness in this litigation,

20   correct?

21     A.    That is correct.

22     Q.    Who is it who retained you?

23     A.    Napoli Shkolnik.

24     Q.    When did they first contact you?

Highly Confidential - Joseph Graziano, Ph.D.

1     A.   So it's -- I think I have to tell a

2  little story here.

3          I was working on -- the only case in the

4  last four years where I've been deposed was a case

5  in Colorado, a law firm, Burg Simpson, a case of

6  occupational lead poisoning.  And when that

7  wrapped up, I became retained by them in a second

8  case unrelated to that first, in which

9  Napoli Shkolnik was co-counsel.

10         And as a result of that, Paul Napoli

11  actually visited me in my office at Columbia and a

12  discussion of the Flint case came about.  I can't

13  put the exact timeline on that, but I recall that

14  I started to work on this sometime in April of --

15  I guess it was 2019 or '20.

16         THE WITNESS:  Patrick?

17     Q.   Well, was it this year, sir, do you

18  recall, or last year?

19     A.   Well, my interaction with Paul Napoli

20  was last year, but the involvement in this case

21  was 2020.

22     Q.   Okay.  Have you worked on other cases

23  with the Napoli law firm?

24     A.   I'm currently involved in another case

Highly Confidential - Joseph Graziano, Ph.D.

1    that is in its early phases.

2         Q.   Is this the case you mentioned in

3    Colorado?

4         A.   Yes.  It's an extension of that, yes.

5         Q.   This is a mining case?

6         A.   No, it is not.

7         Q.   Is it also a lead case?

8         A.   No, it is not.

9         Q.   I would gather it's an arsenic case,

10   then.

11        A.   No, it is not.

12        Q.   What substance is involved in that case,

13   Doctor?

14        A.   PFOA and PFOS.

15        Q.   Interesting.

16             MR. TER MOLEN:  We'll introduce what

17   we'll mark as Exhibit 1, which is a copy of the

18   one invoice we've received from the Napoli firm

19   that relates to this case, Doctor.

20                       - - -

21             (Graziano Exhibit 1 marked.)

22                       - - -

23   BY MR. TER MOLEN:

24        Q.   And Doctor, just as an aside here, for

Highly Confidential - Joseph Graziano, Ph.D.

1  purposes of Zoom, this process, what we'll do is

2  we'll show you the document on the screen.

3        Can you see that, sir?

4   A.   Yes, I can.

5   Q.   Terrific.  If you need it larger,

6  smaller, let us know and we'll zoom in and out as

7  appropriate.

8        And what we'll plan to do, Doctor, when

9  we first show you a document is just to quickly

10  scan through it so you can see the full document,

11  and then I'll ask you to confirm that the document

12  appears to be what I have represented it is.

13        Okay?

14   A.   Okay.

15   Q.   All right.  So showing you what we'll

16  mark as Exhibit 1, this is a copy of an invoice

17  that you submitted in this case, right?

18   A.   That is correct.

19   Q.   Okay.  And this is dated May 25th,

20  right?

21   A.   Right.

22   Q.   Have you submitted any other invoices?

23   A.   No, I have not.

24   Q.   And this invoice reflects --

Highly Confidential - Joseph Graziano, Ph.D.

1            MR. TER MOLEN:  If you can scroll down,

2    please, Sam.

3        Q.   -- the total amount of time that you

4    have spent in this case through approximately end

5    of May was 46 hours, right?

6        A.   Right.

7        Q.   Since May, you prepared your expert

8    report in this case, right?

9        A.   Well, this was in conjunction with the

10   submission of my report.

11       Q.   Okay.  Have you done additional work

12   since May?

13       A.   No, I have not.

14       Q.   Okay.  So the 46 hours represents the

15   vast majority, and perhaps all, of your work to

16   date on this case; is that right?

17       A.   That's correct.

18            MR. TER MOLEN:  And then, Sam, if you

19   could please scroll up.

20       Q.   Here, at the outset, this is --

21   Exhibit 1 is summarizing materials that you have

22   reviewed, right?

23       A.   These are materials that were --

24   1 through 6 were provided to me by

1    Patrick Lanciotti.

2        Q.    Okay.  And then you've omitted Number 7

3    here that says "various other documents."

4              What's included under Number 7?

5        A.    What's included under Number 7 are the

6    references that I used to write my report.  And

7    they are at the back of my report.

8        Q.    Okay.  Terrific.

9              So by "references," you mean various

10   scientific studies; is that fair?

11       A.    That's correct.

12       Q.    Okay.  And you indicated that 1 through

13   6 were sent to you by counsel, right?

14       A.    That is right.

15       Q.    Okay.  Had you asked counsel to send you

16   those specific documents, or those are documents

17   that counsel selected for you and sent to you?

18             MR. LANCIOTTI:  Objection; privileged.

19             Dr. Graziano, if you can answer that

20   question without going into specifics about our

21   conversations, please do so.

22       A.    Well, I was already quite familiar with,

23   Number 1, the publication by Hanna-Attisha, which

24   they sent to me.  And I don't recall -- I think it

Highly Confidential - Joseph Graziano, Ph.D.

1    was their decision to send me the other items.

2        Q.   Okay.  Terrific.

3            And you've not asked to see the

4    depositions -- depositions of individuals other

5    than those that were sent -- that are identified

6    here as Number 6; is that right?

7        A.   That's right.

8            MR. LANCIOTTI:  Objection; form.

9        Q.   Is that correct, Doctor?

10       A.   That is correct.

11       Q.   Okay.  And why did you -- do you know

12   why you were sent those four, I think it is,

13   depositions?

14       A.   I do not know why I was sent those four.

15       Q.   Okay.  Are the four depositions

16   identified here depositions of different

17   plaintiffs or plaintiff guardians, if you know?

18       A.   As I recall, they were guardians.

19   Parents, guardians.

20       Q.   Okay.  Terrific.

21           And you have a written retention

22   agreement with plaintiffs for this case; is that

23   right?

24       A.   I do.

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.   We'll show you what we've marked as

2    Exhibit 2.

3                   - - -

4              (Graziano Exhibit 2 marked.)

5                   - - -

6    BY MR. TER MOLEN:

7      Q.   Okay.  You agree, Doctor, that Exhibit 2

8    appears to be a copy of your retention agreement

9    in this case?

10     A.   Yes, I do.

11     Q.   Okay.  And it's -- from your

12   perspective, is this a standard form retention

13   agreement that you would enter into for all of

14   your expert witness work?

15     A.   I gather so.  I don't do much expert

16   witness work.

17     Q.   What did you do to -- let me start over.

18          What did you do to prepare for the

19   deposition today, Doctor?

20     A.   I reread my report more than once; I

21   spent a couple of hours yesterday rereading a

22   couple of the references, specifically the

23   Hanna -- Mona Attisha paper.  And that's about

24   all.  Tried to relax, frankly.

Highly Confidential - Joseph Graziano, Ph.D.

1                 MR. TER MOLEN:  Okay.  Let's put up a

2     copy of your report that we'll mark as Exhibit 3,

3     your report in this case.

4                        -  -  -

5                 (Graziano Exhibit 3 marked.)

6                        -  -  -

7                 MR. TER MOLEN:  Great.  Thanks, Sam.

8     BY MR. TER MOLEN:

9          Q.    Doctor, you agree that Exhibit 3 appears

10    to be a copy of the report that you prepared for

11    this case?

12         A.    Yes, I do.

13         Q.    Did you have any assistance in preparing

14    this report, Doctor?

15         A.    No, I did not.

16         Q.    Did you provide any drafts of this

17    report to counsel?

18         A.    No, not that I recall at all.

19         Q.    Did you provide drafts of this report to

20    anybody else?

21         A.    No, I did not.

22         Q.    Are you aware that plaintiffs' counsel

23    has retained other experts for this case?

24         A.    Yes.  I don't know who they are, but

Highly Confidential - Joseph Graziano, Ph.D.

```
 1   yes.

 2        Q.   Okay.

 3        A.   I'm sure I'm not the only one.

 4        Q.   Okay.  You may have just answered this

 5   question, Doctor, but to be clear, have you had

 6   any communication with any other experts retained

 7   by plaintiffs' counsel in this case?

 8        A.   No, I have not.

 9        Q.   Have you been provided with reports

10   prepared by experts retained by plaintiffs'

11   counsel in this case?

12        A.   No, I have not.

13        Q.   Other than plaintiffs' counsel in this

14   case, have you had communication with anybody else

15   regarding this case?

16        A.   No, I have not.

17        Q.   In addition to the cases in which you've

18   been retained, Doctor, there are additional cases

19   that the lawyers involved in the litigation refer

20   to as the class case or class cases.

21             Are you familiar with those cases?

22        A.   No.

23             MR. STERN:  Object to form.  They are

24   proposed class actions.  They have not yet been
```

Highly Confidential - Joseph Graziano, Ph.D.

1    certified.

2        Q.   For purposes, Doctor, of preparing your

3    report, other than the depositions that were

4    identified, I think, as Item 6 in your invoice,

5    Exhibit 1, have you received any material

6    whatsoever related to the plaintiffs in this

7    litigation?

8        A.   No.  What I gave you on that list is

9    what I was provided.

10       Q.   Okay.

11       A.   I think I was also provided at one point

12   with a timeline.

13       Q.   I see.

14            Who prepared that timeline?

15       A.   I -- Napoli Shkolnik.  I don't know --

16   that's where it came from, but...

17       Q.   Okay.  Is that timeline part of your

18   file in this case, Doctor?

19       A.   No.  I glanced at it, and I had read --

20   I had read already a couple of papers about the

21   timeline.  A couple of them are referred to -- I

22   can't remember the authors' names -- in my report.

23   And it was, to me, old news by then, so I really

24   didn't pay much attention to it.

Highly Confidential - Joseph Graziano, Ph.D.

 1          Q.   Okay.  And you're not a medical doctor,

 2    correct?

 3          A.   Correct.

 4          Q.   Fair to say you have not examined any of

 5    the plaintiffs in this case, Doctor?

 6          A.   No, I have not.

 7          Q.   You have not received any medical

 8    records for plaintiffs in this litigation,

 9    correct?

10          A.   Correct.

11          Q.   Let's show you what we'll mark as

12    Exhibit 4, which is a notice of the deposition of

13    you today in this case, Doctor.

14                         - - -

15               (Graziano Exhibit 4 marked.)

16                         - - -

17    BY MR. TER MOLEN:

18          Q.   Have you seen Exhibit 4, the notice for

19    your deposition, before today, Doctor?

20          A.   Yes, I have.

21          Q.   Okay.  And I presume that you collected

22    the materials in your file and provided them to

23    Mr. Lanciotti?

24               MR. LANCIOTTI:  Objection; form.

Highly Confidential - Joseph Graziano, Ph.D.

```
 1        A.   So the materials in my file consist of
 2   my report, and I provided the key references that
 3   I used in writing that report, which were an ATSDR
 4   profile, toxicologic profile on lead; an EPA
 5   document, Integrated Science Review of Lead; and I
 6   provided a copy of the retention agreement;
 7   perhaps one or two other things.  I don't exactly
 8   recall.
 9        Q.   And in addition, obviously, the
10   deposition transcripts that you identified in your
11   invoice, right?
12        A.   The deposition transcripts, I could not
13   access to provide them.  They were provided with a
14   secure link that I went back and tried to access,
15   and it wouldn't let me in.  So I couldn't revisit
16   those documents, actually.
17        Q.   Okay.  Understand.
18             Doctor, let's talk a bit about your
19   prior testimony in other cases.  Okay?
20        A.   Sure.
21        Q.   You identify in your report one case in
22   which you've been deposed in the last four years,
23   right?
24        A.   Right.
```

Highly Confidential - Joseph Graziano, Ph.D.

1       Q.    That's the Buckler versus

2    Johnson Control case?

3       A.    That is correct.

4       Q.    What was that case about?

5       A.    Mr. Buckler worked for decades for -- in

6    a battery-producing factory owned and run by

7    Johnson Controls.  And he had suffered the

8    consequences of occupational lead poisoning.

9    Many, many adverse health effects.  And I was

10   retained to essentially talk about relationships

11   between lead toxicity and his set of symptoms.

12      Q.    How old, approximately, was

13   Mr. Johnson -- I'm sorry -- Mr. Buckler when you

14   got involved in the case?

15      A.    I believe he was in his early 60s.

16      Q.    I'm sure you looked at blood lead levels

17   for Mr. Buckler.

18      A.    Yes, I did.

19      Q.    And what were those levels,

20   approximately?

21            MR. LANCIOTTI:  Objection.

22            I'm not sure if Dr. Graziano can

23   disclose confidential medical information of -- of

24   Mr. Buckler here.

Highly Confidential - Joseph Graziano, Ph.D.

1            THE WITNESS:  I agree.  I'm not sure

2    where this falls under HIPAA.  But should I be

3    revealing his records?

4    BY MR. TER MOLEN:

5        Q.   Okay.  We'll go about this in a

6    different way, Doctor.  I understand the concern.

7            Is it fair to say that -- well, you

8    would characterize his exposure as occupational

9    exposure, right?

10       A.   That's correct.

11           MR. LANCIOTTI:  Objection to form.

12       Q.   Okay.  And is it fair to say that his

13   blood lead levels, Doctor, were above

14   15 micrograms per deciliter?

15       A.   Yes.

16           MR. LANCIOTTI:  Same objection.

17           MR. STERN:  Object to form; foundation;

18   violations of federal law by way of disclosure.

19   BY MR. TER MOLEN:

20       Q.   Okay.  I think you answered "yes" to

21   that question.  Is that correct, Doctor?

22       A.   That's correct.

23       Q.   Okay.  Was that case resolved?

24       A.   It settled before going to court.

1    Q.   Okay.  Did you examine the plaintiff in

2    that case?

3    A.   No, I did not.

4    Q.   Did you receive any records regarding

5    the plaintiff in that case?

6    A.   Yes, as I recall, I did.

7    Q.   Did you become aware of any other

8    experts retained by plaintiffs in that case?

9    A.   I recall -- I probably did, but I

10   couldn't tell you who they were.

11   Q.   Okay.  And, Doctor, approximately how

12   many other cases besides the Buckler versus

13   Johnson case have you testified in?

14   A.   In my -- I'm in my 49th year of my

15   academic career, and I would say it's six or seven

16   cases.  I had many opportunities along the way to

17   get involved.  I was department chair and

18   associate dean and was running many research

19   operations and always to "Thank you, but no thank

20   you."  Three years ago -- I'm ramping toward

21   retirement.  In fact, in two months from now, I

22   will become a professor emeritus and will step

23   away as full-time faculty.

24        But in the last three years, '18, '19,

Highly Confidential - Joseph Graziano, Ph.D.

1    and '20, I moved to a half-time appointment.  And

2    so I found myself with some time to begin to get

3    engaged as an expert.

4         Q.   Thank you for that summary.

5              Can we -- I would like to work our way

6    back in time, Doctor, about these other six or

7    seven cases, if you can walk me through.

8              So let's start with the one that was

9    most recent in time, understanding that you've

10   already talked about the Buckler case.

11        A.   Going back prior to that?

12        Q.   Yes.

13        A.   I recall one case where it -- I am a

14   professor of pharmacology.  I worked early in my

15   career on drugs related to hematologic diseases.

16   And, in fact, my original appointments as a young

17   faculty member were in pediatric

18   hematology/oncology, and I was a member of the

19   American Society of Hematology.

20             The case was actually a prescription

21   misfill that killed the plaintiff.  He was a

22   gentleman, former Navy officer who worked in

23   submarines, and he had been exposed to

24   radioactivity.  And so he already had some

Highly Confidential - Joseph Graziano, Ph.D.

1    significant underlying disease -- hematologic

2    disease related to his radiation exposure.

3         And the pharmacy misfilled his

4    prescription with a drug that sounded like but

5    wasn't the appropriate drug.  And that drug was

6    absolutely contraindicated for somebody who had

7    his underlying condition.  And he proceeded to, in

8    short order, die.

9         And so I was called in as a

10   pharmacologist with expertise in hematologic

11   diseases.

12        And that case went to court, and

13   plaintiff's family was awarded a considerable sum.

14        Q.   Okay.  And I take it you testified -- I

15   think you said this, Doctor -- for the plaintiff

16   in that case?

17        A.   I did.

18        Q.   And "hematological" means blood related;

19   fair to say?

20        A.   Sorry?  Say again?

21        Q.   "Hematological," a layman way of saying

22   that, would be blood related?

23        A.   Yes.  Blood diseases.

24        Q.   Okay.  Very good.

Highly Confidential - Joseph Graziano, Ph.D.

1              Approximately when was that case,

2    Doctor?

3         A.   It's probably 10 or more years ago.

4         Q.   All right.  What was the next most

5    recent case that you can recall?

6         A.   If we go back in time, I did a series of

7    cases -- let's see, my kids -- my son was in

8    college, so this goes -- my son was born in '69.

9    It goes back to the -- to, like, the late '80s or

10   early '90s.  I worked with a law firm, Landman

11   Corsi Ballaine & Ford in New York City, and there

12   were several cases of childhood lead poisoning

13   over the course of two, three years.  It was at a

14   point in time when I had two children in college,

15   and the extra income was helpful, frankly.

16              And in those cases, sometimes it was on

17   behalf of the plaintiff and sometimes it was on

18   behalf of the defendant.  For example, I recall

19   one case where the child spent time, of course, in

20   his or her parents' home, but also spent time at a

21   nursery school, at grandma's house.  And the

22   question there was whose lead was it that led

23   this -- I don't remember if it was a little boy or

24   girl -- but led this child to develop an elevated

Highly Confidential - Joseph Graziano, Ph.D.

1    blood lead.

2            And the attorneys that I was working for

3    were defending either the nursery school or

4    grandma's house, which it turned out to be not --

5    in my opinion, based on inspections of the

6    facility and so forth, not the source of lead

7    exposure.

8            So in that case, I was working with the

9    law firm defending a landlord, if you will.

10       Q.   Okay.

11       A.   In other cases -- and I think there were

12   four altogether.  In some other cases, I was

13   working on behalf of the plaintiff, the

14   lead-poisoned child and family, actually assigning

15   blame, if you will, to this -- to whatever

16   apartment or building it was.

17       Q.   Okay.  And you had mentioned a

18   particular plaintiff -- a particular law firm in

19   New York City.

20           Was that the law firm with which you

21   worked on behalf of the plaintiffs?

22       A.   Yes.

23       Q.   For the one case where you were

24   representing a defendant, you mentioned that the

Highly Confidential - Joseph Graziano, Ph.D.

1    child in that case had developed an elevated blood

2    lead level, right?

3          A.   That's right.

4          Q.   What was that blood lead level,

5    approximately, if you can give me a range?

6               MR. LANCIOTTI:  Objection; foundation.

7          A.   I cannot.

8               MR. LANCIOTTI:  And to the extent it

9    violates federal laws.

10         A.   This was in the 1990s.  I do not recall.

11         Q.   Okay.

12         A.   Yes.

13         Q.   But by using the term "elevated," fair

14   to say more than 15 micrograms per deciliter?

15              MR. LANCIOTTI:  Objection; foundation.

16         A.   Yes.

17         Q.   Okay.  And the source of the blood lead

18   level in that case where you represented a

19   defendant, Doctor, was that from lead paint?

20         A.   Yes, it was.

21         Q.   And then the three or four cases where

22   you were representing the plaintiffs, Doctor, you

23   indicated you were identifying which structure was

24   the source of the lead exposure; is that right?

Highly Confidential - Joseph Graziano, Ph.D.

1    MR. LANCIOTTI:  Objection to form.

2  A. So part of -- part of my role was to

3 look at inspections done by whatever department of

4 health it was, inspections of the home, and to

5 look at what they had uncovered.  And part of it

6 was actually simply to give an opinion about

7 plausibility of the health effects that had been

8 observed in the children.  And that's -- yeah.

9  Q. Okay.  That's helpful.

10    In the cases where you were working on

11 behalf of the plaintiff that we're discussing here

12 with respect to lead exposure, those were all lead

13 paint cases, Doctor?

14  A. Yes, they were.

15  Q. Okay.  And the blood lead levels in

16 those cases, Doctor, were all greater than

17 15 micrograms per deciliter?

18    MR. LANCIOTTI:  Objection; form and

19 foundation.

20  A. Yes, they were.

21  Q. Are there other cases that you can

22 recall, Doctor, in which you've testified as an

23 expert?

24  A. No.

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.   And in the cases where you were

2  representing the plaintiff regarding lead that we

3  were discussing, Doctor, did you personally

4  examine any of the plaintiffs?

5      A.   No, I did not.

6      Q.   Did you receive medical records

7  regarding any of the plaintiffs?

8      A.   Yes, I did.

9      Q.   To your knowledge, Doctor, has a court

10  ever excluded all or part of any of your opinions?

11      A.   No, they have not.  Never.

12      Q.   Have you ever testified as an expert

13  with regard to arsenic, Doctor?

14      A.   No, I have not.

15      Q.   Okay.  And is it fair to describe your

16  current focus as focusing on arsenic?

17      A.   Yes.  For the last 20 years or so.  As

18  you may know, I worked primarily in Bangladesh but

19  also in the state of Maine, where

20  naturally-occurring arsenic in drinking water --

21  in groundwater used for drinking purposes has led

22  to health effects in adults and children.

23           That said, though, however, lead --

24  blood lead -- because we learned that arsenic,

Highly Confidential - Joseph Graziano, Ph.D.

1    like lead, has adverse effects on cognitive

2    function, neuropsych performance, we would, to the

3    extent possible, also measure lead in blood, which

4    became a covariant, if you will, in unraveling the

5    consequences of arsenic on cognition. So we had

6    to control for, in many of my published works, for

7    lead.

8            So I haven't abandoned lead by any

9    stretch.

10   Q.   I understand. And I appreciate that

11   explanation.

12           You've been the head, if I understand

13   correctly, of a particular group that's funded

14   through the department in which you work called

15   the Superfund program; is that right, Doctor?

16   A.   So I lead -- I'm phasing out. I've

17   passed the baton just recently, but I lead a team

18   of roughly 15 scientists across Columbia

19   University, in public health, in medicine,

20   pediatrics, in the geosciences. And we were

21   funded in April of 2000 to conduct what was

22   originally a set of seven research projects. It

23   was called "Health Effects and Geochemistry of

24   Arsenic and Lead." Eventually it morphed into

Highly Confidential - Joseph Graziano, Ph.D.

1    "Health Effects and Geochemistry of Arsenic and

2    Manganese," which occurs in the Bangladesh

3    drinking water.

4            And so we were funded for 20 years.  I

5    was director of that large interdisciplinary

6    initiative.

7        Q.   Very good.  Thank you.

8            And can you walk me through the

9    positions you've held at Columbia, please.

10       A.   Sure.  I came to Columbia in April 1979.

11   I had been, prior to that, at the

12   Rockefeller University in Manhattan and at Cornell

13   Medical School in Manhattan.  Cornell, I was an

14   assistant professor of pediatrics and of

15   pharmacology.

16           And in '79, I was recruited to Columbia,

17   where I again had appointments in pediatrics and

18   pharmacology.  I was recruited because, primarily,

19   I was working on the development of a drug to

20   treat childhood and occupational lead poisoning.

21   And the physician who recruited me,

22   Sergio Piomelli, we had collaborated before.  He

23   was the head of pediatric hematology-oncology at

24   NYU, and he was being recruited to head

Highly Confidential - Joseph Graziano, Ph.D.

1    hematology-oncology.  And he said, "Joe, I'd

2    really like you to come with me.  I need" -- you

3    know, we had been doing terrific work

4    collaboratively.  And he had also a keen interest

5    in lead poisoning.  He's the one who discovered

6    one of the mechanisms whereby lead causes anemia,

7    inhibition of the synthesis of hem- -- of

8    hemoglobin.

9          In any case, he recruited me in '79.

10   And I had -- my laboratory was in the department

11   of pediatrics although my academic appointment was

12   really in pharmacology.  I taught medical

13   pharmacology for 38 years to first-year medical

14   students.

15         And in 1985 or so, I actually moved my

16   laboratory from the department of pediatrics into

17   the pharmacology department, which was really at

18   that point a better home for my work.  I actually

19   carried out a series of, first, laboratory studies

20   and then clinical trials in collaboration with my

21   partners in pediatrics, evaluating the safety and

22   efficacy of a drug now known as succimer, which is

23   now used around the world to treat childhood and

24   occupational lead poisoning.

Highly Confidential - Joseph Graziano, Ph.D.

1            We first did a trial -- we didn't want

2    to start in children.  We started in men with

3    occupational lead poisoning.  And we recruited men

4    from the Tri-state area.  They ranged from house

5    painters to bridge painters to policemen who

6    worked at the firing range.  And we established

7    the safety and efficacy of this drug, succimer, in

8    adults, and then moved on to conduct two trials of

9    the drug, first one in children with moderately

10   elevated blood leads, and then the second one in

11   children with more severely elevated blood leads.

12            I worked on that drug for 14 years.  And

13   as I approach retirement and I reflect on my

14   career, that's one of the things I'm most proud

15   of.  It was an orphan drug, so to speak.  Drug

16   companies weren't interested in developing a drug

17   for a condition that was declining over time

18   because we got rid of lead in paint and we got rid

19   of lead in gasoline.

20            And so the drug was developed virtually

21   entirely with money from NIH, National Institutes

22   of Health, and it's a rare example of such a drug

23   developed with government money.

24            But the drug was approved by the FDA in

Highly Confidential - Joseph Graziano, Ph.D.

1   1991.

2          I'll come back to my career, because my

3   career had a shift in 1991.

4          But when the drug was approved, I

5   went -- if I may, I walked into my laboratory, the

6   people who had worked with me for 14 years, and I

7   told them, "Sit down.  I have news.  Just learned

8   that FDA approved the drug."

9          And I like telling this story to

10  students.  What do you think they did?  They all

11  started crying.  It was such an emotional thing

12  after 14 years.  I often tell students, "Science

13  is the ultimate in delayed gratification, you

14  know, 14 years of work."

15         But I will come back to 1991.

16         But to jump ahead, just to finish this

17  story with the drug, in 2013, I got a phone call

18  from a Reuters reporter who had just been to

19  Nigeria where there was an outbreak of fatal lead

20  poisoning due to what they call "artisanal gold

21  mining."  There was a pit mine -- a large pit mine

22  in Nigeria where the ore also contained lead.  And

23  poor people would go into the pit mine and steal

24  the ore, basically, and bring it home and process

Highly Confidential - Joseph Graziano, Ph.D.

1    it.  And in the process of doing that, the lead

2    was disseminated into their villages.

3            And Doctors Without Borders actually

4    discovered these villages that were off the grid,

5    so to speak, when they were going around doing

6    well-baby vaccinations.

7            To cut to the chase, Doctors Without

8    Borders used my drug -- the drug to treat hundreds

9    and hundreds of cases, and it led to a reduction

10   in the mortality rate from 42 percent to

11   2 percent.

12           So they eventually, Doctors Without

13   Borders, petitioned the World Health Organization

14   to add the drug to the so-called list of essential

15   medicines.  So it became the 66th drug on the list

16   of essential medicines.  So if I were to go set up

17   a clinic in a pharmacy in some obscure part of

18   this planet, I would stock that pharmacy with the

19   list of essential medicines so you have drugs to

20   treat anything -- any condition that walks in the

21   door.  So I'm proud of that.

22           But back to 1991, in the mid-'80s -- I'm

23   sorry.  I have to go back one step further.

24           1978, while I was at Cornell Medical

Highly Confidential - Joseph Graziano, Ph.D.

1    School, I was asked to be a consultant to the

2    World Bank, which was lending money to the

3    renovation of a lead smelter in the former

4    Yugoslavia in what is now the Republic of Kosovo.

5    I was invited, in part, because of my work on

6    lead.  The lead drug was now getting some

7    attention.  And a bank cannot lend money to any

8    project that would become an environmental health

9    hazard to the community.

10        Q.   Doctor, if I could just stop you for a

11   minute to make sure I'm following the timeline

12   here.  I'm sorry.  But you mentioned the drug was

13   approved in 1991, right?

14        A.   That's right.

15        Q.   And I thought I heard you -- and I may

16   well have been mistaken -- that you were retained

17   as a consultant by World Bank in 1978?

18        A.   That's right.

19        Q.   Okay.  And I'm just trying to reconcile

20   the approval of the drug with the timing of your

21   retention when you're linking that to the drug, if

22   you don't mind explaining.

23        A.   Not at all, no.

24             There was another faculty member at

Highly Confidential - Joseph Graziano, Ph.D.

1    Cornell, a man named Ernst Friedheim, who was

2    very, very much senior to me.  And quite frankly,

3    he was the one who the bank came to engage and

4    bring on as a consultant to the bank.  He then

5    asked me if I would join him.  And so I was the

6    caboose, if you will, on this duo who went to the

7    former Yugoslavia.  And we conducted -- and you'll

8    see why I'm telling this story in one moment.

9            We conducted a survey with physicians in

10   that mining town, a survey of blood lead

11   concentrations in children who had been exposed to

12   the legacy of the smelting operation.  And,

13   indeed, they had a very high rate of elevated

14   blood lead concentrations.  Very high lead

15   concentrations, in the 40s and 50s.

16           And what I'm getting at is that

17   collaboration with physicians in the former

18   Yugoslavia led to my first engagement in the field

19   of public health -- of environmental health.  I

20   came home and I gave a grand rounds in pediatrics

21   to the pediatrics department at now -- it was by

22   now '79 -- at Columbia.  It was my new home.  And

23   it was -- "Diagnosis and Treatment of Lead

24   Poisoning" was the title.  Childhood lead

Highly Confidential - Joseph Graziano, Ph.D.

1  poisoning.  And in the audience was a professor of

2  epidemiology, Zena Stein.  Very famous professor.

3  I won't go into her history.

4          But when -- in the last 10 minutes of my

5  grand rounds, I told this little story about,

6  "Hey, I was just in Yugoslavia in this town where

7  there's this rampant lead poisoning due to mining

8  activities."

9          And at the end of it, she came over to

10 me and she grabbed me by the lapel and she said in

11 a very endearing way, "Now, you come with me,

12 young man, because I work on mental disabilities

13 in children."  And the WHO had just declared lead

14 exposure as being the number one preventable cause

15 of mental disability in children.

16          So she formed a working group in 1983

17 that included myself, an epidemiologist, a

18 pediatrician, a biostatistician, a research

19 psychologist.  And we met weekly for a year

20 because she, and then I, wanted to develop a

21 strategy for studying children in that mining

22 town.  Because at the time, it was not as well

23 known as it is today, as I write in my report now.

24 It was still up for grabs as to whether lead was

Highly Confidential - Joseph Graziano, Ph.D.

1  causally related to deficits in child

2  intelligence, among other things.  And it was that

3  collaboration -- and so we wrote an NIH proposal.

4  I was the principal investigator.  She was the

5  lead epidemiologist.  And we got funded.  And we

6  began one of the seven large prospective studies

7  at the time that followed children actually from

8  before birth -- we recruited pregnant women, 2,000

9  pregnant women, and we followed them through the

10 birth, and then we followed a subset of those

11 births out through age 12.

12          Because of that work, which was really

13 public health -- it was no longer pharmacology --

14 my career actually took a turn toward public

15 health -- Zena, the epidemiologist, actually threw

16 my name into the hat when the position of chairman

17 of the department of environmental health sciences

18 became open.  She nominated me to become chair.

19          And so, indeed, in 1991, I was recruited

20 by our late dean, Allan Rosenfield, to move across

21 the street, if you will, from the medical school

22 to the school of public health.  And I assumed the

23 role as chairman of the department, which I held

24 for 12 years.  I stepped down, and then I was

Highly Confidential - Joseph Graziano, Ph.D.

1    called back as interim chair at some point along

2    the way.

3            So that's the trajectory of my career at

4    Columbia.  When I stepped down as chairman, the

5    dean asked me to assume the role of associate dean

6    for research.  He said essentially, "I still want

7    you at my table."  And so I assumed that role,

8    which I had for a period of seven years.

9        Q.   Okay.  Thank you, Doctor.  That's a very

10   interesting and thorough summary.

11           I'm going to go back in time a little

12   bit here and just maybe restate some things in my

13   own words to make sure I understand.

14           So pharmacology, that's -- fair to say

15   that's the study of drugs?

16       A.   Correct.

17       Q.   And --

18       A.   If I may add one more thing?

19       Q.   Go ahead.

20       A.   It's also the study of the adverse

21   effects of drugs, not just the efficacy of drugs.

22   In the old days, pharmacology departments were

23   known as the department of pharmacology and

24   toxicology.

Highly Confidential - Joseph Graziano, Ph.D.

1     Q.   Okay.  Fair point.

2          To study the drugs and their effects on

3     people, whether they're positive or adverse, fair?

4     A.   Right.  People and animals.  Yeah.

5     Q.   And you mentioned you had developed with

6     funding from NIH and help from, it sounds like, a

7     variety of colleagues and students, a drug that

8     you pronounced -- is it succisoma?

9     A.   Succimer.

10    Q.   Succimer.

11         Do you mind spelling that for us?  I

12    think Sara would appreciate that.

13    A.   S-U-C-C-I-M-E-R.

14    Q.   And you mentioned that it's a treatment

15    for lead poisoning; is that right?

16    A.   Yes.  It's what's called a chelating

17    agent.

18    Q.   Okay.

19    A.   C-H-E-L-A-T-I-N-G.

20    Q.   And I was going to ask you about that.

21    Chelating agents, in general, in layman's terms,

22    they're designed to help rid the body of lead,

23    right?

24    A.   Uh-huh.

Highly Confidential - Joseph Graziano, Ph.D.

1              MR. LANCIOTTI:  Objection; form.

2      A.   Chelating agents are designed to rid the

3  body of lead or other toxic metals.

4      Q.   Understand.

5      A.   My own work on chelating agents actually

6  began when I was working on hematological

7  diseases, diseases like sickle cell disease,

8  Cooley's anemia, where a subset of those patients

9  accumulate excess iron.  My work originated --

10  work trying to develop drugs, chelating agents,

11  for iron overload.

12      Q.   I understand.  Thank you.

13              And there are -- for children, there are

14  risks with chelation, correct?

15              MR. LANCIOTTI:  Objection; form and

16  foundation.

17      A.   All drugs are toxic.  The first line in

18  an opening class of medical students.  So, sure,

19  all drugs have risks.

20      Q.   Well, for children, the chelation

21  process means that their bodies are shedding a

22  number of substances that they might need to

23  develop.

24              Is that fair or not?

Highly Confidential - Joseph Graziano, Ph.D.

1          MR. LANCIOTTI:  Objection; form and

2    foundation.

3          A.   Well, that's a good point.  And the

4    drugs that were available before succimer, a drug

5    like EDTA, was not specific for lead.  It removed

6    lead, but it also removed zinc and copper and

7    iron.  So the problems with the earlier drugs is

8    they were not specific and they led to the

9    depletion of essential minerals.

10          One of the attractions of succimer is

11    that it only removes heavy metals.  It removes

12    lead, it removes arsenic, it removes Mercury, but

13    it doesn't touch the essential minerals.

14          Q.   Okay.  Very good.  I can see why that

15    would have been an improvement on what was

16    available previously, Doctor.

17          A.   And, if I may, succimer is an oral drug.

18    It's a pill.  EDTA was an injectable drug.  So

19    children would have to be hospitalized.  The

20    case -- for example, Doctors Without Borders in

21    Nigeria, they couldn't hospitalize anyone to get

22    EDTA.  So having -- the benefit of having an oral

23    medication was important.

24          Q.   Appreciate that.  Thank you.

Highly Confidential - Joseph Graziano, Ph.D.

1           And what blood lead level would be

2  required, in your view, before administration of

3  succimer would be appropriate?

4      A.   The blood lead that's required -- and

5  this is agreed upon by pediatricians across the

6  country -- is a blood lead of 45 micrograms per

7  deciliter.

8      Q.   Okay.  In describing some of your

9  earlier work, you indicated that there were -- you

10  distinguished between individuals who had

11  moderately elevated blood lead levels and

12  seriously elevated blood lead levels.

13          Do you recall that?

14     A.   I do.

15     Q.   Can you explain what you mean in

16  whatever way is easiest for you, perhaps in terms

17  of range, what you mean by moderately versus

18  seriously?

19     A.   Sure.  I wish I had gone back and looked

20  at the papers there from the mid-1970s.  But

21  moderately elevated, I believe we recruited

22  children with blood leads between 30 and 50, or

23  thereabouts, and the severe case, the subsequent

24  clinical trial, was in children with blood lead

Highly Confidential - Joseph Graziano, Ph.D.

 1    concentrations of 50 and above.

 2         Q.   Okay.  Thank you.

 3              And just to follow your trajectory at

 4    Columbia, Doctor, you remained as dean, then, of

 5    the school of public health through approximately

 6    2003, 2004?

 7         A.   Not dean.

 8         Q.   I'm sorry.  Go ahead.

 9         A.   Associate dean for research.  One of

10    many associate deans.  And I retained that

11    position until, frankly, after we got a new dean.

12    I loved working for Allan Rosenfield.  He was

13    just -- he was the person who recruited me in the

14    first place.  He died, gosh, in -- about 15 years

15    ago, something -- and then it was logical for the

16    new dean to have her own people in place.

17         Q.   Sure.  Sure.  Understand.

18              And I misspoke, Doctor.  You were the

19    chair of the department of public health from --

20    at Columbia from approximately 1991 through 2003

21    or 2004?

22         A.   The name of the department was the

23    department of environmental health sciences.

24         Q.   Okay.

Highly Confidential - Joseph Graziano, Ph.D.

1          A.    From 2000 until 2001, almost -- sorry --

2     yeah, 2001 or '2.  I would have to look at my CV.

3          Q.    Okay.  Terrific.

4                And so you -- in approximately 1991,

5     then, your title changed from being a professor of

6     pharmacology to a professor of environmental

7     health sciences; is that right?

8          A.    Yes.  But I retained my professorship in

9     pharmacology and I continued to teach first-year

10    medical students through all those years.  I just

11    stopped teaching first-year medical students,

12    pharmacology, just -- when I went to half-time,

13    just a few years ago.

14         Q.    Okay.  Thank you.

15               You are not an epidemiologist, correct?

16         A.    That's correct, though I have, as I

17    mentioned, collaborated with world-class

18    epidemiologists since the early '80s.  My late

19    wife was an epidemiologist.

20         Q.    There's host collaboration.

21         A.    Yes.

22         Q.    And when you collaborate with somebody,

23    they bring their expertise and then you bring your

24    expertise; fair to say?

Highly Confidential - Joseph Graziano, Ph.D.

1      A.    Fair to say.

2      Q.    And like your work that you've described

3   as focusing on arsenic for the last 15, 20 years

4   or so, you'd agree that your publications for the

5   last 15 years or so have focused on arsenic?

6      A.    Primarily on arsenic, but in the later

7   publications, on mixtures of metals.

8            One of -- including lead.

9            One of the challenges, you know, we are

10  all exposed to many, many environmental toxicants.

11  And one of the challenges over the years -- and we

12  all study things one element at a time, but all

13  realizing that no child is exposed to just one

14  substance.

15           And it was about seven or eight years

16  ago that the director of the National Institute of

17  Environmental Health Sciences, Linda Birnbaum,

18  introduced as part of the strategic plan of her

19  institute, NIEHS, which is one of the NIH

20  institutes, the push to develop statistical

21  methods to be able to study mixtures -- what we

22  call mixtures.  And those methods have evolved.

23  In fact, there are faculty in my department who

24  are at the forefront of developing new statistical

Highly Confidential - Joseph Graziano, Ph.D.

1    methods.

2           So in the past few years, my work

3    studying arsenic in lead and manganese and cadmium

4    in children in Bangladesh has actually involved

5    new statistical methods -- not -- you know, I'm

6    not the statistician, but involved new

7    statisticians so that one can actually look at

8    this, what is the impact of the four metals and

9    which one is the bad actor, which one's next, and

10   next.

11          Is that fair?  So, again, I'm a metal

12   toxicologist.  It's not -- it's not as though I

13   move from lead to arsenic and abandon everything

14   I've done in the past.

15      Q.   I understand.

16          You agree that your work over the last

17   15, 20 years -- I heard some background noise

18   here.  Let me start over again.

19          I understand that you agree that your

20   work over the last 15 or 20 years is focused on

21   arsenic, right?

22      A.   Yes.

23      Q.   And the different -- the mixtures you're

24   talking about, I think what you're doing, at least

Highly Confidential - Joseph Graziano, Ph.D.

1   in part, Doctor, is introducing the concept of

2   confounders?

3           MR. LANCIOTTI:  Objection; form;

4   foundation.

5       A.   Yes.  You could consider a mixture of

6   metals to be introducing confounders,

7   considering -- in a novel way, considering

8   confounders.

9       Q.   Right.

10          Meaning that different metals can have

11  similar potential effects on humans, right?

12          MR. LANCIOTTI:  Objection; form and

13  foundation.

14      A.   Right.

15      Q.   Okay.  Doctor, in your report, you

16  note -- I can put this up if you want me to, but I

17  suspect you'll recollect this, but you can tell me

18  if I'm wrong -- in your report, you note that

19  you've gone out of your way not to cite your own

20  publication record.

21          And did you recall writing that?

22      A.   I do.

23      Q.   Okay.  And why did you go out of your

24  way not to cite your own papers?

Highly Confidential - Joseph Graziano, Ph.D.

1         A.    Largely because they involved children

2    with very, very high blood lead concentrations,

3    you know.  We -- again, we wouldn't use succimer

4    to treat children with blood leads less than 45,

5    so why go there?

6              The work in Yugoslavia, on the other

7    hand, is one of the seven cohort studies that went

8    on simultaneously around the world.  It involved

9    both children in the smelt- -- in the mining town

10   and children in a nonexposed town who, in

11   Pristina, P-R-I-S-T-I-N-A, Pristina, the capital

12   city of Kosovo, where they had very low blood

13   leads.  In fact, that was one of the attractions

14   of -- for the funders to fund this, because we had

15   children in two towns, one town with very low

16   blood lead concentrations and another town with

17   high.

18             The low blood concentrations in Pristina

19   were largely due to the fact that Yugoslavia was

20   one of seven countries that signed a treaty in the

21   1920s to ban lead-based paint.  So they didn't

22   have lead-based paint.

23             And so the blood lead concentrations in

24   Pristina were much lower than blood lead

Highly Confidential - Joseph Graziano, Ph.D.

1    concentrations in children in New York City.

2         Q.   That's interesting.

3              And so the blood lead levels of the

4    children in Pristina, then, did those blood lead

5    levels -- that was your control group; is that

6    fair to say?

7         A.   That's fair to say.

8         Q.   Okay.  Well, we'll come back to that in

9    just a second.

10             And, Doctor, I'm glad you mentioned

11   the -- you mentioned that you were buttonholed, if

12   you will, by the -- an epidemiologist after your

13   talk in the late 1970s and then that lead to your

14   getting funding working with her for this cohort

15   study.  Right?

16        A.   That's right.  But I was the lead

17   principal investigator.

18        Q.   Okay.  And this is one of the, I think

19   you said, seven cohort studies that were being

20   conducted in different parts of the world?

21        A.   That's right.

22        Q.   Okay.  And this cohort study that you

23   were the lead on was in Yugoslavia, right?

24        A.   Right.

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.   Okay.  And is it fair to say, Doctor,

2  that the data from this cohort study was then

3  included in subsequent studies, including the 2005

4  study, I think it's called a pool study, by

5  Dr. Lanphear?

6           MR. LANCIOTTI:  Objection; form and

7  foundation.

8      A.   That is correct.

9           MR. TER MOLEN:  Okay.  Why don't we put

10  up and we'll mark as Exhibit 5 the study, this

11  1982 study from Yugoslavia.  Okay?

12                    - - -

13           (Graziano Exhibit 5 marked.)

14                    - - -

15           MR. TER MOLEN:  Great.  Thank you, Sam.

16  Let's go back to the beginning here.

17  BY MR. TER MOLEN:

18      Q.   You're the -- just looking at the top

19  here, you're the second author identified on this

20  study; is that right, Doctor?

21      A.   That is correct.

22      Q.   Okay.  And this is the study that you

23  were referring to, or this relates to the cohort

24  study that you were describing in Yugoslavia; is

Highly Confidential - Joseph Graziano, Ph.D.

1    that right?

2         A.    That is not correct.

3         Q.    Okay.

4         A.    No.  This -- this paper relates to the

5    visit that I made with funding from the

6    World Bank.  And it was at that time that I met

7    Dusan Popovac, the first author, who was a medical

8    doctor of some renown -- of renown.  And this is

9    describing the survey of blood lead concentrations

10   we did in the smelter town that actually took

11   place probably in '78 or '79.

12        Q.    Okay.  How is this different from the

13   study you described earlier?

14        A.    This is different because this was not

15   a -- this was not a study that had a lot of

16   thought going into the design.  And by that, I

17   mean we went into, with permission, clinics where

18   children were coming in for either well childcare

19   or they had a runny nose or some such thing.  So

20   it was what's called "a convenience sample."  It

21   was not a carefully mapped-out strategy to choose

22   children with high, children with low.  We did --

23   we did take blood samples from children in the

24   same two towns, but -- so that's what this is.

Highly Confidential - Joseph Graziano, Ph.D.

1        Q.   Okay.  And when you say you did take

2   blood lead levels in the same two towns, you mean

3   the same two towns that were included in your

4   longitudinal cohort study, right?

5        A.   Correct.

6        Q.   Okay.  So why don't we --

7             MR. TER MOLEN:  If we can go to Table 1

8   in this study, Sam, if you don't mind.

9             Thank you.

10            Can we -- yeah, thank you.

11       Q.   Can you see that, Doctor?

12       A.   I can.  I haven't looked at this in a

13  long time.

14       Q.   Perfect.

15            And so just looking at the blood lead

16  levels for the two different cities, you see

17  the -- under the -- for 1978 -- as you said, this

18  relates to 1978, right?

19       A.   That's right.

20       Q.   Okay.  When you look at the "Exposed

21  Area Residents" columns, and I guess there's also

22  some samples from 1980, but looking at the 1978

23  column, you see that the exposed levels range from

24  approximately 27 to 50 micrograms per deciliter

Highly Confidential - Joseph Graziano, Ph.D.

1   blood lead level; is that right?

2       A.   That's right.

3       Q.   Okay.  And then in 1980, it's

4   approximately 35 to 46; is that right?

5       A.   That's right.

6       Q.   And then the nonexposed, if you go back

7   to the column on the far left, that's taken from

8   the same town in Yugoslavia that you were using

9   for your control group, right?

10      A.   Right.

11      Q.   And those blood lead levels range from

12  6.8 micrograms per deciliter to 10 micrograms per

13  deciliter blood lead level, right?

14      A.   That's right.

15      Q.   Okay.  So even in today's world, Doctor,

16  we would -- well, in today's world, would you

17  characterize even the nonexposed control blood

18  lead levels as high?

19          MR. LANCIOTTI:  Objection to form.

20      A.   One needs to keep in mind that leaded

21  gasoline was still in use at this period of time

22  in former Yugoslavia.  And so, you know, these are

23  high by comparison to the modern day, where we no

24  longer use lead in gasoline.

Highly Confidential - Joseph Graziano, Ph.D.

1    Q.   Understand.

2         Going back at that point in time,

3    Doctor, people of my age and your age all had much

4    higher blood lead levels, correct?

5    A.   That is correct.

6         MR. LANCIOTTI:  Objection; form and

7    foundation.

8    A.   That is correct.

9    Q.   Doctor, I mentioned to you that I

10   represent a company called VNA, also known as

11   Veolia North America.

12        Have you heard of Veolia North America

13   before you got involved in this litigation?

14   A.   No, never.

15   Q.   Doctor, in connection with your opinions

16   in this case, did you review the -- well, did you

17   review a report that was prepared by a commission

18   appointed by then-Governor Snyder of Michigan that

19   was investigating the causes of the Flint water

20   crisis?

21   A.   I believe I did.  Can you tell me more

22   about what you're referring to?  It was a

23   commission that reached some recommendations; am I

24   correct?

Highly Confidential - Joseph Graziano, Ph.D.

1    Q.   It was a commission that was studying

2  how the Flint water crisis occurred and making

3  various findings, and I think also some

4  recommendations, but more so making findings as to

5  essentially how it happened.

6    A.   I believe I read that, and I believe I

7  referred to that.  That's one of the references in

8  my report.

9    Q.   Okay.  Okay.  Doctor, you agree that

10  you're not an expert in how to operate a water

11  treatment plant, right?

12    A.   That's right.

13    Q.   And you're not an expert in operating a

14  water distribution system, correct?

15    A.   Correct.

16    Q.   You're not an expert in the corrosion of

17  pipes used for the distribution of water, right?

18    A.   I'm not an expert about that, but I am

19  certainly aware of issues.  I'm aware of what

20  New York City did years ago to start to treat

21  water to lower water lead concentrations.  I'm

22  aware of it, but I'm not an expert.

23    Q.   Okay.  And also, you're not an expert in

24  water chemistry; fair to say?

Highly Confidential - Joseph Graziano, Ph.D.

1      A.    Right.

2      Q.    In your report on Page 3 -- again, I'm

3  happy to show this to you if you'd like -- you

4  refer to a sequence of extremely poor engineering

5  and policy decisions that lead to the Flint water

6  issues.

7           Do you recall that?

8      A.    I do.

9      Q.    Okay.  And you're providing that as

10  background information; are you not?

11          MR. LANCIOTTI:  Objection; form.

12     A.    As background information.  The failure

13  to use anticorrosives.  I am familiar with the use

14  of anticorrosives in the New York City water

15  supply, the addition of calcium orthophosphates to

16  coat pipes and prevent corrosion and the elution

17  of lead, if you will, into the water supply.

18     Q.    I understand what you're saying, Doctor,

19  and I just want to be clear.

20          You have in your report in this case --

21  we've marked as Exhibit 3 various opinions that

22  we'll get to.  One of my goals today is to make

23  sure I understand what are your opinions versus

24  what you're providing more as background here.

Highly Confidential - Joseph Graziano, Ph.D.

1    And I think you indicated that you're not an

2    expert in corrosion, you're not an expert in water

3    engineering.

4            So is it fair to say that you yourself

5    are not offering an opinion as to the cause of the

6    Flint water crisis?

7    A.    The verbiage that I used in my report in

8    that regard is simply a reflection of what I read

9    in the --

10    Q.    I understand.

11    A.    -- report.

12    Q.    You're repeating what others have said

13    as opposed to offering your own opinion, right?

14    A.    That's correct.

15            MR. LANCIOTTI:  Objection; form.

16    Q.    Okay.  Doctor, in your report, in

17    general, you cite to a number of scientific

18    studies that relate to lead exposure, right?

19    A.    Right.

20    Q.    And we'll talk more and get to a little

21    bit later here, you cite, for example, a 1979

22    study by a Dr. Needleman.

23            Do you recall that?

24    A.    I sure do.

Highly Confidential - Joseph Graziano, Ph.D.

1    Q.   And then you noted -- again, I'm happy

2  to show this to you, but -- if that's helpful --

3  you note there that his study is not definitive,

4  and then you have a parenthetical note, "because

5  of its cross-sectional study design."

6         Do you recall that phrasing?

7    A.   Yes, I do.

8    Q.   Okay.  So this, I think, would be a good

9  time to then explain what you mean by that, if you

10  could for us, please.

11    A.   Surely.

12         A cross-sectional study, as was the case

13  in the Needleman -- famous Needleman tooth lead

14  study, studies the exposure and the outcome at the

15  same moment in time.  And as such, it fails to

16  meet one important criteria one of the so-called

17  Bradford Hill criteria for causality, and that is

18  temporality.  How could it be that today's tooth

19  lead influences a child's performance in its

20  classroom -- in the classroom?

21         So one needs -- to develop for

22  causality, one needs to have measured the exposure

23  before you look at the outcome.  And I recall a

24  meeting essentially at NIH when Needleman was

Highly Confidential - Joseph Graziano, Ph.D.

1   presenting this work and Needleman was a very --

2   how can I say -- he had a presence, and he pounded

3   the table and has said -- to the experts for the

4   paint companies and the gasoline companies, he

5   essentially said, "Aha, we've got you now, you

6   know, look at this powerful evidence."

7           And they said, "No, Dr. Needleman,

8   you've got it all wrong.  Stupid kids put their

9   hands in their mouths.  Stupid kids ingest more

10  lead," which I always use in the classroom because

11  it is a great teaching example of the limitations

12  of a cross-sectional study.  Really, you can't

13  tell which is cause and which is effect.

14          That well-known limitation of

15  cross-sectional studies led the National

16  Institutes of Health to fund the Yugoslavic study,

17  to fund the Cincinnati longitudinal cohort, to

18  fund the Boston longitudinal cohort and so on.

19  And so, yeah, the cross-sectional study in itself

20  does not prove cause and effect.

21      Q.   Okay.  That's helpful, Doctor.  Thank

22  you.

23          And maybe just to summarize in more

24  layman's terms, a cross-sectional study is just

Highly Confidential - Joseph Graziano, Ph.D.

1    looking at a snapshot in time, one moment in time,

2    right?

3        A.   That is right.

4        Q.   And a longitudinal study, which I think

5    you used that term earlier, is a study that looks

6    at a cohort of individuals over a period of time;

7    is that fair to say?

8        A.   That's fair to say.

9        Q.   Okay.  And for purposes of establishing

10   causation, you would agree that a longitudinal

11   study is more relevant and useful than a

12   cross-sectional study, right?

13           MR. LANCIOTTI:  Objection; form and

14   foundation.

15       A.   Correct.

16       Q.   Doctor, I'd like to talk a bit about the

17   bellwether plaintiffs that bring us here today.

18           You indicated you understand that you

19   were retained by the bellwether plaintiffs, right?

20       A.   Right.

21       Q.   And you were given -- or at least you

22   had access to at one point in time, Doctor --

23   deposition transcripts for four guardians of

24   bellwether plaintiffs, right?

Highly Confidential - Joseph Graziano, Ph.D.

1      A.   Right.

2      Q.   And it's fair to say, Doctor, that you

3  do not discuss any bellwether plaintiffs in your

4  report, Exhibit 3, right?

5      A.   That's right.

6      Q.   Sitting here today, Doctor, do you know

7  if any of the bellwether plaintiffs had blood lead

8  testing done during the time frame 2014 to 2015?

9      A.   I do not.

10         MR. LANCIOTTI:  Objection; form.

11     A.   I do not.

12     Q.   Sitting here today, do you know whether

13  the homes in which any of the bellwether

14  plaintiffs lived had lead service lines?

15         MR. LANCIOTTI:  Objection; form.

16     A.   I do not.

17     Q.   Sitting here today, do you know whether

18  the water in the homes of any of the bellwether

19  plaintiffs was tested for lead in the time frame

20  2014, 2015?

21         MR. LANCIOTTI:  Objection; form.

22     A.   No, I do not.

23     Q.   And you're familiar, it sounds like,

24  Doctor, with the fact that in April of 2014, the

Highly Confidential - Joseph Graziano, Ph.D.

1  City of Flint changed its water source from

2  receiving water from the City of Detroit to

3  treating water from the Flint River?

4      MR. LANCIOTTI:  Objection; foundation.

5      A.  Yes, I'm familiar with that.

6      Q.  And sitting here today, Doctor, do you

7  know whether any of the bellwether plaintiffs kept

8  drinking the water from the City of Flint after

9  that switch occurred in April of 2014?

10      MR. LANCIOTTI:  Objection; form.

11      A.  No, I do not.

12      Q.  Doctor, you agree that every child in

13  America has some lead in their body?

14      MR. LANCIOTTI:  Objection; form and

15  foundation.

16      A.  Yes.

17      Q.  And you agree the same is true for the

18  children in Flint before the water switch

19  occurred, right?

20      MR. LANCIOTTI:  Objection; form and

21  foundation; outside the scope of this expert's

22  testimony.

23      A.  Could you repeat the question?

24      Q.  Sure.

Highly Confidential - Joseph Graziano, Ph.D.

1          MR. TER MOLEN:  Sara, do you mind

2    reading that back?

3          (Record read as requested.)

4     A.   I agree.

5     Q.   Would the lead that they had -- let me

6    start over again.

7          Would the lead that the children in

8    Flint had in their bodies before the switch

9    occurred in April of 2014 have adversely affected

10   those children?

11         MR. LANCIOTTI:  Objection; form and

12   foundation.

13    A.   Yes.

14    Q.   Do you agree, Doctor, that before the

15   switch of water sources occurred in April of 2014,

16   that there was already lead in the drinking water

17   of Flint residents?

18         MR. LANCIOTTI:  Objection; form and

19   foundation; outside the scope of this expert's

20   testimony.

21    A.   I cannot know that.

22    Q.   I understand your response, Doctor, and

23   that's a good segue, then, to this question, which

24   is, can you describe for us what the primary

Highly Confidential - Joseph Graziano, Ph.D.

1   sources of lead exposure are in the United States?

2       A.   Well, historically, the primary sources

3   have been lead paint.  Until not so long ago, we

4   used lead in gasoline, and so there's lead in

5   dust.  Historically, there was lead in food much

6   more than today because of the use of lead solder

7   in canned foods.

8           But the largest source of exposure for

9   children in the United States today is still the

10  legacy of lead paint, which endures in many, many

11  homes.

12      Q.   Okay.  I understand that lead paint is

13  the largest source of exposure.  Then you'd agree

14  that over time, through lead paint deteriorating

15  or flaking off, that lead would also accumulate in

16  the soil?

17      A.   Yes.

18          MR. LANCIOTTI:  Objection; foundation.

19      A.   Yes.  In the exterior soil, yes.

20      Q.   Yes, right.

21          And as you indicated, I think, through

22  lead paint deteriorating, lead also would

23  accumulate in dust within homes?

24      A.   That is correct.

Highly Confidential - Joseph Graziano, Ph.D.

1    Q.   Okay.  And you mentioned that food has

2  been a concern for lead, in part, because of lead

3  solder in cans?

4    A.   Yes.  But that's largely historical.

5    Q.   With respect to consumer products,

6  Doctor, do those present any concerns with respect

7  to lead?

8    A.   There have been instances where pottery

9  coming from particularly Mexico, has had lead

10  paint on it.  There have been relatively,

11  fortunately rare, instances of toys that have

12  appeared, usually from abroad, that have lead

13  paint on it.  It's, again, lead paint, but on a

14  toy.

15    Q.   Understand.

16         What about cosmetics?

17    A.   There was a cosmetic called "kohl,"

18  K-O-H-L, which is a lead cosmetic that certain

19  cultures use, largely mid-eastern, I think.  But,

20  yeah, there have been cases of lead in cosmetics.

21    Q.   What about medicine?

22    A.   Not that I know of.

23    Q.   Smoking.  Doctor, is smoking a source of

24  lead?

Highly Confidential - Joseph Graziano, Ph.D.

1    A.    Smokers have higher blood leads than

2    nonsmokers.

3    Q.    And secondhand smoke is also a source of

4    lead exposure?

5    A.    You know, I'm not sure about that.

6    Smokers, because of their hand-to-mouth activity,

7    have the opportunity to ingest lead dust just from

8    their repeated hand-to-mouth activity.

9         I'm honestly not sure about contribution

10   of secondhand smoke to lead exposure.

11   Q.    Okay.

12   A.    In children.

13   Q.    Okay.  You're familiar with

14   Dr. Bruce Lanphear, right?

15   A.    Yes, I am.

16   Q.    Okay.  And, in fact, you were a

17   coauthor, is that right, of his 2005 paper?

18   A.    That's correct.

19   Q.    And Dr. Lanphear is an epidemiologist;

20   is that right?

21   A.    Pediatrician and epidemiologist, yes.

22   Q.    And he has focused on lead exposure

23   issues; is that right?

24        MR. LANCIOTTI:  Objection; form and

Highly Confidential - Joseph Graziano, Ph.D.

1    foundation.

2        A.    That is right.

3        Q.    And would you agree that lead concerns

4    is an ongoing focus of his?

5             MR. LANCIOTTI:  Objection; form and

6    foundation.

7        A.    Yes, it is.

8        Q.    Would you defer to Dr. Lanphear and his

9    opinions with respect to whether or not secondhand

10   smoke is a source of lead?

11            MR. LANCIOTTI:  Objection; form and

12   foundation.

13       A.    He's a rigorous scientist.  If he says

14   it's a source, then I would -- but I would want to

15   read -- if there's some peer-reviewed publication,

16   I would want to read it --

17       Q.    Sure.

18       A.    -- before I buy in.

19       Q.    Okay.  Trust but verify.  That's fair

20   enough, Doctor.

21       A.    Yeah.

22       Q.    Do children, in your experience, Doctor,

23   typically have exposure to lead from more than one

24   source?

Highly Confidential - Joseph Graziano, Ph.D.

1     A.   Yes.

2     Q.   And, Doctor, when was lead largely

3   phased out of the environment, at least in the

4   U.S., if you know?

5          MR. LANCIOTTI:  Objection; form and

6   foundation.

7     A.   Well, phased out of the environment?

8   You mean phased out of leaded gasoline?

9     Q.   Well, we can take it in steps.

10          When was it that lead was phased out of

11   products in the U.S.?

12     A.   It was largely during -- so blood leads

13   peaked in children in the United States around

14   1976, '77.  And at that time, we were using leaded

15   gas and we were -- still lead paint.  And a series

16   of public health measures over time led to the

17   banning of leaded gas, led to the banning of the

18   use of lead paint, banning of lead solder in cans.

19   And as a result, beginning in 1977 and onward to

20   today, blood lead concentrations in children in

21   the United States have declined.

22          I think those of us in the field, we

23   knew that leaded gasoline was a big source.  But

24   all of us were somewhat thunderstruck by the rapid

Highly Confidential - Joseph Graziano, Ph.D.

1    decline in blood lead concentrations in children

2    across the country once leaded gasoline was

3    banned.

4         Q.   And the leaded gasoline ban, Doctor,

5    that occurred, is it fair to say, in the late

6    1970s?

7         A.   I think that -- yeah, yes.

8         Q.   And is it fair to say, Doctor, that in

9    the later 1980s, there was a ban on lead in

10   products such as paint, such as fixtures for use

11   with plumbing, water source?

12        MR. LANCIOTTI:  Objection; foundation.

13        A.   I'd like to correct myself on the lead

14   in gasoline and then we'll come back to your

15   question.

16             When automobile makers start -- added

17   the catalytic converter to automobiles, that is

18   when there was a shift toward the use of unleaded

19   gasoline.  You may recall -- you and I are old

20   enough -- that you would pull into the gas station

21   and there would be leaded gas and unleaded gas.

22   The unleaded gas was for the newer automobiles

23   because lead fouls the catalyst in the catalytic

24   converter.

Highly Confidential - Joseph Graziano, Ph.D.

1           The actual ban on leaded gasoline didn't

2    take place until years later.

3           So that inflection point, from the high

4    blood leads in 1977, coming down was due to a

5    gradual transition away from leaded gas, but then

6    there was -- then the policy was changed.

7           And now if you would repeat your next

8    question.

9       Q.   That's fine.

10          So there was a -- bans on several

11   different products containing lead, it's fair to

12   say, that included lead gasoline, that included

13   lead in paint, that included using lead in

14   fixtures associated with interior home plumbing.

15          And all of those bans were in place by

16   the late 1980s; fair to say?

17      A.   Fair to say.

18          MR. LANCIOTTI:  Objection; form and

19   foundation.

20      A.   Fair to say.

21      Q.   Okay.  And is it fair to say, Doctor,

22   that these towns with housing stock that largely

23   predates the 1990s are more likely to have lead

24   sources than newer homes?

Highly Confidential - Joseph Graziano, Ph.D.

1              MR. LANCIOTTI:  Objection; form and

2      foundation.

3          A.   Yes, that's fair.

4          Q.   Okay.  And are you aware, Doctor, that

5      the vast majority of homes in Flint were built

6      before 1990?

7              MR. LANCIOTTI:  Objection; form and

8      foundation; outside the scope of this witness's

9      testimony.

10         A.   Yes, I am aware of that.

11         Q.   Okay.

12         A.   I have -- I have visited Flint

13     many years ago.  I've actually been there --

14         Q.   Oh.

15         A.   -- before any of this happened.

16         Q.   Sure.

17              What was the occasion for the visit?

18         A.   It's back when I was working on

19     hematologic diseases.  One of the diseases I

20     worked on -- it's known as Cooley's anemia, it's

21     known as Mediterranean anemia, it's known as

22     thalassemia -- occurs in -- most commonly in

23     children of Greek or Italian descent.  And there

24     was a community organization -- there was a --

Highly Confidential - Joseph Graziano, Ph.D.

1    quite a large cluster of such cases in Flint.  And

2    there was a community organization that invited me

3    to speak about my work on chelating agents in --

4    for iron.

5            And so I was out there for a completely

6    different reason, but I have been there.

7        Q.   That's very interesting.

8            Approximately what time frame was that,

9    Doctor?

10       A.   That was 1978, '79, roughly.

11       Q.   That's interesting.

12           Did you do any studies that related to

13   the folks in Flint?

14       A.   No.  I gave a talk.

15       Q.   Yeah.

16           Okay.  And you'd agree, Doctor, that

17   children who grow up in housing that predates 1990

18   are more likely to have higher blood lead levels

19   than children who grow up in newer homes?

20           MR. LANCIOTTI:  Objection; form and

21   foundation.

22       A.   Yes, I agree.

23       Q.   On Page 2 of your report, Doctor -- and,

24   again, I'm happy to show it to you if you'd

Highly Confidential - Joseph Graziano, Ph.D.

1    like -- I think it's more background

2    information -- you talk about the history of

3    Flint, and you write that "Environmental pollution

4    descended on Flint, Michigan during the first half

5    of the 20th century when the highly successful

6    auto industry was producing batteries and paints

7    and other components for automobile production."

8         Do you recall that?

9    A.    I do.

10   Q.    And obviously that pollution included

11   lead, right?

12        MR. LANCIOTTI:  Objection; foundation.

13   A.    I don't know that it included lead.  I

14   say that in my -- whatever it is, Page 2, echoing

15   comments from a colleague of mine at the School of

16   Public Health at Columbia, David Rosner.  David is

17   a public health historian.

18        And I heard him give a grand rounds

19   lecture at Columbia when the Flint issue was

20   coming to the news and David was brought in to

21   give a kind of a history -- lecture about the

22   history.  So I'm echoing David's -- and he is

23   world-class public health historian.

24   Q.    Okay.  I understand.  You're -- you're

Highly Confidential - Joseph Graziano, Ph.D.

1   repeating comments from one of your colleagues who

2   is a historian.

3         You did use -- you did include in your

4   summary of sources of pollution the production of

5   batteries there in your report.  And I think you

6   testified earlier today that you had, in fact,

7   been retained as an expert in a case recently,

8   right, where you were testifying on behalf of a

9   plaintiff who had a significant occupational

10  exposure to lead due to working in a battery

11  plant, right?

12        MR. LANCIOTTI:  Objection; form.

13  A.   Right.

14  Q.   Okay.  Is it fair to say, Doctor, you'd

15  expect that at least the production of batteries

16  would result in some lead pollution?

17        MR. LANCIOTTI:  Objection; form and

18  foundation.

19  A.   It would result in the production of

20  lead dust, which could be disseminated around the

21  factory.

22  Q.   Okay.  And from the factory into the

23  broader environment, wouldn't you expect?

24        MR. LANCIOTTI:  Objection; form and

Highly Confidential - Joseph Graziano, Ph.D.

1    foundation.

2         A.    Possibly.

3         Q.    And are you aware, Doctor, that going

4    back to the 19th century, the City of Flint had a

5    municipal ordinance that required the use of lead

6    for the service line that was feeding water into

7    the home from the public distribution system?

8              MR. LANCIOTTI:  Objection; form and

9    foundation; outside the scope of testimony.

10        A.    I did read that in one of the documents,

11   perhaps the commission document.  I'm not certain.

12        Q.    Okay.  And certainly the existence of a

13   lead service line for the water supply for homes

14   would be a basis for lead getting into the water.

15   Is that not the case?

16             MR. LANCIOTTI:  Objection; form and

17   foundation.

18        A.    That is the case.

19        Q.    And you agree, Doctor, that children who

20   live in homes with lead paint are more likely to

21   be exposed to lead than children who do not live

22   in homes with lead paint?

23             MR. LANCIOTTI:  Objection; form and

24   foundation; asked and answered.

Highly Confidential - Joseph Graziano, Ph.D.

1       A.   Yes, I agree.

2       Q.   Does the type of housing, in your

3  opinion, Doctor, affect exposure to lead paint?

4       A.   What exactly do you mean by "type of

5  housing"?

6       Q.   Well, there have been some studies --

7  and I had a discussion about this with

8  Dr. Lanphear not too long ago -- that indicate

9  that different kinds of housing, whether it be

10  rental housing, whether it be housing in poor

11  condition, are more likely, in his view, to lead

12  to exposure of children to lead paint.  That's the

13  context, if that's helpful for you in answering

14  the question, Doctor.

15      A.   I would agree that housing that is not

16  well maintained increases the likelihood that a

17  child could be exposed to lead paint, if there is,

18  in fact, lead paint in the residence.

19      Q.   Okay.  And by that, you mean that in a

20  well-maintained home, the lead paint would

21  generally be sealed or covered in ways that would

22  minimize exposure; is that right?

23           MR. LANCIOTTI:  Objection; form and

24  foundation.

Highly Confidential - Joseph Graziano, Ph.D.

1     A.   It's more likely to be encapsulated by

2  nonlead paint.

3     Q.   And you agree, Doctor, that some homes

4  have lead paint on the exterior of the home?

5          MR. LANCIOTTI:  Objection; foundation.

6     A.   Yes.

7     Q.   And you agree, Doctor, that on some

8  homes, there's lead paint on fences and garages?

9          MR. LANCIOTTI:  Objection; foundation.

10     A.   Likely, yes.

11     Q.   And is it fair to say, Doctor, that the

12  more lead paint that there is in a home, that,

13  therefore, the higher the lead dose you would

14  expect to find in a child who lives in that home?

15          MR. LANCIOTTI:  Objection; form and

16  foundation.

17     A.   I would say there's a higher probability

18  that the child could get exposed.  It doesn't

19  guarantee that exposure would take place, but it

20  increases the opportunity for exposure to occur.

21     Q.   Okay.  And my question, I think, is --

22  or the question I'm trying to ask, at least,

23  Doctor, is slightly different, and that is getting

24  to the level of the lead dose, if you will, right?

Highly Confidential - Joseph Graziano, Ph.D.

1           And so is it fair to say, Doctor, that

2    the more lead paint there is in a home, then the

3    higher the probability that a child living in that

4    home will have a higher lead dose?

5           MR. LANCIOTTI:  Objection; form and

6    foundation.

7           MR. STERN:  Object to form.  He's

8    already testified that the quantity of lead

9    ingested by the child determines the dose, not the

10   level of lead inside a particular structure.  He

11   just said it two seconds ago better than I did.

12   Asked and answered.

13   BY MR. TER MOLEN:

14       Q.   You can go ahead and answer the

15   question, Doctor.

16       A.   Could you repeat the question, please?

17       Q.   Sure.

18           MR. TER MOLEN:  Sara, do you mind

19   reading it back?

20           (Record read as requested.)

21       A.   Yes.  The higher -- there would be a

22   higher probability.

23       Q.   You would agree, Doctor, that in an

24   urban area like Flint with the vast majority of

Highly Confidential - Joseph Graziano, Ph.D.

1    the homes being built in -- before 1990, that you

2    would expect the soil to contain lead?

3            MR. LANCIOTTI:  Objection; form and

4    foundation.

5        A.   Yes.

6        Q.   And going back just briefly to the

7    homes, Doctor, just -- and, again, looking at a

8    city like Flint, you'd expect that from home to

9    home as you move through the City, there would be

10   great variation as to the amount of lead in any

11   particular home; is that right?

12           MR. LANCIOTTI:  Objection; form and

13   foundation.

14       A.   That's right.  Depending upon the

15   conditions of the home.

16       Q.   And with respect to water -- and by

17   "water," I mean drinking water being supplied by

18   the City -- you'd agree that whether or not

19   drinking water being supplied to any given home

20   contains lead depends on a variety of factors?

21           MR. LANCIOTTI:  Objection; form and

22   foundation; beyond the scope of this witness's

23   testimony.

24       A.   Can you ask that again, please?

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.   Sure.  Let me maybe ask it a different

2   way.

3           In some homes, there is lead in the

4   drinking water.  Would you agree with that?

5           MR. LANCIOTTI:  Objection; form;

6   foundation.

7      A.   Yes.

8      Q.   Okay.  What are the factors, in your

9   view, Doctor, that determine whether or not there

10  is lead in the drinking water of any particular

11  home?

12          MR. LANCIOTTI:  Objection; form and

13  foundation.

14     A.   The factors would include, for example,

15  whether there is lead pipe delivering water to the

16  home, whether the main -- the lead main linking

17  the water supply from the street to the house is a

18  lead main; the corrosion control employed by the

19  water supplier would have an impact on the

20  concentration of lead in the water from those lead

21  in pipes.  It could involve the plumbing within

22  the house, the faucets and so forth.

23          I think that's all I can think of.

24     Q.   Okay.  Fair enough.  That's a good

Highly Confidential - Joseph Graziano, Ph.D.

1  summary.

2          And so you would agree, Doctor, that

3  going from home to home in the City of Flint,

4  there could be great variation as to whether or

5  not any home had lead in its water, and if it did

6  have lead, how much lead there was; is that fair

7  to say?

8          MR. LANCIOTTI:  Objection; form.

9      A.   That's fair to say.

10     Q.   Okay.  And in this case, Doctor, it's

11  fair to say that you haven't looked at to what

12  degree, if any, any of the bellwether plaintiffs

13  have been exposed to lead from paint; is that

14  right?

15         MR. LANCIOTTI:  Objection; form; asked

16  and answered.

17     A.   That's right.

18     Q.   And you've also not -- well, let me back

19  up here.

20         And sitting here today, Doctor, you're

21  not able to opine to what degree, if any, any of

22  the bellwether plaintiffs have been exposed to

23  lead from water; is that right?

24         MR. LANCIOTTI:  Objection; asked and

Highly Confidential - Joseph Graziano, Ph.D.

1   answered.

2        A.   That's right.  I think we already

3   discussed that.

4        Q.   Okay.  You're familiar, I'm sure,

5   Doctor, with the term "dose"?

6        A.   Yes.

7             MR. LANCIOTTI:  Objection; foundation.

8        A.   Yes, I am.

9        Q.   Can you explain for us what you

10  understand that term to mean.

11       A.   Dose is the quantity of a substance, be

12  it a drug, be it a toxicant, that one is exposed

13  to either by ingestion, inhalation, or dermal

14  absorption.

15       Q.   Okay.  And do you draw a distinction

16  between dose on the one hand and -- I'll use the

17  word "absorption," on the other hand?

18            MR. LANCIOTTI:  Objection; form.

19       A.   Absorption is something else.

20       Q.   Let me use the term "uptake."  Would

21  that help?  Do you draw a distinction between the

22  term "dose" versus "uptake"?  Is that helpful or

23  not?

24            MR. LANCIOTTI:  Objection; form.

Highly Confidential - Joseph Graziano, Ph.D.

1    A.   Well, let's just assume we're talking

2 about ingestion for a moment.  Forget about air

3 and dermal.

4        The dose is the amount, the quantity

5 that one swallows.  Absorption can influence the

6 fraction of that dose that actually enters the

7 bloodstream.  So they are two different things.

8    Q.   Okay.

9    A.   Absorption can refer to what we call the

10 "bioavailability" of the dose.

11   Q.   I think we're getting at the same point,

12 Doctor, and so apologies for my layman background

13 here.  Okay?  But to maybe come at this -- and if

14 you want to treat me as a particularly slow

15 student, feel free.

16       But to come at this, then, from another

17 direction perhaps, Doctor, the -- with respect to

18 lead, different individuals can be exposed to the

19 same level, if you will, of lead, but their bodies

20 might absorb different amounts from that exposure;

21 is that fair?

22       MR. LANCIOTTI:  Objection; form.

23   A.   That's totally fair.

24       MR. STERN:  Objection to form; move to

Highly Confidential - Joseph Graziano, Ph.D.

1    strike the colloquy.

2    BY MR. TER MOLEN:

3        Q.   Can you explain for us why there would

4    be a difference between exposure versus -- I'll

5    call it uptake.  If you want to use a different

6    word, feel free.

7            MR. LANCIOTTI:  Objection; form.

8        A.   There's one classic explanation for that

9    with regard to lead, and that has to do with iron

10   deficiency.  Children -- let me backtrack.

11           When one is iron deficient -- let me

12   backtrack once more.

13           We typically absorb a relatively small

14   fraction of the iron in our diets into the

15   bloodstream.  It's usually on the order of

16   10 percent, except for red meat.  But if you eat

17   your spinach, you're going to absorb only about

18   10 percent or less, perhaps.

19           If you are iron deficient, you absorb

20   much more, 20, 30 percent.  And we know why.  We

21   know -- on a molecular level, we know why.

22           When you're iron deficient, your body

23   recognizes that you're iron deficient, and your

24   GI -- the lining of your GI tract actually puts up

Highly Confidential - Joseph Graziano, Ph.D.

```
 1   receptors for iron.  There's a transporter called

 2   "divalent metal transporter."  And you up-regulate

 3   that transporter in the lining of your gut.  And

 4   by that means, your body takes up more iron, and

 5   that's a good thing.

 6            The bad thing is it's not called the

 7   iron transporter.  It's called the divalent metal

 8   transporter.  It's not specific for iron.

 9            So children with iron deficiency, by

10   virtue of the fact that they have up-regulated

11   their ability to pull in iron, unfortunately also

12   pull in other divalent metals, including lead.

13            So an example here is when I worked on

14   the succimer trials in children in New York City

15   with substantially elevated blood lead

16   concentrations, they often also had iron

17   deficiency.  It was not uncommon for these two

18   conditions to co-occur.

19            So, yes, we vary in our ability to

20   absorb lead and any other metals.

21       Q.   That was a great example, Doctor, and

22   that's exactly what I was getting at.  Thank you.

23            And is it fair to say that for purposes

24   of the body's uptake, that lead mimics iron for
```

Highly Confidential - Joseph Graziano, Ph.D.

1    purposes of being absorbed by the body?

2              MR. LANCIOTTI:  Objection to form.

3         A.   Well, I don't know that it mimics iron.

4    It happens to have an affinity for that

5    transporter.  If you limit your analogy to that

6    specific case, I would say yes.  Once in the body,

7    lead does not tend to interfere with iron.

8         Q.   I understand.

9         A.   Yeah.

10        Q.   Understand.

11             Okay.  And so is it fair to say, Doctor,

12   that a child who is iron deficient, they are --

13   that child is more likely to absorb lead than a

14   child who is not iron deficient, fair?

15        A.   Yes.

16             MR. LANCIOTTI:  Objection; form and

17   foundation.

18        A.   Fair.

19        Q.   The same is true for calcium, correct?

20             MR. LANCIOTTI:  Object to form and

21   foundation.

22        A.   To a much lesser extent.  Calcium --

23   there is a literature on calcium and lead

24   absorption.  Children who are calcium deficient

Highly Confidential - Joseph Graziano, Ph.D.

1    could -- if the diet is deficient, and relatively

2    deficient in calcium, it can increase the

3    absorption of lead to a much less extent.

4        Q.    Okay.

5        A.    I would rank the iron deficiency

6    situation to be much more important than calcium

7    in the diet.

8        Q.    Well, thank you.  That's interesting.

9    That's helpful.  I hadn't heard that before.

10            Would you agree, Doctor, that a child

11   who is calcium deficient is more likely to absorb

12   lead than a child who is not calcium deficient?

13            MR. LANCIOTTI:  Objection; form;

14   foundation.

15       A.    I don't know of a literature on children

16   with calcium deficiency.  Calcium deficiency is

17   not a common thing.  So I don't know of a

18   literature, per se, of children with calcium

19   deficiency.  I do know of a literature about

20   calcium present in the diet influencing lead

21   absorption.

22       Q.    And what is the upshot of that

23   literature, Doctor?

24            MR. LANCIOTTI:  Objection to form.

Highly Confidential - Joseph Graziano, Ph.D.

1      A.   That a giant -- and this is known from

2   animal studies as well, which we can do

3   carefully -- a diet that is relatively deficient

4   in calcium will allow lead absorption to proceed

5   at a faster rate or more extensive -- to a greater

6   extent.

7      Q.   Okay.  And so to ask my question

8   differently, in a child who has a diet that is

9   relatively deficient in calcium is more likely to

10  absorb lead than would a child whose diet is not

11  deficient in calcium, right?

12          MR. LANCIOTTI:  Objection; form;

13  foundation; asked and answered.

14     A.   I agree with that.

15     Q.   Okay.

16          MR. LANCIOTTI:  Mr. Ter Molen, we've

17  been going for close to two hours.  Do you

18  anticipate arriving at a point where we can take a

19  short break?

20          MR. TER MOLEN:  That's fine.  Why don't

21  we take a break.  Let's see.  You said we've been

22  going for a while, Patrick.  Let's come back --

23  and I want to get into one more point here -- but

24  let's come back at, say, five minutes after the

Highly Confidential - Joseph Graziano, Ph.D.

1    hour.  Take a 10-minute break.

2              VIDEOGRAPHER:  The time is 10:54 a.m.,

3    and we're off the record.

4              (Recess taken.)

5              VIDEOGRAPHER:  The time is 11:06 a.m.,

6    and we're on the record.

7    BY MR. TER MOLEN:

8        Q.   Doctor, can you describe some of the

9    variables that, in your view, affect a person's

10   dose of lead?

11             MR. LANCIOTTI:  Objection; form and

12   foundation.

13       A.   Age.  Children -- young children have

14   hand-to-mouth activity that leads them to ingest

15   more lead; the home environment -- quality of the

16   home environment, as we've touched on already; the

17   housing stock, we've touched on.

18             In the past, when we used leaded

19   gasolines, distance from the highway -- from the

20   nearest highway; the nutritional variables that

21   we've talked about, iron, and to a lesser extent,

22   calcium.

23             That's what comes to mind.

24       Q.   Okay.  Thank you.  That's helpful.

Highly Confidential - Joseph Graziano, Ph.D.

1            And you mentioned home environment and

2    then separately, the housing stock.  And I think I

3    understand housing stock, and by that, I think you

4    mean whether or not the home contained materials

5    that contained lead; is that right?

6        A.   I was referring to the age of the homes,

7    as we've already talked about.

8        Q.   I understand.

9            And I want to make sure I understand the

10   term "home environment," if you can explain that

11   term for me.

12       A.   I mean the conditions, the repair -- the

13   extent of repair or disrepair of the home.

14       Q.   Very good.

15           What about genetic factors?  Does that

16   play a role?

17       A.   No, not really.  There's some small

18   literature on -- that is not substantially

19   convincing regarding one polymorphism from one

20   particular protein.  But, no, genetics are not

21   really a big factor.

22       Q.   If you were evaluating whether children

23   in a particular home had been exposed to lead in

24   drinking water, would it be important to you to

Highly Confidential - Joseph Graziano, Ph.D.

1    know whether or not that home had a filter that

2    was used for the drinking water?

3            MR. LANCIOTTI:  Objection; form and

4    foundation; and beyond the scope of this expert's

5    testimony.

6        A.   I think it is beyond the scope of my

7    expertise.  I'm not an expert on filters.  I do

8    not -- do not know much about water filters.

9        Q.   Okay.  In your report, Doctor, you focus

10   on five different adverse health incomes [sic],

11   big picture; is that fair to say?

12           MR. LANCIOTTI:  Objection to form;

13   foundation.

14       A.   I focused on five health outcomes,

15   right.

16       Q.   And I'm -- just to summarize, okay, as I

17   read your report, those five are as follows:

18   Number 1, neurobehavioral effects; Number 2,

19   neurological diseases later in life; Number 3,

20   antisocial behavior and aggression in childhood;

21   Number 4, renal disease; and Number 5,

22   hypertension.

23           Did I identify those correctly?

24       A.   Yes.

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.   Now, for those five adverse health

2  effects, do any of them have other causes apart

3  from lead?

4           MR. LANCIOTTI:  Objection; form.

5           Do you want to split that question up,

6  Mr. Ter Molen?

7           MR. TER MOLEN:  I'm fine with the

8  question as is.  I think we'll be splitting it up

9  here momentarily, but I'm fine leaving it as is

10  for now.

11  BY MR. TER MOLEN:

12     Q.   If you understand the question, Doctor.

13     A.   I do.  I would say yes.

14     Q.   Okay.  In fact, each of those five has

15  other adverse causes other than -- let me ask that

16  question again.

17          Each of those five adverse health

18  outcomes has causes other than lead, right?

19          MR. LANCIOTTI:  Objection; form and

20  foundation.

21     A.   Yes.

22     Q.   Okay.  So let's start with hypertension.

23  Can you identify for us other causes of

24  hypertension?

Highly Confidential - Joseph Graziano, Ph.D.

1      A.   Sure.  Diet, body weight, body mass

2   index, age.

3      Q.   Okay.  Very good.

4           And for purposes of the bellwether

5   plaintiffs, you've not done any evaluation of

6   these other factors; is that fair to say?

7           MR. LANCIOTTI:  Objection; form;

8   foundation; asked and answered.

9      A.   That's fair to say.

10     Q.   Thank you.

11          Similarly, for renal disease, Doctor, if

12   you can identify other causes for renal disease,

13   putting lead aside.

14     A.   Sure.  Hypertension; other environmental

15   exposures; age.  I'm not sure about genetics, but

16   I'll stop there.

17     Q.   Okay.  And, similarly, Doctor, you've

18   not done any evaluation of any bellwether

19   plaintiffs for these other causes, right?

20          MR. LANCIOTTI:  Objection; form;

21   foundation; asked and answered.

22     A.   That's right.

23     Q.   Okay.  Let's talk about antisocial

24   behavior and aggression in childhood.

Highly Confidential - Joseph Graziano, Ph.D.

1           You'd agree, Doctor, that there are many

2   potential causes for antisocial behavior and

3   aggression in any particular child?

4           MR. LANCIOTTI:  Objection; form.

5       A.   Yes, I would.

6       Q.   Okay.  Can you identify, in your view,

7   the primary causes of antisocial behavior and

8   aggression in childhood?

9       A.   I would say it's socioeconomic status;

10  racism, bullying, parenting.

11      Q.   Thank you.

12          And, similarly, as for the other two

13  we've talked about, Doctor, you've not done any

14  evaluation of the bellwether plaintiffs for

15  purposes of determining whether these other causes

16  may or may not come into play; is that right?

17          MR. LANCIOTTI:  Objection; form;

18  foundation; asked and answered.

19      A.   That is right.

20      Q.   Let's shift over to the neurological

21  diseases later in life category, Doctor.  And I

22  believe you identify three, which are

23  schizophrenia, Parkinson's, and essential tremor;

24  is that right?

Highly Confidential - Joseph Graziano, Ph.D.

1      A.    That's fair.

2      Q.    It probably makes sense to talk about

3   each of those three individually.  Would you

4   agree?

5      A.    Sure.

6      Q.    Okay.  So then for schizophrenia,

7   Doctor, what are the primary causes of

8   schizophrenia, in your view?

9      A.    Well, this is something I know a little

10  bit about.  There are genetic factors, but there's

11  a significant literature about exposures or

12  dietary deficiencies during pregnancy, during

13  gestation, during fetal life, that predispose one

14  to go on and develop schizophrenia.  My -- I

15  mentioned early on, the woman -- the

16  epidemiologist who buttonholed me, as you said,

17  and called me aside, she, Zena Stein, and her

18  husband, Mervyn Susser, did a very, very famous in

19  all of epidemiology landmark study, that so-called

20  Dutch famine study.  During World War II, the

21  Dutch were essentially starved by Nazi Germany

22  during a period of eight or 10 months or so.  And

23  Susser and Stein, the husband-wife team, studied

24  the children who experienced the famine in fetal

Highly Confidential - Joseph Graziano, Ph.D.

1    life.  And they followed them out into adulthood,

2    and lo and behold, the nutritional depravation

3    during -- just during gestation, predisposes those

4    offspring to go on and develop schizophrenia.

5           So it's a very powerful line of

6    investigation about early life exposure and

7    developing very disabling disease later in life.

8           There are also genetic factors.  I know

9    Susser and Stein -- as I said, she buttonholed

10   me -- and their son, Ezra Susser, who is my age,

11   actually became chairman of epidemiology when I

12   was chairman of environmental sciences, and so

13   we've exchanged a lot of things.

14          I know there are genetic factors.  My

15   daughter, as an aside, adopted a child whose

16   mother is schizophrenic, father not.  And so we

17   had many conversations before she adopted that

18   child about what are the risks of this adopted

19   child of going on to develop schizophrenia, which

20   is a spectrum -- there's a spectrum, just like

21   autism.  And there's a 1-in-7 chance that a child

22   with one schizophrenic parent could develop

23   some -- something along the spectrum disorder,

24   although if raised outside of the home of

Highly Confidential - Joseph Graziano, Ph.D.

1   schizophrenics, they do much better.  So the

2   social environment, you know -- it's interesting.

3        Q.   That is interesting.

4        A.   So that's -- I just told you -- it so

5   happens my daughter is a psychiatric social worker

6   who deals just with schizophrenics, newly

7   diagnosed schizophrenics, so I get a lot of it at

8   home.

9        Q.   Right.  Understand.  Understand.  Okay.

10  Thank you, Doctor.

11            And then, similarly, you've not

12  evaluated any of the bellwether plaintiffs for

13  these other factors with respect to schizophrenia,

14  right?

15            MR. LANCIOTTI:  Objection; form;

16  foundation; asked and answered.

17        A.   No, I have not.

18        Q.   Let's shift over to Parkinson's, Doctor.

19            What are the primary causes of

20  Parkinson's, in your view?

21        A.   It's a disease that's not really very

22  well understood, not as much.  There are genetic

23  factors.  Of course age.  The -- you know, I've

24  heard it said by the Parkinson's expert -- excuse

Highly Confidential - Joseph Graziano, Ph.D.

1    me one second.

2        Q.   That's fine.

3        A.   The neurologist at Columbia, who is the

4    guru for Parkinson's disease at our institution,

5    if you live long enough, you will get it.  It's,

6    you know, a deterioration of a certain region of

7    the brain, and if you live long enough, it will

8    happen.  So it's a deterioration that accelerates

9    under certain conditions.

10           There are known chemicals that induce

11   syndromes like Parkinson's.  Manganese --

12   occupational exposure to manganese, they develop

13   early Parkin- -- what's -- something called

14   "Parkinsonism."  It's not exactly the same

15   idiopathic Parkinson's disease, but it's a

16   well-known risk factor.

17           Welders, men who work in welding and use

18   manganese welding rods, are prone to develop a

19   Parkinson-like syndrome.  So there are -- there

20   are known chemical exposures that do it, but aging

21   and beyond that.

22           I think I've said all that I want.

23       Q.   No, that's fine.  I appreciate that.

24           And, similarly, Doctor, you've not

Highly Confidential - Joseph Graziano, Ph.D.

1  evaluated the bellwether plaintiffs for any of

2  these factors; fair to say?

3        A.   That's correct.

4        Q.   Okay.  And then with respect to

5  essential tremor, Doctor, what are the primary

6  causes, in your view, of essential tremor?

7        A.   So here again, there are genetics and

8  there is a chemical, a substance called harmine

9  that induces tremor in animals, and we have it in

10  our diets.  And my colleague -- here again, the

11  Columbia expert on essential tremor, Elan Louis,

12  has published on exposure to that chemical.

13           There are also genetic risks.  I can't

14  tell you in a quantitative way, but if there's a

15  family history, there's a greater likelihood of

16  developing essential tremor.

17        Q.   Okay.  Similarly, Doctor, for essential

18  tremor, you've not evaluated the bellwether

19  plaintiffs for any of the factors that you

20  identified, right?

21        A.   No.

22           MR. LANCIOTTI:  Objection; form;

23  foundation; asked and answered.

24        A.   No, I have not.

Highly Confidential - Joseph Graziano, Ph.D.

1    Q.   All right.  And the last category,

2  Doctor, is neurobehavioral effects.  And with

3  respect to neurobehavioral effects, Doctor, what

4  are the primary causes, in your view?

5    A.   Are we limiting it to intelligence?

6    Q.   Well, that's a very good point.  Why

7  don't we start first with if you could just define

8  what you mean by neurobehavioral effects and we'll

9  take it from there.  Okay?

10    A.   Well, neurobehavioral, I guess my child

11  psychologist colleagues would cluster in there

12  intelligence, behavior, conduct disorder.  We also

13  study motor function, which is neuro related.

14    Q.   Okay.  Anything else that you would --

15  as you use the term "neurobehavioral effects,"

16  anything else that you would put in that category?

17    A.   Under that category, we have studied

18  classroom performance, classroom behavior.

19    Q.   Okay.  Anything else?

20    A.   Not right now.

21    Q.   Fair enough.

22         Doctor, you mentioned conduct disorder,

23  and I want to make sure I understand, because

24  earlier we talked about, as a separate category,

Highly Confidential - Joseph Graziano, Ph.D.

1   antisocial behavior and aggression, right?

2        A.   Right.  Right.

3        Q.   Would conduct disorder fit in that

4   category?

5        A.   I guess it would as a subset.

6        Q.   Okay.

7        A.   If we put it as a subset.

8        Q.   That's fine.

9             Okay.  Well, I'm going to break that out

10  from the neurobehavioral effects, okay, since we

11  already talked about that category.

12            Is that okay with you if we talk

13  about --

14       A.   That's fine.

15       Q.   Okay.  And then you also mentioned

16  behavior, I think, in general, under the

17  neurobehavioral effects.

18            Would you distinguish behavior from that

19  same category we talked about already, antisocial

20  behavior and aggression?

21       A.   Well, I'm not a psychologist, but there

22  are other dimensions of behavior that are outside

23  of antisocial behaviors.  So I -- you know, I

24  would say there's more to behavioral issues than

Highly Confidential - Joseph Graziano, Ph.D.

1    just the antisocial behavior.

2         Q.   I understand in a purer sense, that the

3    term "behavior" isn't limited to antisocial

4    behavior and aggression, but for purposes of

5    studying the effects of lead on children, would

6    you have a separate category for behavior versus

7    antisocial behavior and aggression, Doctor?

8         A.   I would.  Here again, I would rely on my

9    colleagues, you know.  Our work on lead and this

10   neurobehavior category has always involved

11   significant expertise by research.

12   Gail Wasserman, if you read my CV, you've seen

13   many of the papers.  Gail Wasserman is actually

14   the first author on anything having to do with

15   this category of neurobehavior.

16              And I would -- frankly, Mark, I would

17   turn to her and ask her for her opinion here

18   rather than my sit here and --

19        Q.   No, that's fine.  I understand.

20              I'm really trying to get at what your

21   opinions are, Doctor, so let me come at this

22   another way.

23              Is it fair to say that for your opinions

24   in this case, Doctor, when you talk about

Highly Confidential - Joseph Graziano, Ph.D.

1    neurobehavioral effects as distinct from the other

2    categories that we've talked about, that you're

3    talking about intelligence?

4         A.   Yes.  That's the prime component that

5    I'd like to talk about, yes.

6         Q.   That's fine.  Well, why don't we talk

7    about that, then.

8              So focusing on neurobehavioral effects,

9    then, Doctor, with respect to intelligence, which

10   is the focus of your opinions, what other causes,

11   putting lead exposure aside, are there in your

12   view for neurobehavioral effects?

13        A.   We're just talking about intelligence

14   now, correct?

15        Q.   Yes, we are.

16        A.   Yeah.  Well, there are -- there are a

17   long list of them, and these are the so-called

18   confounding variables that we consider whenever we

19   do an analysis of the relationship between lead --

20   blood lead and child intelligence.

21             To -- to list them, one is quality of

22   the home-rearing environment.  And there is an

23   assessment, it's called Caldwell's HOME.  It's an

24   assessment one does.  You go into the home and

Highly Confidential - Joseph Graziano, Ph.D.

1   you -- it's a structured interview of -- typically

2   of mom or the primary caretaker, and you interview

3   the caretaker about many aspects of the child's

4   daily life.  Do you take the child to -- shopping

5   with you?  To what extent does the child have

6   exposure -- normal exposure?  How many books does

7   the child have?  How many toys does the child

8   have?  Is the child's art hanging on the wall?

9   You know, these are indicators -- is there a clock

10  on the wall, believe it or not?  These are

11  indicators of sort of the quality of the home

12  environment.

13          Another one is birth order.  First-born

14  children do better.  Why is that?  Well, let me

15  backtrack.

16          So the developing brain in an infant --

17  the developing brain has the most neuronal

18  connections at the age of 1.  And then brain

19  actually begins trimming back neuronal

20  connections.  And it's -- there's a term for it --

21  I'm blocking on the word -- but in any case, it's

22  pruning.  It is literally pruning back.  And how

23  does the brain know?  Which neuronal connections

24  do you keep and which ones do you discard?  Well,

Highly Confidential - Joseph Graziano, Ph.D.

1  you keep the ones that are being used.  And so

2  this is one of the reasons why this social-to-home

3  environment, the social stimulation, actually

4  helps kids retain neuronal connections.  In the

5  absence of social stimulation, there's a

6  dissipation of that.

7          So birth order plays right into that.

8  Think about -- I don't know -- I have three

9  children.  First-born child gets all of the

10  attention.  You read to the child, you know.  You

11  take a thousand photographs of the child, you

12  know, the first child.  You know, the second one

13  gets a little less attention, third one less, and

14  so on.  So being born ahead of the rest of the

15  pack is actually beneficial.  And so we always

16  control for birth order.

17          Mother's education here again and

18  mother's age play into the ability of the mom to

19  socially engage the child, intellectually engage

20  the child.  So it's well known that women of lower

21  education are more likely to have children who do

22  relatively poorly.  It makes some logical sense.

23          Mother's age.  Very young mom does not

24  do as well in giving a child stimulation and so

Highly Confidential - Joseph Graziano, Ph.D.

1    on.

2            Marital status is a variable that we

3    always take into account.  Single mom or dad has

4    much more of a challenge of providing a child with

5    the social stimulation.

6            Prenatal smoking, prenatal alcohol

7    abuse.

8            So these are some of the factors that

9    are known to influence a child's intelligence, and

10   these are the very factors that we statistically

11   adjust for as you, I'm sure, by now well know

12   having read the Lanphear papers and others -- and

13   my own.

14       Q.   Yes.  Thank you, Doctor.  I have a bit

15   of a layman education here.

16           And with the various factors you've

17   described, it's fair to say, Doctor, as we've

18   talked about for the other categories here, is

19   that you've not evaluated any of the bellwether

20   plaintiffs for the existence of these factors,

21   right?

22           MR. LANCIOTTI:  Objection; form;

23   foundation; asked and answered.

24       A.   No, I have not.

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.    And you'd agree, Doctor, that to

2  determine what degree, if any, lead had

3  contributed -- let me start over again.

4          You would agree, Doctor, that to

5  determine whether or not exposure to lead had

6  contributed to an effect on intelligence for any

7  particular individual, that one would need to

8  evaluate and understand all of the different

9  factors you've identified, right?

10         MR. LANCIOTTI:  Objection; form;

11  foundation.

12     A.    Correct.

13         MR. TER MOLEN:  I'd like to introduce a

14  document -- I think we're at Exhibit 6 now --

15  which is from the year 2000, and it's with respect

16  to, I believe, your Yugoslavia work.  The primary

17  author, I believe, is a gentleman by the name of

18  Wasserman.

19     A.    It's a woman.  Gail.

20     Q.    Oh, thank you.  Appreciate that.

21                   - - -

22         (Graziano Exhibit 6 marked.)

23                   - - -

24         MR. TER MOLEN:  Thank you, Sam.

Highly Confidential - Joseph Graziano, Ph.D.

1        If you could maybe blow -- yeah, thanks.

2        THE WITNESS:  Could I just read the

3    abstract for a second just to give me a...

4        Okay.

5        MR. TER MOLEN:  Do you mind just

6    scrolling through just quickly, Sam, and we'll --

7    yeah, thank you.

8        THE WITNESS:  Could you just go back --

9    just let me look at this.  We've published many

10   papers together.  I just want to get a sense of

11   which one this is.

12       Can I see the figures, please?

13       And the next figure, please?

14       Okay.

15   BY MR. TER MOLEN:

16       Q.   Okay.  So, Doctor, you recognize this

17   document that we've marked as Exhibit 6 as a paper

18   that you coauthored, right?

19       A.   20 years ago.  Yes.

20       Q.   I'm not going to ask you to recite it

21   chapter and verse, Doctor.

22       And this paper relates to the Yugoslavia

23   cohort study that you talked about earlier, right?

24       MR. LANCIOTTI:  Objection; form.

Highly Confidential - Joseph Graziano, Ph.D.

```
 1        A.    That's correct.

 2        Q.    Okay.

 3              MR. TER MOLEN:  Let's go to Page 817, if

 4   you don't mind, Sam.

 5        Q.    Okay.  And there is some specific

 6   language here that I'm looking at.  If we go just

 7   above to that paragraph that's just above

 8   "Acknowledgments" on the right side.

 9              Do you see that?

10        A.    Yes.

11        Q.    And then -- let me make sure I've got

12   it -- you see the first sentence there, "in

13   summary"?

14        A.    Yes.

15              MR. TER MOLEN:  We'll come back, Sam, in

16   a second to the other language here.

17        Q.    But "In summary, in the present setting,

18   elevations in both prenatal and postnatal blood

19   lead levels are independently associated with

20   small decrements in young children's

21   intelligence."

22              Do you see that?

23        A.    Yes.

24        Q.    Okay.  Bear with me a minute.  I just
```

Highly Confidential - Joseph Graziano, Ph.D.

1   want to find some additional language here.

2             MR. TER MOLEN:  Can you scroll down just

3   a little bit.

4        Q.   Yeah, the bottom left here -- the

5   paragraph that starts at the bottom left?

6             Do you see that, Doctor?  You say "We

7   estimate that relatively high levels of lead are

8   associated with relatively small decrements of

9   IQ."

10            Do you see that?

11       A.   Yes, I do.

12       Q.   Okay.  And do you agree with that today?

13       A.   Yes, I do.  20 years ago, this was what

14  we believed.

15       Q.   Okay.  What --

16       A.   Much has happened -- much has happened

17  in the ensuing two decades.

18       Q.   And this study was focused on blood lead

19  levels that were -- as I think you can see there

20  later on in the same paragraph, that were above

21  10 micrograms per deciliter, right?

22            MR. LANCIOTTI:  Objection; foundation;

23  form.

24       A.   Just allow me to read it, please.

Highly Confidential - Joseph Graziano, Ph.D.

1          Well, let me make a comment here.  The

2     Yugoslavia study did not, of course, only include

3     children with very high blood leads.  It included

4     children with very low blood leads as well in the

5     Pristina city where exposures were very, very low.

6          We used this window of 10 to

7     30 micrograms per deciliter just to illustrate

8     that this is what can happen if blood leads go

9     from 10 -- you know, a child -- child with a blood

10    lead of 30 would have 4.3 IQ points less than a

11    child with a blood lead of 10.  Let's just use

12    that as a means of giving the reader some sense of

13    the magnitude of the loss in IQ for children in

14    that range.

15         Since this paper 20 years ago, though,

16    much has been learned, largely as a result of the

17    pooled analysis, which I'm sure we're going to

18    come to, the Lanphear papers, that allow

19    scientists today to make stronger conclusions

20    about blood leads in the low range.

21         Keep in mind, of the seven prospective

22    studies, the Yugoslavia study, because it, you

23    know, involves a smelter population, does have a

24    range of blood leads that is the widest and the

Highly Confidential - Joseph Graziano, Ph.D.

1  highest.  That's not to say that we didn't have

2  children in the very low range.

3       But the pooled analysis allows us to

4  reach much stronger inferences and conclusions

5  about the consequences of exposure in the low

6  range.

7       I could go on if you'll allow me.

8  Q.  Well, we'll certainly get to the pooled

9  analysis later, Doctor.

10  A.  Okay.

11  Q.  And believe me, you'll get a chance to

12  discuss the more recent literature.  I just want

13  to make sure I understand this study.

14       And I understand what you said, that as

15  you saw blood lead levels increase from

16  10 micrograms per deciliter to 30 micrograms per

17  deciliter, that that increase correlated with an

18  IQ decrement of 4.3 points, right?

19       MR. LANCIOTTI:  Objection; form; asked

20  and answered.

21  A.  Allow me to clarify one thing here.

22       The tests of intelligence that were used

23  here and in all of the other prospective studies

24  were never tested on a very, very large sample of

Highly Confidential - Joseph Graziano, Ph.D.

1   children in Yugoslavia.  It was never totally

2   standardized, you know.  How do we standardize an

3   IQ test?  We administer it -- here in the

4   United States, you administer to a thousand or

5   10,000, I don't know, children.  You devise the

6   distribution, you observe the distribution of

7   scores, and then you assign the average score of

8   an IQ of a hundred.  And then the standard

9   deviation is 15, and so the -- that was never done

10  in Yugoslavia.  So we relied on U.S. standards

11  to -- which is a leap.  We more often refer to

12  actually the test scores rather than IQ.

13          My point is this estimate of IQ is

14  somewhat biased by the fact -- and smaller -- due

15  to the fact that the test was never actually

16  standardized on many, many thousands of children.

17      Q.   Okay.  Doctor, in this paper, do you

18  note that this result is biased and not

19  standardized?

20          MR. LANCIOTTI:  Objection; form.

21      A.   I am sure that somewhere in the paper,

22  it says something to that effect, that earlier in

23  the methods, that we're -- that the test has not

24  been -- you know, we're using U.S. standards.

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.   I understand.

2           Okay.  And understanding that

3    qualification, Doctor, what you conclude in the

4    paper is that an increase in blood lead levels

5    from 10 micrograms per deciliter to 30 micrograms

6    per deciliter resulted in an IQ decrement of

7    4.3 points, right?

8           MR. LANCIOTTI:  Objection; form;

9    foundation; asked and answered for the third time.

10     A.   That is right.  However, let me qualify.

11   Since this time, 20 years ago, we've learned a

12   great deal more about the relationship between

13   blood lead and IQ in the range of zero to 10.

14     Q.   I understand.

15          MR. TER MOLEN:  Okay.  All right.  Let's

16   go to the top of the page on the right side here,

17   right?

18     Q.   And then you note -- at the top here,

19   Doctor, in the sentence that starts at the end of

20   the second line, top of the page, you note that,

21   "In comparison, social factors, such as those

22   measured here, have considerably stronger

23   associations with child IQ, both in our own and in

24   others' work."

Highly Confidential - Joseph Graziano, Ph.D.

1      A.    Absolutely.

2      Q.    You absolutely agree with that, right?

3      A.    I agree with that.

4      Q.    And the intervening literature in the

5   last 20 years has just confirmed that point,

6   correct?

7            MR. LANCIOTTI:  Objection; foundation.

8      A.    That's correct.  If you look at -- we go

9   on to talk about the percent of the variance in

10  IQ.  There are other factors that I listed before

11  we got into this conversation that account for

12  more of the variance in IQ than lead.

13     Q.    Right.

14     A.    Lead is a player, but there are many

15  other players that impact IQ.

16     Q.    That's right.

17           And compared to social factors, Doctor,

18  you'd agree that lead is a very minor player,

19  right?

20           MR. LANCIOTTI:  Objection; form;

21  foundation.

22     A.    That is right.

23     Q.    Okay.  Doctor, as well as social

24  factors, you agree that there are a number of

Highly Confidential - Joseph Graziano, Ph.D.

1    other chemicals besides lead that can be

2    associated with a decreased or decrement of IQ,

3    right?

4             MR. LANCIOTTI:  Objection; foundation.

5        A.   Right.

6        Q.   Can you identify those for me, please.

7        A.   Chemical insults?  Oh, my.  The list is

8    long.

9             So there are chemicals such as PCBs,

10   polychlorinated biphenyls; there are chemicals

11   such as manganese that I mentioned earlier; there

12   are chemicals such as arsenic; there are chemicals

13   such as plasticizers.  I mean, there's a book --

14   well, I -- never mind.  I won't go into it.

15            But there are many, many chemicals, just

16   to name a few.

17       Q.   Okay.  Would you include mercury?

18       A.   Yes, I would.

19       Q.   Are you familiar with the term

20   organophosphates?

21       A.   Absolutely.  Organophosphate pesticides.

22   Much work done at my own institution.

23       Q.   Okay.  You mentioned PCBs.

24            What about, another acronym here,

Highly Confidential - Joseph Graziano, Ph.D.

1   Doctor, PBDEs?

2        A.   Those are flame retardants, yes, also.

3        Q.   Okay.  And it's fair to say, Doctor,

4   that you haven't evaluated any of the bellwether

5   plaintiffs for their exposure to any of these

6   chemicals, correct?

7             MR. LANCIOTTI:  Objection; form;

8   foundation; asked and answered.

9        A.   Correct.

10       Q.   And we'll be talking more about the

11  various studies that you cite in your report and

12  others that relate to low-level lead exposure,

13  Doctor.

14            But sitting here today, are you aware of

15  any epidemiological studies of lead affecting

16  children's IQ that control for exposure to any of

17  these other substances?

18            MR. LANCIOTTI:  Objection; form.

19       A.   Not for all of them but for some of

20  them.

21       Q.   Okay.  So sitting here today, you're not

22  aware of any study investigating the association

23  between exposure to lead and loss of IQ in a child

24  that exposes for potential exposure to all of the

Highly Confidential - Joseph Graziano, Ph.D.

1    substances we've described that can also affect

2    IQ; is that right?

3            MR. LANCIOTTI:  Objection; form; asked

4    and answered.

5        A.   That's right.  And, parenthetically,

6    that work is happening now.

7        Q.   Who is doing that work, if you know?

8        A.   Frederica Perera, who is the former

9    head, the founder of the Columbia Children's

10   Center for Environmental Health.  They have

11   followed a birth cohort, births in northern

12   Manhattan and South Bronx for -- they just

13   celebrated their 20th anniversary, the center.  So

14   their participants are in their late teens.

15           They have, in fact, measured many, if

16   not all of the list that you just mentioned.  And

17   because, as I mentioned earlier, the statistical

18   methodology to study mixtures has now evolved,

19   they're in the thick of it right now doing exactly

20   that work.

21       Q.   When do they expect to publish, if you

22   know?

23       A.   Oh, it's just in its formative stages.

24   But I know that there are several people working

Highly Confidential - Joseph Graziano, Ph.D.

1   on that full-time, including postdoctoral fellow

2   and a Ph.D. -- brilliant Ph.D. student, and one of

3   our young assistant professors.

4       Q.   When you say "just in its formative

5   stages," I take it you mean the publication

6   is years away, if you know?

7           MR. LANCIOTTI:  Objection to form.

8       A.   Probably years away.  They're just

9   assembling this enormous dataset which is being

10  derived from various studies that they've done.

11  So that may sound like an easy task, but it's not.

12      Q.   I understand.  Thank you.  Appreciate

13  it.

14          Doctor, there's a term that I've come to

15  be somewhat familiar with in the context of trying

16  to learn a bit about your work that is -- well,

17  and that term is "nonspecific conditions."

18          Can you define what that term means to

19  you?

20      A.   I don't know what the context of your

21  question is.

22      Q.   Sure.

23          How about this.  If we put it in the

24  context of epidemiology, does that help?

Highly Confidential - Joseph Graziano, Ph.D.

1    A.   Not really.

2    Q.   Okay.

3    A.   Sorry.

4    Q.   How about if I put it this way, that I

5  understand the term "nonspecific conditions" to

6  mean conditions for which there are multiple

7  potential causes.

8         MR. LANCIOTTI:  Is there a question

9  pending?

10   Q.   Would you agree with that definition?

11        MR. LANCIOTTI:  Objection; form.

12   A.   I'm having a hard time understanding.

13  Forgive me.

14   Q.   That's quite all right.

15        Let me put it this way.  If -- would you

16  agree, Doctor, that in order to attribute an

17  adverse health outcome in a particular individual

18  to lead exposure, that you would have to perform a

19  differential diagnosis to rule out other potential

20  causes?

21        MR. LANCIOTTI:  Objection; foundation.

22   A.   I think that's fair.  But, as we said,

23  you know, IQ -- loss of IQ, how does one even

24  perform a differential diagnosis because of the

Highly Confidential - Joseph Graziano, Ph.D.

1  large number of variables involved?

2      Q.   It becomes certainly very difficult

3  unless you've done a thorough assessment of all of

4  the variables, right?

5           MR. LANCIOTTI:  Objection; form.

6      A.   That's fair.

7      Q.   And with respect to evaluating loss of

8  IQ, you were earlier talking about potential

9  issues with the Yugoslavian study.

10          To evaluate any loss of IQ, isn't it

11 fair to say that you would need a control group,

12 some form of a baseline?

13          MR. LANCIOTTI:  Objection; foundation.

14     A.   You know, what the epidemiology studies

15 allow one to do, they allow one to say, on

16 average -- on average, a child with a blood lead

17 of this compared to blood lead of that would lose,

18 on average, this number of IQ points.

19          Epidemiology does not allow you to go

20 and talk about an individual child.  That's not

21 what it is capable of doing.

22     Q.   And as you're saying, Doctor, the

23 epidemiological studies are looking at populations

24 as compared to individuals, right?

Highly Confidential - Joseph Graziano, Ph.D.

```
1                MR. LANCIOTTI:  Objection; form.

2        A.   Population of individuals, right.

3        Q.   They're at the population level, not the

4   individual level, right?

5        A.   Right.

6        Q.   And so to fully understand any

7   particular epidemiological study, you'd need to

8   understand what the baseline is for the population

9   level that was being studied, right?

10       A.   Right.

11               MR. LANCIOTTI:  Objection; form; beyond

12  the scope of this witness's knowledge.

13       Q.   And a population-level study done in

14  Manhattan, for example, might have a quite

15  different baseline than the population-level study

16  done of the Bronx; is that fair to say?

17               MR. LANCIOTTI:  Objection; form.

18       A.   That's fair to say, and that is

19  precisely why the Lanphear pooled analysis coming

20  from many, many different countries and cities

21  within the United States is so important.

22       Q.   Right.  We will get there.  I promise,

23  Doctor.

24       A.   Oh, I'm sure.
```

Highly Confidential – Joseph Graziano, Ph.D.

1    Q.   Doctor, I'd like to identify some

2  conditions in addition to those that we've

3  discussed today and then understand your view of

4  any link between these conditions and lead

5  exposure.  Okay?

6    A.   Sure.

7    Q.   So rhinitis.  Are you familiar with that

8  term?

9    A.   Yes.

10    Q.   Is rhinitis, in your view, linked to

11  lead exposure?

12         MR. LANCIOTTI:  Objection; form.

13    A.   Not to my knowledge.

14    Q.   Shortness of breath.  Is shortness of

15  breath linked to lead exposure?

16         MR. LANCIOTTI:  Objection; form.

17    A.   Not to my knowledge.

18    Q.   Skin rashes.  Are skin rashes linked, in

19  your view, to lead exposure?

20         MR. LANCIOTTI:  Objection; form.

21    A.   No.

22    Q.   Hair loss.  Is hair loss linked, in your

23  view, to lead exposure?

24         MR. LANCIOTTI:  Objection; form.

Highly Confidential - Joseph Graziano, Ph.D.

1      A.   Not that I know of.

2      Q.   Nerve pain.  Is nerve pain linked, in

3  your view, to lead exposure?

4           MR. LANCIOTTI:  Objection; form.

5      A.   So adults with occupational lead

6  poisoning can experience nerve pain.

7      Q.   Okay.

8      A.   I don't know of any such literature in

9  children.

10      Q.   Thank you.  Sorry to cut you off,

11  Doctor.

12           By "occupational exposure," I take it

13  that you mean -- we're talking about blood lead

14  levels in excess of, say, 15 micrograms per

15  deciliter?

16           MR. LANCIOTTI:  Objection; form;

17  foundation.

18      A.   Yes.

19      Q.   Exhaustion.  Is exhaustion, in your

20  view, linked to lead exposure?

21           MR. LANCIOTTI:  Objection; form.

22      A.   Well, fatigue.  I don't know I would use

23  the word "exhaustion," but fatigue, yes.

24      Q.   All right.  And at what levels of lead

Highly Confidential - Joseph Graziano, Ph.D.

1   exposure, in your view, is fatigue linked to lead

2   exposure?

3           MR. LANCIOTTI:  Objection; form.

4       A.   Greater than 30.

5       Q.   And that by "30," you mean 30 micrograms

6   per deciliter?

7       A.   30 micrograms per deciliter, yes.

8       Q.   What about memory loss?  Is memory loss

9   associated with lead exposure?

10          MR. LANCIOTTI:  Objection; form.

11      A.   Well, it certainly is, again, at high

12  blood lead levels.

13      Q.   Okay.  Again, above 30 micrograms per

14  deciliter?

15      A.   Yes.

16      Q.   What about blackouts?  In your view,

17  Doctor, do people experience blackouts in

18  association with lead exposure?

19          MR. LANCIOTTI:  Objection; form.

20      A.   Yes, but only when the blood lead is

21  exceedingly high.

22      Q.   Okay.  With respect to depression,

23  Doctor, is depression a condition that, in your

24  view, is linked to lead exposure?

Highly Confidential - Joseph Graziano, Ph.D.

1          MR. LANCIOTTI:  Objection; form.

2     A.   Not that I know of.

3     Q.   Okay.  Chronic anxiety, Doctor?  Is

4  chronic anxiety, in your view, linked to lead

5  exposure?

6          MR. LANCIOTTI:  Objection; form.

7     A.   Not that I know of.

8     Q.   Post-traumatic stress disorder.  Doctor,

9  is that a condition that, in your view, is linked

10  to lead exposure?

11          MR. LANCIOTTI:  Objection to form.

12     A.   No.

13     Q.   Forgetfulness, Doctor.  Is that a

14  condition that is linked, in your view, to lead

15  exposure?

16          MR. LANCIOTTI:  Objection to form.

17     A.   Well, memory is a component of some of

18  the assessments we have done.  Yes, I would say

19  short-term memory is one of the outcomes that has

20  been investigated with regard to lead.

21     Q.   Certainly in the context of, for

22  example, Parkinson's, short-term memory can be an

23  issue.  Outside of a condition like that, Doctor,

24  in your view, is there a link between short-term

Highly Confidential - Joseph Graziano, Ph.D.

1    memory issues and lead exposure?

2                MR. LANCIOTTI:  Objection; form.

3          A.   I'm trying to recall work from 20 years

4    ago, and it's not easy.

5                I'm going to be -- I'm going to

6    equivocate on this one, if you don't mind.

7          Q.   That's fine.  That's fine.

8                And the work that you're trying to

9    recall, Doctor, understanding that you're trying

10   to recall it, was that focused on adults as

11   opposed to children?

12         A.   Children.

13         Q.   On children.  Okay.

14               So sitting here today, it's fair to say

15   you're just not sure; is that fair?

16         A.   That's fair.

17         Q.   Okay.  With respect to Alzheimer's,

18   Doctor, is there a link, in your view, between

19   Alzheimer's and lead exposure?

20         A.   No.

21               MR. LANCIOTTI:  Objection; form.

22         Q.   I'd like to talk about the methodology

23   that you used in putting together your report in

24   this case that we've marked as Exhibit 3.  Okay?

Highly Confidential - Joseph Graziano, Ph.D.

1    A.   Yes, sir.

2    Q.   On Page 3 of your report -- and, again,

3  I'm happy to show it to you -- you talk about

4  providing a, quote, unquote, brief review of the

5  scientific literature that points to, and you use

6  the phrase, causal and/or suggestive links between

7  lead exposure and adverse health outcomes in

8  children.  Okay?

9    A.   Yes, sir.

10    Q.   And what do you mean by the term "brief

11  review"?

12    A.   Well, I had the good fortune in this

13  case to have been armed with fairly massive

14  systemic reviews of the literature done both by --

15  in particular, by ATSDR and by -- and somewhat

16  earlier than that, by EPA.  And this panel of

17  scientists, experts, one of whom, for example --

18  you mentioned Wasserman, Gail Wasserman.  My

19  colleague was one of the many scientists involved

20  in these reviews.  But they had undergone --

21  because lead is covered under the Clean Air Act,

22  it's one of the priority pollutants under the

23  Clean Air Act.

24         It is regular -- on regular intervals,

Highly Confidential - Joseph Graziano, Ph.D.

1    the literature is reviewed to see whether, for

2    example, the EPA criteria for lead in air is

3    sufficiently protective of the public.

4            So it had these government agencies do

5    these massive reviews just recently, and what's --

6    so I took advantage of that.  I could have set

7    about and done my own systematic review of the

8    literature, which would have taken a year and a

9    half to do it adequately.  It took these

10   committees that much time, or longer, to actually

11   achieve what they did.  And so I -- by saying

12   whatever the words were briefly, I tried to

13   reflect the incredible amount of work that went

14   into these systematic reviews of literature rather

15   than reinvent the wheel, and I couldn't possibly

16   reinvent the wheel as well as they had done.

17           Is that clear?

18   Q.   Okay.  That's fair enough, Doctor.  I

19   appreciate that.

20           Then on Page 11 of your report -- and

21   shifting gears from a general discussion of the

22   lead-related scientific literature to a more

23   specific focus of the scientific literature

24   related to low-level lead exposure, okay, you say

Highly Confidential - Joseph Graziano, Ph.D.

1  there in that first paragraph under 4 -- let's

2  see -- six lines up from the bottom of that first

3  paragraph, you say "I", meaning you, "believe that

4  I have provided a fair representation of the

5  scientific literature concerning, for the most

6  part, low-level lead exposure in the range that

7  has been experienced by the children of Flint,"

8  right?

9      A.   Right.

10     Q.   Okay.  And what do you mean by the term

11 "fair representation" as you use it in that

12 sentence?

13     A.   I haven't cherry-picked.  I haven't

14 ignored, you know, opinions that -- well, just

15 that.  I haven't cherry-picked.

16     Q.   Okay.

17     A.   And, you know, I must say that the ATSDR

18 and EPA massive reviews did consider all of the

19 literature, whether it was reaching -- with the --

20 let me -- I'm sorry.

21          They did consider all of the literature.

22 They, too, didn't cherry-pick just the studies

23 that they felt would lead to the conclusions that

24 they reached.

Highly Confidential - Joseph Graziano, Ph.D.

1    Q.    Okay.  Are there studies that reached

2  different conclusions from your report as to

3  whether low-level lead exposures caused the health

4  effects discussed in your report?

5    A.    I think there are studies that reach

6  different dose-response relationships.  I don't

7  know of any study in the past 20 years that is

8  credibly peer reviewed that says there's no effect

9  of lead on child intelligence.  They may argue

10  about methodology and did you control for this or

11  did you control for that.  But I don't know --

12  that's not the case.

13        Going back in time before the

14  prospective studies, surely there were small

15  studies, case control studies, cross-sectional

16  studies that might have reached the conclusion

17  that there is no association between blood lead

18  and child intelligence.  That's before the era of

19  doing the modern longitudinal epi studies that

20  have been done.

21    Q.    Okay.  I understand, Doctor.

22        And it's a -- it is a broad area, but

23  just to try to zero in on a specific area that I

24  think is of interest to both of us, let's talk

Highly Confidential - Joseph Graziano, Ph.D.

1   about studies that are looking at effects on

2   intelligence in children of blood lead levels less

3   than 5 micrograms per deciliter.  Okay?

4        A.   Okay.

5        Q.   Okay.  Sitting here today, are you aware

6   of any studies that have not found an association

7   between blood lead levels less than 5 micrograms

8   per deciliter and children's intelligence?

9        A.   I am not.

10       Q.   Okay.  And you've identified the two

11   extensive studies that you've relied on as having

12   done a systematic review of the scientific

13   literature with respect to lead exposure and

14   health effects, right?

15       A.   That's correct.  Particularly the ATSDR

16   report of just recent, 2019.

17       Q.   Okay.  And do you know what methods the

18   ATSDR committee used to reach their conclusions?

19       A.   Well, they do spell out in considerable

20   detail the criteria they used for reaching

21   causal -- conclusions of causality.  And I can't

22   reiterate them off the top of my head, but there

23   is a section of the document devoted to their

24   causal inference, referring undoubtedly to the

Highly Confidential - Joseph Graziano, Ph.D.

1    Bradford Hill criteria.

2         Q.   Okay.  And just so we're clear, Doctor,

3    picking up on the terms that you just used there,

4    and I think you've got this terminology on Page 4

5    of your report, where you use the phrase "casual

6    and/or suggestive links."

7              Do you recall using that phrase?

8         A.   Oh, definitely.  And I went through the

9    five health outcomes that you enumerated early on.

10   And by no means do I conclude that all of them

11   reach the Bradford Hill criteria for causality,

12   and I specifically mention that in my summary.

13        Q.   You certainly do, yeah.

14             Can you explain, in your view, the

15   difference between a causal link versus a

16   suggestive link?

17        A.   Sure.  The literature -- for those

18   outcomes where I think it's suggestive, is

19   considerable but has not reached the -- sufficient

20   number of the Bradford Hill criteria for us to

21   come down and, you know, put the hammer down and

22   say "This is causally related."  I would have been

23   derelict, I think, if I didn't mention health

24   outcomes outside of child intelligence because it

Highly Confidential - Joseph Graziano, Ph.D.

1  is conceivable, given the state of knowledge, that

2  they could arise -- they could -- as time evolves,

3  they could be a consequence of early lead

4  exposure.

5      So I felt I was being fair in bringing

6  them before counsel.

7      Q.  I appreciate that.

8      And just to, again, put it in my own

9  words, Doctor, the -- in your view, science has

10  established a causal link between lead exposure

11  and effects on intelligence in children, right?

12      A.  Right.

13      Q.  Okay.  And putting aside effects on

14  intelligence, in your view, in its current state,

15  the scientific literature has not established a

16  causal link between lead exposure and any other

17  adverse health effects in children, right?

18      MR. LANCIOTTI:  Objection; form;

19  foundation.

20      A.  As of today, that is right, although I

21  think the evidence moving forward about behavior

22  is considerable.  But as of today, I don't -- I

23  don't disagree with that.

24      Q.  I understand.  Appreciate that.

Highly Confidential - Joseph Graziano, Ph.D.

1          There have several places in your

2   report, Doctor -- and I'm happy to show you

3   specific pages if that's helpful -- where you

4   refer to the -- or where you use the phrase

5   "weight of the evidence."

6          Do you recall using that phrase?

7     A.   I do.

8     Q.   Can you explain what you mean by that

9   phrase?

10    A.   So it comes down, again, to the

11  Bradford Hill criteria.  So Bradford Hill talked

12  about a number of criteria that are required.  If

13  one looks at the literature, if one looks at the

14  weight of the evidence, you want to see certain

15  parameters validated.  What is the consistency of

16  the observation across many studies?  What's the

17  temporality?  Did the exposure occur before the

18  outcome?  Is there a biological gradient, a

19  dose-response relationship?  Is there biological

20  plausibility?  Is there experimental evidence in

21  nonhuman species?

22          So this is what I refer to as the weight

23  of the evidence.  And, of course, the weight of

24  the evidence when it comes to the literature in

Highly Confidential - Joseph Graziano, Ph.D.

1    experimental animals is very, very large with

2    regard to the very five health outcomes -- except

3    for criminal behavior -- I don't think we have

4    criminal behavior among rats -- but the weight of

5    the evidence on the biological side, biological

6    plausibility, the mechanism of action, all of

7    these play into what I call the weight of the

8    evidence.

9        Q.   Okay.  And that's a phrase that you're

10   using when you're looking at literature that's

11   relating to evaluating potential associations

12   between lead exposures and health outcomes other

13   than on effect on intelligence, right?

14       A.   Right.

15       Q.   Okay.  We've talked about the

16   Bradford Hill criteria, Doctor.  And my

17   understanding, there are nine different criteria.

18            Does that sound correct to you?

19       A.   And here they are (indicating).

20       Q.   Okay.  Very good.  It looked like you

21   were referring to some notes earlier.

22            Do you want to just list them out for

23   us, Doctor?

24       A.   Say again?

Highly Confidential - Joseph Graziano, Ph.D.

1     Q.    Do you mind just listing them out for

2  us.

3     A.    Sure.

4           Strength of the association; consistency

5  of the findings; specificity of the findings;

6  temporality; biological gradient; coherence;

7  biological plausibility; experimental evidence;

8  and analogy.

9     Q.    Did you yourself apply those criteria

10  when you were evaluating in your opinion the

11  literature with respect to use the term "low-level

12  lead exposure" and effects on intelligence?

13     A.    Yes, I did.

14     Q.    Okay.  You don't do that specifically in

15  your report, right?

16     A.    I did not enumerate them one by one, no.

17           But bear in mind, I've lived this

18  literature.  I've lived through it personally by

19  doing investigations, annual meetings of Society

20  of Toxicology and so on.

21           And so I have seen this evolve over time

22  going back to the days when there was deny, deny,

23  deny by the lead industry experts and the gasoline

24  industry experts.  Deny, deny, deny.

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.    Appreciate that.

2            MR. TER MOLEN:  You know, we're at a --

3      from my standpoint -- I'm happy to keep going, but

4      we're also at a good stopping point for me, and I

5      know East Coast time it's about 12:15.

6            Should we take a break now for lunch?

7      Does that work for people?

8            THE WITNESS:  Certainly works for me.

9            MR. TER MOLEN:  Okay.  Why don't we plan

10     to take, let's say, 45 minutes, and we'll come

11     back at the top of the hour then.  Okay?

12            VIDEOGRAPHER:  The time is 12:15 p.m.,

13     and we're off the record.

14                       - - -

15            Thereupon, the luncheon recess

16            was taken at 12:15 p.m.

17                       - - -

18

19

20

21

22

23

24

Highly Confidential - Joseph Graziano, Ph.D.

1                    OCTOBER 29, 2020

2                    THURSDAY AFTERNOON SESSION

3                    1:00 P.M.

4                        - - -

5           VIDEOGRAPHER:  The time is 1:00 p.m.,

6    and we're on the record.

7    BY MR. TER MOLEN:

8       Q.  Doctor, I'd like to look briefly at a

9    couple of studies that relate to the discussion

10   that we had on low-level lead.  The first I'm

11   going to show you is a study published in 2017

12   with Taylor as the lead author.

13          MR. TER MOLEN:  So, Sam, if you're able

14   to put that one up.  Thank you.

15          We'll mark this as Exhibit 7, I think.

16                      - - -

17          (Graziano Exhibit 7 marked.)

18                      - - -

19   BY MR. TER MOLEN:

20      Q.  Doctor, this document that we've marked

21   as Exhibit 7 is, as I said, published in the

22   journal, NeuroToxicology.

23          Are you familiar with that journal?

24      A.  I am.  It's not something I read

Highly Confidential - Joseph Graziano, Ph.D.

1   regularly, but yes.

2        Q.   It's a reputable journal?

3        A.   Yes, it is.

4        Q.   And the title of this is "Effects of

5   Low-Level Prenatal Lead Exposure on Child IQ at

6   4 and 8 years in a UK Birth Cohort Study," right?

7        A.   Yep.

8        Q.   And the lead author is a Ms. Caroline

9   Taylor, right?

10       A.   Yes.

11       Q.   Are you familiar with her?

12       A.   No.

13       Q.   Are you familiar with any of the authors

14   identified in Exhibit --

15       A.   No, I am not.

16       Q.   -- 7?

17            Okay.  Is this a study that you looked

18   at for purposes of your opinion, Doctor?

19       A.   No, it is not.

20       Q.   And can you tell me why that is since

21   this is looking at low-level prenatal lead

22   exposure and that's a topic on which your opinion

23   touches?

24       A.   I -- I cannot.  I missed it.

Highly Confidential - Joseph Graziano, Ph.D.

1    Q.   Okay.  You would have liked to have

2  reviewed this and included this in your opinion,

3  right?

4           MR. LANCIOTTI:  Objection; form and

5  foundation.

6    A.   Yes.  I -- I would have to go back to

7  the ATSDR document, which was a 2019 publication,

8  and see whether -- how they consider this, but...

9           MR. LANCIOTTI:  Dr. Graziano, if you

10  need to review this article before answering any

11  questions, please take the time you need.

12          THE WITNESS:  Oh.  I would not mind that

13  at all.  May I have that ability?

14          MR. TER MOLEN:  Sure.  Take your time,

15  Doctor.  We can scroll through.

16          Sam, do you mind just kind of scrolling

17  through quickly to the end so we get a sense of

18  the overall length.

19          And then we can work through this at

20  your leisure, Doctor.

21          THE WITNESS:  Well, given the length,

22  I'm not going to be able to digest this quickly.

23  BY MR. TER MOLEN:

24    Q.   Okay.  I understand.

Highly Confidential - Joseph Graziano, Ph.D.

1          If we can turn to Page 167 of this,

2     please.  Thank you.

3          And then they break down the scoring

4     into boys and girls, right?

5     A.   Right.

6     Q.   And then would it surprise you, Doctor,

7     that this study actually finds an inverse

8     relationship between the exposure to lead on the

9     one hand and IQ on the other amongst girls?

10         MR. LANCIOTTI:  Objection; form;

11    foundation.

12    A.   Yes.  That runs counter to everything

13    that's been seen in other literature.

14    Q.   Sure.  It does, indeed.

15         But, again, we're talking very low

16    levels here.

17         Okay.  I understand you haven't had a

18    chance to look at this.

19         We'll put up another document -- another

20    study that we'll mark as Exhibit 8.

21         (Graziano Exhibit 8 marked.)

22                   - - -

23    BY MR. TER MOLEN:

24    Q.   This is a 2018 study.  The lead

Highly Confidential - Joseph Graziano, Ph.D.

1  author -- and I may massacre this -- is

2  Desrochers-Couture.

3          Do you see that?

4      A.  I do.

5      Q.  Okay.  Are you familiar with the lead

6  author?

7      A.  No, I'm not.

8      Q.  Okay.  Are you familiar with any of the

9  authors?

10     A.  Bruce Lanphear.

11     Q.  Indeed.

12          MR. TER MOLEN:  If you can scroll up,

13  Sam.  A little bit higher.  Thank you.

14     Q.  This is a publication called Environment

15  International, correct?

16     A.  Yes.

17     Q.  Are you familiar with that publication?

18     A.  Yes.

19     Q.  Is it a reputable publication?

20     A.  Yes.  It's okay.

21     Q.  And this is titled "Prenatal,

22  Concurrent, and Sex-Specific Associations Between

23  Blood Lead Concentrations and IQ in Preschool

24  Canadian Children," right?

Highly Confidential - Joseph Graziano, Ph.D.

1      A.    Yes.

2      Q.    Have you seen this article before today?

3      A.    No.

4      Q.    Okay.  Obviously, this is quite recent

5  research looking at the association between blood

6  lead levels and children, correct?

7      A.    That's correct.

8      Q.    Okay.  And is this something that you

9  wish you had looked at for purposes of your

10  opinion in this case?

11           MR. LANCIOTTI:  Objection; form;

12  foundation.  He just testified that he hasn't

13  reviewed this article.  He hasn't seen it yet.

14           You can answer.

15     A.    Yes.

16     Q.    Okay.  And sitting here today, do you

17  know why it is that you haven't seen this article?

18           MR. LANCIOTTI:  Objection; form;

19  foundation.

20     A.    As I said, I did not do an extensive

21  systematic review of the literature.  I relied on

22  the ATSDR systematic review of the literature

23  which was published in 2019.  And here again, I'm

24  surprised that they didn't pick it up either.

Highly Confidential - Joseph Graziano, Ph.D.

1    Q.   Okay.  And do you see what the objective

2    is?  The objective here, looking under the

3    "Abstract," is to test the associations between

4    blood lead concentrations and cognitive function

5    in Canadian preschoolers.

6         Do you see that?

7    A.   Yes.

8    Q.   Okay.  And that objective, obviously, is

9    directly relevant to your opinions, correct?

10        MR. LANCIOTTI:  Objection; form;

11   foundation.

12   A.   Yes.

13   Q.   And then if you go down under "Results"

14   there, do you see that?  It says "Median blood

15   lead concentrations for the mother at first

16   trimester and third trimester of pregnancy and for

17   cord and child blood were 0.6 micrograms per

18   deciliter, 0.58 micrograms per deciliter,

19   0.79 micrograms per deciliter, and 0.67 micrograms

20   per deciliter, respectively.  We found no

21   association between cord blood concentrations and

22   intelligence scores in multivariable analysis."

23        Did I read that correctly?

24   A.   Yes.

Highly Confidential - Joseph Graziano, Ph.D.

1            And I just would add that these are

2    astonishingly low blood lead concentrations

3    bordering on the limit of detection of the method.

4    These are all less than 1.

5         Q.   Yes.

6         A.   Not only less than 5, but they are less

7    than 1.

8         Q.   Right.

9            Okay.  And, Doctor, is it fair to say

10   that based on all of your experience and years of

11   study, that if a blood lead level is less than 1,

12   you would not expect to have any effect on

13   intelligence?

14            MR. LANCIOTTI:  Objection; form;

15   foundation.

16        A.   I'm not surprised that a blood lead less

17   than 1 has no effect on intelligence, you know.

18   These do not -- these do not really reflect

19   anthropomorphic sources of lead, you know.  If you

20   look at populations who live in the mountains of

21   Nepal where the only -- you know, the only

22   exposure they get is from volcanic eruptions,

23   these are the kinds of blood lead levels that one

24   sees.

Highly Confidential - Joseph Graziano, Ph.D.

1          So this -- these blood levels do -- are

2    just -- are astonishingly low.

3          Q.   Okay.  I appreciate that.

4          And, again, just to go back to my

5    question, I just want to make sure I understand

6    what your answer was.

7          You would expect that blood lead levels

8    between 1 microgram per deciliter do not indicate

9    an effect on intelligence in children, right?

10         A.   I'm not --

11         MR. LANCIOTTI:  Objection; form; asked

12   and answered.

13         A.   I'm not at all surprised.  I don't know

14   what you use as your control comparison.  Is it

15   children who have negative numbers?

16         Q.   I understand.  Understand.

17         Okay.  And if the same results had come

18   back, Doctor, when you read the last sentence

19   there under "Results," it says "No associations

20   were found between intelligence scores and

21   prenatal maternal blood or concurrent child blood

22   lead concentrations," right?

23         A.   Right.

24         Q.   And if the blood lead levels had been

1   2 micrograms per deciliter or lower, you would not

2   have been surprised at the exact same finding of

3   no association, right?

4          A.   I would not --

5               MR. LANCIOTTI:  Objection to form.  He's

6   not the author of this study.

7          A.   I would not say that, Mark.

8          Q.   You would not say that.  Okay.

9               What would you say?

10         A.   I would say that there is -- I know

11  we'll come to it -- the pooled analysis which

12  looks at a very large number of children in the

13  low blood lead range, below 5, and we see a

14  striking dose-response relationship.  These blood

15  leads are far below, I would dare say, any that

16  were observed in the pooled analysis, so...

17         Q.   Okay.  And, you know, there's a -- would

18  you expect, Doctor, that there is some threshold

19  of blood lead level before there is an adverse

20  effect on child intelligence?

21              MR. LANCIOTTI:  Object to form.

22         A.   We have not ever seen any.  The EPA has

23  concluded that there is no threshold; there is no

24  safe level of lead.

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.    Well, it's fair to say, Doctor, I think

2  you're maybe stating it a little differently than

3  what the language is, right?  I mean, the language

4  is there has not been a safe level that's been

5  identified, right?

6      A.    That's correct.

7      Q.    Okay.  And looking at these results

8  here, your reaction to these results indicates

9  that you're not surprised that there has been no

10  observed effect at the blood lead levels less than

11  1 microgram per deciliter reflected here, right?

12          MR. LANCIOTTI:  Object to form.

13      A.    I would want to see this replicated in

14  this extraordinarily low range.  You know, we

15  talked about Bradford Hill criteria and

16  consistency of the findings.  This is not

17  consistent with other work that admittedly has not

18  gone down below 1 microgram per deciliter.

19      Q.    Okay.

20      A.    My laboratory does not even report blood

21  leads less than 1 --

22      Q.    Okay.

23      A.    -- because of the -- again, you're

24  approaching on the level of detection of the

Highly Confidential - Joseph Graziano, Ph.D.

1   instrumentation.

2        Q.   Okay.  Understand.

3             So your point, I think, Doctor, is there

4   may well be a threshold below which neurological

5   effects in children do not occur, right?

6             MR. LANCIOTTI:  Object to form.

7        A.   I wouldn't reach that conclusion, Mark,

8   based on this one paper.  Again, it's a relatively

9   small sample size; 600 children.  They use -- they

10  used an assessment tool that is not one that was

11  used in all of the longitudinal perspective

12  studies.  They used this -- it's not the WISC.

13  They use a different test of intelligence.  This

14  is referred to as the WPPSI, which can be used in

15  very young children.

16            The younger you go in assessing

17  intelligence, the more imprecise the measure is.

18  As you might imagine, testing 5-year-olds and

19  7-year-olds, you can get a better handle on what a

20  child is capable of doing than testing a

21  3-year-old or a 4-year-old.

22       Q.   Sure.  Sure.

23            It is very difficult, and as you said,

24  it's very imprecise to try to measure IQ at these

Highly Confidential - Joseph Graziano, Ph.D.

1    early ages, right?

2              MR. LANCIOTTI:  Object to form;

3    foundation.

4         A.    Right.

5         Q.    Okay.  And a minute ago, you mentioned

6    the sample size, Doctor, and you mentioned that

7    the sample size here was approximately 600; is

8    that right?

9         A.    That's right.

10        Q.    And as a general matter, you'd agree

11   that the larger the sample size, the more reliable

12   the study, correct?

13             MR. LANCIOTTI:  Object to form.

14        A.    Well, the more statistically powerful.

15   It doesn't mean it's more reliable.  There are a

16   lot of things that go into the word "reliable."

17        Q.    Okay.  Fair point.

18             The more statistically powerful -- the

19   more statistically -- the larger the sample size,

20   the more statistically powerful the study is,

21   right?

22             MR. LANCIOTTI:  Object to form.

23        A.    That's right.  And I said, the younger

24   the child, the less precise is the measurement of

Highly Confidential - Joseph Graziano, Ph.D.

1    the outcome.

2        Q.   Sure.

3             And where does that kick in?  Is it a

4    sliding scale, Doctor, as far as the age of the

5    child and the intelligence testing?  I get your

6    sense that looking at this study, which was

7    focusing on 3 and -- is it 3- and 4-year-olds --

8    yes -- that that's a very young age and we should

9    look skeptically at the IQ measurements as being

10   very imprecise; is that fair?

11            MR. LANCIOTTI:  Object to form.

12       A.   The -- you know, the ability to -- just

13   let me look at this one more second.

14            Yeah, I mean, here again, I'm not the

15   developmental psychologist.  My colleague,

16   Gail Wasserman, is the one.  And I would -- in a

17   room -- if we were all in the room, I would turn

18   to her and ask her the very question that you

19   asked me.  But it's -- it's -- I have no doubt

20   that as one goes into older ages, the ability to

21   assess a child's intelligence gets better and

22   better.

23       Q.   Sure.  Okay.  It's very imprecise at the

24   younger ages, and then it becomes more precise the

Highly Confidential - Joseph Graziano, Ph.D.

1  older the child becomes, right?

2      A.   Right.

3          MR. LANCIOTTI:  Object to form.

4      A.   And being imprecise adds -- tends to

5  bias to the null -- to the null finding.  If the

6  measurement of the outcome is imprecise, you can

7  have all of the statistical power you want.  It

8  still is a bias to the null.

9      Q.   Understand.

10         And going back to one of your earlier

11 answers, Doctor, I appreciate that you'd like to

12 see this -- the findings of this study confirmed,

13 right?

14     A.   Yes, indeed.

15     Q.   Okay.  And if the findings of this study

16 are confirmed, then it may be that they indicate

17 that, in fact, there is a threshold below which

18 exposure to lead does not have an adverse effect

19 on children's neurological function, right?

20         MR. LANCIOTTI:  Object to form;

21 foundation.

22     A.   Possibly.

23     Q.   Okay.

24     A.   Possibly below 1 --

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.   Okay.  And sitting here today --

2      A.   -- microgram per deciliter.

3      Q.   I'm sorry.  Okay.  Have you finished?

4      A.   Possibly below 1 microgram per

5   deciliter.

6      Q.   Okay.  And sitting here today, we don't

7   know if there's a threshold or not; is that fair

8   to say?  Is that your view?

9           MR. LANCIOTTI:  Object to form; asked

10   and answered.

11      A.   The findings from the pooled analysis,

12   which is the results of seven longitudinal studies

13   from fetal life through age 10 and beyond,

14   indicate that there is no threshold.

15      Q.   Well, you just said I think a minute

16   ago, Doctor, that none of those studies were

17   looking at these very low blood lead levels below

18   1 microgram per deciliter, right?

19      A.   Agreed.  Not below 1, agreed.

20      Q.   And so, again, there may well be a

21   threshold at 1 microgram per deciliter, right?

22           MR. LANCIOTTI:  Object to form; asked

23   and answered.

24      A.   It's conceivable.

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.   Okay.  Sitting here today, you don't

2   know; fair to say?

3      A.   Well, I know that the findings from the

4   pooled analysis, I know what they say.  This --

5   looking at this stand-alone paper that has

6   remarkably children with blood leads less than 1,

7   I don't know where you would -- where else you

8   would find such children.  But it's -- based on

9   this study standing alone, they would imply that

10   there's a threshold below 1.

11      Q.   Okay.  Let's shift to -- back to --

12   well, your report, Doctor, on Page 11 and a couple

13   other locations, you used the phrase "undue

14   exposure."  And to put it in context, you talk

15   about undue exposure as the type that occurred in

16   association with consumption of water from the

17   Flint River.

18           Do you recall that phrase?

19      A.   I do.

20      Q.   Okay.  And what do you mean by "undue

21   exposure"?

22      A.   Essentially that's a term that was used

23   by -- in a report by the CDC back in 1985, the

24   consequences of undue exposure to lead.  I believe

Highly Confidential - Joseph Graziano, Ph.D.

1    it was '85.  And it really means any lead exposure

2    that's from anthropomorphic sources, from manmade

3    sources.

4        Q.   Okay.

5        A.   There are natural sources.  As I said,

6    volcanos.  You have -- you have lead in the air

7    due to natural events.  Undue exposure is anything

8    incremental above that.

9        Q.   Got it.

10            Okay.  And so undue would include

11   exposure to lead paint?

12       A.   Yes.

13       Q.   It would include exposure to lead dust?

14       A.   Yes.

15       Q.   It would include exposure to lead in the

16   soil?

17       A.   Yes.

18       Q.   And it would include exposure to any

19   lead that was in the water?

20       A.   Yes.

21       Q.   Okay.  All right.  And so as you use

22   this phrase, again, as you just answered, you are

23   not referring just to lead in drinking water; fair

24   to say?

Highly Confidential - Joseph Graziano, Ph.D.

1      MR. LANCIOTTI:  Object to form.

2      A.   Well, in the context of my report on the

3  Flint water lead problem, I was, indeed, referring

4  to this undue exposure from lead in drinking water

5  in Flint, which I don't think anyone disputes that

6  that did occur.

7      MR. TER MOLEN:  Okay.  Why don't we --

8  just to make sure there's no confusion, Sam, if

9  you don't mind putting up Page 11 from

10  Dr. Graziano's report, Exhibit 3.

11      Okay.  Yeah, thank you there.  If we

12  could go to the second paragraph under 4.  And,

13  let's see -- and then it's about halfway down.

14  It's the fifth line down.

15  BY MR. TER MOLEN:

16      Q.   "Countless studies of dose-response

17  relationships lead to the conclusion there is no

18  safe level of lead."  And you say that "And any

19  undue exposure as the type that occurred in

20  association with consumption of water from the

21  Flint River."

22      Okay?  And so in this context in your

23  report, you are talking about exposure to lead in

24  drinking water, right?

Highly Confidential - Joseph Graziano, Ph.D.

1          A.    That is correct.

2          Q.    Okay.  And you agree, Doctor, that

3     before the switch in water sources made by the

4     City in April of 2014, that there was lead in some

5     drinking water in homes in Flint, right?

6               MR. LANCIOTTI:  Object to form;

7     foundation; beyond the scope of this expert's

8     testimony.

9          A.    Well, given that it's my understanding

10    that lead pipes were mandated in the 19th century,

11    I would say it's safe to assume that there was

12    some lead in drinking water, yes.

13         Q.    Okay.  And based on the studies you've

14    seen, Doctor, you agree that there were some

15    children in Flint who had blood lead levels

16    greater than 5 micrograms per deciliter before the

17    switch in water sources was made in April of 2014?

18              MR. LANCIOTTI:  Objection; form;

19    foundation.

20         A.    Yes, I'm aware of that.

21         Q.    Okay.  And you agree that their

22    exposures to lead were, as you used the term,

23    "undue"; is that right?

24         A.    Yes.

Highly Confidential - Joseph Graziano, Ph.D.

1      MR. LANCIOTTI:  Objection; form;

2   foundation.

3      Q.   Okay.

4      MR. LANCIOTTI:  I'm sorry.  Was there an

5   answer?

6      THE WITNESS:  Yes.

7      Q.   And sitting here today, Doctor, is it

8   fair to say that you do not have an understanding

9   of what the average level of lead was in drinking

10  water in Flint before the switch in water sources?

11     MR. LANCIOTTI:  Objection; form; beyond

12  the scope of this expert's testimony.

13     A.   That is correct.  I do not know.

14     MR. TER MOLEN:  If we can go to Page 3

15  of your report.

16     Q.   I just would like to make sure I'm

17  understanding what you're saying here, Doctor.

18  You -- in the second paragraph there, you talk

19  about a sequence of poor engineering and policy

20  decisions.  I think we talked earlier that in this

21  paragraph and the previous paragraph, you're

22  giving a historical perspective, but you're

23  basically repeating what you read from others,

24  right?

Highly Confidential - Joseph Graziano, Ph.D.

1     A.   That is correct.

2     Q.   Okay.  And when you talk here about

3  citizens -- let me start over.

4        When you talk here about residents of

5  Flint being exposed to lead in their water as a

6  result of the switch, again, you don't know what

7  levels of lead in the water were involved; is that

8  fair to say?

9        MR. LANCIOTTI:  Objection; form;

10  foundation.

11     A.   I only know about the report by

12  Marc Edwards' group.  That's what I know.

13     Q.   And that's a report that you cite in

14  your paper where he found that about 20 percent of

15  the 120 homes that he evaluated exceeded EPA MCL?

16     A.   That's correct.

17        MR. TER MOLEN:  We'll put up another

18  document here we'll mark as Exhibit 9, I think.

19  And this is a summary of information of blood lead

20  levels in Flint that comes from the CDC, I

21  believe.

22        Oh, thanks, Sam.  I'm not sure that's

23  the one we're looking for.  This is the one that's

24  by Kennedy.  I think it's a different document

Highly Confidential - Joseph Graziano, Ph.D.

1    than this.  But if we need to come back, let me

2    know.  This is not a new one.

3              Great.  Thank you very much.

4                    - - -

5              (Graziano Exhibit 9 marked.)

6                    - - -

7    BY MR. TER MOLEN:

8         Q.   You're familiar, obviously, with the

9    CDC, Doctor, right?

10        A.   Yes, I am, certainly.

11        Q.   And are you familiar with this

12   publication, the MMWR?

13        A.   Yes, I am.

14        Q.   Okay.

15             MR. TER MOLEN:  And if we could scroll

16   down to Page 4 of this document, please, Sam.

17   Thank you.

18        Q.   And this is -- and Table 1 is showing

19   blood lead level tests of children in Flint; is

20   that right?

21        A.   Yes.  I have seen this document.

22        Q.   Okay.  Good.  You've seen that.

23             And so before the switch, this document

24   shows that approximately 3.1 percent of the

Highly Confidential - Joseph Graziano, Ph.D.

1   children in Flint had blood lead levels of 5 or

2   more -- 5 micrograms per deciliter or more; is

3   that right?

4        A.   That's right.

5        Q.   Okay.  And you agree that those -- that

6   3.1 percent of children were -- they were exposed

7   to excess lead levels, right?

8        A.   That's right.

9             MR. LANCIOTTI:  Object to form.

10       A.   Yes, that's right.

11       Q.   And then immediately after the switch in

12   water sources in April, the percentage of children

13   with blood lead levels greater than 5 micrograms

14   per deciliter rose to 5 percent, right?

15       A.   That's correct.

16       Q.   And that means that 95 percent of the

17   children in Flint then had blood lead levels below

18   5 micrograms per deciliter, right?

19            MR. LANCIOTTI:  Object to form;

20   foundation.

21       A.   I agree.

22       Q.   And sitting here today, is it fair to

23   say that for the 95 percent, you don't know to

24   what degree any of those children were exposed to

Highly Confidential - Joseph Graziano, Ph.D.

1   undue lead levels; is that right?

2          MR. LANCIOTTI:  Object to form.

3     A.   Well, it is common sense -- forgive

4   me -- but if the water supply is carrying,

5   according to Marc Edwards' report, excess amounts

6   of lead, you said yourself that 25 percent

7   exceeded the MCL.  Is that -- did I repeat that

8   right?

9     Q.   No.  I believe it was 20 percent.

10     A.   20 percent of the wells tested -- of the

11   sources tested had drinking water above the MCL,

12   then I would argue that at least 20 percent were

13   receiving undue lead from drinking water.  They

14   may not have achieved the cutoff point here of

15   5 micrograms per deciliter, but if they were

16   drinking the water, they were getting undue

17   exposure.

18     Q.   Sure.  If they were drinking the water,

19   which is an important qualification, don't you

20   agree, Doctor?

21     A.   Sure.  I do.

22     Q.   Okay.  And are you aware that with the

23   change in water sources in April of 2014, that

24   there was also a change with the appearance,

Highly Confidential - Joseph Graziano, Ph.D.

1    taste, smell of the water?

2         A.   Yes, I'm aware.

3         Q.   Okay.  And are you aware that that

4    change in appearance, taste, and smell led to a

5    number of Flint residents deciding to stop

6    drinking the water?

7              MR. LANCIOTTI:  Object to form.

8         A.   Just through the press.

9         Q.   It's just through the press that you're

10   aware of that fact, right?

11        A.   Yes.

12        Q.   Okay.

13        A.   Or public reports of some kind or

14   another.

15        Q.   I understand.

16             And then if you keep looking at the time

17   frame here, after the switch but before the City

18   went back to Detroit water -- so I think it's the

19   third column that we're looking at, moving over

20   from left to right -- then the blood lead levels

21   dropped back down to 3.9 percent of children

22   having 5 or more micrograms per deciliter of lead

23   in their blood, right?

24        A.   That's right.  And this, it's my

Highly Confidential - Joseph Graziano, Ph.D.

1    understanding, is due to the water advisories, of

2    the need to boil water and to avoid the water

3    being provided at the tap.

4        Q.   Would boiling water affect the amount of

5    lead in the water?

6            MR. LANCIOTTI:  Objection to form.

7        A.   It would only concentrate it.

8        Q.   That's what I would expect, yeah.

9            That would have the opposite effect,

10   right?

11       A.   Right.

12       Q.   Okay.

13       A.   If people were drinking it at all, yeah.

14       Q.   Right.  Exactly.  Exactly.

15           Then going to the last column on the

16   right, after the switch back to Detroit water,

17   then there were still 1.4 percent of the children

18   tested had blood lead levels of 5 micrograms per

19   deciliter or more, right?

20       A.   That's right.

21       Q.   Okay.  If a child in Flint did not have

22   their blood tested for lead content until

23   February of 2016, can you use that blood lead

24   level to determine whether or not they were

Highly Confidential - Joseph Graziano, Ph.D.

1    exposed to lead during the time frame that the

2    City was distributing water from the Flint River?

3              MR. LANCIOTTI:  Objection; form and

4    foundation; beyond the scope of the expert's

5    testimony.

6         A.   I would say no.

7         Q.   So let's put that other -- thank you,

8    Doctor.

9              MR. TER MOLEN:  Let's put the other

10   document up, Sam, which is another CDC document,

11   and it's the 2019 document, the Fourth National

12   Report on Human Exposure to Environmental

13   Chemicals.

14                   - - -

15         (Graziano Exhibit 10 marked.)

16                   - - -

17   BY MR. TER MOLEN:

18        Q.   Is that a publication that you're

19   familiar with in general, Doctor?

20        A.   Yes.  It's not something that I seek

21   out, but, yes, I'm familiar.

22        Q.   I assume it's not bedside reading.

23        A.   No.  It's good if you have insomnia.

24        Q.   I'm sure.

Highly Confidential - Joseph Graziano, Ph.D.

```
 1              MR. TER MOLEN:  Okay.  If we could --
 2   let's see.  Look at -- scroll on down there, and
 3   if we can keep going down for, I think, a later
 4   time frame.
 5        Q.   Okay.  Can you describe generally,
 6   Doctor, what your understanding of what this
 7   document means?
 8        A.   Oh, gosh.  No.  Frankly, it's a
 9   compilation of the statistics on blood lead
10   expressed in many manners in children of different
11   ages and different ethnic groups.
12        Q.   Okay.
13        A.   Age groups as well.
14        Q.   And if we -- looking at that category
15   there -- it's near where the cursor is -- you see
16   "age 1 to 5 years, 2015 to 2016"?
17        A.   Yes.
18        Q.   And if you follow that across -- and
19   just some terminology here --
20        A.   Can we enlarge this?
21        Q.   You bet.
22        A.   It's challenging my vision.
23        Q.   And just in terms to make sure I
24   understand, Doctor, the --
```

Highly Confidential - Joseph Graziano, Ph.D.

 1              MR. TER MOLEN:  Whoops.  I think we lost

 2     the highlighting there, Sam.  It should be the --

 3     going up to the 1 to 5 years, 2015, 2016.  Yep.

 4     There you go.  Thank you.

 5              Okay.  And if we scroll up a minute

 6     there to see the columns -- the headings of the

 7     columns.

 8         Q.   Okay.  And so just the geometric mean,

 9     is it fair to call the geometric mean an average,

10     Doctor, or is that something else?

11              MR. LANCIOTTI:  Objection; form;

12     foundation.

13         A.   That's fair.

14         Q.   Okay.  And then the 50th percentile

15     column there, that means that 50 percent of the

16     people in whatever the age category is are above

17     and 50 percent are below; is that right?

18         A.   That's right.

19         Q.   And this is looking at the nation as a

20     whole, right?

21         A.   Yes.

22              MR. LANCIOTTI:  Objection; form;

23     foundation.

24         A.   As I recall.

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.   Yes.

2           So if you look at that line here, 1 to

3    5 years -- and this is looking at the 2015-2016

4    time frame -- and the 50th percentile there, the

5    blood lead level shown is .690, right?

6      A.   That's correct.

7      Q.   So that means that -- is it fair if I

8    call that .7?

9      A.   Sure.

10     Q.   And that means that 50 percent of the

11   population had blood lead levels above .7 and

12   50 percent had levels below that number, right?

13     A.   Right.

14     Q.   Okay.  And, again, because this is from

15   the nation as a whole, this is looking at and

16   including areas that have brand-new housing, no

17   lead, et cetera, correct?

18     A.   Correct.

19     Q.   And if we were to look just at, on a

20   national basis, blood lead levels of children who

21   were living in older housing, i.e., before 1990,

22   you would expect to see, for the 50th percentile,

23   a higher blood lead level; is that fair to say?

24          MR. LANCIOTTI:  Objection; foundation.

Highly Confidential - Joseph Graziano, Ph.D.

1       A.   Yes, it is.

2       Q.   Okay.  Now, on a hypothetical basis,

3  Doctor -- and obviously we're talking about blood

4  lead levels below 1 and we were looking earlier at

5  the -- several reports in that regard, but if

6  there was -- if -- assuming a hypothetical

7  plaintiff in Flint whose blood lead level was

8  tested at -- in 2015 and found to be 0.7, okay,

9  that would be at, again, the 50th percentile on a

10  national basis, right?

11      A.   Correct.

12      Q.   So they would be right at the national

13  average; fair to say?

14           MR. LANCIOTTI:  Objection; form;

15  foundation.

16      A.   Yes.

17      Q.   And if they were -- and if for this

18  hypothetical Flint plaintiff, a blood lead level

19  of 0.7 would actually be lower than what you would

20  expect to see on an average basis for a child who

21  was growing up in older housing stock such as

22  exists in Flint, right?

23           MR. LANCIOTTI:  Objection; improper

24  hypothetical; beyond the scope of this expert's

Highly Confidential - Joseph Graziano, Ph.D.

1   report.

2      A.   Depending upon the conditions of the

3   home.

4      Q.   Sure.

5           And sitting here today, Doctor, would it

6   be your opinion that a child with a blood lead

7   level of 0.7 in 2015 suffered a loss to her

8   intelligence because of that level of lead?

9           MR. LANCIOTTI:  Objection; form;

10  foundation; improper hypothetical.

11     A.   Repeat the question, please, Mark.

12     Q.   Sure.

13          Is it your opinion, Doctor, that a child

14  who suffered -- let me start over again.

15          Is it your opinion, Doctor, that a child

16  with a blood lead level in 2015 of 0.7 micrograms

17  per deciliter suffered a loss -- a permanent loss

18  to his or her intelligence because of that level

19  of exposure to lead?

20          MR. LANCIOTTI:  Same objection.

21     A.   Well, I would simply say that a child

22  with that blood lead level wouldn't be perceptibly

23  different than all of the other children in the

24  United States with that blood lead level.

Highly Confidential - Joseph Graziano, Ph.D.

1     Q.   Okay.  Fair enough.

2          So every other child in the U.S., you

3     would expect, would have -- well, I think you

4     phrased it well, Doctor.

5          This hypothetical plaintiff would be no

6     different than any other child in the

7     United States, right?

8          MR. LANCIOTTI:  Objection; improper

9     hypothetical; and beyond the scope of this

10    expert's report.

11         You can answer.

12    A.   I already answered the question.

13    Q.   Okay.  Well, I think you're agreeing

14    with me.  Is that fair to say?

15         MR. LANCIOTTI:  Objection; form.

16    A.   I already answered the question.

17    Q.   Now, you mentioned Marc Edwards.

18    A.   Yes.

19    Q.   Tell me who Marc Edwards is, please.

20    A.   Marc Edwards is a -- I think he's a

21    civil engineer, professor at University of

22    Virginia or somewhere in Virginia.  He was

23    previously known -- his name was known to me

24    because of his past work in Washington, D.C. with

Highly Confidential - Joseph Graziano, Ph.D.

1    an issue regarding lead in drinking water.

2           And as I read the documents, the

3    commission's reports and so forth, I came to -- I

4    came upon the papers that Marc and his group

5    published about their surveys about water lead

6    concentrations in Flint.

7       Q.   Okay.  Have you looked at any of the

8    work that Dr. Edwards did with respect to the City

9    of Flint besides the one study that you cite in

10   your paper on Page 3?

11      A.   I don't believe so.

12      Q.   Okay.  Are you familiar with a term

13   called "biosolids"?

14      A.   Yes and no.  I can't -- don't ask me for

15   a definition, but the term is familiar to me.

16      Q.   Okay.  It is a relatively graphic term,

17   I guess, Doctor.

18           MR. TER MOLEN:  We'll put up a document

19   that we'll mark as Exhibit 11, which is a 2019

20   study that Dr. Edwards did for -- with respect to

21   the City of Flint related to biosolids.

22                       - - -

23           (Graziano Exhibit 11 marked.)

24                       - - -

Highly Confidential - Joseph Graziano, Ph.D.

1              MR. TER MOLEN:  If we could blow that up

2     a little bit, I'd like to give Dr. Graziano a

3     chance to read the abstract.  Okay?

4     BY MR. TER MOLEN:

5         Q.   Okay.  Is that big enough for you to

6     see, Doctor?

7         A.   Yes.

8              (Witness reviews document.)

9              Okay.  This is not in my wheelhouse at

10    all, but...

11        Q.   Okay.  And if you go about halfway down,

12    do you see that -- let's see, right about that

13    line, starting with the word "months" there, Sam,

14    if you could go over to the right there.

15             It says "76 percent of the increase in

16    the lead measured in biosolids occurred in July to

17    September of 2014."

18             Do you see that?

19        A.   Occurred in July to September of 2014,

20    yes.

21        Q.   Okay.  And obviously the switch in the

22    water source was done in April of 2014 and is --

23    at least as I'm understanding what Dr. Edwards is

24    saying in this part of the abstract, he's saying

Highly Confidential - Joseph Graziano, Ph.D.

1    that 76 percent of increases in the water lead

2    levels that were seen occurred during the time

3    frame in July through September of 2014.

4           Is that a fair reading?

5           MR. LANCIOTTI:  Objection; form.

6       A.   That's how I read it.

7       Q.   Okay.  And do you have any reason to

8    disagree with that conclusion?

9           MR. LANCIOTTI:  Objection; form;

10   foundation.

11      A.   This is just not in my expertise.  This

12   is more water -- I don't know if it's chemistry,

13   but water management.

14      Q.   Sure.  Okay.  I understand.

15          I'm going to show you another similar

16   paper that Dr. Edwards published earlier this

17   year.

18          MR. TER MOLEN:  And we'll mark that as

19   Exhibit 12.

20                     - - -

21          (Graziano Exhibit 12 marked.)

22                     - - -

23   BY MR. TER MOLEN:

24      Q.   Okay.  I take it, Doctor, you've not

Highly Confidential - Joseph Graziano, Ph.D.

1   seen this paper before today; is that right?

2       A.   That's right.

3            MR. TER MOLEN:  If we can go to Figure 1

4   here, please.

5       Q.   So this Figure 1, Doctor --

6            THE WITNESS:  Could we just pause for

7   10 seconds?  I just have to get a little closer to

8   the screen here.

9            MR. TER MOLEN:  Sure.  And we can expand

10  this a bit.

11           THE WITNESS:  Okay.

12  BY MR. TER MOLEN:

13      Q.   I'm going to focus on the lower of the

14  two graphs here connecting the red dots.  Okay?

15      A.   Yep.

16      Q.   So this is showing in graphical form the

17  amount of lead that was measured in the biosolids,

18  basically.  Okay?

19      A.   Okay.

20      Q.   And then do you see that there's a real

21  spike there going back to approximately 2011?

22      A.   I do.

23      Q.   Okay.  And Dr. Edwards has interpreted

24  that spike to mean that there was a significant

Highly Confidential - Joseph Graziano, Ph.D.

1    exposure to Flint citizens back in 2011.  And I

2    take it you're hearing that today for the first

3    time, right?

4              MR. STERN:  Object to form; foundation;

5    beyond this witness's expertise.

6         A.   Could you repeat it, please, Mark?

7         Q.   Sure.

8              Doctor, had you heard of the potential

9    for a significant exposure to lead to Flint

10   residents in 2011 before today?

11        A.   No, I had not.

12        Q.   Okay.

13        A.   Not from drinking water, anyway.

14        Q.   Okay.  Well, had you heard of a

15   significant exposure in 2011 from any other

16   source?

17        A.   No.  Just the historical legacy of the

18   old housing, likely presence of lead paint, which

19   we talked about this morning.

20        Q.   Agreed.

21             By the way, Doctor, with respect to lead

22   paint, if a home is undergoing rehabilitation and

23   it has lead paint, would that rehabilitation be a

24   potential cause of significant exposure to lead?

Highly Confidential - Joseph Graziano, Ph.D.

1          MR. STERN:  Object to form; foundation;

2    vague as to the term "rehabilitation."  Objection

3    as to the speculation associated with any home.

4    Just generally object to the form of the question.

5         Q.   Do you understand the question, Doctor?

6         A.   Yes, I do.

7              It's certainly known that if lead

8    abatement is done improperly, it can lead to

9    exposure.  If done properly, that exposure should

10   be absent.

11        Q.   Okay.  So if someone's doing work in

12   their home, they need to properly control for --

13   let me start over again.

14              If someone is doing some

15   construction-related work in their home, they need

16   to properly abate the potential for lead exposure

17   to avoid any undue exposures to lead associated

18   with that construction work, right?

19             MR. STERN:  Object to form; foundation.

20   He just testified that if someone was doing lead

21   abatement and they weren't doing the abatement

22   properly, there was a potential for exposure.  He

23   did not testify that if someone was doing

24   construction, they needed to do some type of

Highly Confidential - Joseph Graziano, PH.D.

1  abatement.  You're conflating his answer with your

2  next question, and it's extremely vague and

3  without foundation.

4  BY MR. TER MOLEN:

5      Q.   Can you answer the question, Doctor?

6      A.   Excuse me.

7           Homes that have lead paint on the inner

8  wall surfaces can provide a source of lead when

9  the surfaces are perturbed.  I think that's as far

10 as I can say here.

11     Q.   Okay.  Understand.  Understand.

12          Doctor, what about home demolition?  If

13 a home is being demolished and that home has lead

14 paint, is it fair to say that proper abatement

15 measures need to be taken to avoid creating the

16 potential for exposure to lead associated with

17 that demolition work?

18          MR. STERN:  Object to form.

19          Mark, are you asking him if the home

20 needs to be abated for lead prior to demolition?

21          MR. TER MOLEN:  I think my question

22 speaks for itself.

23 BY MR. TER MOLEN:

24     Q.   Doctor, do you understand the question?

Highly Confidential - Joseph Graziano, Ph.D.

1      A.   I think so.  Are you asking me should a

2  complete teardown of a home be a concern with

3  regard to lead exposure?

4      Q.   Yes, exactly.

5           MR. STERN:  Well, he clearly didn't --

6  the question didn't speak for itself if he had to

7  ask you about it.

8           But go ahead and answer, I guess.

9      A.   I would say if a home contains lead and

10  the whole place is going to be obliterated and

11  torn down, then that lead is going to go someplace

12  into the environment and offer an opportunity for

13  exposure.

14      Q.   Very good.  Thank you.

15           You discuss work by Dr. Hanna-Attisha in

16  your report, right?

17      A.   Yes.

18      Q.   Okay.

19           MR. TER MOLEN:  Let's pull that up, and

20  we'll identify that as Exhibit 13.

21                    - - -

22           (Graziano Exhibit 13 marked.)

23                    - - -

24           THE WITNESS:  I'm familiar with the

Highly Confidential - Joseph Graziano, Ph.D.

1    paper.

2              MR. TER MOLEN:  Thank you.  I

3    understand.

4    BY MR. TER MOLEN:

5        Q.   In your report on Page 4 -- and if you

6    want me to pull this language up, we can, Doctor,

7    but I'm just going to read it to you.  You write

8    that -- bear with me a minute here -- that the

9    work reveals that the incidence of children having

10   blood lead levels greater than 5 micrograms per

11   deciliter, the EPA's level of concern, increase

12   from 2.4 percent before the switch to Flint River

13   water to 4.9 percent after the switch.

14   Neighborhoods with the highest water lead levels

15   suffered a 6.6 percent increase, and that -- well,

16   let me just stop there.

17             Do you recall writing that in your

18   report?

19       A.   Yes.

20       Q.   Okay.  And you're just repeating what

21   Dr. Hanna-Attisha said in her study, right?

22       A.   Exactly.

23       Q.   Okay.  And then you added in your

24   report, "No such changes were observed outside the

Highly Confidential - Joseph Graziano, Ph.D.

1    City of Flint," right?

2        A.   Exactly.  Again, quoting her.

3        Q.   Okay.  Are you familiar with who

4    Dr. Hanna-Attisha is?

5        A.   Yes, I am.  She gave a seminar at

6    Columbia in the department of pediatrics, so I

7    heard her present this, so I've seen her.  I can't

8    say I know her.

9        Q.   Fair enough.

10           You write in your report that the sample

11   size that Dr. Hanna-Attisha looked at had a total

12   of about 1,473 Flint children; is that right?

13       A.   If that's what I said.

14       Q.   Okay.  Okay.  I'd like to talk a bit

15   about a concept of seasonality with respect to

16   blood lead levels, Doctor.

17           Are you familiar with that term,

18   seasonality as it relates to blood lead levels?

19       A.   Yes, I am.

20       Q.   Okay.  Can you explain to me what it

21   means?

22       A.   Yes.  There's a tendency for blood lead

23   concentrations to rise in the summer months that's

24   been known for decades.  A long time ago, lead

Highly Confidential - Joseph Graziano, Ph.D.

1    poisoning used to be called "the summer disease."

2    In fact, there are papers about seasonality.

3    So -- and the mechanism for that is not completely

4    understood.

5              It's -- there are two hypotheses.  One

6    is that it has something to do with Vitamin D, and

7    that when children are outside in the summer, we

8    make Vitamin D from ultraviolet light hitting the

9    skin, and that's how the synthesis of Vitamin D is

10   launched.  And Vitamin D has some interactions

11   with lead and maybe it's that mechanism.

12             Or, alternatively, another hypothesis

13   has been that kids are simply outside more.  And

14   this hypothesis was more dominant when we had

15   leaded gasoline and air leads were high.  So one

16   line of thought was that it has something to do

17   with kids breathing in contaminated air.

18        Q.   As you're saying, Doctor -- thank you

19   for that -- is you're saying on a national basis,

20   blood lead levels in children are higher in the

21   summer than they are the winter, fair?

22        A.   Yes, fair.

23             MR. TER MOLEN:  We'll introduce our next

24   exhibit here, Number 14, which is a paper by a

Highly Confidential - Joseph Graziano, Ph.D.

1    gentleman named Laidlaw from 2016.

2                        - - -

3               (Graziano Exhibit 14 marked.)

4                        - - -

5    BY MR. TER MOLEN:

6         Q.   As Sam is putting that up, Doctor, let

7    me ask you, have you heard of the name Laidlaw and

8    his paper with respect to Flint?

9         A.   It sounds familiar, but I -- if you show

10   it to me, I'll respond more fully.

11        Q.   We're just going to scroll through

12   quickly to the end, Doctor, but if there is any

13   place you'd like us to stop, let me know.

14              Okay, Doctor.  Just wanted to

15   double-check here again.  Have you seen this paper

16   before?

17        A.   I think I have, but --

18              MR. LANCIOTTI:  Do you need more time,

19   Dr. Graziano?

20              THE WITNESS:  Yeah.  Give me a chance to

21   read the abstract.

22        Q.   Sure.

23        A.   (Witness reviews document.)

24              Okay.

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.   Okay.  Does that refresh your

2   recollection at all, Doctor?

3      A.   Yes, a bit.  Yeah.

4      Q.   Okay.  Let me just ask you again.  Have

5   you seen this paper before?

6      A.   Yes.  I recall seeing it.  Not recently,

7   but, yes.

8      Q.   Okay.  I don't think I see this cited in

9   your report.

10          Is it cited in your report?

11      A.   No, it is not.

12      Q.   Okay.  Is there a reason you did not

13   cite it in your report?

14      A.   It just is a paper that flew by the

15   screen and went off the radar.

16      Q.   Okay.  And by the way you answered that,

17   if you had remembered this report when you were

18   drafting your -- I'm sorry.  Let me start over

19   again.

20          If you had remembered this study when

21   you were drafting your report, would you have

22   cited it in your report?

23      A.   Yes.  Likely, yes.

24      Q.   And that's because obviously it's

Highly Confidential - Joseph Graziano, Ph.D.

1    looking at blood lead levels in Flint, right?

2        A.    Correct.

3              MR. LANCIOTTI:  Object to form.

4        Q.    Okay.

5              MR. TER MOLEN:  Let's go to Page 3.

6        Q.    And this chart, Doctor, I'm looking at

7    in the context of seasonality here, and, again,

8    you see there's an uptick in cases -- again, this

9    is looking at the United States as a whole --

10   there's basically an uptick in blood lead level

11   concentrations beginning in approximately May?

12       A.    Yes.

13       Q.    Okay.  And then that goes through the

14   summer and starts going down, and then by

15   November, it's basically back to where it had been

16   in approximately January?

17       A.    Yes.  It's a well-known phenomenon going

18   back decades.

19       Q.    Okay.  Now, the City of Flint -- Doctor,

20   just looking at this chart, the City of Flint, as

21   we discussed, began distributing water in April --

22   the end of April 2015, right?

23       A.    Right.

24       Q.    Yeah.  And I'm just speaking -- I'm

Highly Confidential - Joseph Graziano, Ph.D.

 1    sorry -- beginning of April of 2014, right?

 2        A.   Yeah.

 3        Q.   Right?

 4             And is it fair to say, Doctor, that that

 5    time frame corresponds with what you would expect

 6    to see as far as a seasonal uptick in blood lead

 7    levels?

 8             MR. LANCIOTTI:  Objection; form;

 9    foundation; vague.

10        A.   Yes, indeed.

11        Q.   Okay.  Did Dr. Hanna-Attisha in her

12    study, Doctor -- and we can go back to this if

13    it's helpful -- did they try to control at all in

14    her study for the well-known seasonal increases in

15    blood lead levels?

16             MR. LANCIOTTI:  Objection; form;

17    foundation.  He's not the author of that, so...

18        A.   Not that I recall, no.

19        Q.   Okay.

20             MR. TER MOLEN:  Let's go to Page 6 of

21    this report.

22        Q.   Okay.  Here -- if you look at this

23    figure, Figure 2 on Page 6 of this Exhibit 14,

24    Doctor, do you see the -- you see, obviously, the

Highly Confidential - Joseph Graziano, Ph.D.

1    graph that's here?

2         A.   Yes.

3         Q.   And if you look at the bottom, you see

4    that Dr. Laidlaw is charting blood lead levels for

5    the county of Genesee as a whole, right, which

6    includes the city of Flint.  Also for the state of

7    Michigan as a whole, and then just for the city of

8    Flint by itself, right?

9         A.   Yes, I do.

10        Q.   And -- whoops -- as you look at the time

11   frame -- and if you see sort of the lower right of

12   this chart, there are those gold arrows going up

13   with the one on the left signaling the start of

14   the Flint River water usage in April of 2014, and

15   the one on the right indicating the City's return

16   to Detroit water in October of 2015, right?

17        A.   Yes.

18        Q.   Okay.  And is it fair to say, Doctor,

19   that understanding that the spikes with respect to

20   blood lead levels for Flint are higher than the

21   spikes for Michigan and Genesee County, but that

22   the overall contours, the up and downs of the

23   graph, are the same for Genesee County and the

24   state of Michigan as a whole as compared to the

Highly Confidential - Joseph Graziano, Ph.D.

1    City of Flint?

2            MR. LANCIOTTI:  Objection; form;

3    foundation; beyond the scope of this expert's

4    report.

5        A.   The contours are the same, but the

6    absolute values in terms of the percent with blood

7    leads greater than 5 are clearly higher in Flint

8    than for Genesee County or for Michigan at large.

9        Q.   Agreed.

10            Let's go back to the Hanna-Attisha

11   exhibit, which is Exhibit 13.

12            MR. TER MOLEN:  Okay.  If we can go to

13   Page 286, please.

14            Thank you, Sam.

15       Q.   We'll look at this chart, Figure 1 here.

16   In looking at these groups, we've got several

17   different groups that are identified on this

18   chart, right?

19       A.   Yes.

20       Q.   There's -- on the left, it's "Outside

21   Flint," then there's "All Flint," then it's "High

22   Water Lead Level Flint," and then "Lower Water

23   Lead Level Flint," right?

24       A.   Yes.

Highly Confidential - Joseph Graziano, Ph.D.

1    Q.   Okay.  And the "All Flint" group,

2  there's an increase there from 2.4 to 4.9 percent,

3  right?

4    A.   Right.

5    Q.   And in the "Outside Flint" group,

6  there's also an increase from 0.7 to 1.2, right?

7    A.   Right.

8    Q.   Now, it's fair to say, isn't it, Doctor,

9  that the group that's outside of Flint is, by

10  definition, not drinking the river water that

11  Flint was providing, right?

12    A.   Right.

13         MR. LANCIOTTI:  Objection to form;

14  foundation.

15    Q.   Nonetheless, the -- that group almost

16  doubled, right?  The levels almost doubled for

17  that group, right?

18         MR. LANCIOTTI:  Objection to form.

19    A.   Right.

20    Q.   And do you recall, Doctor, in your

21  report that you were -- you wrote, citing

22  Dr. Hanna-Attisha, that no such changes were

23  observed outside the City of Flint.

24         Do you recall that?

Highly Confidential - Joseph Graziano, Ph.D.

1    A.   I believe the changes outside were not

2    statistically significant, if I recall correctly.

3    Q.   Okay.  So the increase from 0.7 to 1.2

4    was deemed by somebody to not be statistically

5    significant?

6    A.   As I recall, yes.

7    Q.   Okay.  Sitting here today, Doctor, and

8    seeing that we're looking at practically the

9    doubling of the percentage, would you agree that

10   that is not statistically significant?

11        MR. LANCIOTTI:  Object to form.

12   A.   The numbers determine whether it's

13   statistically significant or not, and that is

14   dependent, as we talked earlier, about statistical

15   power; are there enough children with blood lead

16   measurements.  So -- and it's -- yeah.  So if it's

17   not statistically significant, it's not

18   statistically significant; whereas, within Flint,

19   they are statistically significant.

20   Q.   Okay.  So would it be your

21   understanding, Doctor, that there simply wasn't

22   enough information to make a determination as to

23   whether the outside Flint category increased or

24   not in a statistically significant sense?

Highly Confidential - Joseph Graziano, Ph.D.

1          MR. LANCIOTTI:  Objection; asked and

2     answered.

3          A.  Well, the data as presented here

4     indicate -- in this manuscript indicate that there

5     was not a statistically significant change in

6     blood lead levels outside of Flint.  I can't speak

7     to that any more than what the data are.

8          Q.  Okay.  The -- did Dr. Hanna-Attisha find

9     in her study that all parts of the City of Flint

10    were affected equally in terms of an increase in

11    blood lead levels?

12          MR. LANCIOTTI:  Objection; form;

13    foundation.

14          A.  I think this figure speaks to that

15    question, Mark, that she did not, that there are

16    clearly higher spikes in percentage of children

17    with elevated blood leads in areas that had higher

18    water lead concentrations.

19          Q.  Okay.  I think you're absolutely right,

20    Doctor.

21          MR. TER MOLEN:  Let's go to Page 288

22    here.

23          Is this 288, Sam?  I'm looking for

24    Table 2.  Sorry.  There we go.  Thank you.

Highly Confidential - Joseph Graziano, Ph.D.

1    Q.   And so this table is looking at water

2  lead levels --

3    A.   Could we blow that up?  I'm sorry.

4    Q.   You bet.  That's just fine, yeah.  No

5  need to apologize.

6         This chart is looking at water lead

7  levels based on different wards in the city,

8  right?

9    A.   Yes.

10   Q.   And based on those water lead levels --

11  and there's a prediction as to what the blood lead

12  levels will be, right?

13   A.   Just let me digest this for just one

14  moment.

15   Q.   That's fine.

16   A.   (Witness reviews document.)

17        Could you ask again, please?

18   Q.   Sure.

19        Based on the water lead levels, this

20  chart then makes a prediction as to what the

21  predicted blood lead levels would be, right?

22   A.   Yes.

23   Q.   Okay.  And the water lead levels, when

24  you look at this chart, some of them increased

Highly Confidential - Joseph Graziano, Ph.D.

1  after the change in water, correct?

2      A.   Which columns are you -- could you point

3  me to --

4      Q.   Sure.

5          If you look at the -- we've got -- let's

6  see.  We've got the water lead level is the second

7  column on the right there, right after the ward,

8  obviously.  Okay?  And then the comparison here

9  that I'm going to look at is the change in

10  predicted blood lead level from pre to post.

11          Do you see that, the one on the far

12  right?

13      A.   The far right, yes.

14      Q.   Okay?

15      A.   Yep.

16      Q.   And so as you go ward by ward, some of

17  the blood lead levels are predicted to increase

18  because of a higher water lead level after the

19  switch in water sources, right?

20      A.   Yes.

21      Q.   And, interestingly, some of the blood

22  lead levels are predicted to increase because

23  after the switch in water sources, the water lead

24  levels were lower, right?

ghrough

Highly Confidential - Joseph Graziano, Ph.D.

1               MR. LANCIOTTI:  Object to form.

2      A.   Yes.

3               I think you may have misspoke just now.

4      Q.   Okay.

5      A.   Can you repeat that?

6      Q.   Sure.  Let me -- instead of bothering

7  Sara here, let me just try to repeat it and make

8  sure I'm speaking correctly.

9               And in some of the wards, the --

10              MR. TER MOLEN:  Whoops.  Sam, I think

11  you're oversharing.

12     Q.   In some of the wards, the blood lead

13  levels are predicted to decrease, right?

14     A.   Yes.

15     Q.   Okay.  Indicating that the water lead

16  levels after the switch in water sources were

17  lower than they had been before the switch in

18  water source, right?

19              MR. LANCIOTTI:  Object to form;

20  foundation; beyond the scope of this witness's

21  report.

22     A.   I -- I guess so, yeah.

23     Q.   Yeah?

24              Okay.  All right.  And so whether or not

Highly Confidential - Joseph Graziano, Ph.D.

1    any given Flint resident was exposed to higher

2    levels of lead via the water after the switch

3    versus before the switch would, based on this

4    study, be quite dependent on what ward they lived

5    in within the city, right?

6           MR. LANCIOTTI:  Object to form;

7    foundation.

8        A.   Yes.  This is a modeling exercise,

9    right, predicted by ordinary Kriging

10   geostatistical analysis.  That is a method that

11   I'm really not familiar with.  That's outside my

12   expertise, so I can't be critical about it other

13   than to -- I don't disagree what the numbers say

14   and your opinion.  And I agree, that's what the

15   numbers say.

16       Q.   Okay.  And then when you were preparing

17   your report, Doctor, did you do any research to

18   determine if there were other scientists who had

19   evaluated the work that Dr. Hanna-Attisha did?

20       A.   I guess the answer is no.

21       Q.   Okay.  Sitting here today, are you

22   familiar with a gentleman by the name of Hernan,

23   H-E-R-N-A-N, last name Gomez, G-O-M-E-Z?

24       A.   No.

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.   Okay.  Did you look, Doctor, to see if

2  there were other scientists who had also studied

3  blood lead levels in Flint?

4      A.   I believe I did, but I do not know the

5  name Gomez.

6      Q.   Okay.

7           MR. TER MOLEN:  Let's introduce the

8  first Gomez study from 2018, Sam.

9                   - - -

10          (Graziano Exhibit 15 marked.)

11                  - - -

12  BY MR. TER MOLEN:

13     Q.   And just to go to the very top here,

14  Doctor, this is from the Journal of Pediatrics,

15  correct?

16     A.   Yes.

17     Q.   Are you familiar with that publication?

18     A.   Yes, sir.

19     Q.   It's a reputable publication?

20     A.   Yes.

21     Q.   Okay.  I'll give you a chance to look at

22  this abstract here, Doctor.

23     A.   Yeah.

24          (Witness reviews document.)

Highly Confidential - Joseph Graziano, Ph.D.

1     Okay.

2          MR. TER MOLEN:  Okay.  Let's go to

3     Page 161.

4     Q.   Okay.  In the "Discussion" section

5     here --

6          MR. TER MOLEN:  I'm sorry, Sam.  Thank

7     you.

8          If you go right underneath the

9     "Discussion" section, maybe if you can blow that

10    up a little bit, Sam.  Thank you.  Okay.  Perfect.

11    Q.   And we can go back and look at the

12    charts here in a minute, Doctor, but just to focus

13    on this language, "This investigation demonstrates

14    a substantial decline in both the percentage of

15    blood lead levels greater than or equal to 5.0 and

16    the geometric mean in children of Flint, Michigan

17    from 2006 through 2016."

18         Okay.  Let me just stop there.

19         The fact that there was an overall

20    decline of blood lead levels of children in Flint,

21    Michigan from 2006 to 2016 would not surprise you

22    in the least, right?

23    A.   Not at all.

24         MR. LANCIOTTI:  Object to form;

Highly Confidential - Joseph Graziano, Ph.D.

1    foundation.

2        A.   Not at all.

3        Q.   Right?

4             And you'd expect that given the overall

5    decrease in the amount of lead in the environment,

6    right?

7             MR. LANCIOTTI:  Object to form;

8    foundation.

9        A.   Right.

10       Q.   Okay.

11            MR. TER MOLEN:  And so if we go up and

12   look at the chart here, Sam.  I think it's a

13   little bit earlier.  Go up a little farther.

14   Yeah, I'm sorry.  I may be thinking of the next

15   study.

16            Why don't we go back down to that

17   language that we were reading.

18       Q.   Okay.  And then looking at the pairwise

19   percentage increases, is that phrasing something

20   that you're generally familiar with from your

21   work, Doctor?

22       A.   Pairwise percentage increases?  I need a

23   context for that.

24       Q.   Okay.  As we look at this chart,

Highly Confidential - Joseph Graziano, Ph.D.

1    Figure 1 --

2              MR. TER MOLEN:  Thank you, Sam.

3         Q.   -- on Page 160, I'll give you a minute

4    just to look at this, and you can let me know if

5    this is providing good context.

6         A.   (Witness reviews document.)

7              Okay.

8         Q.   Okay.  So this chart is looking at

9    cohorts of children in three different segments,

10   right?  Flint, state of Michigan as a whole, and

11   the United States, looking at the percentages of

12   children in each of those populations that have

13   blood lead levels greater than 5 micrograms per

14   deciliter, right?

15        A.   That's right.  I'm having difficulty

16   discerning -- oh, I see the color coding now.

17   Okay.  Sorry.

18        Q.   That's fine.

19        A.   Yep.

20        Q.   That's fine.

21             And so when -- just looking at the city

22   of Flint, which is the dark blue bar, obviously,

23   if you look at 2013, for example, on a percentage

24   basis, children in -- there was a lower percentage

Highly Confidential - Joseph Graziano, Ph.D.

1    of children in Flint with blood lead levels of

2    5 micrograms per deciliter or more than there was

3    in either the state of Michigan or the

4    United States, right?

5        A.   Right.

6        Q.   Okay.  And when you go to 2015 there,

7    then basically the lines converge, right?  You've

8    got essentially the percentage of children with

9    blood lead levels in Flint of greater than or

10   equal to 5 micrograms per deciliter is the same as

11   that percentage of children in the United States

12   and also that percentage of children in the state

13   of Michigan; is that fair?

14       A.   That's fair.  I'm having difficulty

15   understanding what -- understanding what the

16   asterisk means.

17       Q.   Does it -- we can double-check here.

18   I'm not sure it has any meaning other than it --

19   there's an asterisk every time there's a number.

20       A.   Oh, it's one for any adjust -- I see.

21   Okay.

22       Q.   Yeah.

23       A.   Got it.

24       Q.   Okay.

Highly Confidential - Joseph Graziano, Ph.D.

1           MR. TER MOLEN:  Thank you, Sam.

2           Okay.  All right.  Let's look at the

3    second Flint paper, Sam.  We'll mark that as

4    Exhibit 16.

5                   - - -

6           (Graziano Exhibit 16 marked.)

7                   - - -

8    BY MR. TER MOLEN:

9      Q.   Okay.  This was published in the journal

10   Clinical Toxicology; is that right?

11     A.   Yes.

12     Q.   Are you familiar with that publication?

13     A.   Yes.

14     Q.   Okay.  That's a reputable publication?

15     A.   Yes.

16          MR. TER MOLEN:  Sam, why don't you go

17   ahead and scroll through and we'll give

18   Dr. Graziano a chance to take a look at this.

19     Q.   We'll just scroll through and then we'll

20   come back to the abstract, Doctor.

21     A.   (Witness reviews document.)

22     Q.   Let me know, Doctor, when you've had a

23   chance to read that.

24     A.   Yep.

Highly Confidential - Joseph Graziano, Ph.D.

1           Okay.

2       Q.   Okay.  And so in this paper, Dr. Gomez

3   looks at three different 18-month time periods; is

4   that right?

5       A.   Right.

6       Q.   And he's looking to mirror the 18-month

7   time frame from the end of April of 2014 to

8   October in 2015 where the City of Flint was using

9   water from the Flint River as its water source,

10  right?

11      A.   Right.

12      Q.   Okay.  And so to that end, he looks at

13  earlier 18-month intervals that cover the same

14  months and then looks at blood lead level data for

15  those time periods, right?

16      A.   That's correct.

17      Q.   Just understanding that, Doctor, is that

18  an appropriate focus of a study, in your view?

19          MR. LANCIOTTI:  Object to form; vague.

20      A.   That's an appropriate approach.

21      Q.   Okay.  And Dr. Gomez was looking at both

22  the mean blood lead level and also the percent of

23  children who had blood lead levels of greater than

24  5 micrograms per deciliter, right?

Highly Confidential - Joseph Graziano, Ph.D.

1      A.    Right.

2            MR. LANCIOTTI:  Object to form.

3      A.    That's right.

4      Q.    Okay.  And like Dr. Hanna-Attisha, they

5  looked at all Flint as well as breaking the city

6  of Flint down by ward; is that right?

7      A.    I didn't see the ward data per se, but

8  I -- yeah.  I don't disagree.

9      Q.    Okay.  Let's look at Figure 1 here.

10           MR. TER MOLEN:  Maybe blow it up just a

11 smidge, Sam.  Great.

12     Q.    Doctor, can you see that?

13     A.    Yes, I can.

14     Q.    Okay.  And so, again, this is looking at

15 blood lead levels in the City of Flint for

16 children, of course, looking at those three

17 different 18-month intervals, right?

18     A.    Right.

19           MR. LANCIOTTI:  Dr. Graziano, would you

20 want to see the description of Figure 1?  I think

21 we have to zoom in a little bit to get that.

22           THE WITNESS:  This figure?

23           MR. LANCIOTTI:  Yeah.

24           THE WITNESS:  I see what it is.

Highly Confidential - Joseph Graziano, Ph.D.

1            MR. LANCIOTTI:  Okay.

2            THE WITNESS:  Yeah.

3            MR. LANCIOTTI:  Thank you, Sam.

4       A.   It's mean blood lead by ward over three

5  time periods.

6       Q.   Okay.  So let's look first at the "All

7  Flint" bar, which is the -- kind of the blue bar

8  there, right?

9       A.   Yep.

10       Q.   And back in 2006, the mean blood lead

11  level for children in Flint -- for all of Flint

12  was 2.9 micrograms per deciliter, right?

13       A.   2.9?

14       Q.   I'm sorry.  2.19.

15       A.   2.19, yeah.

16       Q.   Okay.  Thank you.  Appreciate that.

17            And then we move to the middle group,

18  looking at 2002, which is -- it goes from 2002 to

19  2013, which was -- the end of that time frame is

20  just a few months before the switchover in water

21  sources, right?

22       A.   Correct.

23            MR. LANCIOTTI:  I think it's 2012, you

24  meant, Mark.

Highly Confidential - Joseph Graziano, Ph.D.

1          THE WITNESS:  Yeah, '12.

2          MR. TER MOLEN:  2012 to 2013.  If I

3    misspoke, I'm sorry.

4          MR. LANCIOTTI:  Right.

5    BY MR. TER MOLEN:

6      Q.  And then the end of that time frame in

7    October of 2013 is just a few months before the

8    change in water sources, right?

9      A.  Yes.

10     Q.  Okay.  And there, the mean for the

11   entire city is 1.47 micrograms per deciliter,

12   right?

13     A.  Right.

14     Q.  Okay.  And then going over to the next

15   period, 3, which is looking at the actual time

16   frame when the City was using Flint River water as

17   its water source, the average blood lead level for

18   the entire city was 1.32 micrograms per deciliter,

19   right?

20     A.  Right.

21     Q.  And you see that little -- there's a

22   mark there above the blue bar that's called "OC"?

23     A.  Yes.

24     Q.  Do you know what that means, offhand?

Highly Confidential - Joseph Graziano, Ph.D.

1    We can look at the legend and break that down

2    here.

3         A.   I don't know what that means.

4         Q.   Okay.  We'll come back to that in a

5    minute.

6              And if you look at -- sticking with

7    Figure 1, Doctor, for each ward in Flint, the mean

8    value reported for period 3, which is the time

9    frame when the City was using Flint River water,

10   is lower than it was for the immediately preceding

11   time period, right?

12        A.   Yes.

13        Q.   Okay.

14             MR. TER MOLEN:  And if we go to the

15   "Discussion" here -- yeah.  Thank you very much.

16             Actually, let's go to Table 2.  Sorry.

17        Q.   I'll give you just a minute to look at

18   this table, Doctor.  If you are want us to blow

19   this up, just let me know.

20        A.   It's fine.  This is fine.

21             (Witness reviews document.)

22             Okay.  Got it.

23        Q.   And if you look at A here, A is the

24   percentage above 5 micrograms per deciliter,

Highly Confidential - Joseph Graziano, Ph.D.

1    right?

2         A.    Right.

3         Q.    And that's the exact measure that

4    Dr. Hanna-Attisha used, right?

5         A.    Correct.

6         Q.    Okay.  Do -- does this study find a

7    statistically significant difference in the

8    percentage of children that had 5 micrograms per

9    deciliter blood lead levels or higher from

10   period 3, which is the actual crisis time frame,

11   versus period 2, which is the immediately

12   preceding 18 months?

13        A.    No, it does not.

14        Q.    Is it fair to say that Dr. Gomez's

15   findings in this paper conflict with those of

16   Dr. Hanna-Attisha?

17             MR. LANCIOTTI:  Objection; form;

18   foundation.

19        A.    The Hanna-Attisha paper did look at high

20   water lead levels and low water lead levels.  And

21   in that regard, it's not exactly the same

22   analysis.  I would say that this analysis

23   certainly is not supportive of her paper, but her

24   approach at looking at the geographic distribution

Highly Confidential - Joseph Graziano, Ph.D.

1   of children with elevated blood leads higher than

2   5 is a different approach, and one might argue a

3   more targeted approach based on what the water

4   lead concentrations were.

5       Q.   Okay.

6           MR. TER MOLEN:  Let's go to Page 793 if

7   we can, Sam.

8           MR. MYLER:  I'm sorry, Mark.  I got some

9   feedback from your mic.  What page was that?

10          MR. TER MOLEN:  Sorry.  793.

11          There we go.

12          Looking at the start of the "Discussion"

13  section here -- if you don't mind blowing that up

14  a bit.  That's good.

15  BY MR. TER MOLEN:

16      Q.   Okay.  Doctor, just to read this first

17  part here, "Contrary to previous investigations

18  focused on examining defined samples of time

19  during the Flint water switch, we found that

20  geometric mean blood lead levels in young Flint

21  children actually decreased during the 18-month

22  water switch period compared to identical previous

23  time periods when controlling for length of time,

24  seasons, and months."

Highly Confidential - Joseph Graziano, Ph.D.

1        And you agree that that's what the data

2   showed, right?

3        A.   That's correct.

4        Q.   Okay.   Sitting here today, do you have

5   any reason to take issue with the findings of this

6   study?

7             MR. LANCIOTTI:   Objection to form;

8   foundation.

9        A.   No.   No, I do not.   It's, you know,

10  conceivable, given the discussions that we've had

11  throughout the day with the reluctance of

12  residents to drink discolored water and the

13  episodes where water boiling requirements were put

14  out.   And as you said, their inclination to drink

15  bottled water rather than to drink tap water, they

16  could contribute to the findings that we've just

17  looked at right now.

18       Q.   Okay.   Well, that's an interesting --

19  interesting hypothesis.   Appreciate that.

20            Now, Doctor, I will tell you that

21  Dr. Hanna-Attisha's study looked at 736 children

22  before the water switch and at 737 children after

23  the water switch.   Okay?

24       A.   Yes.

Highly Confidential - Joseph Graziano, Ph.D.

1    Q.   And I will tell you that Dr. Gomez in

2    his study looked at 1,834 children before the

3    switch and 1,734 children after the switch.  Okay?

4         I think Sam's showing you here, if you

5    look under "Demographics."

6         Do you see that?

7    A.   Yes, I do.

8    Q.   Okay.  And I think you testified earlier

9    today, Doctor, that studies with a larger sample

10   size are more statistically powerful, correct?

11   A.   Correct.

12        MR. TER MOLEN:  All right.  Why don't we

13   take a break here, if that's okay with everybody

14   else.  We're at a good break point for me.  Why

15   don't we come back -- maybe a little more than

16   10 minutes here.  Let's plan to be back on at

17   10 minutes before the hour.  Okay?

18        VIDEOGRAPHER:  The time is 2:36 p.m.,

19   and we're off the record.

20        (Recess taken.)

21        VIDEOGRAPHER:  The time is 2:50 p.m.,

22   and we're on the record.

23   BY MR. TER MOLEN:

24        Q.   Doctor, on Page 2 of your report, you

Highly Confidential - Joseph Graziano, Ph.D.

1   refer to a Needleman paper in 1979.  I think we

2   touched base on this a little bit earlier, and you

3   reference that report as -- or that study as being

4   the first study to address what you call low-level

5   lead exposures.

6        Do you recall that?

7        A.   Yes.

8        Q.   Okay.  Sitting here today, Doctor, do

9   you recall what lead level -- let me start over.

10       Do you recall what blood lead levels

11  were at issue in the Needleman report -- Needleman

12  study, rather, published in 1979?

13       MR. LANCIOTTI:  Objection; foundation.

14       A.   The 1979 Needleman study did not measure

15  blood lead levels.  It measured lead in dentine in

16  teeth.

17       Q.   Certainly in part.

18       MR. TER MOLEN:  Why don't we pull up --

19  we can mark the '79 Needleman study as Exhibit 17.

20            - - -

21       (Graziano Exhibit 17 marked.)

22            - - -

23  BY MR. TER MOLEN:

24       Q.   And this was published in The New

Highly Confidential - Joseph Graziano, Ph.D.

1    England Journal of Medicine, right?

2        A.    I've heard of that.  Yep.

3        Q.    Exactly.

4              MR. TER MOLEN:  Let's go to Page 4, if

5    we could, of this, Sam.  Thanks.

6        Q.    Okay.  And bear with me here.

7              Here we go.  In the paragraph right

8    above "Evaluation of Sampling Bias," do you see

9    that they also looked at the mean blood level in

10   1973 to 1974?

11       A.    Yes.

12       Q.    Okay.  Does this refresh your

13   recollection that --

14       A.    Records were obtained in previous --

15   records were obtained -- so they didn't -- they

16   obtained records, yeah.  They didn't actually

17   measure at the time of the two Flint measurements.

18   But, yeah, go ahead.

19       Q.    Okay.  You agree, Doctor, that they do

20   have blood lead level results for the cohort that

21   was studied in this paper?

22       A.    So these blood leads were prior blood

23   leads.  Yeah, but they are -- they're there, and

24   they are what they were.

Highly Confidential - Joseph Graziano, Ph.D.

1     Q.   Okay.  And those range -- for the higher

2     level that was looked at in this paper, it was

3     35.5 micrograms per deciliter; is that right?

4     A.   That's right.

5     Q.   Okay.  And then for the lower group, it

6     was 23.8 micrograms per deciliter?

7     A.   That's right.

8     Q.   Okay.  Now, we've talked before, and

9     we'll talk again, about the pooled study, the

10    Lanphear 2005 paper that he rewrote or republished

11    in 2019, Doctor.  And it sounded from the comments

12    you made earlier that you view that pooled

13    analysis as establishing that there may be a

14    causal link between lead exposure and effects on

15    intelligence at levels below 5 micrograms per

16    deciliter of blood lead; is that right?

17         MR. LANCIOTTI:  Object to form.

18    A.   That's right.

19    Q.   Okay.  Putting that paper aside, Doctor,

20    sitting here today, are you aware of any studies

21    that have looked at and tried to analyze the

22    effects of blood lead levels less than

23    5 micrograms per liter on the intelligence of

24    children?

Highly Confidential - Joseph Graziano, Ph.D.

1      A.    You pointed out the Canadian paper using

2  the WPPSI in 3- and 4-year-olds.

3      Q.    I did.

4      A.    Yep.

5      Q.    Okay.  Other than that paper that we

6  looked at today, anything else that you're aware

7  of?

8      A.    No.

9      Q.    Okay.  Now, we talked about

10  Dr. Lanphear, and you indicated you're familiar

11  with him and that you respect his work as an

12  epidemiologist focusing on lead, among other

13  things, right?

14      A.    That's right.

15      Q.    Okay.  And Dr. Lanphear has obviously

16  done a number of studies looking at the effects of

17  lead exposure on children's intelligence, right?

18      A.    Yes.

19      Q.    And I'd like to show you portions of a

20  deposition that Dr. Lanphear gave in April of this

21  year.  Okay?

22      A.    Yep.

23          MR. TER MOLEN:  We'll mark this as

24  Exhibit 18.

Highly Confidential - Joseph Graziano, Ph.D.

```
1                    - - -

2           (Graziano Exhibit 18 marked.)

3                    - - -

4           MR. TER MOLEN:  Thank you, Sam.

5           Let's go to Page 207.

6           Okay.  Thank you.

7  BY MR. TER MOLEN:

8      Q.   So if you look at the bottom of 207,

9  Dr. Lanphear is being asked a question that, based

10 on the epidemiological studies, more likely than

11 not, somebody that has blood lead levels that are

12 consistently high will have experienced IQ

13 decrements, or to phrase it in a different way,

14 these plaintiffs would have had higher IQ scores,

15 and she, meaning the plaintiff, might have more

16 scholarships available to her and she might have

17 done better with her GPA.

18           "Do you recall giving that testimony?"

19           Answer from Dr. Lanphear, "Yes."

20           And then a couple of questions.  The

21 first question was "First of all, would that

22 statement apply to somebody who does not have

23 consistently high blood lead levels?  For example,

24 somebody who might be tested twice and have a
```

Highly Confidential - Joseph Graziano, Ph.D.

1    7 microgram per deciliter blood lead level

2    followed by a 15 microgram per deciliter blood

3    lead level?"

4         And the answer from Dr. Lanphear is,

5    "Well, based on today's standards, those are both

6    quite high."

7         Would you agree with what Dr. Lanphear

8    said in that first sentence?

9         MR. LANCIOTTI:  Objection; form;

10   foundation.

11        I don't know what case this is or what

12   context this is being proposed for us here.

13        But, Dr. Graziano, if you can answer the

14   question, go ahead.

15   A.   I don't agree with Dr. Lanphear's

16   answer.

17   Q.   You do not?  Is that --

18   A.   I don't disagree.  Sorry.

19   Q.   You don't disagree.  Okay.

20        And then he goes on to say in his answer

21   here, "If you had asked me instead, so I would say

22   generally, it would have still held true.  If you

23   asked me whether somebody had a blood lead level

24   of 5 and 4 on points, then I would certainly have

Highly Confidential - Joseph Graziano, Ph.D.

1    less confidence that those -- that a child with

2    those blood lead levels would have sustained

3    injury."

4            Do you see that?

5        A.   I do.

6        Q.   Okay.  Do you agree with Dr. Lanphear's

7    testimony on that point?

8        A.   Well, the --

9            MR. LANCIOTTI:  Objection; form;

10   foundation.

11       A.   The word "injury" is a bit severe with

12   regard to what one might expect with exposures to

13   low blood levels.  And I think, you know, when we

14   talk about loss of IQ points, is that injury?  I

15   don't know.  It's just -- the word sensitizes me.

16       Q.   Okay.  Well, assuming Dr. Lanphear is

17   talking about loss of IQ points here as injury,

18   would you agree with his statement?

19           MR. LANCIOTTI:  Object to form;

20   foundation; improper hypothetical.

21       A.   So let me read it again.

22           "If you had asked me whether somebody

23   had a blood lead of .5 and 4 on points" -- I'm not

24   sure I understand what that means, "on points."

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.   Well, why don't we assume for purposes

2   of my question, Doctor, that he's talking about

3   5 micrograms per deciliter and 4 micrograms per

4   deciliter.

5      A.    ".5," he says.

6      Q.   Well, for my question, I'm going to

7   assume he's talking about 5.

8      A.   Okay.  Then I would certainly have less

9   confidence that those -- that a child with those

10  blood leads would have sustained injury.

11         Well, I frankly am surprised by his

12  answer.

13     Q.   Okay.  Would you agree with it or

14  disagree with it?

15         MR. LANCIOTTI:  Objection; form and

16  foundation.

17     A.   Here again, I think the pooled analysis

18  and the -- and others have demonstrated levels of

19  concern below blood leads of 5.

20     Q.   Okay.

21     A.   Certainly between 5 and 10.

22     Q.   Okay.  So, again, are you disagreeing

23  with what Dr. Lanphear said or not?  I just want

24  to make sure I'm clear, Doctor.

Highly Confidential - Joseph Graziano, Ph.D.

1          MR. LANCIOTTI:  Objection; form;
2     foundation; and asked and answered.
3          A.   Again, I don't know what he's -- his use
4     of the word "injury" just troubles me.  I don't
5     agree with the term "injury."
6          MR. TER MOLEN:  Okay.  Why don't we look
7     at the next page here, Sam.  And let's see.  If we
8     can go to Page 210 here.  Thank you.
9          Q.   This gets into the issue of duration.
10    Okay?
11         A.   Uh-huh.
12         Q.   And we -- you talked about some -- I'll
13    use the phrase "toxicological maximums" a little
14    earlier, right?  I think you used the phrase "the
15    dose makes the poison"; is that right?
16         A.   Correct.
17         Q.   And generally for purposes of
18    toxicology, there's the issue of dose on one hand
19    and duration on the other hand, right?
20         A.   That's right.
21         Q.   Okay.  And with respect to lead and lead
22    exposure, duration is also important as to whether
23    or not exposure will result in any sort of effect
24    on a child's intelligence, right?

Highly Confidential - Joseph Graziano, Ph.D.

 1              MR. LANCIOTTI:  Object to form; vague.

 2       A.    That's correct, unless there is an acute

 3    severe spike, like an acute poisoning.  But for

 4    the general population, that's correct.

 5       Q.    Okay.  So then let's -- looking here on

 6    Page 211, Dr. Lanphear is being asked some

 7    questions.  And we just -- I'm sorry.

 8              MR. TER MOLEN:  If you stick up there --

 9    no, go back up there.  Yep.  Thank you.

10              MR. MYLER:  210?

11       Q.    And so I guess my question is more

12    temporally, is there a time period that you put on

13    something being sustained as opposed to being more

14    acute?

15              Do you see that question, Doctor?

16       A.    Just give me --

17       Q.    On the left side there, Line 14.

18       A.    Yep.

19       Q.    And then answer:  "Yes.  Well, I use the

20    example of a 9-month-old girl who moved into a

21    recently renovated house.  Her blood lead level

22    came back at 15.  Her mom contacted me.  She

23    immediately left the house.  Two weeks later, it

24    was down to 2.  That clearly is not sustained."

Highly Confidential - Joseph Graziano, Ph.D.

1          Do you see that?

2     A.   I do.

3     Q.   Okay.  Do you agree with Dr. Lanphear's

4  testimony?

5          MR. LANCIOTTI:  Object to form and

6  foundation.

7     A.   Yes.  I agree with that.  It's -- the

8  half-life of lead in blood is a month, so it's, to

9  me, awfully surprising that it can go from 15 to

10  2, but if that's what it was, that's what it was.

11  Yeah, I agree.

12     Q.   And then he adds, as you see there

13  starting in Line 22, "When I talk about sustained,

14  it's weeks to months, not days to weeks."

15          Do you see that?

16     A.   Yeah.

17     Q.   And do you agree with that?

18     A.   I agree with that.

19     Q.   Okay.  And when Dr. Lanphear used the

20  term "sustained" here, what he meant was -- and we

21  can look at this on Page 210 -- it was not

22  sufficient -- it was not a sufficient duration of

23  exposure to cause lasting harm.

24          Is that how you understand it as well?

Highly Confidential - Joseph Graziano, Ph.D.

1              MR. LANCIOTTI:  Object to form and

2     foundation.

3         A.   Yes, I understand it that way.

4         Q.   Okay.  Have you ever seen a blood lead

5     level result, Doctor, that came back with a

6     reading of less than 3 micrograms per deciliter?

7         A.   Sure.

8         Q.   Can you explain to me what you would

9     understand that result to mean?

10        A.   I would understand that to mean that the

11    child's blood lead is less than the EPA's level of

12    concern.

13        Q.   Okay.  And you mentioned a level of

14    detection earlier in the context, I think, of your

15    own laboratory, and if I recall right, you said

16    your own level of detection is 1 microgram.

17        A.   I misspoke on that.  I definitely

18    misspoke on that.

19        Q.   Okay.  Okay.  Is it lower, in fact, than

20    1?

21        A.   It's on the order of .1.

22        Q.   I see.  Okay.  Well, that's fine,

23    Doctor.

24             Are you aware of some facilities --

Highly Confidential - Joseph Graziano, Ph.D.

1              MR. TER MOLEN:  Rick, I think your mic

2    is on.

3              MR. BERG:  Oh, thank you.  Sorry.

4              MR. TER MOLEN:  That's okay.

5    BY MR. TER MOLEN:

6         Q.   Doctor, are you aware of some laboratory

7    facilities that have a detection limit that is on

8    the order of 3 micrograms per deciliter?

9         A.   That's conceivable.  Yeah, that tells me

10   that their technology is old, but, yeah, that's

11   not surprising.

12        Q.   And did you reference a minute ago,

13   Doctor, an EPA standard, if I heard you right, of

14   3 micrograms per deciliter?

15        A.   No, I did not.

16        Q.   You -- if I --

17        A.   What I was -- I'm sorry.  If I said EPA,

18   I meant CDC.

19        Q.   Okay.

20        A.   Yeah.

21        Q.   Isn't the CDC level a Number 5?

22        A.   Yes, it is.

23        Q.   Okay.  So just going back again, if a

24   result came back at less than 3, do you have --

Highly Confidential - Joseph Graziano, Ph.D.

1  sitting here today, do you have any understanding

2  of what 3 would be in relation to?

3      A.   So the Number 5 is simply a --

4  5 micrograms per deciliter is a bit of a red flag

5  that public health officials should go and try to

6  seek out the source of exposure because the child

7  is not behaving -- is not in the typical range of

8  blood leads.  So it's a mark in the sand that we

9  should be concerned that there's a source that may

10  be preventable.

11     Q.   And that's the Number 5, right?

12     A.   Yes.

13     Q.   Okay.  And so, again, I'm just going to

14  go back to the Number 3.

15          Are you aware of any reason to focus on

16  the Number 3?

17     A.   No.

18     Q.   Okay.  We talked earlier -- you talked

19  earlier, Doctor -- let me ask a different

20  question.

21          If you're looking at a single blood lead

22  level result, Doctor -- and let's say it is this,

23  less than 3 micrograms per deciliter.  Okay?

24     A.   Yep.

Highly Confidential - Joseph Graziano, Ph.D.

1    Q.   If you're looking at that in itself in

2  isolation, is that enough information to tell you

3  that a child has been exposed to concerning

4  quantities of lead?

5        MR. LANCIOTTI:  Object to form;

6  foundation; improper hypothetical.

7    A.   In and of itself, no.

8    Q.   Okay.  Isn't it fair to say, Doctor,

9  that you would really need to have at least two

10  different blood lead level results separated in

11  time to establish a level -- both a level of

12  exposure, a dose, and a duration to make any

13  potential conclusions as to whether or not, in

14  fact, damage had occurred from lead exposure?

15        MR. LANCIOTTI:  Object to form and

16  foundation; improper hypothetical.

17    A.   ... a single point in time leaves you

18  uncertain about the duration of exposure.  It

19  could have been higher before the measurement was

20  taken, and it may well be just a single aberrant

21  blip.

22    Q.   Right.  The earlier part of your answer

23  may have gotten cut off.  I don't know.

24        MR. TER MOLEN:  Sara, did you have some

Highly Confidential - Joseph Graziano, Ph.D.

1    interference on your end?

2              THE STENOGRAPHER:  Yes, I did.

3              MR. TER MOLEN:  Yeah?  Okay.

4         Q.   I'm just going to ask you, Doctor, if

5    you don't mind just to repeat your answer.

6              MR. TER MOLEN:  Or Sara, if you don't

7    mind reading back the question and then we can go

8    there.

9              I'm sorry, Doctor.  There was some

10   interference when you started speaking, and we

11   just lost the first part of your answer.

12             THE WITNESS:  Sure.

13             (Record read back as requested.)

14             MR. LANCIOTTI:  Same objection.

15        A.   And my -- excuse me.

16             My answer is that, yes, you would really

17   like to have two points in time because that

18   single blood lead level of 3 might actually be --

19   may have been higher earlier.  You can't know.  Or

20   it may actually be the peak, not knowing.  So you

21   really would like to have additional information.

22             I've seen plenty of children back in

23   their days when New York City, when we were doing

24   our clinical trials, where you come to realize

Highly Confidential - Joseph Graziano, Ph.D.

1    when by the time the child came to our clinic, we

2    had a blood lead measurement that was actually on

3    the decline.  Prior to arriving at our clinic, the

4    child had had much higher.

5         So you can't tell which way it's going

6    and how long the duration is.

7         Q.   Sure.  Understand.

8         On Page 5 of your report, Doctor, and,

9    again, I can show this if you want to, but you

10   write that the steepest decline in IQ function

11   occurs in the very low blood lead range.

12        Do you recall that?

13        A.   I do.

14        Q.   And what do you mean when you use the

15   phrase "very low blood lead range," if you can

16   explain, please.

17        A.   Well, I think the dose-response

18   relationship, if you look at -- if I had a piece

19   of paper, but if you look on the Y axis, plot

20   blood lead from zero to 50, and on the -- I'm

21   sorry.  On the X axis, plot blood lead from zero

22   to 50, and on the Y axis, child IQ, virtually all,

23   as I recall, of the seven prospective studies see

24   a very steep decline in the low blood lead range,

Highly Confidential - Joseph Graziano, Ph.D.

1  10 or 15 and less, and then a flattening of the

2  curve as the blood lead goes above 15 or so. By

3  that, I don't mean a single point measurement of a

4  single blood lead, but typically an average blood

5  lead over a period of the longitudinal study of

6  the child.

7      Q.   Sure.

8           And, Doctor, obviously we looked earlier

9  today at a Canadian paper you were seeing for the

10 first time, right, that was looking at blood lead

11 levels below 1 and indicating that there was no

12 correlation there with lead exposure and any

13 measurable IQ loss, right?

14     A.   At age 3, right.

15     Q.   At age 3, yeah.

16          And so that would -- and, Doctor,

17 sitting here today, do you know, going back to the

18 pooled study that you were talking about, how

19 many -- of the subjects collectively that were

20 looked at in the seven different cohorts that were

21 included in the pooled study, how many of those

22 had blood lead levels below 7.5 micrograms per

23 deciliter?

24          MR. LANCIOTTI:  Objection; foundation.

Highly Confidential - Joseph Graziano, Ph.D.

1    A.   Without looking at the paper or the

2   data, I can't recall that.

3    Q.   What's the -- do you recall

4   approximately, Doctor, the overall number of

5   subjects who were included in that pooled

6   analysis?

7         MR. LANCIOTTI:  Objection; foundation.

8    A.   I think I have a note.

9         1333.

10    Q.   Okay.  And, Doctor, if I told you that

11   only 103 of those had blood lead levels below

12   7.5 micrograms per deciliter, would that surprise

13   you?

14         MR. LANCIOTTI:  Objection; form;

15   foundation.

16    A.   No.

17    Q.   Okay.  Well, isn't it fair to say,

18   Doctor, that it's -- a pool of 103 is a pretty

19   small pool to make conclusions with respect to

20   effects below 7.5 micrograms per deciliter?

21    A.   But the construction --

22         MR. LANCIOTTI:  Sorry.

23         Object to form; foundation.

24         Go ahead, Doctor.

Highly Confidential - Joseph Graziano, Ph.D.

1      A.   The construction of that dose-response

2  curve does not ignore all of the children above

3  7.5.  The construction of the curve is powerful

4  because we have a wide range, and that's -- that's

5  the nature of the pooled analysis.

6      Q.   Well, I understand that you're -- in

7  your view, the curve, as you call it here, has a

8  number of data points, well over a thousand data

9  points, it sounds like, as you go above

10  7.5 micrograms per deciliter.  But as you get

11  below 7.5 micrograms per deciliter, it gets pretty

12  sparse because we're talking only 103.

13      MR. LANCIOTTI:  Objection; form;

14  foundation.

15      A.   I don't disagree, but the statistical

16  modelers who have spent careers trying to fit

17  curvilinear functions to a dataset like this have

18  convinced me that they are able, with great

19  confidence, to construct a curve.  You can't just

20  look at a tiny window of the curve.  You look at

21  the entire range of the curve.

22      Q.   Well, I appreciate that.  And I

23  appreciate that statisticians can accomplish many

24  things.  And I'm often reminded of the Mark Twain

Highly Confidential - Joseph Graziano, Ph.D.

1    quote, right, that there's lies -- damn lies and

2    statistics, right?

3          So -- but as you look at the actual --

4    you would agree, Doctor, would you not, that

5    statistics has to take a second chair to actual

6    results, right?

7          MR. LANCIOTTI:  Objection to form.

8     A.   Well, statistical analysis is part of

9    the means by we get to actual results.

10    Q.   I understand.  And I agree with that,

11   Doctor.  The -- and I think we're actually all

12   saying -- or you and I are saying the same thing

13   here, that when you talk about the curve and you

14   talk about -- and you look at projecting that down

15   below 7.5, it really is -- it's a projection,

16   right?

17          MR. STERN:  Objection; form; move to

18   strike the colloquy.  There's only one individual

19   testifying today, so there should be no agreement

20   about anything insofar as there's only one person

21   testifying.

22    A.   Can you restate your question, Mark?

23    Q.   Sure.

24          As the curve, as you call it, gets below

Highly Confidential - Joseph Graziano, Ph.D.

1   7.5 micrograms per deciliter, Doctor, you agree

2   it's a -- it's a projection?

3        A.   It's a statistical representation of all

4   of the data, including the data above 7.5 and the

5   data below 7.5.

6        Q.   Okay.  And to take your phrase, Doctor,

7   the steepest decline in IQ function occurs in the

8   very low blood lead range.

9            Does that effectively mean that the

10  initial exposure causes the most damage?

11           MR. LANCIOTTI:  Objection; form.

12       A.   No.  You are referring to temporal

13  issues, Mark.  You know, these longitudinal

14  cohorts have very good repeated measurements of

15  blood lead in children again and again.  Our

16  study, we measured blood lead every six months

17  from the umbilical cord blood lead measurement at

18  6, 12, 18, 24, so on, measurements.

19           And so when we're talking about a

20  number -- a blood lead number, it's not at a

21  single point in time.  It's often an integrated

22  average over a block of time over some duration.

23       Q.   Thank you.  I appreciate that, Doctor.

24  Why don't we go at this with some hypotheticals.

Highly Confidential - Joseph Graziano, Ph.D.

1    That might make it a little easier here.  Okay?

2           So let's hypothetically assume that we

3    have a child age 4 who has a blood lead level of

4    2 micrograms per deciliter, and that -- and she's

5    tested three times over six months and

6    consistently has a blood lead level of 2.  Okay?

7        A.   Yeah.

8        Q.   And is it your testimony that a blood

9    lead level of 2 micrograms per deciliter would

10   cause lasting harm to the child's intellectual

11   functioning?

12          MR. STERN:  Object to form; foundation.

13          Are you asking him in that moment that a

14   child with a lead level of 2, or a child who has a

15   lead level of 2 today but previously had a lead

16   level of 4; and 30 days earlier, 8; and 30 days

17   earlier, 16; and 30 days earlier, 32; and 30 days

18   earlier, 64?

19          MR. TER MOLEN:  I'm asking the question

20   I asked.

21       Q.   Can you answer that question, Doctor?

22       A.   I'm sorry.  I'm going to ask you to

23   repeat the question.

24       Q.   Sure.

Highly Confidential - Joseph Graziano, Ph.D.

1          MR. TER MOLEN:  Sara, do you mind

2     reading it back?

3               (Record read as requested.)

4        A.    It's conceivable that it could cause a

5     very, very small loss in the child's intellectual

6     capacity, but not much at all.

7        Q.    Okay.  Okay.  Let's look at Page 6 of

8     your report, Doctor.  There you write, in part,

9     that the molecular and physiological effects of

10    lead are well understood.

11              Do you recall that?

12       A.    Yes, I do.

13       Q.    Okay.  And is that a recent development,

14    Doctor?

15       A.    No.  It goes back at least 20 --

16    20 years or more.

17       Q.    Okay.  And you cite a paper by a

18    gentleman by the name of Klassen published in

19    2018, if I'm pronouncing that correctly.

20       A.    Yeah.  Kurt Klassen.  That's actually a

21    textbook.  I refer to a chapter in a textbook that

22    talks about molecular mechanisms.

23       Q.    Okay.  And you cite the Klassen text as

24    discussing numerous mechanisms, I think, to use

Highly Confidential - Joseph Graziano, Ph.D.

1  your phrasing, that are involved in altering brain

2  function from lead exposure; is that right?

3      A.   That's right.

4      Q.   Okay.  Can you -- are you able, sitting

5  here today, to describe to us what those

6  mechanisms are?

7      A.   To some extent, sure.

8          So -- and this work is largely derived

9  from animal models because you can't get inside of

10  a person's brain and look.

11         But lead interferes with many

12  neurotransmitter functions, the dopaminergic

13  neurotransmitters, the cholinergic

14  neurotransmitters.  And it mimics calcium in the

15  brain.  There's a group at Johns Hopkins back in

16  time who studied protein kinase C, which is a

17  calcium dependent, critically important enzyme in

18  brain development and functioning.  And their

19  review article -- I just looked at it not -- their

20  review article has been cited -- this is -- oh,

21  Goldstein is one of the authors, but it's been

22  cited 800 or 900 times as others in the field move

23  forward and look at molecular mechanisms.

24      Q.   Okay.

Highly Confidential - Joseph Graziano, Ph.D.

1      A.   I believe to some extent it interferes

2   with the reuptake of neurotransmitters at the

3   synapse.

4      Q.   Okay.  Does Klassen's text support a

5   claim, Doctor, that there is no threshold for

6   effects of lead on brain function?

7      A.   No, because this is all animal-modeled

8   work.

9      Q.   Okay.  And similarly, is it fair to say

10   that the Klassen text does not support a claim

11   that the effect of lead is greater at lower doses

12   of exposure than at higher doses of exposure?

13      A.   Not that I recall.

14      Q.   Okay.

15      A.   I mean, this was an examination of

16   molecular mechanisms.  I don't recall exactly.

17      Q.   Fair enough.

18          Are you familiar, Doctor, with different

19   EPA action levels for lead in the water?

20      A.   Going back in time, you mean?  The

21   evolution of the MCLs, you mean?

22      Q.   No.  Thank you.  I'm sure that would be

23   a fascinating discussion, but maybe just focus

24   currently, what the MCLs are currently, Doctor,

Highly Confidential - Joseph Graziano, Ph.D.

1    for lead.

2        A.   The MCL is 15 micrograms per deciliter.

3        Q.   Okay.  And is that an action level?

4        A.   So I'm trying to remember the Lead and

5    Copper Rule and what the implications are of

6    having a water lead above 15, and I can't remember

7    exactly what the actions are.  But attention is

8    brought to the matter.

9        Q.   Okay.  And, Doctor, is it -- well, are

10   you able to convert consumption of -- are you able

11   to convert a water lead level, if you will, into a

12   blood lead level?

13       MR. LANCIOTTI:  Objection; form;

14   foundation.

15       A.   One can estimate the ingested dose.  We

16   use the norms of how much water a child of that

17   age or an adult of that age typically drinks.  And

18   there are, you know, established values that we

19   assume a child would drink.  I used to know it,

20   but I don't.

21       Q.   That's okay.

22            Is there a model out there, do you know,

23   that's sanctioned by EPA?  Is it called IUBKE,

24   something like that?

Highly Confidential - Joseph Graziano, Ph.D.

1      A.    IEUBK, yes.

2      Q.   Well, I was close.  Thanks.

3           Okay.  And is that a model that does

4  what you're describing, which converts,

5  essentially, water lead levels into blood lead

6  levels?

7      A.    The IEUBK model can incorporate water

8  lead concentrations in the prediction of blood

9  lead concentrations in children.  It's essentially

10  based -- the model is based on communities in

11  which -- that have been studied extensively where

12  they know the soil lead concentration, they know

13  the air lead concentration, they know the dust

14  lead concentration, they know the water lead

15  concentration.  And when all put together, if you

16  take those values for a community and plug them

17  into the model, you can actually predict what the

18  frequency distribution of blood lead in children

19  will look like.

20           I served on a National Research Council

21  committee some years ago.  Perhaps this is too

22  long of a story, but the IEUBK model was

23  challenged by the senators from Idaho.  It was the

24  Coeur d'Alene, Idaho Superfund site.  And there

Highly Confidential - Joseph Graziano, Ph.D.

1   had been a Superfund site in the so-called

2   Silver Valley of Idaho, in the panhandle, that

3   25-square-mile site was cleaned up over a period

4   of 20 years.

5           During that process, EPA came to learn

6   that lead tailings from the mine had moved down

7   the river toward the Coeur d'Alene River.  And EPA

8   declared the entire length of the Coeur d'Alene

9   River to be another Superfund site, at which point

10  the two senators went nuts because they had just

11  rebuilt that area to become tourist -- tourism was

12  a big part of the economy.

13          And so the senators got the national

14  academy to convene a committee.  And actually,

15  they were challenging EPA on this very model, on

16  the IEUBK.  And to make a long story short, the

17  committee, which was a very distinguished

18  committee, actually came to conclude that that

19  model was a very useful model in predicting the

20  distribution of blood leads in children.

21      Q.   Thank you.  I appreciate hearing that.

22          The -- would you agree that the MCLs

23  issued by the government are meant to be

24  protective?

Highly Confidential - Joseph Graziano, Ph.D.

1    A.   Yes.

2         MR. LANCIOTTI:  Object to form.

3    Q.   And sitting here today, do you know if

4   somebody was drinking water that had 14 parts per

5   billion of lead in it, what that would translate

6   into as far as their blood lead?

7    A.   I do not.

8         MR. LANCIOTTI:  Object to form.

9    A.   I cannot.

10   Q.   And, Doctor, are you aware that the FDA

11  regulates the lead content of bottled water?

12   A.   Yes.

13   Q.   Okay.  And, similarly, is that

14  regulation intended to be protective, in your

15  view?

16   A.   I would certainly hope so.

17   Q.   Do you know what that level is?

18   A.   I do not offhand.  I did, but I don't.

19   Q.   Okay.  If I told you 5 parts per

20  billion, would you accept that?

21   A.   Sure.  Sounds reasonable.

22   Q.   Okay.  And sitting here today, do you

23  have any opinions as to whether or not drinking

24  bottled water with 5 parts per billion of lead is

Highly Confidential - Joseph Graziano, Ph.D.

1    safe?

2              MR. LANCIOTTI:  Object to form.

3         A.   I have not specifically considered that.

4         Q.   Okay.  Fair to say that you drink

5    bottled water without worrying about that; is that

6    right?

7              MR. LANCIOTTI:  Object to form;

8    foundation.

9         A.   I don't, but I would.  Yep.

10             I'll give you a factoid, Mark.

11        Q.   Please.

12        A.   The amount of energy that is used to

13   create a bottle of water is equivalent to a third

14   of a bottle of oil.

15        Q.   Really?

16        A.   Yes.  When one considers the amount of

17   energy to obtain the water, make the plastic,

18   transport the bottle and so on.  So it should be a

19   deterrent to all of us to not drink bottled water.

20        Q.   Well, I've got to use my thermos more

21   often; that's for sure.

22        A.   And using -- going back to your

23   Mark Twain, you reminded me of Harry Truman, who

24   always wanted a one-handed economist, because he

Highly Confidential - Joseph Graziano, Ph.D.

1    said the economist, "On the one hand, and on the

2    other hand..."

3        Q.   We looked earlier at a document, Doctor,

4    that was the -- oh, let's see.  It was the -- I

5    want to say it was the 2019, or maybe it was a

6    2016 -- it was one of the CDC summaries looking at

7    blood lead levels, and we were looking at national

8    blood lead levels.  And you recall that we looked

9    at the 50th percentile?

10       A.   .7, yes.

11       Q.   Yes, right.  Good memory.

12            Would you call .7 a low blood lead level

13   or is that sort of a super low blood lead level,

14   if you will?

15            MR. LANCIOTTI:  Objection; form.

16       A.   Well, I'm an old-timer, you know.  In

17   historical context, it's a very low blood lead

18   concentration.

19       Q.   Yeah.

20            And obviously you cited the Needleman

21   paper in '79 that we looked at earlier that was

22   looking at, quote, unquote, low blood levels, but

23   as we looked at in that paper, the blood lead

24   levels, in fact, were in the 23 to 35 micrograms

Highly Confidential - Joseph Graziano, Ph.D.

1    per deciliter range, right?

2         A.    Back in the lead gasoline year.

3         Q.    Yeah, back in -- just before -- well,

4    just at the end of that era, I guess, right?  Just

5    the end of the '70s.

6              MR. TER MOLEN:  Okay.  Now, I'd like to

7    look at a couple of documents here.  This will be

8    Exhibit 19.

9              And it's a 2019 report from -- it might

10   be the Michigan Department of Public Health, but

11   we'll see that in a minute here, looking at blood

12   lead levels at different parts in the state of

13   Michigan.  Okay?

14                       - - -

15             (Graziano Exhibit 19 marked.)

16                       - - -

17   BY MR. TER MOLEN:

18        Q.    Okay.  Department of Health and Human

19   Services.  Close.

20             MR. TER MOLEN:  Thank you, Sam.

21        Q.    Have you seen this document before,

22   Doctor?

23        A.    No, I have not.

24        Q.    Okay.

Highly Confidential - Joseph Graziano, Ph.D.

1           MR. TER MOLEN:  If we could turn to

2   Page 7.  I think it's -- is that Page 7, Sam?

3   Sorry.  Here we go.

4       Q.   So this is a chart --

5           MR. TER MOLEN:  If you can blow that up

6   a smidge.  Thank you.

7       Q.   -- a chart that's looking at blood lead

8   level results by county.

9           Do you see that?

10      A.   Yes.

11      Q.   And if you look at the last column all

12  the way in the right, that identifies the number

13  of children in that county who were tested -- and

14  this is, again, focusing on 2014 -- for lead and

15  had blood lead level results -- the percentage

16  that had blood lead level results higher than

17  5.0 micrograms per deciliter, right?

18          THE WITNESS:  Could I stop us right

19  here?  I would like one minute to put drops in my

20  eyes, because --

21          MR. TER MOLEN:  Doctor, why don't we

22  just -- thank you.  That's just fine.  We'll take

23  a break.  Why don't we come back at a quarter to

24  the hour.  Okay?  Just give you a bit more time.

Highly Confidential - Joseph Graziano, Ph.D.

1          THE WITNESS:  Thank you very much.

2          VIDEOGRAPHER:  The time is 3:35 p.m.,

3   and we're off the record.

4          (Recess taken.)

5          VIDEOGRAPHER:  The time is 3:45 p.m.,

6   and we're on the record.

7   BY MR. TER MOLEN:

8      Q.   Okay.  Terrific.  I think we were

9   looking at the exhibit we marked as Number 19,

10  which was a chart with some small numbers that I

11  think drove you to eye drops.

12     A.   That's right.

13     Q.   And I think I'd asked you, Doctor, if

14  you would confirm that the column to the far right

15  there is identifying the percentage of children in

16  any particular county within the state of Michigan

17  who have a blood lead level of 5 micrograms per

18  deciliter or more, right?

19     A.   Just -- just give me one moment, please.

20          (Witness reviews document.)

21          You're referring to the very far right?

22          I see, percent BLL greater than 5.  Yep.

23     Q.   Okay.  And if we scroll down here --

24  we'll look for Genesee County.

Highly Confidential - Joseph Graziano, Ph.D.

1            And you understand, Doctor, that

2    Genesee County is the county in which the City of

3    Flint is located?

4        A.   I do.

5        Q.   Great.

6            Okay.  You see Genesee there is at

7    2.6 percent?

8        A.   Yes, sir.

9        Q.   Okay.  And then just looking down that

10   same page, you see "Jackson," a little bit farther

11   down?

12       A.   I do.

13       Q.   Okay.  And Jackson, obviously, is much

14   higher at 5.6 percent, right?

15       A.   Right.

16           MR. LANCIOTTI:  Objection; form.

17           MR. TER MOLEN:  Okay.  And if we go to

18   the next page there -- I'm sorry.  The next page.

19   Thank you, Sam.  Keep scrolling down.  There we

20   go.  Oh, scroll up a little bit.  We'll start with

21   the L's.  We'll still be with the L's.  Look for

22   "Lenawee."  There we go.

23       Q.   You see Lenawee County there?  It's

24   10.2 percent?

Highly Confidential - Joseph Graziano, Ph.D.

1      A.   I do.

2      Q.   And then if we go down to Mason, you

3  see, is 6.5, and then we've got a couple other

4  high ones right there -- or higher ones.

5  Menominee, 6.1; Muskegon, also 6.1.

6           Do you see those?

7      A.   I do.

8      Q.   Okay.  And they separately list out

9  Detroit.

10          MR. TER MOLEN:  And if we can see -- if

11  we can keep going down, I think we'll see Detroit,

12  Sam.

13     A.   I see it.

14          MR. TER MOLEN:  Right there.

15     Q.   Okay.  And you see Detroit is 8.2?

16     A.   Yes.

17     Q.   Which is -- oh, gosh, that's almost

18  three times higher than the -- than

19  Genesee County, right?

20     A.   Right.

21          MR. LANCIOTTI:  Object to form.

22     A.   Right.

23     Q.   Okay.

24          MR. TER MOLEN:  And if you go to Page 11

Highly Confidential - Joseph Graziano, PH.D.

1    here, Sam.  Thank you.

2        Q.   This is talking about cities that

3    received specific funding for lead prevention.  So

4    this looks at -- this includes Flint, which is

5    breaking Flint up from Genesee County, and you see

6    Flint is higher than the county as a whole, right?

7        A.   Yes.

8        Q.   At 4.5, and that's just a little bit

9    less than half of what Detroit is, right, at 8.2?

10       A.   Right.

11       Q.   And then you see the other cities here.

12            Highland Park is, obviously, much higher

13   at 15.9, right?

14       A.   Right.

15       Q.   I'll introduce the next exhibit,

16   Exhibit 20.  And this is going to be the same kind

17   of information, Doctor, but for the subsequent

18   year, 2015.  Okay?

19       A.   Okay.

20                    - - -

21            (Graziano Exhibit 20 marked.)

22                    - - -

23            MR. TER MOLEN:  Let's go to Page 19

24   here.

Highly Confidential - Joseph Graziano, Ph.D.

1      And if we can scroll down again to

2  Genesee County.

3  BY MR. TER MOLEN:

4      Q.   And you see Genesee is 2.3?

5      A.   Yes.

6      Q.   So they actually declined a bit over the

7  previous year, correct?

8      A.   I don't recall what the sample size was

9  in the previous year, but, yes.  For what it's

10  worth, yes.

11      Q.   Okay.  And then once again, we can

12  scroll through this.

13      MR. TER MOLEN:  If you go to the next

14  page and look at Lenawee -- there we go --

15      Q.   It's -- down there it's 10.

16      MR. TER MOLEN:  A little bit higher up.

17      Q.   The county of Kent, you see that, is

18  6.2?

19      MR. TER MOLEN:  And if we go to Page 22.

20      Q.   Again, the City of Detroit is identified

21  separately here, and that's at -- 7.5 percent of

22  the children in Detroit had blood lead levels of

23  5 micrograms per deciliter or higher, right?

24      A.   Right.

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.   Okay.  And, Doctor, would you expect,

2  just focusing on the children in the City of

3  Detroit, if a child -- well, you know what?  We'll

4  leave that alone.

5           We'll get to one of the moments we've

6  been building up to, Doctor, which is the

7  Lanphear 2005 study.

8           Now, you mentioned that report -- you

9  mention that study in your report, obviously.

10  We've talked about it a number of times today.

11  And he published that pooled study in -- initially

12  in 2005, right?

13      A.   That's correct.

14      Q.   And he republished it in 2019, correct?

15      A.   That's correct.

16      Q.   And the reason he republished it in 2019

17  was to address some errors identified by another

18  scientist by the name of Crump, C-R-U-M-P; is that

19  right?

20      A.   That's right.

21      Q.   Okay.  You were a coauthor of the

22  2005 study, right?

23      A.   And the second study, yeah.

24      Q.   Okay.  Well, that's what I was going to

Highly Confidential - Joseph Graziano, Ph.D.

1    ask you.

2          So you were also a coauthor of the

3    second study, right?

4          A.   That's correct.

5          Q.   And so when you say in your report that

6    you were careful not to cite your own work,

7    obviously this is an exception to that, right?

8          A.   Yes.  Okay.  That was a slip.

9          Q.   Okay.

10          MR. TER MOLEN:  Why don't we put in the

11    2005 study.  We'll mark that as Exhibit 21.

12                    - - -

13          (Graziano Exhibit 21 marked.)

14                    - - -

15          MR. TER MOLEN:  And let's look at the

16    abstract, Sam, if we can.

17          Thank you.

18          A.   Okay.

19          Q.   So reading about halfway down here,

20    Doctor -- let's see -- it would be 12 lines from

21    the bottom here.  There's a sentence that starts

22    "Using a log-linear model, we found a 6.9 IQ-point

23    decrement associated with an increase in

24    concurrent blood lead levels from 2.4 to

Highly Confidential - Joseph Graziano, Ph.D.

1    30 micrograms per deciliter," right?

2        A.    Right.

3        Q.    And so just to restate that in more

4    layman's terms, when the blood lead level of a

5    particular child increased from 2.4 to 30, you

6    found a loss of IQ points of almost 7.  7 IQ

7    points; is that right?

8        A.    Yes.

9              MR. LANCIOTTI:  Object to form.

10       A.    In -- in populations of children, if you

11   compare those with 2.4 to a 30, the mean drop in

12   IQ was 6.9.

13             But, if we go on, much of that decrement

14   in IQ happens on the lower end of that range of

15   2.4 to 30.

16       Q.    Okay.  Thank you.  I do see that.

17             And so the increase from 2.4 to 10,

18   which is, what, 7.6, the increase from 10 to 20,

19   which is 10, and the increase from 20 to 30, those

20   increases were respectively -- or the loss of IQ

21   points associated with those increases was

22   respectively 3.9, 1.9, and 1.1; is that right?

23       A.    That's right.  So it's in that lowest

24   range of 2.4 to 10, that much of the segment, that

Highly Confidential - Joseph Graziano, Ph.D.

1    the damage was done.

2         Q.    Okay.  And just to be clear, the study

3    here focuses on -- with the lowest level I see

4    identified here for purposes of looking at losses

5    in IQ points is 2.4 micrograms per deciliter,

6    right?

7              MR. LANCIOTTI:  Objection; form;

8    foundation.

9         A.    That's not the lowest blood lead of any

10   child.  That's just -- you know, this is just a

11   means of trying to make a very complicated issue

12   interpretable to the reader.  I don't know if

13   that's useful, but, you know, any reviewer will

14   say, well, put it in -- put the result in terms

15   that anybody can understand.  We're not talking

16   about a child with a 2.4 and a child with a 10.

17   But if you model the dose-response curve, as the

18   statisticians did, this is what the model shows.

19        Q.    Sure.

20             And I appreciate, Doctor, that we're

21   talking at a population level and not an

22   individual level, right?

23        A.    Yeah.  Right.

24        Q.    Okay.  I appreciate you're not looking

Highly Confidential - Joseph Graziano, Ph.D.

1   at any individual child and indicating what IQ

2   loss they may or may not have, which is, I think

3   in part, what you're saying, right?

4        A.   That's right.

5        Q.   Okay.  And obviously as we discussed

6   earlier, there's a large number of other factors

7   that can come into play.

8             But the question I'm getting at, Doctor,

9   is understanding this study is at a population

10  level, that the focus of the study, the lower

11  level of blood lead that was looked at in the

12  study was 2.4, right?  And then that went on up

13  from there, correct?

14       A.   No.  That's not --

15            MR. LANCIOTTI:  Objection; form;

16  foundation.

17       A.   That's not correct.

18       Q.   Okay.  Why is it not correct?  Because

19  I'm looking in here -- and I appreciate this is

20  the abstract.  If there's more in the text, we

21  can -- you can direct me there as the coauthor

22  here.

23            But, again, the abstract, as I'm reading

24  it, as we read it together, is using 2.4 at the

Highly Confidential - Joseph Graziano, Ph.D.

1    lower level and going up from there, right?

2          A.    Yes.  And that's -- that's for

3    illustrative purposes.  It's not as though we

4    didn't look at blood leads lower than that, or

5    that the model didn't create a curve that went

6    below that.  I'm sure you'll eventually get to the

7    figures in the paper, which may be more helpful.

8          Q.    Okay.  Well, I understand that the model

9    may have created a curve, but where -- can you

10   show me -- and we can scroll through here -- can

11   you show me where in the paper it purportedly

12   studies IQ decrements below 2.4 micrograms per

13   deciliter?

14         A.    I think we need to look at the figures.

15         Q.    Okay.

16         A.    So here we have descriptive data for

17   Boston, Cincinnati, Cleveland, Mexico, Australia,

18   Rochester, Yugoslavia.

19               But I'd like to go to the graphics.  I

20   don't know which figure number it is.

21               Okay.  So these -- these models -- and

22   they are models -- look at the one, Figure 3 here.

23   It depicts a model that creates the dose-response

24   curve IQ versus, for example, concurrent blood

Highly Confidential - Joseph Graziano, Ph.D.

1  lead across a range that goes down well below 2.4.

2  And I think the surprise to all of us -- not a

3  total surprise, because individual studies had

4  seen this relatively steep drop-off in the range

5  below 10, but we looked at this in different ways.

6  Concurrent blood lead, if you scroll down a little

7  bit.  In Figure 4, modeling it, looking at those

8  with peak blood leads higher than 10, the solid

9  line, and less than 10, importantly, that fine

10  dotted line, that's where the model shows the

11  steepness of the curve for blood leads lower than

12  10.  And it does go down -- all the way down to,

13  you know, very small numbers.

14      Q.   Okay.  Anything else you want to show

15  me, Doctor, that illustrates -- besides these

16  models, that illustrates where this study purports

17  to study blood lead levels below 2.4 micrograms

18  per deciliter?

19      A.   No.

20      Q.   Okay.  So going back to the abstract,

21  Doctor, why did -- why did you as an author here

22  choose 2.4 as the starting point?

23           MR. LANCIOTTI:  Objection; form; asked

24  and answered.

Highly Confidential - Joseph Graziano, Ph.D.

1      A.    Honestly, I don't recall.

2      Q.    Okay.  Then has anybody re-examined the

3   data that was collected in this study and reached

4   a different conclusion regarding the relationship

5   between low-level lead exposure and health

6   effects?

7      A.    The EPA conducted a reanalysis of this

8   same data, and EPA concluded -- in fact, this

9   occurred after the reanalysis, you know.  So there

10  was an error here.  The Boston group, the Harvard

11  group, when they submitted their data to

12  Dr. Lanphear, whoever sent the data over didn't

13  send full-scale IQ.  They -- so IQ scores have

14  subscales, performance IQ and verbal IQ.  And they

15  inadvertently sent the performance IQ rather than

16  the full IQ, which encompasses performance and

17  verbal.

18          So the analysis was redone.  And after

19  it was redone, the result of the subsequent

20  publication really reiterated essentially the same

21  findings.  The numbers were tweaked by a tiny bit.

22  But EPA then reanalyzed that corrected dataset and

23  concluded that the errors did not change the

24  overall results or the scientific validity or the

Highly Confidential - Joseph Graziano, Ph.D.

1    conclusions.

2         Q.   Okay.  Well --

3         A.   And I'm essentially quoting from the EPA

4    document.

5         Q.   Okay.  Appreciate that.

6              MR. TER MOLEN:  Let's introduce the next

7    exhibit, which will be Exhibit 22.  And this will

8    be the 2013 study by Crump that was analyzing this

9    2005 study that's Exhibit 21.

10                       - - -

11             (Graziano Exhibit 22 marked.)

12                       - - -

13   BY MR. TER MOLEN:

14        Q.   Okay.  You've seen this document before,

15   right, Doctor?

16        A.   Yes, I have.

17        Q.   Okay.  And you cite to the Crump study,

18   I believe, in Page 5 of your report in this case,

19   right?

20        A.   I believe so.

21        Q.   Okay.  You don't engage in any

22   discussion of what the Crump study says, though,

23   correct?

24        A.   Not to any extent, no.

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.   Okay.

2           MR. TER MOLEN:  Let's go to Page 793 of

3      this, Sam.

4      Q.   Okay.  There's some highlighted language

5      there.  And starting at the beginning of the

6      paragraph, Doctor, in which the highlighted

7      language is, it says that "the confidence

8      intervals on the coefficients plotted in

9      Figure 3" -- we'll go back to Figure 3 in a

10     minute -- "naturally get progressively larger for

11     progressively lower blood lead levels owing to the

12     fact that each subsequent point is based upon

13     fewer children."

14     A.   Exactly.

15     Q.   Pardon?

16     A.   Exactly.  Yep.

17     Q.   And then it says "Below peak blood lead

18     levels of around 4 to 6 micrograms per deciliter,

19     the confidence intervals become so wide that they

20     provide essentially no information."

21          Did I read that correctly?

22     A.   Yes, you did.

23     Q.   Okay.  And by saying that "the

24     confidence intervals become so wide that they

Highly Confidential - Joseph Graziano, PH.D.

1   provide essentially no information," is it fair to

2   say that what Crump is saying is that once you get

3   below 4 to 6 micrograms per deciliter, there's

4   insufficient data to determine whether or not

5   there is any harm?

6          MR. LANCIOTTI:  Objection; form;

7   foundation.

8      A.   Well, this is their opinion.  This is

9   their opinion, and it is without question that the

10  confidence intervals become wider as you go lower

11  and lower.  These are -- these authors are

12  hired -- you know, it's a consulting firm, and

13  they reached this opinion.  Even

14  Sir Bradford Hill, if one reads his original --

15  what was a lecture and became a paper -- argues

16  strongly at the end of his lecture, his paper,

17  that one should not rely religiously on

18  statistical significance and that one needs to

19  look at the whole set of criteria that we talked

20  about earlier.

21          And so they can come down on this side

22  of their conclusion.  I can't dispute it.  But it

23  is -- at that point in time, it's a matter of

24  opinion.  Here again, because there's so much

Highly Confidential - Joseph Graziano, Ph.D.

1   confidence in the data just above the 4 to 6 and

2   the modeling brings it into the shape that it is,

3   you know, I'll give them their opinion -- I'm

4   entitled to mine -- but it gets down to that,

5   basically.

6       Q.   Okay.  I think I understand.  Thank you,

7   Doctor.

8            And just to restate what I think I heard

9   you say is that when you get down to the levels of

10  4 to 6 micrograms per deciliter of blood lead,

11  that Crump wrote that the data is not sufficient

12  to identify any harm?

13           MR. LANCIOTTI:  Objection; asked and

14  answered; mischaracterizes the witness's

15  testimony.

16      A.   That is mischaracterizing what I said,

17  yep.

18      Q.   Okay.

19      A.   You know, we're taught always to look at

20  the source of funding for scientific publications.

21  You know, our work was funded by the National

22  Institutes of Health.  This work, it's a

23  consulting firm.  I don't know who funded them to

24  do this, to try to attack.  They did a reasonable

Highly Confidential - Joseph Graziano, Ph.D.

1    job of reanalyzing the data and recreating the

2    same dose-response curve.  Their interpretation at

3    the low end of the curve is different than mine.

4         Q.   Okay.  So as I think you said, it's a

5    matter of interpretation, right?

6         A.   Yes.

7         Q.   Okay.  And then later in that same

8    paragraph, Crump writes, "however" -- and I'm

9    just -- here we go -- yeah.  I'm sure we're on

10   Page 798.

11        Okay.  So starting in this paragraph

12   here --

13        MR. TER MOLEN:  Thank you, Sam.

14        Q.   -- Lanphear, et al. stated that they

15   found no evidence but threshold exposure below

16   which blood lead levels has no association with

17   IQ.

18        And we've talked about that some today,

19   right, Doctor?

20        A.   Yes.

21        Q.   Okay.  And the next sentence is "There

22   appears to be nothing in our analysis to challenge

23   this conclusion."

24        A.   Good.

Highly Confidential - Joseph Graziano, PH.D.

1     Q.   And then he says "However, the question

2  of whether or not a threshold of exposure exists

3  can never be answered definitively by a

4  statistical analysis."

5          Did I read that correctly?

6     A.   And he refers to his own work, which I'm

7  not familiar with, the Crump 2011.

8     Q.   Okay.  But I read that correctly, right?

9     A.   Yes.

10    Q.   Do you agree with that?

11         MR. LANCIOTTI:  Objection; form.

12    A.   I'm not a statistician.  This is beyond

13 my pay grade in terms of the statistical analysis.

14    Q.   Okay.  And then later in that same

15 paragraph --

16         MR. TER MOLEN:  We can move down here.

17    Q.   -- he writes --

18         MR. TER MOLEN:  Yeah, thank you, just

19 over to the right there.

20    Q.   -- "However, it is possible to use a

21 statistical analysis to set an upper bound for any

22 threshold that may exist."

23         Do you see that?

24    A.   Yes.

Highly Confidential - Joseph Graziano, Ph.D.

1       Q.   And then he writes "The present analysis

2   suggests an association of blood lead level with

3   IQ at concurrent blood lead levels as low as

4   5 micrograms per deciliter."

5       A.   Yes.

6       Q.   Do you see that?

7            Okay.  And that's -- his view of what

8   the science shows is that you can see a decrement

9   to IQ where you have a blood lead level as low as

10  5 micrograms per deciliter, right?

11           MR. LANCIOTTI:  Objection; form.

12      A.   Could you repeat your question?

13      Q.   Sure.

14           He writes that based on his review of

15  the same data that you and Dr. Lanphear looked at,

16  that that data indicates that all the way down to

17  5 micrograms per deciliter, it's possible to find

18  an association between lead exposure and loss of

19  IQ, right?

20      A.   Right.

21           MR. LANCIOTTI:  Object to form.

22      Q.   Okay.  And the flip of that is he did

23  not see a scientific basis for finding harm below

24  5 micrograms per deciliter, correct?

Highly Confidential - Joseph Graziano, Ph.D.

1              MR. LANCIOTTI:  Object to form.

2       A.   I think we've talked about that already,

3  Mark.

4       Q.   Okay.  This is where it's a matter of

5  opinion.

6              MR. TER MOLEN:  Okay.  Why don't we

7  introduce the next exhibit, which will be

8  Exhibit 23.  And this is the 2019 version of the

9  paper you coauthored with Dr. Lanphear.

10                   - - -

11             (Graziano Exhibit 23 marked.)

12                   - - -

13  BY MR. TER MOLEN:

14      Q.   Now, with apologies if you've explained

15  this already, Doctor, why was it necessary to

16  republish the paper from 2005, essentially

17  15 years later?

18      A.   Because in -- along the way -- and I

19  suspect it was Crump and coworkers -- when they

20  looked -- so we provided all of the data to the

21  EPA and to other groups to say, here, take a look,

22  see what you see.  And a very astute observer

23  noticed that there was an error -- an honest error

24  in that Harvard group -- the Boston group provided

Highly Confidential - Joseph Graziano, PH.D.

1    the performance IQ, as I've said, rather than the

2    full IQ.

3            So this analysis was taken on again, the

4    reanalysis, and so this paper starts with an

5    explanation of what the errors were and goes on to

6    explain that, you know, essentially we reran

7    everything we had done many years ago and that the

8    changes in the outcome, in the scientific

9    conclusions were essentially vanishingly small.

10   And as I said, EPA took the second dataset and

11   reanalyzed it and concurred with us that the

12   errors did not change the overall results or the

13   scientific validity or the conclusions.

14       Q.  Okay.  Well, we'll come back to this in

15   just a second.

16           MR. TER MOLEN:  Sam, if you don't mind

17   putting up Page 5 from Dr. Graziano's report in

18   this case, please.

19       Q.  Okay.  Just looking at this -- the

20   paragraph that's sort of -- whoops, there you

21   go -- that's highlighted here, you say "combined

22   pool analysis," and then you say in the second

23   line, "and subsequently modified in 2019 due to a

24   small error in the original analysis."

Highly Confidential - Joseph Graziano, Ph.D.

1           Do you see that?

2      A.   I do.

3      Q.   Okay.  And when we just read the

4  document here -- and I'm not trying to -- did you

5  mean to say -- instead of "small error," Doctor,

6  did you mean to say "due to errors," plural, in

7  the original analysis?

8      A.   My mistake.  There was one other really

9  small error, but, yeah.

10     Q.   Okay.

11          MR. TER MOLEN:  Let's go back to the

12  2019 review.  Thanks.  Thanks, Sam.

13     Q.   Okay.  And then if we scroll down,

14  there's an editor's note here that might be --

15  there we go -- where it says "Due to the extent of

16  the changes throughout the text and the length of

17  time that has passed, the complete corrected text

18  of the article is included for the convenience of

19  our readers.  Supplemental material is also

20  provided," et cetera.

21          So, basically, it sounds like that given

22  the time that had passed, the editors asked you

23  guys to, in essence, redo and resubmit the full

24  paper; is that fair?

Highly Confidential - Joseph Graziano, Ph.D.

1      A.    That's fair.

2      Q.    Okay.  And then, you know, in that --

3  you know, again, you indicated earlier, I think,

4  that there's a lot of work that's been done in

5  this area in recent years.

6            Is there -- did you, when you

7  republished this paper in 2019, try to take into

8  account all of the various studies that had looked

9  at low-level lead exposure since the original

10  paper was published in 2005?

11      A.    To my recollection, we did not.  This

12  was an erratum, if you will, and we did not try to

13  reinvent the wheel.  We were trying to get the

14  original story absolutely as accurate as we could.

15  And if I recall, the editors -- when -- I didn't

16  speak to them, but Lanphear did -- this was what

17  they wanted.  They didn't want to see a completely

18  new rewrite.  It would have been easier for them

19  just to go with the former paper.

20      Q.    Okay.  That's really interesting to me,

21  I guess, Doctor.  I mean, part of the reason why

22  is I've always thought of, you know, science, it's

23  an incremental process.  Right?  There's always

24  new studies and new information, right?

Highly Confidential - Joseph Graziano, Ph.D.

1      A.   Sure.

2           MR. STERN:  Object to form; move to

3   strike the colloquy.

4      Q.   And you agree, Doctor, that there were a

5   number of studies with respect to lower-level lead

6   exposure that occurred between the time that the

7   initial paper was published in 2005 and the time

8   the follow-up paper was published in 2019, right?

9      A.   That's correct.  But they would not have

10  changed one iota the interpretation of the data

11  that we were presenting.

12     Q.   Okay.  Well, let me ask you.  Are you

13  aware of any papers published between 2005 and

14  2019 that reached conclusions different from those

15  reached in the 2005 initial pooled study?

16     A.   Based on this data?

17     Q.   Based on any data.

18     A.   Certainly not based on this data.

19          Offhand, no, but I -- I don't know what

20  you're getting at.

21     Q.   Okay.  Well, we looked today at two

22  studies, right, that reached -- that --

23     A.   Canadian, yeah.

24     Q.   Yep.  The Canadian study, yep.  And

Highly Confidential - Joseph Graziano, Ph.D.

1    there was an earlier study by Taylor that also was

2    looking at low-level blood lead levels.

3            And are you familiar with the paper by

4    Lourdes, L-O-U-R-D-E-S, Schnass, S-C-H-N-A-S-S?

5        A.   The names are certainly familiar.

6        Q.   It was published in 2006, looking at low

7    lead levels with respect to affecting

8    intelligence.

9        A.   I -- it's familiar.  I cannot recall it.

10       Q.   Okay.  What about the name Min, M-I-N, a

11   paper in 2009; are you familiar with that?

12       A.   I don't recall.

13       Q.   Okay.  A paper by Kordas, K-O-R-D-A-S,

14   published in 2011; are you familiar with that?

15       A.   Again, it's familiar.  It's nine years

16   ago.  I don't recall.

17       Q.   Okay.  And another paper by Brann,

18   B-R-A-N-N, published in 2012; are you familiar

19   with that?

20       A.   No.

21       Q.   Okay.

22       A.   The power of the Lanphear publications,

23   however, is that it -- these are seven extremely

24   long longitudinal studies, each of which, on their

Highly Confidential - Joseph Graziano, Ph.D.

1    own, saw dose-response relationships between lead

2    and IQ, and then when combined, they represent

3    data from, as I said earlier, many cities, many

4    countries, different cultures.  And I would hold

5    this up to any one other study that's not

6    longitudinal and of this duration.

7         Q.   I appreciate that.

8              And, Doctor, let me ask you, with

9    respect to publishing scientific studies, you

10   earlier were indicating some questioning as to the

11   funding source of the folks of Crump and his

12   group, right?

13        A.   I wasn't pointing fingers per se.  I

14   just say we -- we have learned, whether we're

15   studying tobacco or lead or whatever, that be wary

16   of who is funding the work and conducting --

17   conducting the analysis.

18        Q.   Well, I think -- and as part of that, I

19   take it you're in favor of transparency on the

20   part of the authors with respect to any potential

21   conflicts of interests; is that right?

22        A.   Definitely.

23             MR. LANCIOTTI:  Object to form.

24        Q.   And is it fair to say, Doctor, that on

Highly Confidential - Joseph Graziano, Ph.D.

1    your behalf, you would disclose any potential

2    conflicts of interest if you were in the process

3    of publishing a paper, right?

4              MR. LANCIOTTI:  Object to form.

5        A.   We are required to do so.

6        Q.   Okay.  And just by way of a

7    hypothetical, then, Doctor, if you were retained

8    by plaintiff's counsel in a lead case and while

9    you were retained, you were publishing a paper

10   that linked lead exposure to injury, would you

11   make a disclosure of the fact that you were a

12   retained plaintiff's expert?

13             MR. LANCIOTTI:  Object to form;

14   foundation; improper hypothetical.

15       A.   Yes, I would be required to do that.

16       Q.   Yeah, okay.  When you say you would be

17   required to do that, do you mean pursuant to

18   university rules or something else?

19       A.   University rules.

20       Q.   Okay.  And don't the publications

21   themselves have rules requiring disclosure of

22   potential conflicts of interest?

23       A.   Absolutely.

24       Q.   Okay.  And you'd expect that anybody who

Highly Confidential - Joseph Graziano, Ph.D.

1    was publishing a paper where they had been

2    retained by outside interests, that they would

3    need to disclose that retention by outside

4    interests, right?

5         A.   Right.

6         Q.   Okay.

7              A little earlier, Doctor, we talked

8    about the category of neurological diseases later

9    in life.

10             You recall that, right?

11        A.   That's right.

12        Q.   And I think you indicated that you're

13   not opining today that there is a causal

14   relationship between lead exposure and any of the

15   neurological diseases later in life, right?

16        A.   That's correct.

17        Q.   With respect to the schizophrenia issue,

18   your report cites two papers published by a

19   gentleman -- I think a gentleman -- you can tell

20   me if I'm wrong -- by the name of Opler,

21   O-P-L-E-R?

22        A.   Mark Opler was my Ph.D. student.

23        Q.   Okay.  Terrific.  Good first name.

24             And those papers were published in 2004

Highly Confidential - Joseph Graziano, Ph.D.

1    and 2008, right?

2         A.    As I recall.

3         Q.    And are you aware that those papers were

4    looking at groups who had been exposed to lead

5    that resulted in their having blood lead levels

6    greater than 15 micrograms per deciliter?

7              MR. LANCIOTTI:  Objection; foundation.

8         A.    As best as I can recall.  It's a long

9    time ago.

10        Q.    Yeah.

11             Okay.  And with respect to essential

12   tremor, you cite two papers published by Louis in

13   2003 and 2011?

14        A.    Elan Louis, yes.

15        Q.    Okay.  And the median age of the

16   respondents in those papers was mid-60s to early

17   70s; is that right?

18        A.    That is correct.

19             MR. LANCIOTTI:  Objection; foundation.

20        A.    Yes, as I recall.

21        Q.    Yeah.  And so it's fair to say that they

22   would have grown up in the 1930s and 1940s?

23        A.    That's right.

24        Q.    And you would consider -- you would

Highly Confidential - Joseph Graziano, Ph.D.

1   expect that individuals growing up at that point

2   in time would have had relatively high blood lead

3   levels; is that right?

4       A.   That's right.  And I believe the papers

5   actually make that point, that they likely had

6   higher exposure to lead.

7       Q.   Doctor, I'm having a little trouble

8   hearing you.  If you're able to speak up a little

9   bit.  Thank you.

10      A.   Sorry.

11           I believe the papers actually point that

12  out, that we, of course, given their ages,

13  envision that they had higher exposures as young

14  people.

15      Q.   Okay.  I think you indicated this

16  earlier, Doctor, that the half-life of lead in

17  blood in adults is about 30 days?

18      A.   That's a complicated question, Mark.

19  There were actually two half-lives.  The half-life

20  of lead in blood -- let me illustrate this.  And

21  the best illustration is some work -- take

22  somebody who has worked in -- with lead through

23  occupational exposure, a battery worker.  And that

24  fellow retires, and we longitudinally measure that

Highly Confidential - Joseph Graziano, Ph.D.

1  fellow's blood lead over time.  We see that blood

2  lead comes down initially with a half-life of

3  roughly a month.  But after about four, five, six

4  months, the trajectory of the curve changes and it

5  now has a second half-life, a much longer

6  half-life.  The second half-life is on the order

7  of four years.

8          And what that is reflecting is the fact

9  that at that point after his exposure had stopped,

10  blood level comes down, but now it's -- lead in

11  bone is an equilibrium with lead in blood.  You

12  know, we remodel bone all day long every day, and

13  by that, I mean, you know, we have microfractures

14  and bone cells that are repairing that.  And in

15  the process, they actually liberate some of the

16  lead in bone.

17          So the initial half-life is about a

18  month for four to six months, but then -- and

19  there's this long, long half-life.  So that's why

20  in these cases, these papers with essential

21  tremor, these guys have low blood leads on the

22  order of 2 and 3.  That lead in their blood is

23  likely actually coming out of the bone reservoir

24  that was built up a long time ago.

Highly Confidential - Joseph Graziano, Ph.D.

1      Q.   Understand.

2           And that's why you'd expect the bone

3      lead reservoir, so to speak, would have to be

4      relatively large to result in blood lead levels

5      like what they were seeing, right?

6      A.   Yes.  Larger than under current exposure

7      paradigms.

8      Q.   Yeah.  Exactly.  Exactly.

9           In 2012, you coauthored a paper on

10     predicting later life outcomes of early life

11     exposures; is that right?

12     A.   Yes.

13          Which -- who is the first author?

14          MR. TER MOLEN:  Well, Sam, why don't we

15     put that one up.

16     A.   Is it Kim Boekelheide?

17     Q.   It is, actually.  It is, yeah.  I wanted

18     you to pronounce that first, Doctor.

19     A.   Yeah.  That was actually a conference

20     proceeding.  It wasn't a study per se.

21     Q.   Okay.

22     A.   But it was a report back from a

23     conference on that issue of consequences of early

24     life exposure later in life.

Highly Confidential - Joseph Graziano, Ph.D.

1           MR. TER MOLEN:  Okay.  Why don't we put

2     that up and we'll mark that as an exhibit.

3           Q.   Doctor, by calling it a conference

4     report, is that a document that would have gone

5     through peer review?

6           A.   Absolutely.

7           Q.   Okay.

8           MR. TER MOLEN:  We'll mark this as

9     Exhibit 24.

10                        - - -

11           (Graziano Exhibit 24 marked.)

12                        - - -

13           A.   I haven't seen this one in a long time;

14     Mark, you're taking me through my career here.

15           Q.   Well, it's a very accomplished career,

16     Doctor.

17                And is it fair to say, Doctor, that this

18     paper provided some examples where early life

19     exposures to various substances could cause health

20     effects later in life?

21           A.   As I recall, yes.

22           Q.   Okay.  Did any of the examples discussed

23     in the paper involve lead exposure?

24           A.   I don't recall.  I -- by your

Highly Confidential - Joseph Graziano, Ph.D.

1   questioning, I presume the answer is no, but I

2   don't recall.

3              MR. TER MOLEN:  Okay.  Let's go to

4   Page 1354.  Okay.  And, let's see.  Thank you,

5   Sam.

6              Yeah, "To date" -- on the left side

7   column there just above the "Results" section,

8   Doctor, if you see that.

9        A.   Yes.

10       Q.   Oh, thank you.

11             "To date" -- and this is -- "This

12  emerging knowledge has not been incorporated into

13  risk assessment processes or regulatory practice.

14  Indeed, significant scientific and conceptual

15  barriers must still be overcome," et cetera.

16             And making the point, I think, Doctor --

17  and you can put this obviously in your own

18  words -- that it's still early days for looking at

19  the issue of early life exposures causing health

20  effects later in life, right?

21       A.   That's right.

22       Q.   Okay.

23       A.   But more and more is learned as we go

24  along.  There are many more examples than when

Highly Confidential - Joseph Graziano, Ph.D.

1    this conference took place.  Arsenic being one.

2         Q.   Okay.  Well, that's interesting.

3              And arsenic, I think you indicated

4    for -- it may have been Bangladesh or a different

5    location, Doctor -- is a naturally occurring

6    element, right?

7         A.   That's right.

8         Q.   And it's a naturally occurring element,

9    in fact, across the world, right?

10        A.   That's right.  But only some parts of

11   the world does it actually enter the water -- the

12   groundwater.

13        Q.   Okay.

14        A.   It has to do with the geochemical

15   conditions of the layers of soil and sediment

16   below the surface.

17        Q.   Okay.  But it's present in the soil,

18   right?

19        A.   Soil or rock.

20        Q.   And with respect to the soil, is

21   potential uptake or ingestion by children the same

22   as it would be for lead?

23        A.   No, it's not.  It's not really -- it's

24   not on surface soils, Mark.  It's in layers below

Highly Confidential - Joseph Graziano, Ph.D.

1    the surface.

2        Q.   Okay.  Okay.  Interesting.

3            MR. TER MOLEN:  Why don't we take a

4    break for -- gosh.  Well, we can take a break and

5    come back, or we can call it a day and start again

6    tomorrow morning.  I'd estimate I've got about

7    another, I would say, hour and a half or so,

8    probably at most, left.

9            So what would people like to do?

10           VIDEOGRAPHER:  Should we go off the

11   record?

12           THE WITNESS:  Go right ahead.

13           VIDEOGRAPHER:  The time is 4:35 p.m.,

14   and we're off the record.

15           (Signature not waived.)

16                          - - -

17           Thereupon, the deposition was adjourned

18   at 4:35 p.m.

19                          - - -

20

21

22

23

24

Highly Confidential - Joseph Graziano, PH.D.

1   STATE OF NEW YORK:

              SS:

2   COUNTY OF _____:

3        I, JOSEPH GRAZIANO, PH.D., do hereby

4   certify that I have read the foregoing transcript

5   of my deposition given on October 29, 2020; that

6   together with the correction page attached hereto

7   noting changes to form or substance, if any, it is

8   true and correct.

9

                    _____

10                  JOSEPH GRAZIANO, PH.D.

11       I do hereby certify that the foregoing

12  transcript of the deposition of JOSEPH GRAZIANO,

13  PH.D. was submitted to the witness for reading and

14  signing; that after he had stated to the

15  undersigned Notary Public that he had read and

16  examined his deposition, he signed the same in my

17  presence on this ____ day of _____, 2020.

18

19                  _____

20                  NOTARY PUBLIC, STATE OF NEW YORK

21  My commission expires: _____

22                   - - -

23

24

Highly Confidential - Joseph Graziano, PH.D.

1                          CERTIFICATE

2

3

4              I, Sara S. Clark, Registered Merit
        Reporter, Certified Realtime Reporter,
5       Certified Realtime Captioner, a Notary Public,
        duly commissioned and qualified, do hereby
6       certify that the within-named JOSEPH GRAZIANO,
        PH.D. was duly remotely sworn to testify to the
7       truth, the whole truth, and nothing but the
        truth.

8

               I DO FURTHER CERTIFY that the
9       foregoing is a verbatim transcript of the
        testimony as taken stenographically by me at the
10      time, place, and on the date hereinbefore set
        forth, to the best of my ability.

11

               I DO FURTHER CERTIFY that I am neither
12      a relative nor employee nor attorney nor counsel
        of any of the parties to this action, and that I
13      am neither a relative nor employee of such
        attorney or counsel, and that I am not
14      financially interested in the action.

15             IN WITNESS WHEREOF, I have hereunto set
        my hand and affixed my seal on this 13th day of
16      November, 2020.

17

18

19

20      _____

        Sara S. Clark, RPR/RMR/CRR/CRC
21      Notary Public
        Registered Merit Reporter
22      Certified Realtime Reporter
        Certified Realtime Captioner

23

24      My commission expires:  March 10, 2023