1           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF MICHIGAN
2                SOUTHERN DIVISION

3

4    ------------------------    )
                                  ) Civil Action No.
5                                 ) 5:16-cv-10444-
     In re:  Flint Water Cases    ) JEL-MKM
6                                 ) (consolidated)
                                  )
7    ------------------------    ) Hon. Judith E. Levy
                                  ) Mag. Mona K. Majzoub
8    Elnora Carthan, et al. v.    )
     Governor Rick Snyder, et al. ) Civil Action No.
9                                 ) 5:16-cv-10444-JEL-
     ------------------------    ) MKM
10

11              HIGHLY CONFIDENTIAL

12        REMOTE VIDEOTAPED DEPOSITION OF
               WILLIAM BITHONEY, M.D.

13

                  November 5, 2020

14

                    VOLUME I

15

16

          Remote videotaped deposition of
17   WILLIAM BITHONEY, M.D., conducted at the location
     of the witness in Fayetteville, Georgia, commencing
18   at 9:05 a.m., on the above date, before CORINNE T.
     MARUT, C.S.R. No. 84-1968, Registered Professional
19   Reporter, Certified Realtime Reporter and Notary
     Public.

20

21

22

23          GOLKOW LITIGATION SERVICES
       877.370.3377 ph | 917.591.5672 fax
24              deps@golkow.com

Highly Confidential - William Bithoney, M.D.

```
 1   APPEARANCES:
 2   ON BEHALF OF INDIVIDUAL PLAINTIFFS:
 3        LEVY KONIGSBERG LLP
          800 3rd Avenue, 11th Floor
 4        New York, New York  10022
          212-605-6200
 5        BY:  COREY M. STERN, ESQ.
               cstern@levylaw.com
 6
 7
 8   ON BEHALF OF INDIVIDUAL PLAINTIFFS:
 9        NAPOLI SHKOLNIK PLLC
          360 Lexington Avenue, 11th Floor
10        New York, New York  10017
          212-397-1000
11        BY:  PATRICK LANCIOTTI, ESQ.
               PLanciotti@napolilaw.com
12
13
14   ON BEHALF OF VEOLIA NORTH AMERICA, INC.,
     VEOLIA NORTH AMERICA LLC AND
15   VEOLIA WATER NORTH AMERICAN OPERATING SERVICES:
16        CAMPBELL, CONROY & O'NEIL, P.C.
          One Constitution Wharf, Suite 310
17        Boston, Massachusetts  02129
          617-241-3029
18        BY:  DAVID M. ROGERS, ESQ.
               drogers@campbell-trial-lawyers.com
19             ALAINA N. DEVINE, ESQ.
               ADevine@campbell-trial-lawyers.com
20
21
22
23
24
```

Highly Confidential - William Bithoney, M.D.

```
 1    APPEARANCES (Continued):
 2    ON BEHALF OF THE CITY OF FLINT:
 3         BUTZEL LONG
           41000 Woodward Avenue
 4         Bloomfield Hills, Michigan  48304
           248-258-1616
 5         BY:  DEBRA A. GEROUX, ESQ.
                geroux@butzel.com
 6
 7
 8    ON BEHALF OF LOCKWOOD ANDREWS & NEWNAM:
 9         PLUNKETT & COONEY, P.C.
           325 E. Grand River
10         City Center, Suite 250
           East Lansing, Michigan 48823
11         517-333-6598
           BY:  PHILIP A. ERICKSON, ESQ.
12              perickson@plunkettcooney.com
13
14
15    ALSO PRESENT:
16         FRANCIS X. FERRARA, Veolia
17
18
19    VIDEOTAPED BY:  ROBERT MARTIGNETTI
20
21    REPORTED BY:  CORINNE T. MARUT, C.S.R. No. 84-1968
22
23
24
```

Highly Confidential - William Bithoney, M.D.

```
 1                    I N D E X
 2   WILLIAM BITHONEY, M.D.              EXAMINATION
 3        BY MR. ROGERS.................   9
 4
 5
 6                  E X H I B I T S
 7   BITHONEY DEPOSITION EXHIBIT         MARKED FOR ID
 8   No. 1    Notice of Taking Audio-Visual     33
             Deposition
 9
     No. 2    Curriculum Vitae,                 34
10           William G. Bithoney, MD, FAAP
11   No. 3    Testimony List                    35
12   No. 4    Invoices produced from William   242
             G. Bithoney, MD to Corey
13           Stern, Levy Konigsberg
14   No. 5    Expert Report, E PPI  S PPI       37
15   No. 6    Expert Report, A PPI    T PPI     38
16   No. 7    Expert Report, R PPI  V PPI       38
17   No. 8    Expert Report, D PPI    W PPI     39
18   No. 9    2/16/16 blood lead level        131
             testing report; Restricted
19           Distribution-Confidential-
             ES PPI   -GeneseeCHD-MD-540099-
20           000001
21   No. 10   1/12/16 blood lead level        155
             testing report; Restricted
22           Distribution-Confidential-
             AT PPI -GCHD-MD-540141-000001
23           and 000002
24
```

Highly Confidential - William Bithoney, M.D.

```
 1                    E X H I B I T S
 2    BITHONEY DEPOSITION EXHIBIT          MARKED FOR ID
 3    No. 11      V PPI           11/3/14 blood lead      166
                  level testing report; no Bates
 4                numbers indicated
 5    No. 12      CDC Fourth National Report on           134
                  Human Exposure to
 6                Environmental Chemicals,
                  Updated Tables, January 2019,
 7                Volume One
 8    No. 13      9/2/15 blood lead level                 170
                  testing report; Restricted
 9                Distribution-Confidential-
                  RV PPI        -MCHC-MD-540069-
10                000026
11    No. 14      1/14/16 blood lead level                179
                  testing report; Restricted
12                Distribution-Confidential-
                  RV PPI        -MCHC-MD-540069-
13                000024
14    No. 15      5/22/17 blood lead level                182
                  testing report; Restricted
15                Distribution-Confidential-
                  RV PPI        -MCHC-MD-540069-
16                000020
17    No. 16      9/25/09 blood lead level                190
                  testing report; Restricted
18                Distribution-Confidential-
                  DW PPI -WardeMedLab-MD-540097-
19                000003
20    No. 17      3/24/16 blood lead level                192
                  testing report; Restricted
21                Distribution-Confidential-
                  DW PPI -WardeMedLab-MD-540097-
22                000001
23
24
```

Highly Confidential - William Bithoney, M.D.

```
 1                    E X H I B I T S

 2   BITHONEY DEPOSITION EXHIBIT          MARKED FOR ID

 3     No. 18    7/15/16 blood lead level            194

                 testing report; Restricted

 4               Distribution-Confidential-

                 DW PPI -WardeMedLab-MD-540097-

 5               000004

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Highly Confidential - William Bithoney, M.D.

```
 1          THE VIDEOGRAPHER:  We are now on the record.

 2   My name is Robert Martignetti.  I'm a videographer

 3   for Golkow Litigation Services.

 4          Today's date is November 5, 2020, and

 5   the time is 9:05 a.m.

 6          This remote video deposition is being

 7   held In Re Flint Water Cases.

 8          The deponent is William Bithoney, M.D.

 9          All parties to this deposition are

10   appearing remotely and have agreed to the witness

11   being sworn in remotely.

12          Due to the nature of remote reporting,

13   please pause briefly before speaking to ensure all

14   parties are heard completely.

15          Counsel will be noted on the

16   stenographic record.

17          The Court Reporter is Corey Marut and

18   will now swear in the witness.

19               (WHEREUPON, the witness was duly

20                sworn.)

21               (Clarification by the reporter

22                regarding audio.)

23       MR. STERN:  Dave, if I can just put on the

24   record that per the Court's order from a few weeks
```

Highly Confidential - William Bithoney, M.D.

```
 1    ago that the parties to this lawsuit are those and
 2    only those who should be attending this deposition
 3    and that while there may be some standing orders to
 4    order transcripts, either rough drafts, dirty
 5    copies or full copies post deposition, that only
 6    the individuals and the parties that they represent
 7    and who are participating in this deposition should
 8    receive any transcripts, based on confidentiality,
 9    personal protected health information, age of the
10    Plaintiffs and Judge Levy's prior rulings.
11         MR. ROGERS:  Yeah, Corey -- not Corey Stern.
12    Corey Marut.  Had you made been aware of that?
13    That you got to be careful when you prepare the
14    rough transcript and know who to send it out to.
15    It should be limited.  Okay.
16              So, it would be the people you see who
17    are participating in this deposition and I don't
18    think anyone else, but you square that away with
19    Corey Stern.  He will make sure you get the right
20    info.
21
22
23
24
```

Highly Confidential - William Bithoney, M.D.

1              WILLIAM BITHONEY, M.D.,

2    called as a witness herein, having been first duly

3    sworn, was examined and testified as follows:

4                   EXAMINATION

5    BY MR. ROGERS:

6        Q.    Okay.  Dr. Bithoney, good morning.  I

7    introduced myself to you before we went on the

8    record.  My name is David Rogers.  I rep the VNA

9    Defendants.  I will be asking you most of the

10   questions, if not all of them today.  So, good

11   morning, sir.

12       A.    Good morning.

13       Q.    Where are you located where you're

14   attending the deposition from today?

15       A.    I'm just -- I'm just outside in Atlanta

16   in Fayetteville, Georgia.

17       Q.    Okay.  When we were conversing about the

18   vote counting, did you get your votes in?  Did you

19   get your vote in in person or by mail or what?

20       A.    I voted early in person.  I originally

21   was going to vote by mail, but I got so concerned

22   that my vote wouldn't count that I went to the

23   election office and got an absentee ballot and then

24   I was still -- I still concerned, so I traded my

Highly Confidential - William Bithoney, M.D.

```
 1   absentee ballot in for in-person voting.

 2        Q.    Interesting.  Okay.  Well, big turnout.

 3   That's for sure.  Everywhere across the country.

 4             Can you tell me, Doctor, when were you

 5   first retained as an expert in this case?

 6        A.    Well, I don't have a retention agreement

 7   if that's what you're asking.  I've worked with

 8   people at the Levy Konigsberg firm for many years.

 9   I believe I've worked with Corey for ten years.

10   So, I don't feel the need to have a retention

11   agreement, if that's what you're asking.

12        Q.    I'm asking when.  When were you retained

13   to work on this case?

14        A.    Sure.  I visited Flint sometime in 2015

15   for the first time, and I came -- I went back to

16   Flint.  I'm not sure what year.  I'm sorry to be

17   confused.  It might have been 2017 or 2018 I went

18   back again.

19        Q.    Okay.  But you said you visited Flint.

20   I'd like to know when were you retained by

21   Mr. Stern or someone from his firm to work on the

22   case?

23        A.    Well, in 20- -- in 2015 I actually went

24   there and I submitted a bill for services rendered
```

Highly Confidential - William Bithoney, M.D.

1   at that time.  So, if that is the equivalent of

2   retention, that's when it was.

3        Q.    Okay.  I had asked for copies of

4   invoices or time records that you have spent on the

5   case.  Do you maintain such records?

6        A.    I don't maintain records from years ago.

7   I have given you an invoice for the bellwethers

8   that we're invest -- looking at now.  But I don't

9   have billings from several years back.

10       MR. ROGERS:  What's the status, Corey, of the

11   prior invoices?

12       MR. STERN:  My accounting department is

13   supposed to have gotten that to me yesterday.  But

14   at some point today I will have them for you.

15       MR. ROGERS:  Okay.  Let's try to revisit that

16   at the lunch break then and we'll do that.

17            Does that include, Corey Stern, the most

18   recent ones, the bellwether ones?

19       MR. STERN:  I believe so.

20       MR. ROGERS:  All right.

21   BY MR. ROGERS:

22       Q.    So, Doctor, what was your understanding

23   of what your assignment was when you were first

24   retained as an expert consultant in the case back

Highly Confidential - William Bithoney, M.D.

1    in 2015?

2         A.    Well, I went and had a town hall meeting

3    with the people in Flint at one of the local

4    schools, and we spent time educating the public

5    about the dangers of lead poisoning and the

6    seriousness of children being affected by lead and

7    the consequences of that.  And that was basically

8    it in 2015.

9         Q.    What month was that?

10        A.    I'm sorry.  I don't have that.

11        Q.    Do your invoices record the dates on

12   which you did work in the case for which you

13   billed?

14        A.    Well, for 2015 I don't have an invoice,

15   and for 2018 I did some similar work and don't have

16   an invoice.  But there was -- there are breakdowns

17   and whatever invoices are more current, they would

18   indicate what I did.

19        Q.    I recognize that you have said that you

20   don't have your invoices for prior years, but when

21   you created the invoices in 2015 for the work that

22   you did, would that invoice include the work at

23   this town hall meeting that you attended?

24        A.    Yes.  That was essentially what we did.

Highly Confidential - William Bithoney, M.D.

1  Corey was there.  I was there.  And it was a town

2  hall meeting.  And I believe that's all we did at

3  that point.  It was more of an educational session.

4      Q.    Did any of the representatives of the

5  bellwether Plaintiffs, the four that we are -- have

6  at issue here, that would be S██PPI██ , T██PPI ,

7  V██PPI██████  and W██PPI , attend that town hall

8  meeting?

9      A.    Not to my knowledge.  I certainly did

10  not meet them there.  There was a relatively large

11  group, at least 50 or 70 parents mostly, and I

12  didn't really have occasion to know if any of those

13  four were there.  They may have been there, but

14  they did not introduce themselves to me to the best

15  of my knowledge.

16      Q.    Do you have any records, memoranda,

17  PowerPoint presentation, notes or anything like

18  that that I have just described which contain or

19  describe the content of the presentation or

20  whatever the substance of what you did at that town

21  hall meeting?

22      A.    We did not present slides.  It was just

23  a verbal lecture, discussion and

24  question-and-answer session, and then we actually

Highly Confidential - William Bithoney, M.D.

```
1    broke down into different groups.  I led a group

2    discussing the impact of lead poisoning on children

3    after there was a general discussion of the impact

4    of lead poisoning on children where Corey and I

5    were both present.

6              And there was another meeting, same

7    day -- you know, one meeting was less than an hour

8    and the next meeting was about an hour -- where I

9    met with parents and discussed lead poisoning and

10   the side effects.

11             Parents were very concerned about issues

12   such as rashes and other things that probably

13   weren't related to lead poisoning.  So, it was a

14   general informational meeting.

15   Q.    Let me try to see if I could jog your

16   memory about when in 2015 this meeting took place.

17             Do you remember like what the weather

18   was like?  Was it summer?  Was it spring?  Was it

19   winter?  What?

20   A.    Well, you know, I don't remember it

21   being bright and sunny.  I did have -- I did have a

22   coat on, I remember that, because I put it up above

23   my seat in the airplane.  So, it may have been in a

24   colder season.
```

Highly Confidential - William Bithoney, M.D.

```
 1              But I don't want to answer definitively

 2   because it's been so long ago and I've traveled so

 3   often and so many places since then.

 4       Q.    Whereabouts, what was the physical

 5   location where this meeting took place?

 6       A.    It was a school.  And what I remember

 7   most about the school was that all the water

 8   fountains were shut off and taped up.  But I don't

 9   recall the name of the school.  It was a school

10   auditorium.

11       Q.    And you mentioned that you didn't have

12   any slides.  I assume you're referring to

13   PowerPoint slides.  Did you have --

14       A.    Yes.

15       Q.    Did you have any memoranda or like notes

16   or some type of written summary of the comments

17   that you were intending to make and did make at

18   that meeting?

19       A.    I don't recall making any such notes.

20   You know, I've worked with children with lead

21   poisoning for 40 years, so I'm typically relatively

22   comfortable even standing up in a large audience of

23   physicians and talking about lead even without

24   PowerPoints and memoranda, et cetera.
```

Highly Confidential - William Bithoney, M.D.

```
 1              And this was essentially a pure

 2    informational meeting with laypeople.  So, there

 3    was nothing intensely scientific that we were going

 4    to discuss.  So, I was just talking about the

 5    general impact of lead on children.

 6         Q.    At that time did you tell the attendees

 7    that they should not be drinking the water from the

 8    Flint River water supply?

 9         A.    I don't recall.  I'm not sure.

10    Probably.  But, you know, I --

11         MR. STERN:  Hey, Doc.

12         THE WITNESS:  Go ahead.

13         MR. STERN:  Doc, don't guess.  Don't guess.

14    Just if you know.

15         THE WITNESS:  All right.

16         MR. STERN:  If not, just say I don't remember.

17    BY THE WITNESS:

18         A.    Okay.  I'd like -- I'd like to be

19    responsive, but my memory is problematic for that

20    two-hour meeting going on five and a half years ago

21    or five years ago.

22    BY MR. ROGERS:

23         Q.    What airline do you usually fly if you

24    were traveling to Michigan from wherever it is you
```

Highly Confidential - William Bithoney, M.D.

1    came from?

2        A.    Well, I typically fly Delta out of

3    Atlanta, but I don't know if I flew Delta then.

4        Q.    So, the work that you did at this

5    meeting, you issued an invoice, even though you

6    don't have it now, you issued an invoice to

7    Mr. Stern's law firm for the work that you did

8    during that meeting, is that right?

9        A.    Yes, I would have done that for sure.

10       Q.    And you got paid for it?

11       A.    Yes.

12       Q.    And -- okay.  That was the first

13   meeting.  I think you mentioned that there were two

14   that day.  Where was the other one?  You mentioned

15   an elementary school or a school auditorium.  Where

16   was the other one?

17       A.    Well, in a classroom.  It was the same

18   day, a two-hour total meeting time, one meeting in

19   an auditorium and one meeting in a classroom with a

20   breakdown of some of the parents.  Not all of them.

21       Q.    Why were there two separate meetings, do

22   you know?

23       A.    I don't know who else met with -- I

24   think Corey may have met with people, but that goes

Highly Confidential - William Bithoney, M.D.

1    into the realm of guessing.  I know that there was

2    a separate meeting with me because parents were

3    interested in the medical impact of lead poisoning,

4    and that's what we discussed in the second meeting,

5    the same day, total of two hours including the town

6    hall and the classroom meeting.

7         Q.    When you say "the town hall," you met at

8    a -- in a class -- a school's auditorium.  Is that

9    what you're referring to as the --

10        A.    Yes.

11        Q.    -- quote, "town hall meeting"?

12        A.    Yes.  It seemed to be an auditorium.  I

13   don't think it was a gym.  I don't recall a

14   basketball court or anything like that.  It was a

15   very large room in a school, which I believe is an

16   auditorium.

17        Q.    All right.  And do you know if in the

18   classroom meeting that was held that you attended

19   whether any of the parents of the current four

20   bellwethers -- and I'm not going to repeat their

21   names every time.  You know who I'm referring to,

22   right?

23        A.    I do.  And I have their names besides

24   me.  I have my reports on the four.

Highly Confidential - William Bithoney, M.D.

```
 1      Q.    Great.  So, were any of those parents in
 2  attendance at that meeting in classroom that took
 3  place in 2015?
 4      A.    I don't know.  I can't say that I met
 5  anybody personally.  I spoke with a couple of
 6  people after the meeting, but I didn't get names or
 7  addresses.
 8            It wasn't -- for me, it wasn't a
 9  recruiting kind of thing or an attempt to meet
10  individual clients for any specific purpose at that
11  point, but just to educate the parents.
12      Q.    Same question that I asked you earlier
13  just to make sure.
14            In the classroom meeting, did you tell
15  any of the parents that they should not be drinking
16  and having their children drink the water from the
17  Flint River water supply?
18      A.    I'm not sure if the Flint water was
19  still potentially contaminated at that point or
20  not.  So, I don't know.
21      Q.    Well, that's a good question.  Maybe
22  that would help to define the time frame.
23            Do you have an understanding, Doctor,
24  that the Flint River water supply was switched back
```

Highly Confidential - William Bithoney, M.D.

1    to Detroit water sometime in early November 2015?

2        A.    That's my understanding.  I thought it

3    was October, but maybe that's when the resolution

4    was passed.

5        Q.    I think -- I could be mistaken, but the

6    facts are the facts.  I mean, it was -- the

7    decision was made in October, and then I think it

8    was actually done in November.

9              But in any event --

10       A.    Right.  Well, that's what I was

11   referring to, the October.  So, I wasn't sure when

12   it was implemented.  I wasn't in Flint, but I was

13   following the City Council's recommendation --

14   recommendations for switching in October.

15       Q.    So, the meetings that you've described

16   having taken place at this school, did those

17   meetings take place after the time at which the

18   decision was made to switch back to Detroit water

19   in October or before?

20       MR. STERN:  Objection; asked and answered.

21   BY THE WITNESS:

22       A.    Yeah, I'm not sure.  I just -- I just

23   can't say.  And Corey's advice is very helpful to

24   me.  I don't want to guess.  I want to be helpful,

Highly Confidential - William Bithoney, M.D.

1  so I find myself reaching to try to answer your

2  questions.  But I don't recall exactly what month I

3  was there.

4  BY MR. ROGERS:

5      Q.    Okay.  You mentioned that you had

6  traveled to Flint at some other occasion as part of

7  the work that you did after you were retained in

8  this case.  Tell me about that, please.

9      A.    Sometime -- I think it was 2018 but,

10 again, it may have been, you know, 12 months on

11 either side.  It could have been '17.  It could

12 have been early '18.

13          I met with several children and parents,

14 and I did physical exams on them and discussed lead

15 poisoning with the parents.  So, and that was at

16 least -- at least a couple of years ago.

17     Q.    Okay.

18     A.    Getting a sense of what was happening

19 with them.

20     Q.    Okay.  Was -- were any of those children

21 that you did physical exams on any of the four

22 bellwethers remaining or in the case that we're

23 concerned about right now?

24     A.    I'm not sure, but I doubt it.  I'm not

Highly Confidential - William Bithoney, M.D.

1    sure.  I don't think any of them were in that

2    group.

3        Q.    The reason I ask is that you mention in

4    your reports that you, because of COVID and travel

5    restrictions, as of the time that you wrote your

6    reports for these four bellwethers you hadn't

7    conducted physical examinations of them.

8            So, my question is hoping to maybe

9    refresh your memory as to whether you had ever

10   conducted any physical examinations of those

11   children.

12       A.    I don't recall the names of the children

13   I saw back then.  But I don't -- none of the names

14   of the bellwethers struck a chord with me and with

15   my recollection.

16       Q.    For those that you did do physical

17   examinations of in the time that you were there in

18   either 2017 or '18, did you do -- take notes and

19   have records of those examinations that you did?

20       A.    I took some notes, yes.  I don't have

21   them in my possession anymore.

22       Q.    Why not?

23       A.    I don't retain records for years, and

24   I'm sorry that that's the case, but...

Highly Confidential - William Bithoney, M.D.

```
 1        Q.    Since the date of your report, which was

 2   July -- I think all four of these bellwethers,

 3   yeah, July 25, 2020, have you conducted a physical

 4   examination of any of those four?

 5        A.    No.

 6        Q.    Did you attend Flint as part of your

 7   work as a consultant on this case at any other

 8   times?

 9        A.    No.

10        Q.    With respect to the four bellwethers

11   that are at issue here, and I'll just call them the

12   four bellwethers for simplicity, and we'll know

13   what we're talking about, what did -- and it might

14   apply to others as well.

15             But for these four bellwethers, what did

16   you understand the nature of your assignment to be

17   as an expert consultant in the case?

18        A.    Well, I was asked to evaluate their

19   history, physical -- I typically do a standard

20   physical examination and as well as a detailed

21   history along with that; and typically I do

22   developmental testing and a standard physical exam,

23   but because of COVID I wasn't able to see the

24   children in person.
```

Highly Confidential - William Bithoney, M.D.

```
1              But I got social history, where did they
2     live, where did they live and when did they live,
3     family history, genetic history, history of
4     developmental difficulties in the family members,
5     past medical history, history of hospitalizations,
6     what's called a review of systems, headaches,
7     nausea, vomiting, blurred vision, double vision,
8     cough up blood, trouble hearing, trouble seeing,
9     asthma, difficult breathing, gastrointestinal
10    disease, rashes, broken bones, evidence of child
11    abuse.  Just a very extensive history.
12             And in this case, unlike in other cases,
13    I also looked at how much water the children
14    ingested and how they ingested it.  So, I learned,
15    for instance, for all these four bellwethers, they
16    mixed their water, not only -- the kids drank water
17    not only as plain water but as Kool-Aid or mixed
18    with Jello or in soups or in cooking, tea,
19    whatever.  And for infants they mixed Enfamil with
20    iron with tap water.
21             I learned about whether any of them were
22    boiling water, for example, which concentrated the
23    lead in the water and increased danger.
24             And at the end I gave them counseling as
```

Highly Confidential - William Bithoney, M.D.

1    to what I thought their child -- child's prospects

2    were in terms of their medical health.

3         Q.    Thank you.  I think what you were doing

4    was describing what you did.

5         A.    Yes.

6         Q.    And thanks for that.  I was going to ask

7    you that, and I may get into that in more detail or

8    I will.

9              But my question was what did you

10   understand your assignment to be, that is, what is

11   it that you -- what role did you play and what was

12   the nature of your assignment as an expert

13   consultant in the case?

14        A.    Well, I was asked to evaluate the

15   children and evaluate their history of potential

16   lead intoxication.

17        Q.    Anything else?

18        A.    And -- no, I think that was it.

19        Q.    Okay.  You described at length a series

20   of questions or a series of pieces of information

21   that you were gathering up when you -- as part of

22   your work with these four.

23              Do you have sort of a standard

24   questionnaire or checklist of information that you

Highly Confidential - William Bithoney, M.D.

```
1   ask or ask about?

2       A.    I don't maintain a standard checklist.

3   It's so ingrained after 40 years of practice.  As

4   you saw me listing what a review of systems was, I

5   greatly abbreviated it, but I have it pretty much

6   memorized.

7            So, I don't like to have paper or

8   computers get in the way of talking to parents as

9   best I can.  So, I don't keep a lot of paper.  So,

10  I would only note the positives.

11      Q.    So, when you conducted the interviews of

12  the parents for purposes of evaluating them for

13  these four bellwethers, that was by telephone, is

14  that right?

15      A.    By videoconference.  No.  I'm sorry.  By

16  telephone.  Please excuse me.

17      Q.    That's all right.

18      A.    Telephone.

19      Q.    Okay.  And while the interviews were

20  taking place, did you take notes and write down

21  what the parents were telling you when you were

22  conducting these telephonic interviews?

23      A.    Yes, I did.

24      Q.    And then what did you do with the notes
```

Highly Confidential - William Bithoney, M.D.

1  afterwards?

2      A.    Well, I made the reports, the reports

3  include all the salient information, and then I got

4  rid of the notes.

5          The notes would probably not be legible

6  even if they were available to you.  My handwriting

7  is problematic.  But I don't have them.

8      Q.    Okay.  So, what you did was any, in your

9  mind, any information that was important, you

10  summarized and put into the reports themselves,

11  right?

12      A.    Yes.  So, for instance, if there was a

13  history of head trauma, I'd want to note that.

14          That's just one example.  I mean, there

15  are dozens of things that are asked in a standard

16  medical interview as detailed as what I was doing.

17      Q.    Okay.  Did you in carrying out your

18  assignment to, paraphrasing here, but to conduct an

19  evaluation of these four bellwether Plaintiffs for

20  lead intoxication or lead poisoning, did you follow

21  the same practice with respect to each one of them,

22  that is, you did the same things to do that

23  evaluation for each of these four bellwethers?

24      A.    Yes, and I should say my evaluation was

Highly Confidential - William Bithoney, M.D.

1    much more detailed than what we're discussing,

2    because we got files, depositions, I'm going to

3    venture to say thousands of pages of documents

4    which refer to each of these children and you're in

5    possession of all those things.

6            There was a -- I don't want to use -- a

7    data dump.  I don't know how else to categorize it.

8    I was given data on all the cases, and that was

9    thousands of pages.  And I reviewed those pages in

10   detail and extracted salient features based on the

11   criteria we have been discussing, put those in my

12   notes and then composed the notes.  I'm sorry.

13   Composed my report.

14        Q.    Okay.  That's what I was going to ask

15   you about next.  You're anticipating my questions.

16            Each of the reports has right at the

17   beginning a list of the records that you had

18   reviewed, and when we got to your report, I'll go

19   through those.

20            But in terms of the work that you did

21   for your evaluation, so far we've had -- you've

22   described the interviews that you conducted of the

23   parents and the records review, right, those two

24   things?

Highly Confidential - William Bithoney, M.D.

```
 1       A.    Yes.

 2       Q.    Did you do anything else in your work to

 3   carry out your assignment?

 4       A.    No.  I called Dr. Krishnan I know asking

 5   for her reports.  I think that's it.  I didn't

 6   speak with Dr. Specht before writing the reports.

 7   I didn't speak with any other physician before

 8   writing the reports.

 9            Can you hear me, by the way?  My voice

10   is a little low.  I'm having some GE reflux, so my

11   vocal cords are a little inflamed.  But can you

12   hear me adequately?

13       Q.    I can.  Thanks.  Yeah, I hear you fine.

14   Importantly, Corey Marut -- I'm sorry.

15       MR. ROGERS:  How do you pronounce your last

16   name, Corey?

17       THE REPORTER:  It's Corey Marut.

18       MR. ROGERS:  Corey.  She's the important one.

19   So, she'll -- please let us know if you can't hear

20   the doctor.  I hear you fine, Doctor.

21       THE WITNESS:  All right.  Thanks.

22       THE REPORTER:  I hear you fine, Doctor.  Thank

23   you.

24       THE WITNESS:  Thank you.
```

Highly Confidential - William Bithoney, M.D.

```
 1        MR. STERN:  Just take a second.  I should
 2   probably know this, but who is Robert -- is that
 3   the videographer?  Robert Martignetti?
 4        MR. ROGERS:  Yes.
 5        MR. STERN:  Thank you.  Sorry.  I just see two
 6   screens.  No problem.  I'm sorry.
 7        THE REPORTER:  And there's also my backup
 8   you'll see.
 9        MR. STERN:  Yeah, yeah.  I saw that.  I
10   apologize.
11        MR. ROGERS:  That might be Ted Leopold's
12   alias.  I'm not sure, Corey.  Maybe.  Does he go by
13   that?
14        MR. STERN:  He goes by -- don't worry about
15   it.  I'm not going to go there.  I got a lot of
16   nicknames.
17   BY MR. ROGERS:
18        Q.    With respect to the four bellwethers,
19   Doctor, during what period of time, if you can
20   remember, did you conduct the telephonic interviews
21   of the parents?
22        A.    Well, obviously before July 25, 2020,
23   probably a few months before that.  So, perhaps
24   beginning in May of 2020.
```

Highly Confidential - William Bithoney, M.D.

```
 1        Q.     And all the documents that you received,

 2   was that part of a, you know, periodic or ongoing

 3   basis that you were provided with records for each

 4   of these bellwethers?

 5        A.     Well, some of the records may have been

 6   provided sequentially.  Some -- a couple of them

 7   may have been provided on the same day.  I'm not

 8   sure when I received them exactly, but it was

 9   around that time frame, the spring of 2020.

10        Q.     Okay.  When you generate your invoices,

11   which -- or invoice at least that I hope we'll have

12   a little bit later on, do you describe and have

13   time entries for the work that you did on a

14   particular day and how much time you spent doing

15   it?

16        A.     Typically I do.  I'm not sure if I did

17   that with this invoice because I've worked with

18   Corey Stern for so many years.  There is a trust

19   level where I may have just written the hours.  I

20   don't recall.  I don't have the invoice with me.

21        Q.     Did you issue an invoice that was

22   separate for each Plaintiff or was it one invoice

23   for the work that you did for all of them, because

24   you wrote, what, about 14 different reports?
```

Highly Confidential - William Bithoney, M.D.

1      A.    Well, for the four bellwethers, I looked

2   at the total amount of time that I spent and

3   divided it by four.  I assigned the hours equally

4   to each one because they took similar amounts of

5   time.  Rather than try and break it down, I just

6   had a running total.

7      Q.    The work that you did in interviewing

8   the parents of these bellwethers, reviewing the

9   records and writing the reports, did that all take

10  place during this year, 2020?

11     A.    Yes.

12     Q.    And, so, the invoices should reflect all

13  of the work that you did in 2020 with respect to

14  these four bellwethers, is that right?

15     A.    Yes.

16     Q.    Okay.  Let's take care of some

17  housekeeping matters.  I'm going to share my screen

18  and we'll mark a couple of exhibits, eight in

19  total, just to get some things out of the way here

20  to make sure we have it.  So, let me share my

21  screen.

22          I showed you this right before we got

23  started, Doctor.  But this will be, Corey,

24  Exhibit 1, which is the Notice of Taking

Highly Confidential - William Bithoney, M.D.

1   Deposition.

2                    (WHEREUPON, Bithoney Deposition

3                    Exhibit No. 1 was marked for

4                    identification:  Notice of Taking

5                    Audio-Visual Deposition.)

6   BY MR. ROGERS:

7        Q.    And, Doctor, can you see that all right?

8        A.    I can.

9        Q.    Excuse me.  I have a strange pop-up

10  coming up on my screen whenever I open up a pdf and

11  it causes me to have to X out of it.

12            Did you see on your screen any strange

13  pop-up for Adobe Acrobat pdf come up, Doctor?

14       A.    No.  I just see the Notice of Taking

15  Audiovisual Deposition, and I see it clearly and

16  fine.

17       Q.    Good.  Okay.  I don't know what that

18  other thing is, but I'll try to get rid of it.

19            Anyway, this is the Notice of Deposition

20  that was issued for your deposition that is taking

21  place today, and attached to is what we call a

22  Schedule A or a document request; and I'm going to

23  go through this in detail at the end of the

24  deposition and make sure that you have produced

Highly Confidential - William Bithoney, M.D.

1    these materials.

2         But were you provided with this Notice

3    of Deposition and the document request, Schedule A,

4    attached to it?

5         A.    Yes.

6         Q.    And to the best of your ability, did you

7    go into your files and records and produce the

8    information that was requested here in this

9    document request?

10        A.    I believe so.  I mean, this is a long

11   list.  So, if we need to go over it one by one for

12   me to be 100 percent sure.

13        Q.    We're going to do that at the end, but

14   thank you.

15             So, we will mark as Exhibit 2, please,

16   your CV.

17                  (WHEREUPON, Bithoney Deposition

18                   Exhibit No. 2 was marked for

19                   identification:  Curriculum Vitae,

20                   William G. Bithoney, MD, FAAP.)

21   BY MR. ROGERS:

22        Q.    Again, I'm not going to go through the

23   whole thing, but if you wouldn't mind just taking a

24   look at this and confirm that this is your current

Highly Confidential - William Bithoney, M.D.

1   CV.  I think it had a date of September 2020 on it.

2        A.    I'm sure it is.  It looks -- it looks to

3   be my CV.

4        Q.    Do you see here how on this page I have

5   at the bottom here --

6        A.    Yes.

7        Q.    -- "Long Version September 2020"?

8        A.    Yes.

9        Q.    Okay.  So that will be Exhibit 2.

10            Let's go to now we'll mark as Exhibit 3

11   your testimony list.

12                  (WHEREUPON, Bithoney Deposition

13                   Exhibit No. 3 was marked for

14                   identification:  Testimony List.)

15   BY MR. ROGERS:

16        Q.    Having worked with Mr. Stern for a

17   while, I think you might be aware of this.  But

18   have you worked with Mr. Stern in cases that are

19   pending in the Federal U.S. District Courts as

20   opposed to State Courts before?

21        A.    No.

22        Q.    In the Federal Court, the requirements

23   are that experts are supposed to provide a list of

24   their deposition testimony and/or trial testimony

Highly Confidential - William Bithoney, M.D.

1    for the previous four years.

2            Does this Exhibit 3 contain all of the

3    cases that you have testified in by way of

4    deposition or trial in the last four years?

5        A.    It does.

6        Q.    What was that case about, the

7    McIntosh vs. Butler case?

8        A.    It was a child who had elevated lead

9    levels, lead poisoning issues.

10       Q.    Was that trial or deposition testimony

11   that you gave?

12       A.    There was no deposition.  There was a

13   trial.

14       Q.    What was the source of the lead exposure

15   to that child?

16       A.    I'm not sure.  I don't want to guess.

17   There are so many -- so many years gone by since

18   then.  But if I recall, it was a fairly typical

19   lead poisoning case.

20       Q.    What do you mean by "fairly typical"?

21       A.    A child who was lead poisoned who had

22   developmental delays.

23       Q.    Okay.  Is there anything in a fairly

24   typical lead case about the source of lead

Highly Confidential - William Bithoney, M.D.

1  exposure?

2      A.    We do examine that, yes.

3      Q.    What are the fairly typical sources of

4  lead exposure?

5      A.    Lead paint, leaded dust, leaded soil, a

6  number of folk remedies like Alarcon or Ayurvedic

7  type therapies, lead in the water.  A whole list of

8  things.  Different medicinals that are used in

9  various countries that are tainted with lead.

10     Q.    Thank you.

11     MR. ROGERS:  Let's mark as -- well, I'm going

12  to hold as a placeholder Exhibit 4, Corey Marut,

13  for the invoices.  So, hopefully we'll get those.

14         So, the next document that I will mark

15  at this time as Exhibit 5 is your report for E███

16  S███  .

17             (WHEREUPON, Bithoney Deposition

18             Exhibit No. 5 was marked for

19             identification:  Expert Report,

20             E███ S███  .)

21  BY MR. ROGERS:

22     Q.    Again, will you take my word for it,

23  this is the whole report that you provided to us?

24     A.    I believe you completely, and I also

Highly Confidential - William Bithoney, M.D.

1   have a paper copy here.  I thought that would be

2   okay.

3       Q.   You know, that's great, yes.  Thank you.

4   So, that's Exhibit 5.

5       MR. ROGERS:  I'm going to mark as Exhibit 6

6   your report in T██████.

7                   (WHEREUPON, Bithoney Deposition

8                    Exhibit No. 6 was marked for

9                    identification:  Expert Report,

10                   A████████ T██████.)

11  BY MR. ROGERS:

12      Q.   Do you recognize what I'm showing to you

13  now as that?

14      A.   Yes.

15      MR. ROGERS:  We'll mark as Exhibit 7 the

16  report that you did for V███████████.

17                   (WHEREUPON, Bithoney Deposition

18                    Exhibit No. 7 was marked for

19                    identification:  Expert Report,

20                   R█████ V███████████)

21  BY MR. ROGERS:

22      Q.   Doctor, I'm not trying to be

23  disrespectful to the Plaintiffs.  I mean, I'm using

24  their last names, these children.  It's just easier

Highly Confidential - William Bithoney, M.D.

```
1    for me to refer to them that way.  So, no

2    disrespect intended, but just to move things along.

3              Do you recognize this as the report for

4    R██PPI██  V██PPI████████?

5         A.    Yes.

6         MR. ROGERS:  And then the last one is the

7    report for D██PPI████  W██PPI██, Exhibit 8.

8                   (WHEREUPON, Bithoney Deposition

9                    Exhibit No. 8 was marked for

10                   identification:  Expert Report,

11                   D██PPI████  W██PPI██.)

12   BY MR. ROGERS:

13        Q.    Do you recognize this as that report?

14        A.    Yes.

15        Q.    Okay.  So, with that housekeeping out of

16   the way, you -- if I have your -- I'm guessing at

17   your age based on your background, Doctor, but are

18   you -- let's see.  Are you around 66 years old now,

19   around that?

20        A.    I'm above 66, but not by much.  I am

21   going to withhold comment.

22        Q.    All right.  You've been a practicing

23   medical doctor for, you know, 40 years or so,

24   right?
```

Highly Confidential - William Bithoney, M.D.

1       A.    Right.  If you count residency, since

2  1976.  If you count as an attending physician

3  starting at Harvard, 1979.

4       Q.    And you have had in your past

5  experience -- well, I'll just ask you.

6            Can you take me through and describe --

7  I don't want to go through your entire resume,

8  which of course you provided to us and it's some 25

9  pages in length or whatever.

10           But can you describe to me what your

11  clinical practice as a pediatrician has been

12  starting with when you were a -- doing your

13  internship or your residency and take me up through

14  the present.

15           I'm looking for your actual clinical

16  practice as a pediatrician, please.

17      A.    I understand, and I will be responsive.

18           But I want to mention that my interest

19  in lead poisoning started before that.  When I was

20  18 years old, I took a job measuring all the lead

21  levels in the State of Massachusetts in a

22  laboratory at Boston City Hospital.  I measured

23  every capillary and venous lead level drawn in the

24  state during the time that I was working there.

Highly Confidential - William Bithoney, M.D.

```
 1              And I also used K-shell XRF to evaluate
 2   paint.  I'm not an expert.  I haven't used it in
 3   years, but I have experience with it.  The real
 4   expert, of course, is Dr. Specht.
 5              But I began after graduating from
 6   Harvard College magna cum --
 7       Q.    Sorry, Doctor.  I don't mean to
 8   interrupt you, but that's going to prompt a couple
 9   of years that I want to ask you now.  So, please
10   bear with me.
11              For what reason were you doing blood
12   lead level tests at Boston City Hospital during the
13   '70s?
14       A.    It was an employment.
15       Q.    I get that.  I mean, but what was the --
16   why was Boston City Hospital doing blood lead
17   testing at that time?
18       A.    Well, they were the State-sanctioned lab
19   for lead screening.
20       Q.    I see.
21       A.    And a job became available through the
22   Harvard student employment group.  And since I had
23   an ongoing interest in lead even before I was 18, I
24   applied for that and was hired.
```

Highly Confidential - William Bithoney, M.D.

```
 1        Q.     Why did you have an ongoing interest in

 2   lead before you were 18?

 3        A.     Well, I grew up in the inner city of

 4   Boston, and we actually had kids in our

 5   neighborhood who experienced lead poisoning.

 6        Q.     What neighborhood?

 7        A.     The area of Roxbury Ford/South End.

 8        Q.     When did you lose your Boston accent?

 9        A.     I'm glad to hear that you don't think I

10   have it any longer.  Sometimes I lapse into it.  I

11   don't know.  Maybe on the day I went to Harvard and

12   people started making fun of me.

13        MR. STERN:  By the way, just for the record, I

14   object.  I think he has a pretty pronounced Boston

15   accent, and in all of the times I have spoken to

16   him, I've heard more Will Hunting than I have

17   really any other character in a movie and, you

18   know, I don't appreciate you saying he doesn't have

19   a Boston accent.

20        MR. ROGERS:  Well, since Will Hunting and Matt

21   Damon actually grew up in Cambridge, he doesn't

22   actually have a Boston accent.  But be that as it

23   may.

24   BY MR. ROGERS:
```

Highly Confidential - William Bithoney, M.D.

```
 1        Q.    The Boston accent, I had a similar

 2  experience, Doctor, I went to law school at GW down

 3  at DC.  Of course, I had colleagues from all over,

 4  but a lot of classmates from all over.  But they

 5  tried to cure me of my Boston accent, but I don't

 6  think it took.  I'm not sure.

 7        A.    I lapse into it at the Red Sox games.

 8        Q.    All right.  Did you or any member of

 9  your family experience any lead poisoning or any

10  experience with that while you were growing up in

11  Roxbury or South End?

12        A.    I -- not members of my family.  I often

13  think that I was affected adversely because I

14  remember eating colored paint chips that were

15  sweet.  But I think I still wasn't deeply affected.

16            So, but that -- when I learned about

17  lead poisoning, going to the lead poisoning lab, I

18  recalled that I had eaten some paint chips.

19  Perhaps.  They may or may not have been leaded.

20            But, in any event, I still graduated

21  from Harvard and Yale.  So, I can't say that I was

22  lead poisoned.  But that whole -- the whole idea of

23  lead poisoning captured my interest.

24            I would say that I was not lead
```

Highly Confidential - William Bithoney, M.D.

1    poisoned.  I have no evidence that I was ever lead

2    poisoned.  But the fact that kids in my

3    neighborhood got poisoned, a couple, made it of

4    interest to me.

5        Q.    The kids that you knew in your

6    neighborhood who were lead poisoned, how is it that

7    you found out about that?

8        A.    It was a discussion amongst parents.  It

9    was two kids over the first 18 years of my life.

10   So, I don't really have recollection.  As a

11   10-year-old I wasn't sophisticated enough to know

12   any more.

13       Q.    Is that the period of time that you

14   learned about the other kids?

15       A.    It was roughly then, yeah, when I was

16   cognizant of the world at around 10.

17       Q.    So, the KXRF machine, are you saying

18   that Boston City Hospital had such a device back in

19   the '70s?

20       A.    They had.  They measured it, used it to

21   measure lead paint.

22       Q.    I see.

23       A.    Not bone.  I'm sorry.

24             As you know, there is a PXRF, a

Highly Confidential - William Bithoney, M.D.

```
 1    portable, and there is a K-shell XRF.  The K-shell

 2    XRF is the low energy version, and that's what I

 3    used.  But, at any rate, we didn't do bone lead.

 4         Q.    That's what I was going to ask you.

 5               So, the KXRF that was used to evaluate

 6    the lead content in paint at that time, that was

 7    not a portable unit.  Is that correct?

 8         A.    Right.  It was in the hospital.

 9         Q.    Do you know, do you have a memory of

10    whether or not back in the '70s, when you were

11    doing these lead blood tests, blood lead tests,

12    Boston City Hospital and/or the Commonwealth of

13    Massachusetts maintained any databases or

14    statistics concerning the blood lead levels that

15    were measured?

16         A.    I don't know if the Commonwealth did.  I

17    know that we entered our data and submitted it.

18    And as a lab technician, once it was submitted, I

19    must admit I didn't track it.  I assume there was a

20    database, but I shouldn't really assume even that.

21    I handed the data off to the physician in charge of

22    the lab.

23         Q.    So, was the protocol that pediatricians

24    or other medical doctors from around the
```

Highly Confidential - William Bithoney, M.D.

1    Commonwealth would send the patients to Boston City

2    where the blood was drawn and then tested?

3         A.    No, they would draw the blood in their

4    offices or in other labs and send it to Boston

5    City.

6         Q.    I see.

7         A.    As a reference lab type.

8         Q.    Thank you.

9         A.    It's a so-called CLIA lab, a certified

10   laboratory.

11        Q.    Do you know what the level of detection

12   was back then?

13        A.    25 was an area of concern in the '70s.

14        Q.    Well, I wasn't asking about the area of

15   or the level of concern.  I was asking you about

16   the technology of the blood lead devices that were

17   measuring the content of blood lead.  What was the

18   level of detection back then?

19        A.    We used atomic absorption spectroscopy,

20   which is considered a gold standard as far as I

21   know.  And the error rate was plus and minus 1

22   microgram per deciliter as we understood it back

23   then.

24              Atomic absorption spectroscopy has been

Highly Confidential - William Bithoney, M.D.

1   used for decades.  You know, there's a certain --

2   you shoot -- you shoot x-rays or whatever at a

3   sample and it results in the electron losing its

4   energy.  There's a wavelength generated.  We

5   measured the wavelength that was generated by the

6   lead atoms.

7        Q.    If there was plus-minus 1 microgram per

8   deciliter standard of deviation, what was the level

9   of detection, meaning if it was below a certain

10  amount, would it be reported as less than?

11       A.    Well, now you're going back to the '70s.

12  I was having trouble with 2014.

13            I'm not sure.

14       Q.    Okay.

15       A.    I'm sorry.  It was the 1970s.

16            And I believe the plus and minus 1 is

17  something that I've read about over the decades,

18  but I don't recall measuring the standard deviation

19  in the '70s.

20       Q.    Okay.  So, thank you for that.  And now

21  if you wouldn't mind continuing.  I had asked you

22  the question about your clinical practice as a

23  medical doctor over the years.

24       A.    Well, as I mentioned, I did my residency

Highly Confidential - William Bithoney, M.D.

1  at Yale New Haven Hospital, and it's an inner city

2  hospital in New Haven, and so we had a lot of lead

3  poisoned kids and treated a number of hospitalized

4  kids with severe lead poisoning with numbers

5  exceedingly high, in the 70s, 80s, 100 micrograms

6  per deciliter.  I don't know how many.  Probably a

7  handful at that high level in three years.  Maybe

8  three.  But I had an interest in it.

9           I was hired in 1979 to join the faculty

10  at Harvard and within six months I was promoted to

11  run the faculty practice, the Harvard pediatric

12  faculty practice, on site at Boston Children's

13  Hospital, which is routinely rated the number one

14  children's hospital in the United States for

15  decades, by the way.

16           But I was running the practice located

17  on site.  I was also in charge of training

18  residents to deal with lead poisoning, for example.

19           And in my work starting in 1979 or the

20  first few months of 1980, I was assigned to

21  supervise the lead poisoning clinic.

22           I'm sorry.  I'm not sure.  My screen has

23  altered to show a telephone.  Should I keep

24  speaking?

```
 1        Q.    Yes, that's okay.  That will happen

 2   periodically.  It just means that somebody is

 3   shifting to different means of listening in.  So,

 4   Don't sorry about it.

 5        A.    I see.  I didn't want to drop off and

 6   keep talking.

 7              So, starting in 1980 through 1996 I ran

 8   that lead poisoning program.  We had 32% of all the

 9   children in the City of Boston in our practice,

10   very large program.

11              While I was there, I also started the

12   program for homeless children.  I started a teen

13   pregnancy program.  I started child development

14   programs.  I started high risk infant follow-up

15   programs, lead poisoning program, a number of

16   programs for poor children.

17              And because of that work, several years

18   later, in 1991, the American Academy of Pediatrics

19   asked me to write their book "Serving the

20   Underserved," which was a way of -- the standard

21   book for training residents to deal with poor

22   children.

23              So, I wrote -- well, there were 27

24   chapters essentially describing what happens with
```

Highly Confidential - William Bithoney, M.D.

1  poor children and their problems.  And the Bureau

2  of Maternal Child Health and the American Academy

3  of Pediatrics sponsored that because they thought

4  that I was perhaps one of the top experts in the

5  United States on working with poor children.

6          I probably saw ten children a week -- a

7  week for those -- for the first 20 years of my

8  practice with elevated lead levels.  So, you might

9  say that, well, that's 10,000 children, but really

10  they were seen two or three times.  So, it's

11  probably somewhere between 3,500 and 5,000 children

12  during those first 20 years.

13          It's a lot of lead poisoning work,

14  needless to say.  I'm not sure how detailed you

15  want me to get into it.

16          I'm very proud of that work and having

17  been recognized as the person that the Academy of

18  Pediatrics wanted to write the textbook for

19  training residents, "Serving the Underserved."  And

20  during the '90s, more than half the pediatric

21  residents in the United States were trained using

22  that book and specifically about lead poisoning.

23          After that, I got a job at Brookdale

24  University Hospital and was made a professor at the

1    State University of New York.

2              Brookdale is a very large hospital with

3    I'm going to estimate 100, maybe 200,000 outpatient

4    visits a year.  We had lead poisoning programs

5    there that I supervised and worked on.  And then

6    in -- so, I was senior vice president for medical

7    affairs there.

8              And then in 1999 I was appointed

9    chief -- physician in chief I guess is the title,

10   physician in chief of St. Joseph's Children's

11   Hospital in Patterson, New Jersey, which is a

12   community very similar to Flint.

13             And, by the way, the Brownsville section

14   of Brooklyn where Brookdale is is also similar in

15   character to Flint.  Bedford, Stuyvesant,

16   Brownsville.

17             But while at St. Joseph's Children's

18   Hospital, that was at that time the biggest

19   children's hospital in New Jersey.  So, I was

20   physician in chief there and continued to see lead

21   poisoning patients there.

22             In 2003 I was offered the job to run a

23   five-hospital system in inner city Philadelphia,

24   and I took that job and continued to see patients

1    at that time through 2005.

2              2005, I was asked to be vice dean of

3    New York Medical College.  That's the clinical

4    dean, not the research dean, but the person in

5    charge of clinical medicine, for a nine-hospital

6    system that had entered bankruptcy.  I joined the

7    system the week it entered bankruptcy.

8              I had had a history of helping hospitals

9    to do better financially and clinically and to

10   attain bonuses for good clinical work.

11             So, at St. Vincent's Hospital, I entered

12   in the week they went into bankruptcy and left the

13   week that they exited bankruptcy with a job

14   concluded and they were making money.

15             At that point, one of the -- I mentioned

16   it was a nine-hospital system.  One of the CEOs of

17   that system asked if I would -- he had been named

18   president of Grady Memorial Hospital here in

19   Atlanta, which I believe, and I may be wrong, is

20   the second biggest safety net hospital in the

21   United States.  I believe Parkland in Dallas is

22   bigger.  I may be off.  But it's a huge system in

23   the heart of Atlanta taking care of poor patients,

24   almost exclusively Medicaid patients and the like

Highly Confidential - William Bithoney, M.D.

1   or uninsured.

2           And I was hired to do that by the CEO

3   who had just taken that job.  The night before I

4   was about to begin, I got a message from the CEO

5   that the board wasn't going to let me start.  It

6   turned out that they didn't want me to start

7   because they planned on firing the CEO who had

8   given me a signed contract.

9               (Clarification requested by the

10              reporter.)

11  BY THE WITNESS:

12      A.    I never began working there as the chief

13  medical officer because it turned out they wanted

14  to fire the person who had hired me with a

15  contract.

16          So, I was hired, though, for about ten

17  months or so to be a consultant and this was just a

18  challenging time.  But at any rate, I did that.

19          And then subsequently -- let's see.  I

20  went to -- I believe I went to -- when I was in

21  Philadelphia, I worked for Catholic Health East, a

22  large hospital group, and they wanted me back

23  thankfully.  And, so, they hired me to be chief

24  medical officer for Mercy Health System in

Highly Confidential - William Bithoney, M.D.

```
1    Springfield, Massachusetts.  And while we were

2    there, we were named one of the 100 top hospitals

3    in the United States for three consecutive years.

4              After that I became a consultant.

5    Because we had been so successful in improving

6    care, decreasing mortality, decreasing morbidity

7    and specifically pediatric care as well as adult

8    care, Thompson Reuters hired me to be their

9    national medical leader and we did consulting

10   around the United States on those issues, improving

11   clinical care.

12             Did that.  Thompson Reuters was sold to

13   Truven and then sold to IBM and a large part of IBM

14   Watson comes from our work at Thompson Reuters and

15   it's used around the United States, indeed around

16   the world, to improve clinical care.

17        Q.   Okay.  I can see a pause there.  So,

18   does that complete your answer on your description

19   of clinical practice?

20        A.   I think so unless you have questions.

21        Q.   I do.  I have some follow-ups, but they

22   relate to part of your descriptions of the first 20

23   years of your practice and at Boston Children's

24   Hospital in particular.
```

Highly Confidential - William Bithoney, M.D.

1                    If I heard you right, you said something

2       to the effect of that you saw at Boston Children's

3       Hospital 32% of the children in the city.  Was that

4       for lead or?

5            A.    No, no.  It was primary care practice.

6            Q.    I see.

7            A.    I was in charge of general pediatrics

8       and primary care.  So, that's why I had the teen

9       pregnancy program, homeless program, child

10      development programs, all those things that related

11      to the lead poisoning program.

12                   And the lead poisoning program was

13      called the lead poisoning program.  It was really a

14      clinical toxicology program.  So, we looked at all

15      toxins.

16           Q.    So, what I was trying to get at is, were

17      you saying that you saw 32% of the children in the

18      city as a pediatrician for all purposes or just for

19      toxin and poison evaluation?

20           A.    The Harvard faculty practice that I

21      manage, which had dozens of people who were

22      clinicians, was in charge of seeing 32% of the

23      children in the City of Boston.

24           Q.    I see.

Highly Confidential - William Bithoney, M.D.

1      A.     So, it was a group, and I was proud to

2   be named the clinical leader of that group.

3      Q.     Yeah.  But that would include for all

4   purposes, treatment of all conditions, not just

5   toxin and poisoning, right?

6      A.     Yes, that's true.  While I was in charge

7   of the lead poisoning clinic, I had an abiding

8   interest in lead poisoning.  That's why I mentioned

9   the 18-year-old laboratory technician.  And, so, I

10  had a special focus on that.  So...

11         We broke into subgroups and my subgroup

12  had several thousand patients in it.  Anybody that

13  had an elevated lead, I took care of even outside

14  of the toxicology program.

15     Q.     Gotcha.  And the textbook on pediatric

16  training for poor kids that you described, what was

17  the exact title of that book, please?

18     A.     It's called "Serving the Underserved."

19  I believe --

20     Q.     Is that --

21     A.     I believe we coined that phrase,

22  although I'm not sure.  It's been used many times

23  since.

24     Q.     Is that --

Highly Confidential - William Bithoney, M.D.

```
 1        A.    It was published under the auspices of

 2   the American Academy of Pediatrics and the Federal

 3   Bureau of Maternal and Child Health.

 4              And it's about 70 or 80 pages perhaps.

 5   If I said the word "textbook," I think that's a bit

 6   grandiose for an 80-page monograph.

 7        Q.    I don't know if you did.  I might have

 8   added that in there in my question.

 9              But in any event, is that still in

10   print?

11        A.    No.  We sold 5,000 copies.  Every copy

12   that was printed was bought, which is considered a

13   blockbuster in the world of pediatrics, believe it

14   or not.  5,000 copies, you're like -- I don't know.

15   I don't know.  You're like John Grisham, to use a

16   lawyer who is famous.

17        Q.    Let me ask about your legal consulting

18   work or sometimes called forensic work.

19              When did you start doing any consulting

20   for lawyers?

21        A.    I did the first consult probably in

22   1980.

23        Q.    And have you been doing it since?

24        A.    Yes.  And I was -- I've noted and kept
```

1    track of how many trials I've been involved in.

2    Probably about 18 trials in 40 years.

3            And probably fewer depositions because a

4    lot of the work has occurred in New York City,

5    New York State, when I was dean of -- well, I'm

6    going to say dean -- recall I said vice dean for

7    clinical -- of New York Medical College and at

8    Brookdale University Hospital in Brownsville and

9    Bedford/Stuyvesant.

10           So, I have probably done fewer

11   depositions than 18.  Maybe 10.  You're probably 11

12   or 12 today.

13      Q.    When did you start working with

14   Mr. Stern and his law firm?  You told me many

15   years, but do you have a recollection of when that

16   work began?

17      A.    Well, I met Mr. Konigsberg in 1999, and

18   I did the first case with them in 2000; and I

19   believe Corey came -- I believe -- I don't know how

20   many years Corey's been around.  He's been around

21   forever.  I don't know how many years he's been at

22   Levy Konigsberg, but however many years he's been

23   there I've worked with Corey as well.

24      Q.    He's a young fellow compared to you and

Highly Confidential - William Bithoney, M.D.

1    I, Doctor.  He hasn't been around that long.

2         A.    Yes, but you both look remarkably good

3    to me.

4         Q.    How many cases or -- yeah, cases -- do

5    you think you have worked on for the Konigsberg law

6    firm since 1999, Doctor?

7         A.    I was asked not to guess, so I'm not

8    going to say.  But it's --

9         THE WITNESS:  Can I guess, Corey Stern?  Give

10   an estimate?

11        MR. STERN:  Sure.  Sure.  Go ahead.  Just

12   because Dave looks so good today.

13   BY THE WITNESS:

14        A.    I would say maybe 20.

15   BY MR. ROGERS:

16        Q.    20?

17        A.    Yeah.  It's certainly not 100.  So, I'd

18   guess 20, but plus or minus a few.

19        MR. ROGERS:  All right.  Let's take a

20   two-minute break or five if we want.  We have been

21   going about an hour.  I usually need honestly a

22   bathroom break for too much coffee after an hour.

23             So, let's take a five-minute break.

24   We'll reconvene at, let's say, ten past 10:00 and

Highly Confidential - William Bithoney, M.D.

1    then we'll continue on.

2          Doctor, I'm going to start to ask you

3    some more questions about treatment of kids with

4    lead poisoning.  So, just to gives you a heads-up.

5    That's where we're going next.  Okay?

6        THE WITNESS:  Okay.

7        THE VIDEOGRAPHER:  The time is 10:05 a.m., and

8    we're off the record.

9              (WHEREUPON, a recess was had

10               from 10:05 to 10:11 a.m.)

11       THE VIDEOGRAPHER:  The time is 10:11 a.m., and

12    we're on the record.

13    BY MR. ROGERS:

14       Q.   All right, Doctor.  As a clinical

15    practitioner pediatrician over the years and as you

16    described in your experience, you've had the

17    opportunity to diagnose and treat children with

18    lead toxicity or lead poisoning many, many, many

19    times, right?

20       A.   Yes, sir.

21       Q.   Could you describe to me the process by

22    which lead poisoning or lead toxicity is diagnosed?

23       A.   Well, it's diagnosed via blood sample.

24    Also sometimes parents bring their children in

Highly Confidential - William Bithoney, M.D.

```
 1   concerned about lead toxicity.  They may have eaten

 2   a paint chip or they notice -- they know that there

 3   is chipping paint in their home and the children is

 4   crawling in lead dust.

 5           But routinely it's diagnosed on

 6   screening.  There are screening programs in most

 7   areas that are high prevalence.  And when those

 8   levels come back as elevated, they're treated

 9   for -- appropriately for lead intoxication and

10   poisoning.

11       Q.    Is history, taking a history of

12   potential sources of exposure important in a

13   diagnosis?

14       A.    It's done routinely.

15       Q.    Is that what you did routinely?

16       A.    Yes.

17       Q.    When you say "blood samples," you mean

18   blood lead levels of the type that you had

19   described earlier?

20       A.    Yes.  And also other samples, not just

21   blood lead, but sometimes zinc protoporphyrin, free

22   erythrocyte protoporphyrin may be used as adjuncts,

23   and also we look typically at hemoglobin,

24   hematocrit, the size of the red blood cells, which
```

```
 1   is affected by lead, often we'll get iron levels,

 2   et cetera, because sometimes we treat children who

 3   are lead poisoned with iron, for example, to

 4   ameliorate the effects of lead.

 5           But there is a lot more to it than that.

 6   There are a number of lab tests you can use.

 7       Q.   In terms of the screening programs that

 8   you described, what does that -- what were you

 9   referring to?

10       A.   Well, for instance, in the Commonwealth

11   of Massachusetts, in the time I was there, and we

12   were in inner city Boston, we were required -- I

13   don't know if it's a law or some kind of mandate,

14   but I knew the word "required" was used -- that we

15   screen children at 6 months, 12 months, 18 months,

16   24 months, 36 months and 5 years of age because the

17   prevalence was so high in the City of Boston back

18   then in the '80s.

19           And gradually that screening number has

20   come down as lead has become less prevalent.

21       Q.   Did the screening process involve blood

22   lead level testing?

23       A.   Yes.

24       Q.   And you had mentioned that if the levels
```

Highly Confidential - William Bithoney, M.D.

1  came back elevated, treatment would be instituted.

2  What were the levels that would be considered

3  elevated?

4      A.    Well, it's changed over the years, as

5  you know.

6            So, currently the reference value, the

7  reference value is 5 micrograms per deciliter where

8  clinicians are admonished to intervene at that

9  point.

10           The U.S. Preventive Services Task Force

11  has stated that that -- that while the CDC called

12  it a reference number, they've actually said that

13  the reason they call it a reference number is that

14  every major body in medicine that deals with

15  pediatrics has attested that there is no safe lead

16  level.  So, even a level of 5 is known to be toxic.

17  But that's where intervention typically occurs

18  nowadays.

19           In the past, interventions, like in the

20  '70s, might have been 25 micrograms per deciliter.

21  Then in the '90s, 10 micrograms per deciliter; and

22  as of 2012, 5 micrograms per deciliter.

23           And the interventions vary depending on

24  how high the blood lead levels are.  So, there are

1   various types of chemotherapy designed to mobilize

2   lead from the soft tissue in the blood and excrete

3   it in the bile and the urine.

4          And other times we simply treat with

5   iron because lead poisoning results in an anemia

6   that is problematic, and typically these children

7   also have low iron levels.  So, you can decrease

8   toxicity of lead by replacing iron where it's

9   needed.

10     Q.   Since 2012 when the reference value has

11  been 5 micrograms per deciliter and intervention is

12  necessary, would there be any intervention or

13  treatment of a child who had a blood lead level

14  test that was less than 5 micrograms per deciliter?

15     A.   Typically we admonish parents to be

16  aware of issues of lead poisoning if they are

17  living, for instance, in an inner city like we did

18  in -- like we did in Boston.

19         But we would intervene with a lead level

20  of 3 or 4 only if there was evidence of anemia that

21  perhaps might have been a side effect.

22         But we routinely advise parents, for

23  instance, on how to clean their homes, wet mop the

24  homes using triphosphate detergent, which is the

Highly Confidential - William Bithoney, M.D.

1    only one that seems to pick up lead when they're

2    cleaning, vacuuming the window sills, having lead

3    inspectors come by the house if they're concerned,

4    either encapsulating the lead paint or doing a full

5    renovation and remediation.  It depends on -- it

6    depends on the level.

7         Q.    All right.  For purposes of intervention

8    or treatment, what would be the intervention or

9    treatment of children as of 2012 and into the

10   present who had a blood lead level of 5 to 10

11   micrograms per deciliter?

12        A.    Well, as I say, they'd be screened

13   probably most importantly for iron deficiency and

14   iron deficiency anemia or anemia that's caused by

15   lead.

16              The level of 10 is or 5 is really

17   ephemeral because the half-life of lead in the

18   child's body, in the blood, for instance,

19   specifically, had been routinely reported based on

20   adult studies as 30 days.

21              The half-life of lead in child --

22   children's bodies seems to be more like 9.9 or 10

23   days.  And there is data from O'Flaherty and also

24   data from Specht and others indicating that the

Highly Confidential - William Bithoney, M.D.

```
1    half-life of lead is quite short in children.
2            So, we would also -- if somebody had a
3    lead level of 10, I'd bring them back in a month
4    and see what's happening there, because there may
5    well have been a level of 20 the month before.
6        Q.    So, for purposes of treatment, however,
7    the gold standard, so to speak, and the standard of
8    care would be you'd make treatment decisions based
9    on the blood lead level testing, right?
10       A.    Yes.
11       Q.    And then one of the primary
12   interventions that would be undertaken would be to
13   try to identify these potential sources of lead in
14   the child's environment and take steps to either
15   minimize or eliminate those sources, right?
16       A.    That's typical.
17       Q.    And then in addition to that, there
18   might be other interventions that you described,
19   and I'm talking about for children with levels, you
20   know, from zero -- or not zero but from, you know,
21   below 10 -- that would involve potentially iron
22   supplements?
23       A.    Yes.
24       Q.    At these levels, 10 or lower, are there
```

1   any other treatment interventions that would

2   comprise the standard of care for a pediatrician as

3   of 2012 to the present?

4       A.    I wish there were because these kids do

5   need intervention, but sometimes the cure is worse

6   than the disease.  So, some of the treatments that

7   we have have their own side effects, like Succimer

8   has renal toxicity -- I'm sorry -- kidney toxicity,

9   liver toxicity.

10           Penicillamine causes allergic reactions

11  and similar soft tissue reactions.  Calcium

12  disodium EDTA can have side effects of allergy and

13  kidney function shutdown if the child isn't

14  hydrated actively by IV.  British anti-Lewisite is

15  used with very high levels of led when children

16  have levels above 60 or 70.

17           British anti-Lewisite was a chemical

18  warfare drug in World War I and thank God we found

19  something useful out of it, out of the trenches.

20  It's used when a child is at risk of having brain

21  edema or swelling when they have very high levels.

22           But at levels below 10 we don't want to

23  use any of these medications.  And what we would

24  want to do like if somebody had a lead level of 8

Highly Confidential - William Bithoney, M.D.

1    or 7 or 6 or 5, I'd bring them back because it

2    means that they are set up for perhaps higher

3    levels and also they may have had higher levels

4    already.

5              So, and it's not just the acuity.  It's

6    not just the height of the lead level that matters.

7    It's also the chronicity.

8              So, typically in the past, studies of

9    lead intoxication have looked at the acuity, how

10   high the lead level is, okay, without paying

11   attention to the chronicity, how long the lead

12   level has pertained.

13             So, later studies have looked at average

14   lifetime lead as opposed to just peak lead.  So, if

15   somebody is chronically lead intoxicated, that can

16   have just -- at a low level, that can have just as

17   deleterious an effect as if they had one high

18   level.

19             But that's relatively abstruse, but it's

20   certainly highly relevant clinically.

21        Q.   So, in terms of the standard of care for

22   treatment of kids with suspected lead poisoning,

23   what is the level at which the standard of care

24   since 2012 would require that they come back for an

1  additional or repeat blood lead level testing?

2      A.    Well, you know, that varies depending on

3  the locality because different areas have different

4  prevalence.

5          So, it's -- I mentioned, for instance,

6  in Boston in the '80s we did testing.  We're

7  mandated to do testing at 6 months, 12 months, 18

8  months, 24 months, 30 months, 5 years.  As the

9  prevalence of lead went down in that city, we

10  decreased the need for screening.  So, we didn't

11  bring kids back as much.

12          So, there are local standards based on

13  the incidence and prevalence.

14      Q.    What are the local standards in Michigan

15  as of 2012 and to the present?

16      A.    I'm not aware of published standards or

17  published requirements.

18      Q.    What are your recommended standards as a

19  pediatrician from 2012 forward?

20      A.    Children above 5 need to be -- 5

21  micrograms per deciliter -- need to be followed

22  chronically when they see bumps in their lead

23  levels, but hopefully we'll see them go down.

24          Again, I would like to treat -- if I had

Highly Confidential - William Bithoney, M.D.

1    a non-toxic medication, I would love to treat

2    children at 5 micrograms per deciliter, but I

3    described to you the problematic side effects of

4    these medications.

5         Q.    Right.  At what level currently is the

6    medical -- strike that.

7              Under the current standard of care for

8    lead poisoning or toxicity in children, what would

9    be the blood lead level that would be the minimum

10   necessary for consideration of potential treatment

11   with these various medications?

12        A.    Well, it varies.  You know, the calcium

13   disodium EDTA, British anti-Lewisite, that trench

14   warfare drug, talk about a toxic medication coming

15   out of poison gas.

16             That would probably be above 70

17   micrograms per deciliter because those are the kids

18   that are at risk for death and brain swelling where

19   the brain would herniate through the base of the

20   skull into the spinal column.  You want to get rid

21   of that edema as soon as you can.

22             The calcium disodium EDTA has been used

23   at levels above 40 for decades.  However, over the

24   last couple of decades, we use Succimer typically

Highly Confidential - William Bithoney, M.D.

1    at levels above 40.  Chemet it's called.

2              It also is a chelator and removes lead

3    from the body very effectively and is related to

4    some of those neurotoxin medications that we were

5    talking about.

6              Penicillamine is indeed a penicillin

7    analogue.  However, it causes a lot of allergies.

8    So, we've stopped using that.  We used to use it at

9    very low levels, like 20 or 25.  But we don't use

10   chemical chelation typically below, depending on

11   the clinician, 25.

12             For instance, I have standards from

13   Harvard Medical School within 10 feet of me that I

14   could easily read to you, but they'd be different

15   in another locality.

16        Q.   Would those be the 25 as the limit?

17        A.   As I say, it varies.  It varies by

18   locality.  I would certainly consider chelation for

19   children at leads over 25.  I might not start at

20   25.  I might -- because of the toxicity of the

21   medications.  I might wait and follow that child

22   and use all the potential interventions I can.

23             So, typically somebody who has a lead

24   level of 25 micrograms per 100 cc's of blood will

1   typically, in my experience, and this isn't a

2   hard-and-fast rule, have evidence of anemia.  If

3   they don't have anemia, they'll have so-called

4   microcytosis, small red blood cells, which is an

5   effect of lead.

6           Also, you can look at the chronicity of

7   the effect by measuring zinc protoporphyrin and

8   erythrocyte protoporphyrin, which take about three

9   months to get elevated.  So, you might take the

10  chronicity into effect, into consideration that

11  way.

12          I hope that's responsive.  This is a

13  complex, multifactorial issue of clinical judgment

14  based on science.

15      Q.    You received information with respect to

16  the four bellwether children about blood lead tests

17  that were performed in the past before you did your

18  review on them, right?

19      A.    Yes.

20      Q.    Did you recommend to any of the parents

21  that any of those children get repeat blood lead

22  level testing?

23      A.    I don't believe so.

24      Q.    Why?

Highly Confidential - William Bithoney, M.D.

```
1        A.    I didn't have lead levels at that point

2   that were above 5.

3        Q.    As part of your clinical practice over

4   the years in making diagnoses of suspected lead

5   toxicity or lead poisoning, have you ever ordered a

6   bone lead scan?

7        A.    I have not.  I have done -- I typically

8   do x-rays.  When somebody has a high blood lead

9   level, we do x-rays of the knee typically.  But I

10  haven't ordered bone scans clinically.

11       Q.    What would you -- what would an x-ray of

12  the knee reveal that would be helpful in a

13  diagnosis?

14       A.    Well, when children have elevated lead

15  levels, it interferes with the growth of bone.  And

16  as you probably have heard over and over again,

17  lead is what's called a divalent cation and

18  it's similar to --

19       Q.    Hold it.  I have to say I haven't heard

20  that one before.  You're going to have to explain

21  that one to me.

22       A.    Well, lead is a heavy metal and it's

23  similar in the body.  The body recognizes it as a

24  heavy metal, but it also recognizes magnesium,
```

1    iron, calcium as lead.  They are very similar from

2    the body's point of view.  Talk about

3    anthropomorphizing an issue.  The body doesn't have

4    a point of view.  But from the enzymatic perception

5    that the body has, these heavy metals are all

6    similar.

7              So, one of the ways that lead causes

8    toxicity is it replaces iron in the bloodstream and

9    prevents the synthesis of hemoglobin and results in

10   anemia and also replaces iron in the brain so that

11   it poisons the rate-limiting step in the brain of

12   the synthesis of neurochemicals, the synaptic

13   communicators within the brain.

14             It poisons monamine oxidase, which is

15   the rate-limiting enzyme in the synthesis of things

16   like serotonin and noradrenaline, things that allow

17   the brain cells to communicate inside the brain.

18             In the heart of monamine oxidase is an

19   iron molecule, but when you have high lead levels,

20   that iron molecule gets replaced by lead and is

21   poisonous to the body.

22             So, those are all divalent cations.

23             I'm sorry.  Now I've lost the train of

24   what your question was because I got so interested

Highly Confidential - William Bithoney, M.D.

1    in what I was saying.

2        Q.    Yeah, you were describing why an x-ray

3    of the knee would assist in a diagnosis of the

4    patient.

5        A.    Right.  Thank you for reorienting me.

6              Typically in growing children, calcium

7    is being deposed at a so-called growth plate in the

8    bone, and that growth plate has within it something

9    called the line of provisional calcification where

10   calcium is being deposed into the bone and this

11   results in the child gaining in height.

12             So, as the child keeps putting bone, the

13   deposition, to use a funny term given that we're in

14   a deposition, but as the deposition of calcium

15   progresses, children get taller.

16             What happens when someone is lead

17   poisoned is instead of having calcium deposed, one

18   has the poisoning and the lead is deposed there.

19   There is a toxicity.  And it's really not the lead.

20   It's an inflammatory response.

21             So, not to get into it and not to make

22   too fine of a point, you can see I can tend to get

23   bogged down in some details.

24             But that line of provisional

Highly Confidential - William Bithoney, M.D.

1   calcification becomes more and more visible, and

2   you can tell when there is toxic levels of lead

3   because that growth plate becomes more visible.

4       Q.    I see.  At what -- sorry.

5             At what blood lead levels would you --

6   would the standard of care in your view indicate

7   that an x-ray of the knee should be taken in

8   patients suspected of having lead toxicity?

9       A.    I would say at 20, but that would be my

10  standard.  Again, I think that people vary.

11      Q.    Okay.  All of those effects or the

12  biological process I guess that you were just

13  describing in your answer to my question before in

14  terms of lead and where it goes in the body and the

15  effects that it has in the body, do those effects

16  take place right away, that is, soon after the

17  exposure to lead?

18      A.    Well, the biochemical effects do take

19  effect right away.  That's why, for instance,

20  within three months of lead exposure you can see

21  elevated zinc protoporphyrin or free erythrocyte

22  protoporphyrin.  And that's -- that's a biochemical

23  effect.

24            Hemoglobin consists essentially of a

Highly Confidential - William Bithoney, M.D.

1    ring.  There are four moieties, four groups, almost

2    like a cross, that join together with iron in the

3    middle.  And that forms the ring structure with

4    iron in the middle holding the four moieties

5    together.

6              In the presence of lead poisoning, that

7    iron atom in the center of the heme ring that is

8    the basis of hemoglobin is replaced by lead; and

9    those four moieties, which should come together

10   around the iron, the four parts of heme, break down

11   and enter the blood immediately as so-called free

12   erythrocyte -- they're called protoporphyrin rings.

13   They enter the blood as protoporphyrin or free

14   erythrocyte protoporphyrin, and that begins

15   immediately.

16             And there is some effects at very low

17   levels, for example, and there is also effect on

18   the brain where there is poisoning of monamine

19   oxidase that occurs.

20             Depending on the level, we also think

21   that there is poisoning of the calcium channels in

22   the brain.  We don't think it.  We know it.  That

23   affects the rapidity of the electrical stimulation

24   across neurons.

Highly Confidential - William Bithoney, M.D.

1              Lead begins to affect myelin deposition

2      over a period of months.  Myelin is a covering of

3      the nerve cells and the myelin sheaths are made of

4      myelin cells, and those cells actually cover the

5      nerve cells, nourish the nerve cells, protect the

6      nerve cells from damage, and also increase the

7      speed of transmission of the nerve cells'

8      electrical impulse.

9              Perhaps I should just discuss this a

10     little more.

11             Nerve cells, as you know, are present in

12     the brain obviously and they are typically a long

13     axon it's called.  And that axon -- can you see my

14     arm?

15        Q.    You have to go a little bit higher up.

16        A.    There is a long arm of the axon.  Okay.

17     And that's covered in a myelin sheath, where the

18     myelin sheath nourishes the axon, nourishes the

19     nerve, and increases the speed with which the

20     electrical impulse can go down the length of the

21     nerve.

22             Lead also interferes with the flux of

23     calcium across the membranes in the arm of the

24     axon.  As I mentioned, calcium and lead are both

Highly Confidential - William Bithoney, M.D.

1   divalent cations, so the body recognizes lead as

2   calcium.  So, all of a sudden when calcium can't

3   cross but you've got lead, it slows down the axon's

4   electrical firing.  Lead itself slows the

5   excitatory phase, the exciting phase of

6   neurostimulation.

7           Again, also lead takes -- at the end of

8   my arm you might find fingers, and each nerve cell

9   has hundreds of fingers that reach out and almost

10  touch another 100 or many more than 100 nerve

11  cells.

12          And when the electrical impulse flows

13  down the arm of the axon and it enters the finger,

14  and the fingers have within them so-called

15  neurotransmitters like serotonin that we were

16  mentioning before, the electrical impulse results

17  in the fingers releasing neurotransmitters that

18  then go and stimulate hundreds of other cells to be

19  excited and fire.  And that results in the

20  fireworks, the awesome fireworks, of intellectual

21  thought and brain function.  Since lead poisons the

22  synthesis of the neurotransmitters, that's another

23  issue.

24          It also poisons the mitochondria in the

Highly Confidential - William Bithoney, M.D.

1    nerve cells and in all cells.  Mitochondria exist

2    in each individual cell in the body, and they are

3    responsible for providing all energy in the body.

4              So, when you interfere with the

5    mitochondrial action, you find that brain cells

6    don't function as well.  They don't fire as

7    rapidly.  Other cells in the body slow down.

8              Part of it is a true intoxication.  I

9    mean, we typically think of intoxication as ethyl

10   alcohol or whatever.  But there is true

11   intoxication of the cells.

12             There are other effects.  I have access

13   to dozens of them here, but I don't think you'd

14   want to get into them.

15             We know that it's toxin, it's a poison

16   and it affects the body in many ways.  There are

17   immediate biochemical effects and immediate

18   neuronal effects that result in slowed brain

19   functions.

20             And that's part of why children at

21   elevated blood lead levels essentially think more

22   dully and are seen more intoxicated or foggy than

23   other children.

24       Q.    And my question was really related to

Highly Confidential - William Bithoney, M.D.

1    the timing or the sequence of how long those

2    effects would take after the lead exposure begins,

3    and I think your answer was rapid or very soon.

4    Right?

5        A.    The biochemical effects can occur very

6    soon.  There is immediate toxicity.

7              There is an enzyme called ferrochelatase

8    or heme synthetase that we were talking about that

9    is an iron-dependent enzyme that assembles those

10   four parts into a ring, and that enzyme is

11   iron-dependent and it puts the iron in the middle

12   of these four groupings that and fuses it together

13   into a ring.

14             Poisoning of ferrochelatase, also called

15   heme synthetase, occurs immediately and it's

16   dose-deponent.  You know, if you're looking at

17   causation, that's one of the criteria.  It's a

18   dose-dependent poisoning.

19       Q.    Let me -- sorry.  Go ahead.

20       A.    The effects on myelin are slower and

21   vary with the age of the child.  But the

22   ferrochelatase and monamine oxidase, there is

23   immediate effect.

24       Q.    How long does the effect on the myelin

Highly Confidential - William Bithoney, M.D.

1    and the axons take?

2         A.    Well, it depends on the age of the

3    child.

4         Q.    Children under age 5.

5         A.    I don't want to answer incorrectly.  My

6    recollection is months.

7         Q.    And months meaning how many months?

8         A.    I'm not able to say exactly.  I'd have

9    look at my textbook.

10        Q.    Okay.  What textbook would you look at

11   to determine that?

12        A.    Well, a pediatric toxicology book may

13   have it, a standard textbook of pediatrics may have

14   it.  I have multiple publications concerning that

15   at my fingertips, which I don't think you want me

16   to go searching through.

17        Q.    Not at this time.

18              I want to ask you some questions about

19   the opposite side of this issue that we have been

20   discussing in terms of timing.

21              And I think you mentioned that for

22   children, your understanding and your opinion as to

23   the half-life of lead, in the blood anyway, is

24   shorter in children.  It's about 9 or 10 days.  Am

Highly Confidential - William Bithoney, M.D.

1    I correct so far?

2         A.    Yes.

3         Q.    Okay.  And if the source of the lead for

4    that particular child is no longer there, that is,

5    the child is not ingesting or getting lead into

6    their bodies that makes its way into the blood, the

7    time over which the lead would be reduced to zero

8    is dependent upon the total amount of lead that is

9    there in the blood when the exposure ends.

10            Am I right so far?

11        A.    Well, I think it's more complicated than

12   that.

13        Q.    Go ahead and explain, then.

14        A.    Well, there's a so-called triphasic

15   elimination mode of blood lead and there is also

16   within that another variable, and there is a

17   three-compartment mode, a two-compartment mode of

18   elimination and a one-compartment mode of

19   elimination.

20            So, to discuss it, if somebody is lead

21   naive, has not had any lead before, the lead enters

22   the blood and the half-life can be in the order of

23   one day and it goes away.  And then if that child

24   intermittently takes a tiny amount of lead in, the

Highly Confidential - William Bithoney, M.D.

1    blood lead level continues to be one or two days.

2            If there is more chronic ingestion, that

3    means the lead doesn't just stay in the blood.  It

4    goes into the soft tissues, the liver, the kidneys,

5    the brain, every soft tissue, the muscles,

6    poisoning the mitochrondia, for instance, the

7    energy cells in the muscles, poisoning the energy

8    cells of the neurons, that's a so-called

9    two-compartment model that pertains when the lead

10   is not only in the blood but also in the soft

11   tissues.

12           So, that elimination phase probably is

13   about a month to get rid of the blood from the soft

14   tissue.

15           What transpires with chronic low level

16   ingestion is that that blood lead goes down, but it

17   doesn't go out in the urine in any great amount or

18   the bile in any great amount.  It gets deposed in

19   the bones.  So, that's where the accumulation is.

20   So, ultimately over 90% of the lead ingested gets

21   into the bones.  And, so, the bone lead level is a

22   marker of how much toxicity a child, how much lead

23   toxicity a child has been exposed to.

24           So, for example, in a kid like A███████

Highly Confidential - William Bithoney, M.D.

```
1    T███, I believe, and please don't hold me to this,

2    but I believe her bone lead level in her tibia was

3    9.62 micrograms per gram of bone.  That's what

4    Dr. Specht found.

5            A child of A███    age has a little

6    bit less than 1 kilogram of bone mineral.  I know

7    the child is big.  I'm not talking about the bone

8    itself.  I'm not including the bone marrow, which

9    weighs a lot, but it's kilogram of bone mineral.

10           So, that child, A███   T███, several

11   years after exposure to water, had 9,000 --

12   9,000 -- 9.62 micrograms per gram of bone in her

13   bones.

14           In the child's entire body -- I'm sorry.

15   I'm being distracted by some changes in my screen.

16           In that child's body, that means that

17   she presently has 9,620 micrograms of lead in her

18   body.  And, as you know, we're concerned about 5

19   micrograms as being potentially toxic in the blood

20   or 1 microgram and this child had 9,620 micrograms.

21           Given a half-life, according to some of

22   the studies that we have seen, a half-life in the

23   bones of two years in a growing child, because

24   remember that line of provisional calcification
```

Highly Confidential - William Bithoney, M.D.

```
 1   where the bones are growing when you're 5 years

 2   old.  Adults don't have that.  The bones aren't

 3   growing.  But children's bones are turning over

 4   rapidly.

 5           So, what that means is two years ago

 6   A          had 19,000 micrograms of lead in her

 7   bones.  In two years before that, she had 38,000

 8   micrograms of lead in her bones.  Now, that

 9   exposure, and this is what's in her body now, is a

10   huge amount of lead.

11           There are studies, for instance, from

12   Nie, N-i-e, coming out of Boston Children's

13   Hospital, the program where I used -- that I used

14   to run, which show that -- well, they looked at 11

15   children that had lead levels greater than 30

16   micrograms per deciliter, which everyone agrees is

17   pretty severe toxic exposure to lead, and they

18   looked at those kids roughly eight or ten years

19   later.

20           These kids initially were poisoned as

21   toddlers and the average age was around 10 when

22   they were given a tibial bone scan.  Those kids had

23   lead levels on average of 0.7 micrograms per gram

24   of bone.  I don't know.  If you multiply that
```

Highly Confidential - William Bithoney, M.D.

```
 1   times -- to get to 9.62.  It's many-fold lower than

 2   what A████ T███ has, even though they initially

 3   had blood lead levels greater than 30.

 4            So, this implies a very severe level of

 5   intoxication that was chronic and that was masked

 6   by ongoing deposition of lead into the soft tissues

 7   and into the bones.

 8            And as I say, it can be masked in

 9   different ways at different times of exposure with

10   the initial exposures.  The lead can disappear in

11   two days.  Later it can disappear in a month.

12   Later it can disappear in 20 years if you're an

13   adult.  But two years is the half-life for a

14   5-year-old.

15            So, A████, for example, and all the

16   children had very high levels of lead, definitive

17   levels of lead in their bones, indicating ongoing

18   exposure, which we missed in our blood lead

19   measurements, but you can't argue with the fact

20   that tens of thousands of micrograms of lead are in

21   this child's bones.

22       Q.   Thank you for that explanation, and I do

23   have some questions about that subject later when

24   we get to your reports where you talk about the
```

Highly Confidential - William Bithoney, M.D.

1    bone lead.

2              But did I understand you correctly that

3    your opinion, based on the literature and your own

4    experience, is that with respect to blood lead

5    levels anyway in children of this age group, you

6    know, in the 5-year-old age group, that the

7    half-life is about nine to ten days?  Is that

8    correct?

9         A.    Well, Specht's data, for instance, Aaron

10   Specht's data was 9.9 or so plus or minus 4 days.

11   There are other similar studies.

12        Q.    What's your opinion?

13        A.    Well, my opinion is that that's correct.

14   You know, in adults, all that data about the

15   half-life being 30 days, most of the literature is

16   always focused on adults where the half-life of

17   lead in the blood is 30 days and the half-life of

18   lead in the bone is 20 -- I'm sorry -- 20 years in

19   soft bones like the base of your skull and 30 years

20   in hard bones in the tibia and the femur, hard

21   bones like that.  But the child data is very

22   different because there is an exuberant growth

23   period.

24              I'll give you an example.  Another study

Highly Confidential - William Bithoney, M.D.

1   out of Harvard showed that an adolescent girl that

2   they saw who had been lead poisoned before who had

3   no evidence of lead poisoning went through a very

4   rapid growth spurt and became lead intoxicated once

5   again.

6          She went through a growth spurt that was

7   not dissimilar to what a 5-year-old would do at

8   puberty and all of a sudden she became lead

9   poisoned.  That's because all the lead was still --

10  was in her bones.

11      MR. STERN:  Hey, can you all hear me?

12      MR. ROGERS:  Yes, we can.

13      MR. STERN:  I'm sorry.

14          (Clarification requested by the

15           reporter due to audio

16           difficulties.)

17      MR. ROGERS:  This is Corey Stern, but now we

18  cannot hear you, Corey.

19      THE VIDEOGRAPHER:  Should we go off the

20  record?

21      MR. STERN:  Hey, Dave.

22      MR. ROGERS:  Yeah, let's go off the record for

23  a minute, yeah.

24      THE VIDEOGRAPHER:  The time is 10:47 a.m., and

Highly Confidential - William Bithoney, M.D.

1    we're off the record.

2                    (WHEREUPON, a recess was had

3                     from 10:47 to 10:52 a.m.)

4        THE VIDEOGRAPHER:  The time is 10:52 a.m., and

5    we're on the record.

6        MR. STERN:  This is Corey Stern.  I just want

7    to say on the record that my Internet connection

8    fell off at roughly 10:33 a.m. Eastern time, and I

9    was able to reconnect at 10:47 a.m. Eastern time.

10               I don't anticipate that there was any

11   issue with the testimony or the examination by

12   Mr. Rogers.  But when the deposition is finalized,

13   I'll just take a look at that period of time; and I

14   reserve the right if there was something

15   objectionable, to raise the objection in light of

16   the technical issue I had via Zoom.

17   BY MR. ROGERS:

18       Q.    Doctor, I'm going to turn to sort of

19   some housecleaning type questions, and I think we

20   can move through this quickly, having to do with

21   the work that you did or the documents that you

22   looked at and so forth.  Okay?  So, here we go.

23               Since the time when you completed your

24   reports, July 25 of 2020, for the four bellwethers,

Highly Confidential - William Bithoney, M.D.

1    can you describe to me what else, what other work

2    you did on the case?

3         A.    Well, in preparation for this

4    deposition, I have spent hours trying to prepare

5    for your questions, looking at the literature on

6    bone lead and blood lead and the half-lives

7    associated with them and reviewing some of the

8    toxicology literature, reviewing some of the

9    literature on cognition, looking at the impact of

10   lead in water on children's cognition.

11          I probably spent 20 hours trying to get

12   ready to have this discussion.  Even though I

13   looked at a lot of it before I made the

14   preparation -- made my reports, I still wanted to

15   look at it again so that I would be able to answer

16   your questions appropriately.

17          I had met with Michael Weitzman, who is

18   a long-time friend, 40 years.  He was in the

19   Harvard practice and left the year before I took

20   over and went to Boston City Hospital.  But we

21   never discussed the bellwether cases.

22          The only work I've done on the

23   bellwether cases, other than I just described,

24   would involve talking to Corey, talking to his

1    paralegal, Ashley Vioux.

2              I asked one of Michael Weitzman's

3    graduate students to geomap where the four

4    bellwether children lived.

5              And I also had a discussion with

6    Dr. Specht initially about bone lead in general,

7    and then I asked him about the four bellwethers, if

8    they -- if those numbers were significant.

9              So, that's pretty much it.

10        Q.   The 20 hours of literature review that

11   you did, the literature that you did review, are

12   those listed anywhere or referenced anywhere that I

13   could look at them?

14        A.   Well, I sent you -- I sent to Ashley, I

15   thought they would be forwarded to you, a list of

16   34 or 35 documents.

17             Also I had a Dropbox from Ashley and

18   Levy Konigsberg, and I forwarded multiple documents

19   to Ashley for forwarding to you.  If you haven't

20   received them, I'm sure Ashley will send them to

21   you.  But it's a fair number of articles.

22        Q.   Okay.  I think we did receive those.  I

23   will check on all those.

24        A.   So, some were typed references.  I was

Highly Confidential - William Bithoney, M.D.

1   given a day and a half to type up the articles that

2   I reviewed, and I did the best I could.  Please

3   excuse the typos.  I don't have -- didn't have a

4   secretary for this.

5           So, that was like 34 citations that I

6   typed up, and then there were others that I could

7   send to you electronically.

8       Q.   Got it.  The discussion with Dr. Specht,

9   did that -- when did that take place, to your

10  recollection?

11      A.   Maybe three weeks ago.

12      Q.   Do you know if that was before or after

13  his deposition took place?

14      A.   I'm sorry.  I don't have -- I don't

15  know.  I didn't -- I don't recall just when his

16  deposition was.  And if you told me a date, I still

17  wouldn't be able to help you.

18      Q.   The information about where the four

19  bellwethers lived in terms of a geomap, is that a

20  document, that map, you know, pinpointing where

21  they lived, is that a document that you received?

22      A.   I believe I do have that -- (audio

23  pause) -- yeah.  But the main point is that they

24  didn't lived in Wards 5, 6 or 7.

1      Q.     Okay.  You faded out there, Doctor.  He

2   we lost the connection for a minute.

3      A.     I was --

4      Q.     Hold, please.  Let's just make sure we

5   do this in sequence just so Corey Marut gets the

6   testimony.

7             Would you just repeat your answer about

8   the geomap?

9      A.     The children when we mapped -- when the

10   graduate student mapped them, they didn't

11   exist in -- they didn't live in Wards 5, 6 and 7,

12   which were initially thought to be the highest lead

13   level areas of the -- lead levels in the water.

14      Q.     The map itself, was it a map of Flint

15   that showed -- broke down what the different wards,

16   the division for the different wards were?

17      A.     Well, I believe so.  I'm not sure as I

18   sit here.  It was a map of Flint.  It wasn't huge.

19   And we put the addresses of the bellwethers on the

20   map and then geomapped them to what was in Hanna

21   Mona Attisha's paper.

22      Q.     Did you draw any conclusions from that

23   work in looking at the addresses and what wards

24   they did or didn't fall into?

Highly Confidential - William Bithoney, M.D.

```
 1      A.    Well, I don't know the names of the

 2  wards.  I can tell you that I have great suspicion

 3  about the lead levels as measured in the water, as

 4  I'm sure you'll ask me about soon.

 5            But they did not live in Wards 5, 6 or

 6  7.  They lived in areas which had on average about

 7  20% of the lead pipes having levels greater than 15

 8  micrograms per deciliter.  That's my recollection.

 9      Q.    Would you say that again because you

10  said lead pipes.  I didn't follow your answer.

11  Sorry.

12      A.    All right.  They lived in areas where

13  20% approximately of the water that was tested in

14  Hanna Mona Attisha's article, 20% of those pipes or

15  wherever she got the water -- now that I am

16  thinking carefully, I believe -- I don't know.  But

17  it was 20% had lead levels greater than 15 parts

18  per billion.  That's the average for the four

19  bellwethers.

20            I have great suspicion about that

21  mapping of the water system and I don't believe it

22  for a minute.

23      Q.    Explain to me what you mean.

24      A.    Well, if you look at -- can I look at
```

Highly Confidential - William Bithoney, M.D.

1    one of the papers like S███ I have right beside

2    me?  I'll tell you why in a second.

3              But Congressman Kildee in 2019 noted

4    that while initially people thought that -- I am

5    being approximate because I am trying to find it --

6    14,000 lead pipes or pipes needed to be replaced.

7    I'm sorry.  I want to get it right.

8              By 2019 they had decided that that was

9    100 percent in error, that it needed to be closer

10   to 30,000 pipes that needed to be replaced.

11             I'm sorry.  I'm having trouble finding

12   it, but I believe you know what I'm referring to in

13   my report.

14             So, there was a 100 percent difference

15   between what was initially thought to be the

16   problem with Mona Hanna-Attisha's geomapping of the

17   areas and the lead levels in the pipes in that area

18   and what the FAST program ultimately decided to do,

19   which was to more than double the numbers of pipes

20   that needed to be replaced.

21             I'm sorry.  I'm having great difficulty

22   finding it.

23      Q.    All right.  So, as I understand you,

24   though -- we'll get to that a little bit later,

Highly Confidential - William Bithoney, M.D.

1    Doctor -- but your suspicion relates to which

2    issue, the actual composition of the service lines

3    leading into the houses or the amount of lead that

4    was found in the water when it was tested?

5        A.    I'm suspicious of all the data presented

6    on the lead in the water, because when the FAST

7    program looked at what pipes needed to be replaced,

8    they had to double the number of pipes that they

9    needed to be -- needed to be replaced.

10            The other thing that I'm concerned about

11   is that essentially we're looking ex post facto.

12   These children are essentially canaries in the coal

13   mine, because if you look at what was presented in

14   the 60 Minutes study about child development and

15   kids needing special education last year on

16   60 Minutes or earlier this year, I don't have the

17   date in front of me, 80% of the children in Flint

18   required special education at this point whereas in

19   the past it was roughly 20%.

20            So, the fact that there was a fourfold

21   increase in the numbers of kids requiring special

22   education is quite dramatic.

23            The other thing that concerns me is

24   there was -- Mona Hanna-Attisha published in the

Highly Confidential - William Bithoney, M.D.

1    American Journal of Perinatology in 2020 a paper

2    that I reviewed as a reviewer for Pediatrics.

3            I'm a reviewer, by the way, for the

4    Journal of Developmental and Behavioral Pediatrics.

5    I have been a reviewer for the Journal of

6    Pediatrics as well as Pediatrics, which is a

7    different journal, and I have reviewed for the

8    New England Journal, et cetera.

9            But in the American Journal of

10   Perinatology, I believe it was in March, Mona

11   Hanna-Attisha looked at the percentage of children

12   with elevated lead levels in their umbilical cord

13   blood in Flint versus Detroit, and she found a 700%

14   increase in the number of children with elevated

15   lead in their cord blood.

16           So, that indicates to me that there was

17   a systemic problem throughout Flint, because a 700%

18   increase is certainly important and a 400 -- that's

19   700% increase in cord blood lead levels in infants

20   who are not eating lead paint, not while crawling

21   on the floor and eating dust, and that 400%

22   increase in special education makes it in my mind

23   much more likely that there were more pipes or

24   water sources that were contaminated than were

Highly Confidential - William Bithoney, M.D.

1    initially mapped.

2           And, as I say, it's the whole water

3    system that I'm concerned about.  And these

4    children, you know, if they're drinking water at

5    home, they're drinking water at home that may be

6    tainted.  They go to school.  They may be drinking

7    water in the school that's tainted.  They go to

8    their grandmother's house.

9           But all of a sudden there was a huge

10   spike in the number of kids who needed

11   developmental intervention and special education,

12   400% spike and a 700% increase in those require

13   having elevated umbilical cord blood.

14      Q.    That paper, was that the -- was that

15   published in 2020, the spring 2020 did you say,

16   Dr. Attisha's paper?

17      A.    I believe so.  It's the American Journal

18   of Perinatology.

19      Q.    Is that --

20      A.    I don't have the month in front of me,

21   but I believe it was -- I'm sure it was 2020.

22      Q.    Is that part of the -- is that on the

23   list of the scientific literature that you

24   provided?

Highly Confidential - William Bithoney, M.D.

```
1        A.    I did not provide that.  I didn't look

2   at it until recently.  I'm sorry.  Like in the last

3   week.

4              I had thought that I was enjoined.  I

5   had reviewed it for Pediatrics and as a reviewer,

6   although I was well aware of this data in 2019, as

7   a scientific reviewer and peer reviewer, I was

8   enjoined not to discuss the paper.  So I didn't

9   include it in any of my work.

10             I only this week learned that that paper

11  was published and that removed the injunction from

12  my discussing it.  So, that's why I'm able to

13  discuss it today.  If we'd had that discussion two

14  months ago, three months ago, I couldn't have

15  discussed it.

16             That's why it doesn't appear in anything

17  because I thought I wasn't allowed to share it.

18  Only now I am allowed to share it.  It's part of

19  the scientific review process.  I hope I'm

20  explaining myself.

21        Q.    Yeah.  The -- okay.

22             So, getting back to the thrust of the

23  series of questions that I was asking you here is I

24  was intending to make sure that you described to me
```

Highly Confidential - William Bithoney, M.D.

1   all of the work that you've done in between when

2   your reports were written and today.

3           And so far you've told me about the

4   literature review and the list of those scientific

5   literatures, articles, that you've provided with

6   the articles themselves, Dr. Attisha's paper, Mona

7   Hanna-Attisha's paper that you just described, the

8   discussion you had with Dr. Specht about three

9   weeks ago and the geomap information for the four

10  bellwethers that then led you to describe to me

11  your suspicion about the water lead levels and so

12  forth.  So --

13      A.   Right.  To be clear, I also spoke with

14  Dr. Weitzman by Zoom call four times.  We never

15  mentioned the four bellwethers.  I have known

16  Dr. Weitzman for 40 years.  And, so, we just

17  discussed lead poisoning, but none of the

18  bellwether cases at all.

19      Q.   Was that a -- did any of the discussion

20  with Dr. Weitzman assist you or does any of that,

21  the content of the discussion, inform the opinions

22  that you're providing in your deposition here

23  today?

24      A.   Well, I don't want to insult

Highly Confidential - William Bithoney, M.D.

1   Dr. Weitzman, but I don't think I learned anything.

2   But I found -- well, Dr. Weitzman is an eminent, if

3   not preeminent, scholar and a long-time friend.

4   So, he is incredibly well qualified and has

5   positions at the EPA evaluating lead blood

6   programs, et cetera.

7           So, I don't mean to insult Dr. Weitzman.

8   But we were discussing clinical issues of lead,

9   never mentioned the four bellwethers, and I was --

10  I did it as a matter of gaining confidence.

11          I consider this the most important case

12  I've ever worked on, and I'm humbled and a little

13  nervous to be working on it.  So, I wanted his

14  advice on lead in general.  I wanted to be sure I

15  was up to date.  And I was pleased to not learn

16  anything.

17          Oh, Dr. Canfield was also on three of

18  those calls.

19      Q.    So --

20      A.    They were Zoom.

21      Q.    Did you --

22      A.    I say calls and I mean Zooms.  Sorry.

23      Q.    Did you learn any facts or scientific

24  information or anything important and that you

Highly Confidential - William Bithoney, M.D.

1    relied upon for any of the opinions that you

2    expressed -- you are expressing in the case from

3    these Zoom conferences with Dr. Canfield and

4    Dr. Weitzman?

5         A.    Well, what I learned I learned from

6    Dr. Specht because I wanted to be sure I understood

7    the half-life of bone.

8              I mean, I had reviewed the literature on

9    the half-life of lead in the bones, but he affirmed

10   for me that the lead levels in the four bellwethers

11   were definitively high and indicated that the

12   children had exposed to large numbers of lead.

13             And, you know, I'm not used to measuring

14   lead in terms of micrograms per gram of bone, so I

15   wanted to be assured that I understood it

16   perfectly.

17        Q.    Did you ever have -- does that now

18   complete a description of all the work that you've

19   done in between the time that you wrote your report

20   and the deposition?

21        A.    Yes.  I probably did about 4 hours

22   yesterday that I didn't mention.

23        Q.    Doing what?

24        A.    In terms of hours.  Reviewing

Highly Confidential - William Bithoney, M.D.

1    literature.

2            And you have everything except the

3    American Journal of Perinatology, which I just

4    learned I'm allowed to share.

5        Q.    All right.  Did you ever have a

6    conversation with Dr. Krishnan?

7        MR. STERN:  Object to form.

8    BY MR. ROGERS:

9        Q.    I mean about the case.

10       A.    No.  I called her.  You know, I was --

11   this was a rush job because -- I'm not exactly sure

12   why.  There were timelines implemented by the

13   Courts, and I really needed to get the reports from

14   Dr. Krishnan as soon as possible so that I could

15   interpret them.

16           And I did call her because I felt that

17   the timeline was short and I wasn't getting the

18   reports rapidly.

19           And excuse me.  I want to add one other

20   thing.

21           Levy Konigsberg, Corey and Ashley, sent

22   me rough drafts of Dr. Krishnan's deposition,

23   Dr. Graziano's deposition and Dr. Specht's

24   deposition.  So, I did look at those in addition to

Highly Confidential - William Bithoney, M.D.

```
1    this.  So, I looked at all of that.

2        Q.    When did you look at those?

3        A.    Well, I was looking at them yesterday,

4    and I looked at Dr. Krishnan's report within the

5    last two weeks.  I'm not sure when her deposition

6    was.  It was shortly after her deposition.

7        Q.    And among the things that you've

8    reviewed before you did your -- or strike that.

9            Does that now complete all the work that

10   you've done in between the time that you wrote your

11   report and your deposition today?

12       A.    To the best of my recollection at this

13   point, yes.

14       MR. STERN:  I don't want to testify for him,

15   but he did not mention that in preparation for the

16   deposition he did have two phone conversations with

17   me over the past couple of days, obviously the

18   substance of which are protected.  But I didn't

19   want him to miss the fact that we did speak twice.

20       THE WITNESS:  I'm sorry, Corey.  I didn't

21   think that that was salient, and I also thought

22   that it was protected for some reason.  You can

23   tell how brilliant I am as a legal scholar.

24       MR. STERN:  It is protected.  I just -- you
```

Highly Confidential - William Bithoney, M.D.

1    know, just to be complete, so we won't talk about

2    what we talked about, but we did talk.

3    BY THE WITNESS:

4        A.    Yes, we spent less than an hour each of

5    the last two days, if I recall, 15 minutes

6    yesterday and maybe 45 minutes the day before,

7    talking with Corey specifically.

8            And I'm sorry for omitting that.  I

9    thought that that was appropriate.

10   BY MR. ROGERS:

11       Q.    Yeah, no worries.  The fact that you had

12   the conversation as part of your prep is not

13   protected.  The substance of what was discussed is.

14           But you didn't learn anything from

15   Mr. Stern in your discussions that you rely upon

16   for any of the opinions that you hold in this case

17   that you didn't already know before, do you -- did

18   you?

19       A.    No.  Corey is a brilliant guy, but he's

20   not the world's expert on lead.

21       Q.    I suppose I should move to strike part

22   of that answer, but I decline.

23       A.    I'm sorry.  I didn't mean to be

24   flippant.  Please excuse me.  If that was

Highly Confidential - William Bithoney, M.D.

```
 1   insulting --

 2        Q.    No, I --

 3        A.    -- it was not my intention.

 4        MR. STERN:  He was going to strike the part

 5   about me not being a premier expert when it comes

 6   to lead.

 7        THE WITNESS:  Please, please --

 8        MR. STERN:  He agrees that I'm -- he agrees

 9   that I'm brilliant.  He just doesn't agree that I'm

10   not the premier expert when it comes to lead.  Go

11   ahead.  I digress.

12   BY MR. ROGERS:

13        Q.    Yeah, incorrect.  But, in any event,

14   we'll move on.

15             I didn't -- Doctor, listen, Doctor, you

16   didn't -- there was nothing flippant about it.  I

17   was just kind of making a wisecrack myself.  So, no

18   worries.  We'll just move on.  You weren't being

19   flippant at all.

20        A.    I'm very respectful of this process.

21   I'm very humbled to be on it.  And I'm doing the

22   best I can.  And I'm sorry if I make any jokes,

23   because it's not a joking matter, as you know.

24        Q.    Yeah, no.  You know, we've -- the people
```

Highly Confidential - William Bithoney, M.D.

1    participating here and on other depositions and

2    things, listen, we all recognize how serious it is.

3    We take things very seriously.

4         A.    I know you do.

5         Q.    You know, sometimes -- sometimes things

6    get a little heated.  We don't intend to have it

7    that way.  But, you know, we all -- we all take it

8    very seriously.  So, you got to try to lighten

9    things up once in a while.  But we recognize that.

10        A.    I hear you.  I hear you and I appreciate

11   the manner in which you've conducted the

12   deposition.

13        Q.    Thanks.  Likewise, Doctor.  So far so

14   good.

15             So, in terms -- this is just to confirm.

16   I think you've already said this.

17             But you have not conducted a physical or

18   a neurological or any type of medical examination

19   of the four bellwether Plaintiffs, right?

20        A.    No.

21        Q.    And you have not -- see, when I said

22   "right" and you said "no."  So, sometimes just for

23   the record.

24        A.    Sorry.

Highly Confidential - William Bithoney, M.D.

1      Q.    I was --

2      A.    I have not conducted a physical exam of

3   these patients.

4      Q.    And you haven't performed any

5   neurological or neuropsychological testing on any

6   of the Plaintiffs, correct?

7      A.    No, I have not.

8      Q.    And you have not ordered or you have not

9   requested that the Plaintiffs undergo any blood

10  lead testing or any other types of medical testing

11  as part of your work on the case, correct?

12     A.    No.

13     Q.    I am correct?

14     A.    Yes.  I'm sorry.  You are correct.

15  Sorry.

16     Q.    Okay.  Just want to spend a little bit

17  of time on the -- some basic facts and your

18  understanding of some basic facts about the case

19  and some of the important things that relate to

20  your testimony.

21           What is your understanding as to when

22  the City of Flint switched from Detroit water as

23  its water supply to the Flint River?

24     A.    April of 2014 is my understanding.  I

Highly Confidential - William Bithoney, M.D.

1    know there was a motion to do that before, but I

2    believe the actual switch was in April 2014.

3        Q.    And, so, we had discussed this earlier,

4    but it's your -- is it correct that it's your

5    understanding that the water supply was switched

6    back to Detroit water sometime at the end of

7    October 2015 or the beginning of November 2015,

8    correct?

9        A.    That's what we discussed earlier and

10   that is correct.

11       Q.    So, the entire time frame that the

12   Flint River was the source of the water supply for

13   the City was approximately 18 months, right?

14       A.    Okay.  If you've done the math, I'll

15   accept that.

16       Q.    Thank you.  You've mentioned the FAST

17   program or the FAST Start program several times and

18   you've referred to it in your report.  What is your

19   understanding of what that is or was?

20       A.    It was a program set up to replace water

21   pipes that needed replacement based on elevated

22   lead levels within the water in them.

23       Q.    Do you have an understanding that if a

24   particular residence was selected to be part of the

Highly Confidential - William Bithoney, M.D.

```
 1    program that there would be an excavation and
 2    actually inspection of the service lines to
 3    determine what their composition was?
 4         A.    Yes, and I discuss some of that in my
 5    reports, as I'm sure you know, where parents
 6    reported that their lines were dug up.
 7         Q.    Right.  Did you review the data from the
 8    FAST Start program as part of your work for the
 9    four bellwethers to determine what the composition
10    was of the lead service lines that actually
11    supplied water to their residences?
12         A.    Well, it's not important to me because I
13    think the water service lines don't begin at the
14    homes.  They begin at the source of the water
15    treatment plant or lack of treatment plant.  The
16    water is flowing throughout all the pipes in the
17    city.
18              And what I do know is that the FAST
19    program decided that there was 100 percent error in
20    their initial measurements and needed -- they
21    needed to replace 29,000 pipes instead of 14,000
22    something pipes.
23         MR. STERN:  Ms. Marut, I was on mute.  I just
24    attempted to object to the foundation.
```

Highly Confidential - William Bithoney, M.D.

1              Objection based on foundation for that

2    last question.  I apologize.

3    BY MR. ROGERS:

4        Q.    Doctor, what is your understanding, if

5    you have any, about what the composition of the

6    pipes are that supply water, that did supply water

7    during that 18-month period that we have described

8    earlier from the water treatment plant to the

9    service lines of the individual homes?

10       A.    Well --

11       MR. STERN:  Objection.

12              (Clarification requested by the

13               reporter.)

14   BY THE WITNESS:

15       A.    I'm sorry.  Is there an objection?

16       THE REPORTER:  I'm sorry.

17       MR. STERN:  Objection; foundation.

18   BY MR. ROGERS:

19       Q.    So -- yeah.  So, Doctor, this is a good

20   period of time where it's important if you can

21   remember that leave a little pause in between the

22   end of my question and when you begin speaking

23   because there may be some objections.  Hopefully a

24   minimal amount.  But, you know, it just is hard if

Highly Confidential - William Bithoney, M.D.

1    you or Corey or I are both talking at the same

2    time.  Okay.

3         So, my question was, I think, what is

4    your understanding of the composition of the pipes

5    that carried water from the treatment plant to the

6    lead -- sorry -- to the service lines, and I'll

7    restrict it now to the four bellwethers' homes.

8    A.    I don't know the specific composition of

9    the service lines that entered the four

10   bellwethers' homes.  I know that there was -- there

11   was elevation across the City of Flint and that the

12   measurement that indicated that only 14,000 pipes

13   needed to be replaced was 100 percent in error.

14   So, I feel like I want to disregard that

15   completely.

16        And the reason -- another reason that I

17   feel I can disregard it is that there was a 400%

18   increase in the percentage of children who needed

19   special education a few years later and also Mona

20   Hanna-Attisha's measurement that umbilical cord

21   bloods were 700% more likely to be elevated in

22   Flint versus Detroit.

23        As you well know, Detroit is a depressed

24   area.  The people live in poverty, and it's not

Highly Confidential - William Bithoney, M.D.

1    dissimilar from Flint.  It's just much larger.  So,

2    it's a great comparison group.

3        Q.    I think you might have misunderstood my

4    question, Doctor.  I'm -- to be clear, I'm not

5    referring to the service lines of the four

6    bellwethers.  Different question.

7              My question was, do you know what the

8    composition of the pipes that carried the water

9    from the water treatment plant to the service lines

10   for the four bellwether houses, residences?

11       MR. STERN:  Object to form and foundation.

12   BY THE WITNESS:

13       A.    I know that the pipes in general consist

14   of lead or galvanized steel with -- or copper with

15   solder, et cetera.  But I don't have specific

16   information on those four children's service lines.

17             I know that -- I believe it was one of

18   the children had positive tests for lead in the

19   water.  I forget if it was A PPI█████ T PPI or not.

20   But it was one of them.

21   BY MR. ROGERS:

22       Q.    I think we are having an inability to

23   communicate here or whatever that expression is.  I

24   want to try to focus you on this and just ask you a

Highly Confidential - William Bithoney, M.D.

```
 1    simple question.

 2              I am not referring to the lead service

 3    lines that lead from the main pipes into the

 4    residences.  Okay?

 5         A.    Okay.

 6         Q.    What I'm referring to is the pipes that

 7    carried the water from the service -- from the

 8    water treatment plant to the point at which they go

 9    into service lines into the individual bellwethers'

10    homes, residences.  Do you know what those pipes

11    are made of?

12         A.    No.  And we're talking about multiple

13    pipes.  So, I don't know.

14         Q.    I get you.  And next question or next

15    series of questions, I'm now referring to the

16    service lines that go from the pipes, the main

17    pipes, into the residences of the bellwethers'

18    homes.

19              Do you know based on any research or

20    investigation or source what those service lines

21    were comprised of?

22         A.    No.

23         Q.    Did you do any investigation or do you

24    have any information about what the plumbing in the
```

Highly Confidential - William Bithoney, M.D.

1   four bellwethers' residences are or were in terms

2   of the composition of those pipes?

3        A.    No.  And I'm not an expert in plumbing

4   or pipes, just to be clear.

5        Q.    Do you know the age of the houses of the

6   bellwether Plaintiffs where they lived during that

7   18-month or so period of time?

8        A.    I believe some of houses were in

9   the 19 -- built in the 1950s through 1970s.  I did

10  that investigation.  I don't have it in front of

11  me.  But I did look at that.

12       Q.    I think you did, if I remember

13  correctly, ask the parents about it.  But I'm not

14  sure.

15            Did you do some investigation as to the

16  age of the houses independent of just asking the

17  parents?

18       A.    Yes.  The graduate student that I hired

19  looked at that issue.  She was able to look at the

20  block-by-block average age of houses when they were

21  built, and I know some of them were in the '50s,

22  some in the '70s.

23       Q.    I can't recall.  Was that recorded in a

24  document or on a memorandum or anything?  Because I

Highly Confidential - William Bithoney, M.D.

1   don't remember seeing that.

2       A.    I don't -- I don't know.  I don't think

3   so.  There may be a single page that she sent me

4   that I didn't forward to you.

5       Q.    I'd like to see that, if you can send

6   that to Mr. Stern and then he hopefully can send it

7   to me at some point.

8       THE WITNESS:  Corey, would you mind taking

9   note of what I need to produce?

10      MR. STERN:  I am taking notes.  I'm sure

11  Mr. Rogers will follow up with us with some a

12  letter of some kind, but I am taking notes.

13      THE WITNESS:  Thank you.

14  BY MR. ROGERS:

15      Q.    You had mentioned earlier that some of

16  the sources of lead that were important in your

17  work in diagnosing and treating children who

18  potentially were lead poisoned or had lead

19  intoxication involved lead in the soil, right?

20      A.    Yes.

21      Q.    Is it -- what is your understanding of

22  the extent to which leaded gasoline that was in use

23  in the United States up until the point in time

24  when it was banned contributed to lead being in the

Highly Confidential - William Bithoney, M.D.

1    environment?

2        A.    Well, it was an important source of

3    lead, and it resulted in contamination especially

4    close to highways or busy streets.  And there's a

5    decreasing risk factor.  I forget the beta weight,

6    the regression factor, the description of the

7    correlation.

8             But there is well-known logistic

9    regressions that show that the further away you are

10   from a major street, intersection or highway

11   especially, the lower the lead level in the soil.

12       Q.    And one of the other major sources of

13   lead, potential lead exposure for children involved

14   lead paint or lead dust in the homes, right?

15       A.    Yes.

16       Q.    Was that true in Flint as well as your

17   work in Boston and elsewhere?

18       A.    Well, it is true in general.  The

19   American Academy of Pediatrics says that they --

20   their estimate is that 40% of the housing stock has

21   lead paint in it.

22             That doesn't mean that it's all at risk,

23   because most of it, as I understand it in my

24   experience, is encapsulated or intact or has been

Highly Confidential - William Bithoney, M.D.

1    repainted.

2              As long as the lead paint is not

3    chipping, peeling and emitting dust or is

4    encapsulated, it's not toxic to the child.

5         Q.    Have you been provided with any data

6    concerning the lead content of dust, paint and/or

7    soil in any of these four bellwethers' residences?

8         A.    No.

9         Q.    You referred in your reports to the work

10   that was done by Marc Edwards from Virginia Tech

11   concerning water sampling, and the reason I'm

12   asking you about it now is that you said you had

13   some suspicions about I guess the accuracy of the

14   water testing based on some recent developments in

15   Mona Hanna-Attisha's work.

16             Do you have any suspicions about the

17   accuracy of any of the water lead testing or work

18   that Dr. Edwards did?

19        A.    Well, Dr. Edwards himself mentioned that

20   he did unselected sampling and did not go into the

21   highest risk neighborhoods preferentially.  So, had

22   he done so, he would have discovered higher lead

23   levels than what he did discover.

24             And ultimately -- and then my next

Highly Confidential - William Bithoney, M.D.

 1   concern about the water testing is that it resulted

 2   in an estimation of 14,000 homes needing to be

 3   replaced when 100 percent more homes needed to have

 4   lines replaced.

 5           And then also the canary in the coal

 6   mine argument that there's a 400% increase in the

 7   number of children or the percentage of children

 8   that need special education in Flint subsequent to

 9   the exposure and also the 700% increase in

10   umbilical cord blood abnormalities in children in

11   Flint versus Detroit.

12           So, I have evidence of 100 percent error

13   initially with the number of pipes needed to be

14   replaced.  I have a 700% error in umbilical cord

15   data.  And I have a 400% error in special

16   education, 400% increase in the need for special

17   education.

18           This implies to me that there is a

19   systematic, generalized elevation of lead in the

20   water that may have been missed by Dr. Edwards, and

21   he himself mentioned that he didn't get to test the

22   highest risk areas.

23           So, that's how the case hangs together

24   for me.

Highly Confidential - William Bithoney, M.D.

1          The overarching issue is there were

2    children in Flint.  Their lead levels had been

3    coming down from 2011 into 2014 for sure.  All of a

4    sudden the water was changed.  There was a spike in

5    the lead levels in the water.  The percentage of

6    children with elevated lead levels more than

7    doubled.  And then we had the subsequent outcomes

8    that I just described.

9          So, that's the north star, if you will.

10   That's the basis of the thesis.  It hangs together

11   from the beginning, from the incipience of the

12   water being -- losing its organophosphate treatment

13   through the children being damaged.

14      Q.   You just mentioned something to the

15   effect that you believe that there is some

16   information in some report about the water lead

17   content of one of the four bellwethers children's

18   homes.  And, so, my question is what is that?  What

19   is the source of that?  Because I'm -- I don't

20   recognize that.

21      A.   Well, in my report -- I'm sorry.  I have

22   four reports here that are 14 pages each.

23          But I did include it in my report

24   specifically.  The mother got a home lead testing

1    kit and she described it turning bright red, that

2    she was quite fearful about that, and that was the

3    indication of having lead in the water.

4           She was instructed on how to do the

5    test, she said, extensively.  She knows she did it

6    right.  And lead was found in her tap water.

7       Q.    Have you ever seen any reports of the

8    water lead levels or content in any of the houses

9    where the bellwether Plaintiffs lived?

10      A.    No.

11      Q.    When you had that conversation with that

12   Plaintiff, and it is in one of your reports and

13   we'll --

14      A.    It is.

15      Q.    -- get to that in a bit.  Did you ask

16   that parent if they -- if she or he still had a

17   copy of that report or any information that was

18   generated from that sample that was tested?

19      A.    I don't recall if I asked her for a

20   report.  But, you know, as I understood it in our

21   discussion, it was a qualitative test.  So, the

22   only thing she needed to understand was that it was

23   red and red was bad.

24           So, there was not -- it didn't say, as

Highly Confidential - William Bithoney, M.D.

1   far as I understood from our discussion because I

2   asked her if it was quantitative -- I asked her if

3   it showed numbers.  Please excuse me.  I didn't ask

4   her if it was quantitative.  And she said no.  She

5   just knew it was red.

6        Q.    Have you read -- I don't think you have,

7   but just to confirm.

8             You did not read Dr. Marc Edwards'

9   depositions that he provided in the case, is that

10  right?

11       A.    No.

12       Q.    So I'm right that you did not?

13       A.    Please excuse me for my answering

14  incorrectly to your question.

15            I did not read them.

16       Q.    I'll try to ask the question differently

17  so we don't fall into that, but just we need to

18  keep the record clear.  That's all.

19       A.    I'll endeavor to do that.  I understand

20  the issue.

21       Q.    Yeah, as do I.

22            The -- Dr. Edwards has written some

23  papers recently, two in particular, about Flint

24  concerning his work evaluating biosolids.

Highly Confidential - William Bithoney, M.D.

```
 1              Have you read either of those two
 2   scientific papers that Dr. Edwards wrote?
 3       A.    No.  I saw reference to them, but I
 4   didn't read them.
 5       MR. ROGERS:  Okay.  Going to get into -- let's
 6   see what time it is.  It's 11:30.  Why don't we
 7   take a five-minute break.
 8              Here's what I would suggest, if it's
 9   okay with everybody.  Why don't we go till, say,
10   12:30, and then we can take a half-hour lunch break
11   at that time.
12              So, let's take a five-minute break now,
13   12:30, half-hour lunch break, and then we can
14   continue on.  Doctor, we'll do whatever you think
15   is best.
16       THE WITNESS:  That's fine.  12:30 is great.
17   BY THE WITNESS:
18       A.    I realized that I left out something
19   when you were asking me about my clinical
20   experience with lead poisoning.
21   BY MR. ROGERS:
22       Q.    Sure.  Go ahead.
23       A.    Doing pro bono work with the NAACP
24   developing a clinical program in Indianapolis where
```

Highly Confidential - William Bithoney, M.D.

1   there is lead in the water, and we're going to make

2   that a national model.  But it is all pro bono,

3   so...

4           But it's lead-related and you had asked

5   me about my lead work, and I am working fairly

6   intensively on it.  And I skipped it.  So, please

7   excuse me.

8           And I certainly agree with returning at

9   12:30.

10      THE VIDEOGRAPHER:  The time --

11      MR. ROGERS:  Go ahead, Robert.  Yeah, we can

12  go off the record.

13      THE VIDEOGRAPHER:  The time is 11:35 a.m., and

14  we're off the record.

15              (WHEREUPON, a recess was had

16              from 11:35 to 11:44 a.m.)

17      THE VIDEOGRAPHER:  The time is 11:44 a.m., and

18  we're on the record.

19  BY MR. ROGERS:

20      Q.   Doctor, I'm going to ask you some

21  questions about some information specific to each

22  of the four bellwether Plaintiffs, and it's good

23  that you have the reports handy so that you can

24  refer to them although, as we all know, I did mark

Highly Confidential - William Bithoney, M.D.

```
1    them as exhibits earlier and we can refer to them

2    if need be.

3            But in particular I'm going to ask you

4    questions about blood lead levels and other

5    information.  So, if you want to start and pull out

6    if you have handy the S███ report, we'll go in

7    alphabetical report.

8        A.    All right.  I have it out.  I have it.

9        Q.    Good.  So, this is Exhibit 9 (sic).

10           For E██ S███, the only blood lead

11   level test information that you're aware of is that

12   a blood lead level test was reported on

13   February 16, 2016 that was reported at less than

14   3.3 micrograms per deciliter, correct?

15       A.    Yes.

16       Q.    Are you aware of any other blood lead

17   level testing that was done at any point in time on

18   E██ S███?

19       A.    No.

20       Q.    Do you know what the average or mean for

21   blood lead levels were for children of his age

22   nationally as of the time that this test was done

23   in 2016 or thereabouts?

24       A.    Well, you know, you refer to average.
```

Highly Confidential - William Bithoney, M.D.

1    Typically it's calculated as geometric mean.  Are

2    you familiar with that?

3         Q.    Go ahead.

4         A.    Geometric mean is a measure of central

5    tendency, but it's not an average where you add up

6    a lot of lead levels and divide by the number of

7    measurements you have.

8              Geometric mean levels are how they're

9    reported.  What they do with that is they take each

10   number and multiply it by the next number, by the

11   next number, et cetera, and take the root of that.

12   So, the root could be 1,000, a thousandth root as

13   opposed to the square root, et cetera.  And you

14   generate a geometric mean, which people call

15   average.  But I just want to be clear that it's not

16   an average.

17             The lead level in 2016 for females was

18   0.67.  I'm sorry.  It's 0.765 the last time I saw

19   it.  And for males it was about 0.89.  For

20   African-American children, it might have been a

21   little higher than that.

22             So, that's -- that's where we are.

23        Q.    Let me show you the -- while we're at

24   it.

Highly Confidential - William Bithoney, M.D.

```
 1        MR. ROGERS:  And, Corey Marut, I'm going to

 2   jump ahead here to an exhibit, which is Exhibit 18,

 3   that we'll get to.  But we'll mark it now and I

 4   will fill in the exhibits from 8 through 18.

 5   BY MR. ROGERS:

 6        Q.    But I'm going to just show you this,

 7   Doctor, and ask you -- that's not the right one.

 8   Sorry.  That's not the right one either.

 9             Well, we'll come back to it, Doctor.  I

10   can't put my hands on that right at the moment.

11             But are you familiar with the -- what is

12   the source of the geometric mean blood lead level

13   measurements that you just described?  Is that from

14   the NIH/CDC report based on the NHANES data?

15        A.    Do you mind?  I have it right beside me.

16   I forget.  I have the paper right here.

17        Q.    Great, thanks.

18        A.    Because I have several reports.  I have

19   morbidity and mortality weekly is the levels

20   through 2010 where the geometric means are similar

21   to what I just described.

22             But then in from the CDC, December 30,

23   2016, there is an average -- geometric -- an

24   average blood level of 1.0 around the
```

Highly Confidential - William Bithoney, M.D.

1    United States.

2              And then from the EPA in 2016, ages 1

3    through 5, the overall geometric mean is 0.758.  I

4    quoted it as 0.76.  It's 0.758.  So, the EPA.

5              They're slightly different numbers.

6              And then I have breakdowns of every

7    state, which is a fairly extensive document that I

8    spent time.  Can you see that?  Maybe not.  But

9    there are dozens and dozens of points that the CDC

10   provides on their website.

11        Q.    Yeah.  Let --

12        A.    I need to use -- I just use what I just

13   described.

14        Q.    Yeah.  Let me -- would you hold that up

15   and just show me the -- is there a title page or

16   anything like that that you could show me?

17        A.    Sure.  I'll read it to you.  "Blood lead

18   levels in micrograms per deciliter among U.S.

19   children 72 months of age by state, year and blood

20   lead level group," and it's got over a dozen

21   subpoints based on populations of different areas

22   for different states.  So, it's literally hundreds

23   of measurements by different areas by state.

24              But the overarching theme is that the

Highly Confidential - William Bithoney, M.D.

1    numbers that I gave you are salient.

2              Also, you know, typically in the labs

3    that I've run, and you know I've run a lab in

4    Springfield, Mass that did more than a million

5    tests per annum at University Health System in

6    Springfield, Massachusetts and I directed that lab.

7              And when we reported lead level

8    greater -- less than 3.3, doesn't mean it's zero.

9    Typically it means that it's less than 3.3 but that

10   it's extant, that it exists.

11             And that's part of the concern that I

12   have with -- that melds with the half-lives of lead

13   being less than 10 days with -- those lead levels

14   can disappear rather rapidly as we were discussing

15   with the one-compartment, two-compartment,

16   three-compartment mode and the first phase two --

17   two-phase three-compartment -- three phasic modes

18   that gets into a complex multifactorial analysis of

19   how lead goes away from the body.  But we discussed

20   all that.

21        Q.    Right.  So, with respect to the E▓▓▓

22   S▓▓▓    blood lead level that was reported on

23   February 16, 2016 as less than 3.3 micrograms per

24   deciliter, doesn't that mean that for that

Highly Confidential - William Bithoney, M.D.

1   particular lab that the level of detection for

2   blood lead was less than 3.3?

3       A.    No, not necessarily.  Now, these CLIA

4   labs have different approaches and they're all

5   acceptable.  CLIA is Certified Licensed High Level

6   Analysis Lab.  I forget what the "I" is in CLIA

7   even though I ran CLIA labs.

8           It can mean that it's not detectable

9   because zero is less than 3.3, as obviously you're

10  hinting at.  I am not being flip once again.  But

11  it could be that there is zero, but it could be

12  that it's 2.5 or 3.1.  I don't know.

13      Q.    Yeah.  So, let's take a look at this,

14  I'll share my screen, and we'll mark this as the

15  next exhibit, which will be No. 9.

16                  (WHEREUPON, Bithoney Deposition

17                  Exhibit No. 9 was marked for

18                  identification:  2/16/16 blood lead

19                  level testing report; Restricted

20                  Distribution-Confidential-ES PPI

21                  GeneseeCHD-MD-540099-000001.)

22  BY MR. ROGERS:

23      Q.    And this is the blood lead level test

24  that I'm referring to here for E PPI  S PPI

Highly Confidential - William Bithoney, M.D.

```
 1              And you see here it says -- the

 2   highlighted section.  Could you see my screen okay,

 3   the document?

 4        A.    I can.  I can.

 5        Q.    "Lead, Blood (Pediatric) - WIC, low.

 6   Lead, Blood (Pediatric), less than 3.3 micrograms

 7   per deciliter."

 8              And it says here that it's a capillary

 9   blood draw, the section that I am moving my cursor

10   across.

11              So, do you have any further information

12   about this particular laboratory at which this

13   blood lead level, this blood sample was tested from

14   a capillary blood draw as to what their -- what

15   they meant when they said less than 3.3?

16        A.    I do not know what they mean exactly.  I

17   can tell you that there are error rates around the

18   capillary blood draw that are typically between 1

19   and positive 1 -- 1 microgram on other side,

20   because what can happen is if the child's finger is

21   not cleaned appropriately, lead could be on the

22   finger and therefore the lead level could be

23   reported as higher than the actual lead level.

24              However, also, if the lab technician
```

Highly Confidential - William Bithoney, M.D.

1    squeezes the finger that she's pricked too hard,

2    there's an emanation of serous fluid, yellow watery

3    fluid, that comes out and dilutes the lead level.

4              So, it could be that it's a little bit

5    higher or lower.  So, depending on the

6    certification of this lab, that number can be

7    either quite accurate, and as the Academy of

8    Pediatrics says, it can be used as a screen, or it

9    can be off more than 1 microgram on other side.

10             I have no information about that.  I'm

11    just discussing this in general.

12       Q.   How would you determine with respect to

13    a particular laboratory what their certification

14    level was in terms of accuracy of results?

15       A.   Well, you'd look to be sure they're CLIA

16    certified, which is a national certification

17    program.  And then you want to be sure that their

18    technicians are trained in the extraction of blood

19    lead by the capillary method.  And there are books

20    on this.

21             But typically there's a one-page mandate

22    or article that talks about how to do it, how to

23    clean the fingers, how not to squeeze too hard but

24    squeeze appropriately, what kind of lancet to use,

Highly Confidential - William Bithoney, M.D.

```
 1    the depth of penetration of the lancet, the

 2    preparation of the blood, you know, having

 3    anticoagulants in it.

 4              There's a lot of points, like 12, 15

 5    things that the technician has to do right.  And

 6    most of them do it right.

 7       Q.    Okay.  I'm going to jump ahead to what I

 8    was trying to find earlier, and that is Exhibit 12,

 9    which I'm going to show you on the screen and ask

10    you about this with respect to geometric mean blood

11    lead levels that we were describing earlier.

12                        (WHEREUPON, Bithoney Deposition

13                         Exhibit No. 12 was marked for

14                         identification:  CDC Fourth

15                         National Report on Human Exposure

16                         to Environmental Chemicals, Updated

17                         Tables, January 2019, Volume One.)

18    BY MR. ROGERS:

19       Q.    So, this is Exhibit 12, the Fourth

20    National Report on Human Exposure to Environmental

21    Chemicals, Updated Tables from January 2019, Volume

22    One.  And it's a massive document.  So, I've not

23    included the whole thing here.  It's from the CDC

24    Department of Health and Human Services and the
```

Highly Confidential - William Bithoney, M.D.

1    NHANES data.  And you can see NHANES here, National

2    Health and Nutrition Examination Survey.

3            Did you take a look at these -- at this

4    data for determining what geometric mean blood lead

5    levels were?

6        A.    Well, I alluded to this table earlier

7    when I said it was through 2010, but this data to

8    me is irrelevant through 2010 because we are

9    looking now at data in 2016 and -- I'm not sure --

10   maybe 2019, but I think it's only through 2016.

11   The lead levels have been going down systematically

12   since 2010.  So --

13       Q.    Yeah, so --

14       A.    Even the 2011, 20 whatever.  Anyway.

15   I'll stop.  Please excuse me.

16       Q.    That's okay.  Because this is the

17   page I'm referring you to now, the 4 of 4 for this

18   exhibit anyway.

19           And this shows what you were describing

20   earlier, the geometric mean for children ages 1

21   through 5 from 2013 to 2014 to be .782 and then for

22   ages 1 through 5, 2015 to 2016 being .758.

23           So, those generally are in the same

24   range as the geometric mean blood lead levels from

Highly Confidential - William Bithoney, M.D.

1    the sources that you described to me earlier,

2    right?

3        A.    I'm sorry.  You dropped out.  You're

4    saying these are similar to the sources I

5    mentioned?

6        Q.    No.  The results are similar, meaning

7    the results that you reported to me from different

8    data sources are essentially comparable to or in

9    the same range as these that are reported here in

10   this document, right?

11       A.    Yes.  And I did report the CDC data.  I

12   did report the mortality and mortality weekly --

13   morbidity and mortality weekly report and the EPA

14   data.  But they're all quite similar.

15       Q.    Okay.  Thanks.  So, you would consider

16   the CDC data based on the NHANES examination survey

17   to be a scientifically valid and reliable report of

18   the results, right?

19       A.    Typically the CDC is well respected.  I

20   haven't looked at the methodology that they -- that

21   they performed, but typically the CDC is a

22   respected agency.

23       Q.    But with respect to the data that you

24   describe to me, that data is scientifically

Highly Confidential - William Bithoney, M.D.

```
 1   reliable and valid based upon you having cited it

 2   to me earlier in the deposition, right?

 3        A.    Well, the reason I believe that all of

 4   the data, including what you're showing me, is

 5   probably scientifically valid is because there's

 6   consistency.

 7        Q.    Okay.  Thank you.  Fair enough.

 8              All right.  We'll stop sharing my screen

 9   for the moment, and I'm going to ask you some more

10   questions about E███ S███      sort of background

11   information.

12              The bone scan testing that was done by

13   Dr. Specht, and for E███ S███    it was done on

14   August 24, 2019, the result that was reported is

15   6.72 micrograms per gram.

16              Do you have any information or data

17   about what the geometric mean or the average or any

18   other reported levels for children in that age

19   group were for bone lead scans?

20        A.    The Canadian study of tibial bone done

21   in Toronto, which is a city with an inner city, I

22   don't -- I can't say I know the demographics

23   exactly of Toronto and I didn't look them up, but

24   that tibial bone lead level was less than
```

Highly Confidential - William Bithoney, M.D.

```
 1   1 microgram per gram of bone.  I think it was

 2   something like 0.6 micrograms.  .6.

 3        Q.    What was --

 4        A.    It's below 1 microgram.

 5        Q.    So you're referring -- sorry.

 6               (Clarification requested by the

 7                reporter.)

 8   BY THE WITNESS:

 9        A.    Do you want the exact number from the

10   Canadian study?

11   BY MR. ROGERS:

12        Q.    Yeah, what I was saying --

13        MR. ROGERS:  And, Corey Marut, my bad, I

14   started talking before the doctor was done.

15   BY MR. ROGERS:

16        Q.    But I was about to say that's the

17   McNeill study, right?

18        A.    McNeill, yes.  And the average tibial

19   lead level in children, I had to interpolate it,

20   but is 0.5 micrograms per gram of bone mineral.

21        Q.    Right.  So, that testing was done using

22   a KXRF device, right?

23        A.    I believe so.  But I'm not sure if it

24   was a P, a portable one, or not.  I know that Aaron
```

Highly Confidential - William Bithoney, M.D.

1    Specht uses the P version.  That's portable.

2        Q.    Apart -- okay.  So, apart from that

3    study, do you have any other reported data or

4    literature for bone lead scans?

5        A.    Hold on one second, please.

6              The Nie study, I think this is -- the

7    Nie study that I mentioned that came out of my old

8    program at Harvard -- well, no, I'm sorry.  I'm

9    quoting the .7.

10             I think that's it.  There isn't a lot of

11   tibial bone data.  I have a half-life of lead in

12   the bone as less than two years, but I'm not seeing

13   another population-based study.

14       Q.    Yeah.  That's what I -- that's a good

15   way to describe it.

16             Are you aware of any other control

17   groups or population-based studies that report on

18   the lead content of bones in children using bone

19   scanning techniques?

20       A.    Not aware of any population-based

21   studies other than this one that would be

22   comparable --

23       Q.    Okay.

24       A.    -- to these children in Flint.

Highly Confidential - William Bithoney, M.D.

```
1      Q.    So --

2      A.    Toronto was as close as I could get, if

3  that makes sense.  There are no U.S. studies that I

4  could find.  And Toronto is a city.  It's got old

5  housing, et cetera.  But it's clearly different.

6      Q.    Right.  So, with respect to E███

7  S███, you don't have any information and you're

8  not aware of any reports concerning what the lead

9  content was of the water in his residences at any

10 point in time, is that right?

11     A.    No, I do not have that data.

12     Q.    And, similarly, with respect to the

13 composition of the service line through which the

14 water was flowing to get into the S███

15 residences, do you have any information about what

16 that was comprised of?

17     A.    No.

18     Q.    Is that important to you in any of the

19 opinions or your evaluation that you have done,

20 namely, whether or not the service line leading

21 into the residences that E███ S███ lived in was

22 lead or something else?

23     A.    Wasn't important to me as I formed my

24 opinion.
```

Highly Confidential - William Bithoney, M.D.

1      Q.      Why?

2      A.      Because I mentioned to you that there's

3      100 percent error rate as far as what the FAST

4      program determined needed to be corrected.  So,

5      that indicates that the problem was at least

6      100 percent worse than we thought it would be, than

7      what they thought it was when they first did the

8      testing.

9              And the fact that there is systematic

10     destruction of children in terms of their

11     intellectual functioning so that 80% of children

12     require special education means that there's a

13     systemic problem.

14             The fact that the perinatal blood

15     umbilical cord levels were 700% worse than in

16     Detroit also means, to my estimation, that there is

17     a systematic problem with lead levels in Flint in

18     all areas, because --

19     Q.      So, Doctor.

20     A.      Go ahead.  Sorry.

21     Q.      No.  I want -- go ahead and finish.  I

22     didn't mean to interrupt you.  I thought you were

23     done.

24     A.      Go ahead.

Highly Confidential - William Bithoney, M.D.

```
 1      Q.    So, with respect to the FAST Start
 2   program, the 100 percent error level that you're
 3   referring to, that is not an error level with
 4   respect to making determinations as to what
 5   actual -- the composition of pipes that were dug up
 6   out of the ground for the inspections that were
 7   done, right?
 8      A.    All I could read was that upon review of
 9   the FAST program, the number had to double from
10   15,000 to 29,100, and those pipes required pipe
11   replacement and this was based on their
12   measurements of lead in the water and the pipe
13   type, et cetera.  So, I don't have --
14      Q.    Right, but that --
15      A.    Please go ahead.
16      Q.    But that relates to the estimates as to
17   the number of homes that would be inspected for
18   making decisions about replacement of pipes.  It
19   does not relate to errors or increases in the
20   percentages of actual findings when the pipes were
21   excavated, right?
22      A.    That's not right in my opinion.  It says
23   these are the pipes that needed replacement.
24            Now, I took that to mean, and you can of
```

Highly Confidential - William Bithoney, M.D.

1    course teach -- educate me if I'm wrong.

2           I took the fact that they needed to

3    replace pipes and at a cost of approaching a

4    billion dollars or more, I took that to mean that

5    the water -- that the pipes were dangerous and that

6    the water was problematic.

7           So, what I read was that the pipes

8    required replacement.  It wasn't -- it wasn't that

9    they were simply measured, as I believe you said,

10   but that the pipes were deemed to require

11   replacement.

12          And that is not undertaken lightly when

13   there is a billion 3 in money that needs to be

14   spent.  That's a lot of money on pipe replacement.

15   So, I don't think they undertake it lightly.

16          I did not look at the blood -- pardon

17   me -- the water lead levels.  I trusted the FAST

18   program would not replace pipes unless they

19   required it.

20      Q.    Right.  Would you please hold up the

21   document that you were just looking at and that

22   you're referring to so that I know what it is

23   you're talking about.

24      A.    This is just page 4 of my report on EPPI

Highly Confidential - William Bithoney, M.D.

```
 1    S███PPI███.  Page 4.

 2        Q.    Yeah.  No.  Okay.  I saw that in the

 3    report on page 4.  But what is the FAST Start data

 4    document that you're referring to on which that

 5    statement in the report is based?

 6        A.    Well, I gave the citation, and I'll give

 7    it to you again, but it is -- the citation is

 8    listed immediately below that paragraph on page 4

 9    toward the bottom, and it's from https -- you have

10    it -- forward slash twice https://protect-us.mimecast.com/s/

      ZeOeCzplkyTM81Xi4olmb?domain=mlive.com.news

11    2016, updated 1/19/19.

12            So, this was originally reported as the

13    low level in 2016 and then in January 19 of 2019 it

14    was updated to require that -- to state that there

15    needed to be a replacement of over 29,000 pipes.

16            I have the citation in my -- it should

17    be live if you have a Word document.  I don't know

18    if you have -- a Word document was shared with you.

19    But the citation is quite clear.

20        Q.    Right, but the citation is to a media

21    report, MLive, right?  It's not to the actual FAST

22    Start report, is it?

23        A.    It is, as you say, it's a media report.

24        Q.    Okay.  So, with respect to the issue of
```

Highly Confidential - William Bithoney, M.D.

1   what the composition of the service line was at the

2   residence where E███ S███ lived in terms of

3   whether that service line was made of lead or

4   something else, you don't know what that

5   information is, right?

6        A.    That's correct.

7        Q.    The issue of when E███ S███ and his

8   family stopped drinking water after the water

9   switch, the information is, based on your interview

10  of the parents and the deposition testimony, that

11  they stopped drinking the water during the summer

12  of 2014 or late 2014.  Correct?

13       A.    If that's what's in my report, I'm sure

14  it's correct.  It's derived from --

15       Q.    Let's --

16       A.    I derived it from my parental interview.

17       Q.    Well, let's make sure that it is, and I

18  can direct your attention to it.  And that is on

19  page 3, if you have your report with you, the third

20  paragraph.  I'm sorry.  The second paragraph.

21            Do you have that handy?

22       A.    I do.

23       Q.    Let me pull that up so we can see it

24  just to make sure.

Highly Confidential - William Bithoney, M.D.

```
 1        MR. ERICKSON:  And that's Exhibit 5?

 2        MR. ROGERS:  It is.  This is Exhibit 5, Phil,

 3   yep.

 4   BY MR. ROGERS:

 5        Q.    So, let me share the screen.  Doctor, I

 6   don't -- you could do whatever you want obviously.

 7   If you want to refer to your document that you have

 8   a paper or the screen is fine.

 9             This is the paragraph that I'm referring

10   to.

11             "Ms. Wheeler reported that she and her

12   family all drank tap water continuously until

13   sometime late in 2014 or possibly 2015.  She states

14   that for at least several months after April 25,

15   2014" -- and remember, Doctor, we talked about

16   that, that's the date of the water switchover to

17   the Flint River, right?

18        A.    Yes, sir.

19        Q.    "Each day she and her children drank

20   approximately four glasses of tap water derived

21   from the Flint River."

22             Then she says in the report of the

23   interview, your interview of her, "After 4/25/14

24   the mother noticed that the water had become
```

Highly Confidential - William Bithoney, M.D.

1    discolored to a dirty gray.  She reported that the

2    water in her home was malodorous and smelled like

3    rotten eggs and chemicals."

4             Right?  Is that what she reported to

5    you?

6        A.    Yes, sir.

7        Q.    And then she says in the paragraph a

8    little bit further on -- now, I didn't highlight

9    it.  Let me just highlight it here to be complete.

10            I have highlighted the next sentence

11   there.

12            You report, "A few months later," that

13   is, a few months after 4/25/14.  Is that what you

14   meant by saying "a few months later" in reporting

15   what she told you?

16       A.    Specifically she states that for at

17   least several months after 4/25, each day -- each

18   day she and her children drank four glasses of tap

19   water.

20       Q.    Yeah, but what I'm referring to, Doctor,

21   here is this sentence.

22            You say, "After 4" -- maybe you look at

23   the screen, you can see my cursor.

24            "After 4/25/14 the mother noticed the

Highly Confidential - William Bithoney, M.D.

```
 1   water had become discolored to a dirty gray.  She

 2   reported that the water in the home was malodorous

 3   and smelled like rotten eggs or chemicals."

 4           The next sentence begins with "A few

 5   months later."

 6           Does the -- do the words "A few months

 7   later" mean a few months after April 2014 when she

 8   noticed that the water was discolored and it

 9   smelled like rotten eggs?

10      A.   You know, you're making a fine point,

11   and I believe what you're saying is correct but --

12      Q.   Okay.

13      A.   -- it's been months and it may -- it may

14   refer to a period of time later than that.

15      MR. STERN:  Doctor -- I objected to form and

16   foundation.  And, Dr. Bithoney, don't guess.

17   BY MR. ROGERS:

18      Q.   Then you say --

19      A.   I'm not sure.

20      Q.   Then you say, "A few months later,"

21   continuing on, "A few months later when she learned

22   about the Pb," lead, "contamination of the water,

23   she stopped using the Flint water for drinking but

24   continued to bathe and wash dishes in it."
```

Highly Confidential - William Bithoney, M.D.

1                Correct?

2       A.    That's what I wrote, yes, sir.

3       Q.    So, are you saying that you don't know

4   if the "a few months later" refers to the previous

5   sentence where you said "April 25, 2014"?

6       A.    I don't want to guess.  I'm a little --

7   little -- I'm not sure.  I'm not sure.

8       Q.    Did you review her sworn deposition

9   testimony on the subject matter of when the family

10  stopped drinking the water?

11      A.    I did review it.

12      Q.    And what did she say there?

13      A.    I'm not sure as I sit here.  As I

14  mentioned, I went through thousands of pages.  But

15  I'm sure you have it.

16      Q.    Okay.  Let --

17      A.    I also would like to point out that in

18  the next paragraph the mother reported that the

19  tests of the water in her home turned bright red.

20  I see you've highlighted it.  That's the case that

21  I was referring to earlier.

22      Q.    Thank you.  Yeah.  That refers to

23  some -- I guess the testing that was done in her

24  home, and that's the one where we discussed that

Highly Confidential - William Bithoney, M.D.

1    you haven't seen an actual report for what the lead

2    content was.  But this is the reference to what you

3    described earlier, right?

4         A.    Correct.

5         Q.    Okay.  I'd like to continue on and just

6    finish up.  We have 15 minutes or so before we're

7    going to take our lunch break, and I want to ask

8    you some specific questions about information

9    concerning the T███ Plaintiff, A███████  T███

10             So, if you want, if you have that

11   document handy, that report, if you want to refer

12   to it, that might be helpful.

13        A.    Give me one second.

14        Q.    Sure.

15        A.    I have the report.

16        Q.    With respect to the blood lead level

17   test report for her, A███████  T███ there was a

18   blood lead level test that was reported on

19   January 12, 2016, and is reported at less than 3.3

20   micrograms per deciliter.  Correct?

21        A.    Yes.  If it's in my report, that is the

22   case.  I won't fumble around to find it.

23        Q.    Let me show it to you just to make sure.

24             If you'd look at page -- page 2 of your

Highly Confidential - William Bithoney, M.D.

```
1    report for TPPI is blank for some reason, so there
2    is a blank page there, at least the one I got.
3              But this is reported at -- on your
4    report at page 4, the third from the last
5    paragraph.  Do you see that, "On 1/12/16"?
6         A.   I do.  I want to assure you that in my
7    own Word document page 2 is blank also.  I somehow
8    inadvertently inserted a blank page and that's due
9    to my own lack of sophistication.  But there is
10   nothing that I've omitted or attempted to hide from
11   you by having that blank page.
12        Q.   I wasn't -- yeah, I wasn't implying that
13   there was, but yeah.
14        A.   I know you weren't, but for the record I
15   just want to make sure that it's stated that it's
16   just an inadvertent typing error.  And thank you --
17        Q.   Sure.
18        A.   Thank you for your support on that
19   matter.
20        Q.   Sure.  I was going to say, is that where
21   you reported all the things to Corey confidentially
22   that then you just took out of that report or what.
23   Just kidding.
24              Okay.  So, no, I understood it as such.
```

Highly Confidential - William Bithoney, M.D.

```
 1    There was just a word processing situation.

 2              But, anyway, getting back to what we are

 3    talking about now.

 4              Let me bring up the TPPI report, which

 5    is Exhibit 6, and I'll share my screen so we both

 6    know, make sure we're talking about the same thing

 7    here.

 8              Okay.  Can you see that, Doctor, all

 9    right?

10        A.    I can.

11        Q.    I'll shrink it down a little.

12              This is on page -- see, there is the

13    blank page 2 that we are referring to.  Nothing on

14    it.

15              But it does appear -- you know, it ends

16    with, you know, you're talking about here

17    introductory stuff.  Then you go right into the

18    family interview or your review of actually

19    records.  So, anyway.

20              Sorry.  Bear with me.

21              Yeah, this one I'll -- I didn't

22    highlight it, but I'll highlight it here.  I can't

23    get it to highlight right, but anyway you can see

24    it.
```

Highly Confidential - William Bithoney, M.D.

```
1              On "1/12/16," 2016, "A███    had a

2  blood lead level drawn that was measured at" -- you

3  reported here -- "at less than 3.4."  But I'm going

4  to show you the actual test report in a minute and

5  it's 3.3.

6              But, in any event, you say, "It is not

7  clear from the medical record if this was a venous

8  or a capillary measure."

9              We'll take a look at the record.

10             These things that you're reporting are

11  based on the actual test report, right?

12     A.    Yes.  I believe -- yes.  I had -- I had

13  over a thousand pages of documents that included

14  lead levels, and it's possible that I misread the

15  3.4 to 3.3.

16             I do take notes when I'm doing this work

17  because I need to take several thousand pages down

18  to ten pages or so and then I assemble it into a

19  report.

20             So, I may have misread my own

21  handwriting, which I have been known to do, or I

22  might have misread the report and thought that it

23  said 3.4 and instead of 3.3.

24     Q.    I'm not grading your reports as you
```

Highly Confidential - William Bithoney, M.D.

1    would for your students.  Don't worry.  We'll look

2    at the report in a minute.

3              So, in any event, this is what I wanted

4    to ask you about here.

5              "Records also seem to indicate that a Pb

6    level was drawn on 4/19/12 but I did not find any

7    result of that measurement."

8              I have not myself personally seen any

9    other blood lead levels.  But what are the records

10   that you are referring to here that seem to

11   indicate that another one was done on 4/19/12?

12      A.    Somewhere in those thousands of pages

13   there was an allusion to a lead level done on

14   4/19/12.  I searched for it diligently.  I could

15   not find it, and so I mentioned it in case it was

16   real and you wanted to try and find it.

17             I certainly after a diligent search

18   could not find it, so I of course didn't include

19   it.  But in an attempt to be complete and to allow

20   you the possibility of finding that test, I put it

21   in my report.  Didn't want to skip it in case it

22   was reviewed.

23      Q.    Do you know which records you are

24   referring to when you say that it seemed to

Highly Confidential - William Bithoney, M.D.

```
 1   indicate that there was a test on that date?

 2        A.    I don't know.  I had multiple medical

 3   records, multiple school records, deposition

 4   records, hospital records.  I don't know as I sit

 5   here months later.

 6        Q.    So, I'll show you, which we'll now mark

 7   as Exhibit 10, the actual TPPI blood lead level

 8   test from January 16 -- January 12, sorry, 2016.

 9                  (WHEREUPON, Bithoney Deposition

10                   Exhibit No. 10 was marked for

11                   identification:  1/12/16 blood lead

12                   level testing report; Restricted

13                   Distribution-Confidential-ATPPI-

14                   GCHD-MD-540141-000001 and 000002.)

15   BY MR. ROGERS:

16        Q.    Can you see that on your screen okay?

17        A.    I can.

18        Q.    And it says here, "Lead, Blood

19   (Pediatric)," here it's highlighted, "Less than

20   3.3," you see it's 3.3 micrograms per deciliter.

21   But it does say here, "Capillary blood draw."

22             Do you stand corrected on whether it

23   indicates that it was a capillary or a venous blood

24   draw here?
```

Highly Confidential - William Bithoney, M.D.

```
 1        A.    Well, it's a capillary draw.

 2        Q.    Do you have any information similar to

 3   what I was asking you about earlier, that is, with

 4   respect to what the laboratory that did the blood

 5   lead test standards are with respect to reporting,

 6   that is, that the level of detection of their

 7   equipment means that at less than 3.3 the equipment

 8   is not able to detect the blood lead level?

 9        A.    I don't know about that specific lab.

10   As I said, I've run huge laboratory testing

11   programs.  I've reviewed lab data for decades.  I

12   don't know about that specific lab.  I don't know

13   if their technicians were certified in the 12 or 15

14   step program that they need to do in order to have

15   accurate capillary blood lead levels.  I don't know

16   if they are using atomic absorption spectroscopy to

17   measure.

18             I'm just not sure.  There are other ways

19   of measuring and they have different kinds of error

20   levels.

21             But in general, if it's a certified lab,

22   I would have faith in the data as reported.

23        Q.    So, again, if it's reported this way,

24   what that means to you is that you don't know
```

Highly Confidential - William Bithoney, M.D.

1  whether the actual amount was zero or something in

2  between zero and 3.3, right?

3      A.    Yes.

4      Q.    And is the error rate that you described

5  earlier, plus or minus 1 micrograms per liter, does

6  that also apply as far as you know to this lab test

7  report?

8      A.    It may.

9      Q.    Depending on what?

10     A.    Depending on the certification of the

11  lab and whether they followed the techniques that

12  we described fairly extensively earlier.

13     Q.    Okay.

14     A.    And I don't know if this lab chose to

15  report levels.  I mean, they could have chosen to

16  report another level.  I'm not sure.  But I don't

17  know how this lab does its work.

18     Q.    Can you check it out?  Am I sharing my

19  screen now with you or not?  No.

20     A.    You stopped sharing it one second ago.

21     Q.    Right, okay.  Thanks.  Sometimes you got

22  to be careful when you're sharing screens or not

23  during these depositions.

24            Okay.  Thank you.

Highly Confidential - William Bithoney, M.D.

```
 1              So, turning again back to some specifics

 2    for A▮▮▮▮▮ T▮▮▮

 3              With respect to the bone lead scan that

 4    was done on April 15, 2019, that was reported as

 5    9.65 micrograms per gram.  But I guess my question

 6    is the same questions that I asked you about

 7    S▮▮▮    .

 8              In terms of the geometric mean or the

 9    average or a population survey of bone lead

10    measurements, you don't have any additional

11    information with respect to those subjects

12    different than what's reported in the McNeill

13    study, correct?

14        A.    Well, the Toronto study --

15        Q.    Right.

16        A.    -- as I said, 0.5 micrograms per gram of

17    bone.

18        Q.    I got you, Doctor.  I'm just trying to

19    make sure that --

20        A.    That's all I have in terms of a

21    population-based study.  They are few and far

22    between.

23        Q.    So, is that also true with respect to

24    the bone lead scans for the remaining two
```

Highly Confidential - William Bithoney, M.D.

1   bellwether Plaintiffs so I don't have to ask you

2   about it again, that is, V██PPI████ and W██PPI██

3           In terms of information that you have

4   about geometric means or averages for another

5   population study group, the McNeill study is the

6   only information from Toronto that you have, right?

7       A.   For the bone -- for the bone -- let me

8   just look at my bone file just for one second.  I

9   think that's true.

10          McNeill, yeah, that's the only

11  population-based study that I was able to find of

12  bone lead levels in children of this age, and it's

13  a half of a microgram per deciliter as the

14  normative population-based number from micrograms

15  per gram of bone.

16      Q.   With respect to Ms. T██PPI█, you are not

17  aware of any water lead level testing that was done

18  for any of the residences in which she lived,

19  correct?

20      A.   If I didn't report it, then I was not

21  aware of it.

22      Q.   With respect to the composition of the

23  service line that went into any of the residences

24  where Ms. T██PPI█ lived, you do not know what the

Highly Confidential - William Bithoney, M.D.

1    composition of the service line or lines were,

2    correct?

3         A.    You are correct.

4         Q.    And then I didn't ask you this about

5    S[PPI] and I forgot.  Just to make sure, and then

6    I'll ask you about Ms. T[PPI] too.

7              With respect to E[PPI] S[PPI], you don't

8    have any information about any testing that was

9    done for any of his residences about lead content

10   of dust, paint or soil in the environment in the

11   yard of their residences, right?

12        A.    If I didn't report it, then the answer

13   is I did not have it.

14        Q.    Same with respect to T[PPI] you don't

15   have any information about the content of lead in

16   dust, paint or soil for any of the houses in which

17   she lived, right?

18        A.    That is correct.

19        Q.    Okay.  With respect to the subject

20   matter of when Ms. T[PPI] and her family stopped

21   drinking water from the Flint water supply, can you

22   take a look at page 3 of your report.

23        A.    Yes.

24        Q.    And I'll -- thanks.  I'll pull this up.

Highly Confidential - William Bithoney, M.D.

```
 1   This is -- share the screen again.

 2            This is Exhibit 10.  No.  Wrong one.

 3   Sorry.

 4            This is Exhibit 6, page 3 with the

 5   paragraph, "During the years."  I'll just highlight

 6   this last paragraph here.

 7            Again, and these are your -- your

 8   summary of what she told you during the telephone

 9   interview, right?

10       A.   It may come from her deposition but --

11   no, this would come from my telephone interview

12   because it says, "She stated."

13       Q.   Yeah.

14       A.   A lot of the information I got was from

15   these voluminous depositions where I extracted what

16   I thought was important.  But when it says, "She

17   stated," that means it came from a telephonic

18   interview.

19       Q.   Okay.  And you say here, "In my

20   conversation with A▇▇▇ mother."

21            So, that would indicate that, right?

22       A.   That's correct.

23       Q.   Thank you.  You say, "In my conversation

24   with A▇▇▇ mother, she stated that she does
```

Highly Confidential - William Bithoney, M.D.

1    not recall precisely when she cut back her drinking

2    of Flint River water but stated that it was after

3    free bottled water was made available in 2015."

4           Do you remember her providing any

5    additional information to you about when the family

6    stopped drinking the water?

7      A.    No, that's it, because she could not be

8    definite and I didn't press her to give me data

9    that she didn't -- couldn't provide.

10     Q.    Did you review her deposition testimony

11   in an attempt to get any further information on

12   this subject, namely, when the family stopped

13   drinking the water?

14     A.    I did review it in general.  I had in

15   many instances or at least in several instances,

16   not just in this case, but in all the bellwethers,

17   I took what the mother told me.  I assumed that

18   superseded what was in the depositions because I

19   had direct discussions with mother.

20     Q.    What do you mean by "superseded"?

21     A.    Well, I don't know that there was

22   anything in her deposition that contradicted what I

23   have written, but in general when I have gone

24   through this, if the deposition differed with what

Highly Confidential - William Bithoney, M.D.

1   the parents were telling me, I labeled it as

2   derived from conversation and took it as what would

3   go in the report.

4        Q.    Okay.  Let me just clarify that.  Then

5   we'll take our lunch break.

6             In these four reports, I did not see any

7   comments to the effect that the interview -- the

8   information provided in the interviews was

9   different than the information that was in the

10  deposition.

11            Is that right as far as you remember?

12       A.    As far as I remember, I'm not aware of

13  these four having differences between their

14  deposition.

15            But in general when I've approached

16  depositions, I've taken what I hear -- when I've

17  approached writing a report, I have taken what the

18  parents tell me as what should go in the report.

19       Q.    In any of the other bellwethers'

20  interviews that you did, did you -- do you remember

21  noting that the interview's information was

22  different than the -- what was in the deposition?

23       A.    I do not recall any differences.  I'm

24  talking about a general practice that I have of

Highly Confidential - William Bithoney, M.D.

1    believing the parents when I do detailed

2    interviews.

3        MR. ROGERS:  Okay.  So, it's about 12:30.

4    Let's take a lunch break till 1:00, and then we'll

5    press on ahead.  Okay, everybody?

6        THE VIDEOGRAPHER:  The time is 12:32 p.m., and

7    we're off the record.

8                (WHEREUPON, a recess was had

9                 from 12:32 to 1:04 p.m.)

10       THE VIDEOGRAPHER:  The time is 1:04 p.m., and

11   we're on the record.

12   BY MR. ROGERS:

13       Q.    Okay, Doctor.  Turning now to the

14   Plaintiff V▇▇▇▇▇▇▇.  I'm going to go through the

15   same series of questions with respect to her.

16           The information about her blood lead

17   levels and reports, there is some more information

18   than what we have on the other Plaintiffs.  There

19   is a total of four blood lead level test reports.

20   So, let's go through those.

21           And do you have V▇▇▇▇▇▇▇ -- the

22   report you did on V▇▇▇▇▇▇ handy?

23       A.    I do.  I do.  And, Attorney Rogers, can

24   you tell me what page it's on, please.

Highly Confidential - William Bithoney, M.D.

```
 1      Q.    Yep.  The -- your report of the blood

 2  lead levels appears on page 4.

 3      A.    Thank you.

 4      Q.    So, the first -- and I'll show you the

 5  reports in a minute.

 6            The first report is of a test that was

 7  reported on November 3, 2014, and it's less than

 8  3.3 micrograms per deciliter, right?

 9      A.    Did you say November 3, 2014?

10      Q.    Yes.

11      A.    Yes, I see it now.

12      Q.    And then the next one is on September 25

13  (sic), 2015, .7 micrograms per deciliter, right?

14      A.    Yes.  And you see this calls into --

15  addresses that point where a lot of labs, you know,

16  don't bother to report a level like that and there

17  is a variation in reporting.  It's hard to know

18  what the standards are in different labs from a

19  distance without understanding their protocols.  We

20  were talking about reporting levels less than 3.3

21  or 3.4 earlier.

22      Q.    Next blood lead level report was from

23  January 14, 2016, and it's 1.3 micrograms per

24  deciliter, right?
```

Highly Confidential - William Bithoney, M.D.

```
 1        A.    Yes, sir.

 2        Q.    And the next one, final one, was May 22

 3   (sic), 2017 where the report was .5 micrograms per

 4   deciliter, right?

 5        A.    Yes.

 6        Q.    And I'll bring these reports up now so

 7   that you can see them.

 8              This will be Exhibit 11.

 9                  (WHEREUPON, Bithoney Deposition

10                  Exhibit No. 11 was marked for

11                  identification:  Va▇▇▇▇▇

12                  11/3/14 blood lead level testing

13                  report; no Bates numbers

14                  indicated.)

15   BY MR. ROGERS:

16        Q.    This is the first one on R▇▇▇

17   V▇▇▇▇▇    and it's as we discussed, there you

18   can see it highlighted, Doctor, less than 3.3

19   micrograms per deciliter, right?

20        A.    Yes.  Does it say if it's capillary?  I

21   don't see that.  I don't remember.

22        Q.    That was going to be my next question to

23   you.  I don't see it either.

24              Can you tell from this report whether
```

Highly Confidential - William Bithoney, M.D.

```
 1   it's capillary or venous?

 2       A.   Well, I'll give it a shot.  Can you go

 3   down a little bit.

 4       Q.   Yep.

 5       A.   And some more.

 6            I was hoping to be able to tell based on

 7   the hemocue, hemoccult, and all that.  But the

 8   hemocue could be a capillary measure also, a

 9   measure of anemia.  Okay.

10            So, I don't know.  I don't know what it

11   is.  I was hoping if we scrolled down, another test

12   that's required to be done, venous --

13       Q.   Yeah.

14       A.   -- reported.  I don't know the answer.

15       Q.   Thank you.  While we're at it, the

16   hemocue is listed as 12.1.  Is that significant in

17   any way with respect to the blood lead content or?

18       A.   Can you tell me how old the child is at

19   that point?  I'm sorry.  I should be able to do it

20   also.

21       Q.   Well, let's see.  So, the collection

22   date was November 3 of 'PPI and she was born on

23   PPI          .  So, she would have been a year and a

24   couple weeks.
```

Highly Confidential - William Bithoney, M.D.

1        A.      Then no.  There's a so-called

2    physiologic nadir where at one year of age

3    children's hemoglobins and hematocrits reach the

4    lowest level without being abnormal and then the

5    hemoglobin level and hematocrit level build up.

6              So, given that she was at approximately

7    the age of a 1-year-old physiologic nadir, this is

8    not an abnormal hemocue.

9        Q.      Does the fact that she was 1-year-old

10   give you any -- is it suggestive of whether the

11   blood test was via a finger prick or capillary

12   versus venous?

13       A.      No.  No, I don't know if -- I don't know

14   if it was a screening test or if it was ordered

15   because of some concern or whatever, which might

16   change the way the doctors ordered it.  But since

17   it's not labeled, I just don't know.

18       Q.      Same question with respect to the way

19   that this particular laboratory reports its results

20   in terms of the less than 3 micrograms per

21   deciliter.  You don't have any additional

22   information about that, right?

23       A.      No, I don't know how they report at all.

24       MR. ROGERS:  Next exhibit will be -- so, it

Highly Confidential - William Bithoney, M.D.

1   looks like I got my numbers mixed up here.  Shoot.

2          So, previously I had indicated that the

3   CDC/NHANES data on blood levels was Exhibit 12, and

4   it looks like I have the next one as 12.

5          So, I'll tell you what.  Give me --

6   sorry about that.  I want to re-mark these so that

7   I don't mess up on the numbering.  Let's go off the

8   record for a couple minutes, and I'll just get

9   these renumbered so I don't screw up on the

10  numbering.

11         So, off the record for 2 minutes.

12     THE VIDEOGRAPHER:  The time is 1:10 p.m., and

13  we're off the record.

14             (WHEREUPON, a recess was had

15             from 1:10 to 1:11 p.m.)

16     THE VIDEOGRAPHER:  The time is 1:11 p.m., and

17  we're on the record.

18  BY MR. ROGERS:

19     Q.    Okay.  Sorry about that.

20         So, going to the next exhibit, which

21  would be Exhibit 13.  Can you see that all right,

22  Doctor?

23     A.    Yes, sir.

24             (WHEREUPON, Bithoney Deposition

Highly Confidential - William Bithoney, M.D.

```
 1                    Exhibit No. 13 was marked for

 2                    identification:  9/2/15 blood lead

 3                    level testing report; Restricted

 4                    Distribution-Confidential-

 5                    RVPPI        -MCHC-MD-540069-000026.)

 6    BY MR. ROGERS:

 7         Q.    This one is a blood lead level test

 8    report from, let's see, September 2, 2015.  Lead

 9    blood highlighted there, and the measurement is

10    point -- 0.7 micrograms per deciliter that's listed

11    there.  And over on the right a little bit it says

12    here, "Reference range, 0 to 5."

13              Do you know what that means?

14         A.    It's the range in which they don't

15    report it out as abnormal.

16         Q.    And you can see down here it says, for

17    some further information, and it goes along the

18    lines of something that you and I talked about

19    earlier.

20              It says, "Blood Lead Comment:  Less than

21    5 micrograms per deciliter, Not lead poisoned," and

22    then it has another one, "5 to 9.9, Rescreen within

23    6 months."

24              Is that --
```

Highly Confidential - William Bithoney, M.D.

```
 1      A.    That's --

 2      Q.    Go ahead.

 3      A.    That's a laboratory decision to list it

 4   that way, you know.  I would not list it that way,

 5   as "Not lead poisoned."  I would -- well, 0.7, 1.3,

 6   all those things, I wouldn't list it as "Not lead

 7   poisoned."  There is evidence of toxicity at 1.0.

 8            You know, I'm in possession of the AT --

 9   Agency for Toxic Substances and Disease Registry's

10   latest publication, which came out in August of

11   2020, and that's a 583-page book with over 2,500

12   references.  Gigantic definitive tome on lead

13   poisoning.  And what they say is that levels even

14   of 1 are toxic.

15            When you look in the dictionary, when I

16   look in my dictionary anyway, the word "toxic"

17   means poisoned.  So, there it is.

18            So, it's -- and these numbers vary with

19   a half-life of 9 days.  So, the fact that it's at a

20   certain level on that day doesn't mean that it

21   wasn't higher on another day, and the lead levels

22   are always going down.

23            The thing that's most important to me in

24   this case and in all the bellwether cases that
```

Highly Confidential - William Bithoney, M.D.

1    we're discussing is that the children have

2    thousands of micrograms of lead in their bodies,

3    and it's my best guess as a clinician -- and it's

4    not a guess.  It's a judgment.  Please excuse me.

5            It's my judgment as a fairly highly

6    experienced clinician, I've probably seen more

7    cases than most doctors you'll ever encounter, that

8    that is due to the ingestion of water from the

9    Flint River and that's all associated with the

10   developmental delays and increased umbilical cord

11   levels that we're seeing across the board.  And

12   we've discussed this extensively.

13       Q.    That reference that you just gave me

14   from a publication that came out in August 2020,

15   was that on the list of reference materials that

16   you provided?  Because I don't think it was.

17       A.    No, it wasn't.  I looked at it

18   yesterday.

19       Q.    All right.  Tell -- do you -- you

20   mentioned it's a massive tome.  Is it a -- in what

21   form do you have it?

22       A.    Well, I haven't printed it out.  I can

23   send, if -- Corey, if you wouldn't mind making a

24   note.  I can send you the link.

Highly Confidential - William Bithoney, M.D.

```
1              I printed it -- I don't usually print

2    out tomes that are 500 pages, but it's called

3    "Toxicological Profile of Lead" and it's from the

4    Agency for Toxic Substances and Disease Registry

5    and it's published in August of 2020.

6              And it's easily downloadable on the web.

7    That's an adequate citation if you just put it in

8    Google, "Toxicological Profile for Lead,"

9    August 2020, ATDSR, and you will come up with that

10   500-page document which --

11        Q.   Would you -- yeah.  Would you hold that

12   up so we can get it on screen and I can just see

13   the cover page of that.

14             Yeah, we can't see it.  You're going to

15   have to put it right in front of your face.

16        A.   Can you see it?  Am I on the whole

17   screen?

18        Q.   No, we can't see it.  If you want to

19   just -- Okay.  There we go.

20             All right.  So, Doctor, what -- did

21   you -- you printed out just certain sections of it?

22        A.   I only printed out the first 20 pages or

23   so because I didn't want to print out 583 pages

24   yesterday.  But at the end there is approximately
```

Highly Confidential - William Bithoney, M.D.

1    100 pages of single-spaced references.

2              And this is a general review of all the

3    literature on lead done by world's experts and it

4    is consonant and consistent and invariant from what

5    the U.S. Preventive Services Task Force has said,

6    the CDC has said, the American Academy of

7    Pediatrics, the EPA, the National Institute of

8    Health and the Agency for Toxic Substances and

9    Disease Registry.

10             And the summary is toward the beginning

11   of the document where they say that a level of 1 is

12   toxic.  1 through 10 -- 1 through 10 is what

13   they're talking about.

14             I can give you the specific

15   page reference if you'd like.  It's toward the

16   front.  I'd have to pick it up again.

17        Q.    Yeah, please.

18        A.    Please bear with me.

19        Q.    Of course.

20        A.    As I say, I printed this out last night.

21   And this probably adds another 4 hours to what I

22   was doing.  I mentioned 20 hours.  It's probably 24

23   at that point.

24             It's so, so small.  Single spacing.

Highly Confidential - William Bithoney, M.D.

1              I'm sorry.  I thought I marked it, but I

2    didn't.  And it is fairly dense, 583 pages.  But it

3    is toward the beginning.

4         Q.    All right.  Well, we'll get that

5    generated.  While we're at --

6         A.    I'm sorry.  On page 5 -- there is some

7    Roman numerals at the beginning, which is like 22

8    Roman numerals describing the methodology,

9    et cetera.

10             But on numeral 5, actual Arabic numeral

11   5 as opposed to Roman numeral V, it talks about

12   impulsivity, hyperactivity, attention, altered

13   behavior, learning, memory, cognitive impairments

14   and all described, levels from -- increases from 1

15   microgram per deciliter to 10 micrograms per

16   deciliter.  And that is Arabic numeral 5.

17        Q.    Okay.

18        A.    There are a lot of numerals in there.

19   So, don't get distracted.  And the 583 pages are

20   the Arabic numerals, not the couple of hundred

21   other Roman numerals.

22        Q.    So, I think this is probably the second

23   occasion on which you've mentioned some scientific

24   literature or some resource that you had reviewed

Highly Confidential - William Bithoney, M.D.

```
 1    and relied upon for some of the testimony that

 2    you're providing.  So, let's just make sure there

 3    aren't any others.

 4         A.    I am pretty sure that there aren't.  I

 5    did both of those things last night, and I did not

 6    send them to you.  As I said, I can send the

 7    geomapping.  Geomapping and Corey I think also was

 8    going to send -- we are going to send the umbilical

 9    cord blood and the ATSDTR citation as opposed to

10    sending you 583 pages.

11              These all were done last night.  I'm

12    been trying to prepare intensively for this out of

13    respect for the matter, and so I worked through

14    last night.

15         Q.    That's what I'm trying to get at,

16    Doctor.  So, this is the third piece of information

17    that we didn't know about until today because you

18    reviewed these things very recently.  I just want

19    to close the loop on it.

20              Is there anything else that you've

21    reviewed and relied upon to form part of the bases

22    for any of the testimony that you gave?  As you sit

23    here today, is there anything else that you can

24    remember?
```

Highly Confidential - William Bithoney, M.D.

1       A.    Not that I can remember.  And those

2   things were printed out last night, and there was

3   no intention to deceive or misrepresent.  I just

4   worked on this last night pretty late and printed

5   that out.

6       Q.    Okay.  So, getting back to this

7   Exhibit 13, which is the test report for R▓▓▓▓

8   V▓▓▓▓▓▓▓▓  here, I know you said that this is

9   information that is really, you know, the lab's

10  information.

11          But with respect to this information

12  that when the blood lead content is 5 to 9.9, there

13  would be -- the laboratory is saying there should

14  be a rescreen within six months, that's consistent

15  with the standard, your own standard of practice

16  that you had described earlier, right?

17      A.    It's -- I would have rescreened, with

18  the latest data, I would now rescreen within one or

19  two months.

20          But, you know, I've run CLIA labs

21  myself, so I am capable of dictating lead poisoned

22  or not lead poisoned.  I don't know who's made this

23  decision, just so you know.  In my lab I might have

24  a different opinion as to what these levels mean.

Highly Confidential - William Bithoney, M.D.

```
1         Q.    Yeah, no.  I'm not talking about the

2    lead poisoned right now.  I'm just talking about

3    the rescreening.

4              So, you reminded me that if you in your

5    practice saw a level between 5 and 10, you would

6    recommend retesting within 30 days, right?

7         A.    To 60 days.  And obviously whoever is

8    running this lab thinks it's six months.

9         Q.    Okay.  And with respect to blood lead

10   levels in your own practice that were reported at

11   less than 5, you would not have recommended any

12   repeat blood work be done, right?

13        A.    At this point, no.

14        Q.    I'm sorry.  At this point no or yes?

15        A.    I would not recommend rescreening if the

16   lead is 3.  Not within two months.  Probably six

17   months later.  If I had an actual number of 3.3, I

18   would rescreen within a handful of months.

19        Q.     All right.  So, turning to the next

20   exhibit, it is -- let's see.  The next VPPI ████

21   report.  This would be Exhibit 14 from January 16.

22   I'm sorry.  January 14, 2016.

23                   (WHEREUPON, Bithoney Deposition

24                   Exhibit No. 14 was marked for
```

Highly Confidential - William Bithoney, M.D.

```
 1                    identification:  1/14/16 blood lead

 2                    level testing report; Restricted

 3                    Distribution-Confidential-

 4                    RV PPI        -MCHC-MD-540069-000024.)

 5  BY MR. ROGERS:

 6       Q.   And this is a measurement that's

 7  reported at 1.3 micrograms per deciliter, correct?

 8       A.   Yes, sir.

 9       Q.   And they have the same comments here as

10  the earlier one.

11            Can you tell based on this one whether

12  or not it's capillary or venous blood draw?

13       A.   Would you mind starting -- is this the

14  top of it?

15       Q.   Yeah, here's the top right here.

16       A.   Scroll down slowly, and I'll take off my

17  glasses.

18       Q.   Will do.

19       A.   I can't tell.

20       Q.   All right.  What is -- is there anything

21  that's significant about the fact that, at least

22  for this laboratory that's doing the testing, that

23  they are reporting levels that are less than 3.3

24  with actual numbers instead of the designation
```

Highly Confidential - William Bithoney, M.D.

1    "Less than 3.3" like the other laboratories?

2            What in your experience is significant

3    or what does that mean?

4        A.    I think it's the decision of the

5    laboratory director.

6        Q.    Explain that.

7        A.    Well, the laboratory director decides

8    what the normal range is, what the reference range

9    is, what the abnormal range is and what levels to

10   report based on what he or she thinks is clinically

11   relevant or significant.

12           So, this is -- as I mentioned to you, in

13   Springfield I ran Life Laboratories, which we did

14   over a million laboratory tests a year, and I made

15   those decisions.

16           I probably would not have chosen to

17   label things the way they're doing.  I disagree

18   with what's listed below on when to chelate and

19   when -- there are a number of things that

20   clinicians decide.  It's part of the art of

21   medicine --

22       Q.    Yeah, but --

23       A.    -- based on the science.

24       Q.    Okay.  But, again, I wasn't referring

Highly Confidential - William Bithoney, M.D.

1    to, you know, the nomenclature or blood lead

2    comments below.  What I was referring to is the

3    actual value of the measurements reported.

4              Is it -- within laboratories, is it

5    correct that some methodologies and some equipment

6    that's used for testing blood lead does not have

7    the capacity or capability to accurately measure

8    levels below a certain amount versus other

9    equipment and laboratories that has the capacity to

10   actually report, you know, the actual number

11   accurately?

12       MR. STERN:  Objection.

13   BY THE WITNESS:

14       A.   I'm not sure.  I have --

15       MR. STERN:  Object to the form.  Stern.

16   BY THE WITNESS:

17       A.   I have not run a laboratory since 2011.

18   There have been a lot of changes and a lot of

19   advancements, different kinds of machinery,

20   different potential approaches to measurement, and

21   I'm not a laboratory expert any longer even though

22   I believe once upon a time I was.

23   BY MR. ROGERS:

24       Q.   So, you just don't know, is that right?

Highly Confidential - William Bithoney, M.D.

```
1        A.    That's right.  I don't know.  I think I

2   know more about laboratories than most doctors, but

3   I can't answer your question except to say I don't

4   know.

5        Q.    And the next test here that we have a

6   report on, looks like from the same laboratory.

7   Blood lead.  This is -- can you see it on the

8   screen now.  This is Exhibit 15?

9        A.    I can.

10                   (WHEREUPON, Bithoney Deposition

11                   Exhibit No. 15 was marked for

12                   identification:  5/22/17 blood lead

13                   level testing report; Restricted

14                   Distribution-Confidential-

15                   RV PPI        -MCHC-MD-540069-000020.)

16   BY MR. ROGERS:

17        Q.    The value reported as .5.  Is your

18   interpretation that that's in micrograms per

19   deciliter?

20        A.    Yes.  That's my interpretation.

21   Typically that's the way it's reported.

22                   Sometimes labs report them in

23   micromoles, which is a very different number, and

24   that could -- it's possible there is a micromole
```

Highly Confidential - William Bithoney, M.D.

1    level, but I would say -- micromole level there.

2    But I doubt it.  This is a -- you know, I'd bet the

3    house that this is in micrograms per deciliter.

4         Q.    And that's the reference range they give

5    over here where my cursor is, right?

6         A.    The fact that the reference range is

7    given as micrograms per deciliter makes me strongly

8    believe that it's not reported in micromoles.

9         Q.    What's the difference between micromoles

10   and micrograms per deciliter?

11        A.    The numbers are very different.  So,

12   some micromolar reports could be .48 and still be

13   problematic.

14             It has no -- it has no reference value

15   in this case whatsoever.  These are micrograms per

16   deciliter, and that's all that matters.

17        Q.    Thank you.  Turning back to R PPI

18   V PPI          on some other issues, you have no

19   information and to your knowledge -- strike that.

20             You have not seen any water lead level

21   test reports for any of the residences that R PPI

22   V PPI          lived in.  Is that correct?

23        A.    That is correct.

24        Q.    And with respect to the composition of

Highly Confidential - William Bithoney, M.D.

1    the service line at any of the residences or homes

2    where the V▮PPI▮▮▮▮▮ lived, you have no

3    information about whether the service line or what

4    the composition of the service line was, correct?

5         A.    That is correct.

6         Q.    On the subject of when R▮PPI▮ V▮PPI▮▮▮▮▮▮

7    stopped drinking the water after the water

8    switchover, I want to preface this by saying, and

9    it's in your report, too, based on your interview

10   of the mother, you have an understanding that they

11   moved to Flint sometime in September 2014 after

12   having lived in Florida, right?

13        A.    Well, I'm sure if I wrote it, that's

14   correct.  I don't know what page it's on if you

15   need me to look at it.

16        Q.    Well, let's just make sure.  It is in

17   your report.  So if you were to turn to page 2.

18        A.    I'm perfectly willing to accept your

19   reading of it.  I just -- you know, if I wrote it,

20   I'll stand behind it.

21        Q.    Sure.  So, I'm just trying to clarify

22   and make sure the facts are correct here.

23             Your understanding is that the

24   V▮PPI▮▮▮▮▮ lived in Florida before they moved to

Highly Confidential - William Bithoney, M.D.

1    Flint in 2000 -- September of 2014, right?

2        A.    If that's what I wrote, then it is.  I'm

3    having trouble reading things with my glasses.  I

4    might need bifocals.

5            But if that's what I wrote, I stand

6    behind it.

7        Q.    Yep.  So, if you take a look at page 2,

8    the fourth paragraph on that page, it says,

9    "Mother" -- can you see it all right?

10       A.    I can.

11       Q.    "Mother reported that she previously

12   resided in Florida and she had several past

13   addresses.  Sometime in September 2014 she moved

14   into an apartment at 3817 Woodward Avenue, Flint,

15   Michigan."

16           Right?

17       A.    Yes.

18       MR. STERN:  Hey, Dave, is it possible to put

19   the report on the screen?

20       MR. ROGERS:  Of course, but I was just trying

21   to move things along.  I mean, you know, the doctor

22   is reading it from his report.

23       MR. STERN:  Okay.  That's fine.  If he's got

24   it, that's okay.

Highly Confidential - William Bithoney, M.D.

```
 1        THE WITNESS:   I have it.  I have all my

 2   reports on paper.  As part of my preparation last

 3   night I printed them out.

 4   BY MR. ROGERS:

 5        Q.    Yeah, Doctor, if at any time because of

 6   either poor vision, incorrect spectacles,

 7   prescriptions or whatever, you can't read your own

 8   reports, you let me know and I'll put up the report

 9   on the screen.  Okay?

10        A.    I will.  Thank you for that.

11        Q.    So, to state the obvious, from the point

12   in time at which there was the water switchover

13   until the date in September 2014 when the

14   V▮▮▮ family moved to Flint, they did not

15   consume water from the Flint River, right?

16        A.    Correct.

17        Q.    And with respect to the subject of when

18   they, the V▮▮▮, including R▮▮▮

19   V▮▮▮, stopped drinking the water, I will put

20   this up on the screen now so we can all see it

21   together.

22             If you look at page 4, and I'll scroll

23   to it, you can look at it and get ready while I'm

24   getting there.
```

Highly Confidential - William Bithoney, M.D.

```
 1        A.     Page 4?

 2        Q.     Yep.

 3        A.     Okay.

 4        Q.     Oh, wait a second.  Sorry.  Bear with me

 5    here.

 6               My bad.  Go back to page 2.

 7               So, it's the paragraph that begins

 8    with "Mother reported."  Second-to-last paragraph

 9    on the page, and you can see it up on the screen

10    here.  In the middle --

11        A.     Sure.

12        Q.     In the middle of that paragraph -- this

13    is after she talked about moving from Florida.  I

14    have it highlighted.

15               "Mother stated that for the first

16    several months of her residence in Flint the family

17    drank water from the tap."

18               Right?

19        A.     Yes.

20        Q.     And as you told me earlier, this is your

21    summary or you're recording information that she

22    provided to you during your telephone interview of

23    her, right?

24        A.     Yes.
```

Highly Confidential - William Bithoney, M.D.

```
1        Q.     And then she says down at the bottom of

2    that page 2, this section here that I'm

3    highlighting or I'm underlining with my cursor,

4    "She reported that she stopped using the kitchen

5    sink for drinking water as soon as she learned

6    about the lead poisoning danger in December 2014."

7               Right?

8        A.     For drinking water, yes.

9        Q.     Right.

10              "She did not need to change the kitchen

11   water filter frequently because the kitchen sink

12   was rarely used."

13              Right?

14       A.     That's what I wrote, yes, sir.

15       Q.     So, with respect to the time at which

16   the V███ family stopped drinking the water,

17   that would have been in December 2014, right?

18       A.     That's what I wrote, yes.

19       Q.     What did you -- you said something about

20   for drinking water.  Does that mean that they used

21   the water for something else?  What is your reason

22   for having commented that way?

23       A.     I don't -- don't recall, but whether

24   she -- she also -- well, yeah.  I also wrote, "She
```

Highly Confidential - William Bithoney, M.D.

```
 1   cooked, bathed and washed dishes in Flint River

 2   water."  So, that also is utilization.  I mean, the

 3   dishes would have lead on them and cooking

 4   obviously.

 5           Cooking is especially dangerous because

 6   as you boil water or heat it, the lead in the water

 7   concentrates so that it's more toxic if it's -- if

 8   you cook with it than if you just drink it by

 9   volume.

10       Q.    All right.  Let's turn to Plaintiff

11   W███, D███    W███.  And, again, if you have your

12   report in front of you, that would be good.

13           I'm going to go through the blood level,

14   blood lead level testing first, and you will find

15   these references in your report on page 3, top of

16   page 3.

17           You know, actually, Doctor, I'm

18   having -- I don't see -- we have test reports for

19   W███ for blood lead levels.  There are three of

20   them.  But I don't see that -- I see that you only

21   have one reported on the top of page 3.

22           Do you have somewhere else in your

23   report where you describe any blood lead levels --

24   oh, here we go.  My bad.  Okay.  Now I see them.
```

Highly Confidential - William Bithoney, M.D.

1    They're also on page 3.  Pardon me for that.

2              So, on the top of page 3, you report a

3    blood -- "During the above laboratory evaluation

4    D PPI      's blood level was measured at .6

5    micrograms per deciliter."

6              But we do not -- oh, we do.  We have

7    that report.  I see where that's coming from.

8    There is a mix-up here.

9              Okay.  You know what?  Let's go to the

10   reports themselves so we can make sure we get this

11   right.

12             So, let's go to the first one.  This is

13   Exhibit 16.

14                  (WHEREUPON, Bithoney Deposition

15                   Exhibit No. 16 was marked for

16                   identification:  9/25/09 blood lead

17                   level testing report; Restricted

18                   Distribution-Confidential-DW PPI -

19                   WardeMedLab-MD-540097-000003.)

20   BY MR. ROGERS:

21        Q.    Do you see that okay now?

22        A.    I see it.

23        Q.    This is a report from September 25, 2009

24   and it says, "Lead, 2.0," and, again, the reference

Highly Confidential - William Bithoney, M.D.

1    range is in micrograms per deciliter that you can

2    see highlighted here.

3              So, that would indicate that the 2.0 is

4    in micrograms per deciliter, right?

5        A.    Yes.

6        Q.    And then there is some -- "Blood lead in

7    children, according to CDC classification (1991),"

8    and there's some information here, "Less than 10

9    micrograms per deciliter, Not lead poisoned."

10             That's what the lab wrote anyway, right?

11       A.    Yes, and that's an old standard

12   obviously from 1991.

13       Q.    Right.

14       A.    Updated in 2012, I believe June of 2012.

15       Q.    Right.  Because this blood lead was

16   taken in September 25, 2009, right?

17       A.    Yes.

18       Q.    At least as reported here.

19             And, again, can you tell from this

20   whether this is a capillary or a venous draw of the

21   blood?

22       A.    Let me look at it, and if you wouldn't

23   mind scrolling slowly.

24       Q.    Yep.

Highly Confidential - William Bithoney, M.D.

```
 1      A.    I can't tell.

 2      Q.    How about this statement down at the

 3  bottom here.  I'll highlight it so you can see it.

 4            "Elevated levels of blood lead should be

 5  confirmed with a second specimen before remedial

 6  action is instituted.  Elevated capillary blood

 7  specimens should be repeated using a venous

 8  specimen because of possible contamination."

 9            But it doesn't -- that doesn't really

10  help you tell you which one this is, is it?

11      A.    No, it doesn't.  And that's standardized

12  verbiage that goes in a laboratory report that's

13  essentially predetermined.

14            We use electronic medical records

15  nowadays and the labs also employ standardized

16  verbiage such as this, and it doesn't mean anything

17  as far as determining whether it's capillary or

18  venous.

19      Q.    So, the next one I'm going to bring up

20  is the blood lead level test -- this is now

21  Exhibit 17.

22                 (WHEREUPON, Bithoney Deposition

23                  Exhibit No. 17 was marked for

24                  identification:  3/24/16 blood lead
```

Highly Confidential - William Bithoney, M.D.

```
 1                    level testing report; Restricted

 2                    Distribution-Confidential-DW PPI-

 3                    WardeMedLab-MD-540097-000001.)

 4   BY MR. ROGERS:

 5        Q.    The report is the blood lead level for,

 6   let's see, March 24, 2016.  And it is reported as

 7   blood -- "Lead, Blood (Pediatric), Less than 3.3

 8   micrograms per deciliter."

 9              So, this is similar to some others that

10   we saw before, right?

11        A.    It is.  But, you know, this is the kind

12   of thing where I would disagree once again

13   because it's -- the parents said that there was

14   suspected exposure to lead.

15              So, what the Academy of Pediatrics would

16   say is that that should be a venous level because

17   there's a reason for drawing it.  It's not a simple

18   mandated screen.  And instead of doing it by venous

19   measurement, they did it by capillary.  So, I

20   wouldn't want my interns, residents or students to

21   do it that way.

22        Q.    In any event --

23        A.    That's what they did.

24        Q.    Yeah.  In any event, that's what I
```

Highly Confidential - William Bithoney, M.D.

```
1    wanted to point out.  You can tell this is a

2    capillary blood draw because that's what it says

3    here in the procedure code, right?

4         A.    Yes.

5         Q.    So, the last one for Ms. W▉PPI▉ was on --

6    this is now Exhibit 18, lab report, different lab,

7    collected on, up here it says, July 15, 2016.

8                   (WHEREUPON, Bithoney Deposition

9                    Exhibit No. 18 was marked for

10                   identification:  7/15/16 blood lead

11                   level testing report; Restricted

12                   Distribution-Confidential-DW▉PPI▉-

13                   WardeMedLab-MD-540097-000004.)

14   BY MR. ROGERS:

15        Q.    And the results are reported as .6 with

16   a reference range less than 10 in units, micrograms

17   per deciliter here.

18              So, this report, that means that this

19   test result was .6 micrograms per deciliter lead,

20   right?

21        A.    Yes.  And you can see they haven't

22   updated their standardized reference ranges to be

23   consonant with what the Academy of Pediatrics

24   recommends or what the State of Massachusetts
```

Highly Confidential - William Bithoney, M.D.

1    recommends or the State of whatever.

2            I mean, that is not consonant with the

3    recommendations that less than 10 is the reference

4    range after 2012.

5            I'm just criticizing the laboratory

6    standardized what's written there, standardized

7    numbers that are written there at the very top.

8        Q.    I see what you're saying.

9            So, you're saying here in this

10   highlighted section where it says, "Less than 10,

11   No action required," your point of view on this is

12   that as of 2016 this should say something

13   different, namely, less than 5?

14       A.    Less than 5, yes.  And greater than 5,

15   we'd follow closely, as we discussed fairly

16   extensively, and I won't bore you with another

17   disquisition on it.

18       Q.    In any event, whether you go with the

19   2012 or earlier reference values and the standard

20   of care that you described earlier, this .6 result

21   would not result in anything in terms of follow-up

22   testing, right?

23       A.    Correct.

24       Q.    Okay.  I think that's it for the blood

Highly Confidential - William Bithoney, M.D.

```
1    lead tests for Ms. W███.  That's right.

2            Same series of questions for D███████

3    W███ as we did with the others.

4            With respect to the water, you are not

5    aware of any water lead level testing that was done

6    for any of the residences in which D███████ W████

7    lived.  Is that correct?

8        A.    That is correct.

9        Q.    And with respect to the lead content in

10   the dust or paint in the house or the soil in the

11   yards of any of the residences where she lived, you

12   have no information about that, correct?

13       A.    Right.  We have no information about

14   paint or dust in any of these children and yet

15   they're replete with thousands of micrograms of

16   lead in their bones.

17       Q.    With respect to the service line, you do

18   not have any information about the composition of

19   the service line for any of the residences in which

20   D███████ W████ lived, correct?

21       A.    That is correct.

22       Q.    Let's address the question of when

23   D███████ W████ and her family stopped drinking the

24   water after the water switchover, and I can direct
```

Highly Confidential - William Bithoney, M.D.

```
 1    your attention to page -- the top of page 4 of your

 2    report.

 3         A.    I have it.

 4         Q.    I'll go ahead and share my screen at

 5    this point so you can see it, we can all see it

 6    together.

 7               You see that all right?

 8         A.    I do.

 9         Q.    So, this is consistent with the format

10    of your other reports that this section is

11    reporting information that you obtained from

12    D▮▮▮▮▮▮ W▮▮▮▮ mom, Ms. Martin, right?

13         A.    Yes, sir.

14         Q.    And it says here, "In April 2014, while

15    living at" this "East Boulevard Drive" address,

16    "Ms. Martin noticed the water from her taps smelled

17    of sewage and had a bad taste.  She said that the

18    water often looked yellow like urine and that she

19    contacted the landlord about this."

20               Right?

21         A.    Yes, sir.

22         Q.    And then she said next, and I'll

23    highlight this section here, "She contacted the

24    landlord about this, but he said he could do
```

Highly Confidential - William Bithoney, M.D.

1    nothing.  She then contacted her daughter's

2    pediatrician who told her to stop drinking the

3    water.  This was sometime during the summer of

4    2014."

5            Right?

6        A.    That's what she told me, yes.

7        Q.    So, based on information that Ms. Martin

8    provided to you with respect to the subject of

9    drinking the water after the water switchover,

10   D██████ W████ and her family stopped drinking the

11   water at some point during the summer of 2014,

12   right?

13       A.    That's what she told me.  I tried to pin

14   her down as to whether it was August or June or

15   September or whatever, but all I could get was

16   summer.

17       Q.    Yeah.  And then later on, on the subject

18   of cooking and bathing, you asked her some further

19   information, and she reported to you that, "In late

20   summer 2014 the mother began using bottled water

21   for drinking, cooking and also to bathe her

22   children."

23           Right?

24       A.    That's -- yes, that's what I wrote.

Highly Confidential - William Bithoney, M.D.

```
 1                    (WHEREUPON, there was a cellphone

 2                     interruption.)

 3         THE WITNESS:  I'm sorry.  Let me just shut

 4    this off.  I apologize for the interruption.  I

 5    should have shut it off before.

 6         MR. ROGERS:  No worries.

 7    BY MR. ROGERS:

 8         Q.    For each Plaintiff now, Doctor, the

 9    bellwether Plaintiffs, the questions I'm going to

10    ask you have to do with opinions that you have

11    about their condition, their neurological condition

12    basically, and any issues that you believe arise

13    out of exposure to lead.

14              So, I'm going to go through this for

15    each one of them in detail.  So, if you could have

16    your reports handy again, that would be good.

17              I want to start with -- go in

18    alphabetical order again and start with E▉▉▉

19    S▉▉▉   .

20              What is your opinion -- strike that.

21    Let me start over again.

22              So, we've already established that you

23    haven't conducted any physical examinations or

24    neurological examinations or neurological testing
```

Highly Confidential - William Bithoney, M.D.

1    of the individual Plaintiffs, right?

2          A.    We have established that.

3          Q.    So, to the extent that you have opinions

4    about any conditions from which they suffer as of

5    July 2020 when you wrote your reports, what is the

6    basis for any information that you have in that

7    regard?

8          A.    Well, I -- the basis of the information

9    comes from interviews from the mother, the

10   depositions wherein parents spoke about deficits

11   that they perceived in their children, and then the

12   evaluation of Mira Krishnan, who is a doctor and --

13   Doctor of Neuropsychology.

14         Q.    And the -- the particular conditions

15   neurologically that you have opinions about for

16   each of the Plaintiffs, you've just described to me

17   the sum and substance or the total of the sources

18   of information that you have with respect to that

19   subject, right?

20         A.    Yes.

21         Q.    So, I want to go through each one and

22   ask you about your opinions with respect to any

23   neurological deficits or ailments or issues that

24   the children have.

Highly Confidential - William Bithoney, M.D.

```
 1              So, let's start with E███ S███ .

 2              What is your opinion about any issues

 3    that E███ S███  has?

 4         A.    So, I have to find the section on my

 5    report with Dr. Krishnan's -- where I summarize

 6    Dr. Krishnan's finding, and I'll try and find it

 7    now.  If you, by any chance, Attorney Rogers, if

 8    you have it, please assist me in finding it.

 9         Q.    Well, you have a series of pages

10    beginning at I think page 5 and then it goes

11    through six or seven pages.

12         A.    Yes.

13         Q.    Are you saying -- are you saying that

14    all of the reported -- the descriptions of the

15    reported neurological, neuropsychological findings

16    that Dr. Krishnan made, those are the ones that you

17    believe attributable to lead exposure?

18         A.    Well, I'd have to go through each

19    individual one, but in general the answer is yes.

20              I also reviewed school records,

21    kindergarten records, et cetera, and looked at the

22    teacher's notes and the grades of the children and

23    whether they required developmental or behavioral

24    intervention or the prospects of whether they
```

Highly Confidential - William Bithoney, M.D.

1    needed IEPs or 504 plans.

2        Q.    So, how is it that you were able to

3    determine that any of those decrements or findings

4    that Dr. Krishnan found were attributable to lead

5    as opposed to -- lead exposure as opposed to

6    something else?

7        A.    Well, we've established that these

8    children had thousands of micrograms of lead in

9    their bones.  Lead doesn't get into your bones

10   unless it first passes through your blood.  Then it

11   goes into the soft tissue.

12           So, for instance, S███PPI███ had a lead

13   level in the bones of 6.72 micrograms per gram of

14   bone, meaning that four or five years later, in

15   2019 after the exposure, five years later, she had

16   6,720 micrograms of lead in the bone.  And that's

17   two half-lives later.

18           So, this means that two years ago she

19   would have had about approaching 14,000 micrograms

20   of lead in her bone, and two years before that she

21   would have had 28,000 micrograms of lead in her

22   bone.  And that 28,000 micrograms of lead in the

23   bone, I'd ask you to compare that to lead poisoning

24   levels of 5 or 10 or 1 or 20.

Highly Confidential - William Bithoney, M.D.

```
 1              Somehow this child got 24,000, whatever

 2    I just said, micrograms of -- 24,000, 25,000

 3    micrograms of lead in her bone.

 4              The fact that the blood lead levels

 5    didn't pick it up given the discussion we had of

 6    the triphasic decrease of lead in the blood, for

 7    instance, the one-day half-life of naive -- lead

 8    naive children, the triphasic, all that compartment

 9    stuff.

10              This lead is an overwhelming amount of

11    lead.  It's very concerning.  It's definitively

12    associated with levels of lead that must have been

13    damaging to the bones -- I'm sorry -- to the brain

14    and to the soft tissue.

15              I quoted for you the study by Nie from

16    my old Boston Children's Hospital program that

17    showed that children who had lead levels above 30

18    micrograms per deciliter, very severely lead

19    poisoned by today's standards, had lead levels of

20    0.7 micrograms per gram of bone seven or eight

21    years later.

22              You'll have to look.  I don't have the

23    Nie -- I have the Nie report beside me, but I'm not

24    going to pull it out and waste your time.
```

Highly Confidential - William Bithoney, M.D.

1             But that is dramatic evidence that

2    children who had lead levels greater than 30 had

3    lower levels in their bones than this child did and

4    that any of these -- and that lower than any of

5    these four bellwethers had.

6             That is the basis of my belief that lead

7    is the cause of the developmental disabilities that

8    Dr. Krishnan found or in some cases that the

9    schools mention or the need for special education,

10   et cetera.

11            That is my motive for deciding that this

12   was causative, that lead poisoning was causative.

13            The levels of lead in the blood given

14   the nine-day half-life, et cetera, are meaningless

15   to me.  The levels of lead in the water or that

16   measured -- measured by Hanna Attisha's paper are

17   meaningless to me.

18            There was a big spike in the lead in the

19   water.  It's clearly systemic.  It's across the

20   City of Flint.  And it resulted in a billion dollar

21   program to replace the pipes because there was so

22   much lead in the water.

23            We've mentioned the umbilical cord blood

24   lead levels.  We've mentioned the need for special

Highly Confidential - William Bithoney, M.D.

```
 1   education.  We were seeing 400%, 700% increases in

 2   issues.

 3            So, this is -- I'm certain that these

 4   kids had elevated lead levels, and the fact that

 5   they're not measured in the blood I explained by

 6   the toxicologic profile that we discussed, I think

 7   repeatedly by now.  I don't want to belabor the

 8   point.

 9        Q.    Well, I do have a question about that.

10            If the children had such high levels of

11   lead in their bones during the period of time

12   April of 2014 through October 2015 as you've

13   described based on the bone lead results and then

14   the extrapolation backwards given half-life and so

15   forth, why wouldn't there have been elevated blood

16   lead levels in all of the tests that we just looked

17   at, because all of those were reported as less than

18   3.3?

19        A.    Well, as I mentioned, the half-life of

20   lead in the bones -- I'm sorry -- in the blood is

21   very short.  Relatively naive patients can ingest

22   small amounts of lead and have it go into the bones

23   and the soft tissue fairly rapidly so that it's not

24   measurable.
```

Highly Confidential - William Bithoney, M.D.

1              Over a period of months these children

2    seem to have ingested a number of micrograms.  Not

3    seem.  They have ingested many, many thousands of

4    micrograms of lead that it's incontrovertible that

5    it's -- that it's in the bones.  And we have no

6    other source that we can identify.

7       Q.    Is there any scientific literature that

8    you can point me to that would support and be part

9    of the basis for what you are just describing to

10   me, namely, that children there -- who have blood

11   lead levels tested at less than 3 but who have bone

12   lead scans done, you know, years and years later,

13   that you could point me to that establish what

14   you've just said?

15      A.    This is a unique case.  I can point you

16   to Erickson's Pediatric Toxicology about the

17   triphasic declination of lead in the blood.

18              I can point you to Casarett & Doull's

19   toxicokinetics chapter, Chapter 7 within that

20   textbook, mentioning how the lead disappears from

21   the blood fairly rapidly in not relatively naive

22   children.

23              But nobody's ever had a Flint water

24   crisis or had measurements like this before.  All I

Highly Confidential - William Bithoney, M.D.

1    can tell you is these kids are replete with serious

2    amounts of lead, and I have no source of it.

3            I did ask parents about other sources

4    and they had no other mention of sources, like

5    peeling paint or leaded dust or whatever.

6    Q.    Are you familiar with the EPA modeling

7    program that takes into account lead in dust, lead

8    in soil, lead in water, lead in paint and so forth

9    for evaluating blood lead levels?

10    A.    I'm aware that the EPA says that it's

11    about 20% of lead, lead levels in children are due

12    to lead in the water.  That's all I could say about

13    it right now without looking at it.

14    Q.    So, you -- when you say that you --

15    there is no information about other potential

16    sources of lead for the bellwether Plaintiffs, the

17    fact is that you don't know what any results are

18    for tests of lead in the paint or the dust or the

19    soil of these residences, do you?

20    A.    I do not know because they weren't

21    tested.  However, I'm aware of systematic

22    penetration of lead into the city -- water of the

23    City of Flint that's resulted in major damage to

24    children, which we've described extensively before,

Highly Confidential - William Bithoney, M.D.

1    as evidenced with the need for special education of

2    80% of the children in Flint.

3           And there's not any other community in

4    the United States that I am aware of where there is

5    an immediate and sudden increase in the need for

6    special education.

7           We have no other reason, no other cause

8    of this other than lead in the water.

9    Q.    With respect to the issue of the

10   extrapolation backwards from the bone lead

11   measurements that are reported now, again, I just

12   want to make sure I understand what you're saying

13   about any scientific literature in support of that

14   theory or opinion that you've expressed.

15          Is there any chapter from a textbook or

16   a scientific article or paper that you can point me

17   to in the scientific community that you're a member

18   of which supports what you've said, that, namely,

19   if you have a blood -- a bone lead measurement in

20   2019 or 2020, that you can go back in time and

21   estimate the amount of lead that would be in

22   children's bones four or five or six years before?

23   A.    Well, I'm familiar with the

24   International Committee on Radiation Protections

Highly Confidential - William Bithoney, M.D.

1    Data, which states that the half-life of lead in

2    the bones of 5-year-old children is less than two

3    years.  56% of the lead in the bones of 5-year-old

4    children disappear in a year.  So, in two years,

5    112% of the bone lead would disappear.

6              I don't have it in front of me.  I

7    didn't use it in my preparation.  But I am aware of

8    it.  The International Commission on Radiation

9    Protection.

10       Q.    Is there anything else?

11       A.    May I look at my bone lead file?

12       Q.    Yeah, because, I mean, I don't have your

13   bone lead file in front of me there, sir.

14             You have a separate file on bone lead

15   papers?

16       A.    Yes, and I sent all the data in the file

17   to Ashley Vieux, the paralegal for Levy Konigsberg.

18             Okay.  So, I mentioned the O'Flaherty

19   paper, which I did send to you.

20             Dr. Specht I think had some work on it,

21   but I don't have it in front of me.

22             No.

23             And if you'd like, I can dig up the

24   International Commission on Radiation Protection.

Highly Confidential - William Bithoney, M.D.

1    There is a chart that I recall.  I don't have it

2    here.  I didn't use it as I was forming my

3    opinions.  I've not discussed it with anybody,

4    including Corey or Dr. Weitzman.  But I know that

5    data exists.

6         Q.    And in terms of your opinion that a

7    child could have large amounts of the type that you

8    described of lead in their bones, but that when

9    blood lead level testing was done, the test reports

10   would come back at less than 3.3 and that that

11   would still be consistent with high levels of lead

12   in the bones, do you have any scientific papers or

13   literature that would support that opinion?

14        A.    What I have is are the measurements in

15   the bone.  This is a unique case and there is no

16   case like it.  I looked for data such as that in

17   the scientific community.  But the Flint matter is

18   totally unique.

19             It doesn't obviate any of the issues

20   that I have mentioned as being problematic, though.

21   There is lead in the bones.  Lead disappears

22   rapidly from the blood.  And there is children who

23   were exposed to the water required special

24   education.  So --

Highly Confidential - William Bithoney, M.D.

```
 1      Q.    But, Doctor --

 2      A.    Go ahead.  I'm sorry.

 3      Q.    That's okay.  I didn't mean to cut you

 4   off.

 5            But, Doctor, is it -- let's go over some

 6   certain elemental facts.

 7            The changeover in the water occurred in

 8   April 2014, right?

 9      A.    Yes, sir.

10      Q.    And at least for some of the Plaintiffs,

11   three out of the four Plaintiffs, there was

12   testimony from them that -- and the moms, the

13   parents, that they stopped drinking the water

14   sometime in 2014, right?

15      A.    Yes.

16      Q.    So, for those folks --

17      MR. STERN:  Object.  Dave, I tried to -- I

18   tried to object to form and foundation.

19      MR. ROGERS:  Yep.

20      MR. STERN:  Thanks.

21      MR. ROGERS:  Yep.  Gotcha.

22   BY MR. ROGERS:

23      Q.    So, for those three out of the four

24   bellwethers, and the record will speak for itself
```

Highly Confidential - William Bithoney, M.D.

1    for when they stopped drinking the water, but if

2    they stopped drinking the water during 2014, that

3    would mean the maximum period of time that they

4    were exposed to lead from drinking the water would

5    be basically from May through December, if it was

6    that point in time, 2014, right?

7         A.    I have -- I believe so.  I believe

8    that's what we've gone through.

9         Q.    Is it your view that whatever -- that

10   there were -- if they did have lead in their bones,

11   that there was no source of lead to get into their

12   bones except the water during that period of time?

13        A.    Well, that's a hypothetical, which I

14   have no reason to suspect that there was another

15   source.  When I interviewed the parents, they did

16   not describe environmental issues such as peeling

17   paint, et cetera, to me or I would have noted it.

18   None of them did.

19        Q.    And yet for those bellwether Plaintiffs,

20   there is -- and even after, there were no blood

21   lead level tests that ever reported levels higher

22   than 3.3, right?

23        A.    I believe that's correct, but the bone

24   lead levels are seriously elevated and indicate

Highly Confidential - William Bithoney, M.D.

1    that these children got the lead from somewhere.

2    It's in their bodies.  We have no other source.

3            So, many hypotheticals are possible.

4    They could have been eating dirt and the mothers

5    didn't report it or weren't aware of it.  We can

6    throw out many hypotheticals, that they ate paint

7    chips or whatever, but we have no evidence to that

8    effect.

9        Q.    And the period of time over which the

10   four bellwether Plaintiffs had their bones tested

11   for lead, that would -- the results that were

12   reported would include, in your opinion, the

13   cumulative amount of lead that they were exposed to

14   over the course of their whole lifetime, right, not

15   just the period of time that they were drinking

16   water from the Flint River?

17       A.    It is possible they had other sources of

18   lead intoxication.  I'm not in touch with any of

19   those sources.  All I can tell you is they had that

20   amount of lead in their bones at that time, and I

21   have no other source for the lead other than that.

22            As a clinician, when I find a child with

23   elevated lead levels, I treat -- I treat them.  In

24   this case we have bone lead levels.

Highly Confidential - William Bithoney, M.D.

1             You can't chelate lead out of bones

2    because it's relatively inert to the Succimer and

3    the British anti-Lewisite and the calcium disodium

4    EDTA and the penicillamine.

5             So, we don't usually get bone lead

6    levels.  We began that this morning discussing how

7    we don't usually get bone lead levels.

8             But we have -- I have only been able to

9    identify one source and any other source is purely

10   hypothetical, and yet these children are replete

11   with lead in their bones and it had to come through

12   their blood and their soft tissues.

13        Q.    So, is there -- just to finish this

14   subject off.

15             There is no scientific paper or

16   literature because, as you said, this is a unique

17   situation in your opinion, that would correlate the

18   relationship between bone lead amounts that were

19   measured years later and what the amount of blood

20   lead levels would be during a time of exposure?

21        A.    Well, no.  I mentioned the Nie paper out

22   of Harvard Medical School and Purdue where we had

23   11 children with lead levels greater than 30

24   micrograms per deciliter whose lead levels when

Highly Confidential - William Bithoney, M.D.

```
 1   they were measured eight or ten years later were I

 2   believe 0.7 micrograms per gram of bone and 0.7 --

 3   now we are looking at a child -- currently we are

 4   talking about S███████.  Instead of 0.7, she has

 5   6.72, about -- maybe my math is wrong -- 100 times

 6   more.

 7       Q.   Can you show me -- sorry.

 8            Is that Nie paper in your folder there

 9   with the bone lead?

10       A.   Yeah, I believe I sent it.  I can grab

11   it.

12       Q.   Yeah, would you.  Just show me the title

13   page just so I make sure I know which one you're

14   referring to, please.

15       A.   Sure.  It is entitled -- it's from

16   Biomarkers, 2011, September: Volume 16 (6), pages

17   517 through 524.

18       Q.   Can you hold it up so I can see it.

19   That way I'll be able to probably recognize it

20   better.

21       A.   Hold on, please.

22            I printed it out of the NIH website, not

23   the Biomarkers website.  So, I'm not sure if I sent

24   you the Biomarkers.
```

Highly Confidential - William Bithoney, M.D.

```
1                Can you see it?

2        Q.     I do see that.  Okay.  Thanks.

3                Now, the testing that was done by the

4   Nie group, was that bone lead testing done with the

5   KXRF machine or PXRF machine?

6        A.     I'm going to have to dig into it.  This

7   is a very dense scientific paper.  Is it -- if it's

8   worth your while, I will certainly do it.

9        Q.     Let's do it, yeah, please.

10       A.     Okay.  I'll need to find the methods.

11  Bear with me, please.  I'm trying to accede to your

12  wish, and I'll do it as rapidly as I can.

13               KXRF.

14       Q.     That's what I thought.  Okay.  Thanks.

15               So, that didn't -- they were reporting

16  in that paper bone lead measurements that were

17  derived using a KXRF of the --

18       A.     The low --

19       Q.     Let me finish, please, yeah.

20               -- of children who had reported blood

21  lead levels of greater than 30 micrograms per

22  deciliter at some point in time before.  Is that

23  right?

24       A.     That's -- that's the number I recall.
```

Highly Confidential - William Bithoney, M.D.

1    11 children with lead levels greater than 30

2    micrograms had lower tibial -- had tibial

3    measurements of lead, and the average child of

4    these 11 had a measurement on KXRF of 0.7

5    micrograms per gram of bone.

6        Q.    And how -- what was the duration of time

7    or period of time in between the blood lead

8    measurements and then the KXRF bone scan

9    measurements, Doctor?

10       A.    There were 11 children.  They had their

11   blood tested.  I believe they were toddlers, and I

12   believe at measurements they were age 8 to 13.  So,

13   maybe 10 years, 11 years, something like that.

14       Q.    Okay.  Got it.  Thanks.

15            So, turning back to the question of the

16   diagnoses that you have or opinions about any

17   issues or problems that the children have.  Here

18   are my questions for you, and we'll start with E PPI

19   S PPI

20            So, what are the specific conditions or

21   neurological issues that E PPI  S PPI    has that you

22   believe are caused by lead exposure?

23       A.    Let me just go through.  This is based

24   on largely on Dr. Krishnan's report.

Highly Confidential - William Bithoney, M.D.

```
 1              Required special education, special help
 2   for reading and mathematics both.  He received
 3   special education and special help and is in an,
 4   open quote, "an intercession," close quote, for
 5   both.  He's described as having a reading problem.
 6       Q.    Can I stop you there for a second,
 7   Doctor.
 8              Where are you reading from?
 9       A.    I'm reading from my own report on
10   page 5.
11       Q.    Thanks.
12       A.    In the paragraph that begins, "My review
13   of E█PPI █s school records."
14              His brother Malachi also drank leaded
15   water and also requires an intercession, which is
16   an intervention in special education parlance.
17              They each drank about a liter of leaded
18   water a day or of Flint River water per day.
19              But I just recapitulated what
20   Dr. Krishnan mentioned.
21              She mentioned that his math skills were
22   a year below grade level, did not evidence
23   significant discrepancies.  He was borderline
24   mentally impaired in terms of his visual memory.
```

Highly Confidential - William Bithoney, M.D.

1            There is extensive literature on all of

2    these deficits as being caused by lead poisoning.

3            His basic focus attention was good.

4    However, he was impulsive, which is known to be an

5    issue.

6            Subtle executive functioning deficits

7    and challenges.  Executive functioning is a

8    relatively abstruse measure of cognition.  But it

9    basically looks at organizational skills,

10   understanding of the world around you so that you

11   can prioritize things.

12           So, for instance, a child who has an

13   executive functioning difficulty might be told by

14   his teacher to "Go to your desk, open your desk,

15   open your book on math, open it to page 24, read

16   the first paragraph and then fold your hands to let

17   me know that you're done."  And the child with

18   issues with executive functioning and short-term

19   memory might just fold his hands.

20           So, there are a number of very subtle

21   deficits, like reading deficits.  Typically when a

22   child is young, they might be able to read words

23   but later on when they get to the 5th grade or so

24   and they need to read to learn, they can't do it.

1   So, they can read, but they can't read to learn.

2            So, there are a number of subtle

3   educational deficits that we get into with lead and

4   it's not all IQ.

5            So, for instance, this child's IQ is 99

6   and yet he would have difficulty, in my opinion,

7   based on these reading and math deficits, executive

8   function deficits, issues with focus and attention,

9   as he ages out and gets to higher and higher levels

10  of education.

11           There may be more in here, but I have

12  documented it all.

13       Q.   So, what did you do to rule out other

14  possible causes for those conditions besides lead

15  exposure from the water?

16       A.   Well, we got family history.  For

17  instance, that's why Malachi, I mentioned that he

18  also requires intercession.

19           That was -- these reports, by the way,

20  are highly abbreviated based on thousands of pages

21  literally.  I'm sure if you go to the -- go to your

22  files, you will see there are thousands of pages.

23           But part of the family history involved

24  looking at his parents, looking at his siblings for

Highly Confidential - William Bithoney, M.D.

1    educational issues, looking at grandparents,

2    et cetera.

3           The only positive family history I found

4    was Malachi having a problem, and he was also in an

5    intercession but he also drank the water.

6           I asked all the parents about other

7    sources of lead intoxication, and I'm sorry that I

8    didn't put it in my report, but that's standardized

9    approach for anybody who is looking at children for

10   lead intoxication.  And I found no other sources.

11       Q.    Yeah, but, Doctor, maybe you

12   misunderstood my question or I didn't phrase it

13   right.

14           What did you do to rule out other causes

15   for these conditions besides lead exposure?

16       A.    Well, as I said, family history,

17   educational history of the parents, et cetera.

18   But -- and, of course, Dr. Krishnan found findings

19   that were consonant with lead intoxication.

20       Q.    Yeah, but Dr. Krishnan testified that

21   with respect to the children's findings or the

22   findings for the children based on her testing,

23   that she had no baseline level or no testing to

24   compare them to, so that there was no evidence of a

Highly Confidential - William Bithoney, M.D.

```
 1   decrement from previous levels.

 2            Is that your understanding?

 3       A.   I'm not aware of that testimony, but I

 4   take your word for it.

 5            Are you, by any chance, familiar with

 6   the Bradford Hill criteria for causation?

 7       Q.   Well, let's -- let me ask the questions,

 8   and then we can talk about those things later.

 9       A.   Let me give you a disquisition --

10       Q.   Yeah, no.

11       A.   -- because the deficits that we're

12   seeing are consistent with lead poisoning.  The

13   weight of the evidence supports it.  The timeline

14   is consistent.  There was lead exposure and then

15   there were decrements in their development.

16            There was a dose gradient, in other

17   words, the higher the lead level, the worse the

18   lead educational issues for children.  It's

19   biologically plausible, and there is experimental

20   evidence to support the lead effect.

21            That essentially meets all the criteria

22   for causation that I can find in the literature.

23   It's all consonant and consistent with lead

24   intoxication.
```

Highly Confidential - William Bithoney, M.D.

```
1        Q.    Okay.  Getting back -- thank you for

2   that.  Getting back to my question.

3              Is it correct that Dr. Krishnan did

4   testing in 2020 on these children but she did not

5   have any neurological, neuropsychological testing

6   prior to that, right?

7        A.    If she testified to that effect, then I

8   believe her.

9        Q.    So, to the extent that there were any

10  reported abnormalities or findings in the testing,

11  there was nothing, no neuropsychological testing to

12  compare it to from a previous point in time, right?

13       A.    There is no prior testing, but these

14  data meet the criteria for causation as described

15  in my earlier statement.

16       Q.    Okay.  And the Bradford Hill criteria

17  for causation, is that a medical standard or what

18  is it that you're referring to?

19       A.    It's a standard that scientists often

20  refer to when they're looking to establish

21  causality.

22              So, for instance, for many years,

23  people, quote-unquote, "knew" that cigarette

24  smoking caused lung cancer and cardiac disease and
```

Highly Confidential - William Bithoney, M.D.

1  stroke and asthma and all the things that we now

2  know smoking results in, but the cigarette

3  companies were able to argue that those things were

4  not necessarily causal but, rather, simple

5  associations.

6          So, while it's true, they argued, that

7  adults had more lung cancer if they smoked, it

8  didn't prove in any individual case that the

9  smoking resulted in that lung cancer.

10          And they got away with it for decades

11  and decades until the associated -- the evidence of

12  association became so strong and they were able to

13  determine that that met the Bradford Hill criteria

14  for consistency, dose response, weight of the

15  evidence, timeline of being exposed and then

16  getting lung cancer, et cetera.

17          So, that's a fairly standard approach to

18  understanding a clinical issue to determine whether

19  something causes something else clinically.

20          We can't do experiments on children and

21  expose them to a dose of lead level -- to a dose of

22  lead.  So, it's been challenging.  It was

23  challenging for many years to prove that lead

24  caused problems.

Highly Confidential - William Bithoney, M.D.

```
 1              But there are no ethical experiments

 2   that we can do, so we have to go into the Bradford

 3   Hill standards or other causality standards.

 4              There are many criteria.  There is

 5   scientific method criteria, which I really am not

 6   at -- not able to discuss in any detail as I sit

 7   here now.

 8              But it meets standards for causality

 9   because we know that these kids have deficits that

10   are consistent with what lead -- with the kinds of

11   deficits that lead causes.

12       Q.    So, for the deficits that you just

13   described for E▇▇▇ S▇▇▇▇ that you believe to be

14   caused by exposure to lead, what was the source of

15   the lead for him?  And I want to go through each

16   one individually.

17       A.    Well, the only source I have been able

18   to identify is the water.

19       Q.    Did you take into consideration whether

20   or not there would be any exposure to lead from

21   paint, dust, soil for E▇▇▇ S▇▇▇▇▇?

22       A.    I asked the parents about that, and I

23   didn't come up with anything.

24       Q.    So, is it your opinion that lead in
```

Highly Confidential - William Bithoney, M.D.

```
 1   paint, dust and soil did not contribute to any

 2   degree in any amount of lead that E▊PPI S▊PPI ▊

 3   experienced?

 4        A.    I have no evidence of that.  I've agreed

 5   that such things happen and do happen, but I don't

 6   have evidence of it is what I'm saying.

 7        Q.    So, is -- in your opinion, is the only

 8   source that you're aware of that would cause any

 9   lead in E▊PPI S▊PPI ▊ lead in the water?

10        A.    That's the only source I was able to

11   identify.

12        Q.    And how did the lead get into the water

13   that E▊PPI S▊PPI ▊ consumed?

14        A.    Well, I'm not an expert in plumbing and

15   such.  But as I understand it, the water in Flint

16   was switched from the Detroit source of Lake Huron,

17   switched to the Flint River, and no

18   organophosphates were added to mitigate the

19   deterioration of the lead and galvanized steel

20   pipes.

21             This resulted in lead being leached from

22   the pipes and also a decrease in level of chlorine

23   in the water, which resulted in bacterial

24   infections.
```

Highly Confidential - William Bithoney, M.D.

1            Just as you chlorinate your pool to

2     prevent bacterial overgrowth, having levels of

3     chlorine is protective.  That's why we add chlorine

4     to the water.

5            So, there were bacterial infections and

6     also lead entered because of the low chlorine

7     level, resulting in the lack of coating in the

8     pipes, and also lead leached into the pipes -- into

9     the water.  I'm sorry.

10        Q.   If the pipes from the water treatment

11    plant to E█PPI█ S█PPI█'s home, none of those were

12    lead, how did the lead get into the water that he

13    was drinking?

14        A.   I'm not aware of none of them being

15    lead.  I'm not aware of the pipes in -- that led

16    directly to his home.  I know that there was

17    systematic error in the measurements of what

18    percentage of pipes were problematic in terms of

19    lead.

20            I know that there was a bump, a doubling

21    of problematic elevated lead levels in the

22    community.  I know that umbilical cord blood levels

23    went up, et cetera, all the things I won't bore you

24    with that.

Highly Confidential - William Bithoney, M.D.

```
 1              But I know that after the water was
 2    switched, all these things occurred.
 3        Q.    And have you reviewed any other experts'
 4    reports that would form the basis for which you've
 5    determined that lead got into the water that E▇PPI▇
 6    S▇PPI▇ was drinking that caused his exposure to
 7    lead so as to have caused these ailments that you
 8    described earlier?
 9        A.    I didn't review expert reports.  I
10    reviewed the literature as we have been discussing
11    with your guidance.
12        Q.    Thanks.  Do you have any basis or are
13    you aware of any facts that would -- strike that.
14              Do you know how much, how much the lead
15    content was in the water that E▇PPI▇ S▇PPI▇ was
16    consuming?
17        A.    No.
18        Q.    Do you know what the dose amounts were
19    for E▇PPI▇ S▇PPI▇, that is, how much lead was in the
20    water that he was drinking and how much of the --
21    how much water he was drinking?
22        A.    I know how much water he was drinking.
23    Roughly a liter a day.
24        Q.    Okay.  But you don't know how much the
```

Highly Confidential - William Bithoney, M.D.

1    lead content was in that liter of water that he was

2    drinking, right?

3         A.    I don't have his specific numbers nor do

4    I have specific measurements in any of the other

5    bellwether children.

6              But let me give you an example.  If a

7    child ingests water at 10 micrograms per liter, in

8    30 days they will ingest 300 micrograms.  If they

9    ingest more water, they will ingest more lead.  I

10   mean, it's all over the place.  15 micrograms per

11   deciliter will yield 50% more lead ingested,

12   et cetera.  And then if they use it for cooking or

13   if they boil it, it's even worse.

14        Q.    What was the duration of time over which

15   E PPI S PPI    was exposed to or consuming water with

16   lead in it?

17        A.    We just went over that.  I don't recall

18   the number of months that it was.

19        Q.    Would there be -- the -- do you have an

20   opinion as to whether or not there would be any

21   continuing contribution to the lead that were in

22   these children after the point in time at which

23   they stopped drinking the water?

24        MR. STERN:  Object to form.

Highly Confidential - William Bithoney, M.D.

1  BY THE WITNESS:

2       A.    I have no knowledge of that.

3       MR. STERN:  Stern.  Object to form.

4       THE WITNESS:  May I answer?

5       MR. STERN:  Yeah, of course.

6  BY THE WITNESS:

7       A.    I have no knowledge of that.

8  BY MR. ROGERS:

9       Q.    So, as of the point in time at which

10  they stopped drinking the water, if the source of

11  lead in their bodies was from the water, you're not

12  aware of there being any additional lead exposure

13  for them, right?

14       A.    I'm not aware of any additional exposure

15  for the four bellwethers.

16       Q.    So that once they stopped drinking the

17  water, whenever that was based on the testimony and

18  the facts, that would be the point in time at which

19  their lead exposure from water would have stopped,

20  right?

21       A.    I'm not sure.  I'm not an expert in

22  plumbing, as I said.  I'm not sure if some -- there

23  might be some local effects or ongoing water line

24  effects.  I think you'd have to talk with the

Highly Confidential - William Bithoney, M.D.

1    people from Vermont -- Virginia Tech or an expert

2    in plumbing.  There may have been some ongoing

3    exposure.  But, I mean, it's not within my realm of

4    expertise.

5        Q.    Yeah, but I'm saying that once they

6    stopped consuming the water, drinking the water,

7    then how could there have been any continuing --

8        A.    I --

9        Q.    -- exposure to lead getting in their

10   bodies?

11       A.    Yes, I see your point.  If they weren't

12   exposed to the water, then there was no ongoing

13   ingestion of lead.

14       Q.    Gotcha.  And that's true with respect to

15   all four of them.

16             So, at whatever point in time it was for

17   each of the individual bellwether Plaintiffs, once

18   they stopped drinking the water, they were not

19   exposed to any lead from the water from that point

20   forward, right?

21       A.    If they weren't drinking it, they

22   weren't exposed, yes.

23       Q.    Well, I -- the way that you sort of

24   answered the question gave me some cause like you

Highly Confidential - William Bithoney, M.D.

1    were trying to qualify it.  So, let me try again.

2    Maybe you weren't.  But just to be clear.

3            There was a period of time during which

4    these four bellwether Plaintiffs were drinking

5    water that you believe to have contained quantities

6    of lead in it that caused these problems that

7    Dr. Krishnan noted, correct?

8        A.    That is correct.  I didn't mean for my

9    answer to be subjunctive.  It was definitive.

10       Q.    I don't know what that means, so I'm

11   going to keep ask you questions.  Hold on.

12       A.    It --

13       Q.    Let me just finish.

14           So, then the lead that caused, in your

15   opinion, the ailments and conditions and problems

16   that these children experienced that you've

17   described that Dr. Krishnan reports, that was due

18   to their having consumed water with lead in it for

19   a certain period of time, right?

20       A.    Yes.

21       Q.    And once they stopped drinking the

22   water, the exposure to the lead that they consumed

23   so as to have caused any of these problems stopped,

24   right?

Highly Confidential - William Bithoney, M.D.

1      A.      That is yes except for the bellwethers

2    who cooked with the water after that, but they

3    weren't drinking a liter a day anymore.  That was

4    my -- I didn't mean to be hedgy.

5      Q.      Okay.  With --

6      A.      The answer is yes and possibly.

7      Q.      Okay.  So, with respect to the extent to

8    which there would have been any continuing exposure

9    due to cooking, did you attempt to quantify that in

10   any way similar to what you did with the amount of

11   water that they were drinking?

12     A.      I couldn't -- I couldn't get a handle on

13   that, no.

14     Q.      And I think this is -- I think I know

15   what your answer is.

16             But with respect to what any actual

17   water lead level content was, at any point in time

18   from April 2014 through the end of 2014, you

19   haven't conducted any analysis or estimates of

20   that, right?

21     A.      I have not.

22     Q.      And same thing with respect to blood

23   lead levels.  You haven't attempted to do any

24   calculations or determinations as to what the blood

Highly Confidential - William Bithoney, M.D.

 1    lead levels were for any of the bellwether

 2    Plaintiffs from any point in time from April 2014

 3    through the end of 2014, right?

 4        A.    I have not.  The answer is yes to your

 5    question of "right."

 6        Q.    Gotcha.

 7        A.    When you put the "right" at the end, it

 8    confuses me sometimes.  But the answer is

 9    affirmative.

10        Q.    Thank you.

11        MR. ERICKSON:  We have been on the record

12    about an hour and a half.  Do you want to take a

13    short break?

14        MR. ROGERS:  Yeah, okay.  It's about 2:30.

15    That sounds good.  Let's take about a -- you know

16    what, let's take about a ten-minute break this

17    time.  So we'll return at 2:45.  Okay?

18        THE VIDEOGRAPHER:  The time is 2:34 p.m., and

19    we're off the record.

20                (WHEREUPON, a recess was had

21                 from 2:34 to 2:51 p.m.)

22        THE VIDEOGRAPHER:  The time is 2:51 p.m., and

23    we're on the record.

24    BY MR. ROGERS:

Highly Confidential - William Bithoney, M.D.

```
 1       Q.    Doctor, I'm trying to get to a series of

 2   questions that might save us some time, and I

 3   don't -- I frankly can't remember if I asked the

 4   questions correctly so as to achieve that in the

 5   last 10 or 15 minutes of the questioning before we

 6   took our break.

 7            So, in order to do that, my question to

 8   you is:  For each of the questions that I asked you

 9   about whether or not -- well, let me just try it

10   this way.

11            Remember I asked you questions about for

12   each Plaintiff what was the source of the lead

13   exposure?  And I just want to make sure that the

14   answer is the same for each of these four

15   bellwether Plaintiffs because I'm not sure if I

16   asked the question that way or not.  I might have

17   been asking the question just with respect to the

18   first one, E████ S████.  Okay.

19            So, with respect to all of the four

20   bellwether Plaintiffs, the source of the lead

21   exposure for each of them that was the cause of the

22   various ailments that Dr. Krishnan found and that

23   you described was lead in the water, right?

24       A.    Yes.
```

Highly Confidential - William Bithoney, M.D.

1      Q.    And, similarly, with respect to all of

2   the Plaintiffs, you -- in your opinion, exposure to

3   paint, dust or -- sorry -- lead in paint, dust or

4   soil did not contribute to their conditions,

5   causing their conditions, right?

6      A.    I have no evidence of that.  That was

7   the answer.

8            When you say all of the Plaintiffs,

9   you're meaning just four bellwethers.

10     Q.    Exactly, yeah.  The four that we're

11  talking about here, yeah.

12     A.    That's what I'm answering, just about

13  the four, right.

14     Q.    And that's what I'm trying to make sure

15  we got on the record here.

16           Same question for all of the four

17  bellwethers.  The period of time over which they

18  were exposed to lead from the water from having

19  been drinking the water would be the period of time

20  based on, you know, whatever period of time it is

21  that they said they were drinking the water, from

22  April 2014 through the period of time that they

23  stopped, right?

24     A.    Yes.

Highly Confidential - William Bithoney, M.D.

```
 1        Q.     And you don't -- for each of them, you

 2   do not know how much lead was in the water that

 3   they were drinking, right?

 4        A.     Specifically, no.

 5        Q.     And with respect to the duration over

 6   which they were drinking it, I think we covered

 7   this, but for each of the four, it would be from

 8   the switchover to Flint River water at the end of

 9   April 2014 until such time as they stopped drinking

10   it, right?

11        A.     Yes.

12        Q.     And, so, with respect to all four of

13   them, the exposure that each of them had to lead in

14   the water except for cooking would have stopped as

15   of the point in time at which they stopped drinking

16   the water, right?

17        A.     Yes.

18        Q.     And then so therefore to the extent that

19   lead caused any of the problems and conditions that

20   Dr. Krishnan described and that you believe was

21   caused by lead, that would have -- the exposure

22   period would have ended as of the point in time

23   that they stopped drinking the water, right?

24        A.     Yes.
```

Highly Confidential - William Bithoney, M.D.

```
 1                 May I make one other point?

 2        Q.    Let me just finish if you don't mind.

 3   Sorry.  Let me just finish this line of questioning

 4   if you don't matter -- if you don't mind.

 5                 And in terms of the actual amount of

 6   lead in the water, during the period of time from

 7   April when the water switchover occurred until such

 8   time as they stopped drinking the water, you don't

 9   know what those levels are, right?

10        A.    No.

11                 The point I wanted -- I'm sorry.  When

12   you're done, I want to make a point.

13        Q.    Yeah, I know.  I understand.  Let me

14   just finish this.

15                 And then with respect -- you didn't do

16   any calculations or estimates for any of the four

17   as to what the water lead levels would be for them,

18   right?

19        A.    No, I did not.

20        Q.    And same question with respect to all

21   four, you didn't attempt to do any estimates or

22   calculations as to what the blood lead levels would

23   be based upon whatever amount of lead was in the

24   water that they were drinking, correct?
```

Highly Confidential - William Bithoney, M.D.

```
1       A.      I did not make such estimates.

2       Q.      Okay.  Now, please, you wanted to

3   explain something or add something.  Go ahead.

4       A.      My point is that these children went to

5   school.  The school's water was known to be

6   contaminated.  I don't know which schools they

7   attended.  They went to grandma's house or their

8   aunt's house.  You know, they were all over Flint.

9   So, their exposure to water is not simply to the

10  water in their home.

11      Q.      Well, did you ask the parents that

12  question, namely, did you tell your child as of the

13  point in time at which you decided that the family

14  should not be drinking the Flint River water that

15  they should stop drinking the water in schools, at

16  grandma's house or anywhere else they went?

17      MR. STERN:  Object to form.

18      THE WITNESS:  May I answer?

19      MR. STERN:  Yes.

20  BY THE WITNESS:

21      A.      I did not tell them that.  I'm just

22  bearing in mind when I went to Flint in 2015 or

23  whenever it was how all the school water fountains

24  were closed because they were found to be positive
```

Highly Confidential - William Bithoney, M.D.

1   for high levels of lead.  So --

2   BY MR. ROGERS:

3       Q.    So, what -- I'm sorry.  I didn't ask you

4   what you told them.  I asked you whether or not you

5   asked the parents if they had said to their

6   children, as of the point in time at which they

7   stopped -- they decided to stop drinking the water

8   as a family, not to drink water at grandma's house

9   or at schools?

10      A.    I didn't ask them that question.  But,

11  for instance, all the kids --

12      MR. STERN:  Hey, Dr. Bithoney, Dr. Bithoney.

13  Just let's -- two things.  One, just let me insert

14  my objections, so pause for a minute before you

15  answer.

16          I'm going to object to the form of the

17  question.

18          And also, if I object to the form,

19  unless I tell you don't answer, feel free to

20  answer.  It's just me preserving the record.

21          So, I object to the form of the question

22  and go ahead and answer.

23  BY THE WITNESS:

24      A.    Right.  I didn't ask them that question.

Highly Confidential - William Bithoney, M.D.

1    But I know, for instance, that those children went

2    to school and to other places in Flint.

3           We also determined that there was

4    systematic penetration of lead in the water.

5    BY MR. ROGERS:

6        Q.    Did you complete explaining whatever it

7    was that you wanted to add so that we can move on

8    to another subject?

9        A.    Yes, yes, I did.

10       Q.    And when --

11       A.    Yes.

12       Q.    When you said you're at the school and

13   the water fountains were taped over and, you know,

14   saying, "Don't drink.  Caution," or whatever it

15   was, "Don't drink the water," do you know when in

16   Flint it was that the schools determined that the

17   kids should not be drinking the water from the

18   water fountains?

19       A.    I do not.

20       Q.    And I think you answered this.  But what

21   is your best memory of when you were there that

22   those -- that you saw those things on the water

23   fountains?

24       MR. STERN:  Objection; asked and answered.

Highly Confidential - William Bithoney, M.D.

```
 1   BY THE WITNESS:

 2       A.    I believe we discussed 2015, late 2015,

 3   but I'm not 100 percent sure.

 4   BY MR. ROGERS:

 5       Q.    So, we're going to now go into the

 6   invoices that Mr. Stern just provided to me, and

 7   we're going to mark them all as I discussed with

 8   Corey Marut, not Corey Stern, the documents.

 9             Oops.  I almost canceled myself out of

10   the meeting here, so that was a mistake.

11             Can you see my screen now, Doctor?

12       A.    I can.

13       MR. ROGERS:  So, Corey Marut, like I said,

14   these are all going to be Exhibit 4.

15                   (WHEREUPON, Bithoney Deposition

16                    Exhibit No. 4 was marked for

17                    identification:  Invoices produced

18                    from William G. Bithoney, MD to

19                    Corey Stern, Levy Konigsberg.)

20   BY MR. ROGERS:

21       Q.    So I'm hoping, Doctor, we can find

22   references here to -- that will help you remember

23   when it was that you were in Flint during those

24   meetings that you described earlier.
```

Highly Confidential - William Bithoney, M.D.

1          So, here's it looks like an invoice from

2    August 1st, 2017, and it describes things that you

3    did from July 24 through the 27th, 2017.  And I

4    haven't read these yet, so bear with me.  I just

5    got them, and I'm going through them for the first

6    time with you now.

7          Standard physical exam,

8    neuromaturational assessment, Denver Developmental

9    Screening Test for seven clients, follow-up,

10   et cetera, et cetera, multiple e-mail

11   communications with staff members, Corey Stern.

12         I think you answered this before.  But

13   this is the point in time at which you went out to

14   Flint to do some examinations of some of the

15   Plaintiffs, right?

16   A.   Yes, and I had said that I thought it

17   was 2017 or 2018.  Clearly it was in 2017.

18   Q.   And, so, the seven clients, your best

19   memory is and your testimony was earlier that those

20   were -- none of those seven were the four

21   bellwethers that we're involved in now, right?

22   A.   That is -- that is the case.  They were

23   not the four bellwethers that we're discussing.

24   Q.   Then you have some receipts for hotel

Highly Confidential - William Bithoney, M.D.

1    and airfare and stuff like that here.  Okay.

2           This does not describe the -- let's see

3    what kind of a tipper you are.  $9 out of 43.

4    Well, that's not bad.

5           You didn't -- this was not the trip when

6    you had the meeting at the school that you

7    described earlier, correct?

8       A.    No, that was --

9       MR. STERN:  In fairness, Dave, I think that

10   because that receipt was submitted to me, that was

11   my tip.  But that's fine.  Keep going.

12      MR. ROGERS:  What if he were to give a

13   100 percent tip?

14      MR. STERN:  I trust the man.  I trust the man.

15   The man -- he never does things like that.

16   BY MR. ROGERS:

17      Q.    The next one is an invoice from

18   April 20, 2020, and this one -- it looks like there

19   is an itemization of what you did at various points

20   in time, and let's just go through this.

21           So, you spent eight hours -- oh, I see.

22   Wait a minute.  It's not itemized by dates.

23           Over what period of time did these

24   actions that you took working on the case take

Highly Confidential - William Bithoney, M.D.

1   place?  Because the invoice is dated April 20, but

2   it doesn't say individual dates when you did the

3   work.

4        A.   I can't give you the individual dates.

5        Q.   Would these, the work that you did here,

6   relate to the four bellwethers?

7             Oh, I see.  Wait.  Here's something that

8   will tell us.

9             For the 6 hour entry, the second one, it

10  was "Review of 14 cases of children," et cetera.

11            So, that would have been the 14 that

12  existed at that period of time, right?

13       A.   Yes.

14       Q.   So, the "Extensive de novo literature

15  search performed specifically for Flint," the first

16  entry here, 8 hours, "evaluating the neurologic,

17  physiologic (sic), biomedical complications of

18  blood lead levels less than 5 and preparation of a

19  synopsis of these topics," did you actually prepare

20  a written memorandum of some type or report?

21       A.   No.  And the literature that I reviewed

22  had a lot to do with bone lead levels and

23  half-lives of lead in the blood and all the things

24  we've been discussing.

Highly Confidential - William Bithoney, M.D.

1             I typically don't charge for standard

2    review of literature on, for instance,

3    developmental impact of lead because I feel that

4    that's on me.

5             But because this case was so unique,

6    given what we've discussed earlier with the water

7    issue and such, I did some de novo research.

8    Typically I won't do that.

9             If it was just a simple straightforward

10   leaded paint case, there would be no charge for

11   developmental literature searching.

12        Q.   But my question is with respect to the

13   preparation of a synopsis of these topics, what

14   does that mean?

15        A.   I believe that I sent Corey something

16   about low level leads.  I'd be hard-pressed to pull

17   it up for you at this point.

18        Q.   All right.  The de novo literature

19   search that you performed, in the list of

20   references that you provided to us for production,

21   does that include the literature that you searched

22   during this eight-hour period?

23        MR. STERN:  Dave, objection.  If I could --

24   could we go off the record for a minute?

Highly Confidential - William Bithoney, M.D.

```
 1        MR. ROGERS:  Well, I'd like an answer to that

 2   question first but...

 3        MR. STERN:  I'm going to instruct him not to

 4   answer until we talk because this is a different

 5   project that he did for Flint, and I can explain it

 6   off the record.

 7        MR. ROGERS:  All right.  Go ahead.

 8           So, you're instructing him not to answer

 9   at this time, and let's go off the record and we'll

10   determine what to do.  Okay.

11        THE VIDEOGRAPHER:  The time is 3:05 p.m., and

12   we're off the record.

13              (WHEREUPON, discussion was had off

14               the record.)

15        THE VIDEOGRAPHER:  The time is 3:07 p.m., and

16   we're on the record.

17   BY MR. ROGERS:

18        Q.   So, Doctor, I'll just change the

19   question up a little bit.  Mr. Stern had provided a

20   description of what this work was related to.

21           I just simply want to know if the

22   literature that you reviewed during this time as

23   described by this time entry here, at some point

24   before April 2020, that relates to various
```

Highly Confidential - William Bithoney, M.D.

1    neurological and other problems associated with low

2    blood lead levels, does that -- did you include

3    that literature in the list of references that you

4    provided to us for purposes of preparation of your

5    deposition today?

6         A.    Well, I didn't use -- I provided you

7    everything that I used during my preparation.  I

8    imagine that there is an overlap and there were

9    other pieces of literature that I used for this I'm

10   sure.

11              But everything I used in active

12   preparation for this -- for these four bellwether

13   cases I provided for you except as detailed earlier

14   in this deposition, and we've agreed to provide

15   that information to you.  And two of the three

16   things I think I did last night, as you know, or

17   maybe three of them, and I did not provide them to

18   you, but we will.

19        Q.    Okay.  Here's an important one on this

20   9 hour entry.  "Review of laboratory reporting

21   methods in the Flint Children's Center and HPPLS

22   Laboratory."

23              What's that all about?

24        A.    I was looking at how they measured the

Highly Confidential - William Bithoney, M.D.

1  lead levels and how they were reporting them.

2      Q.    So, where is the work product that

3  resulted from this review?

4      A.    Well, I didn't write anything about

5  that, as far as I know.

6      Q.    What did you --

7      A.    Whatever work product there is I

8  supplied to Corey.

9      Q.    Well, in terms of reviewing laboratory

10  reporting methods in the Flint Children's Center

11  and HPPLS Laboratory, what did you learn about

12  that?

13      A.    We were looking at how they measured the

14  lead levels, was it atomic absorption spectroscopy,

15  for instance, how they reported the lead levels,

16  did they report levels less than 3, were they

17  capillary, were they certified by CLIA, were their

18  technicians certified by CLIA.  The kinds of things

19  we've discussed.

20      Q.    Well --

21      MR. STERN:  I'm just going to object to -- I'm

22  looking at this invoice.  I'm just going to object

23  to all the questions related to the invoice as it

24  was part of the settlement negotiation and it

Highly Confidential - William Bithoney, M.D.

1    was -- all of it was done in preparation for

2    mediation, settlement discussions.

3              I'm not going to instruct him not to

4    answer.  I'm not worried about what he is going to

5    say.  I just don't think that this is admissible

6    evidence.

7         MR. ROGERS:  Well, I don't know, Corey.  If

8    you look at these entries, "Literature review of

9    the consonance between venous and capillary,

10   standard deviation and standard error of the mean,"

11   capillary versus others, what the labs reported and

12   what it all means when they report it, et cetera,

13   and what it means, you know, about less than 3

14   versus 3.4, et cetera, these are all definitely

15   pertinent to --

16        MR. STERN:  You can ask him about those

17   issues, as I think you already have.  I just --

18        MR. ROGERS:  But the problem is that I asked

19   those questions earlier and the doctor said he

20   didn't have the information, but it looks like he

21   spent 9 hours' worth of work doing it for purposes

22   of the case anyway.  So, I think I'm entitled to

23   it.

24   BY MR. ROGERS:

Highly Confidential - William Bithoney, M.D.

1      Q.    What was the result -- so, Doctor, did

2  you write up a report on all these subject matters?

3      MR. STERN:  Objection.  He gave me

4  information, and I wrote up a report.  Not a

5  report, but I wrote up a position paper for the

6  State of Michigan as part of our settlement

7  negotiations based on the conversations that I had

8  with Dr. Bithoney.  I don't think it's appropriate

9  for you to get my report.

10 BY MR. ROGERS:

11     Q.    Well, how did you, Doctor -- if you

12 conducted a review of the laboratory reporting

13 methods in Flint's -- Flint Children's Center and

14 in this particular laboratory, how did you report

15 or record what the results of that review was?

16     MR. STERN:  It was a two-hour -- Dave, there

17 is a two-hour telephone communication and e-mail

18 communication.

19     MR. ROGERS:  Corey, I'm asking him.  Okay.

20 I'm not asking you.

21 BY MR. ROGERS:

22     Q.    Doctor.

23     A.    It was a verbal communication with Corey

24 and Ashley discussing all this.  And as far as I

Highly Confidential - William Bithoney, M.D.

1    can tell, everything that was involved here we've

2    already gone over.

3        Q.    Yeah, but you didn't -- you didn't

4    describe to me any information about what you

5    learned about the reporting methods for these two

6    laboratories.

7        A.    As I sit here today I don't recall

8    exactly what I -- what I learned because I gave

9    everything verbally to Corey.

10       Q.    But were there -- when you did a review,

11   you must have reviewed documents or something

12   having to do with these two centers, right?

13       MR. STERN:  Object to form.

14   BY THE WITNESS:

15       A.    Well, I know I called --

16       THE WITNESS:  Go ahead, Corey.

17       MR. STERN:  Object to form and foundation and

18   same objection about the settlement negotiations.

19   BY THE WITNESS:

20       A.    I'm not exactly sure as I sit here

21   several months later exactly what I did.  But I did

22   review literature on capillary blood levels, their

23   accuracy, how labs reported them and the like.

24            And as far as I understand, we've

Highly Confidential - William Bithoney, M.D.

1  covered all of the data in the earlier parts of the

2  deposition.  Everything that I did here has been

3  gone over.

4  BY MR. ROGERS:

5      Q.    Well, I disagree.  So, let's --

6      MR. STERN:  Objection to the form.  Move to

7  strike the colloquy.

8  BY MR. ROGERS:

9      Q.    And then you say here, "Preparation of

10  final report of Pb levels less than or equal to

11  3.3," and so forth and so on.

12          You actually prepared a written report

13  on that subject, right?

14      A.    As I sit here I don't recall preparing

15  the report.  I only remember the verbal discussion.

16  I'll confer with Corey and see if we can dig it up

17  if I did do one.

18      Q.    Well, let's -- I guess we'll have to

19  take that up at another time.

20          But sitting here today, do you have any

21  memory about what you learned with respect to

22  the -- how the laboratory reporting methods for

23  these two centers, what that was?

24      A.    There was nothing extraordinary that I

Highly Confidential - William Bithoney, M.D.

1    found.  I found that they reported lead levels less

2    than 5 or lead levels greater -- less than 10 and

3    all -- as relevant or not relevant and some labs

4    looked at levels of 0.7 and reported them

5    specifically and others didn't.

6              I really believe we've gone over

7    everything verbally in this deposition.  I'd be at

8    a loss to look here and see if there is anything we

9    haven't covered that I went over when I did this

10   with Corey.

11        Q.   What did you --

12        A.   Go ahead.

13        Q.   Go ahead.  Sorry.

14             What did you find out in your intensive

15   literature review about the consonance between

16   venous and capillary blood levels?

17        A.   I determined that -- the headline is

18   that the American Academy of Pediatrics felt that

19   capillary blood lead could still be used as a

20   screen, that the standard deviation or standard

21   error of the mean, depending on the lab, was plus

22   or minus 1 microgram per deciliter.  The things

23   that we've discussed already.

24        Q.   And what you found out about the -- can

Highly Confidential - William Bithoney, M.D.

1   you explain or describe what you found out about

2   this next one, "Review of the standard deviation

3   and standard error of the mean in capillary blood

4   lead levels with emphasis on findings in capillary

5   blood levels less than 5"?

6        A.    Capillary blood measurement --

7        MR. STERN:  Same objection.  You can answer.

8   BY THE WITNESS:

9        A.    I learned that capillary blood lead

10  levels are less accurate below 5 micrograms per

11  deciliter and especially below 3 micrograms per

12  deciliter than they are at levels of 20 or 10.

13            When you get down to very low levels,

14  for instance, when you have a level of 2 and the

15  standard deviation is 1, that is a 50% standard

16  deviation or standard error, if you will.  Whereas,

17  when your level is 20 and you have a -- an error

18  ratio of 1, that's a 5% possible error rate.

19            So, that's the kind of thing I looked

20  at.  And it was based on a laboratory evaluation,

21  not an evaluation of children.

22       Q.    What laboratory evaluation?

23       A.    Well, looking at the HPPLS Laboratory.

24       MR. STERN:  Dave, can I just have a standing

Highly Confidential - William Bithoney, M.D.

1   objection just to the whole line?

2       MR. ROGERS:  Yes, sure, of course, yeah.

3   BY MR. ROGERS:

4       Q.   And, finally, this preparation of final

5   report, et cetera, what did you include in that

6   report?

7       A.   I can't say that I recall.  I've done so

8   much work since then.  I'd have to go back to Corey

9   and see if we could find it.

10      Q.   So, let's close out this invoice, and we

11  will go on to the next one.  Again, this is all

12  part of Exhibit 4.

13      MR. STERN:  Dave, can we go off the record for

14  one more second so I can explain one more thing to

15  you off the record?

16      MR. ROGERS:  Sure, yeah.

17      THE VIDEOGRAPHER:  The time is 3:17 p.m., and

18  we're off the record.

19              (WHEREUPON, discussion was had off

20               the record.)

21      THE VIDEOGRAPHER:  The time is 3:19 p.m., and

22  we're on the record.

23  BY MR. ROGERS:

24      Q.   So, the next document is an invoice from

Highly Confidential - William Bithoney, M.D.

1    July 25, 2020.  And, Doctor, I'll -- you probably

2    remember, but that's the date on -- the date of

3    your reports.

4              So, would this invoice basically

5    describe the amount of time that you spent doing

6    background work and then -- well, let's just go

7    through it.  That's the easiest way to do it.

8              It all relates to the work that you did

9    for preparing these reports for the 14 bellwethers

10   at that time, including the four, right?

11        A.    I believe it did include the four, yes,

12   you're correct.

13        Q.    So, it says here you spent 4 hours doing

14   initial record review.  Was that for all 14?

15        A.    I looked at the sum total of my hours

16   and divided it by 14.

17              I did an initial review based on

18   Dr. Hoffman's work.  Dr. Hoffman, who is not a

19   party to this matter at this point, was the

20   psychologist that we mentioned earlier.

21              So, I generated a report based on

22   Dr. Hoffman's data, and then it turned out that I

23   needed to do the cases all over again using

24   Dr. Krishnan's data.  So, I actually ended up doing

Highly Confidential - William Bithoney, M.D.

1    28 case reports, if you will.

2         Q.    So, you had done reports based upon

3    neuropsychological testing done by Dr. Hoffman?

4         MR. STERN:  Object to form and foundation.

5    BY THE WITNESS:

6         A.    Yes.  And since he wasn't the expert

7    that was being used in the case, I had to do

8    everything again.  So, it doubled the amount of

9    time.

10             And so what I did was I divided the

11   number of hours I spent by the number of cases that

12   I did and came up with the amounts.

13        MR. STERN:  Objection.  I also want to note

14   that Dr. Hoffman never performed any

15   neuropsychological examinations.

16             The reason why we had to switch experts,

17   as I've stated on the record, is because

18   Dr. Hoffman was unable due to COVID to travel to

19   Michigan to do the evaluations in person and I was

20   not comfortable with him doing them any other way.

21   BY MR. ROGERS:

22        Q.    Well, let's just try to get through this

23   exhibit here in terms of what it means in time and

24   actual work that you did.

Highly Confidential - William Bithoney, M.D.

1          You have an entry here of 4 hours for

2    "Initial record review," and you have here at the

3    first sentence, "Please be advised that all

4    billable hours have been divided equally among the

5    14 clients."

6          So, does that mean that the total amount

7    of time that you spent reviewing records for all 14

8    bellwethers was 4 hours?

9    A.    No, they're divided.  They were

10   actually -- I had to do 14 cases and then because

11   Dr. Hoffman wasn't -- wasn't involved, I had to do

12   14 case -- the same 14 cases again.

13   Q.    But wait a second.

14         You described at length and mentioned

15   several times, Doctor, that you received thousands

16   of pages of information and medical records and

17   things that you reviewed.  I understood you to mean

18   for the four bellwether Plaintiffs that we have

19   now.  And here you have an invoice where you say

20   that you spent 4 hours doing initial record review

21   on 14 clients, 14 bellwethers.

22         Is that right?  Is the total amount of

23   time that you spent reviewing records on the 14

24   bellwethers 4 hours?

Highly Confidential - William Bithoney, M.D.

```
1        A.     No.  And this is -- I ended up charging

2    significantly less because I thought the bill was

3    too high.

4              But each case, I reviewed the records

5    initially when Dr. Hoffman was involved and then I

6    had to review it again.  Each case times 14 had

7    many thousands of pages of depositions, lab tests,

8    hospital records, pediatricians reviews, school

9    records, and the like.

10       Q.     What does this 4 hours mean?  You say

11   you did -- you billed 4 hours of initial record

12   review of what?

13       A.     For each -- for each child I discounted

14   it significantly.  I don't remember how much time.

15   But if I were -- if I were to do this again, I'd

16   say for each child I spent 10 hours or 8 hours.  I

17   just felt the bill was getting outrageous and so I

18   discounted it significantly.

19       Q.     So, you discounted it from 140 down to

20   4?

21       MR. STERN:  No.  Objection.  Dave, you're not

22   reading the bill.

23       MR. ROGERS:  I'm trying to figure it out.

24       MR. STERN:  14.5 hours per case.  That's one
```

Highly Confidential - William Bithoney, M.D.

 1    case times 14 cases.

 2         MR. ROGERS:  No.

 3         MR. STERN:  Yes.

 4         MR. ROGERS:  Listen, listen, Corey, let me ask

 5    the questions and we'll get through this faster.

 6    BY MR. ROGERS:

 7         Q.    You say here, Doctor, 4 hours, "Initial

 8    record review," and then you have a bunch of other

 9    entries for different work that you did that gets

10    down to, you know, some amount.

11              Was the 4 hours "Initial record review,"

12    was that the total for the 14 or did you spend 4

13    hours per Plaintiff?

14         A.    Four hours per Plaintiff and we did --

15    we had to do 28, do it 28 times.

16         Q.    Okay.

17         A.    Because --

18         Q.    That's all I'm trying to figure out.

19              So, your testimony is that this entry

20    means that you spent 4 hours reviewing each

21    individual bellwether Plaintiff's records, right?

22         A.    And it's heavily discounted because I

23    thought the bill was too high.

24         Q.    Okay.  And the next item here is 1.5

Highly Confidential - William Bithoney, M.D.

```
 1   hours, "Telemedicine conference with parents or

 2   guardians."

 3            That means, correct me if I'm wrong,

 4   that you spent one and a half hours what you billed

 5   for approximately for each Plaintiff that you

 6   interviewed parents, right?

 7        A.    Yes.

 8        Q.    And then the next one is 1.5 hours,

 9   "Original research," et cetera, et cetera, on a

10   bunch of things.  That's 1.5 hours per Plaintiff,

11   right?

12        A.    Yes, sir.

13        Q.    Thank you.  Okay.  And the next one, 2.5

14   hours, "Preparation of report including information

15   from Dr. Hoffman."  That's 2.5 hours per Plaintiff,

16   right?

17        A.    Yes, sir.

18        Q.    And then 4 hours, "Additional record

19   review concerning Dr. Krishnan's report,"

20   et cetera, et cetera.  That's 4 hours per

21   Plaintiff, right?

22        A.    Yes.

23        Q.    I got you.  So, basically to do your

24   records review and conduct the interviews and
```

Highly Confidential - William Bithoney, M.D.

1   everything and then getting through the report, you

2   spent a total of 14-1/2 hours per Plaintiff, at

3   least that's what you billed for?

4       A.    Yes.  And, as I say, I heavily

5   discounted.  I'd say it probably took me an

6   additional 30 hours.

7       Q.    So, when you did your preparation of

8   your original report, including information from

9   Dr. Hoffman, what was the information from

10  Dr. Hoffman that you included?

11      MR. STERN:  Objection; foundation.  I'm not

12  going to instruct him not to answer, but I think

13  this is out of bounds.

14  BY THE WITNESS:

15      A.    As I sit here, I don't know exactly what

16  was in each of Dr. Hoffman's report.  If it's -- if

17  it's salient and relevant, I'm sure that Corey can

18  provide it.

19  BY MR. ROGERS:

20      Q.    Well, we'll see about that.  I don't

21  know.

22      A.    I did review Dr. Hoffman's reports, and

23  that's why I did all 14 cases once and then because

24  Dr. Krishnan was hired, I had to do all 14 cases

Highly Confidential - William Bithoney, M.D.

1    once again.  So, that's why the bill is so large.

2    So, I did 28 times -- 28 cases, if you will, even

3    though there were only 14 children.

4         Q.    I got you.  And goes your memory square

5    with Mr. Stern's report earlier that you don't or

6    do you remember whether or not the information that

7    you received from Dr. Hoffman included

8    neuropsychological testing?

9         MR. STERN:  Same objection.  Hoping to just

10    have a standing objection about anything to do with

11    Dr. Hoffman.

12         MR. ROGERS:  Sure, yeah.

13    BY THE WITNESS:

14         A.    Well, he is not a neuropsychologist, so

15    the testing that he did was different, very

16    different than what Dr. Krishnan did.

17              So, the reports had to be entirely

18    redone based on Dr. Krishnan's report, which is

19    largely based on neuropsychology as opposed to

20    developmental and behavioral psychology, which is

21    what Dr. Hoffman is.

22              So, everything -- all the analyses had

23    to be redone because I was working with completely

24    different data and completely different testing

Highly Confidential - William Bithoney, M.D.

1   based on neuropsychology as opposed to psychology.

2   BY MR. ROGERS:

3        Q.     So, in this case you prepared an

4   original report for all 14 bellwethers including

5   these four with information provided by Dr. Hoffman

6   about neurological and neurobehavioral evaluations

7   that he did on the Plaintiffs, right?

8        MR. STERN:  Objection; form.  He never met

9   with the Plaintiffs.

10  BY THE WITNESS:

11       A.     Yes, I think so.  I think I did 14 cases

12  with Hoffman and then I was asked to redo

13  everything.

14  BY MR. ROGERS:

15       Q.     Let's go to the next invoice here, which

16  is another one.  It looks like it was issued on the

17  same date, July 25.

18            Sorry.  I get less adept at scrolling

19  through records as the day goes on.  Sorry for the

20  little delay, but -- okay.

21            So, there seems to be -- tell me what

22  this invoice is about because now it seems to be a

23  bill for the four bellwether clients versus --

24       A.    I think it's -- I think it's a breakdown

Highly Confidential - William Bithoney, M.D.

```
 1    of what was done for the bellwether clients.

 2              I know that -- I don't believe that I

 3    was paid any of this amount.  I believe the whole

 4    bill was 161,000, which seemed like a lot.  I think

 5    this was just --

 6        Q.    I see.

 7        A.    -- breaking it down for the four

 8    bellwethers although --

 9        Q.    I see.

10        A.    Well, I think that's what I believe.

11        Q.    Yeah.  I see.  So, you -- at some point

12    in time were you asked to provide a separate

13    invoice for, you know, an estimate of the amount of

14    time you spent on the four as opposed to the 14, is

15    that right, what this is?

16        A.    That's my -- that's my understanding.

17    It's been a few months.

18        Q.    Okay.  So, this one would have been

19    generated at some point in time after the original

20    one was generated because it relates to just the

21    four, not the 14, right?

22        A.    Well, I mean, it was relatively

23    contemporaneous.

24        Q.    Yeah.  We went through a process whereby
```

Highly Confidential - William Bithoney, M.D.

```
 1   we reduced the bellwether Plaintiffs down from 14

 2   to four.  So, okay.  So, let me just take a little

 3   look.

 4        A.    For instance, the billing date is the

 5   date that I did the work, if you will, or when I

 6   submitted the larger bill.  This is a subset of a

 7   larger bill for the four cases, not for the 14.

 8        Q.    But was this work, the 7 hours total

 9   here or 7.5, was this additional work?

10        A.    I don't believe so.

11        Q.    Additional time spent?

12        A.    No.  I think this is a subset of the

13   other bill.

14        Q.    Because the other ones you said that,

15   just to go back to it, you said that, you know, you

16   spent here a total of 14 hours per case and you

17   said that was 14 hours per -- oh, I see.  I think I

18   know what you did.

19              What you did is you divided it in half

20   because of the fact that you did reports twice,

21   right?

22        A.    Correct.  That's why it says 7 hours or

23   something for the four bellwether cases because I

24   was asked to separate that out.
```

Highly Confidential - William Bithoney, M.D.

1           So, the invoice date is the 25th of

2   July because that was when the larger invoice was

3   submitted, but when I was asked to break it down to

4   the four bellwether cases and the actual reports

5   that you see in front of you.

6        Q.    I gotcha.  So, 14 -- yeah, 14 divided

7   by -- 14.5 divided by 2 is 7.25.  Okay.  I got it.

8           All right.  Let's go to the final

9   invoice here.  This is from August 23, 2017.  This

10  looks like another copy of the previous one.

11          Is that just a -- oh, I see.  It

12  actually describes the Plaintiffs here, client

13  assessments.

14          Does this relate to the seven people --

15  no.  This is an additional one.

16          Well, you tell me.  I'm sorry.  I am

17  doing too much talking.

18          What is this?

19       A.    I'm sorry to not be fast on the draw

20  with these.  It's been a long time.  I'm having

21  trouble -- I'm trying to scroll, but I realize it's

22  on your computer.

23       Q.    Right.  You tell me what you want to do.

24  I'm trying to show you as much as I can here.

Highly Confidential - William Bithoney, M.D.

```
 1   So...

 2      A.    I'm not sure if it's the same.  I forget

 3   how much the invoice was for the 2017 when we

 4   originally looked at it.  It could well be the

 5   same.

 6      Q.    So, it reflects work that you did by

 7   actually going to Flint and conducting some

 8   examinations of these individuals that are listed

 9   at the top here, right?

10      A.    Well, we did do that in 2017 as we

11   discussed, yes.

12      Q.    And none of them are any of the four

13   bellwethers in this case or that we're down to now,

14   right?

15      A.    That is true.  None of these cases had

16   anything to do with the four bellwethers.

17      Q.    Okay.  So, I'm going back to the

18   original one.

19            And this one actually relates to a

20   different -- different work that you did because it

21   relates to work that was done in July for seven

22   clients, not six like the other ones.  So that's

23   different, right?

24      A.    I believe so.
```

Highly Confidential - William Bithoney, M.D.

1    Q.    So, what we haven't seen so far are the

2    invoices for the work that you did that we talked

3    about very, very early on in the deposition today

4    when you visited Flint in 2015 and had the meeting

5    at the school with a bunch of folks.

6           So, so far we don't have that invoice,

7    right?

8       MR. ROGERS:  I guess that's to you, Corey,

9    really.  Was that --

10      MR. STERN:  It's a 2015 invoice and we're

11   remote and it's not as accessible online.  So my

12   office has been trying to get it.

13      MR. ROGERS:  Okay.  So, we'll hope that that

14   surfaces at some point between now and the next

15   round here.

16           Okay.  Let's see where we go next.

17   BY MR. ROGERS:

18      Q.    I have a lot of questions, Doctor, about

19   various things that are in your reports, and let's

20   go through them in alphabetical order starting with

21   EPPI SPPI    .  And this might get a little tedious

22   at times, but it's just important to make sure that

23   I understand what these reports mean or don't mean.

24           And, Doctor, I think, frankly, a lot of

Highly Confidential - William Bithoney, M.D.

 1   these questions, since they are kind of the same

 2   for each Plaintiff, would be the same.  So, I'm

 3   thinking of ways to shorten it up, but we'll just

 4   have to see how it goes.

 5            Let's -- I'll open up the S███PPI███report

 6   so you see it on the screen as well as you having a

 7   copy in front of you in paper form.  All right.

 8   So, this is Exhibit 5.

 9            My first question is, with respect to

10   your original entry here about the records that

11   you've reviewed, you have a list of 1 through 8.  I

12   think you told me.

13            My question is whether you reviewed

14   anything else, and I think you told me that you had

15   reviewed the rough transcripts of the depositions

16   of Dr. Krishnan and Dr. Specht; and you also told

17   me about having reviewed the literature, scientific

18   literature and list of references that you provided

19   plus the three things or so that you talked about

20   that you reviewed last night.

21            Other than those things, is there

22   anything else that you've reviewed for E██PPI

23   S██PPI███ case that just --

24        A.   Just want to be sure the timeline.  I

Highly Confidential - William Bithoney, M.D.

1  reviewed the depositions recently, not --

2      Q.    Yeah.

3      A.    -- in preparation for this case.  I just

4  want to be sure I understood.  But there is nothing

5  else that I can recall.

6      Q.    At the time that you wrote the report,

7  this list 1 through 8, is that a complete list of

8  the materials that you had reviewed so as to write

9  the report?

10      A.    Well, I should have expanded Item 5 so

11  that there would be nine items because bone scan is

12  obviously different than blood level.  So, that's

13  an error on my part.  It should be two separate

14  items.

15      Q.    Gotcha.  So, bone lead scans and blood

16  lead level.  Well, actually --

17      A.    Yeah.

18      Q.    Well, actually you have "Blood lead

19  level capillary," and then you have, "Bone scan."

20  So, it looks like it's correct.

21      A.    It's an error.  It's an error.  So, we

22  should have gotten rid of blood lead level then on

23  5.  I just see that it's repeated there.

24      Q.    All right.  Thanks.

Highly Confidential - William Bithoney, M.D.

```
 1              On page 2 of the report you say here
 2    this section that I will just highlight for you
 3    quickly about E▓PPI▓ S▓PPI▓
 4              "Medically E▓PPI▓ is a well child."
 5              What basically did you mean that?
 6         A.   Well, it's a child who is growing and
 7    developing physically well, and that's a relatively
 8    standard definition of a well child.  Even though
 9    he has bronchitis or conjunctivis or asthma, those
10    are what I call the usual array of childhood
11    illnesses, coughs and colds, otitis media.
12         Q.   Yeah.  You say here what I'll highlight
13    in this next paragraph.
14              He "has no chronic medical illnesses
15    except for skin rashes which seem to improve but
16    recur despite the use of hydrating creams and
17    ointments."
18              Does this mean that he's had rashes,
19    skin rashes, both before and after April 2014?
20         A.   I'm not sure what -- if it means that.
21    We brought up -- in an hour-and-a-half discussion
22    with mother we discussed his skin rashes.  Months
23    later, I don't remember exactly when each rash was.
24         Q.   So, you say -- in this section here you
```

Highly Confidential - William Bithoney, M.D.

1  have a family history.  Then I want to ask you

2  about this one.

3              Oops.  That's not right.

4              "Social history showed that E███ PPI

5  parents are both in their early 30s and healthy.

6  Sees his father," et cetera.  You describe what the

7  father does.  You describe what the mom does,

8  et cetera.

9              Why is this important information to

10 obtain for you about their social history and

11 information about the parents' livelihood and

12 education?

13      A.    It's standard operating procedure for

14 any physical exam or evaluation of any child.

15             For instance, if the -- but in this

16 case, for instance, if the father had exposure to

17 lead, if he worked in a factory where there was

18 lead exposure, that kind of thing.

19             But it's routinely done for any and all

20 children that a pediatrician would see.  You want

21 to know about how the child lives, what kind of

22 environment he's embedded in, and if there are any

23 problems in terms of his social environment.

24      Q.    I'm going to show you the other reports

Highly Confidential - William Bithoney, M.D.

1   later, but I noted when I was looking at them

2   carefully that you did not include in your reports

3   any information of this type for the other

4   bellwether Plaintiffs.

5          Is there any reason why?

6      A.   Not offhand.  I can't think of any

7   reason why.

8      Q.   Is the social history of the type that

9   you're describing here, that is, the type of

10  employment that the parents have, the level of

11  education that the parents have, important in any

12  way to determining the likely future potential of

13  the children to engage in any type of employment or

14  educational prospects?

15     A.   Well, for instance, parents who have --

16  who have a lot of education usually are able to

17  afford their children better access to education at

18  better schools.  They typically provide more

19  stimulating environments.  So, we do like to ask

20  about that kind of thing.

21     Q.   And at least part of what you were doing

22  in some of your opinions and conclusions or

23  analysis was to make comments about what the future

24  holds for these kids, right?

Highly Confidential - William Bithoney, M.D.

1        A.     I'm not sure.  Can you show me where --

2   what you're referring to in the report?

3        Q.     Yeah.  In terms of you provide in your

4   opinion sections comments about the potential

5   for -- well, we'll get to it.  Why don't we do

6   that.  Let's wait till we get there.  So, we'll get

7   there.

8        A.     I know what you're referring to now.

9        Q.     Okay.  Well, then, what is your answer,

10  then?

11       A.     Well, I was looking at Dr. Krishnan's

12  report describing the likelihood of the children

13  requiring individualized educational plans and

14  whether or not they'd graduate from high school and

15  whether or not they'd be able to graduate from

16  college or graduate school based on the

17  developmental testing and the deficits that she

18  describes therein.

19       Q.     Did you make an independent assessment

20  apart from Dr. Krishnan about their potential to

21  graduate from high school or college and what

22  employment they could achieve?

23       A.     I'm going to say no.

24       Q.     Is that true with respect to all of the

Highly Confidential - William Bithoney, M.D.

1    children, the four that we have here?

2         A.    That's correct.

3         Q.    There is an example of where I didn't

4    say "Correct" but you said "That's correct" in the

5    answer so we got it right that time I guess.

6              On page -- I think we covered a lot of

7    these, but on page 3 -- I'm going to highlight it

8    for you.  It has to do with the issue of the

9    service lines and replacement of service lines.

10             In 2016 she reported that a black truck

11   pulled into the driveway, began digging in order to

12   replace what the workmen said was a lead pipe.  She

13   didn't actually witness them replacing the pipe.

14   Another company came and they dug up the water

15   lines again replacing them for a second time,

16   et cetera, et cetera and so on.

17             Did you receive any additional

18   information besides what Mrs. Wheeler reported to

19   you about whether or not in fact the service line

20   that was dug up was comprised or made of lead?

21        A.    I did not receive any other information

22   about that particular service line.

23        Q.    Next one is on page 4.  I'll highlight

24   it for you here.

Highly Confidential - William Bithoney, M.D.

```
1              It says -- I'll scroll up so you can see

2    the whole paragraph, but you're talking about the

3    Virginia Tech study from Dr. Edwards and so on and

4    the different homes that were evaluated.

5              You say in the last couple of sentences,

6    "Of interest and importance is the fact that each

7    parent I spoke with reported that the water in

8    their homes in 2014 and 2015 was malodorous and/or

9    discolored.  This suggests but does not prove that

10   their water was lead tainted as well as placing

11   these particular, quote, 'bellwether' case children

12   potentially at even higher risk than other children

13   in Flint."

14             So, my first question is:  Why?  That

15   is, can you explain why the fact that the parents

16   are reporting that the water was malodorous and

17   discolored suggests that the water had lead in it?

18        A.    Well, we were talking about

19   chlorination, for instance, in a swimming pool or

20   why we chlorinate our water to prevent bacterial

21   infections, and that's why water treatment programs

22   chlorinate the water.

23             We learned when the Flint water system

24   stopped producing -- stopped adding
```

Highly Confidential - William Bithoney, M.D.

 1   organophosphates that chlorine levels also dropped,

 2   and that could contribute to the malodorousness.

 3   And it indicated to me that, although it was not

 4   proof, that the water was affected by the lack of

 5   organophosphates coating the pipes.

 6       Q.   But whether or not the -- the fact that

 7   there -- lead in the water does not result -- does

 8   not result in the water being malodorous or

 9   discolored, right?

10       A.   That's correct.  I was referring to the

11   fact that the chlorination could have -- lack of

12   chlorination could have caused it.

13       Q.   So, the lack of chlorination would cause

14   the water to smell bad and be discolored, not the

15   fact that there potentially was lead in it, right?

16       A.   Well, it shows that the organophosphates

17   weren't working and so that suggests that lead

18   might -- would be leaching from the pipes where the

19   organophosphates weren't working because they

20   weren't present anymore, and that's why the

21   chlorine levels fell and that's why the lead levels

22   in the water went up.

23       Q.   Okay.  Bottom of page 4 here.  I think I

24   asked you about this before.  Just to make sure we

1    cover it.

2              And I'm going to ask you the question

3    for -- just to go back to this one, the smelly

4    water and it being discolored.

5              The answer that you provided to me in

6    explaining why that was significant to you and

7    suggested that there was lead in the water, that

8    applies to all four of the bellwether Plaintiffs,

9    right?

10       A.    I believe all of them reported

11   malodorous, discolored water, but I'm not sure that

12   all four of them did as we sit here.  It would be

13   in each of the reports, though.

14       Q.    All right.  And if it was in each of the

15   reports, the importance or significance of it would

16   be the same as you just described, right?

17       A.    Yes.

18       Q.    Okay.  The next paragraph here is you're

19   describing the FAST pipe replacement program,

20   service lines, et cetera, et cetera.  And we talked

21   about this before.

22              The source of this information that you

23   are reporting is this reference to the MLive news

24   report that was cited here after that paragraph,

Highly Confidential - William Bithoney, M.D.

```
 1   right?

 2        A.    Yes, that's the reference that I

 3   employed.

 4        Q.    So, just to close this out, then.  I

 5   don't mean to repeat things, but just to make sure.

 6              The -- you don't know what the -- if

 7   the -- strike that.

 8              If the four bellwether homes, if the

 9   residences of the homes in which the bellwether

10   Plaintiffs lived were inspected and excavated for

11   purposes of determining what the composition of the

12   service lines were during the FAST Start program,

13   you don't know what the results of those

14   inspections or examinations were with respect to

15   the issue of the composition of the service lines,

16   am I right?

17        MR. STERN:  Stern.  Object to the form.

18   BY THE WITNESS:

19        A.    The whole system was tainted.

20   BY MR. ROGERS:

21        Q.    I know -- no.

22        A.    It wasn't just the service lines to

23   their homes.

24        Q.    No, no.  I know -- please, Doctor, I
```

Highly Confidential - William Bithoney, M.D.

```
1    know.  You've said that a few times, but I would

2    ask that you just focus on my question.  Okay?

3         A.    Okay.

4         Q.    Is it a correct statement that to the

5    extent that as part of the FAST Start program the

6    service lines that led to the -- any of the

7    residences that the four bellwethers lived in, if

8    the pipes were excavated, you don't know what that

9    excavation revealed about the composition of those

10   service lines, right?

11        A.    Yes.

12        Q.    Thank you.

13              Okay.  Here's -- I think we covered

14   this, but this is the description of the bone lead

15   scans and the reference source that you described

16   about another population.  Just to confirm again.

17              The information that you had and relied

18   upon for assessing what the bone lead measurement

19   meant in terms of comparisons with other

20   populations, this is the McNeill study that you

21   referred me to earlier, right?

22        A.    That's it, yes.

23        Q.    And that's the sole source of that

24   information that you have and relied upon, right?
```

Highly Confidential - William Bithoney, M.D.

1    A.    That's the population-based study --

2    Q.    Okay.  You keep --

3    A.    -- that we were assessing.

4    Q.    Yeah, you say -- the fact that you said

5    that leads me to want to make sure I ask the

6    question.  And, that is, are there other sources of

7    information that you relied on besides

8    population-based studies?

9    A.    Well, all the information that I relied

10   upon we've discussed as far as I know.

11         The population-based study in Toronto

12   showed that the average child in Toronto had a lead

13   level of 0.5 micrograms per gram of bone.  We've

14   been over that, but that's all I'm saying.

15   Q.    Okay.  I'll highlight this next

16   paragraph to focus us on it, if I can.

17         "Levels of greater than 10 micrograms

18   per gram of bone mineral indicate persistent

19   ongoing exposure."

20         Where did you derive that language from?

21   A.    Discussions and reading Dr. -- maybe not

22   discussions.  Reading Dr. Specht's report.  Not

23   discussions.  Reports mention that.

24   Q.    Right.  And then "Bone lead levels

Highly Confidential - William Bithoney, M.D.

1   greater than 20 micrograms per gram of bone mineral

2   indicate intense exposure."

3           Where did that come from, same source?

4       A.    Yes, Dr. Specht's reports contain that

5   verbiage.

6       Q.    Did you note that when you read the

7   rough draft of his deposition transcript that he

8   withdrew those references and said that they were

9   incorrectly included in his bone scan reports?

10      A.    I saw that.  I'm not an expert in his

11  work.  So, I believed his work when he sent me

12  those reports and I used his reports, and I did see

13  that he withdrew that when I read his -- when I

14  read his deposition over the last couple of days.

15  I don't know exactly when I read it.

16      Q.    Right.  So, you also withdraw these two

17  statements, then, since it's based on what he said

18  and not any independent evaluation of your own,

19  right?

20      A.    Yes.  If Dr. Specht has withdrawn that,

21  I withdraw it because I relied upon him.

22      Q.    And you talk about "E▮PPI▮ level of 6.72

23  micrograms per gram of bone mineral is consistent

24  with a history of past chronic exposure to blood

Highly Confidential - William Bithoney, M.D.

```
 1    lead in my opinion."

 2              What is that based on?  I think you've

 3    described it before, but just to be sure, tell me

 4    about that.

 5         A.    Well, I tried -- like to be telegraphic

 6    since we have described it before.

 7              This is a lot of lead for a child to

 8    have in his bones.  It indicates that there's clear

 9    exposure in the past given the timelines that we've

10    discussed.  And as we said before, I have no

11    information as to other sources even though I

12    attempted to find them.

13         Q.    And then you go on to say, "The basis of

14    this opinion is the fact that E███ drank leaded

15    water from the Flint River in 2014 and '15."

16              That's the only source of the lead that

17    you believe resulted in him having that level of

18    lead in his bones during the entire course of his

19    life, is that right?

20         A.    That's the only source I was able to

21    identify.

22              You know, I've done a lot of evaluation

23    of the epidemiology of lead in a family's home and

24    so we typically ask about lead paint and soil and
```

Highly Confidential - William Bithoney, M.D.

1    all that, the age of housing.  We did all that.

2            These reports could be, instead of 14

3    pages, they could be 50 pages if we got into all

4    that.

5            But I assure you that we did look for

6    other sources in the parental interview.  Didn't

7    find that.  Didn't find anything in the

8    depositions.  Didn't find anything, any other

9    source other than the lead in the water.

10       Q.    Well, on that subject matter, if you

11   have lead paint, you have -- in a home -- you have

12   paint chips, you have lead in dust and you have

13   lead in soil, isn't it possible that the lead can

14   get into the kids' bodies without the parents

15   having reported that they actually observed them

16   eating dirt or eating dust or eating paint chips?

17       MR. STERN:  Object to form and foundation.

18   BY THE WITNESS:

19       A.    You're asking about a possibility,

20   Attorney Rogers?

21   BY MR. ROGERS:

22       Q.    Well, I'm asking you the question I

23   asked you.

24       A.    Well, you used the word "possible" and

Highly Confidential - William Bithoney, M.D.

1    the answer is yes, it's possible.

2         Q.    Is it plausible?

3         MR. STERN:  Object to form.

4    BY THE WITNESS:

5         A.    It's plausible that if there is lead

6    paint in an apartment and that's documented, that

7    that would contribute to a child's lead poisoning.

8    BY MR. ROGERS:

9         Q.    Same with dust?

10        A.    If there's leaded dust in a child's

11   apartment, that would contribute to lead poisoning.

12        Q.    Same with lead in soil?

13        A.    If a child is playing in soil that's

14   determined to be leaded, that can result in

15   elevated lead levels as well.

16        Q.    What is the mechanism by which lead in

17   the soil can get into the home and also cause

18   exposure from it being brought into the home?

19        A.    Well, there's a variability associated

20   with wind currents, et cetera.  For instance, so

21   first floor houses -- sorry.  If an apartment lives

22   in -- a child -- I'm sorry.  I'm getting a little

23   fatigued.  Please excuse me.  My voice is failing

24   me.

Highly Confidential - William Bithoney, M.D.

```
1         Q.    Yeah, why don't we -- let's -- why don't
2    you answer this question, and we can take a break
3    and then we'll continue on to 5:00 if that's okay
4    with you.  I'm getting a little fatigued myself.
5              So, why don't you go ahead and answer
6    that question, and we'll take a break.
7         A.    Well, first floor apartments have more
8    access to leaded soil, for instance, when the wind
9    blows.  So, that's one issue.
10             If children are playing in a yard that
11   doesn't have grass, that results in exposure.  Like
12   if you have bare surfaces, that results in
13   increased exposure.
14             Lack of parental cleanliness when the
15   dust and -- dust and soil get into the house can be
16   a problem.  The way the parents clean the house,
17   not using the appropriate detergents, et cetera.
18             But it's more just the ways you could
19   imagine that dust would physically get into a home.
20   It has a nasty way of getting in, as you well know.
21        MR. ROGERS:  Okay.  So, it's -- before we go
22   off the record, it's 4:00.  I wouldn't mind
23   continuing and we'll go to 5:00.  We are definitely
24   not going to finish.
```

Highly Confidential - William Bithoney, M.D.

```
1              If your preference, Doctor, is to stop,

2    I'm happy to do that.  I do have a hard stop at

3    5:00.  Whatever you'd like to do.

4              I can pretty much guarantee you that the

5    next round, at least from my perspective, you know,

6    I can finish way -- you know, definitely before

7    lunchtime.  But I leave it up to you since we have

8    to do another day.

9              What's your preference?  I don't care.

10      MR. STERN:  Can I talk to Dr. Bithoney during

11    the break and then let you know?

12      MR. ROGERS:  Yeah, that's fine, sure.  That's

13    fine.

14      THE VIDEOGRAPHER:  The time is 4:00 p.m., and

15    we're off the record.

16                (WHEREUPON, discussion was had off

17                 the record and a recess was had

18                 from 4:00 to 4:05 p.m.)

19                (WHEREUPON, at 4:05 p.m. the

20                 videotaped remote deposition of

21                 WILLIAM G. BITHONEY, M.D. was

22                 adjourned, to be reconvened at

23                 9:00 a.m., on November 17, 2020.)

24
```

Highly Confidential - William Bithoney, M.D.

1
        I, CORINNE T. MARUT, C.S.R. No. 84-1968,
2   Registered Professional Reporter and Certified
    Shorthand Reporter, do hereby certify:
3            That previous to the commencement of the
    examination of the witness, the witness was duly
4   sworn to testify the whole truth concerning the
    matters herein;
5            That the foregoing deposition transcript
    was reported stenographically by me, was thereafter
6   reduced to typewriting under my personal direction
    and constitutes a true record of the testimony
7   given and the proceedings had;
             That the said deposition was taken
8   before me at the time and place specified;
             That the reading and signing by the
9   witness of the deposition transcript was agreed
    upon as stated herein;
10           That I am not a relative or employee or
    attorney or counsel, nor a relative or employee of
11  such attorney or counsel for any of the parties
    hereto, nor interested directly or indirectly in
12  the outcome of this action.
13

14           CORINNE T. MARUT, Certified Reporter
15
             (The foregoing certification of this
16  transcript does not apply to any
    reproduction of the same by any means, unless under
17  the direct control and/or supervision of the
    certifying reporter.)
18
19
20
21
22
23
24

Highly Confidential - William Bithoney, M.D.

```
 1                    INSTRUCTIONS TO WITNESS

 2

 3               Please read your deposition over

 4    carefully and make any necessary corrections.  You

 5    should state the reason in the appropriate space on

 6    the errata sheet for any corrections that are made.

 7                    After doing so, please sign the errata

 8    sheet and date it.

 9                    You are signing same subject to the

10    changes you have noted on the errata sheet, which

11    will be attached to your deposition.

12                    It is imperative that you return the

13    original errata sheet to the deposing attorney

14    within thirty (30) days of receipt of the

15    deposition transcript by you.  If you fail to do

16    so, the deposition transcript may be deemed to be

17    accurate and may be used in court.

18

19

20

21

22

23

24
```

Highly Confidential - William Bithoney, M.D.

```
 1                   -  -  -  -  -  -

                     E  R  R  A  T  A

 2                   -  -  -  -  -  -

 3

 4    PAGE   LINE   CHANGE

 5    ____   ____   _____

 6                  REASON: _____

 7    ____   ____   _____

 8                  REASON: _____

 9    ____   ____   _____

10                  REASON: _____

11    ____   ____   _____

12                  REASON: _____

13    ____   ____   _____

14                  REASON: _____

15    ____   ____   _____

16                  REASON: _____

17    ____   ____   _____

18                  REASON: _____

19    ____   ____   _____

20                  REASON: _____

21    ____   ____   _____

22                  REASON: _____

23    ____   ____   _____

24                  REASON: _____.
```

Highly Confidential - William Bithoney, M.D.

```
 1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MICHIGAN
 2                   SOUTHERN DIVISION

 3

 4     ------------------------    )
                                   ) Civil Action No.
 5                                 ) 5:16-cv-10444-
     In re:  Flint Water Cases     ) JEL-MKM
 6                                 ) (consolidated)
                                   )
 7     ------------------------    ) Hon. Judith E. Levy
                                   ) Mag. Mona K. Majzoub
 8   Elnora Carthan, et al. v.     )
     Governor Rick Snyder, et al. ) Civil Action No.
 9                                 ) 5:16-cv-10444-JEL-
       ------------------------    ) MKM
10
                        AFFIDAVIT
11

             I, WILLIAM BITHONEY, M.D., the
12   undersigned affiant, being first duly sworn, on
     oath say that the testimony given at my deposition
13   at the time and place aforesaid is the truth, the
     whole truth, and nothing but the truth, and that I
14   have read the foregoing transcript consisting of
     Pages 1 to 286 inclusive, and do subscribe and make
15   oath that the same is a true, correct, and complete
     transcript of my deposition so given as aforesaid,
16   and includes changes, if any, so made by me.
17             FURTHER AFFIANT SAITH NAUGHT.
18

                    _____
19
                    AFFIANT, WILLIAM BITHONEY, M.D.
20
21   SUBSCRIBED AND SWORN TO before me
22   this     day of      , A.D. 20 .
23   _____
24   Notary Public
```

Highly Confidential - William Bithoney, M.D.

1                          LAWYER'S NOTES

2    PAGE  LINE

3    _____ _____  _____

4    _____ _____  _____

5    _____ _____  _____

6    _____ _____  _____

7    _____ _____  _____

8    _____ _____  _____

9    _____ _____  _____

10   _____ _____  _____

11   _____ _____  _____

12   _____ _____  _____

13   _____ _____  _____

14   _____ _____  _____

15   _____ _____  _____

16   _____ _____  _____

17   _____ _____  _____

18   _____ _____  _____

19   _____ _____  _____

20   _____ _____  _____

21   _____ _____  _____

22   _____ _____  _____

23   _____ _____  _____

24   _____ _____  _____