# Exhibit 6



**Response to Request for Information**
for Potential Operators of the
Detroit Water and Sewage Disposal Systems
for the Detroit Water and Sewerage Department

VEOLIA
WATER

CONFIDENTIAL                                                                 VWNAOS248032



**Submitted to:**



# Response to Request for Information

## for Potential Operators
of the
## Detroit Water and Sewage Disposal Systems
for the
## Detroit Water and Sewerage Department

April 7, 2014
(e-mail submittal)

The information contained on each page of this document which has been stamped with the legend "Company Confidential - Trade Secret and Proprietary Information – Veolia Water" is confidential and proprietary information which constitutes a trade secret of Veolia Water North America Operating Services, LLC and Veolia Water North America - Central, LLC (Veolia Water). Veolia Water asserts a business confidentiality claim covering all data and information contained on each page of this document bearing this legend.  No such data and information shall be disclosed outside of the agency to which this document has been submitted or be duplicated, used or disclosed, in whole or in part, for any purpose other than to evaluate this document.



**Team Member/Responder:**
**Veolia Water North America**
**Operating Services, LLC**

CONFIDENTIAL                                                            VWNAOS248033



April 7, 2014
(e-mail submittal)

Miller Buckfire & Co., LLC
c/o Kevin Haggard
601 Lexington Ave., 22nd Floor
New York, New York 10022

(Via Email: kevin.haggard@millerbuckfire.com and brianlsedlak@jonesday.com)

Subject:   **Response to Request for Information for Potential Operators of the
Detroit Water & Sewage Disposal Systems for the Detroit Water & Sewerage Department**

Dear Sirs:

In response to your request on behalf of the Emergency Manager (EM) for the City of Detroit, Veolia Water North America Operating Services, LLC (Veolia Water), is pleased to provide this submittal that outlines the unique combination of expertise, resources and experience that we offer for this critical program.

Veolia Water, as the largest and most successful O&M provider in North America, looks forward to working with you and carefully selected financial partners to shape a solution that is customized to Detroit. We will share the benefits of our P3 successes with communities such as Milwaukee, Indianapolis, New York City, Buffalo, Pittsburgh and, internationally, Berlin, Shanghai and Winnipeg, where we partnered with cities to address operational and financial challenges.

Veolia Water's point of contact for this procurement process will remain:

Mr. Francis Crehan, Vice President
Veolia Water North America Operating Services, LLC
101 West Washington Street, Suite 1400 East, Indianapolis, Indiana 46204

Telephone: 317/917-3718 - Fax: 317/917-3718 - Email: frank.crehan@veolia.com

I invite you to contact us with any questions you may have regarding this submittal and/or if you need any additional information.

Sincerely yours,

John M. Wood
Vice President
Veolia Water North America Operating Services, LLC

Attachment:

- Certificate of Secretary (signature authority)

CONFIDENTIAL                                    VWNAOS248034

CERTIFICATE OF ASSISTANT SECRETARY

OF

**VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC**

The undersigned, Kathleen Lynch, Assistant Secretary of Veolia Water North America Operating Services, LLC, a Delaware limited liability company (the "Company"), does hereby certify that John M. Wood is the duly elected and acting Vice President of the Company and in such capacity is authorized to execute contracts and make commitments with regard to the following project:

**OPERATION OF THE DETROIT WATER AND SEWAGE DISPOSAL SYSTEMS FOR THE CITY OF DETROIT WATER AND SEWERAGE DEPARTMENT**

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Company this 31st day of March, 2014.

Kathleen Lynch, Assistant Secretary

SEAL

VWNAOS248035



# Table of Contents



VWNAOS248036

## Table of Contents

Page No.

**Veolia Water Response to Request for Information**

Cover
Item 1 - Cover/Title Page
  - Identification of Team Member (Veolia Water North America Operating Services, LLC)
Item 2 - Cover Letter
  - Contact Person and Title & Organization Profile
   - Attachment - Signature Authority – Certificate of Secretary
Item 3 - Table of Contents

**Executive Summary (Item 4)**

Veolia Water has helped similar-size utilities ............................................................. 1
Veolia Water brings the capability to implement big transactions ........................... 2
Veolia Water is uniquely positioned to best serve Detroit ........................................ 3
Veolia Water's diverse team of big-project experts can make it happen................... 5
Veolia Water's approach is flexible to craft a successful transaction ...................... 6
Conclusion.................................................................................................................. 7

**Section 1 – Item 5 – Responder Information**

Introduction................................................................................................................ 1-1
I – Description of Prospective Responder ................................................................. 1-2
    Potential Partners ............................................................................................ 1-4
    Project Governance ........................................................................................ 1-5
      - Figure 1-1. Project Structure (simplified) Proposal Partnership................ 1-5
II – Proposed Structure/Financial Terms of Bid........................................................ 1-6
    Overview ......................................................................................................... 1-6
    Structure ......................................................................................................... 1-6
    Valuation Approaches ..................................................................................... 1-8
    Potential Partners ........................................................................................... 1-8
III – Role of Team Members and Key Personnel....................................................... 1-9
     - Figure 1-2. Project Structure (simplified) Veolia Water Team for the DWSD .......... 1-9
    Project Management ....................................................................................... 1-11
    Key Resources ............................................................................................... 1-11
     - Table 1-1. Veolia Water's diverse team of big-project experts .................. 1-12
IV – Responder ......................................................................................................... 1-22
V – Contract Person ................................................................................................. 1-22



CONFIDENTIAL

Table of Contents

Page No.

VI – Controlling Interest ........................................................................................ 1-22
VII – Expected Advisors ......................................................................................... 1-22
VIII – Comparable Projects .................................................................................... 1-23
    New York City ................................................................................................. 1-23
        - Table 1-2. Veolia Water – Profile of Reference Projects.......................... 1-24
    City of Winnipeg, Manitoba, Canada .............................................................. 1-25
    Pittsburgh Water & Sewer Authority (PWSA), Pennsylvania .......................... 1-26
    Rialto, California ............................................................................................. 1-27
    Paris, France .................................................................................................. 1-28
    Buffalo, New York .......................................................................................... 1-29
    Milwaukee, Wisconsin ................................................................................... 1-30
    New London, Connecticut .............................................................................. 1-31
    Tampa Bay Water, Florida .............................................................................. 1-32
    Indianapolis, Indiana ..................................................................................... 1-33
    Wilmington, Delaware ................................................................................... 1-34
    New Orleans, Louisiana .................................................................................. 1-35
    Atlanta/Fulton County, Georgia ..................................................................... 1-36
    Fulton County, Georgia .................................................................................. 1-37
    Franklin, Ohio ................................................................................................ 1-38
    Oklahoma City, Oklahoma ............................................................................. 1-38
IX/X – References .................................................................................................. 1-39
    Veolia Energy Grand Rapids ........................................................................... 1-39
    General Motors, Multiple Sites, Michigan ....................................................... 1-40
XI – Litigation Statement ....................................................................................... 1-40

**Section 2 – Item 6 – Technical Capability**

Introduction ......................................................................................................... 2-1
I – Operations and Maintenance Expertise ............................................................. 2-1
    a. Substantial Water & Sewer Facility Operations and Maintenance Experience ......... 2-1
        - Table 2-1. Veolia Water Service Delivery Models and Experience ............... 2-5
        - Figure 2-1. Peer Performance Solutions – Delivery Model............................ 2-6
    b. Knowledge of Advanced Water & Sewer Asset Management and Protection.......... 2-7
        - Figure 2-2. Veolia Water's Asset Management Structure ............................. 2-7
        - Table 2-2. Veolia Water – 5-year Environmental Compliance Record.......... 2-8
        - Figure 2-3. U.S. EPA – 10-Step Asset Management Approach ..................... 2-9
        - Figure 2-4. Asset and Maintenance Management – Life-Cycle Stages........... 2-11
    c. Facility Life-Cycle Management ................................................................... 2-11
        - Table 2-3. Veolia Water's Approach to Asset Criticality............................. 2-12

CONFIDENTIAL

VWNAOS248038

Table of Contents

Page No.

- Figure 2-5. Zone of Maintainability ........................................................ 2-13
d. Licensing and Facilities Management........................................................ 2-13
e. Approach Following Transfer ........................................................ 2-13
II – Customer Service Delivery ........................................................ 2-20
III – Safety and Security ........................................................ 2-22
Safety and Compliance........................................................ 2-22
Emergency Response ........................................................ 2-23
- Figure 2-6. Veolia Water – Comparative Safety Performance Record ...................... 2-24
IV – Capital Improvements........................................................ 2-25
Operating Facilities During Upgrades ........................................................ 2-26

**Section 3 – Items 7 through 9 – Financial and Business Information**

Introduction........................................................ 3-1
Item 7 – Financial Capability ........................................................ 3-1
I – Financial Capability to Operate & Maintain the System's Assets........................ 3-1
II – Ability to Raise Financing ........................................................ 3-4
a. Issuing Debt and Raising Equity ........................................................ 3-4
b./c. Experience & Past Relevant Transactions........................................................ 3-5
Item 8 – Political Affiliation ........................................................ 3-10
Item 9 – Consultation ........................................................ 3-10

**Appendix**

A – Resumes for Candidate Management and Technical Resources
B – Detailed Project Summaries for Reference Projects
C – Certifications
    - State of Michigan – Certificate of Authority for
      Veolia Water North America Operating Services, LLC (Proponent) and
      Veolia Water North America – Central, LLC (subsidiary company operating in Michigan)
D – Financials
    - 2012, 2011 and 2010 – Financial Statements
      – Veolia Water North America Operating Services, LLC
E – Letters of Interest
    – Preliminary Potential Partners
      (Engineering and Financial)



CONFIDENTIAL

VWNAOS248039



VEOLIA
WATER

# Executive Summary
## Response to Request for Information for
## Detroit Water and Sewerage Department

## Emergency Manager Seeks Expert Operator to Provide Maximum Long-Term Value from Detroit's Water and Wastewater Utility

**The City of Detroit is shedding century-old paradigms to move toward sustainable outcomes and seeks a partner that is equally ambitious and thoroughly capable.**

The Emergency Manager is leveraging the bankruptcy proceedings to reinvent City management as a business with long-term growth prioritized, and this information request from operators is the start of a much-needed re-launch of the Detroit Water and Sewerage Department (DWSD). DWSD's debt is piled up well into the billions, and its service area and customers have dwindled over the years while the installed infrastructure has remained in place.

A monetization of the DWSD system coupled with higher standards of operating performance and carefully targeted capital spending can restore the system's proper role as a foundation for the City's re-growth.

By transferring risk to an industry-leading private operator, the City and the surrounding counties will gain the confidence that efficiencies and best practices will be implemented to operate and invest in the system as a business, with long-term value prioritized over short-term considerations and limitations.

### > Veolia Water has helped similar-size utilities


New York City
9.0 million people
hired Veolia Water
in 2011


Hong Kong
7.2 million people
hired Veolia Water
in 2010


Syndicat des
Eaux d'Île
de France (SEDIF)
4.3 million people
hired Veolia Water
in 1962


Berlin
4.0 million people
hired Veolia Water
in 1999


Shanghai
2.2 million people
hired Veolia Water
in 2002


Indianapolis
1.0 million people
hired Veolia Water
in 2002

**The City faces big challenges, but Detroit is not alone – many large cities around the globe have confronted and overcome similar challenges, from Hong Kong to Berlin.**

Detroit's situation, though dire, is not without similarities to difficult challenges faced by other large cities around the world. Berlin experienced the fall of communism and the merger of very different utility systems and service areas across the former East and West Berlin. Shanghai was

growing too fast and was challenged in balancing obligations between phenomenal growth and crushing poverty. Budapest, which featured centuries-old utility infrastructure, found that investment had been very limited during the communist era and desperately needed to restore its utilities after decades of decay. These cities and many others faced technical and economic challenges that were beyond the range of their internal management capabilities.

CONFIDENTIAL

VWNAOS248040

## ❯ Veolia Water brings the capability to implement big transactions

| City | Population | Key Event |
|------|-----------|-----------|
| NYC, NY | 9.0M | Helping to cut costs and generating new revenue up to 11% or $130M annually, allowing lowest rate increase in years. |
| Hong Kong, China | 7.2M | Providing a long-term operations solution to convey and process sludge from 11 treatment plants, while providing power to the grid. |
| SEDIF (Paris Suburbs) | 4.3M | Serving 144 communities where water quality is key due to a water source impacted by agriculture, industry and transportation. Reached ISO 9001 and 14001 certification for performance. |
| Berlin, Germany | 4.0M | Merged East and West utilities, voluntary staff reductions from approximately 6,000 to 4,000, cut costs 16% and achieved ISO level of service |
| ❯ Detroit | 3.95M | Under emergency management to emerge from bankruptcy. |
| Shanghai, China | 2.2M | Rapid improvement in water quality and pressure through joint public-private ownership. Success achieved thru new technology and staff training. |
| Prague, Czech Republic | 1.5M | Reorientation of staff to customer mentality and culture change. Improved public engagement and training while becoming ISO 9001 certified. |
| Milwaukee, WI | 1.1M | Saving $37 million over long-term large wastewater treatment O&M contract. Brought landfill gas into plant for fuel, enabling reduction of purchased electricity to, at times, zero. |
| Indianapolis, IN | 1.0M | Provided O&M to the City's newly acquired private utility; enabled a five-year rate freeze with 25% voluntary staff reduction, utilizing a KPI-based performance contract; only U.S. water utility to achieve ISO 9001 and 14001 status. |

**Large cities around the world have overcome challenges and benefited from highly efficient utility operations made possible by the expert insights of the world's largest operator – Veolia Water.**

From Hong Kong to Berlin, Veolia Water brought its operations experience and best practices to overcome their challenges, and we can bring these benefits to Detroit as well.

Here in the U.S., Veolia Water helped Indianapolis provide a five-year rate freeze in its efforts to acquire and municipalize its water system in 2002. Recently, Veolia Water helped the New York City Department of Environmental Protection (DEP) quickly save over $65 million per year from the costs of operating their water and sewer system, with total projected savings and enhanced revenues of up to $130M a year.

**To be an operator worthy of taking on the responsibilities of DWSD, the City's partner must have the highest degree of technical capability and experience, as well as the broadest scope of responsibility in managing utility operations.**

The selected operator must demonstrate managerial, operational and technical capability to elevate the performance of the DWSD across the range of utility functions and services, from O&M of water and sewer systems, to customer service, safety, security, environmental stewardship, business operations, transition and management of human resources, capital improvements, cost-saving technology, licenses and legal compliance.

Veolia Water's operations management experience includes some of the largest utilities in the world. The former managers of our largest projects, including Berlin, SEDIF, Indianapolis, Milwaukee and NYC, are on this team.

CONFIDENTIAL                                                    VWNAOS248041

### > Veolia Water is uniquely positioned to best serve Detroit

**As the world's largest and most experienced water and wastewater operator, Veolia Water is uniquely positioned to assist the City of Detroit and deliver best value.**

Veolia Water will lead the effort to manage, operate, maintain and improve the system. In addition, Veolia Water will work with the City to build the partnership best suited to ensure that its operational responsibilities support the financial structure that best addresses the City's needs. The company is the largest water and environmental services firm in the world, managing nearly 8,500 water and wastewater systems. Veolia Water with its sister companies also provides the core services for the urban environment, including waste management, and district heating (combined heat and power). The company is listed 265 on FORTUNE 500 List for 2013.



#### System Enhancements and Technology

Veolia Water through its management contracts is involved in almost all types of technologies, approaches and solutions for water and wastewater treatment. Our R&D investments total more than $100M a year and have created more than 3,000 patents. The solutions include commonly used technologies like the Actiflo® process.

**PITTSBURGH EXAMPLE:** CUSTOMER SERVICE CALL-ABANDONMENT RATE (ABN) IMPROVEMENT



#### Customer Service

Customer Service has been provided and improved, depending upon the needs of the community. Indianapolis saw 90% satisfaction in customer survey results. Buffalo has achieved on-site service calls inside a 2-hour window 90% of the time. Pittsburgh has seen their call wait time drop 45% in less than six months. Internationally, service programs have been provided to cities, with more customer payment locations, text messaging, phone apps and web-based services.

**2012 LOST-TIME INCIDENCE RATE:** VEOLIA WATER'S SAFETY PERFORMANCE IS 82% BETTER THAN THE NATIONAL AVERAGE



All private operations
Muni W/WW operations
Veolia Water

1.7   1.8

0.3

#### Safety and Security

Safety and security are paramount to the community, customers and personnel. Veolia Water has the best safety record in the industry. We implement protocols and programs to ensure water quality, review lab results and monitor compliance. This has included even more diligent methods of monitoring not just plants but also distribution and collection systems. Large systems like Shanghai and Berlin now have central command centers for monitoring events.

CONFIDENTIAL     VWNAOS248042

## EXECUTIVE SUMMARY DWSD RFI RESPONSE



**#1 in transitions**
No other company in the U.S. has transitioned more employees to contract O&M than Veolia Water

### Transitioning Staff

Transitioning from the public to the private sector is difficult, and this will be one of the largest accomplished. Veolia Water has done it many times in all kinds of cultures. The largest in the U.S. has been Indianapolis at 460 employees and Milwaukee at 200 employees – both cities with unionized workforces. The design of our approach has a single manager assigned to oversee the transition. Our experience has shown that trying to run the system, carry out the transition and also implement new programs is too cumbersome. We have one manager assigned to each task to ensure proper attention. Many of the people involved in Milwaukee and Indianapolis will be involved in Detroit.

**INDIANAPOLIS EXAMPLE:** VEOLIA WATER CONTROLS COSTS TO ENABLE A 5-YEAR RATE FREEZE AND A CAPITAL PROGRAM



*VEOLIA WATER HIRED*

1999  2000  2001  2002  2003  2004  2005  2006  2007  2008  2009

### Capital Project Management

Veolia Water has been involved in some of the largest capital projects in the world with responsibility for design, construction and operation. This includes Gold Coast Seawater RO in Australia ($1.1B), Scottish Water a $4.2B construction project of 2,500 activities; DBO projects in America like the DBOF of Tampa Bay Water's 120-MGD surface water plant that generated $85M in savings, and the repair of New Orleans 122-MGD East Bank Plant ahead of schedule after Hurricane Katrina, followed by $47M in capital repairs. The managers of those projects are in this team.

| Veolia Water's performance and reliability has earned many decades of client confidence | |
|---|---|
| 40+ years | 1 (Burlingame, CA) |
| 30–40 years | 5 projects |
| 20–30 years | 43 projects |
| 10–20 years | 60 projects |

### Environmental Compliance

Veolia Water's record of compliance is demonstrated by the hundreds of awards and commendations from communities, professional organizations, and regulatory agencies attesting to our performance. We believe it is second to none among our peers. In fact, as the contract operations industry leader, it is rare that we are asked to manage well run systems. The challenge of our work is managerial, operational and technical problems and overcoming these is our core competency. Although these challenges are big in Detroit we are confident we can overcome them, because the key is understanding root causes, developing effective solutions and then applying the appropriate level of resources.

**The City's selected operator must demonstrate a world-class team structure featuring all-star leaders.**

DWSD will require the highest caliber of strategic and change-management professionals. The leadership team will need to be robust and specialized, with distinct teams focused on day-to-day governance and, in parallel, on reinventing the utility in line with 21st Century best practices. Veolia Water's team boasts some of the best and brightest managers and subject matter experts in the industry, with experience guiding and reinventing some of the world's largest public water and wastewater utilities.

Veolia Water will bring to the project a team of highly seasoned senior managers chosen for their experience that is particularly relevant to Detroit. These include personnel with experience in managing similar-size utilities from Indi-anapolis, Milwaukee, NYC and Pittsburgh in the U.S.; Berlin, Paris Suburbs, and Budapest in Europe; as well as senior-level experience managing utilities in Michigan and the U.S. for Veolia. The capital team has overseen the completion of several billions of dollars of capital projects in Australia, Scotland and Canada.

A team with multiple specialties is proposed because of the total effort required to complete this transaction. Expertise is needed to continue day-to-day management of the utility, to handle the transition from public to private management, and then to help implement the innovations and changes to cut costs and improve efficiency going forward. Our team will also include financial experts to contribute the OPEX and CAPEX modeling required to structure and execute a marketable transaction.

CONFIDENTIAL

VWNAOS248043

EXECUTIVE SUMMARY DWSD RFI RESPONSE

> ## Veolia Water's diverse team of big-project experts can make it happen



**JOHN WOOD:** Vice President, Veolia Water North America and project principal
**EXPERTISE:** General management and transitions
**BIG REFERENCE PROJECTS:** Milwaukee, WI; Indianapolis, IN; Winnipeg; Oklahoma City, OK; Rialto, CA

**WENDY WELSER:** Director of Customer Service
**EXPERTISE:** Call center and bill rigor/performance management
**BIG REFERENCE PROJECTS:** Pittsburgh Water and Sewer Authority; Buffalo Water; New York City; Former Customer Service Manager of Ann Arbor, Michigan

**BRUNO VALLA:** General Manager of Veolia Water's 30-year Winnipeg Alliance Partnership project
**EXPERTISE:** Capital program management
**BIG REFERENCE PROJECTS:** Winnipeg; Gold Coast Desalination Project in Australia

**JASON SALGO:** Chief Financial Officer
**EXPERTISE:** Finance, acquisitions, concessions
**BIG REFERENCE PROJECTS:** Philadelphia Green Steam Project; Medical Area Total Energy Plant, Boston

**SCOTT ROYER:** General Manager Veolia Water Milwaukee
**EXPERTISE:** General management, large wastewater operations and large project transitions
**BIG REFERENCE PROJECTS:** Milwaukee, WI; New Orleans, LA; Former Manager Northeast Ohio Regional Sewer District

**CAROL ROGERS-JACK:** Business Support Manager
**EXPERTISE:** Finance and business operations management
**BIG REFERENCE PROJECT:** Tampa Bay Water, FL

**KEITH OLDEWURTEL:** Vice President of Veolia's Technical and Performance Group
**EXPERTISE:** General management and project operations
**BIG REFERENCE PROJECTS:** General Manager of Grand Rapids District Energy; Director of Operations for 640 person op

**KEAVIN NELSON, P.E.:** Executive Vice President
**EXPERTISE:** General management and capital program management
**BIG REFERENCE PROJECTS:** New York City; Buffalo, NY; Pittsburgh, PA; Tampa Bay Water, FL; Wilmington, DE

**ROD NAYLOR:** General Manager of Veolia Water's ongoing performance consulting program with New York City
**EXPERTISE:** Capital programs, operations performance consulting
**BIG REFERENCE PROJECTS:** New York City; Gold Coast Desalination Project and South East Queensland Water, Australia

**TIM MUIRHEAD, P.E.:** Vice President
**EXPERTISE:** Biosolids engineering, management and capital programs management
**BIG REFERENCE PROJECTS:** New York City; Milwaukee, WI; New Orleans, LA; Wilmington, DE

**LANITA MCCAULLEY-BATES:** Senior Vice President – Veolia Water North America - West, LLC
**EXPERTISE:** Legal, O&M management, concessions
**BIG REFERENCE PROJECTS:** Rialto, CA; Indianapolis, IN

**STEVE KRUGER:** Vice President of Operations
**EXPERTISE:** General management, O&M and capital planning
**BIG REFERENCE PROJECTS:** New Orleans, LA; Tampa Bay Water, FL; Fulton County, GA; New London, CT; Former manager at Massachusetts Water Resources Authority



**LATRICIA HILL-HANDLER:** Supplier Diversity Manager
**EXPERTISE:** Procurement and M/WBE outreach
**BIG REFERENCE PROJECTS:** New Orleans, LA; DeKalb County, GA




**WILLIAM HARLESS:** Vice President of Operations
**EXPERTISE:** Regulatory compliance, O&M management, transitions
**BIG REFERENCE PROJECTS:** Tampa Bay Water, FL; New Orleans, LA; Fulton County, GA



**JAMES GOOD:** General Manager for Veolia Water's ongoing contract with Pittsburgh Water and Sewer Authority
**EXPERTISE:** O&M and capital program management
**BIG REFERENCE PROJECTS:** Pittsburgh, PA; Rialto, CA



**DAVID GADIS:** Executive Vice President
**EXPERTISE:** O&M and capital program management
**BIG REFERENCE PROJECTS:** Indianapolis, IN; New York City



**BILL FAHEY:** Chief Technical Officer
**EXPERTISE:** O&M technology, asset management
**BIG REFERENCE PROJECTS:** New York City; Milwaukee, WI; New London, CT; Wilmington, DE



**SHERRAE DAVIS:** Director of Asset Management
**EXPERTISE:** Capital planning, asset management
**BIG REFERENCE PROJECTS:** Winnipeg; Indianapolis, IN



**ED COLLINS:** Vice President of Procurement
**EXPERTISE:** Procurement, sourcing
**BIG REFERENCE PROJECTS:** Indianapolis, IN; New York City; Winnipeg



**SHANE CALVERT:** Director of Health & Safety
**EXPERTISE:** Safety management
**BIG REFERENCE PROJECTS:** Indianapolis, IN; Winnipeg; Milwaukee, WI



**ANTOINE BOO:** Sr. Technical Manager
**EXPERTISE:** Water treatment and distribution
**BIG REFERENCE PROJECTS:** New York City; Indianapolis, IN; Paris, France




**STEVE ALMIEDA:** Treasurer
**EXPERTISE:** Acquisitions, concessions
**BIG REFERENCE PROJECTS:** Philadelphia Green Steam Project; Medical Area Total Energy Plant



**DAVID ALEXANDRE:** Vice President, Performance Management / Contracts
**EXPERTISE:** General management, performance consulting
**BIG REFERENCE PROJECTS:** New York City; Berlin, Germany; Paris, France



**NEAL ABERCROMBIE:** Above ground Asset Management Expert
**EXPERTISE:** Asset management; capital planning
**BIG REFERENCE PROJECTS:** Winnipeg; Scottish Water, Scotland

Company Confidential  Trade Secret and Proprietary Information
VEOLIA WATER

CONFIDENTIAL

VWNAOS248044

## > Veolia Water's approach is flexible to craft a successful transaction

**Working with the City, Veolia Water will create the optimal operator/financier team structure to leverage the DWSD transaction to best address the City's financial issues.**

A number of financial institutions have contacted Veolia Water with a view to partnering for this submission. However, rather than submitting a fully formed partnership here, we propose to work with the City to identify the operator/financing firm pairing that works best for you. Veolia Water has included a few expressions of interest from financial firms considering working with us in this transaction. These expressions of interest demonstrate various capabilities in areas as varied as concession/lease, taxable or tax-exempt financing, equity-based financing or 100% debt financing, sale to another entity, conventional PPP-type of financing or system-wide financing, operations-only arrangement, and more.

As an example of our flexibility and for purposes of this submission, we have outlined a plausible scenario leveraging what we believe are some of the best features the market has to offer: lowest practical operational costs, efficient capital expenditures managed by Veolia Water, and low cost of capital through a tax-exempt partner structure. Veolia Water has exchanged ideas with Guggenheim Securities, LLC, in the course of the preparation of this response, and we believe that a scenario that meets the City's financial requirements is possible. Other financing options that are available to the City can be paired with Veolia Water's operational expertise.

**The City of Detroit needs an operator with the financial capability to assume full risk for operation of DWSD while ensuring uninterrupted service with a strong commitment to customer service.**

This outsourcing of DWSD's services will, we assume, come with full risk for the selected operator. This risk must be managed while keeping rate increases low. Our track record in large O&M contracts demonstrates our ability to deliver cost containment. In Indianapolis we delivered a five-year rate freeze that enabled the City to sell the system to a new owner.

**Employing nearly 220,000 people worldwide, Veolia's financial capability is backed by the stability and diversity of its global operations — and $30.5 billion in 2013 revenue.**

Veolia has led projects worldwide in financing acquisitions and improvements to systems. Our transactional experience includes creative joint ventures with local governments and financial institutions in Berlin and Shanghai; DBOF projects in Chicago and Baltimore; concessions and leases in Rialto, CA, and Cranston, RI; and several of the first privatizations of wastewater facilities in the U.S., in Franklin, OH; Baltimore; and Auburn, AL. In each case the best financial option was selected for the community.



**Privatization innovator**

Several of the first privatization transactions in the U.S. are Veolia Water transactions, each custom-tailored to match the needs of the community served.

In our approach to financial modeling of the DWSD system, the annual capital system needs are going to be built into the project cash flow and an asset management approach will be undertaken to prioritize and minimize outlays. We have unique experience to guide us: Our work in the oldest parts of Europe helped us develop predictive models for pipe failure; and the projects in Australia and New Zealand helped to create life-cycle price models for mechanical systems. Veolia Water believes that the capital program can be delivered efficiently by both reviewing the scope and expanding the use of state-of-the-art delivery methods, such as design-build and capital management at risk. Veolia Water's role will be that of a planner and overall coordinator, hiring the services of best-for-project and best-for-program engineering firms and contractors, and challenging the current trend of capital spending. As a non-participant in the development of DWSD's capital program, Veolia Water does not have a vested interest in keeping that program whole and resisting reductions and cancellation of unnecessary scope.

The ability to finance future expansion of DWSD is based on the forecast of a life-cycle-based capital investment program as constrained by affordability to the ratepayers. The Bid Conditions restrict future elasticity of the customer base to handle additional charges for service. Therefore, what will be needed is strong utility management to control costs and, where possible, generate and/or increase revenue. This highlights the need to evaluate a rate assistance program in conjunction with an enhanced collection plan for the retail and wholesale customer accounts. The bottom line is that the best option will be to implement responsive customer service and diligent monitoring of accounts.

**The challenges of this deal are immense — effective communication, transparency of key performance metrics and strong managerial capability are imperative to ensure success.**

The RFI clearly is designed to qualify firms that can help Detroit overcome its difficult financial situation by creating value from monetizing DWSD. Also, the new team must achieve a delicate balance among the needs of Detroit, its creditors and a customer base made up of City, suburban and wholesale customers. This skill set dictates that the team members bring a breadth and depth of experience from a broad range of projects that have included the same mix of challenges faced by Detroit. Veolia Water is one of the few firms that can bring this skill set and experience.

Company Confidential  Trade Secret and Proprietary Information
VEOLIA WATER

## ‹ Conclusion

**Finally, the City of Detroit will gain the greatest possible long-term beneficial outcome with Veolia Water.**

In our experience around the world, we have universally found that public perception of success in the municipal utility business, assuming of course you first perform well, comes from providing transparent processes and diligent two-way communication with customers, stakeholders and the community in general. Our approach is designed to do just that and includes activities to reach out to the community using various channels; deliver messaging that is clear about what we are trying to accomplish; and to get feedback by engaging in open and honest dialogue. Our approach includes an advisory board for the community to be engaged directly with elected officials and senior management. There are also plans for multiple channels of communication with employees, small vendors and contractors, retail customers in neighborhoods and large industrial customers. This utility serves 40% of Michigan's population; it is also a key asset in America's industrial heartland. With Veolia Water as operator, the City and surrounding counties will be ensured industry-leading expertise, leading-edge innovation and industry best practices to receive the vital water and sewer services they need, delivered using superior customer service. By executing the transaction, the City will also have effectively shed civil-service constraints and unaffordable liabilities.



Company Confidential –Trade Secret and Proprietary Information
VEOLIA WATER

CONFIDENTIAL

VWNAOS248046



# Section 1



## Section 1 – Item 5 – Responder Information

### Introduction

The focus of this new initiative by the Emergency Manager (EM) for the City of Detroit, as defined in your Request for Expression of Interest (RFI), is on the potential for forming a Public-Private Partnership (P3) for the operation and management (O&M) of the City of Detroit's water and sewage disposal systems that are operated by the Detroit Water and Sewerage Department (DWSD).

The type of partnership solution that you are seeking is one that will address the immediate management and operations needs of the DWSD treatment and collection system and then provide a plan and approach that brings long-term stability to the operations.

Further, we understand that the EM is open to considering alternative transaction structures, such as a long-term lease and concession arrangement or sale, that meet the bid criteria incorporated herein, while maximizing the value to the City, maintaining or enhancing the DWSD's operational viability and capital needs, and complying with applicable law.

Additionally, any solution resulting from this process would be implemented in conjunction with the City's Chapter 9 Plan of Adjustment. Another core consideration is identifying a partnership solution that would serve to limit rate sewer rate increases to no more than 4% per year for the first 10 years under the new P3 agreement.

The project and approach that you have outlined, which involves the formation of a P3 partnership for the O&M of the City's water and sewage disposal systems operated by the DWSD, is one that other communities across the U.S. and around the world use to address the critical challenges facing their utility systems.

While the challenges that face the City of Detroit and the DWSD are unique, especially in terms of scale and complexity, the solutions that can be applied have been proven in application for some of the largest cities in the U.S. and the world.

Veolia Water North America Operating Services, LLC, as the largest and most successful O&M provider in North America and around the world, is prepared to work with you to deliver on the goals that you have defined for this ambitious project.

Our work encompasses large and complex long-term partnerships with communities similar to Detroit, and we are prepared to work with you to shape a P3 solution that is unique to Detroit but that draws upon our successful work with communities such as Milwaukee,

### Veolia Water Operations - Worldwide

- #1 Water/Wastewater Company in the world
- 89,000+ Employees
- Population Served: 101 million (water) 71 million (wastewater)
- Operate 8,500 Treatment Facilities
- 5,089 Water Treatment Plants
- 3,514 Wastewater Treatment Plants
- $15.5 Billion in Revenues in 2012
- ~$2 Billion in Design/Build Services
- ~$1 Billion in Technologies
- Manage 250,000+ Miles of Water/Sewer Lines
- Manage 20 million Water Meters - $11 billion in client revenue

### Veolia Water Operations in North America

- #1 Water/Wastewater Services Company in U.S.
- 40% Market Share (non-regulated business)
- 97% Renewal Rate
- $595 million in Revenues in 2012
- Operate 380+ Treatment Facilities
- Treat ~2.72 billion gallons of flow/day (water and wastewater)
- Process 293,089 dry tons of biosolids/year
- Manage 5,342 miles of sewer lines
- Manage 2,966 miles of water distribution lines
- Manage 1,268 water & wastewater pump stations

### Comprehensive Solutions Provided for U.S. and Global Clients

Veolia Water has historically served some of the largest water and wastewater systems in the world



CONFIDENTIAL

VWNAOS248048

Wisconsin, and Indianapolis, Indiana (which rank historically as the largest wastewater and water O&M projects in the U.S.); New York and Pittsburgh (operations and management assistance for water and wastewater operations); Buffalo, New York, and Berlin, Germany (delegated management of water and wastewater operations); Winnipeg, Manitoba, Canada, and Scottish Water, Scotland (alliance partnerships for water and wastewater capital program delivery); Rialto, California (concession transaction for water and wastewater operations); as well as our other work, all of which is relevant to Detroit's situation.



In developing and implementing the right P3 solution for the City of Detroit's water and wastewater operations, Veolia Water will bring together an experienced management, operations, financial and support team.

This team will be drawn from the resources of our firm in the U.S. and around the world, and from the partners that will join us at the proposal stage, including world-class firms offering engineering and construction, management and financing expertise.

In our complete Request for Information response presented in this volume, we provide our qualifications and a nonbinding indication of interest for this proposed partnership. The solutions that we offer range from O&M approaches and delegated management, to operations assistance under our Peer Performance Solutions (PPS) model, as well as other approaches that offer financial assistance to address the immediate capital needs of water and wastewater systems.

Through this demonstrated experience in applying a wide range of project models, we can work with you to shape the best solution, or solutions, that will address the immediate challenges faced by the DWSD and then build a sustainable approach for the long-term success of this operation.

## I – Description of Prospective Responder

Veolia Water North America Operating Services, LLC (Veolia Water), as we have discussed, is the Responder and would be the direct contractor to the Emergency Manager (or other appropriate entity designated) under this proposed new partnership.

In terms of other potential partners and legal structures contemplated under this contract, any other firms identified as part of our team (at the Proposal stage)

would be considered to be direct subcontractors to our firm. To this point, we have had preliminary discussions with potential finance and engineering partners and have provided letters of interest from many of these firms in Appendix E.

The project outlined in your RFI contemplates sale or lease of the DWSD assets, coupled with an operations and management partnership that will incorporate the traditional operations, maintenance and management (O&M) model, as well as other types of operations and management assistance approaches, for example, Peer Performance Solutions (to find and implement efficiencies).

The focus will be on arriving at the best combination of near-term and sustainable long-term solutions for the City of Detroit's water and wastewater utility operations.

As the firm that has worked with municipal clients in providing industry-leading O&M and other P3 types of solutions in North America since 1972 and globally since 1853, Veolia Water has delivered solutions to municipal water and wastewater utilities under a wide range of service models that include:

- **O&M** -Veolia Water handles every step in the water cycle for public authorities, including withdrawing water from nature, treating and delivering drinking water. We collect, convey and treat wastewater in order to recycle it (irrigation, groundwater recharge, etc.) or release the treated water into the environment.

  Veolia Water's traditional business model is the delivery of turnkey O&M solutions for water, wastewater and other environmental facilities. In this work, as the industry survey above illustrates, our firm remains the North American leader in the



delivery of O&M and related services to municipalities – with a better than 40% market share, more than twice that of our nearest competitor – which means we have more projects and more experience than any other industry services provider.

Indeed, our firm pioneered use of the O&M model in North America, with the first such services partnership for a municipal wastewater facility – at City of Burlingame, California – where we still provide services 42 years later.

Today, Veolia Water operates all aspects of water and wastewater systems – covering facilities (treatment, distribution and collection systems), customer service (meter management, billing and collections), biosolids and residuals management (with beneficial reuse through composting and other solutions), as well as stormwater management and related operations.

Our work includes specific O&M experience in the State of Michigan, dating to 1986, working with local communities such as City of Battle Creek (in the startup of a new wastewater treatment plant and biosolids facilities), as well as with General Motors under ongoing long-term contracts for the operation of industrial water, wastewater and other facilities at locations in and around the City of Detroit.

This broad base of O&M experience provides Veolia Water with the confidence to be flexible in terms of how we manage client relationships over time and to adapt to changing circumstances – all while remaining focused on cost-effectively meeting the client's objectives.

The ways that we envision our firm delivering the O&M approach for Detroit includes:

- **Enterprise Contract Operations** – This model covers the O&M of the whole utility, including services ranging from customer service to capital management.

- **Performance Contracting/Peer Performance Solutions (PPS)** – Veolia Water's PPS model, which evolved as subset of our O&M services delivery approach, is a highly data-driven program to identify and implement cost savings and deliver utility optimization and organizational best practices. We would apply this methodology to streamlining the DWSD's operations after transition.



Veolia Energy owns and operates the district energy network serves approximately 130 customers in the central business district of the **City of Grand Rapids** supplying centrally produced steam. Customers served by the system include hospitals; college campuses; the City's sports arena and exhibition center; arts and cultural centers; apartment and office buildings; retail storefronts; as well as City, State of Michigan and county government facilities. The system produces 450,000 pounds of steam per hour and has four industrial boilers and a seven-mile steam pipe distribution network.

- **Utility Concession Lease** – This project model involves a long-term lease of a whole utility, transferring responsibility for revenue collection, operations, capital and customer service (with the exception of rate setting and capital investment policy) to a private owner, in this case a qualified Financial Partner of Veolia Water. This is typically done to re-finance utilities, defease debt or provide cash for general-fund activities.

  Veolia Water, as will be profiled in the reference projects that are discussed later in this section, has significant experience in the delivery of services under all of these P3 contract models, each of which is focused on providing our municipal partners with the best value under a long-term and sustainable approach.

Furthermore, in delivering each of these project models, we have partnered with industry leaders in engineering, construction, financing and management. These are the types of firms that we would seek to add to our team at the Proposal stage.

Veolia Water is also part of a larger firm, Veolia Environnement, that offers clients solutions in energy management, waste management and transportation. Veolia Water is working closely with Veolia Energy where we can deliver synergistic benefits. This can add potentially significant savings, because energy is a significant cost in treating and pumping water.

Veolia Energy, our sister company that offers energy management solutions to a wide range of municipal, commercial and industrial clients, has a significant presence in the State of Michigan. This includes their





Cutting the ribbon on Veolia Energy's heat plant: each of the six boilers are (left to right) Robert Powelson, chairman, Pennsylvania Public Utility Commission; Mike Smedley, regional vice president, Veolia Energy North America; William DiCroce, president and chief executive officer, Veolia Energy North America; Mayor Michael A. Nutter; Councilman Kenyatta Johnson; and Councilman Darrell Clark.

From "Philadelphia Converts to 'Green Steam': Energy plant upgrades help city meet environmental targets," District Energy magazine (Second Quarter 2013), International District Energy Association.

Serving more than 500 buildings on its 41-mile distribution network, Veolia Energy's investments will achieve 10 percent of the city of Philadelphia's emissions reduction goals.

ongoing work with the **City of Grand Rapids** (as profiled above), which adds to the base of experience and resources that our firm offers in the State of Michigan. Veolia Energy purchased the Kent County District Heating and Cooling system from Kent County in 2008, retaining all employees.

Veolia Energy owns and operates the largest portfolio of heating, cooling and cogeneration networks in North America, with systems at municipal and industrial sites across the country. The company is the operator and developer of efficient energy solutions, with customized offers designed to help their customers control costs and minimize operating risks, reducing their energy and fossil fuel consumption and,

Additionally, Veolia Energy's **SourceOne** subsidiary provides a unique mix of energy services that are focused upon complex capacity and reliability issues affecting customers. This group offers extensive expertise related to the economics of power delivery and consumption, utility tariff analysis, cost recovery mechanisms and costing of major energy infrastructure.

SourceOne has used this expertise to lower the energy costs for Veolia Water's customers including Wilmington, Delaware (wastewater operations); Honolulu, Hawaii (water reclamation/reuse plant); and Plymouth, Massachusetts (wastewater treatment plant). In addition, they have worked directly with other municipalities, including improving the performance of a 18-MW back-pressure steam generator at the Massachusetts Water Resources Authority's Deer Island Wastewater Treatment Plant.

Where power is critical to a customer's operations, the company provides strategic recommendations regarding energy use. SourceOne can self-perform or coordinate the implementation of solutions and assist customers in controlling their energy costs.

## Potential Partners

In the RFI, the EM outlined the advantages of a teaming approach for meeting the requirements for this proposed project.

Veolia Water, as a global company that draws from an extensive base of in-house resources and expertise, has the resources to provide leadership for this project under the range of O&M options contemplated for implementation.

We also anticipate partnering with other firms under a prime/subcontractor relationship, with the additional option of forming a partnership or a joint venture, or any other arrangement that is legally permitted under the laws of the State of Michigan.

In our Proposal, Veolia Water will focus on providing you with a range of options to select from in terms of providing the optimal solution for the DWSD.

With this in mind, we have had discussions with a number of potential financial partners (equity investors). These include some of the leading financial firms in the U.S. and internationally that have worked with communities confronting challenges similar to those that Detroit faces. Specifically, BMO Capital Markets, the Royal Bank of Canada and Guggenheim are among those that provided letters of interest for


CONFIDENTIAL                                                                                    VWNAOS248051

inclusion in our response; these are included in Appendix E.

Veolia Water intends to partner with one (or more) of these firms to provide you with a private financing solution.

Added to this, we have had discussions with local and national engineering and construction firms. At the Proposal stage we will name one or more of those firms as part of our proposed team.

Additionally, over the course of this partnership, Veolia Water would seek to add local minority-owned, woman-owned and other disadvantaged business enterprise firms to our team. The focus of these efforts would be to provide for opportunities for local firms to participate in this critical effort and to keep the economic benefit of this large project in the Detroit community – similar to the approach that our firm used in our O&M contract with the City of Indianapolis, Indiana (as highlighted at right).

In our Proposal, we intend to add one (or more) of these firms to our team. We also understand that any changes/additions to our proposed team after the qualification process is completed would be subject to the prior consent of the EM.

To facilitate this, following selection for the Request for Proposal process, we aim to meet with the EM to develop a customized and most beneficial approach for Detroit.

### Project Governance

A P3 partnership as complex as that contemplated by the EM for the City of Detroit's water and wastewater operations represents a "once in a generation" challenge to the community, their selected manager and the utility operations (including their management and staff).

Veolia Water is experienced in managing complex projects and project teams, such as the team that will be required under this new P3 project. Figure 1-1 (opposite) provides a simplified approach as to how such a partnership would be structured. Under this scenario, Veolia Water, as discussed, would be the direct contractor, with all of the firms selected to work with us being subcontractors to our firm.

Over the course of implementing a number of large, complex and long-duration projects, our firm has developed a multi-tiered, inclusive governance structure that enhances communication, resolves problems and enables best project management techniques.



A major portion of Veolia Water's work under the water O&M contract with the City of Indianapolis, Indiana, was devoted to capital improvement projects that were managed by our company. We implemented this work through a combination of in-house crews and local, pre-qualified engineering and contractor firms.

Veolia Water's subcontracting approach for this project substantially enhanced the roles played by MBE and WBE businesses with respect to the delivery of subcontracted goods and services.

Significantly, Veolia Water exceeded the required commitments for MBE and WBE participation – maintaining a better than 35% MBE and WBE participation level, while keeping over 92% of the dollars spent ($250 million) in the local economy.



**Figure 1-1**
**Project Structure (simplified)**
**Proposal Partnership**

This type of management structure typically includes a Steering Committee, which normally consists of project sponsors that represent the project and client organizations, Veolia Water and the leaders and managers from any partner firms (subcontractors); a Project Management Committee, which is made up of



the senior project managers, again including the client, Veolia Water and subcontractors; and a Technical Advisory Committee, composed of senior technical and business operations experts from Veolia Water, who review technical performance and ensure both compliance and adoption of technical innovations.

These committees would meet regularly as dictated by their responsibilities. Typically, they meet more frequently at the outset of the project. The Management Committee will meet more frequently than the Steering or Technical Advisory Committees.

These are elements that Veolia Water would integrate into the P3 organization established for the DWSD's water and wastewater operations.

## II – Proposed Structure/ Financial Terms of Bid

Veolia Water is proposing a structure that is compatible with the three primary approaches outlined in the RFI, as follows: 1) a sale of the water and wastewater assets; 2) a long-term lease/concession of the asset; and 3) an operations (O&M) contract for the assets without a financial transaction. Our firm understands and has experience with each of these models. In this section, we address possible structures, valuation methods and partners that will be required to implement the selected approach; and we focus on a scenario elaborated in discussions with Guggenheim Securities, LLC, a preferred partner of Veolia's that is also submitting its own response to the RFI.

### Overview

Veolia Water can work under any of the models currently contemplated by the City and the EM. Later in this RFI response, we provide evidence (project experience examples) that demonstrates our firm's work in implementing these approaches. Added to this, we have identified several potential financial firms that can work with us under different scenarios.

Veolia Water has experience working in all three models, including several versions of the regulated model. In Indianapolis, our firm operated a regulated system (owned by the City); and in the UK (the Three Valleys Water System), Veolia Water directly owned private regulated entities.

Further, our sister company in North America, Veolia Energy, owns and operates 17 district energy utilities (where the steam systems are regulated) in four cities, including Grand Rapids, Michigan; Philadelphia, Pennsylvania; St. Louis, Missouri; and Kansas City, Kansas.



In January 2014, Veolia Energy, Veolia Water's sister company in North America, and I Squared Capital (ISQ) purchased Kendall Cogeneration Station from NRG Energy. Veolia Energy owns 51% of the Joint Venture while ISQ owns the rest. Kendall Station is part of Veolia Energy's Boston-Cambridge District Energy System and has a total production capacity of 256 MW of electricity and 1 million pounds per hour of steam.

Veolia Water also is or was part-owner of utilities jointly owned by the public and private sectors. Examples include Berlin, Germany; Shanghai-Pudong and Shenzen, China.

Additionally, Veolia Water has deep experience with the concession model. Examples as a direct concessionaire – where our company is the owner and financier of the concession as well as the operator, and the revenue base is in the form of rate payments –include water and wastewater systems throughout Europe and Asia, and our O&M contract with Cranston, Rhode Island. Another example is our work as an operator working for the concessionaire in Rialto, California. The concessionaire is a financial group led by Table Rock Capital (TRC) and Ullico. TRC has also expressed interest in working with Veolia Water under this proposed transaction (see letter of interest in Appendix E).

Finally, Veolia Water is the leading U.S. O&M provider in the U.S., with some of the largest P3 references.

### Structure

The structure of an operations contract is straight-forward: Veolia Water would be the prime contractor to the City or to DWSD, under a contract whose scope would encompass the O&M and capital program management for water and wastewater assets.



Under such a contract, typically, the revenues from rates would continue to flow to DWSD, and Veolia Water would be paid a fee for its services. That fee would be fixed in large part (at least 80% to comply with IRS rules on assets financed with tax-exempt funds).

A smaller part of Veolia Water's overall remuneration under such a contract could be variable, based on meeting certain measurable requirements that the City would like to gauge our project performance. As an example, Veolia Water used this approach under our contract with the **City of Indianapolis, Indiana**. This is one of the reference projects presented in this section and used key performance indicators (KPIs) under performance base contract approach, with a portion of our fee at risk.

Other terms would include flows and loadings adjustment, guarantees of electricity usage and demand, fee escalators and more. These contracts are conventional in the O&M market segment, and examples include our work with clients such as **Milwaukee, Wisconsin**, and the other reference projects discussed later in this section.

In terms of a sale or a concession/lease, Veolia Water's role would be similar under both. Under this type of P3 project model, Veolia Water would not propose to be the primary investor, rather our firm would partner with qualified financial firms to provide a complete financial and operational solution to the City.

The owner or the concessionaire could be one of two types of vehicles: private-equity led or tax-exempt (both are applicable, whether a concession or a sale). Veolia Water would then be an operations subcontractor to the concessionaire or owner.

Under some circumstances, Veolia Water could also be a minority investor in the concession or ownership vehicle, using a contract structure similar to that of Veolia Energy's recent acquisition of MATEP (highlighted opposite), although this is not central to the structure or to Veolia Water's strategy.

The owner's or concessionaire's revenue base would most likely be the rate payments from customers. Veolia Water's contract would have a similar form to that described above in an operations-only transaction.

Capital investments would be funded directly by the owner or the concessionaire. The difference between the revenue base and Veolia Water's fee would be used to fund capital investments, financial capital (equity return and debt amortization) and taxes; or, in the case of a concession/lease, a possible ongoing lease payment.

## Medical Area Total Energy Plant (MATEP)

**Veolia Energy acquired MATEP in a joint venture with Morgan Stanley Infrastructure Partners (MSI) for over $300 million in 2010 and set up a specific AssetCo that owns the facility. Veolia Energy holds a minority stake in the AssetCo. MSI holds the majority interest in the AssetCo.**

**Veolia Energy now operates the facility under a long-term contract to the AssetCo. MATEP provides electricity, steam, hot water and chilled water to six hospitals affiliated with Harvard Medical School.**

In an equity-led transaction that would result in rate regulation, the capital is often made up of approximately half equity and half debt, along with a target return on assets. This is a standard adopted by many state regulators. However, this transaction could result in the creation of such a large utility that there may be room to discuss alternative capital structures, which would be more driven by coverage ratios and other financial metrics than by minimum equity requirements. This will require discussions with the regulator (in the case of a sale and if the Public Service Commission chooses to regulate the new entity) or with the City in other scenarios.

Tax-exempt options also exist, and in such a case, Veolia Water would work with a financial partner and the City to create a Not for Profit Utility for the Public Benefit under IRS code 501(c)(3) or a 63-20 — a Special Purpose Corporation (SPC).

The SPC would be created with the help of one of several organizations that is specially chartered to create such tax-exempt entities.

The SPC would then have authority to raise tax-exempt debt to cover its funding requirements. To the extent debt service cover ratios cannot be made in a 100% tax-exempt debt scenario, the SPC would have the ability to raise subordinated financing. In all scenarios, this offers a lower aggregate cost of capital – similar to that of a regional authority.

The City could be involved in the governance of the SPC, for example, as a member of a steering board with defined rights. Veolia Water would work for the entity as the O&M services provider.

Such an entity could also be bound by the same constraints as an equity-led SPC, for example, regarding the 4% rate increase.

Veolia Water has worked with financial partners such as Guggenheim in other transactions to develop similar structures; Guggenheim recently funded a project based



on a similar structure for Gary/Chicago International Airport.

## Valuation Approaches

In preparation of this RFI, Veolia Water has had discussions with Guggenheim Capital.

Guggenheim is a partner to Veolia Water on other possible transactions, and the two firms have exchanged ideas for approaches and valuation information in the preparation of our respective submissions to the City. This has resulted in a valuation approach which is outlined in Guggenheim's submission; which is being provided as a separate submittal under this RFI.

Under the P3 model there are three primary valuation elements: the cost of operating the system; the cost of the capital investment program; and the cost of capital. Other considerations include:

- **Regulation** - The Michigan Public Service Commission may or may not decide to regulate the new utility if a sale to a private entity takes place. In the case of a concession or of a sale to a quasi-public (tax-exempt) entity, rate regulation is unlikely to apply. However, given the commitments to rate mitigation in any scenario, at this stage Veolia Water does not believe regulation has a strong influence on valuation.

- **Existing Debt Value** - Veolia Water assumes that existing debt holders would be paid in whole, and funding is raised for the current level of projected unfunded pension fund liabilities and other post-employment obligations. These amounts are taken into account in the valuation scenarios. However, Veolia Water would not take the risk of additional unfunded post-employment liability risk. Staff benefits would be transferred to defined contribution plans, and any additional unfunded liability risk could be covered either by the City or through a rate mechanism beyond the 4% allowable increase.

- **Scope of the Purchase/Concession** – Veolia Water's scenario assumes the assumption of all of the existing debt and the coverage of the $675 million of existing unfunded pension liability, as well as the funding of future capital obligations. However, other options exist where, for example, the concession or sale would be structured around operations of existing and future assets and the financing of future assets, leaving existing debt and obligations in the hands of the City or of DWSD.

  This scenario has not been studied in Veolia Water's approach at this stage.

- **Timing of Payments** - The City may use the transaction to create a regular, annual payment stream rather than a large up-front payment. This may also avoid the defeasance cost. The scenario outlined below assumes a large upfront funding at closing, with additional value to the City during the course of the transaction.

- **Operating Costs** - The consulting firm, EMA, has issued recommendations for savings and optimization, and this report is public. For our valuation approach, Veolia Water has assumed that we would be able to implement the recommendations identified by EMA. This will need to be confirmed by our own due diligence.

- **Capital Investments** - An engineering consortium has recommended a $2.5 billion capital program over the next nine years. Veolia Water believes savings are possible, both in scope and in the efficiency of delivering the program. In addition, meeting all of the project's objectives may require trimming the capital investment program.

  However, at this stage the valuation does fund the entirety of the proposed capital investment program, in excess of $2.5 billion. Should Veolia Water's due diligence result in CAPEX savings, this could create additional value.

- **Term** – Veolia Water's valuation assumes a sale or a 50-year concession; or, in the case of an operations-only contract, a 10- to 20-year agreement.

While the resulting valuation can be seen in more detail in Guggenheim's submission, we believe that based on the tax-exempt approach envisaged by Guggenheim, a transaction that can pay the City in excess of $8 billion in present value terms is possible, including covering all of the debt and liability requirements at closing and providing substantial additional value to the City in the early years of the term.

## Potential Partners

Veolia Water has raised funding and directly invested in numerous concession and ownership vehicles around the world in the infrastructure sector. However, given the scale of this operation and our firm's core operating business focus, Veolia Water would not be a central investor in this transaction. Rather, we would partner with premier financial firms to structure the transaction that works best for all stakeholders.

In this regard, Veolia Water has discussed the DWSD opportunity with a number of potential financial firms, all of whom have indicated they would be happy to work



with us to create the consortium that meets the City's needs.

Some of these firms are submitting responses to this RFI directly, others will review the transaction as it progresses, and others have provided Veolia Water with a letter of interest in being part of the team that would be formed at the Proposal stage.

In addition to Guggenheim Capital, with whom we have had discussions on approach and valuation for this project, in Appendix E of this Proposal, we have provided letters of interest from the financial partners that have responded to date.

Some of these include: Table Rock Capital, which is Veolia Water's partner in the **City of Rialto, California**, concession transaction and could participate in a concession approach; the Royal Bank of Canada, which has arranged debt financing for $5 billion of P3 projects in Canada; and BMO Harris, which has acted as advisor, bond underwriter and mandated lead arranger on a wide variety of public-private infrastructure projects.

Each of these firms has proven their ability to raise the type of funding that will be required for such a transaction. In addition, Veolia Water's flexible operating approach allows our firm to partner with most credible players, if a firm other than the ones we have consulted with is preferred by the City.

## III – Role of Team Members and Key Personnel

Veolia Water, as we have discussed, would be the direct contractor to the EM (or your selected managing entity for this proposed new contract) for the delivery of services under this partnership.

At this stage of the project, with the ultimate form of the service delivery model still to be selected, we have identified a management team that illustrates the types

of management and other professionals that would be assigned to this partnership. They are candidates whose resumes, as provided in Appendix A, are indicative of a profile that fits one or more of the possible solutions.

Figure 1-2, below, provides a conceptual team structure. It is our intent, at the Proposal stage, to provide a defined structure with a core staff group named.

This core staff group would be formed from the resources/key staff that we discuss in this sub-section. The roles that these key staff would play, and their background and experience related those roles, are briefly discussed in this sub-section. Additionally, as discussed earlier, we have identified other potential team members (financial, engineering and construction partners), and letters of interest from these firms are provided in Appendix E.

Using this approach, which has been proven in application under other projects with some of the largest water and wastewater utilities in the U.S. – including New York City, Pittsburgh, the Los Angeles Department of Water and Power, and District of Columbia Water and Sewer Authority (DC Water), among others – Veolia Water can meet all the requirements outlined in Section 3.1 of the RFI:

- **Team Structure** – Veolia Water's teaming approach, as outlined in this section, provides the management, technical and other resources that will be needed to:
  - Provide sufficient assurance that all technical and financial obligations will be met on an ongoing basis.
  - Provide for well-defined roles and responsibilities of team members and key personnel.

**Figure 1-2**
**Project Structure (simplified)**
**Veolia Water Team for the DWSD**



- Outline the management structure to provide for disclosure of controlling interests and team integrity.

- **Technical Capabilities** – Veolia Water has identified a team that illustrates our ability to deliver experts that provide the technical capability to the areas of expertise that will be required for this project, including the ability to:

  - Manage the O&M of the DWSD's water and/or sewer systems.

  - Develop and implement customer service improvements and enhancements.

  - Provide an operations approach that ensures safety, security and environmental compliance in all aspects of operations.

  - Execute an efficient, timely and seamless transition plan.

  - Undertake required capital improvements.

  - Offer other system enhancements, with in-house capital management and implementation teams, and access to a wide-range of industry-leading technologies.

  - Provide O&M, engineering and construction management staff that hold the licenses required for the operation of a Michigan water and sewer utility. Additionally, we have included our firm's certifications from the State of Michigan in Appendix D of this submittal.

  - Demonstrate, through our current and past work in the State of Michigan, our ability to comply with all applicable laws, regulations and ordinances related to water and wastewater operations.

- **Financial Capability** – Veolia Water is part of a global firm that has the financial and other resources needed to partner with a world-class city like Detroit to deliver a comprehensive operations and management solution. We have also stated our intent to secure a financial partner that would work with us to develop a viable financial plan for the selected service delivery approach.

  As this project continues to be defined and shaped by the EM based on the statements of interest that you receive, Veolia Water will shape our Proposal response to address other critical project requirements, including:

  - Proposed financing, including the sources of financing, the expected schedule of

commitments of funds and the steps required to secure the necessary funds.

  - Financial ability related to maintaining and upgrading the system assets.

  - Ability to obtain adequate sources of operating capital.

  - Ability to finance future DWSD expansion, if applicable.

  - Ability to comply with all applicable state and local tax obligations.

  - Collection plan for retail and wholesale customer accounts.

- **Organization Chart** – This proposed P3 partnership, because of its size and complexity, will require a team of very skilled personnel in a number of key areas. This will involve providing dedicated attention to different aspects from the beginning of the project at the same time.

  In this section Veolia Water identifies candidates drawn from our firm's management and technical team that have been actively engaged in working with some of the largest water and wastewater utilities in North America. These are the types of resources that we are prepared to assign to this P3 partnership with the DWSD.

- **Transition** – The transition from public to private management will entail great changes for everyone involved. A Transition Manager will be designated a team to help oversee this effort. That process will keep from distracting operations personnel from the day-to-day O&M and other activities involved in running the project. This effort encompasses working with the employees, vendors, contractors, customers, regulators and other agencies affected by the changes. A tremendous amount of communication is involved at many different levels and channels.

- **Project Finance** – The nature of the financial transaction will determine who this might be. A sale or concession will involve a complex web of financial and legal arrangements. A representative from the Financial Partner will lead the transaction team. A Veolia Water person will play a key role in making certain the transaction is completed in a timely manner, assuming responsibility for OPEX, CAPEX and the O&M Contractor's risk profile in negotiations.

- **Operations** – The day-to-day operations of the utility must continue, regardless of a change in ownership. A management team will be focused on



ensuring that water is in the spigot, the phones are answered and the toilets flush. Removing operations personnel from the distractions of the transaction activities will help to keep their focus on service.

- **Capital** – There is extensive capital work being planned, underway and being completed. The intent is to assign a team focused strictly on these functions to ensure best value for money, as Veolia Water is doing under our current alliance partnership with the City of Winnipeg.

- **Efficiency** – The business plan is based on ever-more efficient operations. It is difficult to deal with the daily activities and implement new programs.

Veolia Water has helped clients and utility providers such as New York City, DC Water and the Pittsburgh Water and Sewer Authority, through PPS consulting services that focus on driving the changes needed. The same effort is going to be required in Detroit. That ensures the manager of this effort is tracking progress in cutting costs, driving service improvements and improving revenue.

Veolia Water's core team members identified and candidates for this P3 partnership with the DWSD are profiled on Table 1-1 (next page). Each of them has been involved in large utility management operations with challenges similar to those of the DWSD.

Added to this, Veolia Water and Veolia Energy have current utility operations in the State of Michigan. This provides a ready base of support resources in many different disciplines, as well as staff that hold licenses in water and wastewater operations.

Our resources in the State include specialists such as water and/or wastewater operators, licensed electricians, CDL truck drivers, engineers, surveyors and other specialties. We would also note that there is reciprocity for many types of licenses from other states or national organizations.

In the remainder of this subsection, we outline our management approach and then profile the key resources that have been identified as candidates to fill roles for this project – demonstrating that we can offer a team structure that provides for:

- Resources required to meet all of the technical and financial obligations that will be part of this project on an ongoing basis

- Well-defined roles and responsibilities for our key personnel and potential team partner firms.

- Established management plan and approach and controlling interests to foster team integrity.

## Project Management

Veolia Water recognizes that this proposed partnership, as outlined in the RFI, will involve O&M project responsibilities, as well as support for other management, capital program, financing and potentially, ownership and management responsibilities.

Table 1-1, next page, profiled the roles and responsibilities of the core team that would work with the DWSD as it relates to the key staff resources that we have proposed as candidates to work with you under this P3 partnership.

Further, through our regional operations in the Central U.S., we provide access to a staff base that can address all of the needs of this new partnership.

## Key Resources

Veolia Water understands that the EM, acting on behalf of the City of Detroit and the DWSD, seeks to partner with a firm that can bring to this project a broad range of resources along with a strong local presence.

We propose to staff this new project, as shown on our organization chart (Figure 1-2, presented earlier), with a core management and technical leadership team drawn from the national resources of our firm.

Veolia Water's team assigned to this P3 would work with the oversight and support of our regional management organization for the Central U.S.

Our Central region operations and management group has overseen the transition and operation of the largest water O&M contract (Indianapolis, Indiana) and the largest wastewater O&M contract (Milwaukee, Milwaukee); at the time that each of these partnerships were established, they were considered the largest O&M projects in the country.

Personnel submitted in this proposal are potential candidates for different roles on the project, from the dedicated, on-site leaders for the Veolia Water team in Detroit to technical experts providing assistance in the project transition and implementation.

If selected, these management and technical resources would also become the "face" of the program to the greater Detroit community, and they would ultimately be responsible for all aspects of reporting and compliance to ensure that the operations and the Veolia Water team meet the expectations that are established for this new partnership.



CONFIDENTIAL                                                                 VWNAOS248058

## Table 1-1 > Veolia Water's diverse team of big-project experts



**JOHN WOOD:** Vice President, Veolia Water North America and project principal
**EXPERTISE:** General management and transitions
**BIG REFERENCE PROJECTS:** Milwaukee, WI; Indianapolis, IN; Winnipeg; Oklahoma City, OK; Rialto, CA

**WENDY WELSER:** Director of Customer Service
**EXPERTISE:** Call center and billing performance management
**BIG REFERENCE PROJECTS:** Pittsburgh Water and Sewer Authority; Buffalo Water, New York City; Former Customer Service Manager of Ann Arbor, Michigan

**BRUNO VALLA:** General Manager of Veolia Water's 30-year Winnipeg Alliance Partnership project
**EXPERTISE:** Capital program management
**BIG REFERENCE PROJECTS:** Winnipeg; Gold Coast Desalination Project in Australia

**JASON SALGO:** Chief Financial Officer
**EXPERTISE:** Finance, acquisitions, concessions
**BIG REFERENCE PROJECTS:** Philadelphia Green Steam Project; Medical Area Total Energy Plant, Boston

**SCOTT ROYER:** General Manager Veolia Water Milwaukee
**EXPERTISE:** General management, large wastewater operations and large project transitions
**BIG REFERENCE PROJECTS:** Milwaukee, WI; New Orleans, LA; Former Manager Northeast Ohio Regional Sewer District

**CAROL ROGERS-JACK:** Business Support Manager
**EXPERTISE:** Finance and business operations management
**BIG REFERENCE PROJECT:** Tampa Bay Water, FL

**KEITH OLDEWURTEL:** Vice President of Veolia's Technical and Performance Group
**EXPERTISE:** General management and project operations
**BIG REFERENCE PROJECTS:** General Manager of Grand Rapids District Energy; Director of Operations for 640-person co.

**KEAVIN NELSON, P.E.:** Executive Vice President
**EXPERTISE:** General management and capital program management
**BIG REFERENCE PROJECTS:** New York City; Buffalo, NY; Pittsburgh, PA; Tampa Bay Water, FL; Wilmington, DE

**ROD NAYLOR:** General Manager of Veolia Water's ongoing performance consulting program with New York City
**EXPERTISE:** Capital programs, on-performance consulting
**BIG REFERENCE PROJECTS:** New York City; Gold Coast Desalination Project and South East Queensland Water, Australia

**TIM MUIRHEAD, P.E.:** Vice President
**EXPERTISE:** Process engineering/management and capital program management
**BIG REFERENCE PROJECTS:** New York City, Milwaukee, WI; New Orleans, LA; Wilmington, DE

**LANITA MCCAULEY-BATES:** Senior Vice President – Veolia Water North America – West, LLC
**EXPERTISE:** Legal, O&M management, concessions
**BIG REFERENCE PROJECTS:** Rialto, CA; Indianapolis, IN

**STEVE KRUGER:** Vice President of Operations
**EXPERTISE:** General management, O&M and capital planning
**BIG REFERENCE PROJECTS:** New Orleans, LA; Tampa Bay Water, FL; Fulton County, GA; New London, CT; Former manager at Massachusetts Water Resources Authority



**LATRICIA HILL-HANDLER:** Supplier Diversity Manager
**EXPERTISE:** Procurement and M/WBE outreach
**BIG REFERENCE PROJECTS:** New Orleans, LA; DeKalb County, GA

**WILLIAM HARLESS:** Vice President of Operations
**EXPERTISE:** Regulatory compliance, O&M management, transitions
**BIG REFERENCE PROJECTS:** Tampa Bay Water, FL; New Orleans, LA; Fulton County, GA

**JAMES GOOD:** General Manager for Veolia Water's ongoing contract with Pittsburgh Water and Sewer Authority
**EXPERTISE:** O&M and capital program management
**BIG REFERENCE PROJECTS:** Pittsburgh, PA; Rialto, CA

**DAVID GADIS:** Executive Vice President
**EXPERTISE:** O&M and capital program management
**BIG REFERENCE PROJECTS:** Indianapolis, IN; New York City

**BILL FAHEY:** Chief Technical Officer
**EXPERTISE:** O&M technology, asset management
**BIG REFERENCE PROJECTS:** New York City, Milwaukee, WI; New London, CT; Wilmington, DE

**SHERRAE DAVIS:** Director of Asset Management
**EXPERTISE:** Capital planning, asset management
**BIG REFERENCE PROJECTS:** Winnipeg; Indianapolis, IN

**ED COLLINS:** Vice President of Procurement
**EXPERTISE:** Procurement, sourcing
**BIG REFERENCE PROJECTS:** Indianapolis, IN; New York City; Winnipeg

**SHANE CALVERT:** Director of Health & Safety
**EXPERTISE:** Safety management
**BIG REFERENCE PROJECTS:** Indianapolis, IN; Winnipeg; Milwaukee, WI

**ANTOINE BOO:** Sr. Technical Manager
**EXPERTISE:** Water treatment and distribution
**BIG REFERENCE PROJECTS:** New York City, Indianapolis, IN; Paris, France

**STEVE ALMEIDA:** Treasurer
**EXPERTISE:** Acquisitions, concessions
**BIG REFERENCE PROJECTS:** Philadelphia Green Steam Project; Medical Area Total Energy Plant

**DAVID ALEXANDRE:** Vice President, Performance Management Contracts
**EXPERTISE:** General management, performance consulting
**BIG REFERENCE PROJECTS:** New York City, Berlin, Germany; Paris, France

**NEAL ABERCROMBIE:** Above-ground Asset Management Expert
**EXPERTISE:** Asset management, capital planning
**BIG REFERENCE PROJECTS:** Winnipeg; Scottish Water, Scotland


CONFIDENTIAL                                                                                    VWNAOS248059

The professionals identified on Table 1-1 are indicative of the personnel that Veolia Water will provide in the key leadership roles for this project.  Full resumes for each are provided in Appendix A.

**Project Principal**

**John Wood**, Vice President in charge of Veolia Water's Central region (which includes projects in the State of Michigan), will be the project Principal.  He brings to this role key experience in leading the procurement, transition and ongoing support for three of our signature projects in North America, including:

- **Milwaukee, Wisconsin** – This project, under a contract with the Milwaukee Metropolitan Sewerage District (an agency providing wastewater services to a population base of over 1.1 million people residing in 28 Milwaukee-area communities),  began in 2008.  It marks the largest ongoing wastewater O&M contract in the U.S. Under this 10-year partnership, Veolia Water provides O&M for two large wastewater plants (250 MGD and 360 MGD), the collection system along with the 500-million-gallon capacity deep-tunnel system, plus the wastewater agency's Milorganite® biosolids production operations.

- **Indianapolis, Indiana** – Under this nine-year partnership (completed in 2011), Veolia Water operated a water system serving almost 1 million people.  At the time, this marked the largest water O&M contract in the U.S., and our project team achieved simultaneous ISO 9001 and 14001 certifications, making Indianapolis the only major U.S. city to achieve both certifications.

- **Winnipeg, Manitoba** – This Alliance Partnership marked the first agreement of its type with a municipal utility in North America.  Under this 30-year agreement, Veolia Water is working with the City to deliver an $800 million program for new or expanded wastewater facilities and related capital improvements on a life-cycle basis.

His involvement with these projects has provided Mr. Wood the leadership experience to oversee one of the core challenges under an O&M agreement for the DWSD's operations, the transition of staff resources.

The projects at Milwaukee and Indianapolis involved the collective transfer of over 775 O&M and professional staff to our teams, which included addressing the needs of multiple union agreements. At the Milwaukee site, there was a 100% transfer of all O&M staff, with only the previous operator's management staff not transitioning to Veolia Water.

In North America, and other parts of the world, no other company has transitioned more employees to contract O&M than Veolia Water. This includes transitioning employees for municipal projects, including:

- Milwaukee, Wisconsin (Wastewater) – 200+ employees (with six union contracts)
- Indianapolis, Indiana (Water) – 460 employees (with multiple union contracts)
- New London, Connecticut (Water & Wastewater) – 35 employees (with multiple union contracts)

As this extensive experience demonstrates, Veolia Water is unequaled in the depth of corporate resources and experience it can apply to manage an employee transition of any magnitude.

Mr. Wood has over 40 years of overall managerial and technical experience in water, wastewater, groundwater, industrial and resource recovery operations and maintenance.  In his role he has also served as the Principal for our company's work with industrial clients in the greater Detroit area, which includes our current work with General Motors at several Detroit-area locations, including, Delta Township and Lansing, along with the Veolia's energy operations in the City of Grand Rapids.

Mr. Wood is based at our regional management offices in Naperville, Illinois, and he manages a regional team of more than 1,300 working in the U.S. and Canada.

**Project Manager**

The core leadership position for this contract will be the Project Manager, the person that will provide overall project leadership and who will be directly accountable to you for the success of this P3 partnership.

Recognizing this, Veolia Water will be prepared to commit a world-class manager for this project. Following here are some of the key managers that we have in place for similar projects.  These staff are representative of the personnel that we will commit to this P3 project with the DWSD, and are specific candidates for the Project Manager role.  They include:

- **Scott Royer** – He is the current President/General Manager of Veolia Water's ongoing services contract with the Milwaukee Metropolitan Sewerage District (MMSD). In this role, he manages a staff of more than 220 that operate the wastewater and stormwater system.

  Mr. Royer's overall base of experience includes more than 37 years of wastewater industry experience. He began his career working with the Northeast Ohio Regional Sewer District in Cleveland where he progressed from the role of



Process Manager and Shift Manager to that of Maintenance Superintendent, with responsibility for managing more than 120 union and non-union employees for the maintenance functions at the 200-MGD Southerly Wastewater Treatment Plant, and he was the Operations Superintendent for the 50-MGD Westerly Wastewater Plant.

Mr. Royer began his career with Veolia Water as the manager for a project with the **City of Battle Creek, Michigan**. That project involved the startup of previously moth-balled sludge incinerators. Sludge incineration began within one week, with full on-site staffing and steady-state operations within two months – one month ahead of schedule.

- **David Alexandre** – He is a Vice President and Manager with Veolia Water's PPS staff, having joined our team in North America in 2011 to manage the PPS partnership project with New York City. The New York City water and wastewater operations serve more than 9 million people daily, delivering over 1 billion gallons of clean water and treating more than 1.3 billion gallons of wastewater per day. The project identified opportunities that are expected to generate up to $130 million in annualized savings. This included actions such as streamlining asset maintenance processes, changing contract specifications and optimizing the wastewater treatment process.

  Prior to joining the Veolia Water team in North America, Mr. Alexandre managed the water operations of one of the world's largest water and sewer system outsourcing operations, Berlin, Germany. Serving more than 4 million people, this system has been recognized for the many innovations that the Veolia Water management team achieved in areas such as in-sourcing (using in-house staff to perform work that has previously been subcontracted), along with energy and operations efficiencies that achieved operating cost savings of more than $150 million a year.

  Mr. Alexandre has over 18 years of industry experience in managing water and wastewater operations in the U.S. and Europe.

- **Jim Good** – He currently serves as the General Manager for Veolia Water's ongoing contract with the Pittsburgh Water and Sewer Authority (PWSA), providing leadership for a joint PWSA/Veolia Water management team that is working to implement management and operations improvements. This project has generated quick-



"After two years of analysis and a competitive bidding process, I truly believe this is environmentally and financially the best direction for our region. The new contract includes incentives for Veolia to perform above and beyond state and federal standards." – MMSD Executive Director Kevin Shafer

wins for the utility, like optimizing water production run-times at the membrane plant, which will reduce chemical costs by $350,000 annually; and also implementing enhancements at the customer service call center that slashed the call-abandonment rate almost immediately and reduced customer call waiting time by half. We are on track to produce more than $5.5 million in annually recurring savings for Pittsburgh.

Mr. Good has over 28 years of overall industry experience in all aspects of water and wastewater utility operations, including finance, change management, systems integration, capital planning, human resources and public and government relations. Prior to his current role, he served as the President of Veolia Water North America – West, LLC, where he held direct financial responsibility (profit and loss) for a greater than $100 million budget and also managed more than 300 employees and the company's performance on key metrics, including safety and compliance for 28 current municipal operations.

Prior to joining the Veolia Water team in the West more than a decade ago, Mr. Good worked with the California Water Service Company (Cal Water) in progressively responsible roles leading to appointment as a Vice President of this private water company. That company serves over 2 million people in four states: California, Hawaii, New Mexico and Washington.

- **Bruno Valla** – He joined the Veolia Water team in North America in 2010 as Director and Manager for the 30-year Alliance Partnership contract with the City of Winnipeg. In that role, Mr. Valla manages a core team of experts, including



operations and maintenance, financial, engineering, construction and others, that is working with the City to deliver $800 million of new or expanded wastewater facilities and related capital improvements.  Under this contract, Veolia Water is providing strategic advice and guidance on design, construction, technology and operational needs for three City wastewater treatment and biosolids facilities.

Prior to this, Mr. Valla worked as a Project Director with the Major Projects Group of Veolia Water, having responsibility for managing an international engineering and construction team engaged in delivering the $1billion Gold Coast Desalination Project in Australia.

In total, Mr. Valla has worked with Veolia Water companies in various parts of the world for over 21 years. This includes experience with the design, construction and operations for large-scale municipal water, sewage and related facilities.

- **Rod Naylor** – He is the General Manager for Veolia Water's ongoing PPS projects in North America and is the responsible manager for the PPS contract with New York City.

Under that ongoing contract with New York City, Veolia Water is working with the City's Department of Environmental Protection, the largest water and wastewater utility in the U.S. Our focus remains on implementing operational performance improvements that are delivering significant efficiencies and savings for the City's water and wastewater operations.  Annualized savings are on track to reach $82 million by July 1 of this year.

Mr. Naylor has more than 25 years of overall water industry experience, which includes operational management and executive roles on large infrastructure programs. He also has extensive experience with capital project governance committees and alliance leadership teams.

Mr. Naylor joined the Veolia Water team in North America in 2013 after working in leadership and management roles for operations groups and projects in Australia and New Zealand.  He first joined the company in 1998. While working in Australia, Mr. Naylor provided leadership for Veolia Water's technical and engineering departments, which include managing new project development and construction. He was also a member of the Board for Veolia Water Australia and Veolia Water New Zealand.



### A New Blueprint for Pittsburgh

Following a competitive procurement, the Pittsburgh Water and Sewer Authority partnered with Veolia Water (2012) to, among other things, help them improve the utility's overall efficiencies.

Over the course of the first year of this partnership, which has been renewed for a new term, Veolia Water identified measures that can lead to $14.7 million in annual recurring savings and provided a management team that has been integrated into PWSA's organization to work hand-in-hand with the agency's staff at their offices and operations sites.

### Other Management and Technical Resources

Veolia Water's Project Manager in Detroit will be also able to call upon a range of management, technical and other professionals to address the requirements under this partnership. Some of the professionals that can be drawn upon to meet the requirements under this new contract include:

- **F. Keith Oldewurtel** – He serves as the leader for Veolia's Technical and Performance Group in North America and has more than 30 years of management and operations experience related to municipal utilities. In his current role, he manages an in-house team that provides technical and management support resources and expertise for the company's water, wastewater and energy systems operations groups. This group also coordinates with Veolia's global technical, research and development, and innovation teams.

Mr. Oldewurtel is a Michigan resident and has spent a large part of his career involved with utility operations in the state.  He began his career as an operator and field inspector for the City of Gladstone's water and wastewater operations and then moved to the Iron Mountain-Kingsford Joint Sewerage Authority where he served as the Superintendent for wastewater operations.



CONFIDENTIAL                                    VWNAOS248062

Mr. Oldewurtel also served as Director of Operation for a large contract O&M company with 640 employees, providing services for municipal water and wastewater facilities across North America.

He joined Veolia in 2008 as a manager with our energy services company and served for two years as the General Manager for Grand Rapids" district energy system, which was acquired by Veolia Energy. Our company continues to own and operate the district energy network, serving some 130 customers in the Grand Rapids central business district.



Veolia Water implemented an internal management approach based on the *Balanced Scorecard* process, and our performance under this discipline was recognized with the Balanced Scorecard Institute of North America's 2012 Award for Excellence.

- **Wendy Welser** – She is our firm's leader for Customer Service operations in North America, providing leadership for customer service at water and wastewater operations projects. Ms. Welser's base of experience includes managing specialized transition/startup tasks related to customer service improvements. Her work with Veolia Water has involved leading customer service improvement programs in Buffalo and Pittsburgh.

Prior to joining the company, Ms. Welser was the Customer Service Manager with the City of Ann Arbor, Michigan. In that role, she designed and implemented a plan to consolidate support personnel handling inbound calls and face-to-face customer transactions for multiple public service and financial work units into a single customer service center offering a "one-stop-shop" approach. The customer service organization was responsible for meter reading for some 28,000 connections in Ann Arbor. This group also established and measured performance management objectives; identified performance/service gaps; led business processes re-design initiatives and budget planning and management.

- **Keavin Nelson** – He is a Senior Vice President with Veolia and provides leadership for the company's Municipal and Commercial operations in North America. This involves providing oversight for the delivery of operations services (in the water, wastewater and energy sectors) to government and commercial clients.

Prior to this, he was President for Veolia Water's operations in the Northeast and South regions. In these regional roles, Mr. Nelson held responsibility for managing a business operations group providing O&M, DBO and other related services to municipal, other government and industrial projects. He has also worked as part of the management and support teams for the PPS contracts with New York City and Pittsburgh, as well as the O&M contract with the City of Buffalo.

Mr. Nelson has over 37 years of progressively responsible experience in the water and wastewater service industry and over 20 years of senior-level management. This has included responsibility for multi-site operations, profit and loss, strategic planning, process re-engineering, design/build project team development, management and execution, business development and client and labor relations.

- **Steve Kruger** – He is an Operations Vice President with Veolia Water in our South region Municipal and Commercial services group. This group is responsible for operations of the services provided by Veolia Water and Veolia Energy in the region. In this role, Mr. Kruger provides oversight for the delivery of operations and asset management services in an area that includes the states of Louisiana and Florida, as well as projects and operations in the U.S. Virgin Islands.

Mr. Kruger has been involved with the oversight and management of many of Veolia Water's largest projects and clients in the region, including the ongoing operations of one of the largest wastewater O&M contracts in the U.S. (New Orleans, Louisiana) and multiple projects for a regional water supplier (Tampa Bay Water, Florida).

Veolia Water has worked with Tampa Bay Water, Florida's largest wholesale supplier (serving nearly 2.5 million consumers in a three-county area),



since 2000. This work has included DBO expansion (to a treatment capacity of 120 MGD) for the agency's surface water treatment plant, a plant originally built by Veolia Water using a DBO approach; as well as an EPCM (engineering-procurement-construction management) project team to build the new Lithia Hydrogen Sulfide Removal Facility, a 45-MGD ozone treatment system that was brought online in 2013.

Mr. Kruger has more than 37 years of overall experience in the water and wastewater industry, and prior to joining Veolia Water, he worked in management roles with the Massachusetts Water Resources Authority on one of the single-largest efforts ever undertaken in the wastewater industry, the Boston Harbor Cleanup program. This work involved developing operations policies and procedures for a new 900-MGD wastewater treatment plant and four associated headworks. He also developed a U.S. EPA-approvable user charge and industrial cost recovery system to assess each of the 43 commission-member communities their proportionate share of wastewater costs.

- **William Harless** – He is an Operations Vice President in the South region of the company's Municipal and Commercial services group, overseeing the delivery of operations and asset management services in an area that includes the states of Georgia and Tennessee.

Mr. Harless has almost 40 years of overall work experience, most which has been spent working in the water and wastewater industry. He has managed comprehensive O&M projects, serving as the Deputy Director for the O&M of Puerto Rico's water and wastewater facilities, which encompassed facilities throughout the island and involved managing a staff of over 2,000.

Mr. Harless has been involved with wastewater system engineering and rehabilitation projects, including wastewater collection system maintenance, rehabilitation and storm sewer evaluation studies (SSES) and infiltration/inflow (I/I) engineering studies. In fact, he has participated in more than 100 SSES and I/I projects, as well as more than 50 wastewater collection system rehabilitation projects nationwide.

- **Antoine Boo** – He is a Senior Technical Manager with Veolia Water and works as part of the PPS team in New York City. He began with that project



in 2011, serving as the Working Team Manager and Liaison with the New York City Board of Water Supply (BWS) for the evaluation of the waterworks and the implementation of identified and accepted improvements.

Mr. Boo has worked with Veolia Water companies in the U.S. and globally since 1987, and he has almost 30 years of overall work experience. Prior to his current role, he managed the final years of the O&M and the transition to a new owner, for the City of Indianapolis, Indiana's water treatment and supply system.

Prior to this, Mr. Boo was involved in managing and supporting major water and wastewater utility operations in Europe for Veolia Water. This included projects and operations in Turkey, Russia and other areas of Eastern Europe.





CONFIDENTIAL                                                                    VWNAOS248064

- **David Gadis** – He is an Executive Vice President with Veolia Water and provides leadership for new projects and the delivery of the PPS project model. His background includes almost 30 years of overall business experience, with more than 15 years of management experience in the water industry.

  Mr. Gadis also served as the President and CEO of Veolia Water Indianapolis, the company that was charged with managing the water system serving the City of Indianapolis and surrounding area. That contract, the largest water system O&M contract in the U.S. at the time, involved the O&M of a water treatment, storage and supply system and customer service organization.

  The Indianapolis contract also included a large capital project component, under which Veolia Water managed and implemented over $200 million in capital work for the system's aging water infrastructure. By the completion of the contract in 2011, with transition of the operations and facilities to a new owner, Veolia Water had delivered a cumulative $83.1 million in cost savings.

  The Indianapolis project, as noted, also achieved ISO 9001 and 14001 certifications, marking the first time that a U.S. municipal water system achieved this quality standard.

  In his current role, Mr. Gadis provides leadership for Veolia Water's PPS approach, working with some of the largest water and wastewater utilities in the U.S. to conduct detailed evaluations that lead to operational efficiencies and cost savings for their operations. This has included working as part of PPS teams for the New York City water and sewer system and the PWSA.

- **Neal Abercrombie** – He is the Director for Above-Ground Asset Management for the Veolia Water project team in Winnipeg. In this role, Mr. Abercombie is part of a core team of experts, including operations and maintenance, financial, engineering, construction and others, working with the City to deliver some $800 million of new or expanded wastewater facilities and related capital improvements.

  Mr. Abercrombie joined the Veolia Water team in North America in 2011, and prior to this he worked as a Project Director with Veolia Water in Scotland on a large and complex program with that country's water and wastewater utility (Scottish Water).

  In total, Mr. Abercrombie has over 20 years of experience in the areas of facilities operations and



The quality, safety and compliance standards that Veolia Water maintained at the Indianapolis water project were recognized with the water industry's first simultaneous certification under ISO 9001 and 14001 standards. These standards were maintained through the transition of the facilities and services to the new owner.

management for large-scale, regional water and wastewater systems.

- **Tim Muirhead, P.E.** – He provides leadership for the company's sludge (biosolids) development and operations support activities. This involves supporting large account management activities within the business operations group of regional companies that provide O&M, DBO and other services to municipal, other government and industrial clients. He also has responsibility for leading Veolia Water business teams delivering scope expansions, technology offerings and service contracts renewals.

  Mr. Muirhead has more than 25 years of municipal and industrial project process engineering, operations and facility management experience in water and wastewater treatment, biosolids management and in-vessel composting facilities. He has been involved with engineering, operations and management of wastewater plants (18.5 MGD to 185 MGD) and in providing support services for process control and operations of oxygen activated sludge plants (210 MGD to 1.2 BGD).

  Mr. Muirhead has also been involved in implementing facility management programs, process improvements, odor control system retrofits and product marketing plans at in-vessel biosolids composting facilities, ranging in size to 45 dry tons per day (DTPD). He has developed new business accounts and provided on-going technical support for biosolids thermal drying facilities



ranging in size up to 200 DTPD and thermal incineration facilities up to 84 DPTD.

- **Sherrae Davis** – She is Veolia Water's Director of Asset Management in the Central region and is responsible for supporting projects in a region that includes Canada and the central U.S. The role of this group is to support the company's ongoing operations projects and new work related to above-ground and underground asset management. Ms. Davis is also currently assigned to work as part of the Veolia Water engineering and operations team that is supporting our ongoing project with the City of Winnipeg. On that project she serves as a specialist in the area of underground asset management.

  Prior to these roles, Ms. Davis was an Asset Manager with Veolia Water on the Indianapolis Water O&M project, with responsibility for the Asset Management group. She had responsibility for ensuring system compatibility with consumer demand relative to water volume and system pressure.

  Ms. Davis has more than 17 years of progressively responsible industry experience that was gained in working as part of the operations and support team for the Indianapolis water system, first with the Indianapolis Water Company and then transitioning to Veolia Water Indianapolis. Her background includes engineering, construction and operations-related water and wastewater project experience.

- **Steve Almeida** – He is the Treasurer for the Veolia companies in North America, and he is responsible for managing and coordinating corporate treasury, new-project evaluations and approvals, debt compliance, project financing, and financial planning.

  In this role, Mr. Almeida works closely with business development to recognize strategic opportunities and identify and maintain relationships with financial partners.

  Since joining the company in 2008, Mr. Almeida has led models for five acquisitions ranging up to $350 million. These acquisitions utilized a variety of financial structures, including on-balance sheet acquisitions for projects like the Grand Rapids district heating system to joint ventures for the Medical Area Total Energy Plant (MATEP).

- **Shane Calvert** – Mr. Calvert is the Director of Health & Safety for Veolia Water. In this role, he provides oversight and management of safety,



Earlier this year Veolia Water began a new contract with the LADWP, one of the largest water utilities in the U.S., to work with them on achieving efficiencies related to purchasing practices and meter operations. This project builds from our firm's success working with other large utility operations in New York and Pittsburgh.

compliance and training for the company's O&M and related projects and operations in the Central U.S. and Canada.

Mr. Calvert has over 16 years of experience in the O&M field, all of which has been involved in providing management and management support for water and wastewater projects. His areas of expertise include state and federal level safety and environmental regulations, workplace hazard assessments, investigation of work-related illnesses, injuries and environmental incidents, and the development and implementation of incident reduction programs. He is also well-versed in fleet safety/Department of Transportation regulations, trenching and shoring programs, and staff training and development.

- **Ed Collins** – He is Vice President for Procurement with Veolia Water. In this role, Mr. Collins manages the procurement and sourcing operations that support the company's water and wastewater O&M projects in North America. The group's responsibilities include chemical procurement and pricing and working with our company's projects on efficient chemical usage. It also involves the purchase of water meters and other equipment and tools for operations projects.

  Mr. Collins also works as a core member of the Veolia Water PPS delivery team and is currently part of the team working on our new contract with the Los Angeles Department of Water and Power (LADWP) for procurement and operations assistance. He also worked as part of the PPS teams in New York City, Pittsburgh and Washington, D.C.

  Prior to this, Mr. Collins worked as part of the team that managed the Indianapolis Water project. His role on that project was Director of Shared Services for Veolia Water, which included responsibility for several departments that supported the entire water operations. These departments, including Procurement, Warehouse Operations, Fleet



Services, Risk Management, Claims Services, Contract Services and Safety, had specific responsibility that make the company more efficient in the day-to-day operations of the project. In this role, he was responsible for managing a budget of over $4.1 million and for preparing, managing and facilitating forecasts and variance reports for the more than $42 million operations budget. Mr. Collins also had overall responsibility for the MBE and WBE programs under this contract.

- **Lanita McCauley-Bates, Esq.** – She is the principal for Veolia Water's operations in the West region of the U.S. and Canada, and she worked as the corporate attorney on the Indianapolis water project.

In her current role, Ms. McCauley-Bates manages the delivery of O&M and related services to a client base of governmental and commercial clients in the Western U.S. She is also part of the legal and management team that supports Veolia Water's operations in North America.

- **Bill Fahey** – He is the leader for the company's Technical Support group, which is responsible for providing technical support and capital project expertise for the operation of Veolia Water and Veolia Energy projects/operations throughout North America.  The group also directs environmental monitoring and asset life management programs and delivery of information technology support.

Prior to this, he served as the Technical Director for Asset Management with Veolia Water and led the development of technical services benchmarks for governmental and industrial clients.  Through this work he was involved in supporting Veolia Water's large-scale water and wastewater operation in the U.S. and Canada – including Indianapolis, Milwaukee, Winnipeg and others.

Mr. Fahey has more than 20 years of engineering, construction and O&M experience with wastewater collection and treatment systems.  This includes working as the Asset Manager for Maintenance at the Massachusetts Water Resources Authority's Deer Island Wastewater Treatment Plant – as part of the Boston Harbor Cleanup project team.

- **Latricia Hill-Chandler** – She is Veolia Water's corporate Manager for Supplier Diversity and works as part of the company's North American procurement and sourcing group. This group supports the company's water, wastewater and



In 2012, three new positions were conceived and approved by our company, including our Supplier Diversity Manager, Latricia Hill-Chandler (second from the right above), who provides leadership for our outreach efforts to MBE, WBE and other classes of DBE partners. Her resume is included in Appendix A of this submittal.

Veolia Water is committed to developing and driving Inclusion, Diversity and Innovations strategies in terms of our firm's hiring and subcontracting practices.

Our firm's proactive approach, using in-house tools and resources combined with active partnerships with advocacy agencies, achieves significant results in the area of MBE, WBE and DBE project involvement.

*(The photo above shows Veolia Water's team in Milwaukee and our corporate diversity staff receiving a Proclamation at ceremonies during "Small Business Week", recognizing our outreach efforts.)*

related O&M, DBO and other projects in North America.

Ms. Hill-Chandler has overall responsibility for managing Veolia Water's outreach and diversity programs for subcontracting and procurement. This includes involvement in procurement efforts for new projects, as well as support for subcontracting related to existing project work. She is engaged in managing the company's supplier database, working with disadvantaged and small businesses to identify potential subcontracting roles, as well as managing outreach activities.

Prior to joining Veolia Water in 2013, Ms. Hill-Chandler managed supplier diversity programs for the Indianapolis Public Schools and Indiana University.  Her other corporate experience includes work with Cummins Inc. as their Diversity Procurement Manager.

- **Carol Rogers-Jack** – She is a Business Support Manager part of Veolia's financial team that supports the operations of Veolia Water and Veolia Energy.  Ms. Rogers-Jack joined Veolia in 2000 and has been part of the team in North America since 2006.  She has more than 20 years of accounting,



financial and business analysis, as well as other related experience. Prior to her current role, she was engaged in providing business and financial support for Veolia Water's operations in the South region of the U.S. and the Caribbean.

Over her more than 14 years of work with Veolia, Ms. Rogers-Jack has been responsible for providing financing, accounting and management support for O&M and related projects. She has experience with financial management, audit and accounting in corporate and public accounting fields and proven ability to exercise sound professional judgment in decision-making, problem-solving, management and strategic planning.

- **Jason Salgo** – He is Veolia's Chief Financial Officer for North America supporting the operations of Veolia Water and Veolia Energy. He oversees all finance, accounting, control, reporting, treasury, project financing, project evaluation and risk management activities across all business lines.

Mr. Salgo is also a core part of Veolia's team that is engaged in project and operations acquisitions. This involves providing support for financial analysis and modeling, due diligence and contract negotiations.

Mr. Salgo has more than 15 years of experience in finance and accounting. Prior to joining Veolia, he performed a variety of financial roles in the utility industry, including leading the eastern region finance team for one of the nation's largest producers of electricity.

These professionals are representative of the types of resources that Veolia Water is prepared to mobilize to the DWSD project. Resumes for each are provided in Appendix A of this volume.

## Staffing Mobilization and Support Model

Veolia Water, as we stated at the start of this sub-section, will provide the DWSD access to a proven team of technical and management resources. These resources will be mobilize to this project using an approach similar to that of our PPS implementation model shown above. In this model, we have created a service that brings together the expertise of an O&M provider with that of a management consultant.

This latter expertise would be applied to the streamlining of the DWSD operations after the transition period.

Working with the managers and operators at the utility, and providing Veolia Water's operational and technical expertise along with that of our partners, we will provide

**Veolia Water's PPS organizational structure is focused on promoting collaboration at each level.**



the City with access to an expert team of professionals to address the specific goals and requirements that will be defined for the City of Detroit's water and sewer system by the transaction.

The array of technical, management and administrative management specialists (Subject Matter Experts, or SMEs) profiled on in this sub-section are indicative of the professionals that Veolia Water can mobilize to support this project.

These are specialists that will be available, as needed, on a short- or long-term basis to address the core tasks that are identified. Drawing from the base of resources, Veolia Water will form a highly collaborative team of seasoned managers and technical experts that will work together with DWSD staff post-transition to identify, evaluate, recommend and then implement solutions to deliver lower costs and improved performance and service for your customers going forward.

This is the model that we have refined under our PPS approach for clients such as New York City and the PWSA. That approach and management structure offers benefits that we will seek to deliver to Detroit under this new contract.

The organizational structure used under our PPS model also includes a Steering Committee, made up of the project sponsors, representing the project and client organizations; a Project Management Committee,



comprising the senior project managers and again including the client; and a Technical Advisory Committee composed of senior technical and business operations experts from Veolia Water who review technical performance and ensure both compliance and adoption of technical innovations. Because of its role as a communications vehicle, we would plan to establish a Steering Committee early in the project, before transition is completed.

In the PPS study phase to follow transition, we will deploy resources and processes working in close communication with DWSD staff, thereby ensuring their buy-in and coordination with their ongoing activities where appropriate. This approach normally involves a small project team of experienced utility managers and selected SMEs in various technical and managerial functions, as determined by the final agreed scope and schedule.

These SME teams include specialists in treatment, networks, procurement, IT, finance, customer service, maintenance, asset management and much more.

## IV – Responder

Veolia Water North America Operating Services, LLC, as we have discussed, would be the prime contractor for the delivery of services under this proposed new P3 type of partnership.

At this point in the development of our approach to the project, Veolia Water has identified several candidate financial, engineering and construction partners (with letters of interest from these firms provided in Appendix E for your reference).

As we move forward to the Proposal stage, we will specifically identify the entity (or entities) that will provide the financing for the transaction, as well as any proposed structure for the leasing and/or ownership of the systems.

We would also seek to partner with a leading engineering services provider, as well as with local partners that can provide support services under the contract.

## V – Contact Person

As discussed in the Cover Letter, the single contact person for all future communication between the City and Veolia Water will be:

Mr. Francis Crehan, Vice President
Veolia Water North America Operating Services, LLC
101 West Washington Street, Suite 1400 East,
Indianapolis, Indiana 46204

Telephone: 317/917-3718
Fax: 317/917-3718
Email: frank.crehan@veolia.com

All requests for additional information regarding this submittal should be directed to our contact person.

## VI – Controlling Interest

Veolia Water North America Operating Services, LLC, is the proposer, and our firm is a limited liability company under the laws of the State of Delaware.

Our projects in the Central region, including those in the State of Michigan, are managed and delivered by our subsidiary company, Veolia Water North America – Central, LLC.

Both of our companies are authorized services providers in the State of Michigan (see certificates of good standing provided in Appendix C).

Our Central region staff also includes Michigan-licensed water and wastewater operators who are currently engaged in supporting our work in the State. This includes ongoing O&M projects at a number of General Motors company sites in the greater Detroit area.

The Veolia Water companies in North America are part of a global parent company, Veolia Eau – Compagnie Générale des Eaux S.C.A. This is a French limited company that traces its origins back to 1853 and the start of the municipal outsourcing business in France. Today, our global parent serves the wastewater needs of over 73 million people around the world. These services are provided by 89,000+ staff through offices and operations in some 43 countries, with revenues of more than $15.9 billion during 2012.

Veolia Water's ultimate parent, Veolia Environnement, is a global leader in the environmental field, with over 220,000 employees and recognized revenues in 2012 of over $38.8 billion, and it is traded on the New York Stock Exchange.

Through our North American and global parent companies, we provide access to lines of credit and bonding at the levels that will be required for this transaction.

## VII – Expected Advisors

Veolia Water has no current "advisors" that have been utilized for this RFI response process, and we do not expect to select, and then use, any external advisors until the Proposal stage.



CONFIDENTIAL                                                              VWNAOS248069

## VIII – Comparable Projects

The City of Detroit owns and operates the DWSD, which meets the water and wastewater needs of residential, commercial, governmental, institutional and industrial customers within the City and provides services to 125 suburban communities. Customer entities served by DWSD are located in Wayne, Oakland, Macomb, St. Clair, Genesee, Washtenaw and Monroe Counties.

Veolia Water, as we have discussed, will be the prime contractor for this proposed new partnership and we have not yet identified or selected any additional team members firms. In this section, we profile the work of our firm in North America as well as that of other Veolia Water companies throughout the world.

Veolia Water companies operate and manage facilities that are similar in size and that face managerial and operational challenges comparable to those of the DWSD. In this sub-section we profile our key projects that best illustrate our experience in operating similar facilities under a variety of project models, including O&M, DBO, Delegated Management as well as Concession types of operations. These include the projects highlighted earlier as part of the experience of our proposed key staff.

Each of these selected reference projects are briefly profiled on Table 1-2, which follows, with complete discussions following here.

We have also included complete project summaries in Appendix B for these reference project examples and other related experience for our core staff identified earlier in this section.

The projects that follow have been selected to best illustrate our firm's work in providing O&M and related services for operations similar in size to the DWSD – as in the case of New York, Pittsburgh, Paris and Berlin – and others that include elements of potential solutions for Detroit, as the EM moves forward to identifying the best solution for the near-term and long-term needs of the City.

### New York City, New York

New York City, is one of the largest cities in the U.S., and is served by a large and complex water and wastewater system that is operated by a union workforce.

Their system, like Detroit's, faces challenges related to operations costs, efficiencies, and addressing complex near-term and long-term operations and management needs.



**NEW YORK: OPERATIONAL EXCELLENCE FOR THE NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION (NYC DEP)**

**$55M** in annual savings have already been implemented

**10.8%** ultimate annual savings (targeted) as a percentage of 2011 budget

**$43M** in new meter revenue through accuracy maintenance program (targeted)

"The Operational Excellence program pairs us with a firm that brings a comprehensive portfolio of best management practices, a track record of boosting productivity while reducing expenses across the globe... Through this new innovative partnership, teams of DEP employees will work with Veolia to look for efficiencies across the board in operations and maintenance and then implement the best recommendations over the next four years."
– Carter Strickland, Commissioner, NYC DEP

The New York City Department of Environmental Protection (NYC DEP) contracted with Veolia Water in 2011 to optimize its operations and help implement savings initiatives. New York City's water and wastewater operations serve over 9 million people daily, delivering over 1 billion gallons of clean water and treating more than 1.3 billion gallons of wastewater per day. These operations include 13 wastewater treatment plants, a new 290-MGD water treatment plant, 6,000 miles of sewers and 7,400 of miles of distribution lines.

The primary scope of the program involved reviewing all aspects of this utility's operations to assess potential improvements in areas including chemical use and pricing; labor productivity; inventory management; sludge process optimization; and overall O&M.

The project also identified such enabling steps as public outreach, legislative initiatives and other processes required to implement the recommendations. The final report identified over 100 implementable measures for the City's consideration.

Throughout the first phase of this innovative partnership, the City's employees worked alongside our project team, under a joint management and governance structure (identical to that pictured above), to identify operational and organizational efficiencies. To capture "quick wins," our joint team identified and implemented several cost-saving initiatives within the first three months, for example in chemicals procurement, yielding several million dollars in annual recurring savings.



| Table 1-2. Veolia Water – Profile of Reference Projects | | |
|---|---|---|
| **Project Location** | **Facilities** | **Partnership History/Scope** |
| **New York City, New York** (Population served = 9 million) | • 290-MGD Water Plant • 6,600 miles Distribution System • 13 Wastewater Plants • 7,400 miles Collection System | • 2011–Ongoing – First U.S. PPS project in North America • Implementing $108 million to $130 million in annual recurring savings • Customer service and meter replacement initiatives • Established new service benchmarks water/wastewater O&M |
| **Winnipeg, Manitoba** (Population served = 650,000) | • North End Water Pollution Control Centre (WPCC) - 302 MLD • South End WPCC - 60 MLD • West End WPCC - 32 MLD • Biosolids Facilities | • 2011–Ongoing – 30-year agreement - First North American Alliance Partnership for wastewater • Established shared-risk model for $800 million in capital work • Provided core management team drawn from global resources, including members of the Scottish Water (Alliance Partnership) team |
| **Pittsburgh, Pennsylvania** (Population served = 310,000) | • 117-MGD Surface Water Plant • 25-MGD Membrane Plant • Finished Water Storage (455 MG) • Wastewater Conveyance to Regional Treatment Authority, Stormwater Facilities & Combined Sewer System | • 2012–Ongoing – Providing interim executive management services along with PPS study/recommendations and implementation • Project focused on operations, management and customer service improvements – including large-scale capital program • Reducing controllable operating expenses by 10% with no layoffs • On track to produce more than $5.5 million in annualized savings |
| **City of Rialto, California** (Population served = 100,000) | • 11.7-MGD Wastewater Plant • 263 miles of Collection System • 11-MGD Water Plant • 187 miles of Distribution System | • 2003-2013 – Conventional O&M partnership • 2013-2043 – O&M partner under pioneering concession contract • Financing involved a $35 million up-front payment and $41 million in needed capital improvements |
| **Paris, France (SEDIF)** (Population served = 4.37 million in 144 suburban Paris communities) | • 408 MGD - Three Water Plants • 5,480 miles Distribution System • Customer Service Operations | • 1923–Ongoing – Oldest water P3 globally and largest French water utility • Implementing metering programs that have delivered $30 million in additional revenues previously lost to meter inaccuracies |
| **Milwaukee, Wisconsin** (Population served = 1.1 million in the 28 communities in the Greater Milwaukee area) | • 360-MGD and 250-MGD WWTP • 320-mile Collection System • 28.5-mile Stormwater System • 500-Mg Deep-Tunnel System • Biosolids Product (Milorganite) | • 2008-Ongoing – 10-year partnership & largest ongoing wastewater P3 • Implemented advanced asset management program • Work as a partner to agency in developing capital plan, as team includes a dedicated capital program manager • Worked with Milwaukee to implement "green" initiatives |
| **City of Buffalo, New York** (Population served = 280,000) | • 160-MGD Surface Water Plant • 814 miles of water lines | • 2008-ongoing – 10-year O&M partnership using delegated management • Established robust capital and customer service programs • Use KPIs to measure performance/improvement goals |
| **City of New London, Connecticut** (Population served = 44,500) | • 9-MGD Surface Water Plant • 230 miles of Distribution System • 10-MGD Wastewater Plant • 122 miles of Collection Systems | • Long-term O&M partner with current contract renewals through 2028 based on performance • Extensive underground asset management program • Implemented innovative asset management and information programs |
| **Tampa Bay Water, Florida** (Population served = 2.5 million) | • 120-MGD Water Plant • 30-MGD Groundwater Plant • 15-billion gallon Reservoir • 45-MGD Ozone Plant DB | • Long-term partner 2000-2023 (ongoing) with multiple projects employing various P3 models (O&M, DBO and EPCM) • Award-winning water plant delivered using DBO approach with Veolia Water proprietary technology and expanded under a second DBO |
| **City of Indianapolis, Indiana** (Population served = 1 million in eight communities) | • Four surface water plants (16-MGD to 96-MGD) and five groundwater plants (2-MGD to 24-MGD) • 4,300 miles of water lines | • Nine-year O&M partnership completed in 2011 – ranked as the largest water system O&M contract at the time • Delivered new standards for quality and customer service • Implemented large-scale capital program for water infrastructure |
| **City of Wilmington, Delaware** (Population served = 500,000 regional wastewater operation) | • 134-MGD Wastewater plant • Three large Pump Stations • Biosolids management with two Cogeneration Sludge Dryers | • 1985-Ongoing – Long-term O&M partner • Financed, designed and built $15 million in capital improvements • Working with City and energy provider to implement a $37 million Biosolids Renewable Energy Facility at wastewater plant. |
| **New Orleans, Louisiana** (Population served = 465,000) | • 122-MGD Wastewater Plant • 20-MGD Wastewater Plant • 40-dptd Fluidized-Bed Incinerator | • 1992-ongoing – O&M contract renewed in 2014 for a 10-year term • Veolia Water worked extensively with wastewater agency to restore wastewater facilities/operations after Hurricane Katrina - $47 million in FEMA-funded capital work managed |
| **Atlanta-Fulton County, Georgia** (Population served = 370,000) | • 90-MGD Water plant • 935 MG Reservoir Capacity • 200-MGD Raw Water Pump Station | • 1990-ongoing and an O&M agreement that began with startup • Implemented programs to expand capacity from 45 MGD to 90 MGD • JV contract with MBE partner (mentor-protégé at the start) |
| **Fulton County, Georgia** (Population served = 200,000) | • Three Wastewater Plants (24 MGD, 1 MGD and 1 MGD) • 30 Pump Stations | • 2010-ongoing – 10-year O&M agreement bringing together the County's wastewater operations under a common contract • Manage regional water education center at wastewater plant |
| **Franklin, Ohio** (Population served = 23,400) | • 4.5-MGD Wastewater plant • 2 Pump Stations | • 1987-Ongoing – Veolia Water-owned and operated facility • First municipally owned plant transferred to private ownership by EPA |
| **Oklahoma City, Oklahoma** (Population served = 545,000) | • Four wastewater facilities, capable of processing up to 111 MGD • 75-MGD Pump Station • Biosolids Management | • 1992-ongoing – O&M contract that has been renewed multiple times • Provided Oklahoma City's accumulated savings of $152 million • Highly successful biosolids management and odor control programs in urban area |



CONFIDENTIAL                    VWNAOS248071

The project identified opportunities that are expected to save the City up to $140 million per year. Between $65 million–$87 million a year can be saved in operating expenses through actions such as streamlining asset maintenance processes, changing contract specifications and optimizing the wastewater treatment process.

Further, we jointly identified $43 million per year of additional revenues that can be captured via large meter management. Together, these benefits represented 9%–10.8% of the agency's $1.2 billion fiscal year 2012 budget.

In June 2012, Veolia Water received notice to proceed with the official implementation phase, Phase 2, which involves implementing the approved recommendations of the assessment phase under a four year contract. To implement this phase of the project, we have mobilized a world-class team to work with the City's staff in their offices and at their water and wastewater operations locations.

Many of the staff tapped for the New York team will be part of the group mobilized to support this new partnership with the DWSD.

Veolia Water's compensation for the implementation phase is centered on an innovative pay-for-performance agreement where we only achieve a profit if the implemented initiatives deliver measurable and agreed savings to the utility and its customers, thus demonstrating our commitment to the client's success.

- <u>Reference</u>: Mr. Steve Lawitts, Chief Financial Officer - NYCDEP, 59-17 Junction Boulevard, 8th Floor, Flushing, NY 11373
  - <u>Telephone</u>: 718/595-6576
  - <u>Email</u>: slawitts@dep.nyc.gov

## City of Winnipeg, Manitoba, Canada

The City of Winnipeg faced challenges as they started the process of implementing a large-scale capital program that focused on meeting the critical near-term and long-term needs of their wastewater system.

Like the City of Detroit, Winnipeg was looking for an innovative approach that would bring in world-class managers and operations professionals that would work with their staff to implement a demanding program over the next three decades.

Many of the core staff that are part of the partnership with Winnipeg are among the key resources that are candidates for the proposed contract with the EM covering O&M of the DWSD's water and wastewater systems.



Under a unique and collaborative 30-year agreement that began in 2011, Veolia Water and the City of Winnipeg are working together to deliver $800 million of new or expanded wastewater facilities and related capital improvements on a life-cycle basis.

Under this 30-year contract, Veolia Water provides ongoing strategic advice and guidance on design, construction, technology and operational needs for three City wastewater treatment and biosolids facilities.

The agreement represents a new model for cities around the world seeking to maintain public ownership and operations while benefiting from private-sector expertise. Designed to protect ratepayers from cost overruns, the partnership features public- officials and private-sector managers working as an integrated team to develop plans and execute the approved projects.

The City of Winnipeg retains full and final decision-making authority and sets all service and quality standards, with advice and support from Veolia Water's highly specialized team of global experts.

This unique P3 model, which was derived from one widely used in other parts of the world by Veolia Water companies called Alliance, involves working hand-in-hand with City officials to deliver capital improvements utilizing a gain/pain share concept where our compensation is "at risk" and dependent on our joint ability (Veolia Water's and the City of Winnipeg's team) to achieve real savings versus budgeted plans in the delivery of capital improvements.

Veolia Water's ongoing Alliance Partnership contract with the City of Winnipeg, which builds on the lessons-learned from the Scottish Water contract, is a performance-based contract under which more than 40% of Veolia Water's total revenue is at risk. Under this structure, our incentive fees are linked to documented savings realized through the reduction of engineering, construction and operations costs vs. budget.



CONFIDENTIAL                                                                                    VWNAOS248072

The City's staff is responsible for the day-to-day operations, with Veolia Water's team providing technical support. Open-book accounting to ensure complete transparency is applied to both capital and operations.

- Reference: Ms. Moria Geer, Finance Manager, Water and Waste Department, City of Winnipeg - 1199 Pacific Ave. - Winnipeg, Manitoba - Telephone: 204/986-4474 - Fax: 204/986-3745 - Email: mgeer@winnipeg.ca

## Pittsburgh Water & Sewer Authority (PWSA), Pennsylvania

Like the DWSD, the PWSA faced long-term operations, capital program and management challenges and sought a partner that could work with them to address a large set of immediate issues and then establish a path forward for the long-term operation of this water and wastewater utility.

The PWSA's Board of Directors unanimously selected Veolia Water based on our proposal to deliver an innovative approach to managing the system, called Delegated Management, to provide measurable improvements to customers.  We also proposed a simultaneous PPS approach to collaborate with employees to find and implement operational efficiencies.  The city accepted our proposal for both services.

Many of the core team that are working with the PWSA under this combined interim management and PPS operations assistance contract are potential candidates to work with Detroit's water and wastewater O&M contract.

The PWSA provides water and sewer services to more than 310,000 consumers throughout the City of Pittsburgh and surrounding areas.  Under this contract, Veolia Water's management team is integrated into PWSA's organization to manage the agency's staff at their offices and operations sites, while another team of experts jointly with PWSA employees identifies and evaluates improvement opportunities.

This joint effort aims to help the PWSA improve the utility's customer service and performance levels.

The work focused on identifying efficiencies in operations and maintenance of over $3 billion in above- and below-ground infrastructure that serves the water and sewer conveyance needs of customers across 54 square miles.

Initial tasks involved working with the PWSA's managers and staff to meet Consent Decree obligations



Scottish Water is the utility providing drinking water and wastewater services to more than 2.4 million households and over 159,000 businesses across Scotland.

The facilities that they operate include 29,910 miles of water pipes; 252 water treatment works (plants and associated facilities); 31,064 miles of sewer lines; and 1,865 wastewater treatment works.

Scottish Water Solutions Limited was formed in 2003 as a joint venture (JV) of this water and wastewater utility and private companies in the U.K., including Veolia Water.

The creation of this JV was in direct response to the Water Industry Commissioner of Scotland's request that Scottish Water deliver its total Investment Program for £0.8224 billion (£0.5 billion) less than the $3.783 billion (£2.3 billion) forecast cost.

Additionally, in June 2006 Scottish Water Solutions was also awarded a substantial part of Scottish Water's Q&S III(a) Program 2006-2010. The total value of this is expected to be about $1.562 billion (£950 million).

The JV structure that Scottish Water Solutions implemented ranks as one of the biggest partnering agreements of its kind, and brings together considerable experience in delivering efficiencies on water industry programs of this size and complexity.

This unique and innovative business model – a limited company within a publicly owned organization – brings global best practices from Veolia Water and the other partner to the Scottish water industry, particularly in the fields of asset management, engineering, program management and construction.

to state and county regulators.  We worked to organize the department and create a culture of responsibility and accountability for the success or failure of projects.

Veolia Water also worked with engineering consultants and contractors to get them back on schedule, clearing a backlog of potentially litigious disputes, which allowed projects to move forward.  Other tasks included working on the feasibility of creating a stormwater authority to better assess stormwater usage and create additional revenue for increased levels of service.

Veolia Water also assisted in the planning for a $150 million Capital Improvement Program covering three years to address the PWSA's most critical infrastructure needs.  This initial three year program will address the Authority's most critical infrastructure needs including a long overdue rehabilitation of the water



CONFIDENTIAL                                                                                    VWNAOS248073

plants filtration system valued at $30 million. Other critical projects include work at the major pumping stations as well as developing a back-up structure to the aging clearwell.

Like the DWSA, the underground pipes in Pittsburgh are 80 to 100 years old and winter line breaks are a constant occurrence, so the Authority is continually replacing underground assets. Additionally the Capital Improvement program contains $9 million in Green Infrastructure pilot projects aimed at demonstrating the viability of these Green Infrastructure technology projects to catch the first inch of rainfall and thus utilized to offset gray CSO and stormwater infrastructure.

During the partnership's first year, a team of water and wastewater experts from Veolia Water helped PWSA improve the utility's customer service and performance levels by conducting in-depth diagnostics of current operations, developing specific recommendations for improvement and supporting PWSA employees in implementing initiatives aimed at reaching new performance metrics. The analysis and resulting operational changes helped PWSA reduce its cost of operations and increase the utility's revenue by, among other things, re-securing a large commercial customer.

The total impact of these changes alone is nearly $2.4 million annually. To date, we are on track to produce more than $5.5 million in annualized savings.

Our Pittsburgh based team is now continuing to work side-by-side with the PWSA's staff, helping them execute the utility-approved initiatives and training them to sustain the work after we leave.

- <u>Reference</u>: Mr. Dan Deasy, Past Chairman and Ms. Julie Jarbeck, Staff Contact - PWSA, 436 Main Street, Suite 100, Pittsburgh, PA 15220 -
  <u>Telephone</u>: 412/928-9514 -
  <u>Email</u>: ddeasy@pahouse.net and jjarbeck@pahouse.net

### Rialto, California

The financial challenges that faced the City of Rialto were in many ways similar to the issues facing the City of Detroit. Rialto's water and wastewater agency reached out for a solution that would provide the capital needed to address both immediate and long-term needs, and to secure an O&M partner that could work with them over the next three decades to implement and sustain a comprehensive solution.

Under a pioneering concession agreement with Rialto, involving the participation of a union pension fund as

"Veolia Water has done an excellent job working with PWSA staff to provide them the training that they need and I think we have all learned a great deal from this partnership. Over the past year we have made many strides. The Board challenged Veolia to find new sources of revenue and pass the 2013 budget with no layoffs and no rate increase. They not only met our challenges, but far exceeded our expectations. Our employees and customers benefit from these improvements."
– Dan Deasy, Past Chairman, PWSA
(July 10, 2013, PWSA Press Release)

investor, Veolia Water worked with a private partner (Table Rock Capital) as part of a team to implement a concession-lease for the City (a Veolia Water O&M client since 2003), and our firm will operate the City's water and wastewater facilities for 30 years.

Table Rock Capital established a Special Purpose Entity (SPE) that enabled the City to outsource the management and operations of their water and wastewater utilities to Veolia Water in return for an upfront cash payment.

The SPE, Rialto Water Services (RWS), oversees Veolia Water's O&M contract and collects revenue from the City's water and sewer customers (using a monthly fee that includes debt service, return on equity, operating and management costs and an escalating service fee).

Under this lease-concession approach, the City retains full ownership of the water and wastewater systems, control and ownership of the water supply and water rights, and transparent public authority over all rate setting. The SPE has responsibility for managing the 30-year contract and, working with Veolia Water, will oversee the infrastructure capital upgrade program.

The management team that was responsible for the development of the concession approach included John Wood in his role as the acting President of the West region, and he is our proposed Principal for this new contract with Detroit. Another key Veolia Water leader in this transaction was Lanita- McCauley Bates, who served as Veolia Water legal representative throughout the process. She is one of the core set of experts that Veolia Water has identified to work with the DWSD under this new P3 partnership.

The concession contract model, as depicted above, will enable the City's aging facilities to be refinanced without being privatized. Additionally, public ownership, control and transparent public authority over rate setting are maintained. The concession also provides the capital needed to rehabilitate and replace the water mains and sewers, design new infrastructure, and carry out seismic retrofits.

The project includes all aspects of water treatment, distribution, collection, wastewater treatment, and



CONFIDENTIAL

**Rialto, California – Concession – Table Rock provides capital and Veolia Water provides long-term O&M solutions**



management of customer service operations. Veolia Water is also responsible for managing the City's underground asset management (UGAM) program, their industrial pretreatment (IPP) program, their fats, oils and grease (FOG) program, as well as the recycled water supply (Title 22) program.

The City's new public-private concession demonstrates a way for other cities to strengthen their financial condition while improving infrastructure services and creating jobs.

- Reference: Mr. Mike Story, City Administrator - City of Rialto, 150 S. Palm Avenue, Rialto, CA 92376 – Telephone: 909/820-2525
  - Email: pkennedy@rialtoca.gov

## Paris, France



FRANCE: CONTINUED SUCCESS FOR GREATER PARIS, SYNDICAT DES EAUX D'LLE DE FRANCE (SEDIF)

Innovations in technology, operations and customer service over 90 year old partnership

4.3M people served in 144 suburban Paris communities

The City of Paris, and the suburbs that surround it, faced many of the same challenges that the DWSD needs to address, and Veolia Water developed a partnership approach that has addressed the needs of this utility under a series of contracts that have covered more than nine decades.

The team that was engaged in working with Paris includes members of the management and technical support team that Veolia Water has proposed for Detroit's O&M project, including David Alexandre.

This contract with Syndicat des Eaux d'Ile de France (SEDIF) serves the Paris suburbs is one of the oldest O&M contracts in the world, representing almost 90 years of experience in operating and managing a regional water system serving 4.3 million people.

This contract is managed and supported by the Veolia Water management and operations team that is based at the SEDIF facilities and operations located in and around Paris.

Under this contract, Veolia Water has identified efficiencies and savings, including implementing metering programs that delivered $30 million in additional revenues previously lost to meter inaccuracies. Through the implementation of a streamlined organization with fewer work locations and reduced use of external suppliers (in-sourcing), we achieved a 28% improvement in personnel costs. In the meantime, water price increases, excluding taxes and license fees, have remained well below inflation for several years, even while Veolia Water and SEDIF managed a significant capital improvement program to modernize production plants and the distribution network.

This ongoing contract, renewed for a new 12-year term in 2011, includes O&M responsibility for three water treatment plants with a total daily demand of 200 MGD, customer service operations (550,886 accounts), billing and collections (2 million + bills annually) operations, meter reading and management (553,473 meters – residential, commercial, fire) operations, as well as the implementation of a meter replacement program.

- Reference: Mr. Andre Santini, Chairman, SEDIF , Paris, France - Telephone: +33 (0)15 345 4242
  - Email: sedif@sedif.com

## Buffalo, New York

The City of Buffalo, like the City of Detroit, is an aging urban area that faces economic and population loss challenges. In seeking an O&M solution, they decided to use a Delegated Management approach, whereby the water system's O&M staff remain City employees and are managed by a small team of core managers from

 VEOLIA

Veolia Water. Our team focuses on working with the City's staff to implement efficiencies under a long-term O&M type of agreement.

Our key staff that have worked with the City of Buffalo includes Wendy Welser, who will be part of the technical expert team that will be available to the City of Detroit under this proposed O&M partnership.

In July 2010, Veolia Water began a 10-year partnership with the City for the O&M of their water supply system, which serves more than 77,000 customer accounts. Our commitment to the City was to implement our world-class programs, streamline processes, enhance revenues without unduly burdening ratepayers and manage the water treatment and distribution system operations staff. The staff remain City employees and work under the leadership of a Veolia Water management team of five.

Under this contract, we are implementing new programs and new performance metrics to ensure improvements in customer service, including commitments to improve Call Center operations, invest in customer service software.

We are creating an Asset Management program, and developing a new comprehensive maintenance program to drive a higher level of service to Buffalo residents.

This project ranks as the largest water system under contract O&M in New York State, with facilities and operations that include a 160-MGD surface water treatment plant; 814 miles of water distribution system, customer service management (meter reading, billing and collections); capital program management; and UGAM and above-ground (AGAM) asset management programs.

The majority of the City's water distribution system lines was constructed before 1935 (much of those in the late 1800s) and the water assets, lines, pump stations and treatment plants, are subject to Buffalo's extreme winter temperatures.

Under this contract, Veolia Water implemented new customer service phone/information systems and began the longer process of a customer service cultural change. Water Authority customers, like those of other North American utilities, expect improved customer service and availability of information (usage, leakage, etc.), so these efforts are central to meeting the technical and service expectations of today's ratepayers. Improvements to meter reading, billing cycles, delinquent accounts and Veolia Water's participation at the many neighborhood meetings are yielding

Veolia Water's contract with the water and wastewater agency in Berlin, Germany, which was completed at the end of 2013 with the divesting of the final shares of our firm's investment in this utility, was a large-scale delegated management project that we used as a model for approaching the work with the City of Buffalo, New York.

At the start, the Berlin P3 ranked as one of the largest and most innovative such projects in the world.  It was a concession-type agreement with Berlin's water and wastewater utility, Berliner Wasserbetriebe (BWB), the water and wastewater agency serving the Land of Berlin.

Like the DWSD, the Land of Berlin encompasses a large regional area, including the City of Berlin and surrounding communities.  The water and wastewater demands of a service area with four million people needed a solution that included investment (financial) and provided a management team that could work with the existing staff to improve the operations and reduce costs.

The staff that worked as part of the Berlin team included David Alexandre, who is proposed as part of the team for this new contract with the EM and the City of Detroit.

This contract began in 1999 when the Berlin government invited the private sector to contribute capital to the level of 49.9% in the city's public water and wastewater utility.  A consortium under the leadership of Veolia Water was selected, with Veolia Water as the designated O&M services provider for the water and wastewater systems.

Under the contract, Veolia Water provided management services, with BWB remaining a public utility (75.1% owned by Berlin and 24.9% owned by the Veolia Water consortium).

An executive board composed of members of the majority owner (Berlin) and the consortium was responsible for managing the company.

This project marked a first in water and wastewater services in Germany, the largest-ever P3 partnership, at $2.18 billion (U.S.). Some of Veolia Water's accomplishments included the creation of a central Call Center, optimization of operations and generation of cost savings and staffing efficiencies all while protecting water quality.  Examples include lowering operations costs for the waterworks by more than $25 million by focusing on areas including waterworks operations automation; optimization of maintenance and purchasing; use of a Balanced Scorecard approach and management techniques to improve the skill levels and performance of line managers; and financial controls enhancement.

Veolia Water also developed and implemented a reorganization program for staff optimization, using in-sourcing, training and natural attrition to lower staffing impacts. Over the initial 10-year period, staffing was reduced by 34%, to just fewer than 4,000 employees. This involved working with the unions to develop a partnership approach that resulted in reduction through attrition (retirement, reassignment, etc.) and addition of positions by in-sourcing functions previously performed by outside contractors.

Under Veolia Water's management, the BWB earned ISO 9001 and 14001 certifications, along with an OHSAS 18001 certification.  Veolia Water was also responsible for building Berlin a Center of Competence for water and wastewater research, training and scientific exchange.

In September 2013, Veolia signed a final agreement with the Federal State of Berlin to sell our 24.95% stake in BWB.

This fruitful partnership has succeeded in a substantial modernization of the company, which has improved efficiency while securing the highest ecological and social standards and continuous infrastructure investment.

As part of the transfer, Veolia Water worked with the BWB on the transition of water and wastewater system management.



CONFIDENTIAL                                                                                          VWNAOS248076

increasingly positive impressions of the Water Authority by its ratepayers.

Veolia Water also restructured water meter reading routes to gain a 20% increase in reading productivity; eliminated the prevailing "field estimates" practice, manually estimated bills were completely eliminated. As part of this meter enhancement program, Veolia Water and the City initiated joint pilot studies with the Water Authority, including waterline physical condition assessment and an active review of AMR and AMI hardware and tools.

Buffalo was among the first Veolia Water clients to have meters tested at our North America Meter Laboratory located in our regional office in Houston. The new facility allows us to offer the most modern meter optimization techniques. This laboratory has the capacity to test 5/8-inch - 10-inch meters to 0.1% accuracy. In addition, we test to AWWA and/or ISO standards – a key foundation to optimizing and sustaining meter accuracy, which in turn means additional water revenues for the Water Authority.

In Buffalo, Veolia Water also installed a GPS vehicle tracking system to streamline routing and scheduling and optimize employee efficiency, help to improve service delivery and provide the best use of existing staff. Vehicle tracking is used by managers to coach employees to better performance and to use time effectively.

- Client Reference: Mr. O.J. McFoy, Water Board Chairperson, City of Buffalo, City Hall, 65 Niagara Street, Room 1101, Buffalo, NY 14202 - Telephone: 716/851-4333 - Email: omcfoy@sa.ci.buffalo.ny.us

### Milwaukee, Wisconsin

This contract involves providing O&M and capital program support for an agency like the DWSD that serves a large urban area that includes a major city, in this case the City of Milwaukee, and the suburban areas that surround it.

Scott Royer is Veolia Water's overall manager for the Milwaukee contract and a candidate manager to work with the Detroit project. He was part of the Milwaukee transition team and now serves as the Principal for the ongoing partnership.

Under a contract with the Milwaukee Metropolitan Sewerage District (MMSD) that began in 2008, Veolia Water provides wastewater services to a population of more than 1.1 million residing in 28 Milwaukee-area communities. The scope of the contract involves providing O&M for facilities and operations, including

Under a recently completed stand-alone project for the Milwaukee Water Works, Veolia Water worked with this agency to evaluate their water distribution system operations, with the goal of improving efficiencies for routine and emergency tasks.

The Milwaukee Water Works is the publicly owned utility of the City of Milwaukee and serves 11 wholesale clients that operate their own water utilities, bill customers and maintain the distribution system. Retail customers receive full water service from MWW, including customer billing and distribution system maintenance.

Veolia Water's work included detailed review of operations practices, standard operating procedures and staff scheduling. The end result was a report of findings, along with a set of recommendations for improvements that will be implemented by this agency.

a 250-MGD Tertiary Activated Sludge WWTP, a Collection System along with the 500-million-gallon Deep-Tunnel System.

There is also the production of 48,000 dtpy Milorganite, the District's branded biosolids fertilizer product.

A major component of the scope under this O&M agreement has involved working with the MMSD to improve the asset management program. The objective of these efforts included improving the accuracy of data collected, developing processes and approaches for asset management and capital project work, and implementing advanced methods and tool to enhance existing programs. This initially focused on underground assets through a program that involved the implementation of GIS and computerized maintenance management (CMMS) tools, as well as the use of risk based assessment and reliability-centered maintenance management approaches. A collaborative Asset Management effort was just completed focusing on the above ground assets.

Additionally, Veolia Water is working with the MMSD to develop a long-range capital improvements program. This includes providing design review and coordination using our corporate resources, as well as preliminary engineering and estimating to develop capital project requests, which are submitted annually in a Capital Project Plan.

Veolia Water's assisted the MMSD on their ambitious capital improvements program under the leadership of our dedicated Capital Program Manager, based full-time at the project, along with support resources from our company at-large and the District. This includes resources from our North America Technical Direction Group (TDG), an internal specialty group that provides engineering, construction and research and development expertise.



Over the course of the first five years of this 10-year contract, some of Veolia Water's most notable accomplishments include:

- Working with the District and the City to conduct the first-ever Water Carbon Footprint study, measuring the environmental impacts of carbon, water and costs.

- Creating the Water Impact Index, which established the impact of human activity on water resources and provides a methodology for establishing the positive and negative implications of how water resources are managed.

- Engineering a green innovation to harvest and reuse landfill gas to provide energy to produce fertilizer product from treatment plant residuals.

- Reducing wastewater disinfection costs 60% by designing/constructing a permanent ammonium sulfate system to improve disinfection efficiency.

- Improving fleet fuel efficiency and air emissions by implementing eco-driving courses for project drivers, teaching them more efficient driving techniques.

Managing flows during wet weather events has been an ongoing challenge for the District. A significant aspect of Veolia Water's plan for Milwaukee is the execution of a comprehensive Wet Weather Operations Plan. A critical element of the plan is to ensure that all critical conveyance and plant assets are in service for wet weather events. When a wet weather event is anticipated, Veolia Water's Wet Weather Operations Team initiates a series of protocols that maximizes the useable capacity of the District's unique inline storage system. Veolia Water's approach minimizes surcharging while maximizing treatment capacity. Sewer overflows are reduced and environmental compliance is enhanced. Part of this effort includes scheduling additional plant and field resources to effectively handle a wet weather event.

At North America's largest wastewater P3, Veolia Water's responsibilities far exceed O&M of the treatment plants – we also are deeply committed to environmental stewardship and strengthening our community partnership.

Our environmental stewardship and community partnership at Milwaukee begins with our corporate commitment as guardians of the environment and includes a $1.5 million research program with local universities such as University of Milwaukee-Madison School of Freshwater Sciences and Marquette University. Veolia Water's Water Box was introduced



"With Veolia Water as our new partner, New London is ensuring reliable asset management and the protection of our valuable water and wastewater assets on a long-term basis with the lowest life-cycle management costs." – Kevin J. Cavanagh, Former Mayor

into area elementary schools to enhance students' environmental awareness, and we host environmental summits and participate in public education.

We have also developed and continue to expand a successful MBE/WBE program.

- Reference: Mr. Pat Obenauf, Contract Compliance Manager - Milwaukee Metropolitan Sewerage District, 260 West Seeboth Street, Milwaukee, WI 53204 - Telephone: 414/225-2256 - Email: pobenauf@mmsd.com

### New London, Connecticut

The City of New London faced many of the same needs and challenges in operations and capital that confront the DWSD and the City of Detroit, and Veolia Water has worked with them under a conventional O&M contract to address water and wastewater operations and capital project needs.

Keavin Nelson served as the Principal for our project with New London, and he is one of our proposed candidates for working with the City of Detroit under this new partnership.

In 2008, the City awarded a 10-year O&M contract to Veolia Water. This new contract included structures that incentivized operational excellence and a true partnership, through a focus on asset management. The initial contract term was expanded as a result of our ability to drive rapid improvements during the initial years of the partnership, with an extension through 2028.

Under this ongoing contract, Veolia Water provides O&M for water and wastewater facilities that include a 10-MGD wastewater treatment plant, nine pump stations and 122 miles of sewer lines; a 9-MGD water



CONFIDENTIAL

Case 5:17-cv-10164-JEL-KGA   ECF No. 448-7, PageID.35784   Filed 11/19/21   Page 49 of 446

Statement of Interest – Potential Operators for DWSD · · · · · · · · · · · · · · · · · · · · Section 1 – Item 5 – Responder Information

filtration plant, finished water storage tanks and 230 miles of drinking water distribution lines. We also manage billing and collection for over 14,000 accounts.

A key element of our approach for New London involves our asset management planning and reliability centered maintenance, which extend asset life expectancy while reducing life-cycle costs.

Our integrated information technology program combines maintenance, operations and other information into a single repository, which records the entire life history of the assets tracked.

- Reference: Mr. Barry Weiner, Chairman, Water and Water Pollution Control Authority, City of New London - 565 Coleman Street, New London, CT 06329
  - Telephone: 860/443-7092
  - Email: (not disclosed by client)

## Tampa Bay Water, Florida

The Tampa Bay Water partnership is an example of the way in which Veolia Water has worked with a regional water supplier, sharing a geographic reach similar to the DWSD, to provide O&M, DBO and other types of solutions to meet near-term and long-term needs.

The core management team that has worked with Tampa Bay Water in delivering on the O&M, DBO and other project scopes includes Keavin Nelson and Steve Kruger, who are among the key managers that we have nominated to work the City of Detroit under this new partnership.

The P3 formed by Tampa Bay Water and Veolia Water has constantly expanded over the years – a testament to the quality of our work and our client's trust and satisfaction. The initial 2000 design-build-operate (DBO) contract has been joined by agreements for the maintenance of a groundwater treatment plant, reservoir management, engineering-procurement-construction management (EPCM) for another treatment plant and, finally, a second DBO contract to nearly double the size of the original surface water treatment plant.

The original project began in April 2000 when, following a year-long selection process among four competitive teams, Tampa Bay Water awarded a team led by Veolia Water a $135 million, 15-year (with a five-year option) contract to provide DBO services for the agency's new regional surface water treatment plant. In August 2000, the plant capacity was increased to 66 MGD, raising the overall contract value to $144 million. The original contract included $83 million in capital (construction) costs and $61 million in O&M fees.

"Eighty million dollars represents compelling savings. These savings translate into lower water rates for our residents. Forward-thinking utilities have to consider the benefits of working with a private-sector partner that provides access to the latest technology and operational economies-of-scale."
– Former Tampa Bay Water General Manager, Jerry Maxwell

Because of the accelerated schedule for the initial DBO project, the design team was required to produce complete water treatment plant design drawings for submittal to permitting agencies in less than six months. To make this requirement even more challenging, Tampa Bay Water increased the design capacity of the facility from 60 to 66 MGD about half way through the project without modifying the contract completion date.

In April 2007, Veolia Water's contract with Tampa Bay Water was expanded yet again, as the firm was selected for the Facility Modification Work that essentially doubled the size of the facility to 120 MGD. The contract amendment, amounting to $158.4 million over its term, made the surface water treatment facility one of the nation's largest DBO projects. The contract amendment built upon the success of the original partnership by utilizing the same technology process trains, featuring Veolia Water's patented ACTIFLO® clarification process. The DBO process again provided Tampa Bay Water with performance guarantees for water quality, water quantity, construction timelines and a Guaranteed Maximum Price for project delivery.

Veolia Water delivered the expansion design/build work ahead of schedule, and at the completion of the project, the Tampa Bay Water's Board of Directors voted to amend the term of Veolia Water's original O&M portion of the DBO agreement through 2023. The expansion contract is expected to deliver savings similar to the original agreement.

The Tampa Bay Water Regional Surface Water Treatment Plant receives blended source water from the Alafia River, the Tampa Bypass Canal, the Hillsborough River and the Regional Reservoir, delivering raw water through a 72-inch diameter pipeline to the treatment plant. Treatment elements utilize a multi-barrier process including ballasted flocculation (Veolia ACTIFLO®), ozone and filtration through granular activated carbon gravity filters, disinfection, chemical dosing and solids processing.

In 2002, under a separate contract with this same client, Veolia Water began providing maintenance of the S.K. Keller Hydrogen Sulfide Treatment Facility. This 30-



CONFIDENTIAL
VWNAOS248079

MGD plant strips hydrogen sulfide from groundwater. The contract has been renewed five times.

In 2013, Veolia Water completed work under an engineering-procurement-construction management (EPCM) contract that began in 2009 to build and startup the new Lithia Hydrogen Sulfide Removal Facility, a 45-MGD ozone treatment system. This plant is now in operation.

- Reference: Mr. Charles H. Carden, Jr., Director of Operations and Facilities, Tampa Bay Water - 2575 Enterprise Road, Clearwater, Florida 33763
  - Telephone: 727/796-2355
  - Email: ccarden@tampabaywater.org

### Indianapolis, Indiana

The City of Indianapolis owned and managed a complex regional water system serving the needs of the City and surrounding areas. They were seeking an O&M type of solution, and also assistance in implementing large-scale capital needs.

Like the DWSD, the City of Indianapolis faced unique challenges, including a large work force, aging water infrastructure, and an extensive water operation that needed to be operated more efficiently.

Veolia Water delivered a conventional type of O&M approach and expanded upon that scope to address the critical needs that this agency faced in all of these areas.

David Gadis was the Veolia Water principal under this nine-year contract with the City of Indianapolis, and he along with several others involved in the project are among the key resources that we have designated to work with you under this new partnership, including Antoine Boo, Ed Collins and Sherrae Davis.

In 2002, Veolia Water undertook what was at the time the largest water O&M partnership in the U.S., serving ~1 million people in Central Indiana. The project involved providing a dedicated O&M team that was based at the utility's facilities, as well as taking over the employees.

In August 2011, Veolia Water completed the successful transition of the water operations to the new owner, a City-owned regulated utility.

Over the course of this nine-year contract, Veolia Water stopped a trend of substantial annual customer rate increases and achieved a cumulative $83.1 million in savings at contract completion in 2011. At the end of the contract our annual operating costs were some $2 million less than the previous management's had been when we started in 2002.

The Indianapolis water facilities include four surface water treatment plants, ranging in size from 16 to 96 MGD; five groundwater treatment plants, ranging in size from 2 to 24 MGD; 4,300-mile distribution system with associated pumps and tanks.

This contract also had a significant customer service component, including over 300,000 customer accounts; meter reading; meter replacement program; and billing and collection operations. As part of our work in improving the customer service operations for this operation, Veolia Water replaced some 163 three-inch and larger water meters, representing 15% of the utility's revenue base, within three months, generating nearly $2 million in additional revenues that paid for the meter change-out ($1.44 million in meter and installation costs) in less than nine months.

The communications strategy that Veolia Water implemented at Indianapolis focused on building a collaborative environment with all of the project stakeholders (union, government and the community). This included establishing a Citizens Advisory Group (CAG) and a Technical Advisory Group (TAG) that helped us make decisions, acted as a focus group and provided public support for changes they agreed with. The TAG included representatives from local industries, prominent college professors, the state environmental agency, the state Public Service Commission and local politicians. The CAG vetted in advance all customer service changes, such as messages on phones and policies on customer turnoffs, and reviewed public documents, such as the actual bill format.

Over the course of this contract, Veolia Water greatly increased the quality of operations by simultaneously achieving ISO 9001 and 14001 certifications, making Indianapolis the only major U.S. city to achieve both certifications.

Veolia Water was selected for this partnership because of our innovative transition plans, employee relations plans, technical approach, experience, management fees, customer service and local commitment. At the start of the contract, our firm worked with the City to provide an aggressive approach to resolve water taste and odor problems, provide compliant water system operation and management, and invest in plant upgrades.

At the start of the contract, Veolia Water worked with this client to establish a set of key performance indicators (KPIs) that formed the basis for the award of a portion of our fee. Under the incentive plan, a portion of Veolia Water's fees were paid only if we met specified customer service, water quality, operations and other



performance measures. By directly linking performance to compensation, this partnership established a new model in the water outsourcing industry. Over the nine-year life of this pioneering agreement, Veolia Water achieved better than 90% of incentive payment fees.

A major portion of this contract with the City was devoted to capital improvement projects that were managed by Veolia Water Indianapolis. We implemented this work through a combination of in-house crews and local, pre-qualified engineering and contractor firms.

Additionally, under our contracting practices, we kept more than $250 million in the metropolitan area by purchasing goods and services locally 92% of the time. Finally, Veolia Water donated $5 million to local university water research programs.

- <u>Reference</u>: Mr. Sam Odle, Past Chairman, Board of Waterworks, City of Indianapolis - 3939 Priority Way S Drive, #400, Indianapolis, IN 46220 - <u>Telephone</u>: 317/706-6349 - <u>Email</u>: samuallodle@gmail.com

## Wilmington, Delaware

The City of Wilmington is an urban area that faces many of the same types of demographic and industrial decline challenges that face the City of Detroit, and Veolia Water has worked with them to deliver innovative financial and O&M solutions.

Keavin Nelson served as the principal for this O&M partnership with Wilmington, and he is one of the key project manager candidates that we have proposed for this partnership contract with Detroit.

Veolia Water assumed O&M responsibility for Wilmington's solids processing facilities in 1985, and, in 1998, we were awarded a new 20-year, $224 million O&M contract to manage the entire wastewater treatment process.

During the first two years of this contract, Veolia Water financed, designed and built $15 million in capital improvements, including a SCADA system and fine bubble diffused aeration to enhance system operation and conserve energy. In addition, Veolia Water replaced the labor-intensive belt filter press installation with more efficient centrifuges.

This project involves the O&M and management of a 134-MGD enhanced secondary activated sludge wastewater treatment plant that is subject to wet weather conditions, as well as three large wastewater pump stations.

Under this contract, Veolia Water pays the City an



"…it is quite obvious that your [Veolia Water] personnel are well trained and in tune with the process … You and your associates are to be commended for their continued dedication to maintaining and efficiently operating [Delaware's] largest municipal wastewater treatment facility."
– Glenn F. Davis, State of Delaware DNREC

annual access fee, and the City uses these funds for infrastructure and other programs. Veolia Water also contributed $1 million to help the City defray the legal expenses incurred during the contract drafting process.

The City expanded Veolia Water's contract to include providing daily O&M of the City's combined sewer outfall real-time control (RTC) system. RTC converts the passive underground piping into a dynamically controlled system through use of rain gauges, water level and flow sensors and regulators. Use of SCADA for continuous monitoring enables operators to mitigate potential CSOs by diverting flows to areas of the underground system that have the capacity to handle or store excess wastewater.

We also worked with the City to install a sodium hypochlorite disinfection system to replace the dangerous chlorine gas system. The new liquid chlorine-based disinfection system significantly reduces the risk to employees and the residents of Wilmington and surrounding neighborhoods and removed the site from the EPA's high-risk target list. Recently, taking advantage of improved technology, Veolia Water installed new hypochlorite equipment that cut disinfection of chemical costs by 40%-45%.

Class B biosolids are produced from the anaerobic digesters and then dewatered using high-solids centrifuges for interim disposal in a Pennsylvania landfill as daily cover material. Veolia Water has been working with the City and its Energy Services Company (ESCO) to implement a $37 million Biosolids Renewable Energy Facility (REBF) at the wastewater plant.

Veolia Water has worked with the ESCO and their engineering consultant in the design and development



of this innovative green energy project, which will use the flared digester gas, supplemented with adjacent landfill gas to fuel two reciprocating cogeneration engines to yield four megawatts of sustainable power for use at the plant. The REBF will also use the exhaust heat from the engines to heat thermal hot oil for a new 30-dtpd in-direct heat dryer for the production of Class A dried biosolids to market to customers. Veolia Water is contracted to provide O&M of the new REBF.

At the start of this project, Veolia Water negotiated with the labor unions at the site and offered employment to all City employees, and 90% accepted this employment offer.  We also instituted a cross-training program for operations and maintenance personnel, which saves money on call-ins and overtime and allows staff to work in any part of the plant.  This included a mandatory training requirement for union personnel, effectively improving the overall skill level of the staff.

The project is a recipient of a Gold Peak Performance Award from the National Association of Clean Water Agencies and two-time nominee for the USEPA Region III Operation & Maintenance Excellence Award.

- <u>Reference</u>: Cleon L. Cauley, Sr., Commissioner, Public Works – City of Wilmington - 800 French Street, 6th Floor, Wilmington, DE 19801 - <u>Telephone</u>: 302/576-3076 – <u>Email</u>: clcauley@wilmingtonde.gov

## New Orleans, Louisiana

The City of New Orleans is an aging urban area that has seen significant drops in population in recent years due to the damage caused by several hurricane events. This means that it encounters many of the same kinds of demographic challenges that the City of Detroit now faces as you contemplate the new O&M services agreement.

The benefits of this experience will be applied to your project through the technical and management resources that we have nominated to work with you, including Bill Harless, Steve Kruger and Tim Muirhead; they all played a key role in the most recent renewal of this contract.

At the start of the 1992 contract, which was recently renewed for 10 more years following a competitive procurement, the challenges included restoring wastewater plant performance and compliance and providing qualified staff for the O&M of two complex plants.

Seeking operating efficiencies, relief from regulatory demands and a solution to hiring qualified personnel at



"Since the beginning of our partnership, [Veolia Water's] work performed has been cost effective, reliable, and essential for the public health of our residents.  I was the Mayor who signed the original 5-year contract, 19 years ago, and I am still proud today of its success."

"This partnership [with Veolia Water] has provided the City with a cost-effective solution to what had become a serious challenge [stringent discharge requirements and resources to maintain compliance] for the...Board."

"Veolia's commitment to serving New Orleans doesn't stop with the City's wastewater treatment system.  Since the beginning of the Partnership...Veolia has been a consistent provider of endowments, enrichment opportunities, and a resource for educational challenges to help the youth of New Orleans."

-- Sidney Barthelemy, Former Mayor, New Orleans
   Sept. 6, 2011, letter to USCOM for VW P3 nomination

civil service wages, the Sewer and Water Board (S&WB) contracted the operation of its two wastewater treatment plants to Veolia Water.

The partnership between Veolia Water and the S&WB has delivered many benefits to the City over the past two decades.  Some of these benefits are tangible, such as cost savings that are estimated to be more than $26 million in terms of O&M costs; over $2.8 million contributed to community and civic groups; and national and regional awards for performance and safety in the operation and management of this community's wastewater facilities.  Other benefits are intangible, such as helping to better the quality of life in the City and providing a better trained and engaged workforce.

Under the initial contract, Veolia Water worked with the S&WB to plan and supervise a $1.7 million capital improvements program that resulted in the rehabilitation of such components as oxygen generation units, incinerators and disinfection plants. These and other efforts satisfied regulatory agency concerns.  Over the past 20 years, we have managed and implemented a wide range of improvement projects.

In the aftermath of hurricanes Katrina and Rita in 2005, which devastated the 122-MGD East Bank treatment plant, Veolia Water mobilized our vast resources from around the country to assist with plant restoration and repairs. Portable pumps, pipes and generators were delivered to the site to begin pumping floodwaters back over the levee.

One month after Katrina struck, the East Bank plant had been completely dewatered, and two weeks later, 30 million gallons of water was flowing through the facility. Meanwhile, the U.S. Environmental Protection Agency imposed a 60-day deadline to restore secondary treatment.

While some industry insiders believed it would take a year to achieve such standards, given the site conditions, Veolia Water successfully met the regulatory agency's goal with one week to spare.

Our O&M staff at New Orleans, many of whom lost their homes and belongings, poured forth heroic efforts despite their personal tragedies – working around the clock to restore a vital environmental service to their fellow citizens. In the ensuing seven years, Veolia Water acted in the City and S&WB's behalf, working closely with the Federal Emergency Management Agency (FEMA) to manage and complete some $47 million hurricane recovery restorations.

Under the current contract, Veolia Water is responsible for the O&M of two wastewater treatment facilities: a 122-MGD pure oxygen activated sludge facility and a 20-MGD trickling filter plant. We also manage the project's 40-dtpd fluidized-bed incinerator, and oversee a septage receiving program and incinerate all wastewater residuals onsite.

In New Orleans, Veolia Water is heavily invested in the community, with a focus on improving quality of life and opportunities for residents and small and disadvantaged businesses. Community involvement has also always been an important aspect of Veolia Water's approach to conducting business and being a meaningful member of the New Orleans community.

This is part of our company's commitment to the community and part of our duty as the world leader in the water and wastewater field. Veolia Water's charitable contributions to the New Orleans community during our tenure have well exceeded $2.5 million.

In addition to charitable work with the recreation department, local schools, etc., the company partnered with a non-profit job training organization to create an internship program at the New Orleans project. The program introduces students to real and sustainable entry-level job opportunities in the water and wastewater utility sector. In fact, two of the project's full-time operators graduated from the highly successful program. As such, they receive the company's generous benefits, including ongoing career training and advancement opportunities.

- Client Reference: Mr. Bob Moeinian, Director of Operations, Sewerage and Water Board of New Orleans - 6501 Florida Ave. New Orleans, LA 70117
  - Telephone: 504/865-0411 - Fax: 504/865-0403
  - Email: bmoeinian@swbno.org

## Atlanta/Fulton County, Georgia

Veolia Water, in a 50-50 joint venture with a minority-owned business enterprise (Khafra Engineering), began operating the Atlanta-Fulton County Water Treatment Plant, which opened in November 1990. Over the term of this contract, we have worked with the facility owner, the Atlanta-Fulton County Water Resources Commission (AFCWRC), to triple the capacity of this plant using a variety of process improvement and capital improvement approaches.

The benefits of Veolia Water's experience working with the AFWRC will be brought to this project with the City of Detroit through the key technical and management candidates that we have nominated to work with you, including Keavin Nelson and Bill Harless.

The scope of work for this project has involved all aspects of facility O&M, as well as working with the AFCWRC for facility expansion and upgrade. Over the past decade, Veolia Water implemented a pilot program to increase the plant's 30-MGD production capability to meets its rated flow of 45 MGD (as rated by the GA EPD) with no capital expenditures. Subsequent efforts increased the plant's rated capacity to 56 MGD; with an ultimate treatment capacity of 135 MGD. Water demand was so great that the Commission began Phase II earlier than planned to upgrade the plant to 90 MGD. The plant has been running at this new flow capacity since March 1998. Our O&M program has also reduced the power, chemicals and overall operations costs, with savings passed on 100% to the AFCWRC. In addition, we have had no change orders to the contract even though the plant capacity expanded to 90 MGD under our current agreement.

The project also includes O&M responsibility for a 200-MGD raw water pumping station, dual 54-inch raw water pipe, more than 800 million gallons of reservoir capacity, and the treatment plant. This contract, renewed four times, features a strong MBE/WBE commitment. Approximately 50% of the contract spend involves local minority and women-owned



business enterprises that supply maintenance staff and project support. Additionally, Veolia Water and our joint venture partners have been recognized with some 50 awards for outstanding environmental compliance and safety over the two decades that we have operated and managed this facility.

Veolia Water's success under that contract was a key factor that led to this new agreement with Fulton County, a $56 million contract to manage the expansive wastewater program for five years (with a five-year renewal option).

- Reference: Ms. Kathy Crews, General Manager, Atlanta-Fulton County Water Resources Comm. – 9750 Spruill Road, Johns Creek, GA 30022 – Telephone: 678/942-2790 – Email: kcrews@afcwrc.com

## Fulton County, Georgia

In 2010 Veolia Water began a new contract with the County to assume O&M responsibility for their new "flagship" Johns Creek Environmental Campus (JCEC) plant. Fulton County's goal was to partner with a firm that shared their vision and commitment to aesthetics and quality of life for the surrounding community.

The selection of Veolia Water for this contract was based on our ability to assume responsibility for the O&M of existing facilities along with the new state-of-the-art membrane bioreactor (MBR) system at the JCEC, provide world-class technical resources to lead the new project team and to design and implement community outreach/environmental education.

Veolia Water's key personnel that are working with Fulton County are among the key managers and technical resources that we have nominated to work with the City of Detroit under your proposed new O&M partnership. They include Keavin Nelson, Bill Harless and Tim Muirhead.

Under this contract Veolia Water was responsible for the transition of more than 60 staff, including County staff and those from other O&M providers that had previously operated the facilities under separate agreements.

The new $134 million 15-MGD JCEC replaces an older plant that Veolia Water operated for a short time until it was decommissioned and converted to a pump station. The JCEC is an activated sludge facility, but it incorporates state-of-the-art membrane bioreactor technology for phosphorous removal – coupled with UV disinfection – to produce a quality effluent that is suitable for reuse. The JCEC's proximity to residential homes means odor and noise control are of paramount



Veolia Water's Lead Operator at Fulton County's JCEC, Kevin Miller, was featured in a 2012 issue of TPO discussing the challenges of operating the County's newest and most complex wastewater plant.

importance. Veolia Water's proven process control programs are in place to ensure that the facility operates at optimum levels and remains a welcome neighbor in the community.

Veolia Water also has O&M responsibility for the 24-MGD Big Creek Water Reclamation Facility (WRF) which serves the largest service area in North Fulton County. The tertiary activated sludge plant features sand filtration, UV disinfection and post-aeration. Most of the outdoor tankage is under cover to provide continuous odor control via wet scrubbers and/or activated carbon, as appropriate. Effluent is discharged to the Chattahoochee River and dewatered sludge is landfilled. $20 million in upgrades and major renovations are planned for this facility.

The third plant managed under this contract is the Little River WRF, a 1-MGD facility designed around two oxidation ditches that provide biological nutrient removal. Veolia Water is responsible for O&M of an extensive system of 30 pump stations that convey wastewater through the collection system to the treatment plants. One channel grinder station serves a local hospital.

We work closely with the County's collection system staff, tailoring pump station run schedules to meet the County's specific needs.



Veolia Water stabilized and improved the Fulton County project by implementing computerized process controls for the treatment processes and a CMMS to monitor and manage maintenance of the three treatment plants and the large network of pump stations. Our approach to asset management improves system reliability and extends life expectancy.

A key element of our scope involves contributing to community outreach programs in the County, with an emphasis on environmental educational programs at the 10,000-sf training and educational space designed within the new JCEC.

Both years of Veolia Water operation have been recognized with Gold Awards for perfect NPDES compliance at all operations by the Georgia Association of Water Professionals.

- Client Reference: Mr. O.P. Shukla, Operations Administrator, Department of Water Resources, South Fulton Maintenance & Operations Center, 7472 Cochran Road, College Park, GA 30349
  - Telephone: 404/612-0225 - Fax: 404/224-5217
  - Email: op.shukla@fultoncountyga.gov

## Franklin, Ohio

In 1987 the Miami Conservancy District selected Veolia Water to provide full-contract O&M services for the 4.5-MGD Franklin Area Wastewater Treatment Plant. In 1995, the Franklin treatment facility was sold to Veolia Water, marking the nation's first transition of a municipally owned wastewater treatment plant to private ownership. This public-private partnership was part of a U.S. EPA pilot program for the private ownership of federally and state-funded municipal wastewater treatment facilities.

Keavin Nelson, one of our proposed key project managers to work with the City of Detroit under this new partnership, served as the contract Principal.

Under this ongoing 20-year public-private partnership contract, Veolia Water owns, operates, maintains and manages the wastewater plant, with responsibility for equipment repair and replacement. The Franklin Area wastewater facility serves six communities.

Veolia Water acquired the Franklin wastewater facility for $6.8 million and will own and operate it for a period of 20 years. As part of this long-term contract, we are also responsible for investing in capital improvements to and expansions of this facility, as needed to accommodate future growth.

This was an asset purchase, financed internally by Veolia Water, and was the first U.S. EPA- and OMB-

approved transaction under Presidential Executive Order 12803.

The asset purchase provided for defeasance of existing municipal bonds, and net proceeds were used for infrastructure investment and tax reduction. The 20-year contract immediately reduced annual wastewater treatment expense by 14%.

Over the years that Veolia Water has operated this facility it has been recognized with a number of awards, including the National Council for Public-Private Partnerships' Project Award; Ohio Water Pollution Control Association's George W. Burke Safety Award as well as their State Safety Award.

- Client Reference: Ms. Cheryl Shields, Administrator, Hazen and Sawyer, P.C. - 11311 Cornell Park Drive, Suite 135, Cincinnati, Ohio 45242
  - Telephone: 513/755-9842 - Fax: 513/469-2751 -
  - Email: cshields@hazenandsawyer.com

## Oklahoma City, Oklahoma

This contract began in 1984 and has been expanded to include responsibility for O&M of four wastewater facilities, capable of processing up to 111 MGD.

John Wood, our proposed project Principal for the potential agreement with the City of Detroit, is the principal for this ongoing project.

These wastewater facilities vary in process and include three conventional activated sludge processes with tertiary treatment and a tertiary sequencing batch reactor plant. Veolia Water also provides O&M for a 75-MGD pump station and manages 24,000 dry tons of biosolids annually and an effluent reuse program, as well as Industrial Pretreatment Program (IPP) sampling and inspections.

When Veolia Water assumed O&M of Oklahoma City's wastewater facilities, engineers had designed an extensive and costly upgrade to the largest plant. Our own analysis documented that 20-MGD of additional treatment capacity could be achieved at a fraction of the cost by converting the existing abandoned facilities.

The City implemented our suggestions and reaped a savings of $23 million (more than 50%) over the cost for new construction. Veolia Water assisted the City with the design, oversaw construction and represented the City during the re-permitting process. We also invested over $1 million of our own capital in the City's facilities to improve plant performance.



Veolia Water developed, implemented and manages one of the country's most successful biosolids land application programs. Oklahoma City's wastewater treatment facilities produce an annual combined total of 24,000 dry tons of Class B biosolids, all of which is beneficially applied to more than 15,000 permitted acres of farmlands. The City's sludge disposal costs are minimal, and farmers report increased crop yields, more drought-resistant crops, improved soil quality and reduced fertilizer costs. There is a waiting list for the biosolids product. The land application program has also reduced disposal costs.

Veolia Water also developed and implemented three effluent reuse programs that conserve over 1.6 billion gallons of precious drinking water each year. We supply non-potable water to area power companies for use in cooling towers, and we designed and installed an effluent distribution system that delivers water to a prestigious resort development for use in golf course and green-area irrigation.

Oklahoma City's accumulated savings will approach $152 million by the end of our current contract. This has been achieved through a multitude of activities – capital projects, automation, improved process control programs, training and emphasis on safety, energy management programs, consolidation of administrative, maintenance and laboratory functions, biosolids land application programs and many more.

In 1987, the City's wastewater O&M costs were $14.3 million. A quarter century later, Veolia Water runs a larger lean, sophisticated, efficient and highly successful operation for only 3% more annually – before adjustment for nearly three decades of inflation.

- Client Reference: Marsha W Slaughter, P.E., City of Oklahoma City - 420 West Main Street, Oklahoma City, OK 73102
  - Telephone: 405/297-2822 - Fax: 405/297-3813
  - Email: Marsha.Slaughter@okc.goc

## IX/X – References

Under Item VIII, we provided documentation of the related core experience that our firm, and our proposed key staff, bring to this proposed partnership with DWSD for the water and wastewater systems that serve the City of Detroit. With each of the reference projects cited, we provided a client reference.

These client references describe the relevant qualifications and capabilities of Veolia Water and key members of our team that will take leading roles in the operations and maintenance of Detroit's systems, should we be awarded a contract.



Oklahoma City's accumulated savings will approach $152 million by the end of our current contract. Reuse programs beneficially use biosolids as an agricultural soil amendment and supply high quality effluent to a resort community for irrigation and to local power companies for use in cooling towers.

In this sub-section you have requested that we provide additional reference for other team member firms that we would intend to use under this new partnership. Additionally, you have requested references specific to public-private partnerships or long-term management contracts with government entities. The vast majority of our projects falls under those particular structures and are applicable references.

To supplement our experience and references provided in earlier subsections, we provide, below, additional experience and local knowledge of the Detroit area. This experience is attributable to our sister companies that will supply some of the resources that we will draw upon for this project. This includes the resources of Veolia Energy in Grand Rapids, as well as those of our industrial group in their work at General Motors facilities in the greater Detroit area.

### Veolia Energy in Grand Rapids

Veolia Energy, as we mentioned, owns, operates and maintains the district energy network in the central business district of Grand Rapids. Veolia Energy acquired the Kent County District Heating and Cooling system from Kent County in November 2008, retaining all incumbent employees.

The centrally produced thermal energy is distributed to customers in the central business district through seven miles of pipeline. Total production capacity in Grand Rapids is 450,000 of steam pounds per hour. The utility is rate regulated by the City of Grand Rapids.

Keith Oldewurtel, one of our proposed key project managers, served as the General Manager from Veolia Energy's acquisition until 2010.



Since the acquisition, Veolia Energy has undertaken a systematic investment and implementation process to increase the efficiency of the operations to ensure competitive steam rates for customers and a reduction in the carbon footprint of the plant. In 2013, Veolia Energy Grand Rapids earned ISO 14001 certification.

- Client Reference for Veolia's Operations at the City of Grand Rapids:
  Mr. Eric DeLong, Deputy City Manager,
  City of Grand Rapids, Michigan –
  300 Monroe Avenue NW, Grand Rapids, MI 49503
  - Telephone: 616/456-3119
  - Email: edelong@grand-rapids.mi.us

This customer is one of the approximately 120 customers of the system and represents approximately 7-8% of the system's revenue. In addition, the City of Grand Rapids serves as a supplier (of water and sewer) and regulator for Veolia Energy.

### General Motors, Multiple Sites, Michigan

Veolia Water's work in Michigan includes design/build/operate contracts for a number of manufacturing sites for General Motors, and two of these locations are highlighted here to provide an overview of the scope of services that we offer to clients in the Greater Detroit area.

### Delta Township

General Motors wanted to outsource electricity distribution, hot and cold water, building and process heat, compressed air and well as water and wastewater for its $650 million automobile manufacturing plant in Delta Township. The company needed a Central Utilities Complex (CUC) to serve as the distribution point for all plant utility services.

Veolia Water's team designed, built and now operates the CUC to provide total utility services to the new facility. We also joined with a local energy provider to supply utility services to the then new General Motors Lansing Delta Township Assembly Plant.

Services include electric power distribution, hot and chilled water distribution, building and process heat, compressed air and water/wastewater services. The CUC, operating under an energy management agreement with GM, is the distribution point for all plant utility services for the four major buildings on the sites, including the body shop, the paint shop, the stamping plant and the general assembly plant.

Veolia Water's operations include the 0.5-MGD industrial water treatment plant and the 0.432-MGD wastewater treatment plant.

- Client Reference for Veolia Water's work with General Motors: Mr. Greg Osborn, Site Utility Manager, General Motors – 920 Townsend Street, Lansing Michigan 48933
  - Telephone: 517/721-3105
  - Email: gregory.r.osborn@GM.com

### Lansing, Michigan

At the Lansing site, General Motors needed to outsource electricity distribution, hot and cold water, building and process heat, compressed air and well as water and wastewater for its new $558 million automobile manufacturing plant.

The solution was Veolia Water's design/build/operate (DBO) approach for a CUC to serve as the distribution point for all plant utility services for the three major buildings on the site, including the body shop, the paint shop and the general assembly plant.

In 2000, Veolia Water joined with local energy providers to supply utility services to the new General Motors Lansing Grand River Assembly Plant. Under the project process steam and electricity is supplied by the Lansing Board of Water and Light, which provided the financing to GM for construction of the CUC.

Today, Veolia Water's main focus is on providing water and wastewater services, with O&M responsibility for a 0.35-MGD industrial water treatment plant and a 0.36-MGD domestic wastewater treatment plant that serves this site. Our firm is also involved in the day-to-day operations activities at the CUC.

Under this arrangement Veolia Water and local energy providers jointly manage and operate the CUC. The project also incorporates a number of innovations to provide state-of-the-art efficiency and environmental benefits.

The Lansing Grand River Assembly Plant is building the Cadillac CTS and ATS and Chevrolet Camaro (starting in 2015).

- Client Reference for Veolia Water's Work with General Motors: Mr. Greg Osborn, Site Utility Manager, General Motors – 920 Townsend St., Lansing Michigan 48933
  - Telephone: 517/721-3105
  - Email: gregory.r.osborn@GM.com

## XI – Litigation Statement

Veolia Water is a party to various civil disputes or lawsuits brought by, or against, it seeking to recover damages under a wide variety of legal circumstances. These lawsuits are of the types that arise during the normal course of business, and Veolia Water has



vigorously defended and denied any liability in the lawsuits initiated against it.

There currently exist no claims that, if adversely decided against Veolia Water, would materially affect the ability of our company to successfully perform the services contemplated under this proposal.

Specific details regarding pending litigation are considered confidential and proprietary information of Veolia Water that is covered by the attorney-client privilege.

Veolia Water cannot release detailed information regarding its litigation and/or terminated contracts in a document that may be construed to be a public record subject to release to the general public. However, our firm is willing to discuss in confidence any relevant concerns or issues you may have concerning these matters.


CONFIDENTIAL

VWNAOS248088



Section 2



## Section 2 – Item 6 – Technical Capability

### Introduction

This procurement effort by the Emergency Manager (EM) for the City of Detroit is designed to evaluate the options available for establishing a Public-Private Partnership (P3) for the operation and management (O&M) of the City of Detroit's Water and Sewage Disposal Systems, as operated by the Detroit Water and Sewerage Department (DWSD).

The DWSD meets the water and wastewater needs of residential, commercial, governmental, institutional and industrial customers within the City and more than 125 suburban communities. Customer entities served by DWSD are located in Wayne, Oakland, Macomb, St. Clair, Genesee, Washtenaw and Monroe Counties.

This utility is much larger than any currently contracted for operations and management in the U.S. and is more comparable to Veolia Water's international projects like Berlin, SEDIF and Shanghai, as discussed in previous sections. That does not mean we are without big utility experience in the U.S. and programs on which to base this project. In fact, we have strong references that show our successful collaboration with large and complex U.S.-based utility organizations.

Veolia Water North America Operating Services, LLC (Veolia Water), has prepared this response to your Request for Information (RFI) to outline the programs we will use as the proposed prime contractor for the implementation of an O&M solution for the DWSD's water and wastewater facilities.

As documented in Section 1 of this submittal, our firm brings to this opportunity a comprehensive suite of expertise and resources to deliver the best solution possible. The types of solutions/options available for this proposed P3 are those that our firm has proven in application for some of the largest water and wastewater utilities in North America and globally.

### I. Operations and Maintenance Expertise

#### a. Substantial Water & Sewer Facility Operations & Maintenance Experience

Our work in North America, and in other parts of the world, has involved providing operations, maintenance and management (O&M) and other innovative solutions to meet the needs of some of the largest water and wastewater utilities in North America and the world.

The information presented in this section builds on the comprehensive experience discussed in Section 1.

### Comprehensive Solutions Provided for U.S. and Global Clients

Veolia Water has historically served some of the largest water and wastewater systems in the world.



### Operations, Maintenance & Management

Veolia Water's traditional business model is the delivery of turnkey O&M solutions for water, wastewater and other environmental services. Indeed, our firm pioneered the use of the O&M model in North America, with the first such partnership for a municipal wastewater facility, at the **City of Burlingame, California** – where we still provide services some 42 years later.

Veolia Water has more than four decades of experience in the operation of water and wastewater treatment systems – covering facilities (treatment, distribution and collection systems), customer service (meter management, billing and collections), biosolids and residuals management (with beneficial reuse through composting and other solutions), as well as stormwater management and related types of operations.

This broad base of O&M experience provides our firm with proven technical capabilities and the confidence to be flexible in terms of how we manage client relationships over time. We adapt to changing circumstances – all while remaining focused on meeting the client's objectives in cost-effective ways.

Over the years, the use of key performance indicators (KPIs) or metrics as part of Veolia Water's fee has increased significantly. Performance metrics have been



used to align our firm with our clients' objectives for service level improvement. The range of metrics is developed jointly between Veolia Water and the client, and can be targeted or quite encompassing. The salient point is that they are directed at the services and levels of performance that are most highly valued by the client. These criteria and the results are published regularly for all stakeholders.

One example of the effective use of KPIs was under our long-term O&M contract with the **City of Indianapolis, Indiana**. That contract (as profiled in Section 1) was completed in 2011 and included operating metrics linked to a unique incentive plan under which a portion of our fee was paid only if we met specified customer service, water quality, operations and other defined and agreed-to performance measures. Over the nine-year term of this contract, Veolia Water earned better than 90% of the incentive-based compensation available to us. Simply put, we are strongly incentivized under such an approach to consistently deliver the highest levels of performance to our clients and customers – each day, every day.

The ways that our firm can deliver the O&M approach for clients include:

- **Enterprise Contract Operations** – This model covers the O&M of the whole utility, including services ranging from customer service to capital management.

- **O&M with Capital Management** – This is the approach that Veolia Water applies under many current contracts, including our ongoing work in managing the largest wastewater operation in the U.S., that with the **Milwaukee Metropolitan Sewerage District, Wisconsin** (which is one of our reference projects in Section 1).

  The Milwaukee project has a dedicated Capital Project Manager, and Veolia Water's team works as part of this agency's Capital Program Management team.

- **Delegated Management** – Under this approach, a private company oversees the staff and resources of the utility, which remain public. Veolia Water's work for O&M services for the **City of Buffalo, New York**'s water treatment and supply and customer service operations is an example of delegated management. (This is also highlighted as a reference project in Section 1.)

  Under the Buffalo contract, Veolia Water has a management team in place that is responsible for managing the City's operations and staff.



Veolia Water's Mission:
*Service, Value, Responsibility* by providing unique solutions to our clients' complex water challenges, turning them into sustainable opportunities.
Veolia Water's Vision:
*Let's Grow Blue* by creating efficient water & natural resource management to benefit people, the environment and the economy.

Veolia Water's approach to the delivery of operational services is focused on achieving a set of core objectives that include:

- Service continuity, quality and value
- Operating flexibility and efficiency
- Process control optimization and enhancements
- Minimization of environmental impact
- Balance of risk and established benefits
- Sharing in financial gains (e.g., shared savings from costs lower than chemicals and/or electricity budgets limits).

These objectives can all be achieved with Veolia Water's proposed Operations Plan, which is based on our corporate culture of *Service, Value & Responsibility (SVR)*. This culture is driven by our expectation to develop and deliver "best-in-class" operational services to address the current needs of our O&M clients, while building a strong foundation for growth and development to address our clients' future needs, challenges and emergencies.

### Proven Programs to Follow

During our more than four decades of O&M work with municipal clients in North America, Veolia Water has developed specialized tools and approaches that are focused on providing a safe and efficient operation.

Our O&M plan and approach applies proven management tools and approaches that allow our operations teams to maintain a high level of quality and control at all levels of our projects. Our management controls have been developed through years of experience operating, maintaining and managing facilities of all types, sizes and complexities.

At our large water and wastewater operations in North America, Veolia Water has fully utilized the **Process Control Management Plan (PCMP)** tool over the years and will continue to embrace the slogan "Process

CONFIDENTIAL          VWNAOS248091

Makes Perfect", underpinning our culture of enhancing operational performance and securing tangible efficiency improvements. The process control elements used to ensure a properly functioning PCMP include:

- **Management** – This component of PCMP establishes the facility environmental-compliance requirements and process-performance goals with unit metrics. It defines and approves target changes for key process parameters and defines all of the "alarm" limits.

- **Direction** – This portion of the tool defines the operational direction and control set points of various control parameters for achieving the defined control ranges and established performance targets. It directs specific actions based upon "warning" flags.

- **Analysis** – This area of PCMP is the "life blood" of the system in which the review and analysis of each unit process are performed utilizing all of the data inputs and checking for reliability and completeness. It provides various performance trends, summary reports and other data presentations to help diagnostics and understanding to focus on opportunities for action.

- **Implementation** – The PMCP tool automatically generates daily/weekly "flash" reports from the performance analysis to enable daily directives and weekly process-control meetings with our operators and management staff. Implementation of PCMP also includes written reports for new operational strategies, changes to performance targets and updated SOPs.

- **Data Management** – The backbone of Veolia Water's PCMP system is strategic data management that promotes useful information and valuable process-control-performance results. The PCMP configuration has been updated and improved over time in order to ensure proper sampling and monitoring schedules are being followed, QA/QC of analytical laboratory data and those unit operations being maintained in accordance with standard operations procedures to achieve regulatory compliance.

- **Performance Metrics** - Integral to the success of PCMP are the Process Control Performance Metrics (PCPM) that are used to guide functional set points and control ranges as calibrated to historical data.

Other key management tools that Veolia Water applies as a part of our O&M approach include:

- **Hach WIMS**™ – This operational software is used

| Veolia Water Long-Term P3s | |
|---|---|
| 40 + years | 1 – Burlingame, CA |
| 30–40 years | 5 projects |
| 20–30 years | 43 projects |
| 10–20 years | 60 projects |

to capture, organize, analyze and report on process control data, online SCADA data, laboratory and compliance testing information. It is a web-based database that provides the information backbone for PCMP, as well as the monthly Discharge Monitoring Reports (DMR) and other operational trends and process performance results.

- **CyberRegs**™ - This regulatory compliance tool is a comprehensive online database of federal and state regulations, governmental statutes (including the Federal Register and Code of Federal Regulations) through a national contract with Citation Publishing, Inc. We use this tool extensively to identify, monitor and track various regulatory requirements and code issues, including our health and safety data and OSHA-related regulations.

When a large change or new environmental regulation is identified that impacts a significant portion of our O&M projects, our corporate environmental staff email an Environmental Alert to all of the projects and area/regional management and technical teams. This communication provides the essential facts of the changed or new regulation, as well as required actions and company resources for implementation.

- **Triple I** – This is a database management tool that Veolia Water uses for all of its projects to record and track any environmental variances and/or excursions to regulatory permits, as well as any safety incidents – including lost-work time from injury or illness, OSHA recordables and company defined near-misses.

- **e3 Environmental MIS** – This software tool helps our management personnel track and schedule key compliance monitoring and testing events, as well as client reports and data deliverables.

This management information system also includes an inventory of all applicable permits, contracts and amendment e-docs for each project site, as well as any consent orders.

- **PeopleSoft** – This accounting software is used by all projects and contract accountants for operational cost and revenue accounting as our financial management and reporting platform. It



generates reporting that clients can access.

Additionally, Veolia Water establishes a management plan and approach that is specific to the needs of each site, facility and operations.  Some of the core elements of this plan and approach include:

- **Management Structure** – Veolia Water's management structure ensures a high level of service and accountability at all of its projects. It involves the regular and routine reporting of technical and financial information from local project managers through regional managers and, ultimately, corporate managers.  This management structure helps ensure that upper-level managers are aware of any project's needs for the company's wide range of corporate technical support.

- **Reporting Programs** – Effective communication tools, such as monthly reports and attendance at client meetings, keep our clients informed of project performance and provide a means for gauging the efficiency and level of service being provided.  By being openly accountable, Veolia Water encourages an "operations excellence" attitude at each and every project in our portfolio.

- **Standard Operating Procedures (SOPs)** – Detailed SOPs are developed for all critical process and administrative functions at each facility that Veolia Water operates.  SOPs include daily O&M activities to properly operate each process area.

- **Training** – The O&M staff at every Veolia Water project receive initial, annual and refresher training in all pertinent areas, as required. Training is provided in the areas of operations, maintenance, safety, regulatory compliance and company policies, as well as on new process and technologies applicable to the project.

- **Record Keeping and Regulatory Reporting** – On-site laboratories at each of our projects maintain records in bound, numbered record books with sequential pages to allow data entry in chronological order.  Once validated to ensure no errors or transposition has occurred, the data is entered into a data management program to generate monitoring, process control and regulatory reports.  After data entry into the computer, the data is validated again to eliminate any chance of error in the regulatory reports.

- **Health & Safety** – Veolia Water has a strong commitment to safety and compliance in all aspects of its operations. There are several reasons, beyond protecting our employees from injury, why safety programs are also quality control programs.

A thorough and well-enforced safety program helps keep costs down and performance as consistent and reliable as possible.

- **Environmental Compliance Manual** - Every Veolia Water facility is provided with an Environmental Compliance Manual, which sets forth all aspects of environmental compliance.

- **Quality Assurance/Quality Control** - Veolia Water's QA/QC philosophy and procedures are based on the principles of providing cost-effective, outstanding service and high-quality work on all our project assignments.  We also apply industry best management practices within our Laboratory Quality Assurance Manual as deployed to each project. This manual sets forth the policies, organization, objectives and QA/QC activities adopted by our firm and as required by the Code of Federal Regulations (40 CFR 122.41).

These tools and the site/facility specific operations plan that Veolia Water develops for each project are the core elements of a successful approach, ensuring safety and compliance in all aspects of an O&M partnership.

Regulatory Agency Experience

Finally, our firm has extensive first-hand experience in working with various regulatory agencies and other governmental entities relative to environmental regulatory compliance and permitting for water and wastewater facilities.

Through our ongoing operations in Michigan, at the water and wastewater facilities serving General Motors in the Greater Detroit area, we understand the specific regulatory requirements that govern treatment plant operations in the State of Michigan.

**Other P3 Models and Approaches**

By partnering with Veolia Water, Detroit will have the opportunity to benefit from the lessons-learned in our work with some of the largest and most innovative municipal utilities in the world.  We will bring to the DWSD, and the communities that your water and wastewater system serves, our best practices that have been developed working with these and many other communities over many years.

Like the DWSD, we are at our core utility managers and service providers, and we understand the need for uncompromising service and reliability.  We are also a company that can work with agencies like yours to deliver services under a variety of contracts models, as profiled on Table 2-1, at the top of the next page.

 VEOLIA

| Veolia Example → | NYC | Buffalo | Milwaukee | Indian-apolis | Baltimore Compost | Rialto California | Franklin Ohio |
|---|---|---|---|---|---|---|---|
| **Options & Clients** ↓ | PPS | Delegated Management | Single Activity O&M | Full O&M | DBO or T | Concession | Privatiza-tion |
| Ease of Procurement | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ |
| Agreeable to Employees | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ |
| Ease of Cancellation | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ |
| Public Rate Control | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ |
| Speed of Implementation | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ |
| Ease of Permitting | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ |
| Ease of Continued Use of Alternative Project Delivery | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ |
| Ease of Acceptance by Other Stakeholders | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ | ◈ |

Table 2-1. Veolia Water Service Delivery Models and Experience

This table illustrates the key advantages of each service, with green being optimal in terms of ease of execution and delivery and red being the most challenging and complicated in terms of delivery. Additionally, this table highlights sample projects where our firm has delivered these types of approaches. Detailed summaries of the projects cited on Table 2-1 are provided in Appendix B.

### Peer Performance Solutions (PPS) Model

Veolia Water's PPS model is a highly collaborative program to identify and implement cost savings and evaluate organizational optimization and best practices. This contract model, a variation of a performance-based approach that you are familiar with (ESCO is another example), with key performance indicators (KPIs) and incentives, is being successfully used by Veolia Water for major water and wastewater utility operations in the U.S. and internationally.

The PPS model has provided great insight into working with large utility staffs to change the culture and ensure implementation of ideas that improve the utility's performance. Under a PPS approach, this methodology will be used by our Efficiency Team identified in the organization chart for the project *after transition is mostly complete*. The methodology for implementing a PPS approach, as illustrated on Figure 2-1 (at the top of the next page), includes each of the following steps:

- **Preparation** - Mobilization, the joint project kickoff, development and implementation of the communications plan, and data collection.
- **Top-down Analysis** – Data analysis, benchmarking, field observations, interviews and idea generation workshops.
- **Bottom-up Analysis** – Detailed analysis and modeling of the available options—working in collaboration with each client's management team and staff.
- **Action Plan** – Defining specific steps for a recommendation based on the actual, current state and desired state performance of an asset.
- **Plan and Report** – Providing a written report summarizing findings and presenting analyses and recommendations
- **Implementation** – Putting plans into action.
- **Monitoring and Repeat** – Monitoring the process and then repeating it, digging even deeper into the organization for additional savings and improvements.

### Design/Build/Operate (DBO) and DBO with Financing (DBOF) Models

These models are used to procure new facilities or expansions of existing facilities, with Veolia Water providing design, build and operate services (and possibly financing) for a specific element of the utility.

Under the DBO project model, Veolia Water has delivered infrastructure projects using in-house resources along with local and regional partner firms. By providing "One Stop Shopping" to the client, this approach results in the expedited delivery of upgrades and expansions for existing facilities, as well as for the design and construction of new facilities, usually cheaper as well.





Figure 2-1.
Peer Performance
Solutions – Delivery Model

One flagship example of DBO project delivery is Veolia Water's 14 years of experience with **Tampa Bay Water, Florida**, which includes two DBO projects, as well as other O&M and engineering-procurement-construction management (EPCM) contracts.

Tampa Bay Water, as highlighted in Section 1, is a regional water authority, supplying water to nearly 2.5 million consumers in a three-county area, including the cities of Tampa and St. Petersburg. The first DBO project generated 21% savings vs. client estimates.

## Utility Concession or Lease

This project model involves a long-term lease of a whole utility, transferring responsibility for revenue collection, operations, capital and customer service (with the exception of rate setting and capital investment policy) to a private owner, such as Veolia Water or a financial investor. This is typically done to refinance projects or provide cash for general fund activities.

The most recent example of the application of this relatively new financing model in the North American market is that with the **City of Rialto, California**, as profiled in Section 1 of this submittal. Under this pioneering agreement, involving the participation of a union pension fund as investor, Veolia Water worked with a private partner, Table Rock Capital (whose Letter of Interest in this potential project is included herein) as part of a team to implement a concession-lease for the City (a Veolia Water O&M client since 2003), and our firm will operate the City's water and wastewater facilities for 30 years.

This concession contract will enable the City's aging facilities to be refinanced without being privatized. Additionally, public ownership, control and transparent public authority over rate setting are maintained. The concession also provides the capital needed to rehabilitate and replace the water mains and sewers, design new infrastructure and carry out seismic retrofits. The planned program will strengthen the City's finances with annual lease payments that can support economic development and will create some 445 construction jobs.

## Privatization

This approach involved the total transfer of ownership and O&M responsibility, including environmental compliance of the utility, from a public operator to a private company. In 1995, Veolia Water began a new contract for the O&M of the wastewater facilities serving the **City of Franklin, Ohio**, as part of an U.S. Environmental Protection Agency (EPA) pilot program that allowed these facilities to be sold to a private operator (Veolia Water) under a long-term agreement.

These innovative approaches are also used by Veolia Water in other parts of the world. This work has involved developing and applying creative models for water and wastewater utilities serving major urban areas, including Berlin, Germany; Shanghai, China; and Budapest, Hungary; among others. Many of these large-scale projects have involved the injection of capital to upgrade and expand utilities services, the application of technical know-how (lessons learned through other utility operations), as well as the delivery of management expertise to help craft sustainable utility solutions.

In summary, Veolia Water is well-experienced in the customized delivery of services under a variety of contract models, each of which is focused on providing



our municipal partners with the best value under a long-term and sustainable approach.

**Regulatory Compliance Record**

As a company, Veolia Water prides itself on serving as guardians of the environment (air, land and water), and we continually examine our activities and their impact on the environment. Under the majority of our O&M contracts, we bear the full responsibility for all aspects of regulatory compliance, including fines that result from avoidable cause or our inadvertent negligence. Our firm takes a proactive and responsible approach to regulatory requirements and changes, both in client notifications and response actions.

Veolia Water maintains a zero-tolerance culture toward preventable incidents as well as permit compliance excursions – our goal is 100% compliance with all regulatory permit limits, and our record of performance for the water and wastewater facilities we operate in North America exceeds 98%.

In the State of Michigan, as discussed in Section 1, Veolia Water has ongoing O&M projects at industrial water and wastewater facilities, which means we understand and have a good track record with the types of environmental and compliance standards that govern Detroit's water and wastewater operations.

In terms of our firm's compliance record related to environmental permit violations in prior projects, Table 2-2, on the next page, documents permit and other violations covering the most recent five years of our work with municipal clients, and details the resolution of those issues.

On each new day, we continue a relentless drive to improve our performance and report zero environmental violations and every one of the nearly 400 facilities we manage.

## b. Knowledge of Advanced Water & Sewer Facilities Asset Management and Protection

Veolia Water has an established asset management approach and structure (as depicted on Figure 2-2) that we apply to water and wastewater operations in North America and globally. This program structure and approach provides a discipline and a set of practical applications related to the maintenance, repair and capital construction for the equipment and materials in water and sewer facilities.

In this sub-section we detail this methodology and the key elements of the asset management discipline that we would deliver under an O&M approach for the



Figure 2-2. Veolia Water's Asset Management Structure

DWSD's water and wastewater assets. Water and wastewater treatment assets represent a major capital investment, and communities and industries need sound management practices to help ensure that critical infrastructure is sustainable for current and future generations. Veolia Water's proprietary and innovative Asset Management Program (AMP) is based on principles from the International Infrastructure Management Manual, which defines asset management as "the combination of management, financial, engineering and other practices applied to physical assets with the objective of providing the required level of service in the most cost effective manner."

Essentially, asset management is a framework for making sound decisions related to the design, procurement, installation, operation, maintenance and decommissioning of a physical asset. Veolia Water has blended this philosophy and approach with our own corporate experience to build a program that focuses on delivering the safest, most reliable and cost-effective water and wastewater treatment. Our approach creates an understanding of the full life-cycle costs of assets that assist clients in making strategic investment decisions.

For Veolia Water, asset management is an integral part of our overall maintenance management plan and approach. We also strongly believe in information sharing and open communication to promote asset management and continuous improvement at the facilities we operate.



| Table 2-2. Veolia Water North America Operating Services, LLC – 5-Year Environmental Compliance Record | | | |
|---|---|---|---|
| Year | Facility | Violation | Fine/Penalty |
| 2013 – No regulatory compliance violations reported or fines paid. | | | |
| 2012 | Gloucester, Massachusetts – Wastewater Operations | Administrative Consent Order with Penalty, associated with NPDES-related violations during 2011. | $7,500 – Fine Paid |
| | Cranston, Rhode Island – Wastewater Operations | Consent Agreement (AAD No. 11-008/ARE, 6/15/12) - Settled administrative deficiencies associated with air emissions permits. | $14,000 - Fine Paid |
| | Richmond, California - Wastewater Operations | Mandatory Minimum Penalties for alleged NPDES excursions.  The California Clean Water Enforcement and Pollution Prevention Act of 1999 (SB709, codified at Cal. Water Code § 13263.3) establishes mandatory minimum penalties for violations of NPDES permit effluent limits. Under the Act, any permit violation for any reason, without exception, is assessed a minimum fine of $3000, per incident. | $15,000 - Fine Paid |
| | Junction City, Kansas - Water & Wastewater Operations | OSHA 1 Citation. Agency alleged administrative deficiencies associated with Process Safety Management program at water treatment facility. | $27,300 - Fine Paid |
| 2011 | Richmond, California – Wastewater Operations | Consent Decree and Stipulated Final Judgment. Resolution of all known alleged violations of Air District statutes, regulations, and permits as of 9/20/11. | $150,000 - Fine Paid |
| | Cranston, Rhode Island – Wastewater Operations | Consent Agreement (AAD No. 10-006/ARE, 12/22/11), settled admin deficiencies associated with air emissions permits. | $5,000 |
| | Richmond, California | Mandatory Minimum Penalties for alleged NPDES excursions. | $24,000 - Fine Paid |
| | Gloucester, Massachusetts – Wastewater Operations | Penalties for NPDES excursions during 2011 | $500 - Fine Paid |
| | Cranston, Rhode Island – Wastewater Operations | Consent Agreement (AAD No. 11-001/ARE, 5/18/11) - Settled administrative deficiencies associated with air emissions minor source permit (emergency generator). | $2,500 - Fine Paid |
| | U.S. International Boundary & Water Commission, California - Wastewater Operations | San Diego County APCD settlement related to four recordkeeping administrative deficiencies that were subsequently resolved. | $1,300 - Fine Paid |
| 2010 | Gloucester, Massachusetts – Wastewater Operations | Penalties for NPDES excursions during 2009-2010 | $8,600 - Fine Paid |
| 2010 | Discovery Bay, California - Wastewater Operations | Mandatory minimum penalties issued for TSS-related exceedances in 2009. Split with customer. | $12,000 - Fine Paid |
| 2010 | Rio Vista, California - Wastewater Operations | Mandatory minimum penalties issued for chlorine residual excursion associated with disinfection system upgrades. | $3,000 - Fine Paid |
| 2010 | Auburn, Alabama - Wastewater Operations | U.S. EPA Region IV Administrative Order and penalty associated with Vector Attraction Reduction reporting. | $14,000 - Fine Paid |
| 2010 | Brockton, Massachusetts - Water & Wastewater Operations | In August 2009, facility experienced ferric chloride (inorganic salt in water suspension, utilized for phosphorous control) release of 51 gallons during a weekend (Sunday) transfer from storage tank to day tank—reported to DEP first thing Monday morning. No risk to public health or safety, and a No Further Action determination was issued by the DEP. Facility was penalized, however, because DEP strictly enforces its two-hour notice requirement—facility should have notified DEP on Sunday. | $8,640 - Fine Paid |
| 2009 | Cranston, Rhode Island – Wastewater Operations | Title V-related, Annual Compliance Certificate for 2007 and Semi-Annual Monitoring Report for 2nd half of 2007 (admin. Deficiency). | $2,000 |
| 2009 | Woonsocket, Rhode Island - Wastewater Operations | Joint Consent Agreement to settle June 7, 2007, allegations by R.I. DEM, without admission that any law or regulation was violated as alleged.  In 2009, we assisted the City in reaching a Consent Agreement (CA) to settle allegations by RIDEM (dating to June 7, 2007). The violation related to effluent permit excursions, which, according to the terms of the settlement: "… were not caused by the Respondent's [Veolia Water] failure to properly operate and maintain the Facility." The violation was the result of off-spec wastewater flow that was sent to the plant by a third party. Veolia Water participated in the settlement, without admission that any law or regulation was violated. As part of this settlement, while continuing to dispute RIDEM's allegations, Veolia Water, signed the Consent Agreement and contributed half of the $95,000 settlement. Prior to issuance of the CA, Veolia Water entered into a joint agreement by and among the City, Synagro Woonsocket, LLC, and VWNA-Northeast, LLC. | $50,000 - Veolia Water contribution to establish settlement fund |
| 2009 | Naugatuck, Connecticut - Wastewater Operations | CT DEP issued NOV associated with allegations of odors from sewage sludge incinerator; associated with consent order entered between the State and client. | $2,600 - Fine Paid |





**Figure 2-3. U.S. Environmental Protection Agency - 10-Step Asset Management Approach**

Additionally, Veolia Water has the resources and expertise needed to manage the critical maintenance issues pertaining to water and wastewater treatment facilities and related infrastructure. Our firm has significantly invested in hiring proven maintenance and reliability engineers that have dedicated their efforts to develop and apply our comprehensive life-cycle management model.

Veolia Water's approach to maintenance management goes far beyond a program that simply follows manufacturers' guidelines, recommendations and industry standards. This approach is a comprehensive "cradle-to-grave" management technique that fits within the U.S. Environmental Protection Agency's (EPA) 10-Step Asset Management Approach (as depicted on Figure 2-3, above).

Unlike conventional capital planning practices, Veolia Water's AMP program enables the user to substantiate capital planning and determine the best use of limited capital funds, based on life cycles and the relative failure risk (safety, environmental and financial risks) of each asset.

The advantages offered by this program include providing a greater understanding of asset condition, improved reliability of systems, infrastructure planning aligned with future growth/demands, better management of cash flow and a reduction in emergency overtime spending.

**The Four Pillars for Asset Management Success**

Asset management provides a framework to evaluate and prioritize capital investments. Simply stated, where maintenance management is the overarching program to keep a facility operating consistently and reliably, asset management is a key tool within it to determine which equipment is critical and which investments make the most sense at any point in time.



The pillars of our successful AMP program include:

- **Risk Management** – It is important to know which assets are the most critical to environmental compliance, safety, continuing operations and operating cost so that they can be prioritized over assets that have function but little consequence if they fail.

- **Condition Assessment** – Knowing the overall condition/health of an asset is important for developing both short-term and long-term replacement strategies. Veolia Water evaluates each and every asset against a set of standards to gauge its life-cycle status. Used in conjunction with the criticality analysis, replacement of any asset can be confidently prioritized or deferred.

- **Maintenance Management** – It is important that each asset has a carefully thought-out proactive maintenance plan. These maintenance plans need to be developed in full consideration of the "criticality" ranking within the operation.

- **Capital Plan Development** – The Capital Plan is one of the most important outputs of Veolia Water's Asset Management Plan. Our AMP program brings needed management and



CONFIDENTIAL                    VWNAOS248098

previously unavailable justification to determine the true needs of a facility. Our company's proprietary Capital Asset Renewal Management System (CARMS) is a robust and efficient tool to identify, review, schedule and track all major capital renewal activities, making it an excellent tool for developing a first-cut capital renewal list.



Example unplanned-downtime reduction due to introduction of reliability-centered maintenance approach

$1,170,000 in maintenance savings over four years for our Naugatuck facility

Downtime cost = $30,000/day

Using the AMP approach, limited funds can be prioritized to factor in new regulations, safety concerns, efficiency improvements, expansion needs and asset replacement plans.

This type of approach ensures that the complete life-cycle cost analysis (asset criticality, asset condition, asset cost, operating cost, maintenance cost, etc.) is the key driver in the capital decision-making process.

Effective and efficient management of water treatment assets requires significant experience to achieve the delicate balance between risk and cost. Veolia Water's comprehensive AMP program has demonstrated success in mitigating and minimizing the public-sector's risk for safety, compliance, and fines while maximizing infrastructure life expectancy and reducing waste and inefficiencies.

The public ultimately benefits through more effective and reliable treatment that produces cleaner water and long-term savings. It is an essential element of system sustainability.

### Underground Asset Management

Veolia Water also provides experienced in-house teams and equipment for large-scale underground asset management (UGAM) programs and experts that work with our client's in-house teams to share knowledge and experience.

Our company's UGAM approach follows the National Association of Sewer Service Companies (NASSCO) standards for pipeline and manhole assessment. Our team includes collection system engineers, operators and technicians who are also NASSCO-certified pipe and manhole assessment-trained technicians.

Not only is our staff highly trained in NAASCO techniques, but our technicians also conduct NASSCO certification training to other wastewater professionals, including municipal, professional organizations, along with other operating-company employees.

Our experience and abilities in this area have been demonstrated for many of our O&M clients, as well as in the large collection systems we manage like Milwaukee.

### The Benefits of a Well-Defined Asset Management Program

The application of asset management practices provides a methodical process that is closely aligned with the needs of water and wastewater owners and managers.

It is based on the understanding that utilities like the DWSD have made enormous investments in water and wastewater infrastructure over many years. The public looks to Veolia Water to provide sound management practices that guarantee that their infrastructure is sustainable for both current and future generations.

These infrastructure assets are critical to economic growth, public health and environmental quality of life. A successful asset management program provides benefits in the areas of accountability, risk mitigation, service management and financial efficiency.

A well-defined asset management program delivers benefits that include:

- Quantification and understanding of risk (safety, environmental, and financial considerations).
- Life-cycle management capabilities.
- Understanding of asset condition.
- Sound investment decisions based on criticality, condition and needs.
- Better financial management and conservation of cash flow.
- More predictable user rates/fee projections.
- Infrastructure planning that is aligned with future growth/demands.





**Figure 2-4. Asset and Maintenance Management – Life-Cycle Stages**

- Improved reliability of systems.
- Better staff knowledge.
- Less emergency work.
- Reduction in overtime spending.

A successful asset management program is always developed around the components of a life cycle (as depicted on Figure 2-4). This is fundamental to the approach Veolia Water would bring to DWSD.

### c. Facility Life-Cycle Management

Veolia Water's asset management focus demonstrates our deep understanding of water and sewer facility aging behavior and the use of data and analyses to assess and determine the applicability of remedial maintenance action.

Under the O&M services approach, we accept the role of steward for your project assets, and we commit to maintain them to the standards that are established in negotiations with you (client) at the outset of the contract.

Under an O&M agreement, Veolia Water focuses on ensuring that the condition of the facilities operated will be enhanced throughout the term, anticipating planned upgrades and capital replacement going forward.

The result is that the facilities operated and managed under the O&M agreement are returned to the owner (client) in as good or better condition at the conclusion of the contract term, less normal wear and tear. Determination are made on a Weighted Average Service Life (WASL) basis for final valuation, taking into proportional account the accrued ages of the assets, their service-life, design life-cycle periods and rates of O&M and asset preservation.

In terms of enterprise asset management CMMS software tools, Veolia Water in North America is experienced with the use of Oracle® Utilities Work and Asset Management (OWAM) software.

The OWAM tool is used to track costs to the asset level in the database, which allows our clients to understand what the cost of the asset is over time. Using this system, O&M staff can track corrective work costs; condition-based maintenance costs; preventive maintenance costs; failure history; and criticality. By tracking and understanding asset costs over time, detailed, accurate cost information is available to build a life-cycle model that aids our clients in making critical repair/replace decisions. This type of economic analysis also helps to build a capital plan for a given facility that is based on economics, as opposed to facility age.

Veolia Water has used the OWAM application at a number of our project sites, and we first selected this tool in 2003 after an extensive review of the marketplace. It is now in use at many of our large projects, with 23 site installations completed to date.

Our OWAM database has over 557,000 records that can be queried and used for benchmarking. The OWAM tool was chosen as our EAM software package because of its focus on the utility industry and wide use by water and wastewater facilities throughout Canada and the U.S.

In keeping with our overall asset management approach, Veolia Water companies have adopted Reliability-Centered Maintenance (RCM) as a core element of our overall maintenance strategy.

Essentially, RCM is a condition-based maintenance planning methodology. Simply stated, it employs predictive and preventive maintenance procedures designed to address the ways that a specific piece of equipment can fail when operating in the way it has been applied.

Properly implemented, an RCM approach delivers the most cost-effective and efficient maintenance program, based on the specific equipment and the ways it is likely to fail. By using this method on critical systems, Veolia Water delivers the following benefits to its clients:

- Greater safety and environmental compliance.
- Increased reliability and availability.
- Reduced capital spending due to increased useful asset life.
- Reduced risk of asset failure by identifying failure modes and prevention or detection tasks.
- Improved equipment design for new projects, because considering maintenance requirements and failure modes during the design phase can vastly improve life-cycle costs and equipment



reliability.
- Improved maintenance efficiency and reduced costs.
- Improved employee knowledge.

An RCM review is an additional critique that helps to ensure, as much as possible, that criticality is considered in assessing the reliability of a piece of equipment or resolving a recurring equipment problem. This review is also very comprehensive and typically is reserved for critical or troublesome processes.

Veolia Water's approach to asset management is heavily weighted on using objective data (both published and from our own database) to predict failure. In addition to Preventive Maintenance (PM) and Predictive Maintenance (PdM) tasks, we also conduct Failure-Finding (FF) tasks and consider these activities some of the most critical for a successful asset management program.

Identifying hidden failures before they occur is essential to ensuring reliability of equipment and systems, protecting equipment, personnel and the environment. This not only maximizes the operational hours of an asset, it also minimizes the failures caused by intrusive maintenance or replacement component failure and reduces maintenance costs overall.

Veolia Water utilizes various predictive technologies, as appropriate, including these five key tools: thermography; oil analysis; ultrasonic technology; vibration; and ultrasonic thickness testing. Typically, only thermography and vibration analysis are employed to perform the initial condition survey at the inception of a new contract.

For PdM to be effective, establishing baseline data is critical. Parameters such as vibration level, bearing temperature, tank wall thickness or oil quality are all much more meaningful when compared to historical values or trends. On critical equipment, Veolia Water's first preference for predictive maintenance data is to include continuous monitoring. Whenever possible and warranted by the size of the equipment, we typically include vibration, temperatures, amperage and key process variables in SCADA to provide the best condition monitoring available.

Criticality ranking plays an important role in overall asset management and work order prioritization. Veolia Water uses a simple, but effective, ranking system, which (as shown on Table 2-3, above), is applied at the asset level. In this regard, our company has developed an in-house database tool that not only documents the asset ranking, it also provides a fine level of relative

ranking for sub-systems and specific assets within a facility.

| Table 2-3. Veolia Water's Approach to Asset Criticality | | |
|---|---|---|
| Ranking | Effect | Consequence |
| 1 | Low Impact | Partial or total loss of function will be so minor that it would have no discernible effect on the facility or its operations. |
| 2 | Economic Loss | Partial or total loss of function for this equipment will have a negative impact on the project's P&L. |
| 3 | Environmental Loss | Partial or total loss of function will have significant impact on the facility operation and client relations, and could result in an exceedance of an environmental or contractual limit. |
| 4 | Environmental, Economic, and Safety | Partial or total loss of function will cause personal injury, environmental violation or significant economic loss. |

These rankings are captured in the CMMS database and used to support and prioritize the asset management activities. Veolia Water also develops and maintains a list of critical assets that aid in purchasing critical spares for inventory.

Additionally, Veolia Water uses several tools, including Pumping System Analysis Toolkit© (PSAT) AIRMaster+ and MotorMaster+ (these are U.S. Department of Energy-developed software tools), as well as in-house developed spreadsheets and databases, to assess, numerically score and quantify the condition of each asset. Our maintenance approach applies these tools to assess the current condition of the equipment deemed "critical."

Condition assessment scoring and observations are documented and used to prioritize both asset management activities as well as potential capital projects. For an asset to be maintained, it must fall within the "zone of maintainability" which is depicted on Figure 2-5 (at the top of the next page).

To be considered in the zone of maintainability, a piece of equipment will need to have minimal wear and infrequent corrective-maintenance activities associated with it. Further, parts will need to be readily available from the manufacturer, and the failure modes for the equipment will need to be relatively predictable.





**Zone of Maintainability**

Figure 2-5. Zone of Maintainability

When condition assessments determine that an asset has fallen out of the zone of maintainability, that asset is deemed to be failure imminent, requiring "breakdown maintenance" often necessitating substantial repair, replacement or renewal.

When equipment falls outside of the zone of maintainability, the facility condition cannot be improved simply by maintaining it.

### d. Licensing and Facilities Management

Veolia Water, and our parent company, as discussed in Section 1, are authorized services providers in the State of Michigan. Appendix C provides copies of our certifications of good standing in the State.

Other licenses that may be required under this contract are held by our staff and include those for operations and engineering. Licenses and certifications held by our proposed technical and management staff are documented on their full resumes, which are provided in Appendix A of this submittal.

In addition, our firm (as we discussed in Section 1) has deep local operations experience in Michigan. This experience, dating to 1986, has included working with local communities such as **City of Battle Creek** (in the startup of a new wastewater treatment plant and biosolids facilities), as well as with **General Motors** under ongoing long-term contracts for the operation of industrial water, wastewater facilities at locations in and around the City of Detroit.

Additionally, our sister company, Veolia Energy, owns, operates and maintains the district energy network that serves the central business district of the **City of Grand Rapids**.

Veolia Energy acquired the Kent County District Heating and Cooling system in November 2008, which serves the needs of approximately 120 commercial, governmental, institutional and healthcare customers. This includes hospitals, university facilities, a sports arena and exhibition center, City, state and county government facilities, office towers, high-density residential apartment buildings, and arts and culture centers.

### e. Approach Following Transfer

At the start of a new O&M contract there is always a period of transition under which management and operations responsibility for the facilities and staff are transferred to Veolia Water.

Veolia Water is experienced with all aspects of the transition and project startup process under the various project models that we have discussed in this section. In total, our company has managed more transitions than any other water services company in North America and globally.

This sub-section provides an overview of the general steps that are part of the process in terms of transitioning assets and working with stakeholders. The final plan and approach that will be developed for the DWSD's facilities and operations will be dependent on the project model chosen and the timing for the process. Once that is defined, Veolia Water would develop a detailed, function-specific transition plan and approach to provide DWSD confidence of a smooth and worry-free transition.

**Maintaining System Stability**

Through our broad base of experience in the transition of water and wastewater operations and facilities similar to those of the DWSD, Veolia Water has developed approaches that ensure that the transition process, no matter which project model chosen, minimizes any potential disruptions to ongoing operations for the staff and those served by the utility.

With this as the goal, Veolia Water works to provide a time-phased startup program focused on:

- **Uninterrupted O&M Services** - Ensuring uninterrupted services to those served by the client's water and wastewater facilities during the transition of operations responsibility to Veolia Water.

- **Project Familiarization** - Mobilizing an experienced Transition Team to address all transition issues and to work with the transitioning staff to ensure they understand our O&M and


CONFIDENTIAL

VWNAOS248102

management approach in advance of all transitional activities.

The Veolia Water Transition Team at this project would be active in three distinct phases: prior to startup, at startup, and after the completion of the startup activities. Most of our Transition Team members would spend the majority of their time onsite during the periods prior to startup and during startup.

The key elements of a typical transition plan include:

- Identifying a transition manager for each key function, and an overall leader
- Developing a communications plan
- Creating a transition plan and schedule
- Establishing the transition team
- Addressing the need for change management assistance
- Engaging the vendors and contractors
- Managing fleet transfer
- Identifying and completing legal requirements
- Capitalizing on good work to date
- Coordinating IT systems
- Addressing ongoing capital work
- Transferring records
- Coordinating with regulatory agencies
- Addressing employee concerns

The successful implementation of the transition plan established for this project with the DWSD would follow a clearly defined schedule that would provide the roadmap for the process and assign roles and responsibilities.

Some of these items include (but are not limited to):

- **Transition Manager** – An experienced manager who has completed previous transitions would lead the coordination effort and the team of people who will eventually be involved. The Veolia Water Transition Manager and many of the team would need to be separate from those overseeing the operation of the utility, to dedicate their attention to the transition and related issues.

- **Communications** – There are a wide number of stakeholders involved in the utility and everyone would have their own questions and concerns. Typically you think about the employees who are the most affected but there are others to consider as well. For instance, vendors selling to the utility, engineers working on projects, customers who can be confused about the changes, public officials with

**Key Objectives of a Successful Transition**

- ⚹ Establishing Safe, Reliable and Secure Facilities
- ⚹ Developing a Strong Customer Service Focus
- ⚹ Creating an Open and Transparent Employee Transition
- ⚹ Assessing/Rating Critical Equipment and System Assets
- ⚹ Building Relationships with All Stakeholders
- ⚹ Completing the Transition Process – Schedule and Deliverables
- ⚹ Forming an Effective Partnership with the Owner for the Delivery of Services

stakeholder needs to consider, and city departments that work with the utility, like street repair or fire department. All of those must be considered in providing information about what is occurring. This goes back to employees who must know what is occurring so they can help these stakeholders – if not with the answer, then with whom to contact for assistance.

The communication process needs to take place through many different channels, from weekly emails, web pages and social media, to formal and informal meetings. The key is to recognize that no one size fits all, because employees are spread across multiple facilities with varying degrees of access to different channels. In the case of Detroit, the press has followed the trials and tribulations of the situation closely. Accordingly, a well-thought-out media plan would also to be needed to convey positive messages about any direct actions by the City and Veolia Water. All of this must take place while the utility carries out its normal operational activities and communications.

- **Transition Plan and Schedule** – A plan and schedule by function would be created to help guide the activities and identify everything that must be considered. A utility the size of Detroit cannot have a transition overnight nor is it done the day a contract is signed. The team working on the transition would be engaged before, during and after a contract is signed to help make certain every task is completed and every person's concern addressed.

- **Detroit and Veolia Water Staffing** – Although a senior manager will be assigned by Veolia Water, the City (and DWSD) would need to have their own personnel involved so that they can help us understand the culture, systems and approaches being used. This is a collaborative process that can be very successful if both sides actively work through the myriad issues to be dealt with in such transitions. They also would be the more likely



people to hear about questions and concerns from co-workers, vendors, politicians and contractors. Typically, every department is involved with some representation on the transition team. A good transition process will have DWSD and Veolia Water staff working alongside each other for a period of time. A transition for a project of this magnitude would take a concerted effort over an extended period of time to ensure success.

- **Change Management Assistance** – The change from public to private management would represent a significant change for employees. Veolia Water has people who have been on the "city side" of such a process and are experienced with the transition process as viewed from that side. They clearly will have empathy and understanding of the experience and can provide support and advice to City (DWSD) staff during this time. Moving forward, there would also be changes in reporting structure, different ways of doing business, changes in benefits and performance expectations.

- **Vendors and Contractors** – Because of the size of the DWSD's water and wastewater operations, the utility engages with a wide range of companies (contractors, supplies and vendors). These current relationships and contracts would have to be understood before any changes can take place. Improvements, however, are indeed possible, and Veolia Water has seasoned procurement experts on our staff that would assist in any review of current procurement practices and identify opportunities for improvement that can be readily implemented over time. Public and private companies procure goods and services differently. There also is the question of whether some contracts can even be transferred.

- **Fleet** – The fleet represents a large inventory to be tracked and managed. Depending upon the type of transaction that is ultimately selected for the DWSD's operations, this can include quite an involved process in transferring ownership. Veolia Water has a dedicated fleet management group that is experienced with transitions, and we would call upon their expertise ease the process.

- **Legal Matters** – The transaction, regardless of its final form, will be complex. There will be requirements such as how employee benefits are handled, who or how employees are transferred, an inventory of specific questions to be asked, and issues of how property is identified and quantified. These actions may require legal notifications or

procedures under the law. These are matters that the transition team would consider in close collaboration with the DWSD's staff.

- **Capitalizing on Good Work** – We are aware that there is already a lot of good work being undertaken to improve the utility. Studies, reports, work groups, training and the like are occurring. All of this is valuable and needs to be captured as part of the transition and leveraged to make it more effective.

- **Capital** - DWSD has some very key capital improvement projects underway for solids handling, air pollution control, system modeling and planning. Veolia Water supports all these important projects and initiatives and will not impede this ongoing work.

Moving forward, it is our initial vision to put into place an Integrated Program Management Team comprising Veolia Water, DWSD personnel and outside consultants currently engaged on projects. This integrated approach would maximize institutional knowledge of the utility and its systems and obtain the input of national, regional, and local industry practitioners.

This approach would be very transparent to management to ensure the flow of information and foster trust up and down the utility and with key stakeholders. Toward this goal, Veolia Water reached out to the engineering and construction community serving Detroit. We have retained commitments from some of the region's largest and most experienced firms in water and wastewater planning, design, program and construction management, and construction to support our efforts as required. Letters of commitment are provided in Appendix E.

- **Coordination with Regulatory and Other Agencies and Facility Staff** - Regulatory coordination (in partnership with the client/facility owner) would begin well before the start of contract activities. Veolia Water's excellent relationships with regulatory agencies in the State of Michigan, which provide a solid basis for clear communication and a cooperative working environment in the case of the DWSD's facilities and operations, would facilitate transfer of the relationships.

- **Inventories** – Plant inventories, including equipment, supplies, chemicals and spare parts, would be conducted by Veolia Water's Transition Team over the course of the transition period.



CONFIDENTIAL                                                                                                    VWNAOS248104

Select inventories would be entered into the CMMS database to provide for tracking and replenishment, as appropriate. Deficiencies in the inventories would be identified, evaluated and filled, wherever possible, to ensure continuity and quality of service to from the start of the new contract.

- **Relationships with Suppliers and Subcontractors** – Existing suppliers would be contacted as part of the system inventory evaluation to ensure that all products are on record within our maintenance management system. This process would ensure, for example, that spare equipment parts would be identified and coordinated with vendors and suppliers to ensure that critical pieces of equipment do not experience downtime.

- **Transferring Records** – Veolia Water would begin the transfer of records from the current record keeping system during project startup. These records would include regulatory data, permits, monitoring reports and other hard-copy correspondence, as well as hard-copy technical data. We would also begin implementing our CMMS program and transferring existing equipment inventory, warranty and maintenance history information into this database. Operations data records would likewise be established in the data management system, with both systems set up by our internal specialists.

- **Employee Concerns** – The change in employer means a different pay check and benefits. There is always employee fear and concern for these changes, which is natural. This would be even more a concern for DWSD employees because of the bankruptcy and court proceedings. Great effort is put into communicating with the employees, their spouses and families to reassure them of what is going to happen. Rumors and gossip are sure to occur but, as discussed, a good communication program will help manage that. Every employee will want to know the impact on their pay and benefits. For example, a hot topic, and one that can be decided during negotiation by the City and Veolia Water, is transfer of accrued vacation and sick leave.

**Treatment of Employees**

Veolia Water recognizes that the DWSD is a big organization with a large staff group, including union and management personnel. The conventional O&M approach would be some or all of the DWSD staff employed by Veolia Water. This approach is similar to

> In North America, and other parts of the world, no other company has transitioned more employees to contract O&M than Veolia Water. This includes transitioning employees for municipal projects, including:
> - Milwaukee, Wisconsin (Wastewater) – 200+ employees (with six union contracts)
> - Indianapolis, Indiana (Water) – 460 employees (with multiple union contracts)
> - New London, Connecticut (Water & Wastewater) – 35 employees (with multiple union contracts)
>
> As this extensive experience demonstrates, Veolia Water is unequaled in the depth of corporate resources and experience it can apply to manage an employee transition of any magnitude.

what would occur under an acquisition or lease.

The decision to employ all, or only those employees required for the work, is typically a requirement of the client. The transition for employees and their concerns will be specific to whichever option is ultimately chosen.

We understand that the treatment of the employees will be key to the delivery or a successful project. In this regard, our firm has more experience with the transition of operations and staffing than any other O&M services provider, and we have done this under virtually every type of project/operations model in North America.

Through this experience we have developed approaches that ensure the fair treatment and development of staff resources at the projects that we operate and manage.

Our experience covers more than four decades of water and wastewater operations, which has involved performing more than 350 transitions, involving over 5,000 employees nationally.

Whether transitioning one individual or hundreds of staff, Veolia Water works to ensure sensitivity to the needs of the employees being transitioned while guaranteeing no interruption in water or wastewater services to the community.

Furthermore Veolia Water's Human Resources development approach is focused on investing in our employees through compensation and training programs, which in turn result in compliant, cost-effective operations and fewer illnesses/injuries.

If the final transition involves assumption of the complete responsibility for employees by Veolia Water, our labor relations experts will initiate early discussions (but not negotiations) with union leaders to address their concerns.



Additionally, employees at an O&M project will receive our standard programs and processes, which include:

- **Employee Retention and Growth Plan** - Veolia Water views our employees as our most important asset, and we provide a strong employee retention and promotion program. Staff receive competitive wages and benefits, as well as superior training and career advancement opportunities. International experiences and work opportunities can also be applicable in specific cases.

- **Orientation & Personnel Matters –** Veolia Water's expert team of Human Resources specialists works to meet the needs of new and existing employees.

  Critical to the success of these efforts will be extensive communications with transitioning employees to answer questions and to dispel concerns. Orientation meetings are conducted for all new employees to review company policies, training plans, business contract issues and priorities, and safety priorities.

- **Employee Development Opportunities** - Veolia Water's corporate philosophy and strategies identify our employees as the foundation of our business growth and success.

  Our company strives to maintain a satisfied and productive team of employees through effective leadership, fair and competitive wages and benefits, and close attention to employee priorities of training and development.

- **Training and Education Program** - The mission of Veolia Water's training program to ensure that all employees are afforded the opportunity to hone existing skills and acquire new skills.

  We work to ensure that all employees have the training needed to operate the facilities and maintain the systems to meet all regulatory requirements; operate the facilities and maintain the systems in accordance with the highest standards for efficiency, effectiveness and safety; and, demonstrate the skills required for outstanding job performance and to participate in growth opportunities.

  Regular training is an essential element of any well-run facility, and Veolia Water provides training programs that incorporate core competency training to ensure continuing superior work performance and safety, including plant operation and maintenance; process theory; plant safety; and hazardous materials training.

In summary, Veolia Water maintains a strong and proven commitment to providing opportunities for advancement and personal growth to each employee.

**Customer Affordability -**
**Veolia Water's Customer Service Successes**

Providing high quality water and wastewater services is just one of the core elements of Veolia Water's approach to customer service.  In our work with some of the largest water and wastewater utilities around the world, we have provided management and support for their customer services, metering, call center, billing and collection operations.

Our approach centers on working to improve processes for customer-facing operations, such as the call center. In our work with the **Pittsburgh Water and Sewer Authority**, which is one of the reference projects profiled in Section 1, this involved working with this agency to improve their customer service and performance levels by conducting in-depth diagnostics of current operations, including the call center, large-meter applications and efficiencies, and, evaluation of an end-of-life, fixed-point AMR system with 80,000+ endpoints.

As a result of this process, Veolia Water developed specific recommendations for improvement and has supported this agency's employees in implementing initiatives focused on reaching new performance metrics. The result (as illustrated on the graph at the top of the next page) was that the customer service call center slashed the call-abandonment rate almost immediately and reduced customer call waiting time by half.

At **Indianapolis, Indiana**, Veolia Water managed the call center and other aspects of customer service as part of our comprehensive water system operations management contract. This regional water system serves ~1 million people in Central Indiana, and the customer service component included managing: over 300,000 customer accounts; meter reading; meter replacement program; and billing and collection operations.

As a part of our work in improving the customer service operations for this utility, Veolia Water replaced some 163 three-inch and larger water meters, representing 15% of the utility's revenue base, within three months, generating nearly $2 million in additional revenues that paid for the meter change-out ($1.44 million in meter and installation costs) in less than nine months.

Veolia Water also stopped a trend of substantial annual customer rate increases, and we had achieved a



cumulative $83.1 million in savings at contract completion in 2011. In addition, our annual operating costs were some $2 million less than the previous management's had been when we started in 2002.

The approach that Veolia Water implemented at Indianapolis also focused on building a collaborative environment with all of the project stakeholders (union, government and the community). This included establishing a Citizens Advisory Group (CAG) and a Technical Advisory Group (TAG) that helped us make decisions, acted as a focus group and provided public support for changes they agreed with.



Over the initial term of the contract, Veolia Water worked with PWSA's customer service staff on service improvement initiatives that resulted in a reduction of the call abandonment rate to below 10% for the first time in six years.

The TAG included representatives from local industries, prominent college professors, the state environmental agency, the state Public Service Commission and local politicians.

The CAG vetted in advance all customer service changes, such as messages on phones and policies on customer turnoffs, and review of public documents, such as the actual bill forms.

Another customer service example is our work with the City of **Buffalo, New York**, where under a delegated management approach Veolia Water has worked to implement our world-class programs focused on streamlining processes and enhancing revenues without unduly burdening ratepayers.

This operation, which was profiled as one of our reference projects in Section 1, began in 2010 with a Customer Service scope of responsibility that included meter reading, billing/collection and customer service for over 74,000 accounts and a population of base of more than 280,000.

Under this contract, Veolia Water implemented new customer service phone/information systems and began the longer process of a customer service cultural change. We also restructured water meter reading routes to gain a 20% increase in reading productivity and eliminated prevailing "field estimates" practice. As a result, manually estimated bills were completely eliminated.

As part of this meter enhancement program, Veolia Water and the City initiated joint pilot studies and an active review of automated meter reading and information (AMR and AMI) hardware and tools.

This agreement requires the attainment of some 20 key performance indicators (KPIs), developed to track Veolia Water's performance and accountability, and multiple service improvements are being phased in during the initial years of the contract.

Internationally, our work includes some of the largest urban areas in the world, with two examples being Paris, France, and Shanghai-Pudong, China.

In **Paris**, under a 90-year old contract with Syndicat des Eaux d'Île de France (SEDIF), Veolia Water manages the water service for the Paris suburbs.  This service area includes water production and distribution to more than 4.3 million people in some 144 communities.

The project covers all aspects of customer service and billing for 550,000 + subscribers (2 million+ bills annually); water meter and leak detection programs; large-meter management and replacement; advanced asset management; and facilities and operations optimization.

Using data including water meter performance, the cost of meter replacement, water consumption rates and the price of water, the optimal meter replacement schedule was identified.

Veolia Water also installed and now operates mobile and fixed network reading technologies for over 1 million accounts, and is installing a fixed-network system for 550,000.

Over the course of the new contract, third-generation remote meter reading technology will be deployed to provide precise monitoring of consumption, with the



added benefit of enhanced leak detection at the individual user level.

Under this contract, these initiatives by Veolia Water have delivered $30 million in additional revenues previously lost to meter inaccuracies. Added to this, water price increases, excluding taxes and license fees, have remained well below inflation for several years, even while Veolia Water and SEDIF managed a significant capital improvement program to modernize production plants and the distribution network.

This contract represents one of the longest-running partnerships in the global water industry, with the first contract in 1923, and the modern contract dating 1962-2022 (recently renewed for 12-year term).

Another of our large international projects with a significant customer service component is for the water services in the key business district of **Shanghai-Pudong**. This concession agreement is a joint venture between Veolia Water and Shanghai Water Assets Operation and Development Co. Ltd.

The joint venture entity Shanghai-Pudong Veolia Water Corporation Limited (SPVWC) became China's first water industry public-private partnership. Under the terms of this contract, Veolia Water owns a 50% share in a new joint venture company, Shanghai-Pudong Water Corporation.

Pudong is one of the leading business and financial centers in Asia and is forecast in the long-term to be home to 5 million people. The service area covered by the contract includes many commercial buildings and residential complexes, as well as the new Shanghai international airport and numerous business parks located in the Pudong area. Veolia Water works together with our partner, Shanghai Water Assets and Operation Development Company, under a 50-year operations and management agreement.

Enhancing customer service was a major focus of the contract, with the objective of rapidly offering customers a full range of top-quality services by improving the meter reading and customer service system. To do this, we developed an advanced Customer Service System in Shanghai that includes:

- Establishing and operating a call center so that customers can take care of most of their routine transactions without having to go to the agency.

- Establishing and implementing a Customer Service Management System to better manage the main procedures of customer service (including large customer management, billing and revenue collection).

- Developing training programs aimed at introducing a customer-focused culture.

- Developing and implementing payment points (over 1,000 payment points placed at our customers' disposal).

- Conducting yearly customer surveys.

This innovative project, as profiled in additional detail in Section 3, is a landmark in terms of China, bringing a new standard of quality and service to a major city.

### Leading-Edge Technology for Customer Service

In addition, through our affiliations with equipment manufacturers and suppliers of virtually every technology required for water and wastewater treatment, Veolia Water can provide the right technology solution for a given customer service application.

Two examples of the technical resources available through our international parent are:

- **m2ocity –** This Veolia Water-affiliated company was created to provide specialized meter services first in the European market and then expanded to North America. Veolia Water is among the pioneers in water-smart metering, responsible for the installation and maintenance of more than 20 million electromechanical water meters worldwide. The formation of m2ocity began as an outgrowth of the company's Meter Data Management project that was begun as part of an IT modernization initiative for the ongoing contract with SEDIF (Paris area), simultaneously implementing new applications for billing, Customer Relationship Management (CRM), Meter Data Management (MDM) and Work Order Management (WOM). The objective was to restructure the IT architecture and reduce manual labor by introducing a higher level of automation.

Veolia Water selected the Oracle® Utilities Meter Data Management solution. This MDM project that began under the SEDIF contract has since expanded under a joint venture formed between Veolia Water and Orange (a mobile telecommunications operator). The new company, m2ocity, focuses on remote environmental data and water meter reading services.

m2ocity now offers a complete turnkey service, based on an ultra-low consumption radio network (using the 868MHz waveband), to local authorities through their municipal agencies or agents for water services. In addition to information from water meters, the network can collect data from



environmental sensors (to manage noise or environmental pollution, for instance).

- **HomeRider** – This is an Advanced Metering Infrastructure (AMI) supplier for smart meters, sensors and solutions and is a 100% owned subsidiary of Veolia Water. The company, like m2ocity, began as an initiative under the SEDIF contract and has since grown into a tool that Veolia Water can apply to meet the needs of clients worldwide.

HomeRider creates value by providing the equipment and services that use AMI for gas metering, recycling management, sewage monitoring, and leak detection. It also fills the needs for a reliable water-metering installation and maintenance tool.

These service delivery and technology innovations are indicative of Veolia Water's commitment to develop and deliver innovative solutions that enhance the quality of customer service and water and wastewater operations.

## II. Customer Service Delivery

Veolia Water, in the preceding discussion, has shown our commitment to achieving the highest standards of customer service and satisfaction.  The experience and qualifications that we have highlighted in our work with communities such as Buffalo, Pittsburgh, Paris and Shanghai-Pudong are illustrative of our approaches to providing excellent customer service to the public using the water and sewer services that we manage and operate.

In this sub-section, we outline our overall approach to customer service operations.

These are the types of skills that will be applied by our firm in Detroit, and our proposed customer service management expert, Wendy Welser, will be part of the team that we will use to transition services and build a customer-focused approach for the DWSD.

Over the years that our firm has provided O&M services for municipal water, wastewater and other public works facilities and operations throughout the U.S., Veolia Water has developed the tools and approaches needed to address all aspects of the operations and management of facilities and operations similar to yours.

For our firm's North America operations, Veolia Water provides comprehensive management programs, tools, policies and procedures developed and refined over four decades of O&M work to ensure compliant, cost-effective operations at all its projects.



The Le Havre metropolitan area in Northwestern France decided to equip the City's water utility with a network of 100,000 smart water meters, signing a 10-year contract for the service with Veolia Water and m2ocity.

Under this contract, Veolia Water will install the meters, and m2ocity will be responsible for introducing the radio infrastructure necessary for remote reading.

The project will also provide the Le Havre metropolitan area with an infrastructure it can use for other utilities, such as gas.

As this innovative solution is rolled out, the public utility has also set ambitious goals. It hopes to improve network efficiency by 3%, thereby saving 750,000 cubic meters of water each year. But the area's residents will be the first to benefit from the new service, as they will be able to monitor their consumption online and will receive email or SMS alerts if their water use becomes excessive.  Last but not least, customer's bills will now be based on actual usage.

For many of our utility operations contracts, Veolia Water manages and performs customer service functions that cover all aspects of customer service including managing call center operations, billing, collections, IT support, and related functions.

We also manage all aspects of water meter operations and maintenance for some of the largest water utilities in the world. This involves providing services that cover all aspects of water meter reading, maintenance and testing, as well as replacement and upgrade programs.

The key services that Veolia Water provides to support customer service operations include:

- **Meter Testing** – Veolia Water owns and operates 10 accredited meter testing laboratories to support meter maintenance activities throughout the world. These testing sites are used to validate various types of meters and conduct life-cycle tests on products before they are authorized for use in our operations.

  Our company's newest facility recently opened in Houston, Texas, to serve clients in the U.S. This facility allows Veolia Water to offer the most modern meter testing and optimization techniques to our clients.



- **Meter Maintenance –** Meter maintenance is part of the core O&M services approach that Veolia Water offers, and it is intrinsically linked to Customer Service delivery. Meter maintenance techniques include meter sizing, application and setting analyses to improve revenue productivity and minimize maintenance and capital costs.

- **Meter Reading Technology Implementation –** Veolia Water has implemented automatic meter reading (AMR) and advanced metering infrastructure (AMI) technologies on over 2.5 million accounts globally. The firm is a significant user of advanced metering infrastructure and automated meter reading technology and is experienced at managing high-volume meter replacement programs.

  Veolia Water companies have deployed more than 2.5 million meters equipped with AMI/AMR technology. Additionally, Veolia Water's distribution management techniques include establishing district metering areas tied to advanced metering infrastructure communications to minimize distribution system water losses and increase revenues.

- **Workforce Management/Schedule Adherence –** Veolia Water has worked with a number of utility clients to increase the consistency of phone coverage and maximize productivity by developing a basis for more effective workforce management. The focus of this work typically includes removing and consolidating paperwork and non-urgent projects for the inbound phone group; identifying peak call times and days to better manage time off requests; looking at scheduled break and lunch periods; communicating goals and reinforcing real-time statistics/conditions for inbound calls; and managing by "walking around." In each case, our work has resulted in developing guiding principles for effective workforce management to ensure sufficient coverage for peak times while enhancing the success of all functions within the Customer Service Department.

- **Inbound Call/Phone System Management –** Under our customer service management approach, Veolia Water performs a detailed review of phone systems/call centers looking for opportunities to route and handle calls more efficiently. The focus is always on maximizing existing resources to improve customer satisfaction by:

  - Reducing the number and average hold times of inbound customer calls that get queued.

- Reducing the number of abandoned calls (i.e., callers who hang up before speaking with an agent).

- Evaluating the need to improve or replace existing call center technology.

- Improving call monitoring capabilities through the use of existing or new processes and/or technology.

- Providing agents with monitoring feedback to incentivize improved performance.

- Pushing for "first/one-call resolution."

- Reviews are performed through observation of daily practices, interviews, testing of phone numbers and/or call trees in production and meetings with the current telephone vendor. In some cases, significant dollars can be saved by reconfiguring and/or enhancing the existing phone system technology to improve overall call handling.

- If key call metrics are not already in use and being tracked to manage daily/monthly call handling operations, Veolia Water works with our clients to establish those metrics and ensure that the management team, as well as agents, understand how those metrics can be used to empower the team as a whole, making them accountable for and ensuring the best possible service through call management.

- **Third-Party Bill Printing and Mailing Services -** By utilizing the most current technology, third-party print and mail solutions can be used to provide flexible and secure options to traditional in-house printing and mailing of utility bills.

  In this area, Veolia Water has partnered with a handful of these vendors to offer solutions that are almost always much less expensive than in-house processing but at the same time allow more features and functionality, including flexible bill formatting options, professional print services, First Class mailing of bills at bulk postage rates, electronic bill presentment and even electronic bill payment services.

- **Lock-Box Services -** Lock box services are provided by banks to receive and process payments of bills. This service is provided at a fee from the bank and is normally less expensive then processing the payment in-house.

  Veolia Water has experience negotiating the services with banks and configuring billing software to take the bank lockbox data inputs.



Managing these types of customer service functions on a daily basis has provided Veolia Water with a deep understanding of the interrelationships between these functions and what is needed to provide an exceptional customer service experience.

### III. Safety and Security

As the operator and manager of over 270 municipal water and wastewater facilities that meet the needs of close to 19 million people in North America, Veolia Water has proven our ability to address and resolve safety and security issues.

In our work with clients in the State of Michigan, as well as in other parts of the U.S., we have consistently applied our knowledge of water and sewer and public safety and security techniques and methodologies. We have also worked with many of our clients to implement Security Vulnerability Assessments (SVA), in line with Homeland Security laws, regulations, and procedures applicable to water and sewer utilities.

Our work in **Atlanta/Fulton County** is an example of a site where we completed an SVA and then implemented new protocols and procedures based on that assessment. (This is one of the key reference projects discussed in Section 1.)

Added to this, Veolia Water, in our firing process, uses the E-Verify protocols of Homeland Security; it is also a part of our procurement process related to service subcontractors.

Furthermore, we have demonstrated our experience in emergency response support for some of the largest natural disasters experienced in recent U.S. history – including Hurricane Katrina in **New Orleans, Louisiana** – and also in the case of "manmade" disasters – such as the Murrah Building bombing in **Oklahoma City, Oklahoma**.

In both of these events, Veolia Water had staff on-site that were trained to work with first responders and emergency personnel in helping to protect our staff, the public and the facilities.  In the case of Oklahoma City, some of our staff were trained in emergency response and were among the first responders to the bomb site. In the ensuing days, we continued to provide manpower, equipment and supplies to support the search and rescue teams.

These projects are part of the overall base of experience we discuss in Section 1, and we have used this experience to continue to refine our corporate safety and emergency-response approaches that are discussed in this subsection.

### Safety and Compliance

At each of our O&M project sites in North America, Veolia Water establishes and maintains a Safety and Compliance Plan that considers all aspects of the operation.  This plan is made site-specific and is meant to be accessed by staff at all levels.

This plan is a "living document" that is revised regularly, working with safety officials from our clients, along with police and fire departments.

To ensure the continued success of each site-specific health and safety program, Veolia Water employs a variety of tools and approaches that are integral components of our program, including:

- **Health and Safety Management** – Under the O&M approach for water and wastewater operations, Veolia Water typically provides a designated Safety Manager and Safety Coordinators and supports these individuals, who are part of the on-site O&M team, through our firm's regional and corporate safety professionals. The on-site safety staff are charged with ensuring that all company safety policies and programs are in compliance, and a significant amount of their time is dedicated to health and safety efforts. The Project Manager at any given site has the ultimate responsibility for the safety of the employees, contractors and visitors at the job sites. However, we also believe that every employee is responsible for safety.  Employees' safe behavior practices are evaluated as part of their annual reviews.

- **Incident Management** – In accordance with Veolia Water's Incident Procedure Manual, any incident that occurs at the project is investigated to determine root cause.  As the result of the investigation, corrective actions/measures are taken to prevent similar incidents from occurring in the future.  Project staff at each operation use Veolia Water's Triple I program, which produces all documentation for OSHA recordkeeping.  Once an incident/event is entered into the database, it can readily be reviewed and updated by the Project Manager, and lessons learned can be shared with other Veolia Water regions or projects.

- **Safety Compliance Management** – Veolia Water's e3 Environmental Management Information System software assists facility personnel in proactively complying with environmental health and safety requirements in a timely and complete manner.  This program organizes and summarizes compliance issues and tasks that are critical to effective project



management, tracks specific health and safety issues from identification through resolution and helps manage contract deliverables.

- **Driver Qualification Programs** – Veolia Water also employs a national Driver Qualification Administrator to ensure compliance with Department of Transportation (DOT) regulations. As appropriate, within the confines of the contract, we would use this in-house expertise to manage the commercial driver's license (CDL) licensing process and DOT physical exams required for CDL licenses drivers.

- **Standard Work Practices and Standard Operations Procedures** – Each Veolia Water operation receives access to an extensive library of policies and procedures that provide reference documents for environmental health and safety requirements. This library supplements the site-specific policies and operating procedures that we develop for each location. The library typically includes health and safety procedures applicable to compliance with all OSHA requirements, an environmental compliance manual, an emergency action plan, an incident procedures manual, a facility security guidance document, a fleet safety and compliance manual, a laboratory chemical hygiene program, a laboratory QA program and associated checklists and forms.

- **Health and Safety Training** – All Veolia Water projects are supported by an extensive health and safety training program designed to address compliance requirements as well as any specific or immediate safety issues within the facility. In addition, employees are required to participate in monthly corporate training, an OSHA 10-hour general industry course and introductory or update training that may be needed for their work. Regular training is also reinforced through daily and weekly tailgate safety talks and project team meetings for all O&M staff.

- **Environmental Health and Safety Compliance Manual** – Every Veolia Water facility is also provided with an Environmental Health and Safety Compliance Manual, which sets forth all aspects of our program. The site-specific manual is organized to provide all of the site-specific guidelines, risks and requirements for a given water and wastewater operations site.

Using these approaches, Veolia Water consistently sets the standard for safety in the water and wastewater industry, as compared against our competitors. As illustrated on Figure 2-6 (at the top of the next page),

our firm maintains a strong safety performance and compliance record, significantly outperforming national averages.

Veolia Water, in general terms, maintains a strong commitment to safety and compliance in all aspects of our operations. There are several reasons, beyond protecting our employees from injury, why safety programs are also quality control programs. A thorough and well-enforced safety program helps keep costs down (overtime, lost productivity, possible OSHA fines, etc.), and performance as consistent and reliable as possible. An integral part of our safety program is regular assessment of our safety statistics, and those statistics are a factor in each employee's annual performance review.

In 2012, Veolia Water continued to outperform industry averages, achieving a recordable incidence rate (RIR) that was 59% better than National Average for Municipal Operations and 51% better than National Average for Private Operations, and a lost-time incident rate (LTIR) that was 82% better than the National Average for Municipal Operations and 83% better than the National Average for Private Operations. A significant achievement for a company dedicated to providing "Best-in-Class" safety performance.

## Emergency Response

Additionally, at each of the facilities that Veolia Water operates and manages, we establish a site-specific Emergency Response Plan (ERP), which is developed in collaboration with the client and is maintained in accordance with company policy and procedures. These plans are reviewed on an annual basis to ensure that the information on contacts, resources, policies and procedures and facility-specific emergency protocols is current and accurate.

Veolia Water recognizes that there is no single way to respond to all emergencies, as each event is unique and must often be managed through on-the-spot decisions. However, certain basic rules of crisis management do apply to every situation:

- Communication Planning – A communication plan for sharing information with the public; developed in cooperation with you. The primary purpose of the plan is to outline possible scenarios and actions, define what circumstances require a public response and identify a media spokesperson(s).

- Coordination – Our plans ensure coordination with the emergency response agencies and programs currently in place and, where appropriate, Veolia Water resources that are external to the facility.



Statement of Interest – Potential Operators for DWSD                    Section 2 – Item 6 – Technical Information



Figure 2-6.
Veolia Water – Comparative Safety Performance Record

Our O&M team will reach out and establish working relationships with agencies such as the local emergency planning committee, the local fire department, public works and the police department.

- Post-Emergency Management – An objective critique of the response successes and shortcomings is required and ensures that action plans are put into place for any necessary adjustment to existing protocols and improvements.

- Personnel Responsibilities – Each member of the O&M team at the project, and any other staff or subcontractors working at the site, will be trained on emergency recognition and notification; however, only properly trained employees are assigned to the emergency response team.

Veolia Water's O&M Project Manager would serve as the senior emergency response coordinator and would be in charge of the site in the event of an emergency. Our Project Manager would also be responsible for directing the evacuation of employees and visitors and initiating other appropriate actions.

- Training – Our personnel also develop and participate in hands-on drills and exercises that simulate natural and man-made emergency scenarios.

The site-specific ERP would encompass catastrophic events such as fire, flood, chemical spills, etc. Our O&M Plan would address other issues more likely to arise on a routine basis, such as mechanical failures, stoppages and power outages.

Additionally, Veolia Water has also developed and implemented numerous Risk Management Plans (RMP) for water and wastewater facilities. These plans focus on mitigating the hazards associated with a specific site and are developed in full compliance with U.S. EPA regulations.

At the start of each new contract, our firm typically completes and implements Process Safety Management and Risk Management Plans to ensure that employees and the public are protected and that practices are in place to prevent mishaps.

Preparation for these Veolia Water-standard programs and procedures normally takes place during the transition process and is coordinated with local



CONFIDENTIAL

emergency response agencies, environmental agencies, employee health and safety agencies and the U.S. EPA, as well as the entire project team.

## IV. Capital Improvements

Veolia Water is experienced in all aspects of capital programs that relate to water and wastewater facilities, and in our work experience profiled in Section 1, we demonstrated our approaches to capital improvements at existing plants; capital programs for the upgrade and expansion of plants; as well as capital programs for new facilities (including experience with design/build/operate, engineering-procurement-construction management, and other approaches).

The resources that we call upon for capital program and project work include our in-house Capital Program Management (CPM) team. They are part of the regional technical and management resource base that we provide to our governmental and industrial clients. Their focus is on providing engineering, design and construction support services for the implementation and management of upgrades, improvements and other capital project work at Veolia Water operated and managed facilities.

The CPM group is composed of senior-level engineering, design and construction professionals who can effectively manage and implement design and construction projects, drawing on a combination of in-house resources and local firms (pre-qualified subcontractors) that provide design, construction and related expertise.

Under this approach, our O&M teams draw on the internal engineering and construction management expertise of our CPM group, and then manage the work of the subcontractors to deliver the design and construction of capital improvements projects as well as new construction.

In Section 1, we identified some of our leading CPM experts who can work with the DWSD. We have also reached out to potential engineering partners and provided letters of interest from a number of these in Appendix E.

In our detailed Proposal to be developed for this potential partnership with DWSD, we will identify the core of our capital team – bringing together the resources of Veolia Water and major engineering and construction partners with a global base of experience.

Our approach to working with the DWSD would follow the structure of our working relationships with other major clients, such as Milwaukee, Indianapolis, and Pittsburgh.  For each of those clients we were engaged

in working to develop Capital Improvement Plans for water and sewer systems that shared many of the same challenges as those of the DWSD.

Under a contract with the **Milwaukee Metropolitan Sewerage District** (**MMSD**) that began in 2008, Veolia Water provides wastewater services to a population of more than 1.1 million residing in 28 Milwaukee-area communities.  A major component of the work under this O&M agreement, which is discussed as one of our core reference projects in Section 1, has involved working with the MMSD to improve the asset management program for this operation. The objectives of these efforts included improving the accuracy of data collected, developing processes and approaches for asset management and capital project work, and implementing advanced methods and tool to enhance existing programs.  This initially focused on underground assets through a program that program involved the implementation of GIS and computerized maintenance management (CMMS) tools, as well as the use of risk-based assessment and reliability-centered maintenance management approaches.  A collaborative Asset Management effort was just completed focusing on the aboveground assets.

Additionally, Veolia Water is working with the MMSD to develop a long-range capital improvements program. This includes providing design review and coordination, using our corporate resources, as well as preliminary engineering and estimating to develop capital project requests, which are submitted annually in a Capital Project Plan.

Veolia Water's work with the MMSD on their ambitious capital improvements program is under the leadership of our dedicated Capital Program Manager, based full-time at the project, along with support resources from our company at-large and the District.  This includes resources from our North America Technical Direction Group (TDG), an internal specialty group that provides engineering, construction, process optimization and development R&D expertise.

Under our completed contract with the **City of Indianapolis**, Veolia Water executed in excess of $200 million in capital projects to improve the City's aging water infrastructure.

This work included a $31 million upgrade to a 24-MGD surface water treatment plant to meet upcoming regulatory requirements and a $25 million capital program to develop a new groundwater source of supply.

For the **Pittsburgh Water and Sewer Authority**, Veolia Water worked with this agency to meet Consent



Decree obligations to state and county regulators. This included helping to better organize the department and create a culture of responsibility and accountability for the success or failure of projects.

Veolia Water also worked with engineering consultants and contractors to get them back on schedule, clearing a backlog of potentially litigious disputes, which allowed projects to move forward. Veolia Water also assisted in the planning for a $150 million Capital Improvement Program covering three years to address the PWSA's most critical infrastructure needs.

### Operating Facilities During Upgrades

Additionally, Veolia Water has extensive experience in operating plants during upgrades and expansions. One of our most comprehensive upgrades was for Wilmington, Delaware.

Veolia Water assumed O&M responsibility for the solids processing facilities at the **City of Wilmington, Delaware**, in 1985, and in 1998 we were awarded a new 20-year O&M contract for the City's 134-MGD high-rate activated sludge wastewater treatment plant and three pump stations.

This plant is an integral part of Delaware's innovative state-wide solid waste management plan, is the largest wastewater treatment plant in Delaware and is operated by Veolia Water under a 20-year agreement that will provide O&M cost savings of about $1.5 million annually.  Over the course of this contract, Veolia Water financed, designed and built $15 million in capital improvements, including a new SCADA system and fine bubble diffused aeration to enhance system operation and conserve energy – some $10 million of capital work was completed 10 months early. We work closely with the City to maximize diversion of combined sewer overflows (CSO) into the treatment plant for effective treatment.  Our goal is to accept and treat as much storm flow as possible, thus minimizing the discharge at the CSOs.

Over the course of the project, the City has expanded Veolia Water's contract to include providing daily O&M of the City's combined sewer outfall Real-Time Control (RTC) system. RTC converts the passive underground piping into a dynamically controlled system through use of rain gauges, water level and flow sensors, and regulators. Use of SCADA for continuous monitoring enables operators to mitigate potential CSOs by diverting flows to areas of the underground system that have the capacity to handle or store excess wastewater.

We worked with the City to install a sodium hypochlorite disinfection system to replace the



Veolia Water installed Oracle's asset management software at Wilmington to track asset maintenance history and extend asset life expectancy.

dangerous chlorine gas system. The new liquid chlorine-based disinfection system significantly reduces the risk to employees and the residents of Wilmington and surrounding neighborhoods and resulted in the removal of the site from the EPA's high-risk target list.

Currently, Class B biosolids are produced from the anaerobic digesters and then dewatered using high-solids centrifuges for interim disposal in a Pennsylvania landfill as daily cover material.  Veolia Water has been working with the City and its Energy Services Company (ESCO) to implement a $35 million Biosolids Renewable Energy Facility (REBF) at the wastewater plant.

Veolia Water has worked with the ESCO and their engineering consultant in the design and development of this innovative green energy project, which will use the flared digester gas, supplemented with adjacent landfill gas, to fuel two reciprocating cogeneration engines to yield four megawatts of sustainable power for use at the plant, displacing purchased energy. The REBF will also use the exhaust heat from the engines to heat thermal hot oil for a new 30-dtpd indirect heat dryer for the production of Class A dried biosolids to market to customers. Veolia Water is contracted to provide O&M of the new REBF.

Since taking over site-wide O&M responsibility as an NPDES co-permittee, Veolia Water has achieved an excellent compliance record. We installed Oracle® Utilities Work and Asset Management (OWAM) software to track asset history, schedule repairs and maintenance, plan major equipment replacements and overall extend asset life expectancy.

(This project is one of the key reference projects that are profiled in Section 1.)



CONFIDENTIAL                                                                                                    VWNAOS248115



Section 3



## Section 3 – Items 7 through 9 – Financial and Business Information

### Introduction

This procurement effort by the Emergency Manager (EM) for the City of Detroit is designed to evaluate the options available for establishing a Public-Private Partnership (P3) for the operation and management (O&M) of the City of Detroit's Water and Sewage Disposal Systems that are operated by the Detroit Water and Sewerage Department (DWSD).

The City of Detroit owns and operates the DWSD, which meets the water and wastewater needs of residential, commercial, governmental, institutional and industrial customers within the City and over 125 suburban communities. Customer entities served by DWSD are located in Wayne, Oakland, Macomb, St. Clair, Genesee, Washtenaw and Monroe Counties.

Veolia Water North America Operating Services, LLC (Veolia Water), has prepared this response to your Request for Information (RFI) to serve as the direct contractor to you for the implementation of an O&M solution for the DWSD's water and wastewater facilities.

As documented in the previous sections of this submittal, our firm brings to this opportunity a comprehensive base of expertise and resources to deliver the best solution. The types of solutions/options available for this proposed P3 are those that our firm has successfully utilized for some of the largest water and wastewater utilities in North America and other parts of the world.

In this work, we are engaged with clients to develop, implement and sustain long-term partnerships that involve all of the elements that you have identified for this new partnership – financing, management, operations and capital programs.

This section of our submittal provides summaries of Veolia Water's project experience that demonstrate proven capabilities with respect to the following areas:

1. Proposed financing and, if other than internal funds, sources of such financing, including the expected schedule of commitments of funds and the steps required to secure the necessary funds.

2. Financial ability related to maintaining and upgrading the system assets.

3. Adequate sources of operating capital.

4. Ability to finance future DWSD expansion, if applicable.

5. Ability to comply with all applicable state and local tax obligations.



At Danbury, Connecticut, Veolia Water delivered a pioneering P3, one of the first under IRS 97-13 rules, which included a $10 million concession payment to the City.

6. Collection plan for retail and wholesale customer accounts.

The financial solution that Veolia Water would propose to the City of Detroit for the DWSD operations would be one that brings together the world-class operations and management expertise of our firm with that of innovative and qualified partners.

This is the type of solution that will address your immediate needs and then build a foundation that can be sustained over the long term.

### 7. Financial Capability

#### i. Financial Capability to Operate & Maintain the System's Assets

Veolia Water understands that you are seeking to partner with a company that can demonstrate the financial capacity to pay any up-front consideration (or periodic type of payments) as part of the bid for the selected project and then provide the resources and financial stability needed to maintain the systems for the term of the agreement.

In our work with municipal clients in the U.S. and Canada, our firm has specific experience providing clients with concession payments at the start of an agreement and revenue-sharing approaches throughout the course of a contract. This is model we use under our merchant-sludge (biosolids) operations – and a key example is a pioneering contract with the **City of Danbury, Connecticut.**

In 1997, under an innovative P3, Veolia Water began working with Danbury under a 20-year O&M type of agreement, which was one of the first of its kind under the IRS 97-13 regulations. This agreement was negotiated in just a few months, due largely to Veolia



CONFIDENTIAL                                                                                      VWNAOS248117

Water's ability to provide internal financing for the P3 partnership.

At the start of the contract, Veolia Water provided Danbury with a $10-million concession fee, which the City used to close an existing landfill. Payment to the City was funded directly by Veolia Water, protecting the City's existing bonding capacity.

Under this unique agreement, the City of Danbury continues to exercise control over its rate setting and inter-municipal agreements.

Over time, the City will realize additional revenues through Veolia Water's development and management of an expanded septage-receiving program, the financial benefits of which are shared by the City and Veolia Water.

Under this contract, the City of Danbury's ratepayers have benefitted from guaranteed performance and new infrastructure while enjoying stable user fees.

The success of the Danbury project provides Veolia Water with a platform for other innovative project models with other communities in North America. Through of the range of approaches we can tailor to meet the varied needs of clients, many of which were discussed in the reference projects in Section 1, we readily demonstrated the breadth of experience required to deliver the specific solution that Detroit seeks.

Additionally, Veolia Water brings to this proposed new partnership the expertise, experience and transaction resources of Veolia Energy.

Our sister company has been a leader in recent years in the acquisition, ownership, management and operation of large and complex utility systems. Over the past 10 years, Veolia Energy has acquired some 17 district energy systems. These acquisitions ranged in size from $2 million for a small utility to $788 million for a portfolio of district systems.

One of the largest such transitions was in 2007 when Veolia Energy acquired Thermal North America, Inc., the largest portfolio of district heating and cooling networks in the U.S. That acquisition, based on an enterprise value of $788 million, involved systems with revenues of over $425 million.

A year later, Veolia Energy purchased (and now owns and operates) the utility systems serving the **City of Grand Rapids, Michigan**.

This district heating and cooling system, along with power generation assets, were purchased from Kent County, and (as profiled above), this system now serves



Veolia Energy owns, operates and maintains the district energy network in the central business district of the City of Grand Rapids, Michigan. The system was acquired (purchased) from the Kent County District in November 2008. The centrally produced thermal energy is distributed to customers through seven miles of pipeline. Total production capacity is 450,000 of steam pounds per hour. Since the acquisition, Veolia Energy has undertaken a systematic investment and implementation process to increase the efficiency of the operations in order to ensure competitive steam rates for customers and a reduction in the carbon footprint of the plant.

a broad base of governmental and private entities in the central business district of the City.

In a transaction that closed earlier this year, Veolia Energy partnered with I Squared Capital, a global infrastructure investment firm, and entered into an agreement with NRG Energy, to purchase its 256-megawatt Kendall Station, located in Cambridge, Massachusetts.

This experience demonstrates that Veolia Water, through our North American and global operations, can access the capital and the transaction expertise needed to implement the complex type of transaction that is proposed for Detroit.

In our response to item "II" later in this section, we provide additional examples of our experience, and in the remainder of this sub-section, we address the financial strength and stability that Veolia Water can bring to this transaction.

The important point to recognize when reviewing the financial information provided for our North America company is that our firm is one part of a larger global company with almost $40 billion in revenues and 161 years of experience owning, managing and operating some of the largest and most complex water and wastewater systems in the world.

In recent years, Veolia Water companies have backed partnerships in China, the Middle East and Europe that rival what is proposed here for Detroit.

We have also demonstrated the financial strength and capability needed for a transaction of the scale that you have proposed.



## Financial Statements

Veolia Water, as part of the largest water company (and, in turn, part of the largest environmental services company) in the world, can address the financial and other requirements that will be part of the P3 transaction that is proposed for the DWSD.

Here we address the financial capacity of our firm as the Responder. Additionally, as we have discussed, Veolia Water has not yet selected a primary equity provider(s) to work with us under this proposed transaction. We have, however, secured letters of interest from a number of potential partners, including some of the largest equity firms in the North American market (see Appendix E).

At the Proposal/Bid stage, we will identify our equity partner(s) and provide all of the required financial documentation for those firms.

In this sub-section, we address the specific financial documentation for our firm, with audited financial statements for the past three years for which such data is available (2012, 2011 and 2010), provided in Appendix D.

Veolia Water North America Operating Services, LLC, is the responder and a limited liability company (LLC) formed under the laws of the State of Delaware in 2004. We are an authorized O&M services provider in the State of Michigan, and a copy of our firm's certificate of good standing from the State is provided in Appendix C.

Veolia Water has, over a five-year period (as the industry survey data below illustrates), maintained a position of leadership in the O&M industry, with the largest market share, the greatest revenues, and the highest overall project renewal rate.

### Veolia Water Operations - Worldwide

- #1 Water/Wastewater Company in the world
- 89,000+ Employees
- Population Served: 101 million (water) 71 million (wastewater)
- Operate 8,500 Treatment Facilities
- 5,089 Water Treatment Plants
- 3,514 Wastewater Treatment Plants
- $15.5 Billion in Revenues in 2012
- ~$2 Billion in Design/Build Services
- ~$1 Billion in Technologies
- Manage 250,000+ Miles of Water/Sewer Lines
- Manage 20 million Water Meters - $11 billion in client revenue

### Veolia Water Operations in North America

- #1 Water/Wastewater Services Company in U.S.
- 40% Market Share (non-regulated business)
- 97% Renewal Rate
- $595 million in Revenues in 2012
- Operate 380+ Treatment Facilities
- Treat ~2.72 billion gallons of flow/day (water and wastewater)
- Process 293,089 dry tons of biosolids/year
- Manage 5,342 miles of sewer lines
- Manage 2,966 miles of water distribution lines
- Manage 1,268 water & wastewater pump stations

In the most recent version of this survey (profiled at the top of the next page), Veolia Water has maintained our leadership position with a 40% market share – more than double that of our nearest O&M competitor – and an industry-best renewal rate of 97%.

Added to this, the Veolia Water companies in North America are part of the global company, Veolia Eau – Compagnie Générale des Eaux S.C.A., and that company that traces its origins to the start of the O&M services model in France in 1853.

Today, our global parent serves the water and wastewater needs of over 173 million people around the world. These services are provided by 89,000+ staff through offices and operations in some 48 countries, with revenues of more than $15.5 billion during 2012. Veolia Water's ultimate parent, Veolia Environnement, is a global leader in the environmental services, with over 220,000 employees and recognized revenues in 2012 of over $38.8 billion, and it is traded on the New York Stock Exchange.

Over the past decade, as profiled in the experience summaries and references provided in Section 1, our company has



**water operators ranked by** 5-year average revenues
O&M and DBO market share reported by Public Works Financing (PWF) 2008-2012

Veolia Water North America
5-yr Average Revenues: $648M
5-yr Average Renewal Rate: 93%

United Water
5-yr Average Revenues: $344M
5-yr Average Renewal Rate: 86%

American Water
5-yr Average Revenues: $195
5-yr Average Renewal Rate: (not reported)

CH2M Hill
5-yr Average Revenues: $266
5-yr Average Renewal Rate: 79%

Severn Trent Services
5-yr Average Revenues: $156
5-yr Average Renewal Rate: 73%

Southwest Water (est.)
5-yr Average Revenues: $112
5-yr Average Renewal Rate: 92%

been engaged in working with some of the largest water and wastewater utilities in North America.  Under these contracts with clients such as -- New York City, Milwaukee, Wisconsin, Pittsburgh, Pennsylvania, Winnipeg, Manitoba, Indianapolis, Indiana; Los Angeles, California; and Atlanta, Georgia, among others – we have brought to bear the resources – financial, technical, management and other – needed to address the needs of complex P3 projects like you are considering.



## II.  Ability to Raise Financing

Veolia Water understands that implementing a P3 solution for the DWSD will involve a financing component. In this regard, our firm has reached out to potential financial partners to work with us in securing the financing needed; see Appendix E for letters of interest.

In this sub-section, we provide specific evidence demonstrating our firm's ability to work with financial partners to raise financing for a project of this nature and scope. This includes the varieties of models we would propose, as well as our experience in providing financing under other similar P3 projects and programs.

### a. Issuing Debt and Raising Equity

There are two primary potential components of capital to be raised as part of the transaction:

- Up-front capital to purchase the utility or to make an upfront concession payment that will be large enough to cover the cost of the existing debt and to create additional value to the City.
- Ongoing capital, to fund capital investments and a possible ongoing lease payment (possibly annual).

As indicated in Section 1, Veolia Water does not propose to provide its own capital to the transaction.  Rather, we would partner with highly qualified, experienced financial firms in the P3 space.  These firms would be a mix of equity investors, lenders, investment banks and debt arrangers.

Veolia Water's involvement will be a critical element of any investor's interest in participating in the transaction.  Very few operators have experience managing comparably large utilities.  Investors will want confidence that the assets will be managed in a sustainable manner that will protect their investment for the long term.

With the possible exception of unexpected events requiring the injection of new equity capital, the new

utility (whether it is the result of a sale or concession) will need to raise funding on its own merit to underwrite ongoing capital investment needs and possible concession/lease payments.

Such funding capability will need to be deserved and protected.  This will require a strategy up-front, with the participation of Veolia Water, the City and the initial investors.  DWSD's ability to raise debt for capital investments is now undermined, which is reflected in recent ratings action.

In Veolia Water's experience, a properly structured concession (and even more so a privately owned utility) can be organized to be able to issue single A-rated bonds or better.  Given the particular challenges of this transaction, Veolia Water proposes to work with its financial partners (both on the debt and equity side), the City and with one of the credit rating agencies actively monitoring DWSD-related City debt, such as Standard & Poor's, which has taken an interest in concession projects.

Veolia Water will provide confidence in the O&M performance that will be required by the long-term initial investors.  Long-term investors will structure a transaction that meets their needs in terms of ensuring the capability of the system to repay that initial investment; and Standard & Poor's will verify that the utility is structured in a sustainable manner that will meet the long-term (30 years or more) repayment of the initial debt with a competitive credit rating.

This may require difficult choices; however, Veolia Water proposes that the City and the utility (with all its partners, including the rating agency) start from the desired credit rating and structure the transaction around it, even if this means compromising on certain aspects of the transaction; rather than structure the transaction to meet the desires of all stakeholders and



CONFIDENTIAL

constituents, with the credit rating left unimproved as a consequence.

The latter approach could undermine the utility's long-term ability to raise debt financing and probably also minimize the feasibility of the initial transaction.

### b./c. Experience & Past Relevant Transactions

This potential transaction for Detroit is much larger than any other for water and wastewater in the U.S.

In Veolia Water's view, it is more like our international projects. As such, we are providing several key international projects to demonstrate our overall experience with the size of transaction that you are contemplating, and then our U.S. experience in projects that are smaller and often structured to support financing of new facilities.

Veolia Water in North America has assembled a group of municipal utility operations projects that the company owns or is part of the ownership group.

In some cases, the company provided concession payments and financing assistance to municipal clients in support of long-term O&M agreements.

Under these projects, which utilized innovative project financing for the lease and/or ownership, operation and management of water and wastewater systems and facilities, the company has focused on providing the funding needed to bring a project to reality and has done so without unduly burdening the community and the ratepayers. Key examples of this experience follow, and most all of these are discussed as part of the reference projects profiled in Section 1 of this submittal.

### Shanghai-Pudong, China

The Shanghai-Pudong Veolia Water Corporation Limited (SPVWC) became China's first water industry public-private partnership. The Pudong Water Corporation was formed in 1999 when the Shanghai Water Authority separated the City's water supply system into four distinct and newly-created state-owned water supply companies. Pudong is the only area in Shanghai served by a public-private joint venture (JV).

This contract marked the first significant P3 for the comprehensive management of water services in China, with O&M responsibility for drinking water production and supply, as well as the customer service operations. Pudong covers an area of more than 331 square miles and is one of Asia's main financial and business centers. The primary objectives at the start of the partnership were to achieve rapid and visible service

**Management Philosophy:
A system of collective leadership and joint decision-making**

The partners bring a depth of local and international expertise to develop Pudong's water infrastructure. The company therefore operates under a system of collective leadership and joint decision-making with representatives from both the international and local partners.



**Partnership Model at Shanghai-Pudong, China**

improvement in water quality, extension of and improvement in the supply system, enhanced customer services and the implementation of an efficient quality control system.

Veolia Water was designated in May 2002 as the successful bidder (two other international operators were pre-qualified) in an international bid that had been launched in 2001 for the purchase of a 50% stake in Pudong Water Corporation. The license for the 50-year water supply operations in the Pudong area started in September 2002.

Under the terms of this contract, Veolia Water purchased a 50% share in a new JV company, Shanghai Pudong Water Corporation, for an amount of over $352 million. Veolia Water provided this money within two days of signing the JV agreement and financed it through the normal course of its banking activities.

Under this 50-year contract, Veolia Water manages a water system that serves the needs of 2.65 million people in this area.

We provide a full range of O&M and related services in the areas of water treatment (production) and distribution, customer services and capital programs.

An important component of the Shanghai-Pudong partnership was to implement significant improvements within the financial management systems of the water company.

Veolia Water in China provided the Chief Financial Officer to the joint venture and the firm will continue to do so throughout the term, while other senior management positions are filled on alternating four-year terms.


CONFIDENTIAL                                                                                   VWNAOS248121

These financial management improvements included:

- A new financial accounting system tying all of the different regions and agencies into one state-of-the-art system.

- Implementation of a management accounting philosophy so that all agencies and departments within the JV are professionally managed.

- Combined all banking activities (at startup there were many localized arrangements) into one account to ensure appropriate accounting of all of the money flows to enable the JV, and our partner, to have 100% confidence in revenues realized.

- Sarbanes-Oxley Act compliance throughout all accounting and financial activities, which was necessary (but foreign to our Chinese partner) to ensure our compliance with our own internal reporting requirements and offered significant benefits in terms of transparency with our JV partner.

### Shenzen (Special Economic Zone), China

Shenzhen is a major city in Southern China, located at the border with Hong Kong, and is designated by the Chinese Central Government as a major economic zone. As the area developed and the need for better services became more apparent, the municipality opened up a number of public utility services to the private sector. This included a public bidding process for the water sector organized in 2003.  The aim of this bid process was to help identify a leading full-services water and wastewater provider to reinforce services to the zone through a joint venture (JV) with the Shenzhen Water Group (SZWG), aiming to optimize the synergies of international and local expertise.

Veolia Water, in association with Beijing Capital Group, was awarded the Shenzhen contract following a bidding process that included four other bidders.  With our international experience in water and wastewater management as well as understanding of local needs, Veolia Water was selected based on criteria of capital financing, network management, customer service, risk management and overall management capabilities, as assessed by a delegation from the municipality.

Under the terms of the contract, Veolia Water, associated with a partner (the investment company Beijing Capital Group), acquired 45% of Shenzhen Water Group Company Ltd.; and the remaining 55% is owned by the Shenzhen municipality.

For Veolia Water, the contract involved a capital investment of more than $139 million, and the 50-year contract will realize total revenue of over $11.8 billion.

Under the agreement, Veolia Water was appointed to co-manage SZWG's water production and distribution, wastewater collection and treatment and all customer services for residents in Shenzhen for 50 years. Veolia Water was granted the operating license through the JV in 2004.

Shenzhen is one of China's most important business hubs, and Veolia Water's contract covers the Shenzhen special economy zone (the city's business district), which currently totals more than 2.2 million people, who are served by more than 2,400 employees.

Through the joint venture, Veolia Water has contributed its know-how to water management in the Special Economic Zone in terms of water quality control, technical upgrades, network extension and management, enhanced customer service as well as positive environmental impact.

Optimizing asset and network management has been vital to SZWG's improvement of the water infrastructure in the Special Economic Zone.  The partnership has strengthened water process and network maintenance by deploying first-rate technology, equipment and management solutions to analyze pipes and enhance their quality.  The improved network condition has now resulted in guaranteed service continuity and satisfying water quality.

Veolia Water also inspired new network and distribution practices in Shenzhen by promoting the concept of asset management, which is critical to long-term competitiveness. Strategic asset management can ensure reliable and uninterrupted delivery of quality service and potentially offer greater cost savings. Additionally, to increase network management efficiency and water system security, the joint venture implemented various digital and computerized tools in the past few years. Now the joint venture can monitor the operation and distribution instantly and effectively, significantly improving water conservation and management.

Veolia Water also worked to get the central laboratory set up and accredited/certified under ISO 17025 in 2005. This certification recognizes calibration laboratories achieving operational effectiveness of the quality management system, as well as competence of staff, methodology and calibration equipment.

Participation in Veolia Water's international inter-calibration laboratory test among other 40 specialized labs has been worldwide since 2004.  The JV's laboratory has achieved an A grade for most of the parameters measured.



Additionally, the customer service centers were renovated, offering a new look and new value-add services for customers. A new service launched for customers to settle water bills in any customer service center was launched in August 2008. The service offers more flexibility for customers, as they can make their water payment in the customer service center most convenient to them. There are also dedicated teams established for large-consumption customers.

### Land of Berlin, Germany

As profiled in Section 1, Veolia Water worked with Berlin, Germany, under a contract that began in 1999 and was completed at the end of 2013 (with the sale of Veolia Water's ownership shares in the utility).

Veolia Water's work with Berlin is another key example of experience with the ownership and management of water and wastewater utilities, which serves a population of approximately 4 million (3.5 million for water services and 4 million for wastewater services). This project marked a first in water and wastewater services in Germany, the largest-ever P3 enterprise valued at over $2.18 billion (U.S.).

When the Land of Berlin (the Land) privatized 49.9% of Berliner Wasser Betriebe (BWB), its public water utility, in 1999, the Veolia Water/RWE consortium was awarded a long-term contract. RWE was the investor and Veolia Water was the operator responsible for managing this large water and wastewater operation, which marks a first in the privatization of a water service in Germany.

This agreement represented Germany's largest ever public-private partnership of a water service.

Like the DWSD, the Land of Berlin encompasses a large regional area, including the City of Berlin and surrounding communities. The water and wastewater demands of a service area with four million people needed a solution that included investment (financial) and provided a management team that could work with the existing staff to improve the operations and reduce costs.

Under the contract, Veolia Water provided management services, with BWB remaining a public utility (75.1% owned by Berlin and 24.9% owned by the Veolia Water consortium). An executive board composed of members of the majority owner (Berlin) and the consortium manages the company.

Some of Veolia Water's accomplishments of the contract included the creation of a central Call Center, optimization of operations and generation of cost savings and staffing efficiencies, all while protecting



**Partnership Model at Berlin, Germany**

water quality. Examples included lowering operations costs for the waterworks by more than $25 million by focusing on areas including waterworks operations automation; optimization of maintenance and purchasing; use of a Balanced Scorecard approach and management techniques to improve the skill levels and performance of line managers; in-sourcing of formerly subcontracted tasks to lower costs and alleviate staff attrition; and financial controls enhancement.

Veolia Water also developed and implemented a reorganization program for staff optimization, using in-sourcing, training and natural attrition to lower staffing impacts. Over the initial 10-year period, staffing was reduced by 34%, to just fewer than 4,000 employees.

This involved working with the unions to develop a partnership approach that resulted in reduction through attrition (retirement, reassignment, etc.) and addition of positions by in-sourcing functions previously performed by outside contractors.

Under Veolia Water's management, the BWB earned ISO 9001 and 14001 certifications, along with an OHSAS 18001 certification.

Veolia Water was also responsible for building Berlin a Center of Competence for water and wastewater research, training and scientific exchange.

In September 2013, Veolia Water signed a final agreement with the Federal State of Berlin to sell our 24.95% stake in BWB. This fruitful partnership succeeded in a substantial modernization of the company, which improved efficiency while securing the highest ecological and social standards and continuous infrastructure investment.



As part of the transfer, Veolia Water worked with the BWB on the transition water and wastewater management.

### Franklin, Ohio

In July 1995, under the nation's first transition of a municipally owned wastewater treatment plant to private ownership, the Franklin wastewater facility was sold to Veolia Water.

The company's role at this facility began in 1987 when Veolia Water entered into an O&M agreement for the 4.5-MGD Franklin Area Wastewater Treatment Plant. In 1995, the Franklin facility was sold to Veolia Water under a long-term lease arrangement.

Under this 20-year public-private partnership contract, Veolia Water now owns, operates, maintains and manages the Franklin wastewater treatment facility, with responsibility for equipment repair and replacement.

This P3 was undertaken as part of a U.S. Environmental Protection Agency (EPA) pilot program for the private ownership of federally and state-funded municipal wastewater facilities. Under this privatization arrangement, the firm acquired the Franklin Plant for $6.8 million and now owns and operates it for a period of 20 years. This was an asset purchase, financed internally by Veolia Water, and was the first EPA and Office of Management and Budget (OMB)-approved transaction under Presidential Executive Order 12803. The asset purchase provided defeasance of existing municipal bonds, with the net proceeds ($1.7 million) to be used for infrastructure and tax reduction. The contract reduced annual treatment expense by 14%.

### Chicago, Illinois

In 2002, Veolia Water, as the 67% owner of a special purpose corporation (SPC) established for the project, was the lead firm for a $53.4 million tax-exempt Environmental Improvement Revenue Bond financing for a new biosolids management facility at the Stickney Wastewater Treatment Plant.

Stickney, which is owned by the **Metropolitan Water Reclamation District of Greater Chicago, Illinois**, is one of the world's largest wastewater facilities, with a treatment capacity of 1.4 BGD.

This project involved delivery of a 150-dry ton per day (220-dtpd total peak capacity)

beneficial reuse biosolids processing facility under a 20-year design/build/own/operate (DBOO) contract.

The facility takes the District's dewatered sludge cake and produces a pathogen-free, marketable product to be beneficially used as an organic fertilizer. This long-term services contract also includes marketing and distribution of the final product.

### Rialto, California

Seeking superior service and lower costs, the City of Rialto contracted with Veolia Water in 2003 to provide O&M services to the City's wastewater treatment plant and collection system. Veolia Water's strong presence in California was critical to our selection.

In 2013, Veolia Water partnered with Table Rock Capital (TRC) to help the City address financial challenges through a 30-year concession agreement. (TRC is also a potential financing partner for the Veolia Water team that would be proposed to Detroit, and a letter of interest from that firm is provided in Appendix E.)

Financing involved a $35 million up-front payment and $41 million in needed capital improvements to the water and wastewater treatment systems. The agreement represents the culmination of three years of public workshops, negotiations and extensive planning.

Veolia Water began working with the City of Rialto in December 2002 to develop an alternative and approach for replacing the existing operator, as that operator was not meeting the City's performance expectations. We then began the transition process and assumed full O&M responsibility in May 2003.

**Rialto, California – Concession – Table Rock provides capital and Veolia Water provides long-term O&M solutions**





The scope of work included managing capital improvement projects for the facility, which were implemented by our engineering and construction affiliate, using a design/build approach.

Following an initial system evaluation, Veolia Water prepared a list of the facility's 50 most critical needs. With the City, we developed a prioritized implementation plan and then performed the capital projects over the next three years.

The 2013 concession contract demonstrates an approach for other cities to strengthen their financial condition while improving infrastructure services and creating jobs. Veolia Water and TRC's sustainable water management practices for Rialto can serve as an important model for cities across the country that struggle with substandard infrastructure systems, a lackluster economy and dwindling revenues.

### Arvin, California

Veolia Water, under an ongoing O&M agreement, worked with the City of Arvin to develop an innovative project financing and implementation approach that provided for the fast-track upgrade and expansion of its existing wastewater facilities through a modified design/build/finance/operate (DBFO). We also worked with the City to take advantage of a new infrastructure private financing statute in California (Government Code Section 5956 et. seq.). Due to the flexibility afforded under this new legislation, the City was spared a lengthy procurement and bidding process.

By selecting Veolia Water, the City obtained an experienced and expert operator for its wastewater treatment facilities in just eight weeks. To further assist the City, which was financially strapped, Veolia Water provided up-front savings of $1.7 million to help Arvin retire its outstanding debt. This facility, Veolia Water's first design/build project, was completed on time. The new 2-MGD wastewater plant expanded capacity of the City's existing, smaller treatment facility.

### Cranston, Rhode Island

In 1989, the City of Cranston selected Veolia Water to provide full-service O&M for the wastewater system. In 1997, the scope of this contract was expanded when Veolia Water was selected to implement a 25-year lease transaction for the City's entire wastewater system.

Veolia Water and the City broke new ground when they implemented this transaction for a landmark P3. The Cranston project includes a merchant sludge facility that accepts wastewater sludge from neighboring communities for treatment in the plant's incinerators, which generates a revenue stream for the City.

### Baltimore, Maryland

Veolia Water has provided biosolids management services, since 1984, under a long-term partnership with the **City of Baltimore** and the **Northeast Maryland Waste Disposal Authority (NMWDA), Maryland**. This award-winning facility was first financed, designed, built and started up by a predecessor company, and the plant today remains in successful operation under the long-term O&M agreement. This is a 45 dtpd in-vessel biosolids composting facility that is designed to process biosolids from the City of Baltimore's Back River Wastewater Plant. The end product from the compost process is purchased by both public and private users.

The facility was financed with a loan to Veolia Water from the proceeds of 20-year fixed-rate, tax-exempt bonds issued by the NMWDA, the managing entity. The City of Baltimore guaranteed the delivery and payment for processing a maximum of 54,570 wet tons of biosolids a year, with a tipping fee that covered debt service, a cash return on equity and the O&M fees. The facility remains owned and operated by Veolia Water.

### Moncton, New Brunswick, Canada

In 1998, the City of Moncton awarded Canada's first major drinking water P3 to Veolia Water.

This approach allowed the City to acquire this plant with no up-front capital investment, and Veolia Water led a team that was responsible for the financing, design and construction of a new 25-MGD state-of-the-art surface water treatment facility.

Upon the facility's commissioning in fall 1999, the City purchased the plant, and Veolia Water then entered into a 20-year lease and license agreement with exclusive rights to sell water to the municipality. This $85 million, fast-track project, was completed in just 500 working days.

Today the facility serves a total community of approximately 100,000. In addition, the Canadian Council for Public-Private Partnerships presented Veolia Water Canada with a 1998 National Award for Innovation and Excellence for the Moncton project, recognizing our plant design with an "Honorable Mention for Infrastructure."

### Honolulu, Hawaii

Veolia Water entered into a $140 million, 20-year agreement in 1998 with the City and County of Honolulu to provide DBO and own (and transfer) services for the Honouliuli Water Reclamation Facility (HWRF).



In 2000, prior to facility startup, the Honolulu Board of Water Supply purchased the facility from Veolia Water, and, following the transfer, our firm continues in the role as the O&M services provider.

The facility is designed to treat 13 MGD of secondary effluent from the City and County's Honouliuli plant to produce about 12 MGD of reclaimed water for beneficial reuse.  It is the largest reclamation plant of its type in the Hawaiian Islands, employing state-of-the-art technology to treat secondary effluent previously discharged into the Pacific Ocean.

The processes generate two qualities of water: a high-purity reverse osmosis (RO) water, which is sold to the industrial users for power and petrol-refining uses at nearby Campbell Industrial Park; and R1 water that is used for irrigation. The industrial processes use 2 MGD of RO Water, freeing about 3.6 MGD of valuable potable water for potential residential/domestic uses.

Tesoro Hawaii and Chevron Products Company purchase water to use in their manufacturing processes. Because this facility sells its treated water product to the reclaimed water customers, it has no NPDES permit. Backwash water is returned to the Honouliuli Wastewater Treatment Plant influent. A new 15-mile network distributes the reclaimed product to users.

Veolia Water Solutions and Technologies, our company's internal engineering and construction company, led the design/build development of the HWRF, and a local design engineer provided local site-specific engineering services.

Physical construction was performed by local construction contractors that were directly hired and managed by the VWS construction management staff.

Veolia Water then provided startup and now operates this plant under a long-term agreement. The Honolulu project has been recognized by the WateReuse Association though its 2003 award for Outstanding Contribution to Sustainable Water Use, and also by the U.S. Conference of Mayors, which honored the project with its 2002 Outstanding Achievement Award.

### Global Resources

Finally, as part of a global company, Veolia Eau – Compagnie Générale des Eaux S.C.A., we have demonstrated experience and success in providing equity contributions for large-scale municipal projects.

The company is currently engaged in some of the largest, most complex and longest-running public-private partnerships in the world, and the following provides some key examples of this global experience.

These financing and joint venture examples illustrate the capability and flexibility of Veolia Water to deliver the desired outcome under a variety of very different transaction parameters and financial environments.

Our global parent company brings strong financial resources, with revenues of more than $15.5 billion during 2012, and the Veolia Water companies across the world are part of the Veolia Environnement family of companies.  That company, our ultimate parent, recognized revenues in 2012 of over $38.8 billion, and it is traded on the New York Stock Exchange.

Through our global parent company, Veolia Water has access to bonding capability commensurate with the project of this level, and a senior credit facility of over $850 million for the North American operations.

What this means is that with respect to obtaining financial resources to back our O&M performance obligations, through our North American and global parent companies, Veolia Water provides access to lines of credit and bonding at the levels that will be required for this transaction.

### 8. Political Affiliations

Veolia Water, as the Responder, can affirm that we are not affiliated with or an authority of the State of Michigan, a county or political subdivision of the state.

### 9. Consultation

Veolia Water, as the Responder, can affirm that our firm, and any advisors that we have used over the past year in dealings with the City of Detroit, were not consulted and did not participate in the formation of this RFI.



CONFIDENTIAL                                                                                 VWNAOS248126



Veolia Water's operations in Milwaukee, WI
- Largest ongoing wastewater O&M project.

# Appendix A

## Resumes
Project Management Candidates
and
Other Key Resources



# John M. Wood



## Certifications:

Grade IV,
Wastewater Treatment
Certification, Iowa,
#6636,
1977

Grade II,
Water Treatment
Certification, Iowa,
#02919,
1980

## Memberships/ Affiliations:

Central States Water
Environment
Federation

Iowa Water Pollution
Control Association

Water Environment
Federation

## Background:

Mr. Wood is the Senior Vice President of Veolia Water North America – Central, LLC (Veolia Water) and Vice President of Veolia Water North America Operating Services, LLC (the parent company for Veolia Water's operations in North America). He also serves as the Principal for Veolia Water Canada, Inc., the business entity that operates projects in Ontario, New Brunswick and Manitoba.

In his regional management role, Mr. Wood provides leadership for the technical, and other support resources delivering contract operations, maintenance and management (O&M), design/build, design/build/ operate (DBO), and related services to clients in a region that covers the Central area of the U.S. and the provinces of Canada.

Mr. Wood has provided leadership for the successful development and procurement effort for the privatization of the City of Indianapolis, Indiana's water supply system, and for the 10-year O&M contract with the Milwaukee Metropolitan Sewerage District (MMSD) covering the wastewater collection, treatment and biosolids management facilities serving the greater Milwaukee area in Wisconsin. These two major initiatives, the historically two largest Veolia Water projects in North America, involved assembling resources from Veolia Water companies across the globe. He was also involved in the startup phases for both of these projects, and served as the President of Veolia Water Milwaukee, LLC, the company that was established for the ongoing MMSD contract.

Mr. Wood's experience has also included managing Veolia Water's industrial business operations in the U.S. and Canada, covering water, wastewater and other waste management operations for Fortune 500 companies in the petroleum, food, chemical, automobile and related industries.

Mr. Wood has over 40 years of managerial and technical experience in water, wastewater, groundwater, industrial and resource recovery operations and maintenance. He has a strong background in project development, client relations, sales and marketing and contract administration. Mr. Wood has managed numerous water services companies, being responsible for business development, contract operations and contract negotiations and administration. His project management experience includes water and wastewater treatment facilities, solid waste projects, industrial pretreatment programs, resource recovery facilities and land application programs.

## Key Experience:

- **2005-Present: Senior Vice President – Veolia Water North America – Central, LLC and Vice President of Veolia Water North America Operating Services, LLC - Naperville, Illinois**
  - Manages the regional municipal commercial operations of Veolia Water and Veolia Energy in the Central U.S. and the provinces of Canada. This includes management responsibility for project work with governmental and commercial clients in the State of Michigan.

VEOLIA **John M. Wood** (continued)

- Serves as the Principal for 10-year contract, valued at over $400 million, to operate the MMSD's regional wastewater plants, sewer network and the Milorganite® production facility. MMSD is a state-chartered, governmental agency providing wastewater services for 28 municipalities with a population of 1.1 million. Operations include a 411-square-mile service area with a 3,000-mile system of collection sewers and a 310-mile system of interceptor and main sewers, conveying wastewater to two treatment facilities that typically treat more than 200 million gallons of wastewater each day, with a combined peak capacity of 630 million gallons. The MMSD contract also includes operation of a 26.5-mile long deep tunnel system to help control wet-weather overflows, and production management of Milorganite®, the MMSD's nationally branded and marketed biosolids fertilizer product created at MMSD's Jones Island wastewater facility.

- Served as the Principal-in-Charge for the successful transition of services for the now completed water systems operations contract with the City of Indianapolis, Indiana. The scope of that contract involved operating, maintaining and managing a water treatment, storage and supply system, a customer service organization responsible for meter reading for some 310,000 connections for the City of Indianapolis and an additional 15,000 connections through contracts with surrounding communities, as well as billing and revenue collection for 600,000 accounts. The contract also included a capital project component, and Veolia Water managed and implemented in excess of $200 million in capital work to improve the City's aging water infrastructure. The operations were sold by the City in 2011 and O&M responsibility was transitioned to the new owner with no interruptions in service.

- Served as the interim President and principal for Veolia Water's ongoing O&M, DBO and related contracts in the West region. This is a region covering operations in California, Washington, Oregon, Hawaii and other states in the region.

- Managed Veolia Water's industrial business group which provides O&M, DBO and related services to more than 90 industrial and commercial clients in the U.S. and Canada. This included many Fortune 500 companies, covering the oil and gas, food, chemical, automobile and other industries.

- **2001-2005: Vice President and General Manager – Veolia Water North America – Central, LLC - Naperville, Illinois**
  - Focused on alignment of operations and business development in the central region of U.S. and Canada. Responsible for deployment of all business center resources to Veolia Water projects.
  - Provided support for the transition and initial operations of the Indianapolis, Indiana, water project in the role of Chief Administrative Officer.

- **1999-2001: Service Center Vice President  - Veolia Water North America – Central, LLC**
  - Responsible for 52 contract-operated facilities in a 17-state area. Responsibilities included new project development, client relations, contract negotiations and administration, budgeting, and profit and loss control.

- **1997-1999: Senior Vice President and General Manager – Water Services Company, Illinois**
  - Responsible for assisting with new project development and overseeing operations and maintenance activities at contract-operated facilities.
  - Primary responsibilities included marketing and business development, bids and proposals, presentations, contract negotiations and administration, project startups and full profit/loss responsibility.

- **1995-1997: Senior Vice President and General Manager – Wheelabrator (acquired by Veolia Water in 1997)**
  - Oversaw all operation and business development activities, including establishing policies to ensure successful client contracts and reviewing performance of all regions to maintain high standards of operations.

VWNAOS248129

 **John M. Wood** (continued)

- **1994-1995: Vice President and Regional Manager – Professional Services Group, Inc., PSG, (acquired by Veolia Water)**
  - Responsible for new business development and the management of 25 contract operations projects in the central region, which included wastewater, water, groundwater, public works, power, incineration and solid waste projects. Also responsible for profit and loss control, contract and labor negotiations, client relations and staff development.
- **1991-1994: Vice President and Regional Manager – Metcalf & Eddy Services, Inc. (merged with PSG)**
  - Responsible for new business development and the oversight of 18 contract operated facilities consisting of water, wastewater, groundwater, power, incineration and solid waste projects. Primary responsibilities included marketing and business development, contract negotiations and administration, project startup and full profit and loss responsibility.
- **1988-1991: Area Manager, North Central Region – Metcalf & Eddy Services, Inc.**
  - Responsible for contract administration and project management for: a 3.5-MGD secondary wastewater treatment plant that utilized RBCs and anaerobic digestion as well as a high rate sludge land application program; an 8.64-MGD clarification and sludge dewatering facility, which used four belt filter presses for dewatering; a 200-tpd mass burn resource recovery facility and landfill operation, which produced steam and electricity that was sold to a neighboring state penitentiary; and developed a comprehensive odor control program for a 10-MGD wastewater treatment facility.
- **1987-1988: Plant Manager – Metcalf & Eddy Services, Inc.**
  - Managed operations for a 3.5-MGD, 40-unit RBC plant with 16 tributary pumping stations. Responsible for establishing a successful high-rate sludge land application program and obtaining client and regulatory agency approval for several outstanding critical issues and concerns.
- **1978-1987: Plant Operator/O&M Specialist – Water Quality Management Company, Iowa**
  - Provided contract operations and O&M consulting services for six privately-owned water and wastewater systems.
- **1976-1987: Plant Superintendent – City of Grimes, Iowa**
  - Responsible for the activated sludge plant, which received 80% of its organic loading from a food processing plant. The facility consistently met effluent limitations despite the high and variable loadings received from the processing of 13 different food products by the industry. Established a successful industrial cost recovery program and initiated equipment changes that resulted in 33% savings in electrical power costs.
- **1969-1976: Operator – City of Indianola, Iowa**
  - Operated the City's treatment facilities, which included aerobic and anaerobic digestion, primary and secondary clarification, trickling filters, activated sludge, lagoon processes, laboratory analysis, pumping stations and collection systems.

**Award:**
- **William D. Hatfield Award, 1992**

# F. Keith Oldewurtel



## Education:

AAS, Water Purification Technology, Bay College, Escanaba Michigan

## Licenses/ Certifications:

Class A, Wastewater Treatment Plant Operator, Michigan

Class F-1, Water Treatment Plant Operator, Michigan

Class S-1, Water Distribution System Operator, Michigan

## Background:

Mr. Oldewurtel is the Executive Vice President and Manager of Veolia Environnement's North America Technical and Performance group. The role of this department is to manage and drive operational and technical performance throughout the company's operations and projects (water, wastewater end energy) in the U.S. and Canada. The work of the group focuses on: establishing benchmarking and tracking programs (using key performance indicators, balanced scorecard approaches, as well as metrics reporting systems); working with information technology (IT) management teams to create tools and use data to support decision-making; and supporting operators and project teams with information and resources to drive sound decision-making and quality operations. This internal specialty team provides access to a wide range of technical tools and resources, as well as to best practices from Veolia water, wastewater and energy operations projects globally.

Mr. Oldewurtel, a core part of the Veolia management team in North America, is a Michigan resident and has over 30 years of management and operations experience related to municipal utilities. He began his career as an operator and field inspector for the City of Gladstone's water and wastewater operations, and then moved to the Iron Mountain-Kingsford Joint Sewerage Authority where he served as the Superintendent for wastewater operations. Mr. Oldewurtel's also served as Director of Operation for a large contract operations firm, with 640 employees involved in providing operations, maintenance and management (O&M) services for municipal water and wastewater facilities across North America.

Mr. Oldewurtel joined Veolia in 2008 as a manager with Veolia Energy (the energy services company), and served for two years as the General Manager for Grand Rapids District Energy. That system was acquired by Veolia Energy, and the company continues to own and operate district energy network serves which serves some 130 customers in the central business district of the City.

## Key Experience:

- 2013-Present: Executive Vice President and Manager – Technical and Performance Group – Veolia Environnement – Michigan
  - Provides leadership and management for specialty team that works with Veolia Water and Veolia Energy to support operations and related projects in North America.
  - Coordinates the mobilization and commitment of subject matter experts that work with operators and utility managers to develop and implement project improvement plans, to perform peer performance project audits, as well as to support due diligence of acquisitions and major capital investments.
- 2008-2013: Senior Vice President – Veolia Energy North America – Michigan
  - <u>2013</u> - Managed the operations and maintenance services arm of Veolia Energy in North America—Veolia Energy Solutions.

VWNAOS248131

VEOLIA  F. Keith Oldewurtel (continued)

- 2013 – Served as the President and Manager for Veolia Energy's Source One group, providing leadership and P&L responsibility for multiple district energy business units, SourceOne energy consulting business and O&M contract locations. This specialty group, established in 1997, operates as a unique management and operations consulting group within Veolia to analyze operations and assets and develop the tools needed to maintain a sustainable and economically beneficial utility infrastructure.

- 2010-2012 – Served as the Regional Vice President for Veolia Energy's operations in the Central and West regions of the U.S.:
  - Responsible for: business turnarounds for energy utility operations (owned and/or managed by Veolia Energy) in the communities of St. Louis, Missouri, Los Angeles, California and Kansas City, Missouri, for building executable business plans by integrating elements of creativity, diverse team member input, strategy, performance expectations and customer focus; for successfully negotiating concession contract modifications under the contract with St. Louis, taking complex business issues and quickly achieving consensus across multiple stakeholders; for improving customer retention and growth through establishment of customer relation programs, community participation and a customer centric culture within business units; for establishing clear performance objectives for each business unit; implemented energy efficiency dashboards, key performance indicators (KPI) monitoring and efficiency improvement programs that provided management visibility and tools for local managers to improve business results; for developing strategic plans for web-based energy management, energy performance contracting and construction management service lines; for leading negotiation and completion of a legacy environmental cleanup under an Administrative Consent Order in the State of Kansas; and for analyzing market dynamics and annual/long-range business plans.
  - Served as a member of the Veolia Energy Executive Committee in North America.
  - Served as a member of Veolia Energy's global Best Practice/Innovation team. The team was composed on representative from the company's business units in the U.S., UK, Australia and Ireland. Work focused on delivering business improvement through best practice sharing and market leadership through innovation.

- 2008-2010: Served as the General Manager for the Grand Rapids District Energy utility which was acquired, and is now owned and operated by Veolia Energy. This district energy network serves approximately 130 customers (including hospitals, college campuses, a sports arena, exhibition center and arts and cultural center, office buildings, retail stores, apartment building, and city, county and State of Michigan government facilities) located in the central business district of the City with centrally-produced steam.
  - Production facilities include: 450,000 pounds per hour of steam; four industrial boilers; and seven miles steam pipe distribution network.
  - Participated in financial close of purchase transaction and established the Veolia Energy business systems, customer relationship management and strategic plan for the business.
  - Responsible for management of business unit including operations, finance, human resources, environmental, health and safety.

- 1985-2008: Senior Vice President (1994 to 2008) and Director of Operations (1985 to 1994) – North American Contract Operations Division - Earth Tech - Michigan
  - Provide leadership to the Contract Operations Division of this large engineering company with revenues of $100 million with 640 employees located throughout North America.
  - Responsible for: leading the business unit, including operations, finance, human resource, environmental, health and safety, sales and operational excellence; collaboration on contract strategy, negotiation and internal parent company approval process incorporating risk management; development and execution of design/build/operate projects in the public sector;

VWNAOS248132

VEOLIA   F. Keith Oldewurtel (continued)

closing of the company's first design/build/finance/operate contract for a public water supply in the U.S. at Franklin, Ohio; communication and negotiations with customers on business issues including appointed and elected officials; and interaction with various state and federal regulatory agencies on behalf of customers and the company.

- Implemented a leadership development program with professional involvement which included personal assessments, facilitated encounters, 360° reviews and coaching plans. The program solidified the leadership team, improved communication and enhanced performance of the team.
- Served as a member of the company's Divisional Senior Management team.
- Instituted several key programs contributing to the improvement of the business, service to customers and quality, including: operational Excellence program utilizing Six Sigma process and ISO-14001/OHSAS-18001 accreditation programs; and Environmental Compliance Auditing and Compliance Program.
- Guided team to reach World Class performance results {<1.0 RIR) using progressive behavior based safety concepts earning the 2008 Earth Tech Leadership Excellence Award.
- Served as Chairman of worldwide Best Practices Group for the business including asset management, quality and design/build.
- Established the company's industrial O&M business unit and launched profitable mechanical maintenance business unit.

- **1982-1985: Superintendent - Iron Mountain-Kingsford Joint Sewage Authority – Iron Mountain, Michigan**
  - Provided leadership of wastewater treatment authority serving two communities operating under and reporting directly to an independent authority board.
  - Directed all functions of this facility including operations, maintenance and capital planning.
  - Responsible for final start-up and close-out of wastewater treatment plant upgrade project.
- **1977-1982: Operator and Engineering Field Inspector - City of Gladstone, Michigan**
  - Performed all operations of this utility including Lake Michigan filtration plant, wastewater treatment plant, water distribution system and wastewater collection system.
  - Served as engineering field inspector for new water and wastewater system improvement projects.

VWNAOS248133

# Neil Abercrombie



## Education:

MSc, Environmental Decision Making, Open University, 2009

Open University Business School (Business management courses at post graduate level in: Foundations of Senior Management; Corporate Strategy; Corporate Financial Strategy; Performance Measurement & Evaluation), 1996-1999

BEng., Mechanical Engineering, University of Glasgow, Scotland, 1991

HND, Marine Engineering, Riversdale College of Technology, Liverpool, England, 1985

## Certifications:

Prince2 - Project Management Practitioner, 2002

Chartered member of the Institution of Mechanical Engineers since 1995

## Background:

Mr. Abercrombie is the Director for Above-Ground Asset Management for the Veolia Water Winnipeg, LLC (Veolia Water) project team. He is part of a core team of experts, including operations and maintenance (O&M), financial, engineering, construction and others, that are working with the City to deliver $800 million of new or expanded wastewater facilities and related capital improvements.

Mr. Abercrombie joined the Veolia Water team in North America in 2011, and prior to this he worked as a Project Director with Veolia Water Outsourcing, LTD in Scotland. He has over 20 years of overall experience in the areas of facilities operations and management for large-scale, regional water and wastewater systems.

Mr. Abercrombie's areas of expertise and experience include: project governance, business planning, risk management, process improvement, and contractor performance management. He also has strong analytical skills in the areas of problem solving and business analysis within commercial and operational environments with an ability to identify core issues and improve performance of people and processes.

## Key Experience:

- **2011-Present: Director of Above-Ground Asset Management – Veolia Water Winnipeg, LLC – Winnipeg, Manitoba, Canada**
  - Works as a key manager and technical expert with the team that is responsible for the ongoing Alliance Partnership contract.

- **2008-2010: Project Director – Veolia Water Outsourcing LTD, Scotland**
  - Responsible for the management of an initiative for the delivery of a program of new water and wastewater assets for locations across the United Kingdom. Work included project management for special projects across the United Kingdom, which has included ensuring Dangerous Substances and Explosive Atmospheres Regulations (DSEAR) compliance of company assets, and developing best practice in project management across the Veolia Water UK business.
  - Responsible for managing all aspects (commercial, technical and resource) of project management from project initiation to project completion. Involved with the creation and implementation of best practice project management processes across Veolia Water Outsourcing, for use in delivering a program of $59.8 (£36 million) of work across 100 projects. The process gained ISO 9001 accreditation in 2010.

- **2003–2009: Operations and Performance Manager and Project Closeout Manager - Scottish Water Solutions (Veolia Water) – Scotland**
  - Set-up and managed processes for the handover of $2.3 (£1.4) billion of new assets to Scottish Water as part of Scottish Water Solutions; processes assured the physical and financial completion by seven major delivery contractors.

VWNAOS248134

**⊘ VEOLIA** Neil Abercrombie (continued)
water

- Scottish Water Solutions Limited was formed in 2003 by Scottish Water to manage and deliver most of their capital investment program.  The total value of the Scottish Water Solutions program from 2003 to 2010 is nearly £2 billion.  The investment works will improve Scotland's water quality and wastewater treatment processes, providing improvements in customer service and environmental standards.  Scottish Water serves approximately 5 million customers in 2.3 million households, providing more than 2.3 billion liters of water every day, and processing nearly 1 billion liters of wastewater daily.
- Accountable for reporting an accurate position in board reports, on the value of projects handed over to client in accordance with our contract and business plan.  This involved putting processes and procedures in place for accurate governance of the handover of a program encompassing over 2,500 projects, creating a step improvement in credibility to complete and hand over of assets.
- Accountable for the creation and implementation of business plans which handed over $1.7 (£1) billion of new assets for Scottish Water; led a business-wide team to create a step change in closing out projects through development and implementation of behavioral-based performance measures.  Following initial implementation of handover processes, led continuous improvement projects to optimize the processes over a five-year period and deliver cost savings; streamlining the post- project appraisal processes reduced costs by $166,299 (£100,000).  Developed and implemented key performance indicators (KPIs) for contractor performance management covering over 300 projects and $598.7 (£360) million of work.  Developed data collection processes to minimize overhead associated with collection of this data.

- **2000-2003: Commercial Projects Manager (Water and Sewage Operations) - Thames Water – United Kingdom**
  - Served as a Technical Manager for wastewater and customer service concession negotiations in United Arab Emirates.  Developed and delivered the operational strategy, business plan, cost model and operations and maintenance (O&M) contract technical specification.  This project had 63 employees and involved the O&M of a 73 MLD treatment plant.
  - Served as the Technical Bid Manager for a contract involving the O&M of multiple wastewater plants in Bursa, Turkey.  Developed and delivered the operational strategy, business plan, cost model and technical bid for an operations project with 63 employees and 330 MLD of total treatment capacity.

- **1998-2000: Maintenance Manager - Sewage Treatment Operations – Cairo, Egypt - Thames Water**
  - Responsible for the management and development of maintenance department for 1,200 MLD sewage treatment plant in Cairo, under an O&M contract that employed 100 engineers, technicians and support staff.

- **1994-1998: Production Manager and Pumping Manager - London Sewage Treatment Works, England - Thames Water**
  - As the Production Manager, had responsibility for managing the O&M of a large treatment system for the London Sewage Treatment Works.  Plant used an integrated mix of mechanical, electrical and ICA Engineering disciplines in a highly automated process and a highly regulated industry.
  - As the Pumping Manager, was responsible for the O&M of 20 sewage pumping stations in central London.

CONFIDENTIAL

# David Alexandre



## Education:

ESSEC Business School: Master in General Management (option Public-Private Partnerships), 2000

ENSAM (Arts et Métiers – ParisTech): Mechanical Engineer, 1992

## Professional Affiliations:

Board of Agoria (Member), which is the largest professional/corporate organization and trade association in Belgium (representing over 1,600 companies.)

Guest Lecturer - Introduction to Water Utilities - New York University – Civil Engineering, Urban Infrastructure

Guest Lecturer at New York University – School of Civil Engineering – Introduction to Water Utilities as Part of Introduction to Urban Infrastructure

### Background:

Mr. Alexandre is a Vice President with the Peer Performance Solutions (PPS) business unit, which is part of the Municipal and Commercial Solutions team of Veolia Environnement in North America. This group is responsible for new business development for performance projects that encompass the water and wastewater and energy business groups.

In his current role, Mr. Alexandre provides leadership and support for all ongoing PPS projects in North America, working as part of a specialized management and support team that Veolia Water has established for the delivery of PPS program services. Under PPS approach Veolia Water is working with some of the largest water and wastewater utilities in the U.S. and North America to conduct detailed operations evaluations that lead to operations efficiencies and cost saving for their operations.

Mr. Alexandre joined the Veolia Water team in North America in 2011 to manage the delivery of the first PPS type project, that with New York City. For over two years he served as the Program Manager at New York, while at the same time working as part of a broader team that focused on applying this same model for other utilities, including the Pittsburgh Water & Sewer Authority, and the City of Winnipeg, Manitoba, Canada.

Prior to this, Mr. Alexandre managed the water operations of one of the world's largest water and sewer system outsourcing operations at Berlin, Germany. Serving 4 million people, this system has been recognized for the many innovations that the Veolia Water management team achieved in areas such as in-sourcing (using in-house staff to perform work that has previously been subcontracted), along with energy and operations types of efficiencies—developing a "win-win" for all parties involved and achieving operating cost savings of over $150 million a year.

Mr. Alexandre has more than 18 years of industry experience which has involved managing water and wastewater operations globally. He joined Veolia Water in 1995 and has worked in key roles in the operation and management of complex systems, and was the youngest plant manager of the largest surface water treatment plant in France (Neuilly-sur-Marne, 210-MGD capacity). He also provided leadership for the water supply protection and restoration program for the City of Gorlitz, Germany (100,000 people) following a major flood event, avoiding a potential crypto outbreak, and worked to develop protections against potential terror attack on the water systems in Paris and in Berlin.

### Key Experience:

- **2014-Present: Vice President & Manager - Peer Performance Solutions - Municipal and Commercial Solutions - Veolia Environnement North America – New York, New York**
  - Provides technical leadership and support for this group that is responsible for the delivery of services under ongoing PPS projects with: the City of Winnipeg, Manitoba, Canada (alliance partnership of wastewater capital program); the Pittsburgh Water and Sewer Authority (management assistance for water and wastewater operations); and New York City, New York (operations efficiencies program for water and wastewater facilities).

VWNAOS248136

VEOLIA **David Alexandre** (continued)

- **2012-2013:  Vice President and Manager – Peer Performance Solutions Team – Veolia Water North America Operating Services LLC – Washington, DC**
  - Served as the project leader and manager for the startup, transition and implementation of this new PPS project with DC Water and Sewer Authority (DC Water, Washington, DC), to conduct an independent comprehensive review for the operations and management of the Washington Aqueduct (WAD).  The Phase 1 work, now completed, focused on examining WAD's operations from the perspectives of: operational efficiency; reliability and security of supply; and total water quality management.  Phase 2, now underway, will focus on the implementation of improvement initiatives and management approaches identified in Phase 1.
- **2011–2012: Program Manager –  PPS/Operational Efficiencies Program - New York City - Veolia Water North America Operating Services, LLC**
  - Served as Program Manager for the initial two years of this first of its kind PPS project.  The work, completed in two stages, first involved completing operations efficiency studies for New York City's water and wastewater operations, which meets the needs of more than nine million people The operations covered under this process included the City's 14 wastewater plants, together treating 1.3 billion gallons of flow each day, with more than 6,000 miles of sewer lines. The primary scope of the program involved reviewing all aspects of this utility's practices to assess potential utility-wide improvements in areas including chemical use and pricing, labor productivity, inventory management, sourcing, metering, sludge process optimization, and overall operations and maintenance. The project also supported public outreach, legislative initiatives and other processes required to implement the recommendations.
  - The assessment phase was completed in June 2012, and identified utility-approved opportunities that are expected to save the City $108–$130 million per year.  Veolia Water is currently working on the implementation phase, which will cover the next five years, as a part of the Phase 2 program. As of today, more than $16m of yearly savings have been implemented, in line with the implementation phase's schedule.
- **2010-2011: Chief Operations Officer for Multi-utility Companies (Stadtwerke), Veolia Water, Berlin, Germany**
  - Coordinated the operation of the company's multi-utility contracts (electricity, gas, water and wastewater and urban heating) in Germany.  This includes operations that serve more than 350,000 people and represents annual revenues of over $800 million. Set up a project group and development of new tools for the financial asset evaluation of electricity and gas networks as part of complex financial modeling for new energy utility concessions. Implemented a common set of key performance indicators (KPIs) for the energy and water activities of Veolia in Germany.
- **2007-2010: General Manager – Veolia Water Benelux (the Netherlands, Belgium, Luxembourg), Brussels, Belgium**
  - Veolia Water began working in Belgium in 1991 under a 20-year design, build, finance and operate (DBFO) contract for the Brussels North wastewater treatment plant (147 MGD), and in 2003 in the Netherlands under a 30-year DBFO contract for the wastewater treatment plants serving the region The Hague (84 MGD combined).
  - Managed procurement and contract negotiations for one of the largest projects of the group, the DBFO project for The Hague region (covering a population base of more than 1.7 million people). This project, involving the construction of a new wastewater plant and the rehabilitation/expansion of an existing plant, marked the first public-private partnership for wastewater collection in the Netherlands and is one of the largest systems in Europe.
- **2001-2007: Director of the Berlin Waterworks & Deputy Director Water Supply – Berlin, Germany**
  - Managed one of the water operations of one of the most innovative public-private partnerships in the world, under which the City of Berlin privatized its public water utility under a 30-year

VWNAOS248137

VEOLIA WATER   **David Alexandre** (continued)

agreement with Veolia Water.  Under this contract, Veolia Water manages this large water and wastewater operations serving a population of approximately 3.5 million for water services and 4 million for wastewater services. Worked as part of the Veolia Water team in Berlin for more than six years, managing the waterworks and the supply systems operations and a staff of over 1,055. Guided the transformation of this municipal public service group into a private-minded company driven by efficiency and quality.

- Key accomplishments in this role included: developing and implementing restructuring program, which involved working with unions to shift positions by in-sourcing functions that had previously been performed by outside contractors; redefined the utility's investment plan for above-ground and underground assets ($100 million/year) in the framework of an Asset Management strategy; lowered water operations costs by $25 million through a focus on performance management types of approaches; and improved the quality of the service through process optimization.
- This water and wastewater system is jointly owned and fully operated and managed by Veolia Water under a contract with the public water utility (Berliner Wasserbetriebe, BWB).

- **1/1995-2/2001: Deputy Director of the East Paris Suburb (9/1998-2/2001), Deputy Director and Director of the Waterworks of Neuilly-sur-Marne (2/1997-8/1998), and Head of Central Maintenance and Purchasing (1/1995-2/1997) - Veolia Eau Ile de France (Paris, France)**
  - This 1923 contract with SEDIF, which was renewed in 2010 for a new term, represents one of the largest and longest-running partnerships in the world.  The water system supplies some 66 billion gallons of water annually to over 4.3 million people in 142 municipalities surrounding the Greater Paris area.  As the current SEDIF operator, Veolia Water has developed innovative solutions for the area that have established global benchmarks for the authority's systems and services; these include nanofiltration at the Méry-sur-Oise water production plant and "communicating vehicles" (a vehicle connected to computers, printers, phones, etc., and access to information systems such as customer history, technical information and GIS).  The services offered by Veolia Water have been developed based on the concepts of responsible ambition and useful innovation, providing SEDIF with solutions and an organizational structure that positions this public service at the highest level of quality, not only for its technological prowess but also for its social and environmental performance.
  - Worked as part of the Veolia Water operations team for this system for more than six years in various roles, managing staff groups ranging in size from 35 to 260, serving a population over 1.8 million the Eastern suburb of Paris. Key accomplishments in these roles included:
    - Implemented productivity improvements that resulted in a 20 percent cost reduction.
    - Implementation of ISO 9001.
    - Implemented predictive maintenance methods and tools.
    - Optimized inventory management (spare parts inventory value of more than $5 million).
    - Coordinated the investment programs with the client (SEDIF) and the Veolia Water engineering department.
    - Initiated a structured purchase for the Paris Suburb and negotiated the main contracts.
    - Participated in the development of a new public transportation concept for Veolia Transport.
- **1994: Production Supervisor – Mars Inc. (Saint-Denis-de-l'Hôtel, France)**
  - Managed a team of 17 shift operators in the packaging workshops for a pet food canning plant producing two million cans per day.
- **1992: Process Engineer – Midial USA, Cleveland, Ohio**
  - Involved with a project for the automation of chocolate candy packaging in a plant producing 3,000 tons per year of chocolate (main brand: Fanny Farmer Candies).  Involved in all aspects of this $9.3 million project, from the development of specifications and conception of solutions to the selection of suppliers.

VWNAOS248138

# Steve Almeida



**Education:**

BS, Economics,
University of Virginia,
2004

**Background:**

Mr. Almeida is the Treasurer for Veolia Environnement North America's municipal and commercial group, which provides leadership and support for the operations of Veolia Water North America Operating Services, LLC, Veolia Energy North America and other subsidiaries and affiliated companies. He works as part of the company's financial team that is that supports the projects, businesses and operations in North America. This team has responsibility for financial control, ensuring the reliability of financial information, as well as the proper enforcement of accounting standards and internal controls. He is also involved in working with business and operations teams in the area of acquisitions.

Prior to his current role, Mr. Almeida was the Treasurer of Veolia Energy North America, and in that position held responsibility for managing and coordinating corporate treasury, new project evaluation and approvals, debt compliance, project financing and financial planning.

Prior to joining Veolia Energy, Mr. Almeida worked as a financial analyst with the ITT Corporation, with responsibility for contract-level financial planning and reporting, supporting business development activities, developing new reporting tools, and mentoring entry-level analysts.

**Key Experience:**

- 2013-Present: Treasurer – Municipal and Commercial Group - Veolia Environnement North America – Boston, Massachusetts
  - Serves as the Treasurer for Veolia's municipal and commercial projects, operations and businesses in North America. Works as part of the corporate financial team that provides leadership for
  - Leads all finance, accounting, control, reporting, treasury, project financing, project evaluation and risk management activities. Provides financial and management support for the acquisition and concession related activities of the Veolia companies in North America.
- 2011-2013: Treasurer - Veolia Energy North America - Boston, Massachusetts
  - Provided leadership for the corporate finance team, responsible for training, mentoring, and supervising up to three direct reports.
  - Evaluated and help advance new commercial opportunities, including organic growth plans, initiatives to expand and optimize current business operations, and strategic initiatives including acquisitions.
  - Managed the corporate treasury function, with a specific focus on cash management, credit management, debt compliance, and project financing.
  - One of 25 employees across U.S. and Europe nominated for six-week business and management training program, completed in June 2012.
- 2010-2011: Finance Manager - Veolia Energy North America – Boston, Massachusetts
  - Coordinated and led the annual budgeting, forecasting, and strategic plan processes for all U.S. operations.

VWNAOS248139

⦿ **VEOLIA**   **Steve Almeida (continued)**

- As part of these financial planning and analysis efforts, worked closely with operations teams to model and forecast financial performance for over 40 operating entities, and to analyze variances between planned and actual financial performance.
- Supported Business Development and Operations teams with analytical support for investment and other commercial development opportunities, including Company's first successful greenfield construction project.
- Used advanced Excel formulas and macros, automated manual budgeting and payroll processes which had previously taken several days to complete.

- **2008-2010: Financial Analyst - Veolia Energy North America - Boston, Massachusetts**
  - Developed detailed financial models supporting investment opportunities, customer proposals, and efficiency improvements.  Spearheaded efforts to quantify project return sensitivities to all commercial drivers.
  - Led financial modeling efforts for four acquisitions, ranging from an enterprise value of $2 million to $350 million.  Assisted with preparation of internal authorizations, commercial negotiations, and supported successful integration of these businesses after transaction close.
  - Developed a one-day Excel training course and provided a training session to multiple corporate teams.

- **2005-2007: Financial Analyst III - ITT – Herndon, Virginia**
  - Responsible for cradle-to-grave management of multiple government contracts, a scope of responsibilities which included proposal preparation, budgeting and forecasting, cost and variance analysis, invoicing and AR tracking, and preparation of estimates-to-completion, estimates-at-completion, and basic Earned Value Management metrics.
  - Served as the Business Unit representative for process improvement and financial systems issues.
  - Developed automated weekly reports utilizing advanced Excel spreadsheet techniques for Company's largest contracts.
  - Trained, mentored, and supervised two direct reports.
  - Promoted twice in two years and received five outstanding service awards.

- **2004-2005: National Security Analyst – SAIC – McLean, Virginia**
  - Worked directly with senior analysts and government customers to produce reports, handbooks, and briefings on various national security topics.
  - Appointed as assistant project lead on three tasks and reviewed work of other entry-level analysts for accuracy, completeness, and soundness of technical judgment.

# Antoine Boo



## Education:

MS, Corporate Management (IAE Paris-Lille), 1988

MS, Environment Management (ENPC/University Paris 12), 1985

MS, Civil Engineering, National Engineer School of State Public Works (ENTPE), 1982

### Background:

Mr. Boo is a Senior Technical Manager with Veolia Water North America Operating Services LLC (Veolia Water) and works as part of the Peer Performance Solutions (PPS) team in New York City, New York. Under the PPS approach, Veolia Water is working with some of the largest water and wastewater utilities in the U.S. to conduct detailed operations evaluations that lead to operations efficiencies and cost saving for their operations. He has been part of the team in New York since the start of this project in 2011, and this work has focused on identifying and implementing operations improvements and enhancements for the City's water and wastewater operations.

Mr. Boo has worked with Veolia Water companies in the U.S. and other parts of the world since 1987, and he has almost 30 years of overall work experience. Prior to his current role, he managed the final years of the operations, maintenance and management (O&M), and the transition to a new owner, for the City of Indianapolis, Indiana's water treatment and supply system. Under a contract that began in 2002, Veolia Water was responsible O&M and capital projects for the City's water system that served the needs of almost 1 million people in an around Indianapolis.

Prior to this, Mr. Boo was involved in managing and supporting major water and wastewater utility operations in Europe for Veolia Water. This included projects and operations in Turkey, Russia and other areas of Eastern Europe.

### Key Experience:

- **2012-Present: Technical and Operations Manager - PPS/Operational Efficiencies Program - New York City - Veolia Water North America Operating Services, LLC – New York, New York**

  - Serves as the Veolia Water Working Team Manager and Liaison with the New York City Board of Water Supply (BWS) for the evaluation of the waterworks and the implementation of identified and accepted improvements. The work of this first of its kind PPS project has involved leading analysis of the operations and commercial aspects (labor, inventory and consumables) specific to the water operations. This involved examining all elements of the work process, including staffing, management costs, in-sourcing/outsourcing of work, and the overall efficiency and cost-effectiveness of the current approaches.

  - The work, completed in two stages, involved completing operations efficiency studies for New York City's water and wastewater operations, which meets the needs of more than nine million people The operations covered under this process included the City's 14 wastewater plants, together treating 1.3 billion gallons of flow each day, with more than 6,000 miles of sewer lines. The primary scope of the program involved reviewing all aspects of this utility's practices to assess potential utility-wide improvements in areas including chemical use and pricing, labor productivity, inventory management, sourcing, metering, sludge process optimization, and overall operations and maintenance.

VWNAOS248141

**VEOLIA** WATER   Antoine Boo (continued)

- The project also supported public outreach, legislative initiatives and other processes required to implement the recommendations.
- The assessment phase was completed in June 2012, and identified utility-approved opportunities that are expected to save the City $108–$130 million per year.
- Now working as part of the Veolia Water that is focused on the implementation phase, Phase 2 program, a five-year program working with the City.

- **9/2010-8/2011: Chief Operations Officer – Veolia Water Indianapolis, LLC - Indianapolis, Indiana**
  - Managed the final term for operations of the water company and provided oversight as the water system was transitioned to the new owner.  The sale of the City's water treatment and supply assets, which serve almost 1 million people in the region, was completed in 2010, and the transition of services was completed in August 2011.  The key challenges of that process involved maintaining the levels of service and quality for the customers that rely on the water system, and providing ongoing operations, maintenance and management services as the new owner is allowed to implement its own operations and management approach
  - The scope of this contract involved operating, maintaining and managing a water treatment, storage and supply system, a customer service organization responsible for meter reading for some 310,000 connections for the City of Indianapolis and an additional 15,000 connections through contracts with surrounding communities, as well as billing and revenue collection for 600,000 accounts.  The Indianapolis water facilities include four surface water treatment plants, ranging in size from 16 to 96 MGD; five groundwater treatment plants, ranging in size from 2 to 24 MGD; 4,300-mile distribution system; numerous storage tanks; 17 water pump stations along the distribution system; and 12 high-service pump stations at the water treatment plants.  The contract also included a capital project component, and Veolia Water managed and implemented in excess of $200 million in capital work to improve the City's aging water infrastructure.
  - This contract has achieved a number of industry firsts, with Indianapolis being the only major U.S. city that achieved ISO 9001 and 14001 certifications, and Veolia Water Indianapolis the first U.S. water company to be simultaneously certified in both.

- **7/2009-8/2010: Industrial Markets Director for Russia – Veolia Water Europe – Moscow, Russia**
  - Worked as part of the management and business team focused on developing and implementing water and wastewater services approaches for a variety of governmental and industrial clients in an emerging market (including governmental and industrial clients in a zone that consists of Russia, Russia, the CIS countries [former Soviet Union countries] and Turkey).
  - Developed new contracts with some of the major industrial clients in the region, including Danone, Carlsberg Baltika, Rosneft, TNK-BP, and Sibur.  As part of this client development work, was responsible for managing facilities and operations audits, focusing on technical, staffing, management and related issues, for many of these industrial clients.
  - Developed proposed operational improvements, up through full-scale O&M, for process water and wastewater operations at industrial sites.

- **8/2006-6/2009: Managing Director for Russia – Veolia Water Europe – Moscow, Russian Federation**
  - Veolia Water had been working in Russia since 1991; in 2006, Veolia Water fully entered the Russian water market with a series of initiatives to secure new contracts with governmental and industrial clients in the region.  Maintained responsibility for restructuring the operation and growing the municipal and industrial business.  This work included:
    - Managing St. Petersburg - Pure Water during a period of change that was focused on addressing the operations and management needs of the company in order to return it to profitability. Veolia Water had been associated with Saint Petersburg - Pure Water since acquiring a major

VWNAOS248142

**VEOLIA**
WATER

**Antoine Boo** (continued)

stake in the company in 1991.  The company specializes in research into leakage from municipal water supply networks.

- Involved with commercial development projects, including the study of several business opportunities in the water sector (with negotiations to acquire one of the three private Russian water operators).

- Structured agreements with a Russian Partner EWP to form a joint venture, including the negotiation of a strategic partnership agreement, an interest purchase agreement, as well as a participant's agreement.

- **8/2001-7/2006: Deputy General Manager and Operations Manager - Veolia Water Europe – Prague Water Company, Prague, Czech Republic**

  - Managed this water operation over the first five years of the contract, during which time Veolia Water provided service improvements and enhanced customer service. The improvement in services offered to consumers was one of the non-contractual commitments offered by Veolia Water as part of the international call to tender in 2001.  Veolia Water also achieved ISO 9001 certification for the customer service department in 2003.

  - Worked to implement the main objectives of the new contract, to improve services and also to transform the engineering culture into a customer service culture.  This included:

    - Reorganization of the newly acquired company (achieving staff reductions of 30%).

    - Improving the profitability project in line with the goals of Veolia Water's business plan.

    - Establishment of key performance indicators to measure improvements in performance (in terms of leakage control, water quality, line breaks, and others).

    - Setting and maintaining new standards for management (new call center and quality management).

- **11/1990-7/2001: Business Unit Manager for the East and North of France (Bruay La Buissiere, Chateau Thierry, Saint Quentin) – Veolia Water France**

  - Managed the operations of water and wastewater facilities serving more than 300,000 people in the region.  The work included the renegotiation of operations contracts with municipalities, awarding of new contracts for rainwater system management, and the construction of water treatment facilities and refurbishment of a wastewater treatment plant.

- **10/1987-10/1990: Business Unit Manager, Veolia Water (Compagnie Générale des Eaux), Arras France**

  - Worked as the manager of the construction and engineering department for this water company serving clients in France.

  - Work included the construction of water pipes, design and installation of new SCADA systems, as well as the refurbishment of pumping stations.

- **3/1984-9/1987: Port Safety - Transportation Ministry, Paris, France**

  - Served as the head of port safety and pollution control department port facilities in Paris.  He was responsible for the management of research and training programs, as well as the approval of port safety legislation changes.

VWNAOS248143

# Shane Calvert



## Education/Training:

AAS, Environmental Health and Safety

OSHA Training Courses (Construction 126, and 40-Hour compliance courses)

OSHA 301 Trenching & Shoring; Competent Person; Train-the-Trainer Course

## Registrations/Certification:

Class B, Wastewater Operator Certification, Texas

Grade IV, Wastewater Operator License, Kansas

Certified Water Safety Instructor

**Background:**

Mr. Calvert is the Director of Health & Safety for Veolia Water North America – Central, LLC (Veolia Water). In this role, he provides oversight and management of safety, compliance and training for the company's operations, maintenance and management (O&M) and related projects and operations in the Central U.S. and Canada.

In his current role, Mr. Calvert has been involved in supporting safety and regulatory compliance for Veolia Water's ongoing O&M contracts for water and wastewater facilities in the State of Michigan. This has included performing safety audits, providing support for staff training and development of safety plans and standard operations procedures.

Prior to his current role, Mr. Calvert served as the Safety & Compliance Manager for Veolia Water's O&M partnership with the City of Indianapolis, Indiana. This project, completed in 2012 with the transition of the facilities to the new owner, ranked as the largest water system O&M partnership in the U.S., covering a waterworks system serving more than 950,000 people in the greater Indianapolis area, and a total of more than 1.1 million people in Central Indiana.

Mr. Calvert also worked with Veolia Water's corporate environmental, health and security (EHS&S) team, and served as the Regional EHS&S Manager for O&M projects in the West region. This included specific responsibility for providing safety and environmental compliance oversight and support, as well as training and other support services, in all areas of safety and environmental compliance for Veolia Water's contract O&M projects.

Mr. Calvert has almost 20 years of experience in the O&M field, all of which has been involved in providing management and management support for water and wastewater projects. His areas of expertise include state and federal level safety and environmental regulations, workplace hazard assessments, investigation of work-related illnesses, injuries and environmental incidents, and the development and implementation of incident reduction programs. He is also well-versed in fleet safety/Department of Transportation regulations, trenching and shoring programs, and staff training and development.

**Key Experience:**

- 2011-Date: Safety & Compliance Manager - Veolia Water North America – Central, LLC – Indianapolis, Indiana
  - Provides safety, security and environmental compliance training, facility and program audits, and other support for projects within the Central business unit of Veolia Water
  - Responsible for supporting the safety and compliance needs of O&M projects in the U.S. and Canada. This includes ongoing projects with Haldimand County and other operations in the Province of Ontario.
  - Work as part of a corporate safety team that supports safety and compliance needs for Veolia Water's projects and operations in North America.

**VEOLIA** WATER   Shane Calvert (continued)

- **2007-2010: EHS&S Manger - Veolia Water Indianapolis, LLC - Indianapolis, Indiana**
  - Responsible for all aspects of safety and regulatory compliance in support for the water systems operations and management contract with the City of Indianapolis.
  - Served as a regional resource in the Central U.S. to support other Veolia Water O&M contracts in the areas of safety, compliance and training.
- **2001-2007: West Region EHS&S Manager – Veolia Water North America Operating Services, LLC – Houston, Texas**
  - Provided safety and environmental compliance training, facility and program audits, and other support for O&M and related projects in the State of Texas and other parts of the U.S.
- **1995-2001 – Assistant O&M Project Manager and EHS&S Officer – Junction City, Kansas - Veolia Water North America Operating Services, LLC**
  - Served the contract O&M of the water and wastewater facilities at the City of Junction City, Kansas.
  - This ongoing Veolia Water project involves the operation and management of wastewater facilities including a 3.5-MGD activated sludge wastewater treatment plant, a 2.5-MGD domestic/industrial pretreatment plant, sanitary and storm sewers, 12 lift stations, and the land application of biosolids 600 dry tons per year.  The water system operations include a 10-MGD water treatment plant, 10 water wells (providing 4 MGD of supply), water distribution lines, a booster pump station, two elevated water towers, an underground storage  reservoir, and two ground-level reservoirs.  Annual flows are more than 1 billion gallons at the water plant and a combined 820 million gallons at the wastewater plants.  The smaller wastewater facility, the only one in Kansas that accepts domestic and industrial streams in the same facility, is an oxidation ditch plant using flow equalization and dissolved air flotation.  The Junction City O&M project has received numerous awards for no lost-time accidents, including the Kansas Water Environment Association Safety Award for four consecutive years.  In 2003, the project was honored with Plant of the Year (Class B Facility).  The project received the Burke Safety Award and an award for Environmental Excellence in Construction in 1996.  At the end of 2003, employees had accomplished over 375,000 man-hours with no lost-time accidents.

CONFIDENTIAL

# David (Ed) Collins



## Education:

BS, Management, Indiana Wesleyan University, Marion, Indiana, 2003

## Membership/ Affiliation:

American Water Works Association (AWWA) Indiana Section

## Background:

Mr. Collins is Vice President for Procurement with Veolia Water North America Operating Services, LLC (Veolia Water). In this role, he manages the procurement and sourcing operations that support the company's water and wastewater design-build, design/build/operate (DBO) and operations, maintenance and management (O&M) projects in North America. The group's responsibility includes chemical procurement, pricing and working with our company's projects on efficient chemical usage, along with the purchase of water meters and other equipment and tools for operations projects.

Prior to this, Mr. Collins and his group worked as part of the company's North American Technical Direction Group (TDG), a group focused on unifying Veolia Water's technical and management organizations to develop new benchmarks for the enhanced delivery of services to governmental and industrial clients in the North American market. The group also maintains responsibility for centralizing technical knowledge, coordinating resources, integrating training and applying best practices for Veolia Water's project work

Prior to moving to this role in Veolia Water's Business Operations Center in Indianapolis, Indiana, Mr. Collins worked as a part of the team that managed the Indianapolis Water project. This 20-year, $1.1 billion, project involves managing a regional water treatment, storage and supply facility that serve 1.1 million people in the City and surrounding areas. His role on that project was as the Director of Shared Services for Veolia Water Indianapolis, LLC. This included responsibility for several departments that support the entire water operations. These departments, including Procurement, Warehouse Operations, Fleet Services, Risk Management, Claims Services, Contract Services and Safety, have specific responsibility that make the company more efficient in the day-to-day operations of the project. In this role, he was responsible for managing a budget of over $4.1 million, and also for preparing, managing and facilitating forecasts and variance reports for the more than $42 million operations budget. Mr. Collins also had overall responsibility for the minority-owned business (MBE) and woman-owned business (WBE) programs.

## Key Experience:

- 2008-Date: Vice President – Procurement and Sourcing - Veolia Water North America Operating Services, LLC - Indianapolis, Indiana
  - Manages the procurement and sourcing function that supports Veolia Water's operations in the U.S., Canada and the Caribbean. Responsible for supervision and management of a staff of buyers and procurement specialists, and the company's minority-owned and woman-owned business outreach programs.
  - Works as part of the Veolia Water project development and implementation team for new procurements and projects related to the delivery of Peer Performance Solutions (PPS) types of project approaches.

**VEOLIA** WATER   **David (Ed) Collins** (continued)

- Responsible for providing procurement process evaluation support services on PPS projects with: the City of Winnipeg, Manitoba, Canada (alliance partnership of wastewater capital program); the Pittsburgh Water and Sewer Authority (management assistance for water and wastewater operations); New York City, New York (operations efficiencies program for water and wastewater facilities); DC Water and Sewer Authority, Washington, DC (independent comprehensive review for the operations and management of the Washington Aqueduct); and the Los Angeles Department of Water and Power, California (operations evaluation of procurement practices for water operations).

- **2003-Date – Director of Shared Services – Veolia Water Indianapolis, LLC – Indianapolis, Indiana**
  - Responsible for providing strategic management and tactical oversight for warehousing, procurement, fleet, risk management, contract services and investment recovery operations
  - Managed a staff of 23, which included all field and office activities for Shared Services departments. Manages a project spend of approximately $27 million per year that includes all capital and operations and maintenance expenditures. Responsible for achieving a 36% MBE/WBE expenditure and an 88% local expenditure in 2004. Managed an inventory of approximately $1.2 million and a fleet of over 250 pieces of equipment. Responsible for the safety of over 450 employees.

- **2001-2003 – Manager of Procurement – Veolia Water Indianapolis, LLC - Indianapolis, Indiana**
  - Responsible for all procurement services fro the water operations, including investment recovery and all contract services. Managed all procurement functions for a large municipal drinking water supply project that services a population of 1.1 million. Monitored and managed a spend that topped $27 million in 2003 and raised MBE/WBE participation to 30 percent in 2003 from roughly 12 percent in 2001.

- **2000-2001 – Senior Buyer – Indianapolis Water Company (IWC) – Indianapolis, Indiana**
  - Managed all distribution system and capital equipment purchases for a large municipal drinking supply project that services a population of 1.1 million.

- **1999-2000 – Buyer Analyst – IWC – Indianapolis, Indiana**
  - Managed the procurement of underground waterworks materials. Annual spend was approximately $5-6 million.

- **1997-1999 – Customer Service Representative – USFilter Distribution (Veolia Water predecessor company), Indianapolis, Indiana**
  - Responsibility for inside sales and procurement activities related to the sales of water and wastewater system materials. The branch had approximate annual revenues of $25 million and was consistently in the top 10 of 144 branches nationwide.

# Sherrae Davis



**Education:**

BS, Mechanical Engineering Technology, Purdue University

BA, Fine Arts, Indiana University

AA, Drafting/Design, Purdue University

**Registration/ Certification:**

DSL Classification, State Water Operators Certification, Indiana

**Membership/ Affiliation:**

Society of Women Engineers

**Background:**

Ms. Davis is the Director for Asset Management for Veolia Water North America – Central, LLC (Veolia Water), and manages a team that is responsible for supporting projects in a region that includes Canada and the central portion of the U.S.  The role of this group is to support the company's ongoing operations projects and new work related to above-ground and underground asset management.

Prior to that, Ms. Davis was the Project Director and Manager with the Capital Program Management (CPM) group of Veolia Water.  The role of this group focused on providing support, leadership and management for capital projects at operations, maintenance and management (O&M) sites, as well as for stand-alone projects in the U.S. and Canada.

Ms. Davis is also currently assigned to work as a part of the Veolia Water engineering and operations team that is supporting our ongoing project with the City of Winnipeg, Manitoba.  Under this 30-year "Alliance" contract, Veolia Water is supporting the delivery of over $800 million in wastewater treatment plant expansion and improvement projects for wastewater treatment and sludge (biosolids) management facilities that serve the City.  This approach involves working with City officials to deliver capital improvements under a gain/pain sharing concept where Veolia Water's compensation is at risk, dependent on the ability to work wit the City to achieve real savings in the delivery of planned capital improvements.  Under this "alliance" type of contract, the City's staff is responsible for the day-to-day operations with Veolia Water's technical and management team providing ongoing strategic advice and guidance on design, construction, technology and operational needs for three City wastewater treatment and biosolids facilities.

Prior to these roles, Ms. Davis was an Asset Manager with Veolia Water Indianapolis, LLC, with responsibility for the Asset Management group on what ranked as the largest water system O&M contract in the U.S. In this role, she had responsibility for ensuring system compatibility with consumer demand relative to water volume and system pressure.

The Indianapolis project, completed in 2011, involved O&M of a water system (treatment, supply and storage) serving the needs almost 1 million people in and around the City of Indianapolis, Indiana.  Under this project, our company set a new standard for water utility excellence, achieving ISO 9001 and 14001 certifications.  This made the Indianapolis water project, the only major city in the U.S. to have achieved ISO 9001 and 14001 certifications for water operations, and the first U.S. water company to be simultaneously certified in both

Ms. Davis has more than 17 years of progressively responsible industry experience which was gained in working as a part of the operations and support team for the Indianapolis water system, first with the Indianapolis Water Company and then transitioning to Veolia Water Indianapolis.  Her background includes experience with engineering, construction and operations related water and wastewater projects.

VWNAOS248148

 Sherrae Davis (continued)

## Key Experience:

- **2013-Present: Director of Asset Management – Veolia Water North America – Central, LLC**
  - Responsible for supporting the asset management needs of Veolia Water's O&M and other projects in the U.S. and Canada.  This includes working as a part of the engineering and construction services support team for the long-term contract with the City of Winnipeg, Manitoba.
  - Manages a team of two that provide specialized support in the areas of above-ground and underground asset management.
- **2011-2012: Project Director and Manager – Capital Program Management Group – Veolia Water North America Operating Services, LLC – Indianapolis, Indiana**
  - Provided project support, technical assistance and research and development support for municipal O&M, design/build/operate (DBO) and capital projects in the U.S. and Canada
  - Project work focused on solving problems in engineering, construction and operations for water supply facilities.
- **2002-8/2011: Asset Manager – Veolia Water Indianapolis, LLC – Indianapolis, Indiana**
  - Managed asset management projects for the O&M contract with the City of Indianapolis.  This project involved O&M for a water treatment, supply and storage system serving almost 1 million people in and around the City.
- **1997-2002: Director of Plumbing/Plant Maintenance (and other roles) – Indianapolis Water Company – Indianapolis, Indiana**
  - 1997-2002 - Director of Plumbing/Plant Maintenance - Responsible for the Central Control System, plant maintenance and documentation of activities and for development and implementation of strategies to reduce maintenance costs and increase equipment reliability.
  - 1999-2002: Assistant Director/Plumbing - Responsible for determining distribution system needs, i.e., where low pressure should be addressed, placement of remote operating valves, where redistricting should take place; for and performing pump studies and determining operating strategies to minimize power costs. Also responsible for the maintenance of pumping facilities.
  - 1999: Plant Engineer - Responsible for performing system analysis studies; determining pump efficiencies and systems pressures using hydraulic grade lines; developing electronic, paperwork management system; organizing and maintaining the emergency contact and other department directories and operating logs.
  - 1998 – Relief Supervisor - Responsible for operating the CCS distributing water and maintaining system pressure adequate to meet consumption demands. Responsible for knowing station production and pumping capabilities, bleeder valve locations, redundant sources of district supply and tank capacities.
  - 1998: Process Engineer - Responsible for management of the chemical conversion projects at T.W. Moses, Geist and White River facilities.  Additionally, was responsible for the design of the east well collection line at South Wellfield plant.
  - 1997: Engineering Technician - Responsible for design of well collection and finished water lines at SWF Plant. Served as Project Manager for the installation of the well collection and finished water lines at SWF and Harbour water facilities. Designed and installed chemical storage facilities, designed Harbour booster station and suction and discharge lines. Designed and installed numerous projects assigned to Engineering from other operating departments.
  - 1997: Drafter - Responsible for the design of system distribution lines (main extensions) and transmission lines into undeveloped areas. Responsible for the design of main lowers in developed areas where utility conflicts existed. Responsible for updating system records showing IWC underground facility locations, sizes and installation dates.

# William Fahey



**Education:**

MBA, University of Massachusetts, 2000

BS, Marine Engineering, Massachusetts Maritime Academy, 1987

**Registrations/ Certifications:**

Grade 5-C, Wastewater Treatment Plant Operator, Massachusetts

United States Coast Guard License – Third Assistant Engineer of Unlimited Horsepower, Steam or Diesel

**Membership/ Affiliation:**

American Water Resources Association American Society of Civil Engineers

**Background:**

Mr. Fahey is Vice President and Manager of the Municipal & Commercial Technical Support group of Veolia Environnement in North America. He is based in the company's municipal operations headquarters office in Boston, Massachusetts, and provides leadership for a team that is responsible for providing technical support and capital project expertise for the operations of Veolia Water and Veolia Energy throughout North America. The group also directs environmental monitoring and asset life management programs, and delivery of information technology support.

Prior to this, he served as the Technical Director for Asset Management with Veolia Water North America Operating Services, LLC (Veolia Water), as part of the company's Technical Direction Group. This group provided technical services support for design/build, design/build/operate (DBO) and operations, maintenance and management (O&M) projects. This included developing technical services benchmarks for governmental and industrial clients, as well as centralizing technical knowledge and expertise, coordinating resources and integrating training and applying best practices for Veolia Water's project work on a national basis.

Mr. Fahey has more than 27 years of engineering, construction, and O&M experience with wastewater collection and treatment systems. His work history includes involvement in supporting projects throughout the northeast region. He served as the Asset Manager for Maintenance at the Massachusetts Water Resources Authority's (MWRA's) Deer Island Wastewater Treatment Plant. In this role, Mr. Fahey directed a group of engineering and operations staff, consultants and others in providing maintenance services for this facility.

Mr. Fahey is experienced in managing staff, budgets, asset management programs, and capital replacement plans. His background also includes process engineering and project management in industrial wastewater, industrial pretreatment as well as all aspects of preventive, predictive and corrective maintenance.

**Key Experience:**

- 9/2013-Date: Vice President and Manager – North America Municipal & Commercial Technical Support Group – Veolia Environnement – Boston, Massachusetts
  - Provides leadership for the development and implementation of asset management approaches for water and energy operations projects in North America.
- 2009-8/2013: Technical Director - Asset Management – TDG – Veolia Water North America Operating Services, LLC – Boston, MA
  - Involved in developing and implementing North American standards for asset management at water and wastewater facilities. This work has involved:
    - Developing a classical reliability-centered maintenance (RCM) based strategy for use in Veolia Water's North American operations-- has over 10 years of classical RCM facilitation experience.

VWNAOS248150

◉ **VEOLIA**   **William J. Fahey** (continued)

- Served as the Chairperson for Veolia Water's global Asset Management initiative, and developed and led Veolia Water's worldwide RCM training program.  Facilitated RCM reviews on various systems in North America, France, Romania, Australia and New Zealand.  Developed an RCM Facilitator training program for Veolia Water projects in North America.
- Provided technical, management and training support for asset management programs at Veolia Water's O&M project sites throughout North America.

- **2002-2009: Vice President for Asset Management - Brockton, Massachusetts - Veolia Water North America - Northeast, LLC**
  - Managed the asset management program for Veolia Water's O&M projects in the Northeast region.  Responsible for managing program development and implementation, as well as training and documentation.  Worked as a part of Veolia Water's national Technical Services Group, which is responsible for centralizing technical knowledge, coordinating technical resources, integrating training and applying the best practices for Veolia Water's project work on a national basis.
  - Developed Reliability Centered Maintenance (RCM) program for Veolia Water, which is specifically tailored to the needs of the water/wastewater industry.  Developed a conceptual model for Veolia Water corporate asset management program.

- **2000-2002: Project Manager – Brockton, MA - Veolia Water North America – Northeast, LLC**
  - Responsible for providing support to engineering and O&M projects in the region.  Managed an $89 million combined sewer overflow improvements project for the City of Lynn, Massachusetts.  Project was implemented using a design/build approach.  Oversaw design, construction and financial management of all phases of the design, procurement and construction of new water and sewer installations for multiple projects in the Northeast service area.

- **1994-1999: Program Manager, Construction Coordination at Deer Island WWTP - Boston, Massachusetts – Massachusetts Water Resources Authority**
  - Managed $13 million in warranty claims for the Deer Island plant.  Responsibilities included: coordinating activities of the maintenance staff and contractors to ensure timely completion of warranty items; managing daily activity of the Construction Coordination Department; and serving as technical liaison to the Authority's legal division on all warranty claims.

- **1994-1996: Project Manager, Process Engineering, Deer Island WWTP - Boston, Massachusetts – Massachusetts Water Resources Authority**
  - Managed all process engineering activities for the operation of the wastewater systems from initial check out and startup, through integration and then final operation.  Responsible for coordinating and completing operability surveys of assigned construction packages.
  - Worked with multidisciplinary design teams and construction personnel to resolve and correct defective design and construction.  Worked with process control and operations staff to troubleshoot problem systems.  Represented the O&M departments at startup meetings.

- **1988-1994: Engineering and Project Management - Boston, Massachusetts – Massachusetts Water Resources Authority**
  - Responsibilities included: conducting inspections of industrial wastewater discharges in the MWRA's district in order to ensure compliance with federal, state and local laws; inspecting various industrial process and wastewater treatment systems; providing technical support to MWRA legal staff in regard to wastewater compliance issues; reviewing proposed industrial treatment plant designs to ensure that systems adhered to proper engineering design practices; and conducting inspections of new and existing gas/oil separators, ensuring that new construction complied with applicable regulations.

- **1987-1988: Diesel Power Plant Operator – Boston, Massachusetts – Massachusetts Water Resources Authority**

VWNAOS248151

# David L. Gadis



**Education:**

BA, Marketing/ Communications, Southern Methodist University (1984)

**Memberships/ Affiliations:**

Indianapolis Urban League

Indianapolis Sports Corporation President's Council

Indiana Business Diversity Council

Purdue University Science Bound

St. Mary's Child Development Center

Big Ten Basketball Tournament Committee

American Water Works Association (AWWA)

**Awards:**

Achievement in Business Award, Center for Leadership and Development

Sam Jones Award, Indianapolis Black Chamber of Commerce

Inducted into the Indiana Basketball Hall of Fame

## Background:

Mr. Gadis, an Executive Vice President with Veolia Water North America Operating Services, LLC (Veolia Water), provides leadership for the firm's municipal development efforts in the North American market.  He also leads the company's Peer Performance Solutions (PPS) efforts.  Under the PPS approach, Veolia Water works with some of the largest water and wastewater utilities in the U.S. to conduct detailed evaluations that lead to operational efficiencies and cost savings for their operations.  Mr. Gadis is part of Veolia Water PPS teams currently working with New York City and the Pittsburgh Water & Sewer Authority, and he will bring the benefits of that work experience to the benefit of this new project.

Prior to this, Mr. Gadis was President of Veolia Water Indianapolis, the company that was charged with managing a water system serving almost a million people in Central Indiana.  This contract, historically the largest water system operations, maintenance and management (O&M) contract in the U.S. at the time, involved the O&M of a water treatment, storage and supply system, and customer service organization. This contract also included a capital project component, and Veolia Water managed and implemented over $200 million in capital work for this aging water infrastructure.  By the completion of the contract in 2011, with transition of the operations and facilities to a new owner, Veolia Water had delivered a cumulative $83.1 million in cost savings.

Additionally, Mr. Gadis has managed and played a key role in shaping Veolia Water's minority-owned (MBE) and woman-owned (WBE) business recruitment and involvement program at Indianapolis, and he now leads these efforts on a national basis.  The project achieved ISO 9001 and 14001 certifications, marking the first time that a U.S. municipal water system achieved this quality standard.

Mr. Gadis has almost 30 years of overall business experience, with more than 15 years of management experience in the water industry. His involvement with the Indianapolis project began in 1998, working as the Director of Procurement for Indianapolis Water Company, and he joined Veolia Water in 2002 on transition of the Indianapolis water facilities.

## Key Experience:

- 1/2010-Present: Executive Vice President – Veolia Water North America Operating Services, LLC – Indianapolis, Indiana

  - Leads the company's sales and development program that identifies and develops innovative utility operations solutions for major cities in the U.S.  A key part of this work involves leadership roles on PPS programs with:

    - DeKalb County, GA – Provided leadership for the development team and will support implementation of a management advisory services study for the County's Department of Watershed Management.  This will focus on administration, planning, operations, and maintenance and capital programs, including the customer service functions.

    - New York City, NY– Provided leadership for the Public Outreach team for this program with the New York City's Department of Environmental Protection (DEP).

VWNAOS248152

VEOLIA   **David L. Gadis** (continued)

The program involves conducting an operations efficiency study for their water and wastewater operations, which meets the needs of more than nine million people. This work is being implemented in two phases, with Phase 1 (now completed) involving the development of recommendations to streamline workflows, boost productivity, identify efficiency opportunities and keep future rate increases low. Phase 2 (now underway) involves working with the City to realize operating benefits of potentially $108 million–$130 million per year. In addition, strategic replacement of select large meters could improve revenue collection by an additional $43 million per year. Together, these benefits represent 9.0%–10.8% of the agency's $1.2 billion fiscal year 2012 budget. Through this innovative partnership, New York City's employees are working alongside our team under a joint management/governance structure.

- Pittsburgh Water & Sewer Authority (PWSA), Pittsburgh, PA — Working as part of the management team supporting this PPS contract, which began in 2012 and continues with the implementation phase. PWSA is a utility serving more than 300,000 people in the greater Pittsburgh area. Under this innovative partnership, Veolia Water is providing interim executive management services and working with PWSA managers and staff to improve the Utility's customer service and performance levels. In the study phase. The joint Veolia Water/PWSA team identified improvement opportunities and implemented utility-approved initiatives. Early quick-wins involved optimizing water production run-times at the membrane plant, which will reduce chemical costs $350,000 annually; and implementing enhancements at the customer service call center that slashed the call-abandonment rate immediately and greatly reduced hold time.

- **10/2008-2010: President – Veolia Water Indianapolis, LLC - Indianapolis, Indiana**
  - Served as the Executive Officer for Veolia Water's operation of the City's water systems under a project that was completed in 2011 with the transition of the operations and facilities to a new owner (a City-owned regulated utility entity). The scope of this contract, historically ranking as the largest water system O&M contract in the U.S., involved operating, maintaining and managing a water treatment, storage and supply system, a customer service organization. The contract also included a capital project component, and Veolia Water managed and implemented in excess of $200 million in capital work to improve the City's aging water infrastructure.
  - Served as part of the transition management team responsible for managing the transfer of the water operations (owned by the City) to a new owner and operator. The sale of the City's water treatment and supply assets, which serve almost 1 million people in the region, was completed in 2010, and the transition of services was completed in August 2011. The key challenges of that process involved maintaining the levels of service and quality for the customers that rely on the water system and providing ongoing operations, maintenance and management services as the new owner implemented its own operations and management approach.

- **2003-2008: Vice President & Chief Operating Officer – Veolia Water Indianapolis, LLC**
  - Responsible for day-to-day water operations, including field services, production, engineering, construction, procurement, risk management, asset management, laboratory services, health and safety, security, ISO 9001 and 14001, as well as the company's MBE/WBE program.

- **2002-2003: Vice President of Shared Services – Veolia Water Indianapolis, LLC**
  - Responsible for procurement, fleet, risk management, warehousing, health and safety, security and MBE/WBE development.

- **2000-2002: Vice President – Water Materials Unlimited (Indianapolis Water Company subsidiary) and 1998-2000: Director of Procurement - Indianapolis Water Company**
- **1995-1998: Vice President – Monroe Guaranty Insurance – Indianapolis, Indiana**
- **1989-1995: Midwest Regional Manager – USF&G Insurance Company – Indianapolis, Indiana**
- **1984-1989: Senior Claims Adjuster – USF&G Insurance Company – Indianapolis, Indiana**

# James L. Good



**Education:**

MS, Finance, Golden Gate University, 2000

BA, Government, Cornell University, 1985

**Memberships/ Affiliations:**

American Water Works Association

National Association of Water Companies

Government Relations Committee, Vice Chair, 2000-2001

## Background:

Mr. Good currently serves as the interim Executive Manager for Veolia Water's ongoing contract with the Pittsburgh Water & Sewer Authority (PWSA), Pittsburgh, Pennsylvania. The PWSA provides water and sewer services to over 300,000 consumers in the City of Pittsburgh and the surrounding areas. This partnership is being implemented as part of Veolia Water's Peer Performance Solutions (PPS) business model, an approach which focused on enabling municipal water and wastewater utilities to benchmark against other leading utilities while preserving public governance and a public workforce that benefits from specialized private-sector expertise.

Mr. Good transitioned to this project role in 2012, and he now works as part of a team of water and wastewater experts from Veolia Water that are focused on working with the PWSA to: improve that utility's customer service and performance levels by conducting various in-depth diagnostics of water and wastewater operations; developing specific recommendations for improvement; and supporting PWSA employees in implementing initiatives aimed at reaching new performance metrics. At the start of this partnership, a joint steering committee, formed of PWSA and Veolia Water managers, worked together to establish Key Performance Indicators (KPIs) and then oversee the implementation of agreed-upon initiatives for service improvements as well as items that will provide services more efficiently or enhance revenues. The analysis and resulting operational changes helped the PWSA to reduce its cost of operations and increase the utility's revenue by, among other things, re-securing a large commercial customer. The total impact of these changes is nearly $2.4 million annually. The partnership also reduced customer hold times by 50% and enabled the Authority to approve an annual budget without the need for a water rate increase. In 2013 the PWSA extended this partnership to continue providing interim executive management services through December 2014. The 18-month extension builds on the successes and momentum established during the initial term of the contract and supports the Board's goal to become the regionally recognized expert on water quality, utility management and stakeholder responsiveness.

Mr. Good has over 28 years of overall industry experience in all aspects of water and wastewater utility operations, including finance, change management, systems integration, capital planning, human resources and public and government relations. Prior to his current role, he served as the President of Veolia Water North America – West, LLC, and its subsidiary company Veolia Water West Operating Services, Inc. As the principal and manager of Veolia Water's business unit in the West, Mr. Good held direct financial responsibility (profit and loss) for a greater than $100 million budget, and for the management of over 300 employees and the company's performance on any number of metrics, including safety and compliance. The business base of the company covers projects in California and bordering states, the Pacific Northwest and Hawaii, and includes 28 municipal operations and clients.

VWNAOS248154

VEOLIA WATER   **James L. Good** (continued)

Mr. Good is also an Executive Vice President with Veolia Water North America Operating Services, LLC (the parent company for Veolia Water's operations in North America). He has also served as a member of Veolia Water's Senior Management Team for the North American operations, with responsibility for setting company policies, for crafting new services approaches, and for supporting the company's operations and projects; a team instrumental in shaping and supporting our approaches to the municipal market.

Prior to joining the Veolia Water team in the West more than a decade ago, Mr. Good worked with the California Water Service Company (Cal Water) in progressively responsible roles leading to appointment as a Vice President of this water company. The company serves more than 2 million in four states, including California, Hawaii, New Mexico and Washington.

Mr. Good began his career working as the Director of Congressional Relations for the National Association of Water Companies in Washington, D.C., an industry organization founded in 1985 to promote the value of the private sector as the provider of quality and sustainable water services and innovative solutions. He worked as the group's investor-owned water industry Congressional lobbyist from 1991 to 1994, presenting the industry's views on such issues as the tax on contributed capital and the Safe Drinking Water Act.

Mr. Good began his professional career as a Deputy Legislative Director in the office of U.S. Senator Harry Reid (D-Nev.). In that role, he was responsible for managing the legislative staff, developing the annual legislative agenda and overseeing economic, transportation and housing issues.

### Key Experience:

- **2012-Present: Interim Executive Manager – PWSA and Executive Vice President - Veolia Water North America Operating Services, LLC – Pittsburgh, Pennsylvania**
  - Provides leadership and management team for a Veolia staff group, supported by PWSA managers and employees, that is involved in providing oversight and support for the water and wastewater operations of the PWSA. This agency hired Veolia Water to provide interim executive management services, leading 270 public employees in the delivery of efficient water and wastewater services to more than 300,000 people in the greater Pittsburgh area. A team of water and wastewater experts from Veolia are working to help PWSA improve the utility's customer service and performance levels.
  - Early quick-wins under Phase 1 of the project involved first optimizing water production run-times at the membrane plant, which will reduce chemical costs by $350,000 annually; and also implementing enhancements at the customer service call center that slashed the call-abandonment rate almost immediately and reduced customer call waiting time by half.
  - Following the delivery of the Phase 1 report, the PWSA's board voted unanimously to extend Veolia Water's contract to continue providing interim executive management services through December 2014. Over $4.6 million in annual savings work have been implemented in Pittsburgh under this partnership.
- **2010-2012: President – Veolia Water North America – West, LLC, and Veolia Water West Operating Services, Inc. - Executive Vice President - Veolia Water North America Operating Services, LLC - Pleasant Hill, California**
  - Provided leadership for Veolia Water's municipal operations in the West region, including O&M and DBO projects. Held direct financial responsibility for a $100 million budget, over 300 employees and the company's performance on any number of metrics, including safety and compliance. The business base of the company covers projects in a service area that includes California, and bordering states, the Pacific Northwest and Hawaii. Responsible for project review, in terms of schedule, budget and work quality, and ensures the commitment of resources.

VWNAOS248155

VEOLIA WATER   **James L. Good** (continued)

- Served as a Principal for the California licensed contracting entity of the company (Veolia Water West Operating Services, Inc., which delivers O&M and related services to clients in the State of California.
- Served as Vice President of Operations for the region, managing an operations group responsible for delivery of O&M and related services to municipal and governmental clients.
- Served as the Interim Project Manager for Veolia Water's wastewater contract with City of Richmond, California. That contract included a $7 million wastewater facility upgrade, as part of a long-term O&M services contact, and a separate O&M and capital repair program for the City's sewer and storm drains.

- **2007-2009: Vice President and Area Manager for California - Veolia Water North America – West, LLC – Pleasant Hill, California**
  - Managed the delivery of O&M and related services under multiple contracts with clients in Northern California. Responsible for P&L, client relations and new business development activities in the service area. Supported business development activities in other parts of the West region.

- **2001–2007: Vice President, Municipal Business Development – Veolia Water North America – West, LLC – Pleasant Hill, California**
  - Had responsibility for sales, marketing and business development initiatives in a service area that covers the Western U.S., the Pacific region and Mexico.
  - Lead the Veolia Water development team and served as the Client Officer for a DBO contract with the City of Richmond, California. The initial contract included responsibility for the design and construction of more than $7 million in capital improvements to bring the system up to optimum operating performance standards. The project began in 2002 when the City of Richmond awarded Veolia Water a $60 million DBO contract to address the needs of its 16-MGD wastewater treatment plant. This 20-year contract involves long-term O&M of the wastewater facilities and included implementation of more than $7 million in capital upgrades and improvements for the wastewater treatment plant. The capital improvements program focused on upgrading, modernizing and automating existing systems at the plant. In a demonstration of its satisfaction with Veolia Water's work, in 2004, the City expanded our scope to include a similar effort to the 185-mile collection system—adding $17 million in capital to our O&M project scope. The scope of work includes a major rehabilitation of the City's collection systems and lift stations, as well as asset management of the systems when capital improvements are complete.

- **1994-2001: Vice President, Corporate Communications and Marketing – California Water Service Company (Cal Water) and Vice President of Marketing for CWS Utility Services – San Jose, California**
  - Served as the Vice President for Corporate Communications and Marketing with Cal Water, a publicly traded firm (NYSE: CWT) , and the Vice President of Marketing for CWS Utility Services, managing business development and marketing for this $250 million investor-owned water utility. Cal Water is the largest investor-owned American water utility west of the Mississippi River and the third largest in the country. Formed in 1926, the San Jose-based company serves more than 460,000 customers through 28 Customer and Operations Centers throughout the state. Cal Water is the largest subsidiary of the California Water Service Group, which also includes Washington Water Service Company, New Mexico Water Service Company, Hawaii Water Service Company, and CWS Utility Services. As a whole, the Group provides high-quality regulated and non-regulated utility services to approximately 2 million people in 100 communities.
  - Responsible for acquisitions and contract opportunities, government relations and public relations, and for establishing, implementing and monitoring corporate strategy across all disciplines.
  - Provided leadership for the company's first long-term lease of a water system in California, as well as into its first out-of-state acquisitions. During this time the company acquired two utility

**VEOLIA** water    James L. Good (continued)

operations in Washington State, through stock purchases valued at $11 million, and acquired two companies in New Mexico, for a cash value of over $10 million.

- Responsible for organizing and hiring staff for business development and public relations departments and overseeing an   annual operating budget of more than $2 million.
- Oversaw federal, state and local governmental relations, public relations, and managed an annual political contributions budge.

- **1991–1994: Director of Congressional Relations – National Association of Water Companies (NAWC) – Washington, DC**

  - Worked with this national industry organization, founded in 1985, to promote the value of the private sector as the provider of quality and sustainable water services and innovative solutions. This organization has served as a credible resource for information about the water issues facing our nation, and the powerful and practical solutions that are available by way of the private water sector.  They are engaged in looking for new solutions to water-related challenges, including aging water infrastructure, limited water supply, and budget deficits that are preventing much-needed investment in the people, technology and facilities required to help ensure reliable water and wastewater services across the country. Through our state and regional chapters, we work closely with legislators at every level of government and support public policies that increase public and private investment in water infrastructure.

  - Worked as the group's investor-owned water industry Congressional lobbyist from 1991 to 1994, presenting the industry's views on such issues as the tax on contributed capital and the Safe Drinking Water Act.

- **1985-1991: Deputy Legislative Director – U.S. Senator Harry Reid (D-Nevada) – Washington, DC**

  - Responsible for managing the legislative staff, developing the annual legislative agenda and overseeing economic, transportation and housing issues.  Held various positions of increasing responsibility.

VWNAOS248157

# William L. Harless



VEOLIA
WATER

## Education:

BS, Chemistry, University of Central Florida

AS, Biology, Mount Vernon Nazarene College, Mt. Vernon, Ohio

## Memberships/ Affiliations:

Water Environment Federation

Florida Water and Wastewater Operators Association

American Public Works Association

International Desalination Association

## Background:

Mr. Harless is Vice President of Operations and an Area Manager with Veolia Water North America – South, LLC (Veolia Water).  In this role he provides oversight, management and support for O&M (operations, maintenance and management) projects in a regional service area that includes the states of Georgia and Tennessee.  Mr. Harless has been involved in providing oversight and support for Veolia Water's long-term O&M partnerships in the region for more than 30 years, and he is a former Project Manager for the ongoing O&M contract with Pigeon Forge, Tennessee.

Mr. Harless has worked with Veolia Water in the South region for more than 34 years, involved in oversight of O&M, design/build/operate (DBO) and related project work.  Prior to his current, he was Technical Support Services Manager for Veolia Water with responsibility for providing transition and support services for O&M, DBO and related municipal and industrial projects in the South region.

Mr. Harless has almost 40 years of overall work experience, most all of which has been spent working in the water and wastewater industry.  He has managed comprehensive O&M projects, which included serving as Deputy Director for the O&M of Puerto Rico's water and wastewater facilities, encompassing facilities throughout the island, and involved managing a staff of over 2,000 in Puerto Rico.

Mr. Harless has also been involved with wastewater system engineering study and rehabilitation projects, including wastewater collection system maintenance, rehabilitation and storm sewer evaluation studies (SSES) and infiltration/inflow (I/I) engineering studies.  In fact, he has participated in more than 100 SSES and I/I projects, as well as more than 50 wastewater collection system rehabilitation projects nationwide.

## Key Experience:

- 2013-Present: Vice President of Operations – Georgia and Tennessee – Veolia Water North America – South, LLC
  - Manages O&M projects, including ongoing contracts and the transition of new operations, for a service area that cover the states of Georgia and Tennessee.  Responsible for providing oversight, management and support for the ongoing contracts for the water and wastewater operations in Fulton County, Georgia.
  - Works as a technical expert resource for the Peer Performance Solutions (PPS) contract with DeKalb County, Georgia.  This contract involves providing a management advisory services study for the County's Department of Watershed Management.
- 2005-Date: Area Manager - Veolia Water North America – South, LLC – Crystal River, Florida
  - Managed and supported project work for municipal clients in the states of Louisiana, Mississippi, Florida, Georgia, as well as operations and projects in the Caribbean region.

**⊘ VEOLIA** William L. Harless (continued)
WATER

- Managed the transition of 60 staff and operations for the Fulton County, Georgia, wastewater operations. This project involves the O&M of three wastewater treatment facilities, 30 pump stations and a grinder station. Manages the ongoing operations and technical support for the Fulton County project and other projects in the region. Ongoing responsibility as technical support services manager for this project, providing management oversight and support.
- Managed the subsidiary business unit in St Maarten, Netherland Antilles that provided DBO and O&M services of both small and large reverse osmosis (RO) water plants in the region.
- Managed the transition of services for small Caribbean operations, water and wastewater, to a new private owner and operator, as well as DBO and startup for new reverse osmosis water systems and wastewater plants in the region.
- **1999-2005: Regional Technical Services Manager – Veolia Water North America – South, LLC**
  - Responsible for coordinating and overseeing the transition of water supply and wastewater systems from private or public operation to contract operations Provided technical and management support for existing Veolia Water projects, as well as for the due diligence process for new projects and the renewal of existing projects.
  - Provided technical and management support to the current Veolia Water O&M Team at the New Orleans' East Bank and West Bank Wastewater Treatment Plants. Served as on-site Manager of Veolia Water's response team responsible for the recovery efforts immediately following Hurricane Katrina in September and October 2005. Worked as part of the O&M team that managed the implementation of some $47 million in hurricane recovery to restore the East Bank plant, which was devastated by hurricanes Katrina and Rita.
- **1997-1999: Startup Director & Pricing Manager – Veolia Water North America Operating Services**
  - Responsible for coordinating and overseeing activities with internal departments to ensure all new projects completed successful transitions and conformed to company standards. Evaluated and estimated new projects nationwide and developed cost proposals and operating plans.
- **1995-1997: Deputy Director – Professional Services Group, PSG (a Veolia Water predecessor)**
  - Managed the utility management contract for the Metro Region (San Juan and immediate area) water and wastewater systems, Puerto Rico. These systems serve a population of 1.4 million, producing 200-MGD of potable water, and treating over 100-MGD of wastewater. The water supply system included three major dams and reservoirs, over 200 lift and pump stations, and some 400,000 connections (residential and commercial). Directly responsible for all aspects of systems operations and managed a staff of approximately 2,000 employees in Puerto Rico.
- **1992-1995: Regional Manager of Client Services – PSG**
  - Supervised and managed operations and budgeting for all projects in the southeastern U.S. to ensure budget and permit compliance.
- **1990-1992: Project Manager – Pikeville, Kentucky - PSG**
  - Managed the O&M of the City of Pikeville, Kentucky's water and wastewater plants; water, gas, sewer, sanitary storm drains, streets and garbage collection. Served as Project Manager for satellite operations project at Clintwood, Virginia, for a 0.5-MGD wastewater treatment facility.
- **1987-1990: Project Manager – Morristown, Tennessee - PSG**
  - Managed the O&M of a 7.5-MGD activated sludge plant, with anaerobic digestion.
- **1987: Project Manager – Pigeon Forge, Tennessee - PSG**
  - Managed the O&M of a 2-MGD tertiary treatment plant and 11 lift stations.
- **1980-1987: Collection System Specialist – PSG - Georgia**
- **1978-1980: Junior Engineer and Collection System Specialist – Penetryn Systems, Inc., Florida**
- **1976-1978: Labor Foreman – J.A. Jones Construction Company, Florida**
- **1974-1976: Labor Foreman – Ken Smith Construction Company, Florida**

CONFIDENTIAL

# Latricia Hill-Chandler



**Education:**

MS, Management
(Cum Laude),
Indiana Wesleyan
University,
Indianapolis, Indiana

BA, Marketing
(Cum Laude),
LeMoyne-Owen
College, Memphis,
Tennessee

**Memberships/
Affiliations:**

Graduate of Diversity
Leadership Academy
of Greater Indianapolis,
2008, American
Institute for Managing
Diversity

Board of Directors, IPS
Education Foundation

Women's Enterprise
National Council
Certification
Committee (WBENC)
(Great Lakes division)

**Recognition:**

Indianapolis Choice-
Avatar of the Year,
presented by the
National Association of
Women Business
Owners, Indianapolis,
(NAWBO), 2009

Buyer of the Year
Award, presented by
the Indiana Minority
Supplier Development
Council, 2006 and 2010

Peer Recognition
Award, presented by
the HUsB Coordinators,
2010

Champion of Diversity
Award, Indianapolis
Recorder and Indiana
Minority Business
Magazine, 2012

## Background:

Ms. Hill-Chandler is the corporate Manager for Supplier Diversity with Veolia Water North America Operating Services, LLC (Veolia Water). She works as part of the company's North American procurement and sourcing group. This group support the company's water, wastewater and related operations, maintenance and management (O&M), design/ build and design/build/operate projects in North America.

Ms. Hill-Chandler has overall responsibility for managing Veolia Water's outreach and diversity programs for subcontracting and procurement. This includes involvement in procurement efforts for new projects, as well as support for subcontracting related to existing project work. She is engaged in managing the company's supplier database, working with disadvantaged and small businesses to identify potential subcontracting role, as well as for managing outreach activities.

Over the past months she has been engaged in working with the Veolia Water team in New Orleans to help to build the enhanced economically disadvantaged business enterprise (EDBE) involvement program that we have proposed for this new contract. Ms. Hill-Chandler will remain engaged in the project under the new contract, assisting with EDBE recruitment, monitoring and reporting. Over the course of the current and past contracts, Veolia Water has always met, and most often exceeded, the EDBE involvement goals set by the Board. With the new goal of 30% involvement established for the renewal contract, we refocused our efforts to find new ways to provide meaningful roles as part of our team. This work has included managing an outreach event, interviewing and prequalifying potential EDBE firms, and helping with the final selection of the team proposed.

Ms. Hill-Chandler has also played a similar role on other recent proposals to clients including DeKalb County, Georgia, and the City of Philadelphia, Pennsylvania. She is also engaged in expanding the company's outreach programs for minority-owned, woman-owned and other classes of small and disadvantaged business enterprise firms.

Prior to joining Veolia Water in 2013, Ms. Hill-Chandler managed supplier diversity programs for the Indianapolis Public Schools and Indiana University. Her corporate experience includes work with Cummins Inc. and their Diversity Procurement Manager.

## Key Experience:

- **5/2013-Present: Supplier Diversity Manager – Procurement & Sourcing Group - Veolia Water North America Operating Services, LLC - Indianapolis, Indiana**
  - Manages diversity and business outreach efforts for new and existing contracts, as well as corporate program focused on enhancements in these areas. Works as part of Veolia Water's procurement and sourcing function that supports Veolia Water's operations in the U.S., Canada and the Caribbean.

VWNAOS248160

VEOLIA   **Latricia Hill-Chandler (continued)**

- **2007-2013: Director for Supplier Diversity, Indianapolis Public Schools (4/2007-2013) and Central Indiana Educational Service Center (2009-2012) – Indianapolis, Indiana**
  - Responsible for advising 18 Superintendent's and Board of Commissioners on procurement policies and program applications to expand the partnership of qualified minority-owned (MBE) and women-owned (WBE) firms in all aspects of contracts and purchasing.
  - This work included: oversight and monitoring of budget expenditures exceeding $2 million dollars; development of regulatory guidance/training to ensure compliance with federal, state, and local procurement directives; executing supply chain processes and procedures to increase competitive access for large volume contracts; developing supplier diversity strategy to guide inclusive procurement decision making for all purchases and contracts; creating and defining programs for 18 member districts of the Central Indiana Educational Service Centers (CIESC); and conducting training and associated materials for employees who interact with small businesses.
- **2004-2007: Director of Business Diversity and Compliance Programs - Indiana University, Indianapolis, Indiana**
  - Worked as an in-house Subject Matter Expert with management responsibilities for ensuring compliance with EEO and Supplier Diversity.  This role involved: executing supply chain and workforce procedures to ensure opportunity and access for diverse candidates; maintaining Contract Compliance responsibilities including quarterly reporting, supplier sourcing, and data management; developing relationships with MBE/WBE advocacy groups to effectively represent Indiana University's commitment to diversity and inclusion; performing statistical analysis of purchases and contracts to identify areas of under utilization; developing marketing tools including brochures and advertisements which conveyed the university's commitment to diversity and EEO; contract monitoring and reporting to ensure compliance with federal regulations; and creating a database to collect data for various reporting requirements
  - Responsible for all federal and state reports for compliance related to purchases of goods, services, and construction.  Held responsibility and authority for budget expenditures under the office of business diversity and compliance.  Developed a state institution wide Diversity Advisory council.
- **2002-2004: Corporate Diversity Procurement Manager – Columbus, Indiana**
  - Held professional level responsibilities for policy and management over a corporate-wide Supplier Diversity Program, which included: developing template for corporate programs in supplier diversity, and compiled data on diversity spend for 22 plants, 19 domestic and three international , for reporting to Chrysler, Corporate Directors, and Government requirements; involved in sourcing selection of viable MBE/WBE business candidates for  indirect purchasing and contracts; worked as a member of the Six Sigma Project team for increasing Diversity spend; hosted the Cummins Inc. Diversity Procurement Conference 2003.  Served as the SBLO (Small Business Liaison Officer) for Cummins Inc., interfaced with various operational functions to ensure corporate buy in support of supplier diversity, and served as the HUsB Coordinator for the city of Indianapolis.
- **1998-2002: Indirect Purchasing Manager - Cummins Inc., Diesel Recon, Memphis, Tennessee**
  - Worked as the Senior Supply Chain Manager with responsibilities for cost containment, operational efficiency, and financial integrity.  Held management responsibility for operational budget for four departments exceeding $50 million, and signature authority and approval over all purchases within Recon Memphis Plant.
  - Other responsibilities included: facilitating the introduction of an Integrated Supply Management system; implementing an electronic purchase order systems; and managing a Diversity Procurement program; contract negotiations and agreements.  Managed a staff of six employees (union and non-union) within Purchasing Department, and served as the co-facilitator of the local Diversity Council.

VWNAOS248161

# Steven J. Kruger



**Education:**

BS, Civil Engineering, Tufts University

**Registrations:**

Grade 7, Wastewater Operator Certification, Massachusetts

Department of Public Safety, Licensed Construction Supervisor

**Memberships:**

Water Environment Federation

American Water Works Association

New England Water Pollution Control Association

American Management Association

**Awards:**

"The Governor's Citation for Outstanding Performance for Service to the Metropolitan District Commission" (awarded in 1984)

"Citation for Expertise and Dedication April 1983" from M.D.C. Commissioner

"Citation for Expertise and Character During Emergency of May 1983" from Sewage Division Director and M.D.C. Commissioner

"Citation for Extraordinary Efforts During Emergency Conditions July 1981" from M.D.C. Commissioner and Governor

## Background:

Mr. Kruger is an Operations Vice President with Veolia Environnement in the South region of the company's Municipal and Commercial services group. This group is responsible for operations of the services provided by Veolia Water and Veolia Energy in the region. In this role, he provides oversight for the delivery of operations and asset management services in an area that includes the states of Louisiana and Florida, as well as projects and operations in the U.S. Virgin Islands.

Mr. Kruger, prior to moving to his current role, served as Vice President and Operations Manager for Veolia Water North America – South, LLC (Veolia Water). This involved for managing and supporting operation, maintenance and management (O&M), design/build/operate (DBO) and related projects and operations in the region.

Prior to joining Veolia Water, Mr. Kruger worked in management roles with the Massachusetts Water Resources Authority on the Boston Harbor Cleanup program. This work involved developing operations policies and procedures for a new 900-MGD wastewater treatment plant and four associated headworks. He also developed an U.S. EPA-approvable user charge and industrial cost recovery system to assess each of the 43 commission-member communities their proportionate share of wastewater service costs.

Mr. Kruger has more than 37 years overall experience in the water and wastewater industry, and has worked with Veolia Water for more than a quarter century. His diverse background includes regional management and direction of multiple projects to ensure client satisfaction, contract compliance and budget control. Mr. Kruger's technical expertise and experience includes: directing preparation of plans, specifications and cost estimates for maintenance activities; and for reviewing plans, specifications and estimates prepared by consultants for major repair, construction and alteration projects in order to determine compliance with company, industry and permit standards.

## Key Experience:

- **2013-Present: Vice President – Operations – Veolia Environnement North America – Tampa, Florida**
  - Works as part of the regional management team for water, wastewater and energy services operations delivery to clients in a service area that includes the states of Louisiana and Florida, as well as projects and operations in the U.S. Virgin Islands.
  - Serves as project Principal and manager for operations in the region.
  - Manages the company's asset management (underground and above-ground) services and operations in the South region.
- **2005-2013: Vice President and Operations Manager – Veolia Water North America – South, LLC – Tampa, Florida**
  - Managed Veolia Water's regional operations and projects in a regional service area that includes the states of Louisiana, Mississippi, Alabama, Georgia and Florida.

VWNAOS248162

VEOLIA  **Steven J. Kruger** (continued)

- Served as the project Principal and management support resources for projects, including:

  New Orleans, Louisiana - Serves as a project Principal and Operations Manager for Veolia Water's current contract with the Sewerage & Water Board of New Orleans, Louisiana. This system serves a population base of over 300,000 and includes the 122-MGD East Bank pure oxygen wastewater treatment plant and the 20-MGD West Bank trickling filter plant. The ongoing work in New Orleans includes O&M of the wastewater treatment plants, as well as separate hurricane recovery projects addressing capital project needs of sewer and pump station facilities. Responsible for project review, in terms of schedule, budget and work quality, and ensures the commitment of resources. In this role, provides oversight and support to the operations project, ensuring the commitment of resources and expertise to the O&M team to address both routine and emergency needs. Additionally, worked as part of the emergency response team that was mobilized to New Orleans in response to the damage resulting from Hurricane Katrina in 2005. This Veolia Water response team helped to restore operations at the Board's East Bank and West Bank plants.

  Tampa Bay Water, Florida - Served as Project Director and Principal for multiple projects with Tampa Bay Water, Florida's largest wholesale supplier. This agency supplies water to nearly 2.5 million consumers in a three-county area, and work has included the DBO expansion (to a treatment capacity of 120-MGD) for the Surface Water Treatment Plant, originally build by Veolia Water using a DBO approach. Directed an EPCM (engineering-procurement-construction management) project team involved in building the new Lithia Hydrogen Sulfide Removal Facility. This 45-MGD ozone treatment system has a design ozone dosage of 8 mg/L, and includes: an ozone generation system/control building with liquid oxygen (LOX) storage facility; sidestream ozone injection system and associated pump station; an in-ground pipeline ozone contactor and dissipation chamber; and a 20-MGD high service pump station with associated chemical feed facilities. Raw water will be supplied from the South Central Hillsborough Regional Wellfield through 17 existing wells. The projected hydrogen sulfide removal facility flow rate range includes a minimum sustained flow of 7.5 MGD, an average flow of 24-MGD and a maximum flow of 45-MGD. The facility was completed and brought on-line in 2013.

- **1989-2004: Various Management Positions – Veolia Water Operating Services, LLC**

  - 1993-2004 – Responsibilities included management of Veolia Water projects in the states of Massachusetts, Connecticut, Rhode Island, New York, New Jersey, Vermont, and New Hampshire, to ensure permit compliance and budget control. Additional responsibilities included serving on the company's Management and Risk Management Committees to provide input on all matters related to operations, including strategic planning and risk and business decisions.

  - 1990-1993 – Responsibilities included management of multi-state projects for Veolia Water to ensure permit compliance and budget control.

  - 1989-1990 – Responsibilities included management of an 18-MGD tertiary wastewater treatment plant and a 24-MGD water treatment plant including, but not limited to, all aspects of budget and process control for Brockton, Massachusetts.

- **1976-1989: Various Management Position - Massachusetts Water Resources Authority – Boston, Massachusetts**

  - Recommended operating policies and established procedures for operation and maintenance of the new 900-MGD wastewater treatment plant and its four associated headworks, while working with the Massachusetts Water Resources Authority on the Boston Harbor Project. Managed 201 and 208 projects in the range of $200,000 to $750,000. Developed an EPA-approvable user charge and industrial cost recovery system to assess each of the 43 commission-member communities their proportionate share of wastewater service costs.

  - Responsible for directing the industrial waste program consisting of three sections: inspections, sampling and enforcement and municipal and industrial permitting.

# Lanita McCauley-Bates, Esq.

### Education:

JD, Indiana University, 1998

BS, Management, Human Resources and International Business, 1995

### Certification:

Indiana State Bar, 2000

United States District Court - Southern District of Indiana, 2000

United States District Court – Northern District of Indiana, 2000

### Memberships/ Affiliations:

National Coalition of 100 Black Women

Community Development Law Center Board Member

Association of Corporate Counsel

American Bar Association

YWCA Board Member

## Background:

Ms. McCauley-Bates is an Executive Vice President with Veolia Water North America Operating Services, LLC (Veolia Water) and manager for the firm's operations in the West region.  In that role she manages the delivery of operations, maintenance and management (O&M) and other related services for a region that covers the Western U.S. and Canada, along with the Pacific region.

Prior to this, Ms. McCauley-Bates served as the Senior Counsel for Veolia Water North America – West, LLC, and its subsidiary company Veolia Water West Operating Services, Inc. (the California-licensed contractor entity of our company).  In that role, she supported the regional business operations, and also provided legal support for other major projects in North America.  This included Peer Performance Solutions (PPS), design/build/operate (DBO) and other project delivery models.

Ms. McCauley-Bates has over 13 years of experience in corporate law, and she served as the Veolia Water Corporate Attorney for the water O&M contract with the City of Indianapolis, Indiana.  She is a graduate of the Indiana University School of Law Accelerated Program, where she worked as a certified legal intern at two legal clinics and earned the ability to litigate civil cases with attorney supervision. She also attended the Helsinki School of Business and Economics in Mikkeli Finland and has traveled extensively in Europe.

Prior to joining Veolia Water, Ms. McCauley-Bates worked as a Sole Practitioner in the State of Indiana.  As part of her business law practice, she regularly advised clients regarding contractual matters.  Her services in this area included drafting corporate documents, preparing terms and conditions for commercial contracts, and analyzing and interpreting business contracts for clients in various contexts. Ms. McCauley Bates' business clients ranged from large corporations and small businesses to private partnerships and individuals.

## Key Experience:

- **2013-Present: Executive Vice President – Veolia Water North America Operating Services, LLC/Veolia Water North America – West, LLC/ Veolia Water West Operating Services, Inc.**
  - Manages the municipal and commercial business operations of Veolia Water and Veolia Energy companies in the West region.
  - Works as part of Veolia Water's national corporate support team for major water, wastewater and energy related programs in North America.

- **2011-2013: Senior Counsel – Veolia Water North America – West, LLC – Pleasant Hill, California**
  - Managed the legal and contracts support function for Veolia Water in California and the Western U.S.
  - Worked as part of the company's North American legal team, supporting O&M, DBO, PPS and related contract work throughout North America.

CONFIDENTIAL

VEOLIA WATER   Lanita McCauley Bates, Esq. (continued)

- Responsible for negotiating terms and conditions of existing and new contracts, drafting and reviewing contracts and providing legal analysis and advice when necessary.

- **2003-2011: Corporate Counsel – Veolia Water Indianapolis, LLC - Indianapolis, Indiana**

  - Served as part of the management team for the company that was charged with managing the water system providing service to almost a million in Central Indiana.  The scope of this contract involved operating, maintaining and managing a water treatment, storage and supply system, a customer service organization responsible for meter reading for some 310,000 connections in the City of Indianapolis.

  - The service area also included an additional 15,000 connections through contracts with surrounding communities, as well as billing and revenue collection for 600,000 accounts.

  - The contract also included a capital project component, and Veolia Water managed and implemented in excess of $200 million in capital work to improve the City's aging water infrastructure.

  - Responsible for ensuring compliance with the Indianapolis Department of Waterworks Management Agreement, serving as a legal liaison between Veolia Water and the Department of Waterworks. Other responsibilities include claim management/litigation, contract administration, easement review, incentive negotiation and national employment issues.

  - Served as a part of the transition management team responsible for managing the transfer of the water operations (owned by the City) to a new owner and operator.  The sale of the City's water treatment and supply assets was completed in 2010, and the transition of services was completed in August 2011.

- **2001-2003 – Sole Practitioner – Law Office of McCauley Bates**

  - Practice included business transactions, bankruptcy, family law and personal injury. Litigation in family law and other civil actions. Contract work for utilities and small to medium sized organizations.

# Timothy J. Muirhead, P.E.



### Education:

MS, Environmental Engineering, Colorado State University, 1987

BS, Chemical Engineering, Colorado State University, 1986

### Registrations/ Certifications:

Registered Professional Engineer, Tennessee, 1999

Management Certificate, Water/Wastewater Plant Operations School, Boulder, Colorado, 1989

Class IV Wastewater Treatment Operator, ABC Certified Environmental Operator, 1997

Wastewater Operator's Licenses in Colorado, Massachusetts, New York, and Pennsylvania

Industrial Wastewater and Water Works Operator's License, Colorado, 1987

### Memberships/ Affiliations:

Uhl T. Mann Award – New York Wastewater Facility Operations, 1994 Recipient

Water Environment Federation (WEF) and Tennessee WEF Association

## Background:

Mr. Muirhead is a Vice President for Account Management with Veolia Water in the East region, supporting the project work for Veolia Water companies in the region.  He also provides leadership for the company's sludge (biosolids) development and operations support activities in the North American market, and additional support global projects.

In his current role, Mr. Muirhead supports large account management activities within the business operations group of regional companies that provide operations, maintenance & management (O&M), design/ build/operate (DBO) and other services to municipal, other government and industrial clients.  He also has responsibility for leading Veolia Water business teams delivering scope expansions, technology offerings and service contracts renewals.  Mr. Muirhead also serves as a key Project Developer, Technical Manager and Business Account Manager, for many of Veolia Water's large water, wastewater and biosolids management facilities O&M contracts with municipal clients.

Mr. Muirhead has more than 25 years of municipal and industrial project process engineering, operations and facility management experience in water and wastewater treatment, biosolids management and in-vessel composting facilities. He has been involved with engineering, operations and management for wastewater plants (18.5-MGD to 185-MGD), in providing support services for process control and operations of oxygen activated sludge plants (210-MGD to 1.2-BGD).  Mr. Muirhead has also been involved in implementing facility management programs, process improvements, odor control system retrofits and product marketing plans at in-vessel biosolids composting facilities, ranging in size from 14.3 dry tons per day (DTPD) to 45 DTPD.  He has developed new business accounts and provided on-going technical support for biosolids thermal drying facilities ranging in size up to 200 DTPD and thermal incineration facilities ranging in size up to 84 DPTD.

## Key Experience:

- **2004-Date: Vice President - Account Management  (East region) – Veolia Water North America –South, LLC - Knoxville, Tennessee**

  - Serves as the East region business and account manager for Veolia Water's O&M projects in the region.  Role involves providing management and technical leadership for regional operations.

  - Developed the concept of a scalping dryer for the 40-DTPD fluidized-bed incinerator at the New Orleans, Louisiana, 120-MGD East Bank Wastewater Treatment Plant, to yield significant fossil fuel savings.

  - Provided conceptual design, technical and commercial contracting support work for a new 40-DTPD thermal dryer system at Veolia Water's 134-MGD Wilmington, Delaware, wastewater treatment facility O&M project site.

  - Provided leadership for the procurement, contract negotiation and startup support for a new wastewater project in Fulton County, Georgia, involving O&M of three wastewater plants (including a new submerged membrane bioreactor treatment plant) and 38 lift stations, as well as support to an O&M staff of 60.

- **2002-2003: Vice President of Biosolids Market Development (2002-2003) and Residuals Product Manager (1995-2001) – Veolia Water North America Operating Services, LLC – Knoxville, Tennessee**
  - Provided oversight and management for the biosolids/residuals business in North America.
  - Developed the company's biosolids/residuals business initiative and coordinated strategy implementation, including growth of new business and performance enhancement of existing business that promotes Class A technologies and the production of Exceptional Quality (EQ) products for bulk market, sales and distribution.
  - Responsible for providing technical assistance in the process development of the 84-dtpd Toronto, Ontario organic fertilizer facility using the SEGHERS drying/pelletization technology and the development of the 31,000-tpy dried and pelletized product marketing and distribution program.
  - Involved in the development of a design/build/operate beneficial-reuse biosolids project for the Metropolitan Water Reclamation District of Greater Chicago (MWRD). Developed the dried product marketing and pellet distribution program at this facility, the third largest Class A biosolids facility in the U.S.
- **1994-1995: Area Manager of Client Services – Veolia Water North America Operating Services (Professional Services Group, PSG, a predecessor company) – Knoxville, Tennessee**
  - Responsibilities included assisting the Regional Manager in the management of the mid-Atlantic Region, which consisted of 12 wastewater treatment plants and three in-vessel biosolids composting facilities. Provided support to facility managers, project technical support, wastewater process control and biosolids management plans, regional financial analysis, client relations and new business offerings.
- **1991-1994: Project Manager – Veolia Water (PSG) - Schenectady, New York**
  - Managed the contract with Schenectady, New York, to provide operations and maintenance of an 18.5-MGD secondary treatment plant, 15-dtpd in-vessel biosolids composting facility, seven pump stations and industrial pretreatment program.
- **1990-1991: Special Projects Manager – Veolia Water (PSG) – Knoxville, Tennessee**
  - Responsible for developing and implementing an operations assistance and process control plan for the 210-MGD oxygen activated sludge treatment plant at the Southwest Water Pollution Control Plant in Philadelphia, Pennsylvania.
  - Assisted in the operability and process control review for the high-purity oxygen activated sludge system at the 1.2-BGD Deer Island facility for the Massachusetts Water Resources Authority's Boston Harbor project.
- **1989-1990 – Process Engineer – Metro Wastewater Reclamation District - Denver, Colorado**
  - Responsible for the technical management of operations and process control of all liquids treatment facilities at a 185-MGD advanced secondary treatment plant.
- **1987-1989 – Operations Specialist – Metro Wastewater Reclamation District - Denver, Colorado**
  - Assisted in the technical management of operations and process control of all liquid treatment and solids processing facilities. Provided technical direction in the daily operations of a high purity oxygen activated sludge plant with cryogenic oxygen production system.

# Rod Naylor, CEng.

 VEOLIA

## Education:

Graduate,
Australian Institute of
Company Directors
(Order of Merit),
(GAICD),
2007

MBA (Merit),
University of
Newcastle, Australia,
1999

Graduate Diploma,
Marketing,
University of
Newcastle, Australia,
1997

Bachelor of Chemical
Engineering (Honors),
University of
Newcastle, Australia,
1991

Chartered Engineer,
UK (CEng)

## Background:

Mr. Naylor is the General Manager for the Peer Performance Solutions (PPS) business unit, which is part of the Municipal and Commercial Solutions team of Veolia Environnement in North America.  This group is responsible for new business development for performance projects that encompass the water/wastewater and energy business groups.

In his current role, Mr. Naylor provides leadership for all ongoing PPS projects in North America, and is the responsible manager for the PPS contract with New York City, New York.  Under that ongoing contract Veolia Water is working with the City's Department of Environmental Protection (DEP), the largest water and wastewater utility in the U.S., to implement operational performance improvements that are delivering significant efficiencies and savings for the City's water and wastewater operations.

Mr. Naylor has more than 25 years of overall water industry experience, which includes operational management and executive roles on large infrastructure projects/programs.  He also has extensive experience with capital project governance committees and alliance leadership teams.

Mr. Naylor joined the Veolia team in North America in 2013 after working in leadership/management roles for operations groups and projects in Australia and New Zealand.  He first joined the company in 1998.  While working in Australia, Mr. Naylor provided leadership for Veolia Water's technical and engineering departments, which include managing new project development and construction.  He was also a member of the Board for Veolia Water Australia and Veolia Water New Zealand.

## Key Experience:

- 2013-Present: General Manager - Peer Performance Solutions - Municipal and Commercial Solutions - Veolia Environnement North America – New York, New York

  - Manages a group that is responsible for the delivery of services under ongoing PPS projects with: the City of Winnipeg, Manitoba, Canada (alliance partnership of wastewater capital program); the Pittsburgh Water and Sewer Authority (management assistance for water and wastewater operations); and New York City, New York (operations efficiencies program for water and wastewater facilities).

  - Serves as the General Manager for the Consultant on Operational Efficiencies Program with New York City's DEP.  The work, completed in two stages, first involved completing operations efficiency studies for New York City's water and wastewater operations, which meets the needs of more than nine million people.  Currently working on the Phase 2, implementation phase under a four-year contract.

    - Plans and coordinates the overall work to support individual initiative, study, evaluation and implementation teams.  Provides problem solving and decision-making for specific projects.

    - Works closely with DEP staff to assess improvement opportunities, to develop recommendations for the improvement initiatives, and to assist with the implementation of selected initiatives.

VWNAOS248168

**VEOLIA**   Rod Naylor, CEng. (continued)

- **2006-2012: Executive Director – Veolia Water Australia – Sydney, New South Wales, Australia**
  - Reporting to the Australian subsidiary's Chief Executive Officer, was responsible for leading the growth and development of the company's portfolio of long-term operations, maintenance and management (O&M) contracts by securing and implementing new projects in the Australia and New Zealand markets.
  - Managed the corporate technical activities of engineering and project delivery, environment and sustainability, as well as business systems and marketing.
  - Served as a member of the Veolia Water Australia Executive Management Team and Director of Veolia Water Australia and Veolia Water New Zealand.  Additionally served as a member of the Veolia Water Asia Pacific Management Committee.
  - Served as the Chairman and Contractor's Representative, 2009 through 2012, Project Alliance Leadership Group for the Networks Alliance Project II.
    - Responsible for bidding and securing the $1.1 billion Gold Coast Desalination Alliance project, leading the proposal phase and commercial negotiations before accepting the position of Chair of the Alliance Leadership Team (ALT) for the first four years of the project, and then remained as an ALT member in the operating phase.  The plant helps to provide a safe, reliable, long term water supply to South East Queensland, and marked the first-large scale desalination facility on Australia's eastern seaboard, with the capacity to provide drinking water to 650,000 people. The plant is a key part of the Queensland Government's South East Queensland Regional Water Strategy which includes the $9 billion (Australian dollars) Water Grid. This grid enables water to be transported from surplus areas to those in shortage, and includes new pipelines, dam upgrades, a major water recycling project (the Western Corridor Recycled Water Project) and the Gold Coast Desalination Plant.
- **2001-2006: Chief Operating Officer – Veolia Water Australia – Sydney, New South Wales, Australia**
  - Responsible for the management of Veolia Water Australia's portfolio of contracts (operations and maintenance, design-build-operate, and build-own-operate-transfer), and for leadership of the group's technical and managerial staff.
  - Had direct-line management responsibility for the operations company in Australia (General Water Australia), with involvement in the implementation of new projects.
  - Served as a Board Member of a Veolia Water subsidiary (United Water International Pty. Ltd) on a delegated management contract with the City of Adelaide, Australia (water operations serving more than 1 million people in one of the largest cities in Australia).
- **2000-2001: General Manager – General Water Australia Pty. Ltd (Veolia Water) – Sydney, New South Wales, Australia**
  - Responsible for the day-to-day management for this Australian operations subsidiary of Veolia Water's parent company (Compagnie Générale des Eaux, CGE).
  - Responsible for head office and daily plant management, reporting to the Managing Director, which included: plant operational performance; budget performance; client and contract management; quality assurance and environmental management systems; regulatory interfaces; human resources and enterprise bargaining; and the supervision of plant managers, plant supervisors, and engineering, technical and administration staff.
  - Responsible for the operations and maintenance and asset management of two build-own-operate- transfer (BOOT) water treatment plant projects (Wyuna Water Treatment Plants) located in southern Sydney.  Served as the Contractor's Representative and Quality Assurance (QA) Representative for these projects.

VWNAOS248169

VEOLIA  **Rod Naylor** (continued)

- Acted as Project Director for the Aqua 2000 project, including leading the design and construction phase, and startup and operations, for this $100 million project.  Project involved the construction of three advanced CMF-S/Ozone/BAC water treatment plants under a 25-year BOOT type contract.
- **1998-1999: Major Projects Engineer – Veolia Water Australia (CGE Australia) – Sydney, New South Wales, Australia**
  - Responsible for development and implementation of major projects in the water industry, from the initial stages of client contact, through the process of bidding and contract negotiation, and then into project implementation.  Work involved process engineering, contract and project management, establishment of operations, and plant commissioning.
- **1995-1998: Principal Engineer and Manager for Sydney Operations – Hunter Water Australia – Sydney, New South Wales, Australia**
  - Founding member and Principal Engineer in the consultancy division owned by Hunter Water Corporation, providing process engineering consulting services and general water engineering services to municipal clients in Australia and New Zealand.
- **1993-1995: Senior Process Engineer (Water) –  ACER Environmental – United Kingdom**
  - Member of the UK water process engineering team, providing process analysis and advice to a range of clients, including engineering divisions of Acer Group, operational divisions of water utilities, and the Acer Group's project scientists.
- **1990-1993:  Process Engineer Water Treatment –  Hunter Water Corporation – Sydney, New South Wales, Australia**
  - Responsible for all aspects of daily operations and process engineering of the corporation's six water treatment facilities and major catchments.
  - Specific duties included operations problem solving, budgeting, strategic and resource security planning, and reporting to all levels of management.
- **1986-1990: Cadet Chemical Engineer – Hunter Water Corporation – Sydney, New South Wales, Australia**
  - Completed training with the Hunter Water Corporation, gaining practical experience in all facets of water utility operations while completing undergraduate degree in Chemical Engineering.

CONFIDENTIAL

# Keavin L. Nelson, P.E.



## Education:

BS, Civil Structural Design/Construction Management, Pennsylvania State University, 1977

MBA studies in progress, Pennsylvania State University

## Registrations/ Certifications:

Registered Professional Engineer Pennsylvania

Grade AO STP Wastewater Treatment Certification, Pennsylvania

**Background:**

Mr. Nelson is a Senior Vice President with the Municipal and Commercial operations of Veolia Water and Veolia Energy in North America.  In this role, he provides oversight for the delivery of operations services to both government and commercial clients.

Mr. Nelson, prior to moving to his current role, served as the President for Veolia Water's operations in the Northeast and South regions, as well as Executive Vice President for Veolia Water North America Operating Services, LLC (parent company for Veolia Water's regional operations groups).  In these regional roles, he held responsibility for managing a business operations group providing operations, maintenance and management (O&M), design/build/operate (DBO) and other related services to municipal, other government and industrial projects.

Prior to this, Mr. Nelson served as the Vice President of Operations and the Capital Programs Management (CPM) group in the Northeast. In that dual role, he focused on managing, supporting and growing the existing O&M business, and also developing capital project opportunities with existing and new clients in the region.  This included directing and supporting design/build, DBO and capital project work at O&M projects.

Mr. Nelson has over 37 years of progressively responsible experience in the water and wastewater service industry, over 20 years of senior level management. This included responsibility for multi-site operations, profit and loss, strategic planning, process re-engineering, design/build project team development, management and execution, business development and client and labor relations.  With Veolia Water, he has served in a variety of roles, ranging from Development Manager to Vice President of Operations for North America.

**Key Experience:**

- 2013-Present: Senior Vice President – Municipal and Commercial Operations – Veolia Environnement North America – Boston, MA

  - Works as part of the North American management team for water, wastewater and energy services operations in North America. Responsibilities include oversight of business operations and compliance with environmental, health and safety compliance.

  - Serves as part of the oversight, management and support team for ongoing Peer Performance Solutions (management assistance services contracts) with:

    - Pittsburgh, Pennsylvania - The Pittsburgh Water and Sewer Authority (PWSA) hired Veolia Water to provide interim executive management services, leading 270 public employees in the delivery of efficient water and wastewater services to more than 300,000 people in the greater Pittsburgh area.  The work focused on helping to improve the utility's customer service, and the company developed specific recommendations for improvement and supports implementing initiatives aimed at reaching new performance metrics--identifying measures that will lead to $2 million of annual recurring savings.

VEOLIA **Keavin L. Nelson, P.E.** (continued)
WATER

- **New York City, New York** – Involved with providing management oversight and support for this ongoing project which has involved completing operations efficiency studies for New York City's water and wastewater operations, which meets the needs of more than nine million people. The operations covered under this process included the City's 14 wastewater plants, together treating 1.3 billion gallons of flow each day, with more than 6,000 miles of sewer lines, which meets the needs of more than 9 million people. The assessment phase was completed in June 2012, and identified utility-approved opportunities that are expected to save the City $108 million – $130 million per year. Veolia Water is currently working on the implementation phase, which will cover five years, and this has included more than $16 million of yearly savings, which have been delivered in line with the implementation phase's schedule.

- **2010-2013: President – Veolia Water North America – Northeast, LLC and South, LLC - Executive Vice President Veolia Water North America Operating Services, LLC – Brockton, MA**
  - Provided leadership for Veolia Water's municipal operations and projects in the Northeast and Southeast regions. This included serving as Project Principal for major contracts, including:
    - **New Orleans, Louisiana** – Provided oversight for Veolia Water's ongoing contracts with the Sewerage & Water Board of New Orleans. The ongoing work in New Orleans includes O&M of the East Bank and West Bank wastewater treatment plants, as well as separate hurricane recovery projects addressing capital project needs of sewer and pump station facilities
    - **Tampa Bay Water, Florida** – Provided oversight for multiple projects (O&M, DBO and EPCM) with Tampa Bay Water, Florida's largest wholesale supplier. This agency supplies water to nearly 2.5 million consumers in a three-county area.

- **2009-2010: President – Veolia Water North America – Northeast, LLC – Brockton, MA**
  - Managed the Northeast LLC, a regional operations group delivering O&M, DBO and related services to municipal and industrial clients in the Northeast region and New York State. Key project experience includes ongoing O&M contracts with:
    - **Cranston, Rhode Island** - Served as Project Principal and supports capital management efforts for the City's entire wastewater treatment system, which includes a 20.2-MGD activated sludge wastewater treatment plant, 240-miles collection system, 22 pump stations and biosolids disposal of 2,737 dry tons per year (dtpy).
    - **Smithfield, Rhode Island** - Served as Project Principal and supports capital management efforts for the City's DBO contract for its 3.5-MGD Envirex activated sludge wastewater treatment plant, which is undergoing design/build upgrades to meet new environmental discharge requirements – the most stringent in the state. This long-term O&M contract was recently renewed for a new 10-year term that will carry this partnership through 2023.

- **2005-2008: Vice President – Operations/Capital Programs Management Group – Veolia Water North America – Northeast, LLC – Brockton, MA**
  - Provided oversight, management and support for Veolia Water's O&M and related projects in the Northeast business center. Served as regional Engineering Services Manager with Veolia Water's CPM group in the Northeast.

- **2001-2005: Regional Vice President of Municipal Business Development and Technical Manager – Veolia Water North America Operating Services – Philadelphia, PA**
  - Responsible for the development and execution of municipal infrastructure and utility system privatization opportunities in a six-state region.

- **2000-2001: General Manager, North Region – ADS Environmental, Inc. – Philadelphia, PA**
  - Managed all metering and assessment contracts, including profit and loss, marketing, and resource management. Services included sewer flow surveys, sanitary sewer evaluation surveys,

VWNAOS248172

VEOLIA
WATER   **Keavin L. Nelson, P.E.** (continued)

metering equipment sales and installation, with regional gross revenue of $12 million.  Managed marketing and operations staff for a 15-state territory.

- **1997-2000: Vice President of Engineering – U.S. Water, LLC – Philadelphia, PA**
  - Directed the engineering and technical approach in the development of privatization project proposals.  Operations responsibility included management of privatization transition, labor contract negotiations, process and operations optimization and environmental compliance.

- **1994-1997 – Vice President and Project Manager – Wheelabrator EOS, Inc. (a Veolia Water predecessor company)  - Philadelphia, PA**
  - Developed privatization project strategies in the U.S. and Canada.  Joined the company in 1994 as the Vice President of Operations, responsible for the execution of all contracts for operation and ownership of water and wastewater facilities in the U.S. and Canada; also managed contract negotiations and labor agreements.

- **1977-1994 – Multiple Management Roles – Buchart-Horn, Inc. – Philadelphia, PA**
  - Vice President/Regional Manager (1989-1994) – Managed the engineering and architectural groups for this firm specializing in water and wastewater projects.  Responsible for regional profit and loss, sales and client relations.
  - Assistant Vice President/Director of the Construction Management Division (1984-1989) - Managed a 55-person division, which executed all construction management and design/build services throughout the Mid-Atlantic region. Held full profit and loss responsibility for the Division.
  - Engineer and Engineering Manager (1977-1984)

CONFIDENTIAL

VWNAOS248173

# Carol Rogers-Jack



### Education:

University of Manchester - Manchester Business School, England

## Background:

Ms. Rogers-Jack is the Business Support Manager with the Municipal and Commercial operations group of Veolia in the Northeast region of the U.S.  In this role, she provides financial and business management support for the ongoing water & wastewater operations of Veolia Water and energy operations of Veolia Energy.

Ms. Rogers-Jack joined Veolia in 2000 and has been a part of the team in North America since 2006.  She has more than 20 years of accounting, financial and business analysis, as well as other related experience.  Prior to her current role, she was engaged in providing business and financial support for Veolia Water's operations in the South region of the U.S. and the Caribbean.

Over her more than 14 years of work with Veolia, Ms. Rogers-Jack has been responsible for providing financing, accounting and management support for operations, maintenance and management (O&M) and related projects.  She has experience with financial management, audit and accounting in corporate and public accounting fields, and proven ability to exercise sound professional judgment in decision-making, problem-solving, management and strategic planning.

## Key Experience:

- 2013-Present: Business Support Manager - Northeast Region – Municipal and Commercial Operations Group – Veolia Environnement North America – Tampa, Florida

  - Responsible for supporting projects and business operations in the region, including those for: Veolia Water North America – Northeast, LLC, which provides management and support of O&M and related projects, and also support the delivery of Peer Performance Solutions projects for clients including New York City, DC Water (Washington, DC) and the Pittsburgh Water and Sewer Authority; and the Northeast region of Veolia Energy, including district energy operations in: Boston-Cambridge, Massachusetts; Philadelphia, Pennsylvania; and Trenton, New Jersey.

  - Participates in the generation and consolidation of budgets and forecasts and assists in analysis and strategic development. Evaluates and scrutinizes capital projects related to justification and timing of cash impacts. Participates in contract reviews and revisions.

  - Additionally, serves as charter committee member of the Veolia Women's Innovation Network.  This in-house task force is charged with helping to identify programs that can develop more women into leadership roles as part of Veolia's diversity initiative.

- 206-2013: Business Manager - Veolia Water North America – South, LLC – Tampa, Florida

  - Transferred from Veolia Water's Caribbean subsidiary to the U.S. in 2006 and joined the South regional management team as Business Manager with initial responsibility for financial management of the Caribbean business and assisting with financial reporting and analysis for the region.

VWNAOS248174

VEOLIA  Carol Rogers-Jack (continued)
WATER

- Responsibilities expanded to include providing additional financial support and guidance to Regional management and projects throughout the East Region of the U.S. and the U.S. Virgin Islands. This involved reviewing pricing assumptions, fee components, commercial terms and deliverables for complex contracts; and working with managers to develop and model recovery plans for troubled projects. Also supporting business development through financial modeling, project evaluation, due diligence and preparation of business plans for new and existing projects.
- Played a key role in the divestiture of two business units and coordinated transition plans for the period following the transfer.

- **2000-2006: Chief Financial Officer - Veolia Water Caribbean, LLC (Enerserve regional company) - U.S. Virgin Islands**
  - Responsible for the finance function of the Caribbean desalination business operations, which involved financial accounting and analysis, corporate and statutory reporting, financial planning and working capital management, as well as supporting strategic planning initiatives, the evaluation of new projects and the overall achievement of corporate objectives.
  - Restructured the finance function, developed tools for reporting and financial analysis and streamlined reporting processes to improve efficiency, reduce costs and ensure timely reporting of financial information in accordance with group requirements.
  - Successfully managed the implementation of an Enterprise Resource Planning (ERP) System to integrate various functions and facilitate the flow of information, and in doing so was able to shorten the time required to produce accurate financial data for decision-making.
  - Worked with other departments to establish business processes that improved the overall efficiency of the organization and ensured compliance with Sarbanes Oxley requirements.
  - Provided ongoing training and guidance to staff in finance, procedural and career matters.

- **1999-2001: Part Time Lecturer - Dosoe Accounting/AAT – Netherlands Antilles (Caribbean)**
  - Lectured in various subjects on a professional certification course for the Association of Accounting Technicians (AAT); a global professional accounting body.
  - Developed and taught a payroll course which was based on the regulatory environment in the Netherlands Antilles, and adhered to the learning requirements set by the AAT.

- **1998-2000: Administrator - KPMG**
  - Lead audit, compilation and tax engagements for a varied portfolio of clients.
  - Advised clients on financial and procedural matters to improve the financial performance and effectiveness of their business.
  - Managed weekly staff planning and provided training and guidance to junior staff.

- **1995-1998: Accountant - DHL Express**
  - Responsible for all aspects of the local accounting function as well as U.S. corporate reporting requirements and training accounting staff at other DHL offices in the region.

- **1994-1995: Audit Senior - Pannell Kerr Forster**
  - Conducted audits and prepared financial statements and tax computations for a wide range of clients including general trading companies, wholesale and retail companies, insurance companies and both local and regional Banks.
  - Documented and evaluated accounting systems then prepared and presented reports to management with recommendations for improving systems and processes.

CONFIDENTIAL

# L. Scott Royer



**Education:**

BA, Psychology,
University of
Akron, Ohio, 1972

**Registrations/
Certifications:**

Class IV
Wastewater Operator
Certification, Ohio,
1992

Class 1
Water Operator
Certification, Ohio,
1973

Grade A
Wastewater Operator
Certification,
South Carolina
(currently inactive)

Grade 4
Wastewater Operator
Certification,
Alabama
(currently inactive)

Certification in
Vibration Analysis
and Balancing of
Rotating Equipment
from Reliance Electric
Industrial Training

**Memberships/
Affiliations:**

Water Environment
Association

American Water Works
Association

Wisconsin Wastewater
Operators Association

**Background:**

Mr. Royer is the President and General Manager of Veolia Water Milwaukee, LLC, and manages the operations, maintenance and management (O&M) services contract with the Milwaukee Metropolitan Sewerage District (MMSD) for the wastewater collection and treatment systems that serve the Greater Milwaukee area.

In his current role, Mr. Royer manages a staff of more than 220 that is responsible for all aspects of O&M service delivery, wet weather operations and capital project work.  Veolia Water transitioned MMSD's operations under a new 10-year agreement that began in March 2008.

Prior to this, Mr. Royer served as the Vice President for Technical Services for Veolia Water North America – Central, LLC, a regional business unit serving a municipal and industrial customer base in the Midwestern U.S., as well as the firm's projects in the provinces of Canada.

Mr. Royer has over 37 years of overall experience in the wastewater industry, and began his career working with the Northeast Ohio Regional Sewer District, Cleveland, Ohio.  In his more than 10 years with that agency, he progressed from the role of Process Manager and Shift Manager to that of Maintenance Superintendent, with responsibility for managing staff groups of over 120 union and non-union employees for the maintenance functions at the 200-MGD Southerly Wastewater Treatment Plant, and was the Operations Superintendent for the 50-MGD Westerly Wastewater Treatment Plant.

Mr. Royer joined Veolia Water in 1986 and managed start-up of a previously moth-balled sludge incinerator system at the City of Battle Creek, Michigan's wastewater facilities.  Sludge incineration began within one week, with full on-site staffing and steady-state operations within two months; one month ahead of schedule.

Mr. Royer's specialties areas include: technical services for water and wastewater facilities; collection system and pump station O&M; suspended growth and fixed film biological systems O&M; maintenance management; multiple-hearth and fluid bed incineration O&M; plant startup; computerized maintenance programs; energy recovery; as well as advanced waste treatment with flows up to 300 MGD.

**Key Experience:**

- 2008-Ongoing – **President and General Manager -**
  **Veolia Water Milwaukee, LLC – Milwaukee, Wisconsin**
  - Serves as overall manager for the delivery of O&M services for the MMSD's wastewater operations and capital program.
  - Under the leadership of a dedicated capital program manager at the project, along with support resources from Veolia Water at-large, Veolia Water assists the MMSD in developing a long-range capital improvements program and has implemented capital projects.
  - Responsible for managing the transition of services from the previous O&M provider, project staffing, and coordination of all elements of the transition with the MMSD.

VWNAOS248176

- Facilities managed under the contract with the MMSD serve the needs of more than 1 million people in the 28 communities in the Greater Milwaukee area and include: two activated sludge treatment plants; nearly 350 miles of large regional interceptor sewers; 19 pump stations; a 500-MG deep-tunnel stormwater system; an advanced Asset Management Program for both above-ground and below-ground assets; as well as a Class B biosolids beneficial use land application program and production of nearly 50,000 tons per year of Milwaukee's acclaimed Milorganite® fertilizer product.

- 2003-2007 – Vice President for Technical Services –
  **Veolia Water North America – Central, LLC - Dayton, Ohio**
  - Responsible for providing technical assistance to existing O&M projects in the Central region. This work included troubleshooting process problems and managing project startups for projects within the Central region's service area.
  - Responsible for rolling-out and providing ongoing assessment for Veolia Water's Process Control Management Plan (PCMP) which ensures a consistent method of analyzing and reporting laboratory and operating data for our projects. This is a key management tool that helps to ensure regulatory, and contractual compliance.
  - Provided leadership in delivering technical support for Veolia Water's project development efforts. This has entailed leading the technical teams ranging in size from 20 to 50, including global experts drawn from Veolia Water companies in Europe, as well as subcontractors and consultants. The focus is on ensuring that Veolia Water provides the best technical solution, while developing the O&M Plan and establishing a competitive cost to the customer
  - Responsible for leading technical and due diligence teams for complex Public-Private Partnerships development efforts in: Milwaukee, Wisconsin (50+ staff); New Orleans, Louisiana (30+ staff); Sioux City, Iowa (25+ staff); and other sites. Efforts have focused in the areas of water and wastewater treatment, collection and distribution systems, as well as capital repair and replacement plans.
  - At New Orleans, provided leadership for the development of a water and wastewater management program. This two-year procurement effort involved leading the asset management development team on a comprehensive privatization plan covering the City's water, wastewater and customer service operations.

- 1997-2003 – Vice President for Operations Project Development –
  **Veolia Water North America Operating Services, Inc. - Dayton, Ohio**
  - Served as Project Development Manager and then Vice President for Operations Project Development in the Central Business Center.
  - Responsible for the development of new O&M and design/build/operate (DBO) projects in the Midwest. Took the lead in the development of new projects, as well as for the renewal of existing projects. Established the strategy for project development, provided project planning and coordination of engineering, capital, construction, technical, HR, legal, and financial resources for O&M projects.
  - Served as a Project Director and Due Diligence Team Leader involved in managing and coordinating the efforts of an international team. Development teams that consisted of 20 to 50 members from within Veolia Water as well as subcontracted partners and consultants. These efforts involved developing a Public-Private Partnership for major municipalities for the operation and management of all elements of water and wastewater systems under long-term agreements. These projects involved the analysis of wastewater collection and water distribution systems, water and wastewater treatment plants, as well as in developing the management and capital improvement approaches.

VEOLIA  L. Scott Royer (continued)

- Responsible for projects from the conceptual sale to proposal development, project management, contract negotiations and execution of projects for new and existing clients.  Contract terms for most projects ranged from five to 20 years, with total contract values of more than $10 million to $100 million.
- Provided technical as well as account management support to existing projects, such as leading a technical team in providing unit process optimization and asset management support to the Wilmington, Delaware, project.  This is a 134-MGD high-rate activated sludge facility, and Veolia Water assumed O&M responsibility for the solids processing facilities in 1985, and, in 1998, we were awarded a new 20-year, $164 million O&M contract to manage the entire wastewater treatment process.  During the first two years of this contract, Veolia Water financed, designed and built $15 million in capital improvements, including a SCADA system and fine bubble diffused aeration to enhance system operation and conserve energy.

- **1992-1997 – District Manager and Technical Manager - Central Region –**
  **Veolia Water North America Operating Services, Inc. - Dayton, Ohio**
  - Provided supervision of contract O&M projects, ensuring contract compliance within the Central Region, and technical support for engineering projects involving new and upgraded wastewater treatment facilities.  Responsibilities included overseeing facility startup and documentation of standard operating procedures and O&M manuals, ensuring compliance with regulatory schedules and effluent requirements.  Served as an auditor for Veolia Water's Environmental, Health and Safety Audit Program.

- **1987-1992 – Plant Manager - Veolia Water North America Operating Services, Inc. -**
  **Dayton, Ohio**
  - Managed contract O&M services for the Miami Conservancy District's (MCD's) North Regional Wastewater Treatment Plant in Dayton, the Franklin and Springboro Wastewater Treatment Plants, and the Springboro Water Plant, in the Dayton, Ohio area. (Later ownership changed to Tri-Cities Wastewater Authority –TCA.)
  - Served as the Veolia Water Project Manager for the contract O&M of the North Regional Wastewater Treatment Plant and associated facilities, under a contract with the MCD.  Remains a part of the Veolia Water management team for the O&M of the Tri-Cities North Regional Wastewater Authority's North Regional Wastewater Treatment System, a system that serves the communities of Huber Heights, Vandalia and Tipp City.
  - The TCA's plant is an 11.2-MGD two stage trickling filter facility providing nitrification and phosphorus removal, cogeneration fueled by digester gas, and the land application of sludge pumped seven miles to TCA storage tanks on TCA-owned farmland.

- **1986-1987 – Project Manager – Sludge Incineration Facilities – Veolia Water North America**
  **Operating Services, Inc. – City of Battle Creek, Michigan**
  - Served as the Veolia Water Project Manager for the start up of previously moth-balled sludge incinerators.  Sludge incineration began within one week, with full on-site staffing and steady-state operations within two months; one month ahead of schedule.

- **1985-1986 – Assistant Operations Superintendent –**
  **Northeast Ohio Regional Sewer District (NEORSD) - Cleveland, Ohio**
  - Oversaw operations of the 50-MGD Westerly Wastewater Treatment Plant; the largest municipal physical-chemical plant in the U.S. at the time.  Facilities included cryogenic oxygen production, ozonation, centrifuge dewatering, and multiple hearth incineration.  The facility had been undergoing a significant construction program, improving it from a primary treatment plant to a complex tertiary plant.  The plant utilized pH adjustment to pH 10.0, recarbonation, ozone treatment prior to filtration (a 25 ton cryogenic oxygen plant was used to supply oxygen to the

 **L. Scott Royer** (continued)

ozone generators), pressure filters, carbon columns, chlorination, dewatering by centrifuges, and incineration. During this period all the processes were in service except the carbon columns, which were undergoing startup.

- NEORSD is a regional agency that is responsible for wastewater treatment facilities and interceptor sewers in the greater Cleveland Metropolitan Area. This agency's service area encompasses the City of Cleveland and all or portions of 59 suburban municipalities. The NEORSD owns and operates three major wastewater treatment plants: Easterly, Southerly and Westerly.

- **1980-1985 – Assistant Maintenance Superintendent – NEORSD - Cleveland, OH**
  - Managed maintenance activities for the 200-MGD Southerly Wastewater Plant; a complex plant including wet air oxidation, multiple hearth incinerators, waste heat boilers, and steam generation plant. This plant receives all Easterly WWTP sludge via a 13-mile pipeline. The plant has a primary treatment capacity of 735-MGD, secondary peak flow of 400-MGD and 200-MGD capacity through tertiary treatment.
  - Made significant improvements in the Southerly Plant's maintenance program, implementing state-of-the-art preventive and predictive maintenance techniques. Implemented measures such as vibration analysis, balancing of large rotating equipment, oil analysis, as well as ultrasonic thickness testing of vessels and high pressure wet air oxidation piping. Wrote welding procedures for mild and stainless steel pipe for use on high pressure steam and wet air oxidation piping.
  - Established a conceptual design for a cooling tower for the wet air oxidation air compressors that was implemented by plant staff.
  - Established a conceptual design for an innovative odor control system, replacing a thermal oxidizer that was also constructed by plant staff.

- **1979-1980 – Construction Manager – NEORSD - Cleveland, Ohio**
  - Served as Operations Liaison with the NEORSD's engineering staff, construction supervisors, consulting engineer (MPI), and contractors for Southerly Wastewater Treatment Plant during a $300milion upgrade. Played a lead role in developing punch lists and scheduling O&M training. Provided startup activities for incineration, heat recovery, steam generation and wet air oxidation.
  - Reviewed design drawings, assisted with development of punch lists, coordinated construction-related shutdowns of process units, reviewed O&M manuals, scheduled vendor training, and assisted with development of process startup plans.

- **1975-1979 – Process Manager and Shift Manager – NEORSD - Cleveland, Ohio**
  - Began as "Operator A," tracking process performance and optimizing unit processes; wrote detailed standard operations procedures (SOPs) for digester operation for 18 anaerobic digesters.
  - Served as the Shift Manager (the Operator in responsible charge of a shift) for NEORSD's 120-MGD Easterly and subsequently 200-MGD Southerly Wastewater Treatment Plants.

- **1970-1975 – Superintendent for Collection Systems – City of Aurora, Ohio**
  - Began working as operator trainee during college. Worked full-time day shift while attending college full-time at night.
  - Ultimately became Superintendent for the City's four wastewater treatment plants and collection system.

VWNAOS248179

# Jason Salgo



## Education:

Master's degree,
London School of
Economics

Bachelor's degree,
Tufts University, 1992

## Background:

Mr. Salgo is the Chief Financial Officer for Veolia Environnement North America, which provides leadership and support for the operations of Veolia Water North America Operating Services, LLC, Veolia Energy North America and other subsidiaries and affiliated companies.  He leads the activities of a financial team that support the municipal, commercial and industrial projects, businesses and operations in North America.  This includes responsibility for financial control, ensuring the reliability of financial information, and proper enforcement of accounting standards and internal controls.  He is also involved in working with business and operations teams in the area of acquisitions.

Mr. Salgo previously served as the Chief Financial Officer of Veolia Energy North America and interim Chief Financial Office for Veolia Water North America.  He joined Veolia Energy in North America in 2006, working as Treasurer and then Vice President of Finance.

Mr. Salgo has over 15 years of experience in finance and accounting, and prior to joining the Veolia companies, he worked in a variety of financial roles in the utility industry, including leading the eastern region finance team for one of the nation's largest producers of electricity.

## Key Experience:

- 2013-Present: Chief Financial Officer – Veolia Environnement North America – Boston, Massachusetts
  - Leads all finance, accounting, control, reporting, treasury, project financing, project evaluation and risk management activities. Provides financial and management support for the acquisition and concession related activities of the Veolia companies in North America.
- 2011-2013: Chief Financial Officer – Veolia Energy North America – Boston, Massachusetts
  - Led all finance, accounting, control, reporting, treasury, project financing, project evaluation and risk management activities for Veolia's $400 million energy activities, including regulated and unregulated district energy.
- 2009-2011: Vice President of Finance – Veolia Energy North America – Boston, Massachusetts
  - Led all finance, accounting, control, reporting, treasury, project financing, project evaluation and risk management activities.
- 2006-2009: Vice President & Treasurer – Veolia Energy North America/The Trigen Companies – Boston, Massachusetts
  - Responsible for treasury and cash management functions, financial planning and analysis, and commodity risk management.
- 1992-2009:
  - Vice President, Finance – Calpine Corporation – Boston, Massachusetts - Responsible for analysis of risks and benefits of new investment opportunities for the company.

VWNAOS248180

⊛ VEOLIA    Jason Salgo (continued)

- Involved with financing for power generation facilities and working with accounting and Treasury Groups on compliance and cash management for several subsidiary entities. Played a critical role in the execution of over $5 billion in capital markets transactions.
- Manager – Generation Ventures Associates (GVA) – Worked with this power generation development company. Served as an integral member of the development team for several proposed large-scale international power generation projects. Responsible for training and mentoring new hires in project finance and financial modeling.

CONFIDENTIAL

# Bruno Valla



### Education:

Chemical Engineer, INPG, Electrochimie and Electrométallurgie, Grenoble, France , 1988

INSEAD – Young Managers Program (YMP) – Fontainebleau, France, 2002

### Other Training:

Worked as a Research and Development Engineer with the National French Research Center (CNRS), with involvement in the development of a new laboratory at Sao Paolo University, Brazil

## Background:

Mr. Valla is Director and Manager for the 30-year Alliance Partnership contract with the City of Winnipeg, Manitoba, Canada. In this role, he manages a core team of experts, including operations and maintenance, financial, engineering, construction and others, that are working with the City to deliver $800 million of new or expanded wastewater facilities and related capital improvements on a life-cycle basis.

Under this contract, Veolia Water Winnipeg, LLC is providing ongoing strategic advice and guidance on design, construction, technology and operational needs for three City wastewater treatment and biosolids facilities.

Mr. Valla joined the Veolia Water team in North America in 2010 to manage the final stages of the procurement, contract negotiation and then transition for this new partnership with Winnipeg. Prior to this, he worked as a Project Director with Veolia Water's Major Projects Group, a specialty international engineering and construction management team, engaged in the Gold Coast Desalination Project in Australia.

Mr. Valla has worked with Veolia Water companies in various parts of the world for over 21 years. This includes experience with the design, construction and operations for large-scale municipal water, sewage and related facilities. His areas of expertise and experience include the management of business unit operations, multicultural teams, alliance partnerships, and joint venture operations.

## Key Experience:

- **2011-Present: Project Director & Manager – Veolia Water Winnipeg, LLC – Winnipeg, Manitoba, Canada**
  - Manages the ongoing Alliance Partnership contract for $800 million of new or expanded wastewater facilities and capital improvements.
  - This includes managing a local Veolia Water team that includes professionals in the areas of: above-ground asset management; capital program/project management; operations, maintenance and management (O&M); and financial analysis.
- **2007-2010: Project Director – Veolia Water - Australia**
  - Served as the Project Director for the S.E. Queensland (SEQ) Desalination Project, Tugun, Queensland, Australia. The SEQ Desalination plant will be the first large-scale desalination facility on Australia's eastern seaboard, providing 45 GL/year of drinking water each day to South East Queensland (15% of current water needs).
  - The project comprises a desalination plant, marine intake and outlet tunnels and a 35 kilometer pipeline, built in urban zones, to connect the plant to the SEQ Water grid. The intake is located in about 20 meters of water and collects seawater by gravity. The outlet uses a diffuser, designed to disperse the brine using the energy of the ocean, with eight dispersion outlets spaced evenly to distribute the brine within a very small mixing zone; the water will be dispersed to normal background salinity levels.

VWNAOS248182

**VEOLIA** WATER    **Bruno Valla** (continued)

- The project is being delivered by the Gold Coast Desalination Alliance (GCDA) which comprises Veolia Water Australia, John Holland and SKM in an Alliance contract with SureSmart Water (owned by Water Secure), the Queensland Government's vehicles for the delivery of the project. The Alliance is responsible for designing, constructing and commissioning the plant. Following completion of the plant, Veolia Water has responsibility for providing long-term operations and maintenance for 10 years (with the option for a further five years).
- **2004-2006: General Manager – Veolia Water Solution & Technologies – Paris, France**
  - Served as General Manager for this subsidiary, involved with the development and execution of large-scale engineering and technology projects for clients in the petrochemical and chemical industries. Veolia Water Solutions & Technologies (VWS) is a water and wastewater treatment specialty company operating over 50 countries. They provide an extensive range of technologies and services, and design and build capabilities for both municipalities and industry. Veolia Water STI is the VWS business unit in charge of industrial water design/build activities, and a competency center for VWS services related to petro-chemical and agricultural industry activities.
  - Managed the company's consolidation of services for the food and beverage market in France, a unit of 60 persons, developed international petro-chemical activities, covering four major contracts, and increased the annual turnover from $20 to $60 million
  - Project Director for the Sasol Landlord Joint Venture (a business unit serving the petrochemical industry in South Africa). This was a $100 million design-build effort for a new desalination plant used to supply reuse water for a high pressure boiler. The treatment system was an 800 m³/hour plant, and featured ultrafiltration (UF), reverse osmosis (RO) and demineralization.
- **2002-2003: Construction Director - Latin America - Veolia Water Solutions & Technologies - Sao Paulo, Brazil**
  - Managed all aspects of engineering, procurement, project management, budget control and method standardization for industrial and municipal projects in country,.
- **1999-2001: Joint Venture Project Director/Construction Director - Veolia Water Solutions & Technologies – Santiago, Chile**
  - Responsible for the establishment of the Chilean subsidiary of VWS for project development. Served as the Project Director for the Joint Venture of Veolia Water OTV and DGT on a design/build project (which included the initial year of O&M) for the $70.22 million El Trebal wastewater treatment plant; a plant designed to serve more than 1.5 million people. Served as Construction Director with Veolia Water/OTV Chile on a new wastewater treatment plant.
- **1997-1999: Operational Area Manager – Latin America – Veolia Water Solutions & Technologies - Saint Maurice, France**
  - Managed the Latin America Business Unit, with responsibility for: commercial and technical coordination, Project Management for French portion of international contracts; budget management, risk analysis, and consolidation reporting for business unit activities.
- **1996-1997: Project Manager - Veolia Water Solutions & Technologies - Turkey**
  - Managed the engineering and construction for a new municipal water treatment plant (300,000 m³/d) in Istanbul, and an industrial wastewater treatment plant for an automotive plant in Bursa.
- **1995-1996: Erection and Commissioning Engineer – Morocco - Veolia Water/HYDREX, Layoune, France**
  - Managed the construction of two reverse osmosis desalination plants in Morocco, which included the supervisions of the facilities construction, commissioning and start-up.
- **1993-1994: Operations Manager - Veolia Water Solutions & Technologies - Spain**
  - Managed the final startup for a new municipal wastewater treatment plant at Ibiza.

CONFIDENTIAL

# Wendy L. Welser



## Education:

MA, Communications, Eastern Michigan University (1985)

BS, Psychology and Communication, Eastern Michigan University (1984)

## Professional Development:

Board Member, Water Meter Summit 2013 Advisory Board

Member, American Water Works Association (AWWA)

Managing Projects Certificate Program, George Washington University, School of Business and Public Management

Human Resources Generalist Certificate Program, Society for Human Resource Management

## Certifications:

Certified Trainer, Quality Service Skills, Achieve Global (formerly Learning International)

Certified Trainer, Quality Service Skills, Achieve Global (formerly Learning International)

Certified Course Manager, Criterion Referenced Instruction, Center for Effective Performance

Multiple Certified Trainer Programs

**Background:**

Ms. Welser is the Director of Customer Service for Veolia Water North America Operating Services, LLC (Veolia Water), and provides leadership for customer service operations at water and wastewater operations projects. This includes working as part of transition and startup teams, as well as specialized tasks related to customer service improvements. In this role, Ms. Welser is also part of a corporate team that supports municipal Peer Performance Solutions (PPS) and operations contracts in North America.

Ms. Welser has more than 27 years of overall work experience focused in the areas of information management, customer service, training and marketing. She transitioned Veolia Water from a role in managing the customer service operations for the City of Ann Arbor, Michigan.

**Key Experience:**

- 2012-Present: Director of Customer Service - Veolia Water North America Operating Services, LLC – Brighton, Michigan

  - Provided customer service transformation project leadership for Veolia Water at a number of operations and PPS projects, including:

    - Buffalo, New York - Veolia Water has a 10-year Delegated Management partnership with the City for managing, operating and maintaining the City's water treatment facilities and distribution system (including a160-MGD surface water treatment plant, 785 miles of water lines, 22,120 valves and 7,800 fire hydrants), as well as all customer service components for 77,000 accounts. Customer service improvements focused on: implementing new phone/information systems; restructuring water meter reading routes to gain a 20% increase in reading productivity (eliminating the prevailing "field estimates" practice); initiating joint pilot studies with Water Authority, including waterline physical condition assessment and an active review of AMR and AMI hardware and tools; and implementing the process of a customer service cultural change. The agreement requires the attainment of some 20 key performance indicators (KPIs), developed to track and determine Veolia Water's performance and accountability.

    - Pittsburgh, Pennsylvania - The Pittsburgh Water and Sewer Authority (PWSA) hired Veolia Water to provide interim executive management services, leading 270 public employees in the delivery of efficient water and wastewater services to more than 300,000 people in the greater Pittsburgh area. The work focused on helping the PWSA to improve the utility's customer service. Veolia Water developed specific recommendations for improvement and supports PWSA employees in implementing initiatives aimed at reaching new performance metrics--identifying measures that will lead to $2 million of annual recurring savings—and implementing enhancements at the customer service call center that slashed the call-abandonment rate almost immediately and greatly reduced long hold times.

VWNAOS248184

VEOLIA   **Wendy L. Welser (continued)**

- Responsible for leading Veolia Water's customer service function and for establishing and transitioning customer service departments at newly acquired projects and for troubleshooting customer service-related issues.  Involved in evaluating, recommending and facilitating optimization and improvement measures in the customer service functions of Veolia Water projects.

- **2003-2012: Customer Service Manager – City of Ann Arbor, Michigan**
  - Designed and implemented a plan to consolidate individual support personnel handling inbound calls and face-to-face customer transactions for multiple Public Service and Financial work units into a single Customer Service Center offering a "one-stop-shop" approach.
  - The customer service organization was responsible for meter reading for some 28,000 connections in the City of Ann Arbor. The group also established and measured performance management objectives; identified performance/service gaps; led business process re-design initiatives and budget planning and management.
  - Managed the installation and implementation of an automated meter reading (AMR) system beginning in 2004 and subsequently managed associated infrastructure enhancements as well as data management. These efforts led to receiving the "Ten Years of Excellence Award for Advanced Metering Excellence" by Metering International/ Spintelligent in March 2009.
  - Oversaw, directed and managed the day-to-day operations of the Contact Center/Billing and Collections area.  Ensured compliance with policies and procedures necessary to support the operation.
  - Developed, implemented and administered a customer service plan using strategic and measurable goals, with responsibility for conducting the performance management process, identifying training and development needs and establishing performance standards for the customer service division.
  - Managed organizational structure, team member selection, salary administration, career planning and budget management.

- **2002-Present: Adjunct Faculty – Cleary University - Ann Arbor/Howell, Michigan**
  - Instructed Event and Meeting curriculum courses, including Interpersonal Psychology & Teams in Business, Management Communication Technology, Research Methods and Technical Writing Skills for Managers, and Business Communications and Technical Writing.

- **2002-2003: Call Center Operations Expert/Client Services Manager (Independent Contractor) - Banks & Dean – Mequon, Wisconsin**
  - Provided the tools and processes to enable call centers to predict and improve employee performance and retention.
  - Assisted clients in identifying the right people to hire quickly and accurately, increasing productivity, reducing expenses, enhancing the customer experience, reducing agent turnover and improving retention of quality agents.  Identified client process gaps, recommended solutions, implemented change models and trained clients for sustained performance.

- **1988-2002: Global Crossing (formerly Frontier & Allnet) - Southfield, Michigan**
  - Worked in progressive roles, including Global Customer Service/Service Assurance Director, Sales Training & Development Manager, Training & Development Manager, Training and Development Senior Manager, Corporate Training and Development.
  - Responsible for call centers in Billings, Montana; Green Bay, Wisconsin; Sacramento, California ; Seattle, Washington; and calling card operator services, inbound sales support desk, and customer account maintenance groups in Detroit, Michigan.  Managed $15M annual operating budget.

   VWNAOS248185

VEOLIA **Wendy L. Welser** (continued)

Directed seven managers, with several hundred call center agents and associated support staff. Integrated diverse service center operations in London, England; Montreal, Canada; and Billings.

- Focused on integrating the policies, procedures, technologies and day-to-day operations of diverse centers into a common set of SOPs, as well as monitoring the quality of transactions with customers and analyzing call center/operation performance results for positive service impacting improvement opportunities. Managed development and implementation of multi-lingual, technical support center and projects to outsource support of non-strategic customer segments.

- Led the team in developing new -hire training programs for entry-level queues, as well as developing the training to move consultants into advanced-level support queues. Also used performance data and observations to identify service performance gaps and address with either additional coaching or training opportunities. Developed and implemented performance and quality improvement programs and formal call center career path program. Managed training development and delivery for new hire, advanced sales and advanced customer service personnel.

- Developed, implemented and managed full call recording systems, quality monitoring standards, service skills gap analysis, CSAT/ESAT survey processes, reward and recognition programs, streamlined intra-company communications with the centers, product management liaison functions, business process development and documentation, and inbound sales support.

- **1985-1988: Automated Business Systems and Services (ABSS), East Detroit/East Pointe, Michigan**

  - Worked in progressive roles including Corporate Training Director, Marketing and Training Services, Training Coordinator and Lead Trainer. Responsible for marketing and sales of computer training to the federal government and private sector. Involved in the preparation of proposals in response to public- and private-sector Requests for Proposals.

VWNAOS248186



Veolia Water at Pittsburgh
- Providing management and
  operations solutions for regional
  water and wastewater system.

# Appendix B

# Reference Projects
## Detailed Project Summaries





**NEW YORK CITY, NEW YORK**



SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
2011 – 2016
6 mos assessment
4 yrs implementation

Population Served:
9 million

*"The Operational Excellence program pairs us with a firm that brings a comprehensive portfolio of best management practices, a track record of boosting productivity while reducing expenses across the globe... Through this new innovative partnership, teams of DEP employees will work with Veolia to look for efficiencies across the board in operations and maintenance and then implement the best recommendations over the next four years."*

— Carter Strickland,
Commissioner, New York City DEP

# Peer Performance Solutions

*In February 2014, less than half way through the implementation phase of this pioneering program model, Veolia Water has already executed $62 million in annual savings and is on target to reach $80 million by the end of July. Under New York City's ongoing implementation phase, we are working with the City's Department of Environmental Protection (DEP) to implement joint recommendations/findings with the goal of realizing up to $130 million in annually recurring savings.*

In November 2011, DEP announced its selection of Veolia Water to help make the DEP the safest, most effective, cost-efficient, and transparent water utility in the nation. Our unique partnership on the New York City's Operational Excellence (OpX) program is enhancing water and wastewater services, providing environmental benefits and reducing costs for nine million New Yorkers.

Veolia Water's ground-breaking approach began with a detailed analysis of North America's largest water and wastewater operations. The analysis results generated recommendations and findings that are being implemented to deliver long-term solutions to streamline, reduce and stabilize costs for ratepayers and bring the global benefits of our firm's experience in managing some of the most complex utilities in the world. We are boosting productivity, achieving long-term savings and improving day-to-day operations.

Our compensation is based on our ability to identify and help implement the efficiencies, and as of February 2014, DEPs return on its investment is three times.

Veolia Water conducted a detailed Operations Efficiency evaluation, examining every aspect of the water supply and wastewater treatment systems (including plants, underground piping, operational processes, management and staffing).

*The Veolia Water/DEP partnership is streamlining work flows, boosting productivity, identifying efficiencies and reaching DEP's strategic goals.*

## Project Relevance

### Scope of Services:
Operations Assistance

Operations Optimization

Improvement Implementation

### Facilities:
*Wastewater: 1.3 BGD*

22 Wastewater Treatment Plants

7,400 Miles Sewer Lines

157,000 Street Segments

*Water: 1.6 BGD*

19 Storage Reservoirs & 3 Controlled Lakes

7,000 Miles Water Lines

295 Miles Aqueduct & Tunnels

700,000 water meters; 71,000 2" and larger

CONFIDENTIAL

VWNAOS248188



**NEW YORK CITY, NEW YORK**

*"After considering efficiency gains from our Operational Excellence program and offsets for new needs and programs to modernize the agency, the net reduction in the preliminary FY14 expense budget as compared to FY13 is projected to be $23 million."*

– Testimony of Carter Strickland, Commissioner, New York City DEP to the NYC Council



Our team of experts then developed a detailed plan and approach that we are helping the DEP to implement.

The program delivers clients access to a worldwide network of water and wastewater services, technologies and staff resources from Veolia Water.

Through this new innovative partnership, teams of New York City employees are working with Veolia Water's team of operations, maintenance, engineering and management specialists to implement more than 125 selected efficiencies across the board over four years.

Our approach to staffing this effort centers on bringing a broad cross-section of resources, including 50 staff from Veolia Water projects in Berlin, London and Paris, as well as veteran management staff from some of Veolia Water's largest North America operations.

## Program Activities

The Operations Efficiency evaluation represented six months of analytical work completed by the OpX team, DEP management and employees. OpX confirmed that DEP is a world leader in meeting drinking water and wastewater compliance, performing well above the average of similar utilities.

To achieve DEP's ambitious goals for OpX to deliver significant operating benefits by 2016, the Veolia Water-led team worked with DEP for six months:

- Performing site assessments of treatment plants, pump stations, reservoirs, repair yards, etc.
- Observing over 800 person-hours of work.
- Reviewing more than 35 contracts.
- Conducting statistical analysis of consumption data from 71,000 large meters.
- Conducting negotiation training for DEP and NYC procurement staff.

- Conducting interviews and workshops with management, supervisors and field staff.
- Facilitating organizational health surveys with over 1,600 respondents.
- Conducting a large water meter evaluation program.

## Results

The top-down and bottom-up analysis identified five key areas where improvements will have significant financial benefits for the agency: efficient and sustainable use of resources and materials; enhanced workforce effectiveness; improved revenue collection; development of a metrics-based performance culture; and strengthening DEP's support services.

The cumulative annual impact of successfully transforming operations is:

- $108 million to $130 million in annual savings identified and over $62 million in net annual savings implemented (through February 2014). The identified categories and expected minimum savings are:

  - Improved work efficiencies in plant and field operations, $18 million
  - Reduced third-party spend, through price negotiation and new contracts, $16 million
  - Treatment process improvements, $13 million
  - Increased revenue from targeted replacement of inaccurate meters, approximately $43 million
  - Other initiatives, such as strategic sourcing, $19 million

Veolia Water is also working with the City to establish a meter testing facility similar to our company's meter shop in Houston – one of the company's 10 testing facilities globally. It was used as part of the testing program for New York City.



WATER

www.veoliawaterna.com



**WINNIPEG, MANITOBA, CANADA**

SERVICE
VALUE
RESPONSIBILITY

---

Duration of Project:
2011 — Ongoing

---

Population Served:
650,000



*"This is a great deal for Winnipeggers, and I am pleased to have an agreement in place that will ensure Winnipeg has the highest standard of sewer treatment faciliites and services with the assistance of a company that will share the financial risk involved to keep these immense upgrade projects under budget."*

— Mike Ruta, Acting City Administrative Officer

# Alliance Partnership for Wastewater Operation

*The City of Winnipeg signed a unique and collaborative 30-year agreement with VWNA Winnipeg, Inc. (Veolia Water), a Veolia Water North America company.*

Under the agreement,, Veolia Water and the City collaborate on capital improvements and work together to provide ongoing strategic advice and guidance on design, construction, technology and operational needs for three Winnipeg wastewater treatment and biosolids facilities.

The agreement represents a new model for cities around the world seeking to maintain public ownership, control, operations and a public workforce while benefiting from private-sector expertise. Designed to protect ratepayers from cost overruns, the new contract features public- and private-sector officials who work as an integrated team to develop plans and execute required work versus a more conventional design/bid/build procurement methodology or a traditional public-private partnership that would include private-sector operations.

Veolia Water built an international management and resource team for this new project. The team includes management staff from our North American operations, along with key managers and technical experts from our global operations.

The first year of the program was a success. The Program Team, composed of city managers working collaboratively with Veolia Water experts, accomplished the following:

- Met 2011 targets for capital program delivery, operations and program management, laying the foundation work necessary for achieve the long-term program results.

- Played a key role in reestablishment plant operations following a major process upset at the South End treatment facility. With Veolia Water's expertise, the City implemented procedures that will significantly mitigate the risk of a future occurrence at any of the plants.

## Scope of Service

With approximately $750 million in mandatory sewage treatment upgrades and ongoing annual investments over the term of the

## Project Relevance

### Scope of Services:

Design/Build/Operate

Capital and Operational Improvements

---

### Facilities:

North End Water Pollution Control Centre ("NEWPCC") - 302 MLD

South End Water Pollution Control Centre ("SEWPCC") - 60 MLD

West End Water Pollution Control Centre ("WEWPCC") - 32 MLD



CONFIDENTIAL

VWNAOS248190



WINNIPEG, MANITOBA, CANADA



agreement, the City of Winnipeg and Veolia Water agreement includes life-cycle costing to ensure the best possible cost of service for citizens, along with financial penalties and incentives to Veolia Water based on the project's estimated construction and costs, as well as environmental performance, energy efficiency and workplace health and safety.

Under this contract, Veolia Water and the City operate in the spirit of a partnership, but the City continues to operate the facilities with its own employees. Winnipeg also retains full and final decision-making authority and sets all service and quality standards with advice and support from a highly specialized team of global wastewater experts.

The Veolia Water team provides expertise and best practices on capital upgrades, new and emerging technologies, operations and industry best practices.

A Veolia Water and City Program Team is currently working on the Winnipeg South and North End treatment plant upgrade and expansion projects as well as a biosolids master plan for the whole city.

Through an innovative business model, Veolia Water is paid at-risk fees for services provided and receives compensation for savings realized by reducing costs through engineering, construction and operations expertise gained from managing more than 3,200 wastewater projects around the world.

Veolia Water provides open-book accounting to the City of Winnipeg's Water and Waste Department to ensure transparency.

"We believe this model is a game changer for cities around the world who are seeking ways to improve public services, protect the environment and address substantial infrastructure needs through private sector experience. By adding value through a performance-based contract and sharing our true competitive advantage, which is technical and operational knowledge, we believe we can not only improve services to citizens, we can make it easier for municipal decision-makers to utilize our industry's best-in-class services. We are delighted to be supporting Winnipeg on this strategically important new project."

— Laurent Auguste
President and CEO,
Veolia Water Americas





www.veoliawaterna.com



**VEOLIA** WATER

PITTSBURGH,
PENNSYLVANIA

SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
2012 - Ongoing

Population Served:
310,000

"Our selection of
Veolia Water is aimed
at taking PWSA
to the next level
of utility service.
We will work in a
highly collaborative
way to make PWSA
the regional leader
for excellent, cost-
effective services
and we'll do so in a
manner that ensures
a dedicated public
work force that
is always striving
toward continual
improvements that
benefit the customers
who rely on us every
day."

– Dan Deasy, Past
Chairman, Pittsburgh
Water and Sewer
Authority

# Peer Performance Solutions

*The Pittsburgh Water and Sewer Authority (PWSA) hired Veolia Water
to provide interim executive management services, leading 270 public
employees in the delivery of efficient water and wastewater services
to more than 310,000 people in the greater Pittsburgh area. A team
of water and wastewater experts from Veolia Water is helping PWSA
improve the utility's customer service and performance levels by
conducting in-depth diagnostics of current operations, developing
specific recommendations for improvement and supporting PWSA
employees in implementing initiatives aimed at reaching new
performance metrics.*

The PWSA Board of Directors unanimously selected Veolia Water based
on our proposal that delivers an innovative approach to managing the
system, provides measurable results to customers and demonstrates
an ability to quickly and easily collaborate with existing employees.

Veolia Water executive Jim Good is leading the effort as PWSA's interim
executive director, supported by PWSA managers and employees, along
with Veolia Water specialists in water and wastewater technologies
and system management.

The Veolia Water team works in a collaborative fashion with PWSA
employees and is accountable to PWSA's Board of Directors. Veolia
Water is applying best practices developed through its management of
more than 8,500 water and wastewater facilities and systems around
the world. With a record of industry-leading safety statistics, the
company also hopes to enhance PWSA worker safety.

Veolia Water's Peer Performance Solution enables municipal water
utilities to benchmark against other leading utilities while preserving
public governance and a public work force that benefits from
specialized private-sector expertise.

During this time, PWSA and Veolia Water is working together to
implement agreed-upon initiatives to improve service, measured
through Key Performance Indicators (KPIs), as well as items that are
providing services more efficiently or enhancing revenues.

Veolia Water's management team has been integrated into PWSA's
organization to work hand-in-hand with the agency's staff at their offices

## Project Relevance

### Scope of Services:

Operations Assistance

Operations
Optimization

Reducing controllable
operating expenses by
10% with no layoffs

On track to produce
more than $5.5 million
in annualized savings

### Facilities:

117-MGD Surface Water
Treatment Plant

25-MGD Membrane
Treatment Plant

Finished Water Storage
(455 MG)

Wastewater
Conveyance to Regional
Treatment Authority

Stormwater Facilities,
Combined Sewer
System



PITTSBURGH, PENNSYLVANIA

*"They took what was a lawsuit problem and turned it into a national model ... without any additional capital expense. That's insane. That's wonderful."*

Past PWSA Board Member, Patrick Dowd, commenting on one of Veolia's initiatives to alter the treatment process for water at the Highland Park Reservoir. This alone helped Pittsburgh save $650,000 a year.

and operations sites. Our firm is engaged in the dual role of interim management and PPS study with implementation. Within the first six months, call waiting for customer calls was reduced by half, and we identified $450,000 in savings from optimizing the backwash cycle in the primary water treatment plant.

Veolia Water completed the study phase of this PPS project and has begun to help PWSA improve the utility's customer service and performance levels by conducting in-depth diagnostics of current operations, including large-meter applications and efficiencies and evaluation of an end-of-life fixed-point AMR system with 80,000+ endpoints. Veolia Water developed specific recommendations for improvement and supports PWSA employees in implementing initiatives aimed at reaching new performance metrics. The Phase 1 report

was released on April 4, 2013, and in June, the PWSA renewed Veolia Water's contract for an additional 18 months, giving us the go-ahead to help them implement the agreed-upon improvements.

We also identified in-sourcing opportunities to bring back inside the utility sewer cleaning work that had been outsourced, and we worked with the union to re-classify job categories to enable employees to expand their responsibilities within the same category and to gain promotions and increased pay through training and licensing. As a result, the new CBA was approved by the members. We believe there is potential for similar employee development and training of the disabled/women/minority workforce through redesign of job classifications.

Currently, we are on track to produce more than $5.5 million in annualized savings.



"Veolia Water has done an excellent job working with PWSA staff to provide them the training that they need and I think we have all learned a great deal from this partnership. Over the past year we have made many strides. The Board challenged Veolia to find new sources of revenue and pass the 2013 budget with no layoffs and no rate increase. They not only met our challenges, but far exceeded our expectations. Our employees and customers benefit from these improvements."

— *Dan Deasy, Past Chairman, PWSA (July 10, 2013, Press Release)*


VEOLIA
WATER

www.veoliawaterna.com

VWNAOS248193



**RIALTO, CALIFORNIA**



**SERVICE
VALUE
RESPONSIBILITY**

Duration of Project:
2003 — 2013
(O&M Contract)

2013 — Ongoing
(30-Year Concession Contract)

Population Served:
100,000





# Water & Wastewater, Utility Management

*Seeking superior service and lower costs, the City of Rialto contracted with Veolia Water in 2003 to provide O&M services to the City's wastewater treatment plant and collection system. Veolia Water's strong presence in California was critical to our selection.*

*In 2013, Veolia Water partnered with Table Rock Capital (TRC) to help the City address financial challenges through a 30-year concession agreement. Financing involved a $35 million up-front payment and $41 million in needed capital improvements to the water and wastewater treatment systems. The agreement represents the culmination of three years of public workshops, negotiations and extensive planning.*

Veolia Water began working with the City of Rialto in December 2002 to develop an alternative and approach for replacing the existing operator, as that operator was not meeting the City's performance expectations. We then began the transition process and assumed full O&M responsibility in May 2003. The scope of work included managing capital improvement projects for the facility, which were implemented by our engineering and construction affiliate, using a design/build approach.

Following an initial system evaluation, Veolia Water prepared a list of the facility's 50 most critical needs. With the City, we developed a prioritized implementation plan and then performed the capital projects over the next three years.

The 2013 concession contract demonstrates an approach for other cities to strengthen their financial condition while improving infrastructure services and creating jobs. Veolia Water and TRC sustainable water management practices for Rialto can serve as an important model for cities across the country that struggle with substandard infrastructure systems, a lackluster economy and dwindling revenues.

## Results

- Initial $7 million capital improvements program and operational savings that saved $2.5 million over the first five years of the contract term.
- Massive $300 million contract expansion that provided a multi-million dollar concession payment and is funding more than $40 million capital repairs.

## Project Relevance

### Scope of Services:

Operate/Maintain/Manage

Design/Build Capital Improvements

Maintenance Risk

Underground Asset Management

Industrial Pretreatment Program

FOG Receiving

Recycle Water Supply (Title 22)

Customer Service (22,000 accounts)

Meter Reading (11,700 accounts)

### Facilities:

11.7-MGD Wastewater Treatment Facility

Collection System (263 miles)

6 Lift Stations

11-MGD Water Treatment System

5 Wells

Distribution System (187 miles)

11 Booster Stations

6 Finished-Water Storage Reservoirs



RIALTO, CALIFORNIA



"We've worked with Veolia for years in the community and this arrangement allows for both continuity and improvement in the water resource and wastewater service, and it assures us that the total commitment to the residents of the City of Rialto is met."
— *Mike Story, Rialto City Administrator*

- Allows cash-strapped city to obtain funding for critical system improvements while retaining ownership of its assets.

- Economic development, including airport redevelopment, funded through the concession payment.

- Capital projects that are expected to generate 445 construction jobs.

- City retains full ownership and control of the water supply and water rights and transparent public authority over all rate setting.

- Delivery of industry leading safety and compliance best practices.

## Scope of Services

During the first 10 years, Veolia Water forged a strong relationship with the City, which solicited our opinion and respected our advice. We were also included in all City functions and events. Further, we were considered members of the Public Works Department and Veolia Water management had a seat at the City's staff meetings. The quality of the project was reflected in numerous honors and awards for safety and operational excellence. The project twice was chosen as the company's top project in the West region. Additionally, Veolia Water was a busy and active corporate citizen in Rialto, participating in or sponsoring a variety of community events and hosting facility tours and open houses.

Under the new contract, our responsibilities have expanded to include ongoing O&M of the wastewater system, along with management of the entire water treatment and supply and wastewater collection and treatment systems. Veolia Water now also manages the City's sophisticated customer service center, which includes performing meter reading, billing and revenue collection for more than 22,000 accounts.

## Concession Funding

The concession agreement teams Veolia Water, Table Rock Capital and Ullico, Inc. (the only labor-owned insurance and investment company in the world). The trio is leveraging private capital and expertise with strong local knowledge and a detailed timeline to replace/repair underground water and sewer assets and develop critical new infrastructure and cost efficiencies.

The consortium provided an up-front $33 million concession that the City is using for vital economic development. An additional $41 million will fund capital improvements, improve cost efficiency, compliance, water quality and water/wastewater system reliability. The long-planned upgrade to infrastructure will introduce cost and energy efficiencies, seismic retrofits, improved water supply and wastewater capacity – and bring an estimated 445 construction jobs to the local economy.



VEOLIA
WATER

www.veoliawaterna.com

**VEOLIA**
WATER

SEDIF
PARIS, FRANCE



SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
1923 — Ongoing

Population Served:
4.3 million in 144
communities





# Water System Operations

*This contract for the water system that serves the suburban areas of the City of Paris is one of the longest-running and most complex water operations partnerships in the world. In 2010 following an international competition, Syndicat des Eaux d'Ile-de-France (SEDIF) again selected Veolia Water as the preferred operator/partner for this water system, for a new 12-year term.*

SEDIF is the largest water authority in France and one of the largest in the world in terms of the volume of water distributed and the number of people served. Every day, 1,600 employees of Veolia Water place their individual and collective skills in the service of SEDIF for the benefit of the 4.3 million people served by the drinking water system.

## Results

- Veolia Water obtained ISO 9001 certification in 1995 and, in conjunction with SEDIF, ISO 14001 certification in 2002, OHSAS 18001 in 2005, ISO 22000 in 2007, and NF Relation Client in 2008.

- In order to maintain a high level of service, in 2006, Veolia Water gave new impetus to its policy of skills development and career progression within the company. Employees have received over 16,000 hours of professional training, which represents an investment equivalent to 2.6% of Veolia Water's fee.

- Water price increases, excluding taxes and license fees, have remained well below inflation for several years, even while Veolia Water and SEDIF carried out a program to modernize production plants and the distribution network. For example, between 1997 and 2007 the cost of the water (taxes not included) increased less than the rate of inflation. Veolia Water's contract with SEDIF guarantees complete transparency for all financial transactions.

- Metering programs have delivered an additional $30 million in annual revenues previously lost through meter inaccuracy.

## Project Relevance

### Scope of Services:

Operate/Maintain/Manage

Advanced Asset Management

Meter Reading

Meter Renewal

Customer Service

Billing/Collection

Facilities and Operations Optimization

### Facilities:

Three Water Treatment Plants (403.14 MGD combined capacity)

Three Wells for Security Supply (2.1 MGD)

45 Pump Stations

64 Storage Tanks

Distribution System (5,480 miles)

11,155 Large Meters (2"-8")

CONFIDENTIAL

## SEDIF
### PARIS, FRANCE




- Since 1995, Veolia Water has improved the quality of service by adopting a Customer Service Charter, providing commitments in the areas of water quality, response time for service requests, and minimization of service interruptions caused by maintenance and capital project work. The application of this charter has received satisfactory results. The approval rating of the charter is between 98% and 100%.

- Veolia Water and SEDIF have established the Water Movement Center, a computer control center that supervises and coordinates the entire production and distribution process across all 144 serviced communities. It has proven to be an extremely effective and appropriate tool for optimizing the production and transport of water according to needs. The first ServO installation was set up at the Center.

As the operations partner to SEDIF for nearly 90 years, Veolia Water has developed innovative solutions for the region that established global benchmarks for the authority's systems and services, such as nanofiltration at the Méry-sur-Oise water production plant, centralized work planning of field personnel and "commuting vehicles" (a vehicle connected to information systems such as customer history, technical information and GIS).

Veolia Water also implemented a comprehensive Change Management policy that achieved significant productivity gains (28% improvement in personnel costs from 1998 to 2008) through the implementation of a new organization with fewer work sites, a simplified organization chart, centralized work planning and reduced use of external suppliers and transfer of those activities to in-house staff (in-sourcing).

Under the current contract, planned initiatives are expected to achieve further productivity gains that will result in 24% reduction in personnel costs over the next 12 years.

Veolia Water manages water production and distribution on behalf of SEDIF, the largest water distributor in France. The cooperation between SEDIF and Veolia Water has contributed to the development of many water treatment and network management technologies over the past decades.

The water quality of the rivers Seine, Marne and Oise — the source of 95% of SEDIF's raw water — varies widely because it is surface water. It is exposed to chronic risks of accidental pollution from the expansion of agriculture, industry and transportation. It is vital for SEDIF's water production plants to use efficient, reliable treatment processes in order to produce good quality water.

Through the efforts of Veolia Water, the quality of the water produced has continuously improved despite the progressive deterioration in raw water quality, thanks to the technological progress mentioned above. In addition, Veolia water continuously monitors water quality, from upstream of its water intakes, all along the production path and in the network (260,000 analyses are carried out each year).

In 1995, AFAQ (French Association for Quality Assurance) awarded SEDIF and Veolia Water an ISO 9002 Quality Assurance certificate for its "Data Production, Management and Distribution" system for low river water quality. In 1997, certification was extended to the production and distribution of drinking water as well as to the customer service for the entire region served by SEDIF. In July 1999, the "Engineering" services were certified. This certification was renewed in 2000 under the new ISO 9001 (version 2000) standard.

At the beginning of 2002, the Paris suburbs passed the certification audit for the ISO 14000 (Environmental Management) standard. This is the third certification of this type awarded in France, but it is the only one covering the entire large engineering, production, distribution, customer relations. Additionally, automatic taste analyzers minutely and objectively monitor the taste of the water produced in the plants.

The partnership achieved OHSAS 18001 in 2005. And in 2007, it became certified for a

VWNAOS248197



SEDIF
PARIS, FRANCE

newly established standard – ISO 22000, for food safety management.

Opinion polls are conducted regularly. Veolia Water awarded the NF-Relation Client (NF X50 798) certification for its customer relationship management in 2008.

## Project Description

In 2011, Veolia Water began a new term as the manager of the SEDIF water system. Under the new scope of activities, the contract will represent cumulative revenue of approximately $4.2 billion (U.S.).

This contract continues the historical relationship between Veolia Water and SEDIF, which has resulted in innovative solutions for the region that had already made global benchmarks of the authority's systems and services.

In addition to water system management, Veolia Water manages a large-meter program. Because large meters, which represent the largest portion of water revenues, have a life expectancy less than half that of small residential meters, Veolia Water annually replaces more than 530 of the agency's 11,155 large meters. This helps ensure meter accuracy and revenue flow.

The services offered by Veolia Water were developed based on the concepts of responsible ambition and useful innovation. Under the new contract, Veolia Water is providing SEDIF with solutions and an organizational structure that will position this exemplary public service at the highest level of quality, not only for its technological prowess, but also for its social and environmental performance. These include:

- The ServO, a smart control center for the whole service (supply, distribution, customer relationship). This IT tool uses real-time data to optimize water production, network maintenance, emergency callouts, customer service management and risk management. The ServO will give a real-time picture of Veolia Water's performance with 230 key performance indicators (KPIs).

- Approaches for reducing energy consumption and managing emissions and discharges, which will ensure a "zero carbon service," marking a world first for a water service.

- Water traceability implementation, based on the "Agrofood model," guaranteeing consumers continuous control over the sanitary quality of their water.

- Third-generation remote meter reading, Téléo, which is being deployed in the first five years of the new contract. This technology provides users with precise monitoring of their consumption and facilitates leak detection.

- Veolia Water's meter optimization program calls for the replacement of 32,000 meters annually.

Veolia Water manages more than 550,000 subscriber accounts and generates more than 2 million bills annually. As part of efforts to improve customer relations, a new initiative introduces services adapted to different types of users and in close consultation with the public. This approach, branded as "Clario," gives an identity to this new relationship between the public service and its users.

Additionally a new program, "Water for All," is being established to take care of the poorest users. Under this social program, 1% of the revenues from water sales will be allocated to establish a fund that will offer low-income users a significant reduction in the price of water.

Veolia Water has also implemented a new organizational structure and standards for productivity gains and performance. Overall, the contract is a demonstration of the efficiency of the public service management model, which benefits local public authorities and service users alike by combining an additional performance commitment throughout the period of the contract with the best possible price. Under this approach, Veolia Water's fees will be raised or lowered as a function of how well the commitments to efficiency and quality of service are met.



www.veoliawaterna.com



**MILWAUKEE, WISCONSIN**



SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
2008 - Ongoing

Population Served:
1.1 million

*"After two years of analysis and a competitive bidding process, I truly believe this is environmentally and financially the best direction for our region. The new contract includes incentives for Veolia to perform above and beyond state and federal standards."*

– MMSD Executive Director
Kevin Shafer



# Wastewater System Operations

*$35 million in savings, performance guarantees, state-of-the-art Advanced Asset Management, a $1.5 million-dollar research program – and more . . . who could say no to all that? Certainly not the Milwaukee Metropolitan Sewerage District (MMSD), the agency charged with providing wastewater treatment and flood management for more than 1 million people in the 28 communities in the Greater Milwaukee area. Based on Veolia Water's bold guarantees to make the MMSD's wastewater program a world-class operation, in 2008, the MMSD began a 10-year, $400 million agreement that turned over its acclaimed wastewater, deep tunnel and biosolids operations to North America's leading provider of water services.*

Milwaukee had always been ahead of its time when it came to its wastewater operations. The MMSD was producing and marketing high-quality beneficial-use biosolids back in 1926. Fast forward 80 years when they wanted to take their operation to the next level and enter Veolia Water. The MMSD's demanding reputation for quality was no secret. Neither was Veolia Water's. It was only natural that the two leaders would team to set new standards for wastewater and stormwater management. When the MMSD sought a new partner for its operation, Veolia Water crafted a winning four-pronged proposal based on:

**Advanced Asset Management:** International asset management principles and the EPA 10-step process; state-of-the-art computerized maintenance management system and Oracle's Utilities Workgroup Asset Management software; leading-edge reliability centered maintenance, working with the MMSD to develop a common-knowledge base of assets; predictive maintenance in vibration and infrared thermography on site; delivery of capital program management to exacting standards.

**Operational Excellence:** New technologies, plans that prioritize quality and reliability over the cost of treatment; industry-leading safety practices; Action Teams to get the job done right; an exceptional program manager with proven leadership abilities.

## Project Relevance

### Scope of Services:
Operate/Maintain/Manage

Above-ground Asset Management

Underground Asset Management

Milorganite Production (48,000 dtpy)

Biosolids Land Application Program (3,000 dtpy Class B)

### Facilities:
360-MGD Activated Sludge WWTP

250-MGD Activated Sludge WWTP

320-mile Collection System

28.5-mile Stormwater System

500-MG Deep-Tunnel System

19 Pump Stations

*North America's largest wastewater partnership promises new levels for service, compliance and communications.*



MILWAUKEE, WISCONSIN

## Select Awards

George W. Burke, Jr.,
Safety Award, *Central States Water Environment Association (2014)*

Small Business Champion Award, *Milwaukee Small Business Week (2013)*

Platinum Award (14 years perfect compliance) - South Shore WWTP, *National Association of Clean Water Agencies (2011)*

Platinum Award (13 years perfect compliance) - Jones Island WWTP, *National Association of Clean Water Agencies (2011)*

Distinguished Service Award, *National Council for Public-Private Partnerships (2009)*





**Environmental Stewardship:** Corporate commitment as guardians of the environment; crystal clear communications with MMSD; maximizing treatment and minimizing overflows through a stringent wet weather operations plan; staff training programs to enhance skills and knowledge and advance career opportunities.

**Community Partnership:** $1.5 million research program with local universities such as University of Milwaukee-Madison School of Freshwater Sciences and Marquette University; Veolia Water's Water Box introduced into area elementary schools to enhance students' environmental awareness; environmental summit and public education; meaningful S/W/MBE programs to strengthen the local small business community.

Veolia Water reported a nearly flawless transition of some 200 union and non-union staff. All existing bargaining unit members and most management staff were offered employment at comparable wages and benefits, with 95% choosing to transition.

Under the leadership of a dedicated capital program manager, Veolia Water and the MMSD work together to develop annual and long-range capital improvement programs. During the first year, Veolia Water prepared a capital plan of recommended projects that totaled $34 million. We actively participate and provide input into client capital projects. During the first 4.5 years of our contract, Veolia Water executed more than $6.3 million in major repair/replacement work.

## Results

- $35 million in savings over contract term.
- Fee-based guarantees for performance and environmental compliance.
- Institution of $1.5 million R&D program in partnership with local universities.
- Implementation of state-of-the-art Advanced Asset Management approaches; optimization of wet weather operations.
- Smooth transition of approximately 200 union and non-union employees.

## Project Description

### Jones Island Wastewater Treatment Plant

Located on a peninsula in the Milwaukee harbor, the 360-MGD Jones Island facility is the oldest operating activated sludge plant in the U.S. Because of its historic leadership in wastewater treatment, the facility has been designated a National Historic Civil Engineering Landmark by the American Society of Civil Engineers and has been placed on the National Register of Historic Places. Wastewater treatment at Jones Island consists of preliminary/primary treatment, secondary treatment, phosphorus removal, disinfection and dechlorination. Solids removed from the primary clarifiers are pumped to the South Shore plant for anaerobic digestion and then returned to Jones Island for use in the production of Milorganite, an organic fertilizer.

### South Shore Wastewater Treatment Plant

The 250-MGD South Shore wastewater treatment facility, which has liquid processes similar to Jones Island, treats the majority of the wastewater flow from MMSD's outlying service areas. Most of the conveyance system flows by gravity to the treatment facility. During wet weather events, a portion of the area that normally flows to the Jones Island plant is diverted to South Shore. Solids removed from the primary clarifiers are pumped to the anaerobic digesters and co-mingled with incoming flows from Jones Island. Digested sludge is ultimately pumped back to Jones Island and used in the production of Milorganite.

### Milorganite® Production

The role of operating the time-honored process of Milorganite production at Jones





MILWAUKEE, WISCONSIN

## One Client's Definition of Asset Management

Maximizing the investment through:

* Doing the right thing
* With the right people
* At the right time
* For the right cost



Island (which began in 1926) is one for which Veolia Water is well-suited. Our extensive experience with managing solids drying operations allowed us to efficiently step into this role and maintain the high standards in place while significantly improving product quality. We are sensitive to odor issues that can be detrimental to public relations, and we are very familiar with the de-dusting procedure and dust control products used at the plant to prepare the product for transportation.

### Underground Asset Management

The nearly 350 miles of collection and conveyance assets compose a complex system of large pipes, tunnels, pump stations and a central control system. Approximately 40 percent of the gravity sewer is larger than 48-inch diameter. Two major tunnels provide an effective volume of 500 million gallons. The tunnels are 17 to 32 feet in diameter and 175 to 300 feet below the surface. The complex control system enables the console operators to monitor and control flows throughout the system. Two major requirements of the contract are to effectively manage wet weather events and provide a CCTV condition assessment of all gravity sewers during the first five years of the contract.

Through implementation of the most modern methods of underground asset management, such as CMOM (capacity management, operations and maintenance) and InfoNet® computerized maintenance management system software, we are improving the integrity, dependability and functionality of the system. In addition to delivering a paperless workflow and data management system, the implementation of InfoNet has improved the quality and accuracy of the MMSD's GIS data. Veolia Water is implementing state-of-the art programs that verify the operational readiness of critical system components; and improve remote monitoring to provide more complete feedback on real-time system performance; and maximize treatment efficiency. We also

will achieve constant emergency/overflow response readiness; provide various means for rate payers and other stakeholders to provide feedback on system performance (emergency phone hotline, email contact, etc.); and use opportunities to educate all that are interested about the proper operation of the District's conveyance and collection system. Additional improvements are ongoing.

### Wet Weather Operations

Managing flows during wet weather events has been an ongoing challenge for the MMSD. A significant aspect of Veolia Water's plan for Milwaukee is the execution of a comprehensive Wet Weather Operations Plan. A critical aspect of the plan is to ensure that all critical conveyance and plant assets are in service for wet weather events. When a wet weather event is anticipated, Veolia Water's Wet Weather Operations Team initiates a series of protocols that maximizes the useable capacity of the MMSD's unique inline storage system. Veolia Water's approach minimizes surcharging while maximizing treatment capacity. Sewer overflows are reduced and environmental compliance is enhanced. Part of this effort includes scheduling additional plant and field resources to effectively handle a wet weather event.

### Asset Management

Under the leadership of a dedicated capital program manager at the project, along with support resources from our company at-large and the MMSD, we are working together to develop a long-range capital improvements program. Key capital projects that have occurred are:

* **Landfill Gas Preliminary Engineering** – A Veolia Water-inspired "green" innovation will harvest and reuse landfill gas (LFG) – currently flared off to the atmosphere – to produce Milorganite. Veolia Water evaluated feasibility and cost and performed preliminary design for the LFG pipeline and conversion of the Milorganite dryer burners to LFG. Cost savings over 20 years are expected to be tens of millions of dollars.



MILWAUKEE, WISCONSIN



- **South Shore Digested Sludge Pipeline Project** – Veolia Water self-performed the engineering and construction for the addition of an 8-inch sludge pipeline from the digesters to the gallery of the inline pump station.
- **Jones Island Permanent Chloramination Project** – Veolia Water self-performed the engineering and construction of a permanent system for the addition of ammonium sulfate to improve disinfection efficiency. Related operating costs were reduced by 60%.

## Water Carbon Footprint Study

This partnership was expanded in 2010 as the MMSD, the City of Milwaukee and Veolia Water worked together on the first-ever Water Carbon Footprint Study, measuring the environmental impacts of carbon, water and costs. This water/energy/economic nexus study was made possible through support from the City, the Milwaukee Water Council, the MMSD and various water and energy utilities serving the area's population. Milwaukee's progressive actions and position toward water issues of the future made it a natural fit for the pioneering study, as it is the only United Nations Global Compact City focused on fresh water management, which requires the City to carry out a variety of water-quality projects that can be emulated by other cities.

Selected key findings included:

- Even in a water-rich environment like Milwaukee, public water conservation has a

needed, positive impact on water resources and carbon emissions.

- A new project to replace natural gas and electricity demand via LFG will significantly reduce both the carbon footprint and the Water Impact Index (WIIX), reinforcing the project's relevance.
- The WIIX shows that in Milwaukee, the impact of capturing one million gallons of combined sewer overflow (CSO) decreases the water impact on the environment by more than 1,000 gallons. It also shows that the WIIX of green solutions envisioned by Milwaukee, such as wetlands development, is approximately 12 times lower than the one from CSOs. MMSD was already exploring these options and the study results confirmed their choice and future plans.

Additional projects between MMSD and Veolia Water are already scheduled or being investigated to further improve system performance and reduce the WIIX and carbon footprint. Developed as part of this program, the WIIX expands on existing volume-based water measurement tools by incorporating multiple factors, including consumption, resource stress and water quality. Fresh water availability is predicted to become a major limiting factor for growth for cities and industries in many locations around the world, and the need to understand and quantify the impact on water resources is becoming essential to maintaining their sustainability and future prosperity. This reality requires an understanding of the factors needed to make the most appropriate, sustainable decisions. The new tool provides additional parameters that aid decision-makers.

The WIIX establishes the impact of human activity on water resources and provides a methodology for establishing the positive and negative implications of how water resources are managed. The study is the first to take the balance of both carbon and water into consideration, and it assigns a value to water based on quality, quantity and resource stress.





www.veoliawaterna.com



**BUFFALO, NEW YORK**



**SERVICE
VALUE
RESPONSIBILITY**

Duration of Project:
2010 – present

Population Served:
280,000





# Water Operations

*In July 2010, Veolia Water began a 10-year partnership with the City of Buffalo for the operation and maintenance (O&M) of their water supply system.*

Based on our proposal to implement our world-class programs for Buffalo, streamline their processes, enhance City revenues without unduly burdening ratepayers and manage the City's water treatment and distribution system operations staff who remained in City employ, the City of Buffalo selected Veolia Water to manage and operate its water system under this Public-Private Partnership.

Valued at approximately $53 million, the contract includes managing, operating and maintaining the water treatment facilities and distribution system, as well as all customer service components. All water assets remain the property of the City, and staff, managed by Veolia Water, remain City employees.

Under this contract, Veolia Water is implementing new programs and new performance metrics to ensure improvements in customer service, including commitments to improve Call Center operations, invest in customer service software, create an Underground Asset Management (UGAM) program and develop a new, comprehensive maintenance program to drive a higher level of service to Buffalo residents.

Some 20 performance metrics were developed to track and determine Veolia Water's performance and accountability under this partnership, and service improvements are being phased in during the initial years of the contract.

## Results

- Implemented new customer service initiatives.
- Completed first year of contract without a lost-time incident.
- Improved inventory/parts management systems.
- Implementing Asset Management platforms for both above-ground and below-ground assets.
- Met with numerous neighborhood groups as part of the customer service improvement initiative.
- Conducted comprehensive water system audit to identify non-revenue water.

## Project Relevance

**Scope of Services:**

Operate/Maintain/Manage

Capital Program Management

Meter Reading

Customer Service (74,000 accounts)

Billing

**Facilities:**

160-MGD Surface Water Treatment Facility

Water Transmission Mains (814 miles)

23,000 Valves

8,000 Fire Hydrants



**BUFFALO, NEW YORK**

- Partnering with the Water Authority to build on current successes and plan together for the future.

## Scope of Service



The 160-MGD surface water treatment plant is supplied from Lake Erie through the 6,600-foot long Emerald Channel. The dual-train water plant, built in 1926, employs a conventional coagulation-flocculation-sedimentation-filtration process and uses hydrolyzing metals slats chemistry for solids separation. Two high-lift pump stations that date back nearly 100 years supply finished water tanks and the distribution system.



The Buffalo water distribution system is composed of 814 miles of pipe, 23,000 valves and 8,000 fire hydrants. The majority of distribution system lines were constructed before 1935 (much of those in the late 1800s) and are subject to Buffalo's extreme winter temperatures. Winter main breaks can number nearly 40 in one month's time and have reached as many as 220 over the course of a year. Currently, there are approximately 80,000 connections of which approximately 12,000 are unmetered accounts (rate-based flat fees). Approximately 74% of all billings/revenue are associated with 2-inch and smaller connection size, which reflects a lower density of major industrial/commercial water users.

"The Buffalo Water Board... is confident that we have selected the best operator for our system... Veolia Water's demonstrated focus on service has convinced us that our long-term partnership will result in notable advances... We expect Veolia Water to move us forward through the next decade with marked efficiency improvements and technological advances while maintaining our exceptional water quality."

— Oluwole McFoy
Chairperson, Buffalo Water Board





BUFFALO, NEW YORK

## One Client's Definition of Asset Management

Maximizing the investment through:
- Doing the right thing
- With the right people
- At the right time
- For the right cost.

In 2012, Veolia Water conducted a comprehensive audit of the Buffalo water system. Employing AWWA methodology, we evaluated water produced, metered and unmetered consumption, billed and unbilled consumption, leakage from pipes and storage towers and service connections. The results revealed that non-revenue water (NRW) accounts for nearly 50% of water produced and water losses total about 30% of water produced. Armed with this data and Veolia Water's recommendations for improvements and implementation support, the City can plot a path forward to curbing these significant water and revenue losses.





## Customer Service and Meter Reading Management

Veolia Water has implemented new customer service phone/information systems and is partnering with the Water Authority service center staff to begin the longer process of a customer service cultural change. Water Authority customers, like those of other similar North American utilities, expect improved customer service and availability of information (usage, leakage, etc.), so these efforts are central to meeting the technical and service expectations of today's ratepayers. Improvements to meter

reading, billing cycles, delinquent accounts and Veolia Water's participation at the many neighborhood meetings are yielding increasingly positive impressions of the Water Authority by its ratepayers.

We are exceeding all client customer service, billing and revenue performance standards. By restructuring billing cycles, call center activity has leveled, which allows us to operate with fewer staff — saving the Authority more than $1 million each year.

Annually, we send 400 water meters to our North America Meter Laboratory in Houston. The new facility allows us to offer the most modern meter optimization techniques — a key foundation to optimizing and sustaining meter accuracy, which in turn means additional water revenues for Buffalo.



## Underground Asset Management (UGAM)

A significant element of Veolia Water's proposed approach at Buffalo involves implementing a UGAM program. The core elements of this program include:



BUFFALO, NEW YORK



- **Integrated IT Solution** – We are using an approach under which data is entered once and a central database is updated with the new information.
- **GIS Data Integration** – Veolia Water is supporting implementation of the City's new GIS and is integrating it at the water system operational level.
- **Integrated UGAM Program** – Our approach centers on Innovyze's InfoNet™ automated management tool. This application interfaces with GIS programs, allowing the maintenance activity and capital improvements to be spatially displayed on GIS maps. Using this tool, our O&M team can record all underground pipe work to the database, allowing the records to be queried for any number of criterion. Main breaks, service line leaks, valve maintenance and repairs and other maintenance activities become integral pieces of information that can be shared in developing a comprehensive Capital Plan. Having this information recorded and available also allows the City to retain institutional knowledge, instead of losing that information when personnel leave the system.

In summary, integrating GIS, InfoNet and the CMMS data will lead to a fully automated maintenance management system that optimizes operations and provides an immediate return on investment for the Water Authority.

InfoNet is being implemented on a mobile basis to provide field crews with direct access to all asset-related data during the actual performance of maintenance or repair efforts.

Veolia Water has also initiated a water distribution system condition assessment using our proprietary validated mathematical statistical modeling tools. We will integrate the results of our experience and expertise from using this tool in other parts of the world into Capital Improvement Planning recommendations.

Meter reading routes have been optimized and refined to ensure that actual (not estimated) meter reads are being collected and also to identify accounts where some type of maintenance or meter equipment repairs are needed.

Veolia Water has proposed several joint-venture pilot studies with the Water Authority, including waterline physical condition assessment and a field test of Veolia Water-vetted AMR and advanced metering initiatives.





WATER

www.veoliawaterna.com

CONFIDENTIAL





**NEW LONDON, CONNECTICUT**

SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
2008 – Ongoing

Population Served:
44,570





# Water and Wastewater Operations

*In 2008, the City of New London awarded a 10-year, $59 million operations and management (O&M) contract to Veolia Water. This new Public-Private Partnership agreement represents one of the largest U.S. water and wastewater systems of its type, and the City viewed Veolia Water as its best choice to protect valuable water and wastewater assets efficiently and cost effectively.*

New London was not new to public-private partnerships. The City chose to partner with Veolia Water to secure a higher level of service. The company's offering, which highlighted the economic benefits of long-term contracts, included structures that guaranteed operational excellence and a true partnership through accountability and asset management.

This contract initially had a 10-year term, and due to Veolia Water's ability to drive rapid improvements during the initial years of the partnership, the City signed an extension through 2028.

## Results

- Created a seamless and professional transition plan that maximizes staff potential
- Placed a strong focus on safety and compliance to protect the City's investment in water and wastewater assets
- Ensured environmental integrity of Thames River and Long Island Sound.
- Provided a single management team to cover total asset and capital programs for the water and wastewater systems
- Conducted asset management planning and reliability centered maintenance to reduce life-cycle costs
- Implemented an integrated information technology program that combines maintenance, operations and other information into a single repository
- Developed a comprehensive underground asset management program that includes sewer main cleaning, video line inspection, as well as pipe repair and maintenance

## Project Relevance

### Scope of Services:

Operate/Maintain/Manage

Underground Asset Management

Watershed Management (2,500 acres, 6 reservoirs)

Capital Improvements

Sludge Disposal

Meter Reading

Billing and Collections (14,500 accounts)

### Facilities:

*Water*

9-MGD Surface Water Filtration Plant

Distribution System (230 miles)

Finished Water Storage

*Wastewater*

10-MGD Activated Sludge WWTP

9 Wastewater Pump Stations

Collection System (122 miles)



**NEW LONDON, CONNECTICUT**

## Project Description

Under this contract with the City of New London, Veolia Water is responsible for the day-to-day and long-term operation of water and wastewater facilities that include: a 10-MGD wastewater treatment plant, nine pump stations and 122 miles of sewer lines; a 9-MGD water filtration plant, finished water storage tanks and 230 miles of drinking water distribution lines; and billing and collection for over 14,500 accounts.

*"With Veolia Water as our new partner, New London is ensuring reliable asset management and the protection of our valuable water and wastewater assets on a long-term basis with the lowest life-cycle management costs."*

— Kevin J. Cavanagh, Former Mayor

## Underground Asset Management

Veolia Water created an integrated underground asset management (UGAM) program to meet capacity, management, operation and maintenance (CMOM) program requirements for the City's wastewater collection system and to provide New London with the greatest knowledge and control of their infrastructure. UGAM provides an effective way to collect key information needed to set priorities for activities and investments.

New London already had a strong GIS platform for managing mapping and assets, and Veolia Water is taking the water and wastewater collection and distribution systems layers of this GIS system to the next level, which makes effective use of GIS data. Maintenance activities, such as sewer main cleaning, video line inspection, smoke testing, flow monitoring and manhole condition assessment, will all work with and be recorded on the underground asset software. Having this information recorded and available allows the City of New London to build institutional knowledge, instead of losing that information when operators and managers retire or leave their employ.

Veolia Water's approach to information management is designed to integrate technology solutions, as well as link together CMMS, GIS and underground asset software, providing a fully-integrated IT system that offers significant value. Data that would otherwise be lost is recorded and available for managing staff, tracking and asset management, and capital planning. The IT integration will improve the utilization of information databases to bring better decisions to the operation and management of the utility system. Veolia Water uses the information to develop efficient capital plans, provide better customer service, and deliver a higher level of service.







www.veoliawaterna.com





**TAMPA BAY WATER, FLORIDA**

SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
2000 – Ongoing

Population Served:
2.5 million



*"Eighty million dollars represents compelling savings. These savings translate into lower water rates for our residents. Forward-thinking utilities have to consider the benefits of working with a private-sector partner that provides access to the latest technology and operational economies of scale."*

– Former TBW General Manager, Jerry Maxwell

# Design-Build-Operate Project

*Tampa Bay Water, a regional water authority, is Florida's largest wholesale supplier, supplying water to nearly 2.5 million consumers in a three-county area, including the cities of Tampa and St. Petersburg. The authority had traditionally met drinking water demands via groundwater extraction, but due to increasing demands for drinking water and mandatory decreases in groundwater withdrawal limits, the authority was in need of a new source of water supply.*

The Tampa Bay-Veolia Water Public-Private Partnership has constantly expanded over the years – a testament to the quality of our work and our client's trust and satisfaction. The initial design-build-operate (DBO) contract has been joined by agreements for maintenance of a groundwater treatment facility, reservoir management, engineering-procurement-construction management (EPCM) for another treatment plant and, finally, a second DBO contract to nearly double the size of the original surface water treatment plant.

The Public-Private Partnership between Tampa Bay Water and Veolia Water is the largest in Florida, and the surface water treatment plant is among the most technologically sophisticated in the world.

To implement this project for Tampa Bay Water, Veolia Water brought together a team with special skills in operations, design and construction and water treatment technologies, which included local and national engineering and construction partners.

Some key results include:

- Millions of dollars are expected to be saved over the 20-year contract term.

- A second contract, to maintain a 30-MGD water facility, was awarded in 2002 and has been renewed three times. This facility strips hydrogen sulfide from groundwater supplies.

- To improve the quality of the surface water treatment facility's raw water supply, in 2005 the authority awarded a third agreement to Veolia Water – for the monitoring and maintenance of a 15-billon-gallon raw water reservoir. Veolia Water immediately began developing a reservoir management plan to address the control of nuisance organisms, algae, vascular aquatic and terrestrial plants and provide recommendations to Tampa Bay Water for Best Management Practices.

## Project Relevance

**Scope of Services:**
Design/Build

Operate, Maintain, Manage

Engineering-Procurement-Construction Management

**Facilities:**
120-MGD ACTIFLO Surface Water Treatment Plant

30-MGD Hydrogen Sulfide Removal Groundwater Facility

15-Billion Gallon Reservoir





TAMPA BAY WATER, FLORIDA

## Select Awards

2013, 2012–Plant Operations Excellence Award *Florida Department of Environmental Protection*

2007–OPEX Award *Veolia Water's top project in region and nation*

2005–Outstanding Water Treatment Plant Award - Class A Category *AWWA Florida Section*

2005–Taste Test Award *AWWA Region IV Florida Section*

2004–Facility Excellence Award for Outstanding O&M of a Water Treatment Plant *Florida Water & Pollution Control Operators Association*

2003–Infrastructure Award *National Council for Public-Private Partnerships*

2003–Build America Award *Associated General Contractors of America*

2003–Grand Prize-Design *American Academy of Environmental Engineers*

2003–Facility Excellence Award *FWPCOA*

- Tampa Bay Water's state-of-the-art Regional Surface Water Treatment Plant received the 2012 Plant Operations Excellence Award from the Florida Department of Environmental Protection, adding yet another chapter to the plant's history of success.
- Completed the Lithia EPCM contract $1.2 million under our guaranteed maximum price.

## Surface Water Treatment Plant

The Tampa Bay Water project began in April 2000 when, following a year-long selection process among four competitive teams, Tampa Bay Water awarded the Veolia Water DBO project team a $135 million, 15-year (with a 5-year option) contract to design, build and operate the authority's 60-MGD Regional Surface Water Treatment Facility. In August 2000, the plant capacity was increased from 60 MGD to 66 MGD, raising the overall contract value to $144 million. The project included more than $83 million in capital (construction) costs and over $61 million in O&M fees, which are expected to generate a 21% savings, or about $85 million, over the 20-year life of the project.

The Regional Surface Water Treatment Plant is the linchpin of Tampa Bay Water's Master Water Plan, which was undertaken to develop at least 53 MGD of capacity by 2003 and an additional 58 MGD by 2008. Plant construction was completed in September 2002 on a 435-acre tract of land located in the Brandon area. It was providing treated water to customers in the same month of construction completion.

In April 2007, Veolia Water's contract with Tampa Bay Water was expanded again, as our firm (in a DBO partnership) was selected for a plant expansion that nearly doubled the size of this facility to 120 MGD. This contract amendment, amounting to $158.4 million over its term, ranked this project as the largest water DBO project in the U.S. The expansion contract is expected to yield savings similar to the original agreement.

The contract amendment built on the success of the original water partnership by utilizing the same technology process train, featuring Veolia Water's patented ACTIFLO® clarification process. Veolia Water Solutions & Technologies, our engineering, construction and technologies affiliate, provided the ACTIFLO process for application at this plant as part of the initial design. This process was selected for its unique ability to treat water with high-variability in quality.

After extensive filtration and secondary disinfection with monochloramines, the finished drinking water meets or exceeds federal standards. The high-quality water is blended with desalinated seawater and groundwater. Treatment elements utilize a multi-barrier process, including ballasted flocculation (ACTIFLO), ozonation – generated on site with liquid oxygen – filtration via granular activated carbon gravity filters, disinfection, chemical dosing and solids processing. Adjacent to the facility are finished-water storage tanks and a pump station that supplies water to the member governments' distribution systems.

The DBO process again provided Tampa Bay Water with performance guarantees for water



VWNAOS248210



VWNAOS248211



TAMPA BAY WATER, FLORIDA

quality, water quantity, construction timelines, and a guaranteed not-to-exceed price for project delivery. The facility expansion was completed ahead of schedule.

The Tampa Bay Water Board of Director's vote amended the term of the original agreement through 2023 with the acceptance of the successful DBO expansion.

## Water Reservoir

Under a separate contract, Veolia Water provides maintenance and monitoring services for Tampa Bay Water's 15-billion-gallon capacity raw water reservoir, which includes chemical feed systems and aeration towers. This work involves water quality monitoring, mowing, invasive species eradication, stormwater pond management, control structure inspection, soil cement monitoring, general housekeeping, and maintenance of monitoring devices such as piezometers and extensometers.

## Hydrogen Sulfide Treatment Facility

Veolia Water also has an ongoing maintenance agreement for Tampa Bay Water's 30-MGD S.K. Keller Hydrogen Sulfide Treatment Facility. This system addresses the needs of groundwater supplies for the service area. This work involves cleaning aeration towers and scrubbers, repairing equipment and

instrumentation, general housekeeping, equipment condition assessment and capital improvement recommendations.

## EPCM Contract

The success of these projects led to the award of an engineering-procurement-construction management (EPCM) contract to build the new Lithia Hydrogen Sulfide Removal Facility, a 45-MGD ozone treatment system with a design ozone dosage of 8 mg/L. This includes an ozone generation system/control building with a LOX storage facility, sidestream ozone injection system and associated pump station, an in-ground pipeline ozone contactor and dissipation chamber, and a 20-MGD high service pump station with associated chemical feed facilities. Raw water is supplied from the South Central Hillsborough Regional Wellfield through 17 existing wells. The projected hydrogen sulfide removal facility flow rate range includes a minimum sustained flow of 7.5 MGD, an average flow of 24 MGD and a maximum flow of 45 MGD.

The Lithia plant project achieved Final Completion and the client assumed daily operations in the first week of September 2013. By the end of the month, Veolia Water had performed some added scope items and demobilized from the site. We completed the project ahead of schedule and $1.2 million under budget.




VEOLIA
WATER

www.veoliawaterna.com



**INDIANAPOLIS, INDIANA**

SERVICE
VALUE
RESPONSIBILITY



**Duration of Project:**
2002 - 2011
(completed)

**Population Served:**
Nearly one million in
eight central Indiana
counties





# Historically Largest Water Public-Private Partnership in the United States

*Veolia Water managed what is recognized as one of the most innovative water operations partnerships in the U.S., achieving a transition approach in 2002 that changed the management and operation of the City's water department to realize significant cost savings, organizational and operational improvements, technological advancements and management efficiencies, including:*

- Yielding a five-year rate freeze at the start of the contract
- Introducing industry-first metrics (with fee at risk) that established benchmarks for performance and achieved cost savings
- Keeping 92 percent of the dollars spent ($250 M) in the local economy
- Maintaining a 35 percent M/WBE participation level, and contributing over $5 M to local organizations
- Attaining industry-first quality standards (ISO 9001 and 14001 certifications), making Indianapolis the first major U.S. city to receive these certifications for its water operations
- Establishing cultural and work force changes to achieve quality, performance and cost savings goals
- Delivering a cumulative $83.1 million in cost savings when the contract was completed in 2011, with the transition of services to the new water/wastewater utilities owner in Indianapolis

The approach that Veolia Water implemented at Indianapolis focused on building a collaborative environment with all of the project stakeholders (union, government and the community). This included a Citizens Advisory Group (CAG) and a Technical Advisory Group (TAG) that helped us make decisions, acted as a focus group and provided public support for changes they agreed with. The TAG included representatives from local industries, prominent college professors, the state environmental agency, the state Public Service Commission and local politicians. The CAG vetted in advance all customer service changes, such as messages on phones and policies on customer turnoffs, and review of public documents, such as the actual bill format.

## Project Relevance

### Scope of Services:

Operate/Maintain/Manage

Design/Build Capital Improvements

Advanced Asset Management

Water Leakage Detection Program

Customer Service

Meter Reading (310,000 connections)

Billing/Collection (600,000 accounts)

Community Relations

Site Security Assessment

### Facilities:

Four Surface Water Treatment Plants (96 to 16 MGD)

Four Groundwater Treatment Plants (24 to 2 MGD)

Distribution System (4,300 miles)

29 Pump Stations

7 Well Fields

25 Finished Water Storage Tanks



INDIANAPOLIS, INDIANA

## Select Awards

2008—Hoosier Water Guardian Award for Outstanding Distinction from the Indiana Department of Environmental Management

2006—Outstanding Achievement Award in Public-Private Partnerships from the U.S. Conference of Mayors

2006—Sam H. Jones Award from the Mayor's Celebration of Diversity Awards

2006—Spirit of Philanthropy Award from Indiana University-Purdue University School of Science

2006—Corporate Diversity Award from the Marion County Bar Association

2006—Corporate Sponsor of the Year from Keep Indianapolis Beautiful

2004—Service Award from the National Council for Public-Private Partnerships (NCPPP)



McKinsey & Company worked with the Indianapolis Water Board and Veolia Water Indianapolis in 2010 on an analysis of water system operations. This work involved benchmarking the water operations against 15 other major water utilities in the company's 21st Century—Water Utility Initiative benchmark database. Work included site visits to identify bottom-up improvement ideas, and the preparation of a report detailing best practices and operations efficiencies.

In August 2011, Veolia Water completed the successful transition of the water operations to the new owner, a City-owned regulated utility.

## Summary

On April 30, 2002, the City acquired the waterworks system from NiSource. Until the City's purchase of Indianapolis Water Company, Indianapolis had been the largest city in the nation that did not own its own water utility. The following day, the City transitioned complete responsibility for the water system O&M to Veolia Water. This move by the nation's 12th-largest city (at contract inception) marked the largest Public-Private Partnership for water services in the U.S. Veolia Water transitioned more than 460 technical, professional and management-level employees to our O&M and management teams.

Veolia Water was selected for this partnership because of our innovative transition plans, employee relations plans, technical approach, experience, management fees, customer service and local commitment.

We worked with the City to provide an aggressive approach to resolve water taste and odor problems, provide compliant water system operation and management, and invest in plant upgrades.

Due to the acquisition and Veolia Water partnership, water rates for the City of Indianapolis consumers were frozen for the first five years. The City further contributed to lower operating costs because of favorable tax and interest rate structures.

Under the incentive plan, a portion of Veolia Water's fees were paid only if we met specified customer service, water quality, operations and other performance measures. By directly linking performance to compensation, this partnership established a new model in the water outsourcing industry. Over the years, Veolia Water earned better than 90 percent of the incentive-based compensation under this contract.

Veolia Water also established a sophisticated customer service program that included a call center to manage customer concerns regarding their water service.

A major portion of this contract with the City was devoted to capital improvement projects that were managed by Veolia Water Indianapolis. We implemented this work through a combination of in-house crews and local, pre-qualified engineering and contractor firms.

Water taste and odor problems had plagued some Indianapolis consumers for years. The City and Veolia Water invested in plant upgrades and engaged Indiana University-Purdue University at Indianapolis in an aggressive research and development project to create a mode of excellence in drinking water quality and also address water taste and odor.

## Project Description

The Indianapolis water facilities include four surface water treatment plants, ranging in size from 96 to 16 MGD; five groundwater treatment plants, ranging in size from 24 to 2 MGD; 4,300-mile distribution system; numerous storage tanks; 17 water pump stations along the distribution system; and 12 high-service pump stations at the water treatment plants. The Indianapolis water supply system is dynamic with several pressure zones. Fifteen districts and five sub-districts comprise the water system. A district and sub-district are part of the waterworks that is defined by the pressures within the area and is typically isolated from the remainder of the system by one or more pressure reducing valves (PRVs), bleeder valves or pump stations.



INDIANAPOLIS, INDIANA





The Customer Service Center operations at Indianapolis managed over 322,000 accounts, and some of the accomplishments of this operations have included:

- Achieving a customer satisfaction rates of 93.9% in 2007, 90.4% in 2008, 91.3% in 2009, and 86.2% in 2010, far exceeding the national rate of 70%.

- Annually answering more than 485,000 customer calls in less than 30 seconds with an abandonment rate of less than 2%.

The customer service organization was responsible for meter reading for some 310,000 connections for the City of Indianapolis and an additional 15,000 connections through contracts with surrounding communities. We also provided billing and revenue collection for 600,000 accounts. In addition to billing for the waterworks, we provided sewer billing for Indianapolis. A staff of 15 was responsible for meter reading and leak detection services for the water system. The scope of operations for the Indianapolis water project included the management of over 400,000 water meters. Veolia Water's meter maintenance tools helped avoid significant, wasteful expenditures. Traditionally, utilities replaced meters based on age, and, on average, some 15,000 meters were replaced each year. We also maintained responsibility for about 6,000 new meter installs (on average) each year—providing a 9-moth return on investment (ROI) on average for large meter installations. As part of this work, Veolia Water evaluated an automated meter reading (AMR) approach for the City's water system (radio-read), and that was found not to be cost-effective at that point in time; further evaluation will take place at a future date.

At Indianapolis, we also instituted a sample testing program that focused on meter accuracy and return on investment. Using the traditional age method, the City of Indianapolis would have replaced about 42,000 meters installed in 1992, 1993 and 1994, and retained nearly 66,500 meters that were considered "too young" to replace; i.e. those

that were installed between 1995 through 1998. If the older meters had been replaced using the "traditional" approach, they would have generated only an additional $17,000 in annual revenues--an amount that would have been insufficient in terms of recovering the costs of their replacement. However, by focusing on meter accuracy, the younger meters were replaced resulting in an additional $200,000 in revenues.

Prior to the transition of the water operations contract to the new owner, Veolia Water completed a program replacing 163 three inch and larger water meters. These meters represented about 15% of the utility's revenue base, but made up less than one half of one percent (0.05%) of its meter base. The project was completed within three months, generating nearly $2 million in additional revenues and paid for itself ($1.44 million in meter and installation costs) in less than nine months. Processes were also put into place to ensure that these meters would continue to generate some $8 million in revenues for these accounts.

As part of the Indianapolis contract Veolia Water also managed a leak detection program, which involved 15 trained staff. Training was facilitated by FCS, our equipment provider, in tandem with on-the-job training. In keeping with our cross training philosophy, any number of these personnel could be deployed at a time. The detection rates are significant, and we used the FCS C2000, TriCoor 2001 and AccuCoor 3000 to accurately pinpoint leaks as part of our customer focused operations.

Performance and efficiency evaluations conducted by Veolia Water's Technical Direction Group (TDG) yielded numerous improvements and cost savings innovations for the customers of Indianapolis Water. Just a few examples of the benefits our TDG team delivered at Indianapolis include the following:

- North America's first Veolia Water Actiflo™ Carb process installation in North America was constructed as a solution to persistent taste and odor (T&O) and organics at a



INDIANAPOLIS, INDIANA

24-MGD water treatment facility. The improvements were expected to reduce powered activated carbon (PAC) usage by more than 40 percent over previous feed practices.

- Optimization of residuals processing at the 24-MGD groundwater iron removal facility cut residuals disposal costs by nearly 50 percent.

- Solar-powered mixers for PAC addition in an intake canal improved mixing and eliminated electrical for T&O pretreatment system, realizing about a 40 percent reduction in carbon usage and an approximate chemical savings of almost $90,000 per year.



- A variable frequency drive (VFD) was installed on a 1,250 hp high service pump. The innovative VFD cooling-fan ductwork was plumbed to capture heat generated for building heating in winter and was ducted to the outside for summer. The installation cost $250,000 and had an annual savings on power and heating of $160,000, in addition to improved distribution system operation of the VFD, the return on investment was little more than a year and a half.



The TDG seeks cutting-edge innovations that have the potential to enhance our operations. One example: at Indianapolis, Veolia Water piloted tested remote-controlled, finished-water tank cleaning robots that would greatly reduce downtime for drinking water storage tanks, while virtually eliminating distribution system pressure swings resulting from redirecting water while tanks are down.

Veolia Water worked with the City of Indianapolis to transition the water department operations to a new owner. The City Council approved the sale of the water and wastewater systems to Citizens Energy Group in 2010, expecting to raise $425 million for "Rebuild Indy" infrastructure improvements (bridges, streets, sidewalks and abandoned home removal). The City also expects to achieve savings by consolidating water, wastewater and gas utilities operations.

As part of this process, Veolia Water reassigned our management team to our corporate staff and provided outplacement assistance to personnel that were not transitioned to the new owner.

## Results

Since the inception of our contract in 2002, we executed in excess of $200 million in capital work to improve the City's aging water infrastructure.

Provided a $31 million upgrade to a 24-MGD surface water treatment plant to meet upcoming regulatory requirements and a $25 million capital program to develop a new groundwater source of supply.

Veolia Water initiated a new standard for water utility excellence at Indianapolis, with our specialists completing the rigorous program required to achieve ISO 9001 and 14001 standards. This made Indianapolis the only major city in the U.S. that had achieved these standards for its water operations, and Veolia Water Indianapolis the first U.S. water company to be simultaneously certified in both.

According to an independent survey, nearly 90 percent of customers were satisfied or very satisfied with Veolia Water's services — well above the national average for water utilities.

Veolia Water invested $6 million in a new residuals handling facility to eliminate the disposal water treatment residuals to the Indianapolis sewer system. In addition, an investment of $500,000 in SCADA/technology improvements enhanced chemical and power management through better data collection, increased online monitoring and improved trend analysis.

Veolia Water's subcontracting approach for this project substantially enhanced the roles played by minority-owned (MBE) and woman-owned (WBE) businesses with respect to the delivery of subcontracted goods and services. Significantly, Veolia Water exceeded our firm's commitments with respect to MBE and WBE participation.



VEOLIA
WATER

www.veoliawaterna.com



**VEOLIA** WATER

WILMINGTON, DELAWARE

SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
1985 — Ongoing

Population Served:
500, 000





# Wastewater Operations

*Veolia Water assumed O&M responsibility for the solids processing facilities in 1985, and, in 1998, we were awarded a new 20-year, $224 million O&M contract to manage the entire wastewater treatment process.*

During the first two years of this contract, Veolia Water financed, designed and built $15 million in capital improvements, including a SCADA system and fine bubble diffused aeration to enhance system operation and conserve energy. In addition, Veolia Water replaced the labor-intensive belt filter press installation with more efficient centrifuges.

The O&M project has met all of the City's requirements. This plant is an integral part of Delaware's innovative statewide solid waste management plan.

Cost savings to the City have been substantial over our term of this contract, with Veolia Water providing the City with over $1.5 million in annual operating savings. Further, we completed $10 million of capital work some 10 months early. Veolia Water also determined that power efficiency and improved dewatering could be achieved through use of a centrifuge; we completed the fast-track conversion in just 120 days.

## Results

- Project is a repeat recipient of Gold Peak Performance Awards from the National Association of Clean Water Agencies and two-time nominee for the USEPA Region III Operation & Maintenance Excellence Award.

- We worked with the City to install a sodium hypochlorite disinfection system to replace the dangerous chlorine gas system. The new system significantly reduces the risk to employees, the residents of Wilmington and surrounding neighborhoods and removed the site from the U.S. EPA's high-risk target list. Later, we took advantage of improved technology, installing new hypochlorite equipment that cut disinfection chemical costs by 40%-45%.

## Project Relevance

### Scope of Services:

Operate/Maintain/ Manage

Capital Improvements Program

Above-ground Asset Management

Industrial Pretreatment Program Sampling

Real-time Control CSO Management

Industrial Leachate

Beneficial Use Land Application - Class B Biosolids

### Facilities:

134-MGD High-Rate Activated Sludge WWTP with peak flows of 400 MGD

3 Pump Stations

2 Cogeneration Dryers



WILMINGTON, DELAWARE

## Select Awards

2012, 2010 — Gold Peak Performance Award
*National Association of Clean Water Agencies*

2005 & 2009 — Operation & Maintenance Excellence Award   *Nomination, USEPA, Region III*

2005 — Northeast Region OPEX Award Winner — *Large Plant, Veolia Water North America Operating Services*





*"...it is quite obvious that your personnel are well trained and in tune with the process... You and your associates are to be commended for their continued dedication to maintaining and efficiently operating [Delaware's] largest municipal wastewater treatment facility."*
— Glenn F. Davis, DNREC

- Since taking over site-wide O&M responsibility as an NPDES co-permittee, Veolia Water has achieved an excellent compliance record.

- We work closely with the City to maximize diversion of combined sewer overflows (CSOs) into the plant for effective treatment. Our goal is to accept and treat as much storm flow as possible, thus minimizing the discharge at the CSOs..

- We installed Oracle's asset management software to track asset maintenance history and extend asset life expectancy.

- At project startup, Veolia Water negotiated with the labor unions at the site and offered employment to all City employees, with 90% accepting.

- Veolia Water instituted a cross-training program for operations and maintenance personnel, which saves money on call-ins and overtime and allows staff to work in any part of the plant. This included a mandatory training requirement for union personnel, effectively improving the overall skill level of the staff.

## Project Description

This project involves the O&M and management of a 134-MGD enhanced secondary activated sludge wastewater treatment plant that is subject to wet weather conditions, as well as three large wastewater pump stations. The facility is the largest wastewater treatment plant in Delaware and is operated by Veolia Water under a 20-year agreement that will provide O&M cost savings of about $1.5 million annually, with more than $15 million in capital improvements.

Under this contract, Veolia Water pays the City an annual access fee, and the City uses these funds for infrastructure and other programs. Veolia Water also contributed $1 million to help the City defray the legal expenses incurred during the contract drafting process.

The City expanded Veolia Water's contract to include providing daily O&M of the City's combined sewer outfall real-time control (RTC) system. RTC converts the passive underground piping into a dynamically controlled system through use of rain gauges, water level and flow sensors, and regulators. Use of SCADA for continuous monitoring enables operators to mitigate potential CSOs by diverting flows to areas of the underground system that have the capacity to handle or store excess wastewater.

Veolia Water has been working with the City and its Energy Services Company (ESCO) to implement a $37 million Biosolids Renewable Energy Facility (REBF) at the wastewater plant. Veolia Water has worked with the ESCO and their engineering consultant in the design and development of this innovative green energy project, which will use flared digester gas, supplemented with adjacent landfill gas to fuel two reciprocating cogeneration engines to yield four megawatts of sustainable power for use at the plant. The REBF will also use the exhaust heat from the engines to heat thermal hot oil for a new 30-dtpd in-direct heat dryer to produce Class A dried biosolids to market to customers. Veolia Water is contracted to provide O&M of the new REBF.



www.veoliawaterna.com





NEW ORLEANS, LOUISIANA

SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
1992 – Ongoing

Population Served:
334,000



# Wastewater System Operations

*At the start of the contract, the challenges included restoring wastewater plant performance and compliance and providing qualified staff for the operations, maintenance and management (O&M) of two complex plants. Following the hurricanes of 2005, the challenge was to rebuild systems and facilities damaged or destroyed in the storm and restore wastewater services to the City.*

Prior to the start of this contract, members of the New Orleans Sewerage & Water Board (S&WB) devoted nearly a year to studying the viability of contract O&M. They toured the country, interviewing officials in municipalities already employing private O&M and evaluating the facilities and their operations. Seeking operating efficiencies, relief from regulatory demands and a solution to hiring qualified personnel at civil service wages, the S&WB contracted the operation of its two wastewater treatment plants to Veolia Water in 1992. With a then combined treatment capacity of 132 MGD, the New Orleans project was, at the time, one of the largest under contract in the U.S.

Now, with a combined treatment capacity of 142 MGD, the New Orleans project is still one of the largest operations under contract in the U.S., and the partnership between Veolia Water and the S&WB has delivered many benefits to the City over the past two decades. Some of these benefits are tangible, such as cost savings that are estimated to be more than $26 million in terms of O&M costs, over $2.8 million contributed to community and civic groups, and national and regional awards for performance and safety in the operation and management of your facilities. Other benefits are intangible, such as helping to better the quality of life in the City and providing an engaged and involved work force.



## Project Relevance

### Scope of Services:

Operate/Maintain/Manage

Capital Improvements

Hurricane Recovery

Septage Receiving

Biosolids Disposal

### Facilities:

122-MGD Pure Oxygen Secondary WWTP

20-MGD Trickling Filter WWTP

40-dtpd Fluidized-Bed Incinerator

CONFIDENTIAL



NEW ORLEANS, LOUISIANA

## Select Awards

Excellence in Public-Private Partnerships Award, *U.S. Conference of Mayors (2012)*

Environmental Performance Award, *Veolia Water (2011)*

Infrastructure Award, *National Council for Public-Private Partnerships (2010)*

Gold Peak Performance Award - West Bank WWTP (2011, 2010); East Bank WWTP (2011), *National Association of Clean Water Agencies*

Silver Award - East Bank WWTP, *National Association of Clean Water Agencies (2010)*

South OPEX Award – Large Project, *Veolia Water (2009, 2005)*

Silver Award, *Association of Metropolitan Sewerage Agencies (5 times)*

Gold Award, *Association of Metropolitan Sewerage Agencies (twice)*

Under the initial contract, Veolia Water worked with the S&WB to plan and supervise a $1.7 million capital improvements program that resulted in the rehabilitation of such components as oxygen generation units, incinerators and disinfection. These and other efforts satisfied regulatory agency concerns. Over the past 20 years, we have managed and implemented a wide range of improvement projects.

In 2006, we completed a $6 million capital improvements program for the City. In total, we completed some $47 million hurricane recovery to restore the East Bank plant, which was devastated by hurricanes Katrina and Rita.

In 2013, the S&WB demonstrated its satisfaction with and confidence in Veolia Water, selecting our successful partnership another 10-year term.

### Results

- When Veolia Water began operating New Orleans' wastewater facilities on New Year's Day 1992, our $5,975,000 O&M fee was some 18% below the S&WB's anticipated budget. The S&WB used the first year's savings to fund the majority of the $1.7 million capital improvements program.

- In 1992, the S&WB faced numerous suits from state and federal regulators for effluent non-compliance and emissions violations from the incinerator. Veolia Water worked with regulatory agencies to satisfy their concerns. We conducted an intensive technical training program for facility employees and initiated a number of process controls and treatment modifications that restored permit compliance.

- Veolia Water's approach to increasing incinerator capacity cut oxygen generation costs from $28 per ton of sludge processed to $19 per ton by reducing the solids inventory of the oxygen reactors. Matching online treatment capacity to influent quantity and volume and temporarily shutting down unnecessary equipment slashed electrical consumption. Annual sludge conditioning costs were cut approximately $100,000 per year by switching from liquid feed polymer to a dry-feed system.

- The turnaround in plant performance was so dramatic that the plant received the 1996 National Achievement Award from the Association of Metropolitan Sewage Agencies for outstanding compliance with the NPDES permit.







VWNAOS248220



                                                  VWNAOS248221



**NEW ORLEANS, LOUISIANA**





- Veolia Water continues to deliver exceptional, award-winning environmental compliance, in spite of new, stringent permit limits.

- In a sustainability move, Veolia Water and Tulane University teamed to redevelop a ravaged wetlands by incinerated beneficial biosolids – which normally are landfilled.

- Veolia Water's economic commitment to New Orleans is significant – reflected in a 2012 budget spend of 42% with area disadvantaged business enterprises (from the City's list of certified vendors as well as from other certified businesses registered with Veolia Water's Supplier Diversity database) and a total 2012 corporate spend in the community in excess of $9.7 million.

- Veolia Water estimates the total savings that we have delivered to the S&WB under this contract over two decades exceeds $26 million.

## Project Description

Veolia Water is responsible for the O&M of two wastewater treatment facilities: a 122-MGD pure oxygen activated sludge facility and a 20-MGD trickling filter plant. We also manage the project's 40-dtpd fluidized-bed incinerator. We oversee a septage receiving program and incinerate all wastewater residuals onsite. Additionally, we manage capital improvements for the client.

## Hurricane Response

When the 2005 hurricanes Katrina and Rita devastated the Gulf Coast and the City of New Orleans, the East Bank plant was completely submerged under 16 feet of floodwaters. After two perilous days, plant staff were airlifted from the site by Coast Guard rescue helicopters.

As soon as safely possible, Veolia Water mobilized our vast resources from around the country to assist with plant restoration and reparations. Portable pumps, pipes and generators were delivered to the site to begin pumping floodwaters back over the levee. One month after the disaster struck, the East Bank plant had been completely dewatered, and two weeks later, 30 million gallons of water was flowing through the facility. Meanwhile, the U.S. Environmental Protection Agency (EPA) imposed a 60-day deadline to restore secondary treatment capabilities.

While some industry insiders believed it would take a year to achieve such standards, given the site conditions, Veolia Water successfully met the regulatory agency's goal with one week to spare! Our staff, most of whom lost their homes and belongings, poured forth heroic efforts despite their personal tragedies – working around the clock to restore a vital environmental service to their fellow citizens.

Out of $54.5 million in available funding to restore the New Orleans wastewater treatment facilities, Veolia Water completed some $47 million in hurricane recovery work, applying Federal funds to the maximum benefit of the affected facilities, the S&WB and the City of New Orleans. We directly coordinated projects with



NEW ORLEANS, LOUISIANA

CONFIDENTIAL

VWNAOS248223



NEW ORLEANS, LOUISIANA



the Federal Emergency Management Agency (FEMA) as an agent for the S&WB, providing damage estimates, defining scopes, cost estimates and work justifications. Some of the work involved:

- Dewatering and cleaning up the plant sites ($3.3M), directly coordinating with the Coast Guard and Navy for airlift of diesel pumps

- Completely rebuilding the control room with a modern SCADA system ($1.9 M)

- Rebuilding the fluidized-bed incinerator ($6.25 M)

- Rehabilitating the eight clarifiers ($2.1 M)

- Replacing/repairing the entire high/medium voltage electrical distribution and motor control centers ($7.0 M)

- Replacing plant mechanical equipment ($8.8 M)

- Making facilities and structural repairs ($7.1 M)

- Completing repairs to the West Bank plant ($2.8 M)





As part of the hurricane response efforts at New Orleans, Veolia Water mobilized a global aid effort through Veoliaforce. This is an emergency relief team that was established within our company in 1998 with the mission of stepping in quickly when relief is needed anywhere in the world. The company sent equipment and experts from across the world to provide for clean water and aid in facility recovery. Additionally, Veolia Water companies contributed $1 million to the Red Cross for hurricane recovery efforts.

## Wetlands Project

The New Orleans operation has been involved in a joint patent venture with Tulane University since 2011 for a wetlands assimilation project. The wetlands project incorporates chemically treated biosolids for long-term stabilization into wetlands for nutrient enrichment. The goal is to raise the elevation of the wetlands by one meter. This will facilitate the growth of cypress and tupelo tree seedlings in an effort to restore an urban-degraded wetland to a lavish cypress forest. Considering that 80% of the nation's wetlands loss occurs in Louisiana, this is a significant venture. The wetlands sequesters 100,000 tons of carbon annually — equivalent to removing exhausts from 18,000 automobiles each year.

## Disadvantaged Business Initiative

Since the outset of our partnership with New Orleans, Veolia Water has been strongly committed to working with the area's disadvantaged business enterprises (DBEs), keeping dollars in the local community while providing opportunities for qualified firms to grow and flourish. In seeking out these firms, Veolia Water has historically exceeded all of the O&M contract requirements with regard to the recruitment and utilization of DBE firms.

At the start of the contract, we originally partnered with NOLMAR and OMERO services to provide maintenance and invoicing support. The work under this partnership helped these small businesses to grow, and today both are large stable companies, providing jobs for the community.

VWNAOS248224



**NEW ORLEANS, LOUISIANA**

In the aftermath of Hurricane Katrina in 2005, New Orleans-area DBE firms were instrumental in restoring treatment plant functions. Their work with Veolia Water during this time resulted in millions of dollars in revenue being distributed within the communities to companies such as Rodgers & Rodgers Trucking, AA Contractors, TMG Staffing, Gulf Coast Constructors, Biagas Contractors, and Metro Disposal.

*"[Veolia Water] and Rodgers & Rodgers have had a business relationship for...9 years... [that has allowed] Rodgers & Rodgers to grow from a start-up company in the DBE program to a well-known trucking compay in the New Orleans area."*

— Lorenzo Rodgers, CEO
Rodgers & Rodgers
Enterprises, LLC
New Orleans Certified DBE



Veolia Water typically exceeds the contractual requirement of a 20% spend with City-certified DBEs. In the past three years, our spend has ranged from 24.4% to 33%. In 2012, the Veolia Water-New Orleans project directed nearly $3 million – 24.4% of its annual budget – to City-certified DBEs. Veolia Water's New Orleans-area projects spent an additional $845,000 with other certified disadvantaged suppliers that are registered with our company's Supplier Diversity database. This brings Veolia Water's total 2012 DBE spend to 42.2% of our annual budget.

Veolia Water's New Orleans-area municipal and industrial projects make a substantial financial contribution to the local economy. In total, our 2012 overall corporate presence in the Crescent City community was reflected in more than $9.7 million spent with area businesses large and small. This amount is greater than the S&WB project's annual fee. More than 90% of Veolia Water's state-wide expenditures are in the New Orleans community.

## Community Involvement

Community involvement has always been an important aspect of Veolia Water's approach to conducting business and being a meaningful member of the community. This is part of our commitment to the community and part of our duty as the world leader in the water and wastewater field. Veolia Water's charitable contributions to the New

Orleans community during our tenure exceed $2.5 million.

Veolia Water believes in the future of our community, and the children are part of that future. The following are recent examples of Veolia Water's charitable efforts:

- **New Orleans Recreation Department (NORD)** - On April 5, 2011, at a press conference held by the Mayor of New Orleans, Veolia Water presented a $25,000 check to several City Council members and executive members of the NORD Foundation.

- **Re-New Charter School** - On May 4, 2011, Veolia Water presented a $10,000 check to the Re-New School Director at an assembly of the students. Project Manager Kevin Servat gave a presentation to the student body about education, its importance and his experience growing up in New Orleans. Kevin also informed students about how Veolia Water serves the City and its importance to the environment.

- **George Washington Carver High School** - On September 7, 2011, Veolia Water presented a $5,000 check to Principal Martinez and Asst. Principal Washington. This contribution was to assist with the school's recovery of needed supplies for the athletic department, computer supplies and books for the library.

- **City of New Orleans' Juvenile Court Teen Assistance Program** - On September 21,

CONFIDENTIAL



NEW ORLEANS, LOUISIANA



2011, Veolia Water presented a $5,000 check to Ernestine Gray, Chief Judge; Tracey Flemings-Davillier, Deputy Chief Judge; Mark Doherty, Judge; Tammy Stewart, Judge; and Lawrence Lagarde, Judge, providing financial assistance for the City's Juvenile Court Teen Assistance Program.

• **City of New Orleans' KidSmart Program** - Veolia Water continued to be an active community partner in December 2011 by presenting a $5,000 check for financial assistance for the City's KidSmart Program. This non-profit program provides for arts and theater classes and instructors in New Orleans public schools.

## Summer Internship Program

Veolia Water's community involvement extends beyond just charitable contributions. In 2011 and 2012, Veolia Water and the S&WB partnered with Limitless Vistas (LVI), a non-profit job training organization, to participate in a summer internship program for inner-city youth of New Orleans. The program introduces the students to real and sustainable entry-level job opportunities in the water and wastewater utility sector. Veolia Water's staff provided instruction on general wastewater treatment principles and techniques, plant operations, mechanics of pumps and motors, electrical skills training, fluidized-bed incineration operation, laboratory techniques and general computer and Microsoft Office skills.

The program was deemed successful as the President, the Director and the students of LVI all provided positive feedback and insights about their experiences and what they had learned throughout the course of the program. Two of the program's interns (pictured) are full-time operators now. As such, they receive the company's generous benefits, including ongoing career training and advancement opportunities.







VEOLIA
WATER

www.veoliawaterna.com



**VEOLIA**
WATER

**ATLANTA-FULTON COUNTY, GEORGIA**

SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
1990 – Ongoing

Population Served:
370,000





# Regional Water Operations

*Veolia Water, in a 50-50 joint venture with a minority-owned business enterprise, began operation and maintenance (O&M) of the Atlanta-Fulton County Water Treatment Plant, which opened in November 1990. This involved first participating in the facility startup and then assuming O&M responsibility in January 1991.*

Over the term of the contract, Veolia Water has worked with the facility owner, the Atlanta-Fulton County Water Resources Commission (AFCWRC), to triple the capacity of this plant using a variety of process improvements and capital improvement approaches. This highly-lauded, state-of-the-art facility has been recognized with some 50 awards during our tenure, including the 2010 Platinum Award for six years of Safe Drinking Water Act compliance from the Georgia Association of Water Professionals.

The staff at this plant have also received numerous commendations from the U.S. Environmental Protection Agency (U.S. EPA) and industry safety agencies for outstanding performance in environmental compliance and safety. Additionally, the project was the 2006 recipient of the Distinguished Service Award from the National Council for Public-Private Partnerships.

## Results

- 90-MGD surface water treatment plant that attracts worldwide recognition for the client.
- Four contract renewals based on Veolia Water's outstanding performance.
- More than $9.5 million in water rate savings.
- Dozens of awards for compliance, safety and operations excellence.
- Joint Venture contract, with Veolia Water providing mentor-protégé services for minority-owned (MBE) and women-owned (WBE) business partners.

## Project Description

The scope of work for this project has involved all aspects of facility O&M, as well as working with the AFCWRC for facility expansions and upgrades. Early on in our contract, Veolia Water implemented a pilot program to increase the plant's 30-MGD production capability to meet

## Project Relevance

### Scope of Services:

Operate/Maintain/ Manage

Reservoir Maintenance (400 MG and 535 MG reservoirs)

### Facilities:

90-MGD Surface Water Filtration Plant

200-MGD Raw Water Pump Station





ATLANTA-FULTON
COUNTY, GEORGIA

## Select Awards

2012—Ninth Platinum Excellence Award for Safe Drinking Water Act Compliance *from the Georgia Association of Water Professionals*

2012, 2010—Director's Award *from the American Water Works Association's Partnership for Safe Drinking Water*

2012—Seventh Award of Excellence for Exceptional Workplace Safety *from the Georgia Department of Labor*

2012—Fourth Occupational Excellence Achievement Award *from the National Safety Council*

2006—Service Excellence Award *from the National Council for Public-Private Partnerships*

2004, 2000—Award of Excellence for Superior Safety Record *from the American Water Works Association*

2003—Sixth award for the Outstanding Operation of a Water Treatment Plant in the Category of 15 MGD and Above *from the GWPCA*

its then-rated flow of 45 MGD (as rated by the Georgia Environmental Protection Division, GEPD), with no added capital expenditures. Subsequent efforts increased the plant's rated capacity to 56 MGD. This was followed by another expansion, Phase II, which increased plant capability to 90 MGD, with an ultimate treatment capacity of 135 MGD. This work was completed earlier than planned in order to address increased water demand. The plant has been running at this capacity since March 1998.

Veolia Water's O&M program has reduced the power, chemical, and overall operations costs, with savings passed on 100 percent to the AFCWRC. In addition, we have had no change orders to the contract even though the plant capacity expanded to 90 MGD under our current agreement.

The project includes O&M responsibility for a 200-MGD raw water pumping station, dual 54-inch raw water mains, more than 800 million gallons of reservoir capacity, along with the treatment plant. These facilities are owned by the AFCWRC, an agency that provides water to consumers in the City and North Fulton County area of Atlanta.

The treatment plant receives water from the raw water pumping station, located on the Chattahoochee River, and raw water main. The potable water distribution system consists of dual 54-inch mains that serve North Fulton County and a 48-inch pipe that serves the City of Atlanta. Major components at the plant include raw water traveling screens, grit removers, pumps, chemical addition/feed systems, meters, rapid-mix and flocculation chambers, declining-rate filters, clearwell storage, and finished-water pumps.

In 2002, Veolia Water conducted a Security Vulnerability Assessment for the water treatment plant to identify areas of water security risk and recommend mitigation measures. This assessment focused on identifying critical assets used in the production and delivery of clean, safe water to those served by this system.

The assessment was conducted in accordance with the requirements of both the U.S. EPA and the Sandia National Laboratories Model protocols (which is the accepted standard for the industry).

## Contract Renewal

When the contract was renewed in 2006, a new MBE/WBE team member, Multi-Energy Group, LLC, was added, increasing our MBE/WBE commitment under the new contract.

In 2011, our contract was renewed for the fourth time.

## Community Integration

This state-of-the-art facility attracts many visitors each month, from local school children to water treatment experts from around the world. Veolia Water is responsible for providing site tours and offers opportunities for local college students.







VEOLIA
WATER

www.veoliawaterna.com



**VEOLIA** WATER

**FULTON COUNTY, GEORGIA**

SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
2010 — Ongoing

Population Served:
200,000

# Wastewater Operations

*Fulton County had recently started up its new flagship environmental campus and needed a management partner that shared its vision and commitment to aesthetics and quality of life for the surrounding community. Additionally, the County's new partner needed to assume responsibility for the operation, maintenance and management (O&M) of existing facilities — including a state-of-the-art membrane bioreactor (MBR) plant — provide a world-class Program Manager to lead the new project team, develop an in-depth Disadvantaged Business Enterprise (DBE) program, and design and implement community environmental education programs.*

In July 2010, Fulton County awarded Veolia Water a $56 million contract to manage the expansive wastewater program for five years (with a five-year renewal option). Veolia Water had delivered superior service to the County for nearly two decades under a contract with the Atlanta-Fulton County Water Resources Commission (AFCWRC) for the O&M of a 90-MGD surface water treatment plant, which the company had help startup. This world-renowned project was the basis for Veolia Water's new partnership.

## Project Relevance

### Scope of Services:

Operate/Maintain/
Manage

DBE Program
Management

Environmental Learning
Center

### Facilities:

24-MGD Activated
Sludge WWTP

15-MGD Membrane
Bioreactor (MBR)
WWTP

1-MGD WWTP/Effluent
Land Application
System

30 Pump Stations

## Results





- Transition of four treatment facilities — including one plant that would be decommissioned and converted to a pump station — maintaining full compliance throughout the conversion.

- Creation of a DBE program similar to the successful format in place at the water treatment facility.

- Startup of new environmental campus.

- Perfect compliance at all facilities since startup.





**FULTON COUNTY, GEORGIA**

## Awards

2012 & 2011 – Gold Award - 100% NPDES Compliance (Big Creek, Johns Creek, Little River, Settingdown Creek), *Georgia Association of Water Professionals*

## Project Description

The scope of work for this project involves the O&M of three wastewater treatment facilities, including the expansive Johns Creek Environmental Campus (JCEC), a land application system, 30 pump stations and a grinder station.

The 24-MGD Big Creek Water Reclamation Facility (WRF) serves the largest service area in North Fulton County. The tertiary activated sludge plant features sand filtration, UV disinfection and post-aeration. Most of the outdoor tankage is under cover to provide continuous odor control via wet scrubbers and/or activated carbon, as appropriate. Effluent is discharged to the Chattahoochee River and dewatered sludge is landfilled. $20 million in upgrades and major renovations are planned for this facility.

The $134 million new 15-MGD Johns Creek Environmental Campus (JCEC) replaces an older plant that Veolia Water operated for a short time until it was decommissioned and converted to a pump station. The new JCEC is an activated sludge facility, but it incorporates state-of-the-art membrane technology for phosphorous removal – coupled with UV disinfection – to produce a quality effluent

that is suitable for reuse. The JCEC's proximity to residential homes means odor and noise control are of paramount importance. Veolia Water's proven process control programs are in place to ensure that the facility operates at optimum levels and remains a welcome neighbor in the community.

The Little River WRF is a 1-MGD facility designed around two oxidation ditches that provide biological nutrient removal. Wastewater flow is split between two biological treatment trains. Each train consists of a fermentation zone, two anoxic zones and an aerobic zone arranged in series to provide for phosphorus and nitrogen removal. Supplemental phosphorus removal can be achieved through the use of aluminum sulfate. The plant also incorporates the Settingdown Creek 0.2-MGD effluent land application system that consists of effluent pumping, chlorine injection and delivery to the plant property line for use by an off-site user. This facility is slated for upgrade to 3 MGD.

Veolia Water is also responsible for an extensive system of 30 pump stations that convey wastewater through the collection system to the treatment plants. One channel grinder station serves a local hospital.









FULTON COUNTY, GEORGIA

CONFIDENTIAL



FULTON COUNTY, GEORGIA





A key element of our scope is contributing to educational programs at the 10,000 sf JCEC Educational Facility. The Educational Facility's mission is to provide water and wastewater promotion through education in a fun and exciting environment with emphasis on educating children regarding the bioscience/life science industry and its relationships to the upper Chattahoochee River basin.

Veolia Water engaged a local public relations firm to help bring to life the story of the JCEC and Fulton County's efforts to protect the environment. Incorporated into the program is Veolia Water's Water Box, a highly engaging, hands-on science process tool designed to teach students the fundamentals of water — the water cycle, properties of water, the water treatment process and models of water in the real world.

Our intent is to effectively immerse visitors in a content-driven, interactive experience that makes the story and educational experience memorable.

Important to Veolia Water's selection at Fulton

County is our exceptional DBE program. A similar and highly successful program has been in place at the AFCWRC water project for two decades. By tapping the existing program and expanding it to incorporate the wastewater facilities, we can extend our mentor-protégé relationships to a greater number of qualified Fulton County firms.

At the outset of the new wastewater project, Veolia Water's initial DBE program included 17 subcontractors and vendors. The program is administered by a dedicated staff person to meet the ongoing need for recruitment of qualified DBE firms.





VEOLIA
WATER

www.veoliawaterna.com





**FRANKLIN, OHIO**

SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
1987 – Ongoing

Population Served:
23,400



*"...thank you for the excellent service you have provided... you have always acted quickly to resolve any issues and take the necessary steps to prevent future issues. I appreciate your ease of communication... It allows me to be confident that the plant is always being operated in a most effective way. I look forward to continuing this partnership!"*

*— Cheryl Shields, Administrator, Franklin Regional Wastewater Treatment Corporation*

# Wastewater Facility Operation

*In 1987, the Miami Conservancy District (MCD) selected Veolia Water to provide operation, maintenance and management (O&M) services for the Franklin Area Wastewater Treatment Plant. In 1995, the Franklin facility was sold to Veolia Water, marking the nation's first transition of a municipally owned wastewater treatment plant to private ownership. This public-private partnership was part of a U.S. Environmental Protection Agency (EPA) pilot program for the private ownership of federally and state-funded municipal wastewater treatment facilities*

Veolia Water acquired the Franklin wastewater facility for $6.8 million and owns and operates it under a 20-year contract. As part of this long-term contract, we are also responsible for investing in capital improvements to and expansions of this facility, as needed to accommodate future growth. The 20-year contract immediately reduced annual wastewater treatment expense by 14%.

This was an asset purchase, financed internally by Veolia Water. It was the first USEPA- and OMB-approved transaction under Presidential Executive Order 12803. The asset purchase provided defeasance of existing municipal bonds, net proceeds to be used for infrastructure and tax reduction.

## Results

- Defeasance of existing municipal bonds; net proceeds of $1.7 million for infrastructure or to reduce additional debt or taxes; 14% decrease in annual wastewater expenses.
- Performance recognitions include prestigious National Council for Public-Private Partnerships' Project Award.
- Complete responsibility for all facility maintenance and capital projects over 20 years.
- Integrated automated SCADA control into facility to replace paper flow charting.
- 20 years without a lost-time incident or OSHA-recordable injury.

## Project Description

The Franklin Area wastewater facility serves five MCD communities, providing tangible benefits of dependable equipment, emergency response and reliable services. Veolia Water operates this Class III facility with a highly trained and certified staff of eight.

## Project Relevance

### Scope of Services:

Own

Operate/Maintain/Manage

Capital Improvements

Industrial Pretreatment Program

Biosolids Land Application Program (730 dtpy)

### Facilities:

4.5-MGD Extended Aeration Activated Sludge WWTP

2 Pump Stations

CONFIDENTIAL



**FRANKLIN, OHIO**

## Awards

1995 - Project Award, *National Council for Public-Private Partnerships*

1990 — George W. Burke, Jr., Safety Award, *Ohio Water Pollution Control Association*

1988 - Safety Award, *Ohio Water Pollution Control Association*



The Franklin wastewater treatment facility is a large extended aeration activated sludge plant. Flow is clarified and disinfected prior to discharge to the Great Miami River.

Veolia Water manages a successful land application program for beneficial use of Class B biosolids. Primary and secondary sludges are gravity belt thickened and aerobically digested. Then approximately 1,500 dry tons per year of treated biosolids are applied to some 730 acres of farmland as a soil amendment for corn, wheat, soy beans and sod. Farmers report increases in yields that range from 8% to 25%, depending on the crop.

Veolia Water makes significant investments in the plant to ensure its integrity over our 20-year ownership. Maintenance, repair and capital improvements average $150,000 - $200,000 annually. A sampling of recent improvements include:

- Gravity belt thickener replaced.
- Three extended aeration blowers converted to VFD.
- RAS pump valves replaced/rebuilt.
- Laboratory equipment upgraded, replacing aging instrumentation and glassware.
- Administration building upgraded.

A key technical challenge in recent years has been meeting a copper limit that was initiated in the 2012 renewed NPDES permit. Veolia Water requested and was granted a one-year extension to the limit. Working with state regulators and through the Industrial Pretreatment Program (IPP), industrial limits on copper were reduced by half. Veolia Water-Franklin staff called upon the expertise of the company's Technical Direction Group (TDG).

TDG testing determined that the copper in plant effluent was not bio-available and, therefore, not toxic to aquatic life. Using a Water Effect Ratio (WER) Study, we demonstrated to the regulatory agency the actual toxic copper level. The study results are being evaluated by the U.S. EPA, and we anticipate a revised copper limit.

Veolia Water's working relationship with the MCD is strong and cohesive, with both organizations working as teammates. Each is available to lend additional support to the other.

A corporate citizen in the community where we work and live, Veolia Water has purchased and donated pumping equipment to protect the Franklin area during flooding, and we provided needed manpower during these periods. We also participate in golf scrambles for the member communities and donated manpower and equipment for a parade float.

Our project staff are committed to the Great Miami River Cleanup. Veolia Water is a prominent financial sponsor for this annual event that typically nets 10 tons - 15 tons of debris from the 8-mile stretch of river.





www.veoliawaterna.com

VWNAOS248234



**OKLAHOMA CITY, OKLAHOMA**

SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
1984 — Ongoing

Population Served:
545,000





# Wastewater Facilities Operations

*When Veolia Water assumed O&M of Oklahoma City's wastewater facilities, engineers had designed an extensive and costly upgrade to the largest plant. Our own research documented that 20 MGD of additional treatment capacity could be achieved at a fraction of the cost by converting existing abandoned facilities.*

The City implemented our suggestions and reaped a savings of $23 million (more than 50%) over the cost for new construction. Veolia Water assisted the City with the design, oversaw construction and represented the City during the re-permitting process. We also invested over $1 million of our own capital in the City's facilities to improve plant performance.

Veolia Water developed, implemented and manages one of the country's most successful biosolids land application programs. Oklahoma City's wastewater treatment facilities produce an annual combined total of 24,000 dry tons of Class B biosolids, all of which is beneficially applied to more than 15,000 permitted acres of farmlands. The City's sludge disposal costs are minimal, and farmers report increased crop yields, more drought-resistant crops, improved soil quality and reduced fertilizer costs. There is a waiting list for the biosolids product. The land application program has also reduced disposal costs.

Veolia Water's modifications to the City's odor control program reduced costs by more than $850,000 and virtually eliminated odor complaints.

Veolia Water also developed and implemented three effluent reuse programs that

## Project Relevance

**Scope of Services:**

Operate/Maintain/
Manage

Industrial Pretreatment
Program Sampling/
Inspection

Biosolids Land
Application Program
(24,000 dtpy)

Effluent Reuse Program

**Facilities:**

80-MGD Activated
Sludge WWTP

15-MGD Activated Sludge
WWTP

10-MGD Activated
Sludge WWTP

6-MGD Sequencing
Batch Reactor WWTP

7S-MGD Pump Station

Effluent Distribution
System

CONFIDENTIAL



OKLAHOMA CITY, OKLAHOMA

## Select Awards

Public-Private Partnership Award *from the National Council for Public-Private Partnerships*

Wastewater Plant of the Year (North Canadian), Harrison Hall Award for Most Improved Wastewater Plant (Chisholm Creek), Maintenance Supervisor of the Year *from the Oklahoma Water & Pollution Control Association*

Governor's Award for "Outstanding" performance record of the health and safety program *from the Oklahoma Safety Council*

Three Gold and one Silver award for Peak Performance (2000 and 1998) *from the Association of Metropolitan Sewerage Agencies*

Special Recognition for Quality Assurance *from Analytical Products Group*

Laboratory Supervisor of the Year *from the Oklahoma Water Environment Association*

William D. Hatfield Award *from the Water Environment Federation*

Operational Excellence Award for Operating Facilities Beneficially Using Sewage Sludge *from the USEPA, Region VI*

conserve over 1.6 billion gallons of precious drinking water each year. We supply non-potable water to area power companies for use in cooling towers, and we designed and installed an effluent distribution system that delivers water to a prestigious resort development for use in golf course and green-area irrigation.

### Results

- Oklahoma City's accumulated savings will approach $152 million by the end of our current contract. This has been achieved through a multitude of activities – capital projects, automation, improved process control programs, training and emphasis on safety, energy management programs, consolidation of administrative, maintenance and laboratory functions, biosolids land application programs and many more.

- In 1987, the City's wastewater O&M costs were $14.3 million. Today, 25 years later, Veolia Water runs a larger lean, sophisticated, efficient and highly successful operation for only 3% more annually – before adjustment for nearly three decades of inflation.

- Veolia Water implemented an innovative post-dewatered lime process to reduce polymer conditioning aides in the wastewater treatment process.

- Three effluent reuse programs developed by Veolia Water conserve over 1.6 billion gallons of drinking water annually.



- Veolia Water worked with federal and state regulators to co-mingle sludges from multiple plants and concentrate land application in a single farming community, thus reducing transportation costs for equipment, administrative burdens and testing requirements – reflected in a $500,000 yearly savings.

- Our extremely successful community outreach and education programs turned former foes into some of our greatest supporters. By partnering with our plant neighbors to identify and address odors and communicating with them in advance of conducting potentially odorous activities, odor complaints – previously hundreds annually – were virtually eliminated.

### Project Description

This contract began in 1984 and has expanded to include responsibility for O&M of four wastewater facilities, capable of processing up to 111 MGD. These wastewater facilities vary in process and include three conventional activated sludge processes with tertiary treatment and a tertiary sequencing batch reactor plant. Veolia Water also provides O&M for a 75-MGD pump station and manages 24,000 dry tons of biosolids annually and an effluent reuse program, as well as Industrial Pretreatment Program (IPP) sampling and inspections.

Veolia Water manages the active biosolids land application program. We handle site acquisition and permitting activities and perform the application of Class B biosolids to the sites. Additionally, we conduct all required soil sampling, analyses and reporting.

As the sampling and inspection agent for the City's IPP, Veolia Water monitors the discharges of more than 100 significant industrial users as well as over 100 other contributors to the municipal sewer system.

Veolia Water Oklahoma City staff constructed the project's SCADA system using a Visual Basic program and an OPC driver to poll the programmable logic controllers (PLCs) and populate an Access database. A Web server

VWNAOS248236



OKLAHOMA CITY,
OKLAHOMA

VWNAOS248237



OKLAHOMA CITY, OKLAHOMA







acts as the operator interface at each of the four wastewater facilities and the Witcher pump station. O&M technicians use MS Internet Explorer as the interface to view plant data and trends. Staff can monitor and control the plants through an Ethernet broad-spectrum radio system that transmits SCADA data to all parts of the facilities as well as the main control system located at the 80-MGD North Canadian location. This is an innovative approach, since several sites do not have TI or DSL service available.

The Oklahoma City project employs Oracle WAM® (formerly Synergen and now the Oracle Utilities Work and Asset Management) CMMS program to administer and track project maintenance. More than 5,000 assets comprise the Oklahoma City project inventory, and an average of 617 preventive works orders are issued each month. The Oracle WAM application allows us to provide our client with a detailed monthly reporting of the number of work orders generated in the previous month and how many were completed, preventive and corrective



maintenance backlog reports as well as out-of-service equipment.

We also track information on instrumentation calibration, vibration and oil analyses and high and medium voltage RPMs.



VEOLIA
WATER

www.veoliawaterna.com

CONFIDENTIAL





**NAUGATUCK, CONNECTICUT**

SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
2001 – Ongoing

Population Served:
30,000





# Wastewater System/Merchant Biosolids Facility O&M

*In April 2001, Veolia Water signed an interim operations, maintenance and management (O&M) contract with the Borough of Naugatuck, and then in November 2001, signed a long-term, 20-year design/build/operate (DBO) agreement to provide Advanced Asset Management for this regional merchant biosolids operations.*

The O&M contract involves providing services for the Borough's 10.3-MGD treatment facility, as well as for the merchant biosolids incineration facilities. The Borough's wastewater treatment plant receives sewage flows from the towns of Oxford and Middlebury, as well as from domestic and industrial sources in the Borough of Naugatuck.

The merchant sludge facility accepts liquid and cake biosolids for incineration from more than 30 communities in Connecticut, New York and Massachusetts.

## Partnership Snapshot

- Completed a $19 million capital improvements program, enhancing throughput and increasing effluent water quality.
- Providing total asset management services for the facility.
- Providing technical assistance to the Borough in preparation of the new air emissions permit.
- Conducted a full-scale engineering study in support of grant receipts for power generation from incinerator waste heat.
- Completed improvements to the septage receiving area, chemical addition systems, upgraded odor control scrubbing systems, odor counteractant spray, and ventilation systems greatly reducing odors.

## Scope of Services

The treatment plant features primary clarification, fine bubble and mechanical aeration, ammonia removal, hypochlorite disinfection and sodium meta-bisulfite dechlorination, gravity sludge thickening, belt press dewatering and a fluidized-bed biosolids incinerator.

The DBO portion of the project involved upgrading Naugatuck's merchant biosolids facility. This involved providing oversight of a more than $19 million capital improvements program, including upgrade

## Project Relevance

### Scope of Services:

Design/Build

Long-term Operate/
Maintain/Manage
Services

Above-ground Asset
Management

Underground Asset
Management

### Facilities:

10.3-MGD Tertiary
WWTP

5 Pump Stations

Collection System
(114 miles)

84-dtpd Fluidized Bed
Incinerator



CONFIDENTIAL



**NAUGATUCK, CONNECTICUT**





of the biological nutrient removal (BNR) treatment units and installation of a new 84-dry-ton-per-day fluidized bed incinerator and biosolids dewatering equipment.

Performance modifications made to the facility have allowed for higher sludge throughput without negatively impacting air emissions. The emissions controls allow the facility to burn more sludge while remaining well within permit limits.

Under the 20-year contract, Veolia Water provides total Asset Management services for this facility. The revenues from the merchant sludge facility provided wastewater services to Borough residents no charge from 2001 through 2006. Veolia Water also successfully completed the transition of the Borough's operations and its employees during the first six months of the contract. Effluent quality remained consistently high during the transition period, and Veolia Water successfully completed emissions testing for the facilities' multiple-hearth furnaces, which were later replaced with the fluidized bed incinerators.

Veolia Water also provides other technical assistance, such as meeting with regulatory agencies on the Borough's behalf in preparation for a new air emissions permit.

Recently, the Naugatuck facility underwent a full-scale engineering study to determine the feasibility for generating power from incinerator waste heat, having already received a determination of Class I Renewable Energy status and preliminary funding grant from the State of Connecticut.

## Underground Asset Management

Veolia Water is implementing a comprehensive Underground Asset Management (UGAM) program for Naugatuck to improve system performance and extend asset life expectancy. A key element of the program is locating all underground assets and entering them into the City's GIS system. Our personnel identified an additional 23 miles of collection system lines. The new lines were entered into our computerized maintenance management system and added to the maintenance scheduling.

UGAM staff assembled historical CCTV videos of the system and loaded them into the appropriate manholes. This provides instant access to an online history of the system. We are performing a flow study, comparing current flows to those of 1991. Additional work includes performing point repairs to the system.




VEOLIA
WATER

www.veoliawaterna.com



**BALTIMORE, MARYLAND**



SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
1985 — Ongoing

Population Served:
1.3 Million





# Compost Facility DBOOM

*The City of Baltimore-Veolia Water partnership, which began in 1985 with a Veolia Water predecessor company, involves providing comprehensive services for the planning, design, build, ownership (DBO) and long-term operations, maintenance and management (O&M) of the Baltimore City Composting Facility (BCCF).*

The facility was financed with a loan to the company from the proceeds of 20-year fixed-rate, tax-exempt bonds issued by the Northeast Maryland Waste Disposal Authority (NMWDA), the managing entity. The City of Baltimore guaranteed the delivery and payment for processing a maximum of 54,570 wet tons of biosolids a year, with a tipping fee that covered debt service, a cash return on equity and the O&M fees.

## Results

- Compost meets the highest Class A/EQ compost standards of the U.S. Environmental Protection Agency and the State of Maryland.

- Twenty-five years of perfect compliance.

- Never has failed to meet our contractual sludge acceptance obligation due to down-time.

- Twenty years without an odor complaint.

- Operation is an industry model.

- Successful marketing program and high quality compost production has resulted in the facility consistently selling out of its final product.

- Process generates no waste — everything that goes into the facility leaves as compost.

## Project Description

The City of Baltimore joined forces with Veolia Water to provide a privatized solution for the beneficial use of biosolids from the City's Back River Wastewater Treatment Plant, involving the design, construction and long-term

## Project Relevance

### Scope of Services:

Design/Build/Own

Operate/Maintain/ Manage

Marketing/Distribution — 40,000 cubic yards per year EQ and Class A compost

### Facility:

210-wet ton per day In-Vessel Biosolids Composting Facility





BALTIMORE, MARYLAND

## Awards

Regional OPEX Award - Large Project, *Veolia Water* (2005, 2001)

Silver Excellence Award, *Solid Waste Association of North America* (2004)

operation of a facility capable of producing quality, marketable compost products from wastewater treatment plant residuals. The BCCF, owned and operated by Veolia Water, is one of the largest and most successful privately operated biosolids-to-beneficial-reuse facilities in the U.S. Veolia Water produces significant benefits from decreased operations expenses and improved product revenue as a result of the PPIP implemented throughout 1996 and 1997. As reported in the winter 1998 issue of WasteWatch (a NMWDA publication), Veolia Water experienced a 300% increase in compost sales during fiscal year 1997.

In 1996, we initiated the Product and Process Improvement Program (PPIP), which focused primarily on enhancing product quality and marketability as well as process optimization. As a result of this modified compost recipe, finished compost production more than tripled. The drier wood amendments used and improved process aeration created a drier, lighter finished compost that met greater market acceptance. It also makes distribution more economical, since a greater volume of compost can be loaded and distributed into each truckload before the truck weight limit is reached. The composting process employs raw materials that are otherwise considered waste products.

These waste products include biosolids, ground pallet wood from pallet recyclers, peanut hulls from peanut manufacturers and ash from energy plants that are combined to create a beneficial soil amendment. This 45 dry-ton-per-day (dtpd) in-vessel biosolids composting facility processes anaerobically digested, dewatered sludge (biosolids) from the Back River treatment plant. The end product from the compost process is purchased by nurserymen and landscapers.

The design of the BCCF involved a modification of the Fairfield Paygro System composting process in which dewatered biosolids are mixed with bulking agents in enclosed reactors. Air is blown through the material, providing oxygen for the biological mass and the release of excess heat and moisture generated by the process. After 14 days of in-vessel composting, the material is discharged to aerated piles for extended aeration to achieve high temperatures (> 55 degrees Celsius) for three consecutive days to pasteurize harmful bacteria to meet U.S. EPA CFR 503 time and temperature requirements







VWNAOS248242





BALTIMORE, MARYLAND





for the process to further reduce pathogens (PFRP). It is then stored in covered curing piles for 27 days to achieve U.S. EPA 503 vector attraction reduction (VAR) time-temperature requirements.

When the permit-required 44-day retention time is met, the compost is screened and the 3/8-inch and smaller finished compost is stored under aeration until it is sold. "Overs" from screening are reused as a bulking agent in new mixes until completely degraded and exiting as compost.

The amendments used and improved process aeration that evolved through Veolia Water's PPIP create a light and dry finished compost that earned significant market acceptance.

There are no waste products in Veolia Water's composting process. All materials brought to the facility exist as beneficial compost.

## Marketing and Distribution

Under this agreement, Veolia Water's responsibilities include all marketing activities and product distribution services related to the facility.

As a result of a recent upgrade at the wastewater treatment plant, a drier and smaller quantity of sludge is delivered to the BCCF than in previous years. Today, approximately 40,000 cubic yards per year of EQ and Class A compost products are marketed and distributed by Veolia Water to more than 90 customers and beneficial end-users. The finished end product is sold in bulk under the name ORGRO High Organic Compost in Maryland, Virginia, West Virginia, Pennsylvania, New York and Washington, D.C.

ORGRO is sold as a soil amendment and turf product to professional turf managers, landscape contractors, soil blenders and golf courses. It has been used on the Official Residence of the Vice President of the United States and is regularly applied to such notable soil, turf and landscape settings as Orioles Park at Camden Yards and many golf courses within a 50-mile radius of the BCCF, including Caves Valley (home of the Master's Open, 2002), TPC Avenel (home of the Kemper Open 2001), Congressional Country Club and Wintergreen (all three courses). It is a component in the Pennsylvania Avenue Restoration and Beautification Project in Washington, D.C. The marketing program, managed by Veolia Water, is successful because we developed strategic alliances with key distributors and fine-tuned operations and market development to meet identified market demands.





VEOLIA
WATER

www.veoliawaterna.com



**VEOLIA** WATER

DANBURY, CONNECTICUT

SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
1997 – Ongoing

Population Served:
71,000





# Wastewater System Operations

*Veolia Water formed a pioneering public-private partnership with the City of Danbury under a 20-year agreement that includes contract operation, maintenance and management (O&M) and capital improvements to the City's wastewater treatment plant.*

The contract began in October 1997 and was one of the first of its kind under the IRS 97-13 regulations. The contract was negotiated in a few short months, due largely to Veolia Water's ability to provide internal financing.

At the start of the contract, Veolia Water provided Danbury with a $10-million concession fee, which the City used to close an existing landfill. Payment to the City was funded directly by Veolia Water, protecting the City's existing bonding capacity. Under the agreement Danbury continues to exercise control over its rate setting and inter-municipal agreements.

Over time, the City will realize additional revenues through our development and management of an expanded septage-receiving program.

Under this contract, the City's ratepayers benefit from guaranteed performance and new infrastructure while enjoying stable user fees over the 20-year term of the partnership.

As a part of this O&M services contract transition, Veolia Water guaranteed the employment of all existing personnel and also guaranteed effluent quality to meet or exceed the City's historical performance.

The successful transition of wastewater employees to Veolia Water was a cooperative effort between the City, Veolia Water and the union. Employees received comparable wages and benefits, plus the advantage of additional training and advancement opportunity within our organization.

In its very first year of operation under Veolia Water, the City's wastewater facility won the prestigious William D. Hatfield Award from the New England Water Environment Association, and an O&M Excellence Award from the U.S. Environmental Protection Agency.

## Project Relevance

**Scope of Services:**

Operate/Maintain/Manage

Septage Receiving

Biosolids Disposal (1,623 dtpy)

**Facilities:**

15.5-MGD Advanced Trickling Filter Activated Sludge WWTP

20 Pump Stations



CONFIDENTIAL

VWNAOS248245



**DANBURY, CONNECTICUT**

## Select Awards

2010 – OPEX Award – Second Place for Best Large Municipal Project, *from Veolia Water North America Operating Services*

1998 – Best Practice Recognition Award *from the U.S. Conference of Mayors*

1996 – William D. Hatfield Award *from the New England Water Environment Association*

1996 – O&M Excellence *from the U.S. Environmental Protection Agency*

## Results

- 20-year contract that included a $10 million concession fee to be used at City's discretion
- Performance recognition: U.S. Conference of Mayor's Best Practices Recognition Award
- Achieved plant nitrogen discharge reductions via O&M strategies and improvement to original engineered design, which resulted in significant recurring annual savings to the City
- Partnered with a sister Veolia company to develop sustainable use of reclaimed methanol for the facility's BNR system, delivering $30,000- $45,000 in recurring annual savings for the City

## Project Description

Veolia Water is responsible for the O&M of Danbury's 15.5-MGD trickling filter/activated sludge wastewater treatment plant and pump stations. We also manage a revenue-generating septage receiving program and disposal of more than 1.5 tons of biosolids per year.

The Danbury plant uses selector zones to treat the wastewater and provide biological nutrient removal. Primary effluent flows through the trickling filter and an aeration tank in series for BOD removal and nitrification. The aeration tank operates in a plug flow mode. A vertical wall divides it longitudinally into two parallel compartments. High dissolved oxygen concentrations maintain aerobic conditions. Influent and return activated sludge enter the first section, combine to form a mixed liquor, flow around the wall and exit from the second section to the final clarifiers. Phosphorous is removed through chemical precipitation with ferric chloride in the primary clarifiers.

"Like many communities across America, Danbury will reap tremendous benefits from this public-private partnership. Rate payers will benefit from stabilized sewage fees while the City will receive a $10 million advance payment that can support our community's infrastructure needs. In addition, we've ensured that wastewater facility employees are fully protected through the term of this agreement. [Veolia Water] presented a win-win solution that leverages their strength in managing the city's quality wastewater facility and protecting the environment to the fullest extent possible."

– Gene Enriquez
former Danbury mayor



VEOLIA
WATER

www.veoliawaterna.com



**VEOLIA** WATER

CHICAGO, ILLINOIS

SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
2001 – ongoing

Population Served:
2,400,000



# Design/Build/Own/Operate/Manage (DBOOM) Biosolids Drying/Pelletizing Facility

*In 2001, Veolia Water was contracted to design/build/finance/own/operate and maintain a new state-of-the-art biosolids recycling facility on the grounds of the Metropolitan Water Reclamation District of Greater Chicago's (District) Stickney Wastewater Treatment Plant.*

## Results

- Upgrades biosolids management for the District.
- Provides a cost-effective alternative that improves on open-air biosolids disposal methods and creates new biosolids products having broader commercial applications.
- Operates as a good neighbor in the local community, controlling odors and protecting the environment.
- Biosolids pellets marketed to agricultural and turf industries and fertilizer blenders.
- Completely enclosed plant affords stringent odor controls.
- Recycled biosolids deemed safe by the U.S. EPA, and the resulting product approved by the EPA and U.S. Department of Agriculture.

## Project Description

The facility houses an environmentally friendly process for drying solids material left over from the wastewater treatment process and turning it into a product that can be recycled as a fertilizer. As the majority principal of the Metropolitan Biosolids Management LLC (MBM), Veolia Water was awarded a 20-year contract to design/build and then own, operate and maintain a 150-dtpd biosolids drying/pelletizer facility at the Stickney Wastewater Treatment Plant. Stickney is one of the world's largest wastewater facilities, with a treatment capacity of 1.4 billion gallons per day. MBM's long-term services contract also includes marketing and distribution for beneficial uses of the final product.

The regional wastewater agency needed help to diversify its biosolids program. The Veolia Water-operated Chicago Biosolids Facility was commissioned in 2008 and completed performance testing in 2009. The plant is one of the world's most advanced biosolids recycling

## Project Relevance

### Scope of Services:

Own/Operate/
Maintain/Manage

Design/Build/Finance
Capital Improvements

Marketing/Distribution
— 50,000 dry tons per
year

### Facilities:

150-dry ton per day
Drying/Pelletization
Facility



CHICAGO, ILLINOIS



facilities. The pelletizer plant, which produces small fertilizer pellets for use in the agriculture and turf grass industries, opened a new chapter for the community in the environmentally safe use of biosolids.

During the shakedown and testing period, the product was marketed under the brand name Nutri-Pel, and it is now in high demand in the Midwest region.

The pelletizer plant replaces a lengthy process that produced dried biosolids through the use of open-air drying beds. Instead, the facility operates within a completely enclosed building equipped with state-of-the-art controls that prevent the release of odors and reduces reliance on drying beds along a local expressway. The plant incorporates the latest advances in thermal technology, employing an indirect drying system that gently heats the biosolids, removing water and destroying harmful bacteria and pathogens. All materials, from entry point to shipping, are handled in an environmentally controlled structure that treats emissions before they are released, thus controlling odors.

## Pelletization

MBM's drying facility recycles approximately one-third of the biosolids generated at the Stickney plant. The four indirect drying trains process 600 wet tons of biosolids daily, removing 450 tons of water and transforming the solids into 150 dry tons of pathogen-free beneficial product. This bulk product is marketed and distributed as a natural fertilizer, safe and suitable for agricultural and commercial beneficial end uses. The proven indirect drying technology converts biosolids into fertilizer pellets by drying the biosolids and destroying potentially harmful biological organisms.

Each drying train has 55 dtpd of processing capacity. The dryer units are indirect, vertical, multi-tray pelletizers and are 6.2 meters (20 feet) in diameter. The cake solids are indirectly dried by the transfer of heat from circulating thermal oil inside trays of each dryer. The thermal oil heaters are capable of

firing fuel oil or natural gas, including biogas. A comprehensive air emissions and odor control system is installed. Process air is treated by condensing the water vapor to recover heat and thermally oxidizing the non-condensable gases to destroy odors. Full redundancy for the air emissions and odor-destruction equipment ensures continuous and complete performance. The entire facility is kept under a slight vacuum so that any fugitive odors inside the facility are treated in a wet scrubber before they are exhausted to the atmosphere.

The biosolids drying/pelletization facility is located near the center of the Stickney treatment plant grounds and occupies a very small area – less than three of the plant's 560 acre complex – or less than one percent of the total area. The facility began commercial operations in 2010, initiating the start of a 20-year O&M contract.

The Stickney wastewater facility serves 2.4 million people in a 260-square mile area, including the City of Chicago and 43 nearby communities.







www.veoliawaterna.com



**VEOLIA**
WATER

ARVIN,
CALIFORNIA



SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
1998 – Ongoing

Population Served:
16,000

*"In light of the new technology and capability made available to us by [Veolia Water] in what is a rapidly changing industry, the agreement is in our community's very best interest. We're excited to be at the leading edge of water partnerships and believe California will see many more similar agreements in the near future."*

*– Tom Payne, former City Manager*

# Design-Build-Operate for Wastewater Plant

*The Arvin project was driven by the needs of projected growth, as well as the need to upgrade an aging and inadequate infrastructure system. Veolia Water worked with the community to develop an innovative project financing and implementation approach that provided for the fast-track upgrade and expansion of their existing wastewater facilities.*

Prior to contracting with Veolia Water, the City struggled to provide adequate services to its citizens as the result of unprecedented growth, developing housing tracts and the possibility of a new 1,100-bed prison, all of which made the plant expansion urgent.

Construction of a wastewater facilities expansion was critical to the City's emergency timeline, which required completion of the entire project within a one-year period. Later, when the prison failed to materialize, plant upgrade plans were modified; however, the plant was designed to easily accommodate future expansion.

Veolia Water also worked with the City to take advantage of a new state privatization statute (Government Code Section 5956 et. seq.). Due to the flexibility afforded under this new legislation, they were spared a lengthy procurement and bidding process. By selecting Veolia Water, the City of Arvin obtained an experienced and expert operator for its wastewater treatment facilities in just eight weeks.

To further assist the City, which was financially strapped, Veolia Water provided up-front savings of $1.7 million to help Arvin retire outstanding debt. The facility, Veolia Water's first design/build project, was completed on time and for a fixed cost.

In 2008, the City expanded Veolia Water's contract. The City and Veolia Water joined together to implement a comprehensive Sewer System Management Plan designed to improve collection system condition and increase its

## Project Relevance

### Scope of Services:

Total Asset Management

Design/Build

Operate/Maintain/ Manage

Capital Expansion Program

Effluent Reuse

Biosolids Land Application – Class A Compost (600 dtpy)

Collection System Rehabilitation

### Facilities:

2-MGD Envirex Oxidation Ditch Activated Sludge WWTP

Collection System (32 miles)

Lift Station

hydraulic capacity while reducing infiltration/inflow and sewer system overflows.

## Results

- An unprecedented 35-year $54 million agreement that delivered $1.7 million in savings up front
- Recission of regulatory agency-imposed sewer moratorium
- Full maintenance and capital risk

## Scope of Services

The new 2-MGD wastewater treatment plant expanded the capacity of City's existing, smaller treatment facility. This secondary activated sludge facility features mechanical bar screens, grit removal, primary clarification, an Orbal® aeration system and an oxidation ditch for activated sludge treatment, aerobic digestion, a gravity belt thickener, sludge drying beds and effluent retention ponds. We also have responsibility for the City's collection system and lift station.

Environmentally conscientious, the City recycles the treated waste from the plant, with the high-quality effluent from the plant used for year-round irrigation of alfalfa fields. For biosolids management, Veolia Water contracts with a commercial compost facility that treats biosolids to U.S. Environmental Protection Agency Class A standards. The compost is used as a fertilizer and soil amendment on a farm owned by the compost facility.









**CRANSTON, RHODE ISLAND**



## SERVICE VALUE RESPONSIBILITY

Duration of Project:
1989 - Ongoing

Population Served:
74,260 – wastewater
500,000 – merchant
sludge





# Wastewater System Operations

*Seeking resolutions to numerous consent orders and lacking resources, experience and staff to operate and maintain its wastewater treatment plant, the City of Cranston called upon the expertise of Veolia Water. Following 10 years of successful operation, maintenance and management (O&M), during which time we restored facility compliance and implemented our acclaimed O&M, safety and quality assurance programs, the City awarded us a new contract for the total wastewater system program and transferred capital risk for the treatment facility to Veolia Water. This DBO project involved sweeping improvements to the treatment plant to restore compliance and meet stringent new federal requirements for biological nutrient removal.*

In the late 1980s, the City of Cranston was under three separate consent orders and faced serious maintenance and staff problems while preparing to upgrade its existing 23-MGD secondary wastewater treatment plant to a tertiary facility. In 1989, the City of Cranston selected Veolia Water to provide full-service O&M for the wastewater facility.

In 1997, the scope of this contract was expanded when Veolia Water, as the leader of a design/build/operate (DBO) team, was selected to implement a 25-year lease transaction for the City's entire wastewater treatment system. Veolia Water and the City broke new ground when they implemented this transaction for a landmark Public-Private Partnership.

In 2005, Veolia Water and the City embarked on a new capital program that included $10 million in design/build work for upgrades to the plant to meet new nutrient removal requirements and to increase the capacity and reduce emissions from the incinerators. During this period, we were also contracted to perform $4 million in collection system improvements.

As part of our full capital risk program, Veolia Water invests approximately $1 million annually for capital improvements to the Cranston wastewater system – with more than $14 million invested at the end of 2013.

In response to a new consent agreement, the City was required to upgrade the plant again. Veolia Water identified several large

## Project Relevance

### Scope of Services:

Operate, Maintain, Manage

Full Capital/ Maintenance Risk

Above-ground Asset Management

Underground Asset Management

Industrial Pretreatment Program

Merchant Sludge Operation (18,200 dtpy)

Industrial Meter Reading/Billing

### Facilities:

20.2-MGD WWTP

Collection System (250 miles)

22 Lift Stations

22-dtpd Multiple-Hearth Furnace

44-dtpd Multiple-Hearth Furnace



CRANSTON, RHODE ISLAND

## Select Awards

OPEX Award for Innovation & Leverage, *Veolia Water (2010)*

Most Efficient Large Advanced Treatment Plant Award, *Narragansett Water Pollution Control Association (2010)*

A. Joseph Mattera Safety Award, *NWPCA (2009)*

James J. Courchaine Collection Systems Award (Richard Salisbury), *NEWEA (2009)*

Alfred E. Peloquin Award (Scott Goodinson), *New England Water Environment Association (2009)*

Operator of the Year (Dan Gorka), *(2007) NEWEA*

Collection System Operator of the Year (Anthony DeMaio), *NEWEA (2007)*

Most Improved Treatment Plant Greater than 5 MGD, *NWPCA (2004)*

industrial users, one of which contributes significant nitrogen loadings to the plant. The City addressed the loadings issue with the industry, which reduced the amount of capital upgrades required for the plant. The Cranston plant removes more nitrogen than any other Rhode Island wastewater treatment facility due to unique industrial loadings related to the treatment of the leachate from State's only landfill.

In our ongoing efforts to bring innovative approaches to the project, staff tapped the expertise of our corporate Technical Direction Group to analyze opportunities for energy savings at the plant. Recommended improvements reduced aeration costs by 20%. This contributes to sustainability and helps us keep costs down.

## Results

Some of Veolia Water's significant achievements at the Cranston project include the following:

- Odors controlled.

- Financing, whereby the City received an up-front, prepaid lease payment.

- Design/build services for making certain capital improvements, including an upgrade to advanced wastewater treatment and incinerators.

- $45 million in capital improvements; $21 million were funded by Veolia Water.

- A revenue-generating merchant sludge facility implemented by the company.

- Innovations that improved operational efficiencies and delivered significant cost savings.

- Numerous awards recognizing the quality of our operations and singling out exceptional staff members for their contributions to the industry.

## Project Description

Veolia Water is responsible for the O&M of the City's entire wastewater system. The wastewater system includes a re-permitted 20.2-MGD secondary/tertiary wastewater treatment plant, 22 pump stations and a 250-mile collection system. We also manage the City's Industrial Pretreatment Program and the merchant biosolids incineration and disposal program.

In addition to tertiary treatment processes and year-round nitrification, this plant has two incinerators – 22- and 44-dry-ton-per-day multiple hearth furnaces – that process over 3,300 dry tons per year (dtpy) of biosolids from the wastewater treatment plant and an additional 14,600 dtpy from other sources. Ash from the incinerators is disposed in a landfill.

Historically, odors at this facility have been challenging. At the inception of our contract, Veolia Water established a Community Odor Committee to aid in identifying times and sources of odors. This proactive alliance made great strides toward controlling odors from the plant. Capital improvements that included advanced processes and equipment had a significant impact on our ability to mitigate this problem. Consequently, odor complaints and emissions are minimal and long-time neighbors acknowledge the improvements since Veolia Water assumed the capital risk in 1997.

The 2005 capital program included enhancements to the plant's SCADA and computerized maintenance management system (CMMS). The upgraded SCADA system allows for improved monitoring as well as control of a number of plant processes and equipment. It is being interfaced with the Oracle® asset management system, which tracks all plant equipment and generates preventive maintenance work orders.



**CRANSTON, RHODE ISLAND**

As part of our O&M services approach, Veolia Water provides integrated personnel training and safety programs. Staff are cross-trained and given opportunities for planned career advancement. Veolia Water also instituted a unique and innovative safety and environmental incentive bonus plan for the plant's union workers.

The project includes a merchant sludge facility that accepts wastewater residuals from neighboring communities for treatment in the plant's incinerators, which generates a revenue stream for the City. In addition to processing solids from Cranston's 20.2-MGD tertiary wastewater treatment plant, Veolia Water also accepts residuals that are trucked in from surrounding towns.

### Merchant Sludge Operation

The plant has two multiple-hearth furnaces that can process up to 66 dtpd. This operation can handle more than 18,000 dry tons per year of biosolids from the wastewater treatment plant and numerous surrounding municipal wastewater treatment plants. Ash from the incinerators is used at Rhode Island's Central Landfill for beneficial cover material.

The merchant program is a Veolia Water

*"... [Veolia Water] was under the spotlight to achieve environmental compliance, but the company has proven itself and continues to be a fantastic water partner, operating and managing these municipal assets safely and responsibly while meeting and often exceeding strict permit requirements."*

— Joseph LaPlante, NWPCA President Kevin Shafer

initiative that began when the State of Rhode Island substantially reduced the amount of wastewater residuals that could be disposed in its landfills. To respond to this, Veolia Water demonstrated the City could generate a revenue stream by accepting and processing biosolids from neighboring communities. To make this merchant approach possible, we performed a comprehensive maintenance evaluation. This resulted in a program to improve the mechanical condition of the facility, with particular emphasis given to the incinerators to ensure they were reliable in terms of processing biosolids from other sources.

We implemented, at our own expense, a $4 million incinerator upgrade to increase the capacity of the furnaces while improving stack emissions quality. The incinerator upgrade was the result of a contract amendment, which provided for a revenue sharing plan with the City (a combination of a guaranteed fixed-base share and a production-based share).

Since execution of the second amendment, the City has benefited from the full revenue generating program — more than $3.35 million (in addition to the initial $3.1 million concession fee paid in 2002).







CRANSTON, RHODE ISLAND

The Cranston facility has processed biosolids since the 1940s when the first incinerator was installed. The unit was largely rebuilt in the early 1980s when the second incinerator was installed. In 2005, Veolia Water substantially overhauled both units and installed new air pollution control equipment to decrease air emissions, as required under the facility's new permit. Upon completing the upgrades, Veolia Water demonstrated to RIDEM that the permitted capacity could be increased by nearly 20%. The total permitted throughput is 66 dtpd.

## Underground Asset Management

Veolia Water's work scope for the City includes providing UGAM services for the collection system, which is under a U.S. EPA Administrative Order to perform CMOM. Under this approach, Veolia Water is implementing this flexible, dynamic framework to identify and incorporate widely accepted wastewater industry practices to better manage, operate and maintain the collection system; investigate capacity constrained areas of the collection system; and respond to SSO events. As part of the 2001 amendment, Veolia Water also accepted full risk for basement claims attributed to blockages in the main sewer lines, while the City retained the risk for claims related to excess inflow.



As part of this project, Veolia Water worked with the City and its consulting engineer to develop a City-wide hydraulic model. The model simulates Cranston's collection system, capturing elements such as pipe age, material, elevations; system inadequacies and/or deficiencies; pressure, flow circulation patterns, velocities and head loss; failures; system overflows, etc.

Reliability focused maintenance and a CMMS provide state-of-the art maintenance philosophies and approaches to help Veolia Water extract the maximum life expectancy from system components through the most efficient means and at the lowest cost. Between 2005 and 2008, we managed some $4 million in sewer line repairs.

Veolia Water employs GIS and continually maps the system using InfoNet™ asset management software for mapping and to track work order history.

Veolia Water's O&M of Cranston's collection system is broad in scope, and a staff of nine is dedicated to maintaining the City's 250-mile system. Some of our responsibilities include:

- Inspecting, cleaning and jet-rodding lines.

- Clearing line clogs under a 30-minute response time from notification of a blockage.

- Performing sewer line locates.

- Evaluating new plat proposals and managing the design review, hydraulic capacity assessment and field inspections.

- Televising and flushing lines.

- Operating 22 lift stations, which are monitored via SCADA that allows remote viewing, even from home, so operators can respond instantly to alarms.

- Maintaining diesel bypass pumps that have a combined 23-million gallon pumping capacity (equivalent to plant flow).


WATER

www.veoliawaterna.com



**VEOLIA**
WATER

**MONCTON, NEW BRUNSWICK**



SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
1998 – Ongoing

Population Served:
125,000





# Water Facility DBFOM

*In April 1998, the City of Moncton awarded Canada's first major drinking water Public-Private Partnership to Veolia Water. This 20-year agreement, valued at approximately $85 million (CDN), called for the financing, design, construction, operation and maintenance (O&M) of 113,670-m³d (25-MGD) drinking water filtration facility.*

This fast-track project was completed in just over 500 working days. Upon the facility's commissioning in fall 1999, the City of Moncton purchased the plant, and Veolia Water then entered into a 20-year lease and license agreement with exclusive rights to sell water to the municipality.

## Results

Veolia Water's commitment to our acclaimed environmental health and safety program are reflected in the staff's safety performance, as well as in the awards that this project has received. Value delivered to the City includes the following:

- City received a state-of-the-art facility with no up-front capital investment and with no risk for design, construction or facility performance.

- Water quality exceeds federal regulatory requirements.

- The City is saving $10 million in capital costs and a 12% reduction in annual O&M costs -- $12 million in total.

- Within first four months of operation trihalomethanes were reduced by 75%; chemical consumption was down by 70%; and water quality had impoved 100% according to citizens.

- The project was recognized with the Canadian Council for Public-Private Partnerships' 1998 National Award for Innovation and Excellence, recognizing our plant design with an Honorable Mention for Infrastructure.

- Staff have been illness/injury free since startup in October 1999.

## Project Relevance

### Scope of Services:

Financing

Lease/Ownership/ Transfer

Design/Build/Operate

Capital Project Management

### Facilities:

113,670 m³d (25-MGD) Surface WTP

Water Pump Station



CONFIDENTIAL



**MONCTON, NEW BRUNSWICK**

## Awards

2002 — Central Business Center OPEX Award — Medium Project *from Veolia Water North America Operating Services*

1998 — National Award for Innovation and Excellence — Honourable Mention-Infrastructure *from the Canadian Council for Public-Private Partnerships*





## Project Description

The operations contract for the new water treatment facility at Moncton was awarded to Veolia Water based on our technical expertise and ability to build the plant for no up-front cost for the City. Over the term of the agreement, the City of Moncton will save about $12 million (CDN) in reduced capital costs and through lower operating and maintenance costs. The 125,000 residents of this tri-community area now enjoy high-quality drinking water and, less than one month after startup, reported noticeable improvements in quality.

The facility, which receives water from Turtle Creek Reservoir, serves three communities: Moncton, Riverview and Dieppe. Trihalomethane levels that sometimes exceeded maximum allowable levels by nearly 70% and extremely high chlorine levels were concerns that led to Veolia Water's presence in Moncton. The 0.1 NTU turbidity standard for treated water from this facility, as established by Moncton, is 10 times more stringent than existing Guidelines for Canadian Drinking Water Quality (GCDWQ). Veolia Water consistently produces water with NTU levels of 0.03 – 30 times better than the GCDWQ.

The use of Trident filters and conventional filtration reduced the facility's required size by 40%. In addition to removing turbidity, color, iron, manganese and microbial contaminants such as viruses, bacteria, Giardia and Cryptosporidium, the plant corrects alkalinity and hardness. It also removes objectionable tastes and odors formerly associated with Moncton's water.

The Moncton plant is a popular "tourist" destination, with 300 – 500 visitors touring the plant each year. From scout troops to university students to dignitaries to the

Department of National Defense, the plant staff proudly plays host to guests having an interest in the water treatment process and our beautiful facility.

Other community activities in which Veolia Water Canada staff participate include public school visitations and presentations and providing a display for Fire Prevention Week. Area community colleges, universities and the Canadian Armed Forces include a multi-hour visitation to the plant part of their annual training.

Moncton staff have operated since startup – more than a decade – with 100% environmental compliance and without a lost-time incident.







WATER

www.veoliawaterna.com



**HONOLULU, HAWAII**



SERVICE
VALUE
RESPONSIBILITY

Duration of Project:
1998 — ongoing

Population Served:
69,036





# Wastewater Reclamation DBO Project

*In 1998, the City and County of Honolulu and Veolia Water entered into a $140 million, 20-year agreement for the company to design/build/operate (DBO) and own (and transfer) the Honouliuli Water Reclamation Facility (HWRF).*

In 2000, prior to facility startup, the Honolulu Board of Water Supply purchased the facility from Veolia Water, and, following the transfer, our firm continues as the O&M services provider.

The facility is designed to treat 13 MGD of secondary effluent from the City and County's Honouliuli plant to produce some 12 MGD of reclaimed water for beneficial reuse.

The facility is the largest reclamation plant of its type in the Hawaiian Islands and employs state-of-the-art technology to treat secondary effluent previously discharged into the Pacific Ocean. The processes generate two qualities of water: high-purity reverse osmosis (RO) water, which is sold to the industrial users for power and petrol-refining uses at nearby Campbell Industrial Park.; and R1 water, which is used for irrigation. The industrial processes use 2 MGD of RO water, freeing about 3.6 MGD of valuable potable water for potential residential/domestic uses.

Tesoro Hawaii and Chevron Products Company purchase water to use in their manufacturing processes. Because this facility sells its treated water product to the reclaimed water customers, it has no NPDES permit. Backwash water is returned to the Honouliuli Wastewater Treatment Plant influent. A new 15-mile network distributes the reclaimed product to users.

The Honolulu project has been recognized by the WateReuse Association through its 2003 award for Outstanding Contribution to Sustainable Water Use, and also by the U.S. Conference of Mayors, which honored the project with its 2002 Outstanding Achievement Award.

## Results

- 20-year design-build-operate (DBO) project
- 13-MGD advanced wastewater treatment plant with reclamation/reuse
- Projected $35 million in cost savings over the contract term
- Veolia Water assumes full risk and responsibility

## Project Relevance

### Scope of Services:

Design/Build

Operate/Maintain/Manage

Ownership (and Transfer)

### Facilities:

13-MGD Wastewater Reclamation Plant

Collection System

Reclaimed Water Distribution System



CONFIDENTIAL



HONOLULU, HAWAII

## Select Awards

2003 — Outstanding Contribution to Sustainable Water Use Award from the WateReuse Association

2002 — Outstanding Achievement Award from the U.S. Conference of Mayors

## Scope of Services

The facility is designed to treat 13 MGD of secondary effluent from the Honouliuli wastewater treatment plant to produce up to 12 MGD of reclaimed water for beneficial reuse. Structures constructed at the advanced water reclamation facility include: the microfiltration/RO building, R1 product delivery pump station, reuse influent pump station, hydroclear seven-bay sand filtration, the UV channel, R1 transfer pump station, three reservoir tanks, operations building and laboratory, yard and distribution piping.

Veolia Water Solutions and Technologies (the engineering and construction affiliate of Veolia Water) led the design/build development of the HWRF, and a local design engineer provided local site-specific engineering services. Physical construction was performed by local construction contractors that were directly hired and managed by the VWS construction management staff.

"This agreement is important in a number of ways. The partnership eliminates the need for our community to spend millions of dollars to build treatment facilities necessary to meet a federal consent decree. Secondly, it enables us to preserve limited potable water resources through the stringent treatment and reuse of wastewater. We view it as a win for rate payers, the City, the environment and a number of businesses that will have a guaranteed supply of quality water."

— Jeremy Harris
Honolulu Mayor







Blower Building

Solids Contactor/ Solids Reaeration Tanks

Secondary Clarifiers

RO Storage Tank

RO Micro-filtration Building

Sand Filter Structure

Product Delivery Pump Station

Secondary Biotowers

Biotower Pump Station

Parshall Flume Box

Reuse Pump Station

UV Channel

R-1 Storage Tanks

*This aerial photo shows the layout of the Honouliuli Water Reclamation Facility (WRF). The various components of the WRF are highlighted in blue, while the secondary treatment processes of the Honouliuli Wastewater Treatment Plant are highlighted in orange.*



VEOLIA
WATER

www.veoliawaterna.com



Veolia Water has established operations in Michigan that provide licensed/experience engineering, operations and other professionals.

# Appendix C

# Licenses and Certifications
## Certificate of Good Standing
(Veolia Water North America Operating Services, LLC
and Michigan/Central regional subsidiary.)



VWNAOS248259





Lansing, Michigan

*This is to Certify That*

**VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC**

A(n) DELAWARE Limited Liability Company was validly authorized on February 3, 2006 to transact business in Michigan and that said Limited Liability Company holds a valid certificate of authority to transact business in this state. and has satisfied its annual filing obligations.

This certificate is issued pursuant to the provisions of 1993 PA 23, as amended, to attest to the fact that the Limited Liability Company is in good standing in Michigan as of this date and is duly authorized to transact in this state any business that a domestic Limited Liability Company formed under this act may lawfully transact, except as limited by statements in its Application for Certificate of Authority or under the law of its jurisdiction of organization.

This certificate is in due form, made by me as the proper officer, and is entitled to have full faith and credit given it in every court and office within the United States.

In testimony whereof, I have hereunto set my hand, in the City of Lansing, this 31st day of March, 2014

Alan J. Schefke, Director
Corporations, Securities & Commercial Licensing Bureau

Sent by Facsimile Transmission
1206751

CONFIDENTIAL

VWNAOS248260





Lansing, Michigan

*This is to Certify That*

**VEOLIA WATER NORTH AMERICA-CENTRAL, LLC**

*A(n) DELAWARE Limited Liability Company was validly authorized on March 11, 2005 to transact business in Michigan and that said Limited Liability Company holds a valid certificate of authority to transact business in this state, and has satisfied its annual filing obligations.*

*This certificate is issued pursuant to the provisions of 1993 PA 23, as amended, to attest to the fact that the Limited Liability Company is in good standing in Michigan as of this date and is duly authorized to transact in this state any business that a domestic Limited Liability Company formed under this act may lawfully transact, except as limited by statements in its Application for Certificate of Authority or under the law of its jurisdiction of organization.*

*This certificate is in due form, made by me as the proper officer, and is entitled to have full faith and credit given it in every court and office within the United States.*

*In testimony whereof, I have hereunto set my hand, in the City of Lansing, this 31st day of March, 2014*

Sent by Facsimile Transmission
1206751

*Alan J. Schefke, Director
Corporations, Securities & Commercial Licensing Bureau*

VWNAOS248261



Veolia Water/ Tampa Bay Water Partnership - Multiple projects covering 14+ years and multiple service delivery models

# Appendix D

# Financial Statements
## 2012, 2011 and 2010
Veolia Water North America Operating Services, LLC

(Note: 2013 statement has not yet been published and will be provided as part of the bid/ proposal submittal.)



# Appendix D

# Financial Statements
## 2012





COMBINED AND CONSOLIDATED
FINANCIAL STATEMENTS

Veolia Water North America Operating Services, LLC
Years Ended December 31, 2012 and 2011
With Report of Independent Auditors

Ernst & Young LLP



Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248265

Veolia Water North America Operating Services, LLC

Combined and Consolidated Financial Statements

Years Ended December 31, 2012 and 2011

# Contents

Report of Independent Auditors................................................................................................1

Combined and Consolidated Financial Statements

Combined and Consolidated Balance Sheets.............................................................................3
Combined and Consolidated Statements of Comprehensive Loss .................................................5
Combined and Consolidated Statements of Equity ......................................................................6
Combined and Consolidated Statements of Cash Flows ..............................................................7
Notes to Combined and Consolidated Financial Statements ........................................................8

1301-1004170

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

CONFIDENTIAL

VWNAOS248267



Ernst & Young LLP
Suite 2600
111 Monument Circle
Indianapolis, IN 46204

Tel: +1 317 681 7000
Fax: +1 317 681 7216
www.ey.com

## Report of Independent Auditors

The Board of Directors
Veolia Water North America Operating Services, LLC

We have audited the accompanying combined and consolidated financial statements of Veolia Water North America Operating Services, LLC, which comprise the combined and consolidated balance sheets as of December 31, 2012 and 2011, and the related combined and consolidated statements of comprehensive loss, equity, and cash flows for the years then ended, and the related notes to the financial statements.

**Management's Responsibility for the Financial Statements**

Management is responsible for the preparation and fair presentation of these financial statements in conformity with U.S. generally accepted accounting principles; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free of material misstatement, whether due to fraud or error.

**Auditor's Responsibility**

Our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

1301-1004170

1

A member firm of Ernst & Young Global Limited



In our opinion, the financial statements referred to above present fairly, in all material respects, the combined and consolidated financial position of Veolia Water North America Operating Services, LLC at December 31, 2012 and 2011, and the combined and consolidated results of its operations and cash flows for the years then ended in conformity with U.S. generally accepted accounting principles.

*Ernst & Young LLP*

June 12, 2013

1301-1004170

2

A member firm of Ernst & Young Global Limited

CONFIDENTIAL

## Veolia Water North America Operating Services, LLC

### Combined and Consolidated Balance Sheets
*(In Thousands)*

|  | December 31 | |
|  | 2012 | 2011 |
| --- | ---: | ---: |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents – unrestricted | $ 5,315 | $ 2,100 |
| Cash and cash equivalents – restricted | 4,634 | 4,638 |
| Trade account receivables (net of allowance of $10,896 in 2012 and $13,020 in 2011) | 112,457 | 119,340 |
| Other current assets | 21,530 | 33,149 |
| Inventory | 9,799 | 8,850 |
| Deferred tax assets – current | 2,268 | 286 |
| Total current assets | 156,003 | 168,363 |
| | | |
| Cash and cash equivalents – restricted | 2,724 | 2,676 |
| Property and equipment, net | 104,676 | 104,507 |
| Long-term notes and receivables | 42,341 | 46,660 |
| Goodwill | 168,595 | 168,595 |
| Other intangible assets, net | 54,206 | 59,523 |
| Investments in unconsolidated joint ventures | 15,550 | 14,527 |
| | | |
| Total assets | $ 544,095 | $ 564,851 |

3

1301-1004170

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248270

|  | December 31 | |
|---|---|---|
|  | **2012** | **2011** |
| **Liabilities and equity** | | |
| Current liabilities: | | |
| Current portion of long-term debt | $ **3,110** | $ 2,929 |
| Trade payables | **48,515** | 56,384 |
| Accrued compensation and benefits | **34,926** | 27,843 |
| Related parties and affiliates payables – current | **22,040** | 38,442 |
| Other current liabilities | **59,144** | 55,337 |
| Total current liabilities | **167,735** | 180,935 |
| | | |
| Other contract liabilities | **2,848** | 3,336 |
| Long-term debt, excluding current portion | **45,125** | 48,235 |
| Related parties and affiliates payables | **77,188** | 83,693 |
| Pension and postretirement benefits | **14,044** | 9,475 |
| Deferred income taxes | **30,514** | 24,072 |
| Total liabilities | **337,454** | 349,746 |
| | | |
| Commitments and contingencies *(Note 11)* | | |
| | | |
| Company equity: | | |
| Common stock | **42** | 42 |
| Additional paid-in capital | **205,296** | 205,296 |
| Accumulated other comprehensive income | **(4,030)** | 506 |
| Retained earnings | **12,553** | 13,518 |
| Total company equity | **213,861** | 219,362 |
| | | |
| Noncontrolling interests | **(7,220)** | (4,257) |
| Total equity | **206,641** | 215,105 |
| | | |
| Total liabilities and equity | $ **544,095** | $ 564,851 |

*See accompanying notes*

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248271

## Veolia Water North America Operating Services, LLC

### Combined and Consolidated Statements of Comprehensive Loss
*(In Thousands)*

| | | Year Ended December 31 | |
| --- | --- | ---: | ---: |
| | | 2012 | 2011 |
| Revenue | $ | 605,716 | $ 605,312 |
| Cost of revenue | | 538,439 | 546,732 |
| Gross profit | | 67,277 | 58,580 |
| | | | |
| Operating expenses: | | | |
| Selling, general, and administrative expenses | | 63,179 | 67,015 |
| Impairment of long-lived assets | | – | 1,367 |
| Total operating expenses | | 63,179 | 68,382 |
| | | | |
| Operating income (loss) | | 4,098 | (9,802) |
| | | | |
| Other income (expenses): | | | |
| Interest income | | 4,027 | 4,249 |
| Interest expense | | (4,516) | (4,250) |
| Affiliate charges for guarantees | | (2,803) | (3,197) |
| | | | |
| Income (loss) from continuing operations before income taxes and income from equity-method investees | | 806 | (13,000) |
| | | | |
| Income tax expense | | (6,202) | (124) |
| Equity in earnings of unconsolidated joint ventures | | 1,870 | 2,323 |
| Loss from continuing operations | | (3,526) | (10,801) |
| | | | |
| Income from discontinued operations, net of tax expense of $0 in 2012 and $3,520 in 2011 | | – | 9,583 |
| Net loss | | (3,526) | (1,218) |
| | | | |
| Loss attributable to noncontrolling interests | | 2,561 | 2,861 |
| Net (loss) income attributable to company | | (965) | 1,643 |
| | | | |
| Other comprehensive loss: | | | |
| Indianapolis discontinued operations | | – | 5,805 |
| Retirement obligations | | (3,678) | (2,944) |
| Foreign currency translation adjustments | | (858) | (3,014) |
| Other comprehensive loss | | (4,536) | (153) |
| | | | |
| Comprehensive loss | | (8,062) | (1,371) |
| Less: comprehensive loss attributable to noncontrolling interest | | 2,561 | 2,861 |
| Comprehensive (loss) income attributable to Company | $ | (5,501) | $ 1,490 |

*See accompanying notes*

1301-1004170

5

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

VWNAOS248272

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

# Veolia Water North America Operating Services, LLC

## Combined and Consolidated Statements of Equity

*(In Thousands)*

### Years Ended December 31, 2012 and 2011

| | Total Equity | Common Stock | Additional Paid-In Capital | Accumulated Other Comprehensive (Loss) Income Pension and Postretirement Benefits | Accumulated Other Comprehensive (Loss) Income Foreign Currency Translation | Retained Earnings | Noncontrolling Interests |
|---|---|---|---|---|---|---|---|
| Equity balance at January 1, 2011 | $ 216,843 | $ 42 | $ 205,296 | $ (7,212) | $ 7,871 | $ 11,875 | $ (1,029) |
| Net loss | (1,218) | — | — | — | — | 1,643 | (2,861) |
| Foreign currency translation adjustments | (3,014) | — | — | — | (3,014) | — | — |
| Retirement benefits | (2,944) | — | — | (2,944) | — | — | — |
| Pension and OPEB settlement adjustment for Veolia Water Indianapolis, net of tax | 5,805 | — | — | 5,805 | — | — | — |
| Distributions to noncontrolling interests | (367) | — | — | — | — | — | (367) |
| Equity balance at December 31, 2011 | 215,105 | 42 | 205,296 | (4,351) | 4,857 | 13,518 | (4,257) |
| Net loss | (3,526) | — | — | — | — | (965) | (2,561) |
| Foreign currency translation adjustments | (858) | — | — | — | (858) | — | — |
| Retirement benefits | (3,678) | — | — | (3,678) | — | — | — |
| Distributions to noncontrolling interests | (402) | — | — | — | — | — | (402) |
| Equity balance at December 31, 2012 | $ 206,641 | $ 42 | $ 205,296 | $ (8,029) | $ 3,999 | $ 12,553 | $ (7,220) |

CONFIDENTIAL

6

VWNAOS248273

Veolia Water North America Operating Services, LLC

Combined and Consolidated Statements of Cash Flows
*(In Thousands)*

| | December 31 | |
|---|---|---|
| | **2012** | **2011** |
| **Operating activities** | | |
| Net loss | $ (3,526) $ | (1,218) |
| Adjustments to reconcile net loss | | |
| to net cash provided by operating activities | | |
| Discontinued operations (income) loss | – | (9,583) |
| Provisions for allowance for doubtful accounts | 2,125 | 1,660 |
| Depreciation and amortization | 20,647 | 21,928 |
| Impairment of assets | – | 1,367 |
| Deferred income taxes | 4,460 | (1,504) |
| Loss (gain) on disposal of assets | 56 | (16) |
| Equity in earnings from unconsolidated joint ventures | (1,870) | (2,323) |
| Cash distributions from joint ventures | 847 | 1,406 |
| Net cash provided by operating activities – | | |
| discontinued operations | – | 5,992 |
| Changes in operating assets and liabilities | | |
| Trade accounts receivable | 4,925 | (10,420) |
| Inventory | (945) | 794 |
| Notes receivable | 4,743 | 4,970 |
| Other assets | 11,740 | (12,932) |
| Trade payables | (7,915) | 10,521 |
| Accrued compensation and benefits | 7,040 | 5,475 |
| Other current liabilities | 3,721 | 3,860 |
| Other contract liabilities | (488) | 275 |
| Pension and postretirement benefits | 960 | 825 |
| Net cash provided by operating activities | 46,520 | 21,077 |
| | | |
| **Investing activities** | | |
| Purchases of property and equipment | (13,902) | (9,796) |
| Other intangible assets acquired | (2,086) | (1,890) |
| Net cash provided by investing activities – | | |
| discontinued operations | – | 28,634 |
| Proceeds from the sale of property and equipment | 488 | 58 |
| Net cash (used in) provided by investing activities | (15,500) | 17,006 |
| | | |
| **Financing activities** | | |
| Change in restricted cash | (25) | 6 |
| Net repayments to related parties and affiliates | (24,653) | (39,397) |
| Repayments of principal on debt | (2,929) | (2,758) |
| Distributions to noncontrolling interests | (402) | (367) |
| Net cash used in financing activities | (28,009) | (42,516) |
| | | |
| Effect of exchange rate changes on cash | 204 | (2,731) |
| Increase (decrease) in cash and cash equivalents | 3,215 | (7,164) |
| Cash and cash equivalents at the beginning of the year | 2,100 | 9,264 |
| Cash and cash equivalents at the end of the year | $ 5,315 $ | 2,100 |
| | | |
| **Supplemental cash flow information** | | |
| Interest paid | $ 4,492 $ | 4,059 |
| Income taxes paid | $ 2,021 $ | 2,080 |

*See accompanying notes.*

7

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248274

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements
*(Amounts in Thousands, Unless Otherwise Indicated)*

December 31, 2012

## 1. Basis of Presentation and Description of Business

The combined and consolidated financial statements include the accounts of Veolia Water North America Operating Services, LLC (VWNAOS) and those of certain other affiliated companies (collectively, VWNA or the Company) under the control of Veolia Environnement S.A., the ultimate parent (VE or the Parent). The Parent, a corporation domiciled in France and listed on the New York Stock Exchange and Euronext Paris, is a global environmental services company providing water, waste management, transportation, and energy services.

The Company is a leading provider of comprehensive water and wastewater services and solutions to municipal and industrial customers, serving approximately 558 communities in North America and more than 100 manufacturing and industrial companies. The Company's client base includes nearly 169 municipal clients, for whom the Company operates over 280 water and wastewater treatment facilities, and more than 100 industrial clients, for whom the Company operates approximately 107 industrial water and wastewater treatment facilities. The Company designs, builds, operates, maintains, and equips water, wastewater, and resource recovery related infrastructure; delivers and manages technology, operational, and service solutions; and provides related municipal customer services, including billing, collection, meter reading, and customer response. In addition to operating and managing municipal and industrial assets for clients, the Company also provides business consulting services, called Peer Performance Solutions, which is being effectively utilized by municipal clients, such as New York City, Winnipeg, and Pittsburgh.

VWNA provides support services to various entities under the control of the Parent. Under the agreement dated August 27, 1999, these entities rely on VWNA to provide management, technical advice, personnel, and other resources and services required to meet the contractual obligations undertaken with its clients.

During the periods presented, certain components of the Company's operations were owned by other subsidiaries of VE (see entities listed below). These combined and consolidated financial statements have been prepared by management using the historical results of operations of the entities listed on the following pages. The assets and liabilities of the Company have been determined on the basis of the established accounting methods, practices, procedures, and policies and the accounting judgments and estimation methodologies used by the Company. The combined and consolidated statements of operations include all items of revenue and income generated by the Company, all items of expense directly incurred by the Company, and certain expenses charged or allocated to the Company in the normal course of business.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248275

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

### 1. Basis of Presentation and Description of Business (continued)

The combined and consolidated financial statements include the accounts and results of the following operating companies managed by VWNA, both owned and under the ultimate control of the Parent, and equity-owned entities.

Consolidated entities – owned, managed, and under the control of VWNA:

MCS Technologies L.L.C. (100%)
Metropolitan Biosolids Management, L.L.C. (66.67%)
Naugatuck Environmental Technologies L.L.C. (100%)
Veolia Water Canada Holding, Inc. (100%)
Veolia Water Canada, Inc. (100%)
Veolia Water Indianapolis, LLC (100%)*
Veolia Water Milwaukee, LLC (100%)
Veolia Water Logistics LLC (100%)
Environmental Utilities Services, Inc. (100%)
VWNA Process Solutions/ Texas, LLC (100%)
VWNA Process Solutions/ Canada, Inc. (100%)
MET Systems & Technologies, Inc. (100%)
Modular Environmental Technologies, Inc. (100%)

Veolia Water Operating Services of Wilmington, Inc. (100%)
Veolia Water/EOS of Ohio, Inc. (100%)
Veolia Water/Scaltech Holdings, Inc. (100%)
Veolia Water/Scaltech, Inc. (100%)
Veolia Water/EOS of Wilmington L.L.C. (100%)
Veolia Water North America – Northeast, LLC (100%)
Veolia Water North America – Central, LLC (100%)
Veolia Water North America – West, LLC (100%)
Veolia Water North America – South, LLC (100%)\
Veolia Water West Operating Services Inc. (100%)
Veolia Water Winnipeg, Inc. (100%)
VWNA Caribbean, LLC (100%)
Veolia Water Partners VI L.L.C. (100%)

* See Note 4

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248276

## Veolia Water North America Operating Services, LLC

### Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

### 1. Basis of Presentation and Description of Business (continued)

Combined entities – managed by VWNA and under the ultimate control of the Parent:

| | |
|---|---|
| Greater Moncton Water Limited (100%) | Merscot II, Inc. (100%) |
| Professional Services Group, Inc. (100%) | M&E II, Inc. (100%) |
| Metcalf & Eddy Technologies, Inc. (100%) | Baltimore City Composting Partnership (50%) |

The following entities are accounted for under the equity method:

| | |
|---|---|
| SUEZ/VWNA/DEGS of Lansing L.L.C. (20%) | Shreveport Red River Utilities, L.L.C. (20%) |
| Delta Township Utilities, L.L.C. (44%) | HydroServe Westlake, L.L.C. (50%) |

### 2. Summary of Significant Accounting Policies

The preparation of financial statements in conformity with U.S. generally accepted accounting principles (GAAP) requires management to make estimates and assumptions that affect the amounts reported in the combined and consolidated financial statements and accompanying notes. Actual results could differ from these estimates.

### Reclassifications

Certain reclassifications have been made to the prior year's combined and consolidated balance sheet to be consistent with the December 31, 2012, presentation. The reclassifications have no impact on results of operations previously reported.

10

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248277

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**2. Summary of Significant Accounting Policies (continued)**

**New Accounting Pronouncement**

In June 2011, the Financial Accounting Standards Board (FASB) issued Accounting Standards Update (ASU) 2011-05, *Presentation of Comprehensive Income*, which amended current comprehensive income guidance. This accounting update eliminates the option to present the components of other comprehensive income (loss) as part of the statement of partners' capital. Instead, the Company must report comprehensive income in either a single continuous statement of comprehensive income (loss) which contains two sections, net income and other comprehensive income (loss), or in two separate but consecutive statements. In December 2011, the FASB issued ASU 2011-12, *Deferral of the Effective Date for Amendments to the Presentation of Reclassifications of Items Out of Accumulated Other Comprehensive Income in Accounting Standards Update 2011-05*, which indefinitely defers the requirement in ASU 2011-05 to present reclassification adjustments out of accumulated other comprehensive income (loss) by component in both the statement in which net income is presented and the statement in which other comprehensive income (loss) is presented. During the deferral period, the existing requirements in U.S. GAAP for the presentation of reclassification adjustments must continue to be followed. Amendments to ASU 2011-05, as superseded by ASU 2011-12, were effective for fiscal years beginning after December 31, 2012, and are to be applied retrospectively, with early adoption permitted. The Company elected to present the components of comprehensive income in a single continuous statement of comprehensive loss, which contains two sections, net income and other comprehensive loss. The adoption of this update did not have a material impact on the Company's combined and consolidated financial statements.

**Subsequent Events**

In accordance with Accounting Standards Codification (ASC) 855, *Subsequent Events*, the Company has evaluated subsequent events through June 12, 2013, which is the date these combined and consolidated financial statements were available to be released.

**Fair Value of Financial Instruments**

Financial instruments of the Company consist primarily of cash equivalents, restricted cash, debt, and intercompany balances. The carrying amounts of cash equivalents and restricted cash are considered to be representative of their respective fair values due to the short-term maturity. Given the nature of intercompany balances, it is not practical to estimate their fair value.

1301-1004170

11

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248278

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**2. Summary of Significant Accounting Policies (continued)**

The carrying value of the Company's third-party debt was $48.2 million and $51.2 million at December 31, 2012 and 2011, respectively. Excluding the Company's project financing associated with the Metropolitan Biosolids Management (MBM) project discussed below, the carrying value of the Company's debt was $11.6 million and $12.3 million as of December 31, 2012 and 2011, respectively. The estimated fair value of this debt was $10.9 million and $11.9 million as of December 31, 2012 and 2011, respectively. These estimates were based on the discounted amount of future cash flows using the Company's current incremental rate of borrowing for similar liabilities or market prices.

The MBM financing, as further discussed in Note 9, was secured at favorable rates through a municipality, and fair value for this borrowing is not practical to estimate.

**Cash and Cash Equivalents**

The Company considers all highly liquid investments with an original maturity of three months or less to be cash equivalents. The Company and certain other VE U.S. subsidiaries participate in a centralized cash management system.

**Concentrations of Risk**

The Company offers a multitude of customized services to a diverse customer base. On an ongoing basis, the Company performs credit evaluations of its customers and generally does not require collateral. In addition, management believes the Company has no significant supplier, product line, credit risk, or other concentrations that could expose the Company to adverse, near-term, severe financial impact, with the exception of the Company's largest customer, from whom the Company generated 7.4% ($44.8 million) and 7.5% ($45.2 million) of revenue in the years ended December 31, 2012 and 2011, respectively.

**Allowance for Doubtful Accounts**

The Company evaluates the adequacy of its allowance for doubtful accounts on an ongoing basis through detailed reviews of its receivables portfolio. Estimates are used in determining the Company's allowance for bad debts and are based on historical collection experience, current trends (including prevailing economic conditions), adverse events that may affect a customer's ability to pay, and historical write-off experience. In circumstances where the Company is aware

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                              VWNAOS248279

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**2. Summary of Significant Accounting Policies (continued)**

of a specific customer's inability to meet its financial obligations, the Company records a specific allowance against the amount due to reduce the receivable to the amount the Company believes will be collected. The Company makes adjustments to its allowance if the evaluation of reserve requirements differs from the actual aggregate reserve or will write off an account if deemed necessary. This evaluation is inherently subjective because estimates may be revised as more information becomes available. The allowance for doubtful accounts is established through cost of revenue in the accompanying combined and consolidated statements of comprehensive loss.

**Inventory**

Inventory includes materials and supplies used for repairs, maintenance, and capital projects. Inventory also includes chemicals for water treatment. Inventories are valued at average cost. Inventory is expensed upon placing in service or consumption.

**Property and Equipment**

Property and equipment are stated at cost. Depreciation of property and equipment is calculated using the straight-line method over the estimated useful lives of the assets as follows:

| | |
|---|---|
| Buildings and improvements | 5 to 30 years |
| Machinery and equipment | 5 to 30 years |
| Computer hardware and software | 3 to 5 years |
| Furniture and fixtures | 7 years |
| Vehicles | 5 years |
| Software development costs | 5 years |

Depreciation expense totaled $13.3 million and $14.3 million for the years ended December 31, 2012 and 2011, respectively.

Maintenance and repair costs are charged to expense as incurred, while additions, renewals, and improvements are capitalized.

13

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**2. Summary of Significant Accounting Policies (continued)**

**Impairment of Long-Lived Assets**

In accordance with FASB guidance related to accounting for the impairment or disposal of long-lived assets, long-lived assets, such as property, plant, and equipment and purchased intangibles subject to amortization, are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of the assets may not be recoverable. Recoverability of assets to be held and used is measured by comparing the carrying amount of the assets to the estimated undiscounted future cash flows expected to be generated by the assets. If the carrying amount of the assets exceeds its estimated future cash flows, an impairment charge is recognized equal to the amount by which the carrying amount of the assets exceeds the fair value of the assets. Such analysis was conducted in both 2012 and 2011, which resulted in no impairment charge in 2012 and $1.4 million impairment charge included in the operating expenses in 2011. In 2011, the charge relates to the carrying value of intangible assets related to two of the Company's municipal projects. Fair value of long-lived assets is determined primarily using the undiscounted future cash flows expected to be generated by the assets. As such, the Company has determined that the fair value measurements of long-lived assets fall in Level III of the fair value hierarchy.

**Investments in Unconsolidated Joint Ventures**

The Company holds equity ownership in four joint ventures. These investments are accounted for under the equity method. The equity method applies to investments in which the Company exercises significant influence over the investee (generally through ownership of 20% to 50% of the voting stock of an investee) but does not exercise control and therefore does not consolidate the investee. Under the equity method, the Company's share of the earnings of joint ventures is included in the combined and consolidated statements of comprehensive loss.

**Income Taxes**

The Company's U.S. entities are included in the consolidated federal income tax return filed by Veolia Environment North America Operations, Inc. (VENAO), a subsidiary of VE. The Company's foreign subsidiaries pay their own taxes in their respective countries. The Company is a limited liability company and is not a U.S. taxpaying entity. However, pursuant to an intercompany tax-sharing agreement, the Company computes its federal and state income tax provision as though it were filing separate tax returns. The Company pays VENAO for its share of federal and consolidated state tax liabilities computed as if it were a stand-alone entity under the tax-sharing agreement. The Company is entitled to use its net operating losses computed on a stand-alone basis to offset any of its future current taxable amounts owed.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248281

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**2. Summary of Significant Accounting Policies (continued)**

**Foreign Currency Translation**

For all foreign operations, the functional currency is the local currency. In accordance with FASB guidance for foreign currency translation, assets and liabilities of those operations are translated into U.S. dollars using period-end exchange rates, and income and expenses are translated using the average exchange rates for the reporting period. Also, in accordance with FASB guidance, translation adjustments are recorded as other comprehensive income or loss, a separate component of equity, in the combined and consolidated financial statements. Gains or losses from foreign currency transactions are included in the combined and consolidated statements of comprehensive loss as a component of revenue and cost of sales and are not material to the combined and consolidated financial statements taken as a whole.

**Revenue Recognition**

The Company's revenue primarily consists of contract service fees, with both fixed and variable components, and performance incentive fees for the operation, maintenance, repair, and management of water, wastewater, and related facilities. Service fees and contract billing revenues are recognized in the period the services are performed. An estimate of performance incentive fees earned is recognized based on an assessment of the Company's performance against the performance metrics in its contracts.

The Company also earns revenue from performance-consulting arrangements. The Company provides advice and recommendations with respect to the customers' management and operation of the sewage treatment facilities for the handling and treatment of wastewater; assessment, planning, and delivery of upgrades and capital modifications to the facilities; and assessment, planning, and delivery of operational improvements to the facilities during the term of the agreements. The Company has no obligation to manage or otherwise control the operations of the customers' facilities. Some of these service contracts entitle the Company to receive incentive fees, representing a share of the customer's savings after considering the costs incurred to realize those savings based on a formula of savings achieved. Incentive fee revenue is recognized throughout the term of the contract based on the amount that would be due pursuant to the contractual arrangement with the customer if the contract were to be terminated. The revenue is recorded by the Company when the customer and the Company have reached agreement as to the calculation of the savings realized and when the Company's management has established that collectability is reasonably assured. Under certain of the Company's contracts, such incentive fee revenue is at risk to the extent that future cost savings do not meet

1301-1004170

15

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

### 2. Summary of Significant Accounting Policies (continued)

the mutually agreed-upon thresholds. Pursuant to the provisions in the contractual agreements with these customers, the customers will be entitled to receive compensation from the Company (to the extent incentive compensation was previously earned by the Company) based upon any calculated shortfall during a measurement period. Such incentive fee revenue recognized in 2012 and 2011 aggregated $1.5 million and $0.4 million, respectively. Other revenue recorded under these consulting arrangements consists of service fees, reimbursable costs and any retention fee awarded under the contract. Other revenue is recognized when services are provided.

The Company also earns revenue from certain construction activities that may have acceptance criteria and performance guarantees. Revenues from construction contracts are recognized primarily on the percentage-of-completion method. The percentage-of-completion method compares the costs incurred to date to the estimated total costs of labor and materials for each contract. This method is used because management considers the total costs of labor and materials to be the best available measure of progress on the contracts.

Project costs include direct labor, subcontract, and material costs and those indirect costs related to contract performance. Project costs exclude uninstalled materials. Provisions for estimated losses on uncompleted contracts are made in the period in which such losses are determined. Changes in project performance, conditions, and estimated profitability may result in revisions to costs and income, which are recognized in the period in which such revisions are determined.

In addition to the percentage-of-completion method of accounting, certain contracts have been entered into on a cost-plus basis. For such contracts, actual accrued costs are accumulated each month to which a fixed amount of profit (typically averaging between 10% and 15%) is added. This profit is recognized as the costs are incurred, and costs and profit are billed to the customer in accordance with the terms of the contract.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                              VWNAOS248283

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**2. Summary of Significant Accounting Policies (continued)**

The asset "costs and earnings in excess of billings" represents revenues recognized in excess of amounts billed. The liability "billings in excess of costs and earnings" represents billings in excess of revenues recognized. The cumulative activity for these accounts is summarized as follows:

|  | 2012 | | 2011 |
|---|---|---|---|
| Revenue recognized on uncompleted contracts | $ | **211,060** | $ | 183,157 |
| Billings on uncompleted contracts |  | **209,347** |  | 169,353 |
|  | $ | **1,713** | $ | 13,804 |
| Included in the accompanying combined and consolidated balance sheets under the following captions: |  |  |  |  |
| Other current assets | $ | **4,114** | $ | 16,441 |
| Other current liabilities |  | **2,401** |  | 2,637 |
|  | $ | **1,713** | $ | 13,804 |

**Other Intangible Assets and Goodwill**

In accordance with ASC 350, *Intangibles – Goodwill and Other*, goodwill and intangible assets with indefinite useful lives are not amortized but rather are tested for impairment at least annually and whenever the existence of facts and circumstances, both internally and externally, may suggest impairment. The Company performs impairment testing of goodwill (the Company has no indefinite-lived intangible assets other than goodwill) during the fourth quarter of each fiscal year or more frequently if impairment indicators arise. The Company estimates the fair value of the reporting unit and compares the fair value to the carrying value. If the carrying value exceeds the fair value, then a possible impairment of goodwill exists and further evaluation is required. Fair values are based on free cash flows based upon long-range planning forecasts, which primarily include contracts secured by the Company, discounted at a risk-adjusted rate of return. The projected cash flow assumptions included in the plans are based on the current cost structure and appropriate cost reductions or increases. If different assumptions were used in these plans, the related cash flows used in measuring fair value could be different, and impairment of goodwill might be required to be recorded.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248284

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

### 2. Summary of Significant Accounting Policies (continued)

Impairment of goodwill may result from, among other things, deterioration in performance, adverse market conditions, adverse changes in applicable laws or regulations (including changes that restrict the activities of or affect the services provided by our business), and a variety of other factors. Based on the results of the annual impairment review during 2012, management determined that the fair value exceeded the carrying value of the assets.

**Trade Payables and Accrued Expenses**

Included in trade payables in the accompanying combined and consolidated balance sheets are $3.6 million and $4.5 million of negative cash balances (mainly outstanding checks on zero bank balance accounts) at December 31, 2012 and 2011, respectively.

**Incentive Compensation Plans**

The Company maintains various incentive compensation plans for its employees that are based on a variety of factors and subject to management's discretion. The Company's policy is to record the related compensation expense under such plans in the period in which the amounts to be paid have been determined and approved by the Company.

These amounts approved and expensed in 2012 and 2011 were $13.1 million and $8.9 million, respectively.

### 3. Related-Party Transactions

**Cash Management**

The Company, along with other U.S. subsidiaries of VE, participates in a centralized cash management system (Cash Pooling). Because the Company participates in Cash Pooling, all excess funds are transferred to the Parent, and certain cash needs are funded by the Parent. The activity related to the Company's participation in Cash Pooling is reported as either an intercompany payable or receivable depending on the balance of amounts transferred into or out of the Parent's centralized cash. The intercompany payable is allocated between short-term and long-term liabilities. The short-term liability represents amounts that are expected to be repaid within 12 months based on projected excess cash flow generated in 2013. In 2012 and 2011, interest is being charged at the monthly average federal funds rate plus a 15-basis-point spread

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                    VWNAOS248285

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

### 3. Related-Party Transactions (continued)

for funds borrowed from VWNA and at the monthly average federal funds rate plus an 85-basis-point spread for funds loaned to VWNA. Interest expense charged under this arrangement was $1.9 million and $2.0 million in 2012 and 2011, respectively. The Parent has represented that it commits to provide financial support to the Company, if necessary, in order for the Company to meet its obligations when they become due at least through December 31, 2013.

**Costs Charged by Parent and Affiliates**

Included in the combined and consolidated statements of comprehensive loss and balance sheets for the Company are amounts incurred with companies that are affiliated with the Parent. Expenses included in the combined and consolidated statements of comprehensive loss were $12.6 million and $10.1 million for 2012 and 2011, respectively, while payables of $8.8 million and $9.1 million are included in the combined and consolidated balance sheets.

The Parent and a subsidiary of the Parent provide financial guarantees to the Company's customers as required under certain of the Company's contracts and charge the Company a fee based on a percentage of the guarantee amount. These charges amounted to $2.8 million and $3.2 million in 2012 and 2011, respectively.

Prior to January 1, 2009, certain corporate costs incurred by a subsidiary of the Parent were not charged to the Company. Effective for the fiscal year ended December 31, 2009, the Board of Directors of Veolia Water Americas, LLC elected to charge for management services. Expenses charged under this arrangement were $2.3 million and $3.1 million in 2012 and 2011, respectively, and are included in selling, general, and administrative expenses in the combined and consolidated statements of comprehensive loss

In the opinion of management, the costs charged have been determined on a basis that is believed to be reasonable for the services provided. However, the costs charged are not necessarily indicative of the level of expenses that might be incurred by the Company operating as a stand-alone entity.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248286

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**4. Discontinued Operations**

In 2010, the City of Indianapolis Department of Waterworks (DOW) transferred the management of the water systems that Veolia Water Indianapolis, LLC operated to Citizens Energy Group (CEG), upon approval of regulatory authorities. As of August 26, 2011, Veolia Water Indianapolis, LLC terminated the contract with the DOW to maintain and operate its water system. Pursuant to the above decision, the Company received a termination payment in the amount of $28.8 million. This resulted in a pretax gain on disposal, including fees, of $12.4 million and pretax income from discontinued operations in 2011 of $0.7 million for total pretax income of $13.1 million, which is reported in discontinued operations in the 2011 combined and consolidated statement of comprehensive loss.

The Company records amounts in discontinued operations as required by ASC 205, *Discontinued Operations*. In accordance with ASC 205, the results of operations and related disposal costs, gains, and losses for business units that the Company has eliminated or sold are classified in discontinued operations for all periods presented. All amounts presented throughout the notes to these combined and consolidated financial statements, unless otherwise indicated, reflect continuing operations only. The following table summarizes certain operating results for the discontinued entity for the year ended December 31, 2011:

| | |
|---|---:|
| Revenue | $55,833 |
| Income from discontinued operations before income taxes | 694 |
| Gain on disposal of discontinued operations before income taxes | 12,409 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248287

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**5. Inventory**

Inventory includes materials and supplies used for water and wastewater treatment, repairs, maintenance, and capital projects related to customer contracts. Inventory as of December 31, 2012 and 2011, consisted of the following:

|  | | 2012 | | 2011 |
|---|---|---|---|---|
| Spare parts | $ | 7,622 | $ | 6,501 |
| Chemicals | | 2,177 | | 2,349 |
| Total | $ | 9,799 | $ | 8,850 |

**6. Property and Equipment**

Property and equipment as of December 31, 2012 and 2011, consisted of the following:

|  | | 2012 | | 2011 |
|---|---|---|---|---|
| Land | $ | 51 | $ | 51 |
| Buildings and improvements | | 18,134 | | 18,122 |
| Machinery and equipment | | 146,951 | | 142,631 |
| Computer hardware and software | | 7,952 | | 9,889 |
| Furniture and fixtures | | 1,004 | | 2,064 |
| Vehicles | | 1,906 | | 1,932 |
| Construction-in-progress | | 11,232 | | 4,843 |
| Software development costs | | 6,923 | | 8,584 |
| | | 194,153 | | 188,116 |
| Less accumulated depreciation and amortization | | (89,477) | | (83,609) |
| | $ | 104,676 | $ | 104,507 |

Included in property and equipment is the capitalized cost of the Chicago biosolids facility (see Note 9), consisting of $50 million funded through bonds issued by the Village of Hodgkins and $13.9 million incurred by the Company during the construction period. The Village of Hodgkins is the financing owner of the facility.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248288

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

### 6. Property and Equipment (continued)

The Company had a major project that commenced during the fourth quarter of 2007 to replace the existing customer billing and work order management system for a customer contract. This new system, Veolia Customer Management System (VCMS), is a commercial off-the-shelf system with a cost of $7.1 million. The system will not be implemented by the Company due to the termination of the Indianapolis contract with the city (refer to Note 4). The asset cost was retired in 2011, and the resulting $7.1 million loss is included in income from discontinued operations in the 2011 combined and consolidated statement of comprehensive loss.

The Company had a net book value of $4.0 million and $5.4 million as of December 31, 2012 and 2011, respectively, and amortization expense in both 2012 and 2011 of $1.4 million related to computer software development costs.

### 7. Goodwill and Other Intangible Assets, Net

Other intangible assets as of December 31 are as follows:

| | 2012 | | | |
|---|---|---|---|---|
| | Cost | Accumulated Amortization | Accumulated Impairment | Net Book Value |
| Development costs | $ 29,703 | $ (19,744) | $ (203) | $ 9,756 |
| Deferred contract costs | 17,105 | (8,379) | (1,315) | 7,411 |
| Client-owned assets | 50,216 | (23,419) | (8,787) | 18,010 |
| Patent rights | 850 | (142) | – | 708 |
| Acquired contract rights | 28,500 | (10,179) | – | 18,321 |
| Total | $ 126,374 | $ (61,863) | $ (10,305) | $ 54,206 |

| | 2011 | | | |
|---|---|---|---|---|
| | Cost | Accumulated Amortization | Accumulated Impairment | Net Book Value |
| Development costs | $ 29,788 | $ (18,541) | $ (203) | $ 11,044 |
| Deferred contract costs | 17,182 | (7,757) | (1,315) | 8,110 |
| Client-owned assets | 49,024 | (20,990) | (8,787) | 19,247 |
| Patent rights | 850 | (85) | – | 765 |
| Acquired contract rights | 28,500 | (8,143) | – | 20,357 |
| Total | $ 125,344 | $ (55,516) | $ (10,305) | $ 59,523 |

1301-1004170

22

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

VWNAOS248289

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**7. Goodwill and Other Intangible Assets, Net (continued)**

Capitalized development costs represent direct costs incurred, after the date of probable recovery, to execute contracts and are amortized over the life of the contract.

Deferred contract costs represent obligations assumed in connection with customer contracts, which include pension and postretirement obligations and other employee benefits assumed in connection with a contract, and are amortized over the life of the contract.

Client-owned assets consist of the cost of assets purchased, constructed, and installed, as required by a contract, or incurred at management's option to enhance the operation and that will remain with the client at the end of the contract. Client-owned assets are being amortized over the shorter of the life of the related assets or the contract. In the event of early contract termination, the Company expenses any remaining unamortized balance if not recoverable from the client.

Patent rights represent a patent owned for a mineral recovery process that will be used in future projects. The amortization period for this asset is 15 years.

Acquired contract rights represent customer contracts acquired as a result of the acquisition of Tetra Process Services on December 24, 2007. The amortization period for this asset was determined to be 14 years.

Amortization expense related to only continuing operations for the years ended December 31, 2012 and 2011, amounted to $7.4 million and $9.1 million (including an impairment of $1.4 million in 2011; refer to Note 2), respectively.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                                  VWNAOS248290

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**7. Goodwill and Other Intangible Assets, Net (continued)**

The changes in the net carrying amount of goodwill and other intangible assets were as follows:

| | Goodwill | Other Intangibles, Net | Total |
|---|---|---|---|
| Balance, January 1, 2011 | $ 168,595 | $ 66,302 | $ 234,897 |
| Additions | – | 1,876 | 1,876 |
| Amortization | – | (7,693) | (7,693) |
| Write-off related to projects | – | (103) | (103) |
| Impairment | – | (1,363) | (1,363) |
| Reclassifications | – | 504 | 504 |
| Balance, December 31, 2011 | 168,595 | 59,523 | 228,118 |
| Additions | – | **2,086** | **2,086** |
| Amortization | – | **(7,374)** | **(7,374)** |
| Write-off related to projects | – | **(292)** | **(292)** |
| Reclassifications | – | **263** | **263** |
| Balance, December 31, 2012 | **$ 168,595** | **$ 54,206** | **$ 222,801** |

The weighted-average remaining useful life for the intangible assets in service as of December 31, 2012, was approximately 8.6 years. The estimated amortization expense of other intangible assets for the next five years for assets in service as of December 31, 2012, is as follows:

| | | |
|---|---|---|
| 2013 | $ | 7,230 |
| 2014 | | 7,093 |
| 2015 | | 6,840 |
| 2016 | | 6,399 |
| 2017 | | 5,939 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248291

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

### 8. Investments in Unconsolidated Joint Ventures

The Company has investments in four joint ventures that are accounted for under the equity method. The principal business activities of the joint ventures are the operations and maintenance of water and/or wastewater facilities for industrial customers.

The activity in the investments in unconsolidated joint ventures account for the years ended December 31, 2012 and 2011, is as follows:

|  | 2012 | 2011 |
|---|---|---|
| Investment, beginning of year | $ 14,527 | $ 13,610 |
| Equity in earnings | 1,870 | 2,323 |
| Distributions received | (847) | (1,406) |
| Noncash equity contributions | — | — |
| Investment, end of year | $ 15,550 | $ 14,527 |

There is a basis difference of $5.4 million between the investment in HydroServe Westlake, LLC and the amount of the underlying equity in the net assets that is not currently being amortized.

Summarized balance sheet information (100% basis) of the joint ventures as of December 31, 2012 and 2011, and summarized statements of operations information (100% basis) for the years ended December 31, 2012 and 2011, are as follows (unaudited):

|  | 2012 | 2011 |
|---|---|---|
| Current assets | $ 27,051 | $ 23,031 |
| Noncurrent assets (predominantly property and equipment) | 87,100 | 92,446 |
| Total assets | $ 114,151 | $ 115,477 |
|  |  |  |
| Current liabilities | $ 18,535 | $ 8,783 |
| Noncurrent liabilities (predominantly debt) | 71,258 | 76,616 |
| Total liabilities | $ 89,793 | $ 85,399 |
|  |  |  |
| Revenue | $ 27,956 | $ 34,449 |
| Gross profit | 13,852 | 15,938 |
| Operating income | 13,540 | 15,521 |
| Pretax income | 5,501 | 5,869 |

1301-1004170

25

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

### 9. Financing Arrangements

The Company's long-term debt as of December 31, 2012 and 2011, consisted of the debt instruments outlined in the table below. The debt is project financing and is secured by each respective project's assets.

| Outstanding/Description | Maturity | Interest Rate | Principal 2012 | Principal 2011 |
|---|---|---|---|---|
| Bonds: | | | | |
| Iowa Finance Authority Series 2001A | 2017 | Variable | $  4,770 | $   4,770 |
| Iowa Finance Authority Series 2001B | 2017 | Variable | 2,930 | 2,930 |
| Village of Hodgkins, Cook County, IL (a) | 2015 | 6.00% | 7,790 | 10,100 |
| Village of Hodgkins, Cook County, IL (a) | 2017 | 5.90% | 6,000 | 6,000 |
| Village of Hodgkins, Cook County, IL (a) | 2023 | 6.00% | 22,800 | 22,800 |
| Total bonds | | | 44,290 | 46,600 |
| | | | | |
| Other: | | | | |
| General Motors Corp., Series 2001 | 2017 | 7.54% | 2,611 | 3,148 |
| City of Cranston | 2026 | 3.00% | 1,334 | 1,416 |
| Total other | | | 3,945 | 4,564 |
| | | | | |
| Total debt | | | 48,235 | 51,164 |
| Less current portion of long-term debt | | | (3,110) | (2,929) |
| Long-term debt, excluding current portion | | | $  45,125 | $   48,235 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248293

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**9. Financing Arrangements (continued)**

Aggregate principal payments for each of the five years subsequent to December 31, 2012, and thereafter are as follows:

| | | |
|---|---|---|
| 2013 | $ | 3,110 |
| 2014 | | 3,308 |
| 2015 | | 3,515 |
| 2016 | | 3,737 |
| 2017 | | 10,880 |
| Thereafter | | 23,685 |
| Total | $ | 48,235 |

The Company's Capital Program Management (CPM) group is responsible for directing and supporting its design/build and design/build/operate contracts, as well as managing certain capital improvements at the Company's operations and maintenance (O&M) projects.

In connection with its CPM role, the Company assumed certain bonds, identified as (a) above, that were authorized, issued under, and secured by an indenture agreement (the Indenture) between the Village of Hodgkins, Cook County, Illinois (the Issuer), and LaSalle Bank National Association (the Trustee) dated February 1, 2002, in the original aggregate principal amount of $53.4 million. In 2008, U.S. Bank acquired LaSalle Bank National Association and is now the Trustee of the accounts. The bonds that are designated Environmental Improvement Revenue Bonds Series 2002 are dated February 13, 2002, and mature at various dates through 2023. The bonds are subject to redemption, by the Issuer, in whole or in part, anytime after November 1, 2008.

The proceeds of the bonds were deposited in a restricted fund and were made available by the Issuer to Metropolitan Biosolids Management LLC (MBM LLC), a consolidated subsidiary of the Company, to enable MBM LLC to design and build a 220 dry ton per day biosolids processing facility (the Facility) at the Stickney Water Reclamation Plant in Stickney, Illinois, for the benefit of the Metropolitan Water Reclamation District of Greater Chicago (the District). Such assets are reflected in property and equipment (see Note 6). The amount of restricted cash and equivalents was $6.8 million at December 31, 2012 and 2011. $2.2 million and $2.1 million are classified as a noncurrent asset in the combined and consolidated balance sheets at December 31, 2012 and 2011, respectively. The balance as of December 31, 2011, has been reclassified from its prior presentation to conform to the current year's presentation. Changes in

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                        VWNAOS248294

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**9. Financing Arrangements (continued)**

the restricted cash balance are reflected in financing activities in the combined and consolidated statements of cash flows. Restricted cash remaining upon completion of construction is required to be used as a debt service reserve fund until the bonds are fully retired in 2023.

Once completed, the Facility was leased by the Issuer to MBM LLC pursuant to a lease agreement dated as of February 1, 2002. Under the lease agreement, MBM LLC is obligated to pay the principal and interest on the bonds when they become due. In 2009, construction of the Facility was completed. In 2010, the Company commenced commercial operations of the Facility.

Under the service agreement dated March 13, 2001 (the Service Agreement), the District is obligated to make payments of a fee (the Base Facility Fee) that is calculated to be sufficient (together with the debt service fund and earnings thereon) to provide for the payment of amounts due under the lease agreement in respect of scheduled principal and interest on the bonds.

The Base Facility Fee is recognized as revenue over the term of the Service Agreement on a straight-line basis. The District also is required to make monthly service fee payments, which are also recorded as revenue as earned.

The above-noted bonds are secured under the Indenture by a pledge of all of the Issuer's rights, title, and interest in the lease agreement, which provides that MBM LLC will lease the Facility from the Issuer until November 1, 2023.

The Indenture also pledges the assignment of revenues payable by the District under the Service Agreement from MBM LLC to the Issuer. In the Indenture, the Issuer assigns these payments to the Trustee for the benefit of the bondholders. The payments will be paid directly to the Trustee to be applied first to the payment of principal and interest when due on the bonds, second to debt service reserve fund deficiencies, and third to the payment of operating and maintenance expenses.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248295

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**10. Income Taxes**

Total income tax expense for continuing operations for the years ended December 31, 2012 and 2011, is summarized as follows:

|  | 2012 | 2011 |
|---|---|---|
| Current provision: |  |  |
| Federal | $       – | $       – |
| State | 76 | 53 |
| Foreign | 1,666 | 1,575 |
|  | 1,742 | 1,628 |
|  |  |  |
| Deferred provision: |  |  |
| Federal | 4,142 | (1,354) |
| State | 533 | (174) |
| Foreign | (215) | 24 |
|  | 4,460 | (1,504) |
| Total income tax expense from continuing operations | $   6,202 | $     124 |

Income tax expense for the years ended December 31, 2012 and 2011, for continuing operations, differed from the amounts computed by applying the U.S. federal income tax rate of 35% to pretax income as a result of the following:

|  | 2012 | 2011 |
|---|---|---|
| Income tax expense (benefit) at statutory rate | $     937 | $  (4,550) |
| Increase (decrease) in taxes resulting from: |  |  |
| State taxes | 13 | (657) |
| Nondeductible items | 66 | 72 |
| Tax effect of international operations | 530 | 1,554 |
| Other | 197 | 53 |
| Valuation allowance | 4,459 | 3,652 |
| Total | $   6,202 | $     124 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248296

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**10. Income Taxes (continued)**

The tax effects of temporary differences that gave rise to the deferred tax assets and deferred tax liabilities as of December 31, 2012 and 2011, are presented below:

|  | 2012 | 2011 |
|---|---|---|
| Deferred tax assets: | | |
| Accrued liabilities | $ 33,804 | $ 32,329 |
| Allowance for doubtful accounts and short-term notes receivables | 4,684 | 6,422 |
| Pension and related benefit obligation | 7,241 | 6,130 |
| Investments in partnerships | 2,755 | 966 |
| Capital loss carryforward | 6,719 | 6,719 |
| Net operating loss | 20,823 | 18,821 |
| Depreciation and amortization | — | 272 |
| Other | 3,286 | 3,010 |
|  | 79,312 | 74,669 |
| Valuation allowance | (72,952) | (68,839) |
| Total deferred tax assets | 6,360 | 5,830 |
| Deferred tax liabilities: | | |
| Goodwill | 28,647 | 23,972 |
| Foreign earnings not yet repatriated | 3,152 | 2,642 |
| Foreign currency translation | 2,654 | 3,002 |
| Depreciation and amortization | 153 | — |
| Total deferred tax liabilities | 34,606 | 29,616 |
| Net deferred tax liabilities | $ (28,246) | $ (23,786) |

Current income taxes payable are presented on a stand-alone basis for the Company. The calculation is in accordance with the tax-sharing agreement with VENAO. The U.S. portion of such taxes is included in the accompanying combined and consolidated balance sheets as intercompany payables. Foreign taxes are paid at the foreign company level.

At December 31, 2012, the Company has a net operating loss (NOL) carryforward on U.S. operations totaling $52.7 million. The underlying NOL is set to expire in 2032 and is calculated on an intercompany tax-sharing basis. In addition, the Company has a capital loss carryforward totaling $17.0 million. If not used, the capital loss carryforward will expire in 2014. The open tax years in the United States, Canada, the U.S. Virgin Islands, and Aruba date back to 2008. In addition, the tax years of various state returns are open.

1301-1004170

30

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**10. Income Taxes (continued)**

The Company records deferred income tax assets to the extent the Company believes that these assets will more likely than not be realized. In making such determination, the Company considers all available positive and negative evidence, including scheduled reversals of deferred income tax liabilities, tax-planning strategies, and recent financial operations. A valuation allowance is provided when it is more likely than not that some portion of the deferred tax asset will not be realized. At December 31, 2012 and 2011, the Company has recorded a valuation allowance against the net deferred income tax asset of $72.9 million and $68.8 million, respectively, because the Company believes that it is more likely than not that it will not ultimately realize these deferred income tax assets recorded at December 31, 2012 and 2011.

**11. Commitments and Contingencies**

The Company is involved in various claims and legal actions arising in the ordinary course of business. In the opinion of management, the ultimate disposition of these matters will not have a material adverse effect on the Company's combined and consolidated financial position, results of operations, or cash flows.

In June 2006, VWNAOS initiated legal proceedings against the City of Atlanta (the City), a former municipal customer, alleging, among other things, unpaid invoices for services performed, withheld retainage, the call of a $9.5 million letter of credit, and breach of contract. The City filed counterclaims alleging VWNAOS failed to fulfill certain of its obligations under the contract and for alleged damage to City-owned property. After discovery and various procedural and legal issues were addressed by the court, trial of the matter commenced in United States District Court in Atlanta before Judge Thomas W. Thrash, Jr. on October 4, 2010. The case was tried before the judge without a jury. The last day of testimony was October 18, 2010, and the parties thereafter submitted proposed findings of fact and conclusions of law to the judge. Closing arguments took place on December 22, 2010.

At trial, the City asserted damages against VWNAOS totaling $25.1 million. The City has acknowledged offsets (including the $9.5 million letter of credit it seized and various unpaid invoices) of $11.1 million, for a total amount allegedly due to the City from VWNAOS of $14 million, plus interest and attorney's fees. On the other hand, VWNAOS asserted damages totaling $30.8 million (plus interest from December 10, 2010, until paid). This amount consists of unpaid invoices in the amount of $17.8 million (including interest through December 10, 2010) and the $9.5 million letter of credit, plus interest on the letter of credit of $3.2 million. On

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                          VWNAOS248298

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

### 11. Commitments and Contingencies (continued)

June 3, 2011, the trial court issued an Order and Judgment, resulting in a net verdict of $5 million in favor of VWNAOS. The court awarded VWNAOS $15.2 million in damages and awarded the City $10.2 million in damages. On July 1, 2011, VWNAOS filed a motion with the trial court challenging, as being contrary to applicable law, certain rulings in the Order and Judgment awarding damages in favor of the City and failing to award prejudgment interest to VWNAOS. On the same date, the City filed a motion with the trial court seeking a reduction in the amount awarded to VWNAOS asserting that the trial court miscalculated certain amounts the City had improperly deducted from VWNAOS' invoices and also seeking an unstated amount for attorney's fees allegedly due to the City under the contract between the parties. The City also requested prejudgment interest on the amounts awarded in its favor. On August 26, 2011, the trial court denied the motions of both parties, except that it granted the requests for prejudgment interest. As a result, the trial court entered an Amended Judgment in favor of VWNAOS in the net amount of $10 million. Both sides have appealed the case to the United States Court of Appeals for the 11th Circuit. Oral argument took place on December 4, 2012. A decision is expected sometime in 2013.

While the outcome of this dispute cannot be determined with certainty, the Company does not believe its ultimate resolution will have a material adverse effect on its combined and consolidated financial position, results of operations, or liquidity.

In April 2008, the Company and its wholly owned subsidiary, Veolia Water Indianapolis, LLC (VWI), were named as defendants in two putative class action lawsuits (later consolidated) filed in Indiana state courts, in which the plaintiffs have alleged that the meter-reading practices used by VWI for Indianapolis customers were inconsistent with VWI's contract with the local water authority and state consumer protection law. In October 2008, VWI filed a motion to dismiss the lawsuit that was granted by the Indiana State Court in January 2009. The lawsuit was later re-filed by the plaintiff and amended to include the City of Indianapolis. Further dispositive responsive motions were filed by both VWI and the City of Indianapolis, and they were granted in part and denied in part. A motion for reconsideration was granted on June 25, 2010, leaving only breach of contract claims against VWI and the City of Indianapolis. A motion to dismiss asserting that the matter should first be raised before the Indiana Utility Regulatory Commission (IURC) was heard on December 20, 2011. The court granted the dismissal on February 3, 2012. Plaintiffs filed an appeal. The dismissal was affirmed on appeal to the Court of Appeals of Indiana. On March 15, 2013, the Indiana Supreme Court denied plaintiffs' request to review the dismissal. Accordingly, the litigation is over. There is a remote chance that plaintiffs will pursue relief before the IURC.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248299

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

### 11. Commitments and Contingencies (continued)

In March 2010, certain former employees of the Company's wholly owned subsidiary, Veolia Water North America – West, LLC (VWNA West), filed a lawsuit against the Company and VWNA West in California state court. The complaint, asserted purportedly on behalf of the plaintiffs and all similarly situated employees, asserts, among other claims, that the employees did not receive compensation for all hours worked as required by California wage and hour law. After mediation conducted on December 20, 2012, the parties reached an agreement in principle to settle the case for $2.5 million. The settlement will require approval of the Court. A hearing on final approval has been set tentatively by the Court for August 19, 2013.

Excessive rain events took place in the Milwaukee service area on July 15, 2010 and July 22, 2010, resulting in flooding and related property damage. On May 27, 2011, Generali-U.S. Branch, Assicurazioni Generali S.p.A. (Generali) filed a subrogation action against Veolia Water Milwaukee, LLC and the Milwaukee Metropolitan Sewage District (the MMSD) seeking $22 million in flood-related property damages. The Company reached an agreement to settle with plaintiffs for $0.3 million, to be fully funded by the Company's insurance carrier, and the case was dismissed by the Court on April 23, 2013.

On April 6, 2012, the MMSD provided the Company with a Notice of Claim filed on March 30, 2012, by several claimants (the Dragotta claim). Although it is not known at this point whether the alleged damages stem from the July 2010 flooding or heavy rains in September 2011, the Notice of Claim was filed after the six-month statutory period for filing such claims. The claim is for $2.3 million. Suit was filed on January 25, 2013, against MMSD, but not the Company. The Company has tendered the case to its carriers on the risk on both July 2010 and September 2011. The July 2010 carrier has denied coverage because the complaint does not identify the date of loss but has indicated it will reconsider its decision if more information becomes available. MMSD is defending the suit and has filed a summary judgment motion. If the case is not dismissed on motion, it is expected that the information about the date of loss will be disclosed and the question of which insurance carrier provides coverage will be resolved. MMSD has tendered the defense to the Company by letter dated February 20, 2013.

The Company is involved in a subrogation lawsuit that was filed on October 21, 2010. The claimed damages are in excess of $2.8 million. The case arises out of a fire that occurred at a restaurant in Indianapolis, Indiana, on January 4, 2010. Plaintiffs allege that the fire department was delayed in accessing water to suppress the fire due to frozen fire hydrants. The Company's insurance carrier is handling defense of this matter (the deductible under the insurance policy is $0.8 million). On January 3, 2011, both the Company and the City/Department of Water Works

1301-1004170

33

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

### 11. Commitments and Contingencies (continued)

(the DOW) moved to dismiss the plaintiffs' claims. In early June 2011, the trial court issued an Interlocutory Order denying, in part, both motions. On August 17, 2011, both the Company and the DOW filed motions asking the Court of Appeals to accept appellate jurisdiction, which the Court granted. Thereafter, a Notice of Appeal was filed with the trial court, appellate briefs were filed, and oral argument was conducted on June 19, 2012, before the Indiana Court of Appeals. In early August 2012, the appellate court dismissed the case ruling that both the DOW and the Company are entitled to common law immunity. Plaintiff petitioned the Indiana Supreme Court to review the case, and on January 4, 2013, the Court granted the request. Oral argument was conducted March 28, 2013. A decision is expected later this year.

The Company is involved in two companion suits involving the collapse of a structural wall that resulted in the accidental deaths of two of the Company's employees. The accident occurred when an equalization basin collapsed in Gatlinburg, Tennessee, on April 4, 2011. The Company has retained counsel and structural engineering experts. The decedents' families have filed suit against the City of Gatlinburg and the firms responsible for the design and construction of the equalization basin. On March 27, 2012, the City of Gatlinburg filed a third-party complaint against the Company based on the indemnity provision in the Company's contract with the City of Gatlinburg. The third-party complaint seeks contribution and indemnification from the Company for the claims of the families and seeks an estimated $7 million in damages to rebuild the equalization basin. The cases are in the early stages of discovery. The Company has placed its insurance carrier on notice (the deductible is $0.8 million). The Company has also been advised that the local U.S. Attorney's office has commenced an investigation into whether any violations of the Clean Water Act took place. The Company has retained counsel regarding the investigation. The U.S. Attorney's office has interviewed some of the employees of the facility. Both OSHA and the Tennessee Department of Environment and Conservation did not issue any citations to the City of Gatlinburg or the Company after conducting their investigations.

The Company is involved in various claims and legal actions arising in the ordinary course of business. The reserves recorded relative to these matters are based upon management's best estimate of exposure. No other matters have come to management's attention to require a change in the estimation of the reserve. In the opinion of management, the ultimate disposition of these matters will not have a material adverse effect on the Company's combined and consolidated financial position, results of operations, or cash flows.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

### 11. Commitments and Contingencies (continued)

In the normal course of business, letters of credit and performance (surety) bonds are issued on behalf of the Company by an affiliate to customers, vendors, and lending institutions as guarantees for payment or performance, or both, under various commercial contracts into which the Company enters. In addition, bid bonds may also be required of the Company as security for the Company's commitment to proceed with a project if it is the successful bidder. Performance bonds and letters of credit are typically issued for the benefit of the Company's customers as financial security for the completion or performance by the Company of its contractual obligations under certain commercial contracts. The majority of these instruments are not reflected on the Company's combined and consolidated balance sheets as a liability because they will not result in a liability to the Company unless the Company fails to perform the contractual obligations, which are secured by the corresponding instrument. These guarantees are either provided directly by the Company (as the guarantor) or provided by certain affiliated companies acting as guarantors on behalf of the Company (as the obligor).

The following is the Company's off-balance sheet arrangements given in the ordinary course of business (in millions):

|  | December 31, 2012 | Less Than 1 Year | Maturity of Commitment | |
|---|---|---|---|---|
|  |  |  | 1 to 5 Years | More Than 5 Years |
| Commitments given to third parties by the Company or affiliated companies: |  |  |  |  |
| Operational guarantees: |  |  |  |  |
| Performance bonds | $ 97.4 | $ 97.4 | $ -- | $ -- |
| Other operational guarantees | 1,447.4 | 370.5 | 191.5 | 885.4 |
| Financial guarantees | 46.8 | 3.0 | 13.7 | 30.1 |
| Letters of credit | 94.0 | 92.1 | 1.9 | -- |
| Total commitments given to third parties by the Company or affiliated companies | 1,685.6 | 563.0 | 207.1 | 915.5 |
| Total commitments received from affiliated companies | (1,072.6) | (252.5) | (138.1) | (682.0) |
| Net commitments given to third parties by the Company or affiliated companies | $ 613.0 | $ 310.5 | $ 69.0 | $ 233.5 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248302

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**11. Commitments and Contingencies (continued)**

The Company has certain noncancelable operating leases, primarily for equipment, vehicles, and facilities. These leases generally contain automatic renewal options until terminated by either party and require the Company to pay all executory costs, such as maintenance and insurance. Rental expense from continuing operations for operating leases, short-term equipment, and vehicle rental was $15.0 million and $15.6 million during 2012 and 2011, respectively.

Future minimum lease payments under noncancelable operating leases with initial or remaining lease terms in excess of one year at December 31, 2012, are as follows:

| | |
|---|---:|
| 2013 | $ 7,559 |
| 2014 | 6,897 |
| 2015 | 6,426 |
| 2016 | 6,138 |
| 2017 | 5,681 |
| Thereafter | 18,440 |
| Total minimum lease payments | $ 51,141 |

The Company has U.S. employees covered by collective bargaining agreements. The percentage of Company employees represented by collective bargaining agreements at December 31, 2012 and 2011, was 20.7% and 22.4%, respectively. The percentage of Company employees represented by collective bargaining agreements due to expire within one year at December 31, 2012, was 5.5%. The percentage of Company employees represented by expired collective bargaining agreements currently being renegotiated at December 31, 2012, was 5.9%.

**12. Benefit Plans**

The Veolia Water Retirement Savings Plan (the Plan) is available to all U.S.-based employees of the Company who meet the eligibility requirements. The Plan is a qualified defined contribution plan, under Internal Revenue Service (IRS) Section 401(k), that provides for employees and employer contributions and is based on compensation levels. The employer's contribution is not discretionary and is the lower of 50.0% of the first 7.0% of the employees' eligible compensation or the employee's contribution. The Company's contribution to the Plan during the years ended December 31, 2012 and 2011, was $4.3 million and $4.2 million, respectively.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248303

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

The Company has U.S. employees covered by postretirement medical benefit plans and has accounted for these plans using actuarial models required under GAAP for employers' accounting for postretirement benefits other than pensions.

The Milwaukee Project is responsible for pension benefits earned by former employees of the Milwaukee Metropolitan Sewerage District while they are employed by VWNA. The plan is sponsored by the City of Milwaukee Employees' Retirement System (ERS) and is accounted for as a multi-employer plan. The pension cost was allocated among the member municipalities by the plan administrator. The City of Milwaukee's policy is to fund amounts in accordance with the requirements of the Employee Retirement Income Security Act of 1974. The Company recognized $0.9 million and $0.4 million of pension expense related to the ERS plan during the years ended December 31, 2012 and 2011, respectively.

Effective as of August 26, 2011, the assets and liabilities of employee benefits plans attributable to employees of VWI were transferred to CEG (see Note 4). As such, CEG assumed sponsorship of the Pension Plan for Collectively Bargained Indianapolis Water Employees (the Union Plan) and the IWC Resources Executive Supplemental Pension Plan (the SERP). Additionally, CEG assumed responsibility for the claims, liabilities, or obligations for retiree health benefits, life insurance, and Medicare Part B premium reimbursement as described in the Management Agreement (the Postretirement Plan) for those affected employees who, on or prior to August 26, 2011, became eligible for such retiree welfare benefits. As a result, benefit obligations under the Union Plan and the SERP, as well as the Postretirement Plan, were eliminated effective August 26, 2011. This resulted in a settlement gain of $12.9 million, which has been recorded in discontinued operations for the year ended December 31, 2011. The information pertaining to the Company's benefit plans that follows excludes all obligations, assets, and funded status data related to the Union Plan, the SERP, and the Postretirement Plan, as of and for the year ended December 31, 2011.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248304

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

The measurement date used to determine pension and other postretirement benefits was December 31, 2012 and 2011. The benefit obligation, funded status, and accrued benefit costs related to the Company's continuing operations as of and for the year ended December 31, 2012, were as follows:

| | December 31, 2012 | | |
|---|---|---|---|
| | Total Retiree Medical Plans | Total Pension Plans | All Plans |
| **Change in benefit obligation** | | | |
| Benefit obligation at beginning of year | $ 6,277 | $ 8,422 | $ 14,699 |
| Service cost | 1,148 | – | 1,148 |
| Interest cost | 277 | 369 | 646 |
| Employee contributions | 1 | – | 1 |
| Benefits paid | (99) | (186) | (285) |
| Actuarial loss | 1,169 | 2,764 | 3,933 |
| Benefit obligation at end of year | $ 8,773 | $ 11,369 | $ 20,142 |
| | | | |
| **Change in plan assets** | | | |
| Fair value of plan assets at beginning of year | $ – | $ 5,105 | $ 5,105 |
| Actual return on plan assets | – | 439 | 439 |
| Employer contributions | 98 | 554 | 652 |
| Employee contributions | 1 | – | 1 |
| Benefits paid | (99) | (186) | (285) |
| Fair value of plan assets at end of year | $ – | $ 5,912 | $ 5,912 |
| | | | |
| **Reconciliation of funded status** | | | |
| Fair value of plan assets | $ – | $ 5,912 | $ 5,912 |
| Benefit obligations | (8,773) | (11,369) | (20,142) |
| Funded status (plan assets less benefit obligations) | $ (8,773) | $ (5,457) | $ (14,230) |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

|  | December 31, 2012 | | |
|---|---|---|---|
|  | Total Retiree Medical Plans | Total Pension Plans | All Plans |
| **Amounts recognized on the combined and consolidated balance sheet** |  |  |  |
| Noncurrent assets | $ – | $ – | $ – |
| Current liabilities | (186) | – | (186) |
| Noncurrent liabilities | (8,587) | (5,457) | (14,044) |
| Net amount obligation recognized in combined and consolidated balance sheets | $ (8,773) | $ (5,457) | $ (14,230) |
|  |  |  |  |
| **Reconciliation of amounts recognized in combined and consolidated balance sheet** |  |  |  |
| Initial net asset (obligation) | $ – | $ – | $ – |
| Prior service credit (cost) | – | – | – |
| Net loss | (2,142) | (7,582) | (9,724) |
| Accumulated other comprehensive loss | (2,142) | (7,582) | (9,724) |
| Net periodic benefit cost in excess of accumulated contributions | (6,631) | 2,125 | (4,506) |
| Net amount deficit recognized in combined and consolidated balance sheets | $ (8,773) | $ (5,457) | $ (14,230) |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248306

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

|  | Year Ended December 31, 2012 | | |
| --- | --- | --- | --- |
|  | Total Retiree Medical Plans | Total Pension Plans | All Plans |
| **Components of net periodic benefit cost** | | | |
| Service cost | $ 1,148 | $ — | $ 1,148 |
| Interest cost | 277 | 369 | 646 |
| Expected return on plan assets | — | (393) | (393) |
| Amortization of net (gain) loss | 76 | 134 | 210 |
| Net periodic benefit cost | $ 1,501 | $ 110 | $ 1,611 |
| **Changes recognized in other comprehensive loss** | | | |
| Net loss arising during the period | $ 1,169 | $ 2,719 | $ 3,888 |
| Amortization of net loss | (76) | (134) | (210) |
| Total recognized in other comprehensive loss pretax | 1,093 | 2,585 | 3,678 |
| Total recognized in net periodic benefit and other comprehensive loss | $ 2,594 | $ 2,695 | $ 5,289 |
| Estimated amounts that will be amortized from accumulated other comprehensive income over the next fiscal year: | | | |
| Net loss | (204) | (210) | (414) |
|  | $ (204) | $ (210) | $ (414) |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248307

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

|  | December 31, 2012 | |
| --- | --- | --- |
|  | Total Retiree Medical Plans | Total Pension Plans |
| **Weighted-average assumptions to determine benefit obligations** | | |
| Discount rate | 3.50% | 3.50% |
| Salary rate | 4.00% | N/A |
| Measurement date | 12/31/2012 | 12/31/2012 |
| Additional information for postretirement medical plans: | | |
| Assumed health care trend rate: | | |
| a. Immediate trend rate | 8.00% | N/A |
| b. Ultimate trend rate | 4.50% | N/A |
| c. Year that the rate reaches ultimate trend rate | 2026 | N/A |
| **Assumptions to determine net cost** | | |
| Discount rate | 4.45% | 4.45% |
| Expected return on assets | N/A | 7.50% |
| Rate of compensation increase | 4.00% | N/A |
| Basis used to determine overall expected long-term rate of return on assets assumption | – | – |
| Additional information for postretirement medical plans: | | |
| Assumed health care trend rate: | | |
| a. Immediate trend rate | 8.50% | N/A |
| b. Ultimate trend rate | 4.50% | N/A |
| c. Year that the rate reaches ultimate trend rate | 2025 | N/A |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                            VWNAOS248308

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

|  | December 31, 2012 | |
|---|---|---|
|  | Total Retiree Medical Plans | Total Pension Plans |
| **Additional year-end information** | | |
| Required information for all defined benefit plans: | | |
| Accumulated benefit obligation | $        – | $     11,369 |
| Required disclosures for postretirement medical plans: | | |
| Sensitivity to trend rate assumptions: | | |
| a. One percent increase in trend rate: | | |
| i. Effect on total service cost and interest cost components | 251 | – |
| ii. Effect on benefit obligation | 1,431 | – |
| b. One percent decrease in trend rate: | | |
| i. Effect on total service cost and interest cost components | (203) | – |
| ii. Effect on benefit obligation | (1,159) | – |
| Special disclosure on the impact of the Medicare Drug Act of 2003 – The Medicare Prescription Drug, Improvement and Modernization Act of 2003 was reflected in the accumulated postretirement benefit obligation (APBO) beginning in 2005 assuming that the Company will continue to provide a prescription drug benefit to retirees that is at least actuarially equivalent to Medicare Part D and that the Company will receive the federal subsidy. Accordingly, the net periodic postretirement benefit cost was reduced to reflect the impact of the federal subsidy. | | |
| a. Reduction in APBO due to the federal subsidy | – | – |
| The effect of the federal subsidy by net periodic postretirement benefit cost component: | | |
| b. Service cost | – | – |
| c. Interest cost | – | – |
| d. Net amortization and deferral of actuarial gain | – | – |
| e. Net periodic postretirement benefit cost | $        – | $        – |

1301-1004170

42

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

VWNAOS248309

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

|  | December 31, 2012 | |
|---|---|---|
|  | Total Retiree Medical Plans | Total Pension Plans |
| **Cash flows** | | |
| Projected Company contributions for following fiscal year: | $       187 | $       400 |
| Expected benefit payments for FYE (net of Medicare subsidy): | | |
| December 31, 2013 | 187 | 291 |
| December 31, 2014 | 227 | 315 |
| December 31, 2015 | 356 | 325 |
| December 31, 2016 | 324 | 361 |
| December 31, 2017 | 377 | 389 |
| Next five years | 2,904 | 2,471 |
| Expected Medicare subsidy receipts for FYE: | | |
| December 31, 2013 | -- | -- |
| December 31, 2014 | -- | -- |
| December 31, 2015 | -- | -- |
| December 31, 2016 | -- | -- |
| December 31, 2017 | -- | -- |
| Next five years | -- | -- |
| **Plan assets** | | |
| Target allocation: | | |
| Equity | N/A | 60% |
| Debt securities | N/A | 40% |
| Real estate | N/A | --% |
| Other | N/A | --% |
| Actual allocation: | | |
| Equity | N/A | 59.29% |
| Debt securities | N/A | 37.95% |
| Real estate | N/A | 0.00% |
| Other | N/A | 2.76% |
| Total | -- | 100% |

43

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248310

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

The measurement date used to determine pension and other postretirement benefits was December 31, 2012 and 2011. The benefit obligation, funded status, and accrued benefit costs related to the Company's continuing operations as of and for the year ended December 31, 2011, were as follows:

| | December 31, 2011 | | | | | |
|---|---|---|---|---|---|---|
| | **Total Retiree Medical Plans** | | **Total Pension Plans** | | **All Plans** | |
| **Change in benefit obligation** | | | | | | |
| Benefit obligation at beginning of year | $ | 4,601 | $ | 7,868 | $ | 12,469 |
| Service cost | | 1,183 | | – | | 1,183 |
| Interest cost | | 228 | | 389 | | 617 |
| Benefits paid | | (54) | | (186) | | (240) |
| Actuarial loss | | 319 | | 351 | | 670 |
| Benefit obligation at end of year | $ | 6,277 | $ | 8,422 | $ | 14,699 |
| | | | | | | |
| **Change in plan assets** | | | | | | |
| Fair value of plan assets at beginning of year | $ | – | $ | 4,657 | $ | 4,657 |
| Actual return on plan assets | | – | | (99) | | (99) |
| Employer contributions | | 54 | | 733 | | 787 |
| Benefits paid | | (54) | | (186) | | (240) |
| Fair value of plan assets at end of year | $ | – | $ | 5,105 | $ | 5,105 |
| | | | | | | |
| **Reconciliation of funded status** | | | | | | |
| Fair value of plan assets | $ | – | $ | 5,105 | $ | 5,105 |
| Benefit obligations | | (6,277) | | (8,422) | | (14,699) |
| Funded status (plan assets less benefit obligations) | $ | (6,277) | $ | (3,317) | $ | (9,594) |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248311

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

|  | December 31, 2011 | | |
| --- | --- | --- | --- |
|  | Total Retiree Medical Plans | Total Pension Plans | All Plans |
| **Amounts recognized on the combined and consolidated balance sheet** |  |  |  |
| Noncurrent assets | $ – | $ – | $ – |
| Current liabilities | (119) | – | (119) |
| Noncurrent liabilities | (6,158) | (3,317) | (9,475) |
| Net amount obligation recognized in combined and consolidated balance sheets | $ (6,277) | $ (3,317) | $ (9,594) |
| **Reconciliation of amounts recognized in combined and consolidated balance sheet** |  |  |  |
| Initial net asset (obligation) | $ – | $ – | $ – |
| Prior service credit (cost) | – | – | – |
| Net loss | (1,050) | (4,996) | (6,046) |
| Accumulated other comprehensive loss | (1,050) | (4,996) | (6,046) |
| Net periodic benefit cost in excess of accumulated contributions | (5,227) | 1,679 | (3,548) |
| Net amount deficit recognized in combined and consolidated balance sheets | $ (6,277) | $ (3,317) | $ (9,594) |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                                                VWNAOS248312

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

|  | Year Ended December 31, 2011 | | |
|---|---|---|---|
|  | Total Retiree Medical Plans | Total Pension Plans | All Plans |
| **Components of net periodic benefit cost** |  |  |  |
| Service cost | $ 1,183 | $ — | $ 1,183 |
| Interest cost | 228 | 389 | 617 |
| Expected return on plan assets | — | (351) | (351) |
| Amortization of net (gain) loss | 54 | 109 | 163 |
| Net periodic benefit cost | $ 1,465 | $ 147 | $ 1,612 |
| **Changes recognized in other comprehensive loss** |  |  |  |
| Net loss arising during the period | $ 317 | $ 803 | $ 1,120 |
| Amortization of net loss | (54) | (109) | (163) |
| Total recognized in other comprehensive loss pretax | 263 | 694 | 957 |
| Total recognized in net periodic benefit and other comprehensive loss | $ 1,728 | $ 841 | $ 2,569 |
| Estimated amounts that will be amortized from accumulated other comprehensive income over the next fiscal year: |  |  |  |
| Net loss | (77) | (133) | (210) |
|  | $ (77) | $ (133) | $ (210) |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                    VWNAOS248313

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

|  | December 31, 2011 | |
|---|---|---|
|  | Total Retiree Medical Plans | Total Pension Plans |
| **Weighted-average assumptions to determine benefit obligations** |  |  |
| Discount rate | 4.45% | 4.45% |
| Salary rate | 4.00% | N/A |
| Measurement date | 12/31/2011 | 12/31/2011 |
| Additional information for postretirement medical plans: |  |  |
|    Assumed health care trend rate: |  |  |
|      a. Immediate trend rate | 8.50% | – |
|      b. Ultimate trend rate | 4.50% | – |
|      c. Year that the rate reaches ultimate trend rate | 2025 | – |
| **Assumptions to determine net cost** |  |  |
| Discount rate | 5.00% | 5.00% |
| Expected return on assets | – | 7.50% |
| Rate of compensation increase | N/A | – |
| Basis used to determine overall expected long-term rate of return on assets assumption | – | – |
| Additional information for postretirement medical plans: |  |  |
|    Assumed health care trend rate: |  |  |
|      a. Immediate trend rate | 9.00% | – |
|      b. Ultimate trend rate | 4.50% | – |
|      c. Year that the rate reaches ultimate trend rate | 2024 | – |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248314

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

| | December 31, 2011 | |
| | Total Retiree Medical Plans | Total Pension Plans |
|---|---|---|
| **Additional year-end information** | | |
| Required information for all defined benefit plans: | | |
| Accumulated benefit obligation | $          – | $      8,422 |
| Required disclosures for postretirement medical plans: | | |
| Sensitivity to trend rate assumptions: | | |
| a. One percent increase in trend rate: | | |
| i. Effect on total service cost and interest cost components | 247 | – |
| ii. Effect on benefit obligation | 994 | – |
| b. One percent decrease in trend rate: | | |
| i. Effect on total service cost and interest cost components | (200) | – |
| ii. Effect on benefit obligation | (810) | – |
| Special disclosure on the impact of the Medicare Drug Act of 2003 – The Medicare Prescription Drug, Improvement and Modernization Act of 2003 was reflected in the accumulated postretirement benefit obligation (APBO) beginning in 2005 assuming that the Company will continue to provide a prescription drug benefit to retirees that is at least actuarially equivalent to Medicare Part D and that the Company will receive the federal subsidy. Accordingly, the net periodic postretirement benefit cost was reduced to reflect the impact of the federal subsidy. | | |
| a. Reduction in APBO due to the federal subsidy | – | – |
| The effect of the federal subsidy by net periodic postretirement benefit cost component: | | |
| b. Service cost | – | – |
| c. Interest cost | – | – |
| d. Net amortization and deferral of actuarial gain | – | – |
| e. Net periodic postretirement benefit cost | $          – | $          – |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

VWNAOS248315

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

| | December 31, 2011 | |
| | Total Retiree Medical Plans | Total Pension Plans |
|---|---|---|
| **Cash flows** | | |
| Projected company contributions for following fiscal year: | $ 119 | $ 562 |
| Expected benefit payments for FYE (net of Medicare subsidy): | | |
| December 31, 2012 | 119 | 239 |
| December 31, 2013 | 161 | 269 |
| December 31, 2014 | 207 | 303 |
| December 31, 2015 | 353 | 315 |
| December 31, 2016 | 331 | 339 |
| Next five years | 430 | 2,137 |
| Expected Medicare subsidy receipts for FYE: | | |
| December 31, 2012 | -- | -- |
| December 31, 2013 | -- | -- |
| December 31, 2014 | -- | -- |
| December 31, 2015 | -- | -- |
| December 31, 2016 | -- | -- |
| Next five years | -- | -- |
| **Plan assets** | | |
| Target allocation: | | |
| Equity | -- | 60% |
| Debt securities | -- | 40% |
| Real estate | -- | 0% |
| Other | -- | 0% |
| Actual allocation: | | |
| Equity | -- | 60.70% |
| Debt securities | -- | 36.30% |
| Real estate | -- | 0.00% |
| Other | -- | 3.00% |
| Total | -- | 100.00% |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                                            VWNAOS248316

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

The Company's investment policy is to invest in a mix of equity and fixed income securities through mutual fund and common collective trust investments.

The asset allocation policy was developed in consideration of the following long-term investment objectives: achieving a return on assets consistent with the funding requirements of the Plan, maximizing portfolio return with expected real equity returns of 6% to 8% and real fixed income returns of 4% to 6%, and minimizing the impact of market fluctuations on the value of the plan assets. To develop the expected long-term rate of return on assets assumption, the Company considered historical returns for each asset class, as well as the target allocation of the pension portfolio.

Investments recorded at fair value are categorized based on the level of judgment associated with the inputs used to measure their fair value. Level inputs, as defined by ASC 820, *Fair Value Measurement*, are as follows:

| Level Input | Input Definition |
| --- | --- |
| Level I | Inputs are unadjusted, quoted prices for identical assets or liabilities in active markets at the measurement date. |
| Level II | Inputs other than quoted prices included in Level I that are observable for the asset or liability through corroboration with market data at the measurement date. |
| Level III | Unobservable inputs that reflect management's best estimate of what market participants would use in pricing the asset or liability at the measurement date. |

The asset's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement.

Following is a description of valuation methods used for investments measured at fair value:

*Cash equivalents:* Cash equivalents represent investments in a money market fund. Shares of the money market fund are valued at quoted market prices, which represent net asset value (NAV) of shares held by the Company at year-end.

1301-1004170

50

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

VWNAOS248317

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

*Mutual funds:* Shares of mutual funds are valued at quoted market prices, which represent NAV of shares held by the Company at year-end.

*Common and collective trusts:* Investments in the common and collective trust fund are valued at NAV of the units of the common and collective trust fund held by the Company at year-end. The Company may redeem its units of the common and collective trust fund at NAV daily. The NAV has been determined based on the market value of the underlying securities, which are primarily corporate fixed income investments held by the common and collective trust fund. The investment strategy of this fund is to invest in primarily U.S. and foreign fixed income securities.

The following table summarizes fair value measurements by level at December 31, 2012 and 2011, for investments measured at fair value on a recurring basis:

|  | Level I | Level II | Level III | Total |
|---|---|---|---|---|
| December 31, 2012: |  |  |  |  |
| Cash equivalents | $        179 | $            – | $        – | $        179 |
| Mutual funds: |  |  |  |  |
| Domestic equity | 2,887 | – | – | 2,887 |
| International equity | 604 | – | – | 604 |
| Common and collective trust | – | 2,242 | – | 2,242 |
| Total investments | $     3,670 | $     2,242 | $        – | $     5,912 |

|  | Level I | Level II | Level III | Total |
|---|---|---|---|---|
| December 31, 2011: |  |  |  |  |
| Cash equivalents | $        153 | $            – | $        – | $        153 |
| Mutual funds: |  |  |  |  |
| Domestic equity | 2,333 | – | – | 2,333 |
| International equity | 764 | – | – | 764 |
| Fixed income | 1,855 | – | – | 1,855 |
| Total investments | $     5,105 | $            – | $        – | $     5,105 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                                        VWNAOS248318

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

The benefit obligation, funded status, and accrued benefit costs as of and for the year ended December 31, 2011, related to discontinued operations were as follows:

| | December 31, 2011 | | |
| --- | --- | --- | --- |
| | Retiree Medical Plan | Total Pension Plans | All Plans |
| **Change in benefit obligation** | | | |
| Benefit obligation at beginning of year | $ 7,452 | $ 19,875 | $ 27,327 |
| Service cost | 108 | 818 | 926 |
| Interest cost | 245 | 647 | 892 |
| Plan settlements | (7,860) | (20,914) | (28,774) |
| Benefits paid | (211) | (1,482) | (1,693) |
| Medicare subsidies received | – | – | – |
| Actuarial loss | 266 | 1,056 | 1,322 |
| Benefit obligation at end of year | $ – | $ – | $ – |
| | | | |
| **Change in plan assets** | | | |
| Fair value of plan assets at beginning of year | $ – | $ 9,986 | $ 9,986 |
| Actual return on plan assets | – | (402) | (402) |
| Employer contributions | 212 | 349 | 561 |
| Plan settlements | – | (8,450) | (8,450) |
| Benefits paid | (212) | (1,483) | (1,695) |
| Medicare subsidies received | – | – | – |
| Fair value of plan assets at end of year | $ – | $ – | $ – |
| | | | |
| **Reconciliation of funded status** | | | |
| Fair value of plan assets | $ – | $ – | $ – |
| Benefit obligations | – | – | – |
| Funded status (plan assets less benefit obligations) | – | – | – |
| Net amount [asset (obligation)] recognized in combined and consolidated statement of financial position | $ – | $ – | $ – |

52

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248319

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

|  | December 31, 2011 | | |
|---|---|---|---|
|  | Retiree Medical Plan | Total Pension Plans | All Plans |
| **Amounts recognized on the combined and consolidated statement of financial position consist of** |  |  |  |
| Noncurrent assets | $       – | $       – | $       – |
| Current liabilities | – | – | – |
| Noncurrent liabilities | – | – | – |
| Net amount [asset (obligation)] recognized in combined and consolidated statement of financial position | $       – | $       – | $       – |
| **Reconciliation of amounts recognized in combined and consolidated statement of financial position** |  |  |  |
| Initial net asset(obligation) ` | $       – | $       – | $       – |
| Net gain (loss) | – | – | – |
| Accumulated other comprehensive income (loss) | – | – | – |
| Accumulated contributions in excess of net periodic benefit cost | – | – | – |
| Net amount [surplus (deficit)] recognized in combined and consolidated statement of financial position | $       – | $       – | $       – |
| **Net periodic benefit** | $  (6,609) | $  (4,755) | $(11,364) |
| **Changes recognized in other comprehensive income** |  |  |  |
| Net gain arising during the period | 266 | 1,959 | 2,225 |
| Amortization of initial net asset (obligation) | (47) | – | (47) |
| Amortization of net loss | (38) | (153) | (191) |
| Total recognized in other comprehensive loss | 181 | 1,806 | 1,987 |
| Total recognized in net periodic benefit and other comprehensive loss (income) | $  (6,428) | $  (2,949) | $  (9,377) |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

VWNAOS248320

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

**13. Direct Finance Leases**

The Company has entered into various agreements to provide comprehensive water and wastewater services for periods ranging from 10 to 35 years. Construction of the facilities used to provide these services was completed between 1996 and 2007. The Company accounts for the facilities as a lessor under direct finance leases. Accounts receivable under the leases represent reimbursement of costs incurred for the construction of these facilities. Accordingly, the Company's earnings under these agreements are primarily through interest income. As described in Note 9, the Chicago biosolids project is not accounted for as a lease.

Each of the direct finance lease transactions is an integral part of a long-term O&M agreement. Any initial direct costs incurred by the Company are incurred for the entire transaction, and not just to originate the lease component of the transaction, and would have been incurred even if there was no direct finance lease component to the transaction.

The components of the net investment in direct finance leases are as follows at December 31, 2012 and 2011:

|  | 2012 | 2011 |
|---|---|---|
| Minimum lease income receivable | $ 59,160 | $ 66,823 |
| Unearned lease income | (13,799) | (16,853) |
| Net investment | $ 45,361 | $ 49,970 |

Future minimum lease income to be received under the direct finance leases, net of executory costs, is as follows:

| | |
|---|---|
| 2013 | $ 8,339 |
| 2014 | 8,339 |
| 2015 | 13,674 |
| 2016 | 6,742 |
| 2017 | 6,047 |
| Thereafter | 16,019 |
| Total minimum lease income | $ 59,160 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248321

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)
*(Amounts in Thousands, Unless Otherwise Indicated)*

### 14. Long-Term Notes and Receivables

The components of long-term notes and receivables at December 31, 2012 and 2011, were as follows:

|  | | 2012 | | 2011 |
|---|---|---|---|---|
| Direct finance leases | $ | **45,361** | $ | 49,970 |
| Other | | **2,397** | | 1,759 |
| Less current portion of direct finance leases, included in other current assets | | **(5,417)** | | (5,069) |
| Total | $ | **42,341** | $ | 46,660 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248322

Ernst & Young LLP

Assurance | Tax | Transactions | Advisory

**About Ernst & Young**
Ernst & Young is a global leader in assurance,
tax, transaction and advisory services.
Worldwide, our 167,000 people are united by
our shared values and an unwavering commitment to
quality. We make a difference by helping our people, our
clients and our wider communities achieve their potential.

For more information, please visit www.ey.com

Ernst & Young refers to the global organization
of member firms of Ernst & Young Global Limited,
each of which is a separate legal entity.
Ernst & Young Global Limited, a UK company
limited by guarantee, does not provide services
to clients. This Report has been prepared by
Ernst & Young LLP, a client serving member firm
located in the United States.



CONFIDENTIAL

VWNAOS248323

# Appendix D

# Financial Statements

## 2011





COMBINED AND CONSOLIDATED
FINANCIAL STATEMENTS

Veolia Water North America Operating Services, LLC
Years Ended December 31, 2011 and 2010
With Report of Independent Auditors

Ernst & Young LLP



**ERNST & YOUNG**

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248326

Veolia Water North America Operating Services, LLC

Combined and Consolidated Financial Statements

Years Ended December 31, 2011 and 2010

# Contents

Report of Independent Auditors.........................................................................................................1

Combined and Consolidated Financial Statements

Combined and Consolidated Balance Sheets.................................................................................2
Combined and Consolidated Statements of Operations................................................................3
Combined and Consolidated Statements of
  Equity and Comprehensive Income (Loss).................................................................................4
Combined and Consolidated Statements of Cash Flows ...............................................................5
Notes to Combined and Consolidated Financial Statements ........................................................7

1202-1329248

**Company Confidential - Trade Secret and Proprietary Information - Veolia Water**

CONFIDENTIAL                                                                                              VWNAOS248327

CONFIDENTIAL

VWNAOS248328



Ernst & Young LLP
Suite 2600
111 Monument Circle
Indianapolis, IN  46204

Tel: +1 317 681 7000
Fax: +1 317 681 7216
www.ey.com

## Report of Independent Auditors

The Board of Directors
Veolia Water North America Operating Services, LLC

We have audited the accompanying combined and consolidated balance sheets of Veolia Water North America Operating Services, LLC (the Company) as of December 31, 2011 and 2010, and the related combined and consolidated statements of operations, statements of equity and comprehensive income (loss), and statements of cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. We were not engaged to perform an audit of the Company's internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the combined and consolidated financial position of Veolia Water North America Operating Services, LLC as of December 31, 2011 and 2010 , and the combined and consolidated results of its operations and its cash flows for the years then ended in conformity with U.S. generally accepted accounting principles.

*Ernst & Young LLP*

September 6, 2012

1

A member firm of Ernst & Young Global Limited

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248329

CONFIDENTIAL

VWNAOS248330

## Veolia Water North America Operating Services, LLC

### Combined and Consolidated Balance Sheets
*(In Thousands)*

| | December 31 | |
| --- | --- | --- |
| | 2011 | 2010 |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents – unrestricted | $ 2,100 | $ 9,264 |
| Trade account receivables (net of allowance of $13,020 in 2011 and $12,263 in 2010) | 119,340 | 109,772 |
| Other current assets | 33,149 | 19,162 |
| Inventory | 8,850 | 9,646 |
| Deferred tax assets – current | 286 | 318 |
| Current assets of discontinued operations | – | 16,943 |
| Total current assets | 163,725 | 165,105 |
| | | |
| Cash – restricted | 7,314 | 7,330 |
| Property and equipment, net | 104,507 | 109,449 |
| Long-term notes and receivables | 46,660 | 51,933 |
| Goodwill | 168,595 | 168,595 |
| Other intangible assets, net | 59,523 | 66,302 |
| Investments in unconsolidated joint ventures | 14,527 | 13,610 |
| Noncurrent assets of discontinued operations | – | 31,598 |
| Total assets | $ 564,851 | $ 613,922 |
| | | |
| **Liabilities and parent company equity** | | |
| Current liabilities: | | |
| Current portion of long-term debt | $ 2,929 | $ 2,758 |
| Trade payables | 56,384 | 45,573 |
| Accrued compensation and benefits | 27,843 | 22,386 |
| Related parties and affiliates payables – current | 38,442 | 29,397 |
| Other current liabilities | 55,337 | 51,583 |
| Current liabilities of discontinued operations | – | 13,103 |
| Total current liabilities | 180,935 | 164,800 |
| | | |
| Other contract liabilities | 3,336 | 3,061 |
| Long-term debt excluding current portion | 48,235 | 51,164 |
| Related parties and affiliates payables | 83,693 | 132,299 |
| Pension and postretirement benefits | 9,475 | 7,732 |
| Deferred income taxes | 24,072 | 19,405 |
| Noncurrent liabilities of discontinued operations | – | 18,618 |
| Total liabilities | 349,746 | 397,079 |
| | | |
| Commitments and contingencies | | |
| | | |
| Company equity: | | |
| Common stock | 42 | 42 |
| Additional paid-in capital | 205,296 | 205,296 |
| Accumulated other comprehensive income | 506 | 659 |
| Retained earnings | 13,518 | 11,875 |
| Total Company equity | 219,362 | 217,872 |
| | | |
| Noncontrolling interests | (4,257) | (1,029) |
| Total equity | 215,105 | 216,843 |
| | | |
| Total liabilities and equity | $ 564,851 | $ 613,922 |

*See accompanying notes*

1202-1329248

2

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

VWNAOS248331

## Veolia Water North America Operating Services, LLC

### Combined and Consolidated Statements of Operations
*(In Thousands)*

| | Year Ended December 31 | |
| --- | --- | --- |
| | **2011** | 2010 |
| Revenue | $ **605,312** | $ 572,847 |
| Cost of sales | **546,732** | 516,959 |
| Gross profit | **58,580** | 55,888 |
| | | |
| Operating expenses: | | |
|   Selling, general, and administrative expenses | **67,015** | 51,786 |
|   Impairment of long-lived assets | **1,367** | 8,347 |
| Total operating expenses | **68,382** | 60,133 |
| | | |
| Operating loss | **(9,802)** | (4,245) |
| | | |
| Other income (expenses): | | |
|   Interest income | **4,249** | 10,338 |
|   Interest expense | **(4,250)** | (5,258) |
|   Affiliate charges for guarantees | **(3,197)** | (1,210) |
| | | |
| Loss from continuing operations before income taxes and income from equity-method investees | **(13,000)** | (375) |
| | | |
| Income tax expense | **(124)** | (52,776) |
| Equity in earnings of unconsolidated joint ventures | **2,323** | 1,495 |
| Loss from continuing operations | **(10,801)** | (51,656) |
| | | |
| Income (loss) from discontinued operations, net of tax expense of $3,520 in 2011 and $0 in 2010 | **9,583** | (4,897) |
| Net loss | **(1,218)** | (56,553) |
| | | |
| Loss attributable to noncontrolling interests | **2,861** | 866 |
| Net income (loss) attributable to Company | $ **1,643** | $ (55,687) |

*See accompanying notes*

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

3

CONFIDENTIAL

VWNAOS248332

CONFIDENTIAL

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

## Veolia Water North America Operating Services, LLC
### Combined and Consolidated Statements of Equity and Comprehensive Income (Loss)
#### Year Ended December 31, 2011 and 2010
*(In Thousands)*

| | Common Stock | Additional Paid-in Capital | Accumulated Other Comprehensive (Loss) Income — Pension and Postretirement Benefits | Accumulated Other Comprehensive (Loss) Income — Foreign Currency Translation | Retained Earnings | Total Company Equity | Noncontrolling Interests | Total Equity | Comprehensive Income (Loss) — Noncontrolling Interests | Comprehensive Income (Loss) — Total Company |
|---|---|---|---|---|---|---|---|---|---|---|
| Equity Balance at December 31, 2009 | 42 $ | 205,296 $ | (5,049) $ | 5,830 $ | 67,562 $ | 273,681 $ | 250 $ | 273,931 $ | 649 $ | (1,517) $ |
| Net loss for year ended December 31, 2010 | — | — | — | — | (55,687) | (55,687) | (866) | (56,553) | (866) | (55,687) |
| Distributions to noncontrolling interests | — | — | — | — | — | — | (757) | (757) | — | — |
| Foreign currency translation adjustments | — | — | — | 2,041 | — | 2,041 | — | 2,041 | — | 2,041 |
| Retirement benefits | — | — | (2,163) | — | — | (2,163) | — | (2,163) | — | (2,163) |
| Dissolution of joint venture | — | — | — | — | — | — | 344 | 344 | — | — |
| Equity Balance at December 31, 2010 | 42 | 205,296 | (7,212) | 7,871 | 11,875 | 217,872 | (1,029) | 216,843 | (866) | (56,675) |
| Net income (loss) for year ended December 31, 2011 | — | — | — | — | 1,643 | 1,643 | (2,861) | (1,218) | (2,861) | 1,643 |
| Distributions to noncontrolling interests | — | — | — | — | — | — | (367) | (367) | — | — |
| Foreign currency translation adjustments | — | — | — | (3,014) | — | (3,014) | — | (3,014) | — | (3,014) |
| Retirement benefits | — | — | (2,944) | — | — | (2,944) | — | (2,944) | — | (2,944) |
| Pension and OPEB settlement adjustment for Veolia Water Indianapolis, net of tax | — | — | 5,805 | — | — | 5,805 | — | 5,805 | — | 5,805 |
| Equity Balance at December 31, 2011 | 42 $ | 205,296 $ | (4,351) $ | 4,857 $ | 13,518 $ | 219,362 $ | (4,257) $ | 215,105 $ | (2,861) $ | (1,571) $ |

VWNAOS248333

## Veolia Water North America Operating Services, LLC

### Combined and Consolidated Statements of Cash Flows
*(In Thousands)*

| | December 31 | |
| --- | --- | --- |
| | **2011** | **2010** |
| **Operating activities** | | |
| Net loss | $ **(1,218)** $ | (56,553) |
| Adjustments to reconcile net loss | | |
| to net cash provided by operating activities: | | |
| Discontinued operations (income) loss | **(9,583)** | 4,897 |
| Provisions for (recoveries of) allowance for | | |
| doubtful accounts | **1,660** | (7,774) |
| Depreciation and amortization | **21,928** | 19,752 |
| Impairment of assets | **1,367** | 8,347 |
| Deferred income taxes | **(1,504)** | 51,811 |
| (Gain) loss on disposal of assets | **(16)** | 2,667 |
| Equity in earnings from unconsolidated joint ventures | **(2,323)** | (1,495) |
| Cash distributions from joint ventures | **1,406** | 1,376 |
| Contract terminations from joint ventures | **–** | (275) |
| Net cash provided by operating activities – | | |
| discontinued operations | **5,992** | 2,481 |
| Changes in operating assets and liabilities: | | |
| Trade accounts receivable | **(10,420)** | (4,015) |
| Inventory | **794** | 2,355 |
| Notes receivable | **4,970** | 5,107 |
| Other assets | **(12,932)** | 3,532 |
| Trade payables | **10,521** | 2,198 |
| Accrued compensation and benefits | **5,475** | 2,003 |
| Other current liabilities | **3,860** | 311 |
| Other contract liabilities | **275** | (477) |
| Pension and postretirement benefits | **825** | 1,367 |
| Net cash provided by operating activities | **21,077** | 37,615 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248334

## Veolia Water North America Operating Services, LLC

### Combined and Consolidated Statements of Cash Flows (continued)
*(In Thousands)*

|  | December 31 | |
|  | **2011** | **2010** |
|---|---|---|
| **Investing activities** | | |
| Change in restricted cash | **6** | (121) |
| Purchases of property and equipment | **(9,796)** | (14,347) |
| Other intangible assets acquired | **(1,890)** | (3,158) |
| Net cash provided by (used in) investing activities – discontinued operations | **28,634** | (3,506) |
| Proceeds from the sale of property and equipment | **58** | – |
| Net cash provided by (used in) investing activities | **17,012** | (21,132) |
| | | |
| **Financing activities** | | |
| Net repayments to related parties and affiliates | **(39,397)** | (9,862) |
| Distributions to noncontrolling interests | **(367)** | (757) |
| Repayments of principal on debt | **(2,758)** | (2,684) |
| Net cash used in financing activities | **(42,522)** | (13,303) |
| | | |
| Effect of exchange rate changes on cash | **(2,731)** | 188 |
| (Decrease) increase in cash and cash equivalents | **(7,164)** | 3,368 |
| | | |
| Cash and cash equivalents at the beginning of the year | **9,264** | 5,896 |
| Cash and cash equivalents at the end of the year | $ **2,100** | $ 9,264 |
| | | |
| **Supplemental cash flow information** | | |
| Interest paid | $ **4,059** | $ 3,898 |
| Income taxes paid | $ **2,080** | $ 766 |

6

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248335

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements

Years Ended December 31, 2011 and 2010

*(Amounts in Thousands, Unless Otherwise Indicated)*

## 1. Basis of Presentation and Description of Business

The combined and consolidated financial statements include the accounts of Veolia Water North America Operating Services, LLC and those of certain other affiliated companies (collectively, VWNA or the Company) under the control of Veolia Environnement S.A., the ultimate parent (VE or the Parent). The Parent, a corporation domiciled in France and listed on the New York Stock Exchange and Euronext Paris, is a global environmental services company providing water, waste management, transportation, and energy services.

The Company is a leading provider of comprehensive water and wastewater services and solutions to municipal and industrial customers, serving approximately 550 communities in North America and more than 100 manufacturing and industrial companies. The Company's client base includes nearly 170 municipal clients, for whom the Company operates over 275 water and wastewater treatment facilities, and more than 100 industrial clients, for whom the Company operates approximately 110 industrial water and wastewater treatment facilities. The Company designs, builds, operates, maintains, and equips water, wastewater, and resource recovery related infrastructure; delivers and manages technology, operational, and service solutions; and provides related municipal customer services, including billing, collection, meter reading, and customer response.  In addition to operating and managing municipal and industrial assets for clients, the Company also provides a new consultative business model called Peer Performance Solutions, which is being effectively utilized by municipal clients, such as New York City and Winnipeg, Manitoba, and involves the operation of assets by public-sector employees.

VWNA provides support services to various entities under the control of the Parent.  Under the agreement dated August 27, 1999, these entities rely on VWNA to provide management, technical advice, personnel, and other resources and services required to meet the contractual obligations undertaken with its clients.

During the periods presented, certain components of the Company's operations were owned by other subsidiaries of VE (see entities listed below). These combined and consolidated financial statements have been prepared by management using the historical results of operations of the entities listed on the following pages. The assets and liabilities of the Company have been determined on the basis of the established accounting methods, practices, procedures, and policies and the accounting judgments and estimation methodologies used by the Company. The combined and consolidated statements of operations include all items of revenue and income generated by the Company, all items of expense directly incurred by the Company, and certain expenses charged or allocated to the Company in the normal course of business.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248336

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 1. Basis of Presentation and Description of Business (continued)

The combined and consolidated financial statements include the accounts and results of the following operating companies managed by VWNA, both owned and under the ultimate control of the Parent, and equity-owned entities.

Consolidated entities – owned, managed, and under the control of VWNA:

| | |
|---|---|
| MCS Technologies L.L.C. (100%) | Veolia Water/EOS of Ohio, Inc. (100%) |
| Metropolitan Biosolids Management, L.L.C. (66.67%) | Veolia Water/Scaltech Holdings, Inc. (100%) |
| Naugatuck Environmental Technologies L.L.C. (100%) | Veolia Water/Scaltech, Inc. (100%) |
| Veolia Water Canada Holding, Inc. (100%) | Veolia Water/EOS of Wilmington L.L.C. (100%) |
| Veolia Water Canada, Inc. (100%) | Veolia Water North America – Northeast, LLC (100%) |
| Veolia Water Indianapolis, LLC (100%)* | Veolia Water North America – Central, LLC (100%) |
| Veolia Water Milwaukee, LLC (100%) | Veolia Water North America – West, LLC (100%) |
| Veolia Water Logistics LLC (100%) | Veolia Water North America – South, LLC (100%) |
| Environmental Utilities Services, Inc. (100%) | Veolia Water West Operating Services Inc. (100%) |
| VWNA Process Solutions/Texas, LLC (100%) | Veolia Water Winnipeg, Inc. (100%) |
| VWNA Process Solutions/Canada, Inc. (100%) | VWNA Caribbean, LLC (100%) |
| MET Systems & Technologies, Inc. (100%) | Veolia Water Partners VI L.L.C. (100%) |
| Modular Environmental Technologies, Inc. (100%) | |
| Veolia Water Operating Services of Wilmington, Inc. (100%) | |

* See Note 4

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248337

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 1. Basis of Presentation and Description of Business (continued)

Combined entities – managed by VWNA and under the ultimate control of the Parent:

| | |
|---|---|
| Greater Moncton Water Limited (100%) | Chesapeake Sunrise Marketing Corporation (100%) |
| Professional Services Group, Inc. (100%) | M&E II, Inc. (100%) |
| Metcalf & Eddy Technologies, Inc. (100%) | Baltimore City Composting Partnership (50%) |
| Heathrow Parkway Services, Inc. (100%) | Merscot II, Inc. (100%) |

The following entities are accounted for under the equity method – managed by VWNA and under the ultimate control of the Parent:

| | |
|---|---|
| Oklahoma Arcadian Utilities, LLC (20%) | Shreveport Red River Utilities, L.L.C. (20%) |
| SUEZ/VWNA/DEGS of Lansing L.L.C. (20%) | HydroServe Westlake, L.L.C. (50%) |
| Delta Township Utilities, L.L.C. (44%) | |

### 2. Summary of Significant Accounting Policies

The preparation of financial statements in conformity with accounting principles generally accepted in the United States (GAAP) requires management to make estimates and assumptions that affect the amounts reported in the combined and consolidated financial statements and accompanying notes. Actual results could differ from these estimates.

**Reclassifications**

Certain reclassifications have been made to the prior year's combined and consolidated financial statements to be consistent with the December 31, 2011, presentation. The reclassifications have no impact on net loss previously reported.

9

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**2. Summary of Significant Accounting Policies (continued)**

**Subsequent Events**

In accordance with Accounting Standards Codification (ASC) 855, *Subsequent Events*, the Company has evaluated subsequent events through September 6, 2012, which is the date these combined and consolidated financial statements were available to be released.

**Fair Value of Financial Instruments**

Financial instruments of the Company consist primarily of cash equivalents, restricted cash, accounts receivable, accounts payable, debt, and intercompany balances. The carrying amounts of cash equivalents, accounts receivable, and accounts payable are considered to be representative of their respective fair values due to the short-term maturity of the instruments. Given the nature of intercompany balances and the long-term notes and receivables balance, it is not practical to estimate their fair value.

The carrying value of the Company's third-party debt was $51.2 million and $53.9 million at December 31, 2011 and 2010, respectively. Excluding the Company's project financing associated with the Metropolitan Biosolids Management (MBM) project discussed below, the carrying value of the Company's debt was $12.3 million and $12.8 million as of December 31, 2011 and 2010, respectively. The estimated fair value of this debt was $11.9 million and $12.4 million as of December 31, 2011 and 2010, respectively. These estimates were based on the discounted amount of future cash flows using the Company's current incremental rate of borrowing for similar liabilities or market prices.

The MBM financing, as further discussed in Note 9, was secured at favorable rates through a municipality, and fair value for this borrowing is not practical to estimate.

**Cash and Cash Equivalents**

The Company considers all highly liquid investments with a maturity of three months or less to be cash equivalents. The Company and certain other VE U.S. subsidiaries participate in a centralized cash management system.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248339

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**2. Summary of Significant Accounting Policies (continued)**

**Concentrations of Risk**

The Company offers a multitude of customized services to a diverse customer base. On an ongoing basis, the Company performs credit evaluations of its customers and generally does not require collateral. In addition, management believes the Company has no significant supplier, product line, credit risk, or other concentrations that could expose the Company to adverse, near-term, severe financial impact, with the exception of the Company's largest customer, from whom the Company generated 7.5% ($45.2 million) and 7.8% ($44.7 million) of revenue in 2011 and 2010, respectively.

**Allowance for Doubtful Accounts**

The Company evaluates the adequacy of its allowance for doubtful accounts on an ongoing basis through detailed reviews of its receivables portfolio. Estimates are used in determining the Company's allowance for bad debts and are based on historical collection experience, current trends (including prevailing economic conditions), adverse events that may affect a customer's ability to pay, and historical write-off experience. In circumstances where the Company is aware of a specific customer's inability to meet its financial obligations, the Company records a specific allowance against the amount due to reduce the receivable to the amount the Company believes will be collected. The Company makes adjustments to its allowance if the evaluation of reserve requirements differs from the actual aggregate reserve or will write off an account if deemed necessary. This evaluation is inherently subjective because estimates may be revised as more information becomes available. The allowance for doubtful accounts is established through cost of sales in the accompanying combined and consolidated statements of operations.

**Inventory**

Inventory includes materials and supplies used for repairs, maintenance, and capital projects. Inventory also includes chemicals for water treatment. Inventories are valued at average cost. Inventory is expensed upon placing in service or consumption.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248340

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**2. Summary of Significant Accounting Policies (continued)**

**Property and Equipment**

Property and equipment are stated at cost. Depreciation of property and equipment is calculated using the straight-line method over the estimated useful lives of the assets as follows:

| | |
|---|---|
| Buildings and improvements | 5 to 30 years |
| Machinery and equipment | 5 to 30 years |
| Computer hardware and software | 3 to 5 years |
| Furniture and fixtures | 7 years |
| Vehicles | 5 years |
| Software development costs | 5 years |

Depreciation expense totaled $14.3 million and $11.2 million for the years ended December 31, 2011 and 2010, respectively.

Maintenance and repair costs are charged to expense as incurred, while additions, renewals, and improvements are capitalized.

**Impairment of Long-Lived Assets**

In accordance with the Financial Accounting Standards Board (FASB) guidance related to accounting for the impairment or disposal of long-lived assets, long-lived assets, such as property, plant, and equipment and purchased intangibles subject to amortization, are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of the assets may not be recoverable. Recoverability of assets to be held and used is measured by comparing the carrying amount of the assets to the estimated undiscounted future cash flows expected to be generated by the assets. If the carrying amount of the assets exceeds its estimated future cash flows, an impairment charge is recognized equal to the amount by which the carrying amount of the assets exceeds the fair value of the assets. Such analysis was conducted in both 2011 and 2010 and resulted in impairment charges of $1.4 million and $8.3 million, respectively. In 2011, the charge relates to the carrying value of intangible assets related to two of the Company's municipal projects. In 2010, $6.5 million of the charge was related to the carrying value of intangible assets in four of the Company's municipal projects, and $1.8 million was related to machinery and equipment at one of the Company's industrial projects.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248341

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 2. Summary of Significant Accounting Policies (continued)

**Investments in Unconsolidated Joint Ventures**

The Company holds equity ownership in five joint ventures. These investments are accounted for under the equity method. The equity method applies to investments in which the Company exercises significant influence over the investee (generally through ownership of 20% to 50% of the voting stock of an investee) but does not exercise control and therefore does not consolidate the investee. Under the equity method, the Company's share of the earnings of joint ventures is included in the combined and consolidated statements of operations.

**Income Taxes**

The Company's U.S. entities are included in the consolidated federal income tax return filed by Veolia Environment North America Operations, Inc. (VENAO), a subsidiary of VE. The Company's foreign subsidiaries pay their own taxes in their respective countries. The Company is a limited liability company and is not a U.S. taxpaying entity. However, pursuant to an intercompany tax-sharing agreement, the Company computes its federal and state income tax provision as though it were filing separate tax returns. The Company pays VENAO for its share of federal and consolidated state tax liabilities computed as if it were a stand-alone entity under the tax-sharing agreement. The Company is entitled to use its net operating losses computed on a stand-alone basis to offset any of its future current taxable amounts owed.

**Foreign Currency Translation**

For all foreign operations, the functional currency is the local currency. In accordance with FASB guidance for foreign currency translation, assets and liabilities of those operations are translated into U.S. dollars using period-end exchange rates, and income and expenses are translated using the average exchange rates for the reporting period. Also, in accordance with FASB guidance, translation adjustments are recorded as other comprehensive income or loss, a separate component of equity, in the combined and consolidated financial statements. Gains or losses from foreign currency transactions are included in the combined and consolidated statements of operations as a component of revenue and cost of sales and are not material to the combined and consolidated financial statements taken as a whole.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248342

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**2. Summary of Significant Accounting Policies (continued)**

**Revenue Recognition**

The Company's revenue primarily consists of contract service fees, with both fixed and variable components, and performance incentive fees for the operation, maintenance, repair, and management of water, wastewater, and related facilities. Service fees and contract billing revenues are recognized in the period the services are performed. An estimate of performance incentive fees earned is accrued based on an assessment of the Company's performance against the performance metrics in its contracts.

The Company also earns revenue from certain construction activities that may have acceptance criteria and performance guarantees. Revenues from construction contracts are recognized primarily on the percentage-of-completion method. The percentage-of-completion method compares the costs incurred to date to the estimated total costs of labor and materials for each contract. This method is used because management considers the total costs of labor and materials to be the best available measure of progress on the contracts.

Project costs include direct labor, subcontract, and material costs and those indirect costs related to contract performance. Project costs exclude uninstalled materials. Provisions for estimated losses on uncompleted contracts are made in the period in which such losses are determined. Changes in project performance, conditions, and estimated profitability may result in revisions to costs and income, which are recognized in the period in which such revisions are determined.

In addition to the percentage-of-completion method of accounting, certain contracts have been entered into on a cost-plus basis. For such contracts, actual accrued costs are accumulated each month to which a fixed amount of profit (typically averaging between 10% and 15%) is added. This profit is recognized as the costs are incurred, and costs and profit are billed to the customer in accordance with the terms of the contract.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248343

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 2. Summary of Significant Accounting Policies (continued)

The asset "costs and earnings in excess of billings" represents revenues recognized in excess of amounts billed. The liability "billings in excess of costs and earnings" represents billings in excess of revenues recognized. These accounts are summarized as follows:

|  | 2011 | 2010 |
|---|---|---|
| Revenue recognized on uncompleted contracts | $ 183,157 | $ 242,758 |
| Billings on uncompleted contracts | 169,353 | 245,577 |
|  | $ 13,804 | $ (2,819) |
| Included in the accompanying combined and consolidated balance sheet under the following captions: |  |  |
| Other current assets | $ 16,441 | $ 2,422 |
| Other current liabilities | 2,637 | 5,241 |
|  | $ 13,804 | $ (2,819) |

### Other Intangible Assets and Goodwill

In accordance with FASB guidance for goodwill and other intangible assets, goodwill and intangible assets with indefinite useful lives are not amortized but instead are tested for impairment at least annually. The Company completed its annual impairment test of goodwill (the Company has no indefinite lived intangible assets other than goodwill) using its best estimate of cash flows for future periods. No adjustment to the carrying value of goodwill was required for any period presented, based on the test performed.

### Trade Payables and Accrued Expenses

Included in trade payables in the accompanying combined and consolidated balance sheets are $4.5 million and $3.5 million of negative cash balances (mainly outstanding checks on zero bank balance accounts) at December 31, 2011 and 2010, respectively.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248344

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**2. Summary of Significant Accounting Policies (continued)**

**Incentive Compensation Plans**

The Company maintains various incentive compensation plans for its employees that are based on a variety of factors and subject to management's discretion. The Company's policy is to record the related compensation expense under such plans in the period in which the amounts to be paid have been determined and approved by the Company.

These amounts approved and expensed in 2011 and 2010 were $8.9 million and $6.9 million, respectively.

**3. Related-Party Transactions**

**Cash Management**

The Company, along with other U.S. subsidiaries of VE, participates in a centralized cash management system (the Cash Pooling). Because the Company participates in the Cash Pooling, all excess funds are transferred to the Parent, and certain cash needs are funded by the Parent. The activity related to the Company's participation in the Cash Pooling is reported as either an intercompany payable or receivable depending on the balance of amounts transferred into or out of the Parent's centralized cash. The intercompany payable is allocated between short-term and long-term liabilities. The short-term liability represents amounts that are expected to be repaid within 12 months based on projected excess cash flow generated in 2012. In 2011 and 2010, interest is being charged at the monthly average federal funds rate plus a 15-basis-point spread for funds borrowed from VWNA and at the monthly average federal funds rate plus an 85-basis-point spread for funds loaned to VWNA. Interest expense charged under this arrangement was $2.0 million and $1.7 million in 2011 and 2010, respectively. The Parent has represented that it commits to provide financial support to the Company, if necessary, in order for the Company to meet its obligations when they become due at least through December 31, 2012.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                        VWNAOS248345

## Veolia Water North America Operating Services, LLC

### Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 3. Related-Party Transactions (continued)

#### Costs Charged by Parent and Affiliates

Included in the combined and consolidated statements of operations and balance sheets for the Company are amounts incurred with companies that are affiliated with the Parent. Expenses included in the combined and consolidated statements of operation were $10.1 million and $12.3 million for 2011 and 2010, respectively, while payables of $9.1 million and $6.7 million are included in the combined and consolidated balance sheets.

The Parent and a subsidiary provide financial guarantees to clients as required under certain of the Company's contracts and charge the Company a fee based on a percentage of the guarantee amount. These charges amounted to $3.2 million and $1.2 million in 2011 and 2010, respectively.

Prior to January 1, 2009, certain corporate costs incurred by a subsidiary of the Parent were not charged to the Company. Effective for the fiscal year ended December 31, 2009, the Board of Directors of Veolia Water North America's U.S. Parent Co. elected to charge for management services. Expenses charged under this arrangement were $3.1 million in 2011 and 2010.

In the opinion of management, the costs charged have been determined on a basis that is believed to be reasonable for the services provided. However, the costs charged are not necessarily indicative of the level of expenses that might be incurred by the Company operating as a stand-alone entity.

### 4. Discontinued Operations

In 2010, The City of Indianapolis Department of Waterworks (DOW) transferred the management of the water systems that Veolia Water Indianapolis, LLC operated to Citizens Energy Group (CEG), upon approval of regulatory authorities. As of August 26, 2011, Veolia Water Indianapolis, LLC terminated the contract with the DOW to maintain and operate its water system. Pursuant to the above decision, the Company received a termination payment in the amount of $28.8 million. This resulted in a pretax gain on disposal, including fees, of $12.4 million and pretax income from discontinued operations in 2011 of $0.7 million for total pretax income of $13.1 million, which is reported in discontinued operations in the combined and consolidated statements of operations.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                                     VWNAOS248346

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**4. Discontinued Operations**

The Company records amounts in discontinued operations as required by ASC 205, *Discontinued Operations.* In accordance with ASC 205, the results of operations and related disposal costs, gains, and losses for business units that the Company has eliminated or sold are classified in discontinued operations for all periods presented. All amounts presented throughout these combined and consolidated financial statements, unless otherwise indicated, reflect continuing operations only. The following table summarizes certain operating results for the discontinued entity for all periods presented:

|  | 2011 | 2010 |
|---|---|---|
| Revenue | $ 55,833 | $ 83,625 |
| Income (loss) from discontinued operations before income taxes | 694 | (4,897) |
| Gain on disposal of discontinued operations before income taxes | 12,409 | – |

**5. Inventory**

Inventories as of December 31, 2011 and 2010, include materials and supplies used for water and wastewater treatment, repairs, maintenance, and capital projects related to customer contracts. Inventories consisted of the following:

|  | 2011 | 2010 |
|---|---|---|
| Spare parts | $ 6,501 | $ 5,332 |
| Chemicals | 2,349 | 1,642 |
| Materials and supplies | – | 2,672 |
| Total | $ 8,850 | $ 9,646 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248347

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**6. Property and Equipment**

Property and equipment as of December 31, 2011 and 2010, consisted of the following:

|  | 2011 | 2010 |
|---|---:|---:|
| Land | $ 51 | $ 51 |
| Buildings and improvements | 18,122 | 17,504 |
| Machinery and equipment | 142,631 | 133,902 |
| Computer hardware and software | 9,889 | 8,073 |
| Furniture and fixtures | 2,064 | 1,876 |
| Vehicles | 1,932 | 1,896 |
| Construction-in-progress | 4,843 | 14,902 |
| Software development costs | 8,584 | 1,744 |
|  | 188,116 | 179,948 |
| Less accumulated depreciation and amortization | (83,609) | (70,499) |
|  | $ 104,507 | $ 109,449 |

Included in property and equipment is the capitalized cost of the Chicago biosolids facility (see Note 9), consisting of $50 million funded through bonds issued by the Village of Hodgkins and $13.9 million incurred by the Company during the construction period. The Village of Hodgkins is the financing owner of the facility.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248348

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 6. Property and Equipment (continued)

The Company had a major project that commenced during the fourth quarter of 2007 to replace the existing customer billing and work order management system for a customer contract. This new system, Veolia Customer Management System ("VCMS"), is a commercial off-the-shelf system with a cost of $7.1 million. The system will not be implemented by the Company due to the termination of the Indianapolis contract with the city (refer to Note 4). The asset cost was retired in 2011 and the resulting $7.1 million loss is included in income from discontinued operations in the statement of operations.

As of December 31, 2011 the Company had unamortized costs of $5.4 million ($6.8 million as of December 31, 2010) and amortization expense in 2011 of $1.4 million (none in 2010) related to computer software development costs.

### 7. Goodwill and Other Intangible Assets, Net

Other intangible assets as of December 31 are as follows:

| | Cost | 2011 Accumulated Amortization | Accumulated Impairment | Net Book Value |
|---|---|---|---|---|
| Development costs | $ 29,788 | $ (18,541) | $ (203) | $ 11,044 |
| Deferred contract costs | 17,182 | (7,757) | (1,315) | 8,110 |
| Client-owned assets | 49,024 | (20,990) | (8,787) | 19,247 |
| Patent rights | 850 | (85) | – | 765 |
| Acquired contract rights | 28,500 | (8,143) | – | 20,357 |
| Total | $ 125,344 | $ (55,516) | $ (10,305) | $ 59,523 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248349

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 7. Goodwill and Other Intangible Assets, Net (continued)

| | Cost | | 2010 Accumulated Amortization | | Accumulated Impairment | | Net Book Value |
|---|---|---|---|---|---|---|---|
| Development costs | $ | 29,999 | $ | (17,271) | $ | (203) | $ | 12,525 |
| Deferred contract costs | | 19,478 | | (9,062) | | (1,315) | | 9,101 |
| Client-owned assets | | 47,336 | | (18,452) | | (7,423) | | 21,461 |
| Patent rights | | 850 | | (28) | | -- | | 822 |
| Acquired contract rights | | 28,500 | | (6,107) | | -- | | 22,393 |
| Total | $ | 126,163 | $ | (50,920) | $ | (8,941) | $ | 66,302 |

Capitalized development costs represent direct costs incurred, after the date of probable recovery, to execute contracts and are amortized over the life of the contract.

Deferred contract costs represent obligations assumed in connection with customer contracts, which include pension and postretirement obligations and other employee benefits assumed in connection with a contract, and are amortized over the life of the contract.

Client-owned assets consist of the cost of assets purchased, constructed, and installed, as required by a contract, or incurred at management's option to enhance the operation and that will remain with the client at the end of the contract. Client-owned assets are being amortized over the shorter of the life of the related assets or the contract. In the event of early contract termination, the Company expenses any remaining unamortized balance if not recoverable from the client.

Patent rights represent a patent owned for a mineral recovery process that will be used in future projects. The amortization period for this asset is 15 years.

Acquired contract rights represent customer contracts acquired as a result of the acquisition of Tetra Process Services on December 24, 2007. The amortization period for this asset was determined to be 14 years.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248350

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 7. Goodwill and Other Intangible Assets, Net (continued)

Amortization expense related to only continuing operations for the years ended December 31, 2011 and 2010, amounted to $9.1 million (including an impairment of $1.4 million; refer to Note 2) and $15.1 million (including an impairment of $6.5 million; refer to Note 2), respectively.

The changes in the net carrying amount of goodwill and other intangible assets were as follows:

|  | Goodwill | | Other Intangibles, Net | | Total | |
|---|---|---|---|---|---|---|
| Balance, January 1, 2010 | $ | 168,595 | $ | 79,120 | $ | 247,715 |
| Additions |  | – |  | 2,611 |  | 2,611 |
| Amortization |  | – |  | (8,520) |  | (8,520) |
| Write-off related to projects |  | – |  | (639) |  | (639) |
| Impairment |  | – |  | (6,496) |  | (6,496) |
| Reclassifications and purchase price adjustments |  | – |  | 226 |  | 226 |
| Balance, December 31, 2010 |  | 168,595 |  | 66,302 |  | 234,897 |
| Additions |  | – |  | 1,876 |  | 1,876 |
| Amortization |  | – |  | (7,693) |  | (7,693) |
| Write-off related to projects |  | – |  | (103) |  | (103) |
| Impairment |  | – |  | (1,363) |  | (1,363) |
| Reclassifications |  | – |  | 504 |  | 504 |
| Balance, December 31, 2011 | $ | 168,595 | $ | 59,523 | $ | 228,118 |

The weighted-average remaining useful life for the intangible assets in service as of December 31, 2011, was approximately 9.5 years. The estimated amortization expense of other intangible assets for the next five years for assets in service as of December 31, 2011, is as follows:

| 2012 | $ | 7,142 |
|---|---|---|
| 2013 |  | 6,899 |
| 2014 |  | 6,770 |
| 2015 |  | 6,557 |
| 2016 |  | 6,357 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248351

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 8. Investments in Unconsolidated Joint Ventures

The Company has investments in five joint ventures that are accounted for under the equity method. The principal business activities of the joint venture are the operations and maintenance of water and/or wastewater facilities for industrial customers.

The activity in the investments in unconsolidated joint ventures account for the years ended December 31, 2011 and 2010, is as follows:

|  | 2011 | | 2010 |
|---|---|---|---|
| Investment, beginning of year | $ | 13,610 | $ | 13,216 |
| Equity in earnings |  | 2,323 |  | 1,495 |
| Distributions received |  | (1,406) |  | (1,376) |
| Noncash equity contributions |  | – |  | 275 |
| Investment, end of year | $ | 14,527 | $ | 13,610 |

There is a basis difference of $5.4 million between the investment in HydroServe Westlake, LLC and the amount of the underlying equity in the net assets that is not currently being amortized.

Summarized balance sheets information (100% basis) of the joint ventures as of December 31, 2011 and 2010, and summarized statements of operations information (100% basis) for the years ended December 31, 2011 and 2010 are as follows (unaudited):

|  | 2011 | | 2010 |
|---|---|---|---|
| Current assets | $ | 23,031 | $ | 19,918 |
| Noncurrent assets (predominantly property and equipment) |  | 92,446 |  | 125,667 |
| Total assets | $ | 115,477 | $ | 145,585 |
| | | | |
| Current liabilities | $ | 8,783 | $ | 12,010 |
| Noncurrent liabilities (predominantly debt) |  | 76,616 |  | 103,281 |
| Total liabilities | $ | 85,399 | $ | 115,291 |
| | | | |
| Revenue | $ | 34,449 | $ | 37,563 |
| Gross profit |  | 15,938 |  | 19,878 |
| Operating income |  | 15,521 |  | 19,275 |
| Pretax income |  | 5,869 |  | 7,567 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 9. Financing Arrangements

The Company's long-term debt as of December 31, 2011 and 2010 , consisted of the debt instruments outlined in the table below. The debt is project financing and is secured by each respective project's assets.

| Outstanding/Description | Maturity | Interest Rate | Principal 2011 | Principal 2010 |
|---|---|---|---|---|
| **Bonds** | | | | |
| Iowa Finance Authority Series 2001A | 2017 | Variable | $ 4,770 | $ 4,770 |
| Iowa Finance Authority Series 2001B | 2017 | Variable | 2,930 | 2,930 |
| Village of Hodgkins, Cook County, IL (a) | 2015 | 6.00% | 10,100 | 12,280 |
| Village of Hodgkins, Cook County, IL (a) | 2017 | 5.90% | 6,000 | 6,000 |
| Village of Hodgkins, Cook County, IL (a) | 2023 | 6.00% | 22,800 | 22,800 |
| Total bonds | | | 46,600 | 48,780 |
| | | | | |
| **Other** | | | | |
| General Motors Corp., Series 2001 | 2017 | 7.54% | 3,148 | 3,646 |
| City of Cranston (b) | 2026 | 3.00% | 1,416 | 1,496 |
| Total other | | | 4,564 | 5,142 |
| | | | | |
| Total debt | | | 51,164 | 53,922 |
| Less current portion of long-term debt | | | (2,929) | (2,758) |
| Long-term debt, excluding current portion | | | $ 48,235 | $ 51,164 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248353

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**9. Financing Arrangements (continued)**

Aggregate principal payments for each of the five years subsequent to December 31, 2011, and thereafter are as follows:

| | |
|---|---:|
| 2012 | $ 2,929 |
| 2013 | 3,110 |
| 2014 | 3,308 |
| 2015 | 3,515 |
| 2016 | 3,736 |
| Thereafter | 34,566 |
| Total | $ 51,164 |

The Company's Capital Program Management (CPM) group is responsible for directing and supporting its design/build (DB) and design/build/operate (DBO) contracts, as well as managing certain capital improvements at the Company's operations and maintenance (O&M) projects.

In connection with its CPM role, the Company assumed certain bonds, identified as (a) above, that were authorized, issued under, and secured by an indenture agreement (the Indenture) between the Village of Hodgkins, Cook County, Illinois (the Issuer), and LaSalle Bank National Association (the Trustee) dated February 1, 2002, in the original aggregate principal amount of $53.4 million. In 2008, U.S. Bank acquired LaSalle Bank National Association and is now the Trustee of the accounts. The bonds are designated Environmental Improvement Revenue Bonds Series 2002 are dated February 13, 2002, and mature at various dates through 2023. The bonds are subject to redemption, by the Issuer, in whole or in part, anytime after November 1, 2008.

The proceeds of the bonds were deposited in a restricted fund and were made available by the Issuer to MBM, a consolidated subsidiary of the Company, to enable MBM to design and build a 220 dry ton per day biosolids processing facility (the Facility) at the Stickney Water Reclamation Plant in Stickney, Illinois, for the benefit of the Metropolitan Water Reclamation District of Greater Chicago (the District). Such assets are reflected in property and equipment (see Note 6). The amount of restricted cash and equivalents was $6.8 million at December 31, 2011 and 2010, and is classified as a noncurrent asset in the combined and consolidated balance sheets. Changes in the restricted cash balance are reflected in investing activities in the combined and consolidated statements of cash flows. Restricted cash remaining upon completion of construction is required to be used as a debt service reserve fund until the bonds are fully retired in 2023.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL
VWNAOS248354

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 9. Financing Arrangements (continued)

Once completed, the Facility was leased by the Issuer to MBM pursuant to a lease agreement dated as of February 1, 2002. Under the lease agreement, MBM is obligated to pay the principal and interest on the bonds when they become due. In 2009, construction of the Facility was completed. In 2010, the Company commenced commercial operations of the Facility.

Under the service agreement dated March 13, 2001 (the Service Agreement), the District is obligated to make payments of a fee (the Base Facility Fee) that is calculated to be sufficient (together with the debt service fund and earnings thereon) to provide for the payment of amounts due under the lease agreement in respect of scheduled principal and interest on the bonds.

The Base Facility Fee is recognized as revenue over the term of the service agreement on a straight-line basis. The District also is required to make monthly service fee payments, which are also recorded as revenue as earned.

The above-noted bonds are secured under the Indenture by a pledge of all of the Issuer's rights, title, and interest in the lease agreement, which provides that MBM will lease the Facility from the Issuer until November 1, 2023.

The Indenture also pledges the assignment of revenues payable by the District under the Service Agreement from MBM to the Issuer. In the Indenture, the Issuer assigns these payments to the Trustee for the benefit of the bondholders. The payments will be paid directly to the Trustee to be applied first to the payment of principal and interest when due on the bonds, second to debt service reserve fund deficiencies, and third to the payment of operating and maintenance expenses.

The obligation identified as (b) previously represents an obligation to the city of Cranston, Rhode Island, for financing provided by it for its WPCF Flue Gas Recirculation (FGR) incinerator refurbishments and related projects.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                        VWNAOS248355

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**10. Income Taxes**

The total amount of unrecognized tax benefits and related penalties and interest are not material as of December 31, 2011 and 2010. The Company does not anticipate any material change in the total amount of unrecognized tax benefits to occur within the next 12 months. The Company continues to record interest and penalties associated with uncertain tax positions within operating income. The Company has not recorded any material interest or penalties during any of the years presented. The open tax years in the United States, Canada, and the U.S. Virgin Islands date back to 2007. In addition, various state returns are open.

Total income tax expense for continuing operations for the years ended December 31, 2011 and 2010, is summarized as follows:

|  | 2011 | 2010 |
|---|---|---|
| Current provision: |  |  |
| Federal | $  – | $  – |
| State | 53 | (115) |
| Foreign | 1,575 | 1,080 |
|  | 1,628 | 965 |
|  |  |  |
| Deferred provision: |  |  |
| Federal | (1,354) | 45,922 |
| State | (174) | 5,904 |
| Foreign | 24 | (15) |
|  | (1,504) | 51,811 |
| Total income tax expense from continuing operations | $  124 | $  52,776 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248356

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 10. Income Taxes (continued)

Income tax expense for the years ended December 31, 2011 and 2010, for continuing operations, differed from the amounts computed by applying the U.S. federal income tax rate of 35% to pretax income as a result of the following:

|  | 2011 | 2010 |
|---|---|---|
| Income tax benefit at statutory rate | $ (4,550) | $ (131) |
| Increase (decrease) in taxes resulting from: | | |
| State taxes | (657) | (79) |
| Nondeductible items | 72 | 463 |
| Tax effect of international operations | 1,554 | 939 |
| Other | 53 | (526) |
| Valuation allowance | 3,652 | 52,110 |
| Total | $ 124 | $ 52,776 |

The tax effects of temporary differences that gave rise to the deferred tax assets and deferred tax liabilities as of December 31, 2011 and 2010, are presented below:

|  | 2011 | 2010 |
|---|---|---|
| Deferred tax assets: | | |
| Accrued liabilities | $ 32,329 | $ 24,524 |
| Allowance for doubtful accounts and short-term notes receivables | 6,422 | 6,808 |
| Pension and related benefit obligation | 6,130 | 7,640 |
| Investments in partnerships | 966 | 2,835 |
| Capital loss carryforward | 6,719 | 5,969 |
| Net operating loss | 18,821 | 4,891 |
| Depreciation and amortization | 272 | 915 |
| Other | 3,010 | 3,256 |
|  | 74,669 | 56,838 |
| Valuation allowance | (68,839) | (50,346) |
| Total deferred tax assets | 5,830 | 6,492 |
| Deferred tax liabilities: | | |
| Goodwill | 23,972 | 19,297 |
| Foreign earnings not yet repatriated | 2,642 | 2,090 |
| Foreign currency translation | 3,002 | 4,192 |
| Total deferred tax liabilities | 29,616 | 25,579 |
| Net deferred tax liabilities | $ (23,786) | $ (19,087) |

1202-1329248

28

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

## 10. Income Taxes (continued)

Current income taxes payable are presented on a stand-alone basis for the Company. The calculation is in accordance with the tax-sharing agreement with VENAO. The U.S. portion of such taxes is included in the accompanying combined and consolidated balance sheets as intercompany payables. Foreign taxes are paid at the foreign company level.

At December 31, 2011, the Company has a net operating loss (NOL) carryforward on U.S. operations totaling $47.6 million. The underlying NOL is set to expire in 2030 and is calculated on an intercompany tax-sharing basis. In addition, the Company has a capital loss carryforward totaling $17.0 million. If not used, the capital loss carryforward will expire in 2014.

The Company records deferred income tax assets to the extent the Company believes that these assets will more likely than not be realized. In making such determination, the Company considers all available positive and negative evidence, including scheduled reversals of deferred income tax liabilities, tax-planning strategies, and recent financial operations. A valuation allowance is provided when it is more likely than not that some portion of the deferred tax asset will not be realized. At December 31, 2011 and 2010, the Company has recorded a valuation allowance against the net deferred income tax asset of $68.8 million and $50.3 million, respectively.

## 11. Commitments and Contingencies

The Company is involved in various claims and legal actions arising in the ordinary course of business. In the opinion of management, the ultimate disposition of these matters will not have a material adverse effect on the Company's combined and consolidated financial position, results of operations, or cash flows.

In June 2006, Veolia Water North America Operating Services, LLC (VWNAOS) initiated legal proceedings against the City of Atlanta (the City), a former municipal customer, alleging, among other things, unpaid invoices for services performed, withheld retainage, the call of a $9.5 million letter of credit, and breach of contract. The City filed counterclaims alleging VWNAOS failed to fulfill certain of its obligations under the contract and for alleged damage to City-owned property. After discovery and various procedural and legal issues were addressed by the court, trial of the matter commenced in United States District Court in Atlanta before Judge Thomas W. Thrash, Jr. on October 4, 2010. The case was tried before the judge without a jury. The last day of testimony was October 18, 2010, and the parties thereafter submitted proposed findings of fact and conclusions of law to the judge. Closing arguments took place on December 22, 2010.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                  VWNAOS248358

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**11. Commitments and Contingencies (continued)**

At trial, the City asserted damages against VWNAOS totaling $25.1 million. The City has acknowledged offsets (including the $9.5 million letter of credit it seized and various unpaid invoices) of $11.1 million, for a total amount allegedly due to the City from VWNAOS of $14 million, plus interest and attorney's fees. On the other hand, VWNAOS asserted damages totaling $30.8 million (plus interest from December 10, 2010, until paid). This amount consists of unpaid invoices in the amount of $17.8 million (including interest through December 10, 2010), and the $9.5 million letter of credit, plus interest on the letter of credit of $3.2 million. On June 3, 2011, the trial court issued an Order and Judgment, resulting in a net verdict of approximately $5 million in favor of VWNAOS.  The court awarded VWNAOS $15.2 million in damages and awarded the City $10.2 million in damages. On July 1, 2011, VWNAOS filed a motion with the trial court challenging, as being contrary to applicable law, certain rulings in the Order and Judgment awarding damages in favor of the City and failing to award prejudgment interest to VWNAOS.  On the same date, the City filed a motion with the trial court seeking a reduction in the amount awarded to VWNAOS asserting that the trial court miscalculated certain amounts the City had improperly deducted from VWNAOS' invoices and also seeking an as yet unstated amount for attorney's fees allegedly due to the City under the contract between the parties.  The City also requested prejudgment interest on the amounts awarded in its favor.  On August 26, 2011, the trial court denied the motions of both parties, except that it granted the requests for prejudgment interest.  As a result, the trial court entered an Amended Judgment in favor of VWNAOS in the net amount of $10 million. Both sides have appealed the case to the United States Court of Appeals for the 11th Circuit. Oral argument is set for the week of August 26, 2012.

While the outcome of this dispute cannot be determined with certainty, the Company does not believe its ultimate resolution will have a material adverse effect on its combined and consolidated financial position, results of operations, or liquidity.

In April 2008, the Company and its wholly owned subsidiary, Veolia Water Indianapolis, LLC (VWI), were named as defendants in two putative class action lawsuits (later consolidated) filed in Indiana state courts, in which the plaintiffs have alleged that the meter-reading practices used by VWI for Indianapolis customers were inconsistent with VWI's contract with the local water authority and state consumer protection law. In October 2008, VWI filed a motion to dismiss the lawsuit that was granted by the Indiana State Court in January 2009. The lawsuit has since been re-filed by the plaintiff and amended to include The City of Indianapolis. Further dispositive

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248359

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**11. Commitments and Contingencies (continued)**

responsive motions were filed by both VWI and The City of Indianapolis, and they were granted in part and denied in part. A motion for reconsideration was granted on June 25, 2010, leaving only breach of contract claims against VWI and the city. A motion to dismiss asserting that the matter should first be raised before the Indiana Utilities Regulatory Commission was heard on December 20, 2011. The court granted the dismissal on February 3, 2012. Plaintiffs filed an appeal at the end of February. The case is in the briefing stage before the appellate court. VWI believes that its billing and meter-reading practices complied with its contract and relevant laws and regulations, and that the claims of the plaintiffs are without merit. VWI intends to defend its interests vigorously, and at this point in the proceedings, it is impossible to determine the potential loss, but the Company believes that this lawsuit will not materially and adversely affect its combined and consolidated results of operations, liquidity, or financial position.

In February 2009, the Mayor of the City of Indianapolis appointed an Infrastructure Advisory Commission, which recommended the release of a Request for Expression of Interest (REI) seeking ideas to improve the City of Indianapolis' water and wastewater systems and deliver services from both systems at reduced costs to users. Responses from various entities, including the Company, were submitted during August 2009. On March 10, 2010, the City of Indianapolis signed a Memorandum of Understanding with Citizens Energy Group to transfer the assets for the water and wastewater utilities to CEG. The Company and CEG performed a review of the Management Agreement to consider potential changes to the arrangement in view of the combination of utilities.

In October 2010, the City of Indianapolis, CEG, and the Company signed a Settlement Agreement to transition the operation and ownership of the waterworks assets to CEG pending approval of the transaction by the Indiana Utility Regulatory Commission (the IURC). The Company agreed to continue to operate the waterworks in the interim period with no significant deterioration in service. The Company also agreed to assist CEG by participation in transition activities and assisting with the transfer of any employees who CEG desires to hire and who themselves desire to be hired by CEG.

In addition, the Settlement Agreement provided for a standard fixed base fee during each month of the transition period to substitute for the combined fixed and incentive service fee in the original Management Agreement. This amount was $3.5 million for the month of October 2010, $4.5 million per month for the months of November 2010 through March 2011, and $5.5 million per month for the month of April 2011 through the date of transfer.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248360

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 11. Commitments and Contingencies (continued)

The IURC issued the final order approving the transition of the water and wastewater assets of the City of Indianapolis to CEG on July 13, 2011, resulting in a $28.8 million settlement payment received by the Company on August 26, 2011, which has resulted in a gain recorded in 2011. The official transition of the operation took place at 12:01 AM on Friday, August 26, 2011.

Various claims and disputes between the parties were resolved by an arbitrator on August 12, 2011. Receivables due from the DOW in the amount of $3.5 million were paid.

In March 2010, certain former employees of the Company's wholly owned subsidiary, Veolia Water North America – West, LLC (VWNA West), filed a lawsuit against the Company and VWNA West in California state court. The Complaint, asserted purportedly on behalf of the plaintiffs and all similarly situated employees, asserts, among other claims, that the employees did not receive compensation for all hours worked as required by California wage and hour law. Plaintiffs are currently seeking class certification from the California court. A hearing on plaintiffs' application for class certification is set for September 28, 2012. As of December 31, 2011, based on analysis of the claims conducted in conjunction with outside defense counsel, the Company believes it has adequate reserves for any exposure presented by the case.

Excessive rain events took place in the Milwaukee service area on July 15, 2010 and July 22, 2010, resulting in flooding and related property damage. Numerous claims have been filed against the Milwaukee Metropolitan Sewerage District ("the MMSD"), but only one lawsuit has been brought thus far. The MMSD has tendered defense of the claims against it to the Company and the Company has denied the tender. To date, the July 15 claims total $447,000, while the July 22 claims (including one subrogation lawsuit) total $23.9 million. There are also claims aggregating $310,000 where the date of loss is not stated or both dates are alleged. The lawsuit is a subrogation action brought by Generali-U.S. Branch, Assicurazioni Generali S.p.A. seeking $22 million in damages. The Company's insurance carrier is handling the defenses. The Company and its insurer are evaluating whether one or two $250,000 deductibles apply. Generali filed a motion for partial summary judgment seeking a ruling that the $50,000 statutory cap on damages does not apply to the Company. The motion was denied, without prejudice, and the case is now in discovery. Also, on April 6, 2012, the MMSD provided the Company with a Notice of Claim filed on March 30, 2012 by several claimants (the "Dragotta claim") long after the six-month statutory period for filing such claims. The claim is for $2.3 million. The Company is not named, but the MMSD could seek indemnification if the matter proceeds to litigation and is not dismissed as untimely. The Company has notified its insurance carriers.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248361

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 11. Commitments and Contingencies (continued)

The Company is involved in a subrogation lawsuit that was filed on October 21, 2010. The claimed damages are in excess of $2.8 million. The case arises out of a fire that occurred at a restaurant in Indianapolis, Indiana on January 4, 2010. Plaintiffs allege that the fire department was delayed in accessing water to suppress the fire due to frozen fire hydrants. The Company's insurance carrier is handling defense of this matter (the deductible under the insurance policy is $750,000). On January 3, 2011, both the Company and the City/Department of Water Works ("the DOW") moved to dismiss the plaintiffs' claims. In early June 2011, the trial court issued an Interlocutory Order denying, in part, both motions. On August 17, 2011, both the Company and the DOW filed motions asking the Court of Appeals to accept appellate jurisdiction, which the Court granted. Thereafter, a Notice of Appeal was filed with the trial court, appellate briefs were filed, and oral argument was conducted on June 19, 2012 before the Indiana Court of Appeals. A decision is expected in the coming months.

The Company is involved in multiple companion suits involving the collapse of a structural wall that resulted in the accidental deaths of two of the Company's employees. The accident occurred when an equalization basin collapsed in Gatlinburg, Tennessee on April 4, 2011. The Company has retained counsel and structural engineering experts. The decedents' families have filed suit against the City of Gatlinburg and the firms responsible for the design and construction of the equalization basin.  On March 27, 2012, the City of Gatlinburg filed a third-party complaint against the Company based on the indemnity provision in the Company's contract with the city. The third-party complaint seeks contribution and indemnification from the Company for the claims of the families and seeks an estimated $7 million in damages to rebuild the equalization basin. The cases are in the early stages of discovery. The Company has placed its insurance carrier on notice (the deductible is $750,000). The Company has also been advised that the local U.S. Attorney's office has commenced an investigation into whether any violations of the Clean Water Act took place. The Company has retained counsel regarding the investigation. The U.S. Attorney's office has interviewed some of the employees of the facility. Both OSHA and the Tennessee Department of Environment and Conservation did not issue any citations to the City of Gatlinburg or the Company after conducting their investigations.

The Company is involved in various claims and legal actions arising in the ordinary course of business. The reserves recorded relative to these matters are based upon management's best estimate of exposure. No other matters have come to management's attention to require a change in the estimation of the reserve. In the opinion of management, the ultimate disposition of these matters will not have a material adverse effect on the Company's combined and consolidated financial position, results of operations, or cash flows.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                                    VWNAOS248362

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**11. Commitments and Contingencies (continued)**

In the normal course of business, letters of credit and performance (surety) bonds are issued on behalf of the Company by an affiliate to customers, vendors, and lending institutions as guarantees for payment or performance, or both, under various commercial contracts into which the Company enters. In addition, bid bonds may also be required of the Company as security for the Company's commitment to proceed with a project if it is the successful bidder. Performance bonds and letters of credit are typically issued for the benefit of the Company's customers as financial security for the completion or performance by the Company of its contractual obligations under certain commercial contracts. The majority of these instruments are not reflected on the Company's combined and consolidated balance sheets as a liability because they will not result in a liability to the Company unless the Company fails to perform the contractual obligations, which are secured by the corresponding instrument. These guarantees are either provided directly by the Company (as the Guarantor) or provided by certain affiliated companies acting as Guarantors on behalf of the Company (as the Obligor).

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                    VWNAOS248363

## Veolia Water North America Operating Services, LLC

## Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 11. Commitments and Contingencies (continued)

The following is the Company's off-balance sheet arrangements given in the ordinary course of business (in millions):

| | At December 31 2011 | | Maturity of Commitment | | |
| | | Less Than 1 Year | 1 to 5 Years | More Than 5 Years |
|---|---|---|---|---|
| Commitments given to third parties by the Company or affiliated companies: | | | | |
| Operational guarantees: | | | | |
| Performance bonds | $ 110.7 | $ 110.7 | $ – | $ – |
| Other operational guarantees | 1,408.8 | 273.7 | 244.6 | 890.5 |
| Financial guarantees | 54.2 | – | 13.5 | 40.7 |
| Letters of credit | 87.6 | 87.6 | – | – |
| Total commitments given to third parties by the Company or affiliated companies | 1,661.3 | 472.0 | 258.1 | 931.2 |
| Total commitments received from affiliated companies | (1,053.5) | (230.2) | (105.6) | (717.7) |
| Net commitments given to third parties by the Company or affiliated companies | $ 607.8 | $ 241.8 | $ 152.5 | $ 213.5 |
| | | | | |
| Commitments given to third parties by the Company (as Guarantor) | $ 607.8 | $ 241.8 | $ 152.5 | $ 213.5 |
| Commitments given to third parties by affiliated companies (with the Company as Obligor) | 1,053.5 | 230.2 | 105.6 | 717.7 |
| Total commitments given to third parties by the Company or affiliated companies | 1,661.3 | 472.0 | 258.1 | 931.2 |
| Total commitments received from affiliated companies | (1,053.5) | (230.2) | (105.6) | (717.7) |
| Net commitments given to third parties by the Company or affiliated companies | $ 607.8 | $ 241.8 | $ 152.5 | $ 213.5 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248364

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 11. Commitments and Contingencies (continued)

The Company has certain noncancelable operating leases, primarily for equipment, vehicles, and facilities. These leases generally contain automatic renewal options until terminated by either party and require the Company to pay all executory costs, such as maintenance and insurance. Rental expense for operating leases and short-term equipment and vehicle rental from continuing operations was $15.6 million and $12.6 million during 2011 and 2010, respectively.

Future minimum lease payments under noncancelable operating leases with initial or remaining lease terms in excess of one year at December 31, 2011, are as follows:

|  | 2011 |
|---|---|
| 2012 | $ 3,329 |
| 2013 | 2,411 |
| 2014 | 2,174 |
| 2015 | 2,052 |
| 2016 | 1,916 |
| Thereafter | 2,036 |
| Total minimum lease payments | $ 13,918 |

The Company has U.S. employees covered by collective bargaining agreements. The percentage of Company employees represented by collective bargaining agreements at December 31, 2011 and 2010, was 22.4% and 22.4%, respectively. The percentage of Company employees represented by collective bargaining agreements due to expire within one year at December 31, 2011, was 8.8%. The percentage of Company employees represented by expired collective bargaining agreements currently being renegotiated at December 31, 2011, was 1.5%.

### 12. Benefit Plans

The Veolia Water Retirement Savings Plan (the Plan) is available to all U.S.-based employees of the Company who meet the eligibility requirements. The Plan is a qualified defined contribution plan, under Internal Revenue Service (IRS) Section 401(k), that provides for employees and employer contributions and is based on compensation levels. The employer's contribution is not discretionary and is the lower of 50.0% of the first 7.0% of the employees' eligible compensation or the employee's contribution. The Company's contribution to the Plan during the years ended December 31, 2011 and 2010, was $4.2 million and $3.6 million, respectively.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248365

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

The Company has U.S. employees covered by postretirement medical benefit plans and has accounted for these plans using actuarial models required under GAAP for employers' accounting for postretirement benefits other than pensions.

The Milwaukee Project is responsible for pension benefits earned by former employees of the Milwaukee Metropolitan Sewerage District while they are employed by VWNA. The plan is sponsored by the City of Milwaukee Employees' Retirement System (ERS) and is accounted for as a multi-employer plan. The pension cost was allocated among the member municipalities by the plan administrator. The City of Milwaukee's policy is to fund amounts in accordance with the requirements of the Employee Retirement Income Security Act of 1974. The Company recognized $0.4 million of pension expense related to the ERS plan during the years ended December 31, 2011 and 2010.

Effective as of August 26, 2011, the assets and liabilities of employee benefits plans attributable to employees of VWI were transferred to CEG (see Note 4).  As such, CEG assumed sponsorship of the Pension Plan for Collectively Bargained Indianapolis Water Employees (the Union Plan) and the IWC Resources Executive Supplemental Pension Plan (the SERP). Additionally, CEG assumed responsibility for the claims, liabilities, or obligations for retiree health benefits, life insurance, and Medicare Part B premium reimbursement as described in the Management Agreement (the Postretirement Plan) for those affected employees who, on or prior to August 26, 2011, became eligible for such retiree welfare benefits. As a result, benefit obligations under the Union Plan and the SERP, as well as the Postretirement Plan, were eliminated effective August 26, 2011. This resulted in a settlement gain of approximately $12.9 million, which has been recorded in discontinued operations for the year ended December 31, 2011. The information pertaining to the Company's benefit plans that follows excludes all obligations, assets, and funded status data related to the Union Plan, the SERP, and the Postretirement Plan, as of and for the years ended December 31, 2011 and 2010.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248366

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

## 12. Benefit Plans (continued)

The measurement date used to determine pension and other postretirement benefits was December 31, 2011 and 2010. The benefit obligation, funded status, and accrued benefit costs related to the Company's continuing operations as of and for the year ended December 31, 2011, were as follows:

| | Total Retiree Medical Plans 12/31/2011 | Total Pension Plans 12/31/2011 | All Plans 12/31/2011 |
|---|---|---|---|
| **A. Change in benefit obligation** | | | |
| Benefit obligation at beginning of year | $ 4,601 | $ 7,868 | $ 12,469 |
| Service cost | 1,183 | -- | 1,183 |
| Interest cost | 228 | 389 | 617 |
| Employee contributions | -- | -- | -- |
| Plan amendments | -- | -- | -- |
| Plan curtailments | -- | -- | -- |
| Plan settlements | -- | -- | -- |
| Special termination benefits | -- | -- | -- |
| Benefits paid | (54) | (186) | (240) |
| Medicare subsidies received | -- | -- | -- |
| Expenses paid | -- | -- | -- |
| Taxes paid | -- | -- | -- |
| Premiums paid | -- | -- | -- |
| Net transfer in (out) (including the effect of any business combinations/divestitures) | -- | -- | -- |
| Plan combinations | -- | -- | -- |
| Actuarial loss | 319 | 351 | 670 |
| Benefit obligation at end of year | $ 6,277 | $ 8,422 | $ 14,699 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248367

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

## 12. Benefit Plans (continued)

| | Total Retiree Medical Plans 12/31/2011 | Total Pension Plans 12/31/2011 | All Plans 12/31/2011 |
|---|---|---|---|
| **B. Change in plan assets** | | | |
| Fair value of plan assets at beginning of year | $ – | $ 4,657 | $ 4,657 |
| Actual return on plan assets | – | (99) | (99) |
| Employer contributions | 54 | 733 | 787 |
| Employee contributions | – | – | – |
| Plan settlements | – | – | – |
| Benefits paid | (54) | (186) | (240) |
| Medicare subsidies received | – | – | – |
| Expenses paid | – | – | – |
| Taxes paid | – | – | – |
| Premiums paid | – | – | – |
| Acquisitions/divestitures | – | – | – |
| Plan combinations | – | – | – |
| Adjustments | – | – | – |
| Fair value of plan assets at end of year | $ – | $ 5,105 | $ 5,105 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                           VWNAOS248368

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

| | Total Retiree Medical Plans 12/31/2011 | Total Pension Plans 12/31/2011 | All Plans 12/31/2011 |
|---|---|---|---|
| **C. Reconciliation of funded status** | | | |
| Fair value of plan assets | $    – | $    5,105 | $    5,105 |
| Benefit obligations | (6,277) | (8,422) | (14,699) |
| Funded status (plan assets less benefit obligations) | (6,277) | (3,317) | (9,594) |
| Net amount [asset (obligation)] recognized in combined and consolidated statement of operations | $    (6,277) | $    (3,317) | $    (9,594) |
| | | | |
| **D. Amounts recognized on the combined and consolidated balance sheet consist of** | | | |
| Noncurrent assets | $    – | $    – | $    – |
| Current liabilities | (119) | – | (119) |
| Noncurrent liabilities | (6,158) | (3,317) | (9,475) |
| Net amount [asset (obligation)] recognized in combined and consolidated statement of operations | $    (6,277) | $    (3,317) | $    (9,594) |
| | | | |
| **E. Reconciliation of amounts recognized in combined and consolidated balance sheet** | | | |
| Initial net asset (obligation) | $    – | $    – | $    – |
| Prior service credit (cost) | – | – | – |
| Net gain (loss) | (1,050) | (4,996) | (6,046) |
| Accumulated other comprehensive income (loss) | (1,050) | (4,996) | (6,046) |
| Net periodic benefit cost in excess of accumulated contributions | (5,227) | 1,679 | (3,548) |
| Net amount [surplus (deficit)] recognized in combined and consolidated statement of operations | $    (6,277) | $    (3,317) | $    (9,594) |
| | | | |
| **F. Components of net periodic benefit cost** | | | |
| Service cost | $    1,183 | $    – | $    1,183 |
| Interest cost | 228 | 389 | 617 |
| Expected return on plan assets | – | (351) | (351) |
| Amortization of initial net obligation (asset) | – | – | – |
| Amortization of prior service cost | – | – | – |
| Amortization of net (gain) loss | 54 | 109 | 163 |
| Curtailment (gain) loss recognized | – | – | – |
| Settlement (gain) loss recognized | – | – | – |
| Special termination benefit recognized | – | – | – |
| Net periodic benefit cost | $    1,465 | $    147 | $    1,612 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248369

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 12. Benefit Plans (continued)

|  | Total Retiree Medical Plans 12/31/2011 | Total Pension Plans 12/31/2011 | All Plans 12/31/2011 |
|---|---|---|---|
| **G. Changes recognized in other comprehensive income** |  |  |  |
| Changes in plan assets and benefit obligations recognized in other comprehensive income | $ – | $ – | $ – |
| Initial net obligation (asset) arising during the period | – | – | – |
| Prior service cost (credit) arising during the period | – | – | – |
| Net loss (gain) arising during the period | 317 | 803 | 1,120 |
| Amortization of initial net asset (obligation) | – | – | – |
| Amortization of prior service credit (cost) | – | – | – |
| Amortization of net gain (loss) | (54) | (109) | (163) |
| Effect of exchange rates | – | – | – |
| Total recognized in other comprehensive loss (income) pretax | 263 | 694 | 957 |
| Total recognized in net periodic benefit and other comprehensive loss (income) | $ 1,728 | $ 841 | $ 2,569 |
|  |  |  |  |
| Estimated amounts that will be amortized from accumulated other comprehensive income over the next fiscal year: |  |  |  |
| Initial net asset (obligation) | $ – | $ – | – |
| Prior service credit (cost) | – | – | – |
| Net gain (loss) | (77) | (133) | (210) |
|  | $ (77) | $ (133) | $ (210) |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248370

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 12. Benefit Plans (continued)

| | Total Retiree Medical Plans 12/31/2011 | Total Pension Plans 12/31/2011 |
|---|---|---|
| **H. Weighted-average assumptions to determine benefit obligations** | | |
| Discount rate | 4.45% | 4.45% |
| Salary rate | N/A | 4.00% |
| Measurement date | 12/31/2011 | 12/31/2011 |
| | | |
| Additional information for postretirement medical plans: | | |
| Assumed health care trend rate: | | |
| a. Immediate trend rate | 8.50% | -- |
| b. Ultimate trend rate | 4.50% | -- |
| c. Year that the rate reaches ultimate trend rate | 2025 | -- |
| | | |
| **I. Assumptions to determine net cost** | | |
| Discount rate | 5.00% | 5.00% |
| Expected return on assets | -- | 7.50% |
| Rate of compensation increase | N/A | -- |
| Basis used to determine overall expected long-term rate of return on assets assumption | -- | -- |
| | | |
| Additional information for postretirement medical plans: | | |
| Assumed health care trend rate: | | |
| a. Immediate trend rate | 9.00% | -- |
| b. Ultimate trend rate | 4.50% | -- |
| c. Year that the rate reaches ultimate trend rate | 2024 | -- |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL VWNAOS248371

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

| | Total Retiree Medical Plans 12/31/2011 | Total Pension Plans 12/31/2011 |
|---|---|---|
| **J. Additional year-end information** | | |
| Required information for all defined benefit plans: | | |
|     Accumulated benefit obligation | $          – | $          8,422 |
|     Required disclosures for postretirement medical plans: | | |
|       Sensitivity to trend rate assumptions: | | |
|     a. One percent increase in trend rate: | | |
|       i. Effect on total service cost and interest cost components | 247 | -- |
|       ii. Effect on benefit obligation | 994 | -- |
|     b. One percent decrease in trend rate: | | |
|       i. Effect on total service cost and interest cost components | (200) | -- |
|       ii. Effect on benefit obligation | (810) | -- |
|     Special Disclosure on the impact of the Medicare Drug Act of 2003 – The Medicare Prescription Drug, Improvement and Modernization Act of 2003 was reflected in the accumulated postretirement benefit obligation (APBO) beginning in 2005 assuming that the Company will continue to provide a prescription drug benefit to retirees that is at least actuarially equivalent to Medicare Part D and that the Company will receive the federal subsidy. Accordingly, the net periodic postretirement benefit cost was reduced to reflect the impact of the federal subsidy. | | |
|     a. Reduction in APBO due to the federal subsidy | -- | -- |
| The effect of the federal subsidy by net periodic postretirement benefit cost component: | | |
|     b. Service cost | -- | -- |
|     c. Interest cost | -- | -- |
|     d. Net amortization and deferral of actuarial gain | -- | -- |
|     e. Net periodic postretirement benefit cost | $          – | $          – |

**Company Confidential - Trade Secret and Proprietary Information - Veolia Water**

CONFIDENTIAL

VWNAOS248372

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

| | | Total Retiree Medical Plans 12/31/2011 | | Total Pension Plans 12/31/2011 |
|---|---|---|---|---|
| **K. Additional year-end information for plans with accumulated benefit obligations in excess of plan assets** | | | | |
| Projected benefit obligation | $ | N/A | $ | 8,422 |
| Accumulated benefit obligation | | N/A | | 8,422 |
| Fair value of plan assets | | – | | 5,105 |
| **L. Additional year-end information for plans with projected benefit obligations in excess of plan assets** | | | | |
| Projected benefit obligation | $ | 6,277 | $ | 8,422 |
| Fair value of plan assets | | – | | 5,105 |
| **M. Cash flows** | | | | |
| Projected company contributions for following fiscal year: | $ | 119 | $ | 562 |
| Expected benefit payments for FYE (net of Medicare subsidy): | | | | |
| 31-Dec-2012 | | 119 | | 239 |
| 31-Dec-2013 | | 161 | | 269 |
| 31-Dec-2014 | | 207 | | 303 |
| 31-Dec-2015 | | 353 | | 315 |
| 31-Dec-2016 | | 331 | | 339 |
| Next five years | | 430 | | 2,137 |
| Expected Medicare subsidy receipts for FYE: | | | | |
| 31-Dec-2012 | | – | | – |
| 31-Dec-2013 | | – | | – |
| 31-Dec-2014 | | – | | – |
| 31-Dec-2015 | | – | | – |
| 31-Dec-2016 | | – | | – |
| Next five years | | – | | – |
| **Plan assets** | | | | |
| **Target allocation** | | | | |
| Equity | | – | | 60% |
| Debt securities | | – | | 40% |
| Real estate | | – | | 0% |
| Other | | – | | 0% |
| **Actual allocation** | | | | |
| Equity | | – | | 60.70% |
| Debt securities | | – | | 36.30% |
| Real estate | | – | | 0.00% |
| Other | | – | | 3.00% |
| Total | | – | | 100.00% |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248373

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

The measurement date used to determine pension and other postretirement benefits was December 31, 2010. The benefit obligation, funded status, and accrued benefit costs as of and for the year ended December 31, 2010, were as follows:

| | Total Retiree Medical Plans 12/31/2010 | Total Pension Plans 12/31/2010 | All Plans 12/31/2010 |
|---|---|---|---|
| **A. Change in benefit obligation** | | | |
| Benefit obligation at beginning of year | $ 2,893 | $ 6,898 | $ 9,791 |
| Veolia Water Milwaukee benefit obligation | | | |
| Service cost | 1,150 | -- | 1,150 |
| Interest cost | 158 | 374 | 532 |
| Employee contributions | -- | -- | -- |
| Plan amendments | -- | -- | -- |
| Plan curtailments | -- | -- | -- |
| Plan settlements | -- | -- | -- |
| Special termination benefits | -- | -- | -- |
| Benefits paid | (33) | (178) | (211) |
| Medicare subsidies received | -- | -- | -- |
| Expenses paid | -- | -- | -- |
| Taxes paid | -- | -- | -- |
| Premiums paid | -- | -- | -- |
| Net transfer in (out) (including the effect of any business combinations/divestitures) | -- | -- | -- |
| Plan combinations | -- | -- | -- |
| Actuarial loss | 433 | 774 | 1,207 |
| Benefit obligation at end of year | $ 4,601 | $ 7,868 | $ 12,469 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248374

## Veolia Water North America Operating Services, LLC

## Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 12. Benefit Plans (continued)

|  | Total Retiree Medical Plans 12/31/2010 | Total Pension Plans 12/31/2010 | All Plans 12/31/2010 |
|---|---|---|---|
| **B. Change in plan assets** |  |  |  |
| Fair value of plan assets at beginning of year | $ -- | $ 4,195 | $ 4,195 |
| Actual return on plan assets | -- | 549 | 549 |
| Employer contributions | 33 | 91 | 124 |
| Employee contributions | -- | -- | -- |
| Plan settlements | -- | -- | -- |
| Benefits paid | (33) | (178) | (211) |
| Medicare subsidies received | -- | -- | -- |
| Expenses paid | -- | -- | -- |
| Taxes paid | -- | -- | -- |
| Premiums paid | -- | -- | -- |
| Acquisitions/divestitures | -- | -- | -- |
| Plan combinations | -- | -- | -- |
| Adjustments | -- | -- | -- |
| Fair value of plan assets at end of year | $ -- | $ 4,657 | $ 4,657 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                                    VWNAOS248375

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

| | Total Retiree Medical Plans 12/31/2010 | Total Pension Plans 12/31/2010 | All Plans 12/31/2010 |
|---|---|---|---|
| **C. Reconciliation of funded status** | | | |
| Fair value of plan assets | $ – | $ 4,657 | $ 4,657 |
| Benefit obligations | (4,601) | (7,868) | (12,469) |
| Funded status (plan assets less benefit obligations) | (4,601) | (3,211) | (7,812) |
| Net amount [asset (obligation)] recognized in combined and consolidated statement of operations | $ (4,601) | $ (3,211) | $ (7,812) |
| | | | |
| **D. Amounts recognized on the combined and consolidated balance sheet consist of** | | | |
| Noncurrent assets | $ – | $ – | $ – |
| Current liabilities | (80) | – | (80) |
| Noncurrent liabilities | (4,521) | (3,211) | (7,732) |
| Net amount [asset (obligation)] recognized in combined and consolidated statement of operations | $ (4,601) | $ (3,211) | $ (7,812) |
| | | | |
| **E. Reconciliation of amounts recognized in combined and consolidated balance sheet** | | | |
| Initial net asset (obligation) | $ – | $ – | $ – |
| Prior service credit (cost) | – | – | – |
| Net gain (loss) | (786) | (4,302) | (5,088) |
| Accumulated other comprehensive income (loss) | (786) | (4,302) | (5,088) |
| Net periodic benefit cost in excess of accumulated contributions | (3,815) | 1,091 | (2,724) |
| Net amount [surplus (deficit)] recognized in combined and consolidated statement of operations | $ (4,601) | $ (3,211) | $ (7,812) |
| | | | |
| **F. Components of net periodic benefit cost** | | | |
| Service cost | $ 1,150 | $ – | $ 1,150 |
| Interest cost | 158 | 374 | 532 |
| Expected return on plan assets | – | (314) | (314) |
| Amortization of initial net obligation (asset) | – | – | – |
| Amortization of prior service cost | – | – | – |
| Amortization of net (gain) loss | 28 | 96 | 124 |
| Curtailment (gain) loss recognized | – | – | – |
| Settlement (gain) loss recognized | – | – | – |
| Special termination benefit recognized | – | – | – |
| Net periodic benefit cost | $ 1,336 | $ 156 | $ 1,492 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248376

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

## 12. Benefit Plans (continued)

| | Total Retiree Medical Plans 12/31/2010 | Total Pension Plans 12/31/2010 | All Plans 12/31/2010 |
|---|---|---|---|
| **G. Changes recognized in other comprehensive income** | | | |
| Changes in plan assets and benefit obligations recognized in other comprehensive income | $ – | $ – | $ – |
| Initial net obligation (asset) arising during the period | – | – | – |
| Prior service cost (credit) arising during the period | – | – | – |
| Net loss (gain) arising during the period | 433 | 540 | 973 |
| Amortization of initial net asset (obligation) | – | – | – |
| Amortization of prior service credit (cost) | – | – | – |
| Amortization of net gain (loss) | (28) | (96) | (124) |
| Effect of exchange rates | – | – | – |
| Total recognized in other comprehensive loss (income) pretax | 405 | 444 | 849 |
| Total recognized in net periodic benefit and other comprehensive loss (income) | $ 1,741 | $ 600 | $ 2,341 |
| | | | |
| Estimated amounts that will be amortized from accumulated other comprehensive income over the next fiscal year: | | | |
| Initial net asset (obligation) | $ – | $ – | – |
| Prior service credit (cost) | – | – | – |
| Net gain (loss) | (54) | (109) | (163) |
| | $ (54) | $ (109) | $ (163) |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248377

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

| | Total Retiree Medical Plans 12/31/2010 | Total Pension Plans 12/31/2010 |
|---|---|---|
| **II. Weighted-average assumptions to determine benefit obligations** | | |
| Discount rate | 5.00% | 5.00% |
| Salary rate | N/A | N/A |
| Measurement date | 12/31/10 | 12/31/10 |
| | | |
| Additional information for postretirement medical plans: | | |
| Assumed health care trend rate: | | |
| a. Immediate trend rate | 9.00% | N/A |
| b. Ultimate trend rate | 4.50% | N/A |
| c. Year that the rate reaches ultimate trend rate | 2024 | N/A |
| | | |
| **I. Assumptions to determine net cost** | | |
| Discount rate | 5.50% | 5.50% |
| Expected return on assets | N/A | 7.50% |
| Rate of compensation increase | N/A | N/A |
| Basis used to determine overall expected long-term rate of return on assets assumption | N/A | N/A |
| | | |
| Additional information for postretirement medical plans: | | |
| Assumed health care trend rate: | | |
| a. Immediate trend rate | 8.75% | N/A |
| b. Ultimate trend rate | 5.00% | N/A |
| c. Year that the rate reaches ultimate trend rate | 2018 | N/A |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248378

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

| | Total Retiree Medical Plans 12/31/2010 | Total Pension Plans 12/31/2010 |
|---|---|---|
| **J. Additional year-end information** | | |
| Required information for all defined benefit plans: | | |
| Accumulated benefit obligation | $ – | $ 7,868 |
| Required disclosures for postretirement medical plans: | | |
| Sensitivity to trend rate assumptions: | | |
| a. One percent increase in trend rate: | | |
| i. Effect on total service cost and interest cost components | | |
| ii. Effect on benefit obligation | 221 | -- |
| b. One percent decrease in trend rate: | 722 | -- |
| i. Effect on total service cost and interest cost components | (180) | |
| ii. Effect on benefit obligation | (589) | -- |
| Special disclosure on the Impact of the Medicare Drug Act of 2003 – The Medicare Prescription Drug, Improvement and Modernization Act of 2003 was reflected in the accumulated postretirement benefit obligation (APBO) beginning in 2005 assuming that the Company will continue to provide a prescription drug benefit to retirees that is at least actuarially equivalent to Medicare Part D and that the Company will receive the federal subsidy. Accordingly, the net periodic postretirement benefit cost was reduced to reflect the impact of the federal subsidy. | -- | -- |
| c. Reduction in APBO due to the federal subsidy | -- | -- |
| The effect of the federal subsidy by net periodic postretirement benefit cost component: | | |
| a. Service cost | -- | -- |
| b. Interest cost | -- | -- |
| c. Net amortization and deferral of actuarial gain | -- | -- |
| d. Net periodic postretirement benefit cost | -- | -- |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 12. Benefit Plans (continued)

| | Total Retiree Medical Plans 12/31/2010 | Total Pension Plans 12/31/2010 |
|---|---|---|
| **K. Additional year-end information for plans with accumulated benefit obligations in excess of plan assets** | | |
| Projected benefit obligation | $ – | $ 7,868 |
| Accumulated benefit obligation | -- | 7,868 |
| Fair value of plan assets | -- | 4,657 |
| **L. Additional year-end information for plans with projected benefit obligations in excess of plan assets** | | |
| Projected benefit obligation | $ 4,601 | $ 7,868 |
| Fair value of plan assets | -- | 4,657 |
| **M. Cash flows** | | |
| Projected company contributions for following fiscal year: | $ 80 | $ 550 |
| Expected benefit payments for FYE (net of Medicare subsidy): | | |
| 31-Dec-2010 | 112 | 277 |
| 31-Dec-2011 | 158 | 313 |
| 31-Dec-2012 | 209 | 332 |
| 31-Dec-2013 | 362 | 353 |
| Next five years | 788 | 2,203 |
| Expected Medicare subsidy receipts for FYE: | | |
| 31-Dec-2010 | -- | -- |
| 31-Dec-2011 | -- | -- |
| 31-Dec-2012 | -- | -- |
| 31-Dec-2013 | -- | -- |
| Next five years | -- | -- |
| **Plan assets** | | |
| **Target allocation** | | |
| Equity | N/A | 60% |
| Debt securities | N/A | 40% |
| Real estate | N/A | 0% |
| Other | N/A | 0% |
| **Actual allocation** | | |
| Equity | N/A | 61.29% |
| Debt securities | N/A | 35.67% |
| Real estate | N/A | 0% |
| Other | N/A | 3.04% |
| Total | N/A | 100% |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248380

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

The Company's investment policy is to invest in a mix of equity and fixed income investments.

The asset allocation policy was developed in consideration of the following long-term investment objectives: achieving a return on assets consistent with the funding requirements of the Plan, maximizing portfolio return with expected real equity returns of 6% to 8% and real fixed income returns of 4% to 6%, and minimizing the impact of market fluctuations on the value of the plan assets. To develop the expected long-term rate of return on assets assumption, the Company considered historical returns for each asset class, as well as the target allocation of the pension portfolio.

The FASB has established a three-level valuation hierarchy for fair value measurements. These valuation techniques are based upon the transparency of inputs (observable and unobservable) to the valuation of an asset or liability as of the measurement date. Observable inputs reflect market data obtained from independent sources, while unobservable inputs reflect the Company's market assumptions.

**Company Confidential - Trade Secret and Proprietary Information - Veolia Water**

CONFIDENTIAL                                                                              VWNAOS248381

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

The fair value of all of the Plan's assets at December 31, 2011 and 2010, is measured using the quoted prices in the active markets for identical assets, which represent Level 1 within the hierarchy set forth in the accounting guidance for fair value measurements.

|  | 2011 Total | | 2010 Total |
|---|---|---|---|
| **Equity securities** | | | |
| Small cap | $ | **477** | $ 450 |
| Value | | **925** | 866 |
| International | | **764** | 701 |
| Growth | | **700** | 613 |
| Large cap | | **231** | 226 |
| **Debt securities** | | | |
| Total return | | **1,856** | 1,660 |
| Cash and cash equivalents | | **152** | 141 |
| Total fair value | $ | **5,105** | $ 4,657 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                                    VWNAOS248382

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**12. Benefit Plans (continued)**

The benefit obligation, funded status, and accrued benefit costs as of and for the years ended December 31, 2011 and 2010, related to discontinued operations were as follows:

| Fiscal year ending on | Retiree Medical Plan 12/31/2011 | Total Pension Plans 12/31/2011 | All Plans 12/31/2011 | Retiree Medical Plan 12/31/2010 | Total Pension Plans 12/31/2010 | All Plans 12/31/2010 |
|---|---|---|---|---|---|---|
| **Change in benefit obligation** | | | | | | |
| Benefit obligation at beginning of year | $ 7,452 | $ 19,875 | $ 27,327 | $ 6,632 | $ 17,357 | $ 23,989 |
| Service cost | 108 | 818 | 926 | 189 | 727 | 916 |
| Interest cost | 245 | 647 | 892 | 360 | 930 | 1,290 |
| Plan settlements | (7,860) | (20,914) | (28,774) | -- | -- | -- |
| Benefits paid | (211) | (1,482) | (1,693) | (192) | (723) | (915) |
| Medicare subsidies received | -- | -- | -- | 3 | -- | 3 |
| Actuarial loss (gain) | 266 | 1,056 | 1,322 | 460 | 1,584 | 2,044 |
| Benefit obligation at end of year | $  -- | $  -- | $  -- | $ 7,452 | $ 19,875 | $ 27,327 |
| **Change in plan assets** | | | | | | |
| Fair value of plan assets at beginning of year | $  -- | $ 9,986 | $ 9,986 | $  -- | $ 9,280 | $ 9,280 |
| Actual return on plan assets | -- | (402) | (402) | -- | 1,142 | 1,142 |
| Employer contributions | 212 | 349 | 561 | 189 | 287 | 476 |
| Plan settlements | -- | (8,450) | (8,450) | -- | -- | -- |
| Benefits paid | (212) | (1,483) | (1,695) | (192) | (723) | (915) |
| Medicare subsidies received | -- | -- | -- | 3 | -- | 3 |
| Fair value of plan assets at end of year | $  -- | $  -- | $  -- | $  -- | $ 9,986 | $ 9,986 |
| **Reconciliation of funded status** | | | | | | |
| Fair value of plan assets | $  -- | $  -- | $  -- | $  -- | $ 9,986 | $ 9,986 |
| Benefit obligations | -- | -- | -- | (7,452) | (19,875) | (27,327) |
| Funded status (plan assets less benefit obligations) | -- | -- | -- | (7,452) | (9,889) | (17,341) |
| Net amount [asset (obligation)] recognized in combined and consolidated statement of financial position | $  -- | $  -- | $  -- | $ (7,452) | $ (9,889) | $ (17,341) |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248383

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

## 12. Benefit Plans (continued)

| Fiscal year ending on | Retiree Medical Plan 12/31/2011 | Total Pension Plans 12/31/2011 | All Plans 12/31/2011 | Retiree Medical Plan 12/31/2010 | Total Pension Plans 12/31/2010 | All Plans 12/31/2010 |
|---|---|---|---|---|---|---|
| **Amounts recognized on the combined and consolidated balance sheet position consist of** | | | | | | |
| Noncurrent assets | $ – | $ – | $ – | $ – | $ – | $ – |
| Current liabilities | – | – | – | (217) | (197) | (414) |
| Noncurrent liabilities | – | – | – | (7,235) | (9,692) | (16,927) |
| Net amount [asset (obligation)] recognized in combined and consolidated statement of operations | $ – | $ – | $ – | $ (7,452) | $ (9,889) | $(17,341) |
| **Reconciliation of amounts recognized in combined and consolidated statement of financial position** | | | | | | |
| Initial net asset(obligation) | $ – | $ – | $ – | $ (141) | $ – | $ (141) |
| Net gain (loss) | – | – | – | (491) | (4,786) | (5,277) |
| Accumulated other comprehensive income (loss) | – | – | – | (632) | (4,786) | (5,418) |
| Accumulated contributions in excess of net periodic benefit cost | – | – | – | (6,820) | (5,104) | (11,924) |
| Net amount [surplus (deficit)] recognized in combined and consolidated statement of financial position | $ – | $ – | $ – | $ (7,452) | $ (9,890) | $(17,342) |
| **Net periodic benefit cost** | $ (6,609) | $ (4,755) | $(11,364) | $ 644 | $ 1,149 | $ 1,793 |
| **Changes recognized in other comprehensive income** | | | | | | |
| Net loss (gain) arising during the period | $ 266 | $ 1,959 | $ 2,225 | $ 461 | $ 1,112 | $ 1,573 |
| Amortization of initial net asset (obligation) | (47) | – | (47) | (70) | – | (70) |
| Amortization of net gain (loss) | (38) | (153) | (191) | (26) | (163) | (189) |
| Total recognized in other comprehensive loss (income) | 181 | 1,806 | 1,987 | 365 | 949 | 1,314 |
| Total recognized in net periodic benefit and other comprehensive loss (income) | $ (6,428) | $ (2,949) | $ (9,377) | $ 1,009 | $ 2,098 | $ 3,107 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                                VWNAOS248384

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

### 13. Direct Finance Leases

The Company has entered into various agreements to provide comprehensive water and wastewater services for periods ranging from 10 to 35 years. Construction of the facilities used to provide these services was completed between 1996 and 2007. The Company accounts for the facilities as a lessor under direct finance leases. Accordingly, the Company's earnings under these agreements are primarily through interest income. As described in Note 9, the Chicago biosolids project is not accounted for as a lease.

Each of the direct finance lease transactions is an integral part of a long-term O&M agreement. Any initial direct costs incurred by the Company are incurred for the entire transaction, and not just to originate the lease component of the transaction, and would have been incurred even if there was no direct finance lease component to the transaction.

The components of the net investment in direct finance leases are as follows at December 31, 2011 and 2010:

|  | 2011 | 2010 |
|---|---|---|
| Minimum lease income receivable | $ 66,823 | $ 74,644 |
| Unearned lease income | (16,853) | (18,397) |
| Net investment | $ 49,970 | $ 56,247 |

Future minimum lease income to be received under the direct finance leases, net of executory costs, is as follows:

| | |
|---|---|
| 2012 | $ 8,285 |
| 2013 | 8,250 |
| 2014 | 8,250 |
| 2015 | 13,585 |
| 2016 | 6,652 |
| Thereafter | 21,801 |
| Total minimum lease income | $ 66,823 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248385

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

*(Amounts in Thousands, Unless Otherwise Indicated)*

**14. Long-Term Notes and Receivables**

The components of long-term notes and receivables at December 31, 2011 and 2010, were as follows:

|  | 2011 | 2010 |
|---|---|---|
| Direct finance leases | $ 49,970 | $ 56,247 |
| Other | 1,759 | 1,597 |
| Less current portion of direct finance leases, included in other current assets | (5,069) | (5,911) |
| Total | $ 46,660 | $ 51,933 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                       VWNAOS248386

Ernst & Young LLP

Assurance | Tax | Transactions | Advisory

About Ernst & Young
Ernst & Young is a global leader in assurance,
tax, transaction and advisory services.
Worldwide, our 152,000 people are united by
our shared values and an unwavering commitment to
quality. We make a difference by helping our people, our
clients and our wider communities achieve their potential.

For more information, please visit www.ey.com.

Ernst & Young refers to the global organization
of member firms of Ernst & Young Global Limited,
each of which is a separate legal entity.
Ernst & Young Global Limited, a UK company
limited by guarantee, does not provide services
to clients. This Report has been prepared by
Ernst & Young LLP, a client serving member firm
located in the United States.



CONFIDENTIAL                                                    VWNAOS248387

# Appendix D

# Financial Statements

2010





COMBINED AND CONSOLIDATED
FINANCIAL STATEMENTS

Veolia Water North America Operating Services, LLC
Years Ended December 31, 2010 and 2009
With Report of Independent Auditors

Ernst & Young LLP



Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248389

CONFIDENTIAL

VWNAOS248390

Veolia Water North America Operating Services, LLC

Combined and Consolidated Financial Statements

Years Ended December 31, 2010 and 2009

# Contents

Report of Independent Auditors.......................................................................................1

Combined and Consolidated Financial Statements

Combined and Consolidated Balance Sheets.................................................................2
Combined and Consolidated Statements of Operations................................................3
Combined and Consolidated Statements of Parent Company
 Equity and Comprehensive Income (Loss)..................................................................4
Combined and Consolidated Statements of Cash Flows ..............................................5
Notes to Combined and Consolidated Financial Statements ........................................7

1009-1186449

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248392



**Ernst & Young LLP**
Suite 2600
111 Monument Circle
Indianapolis, IN 46204

Tel: +1 317 681 7000
Fax: +1 317 681 7216
www.ey.com

## Report of Independent Auditors

Board of Directors
Veolia Water North America Operating Services, LLC

We have audited the accompanying combined and consolidated balance sheets of Veolia Water North America Operating Services, LLC (the Company) as of December 31, 2010 and 2009, and the related combined and consolidated statements of operations, statements of parent company equity and comprehensive income (loss), and statements of cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. We were not engaged to perform an audit of the Company's internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the combined and consolidated financial position of Veolia Water North America Operating Services, LLC as of December 31, 2010 and 2009 , and the combined and consolidated results of its operations and its cash flows for the years then ended in conformity with U.S. generally accepted accounting principles.

*Ernst + Young LLP*

December 7, 2011

1

Company Confidential - Trade Secret and Proprietary Information - Veolia Water ...er firm of Ernst & Young Global Limited

CONFIDENTIAL

VWNAOS248393

CONFIDENTIAL

VWNAOS248394

## Veolia Water North America Operating Services, LLC

### Combined and Consolidated Balance Sheets
*(in Thousands)*

| | | December 31 | | |
|---|---|---|---|---|
| | | 2010 | | 2009 |
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents – unrestricted | $ | 9,264 | $ | 5,896 |
| Trade account receivables (net of allowance of $15,601 in 2010 and $22,917 in 2009) | | 123,008 | | 128,211 |
| Other current assets | | 21,034 | | 26,238 |
| Inventory | | 11,481 | | 13,757 |
| Deferred taxes assets – current | | – | | 28,323 |
| Total current assets | | 164,787 | | 202,425 |
| Cash – restricted | | 7,330 | | 7,185 |
| Property and equipment, net | | 118,154 | | 115,633 |
| Long-term notes and receivables | | 51,933 | | 54,964 |
| Goodwill | | 168,595 | | 168,595 |
| Other intangible assets, net | | 89,195 | | 104,181 |
| Investments in unconsolidated joint ventures | | 13,610 | | 13,216 |
| Deferred income taxes | | – | | 4,401 |
| Total assets | $ | 613,604 | $ | 670,600 |
| **Liabilities and parent company equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | 2,758 | $ | 2,684 |
| Trade payables | | 54,993 | | 66,732 |
| Accrued compensation and benefits | | 25,967 | | 23,863 |
| Intercompany payables – current | | 29,397 | | 26,645 |
| Other current liabilities | | 52,489 | | 52,494 |
| Total current liabilities | | 165,604 | | 172,418 |
| Other contract liabilities | | 3,948 | | 4,425 |
| Long-term debt excluding current portion | | 51,164 | | 53,921 |
| Intercompany payables | | 132,299 | | 146,027 |
| Pension and postretirement benefits | | 24,659 | | 19,878 |
| Deferred income taxes | | 19,087 | | – |
| Total liabilities | | 396,761 | | 396,669 |
| Commitments and contingencies | | | | |
| Parent company equity: | | | | |
| Common stock | | 42 | | 42 |
| Additional paid-in capital | | 205,296 | | 205,296 |
| Accumulated other comprehensive income (loss) | | 659 | | 781 |
| Retained earnings | | 11,875 | | 67,562 |
| Total parent company equity | | 217,872 | | 273,681 |
| Noncontrolling interests | | (1,029) | | 250 |
| Total equity | | 216,843 | | 273,931 |
| Total liabilities and equity | $ | 613,604 | $ | 670,600 |

1009-1186449

2

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

 VWNAOS248395

## Veolia Water North America Operating Services, LLC

### Combined and Consolidated Statements of Operations
*(in Thousands)*

| | Years Ended December 31 | |
| --- | --- | --- |
| | 2010 | 2009 |
| Revenue | $ 656,472 | $ 674,715 |
| Cost of sales | 597,536 | 610,517 |
| Gross profit | 58,936 | 64,198 |
| | | |
| Operating expenses: | | |
| Selling, general, and administrative expenses | 59,016 | 54,057 |
| Impairment of long-lived assets | 8,347 | 2,445 |
| Total operating expenses | 67,363 | 56,502 |
| | | |
| Operating (loss) income | (8,427) | 7,696 |
| | | |
| Other income (expenses): | | |
| Interest income | 10,338 | 5,508 |
| Interest expense | (5,673) | (7,076) |
| Affiliate charges for financial guarantees | (1,510) | (1,771) |
| (Loss) income from continuing operations before income taxes and income from equity-method investees | (5,272) | 4,357 |
| | | |
| Income tax expense | (52,776) | (1,684) |
| Equity in earnings of unconsolidated joint ventures | 1,495 | 2,516 |
| (Loss) income from continuing operations | (56,553) | 5,189 |
| | | |
| Loss from discontinued operations, net of tax benefit of $0 in 2010 and $1,432 in 2009 | – | (9,307) |
| Net loss | (56,553) | (4,118) |
| | | |
| (Income) loss attributable to noncontrolling interests | 866 | (649) |
| Net loss attributable to Company | $ (55,687) | $ (4,767) |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248396

## Veolia Water North America Operating Services, LLC

### Combined and Consolidated Statements of Parent Company Equity and Comprehensive Income (Loss)

*(in Thousands)*

| | Common Stock | Additional Paid-In Capital | Accumulated Other Comprehensive Income (Loss) | | Retained Earnings | Total Parent Company Equity | Non-Controlling Interests | Total Equity | Comprehensive Income (Loss) | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Pension and postretirement benefits | Foreign currency translation | | | | | Non-Controlling Interest | Total Company |
| Balance at January 1, 2009 | $ 42 | $ 205,296 | $ (4,135) | $ 2,315 | $ 72,329 | $ 275,847 | $ (33) | $ 275,814 | | |
| Net loss for year ended December 31, 2009 | — | — | — | — | (4,767) | (4,767) | 649 | (4,118) | $ 649 | $ (4,118) |
| Distributions to non controlling interests | — | — | — | — | — | — | (366) | (366) | — | — |
| Foreign currency translation adjustments, net of tax effect of $1,144 | — | — | — | 3,515 | — | 3,515 | — | 3,515 | — | 3,515 |
| Retirement benefits, net of tax effect of $596 | — | — | (914) | — | — | (914) | — | (914) | — | (914) |
| Balance at December 31, 2009 | 42 | 205,296 | (5,049) | 5,830 | 67,562 | 273,681 | 250 | 273,931 | 649 | (1,517) |
| Net loss for year ended December 31, 2010 | — | — | — | — | (55,687) | (55,687) | (866) | (56,553) | $ (866) | $ (56,553) |
| Distributions to non-controlling interests | — | — | — | — | — | — | (757) | (757) | — | — |
| Foreign currency translation adjustments | — | — | — | 2,041 | — | 2,041 | — | 2,041 | — | 2,041 |
| Retirement benefits | — | — | (2,163) | — | — | (2,163) | — | (2,163) | — | (2,163) |
| Dissolution of joint venture | — | — | — | — | — | — | 344 | 344 | — | — |
| Balance at December 31, 2010 | $ 42 | $ 205,296 | $ (7,212) | $ 7,871 | $ 11,875 | $ 217,872 | $ (1,029) | $ 216,843 | $ (866) | $ (56,675) |

4

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

1009-1186449

CONFIDENTIAL

VWNAOS248398

## Veolia Water North America Operating Services, LLC

### Combined and Consolidated Statements of Cash Flows
*(in Thousands)*

| | Years Ended December 31 | |
| --- | --- | --- |
| | **2010** | **2009** |
| **Operating activities** | | |
| Net loss | $ **(56,553)** | $ (4,118) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | |
| (Recoveries of) allowance for doubtful accounts | **(7,316)** | 2,111 |
| Depreciation and amortization | **22,832** | 20,293 |
| Impairment of assets | **8,347** | 2,445 |
| Deferred income taxes | **51,811** | (1,068) |
| Loss on disposal of assets | **2,667** | 416 |
| Equity in earnings from unconsolidated joint ventures | **(1,495)** | (2,516) |
| Cash distributions from joint ventures | **1,376** | 1,281 |
| Loss on discontinued operations | **–** | 9,307 |
| Contract terminations from joint ventures | **(275)** | – |
| Changes in operating assets and liabilities: | | |
| Trade accounts receivable | **12,717** | (6,861) |
| Inventory | **2,280** | (3,178) |
| Notes receivable | **5,107** | 9,547 |
| Other assets | **3,410** | (2,706) |
| Trade payables | **(11,795)** | 3,745 |
| Accrued compensation and benefits | **2,065** | 2,088 |
| Other current liabilities | **230** | 7,953 |
| Other contract liabilities | **(477)** | (989) |
| Pension and postretirement benefits | **2,684** | 3,520 |
| Net cash provided by operating activities | **37,615** | 41,270 |

1009-1186449

5

**Company Confidential - Trade Secret and Proprietary Information - Veolia Water**

VWNAOS248399

Veolia Water North America Operating Services, LLC

Combined and Consolidated Statements of Cash Flows (continued)
*(in Thousands)*

|  | Years Ended December 31 | |
|  | 2010 | 2009 |
|---|---|---|
| **Investing activities** | | |
| Change in restricted cash | $ (121) | $ (52) |
| Purchase of property and equipment | (17,853) | (17,534) |
| Other intangible assets acquired | (3,158) | (8,042) |
| Proceeds from sale of business, net of cash sold | – | (584) |
| Net cash used in investing activities | (21,132) | (26,212) |
| | | |
| **Financing activities** | | |
| Intercompany payable net borrowings (repayments) including group tax payable | (9,862) | (15,206) |
| Distribution to noncontrolling interests | (757) | (366) |
| Repayments of principal on debt | (2,684) | (2,937) |
| Net cash used in financing activities | (13,303) | (18,509) |
| | | |
| Effect of exchange rate changes on cash | 188 | 252 |
| Increase (decrease) in cash and cash equivalents | 3,368 | (3,199) |
| | | |
| Cash and cash equivalents at beginning of year | 5,896 | 9,095 |
| Cash and cash equivalents at end of year | $ 9,264 | $ 5,896 |
| | | |
| **Supplemental cash flow information** | | |
| Interest paid | $ 4,437 | $ 6,673 |
| Income taxes paid | $ 766 | $ 548 |

6

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248400

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements

Years Ended December 31, 2010 and 2009

**1. Basis of Presentation and Description of Business**

The combined and consolidated financial statements include the accounts of Veolia Water North America Operating Services, LLC and those of certain other affiliated companies (collectively, VWNA or the Company) under the control of Veolia Environnement S.A., the ultimate parent (VE or the Parent). The Parent, a corporation domiciled in France and listed on the New York Stock Exchange and Euronext Paris, is a global environmental services company providing water, waste management, transportation, and energy services.

The Company is a leading provider of comprehensive water and wastewater services to municipal and industrial customers, serving approximately 20 million people in more than 650 communities in North America. The Company's client base includes nearly 170 municipal clients, operating over 300 water and wastewater treatment facilities, and more than 100 industrial clients, operating more than 110 industrial water and wastewater treatment facilities. The Company designs, builds, operates, maintains, and equips water and wastewater infrastructures; provides technology solutions; and provides related customer services, including billing, collection, meter reading, and customer, response services.

On August 27, 1999, an agreement between various entities under the control of the Parent provided, among other things, that these entities would "rely on VWNA to provide management, technical advice, personnel, and other resources and services required to meet the contractual obligations undertaken with its clients."

During the periods presented, certain components of the Company's operations were owned by other subsidiaries of VE (see entities listed below). These combined and consolidated financial statements have been prepared by management using the historical results of operations of the entities listed on the following pages. The assets and liabilities of the Company have been determined on the basis of the established accounting methods, practices, procedures, and policies and the accounting judgments and estimation methodologies used by the Company. The combined and consolidated statements of operations include all items of revenue and income generated by the Company, all items of expense directly incurred by the Company, and certain expenses charged or allocated to the Company in the normal course of business.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 1. Basis of Presentation and Description of Business (continued)

The combined and consolidated financial statements include the accounts and results of the following operating companies managed by VWNA, both owned and under the ultimate control of the Parent, and equity-owned entities.

Consolidated entities - owned, managed, and under the control by Veolia Water North America:

MCS Technologies L.L.C. (100%)
Metropolitan Biosolids Management, L.L.C. (66.67%)
Naugatuck Environmental Technologies L.L.C. (100%)
Veolia Water Canada Holding, Inc. (100%)
Veolia Water Canada, Inc. (100%)
Veolia Water Indianapolis, LLC (100%)
Veolia Water Milwaukee, LLC (100%)
Midwest Chemicals, Inc. (100%)
Veolia Water Logistics LLC (100%)
Environmental Utilities Services, Inc. (100%)
VWNA Process Solutions/Texas, LLC (100%)
VWNA Process Solutions/Canada, Inc. (100%)
MET Systems & Technologies, Inc. (100%)
Modular Environmental Technologies, Inc. (100%)
Veolia Water Operating Services of Wilmington, Inc. (100%)

Veolia Water/EOS of Ohio, Inc. (100%)
Veolia Water/Scaltech Holdings, Inc. (100%)
Veolia Water/Scaltech, Inc. (100%)
Veolia Water/EOS of Wilmington L.L.C. (100%)
Veolia Water North America – Northeast, LLC (100%)
Veolia Water North America – Central, LLC (100%)
Veolia Water North America – West, LLC (100%)
Veolia Water North America – South, LLC (100%)
Veolia Water West Operating Services Inc. (100%)
Veolia Water South America, LLC (100%)
Veolia Water Winnipeg, Inc. (100%)
VWNA Caribbean, LLC (100%)

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248402

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 1. Basis of Presentation and Description of Business (continued)

On December 15, 2009, the Company sold Enerserve (Antigua) Limited, Veolia Water Caribbean Ltd., and Veolia Water St. Maarten N.V to Cascal N.V. See Note 4 for details on the disposition.

Combined entities – managed by VWNA and under the ultimate control of the Parent:

| | |
|---|---|
| Greater Moncton Water Limited (100%) | Heathrow Parkway Services, Inc. (100%) |
| Veolia Water Partners L.L.C. (20%) | Chesapeake Sunrise Marketing Corporation (100%) |
| Veolia Water Partners I L.L.C. (100%) | M&E II, Inc. (100%) |
| Veolia Water Partners V L.L.C. (100%) | Baltimore City Composting Partnership (50%) |
| Veolia Water Partners VI L.L.C. (100%) | Merscot II, Inc. (100%) |
| Professional Services Group, Inc. (100%) | |
| Metcalf & Eddy Technologies, Inc. (100%) | |

The following entities are accounted for under the equity method:

| | |
|---|---|
| Oklahoma Arcadian Utilities, LLC (20%) | Shreveport Red River Utilities, LLC (20%) |
| SUEZ/VWNA/DEGS of Lansing LLC (20%) | HydroServe Westlake, L.L.C. (50%) |
| Delta Township Utilities, LLC (44%) | |

### 2. Summary of Significant Accounting Policies

The preparation of financial statements in conformity with accounting principles generally accepted in the United States (GAAP) requires management to make estimates and assumptions that affect the amounts reported in the combined and consolidated financial statements and accompanying notes. Actual results could differ from these estimates.

### Reclassifications

Certain reclassifications have been made to the prior year's financial statements to be consistent with the December 31, 2010, presentation. The reclassifications have no impact on net loss previously reported.

9

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                VWNAOS248403

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 2. Summary of Significant Accounting Policies (continued)

#### Subsequent Events

In accordance with Accounting Standards Codification (ASC) 855, *Subsequent Events*, the Company has evaluated subsequent events through December 7 2011, which is the date these financial statements are available to be released.

#### Fair Value of Financial Instruments

Financial instruments of the Company consist primarily of cash equivalents, restricted cash, accounts receivable, accounts payable, debt, and intercompany balances. The carrying amounts of cash equivalents, accounts receivable, and accounts payable are considered to be representative of their respective fair values due to the short-term maturity of the instruments. Given the nature of intercompany balances and the long-term notes and receivables balance, it is not practical to estimate their fair value.

The carrying value of the Company's third-party debt was $53.9 million and $56.6 million at December 31, 2010, and December 31, 2009, respectively. Excluding the Company's project financing associated with the Metropolitan Biosolids Management (MBM) project discussed below, the carrying value of the Company's debt was $12.8 million and $13.5 million as of December 31, 2010 and 2009, respectively. The estimated fair value of this debt was $12.4 million and $13.0 million as of December 31, 2010 and 2009, respectively. These estimates were based on the discounted amount of future cash flows using the Company's current incremental rate of borrowing for similar liabilities or market prices.

The MBM financing, as further discussed in Note 9, was secured at favorable rates through a municipality, and fair value for this borrowing is not practical to estimate.

#### Cash and Cash Equivalents

The Company considers all highly liquid investments with a maturity of three months or less to be cash equivalents. The Company and certain other VE U.S. subsidiaries participate in a centralized cash management system.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248404

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

## 2. Summary of Significant Accounting Policies (continued)

### Concentrations of Risk

The Company offers a multitude of customized services to a diverse customer base. On an ongoing basis, the Company performs credit evaluations of its customers and generally does not require collateral. In addition, management believes the Company has no significant supplier, product line, credit risk, or other concentrations that could expose the Company to adverse, near-term severe financial impact, with the exception of the Company's two largest customers, from whom the Company generated 19% ($122.7 million) and 23% ($154.2 million) of revenue in 2010 and 2009, respectively.

### Allowance for Doubtful Accounts

The Company evaluates the adequacy of its allowance for doubtful accounts on an ongoing basis through detailed reviews of its receivables portfolio. Estimates are used in determining the Company's allowance for bad debts and are based on historical collection experience, current trends (including prevailing economic conditions), adverse events that may affect a customer's ability to pay, and historical write-off experience. In circumstances where the Company is aware of a specific customer's inability to meet its financial obligations, the Company records a specific allowance against the amount due to reduce the receivable to the amount the Company believes will be collected. The Company makes adjustments to its allowance if the evaluation of reserve requirements differs from the actual aggregate reserve or will write off an account if deemed necessary. This evaluation is inherently subjective because estimates may be revised as more information becomes available. The allowance for doubtful accounts is established through cost of sales in the accompanying combined and consolidated statements of operations.

### Inventory

Inventory includes materials and supplies used for repairs, maintenance, and capital projects. Inventory also includes chemicals for water treatment. Inventories are valued at average cost. Inventory is expensed upon placing in service or consumption.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                VWNAOS248405

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 2. Summary of Significant Accounting Policies (continued)

**Property and Equipment**

Property and equipment are stated at cost. Depreciation of property and equipment is calculated using the straight-line method over the estimated useful life of the assets as follows:

| | |
|---|---|
| Buildings and improvements | 5 to 30 years |
| Machinery and equipment | 5 to 30 years |
| Computer hardware and software | 3 to 5 years |
| Furniture and fixtures | 7 years |
| Vehicles | 5 years |
| Software development costs | 5 years |

Depreciation expense totaled $11.6 million and $8.9 million for the years ended December 31, 2010 and 2009, respectively.

Maintenance and repair costs are charged to expense as incurred, while additions, renewals, and improvements are capitalized.

**Impairment of Long-Lived Assets**

In accordance with the Financial Accounting Standards Board (FASB) guidance related to accounting for the impairment or disposal of long-lived assets, long-lived assets such as property, plant, and equipment and purchased intangibles subject to amortization are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of the assets may not be recoverable. Recoverability of assets to be held and used is measured by comparing the carrying amount of the assets to the estimated undiscounted future cash flows expected to be generated by the assets. If the carrying amount of the assets exceeds its estimated future cash flows, an impairment charge is recognized equal to the amount by which the carrying amount of the assets exceeds the fair value of the assets. Such analysis was conducted in both 2010 and 2009 and resulted in impairment charges of $8.3 million and $2.4 million, respectively. In 2010, $6.5 million of this is equal to the carrying value of intangible assets related to four of the Company's municipal projects, and $1.8 million is related to machinery and equipment at one of the Company's industrial projects. In 2009, $2.4 million was equal to the carrying value of the intangible assets related to one of the Company's municipal projects. The impairment of the assets was the result of lower operating results and downward revisions to the future outlook of the project's undiscounted cash flows.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248406

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**2. Summary of Significant Accounting Policies (continued)**

**Investments in Unconsolidated Joint Ventures**

The Company holds equity ownership in several joint ventures. These investments are accounted for under the equity method. The equity method applies to investments in which the Company exercises significant influence over the investee (generally through ownership of 20% to 50% of the voting stock of an investee) but does not exercise control and therefore does not consolidate the investee. Under the equity method, the Company's share of the earnings of joint ventures is included in the combined and consolidated statements of operations.

**Income Taxes**

The Company's U.S. entities are included in the consolidated federal income tax return filed by Veolia Environment North America Operations, Inc. (VENAO), a subsidiary of VE. The Company's foreign subsidiaries pay their own taxes in their respective countries. The Company is a limited liability company and is not a U.S. taxpaying entity. However, pursuant to an intercompany tax-sharing agreement, the Company computes its federal and state income tax provision as though it were filing separate tax returns. The Company pays VENAO for its share of federal and consolidated state tax liabilities computed as if it were a stand-alone entity under the tax-sharing agreement. The Company is entitled to use its net operating losses computed on a stand-alone basis to offset any of its future current taxable amounts owed.

**Foreign Currency Translation**

For all foreign operations, the functional currency is the local currency. In accordance with FASB guidance for foreign currency translation, assets and liabilities of those operations are translated into U.S. dollars using period-end exchange rates, and income and expenses are translated using the average exchange rates for the reporting period. Also, in accordance with FASB guidance, translation adjustments are recorded as other comprehensive income, a separate component of equity, in the combined and consolidated financial statements. Gains or losses from foreign currency transactions are included in the combined and consolidated statements of operations as a component of revenue and cost of sales.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**2. Summary of Significant Accounting Policies (continued)**

**Revenue Recognition**

The Company's revenue primarily consists of contract service fees, with both fixed and variable components, and performance incentive fees for the operation, maintenance, repair, and management of water, wastewater, and related facilities. Service fees and contract billing revenues are recognized in the period the services are performed. An estimate of performance incentive fees earned is accrued based on an assessment of the Company's performance against the performance metrics in its contracts.

The Company also earns revenue from certain construction activities that may have acceptance criteria and performance guarantees. Revenues from construction contracts are recognized primarily on the percentage-of-completion method. The percentage-of-completion method compares the costs incurred to date to the estimated total costs of labor and materials for each contract. This method is used because management considers the total costs of labor and materials to be the best available measure of progress on the contracts.

In addition to the percentage-of-completion method of accounting, certain contracts have been entered into on a cost-plus basis. For such contracts, actual accrued costs are accumulated each month to which a fixed amount of profit (typically averaging between 10% and 15%) is added. This profit is recognized as the costs are incurred, and costs and profit are billed to the customer in accordance with the terms of the contract.

Project costs include direct labor, subcontract, and material costs and those indirect costs related to contract performance. Project costs exclude uninstalled materials. Provisions for estimated losses on uncompleted contracts are made in the period in which such losses are determined. Changes in project performance, conditions, and estimated profitability may result in revisions to costs and income, which are recognized in the period in which such revisions are determined.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248408

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**2. Summary of Significant Accounting Policies (continued)**

The asset "costs and earnings in excess of billings" represents revenues recognized in excess of amounts billed. The liability "billings in excess of costs and earnings" represents billings in excess of revenues recognized. These accounts are summarized as follows (in thousands):

|  | 2010 | 2009 |
|---|---|---|
| Revenue recognized on uncompleted contracts | $ 304,099 | $ 217,599 |
| Billings on uncompleted contracts | 305,384 | 208,745 |
|  | $ (1,285) | $ 8,854 |
| Included in the accompanying balance sheet under the following captions: |  |  |
| Other current assets | $ 4,058 | $ 13,974 |
| Other current liabilities | 5,343 | 5,120 |
|  | $ (1,285) | $ 8,854 |

**Other Intangibles and Goodwill**

In accordance with FASB guidance for goodwill and other intangible assets, goodwill and intangible assets with indefinite useful lives (none outstanding) are not amortized but instead are tested for impairment at least annually. The Company completed its annual impairment test of goodwill using its best estimate of cash flows for future periods. No adjustment to the carrying value of goodwill was required for any period presented, based on the analyses performed.

**Accounts Payable and Accrued Expenses**

Included in trade payables in the accompanying combined and consolidated balance sheets are $5.8 million and $4.2 million of negative cash balances (mainly outstanding checks on zero bank balance accounts) at December 31, 2010 and 2009, respectively.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

## Veolia Water North America Operating Services, LLC

### Notes to Combined and Consolidated Financial Statements (continued)

**2. Summary of Significant Accounting Policies (continued)**

**Incentive Compensation Plans**

The Company maintains various incentive compensation plans for its employees that are based on a variety of factors and subject to management's discretion. The Company's policy is to record the related compensation expense under such plans in the period in which the amounts to be paid have been determined and approved by the Company.

These amounts approved and expensed in 2010 and 2009 were $7.3 million for each year.

**3. Related Party Transactions**

**Cash Management**

The Company, along with other U.S. subsidiaries of VE, participates in a centralized cash management system (Cash Pooling). Because the Company participates in the Cash Pooling, all excess funds are transferred to the Parent, and certain cash needs are funded by the Parent. The activity related to the Company's participation in the Cash Pooling is reported as either an intercompany payable or receivable depending on the balance of amounts transferred into or out of the Parent's centralized cash. The intercompany payable is allocated between short-term and long-term liabilities. The short-term liability represents amounts that are expected to be repaid within 12 months based on projected excess cash flow generated in 2011. In 2010, interest is being charged at the monthly average federal funds rate plus a 15-basis-point spread for funds borrowed from VWNA and at the monthly average federal funds rate plus a 85-basis-point spread for funds loaned to VWNA. In 2009, interest was being charged at the monthly average federal funds rate plus a 50-basis-point spread for funds borrowed from VWNA and at the monthly average federal funds rate plus a 200-basis-point spread for funds loaned to VWNA. Interest expense charged under this arrangement was $1.7 million and $3.8 million in 2010 and 2009, respectively. The Parent has represented that it commits to provide financial support to the Company, if necessary, in order for the Company to meet its obligations when they become due at least through December 31, 2011.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248410

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 3. Related Party Transactions (continued)

**Costs Charged by Parent and Affiliates**

Included in the combined and consolidated statements of operations and balance sheets for the Company are amounts incurred with companies that are affiliated with the Parent. Expenses included in the income statement were $12.3 million and $3.6 million for 2010 and 2009, respectively, while payables of $6.7 million and $2.4 million are included in the balance sheets.

The Parent and a subsidiary provide financial guarantees to clients as required under certain of the Company's contracts and charge the Company a fee based on a percentage of the guarantee amount. These charges amounted to $1.5 million and $1.8 million in 2010 and 2009, respectively.

Prior to January 1, 2009, certain corporate costs incurred by a subsidiary of the Parent were not charged to the Company. Effective for the fiscal year ended December 31, 2009, the Board of Directors of Veolia Water North America's U.S. Parent Co. elected to charge for management services. Expenses charged under this arrangement were $3.1 million and $2.5 million in 2010 and 2009, respectively.

In the opinion of management, the costs charged have been determined on a basis that is believed to be reasonable for the services provided. However, the costs charged are not necessarily indicative of the level of expenses that might be incurred by the Company operating as a stand-alone entity.

### 4. Discontinued Operations

On December 15, 2009, the Company sold Enerserve (Antigua) Limited, Veolia Water Caribbean Ltd., and Veolia Water St. Maarten N.V to a third party, Cascal N.V., for $6.9 million. This resulted in a pretax loss on disposal, including fees, of $12.1 million and pretax income from discontinued operations in 2009 of $1.4 million for a total loss of $10.7 million, which is reported in discontinued operations in the combined and consolidated statements of operations.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248411

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 5. Inventory

Inventories as of December 31, 2010 and 2009, include materials and supplies used for water and wastewater treatment, repairs, maintenance and capital projects related to customer contracts. Inventories consisted of the following (in thousands):

|  | | 2010 | | 2009 |
|---|---|---|---|---|
| Spare parts | $ | 6,654 | $ | 6,302 |
| Chemicals | | 2,155 | | 1,769 |
| Materials and supplies | | 2,672 | | 5,686 |
| Total | $ | 11,481 | $ | 13,757 |

### 6. Property and Equipment

Property and equipment as of December 31, 2010 and 2009, consisted of the following (in thousands):

|  | | 2010 | | 2009 |
|---|---|---|---|---|
| Land | $ | 51 | $ | 51 |
| Buildings and improvements | | 17,504 | | 6,974 |
| Machinery and equipment | | 136,192 | | 76,170 |
| Computer hardware and software | | 9,727 | | 9,312 |
| Furniture and fixtures | | 1,968 | | 1,858 |
| Vehicles | | 1,896 | | 1,559 |
| Construction-in-progress | | 22,998 | | 81,196 |
| Software development costs | | 1,744 | | 1,744 |
| | | 192,080 | | 178,864 |
| Less accumulated depreciation and amortization | | (73,926) | | (63,231) |
| | $ | 118,154 | $ | 115,633 |

Included in property and equipment is the capitalized cost of the Chicago biosolids facility, (see Note 9), consisting of $50,039 funded through bonds issued by the Village of Hodgkins and $13,887 incurred by the Company during the construction period. The Village of Hodgkins is the financing owner of the facility.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248412

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 6. Property and Equipment (continued)

Included in construction-in-progress is a major project started during the fourth quarter of 2007 to replace the existing customer billing and work order management system for a customer contract. This new system, called the Veolia Customer Management System (VCMS), is a commercial off-the-shelf system that will be supported by the Company with a final cost of $7.1 million and has an estimated useful life of seven years. Total spending during 2010 was $2.2 million. The system will not be implemented by the Company due to the termination of the Indianapolis contract with the City (refer to Note 11). The Company is exploring alternative markets for the application but does not believe the asset is impaired at December 31, 2010.

### 7. Goodwill and Other Intangible Assets, Net

Other intangibles as of December 31 are as follows (in thousands):

| | | | 2010 Accumulated Amortization | | Accumulated Impairment | | Net Book Value |
|---|---|---|---|---|---|---|---|
| | | Cost | | | | | |
| Development costs | $ | 32,620 | $ (18,407) | $ | (203) | $ | 14,010 |
| Deferred contract costs | | 40,167 | (17,445) | | (1,315) | | 21,407 |
| Client-owned assets | | 64,959 | (26,973) | | (7,423) | | 30,563 |
| Patent rights | | 850 | (28) | | – | | 822 |
| Acquired contract rights | | 28,500 | (6,107) | | – | | 22,393 |
| Total | $ | 167,096 | $ (68,960) | $ | (8,941) | $ | 89,195 |

| | | | 2009 Accumulated Amortization | | Accumulated Impairment | | Net Book Value |
|---|---|---|---|---|---|---|---|
| | | Cost | | | | | |
| Development costs | $ | 34,713 | $ (18,499) | $ | (203) | $ | 16,011 |
| Deferred contract costs | | 42,431 | (17,329) | | (1,315) | | 23,787 |
| Client-owned assets | | 63,471 | (22,590) | | (927) | | 39,954 |
| Patent rights | | – | – | | – | | – |
| Acquired contract rights | | 28,500 | (4,071) | | – | | 24,429 |
| Total | $ | 169,115 | $ (62,489) | $ | (2,445) | $ | 104,181 |

Capitalized development costs represent direct costs incurred, after the date of probable recovery, to execute contracts.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248413

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**7. Goodwill and Other Intangible Assets, Net (continued)**

Deferred contract costs represent obligations assumed in connection with customer contracts, which include pension and postretirement obligations and other employee benefits assumed in connection with a contract.

Client-owned assets consist of the cost of assets purchased, constructed, and installed, as required by a contract, or incurred at management's option to enhance the operation and which will remain with the client at the end of the contract. Client-owned assets are being amortized over the shorter of the life of the related assets or the contract. In the event of early contract termination, the Company expenses any remaining unamortized balance if not recoverable from the client.

Patent rights represent a patent owned for a mineral recovery process that will be used in future projects. The amortization period for this asset is 15 years.

Acquired contract rights represent customer contracts acquired as a result of the acquisition of Tetra Process Services on December 24, 2007. The amortization period for this asset was determined to be 14 years.

Development costs and deferred contract costs are being amortized over the life of the contract.

Amortization expense for the years ended December 31, 2010 and 2009, amounted to $17.8 million (including an impairment of $6.5 million; refer to Note 2) and $13.9 million (including an impairment of $2.4 million), respectively.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                    VWNAOS248414

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**7. Goodwill and Other Intangible Assets, Net (continued)**

The changes in the net carrying amount of goodwill and other intangible assets were as follows (in thousands):

| | Goodwill | Other Intangibles, Net | Total |
|---|---|---|---|
| Balance, January 1, 2009 | $ 168,595 | $ 115,300 | $ 283,895 |
| Additions | – | 8,042 | 8,042 |
| Amortization | – | (11,402) | (11,402) |
| Write-off related to projects | – | (320) | (320) |
| Impairment | – | (2,445) | (2,445) |
| Reclassifications and purchase price adjustments | – | (4,994) | (4,994) |
| Balance, December 31, 2009 | 168,595 | 104,181 | 272,776 |
| Additions | – | **3,164** | **3,164** |
| Amortization | – | **(11,241)** | **(11,241)** |
| Write-off related to projects | – | **(639)** | **(639)** |
| Impairment | – | **(6,496)** | **(6,496)** |
| Reclassifications | – | **226** | **226** |
| Balance, December 31, 2010 | $ **168,595** | $ **89,195** | $ **257,790** |

The weighted average remaining useful life for the intangible assets in service as of December 31, 2010, was approximately 10.9 years. The estimated amortization expense of other intangible assets for the next five years for assets in service as of December 31, 2010, is as follows (in thousands):

| | |
|---|---|
| 2011 | $ 9,762 |
| 2012 | 9,271 |
| 2013 | 9,116 |
| 2014 | 8,894 |
| 2015 | 8,636 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248415

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**8. Investments in Unconsolidated Joint Ventures**

The Company has investments in various joint ventures that are accounted for under the equity method. The principal business activities of the joint venture are the operations and maintenance of water and/or wastewater facilities for industrial customers.

The activity in the investments in unconsolidated joint ventures account for the years ended December 31, 2010 and 2009, is as follows (in thousands):

|  | 2010 | 2009 |
|---|---|---|
| Investment, beginning of year | $ 13,216 | $ 11,981 |
| Equity in earnings | 1,495 | 2,516 |
| Distributions received | (1,376) | (1,281) |
| Noncash equity contributions | 275 | — |
| Investment, end of year | $ 13,610 | $ 13,216 |

There is a basis difference of $5.3 million between the investment in HydroServe Westlake, L.L.C. and the amount of the underlying equity in the net assets that is not currently being amortized.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                          VWNAOS248416

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 8. Investments in Unconsolidated Joint Ventures (continued)

Summarized balance sheets information (100% basis) of the joint ventures as of December 31, 2010 and 2009, and summarized statements of operations information (100% basis) for the years ended December 31, 2010 and 2009 are as follows (unaudited and in thousands):

|  | 2010 | | 2009 |
|---|---|---|---|
| Current assets | $ | 19,918 | $ | 16,562 |
| Noncurrent assets (predominantly property and equipment) |  | 125,667 | 133,445 |
| Total assets | $ | 145,585 | $ | 150,007 |
|  |  |  |  |
| Current liabilities | $ | 12,010 | $ | 10,722 |
| Noncurrent liabilities (predominantly debt) |  | 103,281 | 110,458 |
| Total liabilities | $ | 115,291 | $ | 121,180 |
|  |  |  |  |
| Revenue | $ | 37,563 | $ | 39,560 |
| Gross profit |  | 19,878 | 19,207 |
| Operating income |  | 19,275 | 18,675 |
| Pretax income |  | 7,567 | 6,321 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 9. Financing Arrangements

The Company's long-term debt as of December 31, 2010 and 2009 consisted of the debt instruments outlined in the table below. The debt is project financing and is secured by each respective projects' assets.

| Outstanding/Description | Maturity | Interest Rate | Principal (in thousands) | |
| --- | --- | --- | --- | --- |
| | | | 2010 | 2009 |
| **Bonds** | | | | |
| Iowa Finance Authority Series 2001A | 2017 | Variable | $ 4,770 | $ 4,770 |
| Iowa Finance Authority Series 2001B | 2017 | Variable | 2,930 | 2,930 |
| Village of Hodgkins, Cook County, IL (a) | 2010 | 5.75% | – | 2,060 |
| Village of Hodgkins, Cook County, IL (a) | 2015 | 6.00% | 12,280 | 12,280 |
| Village of Hodgkins, Cook County, IL (a) | 2017 | 5.90% | 6,000 | 6,000 |
| Village of Hodgkins, Cook County, IL (a) | 2023 | 6.00% | 22,800 | 22,800 |
| Total bonds | | | 48,780 | 50,840 |
| | | | | |
| **Other** | | | | |
| Bank of America Leasing & Capital LLC | 2010 | 6.93% | – | 85 |
| General Motors Corp., Series 2001 | 2017 | 7.54% | 3,646 | 4,107 |
| City of Cranston (b) | 2026 | 3.00% | 1,496 | 1,573 |
| Total other | | | 5,142 | 5,765 |
| | | | | |
| Total debt | | | 53,922 | 56,605 |
| Less current portion of long-term debt | | | (2,758) | (2,684) |
| Long-term debt, excluding current portion | | | $ 51,164 | $ 53,921 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248418

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 9. Financing Arrangements (continued)

Aggregate principal payments for each of the five years subsequent to December 31, 2010, and thereafter are as follows (in thousands):

| | | |
|---|---|---:|
| 2011 | $ | 2,758 |
| 2012 | | 2,929 |
| 2013 | | 3,110 |
| 2014 | | 3,308 |
| 2015 | | 3,515 |
| Thereafter | | 38,302 |
| Total | $ | 53,922 |

The Company's Capital Program Management (CPM) group is responsible for directing and supporting its design/build (DB) and design/build/operate (DBO) contracts, as well as managing certain capital improvements at the Company's operations and maintenance (O&M) projects.

As part of assuming the CPM business group, the Company also assumed certain bonds, identified as (a) above, that were authorized, issued under, and secured by an indenture agreement (the Indenture) between the Village of Hodgkins, Cook County, Illinois (the Issuer) and LaSalle Bank National Association (the Trustee) dated February 1, 2002, in the original aggregate principal amount of $53.4 million. In 2008, U.S. Bank acquired LaSalle Bank National Association and is now the Trustee of the accounts. The bonds that are designated Environmental Improvement Revenue Bonds (MBM project) Series 2002 are dated February 13, 2002, and mature at various dates through 2023. The bonds are subject to redemption, by the Issuer, in whole or in part, anytime after November 1, 2008.

The proceeds of the bonds were deposited in a restricted fund and were made available by the Issuer to MBM, a consolidated subsidiary of the Company, to enable MBM to design and build a 220 dry ton per day biosolids processing facility (the Facility) at the Stickney Water Reclamation Plant in Stickney, Illinois, for the benefits of the Metropolitan Water Reclamation District of Greater Chicago (the District). Such assets are reflected in property and equipment (see Note 6). The amount of restricted cash and equivalents was $6.8 million and $6.7 million at December 31, 2010 and 2009, respectively, and is classified as a noncurrent asset in the combined and consolidated balance sheets. Changes in the restricted cash balance are reflected in investing activities in the combined and consolidated statements of cash flows. Restricted cash remaining upon completion of construction is required to be used as a debt service reserve fund until the bonds are fully retired in 2023.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**9. Financing Arrangements (continued)**

Once completed, the Facility was leased by the Issuer to MBM pursuant to a lease agreement dated as of February 1, 2002. Under the lease agreement, MBM is obligated to pay the principal and interest on the bonds when they become due. In 2009, construction of the Facility was completed. In 2010, the Company commenced commercial operations of the facility.

Under the service agreement dated March 13, 2001 (Service Agreement), the District is obligated to make payments of a fee (Base Facility Fee) that is calculated to be sufficient (together with the debt service fund and earnings thereon) to provide for the payment of amounts due under the lease agreement in respect of scheduled principal and interest on the bonds.

The Base Facility Fee is recognized as revenue over the term of the service agreement on a straight-line basis. The District also is required to make monthly service fee payments, which are also recorded as revenue as earned.

The above-noted bonds are secured under the Indenture by a pledge of all the Issuer's rights, title, and interest in the lease agreement, which provides that MBM will lease the Facility from the Issuer until November 1, 2023.

The Indenture also pledges the assignment of revenues payable by the District under the Service Agreement from MBM to the Issuer. In the Indenture, the Issuer assigns these payments to the Trustee for the benefit of the bondholders. The payments will be paid directly to the Trustee to be applied first to the payment of principal and interest when due on the bonds, second to debt service reserve fund deficiencies, and third to the payment of operating and maintenance expenses.

The obligation identified as (b) above represents an obligation to the city of Cranston, Rhode Island, for financing provided by it for its WPCF Flue Gas Recirculation (FGR) incinerator refurbishments and related projects.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**10. Income Taxes**

The Company adopted authoritative guidance on January 1, 2009, that clarifies the accounting for uncertainty in income taxes recognized in the financial statements. The guidance prescribes a recognition threshold for the financial statement recognition and measurement of a tax position taken or expected to be taken within an income tax return. The Company did not have any transition adjustment upon adoption.

The total amount of unrecognized tax benefits and related penalties and interest are not material as of December 31, 2010 and 2009. The Company does not anticipate any material change in the total amount of unrecognized tax benefits to occur within the next 12 months. The Company continues to record interest and penalties associated with uncertain tax positions within operating income. The Company has not recorded any material interest or penalties during any of the years presented. The open tax years in the United States, Canada, and the U.S. Virgin Islands date back to 2006. In addition, various state returns are open.

Total income tax expense for continuing operations for the years ended December 31, 2010 and 2009, is summarized as follows (in thousands):

|  | 2010 | 2009 |
|---|---|---|
| Current provision: |  |  |
| Federal | $ – | $ 2,715 |
| State | (115) | 288 |
| Foreign | 1,080 | (251) |
|  | 965 | 2,752 |
|  |  |  |
| Deferred provision: |  |  |
| Federal | 45,922 | 1,422 |
| State | 5,904 | 183 |
| Foreign | (15) | (2,673) |
|  | 51,811 | (1,068) |
| Total income tax expense | $ 52,776 | $ 1,684 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248421

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**10. Income Taxes (continued)**

Income tax expense for the years ended December 31, 2010 and 2009, for continuing operations differed from the amounts computed by applying the U.S. federal income tax rate of 35% to pretax income as a result of the following (in thousands):

|  | 2010 | 2009 |
|---|---|---|
| Income tax benefit at statutory rate | $ (1,845) $ | 1,525 |
| Increase (decrease) in taxes resulting from: | | |
| State taxes | (300) | (373) |
| Nondeductible items | 366 | 424 |
| Tax effect of international operations | 939 | 480 |
| Other | (111) | (117) |
| Valuation allowance | 53,727 | (255) |
| Total | $ 52,776 $ | 1,684 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**10. Income Taxes (continued)**

The tax effects of temporary differences that gave rise to the deferred tax assets and deferred tax liabilities as of December 31, 2010 and 2009, are presented below (in thousands):

|                                        | 2010 | 2009 |
|----------------------------------------|-----:|-----:|
| Deferred tax assets:                   |      |      |
| Accrued liabilities                    | $ 29,555 | $ 26,708 |
| Allowance for doubtful accounts        | 6,162 | 9,038 |
| Pension and related benefit obligation | 14,282 | 10,524 |
| Investments in partnerships            | 2,835 | 4,343 |
| Capital loss carryforward              | 5,969 | 5,971 |
| Net operating loss                     | 4,891 | 76 |
| Depreciation and amortization          | 675 | 941 |
| Other                                  | 4,492 | 3,266 |
|                                        | 68,861 | 60,867 |
| Valuation allowance                    | (62,369) | (9,237) |
| Total deferred tax assets              | 6,492 | 51,630 |
| Deferred tax liabilities:              |      |      |
| Goodwill                               | 19,297 | 14,622 |
| Foreign earnings not yet repatriated   | 2,090 | 1,541 |
| Foreign currency translation           | 4,192 | 2,743 |
| Total deferred tax liabilities         | 25,579 | 18,906 |
| Net deferred tax (liabilities) assets  | $ (19,087) | $ 32,724 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248423

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**10. Income Taxes (continued)**

Current income taxes payable are presented on a stand-alone basis for the Company. The calculation is in accordance with the tax sharing agreement with VENAO. The U.S. portion of such taxes is included in the accompanying combined and consolidated balance sheets as intercompany payables. Foreign taxes are paid at the foreign company level.

At December 31, 2010, the Company has a net operating loss (NOL) carryforward on U.S. operations totaling $17.5 million. The underlying NOL is set to expire in 2030 and is calculated on an intercompany tax-sharing basis. In addition, the Company has a capital loss carryforward totaling $15.1 million. If not used, the capital loss carryforward will expire in 2014.

The Company records deferred income tax assets to the extent the Company believes that these assets will more likely than not be realized. In making such determination, the Company considers all available positive and negative evidence, including scheduled reversals of deferred income tax liabilities, projected future taxable income, tax planning strategies, and recent financial operations. At December 31, 2010 and 2009, the Company has recorded a valuation allowance against the net deferred income tax asset of $62,369 and $9,237, respectively, as the Company believes that it is more likely than not that it will not ultimately realize the net deferred income tax assets recorded at December 31, 2010 and 2009.

**11. Commitments and Contingencies**

The Company is involved in various claims and legal actions arising in the ordinary course of business. In the opinion of management, the ultimate disposition of these matters will not have a material adverse effect on the Company's combined and consolidated financial position, results of operations, or cash flows.

In June 2006, the Company initiated legal proceedings against a municipal customer alleging, among other things, unpaid invoices for services performed, withheld retainage, the call of a letter of credit, and breach of contract. At December 31, 2007, the Company had recorded net receivables totaling $23.0 million from the municipality and expected such amount to be fully collectible. In 2008, the Company and the municipal customer filed separate motions for partial summary judgment on certain matters. In a December 2008 Court Order, in addition to responding to certain requests for summary judgment, the judge dismissed the Company's entire case and did not address the municipal customer's counterclaims. In the Company's opinion, the dismissal of the entire case was inappropriate, and accordingly, on December 22, 2008, the Company filed motions for reconsideration with the U.S. District Court to effectively appeal

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248424

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 11. Commitments and Contingencies (continued)

certain matters ruled on by the summary judgment and to reinstate matters that were not a part of the summary judgment but were closed when the entire case was dismissed. In July 2009, the U.S. District Court issued an Opinion and Order in response to the Company's motions. In this Opinion and Order, the Company's motions for reconsideration were granted in part and denied in part. In July 2009, the Company filed a motion to have the judge clarify whether the Company would be able to amend the complaint to pursue claims from the municipal customer for the breach of contract. The amount previously invoiced to the customer related to this contract dispute totaled $12.2 million.

On September 25, 2009, the U.S. District Court issued an order that denied the Company's ability to amend the complaint and pursue claims for breach of contract. The Company reassessed the collectability of the receivable recorded at December 31, 2008, based on the September 25, 2009, Court Order and reduced the net receivable to $7.9 million in 2008. On June 3, 2011, the trial court issued an Order and Judgment, resulting in a net verdict of approximately $5 million in favor of the Company. On July 1, 2011, the Company and municipal customer filed separate motions challenging certain rulings from the most recent Order and Judgment.

On August 26, 2011, the trial court denied both parties' motions, except that it granted the request for pretrial interest. As a result, judgment has been entered in favor of the Company in the net amount of $10 million. Both sides have appealed. The Company's initial brief was filed on December 7, 2011. The municipal customer's initial brief is due on January 9, 2012. On September 2, 2011, the Court Clerk awarded costs to the Company of $0.2 million and awarded costs to the municipal customer of $0.4 million. The Company filed a motion challenging the award of costs to the municipal customer, asserting that only one "prevailing party" is permitted to recover costs under the applicable rule. On October 28, 2011, the Court also ruled that both sides should bear their own costs. The Court has ordered the parties to participate in a half-day, court-sponsored mediation. The mediation is expected to be scheduled for some time in January 2012. As a result of the foregoing actions, the Company recognized interest income in the amount of $6.0 million and interest expense in the amount of $1.0 million in the 2010 combined and consolidated statement of operations. As of December 31, 2010, the Company has recorded a $10.0 million net asset which corresponds to the August 26, 2011, court order. This net asset is comprised of $15.1 million recorded in trade account receivables, $6.0 million recorded in other current assets, and an $11.1 million liability recorded in other current liabilities. While the outcome of this dispute cannot be determined with certainty, the Company does not believe its ultimate resolution will have a material adverse effect on its combined and consolidated financial position, results of operations, or cash flows.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248425

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**11. Commitments and Contingencies (continued)**

In April 2008, the Company and its wholly owned subsidiary, Veolia Water Indianapolis (VWI), were named as defendants in two putative class action lawsuits (later consolidated) filed in Indiana state courts, in which the plaintiffs have alleged that the meter-reading practices used by VWI for Indianapolis customers were inconsistent with VWI's contract with the local water authority and state consumer protection law. In October 2008, VWI filed a motion to dismiss the lawsuit that was granted by the Indiana State Court in January 2009. The lawsuit has since been re-filed by the plaintiff and amended to include the City of Indianapolis. Further dispositive responsive motions were filed by both VWI and the City of Indianapolis, and they were granted in part and denied in part. A motion for reconsideration was granted on June 25, 2010, leaving only breach of contract claims against VWI and the City. A motion to dismiss asserting that the matter should first be raised before the Indiana Utilities Regulatory Commission is set for December 20, 2011. VWI believes that its billing and meter-reading practices complied with its contract and relevant laws and regulations, and that the claims of the plaintiffs are without merit. VWI intends to defend its interests vigorously and at this point in the proceedings, it is impossible to determine the potential loss, but the Company believes that this lawsuit will not materially and adversely affect its combined and consolidated results of operations, liquidity, or financial position.

In February 2009, the Mayor of the City of Indianapolis appointed an Infrastructure Advisory Commission, which recommended the release of a Request for Expression of Interest (REI) seeking ideas to improve the City of Indianapolis' water and wastewater systems and deliver services from both systems at reduced costs to users. Responses from various entities, including the Company, were submitted during August 2009. On March 10, 2010, the City of Indianapolis signed a Memorandum of Understanding with Citizens Energy Group (CEG) to transfer the assets for the water and wastewater utilities to CEG. The Company and CEG performed a review of the Management Agreement to consider potential changes to the arrangement in view of the combination of utilities.

In October 2010, the City, CEG, and the Company signed a Settlement Agreement to transition the operation and ownership of the waterworks assets to CEG pending approval of the transaction by the Indiana Utility Regulatory Commission (IURC). The Company agreed to continue to operate the waterworks in the interim period with no significant deterioration in service. The Company also agreed to assist CEG by participation in transition activities and assisting with the transfer of any employees who CEG desires to hire and who themselves desire to be hired by CEG.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248426

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**11. Commitments and Contingencies (continued)**

In addition, the Settlement Agreement provided for a standard fixed base fee to substitute for the combined fixed and incentive service fee in the original Management Agreement. This amount was $3.5 million for the month of October 2010 and $4.5 million per month for the months of November 2010 through March 2011.

The IURC issued the final order approving the transition of the water and wastewater assets of the City of Indianapolis to CEG on July 13, 2011, resulting in a $28.8 million settlement payment received by the Company on the August 26, 2011, which has resulted in a gain recorded in 2011. The official transition of the operation took place at 12:01 AM on Friday, August 26, 2011.

In addition there were over $5.0 million in obligations due to VWI that was subject to Arbitration as defined by the Settlement Agreement. These included $3.0 million related to the inflation index applied to the Service Fee annually, $0.18 million in interest charges, and the final instalment of $1.7 million due from the First Amendment to the Management Agreement. The arbitration was subject to a cap of $3.5 million. The Department of Waterworks (DOW) was successful in putting all of the inflation related adjustments into the Arbitration in spite of VWI's claim that the inflation was simply due under the contract.

The arbitration was held the week of July 18, 2011, and the Arbitrator ruled in VWI's favor on August 12, 2011. The order stated that VWI was due all amounts related to the inflation adjustments as well as the interest related to those payments. This amount reached the $3.5 million cap, which is recorded in revenue as of December 31, 2010; thus, the issue of the $1.7 million was not addressed. The $3.5 million payment was received from the DOW and covered the annual average inflation amount for base fee and incentive fees since the amount had been frozen at 2008 levels by the IURC in 2008. It also covered $0.1 million in interest on these charges.

Finally, a detailed transition document detailed the key deliverables by the parties. In this document the parties agreed to a true up of inventory value to the $1.2 million required by the original Management Agreement. This true up resulted in a $0.9 million payment to VWI by CEG for the amount above the contractually required level.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248427

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**11. Commitments and Contingencies (continued)**

In March 2010, an employee of the Company's wholly owned subsidiary, Veolia Water North America – West, LLC (VWNA West), brought a claim against the Company and VWNA West in California state court. The main complaint, among others, asserted purportedly on behalf of the plaintiff and all similarly situated employees, alleges that the employees did not receive compensation for all hours worked as defined by California wage and hour law. The Plaintiff is currently seeking class certification from the California court. Until the matter of class certification has been resolved, it is too early to assess the accounting impact, if any, this litigation may have on the Company's combined and consolidated results of operations, liquidity, or financial position.

In the normal course of business, letters of credit and performance (surety) bonds are issued on behalf of the Company by an affiliate to customers, vendors, and lending institutions as guarantees for payment or performance, or both, under various commercial contracts into which the Company enters. In addition, bid bonds may also be required of the Company as security for the Company's commitment to proceed with a project if it is the successful bidder. Performance bonds and letters of credit are typically issued for the benefit of the Company's customers as financial security for the completion or performance by the Company of its contractual obligations under certain commercial contracts. The majority of these instruments are not reflected on the Company's combined and consolidated balance sheets as a liability because they will not result in a liability to the Company unless the Company fails to perform the contractual obligations, which are secured by the corresponding instrument. These guarantees are either provided directly by the Company (as the Guarantor) or provided by certain affiliated companies acting as Guarantors on behalf of the Company (as the Obligor).

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                    VWNAOS248428

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 11. Commitments and Contingencies (continued)

The following is the Company's off-balance sheet commitments given in the ordinary course of business (in millions):

| | At December 31, 2010 | | Maturity of Commitment | | |
| | | Less Than 1 Year | 1 to 5 Years | More Than 5 Years | |
|---|---|---|---|---|---|
| Commitments given to third parties by the Company or affiliated companies: | | | | | |
| Operational guarantees: | | | | | |
| Performance bonds | $ 111.8 | $ 111.8 | $ - | $ – | |
| Other operational guarantees | 1,168.7 | 123.2 | 161.6 | 883.9 | |
| Financial guarantees | 69.2 | – | 14.5 | 54.7 | |
| Letters of credit | 94.6 | 94.6 | – | – | |
| Total commitments given to third parties by the Company or affiliated companies | $ 1,444.3 | $ 329.6 | $ 176.1 | $ 938.6 | |
| | | | | | |
| Commitments given to third parties by the Company (as Guarantor) | $ 353.7 | $ 70.6 | $ 90.1 | $ 193.0 | |
| Commitments given to third parties by affiliated companies (with the Company as Obligor) | 1,090.6 | 259.0 | 86.0 | 745.6 | |
| Total commitments given to third parties by the Company or affiliated companies | $ 1,444.3 | $ 329.6 | $ 176.1 | $ 938.6 | |

The Company has certain noncancelable operating leases, primarily for equipment, vehicles, and facilities. These leases generally contain automatic renewal options until terminated by either party and require the Company to pay all executory costs such as maintenance and insurance. Rental expense for operating leases and short-term equipment and vehicle rental was $13.4 million and $12.4 million during 2010 and 2009, respectively.

1009-1186449

35

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**11. Commitments and Contingencies (continued)**

Future minimum lease payments under noncancelable operating leases with initial or remaining lease terms in excess of one year at December 31, 2010, are as follows (in thousands):

|  | **2010** |
|---|---|
| 2011 | $    2,623 |
| 2012 | 2,324 |
| 2013 | 2,092 |
| 2014 | 2,121 |
| 2015 | 2,105 |
| Thereafter | 4,161 |
| Total minimum lease payments | $    15,426 |

The Company has U.S. employees covered by collective bargaining agreements. The percentage of Company employees represented by collective bargaining agreements at December 31, 2010 and 2009, was 26.5% and 28.6%, respectively. The percentage of Company employees represented by collective bargaining agreements due to expire within one year at December 31, 2010, was 10.9%. The percentage of Company employees represented by expired collective bargaining agreements currently being renegotiated at December 31, 2010, was 3.2%.

**12. Benefit Plans**

The Veolia Water Retirement Savings Plan (the Plan) is available to all U.S.-based employees of the Company who meet the eligibility requirements. The Plan is a qualified defined contribution plan, under Internal Revenue Service (IRS) Section 401(k), that provides for employees and employer contributions and is based on compensation levels. The employer's contribution is not discretionary and is the lower of 50.0% of the first 7.0% of the employees' eligible compensation or the employee's contribution. The Company's contribution to the Plan during the years ended December 31, 2010 and 2009, was $4.3 million and $4.2 million, respectively.

The Company has several defined benefit pension plans for certain union employees at selected projects. The largest plan covers union employees in the Indianapolis Production and Maintenance group who were plan participants as of May 12, 2004.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248430

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**12. Benefit Plans (continued)**

The Company has U.S. employees covered by postretirement medical benefit plans and has accounted for these plans using actuarial models required under GAAP for employers' accounting for postretirement benefits other than pensions.

The Indianapolis project has a supplemental executive retirement plan (SERP) that covers certain employees and former employees. Contributions to the plan are discretionary. Benefits under the Indianapolis SERP were frozen effective December 31, 2002.

The Milwaukee Project is responsible for pension benefits earned by former employees of the Milwaukee Metropolitan Sewerage District while they are employed by Veolia Water North America. The plan is sponsored by the City of Milwaukee Employees' Retirement System (ERS) and is accounted for as a multi-employer plan. The pension cost was allocated among the member municipalities by the plan administrator. The City's policy is to fund amounts in accordance with the requirements of the Employee Retirement Income Security Act of 1974. The Company recognized $0.4 million and $1.0 million of pension expense related to the ERS plan during the years ended December 31, 2010 and 2009, respectively.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                VWNAOS248431

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**12. Benefit Plans (continued)**

The measurement date used to determine pension and other postretirement benefits was December 31, 2010 and 2009. The benefit obligation, funded status and accrued benefit costs as of and for the year ended December 31, 2010, were as follows (in thousands):

| Fiscal year ending on | Total Retiree Medical Plans 12/31/2010 | Total Pension Plans 12/31/2010 | All Plans 12/31/2010 |
|---|---|---|---|
| **A. Change in benefit obligation** | | | |
| Benefit obligation at beginning of year | $ 9,526 | $ 24,255 | $ 33,781 |
| Service cost | 1,339 | 727 | 2,066 |
| Interest cost | 517 | 1,304 | 1,821 |
| Employee contributions | – | – | – |
| Plan amendments | – | – | – |
| Plan curtailments | – | – | – |
| Plan settlements | – | – | – |
| Special termination benefits | – | – | – |
| Benefits paid | (225) | (901) | (1,126) |
| Medicare subsidies received | 3 | – | 3 |
| Expenses paid | – | – | – |
| Taxes paid | – | – | – |
| Premiums paid | – | – | – |
| Net transfer in (out) (including the effect of any business combinations/divestitures) | – | – | – |
| Plan combinations | – | – | – |
| Actuarial loss | 893 | 2,358 | 3,251 |
| Benefit obligation at end of year | 12,053 | 27,743 | 39,796 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248432

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**12. Benefit Plans (continued)**

| Fiscal year ending on | Total Retiree Medical Plans 12/31/2010 | Total Pension Plans 12/31/2010 | All Plans 12/31/2010 |
|---|---|---|---|
| **B. Change in plan assets** | | | |
| Fair value of plan assets at beginning of year | $ — | $ 13,475 | $ 13,475 |
| Actual return on plan assets | — | 1,691 | 1,691 |
| Employer contributions | 222 | 378 | 600 |
| Employee contributions | — | — | — |
| Plan settlements | — | — | — |
| Benefits paid | (225) | (901) | (1,126) |
| Medicare subsidies received | 3 | — | 3 |
| Expenses paid | — | — | — |
| Taxes paid | — | — | — |
| Premiums paid | — | — | — |
| Acquisitions/divestitures | — | — | — |
| Plan combinations | — | — | — |
| Adjustments | — | — | — |
| Fair value of plan assets at end of year | — | 14,643 | 14,643 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248433

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**12. Benefit Plans (continued)**

| | Total Retiree Medical Plans 12/31/2010 | Total Pension Plans 12/31/2010 | All Plans 12/31/2010 |
|---|---|---|---|
| **C. Reconciliation of funded status** | | | |
| Fair value of plan assets | $          – | $    14,643 | $    14,643 |
| Benefit obligations | (12,053) | (27,743) | (39,796) |
| Funded status (plan assets less benefit obligations) | (12,053) | (13,100) | (25,153) |
| Net amount [asset (obligation)] recognized in statement of operations | $  (12,053) | $  (13,100) | $  (25,153) |
| **D. Amounts recognized on the combined and consolidated balance sheet consist of** | | | |
| Noncurrent assets | $          – | $          – | $          – |
| Current liabilities | (297) | (197) | (494) |
| Noncurrent liabilities | (11,756) | (12,903) | (24,659) |
| Net amount [asset (obligation)] recognized in statement of operations | $  (12,053) | $  (13,100) | $  (25,153) |
| **E. Reconciliation of amounts recognized in combined and consolidated balance sheet** | | | |
| Initial net asset (obligation) | $       (141) | $          – | $       (141) |
| Prior service credit (cost) | – | – | – |
| Net gain (loss) | (1,277) | (9,088) | (10,365) |
| Accumulated other comprehensive income (loss) | (1,418) | (9,088) | (10,506) |
| Net periodic benefit cost in excess of accumulated contributions | (10,635) | (4,012) | (14,647) |
| Net amount [surplus (deficit)] recognized in statement of operations | $  (12,053) | $  (13,100) | $  (25,153) |
| **F. Components of net periodic benefit cost** | | | |
| Service cost | $     1,339 | $        727 | $      2,066 |
| Interest cost | 517 | 1,304 | 1,821 |
| Expected return on plan assets | – | (985) | (985) |
| Amortization of initial net obligation (asset) | 70 | – | 70 |
| Amortization of prior service cost | – | – | – |
| Amortization of net (gain) loss | 54 | 259 | 313 |
| Curtailment (gain) loss recognized | – | – | – |
| Settlement (gain) loss recognized | – | – | – |
| Special termination benefit recognized | – | – | – |
| Net periodic benefit cost | $     1,980 | $     1,305 | $      3,285 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248434

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**12. Benefit Plans (continued)**

| | Total Retiree Medical Plans 12/31/2010 | Total Pension Plans 12/31/2010 | All Plans 12/31/2010 |
|---|---|---|---|
| **G. Changes recognized in other comprehensive income** | | | |
| Changes in plan assets and benefit obligations recognized in other comprehensive income | $ – | $ – | $ – |
| Initial net obligation (asset) arising during the period | – | – | – |
| Prior service cost (credit) arising during the period | – | – | – |
| Net loss (gain) arising during the period | 894 | 1,652 | 2,546 |
| Amortization of initial net asset (obligation) | (70) | – | (70) |
| Amortization of prior service credit (cost) | – | – | – |
| Amortization of net gain (loss) | (54) | (259) | (313) |
| Effect of exchange rates | – | – | – |
| Total recognized in other comprehensive loss (income) pretax | 770 | 1,393 | 2,163 |
| Total recognized in net periodic benefit and other comprehensive loss (income) | $ 2,750 | $ 2,698 | $ 5,448 |
| Estimated amounts that will be amortized from accumulated other comprehensive income over the next fiscal year | | | |
| Initial net asset (obligation) | $ (70) | $ – | $ (70) |
| Prior service credit (cost) | – | – | – |
| Net gain (loss) | (111) | (339) | (450) |
| | $ (181) | $ (339) | $ (520) |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248435

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 12. Benefit Plans (continued)

| | Total Retiree Medical Plans 12/31/2010 | Total Pension Plans 12/31/2010 |
|---|---|---|
| **H. Weighted average assumptions to determine benefit obligations** | | |
| Discount rate | 5.00% | 5.00% |
| Salary rate | 0%–4.00% | 0%–2.50% |
| Measurement date | 12/31/10 | 12/31/10 |
| | | |
| Additional information for postretirement medical plans: | | |
| Assumed health care trend rate: | | |
| a. Immediate trend rate | 9.00% | N/A |
| b. Ultimate trend rate | 4.50% | N/A |
| c. Year that the rate reaches ultimate trend rate | 2024 | N/A |
| **I. Assumptions to determine net cost** | | |
| Discount rate | 5.50% | 5.50% |
| Expected return on assets | N/A | 7.50% |
| Rate of compensation increase | 4.00% | 2.00% |
| Basis used to determine overall expected long-term rate of return on assets assumption | N/A | N/A |
| | | |
| Additional information for postretirement medical plans: | | |
| Assumed health care trend rate: | | |
| a. Immediate trend rate | 8.75%–9.00% | N/A |
| b. Ultimate trend rate | 5.00% | N/A |
| c. Year that the rate reaches ultimate trend rate | 2018 | N/A |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248436

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**12. Benefit Plans (continued)**

|  | Total Retiree Medical Plans 12/31/2010 | Total Pension Plans 12/31/2010 |
|---|---|---|
| **J. Additional year-end information** | | |
| Required information for all defined benefit plans: | | |
| Accumulated benefit obligation | $ – | $ 25,379 |
| Required disclosures for postretirement medical plans | | |
| Sensitivity to trend rate assumptions | | |
| a. One percent increase in trend rate | | |
| i. Effect on total service cost and interest cost components | 273 | – |
| ii. Effect on benefit obligation | 1,423 | – |
| b. One percent decrease in trend rate | | |
| i. Effect on total service cost and interest cost components | (227) | – |
| ii. Effect on benefit obligation | (1,215) | – |
| Special Disclosure on the impact of the Medicare Drug Act of 2003-The Medicare Prescription Drug, Improvement and Modernization Act of 2003 was reflected in the accumulated postretirement benefit obligation (APBO) beginning in 2005 assuming that the Company will continue to provide a prescription drug benefit to retirees that is at least actuarially equivalent to Medicare Part D and that the Company will receive the federal subsidy. Accordingly, the net periodic postretirement benefit cost was reduced to reflect the impact of the federal subsidy. | | |
| a. Reduction in APBO due to the federal subsidy | 276 | – |
| The effect of the federal subsidy by net periodic postretirement benefit cost component | | |
| b. Service cost | (1) | – |
| c. Interest cost | (14) | – |
| d. Net amortization and deferral of actuarial gain | (23) | – |
| e. Net periodic postretirement benefit cost | $ (38) | $ – |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248437

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

## 12. Benefit Plans (continued)

| | Total Retiree Medical Plans 12/31/2010 | Total Pension Plans 12/31/2010 |
|---|---|---|
| **K. Additional year-end information for plans with accumulated benefit obligations in excess of plan assets** | | |
| Projected benefit obligation | $          – | $     27,743 |
| Accumulated benefit obligation | – | 25,379 |
| Fair value of plan assets | – | 14,643 |
| **L. Additional year-end information for plans with projected benefit obligations in excess of plan assets** | | |
| Projected benefit obligation | $     12,053 | $     27,743 |
| Fair value of plan assets | – | 14,643 |
| **M. Cash flows** | | |
| Projected company contributions for following fiscal year: | $         297 | $      2,372 |
| Expected benefit payments for FYE (net of Medicare subsidy): | | |
| 31-Dec-2011 | 297 | 1,136 |
| 31-Dec-2012 | 398 | 1,171 |
| 31-Dec-2013 | 491 | 1,513 |
| 31-Dec-2014 | 621 | 1,302 |
| 31-Dec-2015 | 842 | 1,658 |
| Next five years | 5,965 | 9,647 |
| Expected Medicare subsidy receipts for FYE: | | |
| 31-Dec-2011 | 5 | – |
| 31-Dec-2012 | 7 | – |
| 31-Dec-2013 | 8 | – |
| 31-Dec-2014 | 10 | – |
| 31-Dec-2015 | 13 | – |
| Next five years | 117 | – |
| **Plan assets** | | |
| **Target allocation** | | |
| Equity | N/A | 60% |
| Debt securities | N/A | 40% |
| Real estate | N/A | 0% |
| Other | N/A | 0% |
| **Actual allocation** | | |
| Equity | N/A | 61.26%–61.29% |
| Debt securities | N/A | 35.67%–36.38% |
| Real estate | N/A | 0% |
| Other | N/A | 2.26%–3.04% |
| Total | N/A | 100% |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 12. Benefit Plans (continued)

The measurement date used to determine pension and other postretirement benefits was December 31, 2009. The benefit obligation, funded status, and accrued benefit costs as of and for the year ended December 31, 2009, were as follows (in thousands):

| Fiscal year ending on | Total Retiree Medical Plans 12/31/2009 | Total Pension Plans 12/31/2009 | All Plans 12/31/2009 |
|---|---:|---:|---:|
| **A. Change in benefit obligation** | | | |
| Benefit obligation at beginning of year | $    6,635 | $    19,791 | $    26,426 |
| Veolia Water Milwaukee benefit obligation | 851 | – | 851 |
| Service cost | 1,179 | 621 | 1,800 |
| Interest cost | 481 | 1,259 | 1,740 |
| Employee contributions | – | – | – |
| Plan amendments | – | – | – |
| Plan curtailments | – | – | – |
| Plan settlements | – | – | – |
| Special termination benefits | – | – | – |
| Benefits paid | (215) | (474) | (689) |
| Medicare subsidies received | 7 | – | 7 |
| Expenses paid | – | – | – |
| Taxes paid | – | – | – |
| Premiums paid | – | – | – |
| Net transfer in (out) (including the effect of any business combinations/divestitures) | – | – | – |
| Plan combinations | – | – | – |
| Actuarial loss | 588 | 3,058 | 3,646 |
| Benefit obligation at end of year | 9,526 | 24,255 | 33,781 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248439

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**12. Benefit Plans (continued)**

| Fiscal year ending on | Total Retiree Medical Plans 12/31/2009 | Total Pension Plans 12/31/2009 | All Plans 12/31/2009 |
|---|---|---|---|
| **B. Change in plan assets** | | | |
| Fair value of plan assets at beginning of year | $         – | $    11,150 | $    11,150 |
| Actual return on plan assets | – | 2,583 | 2,583 |
| Employer contributions | 197 | 216 | 413 |
| Employee contributions | – | – | – |
| Plan settlements | – | – | – |
| Benefits paid | (204) | (474) | (678) |
| Medicare subsidies received | 7 | – | 7 |
| Expenses paid | – | – | – |
| Taxes paid | – | – | – |
| Premiums paid | – | – | – |
| Acquisitions/divestitures | – | – | – |
| Plan combinations | – | – | – |
| Adjustments | – | – | – |
| Fair value of plan assets at end of year | – | 13,475 | 13,475 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248440

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**12. Benefit Plans (continued)**

| | Total Retiree Medical Plans 12/31/2009 | Total Pension Plans 12/31/2009 | All Plans 12/31/2009 |
|---|---|---|---|
| **C. Reconciliation of funded status** | | | |
| Fair value of plan assets | $ – | $ 13,475 | $ 13,475 |
| Benefit obligations | (9,526) | (24,255) | (33,781) |
| Funded status (plan assets less benefit obligations) | (9,526) | (10,780) | (20,306) |
| Net amount [asset (obligation)] recognized in statement of financial position | $ (9,526) | $ (10,780) | $ (20,306) |
| | | | |
| **D. Amounts recognized on the combined and consolidated balance sheet consist of** | | | |
| Noncurrent assets | $ – | $ – | $ – |
| Current liabilities | (214) | (215) | (428) |
| Noncurrent liabilities | (9,312) | (10,565) | (19,878) |
| Net amount [asset (obligation)] recognized in statement of financial position | $ (9,526) | $ (10,780) | $ (20,306) |
| | | | |
| **E. Reconciliation of amounts recognized in combined and consolidated balance sheet** | | | |
| Initial net asset (obligation) | $ (211) | $ – | $ (211) |
| Prior service credit (cost) | – | – | – |
| Net gain (loss) | (436) | (7,696) | (8,132) |
| Accumulated other comprehensive income (loss) | (647) | (7,696) | (8,343) |
| Net periodic benefit cost in excess of accumulated contributions | (8,878) | (3,085) | (11,963) |
| Net amount [surplus (deficit)] recognized in statement of financial position | $ (9,525) | $ (10,781) | $ (20,306) |
| | | | |
| **F. Components of net periodic benefit cost** | | | |
| Service cost | $ 1,179 | $ 621 | $ 1,800 |
| Interest cost | 481 | 1,259 | 1,740 |
| Expected return on plan assets | – | (813) | (813) |
| Amortization of initial net obligation (asset) | 70 | – | 70 |
| Amortization of prior service cost | – | – | – |
| Amortization of net (gain) loss | (59) | 355 | 296 |
| Curtailment (gain) loss recognized | – | – | – |
| Settlement (gain) loss recognized | – | – | – |
| Special termination benefit recognized | – | – | – |
| Net periodic benefit cost | $ 1,671 | $ 1,422 | $ 3,093 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL                                                                                          VWNAOS248441

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**12. Benefit Plans (continued)**

| | Total Retiree Medical Plans 12/31/2009 | Total Pension Plans 12/31/2009 | All Plans 12/31/2009 |
|---|---|---|---|
| **G. Changes recognized in other comprehensive income** | | | |
| Changes in plan assets and benefit obligations recognized in other comprehensive income | $ – | $ – | $ – |
| Initial net obligation (asset) arising during the period | – | – | – |
| Prior service cost (credit) arising during the period | – | – | – |
| Net loss (gain) arising during the period | 588 | 1,288 | 1,876 |
| Amortization of initial net asset (obligation) | (70) | – | (70) |
| Amortization of prior service credit (cost) | – | – | – |
| Amortization of net gain (loss) | 59 | (355) | (296) |
| Effect of exchange rates | – | – | – |
| Total recognized in other comprehensive loss (income) pretax | 577 | 933 | 1,510 |
| Total recognized in net periodic benefit and other comprehensive loss (income) | $ 2,248 | $ 2,355 | $ 4,603 |
| | | | |
| Estimated amounts that will be amortized from accumulated other comprehensive income over the next fiscal year | | | |
| Initial net asset (obligation) | $ (70) | $ – | $ (70) |
| Prior service credit (cost) | – | – | – |
| Net gain (loss) | 75 | (258) | (183) |
| | $ 5 | $ (258) | $ (253) |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248442

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 12. Benefit Plans (continued)

| | Total Retiree Medical Plans 12/31/2009 | Total Pension Plans 12/31/2009 |
|---|---|---|
| **H. Weighted average assumptions to determine benefit obligations** | | |
| Discount rate | 5.50% | 5.50% |
| Salary rate | N/A | N/A |
| Measurement date | 12/31/09 | 12/31/09 |
| | | |
| Additional information for postretirement medical plans: | | |
| Assumed health care trend rate: | | |
| a. Immediate trend rate | 8.75%–9.00% | N/A |
| b. Ultimate trend rate | 4.00%–5.00% | N/A |
| c. Year that the rate reaches ultimate trend rate | 2018 | N/A |
| **I. Assumptions to determine net cost** | | |
| Discount rate | 6.50% | 6.50% |
| Expected return on assets | N/A | 7.50% |
| Rate of compensation increase | N/A | 2.00% |
| Basis used to determine overall expected long-term rate of return on assets assumption | N/A | N/A |
| | | |
| Additional information for postretirement medical plans: | | |
| Assumed health care trend rate: | | |
| a. Immediate trend rate | 8.75%–9.50% | N/A |
| b. Ultimate trend rate | 4.00%–5.00% | N/A |
| c. Year that the rate reaches ultimate trend rate | 2018 | N/A |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248443

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**12. Benefit Plans (continued)**

|  | Total Retiree Medical Plans 12/31/2009 | Total Pension Plans 12/31/2009 |
|---|---|---|
| **J. Additional year-end information** | | |
| Required information for all defined benefit plans: | | |
| Accumulated benefit obligation | $ – | $ 22,133 |
| Required disclosures for postretirement medical plans | | |
| Sensitivity to trend rate assumptions | | |
| a. One percent increase in trend rate | | |
| i. Effect on total service cost and interest cost components | 228 | – |
| ii. Effect on benefit obligation | 1,066 | – |
| b. One percent decrease in trend rate | | |
| i. Effect on total service cost and interest cost components | (192) | – |
| ii. Effect on benefit obligation | (918) | – |
| Special Disclosure on the Impact of the Medicare Drug Act of 2003 The Medicare Prescription Drug, Improvement and Modernization Act of 2003 was reflected in the accumulated postretirement benefit obligation (APBO) beginning in 2005 assuming that the Company will continue to provide a prescription drug benefit to retirees that is at least actuarially equivalent to Medicare Part D and that the Company will receive the federal subsidy. Accordingly, the net periodic postretirement benefit cost was reduced to reflect the impact of the federal subsidy. | | |
| c. Reduction in APBO due to the federal subsidy | 251 | – |
| The effect of the federal subsidy by net periodic postretirement benefit cost component | | |
| a. Service cost | (3) | – |
| b. Interest cost | (16) | – |
| c. Net amortization and deferral of actuarial gain | (13) | – |
| d. Net periodic postretirement benefit cost | $ (32) | $ – |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248444

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**12. Benefit Plans (continued)**

|  | Total Retiree Medical Plans 12/31/2009 | Total Pension Plans 12/31/2009 |
|---|---|---|
| **K. Additional year-end information for plans with accumulated benefit obligations in excess of plan assets** | | |
| Projected benefit obligation | $ — | $ 24,255 |
| Accumulated benefit obligation | — | 22,133 |
| Fair value of plan assets | — | 13,475 |
| **L. Additional year-end information for plans with projected benefit obligations in excess of plan assets** | | |
| Projected benefit obligation | 9,526 | 24,255 |
| Fair value of plan assets | — | 13,475 |
| **M. Cash flows** | | |
| Projected company contributions for following fiscal year: | 237 | 1,087 |
| Expected benefit payments for FYE (net of Medicare subsidy): | | |
| 31-Dec-2009 | 237 | 1,087 |
| 31-Dec-2010 | 299 | 1,007 |
| 31-Dec-2011 | 388 | 1,039 |
| 31-Dec-2012 | 491 | 1,336 |
| 31-Dec-2013 | 624 | 1,188 |
| Next five years | 5,355 | 8,735 |
| Expected Medicare subsidy receipts for FYE | | |
| 31-Dec-2009 | 4 | — |
| 31-Dec-2010 | 6 | — |
| 31-Dec-2011 | 8 | — |
| 31-Dec-2012 | 9 | — |
| 31-Dec-2013 | 10 | — |
| Next five years | 95 | — |
| **Plan assets** | | |
| **Target allocation** | | |
| Equity | N/A | 60% |
| Debt securities | N/A | 40% |
| Real estate | N/A | 0% |
| Other | N/A | 0% |
| **Actual allocation** | | |
| Equity | N/A | 61.77%–61.86% |
| Debt securities | N/A | 36.10%–36.23% |
| Real estate | N/A | 0% |
| Other | N/A | 1.91%–2.13% |
| Total | N/A | 100% |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

VWNAOS248445

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**12. Benefit Plans (continued)**

Effective January 1, 2006, the Centers for Medicare and Medicaid Services (CMS) began providing a subsidy to employers who provide prescription drug coverage that is at least as good as the Medicare standard drug benefit. For each qualifying retiree, CMS will pay a subsidy based on 28.0% of actual prescription drug costs between $250 and $5,000. For the year ended December 31, 2010, the amount received by the Company related to this subsidy was $90,372 and is reflected in net periodic benefit cost and the benefit obligation.

The Company's investment policy is to invest in a mix of equity and fixed income investments.

The asset allocation policy was developed in consideration of the following long-term investment objectives: achieving a return on assets consistent with the funding requirements of the Plan, maximizing portfolio return with expected real equity returns of 6% to 8% and real fixed income returns of 4% to 6%, and minimizing the impact of market fluctuations on the value of the plan assets. To develop the expected long-term rate of return on assets assumption, the Company considered historical returns for each asset class, as well as the target allocation of the pension portfolio.

The FASB has established a three-level valuation hierarchy for fair value measurements. These valuation techniques are based upon the transparency of inputs (observable and unobservable) to the valuation of an asset or liability as of the measurement date. Observable inputs reflect market data obtained from independent sources, while unobservable inputs reflect the Company's market assumptions.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248446

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 12. Benefit Plans (continued)

The fair value of all of the Plan's assets at December 31, 2010 and 2009, is measured using the quoted prices in the active markets for identical assets, which represent Level 1 within the hierarchy set forth in the accounting guidance for fair value measurements.

|  | 2010 | | 2009 | |
|---|---|---|---|---|
|  | Total | | Total | |
| **Equity securities** | | | | |
| Small cap | $ | 1,383 | $ | 1,272 |
| Value | | 2,726 | | 2,899 |
| International | | 2,224 | | 1,236 |
| Growth | | 1,952 | | 2,173 |
| Large cap | | 688 | | 742 |
| **Debt securities** | | | | |
| Total return | | 5,303 | | 4,867 |
| Cash and cash equivalents | | 367 | | 286 |
| Total fair value | $ | 14,643 | $ | 13,475 |

### 13. Direct Finance Leases

The Company has entered into various agreements to provide comprehensive water and wastewater services for periods ranging from 10 to 35 years. Construction of the facilities used to provide these services was completed between 1996 and 2007. The Company accounts for the facilities as a lessor under direct finance leases. Accordingly, the Company's earnings under these agreements are primarily through interest income. As described in Note 9, the Chicago biosolids project is not accounted for as a lease.

Each of the direct finance lease transactions is an integral part of a long-term O&M agreement. Any initial direct costs incurred by the Company are incurred for the entire transaction, and not just to originate the lease component of the transaction, and would have been incurred even if there was no direct finance lease component to the transaction.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248447

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

**13. Direct Finance Leases (continued)**

The components of the net investment in direct finance leases are as follows at December 31, 2010 and 2009 (in thousands):

|  | 2010 | 2009 |
|---|---|---|
| Minimum lease income receivable | $ 74,644 | $ 81,789 |
| Unearned lease income | (18,397) | (22,190) |
| Net investment | $ 56,247 | $ 59,599 |

Future minimum lease incomes to be received under the direct finance leases, net of executory costs, are as follows (in thousands):

| | |
|---|---|
| 2011 | $ 9,088 |
| 2012 | 8,157 |
| 2013 | 8,174 |
| 2014 | 8,180 |
| 2015 | 13,521 |
| Thereafter | 27,524 |
| Total minimum lease income | $ 74,644 |

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248448

Veolia Water North America Operating Services, LLC

Notes to Combined and Consolidated Financial Statements (continued)

### 14. Long-Term Notes and Receivables

The components of long-term notes and receivables at December 31, 2010 and 2009, were as follows (in thousands):

|  | 2010 | 2009 |
|---|---|---|
| Direct finance leases | $ 56,247 | $ 59,599 |
| Other | 1,597 | 1,335 |
| Less current portion of direct finance leases, included in other current assets | (5,911) | (5,970) |
| Total | $ 51,933 | $ 54,964 |

The Company made a December 31, 2009, reclassification related to the Company's investment in the Chicago biosolids facility (see Note 9). A total of $63,926 was reclassified to property and equipment from long-term notes and receivables ($50,039) and intangibles ($13,887). This misclassification was not material to the overall financial statements in that it had no impact on earnings, cash flows, or working capital.

Company Confidential - Trade Secret and Proprietary Information - Veolia Water

CONFIDENTIAL

VWNAOS248449

CONFIDENTIAL

VWNAOS248450

CONFIDENTIAL

VWNAOS248451

Ernst & Young LLP

Assurance | Tax | Transactions | Advisory

**About Ernst & Young**

Ernst & Young is a global leader in assurance,
tax, transaction and advisory services.
Worldwide, our 141,000 people are united by
our shared values and an unwavering commitment to
quality. We make a difference by helping our people, our
clients and our wider communities achieve their potential.

For more information, please visit www.ey.com

Ernst & Young refers to the global organization
of member firms of Ernst & Young Global Limited,
each of which is a separate legal entity.
Ernst & Young Global Limited, a UK company
limited by guarantee, does not provide services
to clients. This Report has been prepared by
Ernst & Young LLP, a client serving member firm
located in the United States.



VWNAOS248452



At Indianapolis, Indiana, Veolia Water partnered with local firms to implement a large-scale capital program as part of the overall O&M agreement.

# Appendix E

# Financial and Engineering
# Potential Team Partners

## Letters of Interest



CONFIDENTIAL

VWNAOS248453

# Appendix E

## Potential Team Partners Engineering

### Letters of Interest



CONFIDENTIAL



AECOM                    1-213-593-8000 tel
555 South Flower Street  1-213-593-8730 fax
Suite 3700
Los Angeles
CA 90071-2300

April 3, 2014

Mr Francis Crehan, Vice President
Veolia Water North America Operatting Services, LLC
101 West Washington Street, Suite 1400 East
Indianapolis, Indiana 46202

Subject:   Commitment Letter in support of Veolia Water's submittal in response to:
           RFI for Potential Operators of Detroit Water and Sewage Disposal Systems for Detroit
           Water and Sewerage Department

Dear Mr Crehan

AECOM is pleased to provide this letter of support related to the Statement of Interest being
submitted by Veolia Water North America Operating Services, LLC (Veolia Water).

We recognize that the required capital improvements will require extensive engineering and
construction capabilities and hereby commit our resources and expertise to Veolia Water should they
be selected. A Fortune 500 company with annual revenue of more than $8 billion, AECOM is a
national leader in water and wastewater system infrastructure. In 2013, our uniformly high rankings in
*Engineering News Record* included:

- #1 design firm overall
- #1 in water transmission lines
- #2 in sanitary and stormwater sewers
- #2 in wastewater treatment

We are responsible for the planning, design, and construction of some of most complex and high
profile water/wastewater programs and projects in the country. Current assignments include overall
program management for San Francisco's $6.9 billion wastewater capital improvement program and
construction program management for that city's $4.6 billion water system CIP.

AECOM is also a leading provider of Design-Build services. In our water business, we are currently
administering over $400 million of design-build work at various stages of completion, including the
largest advanced water treatment project in the northeast and a first-of-its-kind campus-style water
and wastewater treatment plant project in Florida. We also have a proven track record working with
Veolia within a Design-Build-Operate context on major projects for clients such as the City of Toronto.

AECOM can provide support for all phases of a public-private partnership transaction including
financing.  AECOM has been involved in more than 650 public-private partnership (PPP) projects
globally, approximately 40 of which involve water/wastewater infrastructure. In North America alone,
AECOM has participated in some 20 PPP projects, totaling over $15 billion in construction cost.

We look forward to supporting the Veolia team both in future stages of this procurement and in the
ultimate execution of the project.

Sincerely,

Dave Clancy, Senior Vice President



645 Griswold Street, Suite 3770
Detroit, Michigan 48226
tel: 313.963.1313
fax: 313.962.8525

April 2, 2014

Mr. Francis Crehan, Vice President
Veolia Water North America Operating Services, LLC
101 West Washington Street, Suite 1400 East
Indianapolis, Indiana 46202

Subject:     REQUEST FOR INFORMATION for Potential Operators of the Detroit Water and
             Sewage Disposal Systems for Detroit Water and Sewerage Department (DWSD)

Dear Mr. Crehan:

CDM Michigan Inc. (CDM Smith) is pleased to commit our services to Veolia Water for the project
noted above. CDM Smith was formed in 1947 in Massachusetts, and we have been located in Detroit
since 1976, where we provide continuous service to the DWSD for a variety of projects in both the
water and wastewater areas.

For the water treatment and distribution system, CDM Smith is currently developing the Water
Master Plan and we are finalizing a capital improvement plan to economically provide potable
water to the region. This plan utilizes a realistic range of water demands for the system, including
reducing the cost of service by consolidating water treatment operations and retiring portions of
the distribution system that are no longer needed to serve the system users. Both of these
recommendations will reduce the need for capital funding and O&M personnel as the demand for
services has been consistently declining in recent years. We have also been responsible for
rehabilitation designs for the largest water treatment plant (Springwells WTP) in the department.

For the wastewater system, CDM Smith has long been performing analysis and design for the
world's largest wastewater treatment plant, located on Jefferson Avenue. This has included work in
the primary, secondary, and dewatering and incineration complexes of this unique facility. In
addition, CDM Smith held a major role in the development and application of collection system
modeling that led to a long-term CSO Control Plan identifying a reduced size for CSO facilities. We
also have completed a number of designs for these CSO control facilities that are intended to
reduce the cost of providing wet weather treatment of excess flows.

We believe that our significant background in almost all aspects of DWSD will assist Veolia Water
understand and address the capital improvement needs of the system to achieve the level of
services that its customers will require. If you need additional information, please contact me at
313.230.5615.

Very truly yours,

Mark TenBroek, P.E., BCEE
President
CDM Michigan Inc.

WATER + ENVIRONMENT + TRANSPORTATION + ENERGY + FACILITIES

CONFIDENTIAL                                                                    VWNAOS248456



Emerson Process Management
*Power & Water Solutions, Inc.*
200 Beta Drive
Pittsburgh, PA 15238
Tel 1 (412) 963-4000

April 3, 2014

To: Veolia North America
    101 West Washington Street
    Suite 1400 East
    Indianapolis, IN 46204

Attention: Mr. Frank Crehan

Subject: Detroit Water and Sewerage Department Request for Information

Dear Mr. Crehan:

Emerson Process Management Power & Water Solutions, Inc. (Emerson) is pleased to have the opportunity to support Veolia North America (Veolia) in its pursuit of the owner/operator project for the Detroit Water and Sewerage Department (DWSD).

Since 1999, Emerson has maintained a fully staffed technical service center located inside Detroit, central to most DWSDs facilities. The service center is dedicated to the support of Emerson's Ovation Distributed Control System (DCS) and instrumentation at DWSDs five water treatment plants, numerous pump and booster stations, combined sewer overflow facilities, and the wastewater treatment plant. The support includes application engineering, network design, DCS system design, instrumentation calibration and maintenance, emergency support, and project management. The emergency support provided by Emerson includes around the clock critical maintenance on all control system related equipment, including software, networking, and communications equipment, new and existing instrumentation and controls, DCS hardware, PLCs, and accessories.

The Emerson Ovation DCS is the backbone of controls and process information for DWSD, and is currently being upgraded to the latest version of technology. The Emerson Ovation network architecture features more than 40 integrated Ovation systems monitoring and controlling approximately 30,000 input/output points. This comprehensive control solution helps DWSD improve operational efficiency, maintain regulatory and environmental compliance, and will accommodate future system expansion.

Emerson's Detroit office staff has trained several of the key DWSD engineers and technicians in the areas of process control, instrumentation maintenance, and process automation design engineering. By providing workshops on process control and automation techniques, Emerson keeps DWSDs staff current with the latest level of process control technology.

One of the many accolades that Emerson received from DWSD has been the successful design, build, and maintain contract for DWSDs emergency Backup Control Center (BCC). The BCC project was a low cost solution providing DWSD with immediate access to the department's SCADA system in the event of a catastrophic failure or evacuation at the System Control Center (SCC). The BCC provides 100 percent independent functionality to the primary SCC located 10 miles away.

Emerson has worked successfully with DWSD for the past 14 years without a major incident or contract disruption. In addition Emerson's Detroit office is a certified "Detroit Based Business", and several members of Emerson's Detroit office are City of Detroit residents.

For these reasons, and because of Emerson's existing preferred supplier agreement with Veolia, Emerson believes it can enhance Veolia's proposal for the DWSD owner/operator opportunity.

Sincerely,

Robert Eberle
Manager, North America Pursuits
Emerson Process Management
Power & Water Solutions, Inc.

CONFIDENTIAL

**HAZEN AND SAWYER**

Environmental Engineers & Scientists

Buhl Building
535 Griswold, Suite 1800
Detroit, MI 48226

313 961-3050
hazenandsawyer.com

April 4, 2014

Mr. Francis Crehan
Vice President
Veolia Water North America Operating Services LLC
101 West Washington Street, Suite 1400 East
Indianapolis, Indiana 46202

Re: Support for Operations and Management for Detroit Water and Sewer

Dear Mr. Crehan:

Hazen and Sawyer is excited about the opportunity to support Veolia in this important undertaking with the Detroit Water and Sewerage Department (DWSD). Over our 63-year company history we have focused solely on water and wastewater systems engineering, initially opening our doors in Detroit in 1953 and continuously supporting DWSD since then. Our first assignment was design of a 200-MGD expansion to their Springwells Water Treatment Plant. Subsequently we designed the Southwest Water Treatment Plant, currently owned and operated by DWSD.

Hazen and Sawyer re-opened a Detroit office in 1994 and has maintained a local presence since then. Through dozens of projects for DWSD we have developed a thorough and comprehensive knowledge of their water and wastewater systems, including treatment facilities, water distribution and booster pumping, wastewater collection, and wet weather control and treatment. This knowledge extends well beyond engineering to regulatory, planning, and system operations.

Our work assignments on the water side of DWSD have included studies, traditional design-bid-build, or basis of design and owner's agent for design-build at all five of DWSD's water treatment plants. Our staff possess intimate knowledge of the entire transmission system, booster pump stations, reservoirs, treatment, and system operations. We have also performed extensive water quality bench or pilot work for all five of DWSD's water treatment plants. A recent assignment included assistance with the update/upgrade of the entire transmission system hydraulic model.

On the wastewater side, Hazen and Sawyer has provided as-needed operation and maintenance support at the Detroit WWTP. We also lead the team to provide study, design, and construction administration services for the 8.6-BGD Conner Creek CSO Facility. More recently, we were involved with planning and design of the 327-MGD Puritan CSO facility.

We are well aware of Veolia's global standing in water/wastewater facilities operations and are pleased to offer our technical knowledge of DWSD facilities and systems. We have worked with Veolia in other locations, such as Tri-Cities North Regional Wastewater Authority in Ohio. As the number one consulting firm in the U.S. focused solely on the water/wastewater market, we believe that Hazen and Sawyer can

VWNAOS248458



be a valuable partner to Veolia in this critical endeavor. Our national expertise is available to support you in Detroit, including significant resources in the Midwest. We look forward to working with you.

Sincerely,
HAZEN AND SAWYER, P.C.

Gary J. Haubner, P.E.
Vice President, Midwest Regional Manager

CONFIDENTIAL

VWNAOS248459



**TUCKER, YOUNG, JACKSON, TULL, INC.**

CONSULTING ENGINEERS
615 GRISWOLD ST. • SUITE 600
DETROIT, MICHIGAN 48226
(313) 963-0612 FAX (313) 963-2156

April 3, 2014

Mr. Francis Crehan, Vice President
Veolia Water North America Operating Services, LLC
101 West Washington Street, Suite 1400 East
Indianapolis, Indiana 46202

RE:　Request for Information for Potential Operators of Detroit Water and Sewage Disposal Systems for
　　　Detroit Water and Sewerage Department (DWSD)

Dear Mr. Crehan:

This letter is to confirm Tucker, Young, Jackson, Tull's (TYJTs) commitment to be part of your firm's team for the subject offer. TYJT is a certified Minority Business Enterprise (MBE) incorporated in the State of Michigan in March 1984 and is headquartered in the City of Detroit.

TYJT brings to the Veolia Team extensive knowledge and experience with the DWSD water and wastewater operations. Over the firm's 30 year history we have and continue to provide operational assistance and engineering facility planning, study, design and construction services for both water and wastewater operations. In essence we have at one time or another provided services at ALL DWSD facilities. This experience will be extremely beneficial in meeting the requirements of the subject offer.

For the DWSD Water System, TYJT continues to provide certified staff for operational assistance services at the Imlay Station and at the System Control Center. We completed the most recent DWSD Water Master Plan and we are currently working on the Master Plan Update that covers DWSD's needs through 2035. Over the last 15 years, we have and continue to conduct leak detection surveys and perform water audits including pump testing; perform energy efficiency related design and construction; and prepare construction documents for rehabilitation and new designs for the system 5 water treatment plants, their 21 pumping facilities, and distribution and transmission mains. We perform system hydraulic and water quality modeling for the entire DWSD water transmission and distribution system.

For the DWSD Wastewater System, TYJT provides certified operation and management staff to assist in the Detroit Wastewater Treatment Plant (DWWTP) operation and implementation of the current Small Capital Program. We have successfully completed numerous studies and detailed designs and provided construction management and general construction services for DWSD's Long Term CSO Plan and detention and treatment facilities; the sewer collection system including pumping stations; rehabilitation and new designs for numerous processes at the DWWTP including the Program Management for the Rehabilitation and Upgrade of the Detroit Wastewater Treatment Plant, Complex II centrifuge dewatering facilities, Pump Station No. 1 Grit and Screening facility and Plant Wide Fire Protection and HVAC System upgrade and others.

As the Department's Retail Customer Advocate, TYJT was selected in September 2013 by the Board of Water Commissioners to represent the interests of the system's retail customers (citizens and businesses

CONFIDENTIAL

VWNAOS248460

Mr. Francis Crehan
Veolia
April 3, 2014
Page 2

of the City of Detroit) in the process of DWSD's development of a simplified method for sewer rate setting. During the last 6 months, TYJT senior staff has provided valuable input into discussions and decisions collectively made with system stakeholders (wholesale customers in Wayne, Oakland and Macomb Counties) to safeguard the citizen's and business's interests. In this role, our extensive knowledge of the issues and solutions related to the Detroit aging infrastructure was instrumental in developing long-term and short-term recommendations for the Department's consideration. It is this experience that will assist the Veolia Team in successfully addressing the element of this Offer related to the system retail and wholesale customer needs and requirements.

As a life-long Detroit firm, we look forward to work with Veolia to advance the interest of the City of Detroit's valuable asset, the Detroit Water and Sewerage Department.

Very truly yours,

TUCKER, YOUNG, JACKSON, TULL, INC.

George Y. Karmo, P.E., BCEE
President

File: M:\2020Marketing\Veolia\Transmittal F. Crehan (04-03-14)

VWNAOS248461



April 2, 2014

Mr. Francis Crehan
Vice President
**Veolia Water North America Operating Services, LLC**
101 West Washington Street, Suite 1400 East
Indianapolis, Indiana 46204

Subject:   Letter of Support – Veolia Water
            Response to Request for Information for Potential Operators of the
            Detroit Water & Sewage Disposal Systems for the Detroit Water & Sewerage
            Department (DWSD)

Dear Mr. Crehan:

This letter serves to confirm URS Corporation's (URS) interest in providing
Program/Construction Management and Engineering Design services in support of Veolia
Water's efforts associated with the operation and maintenance of the City of Detroit's Water and
Sewage Disposal Systems.  This is a challenging and exciting program of work that will require
specialized water and wastewater skills, experience and resources to properly maintain the
quality and reliability of the water provided to the City's customers through its Water System
and to bring its Sewage Disposal System (including wastewater treatment facilities) into full
compliance with the provisions and intent of the Clean Water Act.

### URS BRINGS NATIONAL EXPERIENCE AND RESOURCES IN SUPPORT OF VEOLIA WATER

URS is one of the leading PM/CM and engineering design firms in the United States with proven
capabilities and experience both nationally and locally that are directly relevant to the needs of
the City's program. URS' national rankings demonstrate our prominence in those areas critical to
the success of this program and reflect a balanced organization with depth in design, and
program and construction management.

> **#2   Engineering Design**
> **#5   Program/Construction Management**
> **#5   Water Supply**
> **#4   Wastewater Treatment**
> **#4   Sanitary and Storm Sewers**
> **#5   Sewerage and Solid Waste**
> **#2   Sustainable Design**

### URS BRINGS PROVEN AND RELEVANT DETROIT EXPERIENCE AND RESOURCES

In addition to its national and global presence, URS is also a leading supplier of professional
engineering, architecture, planning and construction services in Michigan. Our local history dates
back to 1904 when our founding fathers opened their first office in Grand Rapids. We operate
out of two primary offices in southeast Michigan – Detroit and Southfield. With over 1000

URS Corporation
221 Main Street, Suite 600
San Francisco, CA 94105-1917
Tel: 415.896-5858
Fax: 415.882.9261
www.urscorp.com

CONFIDENTIAL                                                VWNAOS248462

Mr. Francis Crehan
April 2, 2014
Page 2 of 2

employees in Michigan, we offer a wide variety of services and expertise in water/wastewater, environmental services and regulatory compliance, transportation, facilities, and sustainability. Our local staff of water and wastewater professionals includes project managers, design and process engineers, public utility specialists and certified operators who, together, are very familiar with DWSD facilities and operations. We successfully delivered the design and construction administration services for the upgrade of the scum facilities at the DWSD wastewater treatment plant and designed 48 miles of 72-inch water transmission main to the City of Flint. Our due diligence completed as part of our bio-solids dryer facility design/build submittal at the WWTP resulted in gaining enormous knowledge of the operations and inter-workings of the treatment plant. We are also currently serving as the lead design engineer and engineer-of-record for the M-1 rail project on Woodward Avenue. As part of that project we are responsible for utility coordination including the design of DWSD water and sewer utilities. In addition to the projects referenced above, URS has been or is deeply involved in other large and critical projects that impact Detroit and DWSD including:

- Leading the development of the Oakland County Water and Sewer Master Plan
- Serving as the prime design consultant for the Detroit Department of Transportation over the past 15 years.
- Leading major Michigan Department of Transportation design and construction projects including the upgrade of M-10 in Detroit
- Operating the Michigan Intelligent Transportation System located in the City of Detroit.

URS' *local presence* coupled with our *national experience* offers Veolia Water a unique combination of skill sets. We look forward to the opportunity of working with you on the City of Detroit's water and sewer systems program.

Very truly yours,

URS CORPORATION

John A. Bischoff, SVP
National Director, Water/Wastewater Business Line Services
1333 Broadway Street, Suite 800
Oakland, CA 94612
510 874-1701 (O)
510 207-8505 (C)

CONFIDENTIAL

VWNAOS248463



April 1, 2014

Francis Crehan, Vice President
Veolia Water North America Operating Services, LLC
101 West Washington Street, Suite 1400 East
Indianapolis, IN 46202

RE:     Support - Veolia Water Response to Request for Information for Potential Operators of the Detroit Water and
        Sewage Disposal Systems for the Detroit Water and Sewerage Department (DWSD)

Dear Mr. Crehan:

Wade Trim stands ready to assist Veolia Water in conducting due diligence of the City of Detroit's water and sewage
disposal systems and implementing necessary capital improvements. We bring valued institutional knowledge of the
wastewater collection lines, pump stations, combined sewer overflow (CSO) facilities and wastewater treatment plant
(WWTP) gained working with DWSD since 1986. We have worked on 20 contracts providing planning, design, construc-
tion engineering or program management services for more than $680 million in construction projects. We understand
the complexities of the collection system, impact of wet weather on system and plant operations, as well as solids
handling challenges at the WWTP.

We are a Detroit-Headquartered firm with a local staff experienced working with DWSD. Our experience will assist Veo-
lia Water in assessing the water and sewage disposal systems, and determining the approach for the Capital Improve-
ment Program (CIP) prioritization and implementation. Our staff has worked closely with the DWSD providing technical
assistance with CIP development, regulatory matters, wholesale customer contracts and CSO/wastewater planning.

Wade Trim experience that will assist Veolia Water in project implementation includes:
- Negotiations for NPDES permit and Administrative Consent Order at the WWTP, and follow up reporting through our
  Regulatory Assistance and Strategic Planning contract
- Prepared wastewater collection system portion of 2013 10-Year CIP used as basis for this RFI and assisted with
  2012 CSO facilities assessment
- Water and wastewater improvement projects including the Biosolids Dryer Facility under way and past work under the
  8-year program management contract at the WWTP
- Participation in wastewater wholesale customer contract negotiations and customer outreach program
- Development and implementation assistance of Long Term CSO Control Plan over 18 years

We are excited for the opportunity to work with Veolia Water in developing this into a world class project for the City of
Detroit. I invite you to contact me if you have any questions regarding this letter of interest using my contact information
provided with the signature line.

Very truly yours,

Wade Trim Associates, Inc.

Frank M. Tymowski, PE
President
ftymowski@wadetrim.com | 313.961.3650

Wade Trim Associates, Inc.      313.961.3650
500 Griswold Avenue             313.961.0898 fax
Suite 2500                      www.wadetrim.com
Detroit, MI 48226

BUILDING RELATIONSHIPS ON A FOUNDATION OF EXCELLENCE

CONFIDENTIAL                                                                              VWNAOS248464



777 Woodward Avenue, Suite 300
Detroit, Michigan 48226-3529
www.walbridge.com

April 2, 2014

Mr. Frank Crehan, Vice President
Veolia Water North America Operating Services, LLC
101 West Washington Street, Suite 1400 East
Indianapolis, Indiana 46202

**Re: Letter of Support for Veolia Water in Response to Request for Information for Potential Operators of the Detroit Water & Sewerage Disposal Systems for the Detroit Water & Sewerage Department (DWSD)**

Dear Mr. Crehan:

This letter expresses our interest as a potential teaming partner to Veolia for the above referenced Request for Information.

Please consider me your primary point of contact:
  Mr. Ronald Hausmann, PE
  Executive Vice President & General Manager of the Heavy Civil Concrete Group
  777 Woodward Avenue, Suite 300, Detroit, MI 48226
  *Phone*: (313) 442-1350       *Email*: rhausmann@walbridge.com

At Walbridge, we love what we do and it is reflected in the commitment to safety, quality and collaboration brought to each project by our more than 500 team members. Approaching our 100th year in business, we continue to grow, improve, and deliver construction services better than anyone in the business.

Founded in Detroit in 1916, Walbridge is a $1.3 billion per year constructor of water and wastewater infrastructure, industrial, manufacturing, commercial, aviation, and other complex facilities. We consistently climb in the *ENR Top 50 Contractors* lists.  Over the decades, we have been a leader in providing DWSD construction services through general contracting, construction management, and design-build contracts and since 1990, we have completed well over $1 billion in construction services for them.

Walbridge has successfully completed a long list of projects for DWSD, highlighted by decades of service at the city's Jefferson Wastewater Treatment Plant — one of the single largest wastewater treatment plants in the country, as well as the Water Meter Replacement Program — a major upgrade to the system. And as project delivery models have changed, Walbridge has used its private-industry experience to be at the forefront to deliver successful alternative project delivery models to DWSD.

Also of note, Walbridge is a leader in delivering trusted program management services for programs such as the Detroit Public Schools System Redevelopment Program ($500M), the Chrysler Technology Center ($1B), Ford Heritage Redevelopment Program ($500M), Ford Powertrain Program ($500M), Ford Stamping Plant Program ($500M), and a confidential client's steel mill program ($1B).

Walbridge also has a robust diversity and local contracting program that creates business opportunities for aligned companies. With long-established relationships with several 1,000 local

CONFIDENTIAL                                                                    VWNAOS248465



777 Woodward Avenue, Suite 300
Detroit, Michigan 48226-3529
www.walbridge.com

subcontractors, we maximize opportunities for local businesses, providing much needed design, construction and support services to our projects and programs.

Clients also appreciate our deep understanding of project-related success factors critical in the delivery process.  Cost minimization tools such as our value analysis/value engineering database, Lean construction practices (promoting modularization), risk management tools such as SubGuard®, and sustainability practices including our proprietary GreenWISE program are value-added features that help us reduce clients' project risk while saving them millions of dollars in capital annually.

We look forward to an opportunity to participate in this process as a teaming member. Because of our long history and understanding of the DWSD and alternative project delivery methods, we have unique local capabilities that will provide opportunities for streamlined efficiency during planning, oversight and execution of the work.

Sincerely,
**Walbridge**

Ron Hausmann, PE
Executive Vice President
General Manager, Heavy Civil Concrete Group

CONFIDENTIAL



April 2, 2014

Mr. Gerald Ludwig
Veolia Water
200 East Randolph Street Suite 7900
Chicago, Illinois 60601

RE:      Contractor Capabilities for the City of Detroit – Detroit Water and Sewerage Department

Dear Mr. Ludwig,

Walsh Construction, and ENR top 20 general contractor with revenues over $4 billion dollars has maintained a regional office in Detroit, MI for over 15 years.  During that time we have contracted with and completed over $1 billion worth of work for the Detroit Water and Sewer Department (DWSD), and are currently executing 3 separate contracts with the Department.  Walsh has been able to provide the proper manpower, equipment, supervision, and technical competence required to execute these challenging projects to the satisfaction of the DWSD.

We understand that Veolia is responding to the Request for Information as issued by the Emergency Manager to operate the DWSD Systems.  As we have been supportive of the efforts to provide new and upgraded infrastructure by the DWSD in the past, we will continue that support in the future to Veolia if ultimately chosen as the new operator of the DWSD system.  We look forward to the opportunity work with you and the City in both of your efforts to enhance the DWSD systems to the benefit of the citizens of South East Michigan.

If we can be of any assistance please do not hesitate to contact us at our offices.


Sincerely,
Walsh Construction Company



Issam Bahou
Vice President

CONFIDENTIAL                                                                                                    VWNAOS248467

# Appendix E

## Potential Team Partners
## Financial

### Letters of Interest



# GUGGENHEIM

GUGGENHEIM SECURITIES, LLC
330 MADISON AVENUE
NEW YORK, NEW YORK 10017
GUGGENHEIMPARTNERS.COM

April 4, 2014

Harald Jensen
Senior Vice President of Development and Acquisitions
Veolia North America
200 East Randolph Street, Suite 7900
Chicago, IL 60601

Dear Harald:

The team of Guggenheim Securities LLC, an affiliate of Guggenheim Partners and Loop Capital ("Guggenheim" and "Loop", respectively, and collectively the "Guggenheim/Loop Team") is pleased to express interest in working with Veolia North America regarding the April 7, 2014 Request for Information for Potential Operators of Detroit Water and Sewage Systems for Detroit Water and Sewerage Department, if Veolia North America is pre-selected and if the City of Detroit is supportive of such a partnership. Veolia North America and Guggenheim Securities have actively collaborated in similar situations, including potential water utility acquisitions, and believe our skill sets are synergistic. Such a partnership provides a unique way for US municipalities to extract powerful results from the private sector, and we are fully committed to implementing such an approach for the City.

Should you have any further questions, please do not hesitate to contact our representative for this effort, Mr. Ramiro Albarran, who can be reached at (212) 319-2598 or ramiro.albarran@guggenheimpartners.com or our partner, Mr. Marlon Smith, who can be reached at (312) 913-2203 or marlon.smith@loopcapital.com.

Sincerely

Ron Iervolino
Senior Managing Director

cc: Marlon Smith, Loop Capital

VWNAOS248469

 **RBC Capital Markets®**

Three World Financial Center
200 Vesey Street, 10th Floor
New York, NY, 10281

April 7, 2014

Harald Jensen
Veolia Water North America
200 East Randolph Street, Suite 7900
Chicago, IL
60611

Attention: Mr. Harald Jensen, Executive Vice President, Business Development – Veolia Water North America

Re:     Letter of support for Veolia Water North America ("Veolia"), a subsidiary of Veolia Water and division of Veolia Environnement, with respect to its response to the Request for Information ("RFI") for potential operators of Detroit Water and Sewage Disposal Systems for Detroit Water and Sewerage Department ("DWSD") issued by Kevyn D. Orr, Emergency Manager, City of Detroit ("City") to evaluate a public/private partnership ("P3") of the operation and management of the City's Water and Sewage Disposal Systems ("Systems")

Dear Mr. Jensen,

Royal Bank of Canada ("Royal Bank") is pleased to provide this letter of support to Veolia with respect to its response to the RFI and submission of an indicative proposal for the potential long-term lease or sale (the "Transaction") of the Systems.

Royal Bank is Canada's largest bank, and one of the largest banks in the world, based on market capitalization. Royal Bank is one of North America's leading diversified financial services companies and provides personal and commercial banking, wealth management services, insurance, investor services and capital markets products and services on a global basis. Royal Bank and its subsidiaries employ approximately 79,000 full- and part-time employees who serve more than 16 million personal, business, public sector and institutional clients through offices in Canada, the U.S. and 42 other countries. The senior long-term unsecured debt of Royal Bank has been assigned ratings of AA- (stable outlook) by Standard & Poor's Ratings Services, Aa3 (stable outlook) by Moody's Investors Service and AA (stable outlook) by Fitch Ratings.

Royal Bank has reviewed the publicly available information on the Systems and information provided in the RFI provided by Veolia. Subject to its discussions with Veolia concerning the Systems, satisfactory market conditions and other customary conditions in the context of a financing of the Transaction, Royal Bank is pleased to inform you that it is interested in supporting and has the ability to participate in and arrange, debt financing to support the completion of the Transaction.

Royal Bank and Veolia have worked on a number of transactions in the infrastructure sector and have successfully collaborated in arranging the financing for the acquisition and operation of Mayflower Energy Holdings LLC (Joint Venture between Veolia Energy North American Holdings and Morgan Stanley Infrastructure Partners, financial close in October 2012).

Royal Bank has provided more than $10.0 billion in financing capital to the U.S. utility space over the past four years, is the leading advisor and senior debt lenders to the P3 market and is a leader in the global power, utility and infrastructure market, with over 100 professionals globally covering the US, Canada, UK, Europe, Asia and Australia.

This letter speaks only as of the date hereof and is based on market and other conditions that exist, and Royal Bank's circumstances and interest, on the date hereof and Royal Bank undertakes its duty to update this letter upon a change in circumstances, or otherwise. This letter is not intended to be, and should not be construed as, an offer or commitment of or by Royal Bank or any of its affiliates with respect to the underwriting, sale or the provision of any form of financing in connection with the Transaction and creates no obligation or liability on the part of Royal Bank or any of its affiliates in connection therewith.

VWNAOS248470

Any commitment on the part of Royal Bank will be subject to usual and customary conditions, including but not limited to appropriate internal review and approvals, documentation and opinions, due diligence review and the negotiation of mutually satisfactory financing agreements in connection with any such Transaction and then only in accordance with the terms and conditions thereof.

Should you require further information regarding support do not hesitate to contact the undersigned.

Royal Bank of Canada

By: _____
Name: Rahul D. Shah
Title: Authorized Signatory

VWNAOS248471



BMO Capital Markets
Infrastructure Banking
3 Times Square, 28th Floor
New York, NY 10036

April 3, 2014

Veolia Water North America
200 East Randolph Street
Suite 7900
Chicago, IL 60601

Attention: Harald Jensen, Executive Vice President of Business Development

Dear Mr. Jensen:

**Re:** **Letter of support in respect to the Request for Information for potential operators that wish to bid to operate and manage the Detroit Water and Sewage Disposal Systems (the "Project") for the Detroit Water and Sewerage Department ("DWSD")**

We are pleased to provide this letter of support to Veolia Water America, LLC ("Veolia" or the "Responder"), in connection with the Responder's RFI submission ("RFI Submission") to be submitted to the Emergency Manager (the "EM") of the City of Detroit in response to that certain Request for Information (the "RFI") to operate and manage the Project issued by the EM on March 21, 2014.

We are familiar with the Project and the Responder, and it is our understanding that Veolia intends to submit an RFI Submission to become a Qualified Responder for the Project.

BMO Capital Markets ("BMO CM") is a leading, full-service North American financial services provider with more than 2,300 professionals in offices in 29 locations around the world, including 16 in North America. BMO Capital Markets is a member of BMO Financial Group (NYSE, TSX: BMO), one of the largest diversified financial services providers in North America with $530 billion total assets and more than 45,500 employees as at January 1, 2014. BMO is rated A+ by S&P, AA by DBRS, AA- by Fitch and Aa3 by Moody's.

Veolia is highly regarded by us and has an outstanding market reputation in terms of their ability to lead an operation of this magnitude. In our opinion, Veolia has the financial capacity to obtain, in the capital and financial markets, the funds needed to finance a project of this size and nature. Furthermore, in our opinion, the Responder is capable of securing, managing and bringing to financial close the financing of a project of this size and nature.

BMO CM has a leading franchise in North America in the area of infrastructure finance and in particular public-private-partnerships. We have acted as advisor, bond underwriter and mandated lead arranger on a wide variety of projects. Major transactions and advisory assignments include:

CONFIDENTIAL

- Acting as sole sell-side Financial Advisor to the Lower Colorado River Authority on the divestiture of 30 water and wastewater systems in Central Texas wherein the buyers were a mix of governmental and investor-owned utilities
- Acting as Financial Advisor to Maryland Economic Development Corporation in connection with the Purple Line Project (ongoing)
- Acting as Financial Advisor to a bidding consortium on the Ohio River Bridges project in Indiana, and providing commitment for underwriting Private Activity Bonds for the bid
- Acting as Joint Lead to Windsor Canada Utilities in their $103 million bond issuance

(Please see the Appendix for selected additional experience.)

The Project may rely on one of several different structures; BMO has the necessary knowledge and experience to assist the Responder regardless of how the Project evolves. Should the Responder decide to submit a plan with an operating contract requiring capital, BMO is well-suited to place debt capital in both the corporate and tax-exempt markets. If the Project assets require capital improvements, such as the addition of treatment facilities, BMO can assist the Responder in a project financing. BMO has significant experience in raising equity from low cost-of-capital infrastructure funds and other private financing sources, and has done so successfully for projects structured both as utilities and corporations. The diversity of experience BMO possesses will lend itself well regardless of the structure Veolia ultimately selects.

We wish to reiterate that, based on our knowledge of Veolia, we have a high degree of confidence in the Responder's experience and believe Veolia has the ability to successfully manage the Project, should the Responder's offer be selected by the EM.

Although this letter does not represent a commitment to provide funds, BMO CM, subject to the considerations of this letter, is pleased to support the Responder in this undertaking. We are pleased to confirm our interest in working closely with the Responder in order to structure the financing of the transaction should the Responder obtain Qualified Responder status.

For the avoidance of doubt, this letter does not represent or constitute any commitment to underwrite, arrange, place or provide financing to, or on behalf of, the Responder or any other person, nor should be constructed or relied upon as such. Any commitment to underwrite, arrange, place or provide any financing in connection with the Project would be subject to satisfaction of our internal credit committee approval; completion of full technical, legal, tax and accounting, financial model and insurance due diligence; satisfactory final documentation; and market conditions prevailing at financial close and the absence of any adverse material change.

Sincerely yours,

**BMO CAPITAL MARKETS**

David Pennington
Managing Director

Eric Zampol
Director

Ronald V. Redd
Director

2

VWNAOS248473



**Strictly Confidential**

Harald Jensen
Executive Vice President
Business Development
Veolia Water

3 April 2014

**Expression of Interest**

Ontario Teachers' Pension Plan ("OTPP") is Canada's largest single-profession pension plan with over C$140 billion in net assets. Teachers' Infrastructure Group ("TIG") is OTPP's infrastructure investment division with net assets of C$11.7 billion, including investments in five water companies.

TIG began investing directly in infrastructure assets in 2001, and has since grown into a leader within the infrastructure space worldwide. We are one of the largest infrastructure investors in the world with assets spread across North and South America, Europe and Australia.

Based in Ontario, Canada, TIG is proximate to Detroit. We are a source of permanent capital as our mandate is to provide stable long-term cashflows from our investments. This focus and reputation has allowed us to become a favored investor in past privatizations.

TIG has a long history of working with partners. We are often a 'first-call' for consortiums when large assets come onto the market. We have previously partnered with Veolia Water and continue to work with them in our investment in the Sydney Desalination Plant ("SDP") in Australia.

Municipal water assets are an area of focus for TIG and we continue to look for further opportunities in this space. We have previously invested in Northumbrian Water and currently hold majority investments in four water companies in Chile and a 50% investment in one water company in Australia. Our water investments in Chile, comprised of Essbio, Esval, Nuevosur and Aguas del Valle, together provide drinking water production and distribution services along with waste water collection and treatment in five regions of Chile. These companies, combined, have more than 1.6 million customers, equivalent to ~36% of the market share in Chile. TIG first invested in these companies in 2007. SDP is one of the largest operating desalination plants in the world with a 250 Megalitre per day nameplate capacity (approximately 15% of Sydney's demand when operating). TIG invested in SDP in 2012.

TIG is an aligned investor with experience in the water sector and a tremendous track record of success in the infrastructure space.

If you have any questions about this expression of interest, please do not hesitate to contact me at +1-416-730-7070 or andrew_claerhout@otpp.com.

Sincerely,

Claerhout

**Andrew Claerhout**
Senior Vice President, Teachers'
Infrastructure Group

CONFIDENTIAL                                                                      VWNAOS248474



150 California St. Suite 600
San Francisco, CA 94111

April 3, 2014

City of Detroit: Emergency Manager Kevyn Orr

Attention: Advisor Representatives

Kevin Haggard                          Brian Sedlak
Miller Buckfire & Co., LLC             Jones Day
601 Lexington Ave., 22nd Floor         77 West Wacker
New York, NY 10022                     Chicago, Illinois 60601-1692

Subject:   Letter in Support – Veolia North America Response to the City of Detroit's Request for
           Information from Potential Operators of the Water and Sewage Disposal Systems

Dear Mr. Haggard and Mr. Sedlak;

Table Rock Capital, LLC ("TRC") is pleased to provide this letter of support related to the Statement of
Interest being provided by Veolia Water North America Operating Services, LLC for the potential public-
private partnership of the operation and management of the City's Water and Sewage Disposal Systems.

TRC would, in the case of a concession model, develop the capital structure and raise the necessary financing
as an equity participant. TRC developed and financed the first water and wastewater public-private partnership
agreement of its kind in the nation, reaching financial close on the Rialto Water Services, LLC concession for
the City of Rialto in California's Inland Empire on November 29, 2012. The majority equity owner is the
Union Labor Life Insurance Company (ULLICO), a close partner of TRC's. TRC Management Services Inc. is
on the ground as the 30-year asset manager for Rialto Water Services. After extensive performance and
financial review by Fitch, the project's investment grade rating was reaffirmed with a stable outlook.

TRC's leadership has experience bringing over 160 global project finance projects including water and
wastewater to financial close through complex risk conditions. Should the City of Detroit consider a
concession model with Veolia North America, TRC is a willing provider of financial structuring and financing
expertise.

TRC partners who brought the groundbreaking Rialto project to close and work actively with TRC currently
include Orrick, Herrington, Sutcliffe; Barclays; Goldman Sachs; Marsh Risk and Arup.

We look forward to engaging this challenging opportunity with the City should that selection occur, and invite
the Advisor Representatives to contact us directly if there are any questions related to this Letter of Support.

Sincerely,

Peter Luchetti, Managing Partner
Table Rock Capital, LLC
415.497.2320





*Member of Growing Blue. growingblue.com*

CONFIDENTIAL

VWNAOS248476