UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re FLINT WATER CASES

                                        Hon. Judith E. Levy
                                        Mag. Mona K. Majzoub

_____

LeeAnn Walters, et al. v. Governor
Rick Snyder, et al.                        Case No. 5:17-CV-10164-JRL-MKM

_____

## NOTICE OF APPEARANCE

Please enter my appearance pursuant to L.R. 83.25 as additional counsel of record for the defendants Veolia North America, LLC., Veolia North America, Inc. and Veolia Water North America Operating Services, LLC.

> Joseph E. O'Neil
> Campbell Conroy & O'Neil, P.C.
> 1205 Westlakes Drive, Suite 330
> Berwyn, PA 19312
> (610) 964-6388
> joneil@campbell-trial-lawyers.com

Attorneys Cheryl Bush of the firm Bush Seyferth PLLC, and James M. Campbell and Alaina N. Devine of my firm will continue as co-counsel for Veolia North America, LLC, Veolia North America, Inc. and Veolia Water North America Operating Services, LLC.

/s/ Joseph E. O'Neil
Campbell Conroy & O'Neil, P.C.
1205 Westlakes Drive, Suite 330
Berwyn, PA 19312
(610) 964-6388
joneil@campbell-trial-lawyers.com

CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, I electronically filed the foregoing document with the Clerk of Court by using the ECF System, which will send notification to the ECF counsel of record.

/s/ Joseph E. O'Neil
Joseph E. O'Neil