UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

BELLWETHER CASES
No. 17-10164

_____/

## AMENDED SCHEUDLING ORDER FOR THE FIRST BELLWETHER TRIAL

The Bellwether scheduling order (Case No. 16-10444, ECF No. 1403 and ECF No. 1723; as amended by Case No. 17-10444, ECF No. 384) is amended as set forth below.

| Dates | Event |
|---|---|
| **December 7, 2021** | Designations of deposition testimony to be played/read to the jury due. |
| **December 14, 2021** | Motions in limine filed |
| **December 17, 2021** | Due Date for Plaintiffs to submit Joint Pre-Trial Order to Defendants |

| **December 28, 2021** | Oppositions to motions in limine |
|---|---|
| **December 23, 2021** | Deadline for parties to mail 260 copies of jury questionnaires by FedEx to the Ann Arbor Courthouse, Judge Levy's Chambers |
| **December 28, 2021** | Counter-designations and objections to the designated deposition testimony |
| **January 5, 2022** | Reply designations and objections to counter-designations of deposition testimony |
| **January 11, 2022** | Reply Briefs in support of motions in limine |
| **January 7, 2022** | Due Date for Defendants to submit Joint Pre-Trial Order to Plaintiffs and engage in Meet and Confer |
| **January 7, 2022** | Submission to the Court of depositions marked with all designations and objections |
| **January 10-13, 2022** | Jurors to be brought into courthouse to be sworn in and complete questionnaires. Jury Dept. then takes approximately one week to compile the responses. |
| **January 17, 2022** | Due Date for Parties to submit proposed jury instructions and verdict form to the Court |

| | |
|---|---|
| **January 19, 2022 at 1:00pm** | Hearing date for motions in limine and deposition objections. The Court will notify the parties in advance as to which motions and objections will be argued. Further dates will be set as needed. |
| **January 27, 2022** | Due date for parties to submit Joint Pre-Trial Order to Court (includes issues of fact and law to be litigated, witness lists, exhibit lists, jury instructions) |
| **February 2, 2022 11:00AM hearing regarding excusals based on questionnaires** | Court to consider and rule on all challenges based on JQs |
| **February 3, 2022 at 10:30AM** | Final Pre-Trial hearing regarding Pre-Trial Order – including witness lists, exhibit lists, trial briefs, jury instructions, and jury questionnaire responses |
| **February 14, 2022 at 1:00PM** | Hearing on misc. pretrial matters. |

Hearings will be held in person in Ann Arbor, Michigan unless the Court notifies the parties in advance otherwise.

IT IS SO ORDERED.

Dated: December 2, 2021　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 2, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
