# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
 2                   SOUTHERN DIVISION
 3   _____
 4                                    No. 5:16-cv-10444
     IN RE:  FLINT WATER CASES        Hon. Judith E. Levy
 5                                    Mag. Mona K. Majzoub

     _____
 6
 7
 8
                       HIGHLY CONFIDENTIAL
 9        VIDEOTAPED DEPOSITION OF WILLIAM J. FAHEY
10                         VOLUME I
11               Tuesday, December 3, 2019
                        at 9:08 a.m.
12
13
14   Taken at:  Weitz & Luxenberg PC
                3011 West Grand Boulevard, Suite 2100
15              Detroit, Michigan  48202
16
17
18
19
20
21   REPORTED BY:  CAROL A. KIRK, RMR/CSR-9139
22              GOLKOW LITIGATION SERVICES
             877.370.3377 ph | 917.591.5672 fax
23                   deps@golkow.com
24
```

Highly Confidential - William J. Fahey

```
 1        Defendants have completed their

 2        questioning.

 3               MR. MCELVAINE:  Okay.  I think

 4        we're passing the questioning to

 5        Mr. Stern.

 6               MR. STERN:  Yes, sir.  Are you all

 7        ready?

 8               MR. MCELVAINE:  Go for it.

 9                       - - -

10                  CROSS-EXAMINATION

11   BY MR. STERN:

12        Q.   Mr. Fahey, can you hear me okay on

13   the telephone?

14        A.   Yes, sir.

15        Q.   My name is Corey Stern.  I'm an

16   attorney.  I'm calling in from New York City.  I

17   represent LeeAnne Walters' children, her and her

18   family, as well as roughly 2,500 other children

19   under the age of 18.

20               I'm asking questions in my

21   capacity as liaison counsel, which was an

22   appointment that was given by Judge Levy in

23   federal court, and as lead counsel which was an

24   appointment I was given by Judge Yuille in state
```

Highly Confidential - William J. Fahey

```
 1   court.  I only have a few questions for you, and
 2   I appreciate your time in being available today.
 3              It's my understanding, sir, that
 4   you testified that the city of Flint lacked the
 5   competency to operate the plant properly; is
 6   that accurate?
 7         A.   Yes, sir.
 8         Q.   You also stated in response to a
 9   question from I believe Mr. Blake that the folks
10   operating the plant didn't understand process,
11   didn't have the guardrails in place.
12              Did I hear that correctly?
13         A.   That's correct.
14         Q.   You also stated earlier this
15   morning, around 10:00, one of your first answers
16   to Mr. Connors' questions, the data showed that
17   there was no commercial chemical being used in
18   the process that the plant was using; is that
19   correct?
20              MR. MCELVAINE:  Objection.
21              You can answer.
22         A.   No, I don't believe that's
23   correct.  I believe when I was referring to
24   data, the data was related to the lead and
```

```
 1                        CERTIFICATE
 2
              I, Carol A. Kirk, a Registered Merit Reporter
 3    and Notary Public in and for the State of Michigan, duly
      commissioned and qualified, do hereby certify that the
 4    within-named WILLIAM J. FAHEY was by me first duly sworn
      to testify to the truth, the whole truth, and nothing
 5    but the truth in the cause aforesaid; that the
      deposition then given by him was by me reduced to
 6    stenotype in the presence of said witness; that the
      foregoing is a true and correct transcript of the
 7    deposition so given by him; that the deposition was
      taken at the time and place in the caption specified and
 8    was completed without adjournment; and that I am in no
      way related to or employed by any attorney or party
 9    hereto or financially interested in the action; and I am
      not, nor is the court reporting firm with which I am
10    affiliated, under a contract as defined in Civil Rule
      28(D).
11
12            IN WITNESS WHEREOF, I have hereunto set my
      hand and affixed my seal of office at Dexter, Michigan
13    on this 17th day of December 2019.
14
15
16                    _____
                      CAROL A. KIRK, RMR, CSR-9139
17                    NOTARY PUBLIC - STATE OF MICHIGAN
18    My Commission Expires:  August 19, 2022.
19                           - - -
20
21
22
23
24
```