# EXHIBIT 5

Highly Confidential - Robert T. Nicholas

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
 2                   SOUTHERN DIVISION
 3   _____
 4                                  No. 5:16-cv-10444
     IN RE:  FLINT WATER CASES      Hon. Judith E. Levy
 5                                  Mag. Mona K. Majzoub

     _____
 6
 7
 8
                        HIGHLY CONFIDENTIAL
 9      VIDEOTAPED DEPOSITION OF ROBERT T. NICHOLAS
10                          VOLUME I
11                 Monday, December 9, 2019
                        at 9:05 a.m.
12
13
14   Taken at:  Weitz & Luxenberg PC
                3011 West Grand Boulevard, Suite 2100
15              Detroit, Michigan  48202
16
17
18
19
20
21   REPORTED BY:  CAROL A. KIRK, RMR/CSR-9139
22            GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
23                 deps@golkow.com
24
```

1        You can answer.

2        A.   Well, yeah, we saw it as paid due
3   diligence.

4             MR. CONNORS:  Okay.  I want to
5        thank you for taking the time to answer
6        my questions.

7             I'm going to stop now and reserve
8        time in the event of a recross.  And I
9        will pass the witness.  Thank you.

10            THE WITNESS:  Thank you.

11            THE VIDEOGRAPHER:  Going off the
12       record at 4:23 p.m.

13            (Recess taken.)

14            THE VIDEOGRAPHER:  We're back on
15       the record at 4:26 p.m.

16                    - - -

17              CROSS-EXAMINATION

18  BY MR. STERN:

19       Q.   Mr. Nicholas, my name is Corey
20  Stern.  I'm an attorney.  I represent LeeAnne
21  Walters' children, as well as roughly 2,500
22  other individual children.

23            I was appointed by the federal
24  judge as liaison counsel in the federal

1 litigation, and by Judge Yuille in Genesee

2 County as the lead counsel for plaintiffs in the

3 state court litigation. And I only have a few

4 questions for you. Mr. Connors was extremely

5 thorough.

6 So I'll do my best to be quick,

7 and same rules that he discussed about talking

8 over each other apply.

9 I know that we just took a break,

10 but if you need a break for any reason between

11 now and when I'm done, just feel free.

12 Mr. Chen testified a couple of

13 weeks ago now that his initial belief was that

14 the city of Flint's expectations were

15 unrealistic at the onset of this relationship

16 between VNA or Veolia and the city of Flint.

17 Do you agree?

18 MR. MCELVAINE: Objection.

19 You can answer.

20 A. Yes. I think they -- they wanted

21 an extremely fast solution, and it would take

22 longer.

23 Q. What gave you the impression that

24 they wanted an extremely fast solution?

Highly Confidential - Robert T. Nicholas

```
 1   Detroit.  I don't want to rehash that whole

 2   conversation.  What I'd like to ask you is, if

 3   that recommendation was not actually made by

 4   you, do you wish that you had recommended it

 5   sitting here today?

 6              MR. MCELVAINE:  Objection.

 7              You can answer.

 8         A.   Again, we discussed with the city

 9   multiple times going back to Detroit.  So we did

10   mention it.

11         Q.   I know.  There's a lot of times

12   where my wife recommends that I change my

13   attitude.  She tells me all the time I'm just --

14   you know, I'm not being nice to the kids, or I'm

15   not being nice to her.  And she tells me I ought

16   to be.  She recommends that I do it.

17              Sometimes we just have discussions

18   about it where she says, "Hey, you know, are you

19   feeling okay?  How is it going?"

20              There's definitely a difference

21   from my perspective between having a

22   conversation about the possibility of going back

23   to the Detroit water source and saying to them,

24   "Guys, we are Veolia.  We're the engineer folks.
```

Highly Confidential - Robert T. Nicholas

1  We're telling you we can do what you want us to
2  do, but we recommend that you go back to the
3  Detroit water source."
4           Did anybody from Veolia ever say
5  anything like that to the city of Flint?
6           MR. MCELVAINE: Objection.
7           You may answer.
8       A.   After we were on site and they
9  evaluated the plant, the decision of the
10 engineers was that they could operate the plant
11 so it was in compliance. And when we discussed
12 it with the city, the city told us that the
13 decision go back to Detroit was complicated and
14 they would make that decision. They wanted to
15 know from us if we could run the plant in
16 compliance.
17      Q.   Did you ever personally say to
18 anybody at the city of Flint, "I recommend that
19 y'all go back to the Detroit water source"?
20      A.   Again, I don't know the exact
21 wording we had, but we said, "You could go back
22 to the Detroit water source."
23      Q.   Okay. Forget the exact wording.
24 Did you ever urge -- personally did you ever

```
 1                      CERTIFICATE
 2
            I, Carol A. Kirk, a Registered Merit Reporter
 3   and Notary Public in and for the State of Michigan, duly
     commissioned and qualified, do hereby certify that the
 4   within-named ROBERT T. NICHOLAS was by me first duly
     sworn to testify to the truth, the whole truth, and
 5   nothing but the truth in the cause aforesaid; that the
     deposition then given by him was by me reduced to
 6   stenotype in the presence of said witness; that the
     foregoing is a true and correct transcript of the
 7   deposition so given by him; that the deposition was
     taken at the time and place in the caption specified and
 8   was completed without adjournment; and that I am in no
     way related to or employed by any attorney or party
 9   hereto or financially interested in the action; and I am
     not, nor is the court reporting firm with which I am
10   affiliated, under a contract as defined in Civil Rule
     28(D).
11
12          IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal of office at Dexter, Michigan
13   on this 23rd day of December 2019.
14
15
16          _____
            CAROL A. KIRK, RMR, CSR-9139
17          NOTARY PUBLIC - STATE OF MICHIGAN
18   My Commission Expires:  August 19, 2022.
19                     - - -
20
21
22
23
24
```