# EXHIBIT 7

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                     SOUTHERN DIVISION
 4   _____
                                  )
 5                                )  Civil Action No.
                                  )  5:16-cv-10444-JEL-MKM
 6   In re:   FLINT WATER CASES   )  (consolidated)
                                  )
 7                                )  Hon. Judith E. Levy
                                  )  Mag. Mona K. Majzoub
 8   _____)
 9
10                   HIGHLY CONFIDENTIAL
11    CONTINUED REMOTE VIDEOTAPED 30(b)(6) DEPOSITION
                       OF BRIAN CLARKE
12
                 Wednesday, October 7, 2020
13
                          VOLUME II
14
15         Continued remote videotaped deposition of
16   BRIAN CLARKE conducted at the location of
17   the witness in Lombard, Massachusetts, commencing at
18   10:01 a.m., on the above date, before Carol A. Kirk,
19   Registered Merit Reporter, Certified Shorthand
20   Reporter, and Notary Public.
21
22
23              GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com
```

```
 1                    MR. CAMPBELL:  Go ahead.
 2                        - - -
 3                    EXAMINATION
 4   BY MR. STERN:
 5        Q.    Mr. Clarke, my name is Corey
 6   Stern.  I represent roughly 2,600 individual
 7   children for whom I've filed lawsuits against
 8   multiple defendants, including the VNA
 9   defendants.
10              I was appointed by Judge Yuille in
11   the state court -- circuit court for Genesee
12   County and lead counsel for the plaintiffs, and
13   as liaison counsel by Judge Judith Levy in the
14   Eastern District of Michigan.
15              So my capacity -- in my capacity
16   in those roles, all of these questions are
17   coming from.  I appreciate your time.
18              The first question that
19   Mr. Campbell asked you today was, when did VNA
20   first become involved in Flint, something to
21   that regard, and you said January of 2015.
22              Mr. Connors just asked you when
23   did VNA become involved with Detroit or the
24   DWSD.  Mr. Campbell objected because he stated
```

```
 1                    CERTIFICATION

 2

 3         I, Carol A. Kirk, Registered Merit Reporter and
 4   Certified Shorthand Reporter, do hereby certify that
 5   prior to the commencement of the examination,
 6   BRIAN CLARKE was duly remotely sworn by me to testify
 7   to the truth, the whole truth, and nothing but the
 8   truth.
 9         I DO FURTHER CERTIFY that the foregoing is a
10   verbatim transcript of the testimony as taken
11   stenographically by me at the time, place, and on the
12   date hereinbefore set forth, to the best of my
13   ability.
14         I DO FURTHER CERTIFY that I am neither a
15   relative nor an employee nor attorney nor counsel of
16   any of the parties to this action, and that I am
17   neither a relative nor employee of such attorney or
18   counsel, and that I am not financially interested in
19   the action.
20

21
         _____
22       *Carol A Kirk*

         Carol A. Kirk, RMR, CSR
23       Notary Public

         Dated:  October 21, 2020

24
```