# EXHIBIT 8

Highly Confidential - Howard Croft

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF MICHIGAN
 3                    SOUTHERN DIVISION
 4    _____
                                  )
 5                                )   Civil Action No.
                                  )   5:16-cv-10444
 6    In re:  FLINT WATER CASES   )
                                  )
 7                                )   Hon. Judith E. Levy
                                  )   Mag. Mona K. Majzoub
 8    _____)
 9
10            Friday, September 11, 2020
11                 HIGHLY CONFIDENTIAL
12                     VOLUME III
13
14       Continued remote videotaped deposition of
15    HOWARD CROFT conducted at the location of the
16    witness in Okemos, Michigan, commencing at 9:05 a.m.,
17    on the above date, before Carol A. Kirk, Registered
18    Merit Reporter, Certified Shorthand Reporter, and
19    Notary Public.
20
21
22
23            GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
```

```
 1         Q.    Okay.  Do you find it kind of
 2   batshit crazy that Veolia who, according to
 3   Dun & Bradstreet, is valued at about
 4   $2.4 billion per year was hired by the City of
 5   Flint to evaluate the public water system and
 6   potentially deal with issues in the public water
 7   system, that their attorney is insinuating that
 8   Howard Croft, who has no education or experience
 9   in water treatment, should have known better
10   than Veolia, the $2.4 billion company, about
11   what should or shouldn't have been done with the
12   water and should have informed the people who
13   could do anything about it?
14               MR. ROGERS:  Object to form,
15         foundation.
16         A.    Yes.  It's very frustrating.
17         Q.    Yes.  I mean, in fact, you're a
18   citizen of Flint, and you talked in one of the
19   previous days about your kids drinking the
20   water.  I mean, you could very well be or
21   someone like you could be a juror at a trial
22   where Veolia is a defendant in this case.
23               Do you find it a compelling
24   argument that it was Howard Croft who should
```

```
 1                    CERTIFICATE
 2
              I, Carol A. Kirk, a Registered Merit
 3    Reporter and Notary Public in and for the State of
      Michigan, duly commissioned and qualified, do hereby
 4    certify that the within-named HOWARD CROFT was by me
      first duly sworn to testify to the truth, the whole
 5    truth, and nothing but the truth in the cause
      aforesaid; that the deposition then given by him was
 6    by me reduced to stenotype in the presence of said
      witness; that the foregoing is a true and correct
 7    transcript of the deposition so given by him; that the
      deposition was taken at the time and place in the
 8    caption specified and was completed without
      adjournment; and that I am in no way related to or
 9    employed by any attorney or party hereto or
      financially interested in the action; and I am not,
10    nor is the court reporting firm with which I am
      affiliated, under a contract as defined in Civil Rule
11    28(D).
12
13            IN WITNESS WHEREOF, I have hereunto set my
      hand and affixed my seal of office at Dexter, Michigan
14    on this 27th day of September 2020.
15
16
17                       _____
                         CAROL A. KIRK, RMR, CSR-9139
18                       NOTARY PUBLIC - STATE OF MICHIGAN
19
20    My Commission Expires:  August 19, 2022.
21                        - - -
22
23
24
```