# EXHIBIT 9

Highly Confidential - Michael Prysby

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF MICHIGAN
 3                   SOUTHERN DIVISION
 4     _____
                                    )
 5                                  )   Civil Action No.
                                    )   5:16-cv-10444
 6     In re:  FLINT WATER CASES    )   5:16-cv-10444-JEL-MKM
                                    )   (consolidated)
 7                                  )
                                    )   Hon. Judith E. Levy
 8                                  )   Mag. Mona K. Majzoub
       _____)
 9
10              Tuesday, June 16, 2020
11                 HIGHLY CONFIDENTIAL
12                      VOLUME I
13
14          Remote videotaped deposition of
15     MICHAEL PRYSBY conducted at the location of the
16     witness in Lansing, Michigan, commencing at 9:06 a.m.,
17     on the above date, before Carol A. Kirk, Registered
18     Merit Reporter, Certified Shorthand Reporter, and
19     Notary Public.
20
21
22
23              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
```

```
 1        A.    As a capacity -- as a district
 2   engineer, I was a member of the American Water
 3   Works Association.  I'm not 100 percent sure if
 4   that's really an engineering society.
 5        Q.    Okay.  But are you a member of the
 6   American Society of Civil Engineers?
 7        A.    No.
 8        Q.    Well, let me just ask you a couple
 9   of questions about that, and I'll move on.
10              Under this specific code of
11   ethics, under the Fundamental Principles, it
12   reports that, "Engineers uphold and advance the
13   integrity, honor and dignity of the engineering
14   profession by, number one, using their knowledge
15   and skill for the enhancement of human welfare
16   and the environment."
17              Do you see that?
18        A.    Yes, I do.
19        Q.    As a fundamental tenet for
20   licensing professional engineers, do you agree
21   with that?
22              MR. BARBIERI:  Form, foundation.
23              MR. STERN:  Form.  This is the
24         same tutoring, irony objection.
```

```
 1          Q.   Could you answer that question,
 2   sir?
 3          A.   I would agree that would be an
 4   objective of an engineer.
 5          Q.   Okay.  If you go down to the
 6   heading "Fundamental Canons," it says, number 1,
 7   "Engineers shall hold paramount the safety,
 8   health and welfare of the public."
 9               Did you see that?
10               MR. STERN:  Object to form.
11          Tutoring, irony objection.
12          A.   Yes.
13               MR. BARBIERI:  Form and
14          foundation.
15          Q.   And if you go down to the
16   Guidelines to Practice Under the Fundamental
17   Canons of Ethics, it says, "Canon 1.  Engineers
18   shall hold paramount the safety, health and
19   welfare of the public."
20               Do you see that?
21               MR. STERN:  Object to form.  Same
22          objection; tutoring and irony.
23               MR. BARBIERI:  Form and
24          foundation.
```

Highly Confidential - Michael Prysby

```
 1                MR. BARBIERI:  Objection to form.
 2         Misstates this document.
 3         Q.    Can you answer my question,
 4   please?
 5         A.    Yeah, that's what Lieutenant Rish
 6   said in that document.
 7         Q.    You don't disagree with it, do
 8   you, Mr. Prysby?
 9                MR. BARBIERI:  Same objections.
10         A.    Kind of -- if you could repeat
11   that one more time for me, Richard.
12         Q.    You know, it's sort of like a
13   truism.  When you were carrying out your duties
14   and responsibilities as a professional engineer
15   and a district engineer for the MDEQ in the 2013
16   to 2016 time period, you were obligated to carry
17   out those duties in a legal and moral and
18   ethical way, correct?
19         A.    Yes.
20                MR. STERN:  Object to form.  Same
21         objection; irony, tutoring.
22         Q.    There's nothing extraordinary
23   about that proposition, is there, Mr. Prysby?
24                MR. BARBIERI:  Same objection;
```

Highly Confidential - Michael Prysby

```
 1    necessitates guidance to maintain consistent
 2    implementation of the rule by field staff."
 3                 Do you see that?
 4         A.      Yes.
 5         Q.      And I read that correctly?
 6         A.      Yes, you did.
 7         Q.      And that's a proper
 8    characterization of the Lead and Cooper Rule; is
 9    it not?
10         A.      Yes, it is, because it's a very
11    complex rule.
12         Q.      Okay.  If you go down underneath
13    that onto the next page, page 2 of 9.  There's a
14    list of acronyms there.  I've highlighted some
15    of them.  CCT, corrosion control treatment; CS,
16    consecutive systems; LCR, Lead and Copper Rule;
17    OWQP, optimal water quality parameters.
18                 Do you see that?
19         A.      Yes, I do.
20         Q.      There's no acronym in there for
21    corrosion control program, is there?
22                 MR. STERN:  Objection; form.
23         A.      Not in that particular --
24                 MR. STERN:  Same previous
```

Highly Confidential - Michael Prysby

```
 1          objections.
 2      Q.   And then under the -- if you
 3  scroll down in the definitions, there's a
 4  definition for optimal water quality parameters,
 5  OWQP.
 6           Do you see that?
 7      A.   Yes, I do.
 8      Q.   And it says, "The optimal water
 9  quality parameters are the water quality
10  parameters with limits, values, and dosages set
11  by field staff under Rule 604(3)(f) that
12  represent optimal corrosion control treatment."
13           Did I read that correctly?
14      A.   Yes, you did.
15      Q.   And so the bottom line is, you
16  can't have optimal water quality parameters
17  unless you have optimal corrosion control
18  treatment, correct?
19           MR. STERN:  Object to form.  Irony
20       objection.
21      A.   Can you repeat that question one
22  more time, Richard?
23      Q.   Sure.  Sure.  I'd be happy to.
24           You cannot have optimal water
```

```
 1                      CERTIFICATE
 2
            I, Carol A. Kirk, a Registered Merit
 3   Reporter and Notary Public in and for the State of
     Michigan, duly commissioned and qualified, do hereby
 4   certify that the within-named MICHAEL PRYSBY was by me
     first duly sworn to testify to the truth, the whole
 5   truth, and nothing but the truth in the cause
     aforesaid; that the deposition then given by him was
 6   by me reduced to stenotype in the presence of said
     witness; that the foregoing is a true and correct
 7   transcript of the deposition so given by him; that the
     deposition was taken at the time and place in the
 8   caption specified and was completed without
     adjournment; and that I am in no way related to or
 9   employed by any attorney or party hereto or
     financially interested in the action; and I am not,
10   nor is the court reporting firm with which I am
     affiliated, under a contract as defined in Civil Rule
11   28(D).
12
13          IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal of office at Dexter, Michigan
14   on this 30th day of June 2020.
15
16
17                   _____
                     CAROL A. KIRK, RMR, CSR-9139
18                   NOTARY PUBLIC - STATE OF MICHIGAN
19
20   My Commission Expires:  August 19, 2022.
21                      - - -
22
23
24
```