# EXHIBIT 10

Highly Confidential - Robert J. McCaffrey, Ph.D.

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF MICHIGAN
 3                    SOUTHERN DIVISION
 4    _____
 5    In Re:                  )
 6                            )
 7    FLINT WATER CASES       )   No: 5:16-cv-10444-JEL-MKM
 8                            )   (Consolidated)
 9                            )   HON. JUDITH E. LEVY
10                            )   MAG. MONA K. MAJZOUB
11    _____
12    ELNORA CARTHAN, et al.
13          Plaintiff,
14     -vs-                       No:  5:15-cv-10444-JEL-MKM
15    GOVERNOR RICK SNYDER,
16    et al.,
17          Defendants.
18    _____/
19              HIGHLY CONFIDENTIAL
20    The videotaped deposition of ROBERT J. McCAFFREY, Ph.D.,
21    taken via Golkow Remote Counsel, commencing at 10:05 a.m.
22    Monday, March 15, 2021, before Ann L. Bacon CSR-1297.
23
24
25
```

Golkow Litigation Services                                Page 1

Highly Confidential - Robert J. McCaffrey, Ph.D.

```
 1   A.   Not that I feel confident or comfortable giving
 2        you.
 3   Q.   Fine.  No reason to say anything else.  That's
 4        totally fine.  I'll see it when I see it.
 5   A.   Okay.
 6              (Marked Exhibit No. 7.)
 7   Q.   (Continuing, by Mr. Stern) All right.  Let's
 8        move on to what I will now mark as Exhibit 7 and
 9        this is the, this is the 19-page report that you
10        generated related to Emir Sherrod.  First off, I
11        just want to make sure that you see this
12        document and that this accurately reflects and
13        is, in fact, an accurate copy of the report that
14        you provided related to Mr. Sherrod.  Is this an
15        accurate version of the report that you provided
16        for Mr. Sherrod?
17   A.   Yes.
18   Q.   Let me ask that differently.  Is it an accurate
19        version of the report that you provided to Veolia
20        with regard to the claims made by Mr. Sherrod?
21   A.   Yes.
22   Q.   Okay.  If you and I were having a drink at a bar
23        and you felt comfortable talking to me about
24        your work on the Sherrod case and I said to you,
25        and I signed a confidentiality agreement and you
```

Highly Confidential - Robert J. McCaffrey, Ph.D.

| | | |
|---|---|---|
| 1 | | had no doubt whatsoever that everything you've |
| 2 | | told me would either be confidential or I would |
| 3 | | forget anyway because we were drinking so much |
| 4 | | at the bar, if you had to explain to me what |
| 5 | | your opinions are about Mr. Sherrod in your own |
| 6 | | words right now, what are your opinions that you |
| 7 | | plan to offer in this case? |
| 8 | | MR. ROGERS: Object to form. Go ahead, |
| 9 | | Bob. |
| 10 | A. | Just one second. The main one would be that |
| 11 | | Emir Sherrod does not suffer from attention |
| 12 | | deficit hyperactivity disorder and that his |
| 13 | | overall neuropsychological test profile does not |
| 14 | | reveal any cognitive deficits, that he has no |
| 15 | | increased risk of not obtaining appropriate levels |
| 16 | | of education or employment based upon my review |
| 17 | | of the materials outlined on page one of that |
| 18 | | report. I think that would be a fair synopsis. |
| 19 | Q. | (Continuing, by Mr. Stern) Okay. And I know |
| 20 | | that we've already discussed it, but specific to |
| 21 | | Mr. Sherrod, sitting here today, you've never |
| 22 | | had an opportunity to meet Mr. Sherrod, correct? |
| 23 | A. | Correct. |
| 24 | Q. | You've never had an opportunity to perform your |
| 25 | | own battery of tests or evaluation of |

```
 1      STATE OF MICHIGAN)
                         )
 2      COUNTY OF MACOMB )

 3           I, Ann L. Bacon, a Notary Public in and for
 4      the above county and state, do hereby certify
 5      that the witness, whose attached deposition was
 6      taken before me in the entitled cause on the
 7      date, time and place hereinbefore set forth, was
 8      first duly sworn to testify to the truth, and
 9      nothing but the truth; that the testimony
10      contained in said deposition was reduced to
11      writing in the presence of said witness by means
12      of stenography; that said testimony was
13      thereafter reduced to written form by mechanical
14      means; and that the deposition is, to the best
15      of my knowledge and belief, a true and correct
16      transcript of my stenographic notes so taken.
17           I further certify that the signature to and
18      the reading of the deposition by the witness was
19      waived by counsel for the respective parties
20      hereto; also, that I am not of counsel to either
21      party or interested in the event of this case.
22      _____
23           Ann L. Bacon, Notary Public, Macomb County
24           Acting in Macomb County
25           My commission expires:  6/29/23
```