# EXHIBIT 1

Highly Confidential - Jeffrey R. Hansen

```
 1                UNITED STATES DISTRICT COURT
 2               EASTERN DISTRICT OF MICHIGAN
 3                     SOUTHERN DIVISION
 4     _____
                                     )
 5                                   )  Civil Action No.
                                     )  5:16-cv-10444-JEL-MKM
 6     In re:   FLINT WATER CASES    )  (consolidated)
                                     )
 7                                   )  Hon. Judith E. Levy
                                     )  Mag. Mona K. Majzoub
 8     _____)
 9
10
11                    HIGHLY CONFIDENTIAL
12                Wednesday, August 19, 2020
13                         VOLUME I
14
15          Remote videotaped deposition of
16     JEFFREY R. HANSEN, conducted at the location of the
17     witness in East Lansing, Michigan, commencing at
18     9:04 a.m., on the above date, before Carol A. Kirk,
19     Registered Merit Reporter, Certified Shorthand
20     Reporter, and Notary Public.
21
22
23                GOLKOW LITIGATION SERVICES
              877.370.3377 ph | 917.591.5672 fax
24                    deps@golkow.com
```

Golkow Litigation Services                                Page 1

Highly Confidential - Jeffrey R. Hansen

```
 1              MR. ERICKSON:  Object to form and
 2        foundation.
 3        A.    That's right.
 4        Q.    So if there was something that was
 5   going to be needed in order to use the Flint
 6   River water safely, it was LAN's job to identify
 7   what that was and figure out how much it would
 8   cost; is that right?
 9              MR. ERICKSON:  Object to form and
10        foundation.
11        A.    Again, Warren Green developed this
12   product, but that was my understanding.
13        Q.    Okay.  What was your role in
14   working on this exhibit that was provided to the
15   City of Flint in 2011?
16        A.    My role was minor.  For this
17   document in front of me, it was primarily just
18   an editorial review, checking for grammar and
19   punctuation and clarity of wording, that kind of
20   thing.
21        Q.    Sure.  And in reviewing and
22   editing for clarity of wording, you had in mind
23   sort of what was the project and how LAN was
24   going about providing what the city was looking
```

```
 1               MR. ERICKSON:  Object to form and
 2         foundation.
 3         A.    No.
 4               I said no.
 5         Q.    Thank you.
 6                     - - -
 7         (Hansen Deposition Exhibit 5 marked.)
 8                     - - -
 9   BY MR. CONNORS:
10         Q.    Okay.  Now appearing on your
11   screen is Exhibit 5 to the Hansen deposition.
12   These are some apparent meeting notes.  They
13   were previously marked as Exhibit 46 to the
14   Warren Green deposition.
15               Do you recognize this document,
16   which is -- will be marked as Exhibit 5?
17         A.    Yes.
18         Q.    What is it?
19         A.    Those are meeting notes from a
20   meeting.
21         Q.    Who wrote these meeting notes?
22         A.    I did.
23         Q.    And there's a date at the top,
24   May 22, 2013.  Was that around the beginning of
```

1   your work for the City of Flint in 2013, or did
2   you do work before this meeting?
3           A.   No.  That was the beginning.
4           Q.   Okay.  So Hansen Exhibit 5 is sort
5   of the first written work product you have
6   describing what it was you're working on for the
7   City of Flint in 2013; is that right?
8           A.   I believe so.
9           Q.   Okay.  And where was this meeting
10  that these notes reflect?
11          A.   I believe this meeting took place
12  at the Flint Water Treatment Plant.
13          Q.   Who was there?
14          A.   Warren Green, myself, Brent
15  Wright, and I believe Duffy Johnson was there.
16  If you had my original handwritten notes, I
17  think it may have the initials of people who
18  attended at the top.
19          Q.   What was the purpose of this
20  meeting that you had at the Flint Water
21  Treatment Plant on May 22, 2013?
22               MR. ERICKSON:  Objection;
23          foundation.
24          A.   It was my understanding that it

```
 1         Q.    Okay.  And in the "Scope of
 2   Services" section that you had asked about and
 3   that we looked at in this contract, the contract
 4   references the -- "complete the project in
 5   accordance with the proposal submitting on
 6   June 2013."
 7               Do you see that?
 8         A.    Yes.
 9         Q.    And so the scope of services
10   provision in the contract is referencing LAN's
11   proposal to the city from June 2013, correct?
12         A.    Yes.
13               MR. ERICKSON:  Objection to form
14         and to the extent it calls for a
15         conclusion of law.
16         Q.    Okay.  And if I scroll down, then,
17   in Exhibit 6, there is, following the contract,
18   a letter dated June 10, 2013 to Mr. Brent
19   Wright, and this letter is LAN's proposal to the
20   City of Flint; is that right?
21         A.    It appears so.
22         Q.    Okay.  Did you work on this
23   proposal before it was sent to Flint?
24         A.    I don't remember specifically.  If
```

1   I had, it would have been very minimal.

2         Q.    Did you review LAN's proposal
3   before beginning work or during beginning the
4   work for the City of Flint?

5         A.    As I mentioned, I glanced through
6   it.

7         Q.    Okay.  Now, you've testified that
8   you understood that LAN was supposed to perform
9   work on a discrete set of improvements for the
10  water treatment plant; is that true?

11              MR. ERICKSON:  Object to the form.

12        A.    That's correct.

13        Q.    So who, if anyone, was responsible
14  for coming up with that list for figuring out,
15  okay, what are the improvements required to get
16  that water treatment plant up and running
17  safely?

18              MR. ERICKSON:  Objection; asked
19        and answered.

20        A.    I don't know all the information
21  Warren had in developing that original list in
22  the proposal, but I know that he did rely on
23  some previous studies that had been completed.

24        Q.    Okay.  So Mr. Green relied on some

Highly Confidential - Jeffrey R. Hansen

```
 1   Warren Green, correct?
 2              MR. ERICKSON:  Objection;
 3         foundation.
 4        A.    I'm not sure about the others,
 5   what their full experience is.  For myself, I
 6   have some water treatment experience.
 7        Q.    Okay.  But you don't consider
 8   yourself a subject matter expert in water
 9   treatment by any means, do you?
10        A.    I do not.
11        Q.    Okay.  Moving down further in
12   LAN's proposal, there is a description of a set
13   of tasks beginning on Bates label LAN Flint
14   187668.
15              Do you see that?  It talks about a
16   Task 1, Task 2, Task 3.
17              Do you see that?
18        A.    Yes.
19        Q.    Okay.  And it's your understanding
20   that the executed contract with the city in July
21   2013 encompassed Task 1 and Task 2?
22              MR. ERICKSON:  Objection to the
23         form and foundation and to the extent it
24         calls for a conclusion of law.
```

```
 1   decisions or recommendations regarding water
 2   treatment or corrosion control?
 3          A.   He gave me specific tasks to work
 4   on.  I would do so.
 5          Q.   But you weren't qualified, for
 6   example, to provide a peer review or a critique
 7   of any decisions that Mr. Green made about water
 8   quality or water treatment, correct, because
 9   that's not your expertise?
10               MR. ERICKSON:  Object to the form.
11          A.   No.  I would defer to Warren on
12   water quality issues.
13          Q.   Okay.  Okay.  Following that
14   chart, there are some biographies of the project
15   team.  I'm just going to scroll down to yours.
16               So there's the project team bio
17   beginning on page ending in 687.  It says "Jeff
18   Hansen" on it.  Is this the description of your
19   experience provided by the City of -- or by LAN
20   to the City of Flint in connection with LAN's
21   Flint proposal?
22          A.   It looks so, yeah.
23          Q.   Was this the kind of thing that
24   you would help prepare, or was this prepared by
```