# EXHIBIT 2

**Message**

| | |
|---|---|
| **From**: | Hansen, Jeffrey R. [/O=LEO A DALY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JEFFREYHANSEN] |
| **Sent**: | 7/15/2010 1:25:37 PM |
| **To**: | Goings, Angie L. [/O=LEO A DALY/OU=First Administrative Group/cn=Recipients/cn=AngelaGoings] |
| **Subject**: | RE: Flint ideas |
| **Attachments**: | Perry-WWTL-02.JPG; 100_2500.JPG; 100_2501.JPG; 100_2502.JPG; 100_2503.JPG; Perry-WWTL-01.JPG |

Attached are a few pictures of downtown Flint and a couple pictures of the Perry waste water lagoons which we are designing rehabilitation for.

In the Flint pictures, the tallest building is the building our office is in. My personal favorite is 2502.

Hopefully, you can use one of these somehow. Let me know if you have any questions or want something else.

**Jeffrey R. Hansen**
Project Manager

**Lockwood, Andrews & Newnam, Inc.**
**A LEO A DALY COMPANY**
432 North Saginaw Street, Suite 415 • Flint, MI 48502
**T** 810.820.2682    **D** 630.495.4123    **C** 810.333.3201
www.lan-inc.com  •  JRHansen@lan-inc.com

---

**From:** Goings, Angie L.
**Sent:** Monday, July 12, 2010 3:29 PM
**To:** Hansen, Jeffrey R.; Ziegler, Jerri K.
**Subject:** RE: Flint ideas

☺ lol
Thank you!

**Angie Goings**
Marketing Manager

**Lockwood, Andrews & Newnam, Inc.**
**A LEO A DALY COMPANY**
2925 Briarpark Drive, Suite 400 • Houston, TX 77042-3720
**T** 713.266.6900 **x** 2401    **D** 713.821.0401    **C** 832.771.7099
www.lan-inc.com  •  agoings@lan-inc.com

---

**From:** Hansen, Jeffrey R.
**Sent:** Monday, July 12, 2010 2:26 PM
**To:** Ziegler, Jerri K.
**Cc:** Goings, Angie L.
**Subject:** RE: Flint ideas

Unfortunately, 2 thugs robbing someone at gunpoint would symbolize the area nicely.

I've got some project photos for Perry, but they are all prior to construction since the project is just underway. Also, I might be able to get a decent picture along the river in downtown flint. Let me see if I can come up with something in the next few days.

**Jeffrey R. Hansen**
Project Manager

**Lockwood, Andrews & Newnam, Inc.**
**A LEO A DALY COMPANY**
432 North Saginaw Street, Suite 415 • Flint, MI 48502


EXHIBIT
Hansen 14

**T** 810.820.2682    **D** 630.495.4123    **C** 810.333.3201
www.lan-inc.com • JRHansen@lan-inc.com

---

**From:** Ziegler, Jerri K.
**Sent:** Saturday, July 10, 2010 12:34 PM
**To:** Hansen, Jeffrey R.
**Subject:** FW: Flint ideas

Jeff,

Do you have any ideas? See below.

Jerri

---

**From:** Goings, Angie L.
**Sent:** Friday, July 09, 2010 9:10 AM
**To:** Ziegler, Jerri K.
**Subject:** RE: Flint ideas

If we could get one great project photo, that would be good... but I think we're prob too far from that point.
My other idea was to have a non-engineering photo that would symbolize the area (like what we did for the postcards). Didn't know if you could think of anything for that...

**Angie Goings**
Marketing Manager

**Lockwood, Andrews & Newnam, Inc.**
**A LEO A DALY COMPANY**
2925 Briarpark Drive, Suite 400 • Houston, TX 77042-3720
**T** 713.266.6900 **x** 2401    **D** 713.821.0401    **C** 832.771.7099
www.lan-inc.com • agoings@lan-inc.com

---

**From:** Ziegler, Jerri K.
**Sent:** Friday, July 09, 2010 8:15 AM
**To:** Goings, Angie L.
**Subject:** FW: Flint ideas

Angie,

See below. Does this help.

Jerri

---

**From:** Hansen, Jeffrey R.
**Sent:** Wednesday, July 07, 2010 3:50 PM
**To:** Ziegler, Jerri K.
**Subject:** RE: Flint ideas

Hi Jerri,

Michigan economy is pretty bad so things are slow, but here is what it happening:

Projects
1. Karegnondi Water Authority (KWA) Lake Geotechnical Exploration with Warren.
2. City of Perry Waste Water Treatment Lagoon System Improvements.
3. Saginaw Midland Municipal Water Supply Corporation (SMMWSC) WTP Evaluation with Warren.
4. SMMWSC Pump Station VFD Design with Warren.

Confidential

Proposals / Prospects
1. Village of Dryden Storm Sewer Improvements Design
2. City of Brighton General Engineering Services
3. Hartland Township Water Supply and Treatment Expansion
4. Village of Dryden WWTL Expansion
5. KWA Lake Intake Project (Warren)
6. SMMWSC New WTP Design (Warren)

**Jeffrey R. Hansen**
Project Manager

**Lockwood, Andrews & Newnam, Inc.**
A LEO A DALY COMPANY
432 North Saginaw Street, Suite 415 • Flint, MI 48502
**T** 810.820.2682   **D** 630.495.4123   **C** 810.333.3201
www.lan-inc.com • JRHansen@lan-inc.com

---

**From:** Ziegler, Jerri K.
**Sent:** Tuesday, July 06, 2010 2:58 PM
**To:** Hansen, Jeffrey R.
**Subject:** FW: Flint ideas

Jeff,

What do you have going on as far as projects go?

Jerri

---

**From:** Goings, Angie L.
**Sent:** Tuesday, July 06, 2010 1:21 PM
**To:** Ziegler, Jerri K.
**Subject:** Flint ideas

Hey Jerri!
Thinking about Pipelines… wanting to do something for the Flint office. Can you think of anything that would symbolize the area or our presence there?



**Angie Goings**
Marketing Manager

**Lockwood, Andrews & Newnam, Inc.**
A LEO A DALY COMPANY
2925 Briarpark Drive, Suite 400 • Houston, TX 77042-3720
**T** 713.266.6900 **x** 2401   **D** 713.821.0401   **C** 832.771.7099
www.lan-inc.com • agoings@lan-inc.com