# EXHIBIT 3

Message

| | |
|---|---|
| **From**: | Hoffman, Kelly (DEQ) [HOFFMANK@michigan.gov] |
| **Sent**: | 10/24/2011 7:49:35 PM |
| **To**: | Hansen, Jeff [/o=Leo A Daly/ou=First Administrative Group/cn=Recipients/cn=JeffreyHansen] |
| **Subject**: | RE: Flint |

Okie dokie. Have ummmm, fun? ☺

Has Skinny been better behaved this afternoon?

---

**From:** Hansen, Jeff [mailto:jrhansen@lan-inc.com]
**Sent:** Monday, October 24, 2011 3:47 PM
**To:** Hoffman, Kelly (DEQ)
**Subject:** Flint

I'm headed to the Flint council meeting tonight – starts at 5:30. So I will see you a little later. Can you feed Sparky when you get home?

Sounds like some interesting stuff in Clown Town today.

**EXHIBIT**
Hansen 58