# EXHIBIT 4

Message

**From**: Hansen, Jeff [/O=LEO A DALY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JEFFREYHANSEN]
**Sent**: 5/3/2012 5:55:56 PM
**To**: Kelly Hoffman [hoffmank@michigan.gov]
**Subject**: flint stinks

http://www.mlive.com/news/flint/index.ssf/2012/05/from_the_comments_readers_deba_31.html

What the f? They seize them just to kill them??

**EXHIBIT
Hansen 59**

Confidential                                                                                                                          LAN_FLINT_00020016