# EXHIBIT 5

| | |
|---|---|
| **Message** | |
| From: | Hansen, Jeff [/O=LEO A DALY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JEFFREYHANSEN] |
| Sent: | 9/17/2015 3:05:12 PM |
| To: | Kelly Green (greenk1@michigan.gov) [greenk1@michigan.gov] |
| Subject: | FW: LCR Information |
| Attachments: | Congressman Kildee Response re Flint Water.pdf; 2015-09-09- Congressman Kildee Letter on Lead in Flint Water.pdf |

For your amusement and you didn't get this from me.

What I find annoying is that they both cc'd that clown from Virginia Tech.


**From:** Howard Croft [mailto:hcroft@cityofflint.com]
**Sent:** Thursday, September 17, 2015 9:08 AM
**To:** Green, Warren; Matta, Samir
**Cc:** Hansen, Jeff; Michael Glasgow; Brent Wright; Robert Bincsik; John Monsees
**Subject:** LCR Information

Warren,
Samir,

I want to keep you all in the loop with the most recent information surrounding lead and copper concerns in the City. Enclosed please find a copy of a recent letter written from US Congressman Dan Kildee to the head of the EPA and the MDEQ. I have also included the response from Dan Wyatt of MDEQ.

I wold like to continue moving forward as quick as possible with the final design for corrosion control and to have as much information as possible on our next steps. I have reached out in the last few weeks to two EPA lead experts, Michael Schock and Darrin Lytle and I have invited them to join our Technical Advisory Team. I am currently waiting to hear back form them on when they are available to come to Flint.

I will look forward to having you all involved when they arrive.


Thank you,


--
**Howard Croft**
Public Works Director
City of Flint
1101 S. Saginaw Street
Flint, MI 48502
PH# 810.766.7135 Ext.2043
hcroft@cityofflint.com

CONFIDENTIALITY AND PRIVILEGE NOTICE: This email communication, including any and all attachments, (collectively, this "Communication"), is intended solely for the person(s) to whom it is addressed. This Communication may contain information that is privileged, confidential and/or proprietary. Any unauthorized use, disclosure or copying of this Communication is strictly prohibited. If you have received this Communication in error, please contact the sender immediately and destroy any and all copies of this Communication.

**EXHIBIT**

**Hansen 17**