# EXHIBIT 1

Rennaker, Joanne (DEQ)

**From:** Prysby, Mike (DEQ)
**Sent:** Thursday, September 03, 2015 1:22 PM
**To:** Benzie, Richard (DEQ); Shekter Smith, Liane (DEQ); Busch, Stephen (DEQ)
**Subject:** FW: Flint Water

Below is a note from Howard Croft to our TAC team concerning the return to compliance for TTHMs. Howard also briefly discusses the lead issue and the city's plans to install optimal corrosion control.

Michael Prysby, P.E.
District Engineer
Office of Drinking Water and Municipal Assistance
517 290-8817

**From:** Howard Croft [mailto:hcroft@cityofflint.com]
**Sent:** Thursday, September 03, 2015 12:28 PM
**To:** Brent Wright; Dayne Walling; donna. cole; Gerald (Jed) Natzke; Gerald Ambrose; Howard Croft; James Henry; Jason Lorenz; jmikewright; JoAnne Herman; John O'Brien; Kirk Smith; larry.koehler@mcc.edu; Laura Sullivan; Michael Glasgow; Michael Wright; Mike Lane; Prysby, Mike (DEQ); Natasha Henderson; Norb Birchmeier; Pete Levine; Robert Bincsik; rosejo@msu.edu; Russell Hudson; Samir Matta; Warren Green
**Subject:** Flint Water

Technical Advisory Team,

I am pleased to report that the City of Flint has officially returned to compliance with the Michigan Safe Drinking Water Act and we have received confirming documentation from the DEQ today. The GAC filtering was installed on time and was instrumental in our ability to maintain an average level under the MCL. We anticipate that we will have no further notices going out.

---

Recent testing has raised questions regarding the amount of lead that is being found in the water and I wanted to report to you our current status.

At the onset of our plant design, optimization for lead was addressed and discussed with the engineering firm and with the DEQ. It was determined that having more data was advisable prior to the commitment of a specific optimization method. Most chemicals used in this process are phosphate based and phosphate can be a "food" for bacteria. We have performed over one hundred and sixty lead tests throughout the city since switching over to the Flint River and remain within the EPA standards.

We are currently designing an optimization plan with the engineering firm that will be presented to the DEQ and upon approval we expect to have it implemented by January 2016. It is worthwhile to note that the DEQ has reported that other cities have taken years to complete an optimization plan and we anticipate having a plan in place over the next four months.

**EXHIBIT**
Croft 87

It is also worth noting to this group that there are different lead testing methods used within industry and the city remains consistent with the most recent EPA approved testing method which can produce different results than other methods.

We hope to schedule another TAC team meeting for late September or early October, I will attempt to keep everyone informed and look for the best dates. We are inviting additional EPA experts to become a part of this committee.

Thank you,


--
**Howard Croft**
Public Works Director
City of Flint
1101 S. Saginaw Street
Flint, MI 48502
PH# 810.766.7135 Ext.2043
hcroft@cityofflint.com