# EXHIBIT 3

**Subject:**
**From:** Michael Glasgow <mglasgow@cityofflint.com>
**Date:** 9/10/2015 10:47 AM
**To:** "Prysby, Mike (DEQ)" <prysbym@michigan.gov>, "Busch, Stephen (DEQ)" <BUSCHS@michigan.gov>

Steve & Mike,

Good morning, I hope you enjoyed your holiday weekend. I am contacting you on behalf of Howard to request a "quote". Howard is preparing a presentation for the City Council on Monday night in regards to this recent lead & copper news. He would appreciate a statement in regards to why corrosion control was not required by the City at the onset of using the Flint River, and how it took two rounds of lead & copper sampling to determine that "optimization" is required. I have explained to him my understanding, although for the presentation he is looking for a brief statement of a couple sentences to reference or quote one of you.

Thank you,

--
Mike Glasgow
Utilities Administrator
City of Flint
1101 S. Saginaw St.
Flint, MI  48502
(810)766-7135 ext. 2602

**EXHIBIT**
**Croft 88**

1 of 1                                                                                                  10/14/2015 3:01 PM