# EXHIBIT 5

**Dayne Walling** <dwalling@cityofflint.com>  Mon, Aug 31, 2015 at 12:07 PM
To: Howard Croft <hcroft@cityofflint.com>
Cc: Natasha Henderson <nhenderson@cityofflint.com>, Michael Glasgow <mglasgow@cityofflint.com>

Thank you. I would also like background on what is being asserted about corrosiveness of the Flint River water (even after treatment) and whether this is a problem for water quality, lead levels and pipe integrity, or not.

[Quoted text hidden]

---

**Howard Croft** <hcroft@cityofflint.com>  Mon, Aug 31, 2015 at 1:37 PM
To: Dayne Walling <dwalling@cityofflint.com>
Cc: Natasha Henderson <nhenderson@cityofflint.com>, Michael Glasgow <mglasgow@cityofflint.com>

Mayor,

We have procured a project summary from Virginia Tech that chronicles their objectives. The focal point is certainly Flint water but as I read through the summary, the meat of the task seems to addresses a larger, national issue with antiquated infrastructure. Our position would be to support the study and to hopefully highlight the path that we have been on to design an engineered plan of how to address the issues. It is important to note that we have actively requested and pursued having residents get their water tested and that we procured an independent testing agency to expand our capacity to do so.

What an upcoming article could fail to report is the work that we have already done to address infrastructure concerns on a large scale (Master Plan, 10-year rate Study, 5-year CIP). Mike Glasgow and I have discussed working to be more proactive in addressing lead concerns and this will include recommendations from the EPA and action items to follow. This would be a good topic to try and get in front of with the Technical Advisory group that I have intended to convene sometime in September.

This also falls in line with the $ 3 million grant that is being pursued by the U of M Flint for a similar but much broader study that would begin next year.

[Quoted text hidden]

 **Rapid Proposal Final.pdf**
220K

---

**Michael Glasgow** <mglasgow@cityofflint.com>  Mon, Aug 31, 2015 at 4:09 PM
To: Howard Croft <hcroft@cityofflint.com>

The data you received from Mr. Guyette is the same info I come up with via the web site.

Here is our data from DEQ: In our 2014 sampling for lead & copper (100 samples) the 90th percentile was 6 ppb, with 2 samples over the action level of 15 ppb. 2015 monitoring (69 samples) resulted in a 90th percentile of 11 ppb, with 6 samples over the action level.

In our last communication from DEQ, which was received the end of last week states that even though we are in compliance, our corrosion control is "not optimized" and they recommend the addition of phosphate as a corrosion inhibitor, and it must be implemented in by January of 2016. We originally had this chemical in the design, but the DEQ did not mandate it from the start, they informed us to wait and see the results of our lead and copper sampling to determine if it was necessary. I gave LAN a heads up over a couple of months ago to be ready to design the phosphate chemical feed system.

On Mon, Aug 31, 2015 at 12:05 PM, Howard Croft <hcroft@cityofflint.com> wrote:
[Quoted text hidden]

--

CROFT - 0000001243

Mike Glasgow
Utilities Administrator
City of Flint
1101 S. Saginaw St.
Flint, MI 48502
(810)766-7135 ext. 2602

CROFT - 0000001244