# EXHIBIT 6

Highly Confidential - Michael B. Glasgow

```
 1               UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF MICHIGAN
 3                    SOUTHERN DIVISION
 4       _____
                                        )
 5                                      )  Civil Action No.
                                        )  5:16-cv-10444-JEL-MKM
 6       In re:  FLINT WATER CASES      )  (consolidated)
                                        )
 7                                      )  Hon. Judith E. Levy
                                        )  Mag. Mona K. Majzoub
 8       _____)
 9
10                     HIGHLY CONFIDENTIAL
11        VIDEOTAPED DEPOSITION OF MICHAEL B. GLASGOW
12                         VOLUME III
13
14              Wednesday, February 26, 2020
15                      at 8:58 a.m.
16
17       Taken at:  Butzel Long
                    41000 Woodward Avenue
18                  Bloomfield Hills, Michigan  48304
19
20
21
22       REPORTED BY:  CAROL A. KIRK, RMR/CSR-9139
23                 GOLKOW LITIGATION SERVICES
             877.370.3377 ph | 917.591.5672 fax
24                    deps@golkow.com
```

Highly Confidential - Michael B. Glasgow

```
 1                MS. SMITH:  Okay.  Well, then I
 2       will have no further questions.
 3                THE VIDEOGRAPHER:  Going off the
 4       record at 9:06 a.m.
 5                (Pause in proceedings.)
 6                THE VIDEOGRAPHER:  We are back on
 7       the record at 9:08 a.m.
 8                        - - -
 9                FURTHER EXAMINATION
10   BY MS. DEVINE:
11       Q.   Good morning, Mr. Glasgow.  My
12   name Alaina Devine.  I represent the Veolia
13   North America Defendants.  I work with
14   Mr. Campbell who was here questioning you on
15   Monday.  I just have a few follow-up questions
16   for you based on the testimony you've given over
17   the past two days.
18                You had testified that there was a
19   decision made with respect to corrosion control
20   treatment and specifically phosphates before the
21   switch in April of 2014.
22                Do you recall testifying about
23   that?
24       A.   I do, yes.
```

```
 1          Q.    And if I recall correctly, you
 2   gave testimony that there was instruction from
 3   the MDEQ, specifically Mr. Prysby, who was the
 4   engineer assigned to the city of Flint, your
 5   engineer, that they were not going to be adding
 6   phosphates to the water; you were not required
 7   to add phosphates to the water; is that correct?
 8                MR. MORRISSEY:  Objection to form.
 9                MS. COLLINS:  Object to the form.
10                MR. KUHL:  Object to form; assumes
11          testimony.
12          A.    That is correct.
13          Q.    What is your understanding of
14   Mr. Prysby's role with respect to the city of
15   Flint?
16          A.    He was our MDEQ district engineer
17   assigned to oversee the city.
18          Q.    Thank you very much.
19                With respect to the decision not
20   to implement corrosion control treatment or add
21   phosphates to the water, do you know the reason
22   for that, as you sit here today?
23          A.    The reason is it was explained to
24   me their interpretation of the Safe Drinking
```