# EXHIBIT 1

# FLINT WTP FACILITY MEETING AGENDA

June 26, 2013          9:00 am

Discussion Topics

I. Introductions

II. Progress Update
    A. Regulatory Needs for Interim & Long Term Operation
    B. Scheduled Plant Run
    C. Timing
    D. Softening/Sludge Disposal

III. Existing WTP Facility Anticipated Improvements
    A. Plant Capacity/Hydraulics
    B. Short Term Goal-Flint River
    C. Long Term Goal-KWA
    D. Project Costs/Budgets
        1. City
            a) Test Run Mode
            b) Flint River
            c) KWA
        2. County
            a) Test Run Mode
            b) Flint River
            c) KWA

IV. Operational Considerations
    A. Job Duties
    B. Work Sharing
    C. Operational/Product Costs

V. Other Issues

VI. Meeting Schedule



Walling Deposition
**Exhibit 4**
235272-CAK   02/20/2020