# EXHIBIT 2

# CITY of FLINT
# WATER TREATMENT PLANT

| SIGNATURE | DATE |
|---|---|
| Brent Wright COF 810-787-6537 | 6/24/13 |
| Warren Green LAN 630-495-7199 | 6/26/13 |
| Jeff Hansen LAN 810-820-2682 cell 333-3201 | '' |
| Jon W. Bloemeer DEQ, Field Ops 989-460-7254 | '' |
| Elgar Brown O'Malia Casualty | |
| David Jansen Gen Co WWS | '' |
| Jim Redding Rowe 810-869-5166 | |
| Steve Busch DEQ 517-643-2314 | 6/26/13 |
| Michael Prysby DEQ 517 335-6122 | 6/26/13 |
| Daugherty Johnson City of Flint 810 577-8906 | 6/26/13 |
| Robert Bincsik COF 810 766-7202 or 3413 | 6/26/13 |
| Mike Glasgow COF (810) 767-6537 | 6/26/13 |



EXHIBIT Croft 20

DEPOSITION EXHIBIT 45
12-31-94

CONTAINS CONFIDENTIAL INFORMATION OF LAN. PRODUCED TO MICHIGAN ATTORNEY GENERAL FOR LAW ENFORCEMENT PURPOSES ONLY. EXEMPT FROM DISCLOSURE UNDER MCL 767A.8 AND 15.243.

LAN_MAG_00000095