# EXHIBIT 3

Highly Confidential - Howard Croft

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                      SOUTHERN DIVISION
 4    _____
                                         )
 5                                       )  Civil Action No.
                                         )  5:16-cv-10444-JEL-MKM
 6    In re:   FLINT WATER CASES         )  (consolidated)
                                         )
 7                                       )  Hon. Judith E. Levy
                                         )  Mag. Mona K. Majzoub
 8    _____)
 9
10              Thursday, May 28, 2020
11                 HIGHLY CONFIDENTIAL
12                      VOLUME I
13
14         Remote videotaped deposition of
15    HOWARD CROFT conducted at the location of the
16    witness in Okemos, Michigan, commencing at 9:09 a.m.,
17    on the above date, before Carol A. Kirk, Registered
18    Merit Reporter, Certified Shorthand Reporter, and
19    Notary Public.
20
21
22
23              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
```

```
 1           Exhibit 20 -- no, 19.  Sorry.  And then
 2      this will be Exhibit 20.
 3  BY MR. ERICKSON:
 4      Q.      So this is the sign-in sheet that
 5  was, you know, in the records of the city and
 6  LAN following the meeting and in the DEQ.
 7              Have you seen this before, sir?
 8      A.      It doesn't stand out.
 9      Q.      I notice that your name is not on
10  the sign-in sheet.  Do you recall seeing a
11  sign-in sheet at the meeting that day?
12      A.      Sign-in sheets were typical.
13  There's a good chance I was the last one there
14  and the first one to leave.
15      Q.      But it's your recollection that
16  you were there for about an hour and a half; is
17  that right?
18      A.      Approximately an hour or so.
19      Q.      An hour or so?
20      A.      I know that when I left heading
21  back to city hall, I called back to city hall to
22  talk to Jerry Ambrose.  So I would suspect if we
23  found out the time of that call, I had just left
24  the plant within ten minutes.
```

```
 1        Q.    Do you remember what time of day
 2   the meeting started?
 3        A.    It was in the morning.
 4        Q.    Do you remember what time in the
 5   morning?  If you don't, that's fine.
 6        A.    I don't specifically.
 7        Q.    Okay.  And where was the meeting?
 8        A.    It was in the water treatment
 9   plant.  There's a main room that I believe
10   functions -- functioned as like a big cafeteria
11   type room.
12        Q.    Was there more than one meeting
13   that day about the issues, or just one meeting?
14        A.    So it's my understanding now --
15   so, again, it's my understanding that following
16   a preliminary meeting, that there was a
17   secondary meeting.  That's my understanding,
18   that another or carry-over meeting took place.
19        Q.    And do you -- do you have an
20   understanding as to where that follow-up meeting
21   took place?
22        A.    Someone -- I do not have -- I do
23   not have firsthand knowledge.  I believe it was
24   conveyed to me that that was held in Brent
```

Highly Confidential - Howard Croft

```
 1   Wright's office.
 2        Q.   And who do you recall attended
 3   this second meeting?
 4        A.   I wasn't there, so I can't -- I
 5   can't speak firsthand.  It just would be second-
 6   or thirdhand.
 7        Q.   And I understand that.  I
 8   understand you don't have firsthand knowledge.
 9   You weren't present.  But you were informed of
10   the meeting, correct?
11        A.   Yes.  But --
12        Q.   And do you have any understanding
13   as to who was present at the follow-up meeting?
14        A.   Not 100 percent.  It would have
15   been the technical people.
16        Q.   And that would have included Brent
17   Wright, if it was his office, correct?
18             MR. CONNORS:  Objection; lacks
19        foundation.
20        Q.   Okay.  Would you be guessing as to
21   who was at the follow-up meeting?
22        A.   I would 100 percent be guessing.
23        Q.   Okay.  I won't -- I'll move on.
24             Did you take any notes at the
```

 1             the signature page.
 2    BY MR. ERICKSON:
 3         Q.    So we see at the end of the memo
 4    that it was signed by yourself and Mr. Walling
 5    and Mr. Ambrose, correct?
 6         A.    Yes.
 7         Q.    And did you prepare the memo, or
 8    did someone else prepare it?
 9         A.    I believe I prepared this.  I was
10    the main person preparing this.
11         Q.    And what was the purpose of
12    preparing the Q and A document?
13         A.    Can I see the top of it again?
14         Q.    Yes.  Certainly.
15              MR. ERICKSON:  There's a cover
16         page, but let's go to the first -- you
17         know, the second page.
18         A.    So my attempts, Mr. Erickson, the
19    time I was there was to try to -- was to attempt
20    to be attentive to allow them to question their
21    concerns.  And I believe we had opened up and
22    requested -- or the mayor was getting questions
23    from a number of people regarding water.  And I
24    think one of the things we wanted to do was to

1  attempt to convey some information to people so

2  they had at least some foundation of certain

3  questions they had.

4              So I think this was a response to

5  a number of different people that were writing

6  letters to the mayor.

7       Q.   And this document, as it says, was

8  to the City of Flint residents, correct?  This

9  was prepared for public distribution, correct?

10      A.   Correct.  Yes.

11           MR. ERICKSON:  Let's scroll down,

12      and I'll tell you when to stop, Sarah.

13           Okay.  You can stop.  Let's go

14      back -- go back up.

15           There we go.  That's good.  I want

16      to have the purpose of the agenda of the

17      meeting, have that be the top -- there

18      we go.  I just want to get all those

19      numbered paragraphs in.  There we go.

20 BY MR. ERICKSON:

21      Q.   So this is your discussion

22 regarding the meeting that you referred to

23 with -- on June 26, 2013, correct?

24      A.   Correct.

```
 1              MR. ERICKSON:  Let's scroll up
 2        just a little to get the date, and then
 3        come back to this.
 4   BY MR. ERICKSON:
 5        Q.   You see where it says, "On
 6   June 29, 2013, following many preliminary
 7   discussions"?
 8              Do you see that?
 9              Go ahead and read that paragraph
10   to yourself.
11              So this is clearly a reference to
12   the same meeting that we've been talking about
13   already this morning, correct?
14              You have to answer verbally.
15        A.   Yes.  Yes.  Absolutely.
16        Q.   And would you agree with me that
17   in summarizing the meeting, you started by
18   getting the date wrong?
19        A.   Yes, I would.
20        Q.   All right.  Would you agree with
21   me -- looking at this agenda that you've written
22   here, would you agree -- you say, "The purpose
23   of the agenda of the meeting was to determine
24   the feasibility of the following items," and
```

1   then you list 1 through 6.

2              Would you agree with me that the

3   agenda of the meeting that we've already looked

4   at this morning is a better indicator of what

5   the agenda of the meeting was?

6        A.   I would say that's fair that the

7   previous agenda that you showed is maybe more

8   reflective of the specifics.  And I think this

9   may be a little bit more general.

10       Q.   And turning to the next section

11  where it starts, "The conversation was guided

12  with focus on the engineering, regulatory, and

13  quality aspects of each item listed."  And then

14  it goes -- it says, "The resulting

15  determinations were made," and you list Items 1

16  through 6.

17             Was this done from your memory?

18       A.   I believe so.

19       Q.   Okay.  You don't recall having any

20  notes from the meeting either that you took

21  yourself or that you were provided by somebody

22  else, correct?

23       A.   Correct.

24       Q.   And you also didn't have any

```
 1   incomplete meeting minutes that someone else had
 2   prepared regarding the meeting; is that correct?
 3         A.    I don't have any recollection of
 4   meeting minutes.
 5         Q.    Okay.  This was just your effort
 6   to recreate and put down on paper events that
 7   had occurred a year and a half earlier, correct?
 8         A.    Yes.
 9         Q.    I want to move to the summer of
10   2013.  You referenced earlier that you recall
11   there being a plant test run.
12               Do you remember that?
13         A.    I remember hearing that a plant
14   test run is something that happened, I want to
15   say, either three or four times a year.  So I'll
16   let you ask the next question, and then I'll
17   respond.
18         Q.    Do you remember that when LAN made
19   its proposal, Task Number 1 was for LAN to
20   participate with the city in connection with a
21   plant test run?
22         A.    So I do recall the discussion
23   being that on the next scheduled -- whatever the
24   time frame, that there was an upcoming plant run
```

Highly Confidential - Howard Croft

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF MICHIGAN
 3                    SOUTHERN DIVISION
 4    _____
                                    )
 5                                  )   Civil Action No.
                                    )   5:16-cv-10444
 6    In re:  FLINT WATER CASES     )
                                    )
 7                                  )   Hon. Judith E. Levy
                                    )   Mag. Mona K. Majzoub
 8    _____)
 9
10              Friday, September 11, 2020
11                   HIGHLY CONFIDENTIAL
12                       VOLUME III
13
14         Continued remote videotaped deposition of
15    HOWARD CROFT conducted at the location of the
16    witness in Okemos, Michigan, commencing at 9:05 a.m.,
17    on the above date, before Carol A. Kirk, Registered
18    Merit Reporter, Certified Shorthand Reporter, and
19    Notary Public.
20
21
22
23              GOLKOW LITIGATION SERVICES
              877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com
```

```
 1   something like that that you may have heard but
 2   didn't understand the significance of at the
 3   time, and so you didn't recall it because you
 4   don't have the technical background?
 5              MR. RUSEK:  Objection; form,
 6         foundation, speculation.
 7        A.    I can't rule out any absolutes
 8   outside of what I, you know, can be firm about,
 9   so I suppose --
10        Q.    Well, it's possible you were part
11   of a technical discussion and you simply don't
12   recall it, correct?
13        A.    I was not -- I was definitely not
14   part of technical discussions leading up to the
15   plant getting put in.  Any time that I would
16   have been involved would have been maybe as a
17   participant in a meeting somewhere down the
18   road.
19        Q.    Except that you did say that you
20   attended at least part of the meeting on June 26
21   of 2013, correct?
22        A.    Yeah, but there was no -- the
23   technical aspects of that meeting all occurred
24   after I left.
```