# EXHIBIT 4

**Lockwood, Andrews & Newnam, Inc.**
A LEO A DALY COMPANY

**DESIGN NOTES AND COMPUTATIONS**

SUBJECT: _Flint Design MTG_

SHEET NO. ___ OF ___

6/26/13

- Youngs Env. Knowing line tomorrow.
- Been in touch w/ Wes Tech.
- Scheduled now to start run 7/8. run 4 wks. 1 wk w/out soft. 3 w/ts.

- What is Brent talking about - contamination of Res. 3? No treatment that is why
- Not equipped for over 20 mgd rt terns of intermediate. $c l_c$  regrunning w/out treating.

- MDEQ - need's to approve chemicals 1st. NSF $\frac{61}{60}$

- 100% off river for interim
- Flint has made request to Detro D to bleed - Has not heard back
- Will try to ram back up to 36 mgd.

- Ozones · 3 @ 12 mgd each
- Filters · 3 @ 12 " also.
- Jim concerned about THM formation · potential · 380 → 440.
- Bromokey:
  · Most likely from landfill near Holloway Res.
- More concerned about turbidity.

⟶⟶⟶⟶⟶ to below 150
- what to do w/ sludge.
    - Bray Rd?
    · 260 tons/wk dry worst case.
    - week ex. tone begin · need to check cdes.

- 8" pipe segment on Risto.
- Dist Reserv. & transfer P.S.
- Em.
- MDEQ - won't dictate solution on electr., but thinks generators better.
     - Dave J. mentioned timing issues to get CE to do something.
     - of lead time on equipment
- KWA. when to bring flow of @ what pressure?
     - Dist reservoir - enough to get over weir.
- KWA. Chlorination at intake, but probably not much more.
     · Ozone process cannot have $c l_c$

Dist Reserv.   750.5     W.L. elev ~ 747.#2  in ozone

- Cnty max say min CO₂·

avg last wk  13 mgd.

min.  7 mgd
actual  12 mgd

Avg. of both 11 + 11  min size. 23·24
Flint max day·                              18.

57r. avg.  13.9 mgd

Prysby · 5 yr max.  21.6     2030 demand · is 24 mgd.

PREPARED BY ___ DATE ___  CHECKED BY ___ DATE ___  PROJECT NUMBER
D-005

CONTAINS CONFIDENTIAL INFORMATION OF LAN.
PRODUCED TO MICHIGAN ATTORNEY GENERAL FOR
LAW ENFORCEMENT PURPOSES ONLY. EXEMPT FROM
DISCLOSURE UNDER MCL 767A.8 AND 15.243.

LAN_MAG_00000096



DEPOSITION
EXHIBIT
46
PENGAD 800-631-6989
12-3-19 /s

other regulatory issues.
none.

~~_____~~

- All set for Plurivitation.

CONTAINS CONFIDENTIAL INFORMATION OF LAN.
PRODUCED TO MICHIGAN ATTORNEY GENERAL FOR
LAW ENFORCEMENT PURPOSES ONLY. EXEMPT FROM
DISCLOSURE UNDER MCL 767A.8 AND 15.243.

LAN_MAG_00000097