# EXHIBIT 5

6/26/2013

Jon Allen, Howard Croft, Brent, Rob Benzik, Mike Glasgow, Steve, Mike Prysby, Dave J, Elgan B, JER

no softening since 2007
old lime in bins — Youngs to remove
Westech making recommendations for lime softening
Softening will be challenging
July 8 — start plant run
run for 4 weeks
18 mgd
check filter loading to see how much alone
     18 mgd — push to 36 mgd?
what is overflow capacity/structural loads
chlorination limited 20 mgd
test run sludge to Bray Road
Steve — chemicals need to be MDEQ approved


100% off river — interim plan
DEQ — concern about quality monitoring if
     river / DWSD comingled   lead/copper


City waiting for DWSD
     — October to determine sunk costs
     — new rates in Jan–Feb


survey now — actual capacity properly
hydraulic bottleneck out of reach to
     filters → 36 mgd

EXHIBIT Redding 14

DEQ desires hydraulic test to 40mgd
 — but plant can't get that much out

Combined City/County MDD  40.5 mgd
Bloomben — no regulatory required — local
   — get below 150
   — take out $CO_2$ hardness only
what to do with sludge
   320,000 gallons sludge/week
   19,000 lb/hr if pressed
   260 T/week dry
   $CO_2$ and Non $CaCO_3$

Bloomben suggests geo tube/ land app
Warren — Rehab thickeners available
   — Store in old basins at WTP

Governor/treasurer — no lawsuit between
            ~~regulatory~~ EPM's
         and ? (not $CO_2$)
— Oxygen storage  30 days
— switchgear
— high service pump
— hydraulic bottlenecks — 8" pipe
— clnt reservoir ?
— emergency interconnect
— CT
— ~~std~~ electrical

Steve - prefers onsite power backup
         in lieu of redundant

elev at WTP ozone - 747
KWA in at NE corner?
Rob Borzjch - Knowledgable about piping on
        site

Flint - emergency backup to GCDC → 24 mgd
40 mgd MDD - both continuous
GCDC - avg 13 mgd
Flint MDD = 18 mg
GCDC MDD = 24 mgd
chemical feed - design for Flint MDD = 18 mgd  24
Qavg for city = 14 mgd
recent avg = 12 mgd
minimum day = 7.07, 9, 11   use 7
turbidity   0.10 avg   0.30 max   goals
hardness - goal below 100 150
crypto - 3 log inactivation
what temp - 0.5°C
Giardia - 3 log
Virus - 4 log
WTP - 1st customer → achieve goals why
                     high service

THM HAAC — running sample/ less than 60?
any pending regulations?
Long term   LTZ monitoring
              should be in top tier BW
              not impacts to Lake Huron

Short Term
  — lead & copper   — more sites?

Lake Huron
  no zebra — remove in ½ day
  high source — address
  low source
  no UV
  emergency interconnect
  DEQ — no issue with CL gas

Fluoridation?

MDEQ — KWA is best available source

Operation
  1 Foreman / 2 operators   w/o softening
  1 Foreman / 3 operators   w/ softening
  3 — 8 hour shifts planned
  will county share costs for WTP plant run?
    — chemical feed / labor / energies