# EXHIBIT 6

Highly Confidential - Brent Wright

```
 1                 UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF MICHIGAN

 3                      SOUTHERN DIVISION

 4    _____

                               )

 5                             )     Civil Action No.

      In Re FLINT WATER CASES  )     5:16-CV-10444-JEL-MKM

 6                             )     (Consolidated)

                               )

 7                             )     Hon. Judith E. Levy

                               )     Mag. Mona K. Majzoub

 8                             )

      _____)

 9

10

11                      HIGHLY CONFIDENTIAL

12         VIDEOTAPED DEPOSITION OF BRENT WRIGHT

13              Tuesday, December 3, 2019

14                     at 9:08 a.m.

15

16

17

18    Taken at:      Butzel Long

                     41000 Woodward Avenue

19                   Bloomfield Hills, Michigan   48304

20

21    REPORTED BY:   LAURA STEENBERGH, RPR, CRR, RMR, CSR-3707

22

23                 GOLKOW LITIGATION SERVICES

            877.370.3377 ph | 917.591.5672 fax

24                    deps@golkow.com
```

Highly Confidential - Brent Wright

```
 1   Q.   So with respect to this May 22, 2013 meeting, you don't

 2        recall it at all, is that fair?

 3   A.   I don't remember it at all.

 4   Q.   All right.  You've just read the note from Mr. Hansen,

 5        who's reporting that that was the discussion at the

 6        meeting.

 7             Do you recall that a decision had been made by

 8        the City of Flint to run off the Flint River before you

 9        met with LAN in May of 2013?

10   A.   Yes.

11   Q.   And what do you recall?

12   A.   I recall a meeting taking place in the mayor's

13        conference room.

14   Q.   And this is a meeting in which it was decided that you

15        were going to use the Flint River?

16   A.   This was a meeting -- oh, boy -- Genesee County was

17        involved in it, yes.  This was a decision that was

18        moving forward on, if I remember, if it was the Flint

19        River or the KWA, probably both, because we knew we were

20        moving forward with KWA already, and I remember

21        recommending Warren Green.  Ed Kurtz had asked me if

22        you're going to need an engineering firm and I

23        recommended Warren Green.

24   Q.   Who do you recall being at this meeting?  You've already
```

Highly Confidential - Brent Wright

```
 1        referenced a couple people, but go ahead and list the

 2        people that you recall.

 3   A.   Dave Jansen, Dave Jansen for sure because he backed up

 4        my -- he said good choice, and John O'Brien.

 5   Q.   Also from the county.

 6   A.   Also from the county.

 7   Q.   Who else was there from the City of Flint?

 8   A.   Daugherty Johnson, I believe.

 9   Q.   And your recollection is that the participants at this

10        meeting were operating with the understanding that the

11        City was going to use the Flint River during the interim

12        period?

13   A.   Correct.

14   Q.   And by interim period, do you understand that I'm

15        talking about the period between the time that Detroit

16        cut off the water and the time when the KWA water would

17        be available?

18   A.   Correct.

19   Q.   I'd like to ask you now to turn to Exhibit 39.  Exhibit

20        39 has a Bates number on the front, LAN_MAG_00000103 is

21        the first page.

22             Do you recognize this scope of services?

23   A.   Yes, it looks familiar.

24   Q.   If I told you that Warren Green indicates that this was
```