# EXHIBIT 7

Highly Confidential - Gerald Ambrose

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF MICHIGAN
 3                    SOUTHERN DIVISION
 4
 5   ------------------------------) Civil Action No.:
 6   IN RE:   FLINT WATER CASES    ) 5:16-cv-10444-JEL-MKM
 7                                 ) (consolidated)
 8                                 )
 9                                 ) Hon. Judith E. Levy
10   ------------------------------) Mag. Mona K. Majzoub
11
12                    HIGHLY CONFIDENTIAL
13         VIDEOTAPED DEPOSITION OF GERALD AMBROSE
14
15                 Wednesday, June 10, 2020
16                         Volume 1
17
18        Remote oral deposition of GERALD AMBROSE,
19   conducted at the location of the witness in Lansing,
20   Michigan, commencing at approximately 9:07 a.m., on
21   the above date, before JULIANA F. ZAJICEK, a
22   Registered Professional Reporter, Certified Shorthand
23   Reporter, Certified Realtime Reporter and Notary
24   Public.
```

Highly Confidential - Gerald Ambrose

```
 1      A.   Yes.
 2      Q.   I want to move now and -- and talk about
 3 the next exhibit.  Move to the next exhibit, please.
 4 And I believe this is going to be 40.
 5           (WHEREUPON, a certain document was
 6            marked Gerald Ambrose Deposition
 7            Exhibit No. 40, for identification,
 8            as of 06/10/2020.)
 9 BY MR. ERICKSON:
10      Q.   Exhibit 40 is an e-mail chain between
11 Mr. Ambrose and Mr. Mike Brown.  This was previously
12 marked as Exhibit No. 11 to the Kurtz deposition, and,
13 again, it is 40 here today.
14           Mr. Ambrose, I'm going to be focused on
15 your e-mail to Mr. Brown that's there in the middle of
16 the page.  Why don't you take a -- a couple of minutes
17 to look it over and let me know when you are ready.
18      A.   I've gotten to the bottom of the page.
19      Q.   My questions are going to be focused on
20 this page.  We'll show you the next page, just show
21 you --
22      MR. ERICKSON:  Why don't you scroll down to the
23 end of it briefly, Sarah.
24           Oh, in fact, let -- leave it there for a
```

1  recollection about Mr. Kurtz making similar statements

2  at any other time?

3          MR. STRITMATTER:  Objection; foundation.

4  Stritmatter.

5  BY THE WITNESS:

6      A.   I don't have a recollection of Mr. Kurtz

7  saying that at other times.

8  BY MR. ERICKSON:

9      Q.   Well, let me -- let's turn to the next

10  exhibit.

11              (WHEREUPON, a certain document was

12              marked Gerald Ambrose Deposition

13              Exhibit No. 42, for identification,

14              as of 06/10/2020.)

15  BY MR. ERICKSON:

16      Q.   Exhibit -- this is Ex -- previously marked

17  Exhibit 9 at the Kurtz deposition.  It will be

18  Exhibit 42 today.  This is a letter -- a draft letter

19  from Mr. Kurtz to Kevin Orr dated June 7, 2013.  And I

20  want to draw your -- I -- I don't have any reason to

21  believe you've seen this before.

22          Do you have any recollection of seeing it?

23      A.   No.

24      Q.   I want to direct your attention to the

Highly Confidential - Gerald Ambrose

1  highlighted sentence.
2        "Upon termination of service, Flint will
3  begin utilizing Flint River water for consumption."
4        Do you see that?
5    A.   I do.
6    Q.   Do you believe that Mr. Kurtz had made
7  that decision by the date of this letter or -- or the
8  date of this draft letter?
9    A.   This is Mr. Kurtz' letter, I would think
10 he would be factual.
11   Q.   Okay.  I don't have any more questions
12 about it.
13        I may have asked you this question
14 already, and if I have, I apologize, but I want to be
15 certain.
16        Do you recall attending any meetings
17 between the City and LAN and City staff from the DPW
18 in the spring of 2013?
19   MR. KIM:  Objection as to form.  Kim.
20 BY THE WITNESS:
21   A.   Well, there were a number of meetings that
22 were held as part of the process.  I may have
23 participated in some but not in all and certainly not
24 at a level of discussing the technical aspects of