# EXHIBIT 3

Highly Confidential - Depin (Theping) Chen

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MICHIGAN
 2                      SOUTHERN DIVISION
 3   _____
 4                                    No. 5:16-cv-10444
     IN RE:   FLINT WATER CASES       Hon. Judith E. Levy
 5                                    Mag. Mona K. Majzoub

     _____
 6
 7
 8
                         HIGHLY CONFIDENTIAL
 9      VIDEOTAPED DEPOSITION OF DEPIN (THEPING) CHEN
10                          VOLUME I
11                 Monday, November 25, 2019
                         at 9:03 a.m.
12
13
14   Taken at:  Weitz & Luxenberg PC
                3011 West Grand Boulevard, Suite 2100
15              Detroit, Michigan  48202
16
17
18
19
20
21   REPORTED BY:  CAROL A. KIRK, RMR/CSR-9139
22              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
23                  deps@golkow.com
24
```

Golkow Litigation Services                           Page 1

```
 1   15 questions that I could have asked that I

 2   didn't or could have asked differently, but I

 3   didn't.

 4              When you look back on this job, on

 5   the Veolia job, and your role in it, do you feel

 6   like there's anything that Veolia could have

 7   done differently and better that it should have?

 8              MR. MCELVAINE:  Objection.

 9              You can answer.

10       A.     Yeah, to be selfish, to be

11   protective, you know, my reservation, like I

12   said, in my February 2nd e-mail, I just don't

13   think it's a good project for Veolia, you know.

14   And today's probably the evidence of that, you

15   know.

16              But on the other hand, I do -- you

17   know, my colleagues, they do have these -- they

18   believe they can really help the city when they

19   have the water treatment and the quality issues.

20              Yeah, Veolia is a water company,

21   and we're willing to take any challenges to make

22   it better, you know, through the engineering and

23   solution, yeah, yeah.

24       Q.     And I don't want to get too
```

```
 1   personal with you, but on a personal level, do
 2   you have any regrets about things you did or
 3   didn't do that you could have done as part of
 4   your role in this project?
 5              MR. MCELVAINE:  Objection.
 6              You can answer.
 7        A.    No.  Professionally I think I did
 8   my best.  I told you, I did identify the bromate
 9   issue, which I told you --
10              (Reporter clarification.)
11        A.    The bromate issue.  Bromate is a
12   problem from the water plant if it leaves the
13   plant.  In fact, every person in the city of
14   Flint.  I mean, without us being there, you
15   would have another violation.  You don't know
16   how many people are going to get harmed, right?
17   So we did address that.
18              And we did provide a good
19   recommendation for TTHM.  I think they did meet
20   the following, like, regulation compliance.  And
21   so we did make a good recommendation.
22              So professionally I don't have
23   regrets, you know.  The only -- like I said, I
24   have reservation under these kind of situation.
```

Highly Confidential - Depin (Theping) Chen

```
 1           A.    Yeah.  Again, it's just -- after
 2   the first internal call, yeah, it was just --
 3   yeah, it was just my preference, my concern,
 4   yeah.
 5           Q.    Okay.  And as you sit here today,
 6   that's -- you know what?  Withdraw that
 7   question.
 8                 You are aware of what ultimately
 9   happened in Flint, correct?
10           A.    Yes.
11                 MR. MCELVAINE:  Objection.
12                 I'm not sure what "all" --
13           Q.    You're aware that the water in
14   Flint had dangerous levels of lead?
15                 MR. MCELVAINE:  Objection.
16                 You can answer.
17           A.    Yeah, I knew the report, that
18   there was a high level there.
19           Q.    Were you aware that a state of
20   emergency was declared for the city of Flint?
21           A.    Not exactly, but I know there was
22   a problem there.
23           Q.    And as you sit here today, there's
24   nothing that you wish you would have done
```

Highly Confidential - Depin (Theping) Chen

```
 1  differently on this project?
 2              MR. MCELVAINE:  Objection.  You
 3        can answer for, I think, the fourth
 4        time.
 5        A.    Yeah, I didn't think so, because
 6  based on the data I was provided, it was just a
 7  comment when I reviewed the other utility.  If
 8  they present me with this data, yeah, there just
 9  wasn't any reason for me basically, yeah, to do
10  any investigative work or -- yeah, work.
11              MR. BLAKE:  Okay.  I have nothing
12        further.
13              THE VIDEOGRAPHER:  Going off the
14        record at 5:02 p.m.
15              (Recess taken.)
16              THE VIDEOGRAPHER:  We're back on
17        the record at 5:04 p.m.
18                       - - -
19                  CROSS-EXAMINATION
20  BY MR. DAWSON:
21        Q.    Mr. Chen, my name is Don Dawson.
22  I represent some of the plaintiffs in this
23  litigation.  I have a very specific inquiry for
24  you.
```

Highly Confidential - Depin (Theping) Chen

```
 1                      CERTIFICATE
 2
            I, Carol A. Kirk, a Registered Merit Reporter
 3   and Notary Public in and for the State of Michigan, duly
     commissioned and qualified, do hereby certify that the
 4   within-named DEPIN (THEPING) CHEN was by me first duly
     sworn to testify to the truth, the whole truth, and
 5   nothing but the truth in the cause aforesaid; that the
     deposition then given by him was by me reduced to
 6   stenotype in the presence of said witness; that the
     foregoing is a true and correct transcript of the
 7   deposition so given by him; that the deposition was
     taken at the time and place in the caption specified and
 8   was completed without adjournment; and that I am in no
     way related to or employed by any attorney or party
 9   hereto or financially interested in the action; and I am
     not, nor is the court reporting firm with which I am
10   affiliated, under a contract as defined in Civil Rule
     28(D).
11
12          IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal of office at Dexter, Michigan
13   on this 9th day of December 2019.
14
15
16                   _____
                     CAROL A. KIRK, RMR, CSR-9139
17                   NOTARY PUBLIC - STATE OF MICHIGAN
18   My Commission Expires:  August 19, 2022.
19                           - - -
20
21
22
23
24
```