# EXHIBIT 4

Highly Confidential - Robert T. Nicholas

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
 2                   SOUTHERN DIVISION

 3   _____

 4                                    No. 5:16-cv-10444
     IN RE:   FLINT WATER CASES       Hon. Judith E. Levy
 5                                    Mag. Mona K. Majzoub

     _____

 6

 7

 8
                       HIGHLY CONFIDENTIAL
 9           CONTINUED VIDEOTAPED DEPOSITION OF
                      ROBERT T. NICHOLAS
10

11                        VOLUME II

12              Wednesday, December 11, 2019
                       at 9:07 a.m.
13

14

15   Taken at:   Weitz & Luxenberg PC
                 3011 West Grand Boulevard, Suite 2100
16               Detroit, Michigan  48202

17

18

19

20

21

22   REPORTED BY:   CAROL A. KIRK, RMR/CSR-9139

23             GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
```

```
 1            Q.    I'm just interested in what you
 2    can recall.
 3            A.    I just recall that we probably
 4    talked about Flint after the Flint event, and I
 5    know when Flint came out probably about nine
 6    months later, we talked about it and what the
 7    report was.
 8                  Probably Mr. Gnagy and I and
 9    Mr. Edwards and probably Paul Whitmore talked
10    about it, about what was going on in Flint and
11    what had happened after we left from that
12    standpoint.  Again, I probably talked to
13    Mr. Byrnes, Mr. Jensen, and Mr. Gadis about
14    that.
15            Q.    And did you come up with anything
16    that maybe you could have done differently in
17    Flint to avoid this result?
18                  MR. MCELVAINE:  Objection.
19                  You can answer.
20            A.    Probably not have gone to Flint.
21            Q.    Did you come up with anything
22    other than that that you could have or should
23    have done differently to avoid this result?
24                  MR. MCELVAINE:  Objection.
```

```
 1                      CERTIFICATE
 2
            I, Carol A. Kirk, a Registered Merit Reporter
 3  and Notary Public in and for the State of Michigan, duly
    commissioned and qualified, do hereby certify that the
 4  within-named ROBERT T. NICHOLAS was by me first duly
    sworn to testify to the truth, the whole truth, and
 5  nothing but the truth in the cause aforesaid; that the
    deposition then given by him was by me reduced to
 6  stenotype in the presence of said witness; that the
    foregoing is a true and correct transcript of the
 7  deposition so given by him; that the deposition was
    taken at the time and place in the caption specified and
 8  was completed without adjournment; and that I am in no
    way related to or employed by any attorney or party
 9  hereto or financially interested in the action; and I am
    not, nor is the court reporting firm with which I am
10  affiliated, under a contract as defined in Civil Rule
    28(D).
11
12          IN WITNESS WHEREOF, I have hereunto set my
    hand and affixed my seal of office at Dexter, Michigan
13  on this 23rd day of December 2019.
14
15
16                 _____
                   CAROL A. KIRK, RMR, CSR-9139
17                 NOTARY PUBLIC - STATE OF MICHIGAN
18  My Commission Expires:  August 19, 2022.
19                        - - -
20
21
22
23
24
```