# EXHIBIT 5

Highly Confidential - Joseph Nasuta

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MICHIGAN
 2                  SOUTHERN DIVISION
 3  _____
 4                              No. 5:16-cv-10444
    IN RE:  FLINT WATER CASES   Hon. Judith E. Levy
 5                              Mag. Mona K. Majzoub

    _____
 6
 7
 8
                      HIGHLY CONFIDENTIAL
 9       VIDEOTAPED DEPOSITION OF JOSEPH NASUTA
10
11            Thursday, December 5, 2019
                     at 9:03 a.m.
12
13
14  Taken at:  Weitz & Luxenberg PC
               3011 West Grand Boulevard, Suite 2100
15             Detroit, Michigan  48202
16
17
18
19
20
21  REPORTED BY:  CAROL A. KIRK, RMR/CSR-9139
22            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
23              deps@golkow.com
24
```

```
 1   where we've lost money, and we've done, quote --
 2   I've heard we've done postmortem on those as
 3   well.
 4        Q.   Right.
 5        A.   So it's also some we've won.
 6        Q.   But you didn't do it on the Flint
 7   job where the task was to identify problems with
 8   water quality and help the city figure out how
 9   to fix them as soon as possible?
10             MR. MCELVAINE:  Objection.
11             You can answer.
12        A.   I'm not aware of any postmortem.
13   Is that your question?
14        Q.   Yeah.
15        A.   I'm not aware of a postmortem
16   being done.
17        Q.   No sort of postmortem, no sort of
18   looking back and saying, "Is there anything we
19   could have done differently to make sure all
20   these people didn't get sick?"
21             MR. MCELVAINE:  Objection.
22             You can answer.
23        A.   I'm not aware of whether that
24   happened or didn't happen.
```

```
 1            Q.   Are you aware of anything where
 2    Veolia went back and said, "Is there anything we
 3    could have done differently to make sure that
 4    the water going through these pipes wasn't so
 5    corrosive that it was making the pipes break
 6    down?"
 7                 MR. MCELVAINE:  Objection.
 8                 You can answer.
 9            A.   I'm not sure your premise is
10    correct.  But, again, I don't know of a
11    postmortem that was -- at least a formal
12    postmortem that was done.  There may have
13    been -- some people may have had conversations.
14    I don't know.
15            Q.   And nothing generally to look back
16    and say, "Is there anything we could have done
17    differently to make sure Flint's water quality
18    improved sooner"?
19            A.   The only thing I remember --
20                 MR. MCELVAINE:  Objection.
21                 THE WITNESS:  I'm sorry.
22                 MR. MCELVAINE:  Objection.
23            A.   The only thing I vaguely remember
24    hearing, someone said, "I wish Flint would have
```

```
 1                      CERTIFICATE
 2
            I, Carol A. Kirk, a Registered Merit Reporter
 3   and Notary Public in and for the State of Michigan, duly
     commissioned and qualified, do hereby certify that the
 4   within-named JOSEPH NASUTA was by me first duly sworn to
     testify to the truth, the whole truth, and nothing but
 5   the truth in the cause aforesaid; that the deposition
     then given by him was by me reduced to stenotype in the
 6   presence of said witness; that the foregoing is a true
     and correct transcript of the deposition so given by
 7   him; that the deposition was taken at the time and place
     in the caption specified and was completed without
 8   adjournment; and that I am in no way related to or
     employed by any attorney or party hereto or financially
 9   interested in the action; and I am not, nor is the court
     reporting firm with which I am affiliated, under a
10   contract as defined in Civil Rule 28(D).
11
12          IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal of office at Dexter, Michigan
13   on this 19th day of December 2019.
14
15
16                    _____
                      CAROL A. KIRK, RMR, CSR-9139
17                    NOTARY PUBLIC - STATE OF MICHIGAN
18   My Commission Expires:  August 19, 2022.
19                           - - -
20
21
22
23
24
```