# EXHIBIT 1

Highly Confidential - Derrick Jones

```
 1                 UNITED STATES DISTRICT COURT
 2                 EASTERN DISTRICT OF MICHIGAN
 3                       SOUTHERN DIVISION
 4     _____
                                     )
 5                                   ) Civil Action No.
                                     ) 5:16-cv-10444-JEL-MKM
 6     In re:   FLINT WATER CASES    ) (consolidated)
                                     )
 7                                   ) Hon. Judith E. Levy
                                     ) Mag. Mona K. Majzoub
 8     _____)
 9
10
11                       HIGHLY CONFIDENTIAL
             VIDEOTAPED DEPOSITION OF DERRICK JONES
12
13                  Thursday, February 6, 2020
14                         at 9:23 a.m.
15
16
       Taken at:  Butzel Long
17                41000 Woodward Avenue
                  Bloomfield Hills, Michigan   48304
18
19
20
21
22     REPORTED BY:  CAROL A. KIRK, RMR/CSR-9139
23               GOLKOW LITIGATION SERVICES
             877.370.3377 ph | 917.591.5672 fax
24                    deps@golkow.com
```

Page 14

1  Okay?
2      A.  Okay.
3      Q.  Just like you just did there, see?
4  So that's what we like.
5          All right.  And we'll go about an
6  hour and a half, take a break.  If you need to
7  take a break at any time, you just let us know
8  and we'll do that.  All right?
9      A.  Okay.
10     Q.  Thank you.
11         All right.  Mr. Jones, what is
12 your present home address for the record?
13     A.  My address is 860 Schafer
14 Street -- that's S-c-h-a-f-e-r -- in Flint,
15 Michigan  48503.
16     Q.  Are you currently employed by the
17 city of Flint?
18     A.  I am not.
19     Q.  Are you retired?  Did you move on
20 to a different job?  What?
21     A.  I'm currently retired from the
22 city of Flint.
23     Q.  When did you retire, sir?
24     A.  I retired back in 2018.

Page 15

1      Q.  All right.  Were you working for
2  the city of Flint at that time when you retired?
3      A.  I'm sorry.  Say that again,
4  please.
5      Q.  Yeah.  What -- you retired from
6  the city of Flint?
7      A.  That is correct.
8      Q.  And you were working at the city
9  of Flint or for the city of Flint in January of
10 2015 through March of 2015, right?
11     A.  That is correct.
12     Q.  What was your position then?
13     A.  I was the purchasing manager.
14     Q.  What was your -- what were your
15 job duties as the purchasing manager?
16     A.  The purchasing manager over --
17 managed the purchasing department for the city
18 of Flint.  And the -- well, our basic duties
19 were to handle all of the procurement for the
20 city of Flint of any types of goods and
21 services.
22     Q.  All right. Who was your immediate
23 superior?
24     A.  I reported to -- at the latter

Page 16

1  part of my career, to the finance director.
2      Q.  All right.  I'm going to direct
3  your attention to the period January 2015
4  through March of 2015.  Who did you report to
5  during that time period?
6      A.  It would have been Jerry Ambrose.
7      Q.  Was Mr. Ambrose the emergency
8  manager for the city at that time?
9      A.  I believe he was the finance
10 director.
11     Q.  All right.  There was a period of
12 time where he was both the finance director and
13 the emergency manager.
14         Do you recall that?
15     A.  I don't -- I mean, I vaguely
16 remember, but I don't remember the specific time
17 frame.
18     Q.  All right.  Is it -- is it correct
19 that whoever was the finance director, that
20 would be the person who was your immediate
21 superior to whom you would report during that
22 period of time?
23     A.  That is correct.
24     Q.  And then the finance director,

Page 17

1  would that person report to the emergency
2  manager?
3      A.  That is correct.
4      Q.  Okay.  So there are some documents
5  that we'll get into later that show what
6  Mr. Ambrose's status was at the time, so we'll
7  get to that later.
8          But as far as you remember, your
9  best memory is that your direct report, your
10 immediate supervisor, was Mr. Ambrose at that
11 time, right?
12     A.  Well, I'll just say the finance
13 director.
14     Q.  Okay.  Fair enough.
15         Who within the Flint -- or strike
16 that.
17         As the purchasing manager, did you
18 have the authority to sign contracts on behalf
19 of the city?
20     A.  I had the ability to sign purchase
21 orders.  As relates to contracts, I don't recall
22 at this specific time whether I had that
23 ability.
24     Q.  When we get to it, you're going to