# EXHIBIT 1

**Subject:**    FW: Flint: Document Requests Regarding Detroit

**Date:**       Thursday, November 11, 2021 at 9:44:00 AM Eastern Standard Time

**From:**       McElvaine, Bryan D. <bmcelvaine@campbelltriallawyers.com>

**To:**         'Corey Stern' <CStern@levylaw.com>

**CC:**         Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>, Devine, Alaina N.
                <ADevine@Campbell-trial-lawyers.com>, Dupre, Kristin M. <KDupre@Campbell-trial-
                lawyers.com>, Ringstad, Andreas <aringstad@campbell-trial-lawyers.com>, Ter Molen, Mark
                <MTerMolen@mayerbrown.com>, Moshe S. Maimon <MMaimon@levylaw.com>, 'Renner
                Walker' <RWalker@levylaw.com>

**Attachments:** 2020.11.05 VNA Responses to Co-Liaison Counsel 1st RPDs.pdf

Corey,

Per your request, attached please find Veolia's Response to the First Request for Production of Documents
that you served.

Thanks
BDM


> Begin forwarded message:
>
> **From:** Corey Stern <CStern@levylaw.com>
> **Date:** November 8, 2021 at 12:40:08 PM EST
> **To:** "Campbell, James M." <jmcampbell@campbell-trial-lawyers.com>, "Devine,
> Alaina N." <ADevine@campbell-trial-lawyers.com>, "Dupre, Kristin M."
> <KDupre@campbell-trial-lawyers.com>, "Devine, Alaina N." <ADevine@campbell-
> trial-lawyers.com>, "Ringstad, Andreas" <aringstad@campbell-trial-lawyers.com>,
> "Ter Molen, Mark" <MTerMolen@mayerbrown.com>
> **Cc:** "Moshe S. Maimon" <MMaimon@levylaw.com>, Renner Walker
> <RWalker@levylaw.com>
> **Subject: 2020.10.06 First RPDs to VNA (Re DWSD).pdf**
>
> Counselors:
>
> I need a responsive pleading/documents on or before November 19, 2021, so as to
> allow us to properly prepare for the 30(b)(6) the first week of December.
>
> Thanks,

Corey M. Stern
Levy Konigsberg, LLP
605 Third Ave, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
www.levylaw.com

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.