# EXHIBIT 2

**Subject:** Re: FWC - Consolidated Discovery
**Date:** Monday, July 26, 2021 at 11:47:02 AM Eastern Daylight Time
**From:** Corey Stern <CStern@levylaw.com>
**To:** Campbell, James M. <jmcampbell@campbell-trial-lawyers.com>
**CC:** Devine, Alaina N. <ADevine@campbell-trial-lawyers.com>

I'm suggesting every party that has documents provided a list of what's been produced; and that every party also provide a list of it/they have produced, so all parties can determine if/what they're missing.

Corey M. Stern
Levy Konigsberg, LLP
605 Third Ave, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
www.levylaw.com

> On Jul 26, 2021, at 10:43 AM, Campbell, James M. <jmcampbell@campbell-trial-lawyers.com> wrote:
>
> Corey, I don't understand what you are proposing or what you are asking VNA to do. If you could describe the proposal that would be helpful. You may recall that VNA proposed a universal document repository at the outset of the litigation, and after a hearing with Judge Levy, none of the other parties supported the proposal. Are you suggesting something different?
>
> Jim Campbell
> Campbell Conroy & O'Neil
> 1 Constitution Wharf
> Boston, MA 02129
> Office: 617-241-3060
> Cell: 617-797-8880
> Jmcampbell@campbell-trial-lawyers.com
>
>> On Jul 22, 2021, at 2:51 PM, Corey Stern <cstern@levylaw.com> wrote:
>>
>> Do you all plan on participating in this?
>>
>> Corey M. Stern
>> Levy Konigsberg, LLP
>> 605 Third Avenue, 33rd Floor
>> New York, New York 10158
>> (212)605-6298
>> (212)605-6290 (facsimile)
>> www.levylaw.com
>>
>> _____
>>
>> **From:** Erickson, Philip <PErickson@plunkettcooney.com>

**Date:** Monday, July 5, 2021 at 7:54 AM
**To:** Corey Stern <CStern@levylaw.com>, Bettenhausen, Margaret (AG) <BettenhausenM@michigan.gov>
**Cc:** Devine, Alaina N. <ADevine@campbell-trial-lawyers.com>, Jim Campbell <jmcampbell@campbell-trial-lawyers.com>, William Kim <wkim@cityofflint.com>, Wayne B. Mason <wayne.mason@faegredrinker.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, Hunter Shkolnik <Hunter@napolilaw.com>, Renner Walker <RWalker@Levylaw.com>, Sheldon Klein <klein@butzel.com>, Susan E. Smith <SSmith@bdlaw.com>, Craig Thompson <cthompson@swappc.com>, Kuhl, Richard (AG) <KuhlR@michigan.gov>, TMendel <TMendel@bsdd.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Jessica Weiner <jweiner@cohenmilstein.com>, Jayson Blake <jeblake@mcalpinelawfirm.com>, Gambill, Nathan (AG) <GambillN@michigan.gov>, Cavanagh, Charles (AG) <CavanaghC2@michigan.gov>, Deborah Greenspan <DGreenspan@blankrome.com>
**Subject:** RE: FWC - Consolidated Discovery

We will be happy to provide a list of our productions

<image001.jpg>

**Philip A. Erickson**

Plunkett Cooney
Attorneys & Counselors at Law
T 517.324.5608    C 517.230.1450

bio | office | vcard | web | linkedin

---

**From:** Corey Stern <CStern@levylaw.com>
**Sent:** Friday, July 2, 2021 12:02 PM
**To:** Bettenhausen, Margaret (AG) <BettenhausenM@michigan.gov>
**Cc:** Devine, Alaina N. <ADevine@campbell-trial-lawyers.com>; Jim Campbell <jmcampbell@campbell-trial-lawyers.com>; William Kim <wkim@cityofflint.com>; Wayne B. Mason <wayne.mason@faegredrinker.com>; Erickson, Philip <PErickson@plunkettcooney.com>; Patrick Lanciotti <PLanciotti@napolilaw.com>; Hunter Shkolnik <Hunter@napolilaw.com>; Renner Walker <RWalker@Levylaw.com>; Sheldon Klein <klein@butzel.com>; Susan E. Smith <SSmith@bdlaw.com>; Craig Thompson <cthompson@swappc.com>; Kuhl, Richard (AG) <KuhlR@michigan.gov>; TMendel <TMendel@bsdd.com>; Theodore Leopold <tleopold@cohenmilstein.com>; Emmy Levens <elevens@cohenmilstein.com>; Jessica Weiner <jweiner@cohenmilstein.com>; Jayson Blake <jeblake@mcalpinelawfirm.com>; Gambill, Nathan (AG) <GambillN@michigan.gov>; Cavanagh, Charles (AG) <CavanaghC2@michigan.gov>; Deborah Greenspan <DGreenspan@blankrome.com>
**Subject:** Re: FWC - Consolidated Discovery

**[EXTERNAL]**

Thank you.

Corey M. Stern
Levy Konigsberg, LLP
605 Third Ave, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
www.levylaw.com


> On Jul 2, 2021, at 2:01 PM, Bettenhausen, Margaret (AG) <BettenhausenM@michigan.gov> wrote:
>
> Corey-
>
> We have no problem with that approach. I have copied Nate Gambill and Charlie Cavanaugh from our office. Nate is lead on the state-court litigation in the People's case.
>
> -Margaret
>
> Margaret Bettenhausen (she/her)
> Assistant Attorney General
> Michigan Department of Attorney General
> Environment, Natural Resources,
> and Agriculture Division
> 6th Floor, G. Mennen Williams Building
> P.O. Box 30755
> Lansing, MI 48909
>
> P: (517) 335-7664
> F: (517) 335-7636
> BettenhausenM@michigan.gov
>
>
> Notice: This email, including attachments, may contain confidential or privileged information and is solely for the use of the intended

recipient. If you have received this communication in error, please notify the sender immediately and delete this message from your system. Any use, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful. PRIVILEGED AND CONFIDENTIAL - DO NOT DISCLOSE IN RESPONSE TO FOIA OR DISCOVERY REQUESTS

-----Original Message-----
From: Corey Stern <CStern@levylaw.com>
Sent: Friday, July 2, 2021 1:26 PM
To: Devine, Alaina N. <adevine@campbell-trial-lawyers.com>; Jim Campbell <jmcampbell@campbell-trial-lawyers.com>; William Kim <wkim@cityofflint.com>; Wayne B. Mason <wayne.mason@faegredrinker.com>; PErickson@plunkettcooney.com; Patrick Lanciotti <PLanciotti@napolilaw.com>; Hunter Shkolnik <Hunter@napolilaw.com>; Renner Walker <RWalker@Levylaw.com>; Sheldon Klein <klein@butzel.com>; Susan E. Smith <SSmith@bdlaw.com>; Craig Thompson <cthompson@swappc.com>; Kuhl, Richard (AG) <KuhlR@michigan.gov>; Bettenhausen, Margaret (AG) <BettenhausenM@michigan.gov>; TMendel <tmendel@bsdd.com>; Theodore Leopold <tleopold@cohenmilstein.com>; Emmy Levens <elevens@cohenmilstein.com>; Renner Walker <RWalker@Levylaw.com>; Jessica Weiner <jweiner@cohenmilstein.com>; Emmy Levens <elevens@cohenmilstein.com>; Jayson Blake <jeblake@mcalpinelawfirm.com>
Cc: Deborah Greenspan <DGreenspan@blankrome.com>
Subject: FWC - Consolidated Discovery

CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov



All:

Since the beginning of the litigation there have been many, many discovery productions.

This group for the most part has propounded virtually all of the

discovery.

I think it would be beneficial for us to have a master production list, so we are all on the same page as to what has been produced.

Our office is happy to take the lead on it, but I'm hoping that by agreement everyone can provide their lists of what they believe has been produced.

Please share your thoughts, if you have any, as well As your willingness to participate in this exercise.

Best,

Corey M. Stern
Levy Konigsberg, LLP
605 Third Ave, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.levylaw.com%2F&amp;data=04%7C01%7CBettenhausenM%40michigan.gov%7C495119dcd41849cb0d9a08d93d7e80e7%7Cd5fb7087377742ad966a892ef47225d1%7C0%7C0%7C637608435805606756%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=u6i8B7BiuxpiqFK4hnpzhUo4%2FRWZ2OkHhKA0H%2FE5oM0%3D&amp;reserved=0

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.