# EXHIBIT 3

| | |
|---|---|
| **Subject:** | RE: Document Production Log / Costs and Time to Transfer Documents |
| **Date:** | Tuesday, December 14, 2021 at 4:22:53 PM Eastern Standard Time |
| **From:** | Stamatopoulos, Gregory <gstamatopoulos@weitzlux.com> |
| **To:** | 'Corey Stern' <CStern@levylaw.com>, Theodore J. Leopold <tleopold@cohenmilstein.com> |
| **CC:** | Josh Dischinger <JDischinger@levylaw.com>, Novak, Paul <pnovak@weitzlux.com>, Michael Pitt <mpitt@pittlawpc.com> |

Corey-

The vendor has notified us that the report they generated took 2.75 hours of project management (PM) time to compile. It will take an additional 8-10 hours to export the requested productions to provide you via secure FTP or hard drive. PM is $150/hour so the report + export will cost approximately $1,612.50-1,800.

After comparing the list that you provided to us with the documents that we have collected in discovery over the course of the litigation, it appears that there are approximately 1,000,000 documents that are not on your system. The aggregate defendant and non-party production files you have requested range from 1,000-1,250GB. Given the large size, it will take 2-3 weeks to copy the data to a secure FTP or hard drive. The vendor still expects only 8-10 hours of PM time, but the computer will need time to extract and copy the requested files for export.

Please let us know if you are amenable to incur the PM costs for the report + export. If so, I will instruct our vendor Meta-e to move forward and they will bill you directly.

Best, Greg

Gregory Stamatopoulos
**Weitz & Luxenberg, P.C.**
The Fisher Building
3011 W. Grand Blvd, 24th Floor l Detroit, MI 48202
T 313.800.4168 l F 646.293.7955
gstamatopoulos@weitzlux.com

---

**From:** Corey Stern <CStern@levylaw.com>
**Sent:** Tuesday, December 14, 2021 12:05 PM
**To:** Theodore J. Leopold <tleopold@cohenmilstein.com>
**Cc:** Josh Dischinger <JDischinger@levylaw.com>; Stamatopoulos, Gregory <gstamatopoulos@weitzlux.com>; Novak, Paul <pnovak@weitzlux.com>; Michael Pitt <mpitt@pittlawpc.com>
**Subject:** Re: Document Production Log

Great thanks

Corey M. Stern
Levy Konigsberg, LLP
605 Third Ave, 33rd Floor
New York, New York 10158
(212)605-6298

(212)605-6290 (facsimile)
www.levylaw.com

> On Dec 14, 2021, at 12:01 PM, Theodore Leopold <tleopold@cohenmilstein.com> wrote:
>
> Corey,
>
> From your emails I understood you only needed a few "missing documents", not 123 documents.  We are getting the platform to provide a costs to locate, transfer the documents and it can be presented to you to make sure you are ok paying for the time. thanks
>
> Ted
>
> **Theodore Leopold**
> Partner
>
> **Cohen Milstein Sellers & Toll PLLC**
>
> 11780 U.S. Highway One  | Suite N500
> Palm Beach Gardens, FL 33408
>
> phone 561.515.1400
> fax 561.515.1401
>
> website
>
> **Powerful Advocates. Meaningful Results.**
>
> This e-mail was sent from Cohen Milstein Sellers & Toll PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible.

---

**From:** Stamatopoulos, Gregory <gstamatopoulos@weitzlux.com>
**Sent:** Tuesday, December 14, 2021 10:50 AM
**To:** Margaret Wolf <mwolf@metaediscovery.com>; Paul McVoy <pmcvoy@metaediscovery.com>
**Cc:** Theodore Leopold <tleopold@cohenmilstein.com>; mpitt <mpitt@pittlawpc.com>; Novak, Paul <pnovak@weitzlux.com>
**Subject:** [EXTERNAL] FW: Document Production Log

Good Morning Margaret-

Co-Liaison Counsel has requested that we make the following documents available to them for downloading and import into their database.

Before we move forward, can you give us a rough estimate of what it would cost to make these documents available for export to them depending on the method?

Thank you, Greg

Gregory Stamatopoulos
**Weitz & Luxenberg, P.C.**
The Fisher Building
3011 W. Grand Blvd, 24th Floor l Detroit, MI 48202
T 313.800.4168 l F 646.293.7955
gstamatopoulos@weitzlux.com

---

**From:** Josh Dischinger <JDischinger@levylaw.com>
**Sent:** Wednesday, December 08, 2021 3:10 PM
**To:** Stamatopoulos, Gregory <gstamatopoulos@weitzlux.com>
**Subject:** FW: Document Production Log

Hi Gregory,

See below and attached.  I haven't heard back yet from Paul on this (I'm sure he's busy), so I talked to Corey and he suggested I reach out to you, and said you had been very helpful in the past. If there's a way you guys could get us what we're missing, it would be very helpful for the upcoming trial.

Thanks & best,
Josh Dischinger

Please visit us at http://www.weitzlux.com
Like us on Facebook
Follow us on Twitter

Add us on Google +
Connect with us on LinkedIn
**********************************************************************
The information contained in this message may be privileged and confidential and
protected from disclosure.  If the reader of this message is not the intended recipient,
or an employee or agent responsible for delivering this message to the intended

recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone or by replying to the message and deleting it and all of its attachments from your computer.  Thank you.  Weitz & Luxenberg, P.C.
 Every effort is made to keep our network free from viruses.  You should, however, review this e-mail message, as well as any attachment thereto, for viruses.  We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.
 All e-mails sent to Weitz & Luxenberg, P.C. or any individuals at Weitz & Luxenberg, P.C. are carefully scanned for viruses and content.  The sender should have no expectation of privacy in said transmission.
 In the course of scanning all incoming e-mails to W & L, virus scanning software may block the e-mail and prevent it from being delivered.  Neither the intended recipient nor the sender will receive notice that their transmission has been blocked.
All e-mail to W & L or any individuals at W & L should be followed up by hard copy including attachment(s), as specific file types may be blocked at any time without notice being provided to sender or recipient.
************************************************************************
CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.
Please visit us at http://www.weitzlux.com
Like us on Facebook
Follow us on Twitter

Add us on Google + 
Connect with us on LinkedIn
************************************************************************
The information contained in this message may be privileged and confidential and protected from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone or by replying to the message and deleting it and all of its attachments from your computer.  Thank you.  Weitz & Luxenberg, P.C.
 Every effort is made to keep our network free from viruses.  You should, however, review this e-mail message, as well as any attachment thereto, for viruses.  We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.
 All e-mails sent to Weitz & Luxenberg, P.C. or any individuals at Weitz & Luxenberg, P.C. are carefully scanned for viruses and content.  The sender should have no expectation of privacy in said transmission.
 In the course of scanning all incoming e-mails to W & L, virus scanning software may block the e-mail and prevent it from being delivered.  Neither the intended recipient nor the sender will receive notice that their transmission has been blocked.
All e-mail to W & L or any individuals at W & L should be followed up by hard copy including attachment(s), as specific file types may be blocked at any time without notice being provided to sender or recipient.
************************************************************************