# EXHIBIT 5

STATE OF MICHIGAN
CIRCUIT COURT FOR THE 7TH JUDICIAL CIRCUIT
GENESEE COUNTY

**GRAND JURY FELONY INDICTMENT**

PEOPLE OF THE STATE OF MICHIGAN,

v

**DEF**: RICHARD LOUIS BAIRD

**DOB**: 8/24/1956
**SEX/RACE**: M/W

CONFIDENTIAL/Non-Public
File No. 2020-113791-PZ

**Offense Information**
Police Agency/Report No.

**Date of Offense**: 12/1/2015-01/1/2019

**Place of Offense**: Flint, MI

**Complaining Witness**:
GRAND JURY

**INDICTMENT**

THE GRAND JURY OF THE COUNTY OF GENESEE PRESENTS THAT:

On or about the above date in County of GENESEE, State of MICHIGAN, the above-named defendant:

**COUNT 1:** PERJURY DURING AN INVESTIGATIVE SUBPOENA EXAMINATION

Did knowingly and willfully make a false statement or statements under oath during investigative subpoena interview testimony conducted on March 1, 2017, by a Special Assistant Attorney General pursuant to MCL 767A in the matter of the Flint Water Crisis; contrary to MCL 767A.9. [767A.9]

**FELONY:** 15 years

**COUNT 2:** MISCONDUCT IN OFFICE

Did commit misconduct in office, an indictable offense at common law, during his tenure as a public officer and appointed member of the Executive Office of Governor

1



Snyder, by improperly using state personnel and resources; contrary to MCL 750.505C. [750.505-C]

**FELONY:** 5 years and/or $10,000.00

**COUNT 3:** OBSTRUCTION OF JUSTICE

Did commit obstruction of justice, an indictable offense at common law, during his tenure as a public officer and appointed member of the Executive Office of Governor Snyder by attempting to influence and/or interfere with ongoing legal proceedings arising from the Flint Water Crisis; contrary to MCL 750.505C. [750.505C]

**FELONY:** 5 years and/or $10,000.00

**COUNT 4:** EXTORTION

Did knowingly and willfully communicate a threat to cause harm to the reputation and/or employment of a leader of the state-appointed Flint Area Community Health and Environmental Partnership ("FACHEP") with the intent to coerce him to act against his will during FACHEP's investigation into the source of the Legionnaires' Disease outbreak in Genesee County, Michigan; contrary to MCL 750.213 [750.213]

**FELONY:** 20 years and/or $10,000.00

I hereby certify that the foregoing indictment is a TRUE BILL.

_____
Grand Juror

DATE: 1/8/21

SG Flint/Indictment (Baird)