# EXHIBIT 13

Highly Confidential - Richard D. Snyder

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                       SOUTHERN DIVISION
 4     _____
                                      )
 5                                    )  Civil Action No.
                                      )  5:16-cv-10444-JEL-MKM
 6     In re:   FLINT WATER CASES     )  (consolidated)
                                      )
 7                                    )  Hon. Judith E. Levy
                                      )  Mag. Mona K. Majzoub
 8     _____ )
 9
10                 Thursday, June 25, 2020
11                    HIGHLY CONFIDENTIAL
12                        VOLUME I
13
14         Remote videotaped deposition of
15   RICHARD D. SNYDER conducted at the location of the
16   witness in Ann Arbor, Michigan, commencing at
17   9:01 a.m., on the above date, before Carol A. Kirk,
18   Registered Merit Reporter, Certified Shorthand
19   Reporter, and Notary Public.
20
21
22
23              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
```

 1    to act upon them, right?

 2         A.    Well, they supported one another,

 3    Dr. Edwards and Dr. Mona.

 4         Q.    And, ultimately, once you had some

 5    clarity and belief that Miguel Del Toral's

 6    assessment and opinions had credibility, you

 7    sprinkled that into the sauce that you were

 8    making in terms of considering what to do best

 9    about Flint as well, correct?

10         A.    That was actually after the fact.

11               MR. CAMPBELL:  Objection.

12         A.    I'd already -- we had already

13    moved ahead, but it helped reaffirm.

14         Q.    Okay.  And so is it fair to say

15    that if a water quality -- a company that had an

16    expertise in water quality would have ever

17    gotten a message to the governor's office that

18    reconnecting to DWSD for the next two years was

19    the best solution, if there were facts to

20    support that conclusion, is it fair to say that

21    you would have considered those facts and

22    considered taking action?

23               MR. CAMPBELL:  Object to the form.

24         A.    I think that's an accurate

```
 1   statement.
 2         Q.    Sitting here today, do you
 3   remember anyone ever from Veolia trying to get
 4   in touch with you directly or anyone in your
 5   office to say, "The best solution for the folks
 6   in Flint is to switch back to DWSD"?
 7               MR. CAMPBELL:  Object to the form.
 8         A.    I don't recall anything along
 9   those lines.
10         Q.    And you actually testified very
11   early this morning -- when Mr. Leopold was
12   talking about leadership and how you define it
13   and all of those things, you talked a little bit
14   about having an open door, about allowing people
15   to express their opinions.
16               If somebody from Veolia had
17   approached anyone on your staff who you trusted
18   and the folks on your staff who you trusted came
19   to you and said, "Governor Snyder, you need to
20   hear this," I take it you would have listened?
21               MR. CAMPBELL:  Object to the form.
22         A.    I would hope so.  That would be
23   what I would expect.
24                            - - -
```

```
 1                     CERTIFICATE
 2
           I, Carol A. Kirk, a Registered Merit
 3  Reporter and Notary Public in and for the State of
    Michigan, duly commissioned and qualified, do hereby
 4  certify that the within-named RICHARD D. SNYDER was by
    me first duly sworn to testify to the truth, the whole
 5  truth, and nothing but the truth in the cause
    aforesaid; that the deposition then given by him was
 6  by me reduced to stenotype in the presence of said
    witness; that the foregoing is a true and correct
 7  transcript of the deposition so given by him; that the
    deposition was taken at the time and place in the
 8  caption specified and was completed without
    adjournment; and that I am in no way related to or
 9  employed by any attorney or party hereto or
    financially interested in the action; and I am not,
10  nor is the court reporting firm with which I am
    affiliated, under a contract as defined in Civil Rule
11  28(D).
12
13         IN WITNESS WHEREOF, I have hereunto set my
    hand and affixed my seal of office at Dexter, Michigan
14  on this 12th day of July 2020.
15
16
17                        _____
                          CAROL A. KIRK, RMR, CSR-9139
18                        NOTARY PUBLIC - STATE OF MICHIGAN
19
20  My Commission Expires:  August 19, 2022.
21                      - - -
22
23
24
```