# EXHIBIT 3

Highly Confidential - David Gadis

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MICHIGAN
 2                     SOUTHERN DIVISION
 3   ---------------------------
 4                                    Civil Action No.
     In re:  FLINT WATER CASES     5:16-cv-10444-JEL-MKM
 5                                    (consolidated)
 6                                    Hon. Judith E. Levy
     --------------------------- Mag. Mona K. Majzoub
 7
                        STATE OF MICHIGAN
 8       IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE
 9   ---------------------------
10   IN RE FLINT WATER           Case No. 17-1086460-NO
     LITIGATION                  Hon. Richard B. Yuille
11
     ----------------------------
12
     JENNIFER MASON, et al.      Case No. 16-106150-NM
13                               Hon. Richard B. Yuille
     Plaintiffs,
14
     V.
15
     LOCKWOOD, ANDREWS & NEWNAM,
16   PC, et al.,
17          Defendants.
18   ---------------------------X
                    HIGHLY CONFIDENTIAL
19       REMOTE VIDEOTAPED DEPOSITION OF DAVID GADIS
20              Thursday, September 10, 2020
21                   9:18 a.m. Eastern
22                       VOLUME III
23
24   Reported by:  Linda S. Kinkade RDR CRR RMR RPR CSR
25   Videographer:  Danny Ortega
```

| | |
|---|---|
| 1 | testing going on for a lot of different things? |
| 2 | MR. GAMBILL: Objection. |
| 3 | A. That was -- that was my intent. |
| 4 | Q. And do you remember any comments |
| 5 | specifically that you made at that February 18, 2015 |
| 6 | meeting, sir? |
| 7 | A. You know, I do remember some comments |
| 8 | because they were short, a short introductory of |
| 9 | Veolia and, you know, and who we were, and the |
| 10 | comments that I made were in reference to the scope of |
| 11 | the job that, from my understanding, that we had there |
| 12 | in Flint, and that was to look at the water at the |
| 13 | plant is -- is what I remember, and that was what I -- |
| 14 | I think that I told the public or whatever at that |
| 15 | public meeting that were -- there were council members |
| 16 | there as well. So that's -- that's sort -- that was |
| 17 | my -- that was my mantra at that meeting. |
| 18 | Q. And as far as the technical information |
| 19 | that you talked about that night, sir, was that based |
| 20 | upon information provided to you by other people at |
| 21 | Veolia? |
| 22 | A. Yes, that is correct. |
| 23 | Q. And would that be the technical people? |
| 24 | A. That is correct. |
| 25 | Q. Now, sir, on the occasions when you were |

```
 1    actually at Flint, did you drink the water?
 2         A.  Oh, yes, definitely.  I remember -- I
 3    remember arriving in Flint, and when I got to, let me
 4    call it the municipal building, wherever the mayor was
 5    at or whatever, there was a water fountain there, I
 6    think, in the front lobby, if my memory serves me
 7    correctly, and I drank the water.  And we had, you
 8    know, pitchers of water.
 9         We made jokes about -- everywhere that I go I
10    always talk about, you know, bottled water versus, you
11    know, tap water, and so I definitely wanted the tap
12    water versus bottled water.  So they made sure there
13    was tap water in the rooms.
14         Q.  Okay.  And based upon the information
15    provided to you by the technical people at Veolia,
16    were you comfortable drinking tap water on February
17    18, 2015, sir?
18         A.  Without a doubt.
19         Q.  Okay.  And did you personally believe that,
20    for the wide spectrum of things that are involved with
21    water, that it was safe for you to be drinking tap
22    water that night, sir?
23         A.  Yes, I did.
24         Q.  Okay.  Now, sir, I might be testing your
25    memory here.
```

C E R T I F I C A T E

    I, LINDA S. KINKADE, Registered Diplomate Reporter, Certified Realtime Reporter, Registered Merit Reporter, Certified Shorthand Reporter, and Notary Public, do hereby certify that prior to the commencement of examination the deponent herein was duly sworn by me to testify truthfully under penalty of perjury.

    I FURTHER CERTIFY that the foregoing is a true and accurate transcript of the remote videoconference proceedings as reported by me stenographically to the best of my ability.

    I FURTHER CERTIFY that I am neither counsel for nor related to nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

    IN WITNESS WHEREOF, I have hereunto set my hand this 23rd day of September, 2020.

_____