# Exhibit 4

Highly Confidential - David Gadis

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
 2                   SOUTHERN DIVISION
 3     ---------------------------
 4                                    Civil Action No.
       In re:  FLINT WATER CASES      5:16-cv-10444
 5
                                      HON. JUDITH E. LEVY
 6                                    MAG. MONA K. MAJZOUB
       ---------------------------
 7
                       STATE OF MICHIGAN
 8       IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE
 9     ---------------------------
10     IN RE FLINT WATER              Case No. 17-108646-NO
       LITIGATION                     Hon. Richard B. Yuille
11
       -----------------------------
12
       JENNIFER MASON, et al.    Case No. 16-106150-NM
13                               Hon. Richard B. Yuille
              Plaintiffs,
14
       V.
15
       LOCKWOOD, ANDREWS & NEWNAM,
16     PC, et al.,
17              Defendants.      HIGHLY CONFIDENTIAL
18     ---------------------------X     VOLUME I
19          VIDEOTAPED DEPOSITION OF DAVID GADIS
20          Thursday, January 30, 2020, 9:07 a.m.
21                   Washington, DC 20005
22     Reported by:  Denise Dobner Vickery, RMR, CRR
23             GOLKOW LITIGATION SERVICES
            T 877.370.3377 | F 917.591.5672
24                 deps@golkow.com
```

Golkow Litigation Services                                Page 1

```
 1

 2

 3

 4

 5

 6

 7                    Thursday, January 30, 2020

 8                          9:07 a.m.

 9

10          Videotaped Deposition of DAVID GADIS,

11    held at the offices of:

12

13              COHEN MILSTEIN SELLERS & TOLL PLLC

14              1100 New York Avenue NW

15              Suite 500, West Tower

16              Washington, DC 20005

17

18

19          Pursuant to notice, before Denise Dobner

20    Vickery, Certified Realtime Reporter, Registered

21    Merit Reporter, and Notary Public in and for the

22    District of Columbia.

23

24
```

```
 1   APPEARANCES:
 2
 3   ON BEHALF OF EXECUTIVE COMMITTEE FOR CLASS
     PLAINTIFFS:
 4
            EMMY L. LEVENS, ESQ.
 5          COHEN MILSTEIN SELLERS & TOLL PLLC
            1100 New York Avenue NW, Fifth Floor
 6          Washington, DC 20005
            elevens@cohenmilstein.com
 7          202.408.4600
 8
 9   ON BEHALF OF PLAINTIFFS CHOLYANDA BROWN AND CARL
     ROGERS II (via teleconference):
10
            DONALD H. DAWSON, JR., ESQ.
11          FIEGER LAW
            19390 West Ten Mile Road
12          Southfield, MI 48075
            d.dawson@fiegerlaw.com
13          248.355.5555
14
15   ON BEHALF OF MASON STATE COURT CLASS AS LIAISON
     COUNSEL:
16
            JAYSON E. BLAKE, ESQ.
17          MCALPINE PC
            3201 University Drive, Suite 200
18          Auburn Hills, MI 48326
            jeblake@mcalpinepc.com
19          248.373.3700
20
21
22
23
24
```

```
 1   APPEARANCES:  (Continued)
 2
 3   ON BEHALF OF THE PEOPLE OF THE STATE OF MICHIGAN:
 4           NATHAN GAMBILL, ESQ.
             Assistant Attorney General
 5           STATE OF MICHIGAN
             DANA NESSEL, ATTORNEY GENERAL
 6           Environment, Natural Resources,
             and Agriculture Division
 7           6th Floor G. Mennen Williams Building
             525 West Ottawa Street
 8           Lansing, MI 48909
             gambilln@michigan.gov
 9           517.335.7664
10
11   ON BEHALF OF THE WITNESS:
12           MICHAEL A. BROWN, ESQ.
             YODESKI Y. ACQUIE, ESQ.
13           NELSON MULLINS RILEY & SCARBOROUGH, LLP
             100 S. Charles Street, Suite 1600
14           Baltimore, MD 21201
             Mike.brown@nelsonmullins.com
15           Yodeski.acquie@nelsonmullins.com
             443.392.9401
16
17
     ON BEHALF OF DEFENDANTS VEOLIA WATER NORTH
18   AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH
     AMERICA, LLC, VEOLIA NORTH AMERICA, INC.:
19
             BRYAN D. McELVAINE, ESQ.
20           KRISTIN DUPRE, ESQ.
             CAMPBELL CONROY & O'NEIL PC
21           1205 Westlakes Drive, Suite 330
             Berwyn, PA 19312
22           bmcelvaine@campbell-trial-lawyers.com
             kdupre@campbell-trial-lawyers.com
23           610.964.6381
24
```

```
 1   APPEARANCES:  (Continued)
 2
 3   ON BEHALF OF DEFENDANT CITY OF FLINT
     (via teleconference):
 4
             SHELDON H. KLEIN, ESQ.
 5           BUTZEL LONG
             41000 Woodward Avenue
 6           Bloomfield Hills, MI 48304
             kleins@butzel.com
 7           248.258.1616
 8
 9   ON BEHALF OF DEFENDANTS LEO A. DALY COMPANY AND
     LOCKWOOD, ANDREWS & NEWNAM, INC.
10   (via teleconference):
11           JUDE T. HICKLAND, ESQ.
             FAEGRE DRINKER BIDDLE & REATH LLP
12           1717 Main Street, Suite 5400
             Dallas, TX 75201-7367
13           jude.hickland@faegredrinker.com
             469.357.2535
14
15
     ON BEHALF OF DEFENDANTS MDEQ EXECUTIVE DEFENDANTS
16   (via teleconference):
17           THADDEUS E. MORGAN, ESQ.
             FRASER TREBILCOCK
18           124 W. Allegan Street
             Suite 1000
19           Lansing, MI 48933
             tmorgan@fraserlawfirm.com
20           517.377.0877
21
22
23
24
```

```
 1   APPEARANCES:  (Continued)
 2
 3   ON BEHALF OF DEFENDANT ADAM ROSENTHAL
     (via teleconference):
 4
             JAMES A. FAJEN, ESQ.
 5           FAGEN & MILLER, PLLC
             3646 West Liberty Road
 6           Ann Arbor, MI 48103
             fajenlaw@fajenmiller.com
 7           734.995.0181
 8
 9   ON BEHALF OF DEFENDANT DARNELL EARLEY
     (via teleconference):
10
             JOSEPH R. FURTON, JR., ESQ.
11           THE FURTON LAW FIRM
             290 Town Center Drive, Suite 420L
12           Dearborn, MI 48126
             jfurton@furtonlaw.com
13           313.574.4794
14
15   ON BEHALF OF DEFENDANT MCLAREN REGIONAL MEDICAL
     CENTER (via teleconference):
16
             MEGAN R. MULDER, ESQ.
17           CLINE, CLINE & GRIFFIN, PC
             Mott Foundation Building
18           503 S. Saginaw Street, Suite 1000
             Flint, MI 48502
19           mmulder@ccglawyers.com
             800.837.1973
20
21   ALSO PRESENT:
22   FRANCIS X. FERRARA,
         Senior VP & Deputy General Counsel
23       Veolia North America
24   VIDEOGRAPHER:  Daniel Holmstock
```

```
 1    not necessarily always the -- the facts in selling
 2    in selling -- in selling your brand.
 3          Q.      I understand that, sir.
 4                  Would you agree that as someone in
 5    charge of business development, though, a central
 6    component of that is making money for the company;
 7    correct?
 8          A.      Depends on what the goals are for
 9    that year.
10          Q.      Can you identify a single year after
11    you took over business development in which the
12    goals were not related to making money for Veolia?
13                  MR. BROWN:  Objection.  Misstates
14      his testimony.
15                  MS. LEVENS:  Can you name a year?
16      I'm not quoting his testimony.
17                  THE WITNESS:  I don't know about a
18      year, but there are different projects that
19      don't necessarily mean that you make money.
20     BY MS. LEVENS:
21          Q.      And what would those goals have been
22    that didn't involve making money for Veolia?
23          A.      Sometimes to do the right thing for
24    a community and to help people.
```

```
 1      Q.      So it's your testimony that
 2   sometimes Veolia would have the goal of doing the
 3   right thing for the community to help people; is
 4   that right?
 5      A.      And for the industry.
 6      Q.      And for the industry.
 7              What are you referring to by "the
 8   industry"?
 9      A.      The water industry, the water and
10   wastewater industry.
11      Q.      Okay.
12      A.      The environment, those sort of
13   things.
14      Q.      And can you give any examples of
15   times when Veolia had the goal of doing the right
16   thing for the community to help the people?
17      A.      Yeah, Flint.
18      Q.      Flint.
19              So Flint was not about making money
20   for Veolia; is that right?
21      A.      It's a $40,000 project, ma'am.
22      Q.      You would have considered that a
23   small project for Veolia; right?
24      A.      I don't know about a small project,
```

Highly Confidential - David Gadis

1   but there wasn't -- there was not enough revenue
2   there and the man-hours that needed in order for
3   you to say that this was going to be a money
4   project.  It's $40,000.
5        Q.    Did Veolia -- during the time that
6   you were in charge of business development, did
7   Veolia regularly take on projects that were only
8   $40,000?
9        A.    No.
10       Q.    So based on the projects that you
11  oversaw during your time in business development,
12  the Flint project would have been a small project;
13  right?
14       A.    I don't know about small, but it
15  would have been a project that we would have
16  looked at carefully to make sure that it was the
17  right project for the organization and for that
18  community and can we help them.
19       Q.    Okay.  So it's your testimony today
20  that Veolia agreed to take the Flint project in
21  order to help the people of Flint?
22       A.    Without a doubt.
23       Q.    Okay.  No other reason?
24       A.    I can't speak for other people.