# Exhibit 2

**From:** Nicholas, Robert [robert.nicholas@veolia.com]
**Sent:** Monday, February 09, 2015 3:16 PM
**To:** Kelly Rossman-McKinney
**CC:** David Gadis; Edwards, Scott; Matt Demo; Whitmore, Paul
**Subject:** Re: FW: Help with a Flint Journal article

No. Lead could be a problem based on the water. Part of what we will do is look at the water quality, testing and results for lots of different variables.

On 9 February 2015 at 14:41, Kelly Rossman-McKinney <krossman@truscottrossman.com> wrote:

> Proving what Rob and I just were discussing ... EVERYONE is testing that darn water!
>
>
> **From:** Jason Lorenz [mailto:jlorenz@cityofflint.com]
> **Sent:** Monday, February 09, 2015 2:11 PM
> **To:** Kelly Rossman-McKinney
> **Cc:** Howard Croft; Elizabeth Murphy; Gerald Ambrose
> **Subject:** Fwd: Help with a Flint Journal article
>
>
> Hello Everyone,
>
> Here is another water related story that I believe can be deflected. It appears U-M Flint has done water testing on their campus recently. The tests came back showing TTHM levels were lower than MCL, but have shown in a few places higher than acceptable lead levels. Is this an internal plumbing issue that is not connected to us? Please advise.
>
> Thanks,
>
> -Jason Lorenz
>
> Public Information Officer
>
> City of Flint
>
> (810) 237-2039
>
> jlorenz@cityofflint.com
>
>
> ---------- Forwarded message ----------
> **From: Schuch, Sarah** <SSCHUCH@mlive.com>
> Date: Mon, Feb 9, 2015 at 12:39 PM
> Subject: Help with a Flint Journal article
> To: "jlorenz@cityofflint.com" <jlorenz@cityofflint.com>

Walling Deposition
Exhibit
32
235273-CAK   02/21/2020

VWNAOS056566

Hi Jason,

I'm working on a story about an email that was sent out to the UM-Flint campus community on Friday about their water quality. I was hoping to get comment on if any of it seems related to the issues with Flint water or if it's an isolated incident. They saw high levels of lead in certain locations. I will copy the email below this.

Would someone be able to comment on this today?

Dear Campus Community

Environment, Health, and Safety (EHS) has received a few inquiries about my recent January 24th e-mail communication. To help further clarify the status of water conditions, the raw analytical results (including trihalomethanes or THMs) provided by an independent consultant demonstrated that the City of Flint water entering our campus water distribution is below the regulatory Maximum Contaminant Limits (MCLs) and acceptable to drink.

However, in the first round of sampling there were two isolated fountains within two separate buildings where the test data initially showed poor water quality. EHS shut down those fountains, retested and continues to investigate. The two fountain locations were the third floor Northbank Center (NBC) South building hallway and the Central Energy Plant on the first floor.

A second round of testing of NBC South building kitchen sinks and fountains consisted of an initial water sample drawn followed by a second sample drawn after the water was flushed and purged through the fixtures. Results from some of the initial water draws showed an elevated lead concentration. However, after water was flushed/purged through the fixtures sample results were either non-detect or below the lead action level, with only one exception. The results from sinks and fountains that were identified as seldom or rarely used which allows for water to sit for long periods of time, had the highest observed concentrations. A third round of "first draw" sampling was conducted last week on drinking fountains and kitchen sinks on the first, second and third floors in NBC South Building. Although, more than half of the sample results were below the lead action level, the third floor hallway fountains and second floor sinks continue to show elevated lead concentrations and will require further action and corrective measures. Kitchen sinks and fountains being investigated /tested have and will remain tagged out of service "Do Not Use/Water Sampling In Progress" until further data is available and the investigation of the water distribution system in those areas is complete.

Until further notice and until more data is available, NBC South building occupants impacted

by this situation have been cautioned to flush water prior to use, only use the water for cleaning purposes and not for consumption, do not use restroom sinks for drinking water, and do not use sinks or fountains that remain tagged out of service. NBC Management and EHS have worked with impacted offices to identify alternative drinking water sources.

EHS & Facilities & Operations continue to investigate the water distribution in the building. The analytical data as well as further insight into the condition and configuration of the piping in NBC South will be helpful to better understand the conditions and determine best corrective measures for the areas observed to have poor water quality.

As always, if you have further questions please do not hesitate to contact me, EHS: 810-766-6763; or mjlane@umflint.edu<mailto:mjlane@umflint.edu>.

Mike Lane

UM-Flint Environment, Health, and Safety

**Sarah Schuch**

MLive Media Group

Reporter

mobile  810.341.3789

email  sschuch@mlive.com

address  540 S. Saginaw St. #101, Flint MI 48502

--
Rob Nicholas
Vice President, Development
Municipal & Commercial Business
VEOLIA NORTH AMERICA

tel  +1 859 582 0104
5071 Endview Pass / Brooksville, FL 34601
Robert.Nicholas@veolia.com

VWNAOS056568

www.veolianorthamerica.com



Confidentiality Note: This e-mail message and any attachments to it are intended only for the named recipients and may contain legally priviledged and/or confidential information. If you are not one of the intended recipients, please do not duplicae or forward this e-mail message and immediately delete it from your computer.

VWNAOS056569