# Exhibit 7

Corrosion Control checking 2/18/15

|      | Dec 2014 |      | Aug 2014 |      |
|------|----------|------|----------|------|
|      | Raw      | Tap  | Raw      | Tap  |
| pH   | 8.24     | 8.07 | 8.09     | 7.78 |
| TH   | 317      | 192  | 235      | 155  |
| Ca   | 250      | 152  | 190      | 133  |
| Mg   | 47       | 40   | 45       | 22   |
| TA   | 258      | 88   | 194      | 82   |
| NCH  | 59       | 104  | 41       | 73   |
| Cl   | 47       | 80   | 40       | 63   |
| SO4  | 12       | 24   | 1        | 10   |
|      |          |      |          |      |
| CCPP |          | 0.8  |          | 0.3  |
| LI   |          | -0.12|          | -0.17|
| DIC  |          | 21.5 |          | 20.2 |

\* Corrosive water conditions exist discussed w/ plant staff and suggested potential issues with lead and copper monitoring in the future. Might need to balance pH and corrosion control with THM compliance issues.



Chen Deposition Exhibit 13

231789-CAK   11/25/2019

VWNAOS028028