# Exhibit 2

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MICHIGAN
 2                     SOUTHERN DIVISION
     _____
 3                                       : Civil Action No
                                         : 5:16-cv-10444
 4   In re:   FLINT WATER CASES          :
                                         : Hon. Judith E. Levy
 5   _____ : Mag. Mona K. Majzoub
 6
                        STATE OF MICHIGAN
 7       CIRCUIT COURT FOR THE 7TH JUDICIAL CIRCUIT
                        GENESEE COUNTY
 8   _____
                                         :
 9   In Re:   FLINT WATER LITIGATION     : No. 17-108646-N0
                                         : (this filing does
10   ATTORNEY GENERAL DANA NESSEL,       : NOT relate to all of
     on behalf of the People of the      : the cases - only
11   State of Michigan,                  : 16-107576-NM)
                                         :
12             Plaintiff,                :
          v.                             : No. 16-107576-NM
13                                       : Hon. Joseph J. Farah
     VEOLIA NORTH AMERICA, INC.,         :
14   a Delaware Corporation, et al.,     : HIGHLY CONFIDENTIAL
                                         :
15             Defendants.               :
     _____ :
16
                    Monday, June 28, 2021
17
             Deposition of BRIAN CLARKE, conducted at the
18
     location of the witness in Lombard, Illinois,
19
     commencing at 8:06 a.m., on the above date, before
20
     Carol A. Kirk, Registered Merit Reporter, Certified
21
     Shorthand Reporter, and Notary Public.
22
23              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com
```

```
 1            R E M O T E  A P P E A R A N C E S
 2                        - - -
 3   On behalf of the Class Plaintiffs:
 4         JORDAN CONNORS, ESQUIRE
           SUSMAN GODFREY L.L.P
 5         1201 Third Avenue, Suite 3800
           Seattle, Washington  98101
 6         206-516-3880
           jconnors@susmangodfrey.com
 7
 8   On behalf of the Mason State Court Plaintiffs:
 9         ADAM T. SCHNATZ, ESQUIRE
           MCALPINE PC
10         3201 University Drive, Suite 200
           Auburn Hills, Michigan  48326
11         248-373-3700
           atschnatz@mcalpinepc.com
12
13   On behalf of the People of the State of Michigan:
14         CHARLES A. CAVANAGH, ASSISTANT ATTORNEY GENERAL
           MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
15         525 West Ottawa Street, 6th Floor
           Lansing, Michigan  48909
16         517-335-7664
           cavanaghc2@michigan.gov
17
18   On behalf of Individual Plaintiffs:
19         DONALD H. DAWSON, JR., ESQUIRE
           FIEGER LAW
20         19390 West Ten Mile Road
           Southfield, Michigan  48075-2463
21         248-355-5555
           d.dawson@fiegerlaw.com
22
23
24
```

```
 1        R E M O T E  A P E A R A N C E S (CONT'D)
 2                         - - -
 3   On behalf of Defendants Veolia Water North America
     Operating Services, LLC, Veolia North America, LLC,
 4   and Veolia North America, Inc.:
 5         BRYAN D. MCELVAINE, ESQUIRE
           MARK J. SPROSS, ESQUIRE
 6         JAMES M. CAMPBELL, ESQUIRE
           CAMPBELL CONROY & O'NEIL, P.C.
 7         1205 Westlakes Drive, Suite 330
           Berwyn, Pennsylvania  19312
 8         610-964-1900
           bmcelvaine@campbell-trial-laywers.com
 9         mspross@campbell-trial-lawyers.com
           jcampbell@campbell-trial-lawyers.com
10
           ALAINA N. DEVINE, ESQUIRE
11         CHRISTOPHER R. HOWE, ESQUIRE
           CAMPBELL CONROY & O'NEIL, P.C.
12         1 Constitution Wharf, Suite 310
           Boston, Massachusetts  02129
13         617-241-3000
           adevine@campbell-trial-lawyers.com
14         chowe@campbell-trial-lawyers.com
15         LINDA X. SHI, ESQUIRE
           MAYER BROWN, LLP
16         71 South Wacker Drive
           Chicago, Illinois  60606
17         312-782-0600
           lshi@mayerbrown.com
18
           EMILIE VASSEUR, ESQUIRE
19         MAYER BROWN, LLP
           10 avenue Hoche
20         Paris, France  75008
           +33 1 53 53 39 91
21         evasseur@mayerbrown.com
22
23
24
```

```
 1     R E M O T E  A P E A R A N C E S (CONT'D)
 2                      - - -
 3  On behalf of Defendants Leo A. Daly Company and
    Lockwood, Andrews & Newnam, Inc.:
 4
            PHILIP A. ERICKSON, ESQUIRE
 5          PLUNKETT COONEY, P.C.
            325 East Grand River
 6          City Center, Suite 250
            East Lansing, Michigan  48823
 7          517-333-6598
            perickson@plunketcooney.com
 8
 9  On behalf of the United States of America:
10          WILLIAM J. QUINN, ESQUIRE
            U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
11          175 N. Street, N.E.
            Washington, D.C.  20002
12          202-598-0389
            william.j.quinn@usdoj.gov
13
14
15  Also Present:
16          Francis X. Ferrara, Veolia
            Jeff Sindiong, Videographer
17
18                      - - -
19
20
21
22
23
24
```

1    what we need."

2           And then later he goes, "The
3    ultimate focus is not on the water problem but
4    fixing the entire utility.  It's a great PPS
5    delegated management or O&M possibility."

6           So February 3rd is before the
7    contract had been entered, correct?

8       A.   Yes.

9       Q.   Okay.  So at that time, the
10   project coordinator for the Flint project was
11   saying that the ultimate focus of Veolia wasn't
12   on the water problem but fixing the entire
13   utility and upselling or converting it into a
14   PPS delegated management or O&M responsibility,
15   correct?

16           MR. McELVAINE:  Object to form --
17      sorry.  Object to form.

18           You can answer, Mr. Clarke.

19      A.   That is what his e-mail says.

20      Q.   Okay.  So, again, it wasn't a
21   hope.  It was actually Veolia's focus at the
22   time before the contract was entered to convert
23   this into a larger contract, correct?

24           MR. McELVAINE:  Object to form.

```
 1                    You can answer.
 2           A.       I'll go back to the e-mail you
 3    just showed me.  I think Mr. Nicholas used the
 4    word "hope," and "this might be our intent."
 5    Our ultimate focus was to provide him a more
 6    comprehensive set of services, which we were
 7    expert capably of doing.
 8                    I don't know that I would describe
 9    it as, you know -- I'm not sure of the
10    difference between hoping that we can achieve
11    this or the ultimate focus.  I think we're
12    saying the same thing.  We hope that we could
13    get a chance to do more work for the city.
14           Q.       With respect, though, Mr. Nicholas
15    doesn't say in this e-mail "hope."  He says,
16    "The focus isn't on fixing the water problem.
17    It's on fixing the entire utility which would
18    necessitate a larger contract."
19                    Correct?
20           A.       No.
21                    MR. McELVAINE:  Object to the
22           form.
23                    You can answer, Mr. Clarke.
24           A.       Not correct.  You added the word
```

1  "fixing" into your statement.

2      Q.   Okay.

3      A.   The statement is, "The ultimate
4  focus is not on the water problem but fixing the
5  entire utility."  If you fix the entire utility,
6  you fix the water problem as well.

7           So the idea here, the intent of
8  the e-mail, is to indicate that we were hoping
9  to do more work that would encompass not only
10 what we did the first week of work on but other
11 elements of their entire utility, including
12 wastewater.

13     Q.   Fixing the entire utility would
14 necessitate -- would necessarily require a
15 larger contract, correct, whether it be PPS
16 delegated management or O&M?

17     A.   Yes.

18     Q.   Okay.

19     A.   It would require a larger
20 contract, a different contract, and more scope,
21 certainly.

22                      - - -

23     (Clarke Deposition Exhibit 18 marked.)

24                      - - -

```
 1   BY MR. CAVANAGH:

 2        Q.   So I'm going to show you another

 3   e-mail that I'll mark as Exhibit 18.  And,

 4   again, this is from Robert Nicholas to

 5   Manshi Low.  This is on January 27th.  And

 6   they're discussing the risk memo that's

 7   associated with Flint.  It starts with an e-mail

 8   from Manshi Low earlier that day, it looks like.

 9             And Mr. Nicholas says with respect

10   to the risk memo, he wants it changed.  And he

11   says, "Upfront talk about this being pursued to

12   upsale to a PPS."

13             So prior to the contract being

14   signed, even Veolia wanted to put in the risk

15   memo that this project was being pursued for the

16   purpose of upscaling or upselling to a larger

17   contract; is that correct?

18        A.   That's what he says in this

19   e-mail.

20                      - - -

21       (Clarke Deposition Exhibit 19 marked.)

22                      - - -

23   BY MR. CAVANAGH:

24        Q.   Okay.  I'll show you an e-mail
```