# Exhibit 3

Highly Confidential - Jonathan Carpenter

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MICHIGAN
 2                      SOUTHERN DIVISION
 3     ----------------------------
 4                                    Civil Action No.
       In re:  FLINT WATER CASES      5:16-cv-10444-JEL-MKM
 5                                    (consolidated)
 6                                    Hon. Judith E. Levy
       -------------------------- Mag. Mona K. Majzoub
 7
                         STATE OF MICHIGAN
 8       IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE
 9     ----------------------------
10     IN RE FLINT WATER            Case No. 17-1086460-NO
       LITIGATION                   Hon. Richard B. Yuille
11
       ------------------------------
12
       JENNIFER MASON, et al.    Case No. 16-106150-NM
13                               Hon. Richard B. Yuille
               Plaintiffs,
14
       V.
15
       LOCKWOOD, ANDREWS & NEWNAM,
16     PC, et al.,
17           Defendants.        HIGHLY CONFIDENTIAL
18     ----------------------------X
19        VIDEOTAPED DEPOSITION OF JONATHAN CARPENTER
20           Monday, December 16, 2019, 9:09 a.m.
21                    Washington, DC 20005
22     Reported by:  Denise Dobner Vickery, RMR, CRR
23              GOLKOW LITIGATION SERVICES
            T 877.370.3377 | F 917.591.5672
24                 deps@golkow.com
```

Golkow Litigation Services                              Page 1

Highly Confidential - Jonathan Carpenter

1

2

3

4

5

6

7                    Monday, December 16, 2019

8                           9:09 a.m.

9

10        Videotaped Deposition of JONATHAN

11   CARPENTER, held at the offices of:

12

13            COHEN MILSTEIN SELLERS & TOLL PLLC

14            1100 New York Avenue NW

15            Suite 500, West Tower

16            Washington, DC 20005

17

18

19       Pursuant to notice, before Denise Dobner

20   Vickery, Certified Realtime Reporter, Registered

21   Merit Reporter, and Notary Public in and for the

22   District of Columbia.

23

24

```
 1    APPEARANCES:
 2
 3    On Behalf of Executive Committee for Class
      Plaintiffs:
 4
           EMMY L. LEVENS, ESQ.
 5         COHEN MILSTEIN
           1100 New York Avenue NW, Fifth Floor
 6         Washington, DC 20005
           elevens@cohenmilstein.com
 7         202.408.4600
 8    On Behalf of Individual Plaintiffs:
 9         ALASTAIR J.M. FINDEIS, ESQ.
           NAPOLI SHKOLNIK PLLC
10         400 Broadhollow Road, Suite 305
           Melville, NY 11747
11         afindeis@napolilaw.com
           202.408.4600
12
      On Behalf of Mason State Court Plaintiffs
13    (via videoconference):
14         JAYSON E. BLAKE, ESQ.
           MCALPINE PC
15         3201 University Drive, Suite 200
           Auburn Hills, MI 48326
16         jeblake@mcalpinepc.com
           248.373.3700
17
      On Behalf of the People of the State of Michigan:
18
           NATHAN GAMBILL, ASSISTANT ATTORNEY
19         GENERAL
           MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
20         525 West Ottawa Street, Sixth Floor
           Lansing, MI 48909
21         gambilln@michigan.gov
           517.335.7664
22
23
24
```

Highly Confidential - Jonathan Carpenter

```
 1   APPEARANCES:  (Continued)
 2
 3   On Behalf of Defendants Veolia Water North
     America Operating Services, LLC, Veolia North
 4   America, LLC, Veolia North America, Inc., and the
     Witness:
 5
             BRYAN D. McELVAINE, ESQ.
 6           KRISTIN M. DUPRE, ESQ.
             CAMPBELL CONROY & O'NEIL PC
 7           1205 Westlakes Drive, Suite 330
             Berwyn, PA 19312
 8           bmcelvaine@campbell-trial-lawyers.com
             kdupre@campbell-trial-lawyers.com
 9           610.964.6381
10   On Behalf of Defendant City of Flint
     (via videoconference):
11
             SHELDON H. KLEIN, ESQ.
12           BUTZEL LONG
             41000 Woodward Avenue
13           Bloomfield Hills, MI 48304
             kleins@butzel.com
14           248.258.1616
15   On Behalf of Defendants Leo A. Daly Company and
     Lockwood, Andrews & Newnam, Inc.:
16
             DAVID KENT, ESQ.
17           DRINKER BIDDLE & REATH LLP
             1717 Main Street, Suite 5400
18           Dallas, TX 75201-7367
             david.kent@dbr.com
19           469.357.2535
20   On Behalf of Defendants MDEQ Executive Defendants
     (via videoconference):
21           CHRISTOPHER B. CLARE, ESQ.
             CLARK HILL PLC
22           1001 Pennsylvania Avenue NW,
             Suite 1300 South
23           Washington, DC 20004
             cclare@clarkhill.com
24           202.572.8671
```

Highly Confidential - Jonathan Carpenter

```
 1   APPEARANCES:  (Continued)
 2
 3   On Behalf of Defendant Stephen Busch
     (via videoconference):
 4
             TYLER J. ANDERSON, ESQ.
 5           SMITH HAUGHEY RICE & ROEGGE
             100 Monroe Center NW
 6           Grand Rapids, MI 49503
             tanderson@shrr.com
 7           616.458.3412
 8   On Behalf of Defendant McLaren Regional Medical
     Center (via teleconference):
 9
             MEGAN R. MULDER, ESQ.
10           CLINE, CLINE & GRIFFIN, PC
             Mott Foundation Building
11           503 S. Saginaw Street, Suite 1000
             Flint, MI 48502
12           www.ccglawyers.com
             800.837.1973
13
14   ALSO PRESENT:
15   CHRISTOPHER FLETCHER, ESQ. (via videoconference)
     FRANCIS FERRARA, ESQ. (via videoconference)
16   JOSEPH FURTON, ESQ. (via videoconference)
17
18   VIDEOGRAPHER:  Daniel Holmstock
19
20
21
22
23
24
```

```
 1      A.     Correct.

 2      Q.     The last line here says:

 3             "We should submit proposal to enter
 4  utility to upsale."

 5             Do you see that, sir?

 6      A.     Yes.

 7      Q.     What did you mean by that sentence?

 8      A.     Again, as I've explained previously,
 9  whenever we go after a job, you also always talk
10  to the customer to see if there's any opportunity
11  for any other needs that they may have and see if
12  there's anything that you can provide
13  additionally.

14      Q.     To grow the contract; correct?

15      A.     To grow business.  To grow business.

16      Q.     To grow business?

17      A.     To grow business.

18      Q.     To make money for VNA?

19      A.     Yes, that's what my job is to be a
20  salesperson and find opportunities.

21      Q.     And why would you need to enter the
22  utility to upsale?

23      A.     Well, I -- you don't know what you
24  have or what the problems are until you talk to
```

Highly Confidential - Jonathan Carpenter

1  the customer and find out what their needs are, as
2  I've said, and the only way you do that is to talk
3  to the customer, learn about the utility, learn
4  what their needs are.  And if they say these are
5  things that they need help with and if you can
6  provide those things, then that's what you do.
7  You give them a proposal to provide assistance
8  with their needs, and that's how you grow the
9  business.
10         Q.     So would it be fair to say that
11  access to the utility would provide information
12  making it easier to upsale the contract?
13                MR. McELVAINE:  Objection.
14                You can answer.
15                THE WITNESS:  Yes.
16  BY MS. LEVENS:
17         Q.     Is that why VNA would have agreed to
18  accept a study like the one it did for the City of
19  Flint?
20                MR. McELVAINE:  Objection.
21                You can answer.
22                THE WITNESS:  There's always an
23     opportunity for upsell.  That's what we look
24     for as salespeople.  In terms of what VNA as a