UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEL-MKM<br>Hon. Judith E. Levy |
| This Document Relates To:<br>*Gaddy et al. v. Flint et al.*<br>*Meeks et al. v. Flint et al.* | Case No. 5:17-cv-11166-JEL-MKM<br>Case No. 5:17-cv-11165-JEL-MKM |

_____

**DEFENDANTS VEOLIA NORTH AMERICA, LLC, VEOLIA NORTH
AMERICA, INC. AND VEOLIA WATER NORTH AMERICA
OPERATING SERVICES, LLC'S COUNTER DEPOSITION
<u>DESIGNATIONS AND OBJECTIONS FOR DAVID GADIS</u>**

Defendants Veolia North America, LLC, Veolia North America, Inc. and

Veolia Water North America Operating Services, LLC submit the following counter

deposition designations and objections for VNA witness David Gadis:

**<u>PAGE:LINE</u>**

(PAGE : LINE)

33:22 – 33:24

36:16 – 36:20

38:8 – 38:17

39:8 – 39:22

42:1 – 42:5

56:9 – 56:15

59:5 – 60:10

64:5 – 64:20

-1-

65:21 – 66:4

87:1 – 88:3

90:22 – 91:6

97:20 – 98:10

101:13 – 101:21

152:9 – 152:13

164:11 – 165:4

221:18 – 221:21

222:2 – 222:9

240:17 – 241:4

295:19 – 295:24

351:10 – 351:24

444:24

470:1

481:18

568:19 – 568:22

569:1 – 570:8

590:2 – 590:3

## **OBJECTIONS**

(PAGE : LINE)

75:10-12          relevance, unduly prejudicial, MIL (docket 492)

76:22-23          relevance, unduly prejudicial, MIL (docket 489)

77:5-8            relevance, unduly prejudicial, MIL (docket 489)

77:10-13          relevance, unduly prejudicial, MIL (docket 489)

| | |
|---|---|
| 80:23 – 81:20 | form, lack of foundation, calls for speculation, MIL (dockets 489, 492) |
| 81:23-82:11 | relevance, unduly prejudicial, MIL (docket 489) |
| 84:16-86:24 | relevance, unduly prejudicial, MIL (docket 492) |
| 93:3-94:21 | relevance, unduly prejudicial, MIL (docket 492) |
| 96:12-15 | relevance, unduly prejudicial, MIL (docket 492) |
| 97:7-19 | relevance, unduly prejudicial, MIL (docket 492) |
| 98:11-99:12 | relevance, unduly prejudicial, MIL (docket 492) |
| 100:8-101:12 | relevance, unduly prejudicial, MIL (docket 492) |
| 115:13-15 | form, vague |
| 119-121 | foundation (witness has no knowledge); relevance; unduly prejudicial |
| 124:3-5 | form, calls for speculation |
| 126:11-21 | form, vague |
| 126:17-18 | form, vague |
| 142:12-144:11 | relevance, unduly prejudicial, MIL (docket 499) |
| 144:23-145:7 | relevance, unduly prejudicial, MIL (docket 499) |
| 145:8-145:9 | relevance, unduly prejudicial, MIL (docket 499) |
| 146:17 | relevance, unduly prejudicial, MIL (docket 499) |
| 146:19-147:10 | relevance, unduly prejudicial, MIL (docket 499) |
| 146:22-147:4 | form, calls for speculation |
| 147:8-10 | form, calls for speculation |
| 147:14-15 | relevance, unduly prejudicial, MIL (docket 499) |
| 147:17-18 | form, calls for speculation |
| 147:22-24 | form, calls for speculation |
| 148:4-150:10 | relevance, unduly prejudicial, MIL (docket 499) |

| | |
|---|---|
| 150:14 | relevance, unduly prejudicial, MIL (docket 499) |
| 150:16-152:8 | relevance, unduly prejudicial, MIL (docket 499) |
| 154:15-17 | relevance, unduly prejudicial, MIL (docket 499) |
| 158:2-24 | relevance, unduly prejudicial, MIL (docket 499) |
| 159:3-4 | relevance, unduly prejudicial, MIL (docket 499) |
| 161:11-162:4 | for, vague, relevance, unduly prejudicial, MIL (docket 499) |
| 157:16-19 | form, lack of foundation, calls for speculation |
| 160:24-161:3 | form, calls for speculation |
| 163:22-164:4 | form, incomplete hypothetical |
| 165:5 – 165:8 | form, vague, assumes facts not in evidence |
| 167:9-11 | form, lack of foundation |
| 168:8-10 | form, relevance, lack of foundation, calls for speculation |
| 168:22-24 | form, vague, incomplete hypothetical, calls for speculation |
| 169:17-21 | form, relevance, lack of foundation, calls for speculation |
| 170:3-4 | form, vague |
| 170:10-11 | form, vague |
| 170:23-24 | form, incomplete hypothetical |
| 171:2-4 | form, incomplete hypothetical |
| 171:22-24 | form, asked and answered |
| 172:6-8 | form, incomplete hypothetical |
| 172:15- 16 | asked and answered |
| 172:22-173:2 | form, incomplete hypothetical, calls for speculation, MIL (docket 499) |
| 173:18-174:15 | relevance, unduly prejudical, MIL (docket 499) |
| 178:5-6 | form, asked and answered |
| 180:22-24 | form, vague, Mil (docket 499) |

| | |
|---|---|
| 190:14-16 | form, argumentative |
| 191:14-16 | form. vague |
| 192:2-4 | form, lack of foundation, calls for speculation |
| 195:19-23 | form, calls for conclusion of law |
| 196:16-18 | form. Vague, incomplete hypothetical, relevance, MIL (docket 499) |
| 197:4-6 | relevance, MIL (docket 499) |
| 198:15-16 | form, calls for speculation |
| 200:11-14 | form, vague |
| 203:14-16 | form, vague |
| 213:8-24 | form, vague, calls for speculation, relevance, MIL (docket 499) |
| 213:12-15 | form, calls for speculation |
| 213:23-214:1 | form, vague |
| 214:5-6 | form, vague, MIL (docket 499) |
| 214:24-215:21 | relevance, MIL (docket 499) |
| 216:1-6 | relevance, MIL (docket 499) |
| 216:8-217:2 | relevance, MIL (docket 499) |
| 217:12-15 | form, misstates testimony, MIL (docket 499) |
| 217:23-218:2 | asked and answered, MIL (docket 499) |
| 218:6-10 | form, vague, relevance, MIL (docket 499) |
| 223:3-4 | form, calls for speculation |
| 224:19-20 | form, incomplete hypothetical, calls for speculation |
| 225:3-6 | form, incomplete hypothetical, calls for speculation |
| 226:3-5 | form, vague |
| 226:23-228:1) | relevance, unduly prejudicial, MIL (docket 499) |
| 231:20-21 | form, calls for speculation |

| | |
|---|---|
| 234:20-21 | form, vague |
| 237:8-10 | form, vague |
| 237:15-17 | form, vague |
| 239:17-20 | form, lack of foundation, calls for speculation |
| 249:6-251:9 | relevance, MIL (docket 499) |
| 252:9-12 | form, calls for speculation |
| 256:22-24 | form, calls for speculation |
| 265:19-22 | form, calls for speculation |
| 268:1-3 | relevance, unduly prejudicial, MIL (docket 492) |
| 268:10-20 | relevance, unduly prejudicial, MIL (docket 492) |
| 270:21-22 | form, calls for speculation |
| 274:11-12 | form, calls for speculation |
| 276:2-4 | form, calls for speculation |
| 277:2-3 | form, calls for speculation |
| 278:5-6 | relevance |
| 279:22-24 | form, vague, calls for speculation |
| 280:23-281:1 | form, calls for speculation |
| 281:9-10 | form, calls for speculation |
| 281:18-282:2 | relevance |
| 286:5-15 | relevance |
| 286:23-287:3 | form, calls for speculation |
| 293:23-294:1 | form, vague |
| 324:18-20 | form. vague |
| 329:17-18 | form, vague |
| 335:24-336:3 | form, vague |

| | |
|---|---|
| 337:18-20 | form, vague, MIL (docket 492) |
| 338:1-3 | form, vague, MIL (docket 492) |
| 346:13-16 | form, vague, MIL (docket 499) |
| 346:24-347:6 | relevance, unduly prejudicial, MIL (docket 499) |
| 347:22-348:2 | form, vague |
| 348:9-348:13 | form, vague |
| 348:21-23 | form, vague |
| 352:15-16 | form, foundation |
| 354:8-11 | form, foundation |
| 355:10-12 | form, foundation |
| 356:11-14 | form, foundation, calls for speculation |
| 359:16-19 | form, incomplete hypothetical, calls for speculation |
| 361:19-23 | form, foundation, mischaracterizes testimony |
| 362:15-18 | form, foundation, mischaracterizes testimony |
| 363:1-5 | form, incomplete hypothetical, mischaracterizes testimony, calls for speculation |
| 363:11-14 | form, incomplete hypothetical, mischaracterizes testimony, calls for speculation |
| 364:10-14 | form, incomplete hypothetical, mischaracterizes testimony, calls for speculation |
| 364:23-365:3 | form, foundation, calls for speculation |
| 365:14-18 | form, incomplete hypothetical, mischaracterizes testimony, calls for speculation |
| 366:1-5 | form, vague, incomplete hypothetical, misstates testimony |
| 366:15-17 | form, incomplete hypothetical |
| 366:20-367:12 | relevance, unduly prejudicial, MIL (docket 499) |
| 368:2-4 | form, incomplete hypothetical |

| | |
|---|---|
| 368:7-21 | form, vague, calls for speculation |
| 369:11-13 | form, incomplete hypothetical, calls for speculation |
| 369:20-21 | form, vague, incomplete hypothetical, calls for speculation |
| 370:12-13 | form, vague, lack of foundation, calls for speculation |
| 370:18-20 | form, vague |
| 371:18-23 | relevance |
| 374:1-375:2 | relevance |
| 380:14-16 | relevance |
| 383:16-19 | relevance |
| 385:3-6 | relevance, MIL (docket 499) |
| 385:23-386:3 | relevance |
| 386:7-386:16 | relevance |
| 386:21-386:23 | form, vague, relevance |
| 400:24-401:15 | relevance, unduly prejudicial, MIL (docket 499) |
| 408:10-13 | form, vague, MIL (docket 499) |
| 411:23-24 | form, misstates testimony, asked and answered, MIL (docket 499) |
| 444:16-18 | form, vague |
| 445:6-18 | relevance, MIL (docket 499) |
| 445:20-446:16 | relevance, unduly prejudicial, MIL (docket 499) |
| 446:19-448:18 | form, incomplete hypothetical, relevance, MIL (docket 499) |
| 450:16-18 | form, vague, MIL (docket 499) |
| 450:23-451:1 | form. vague |
| 469:22-470:1 | form, incomplete hypothetical |
| 470:7-10 | form, incomplete hypothetical |
| 470:14-16 | form, incomplete hypothetical |

471:1-4            form, vague, MIL (docket 499)

471:8-11           form, vague, MIL (docket 499)

477:1-4            relevance, MIL (docket 489)

480:6-8            relevance, unduly prejudicial, MIL (docket 492)

480:14-15          relevance, MIL (docket 492)

480:21-24          relevance, MIL (docket 492)

481:2-6            relevance, MIL (docket 492)

481:9-12           form, calls for speculation, relevance, MIL (docket 492)

481:14-17          relevance, unduly prejudicial, MIL (docket 492)

481:19-482:4       relevance, unduly prejudicial, MIL (docket 492)

482:8-9            form, relevance, MIL (docket 492)

483:12-14          relevance, unduly prejudicial, MIL (docket 492)

483:16-23          form, vague, relevance, MIL (docket 492)

484:1-10           relevance, unduly prejudicial, MIL (docket 492)

484:18-20          form, argumentative, MIL (docket 492)

484:24-485:1       form, calls for speculation, MIL (docket 492)

523:24-524:2       form, vague

530:3-21           form, vague, relevance, MIL (docket 492)

530:24-531:2       form, calls for speculation, MIL (docket 492)

531:10-12          form, calls for speculation, MIL (docket 492)

532:7-8            form, calls for speculation

532:2-3            form, calls for speculation

532:7-8            form, vague, calls for speculation

532:21-23          form, vague, calls for speculation,

533:2-3            form, vague

| | |
|---|---|
| 534:24-535:5 | form, misstates testimony, MIL (docket 499) |
| 535:9-10 | form, misstates testimony, relevance |
| 535:12-536:19 | relevance, MIL (docket 499) |
| 537:3-4 | relevance, MIL (docket 499) |
| 537:8-10 | relevance, unduly prejudicial, MIL (docket 499) |
| 538:17-18 | relevance, unduly prejudicial, MIL (docket 499) |
| 538:20-24 | relevance, unduly prejudicial, MIL (docket 499) |
| 539:3-18 | relevance, unduly prejudicial, MIL (docket 499) |
| 539:20-24 | relevance, unduly prejudicial, MIL (docket 499) |
| 540:2-6 | relevance, unduly prejudicial, MIL (docket 499) |
| 540:12-18 | relevance, unduly prejudicial, MIL (docket 499) |
| 540:23-541:6 | relevance, unduly prejudicial, MIL (docket 499) |
| 541:8-18 | relevance, unduly prejudicial, MIL (docket 499) |
| 542:5-542:22 | relevance, unduly prejudicial, MIL (docket 499) |
| 543:1-543:9 | relevance, unduly prejudicial, MIL (docket 499) |
| 543:11-16 | relevance, unduly prejudicial, MIL (docket 499) |
| 543:19-21 | relevance, unduly prejudicial, MIL (docket 499) |
| 545:9-12 | relevance, unduly prejudicial, MIL (docket 499) |
| 545:15 | relevance, unduly prejudicial, MIL (docket 499) |
| 545:18-546:1 | relevance, unduly prejudicial, MIL (docket 499) |
| 546:5-10 | relevance, unduly prejudicial, MIL (docket 499) |
| 546:13-20 | relevance, unduly prejudicial, MIL (docket 499) |
| 546:22-547:2 | relevance, unduly prejudicial, MIL (docket 499) |
| 548:22 | relevance |
| 549:6-7 | relevance |

| | |
|---|---|
| 549:9-11 | relevance |
| 549:13 | relevance |
| 549:16-18 | form, vague |
| 549:24-550:1 | form, vague |
| 553:23-554:2 | relevance, MIL (docket 499) |
| 554:4-554:8 | relevance, unduly prejudicial, MIL (docket 499) |
| 554:10-17 | relevance, unduly prejudicial, MIL (docket 499) |
| 554:19-23 | relevance, unduly prejudicial, MIL (docket 499) |
| 555:22-556:15 | relevance, MIL (docket 499) |
| 556:17-557:1 | relevance, unduly prejudicial, MIL (docket 499) |
| 559:15-16 | form, argumentative, relevance, unduly prejudicial, MIL (docket 499) |
| 560:23-561:2 | relevance, unduly prejudicial, MIL (docket 499) |
| 561:12-15 | relevance, unduly prejudicial, MIL (docket 499) |
| 561:24-562:6 | relevance, unduly prejudicial, MIL (docket 499) |
| 562:8-14 | relevance, unduly prejudicial, MIL (docket 499) |
| 562:16-17 | relevance, unduly prejudicial, MIL (docket 499) |
| 563:3-7 | relevance, unduly prejudicial, MIL (docket 499) |
| 563:10-15 | relevance, unduly prejudicial, MIL (docket 499) |
| 563:18-24 | form, argumentative, compound, relevance, unduly prejudicial, MIL (docket 499) |
| 563:22-24 | form, calls for speculation |
| 564:5-6 | form. vague |
| 564:14-16 | form, foundation, relevance, MIL (docket 499) |
| 564:14-565:1 | relevance, MIL (docket 499) |
| 564:23-565:4 | relevance, unduly prejudicial, MIL (docket 499) |

| | |
|---|---|
| 566:1-3 | form, vague, relevance, unduly prejudicial, MIL (docket 499) |
| 567:9-13 | form, vague, relevance, unduly prejudicial, MIL (docket 499) |
| 567:16-568:6 | form, vague, relevance, unduly prejudicial, MIL (docket 499) |
| 568:11-13 | form, vague, relevance, unduly prejudicial, MIL (docket 499) |
| 568:17-18 | form, vague, argumentative, relevance, MIL (docket 498) |
| 568:19 | form, vague, argumentative, relevance, MIL (docket 498) |
| 573:14-20 | form, vague, argumentative |
| 574:22-24 | form, vague, argumentative, assumes facts not in evidence |
| 576:14 | form, vague, calls for speculation |
| 566:1-3 | form, relevance |
| 567:9-13 | form, relevance |
| 568:11-13 | form, relevance |
| 568:17 | form, argumentative, relevance |
| 568:19-22 | form, relevance |
| 573:14-20 | form, vague, argumentative |
| 573:23-574:1 | form, incomplete hypothetical, calls for speculation |
| 574:22-24 | form, vague, argumentative, assumes facts not in evidence |
| 575:23- 57:2 | form, incomplete hypothetical, calls for speculation |
| 576:7-11 | form, incomplete hypothetical, calls for speculation |
| 576:14 | form, vague, calls for speculation |
| 585:5-8 | form, mischaracterizes testimony, MIL (docket 489) |
| 585:18-586:5 | form, argumentative, relevance, MIL (docket 492) |
| 586:2-5 | form, vague, argumentative, relevance |
| 586:9-11 | form, vague, argumentative, relevance, MIL (docket 492) |
| 586:15-18 | form, vague, argumentative, relevance, MIL (docket 492) |

| | |
|---|---|
| 587:2-3 | form, vague, argumentative, relevance, MIL (docket 492) |
| 587:14-588:6 | form, vague, argumentative, relevance, MIL (docket 492) |
| 587:5 | form, vague, argumentative, relevance |
| 587:8-12 | form, vague, argumentative, relevance |
| 588:1-5 | form, incomplete hypothetical |
| 588:21-590:1 | form, vague, argumentative, relevance, MIL (docket 492) |
| 594:19-597:1 | form, vague, argumentative, relevance, MIL (docket 492) |
| 597:4 | form, vague, argumentative, relevance, MIL (docket 492) |
| 597:22-24 | form, vague, argumentative, relevance, MIL (docket 492) |
| 599:21-24 | form, vague, argumentative, relevance, MIL (docket 492) |
| 600:5-9 | form, vague, argumentative, relevance, MIL (docket 492) |
| 601-6 | form, vague, argumentative, relevance, MIL (docket 492) |
| 601:8-602:4 | form, vague, argumentative, relevance, MIL (docket 492) |
| 602:6-602:16 | form, vague, argumentative, relevance, MIL (docket 492) |
| 603:2-5 | form, vague, argumentative, relevance, MIL (docket 492) |
| 603:9-20 | form, vague, argumentative, relevance, MIL (docket 492) |
| 603:17-20 | form, vague, argumentative, relevance, MIL (docket 492) |
| 603:23-24 | form, vague, argumentative, relevance, MIL (docket 492) |
| 605:16-17 | form, argumentative |
| 609:14-15 | form, argumentative |
| 609:2-3 | form, argumentative |
| 610:6-7 | form, vague, argumentative, relevance, MIL (docket 492) |
| 610:12-14 | form, vague, argumentative, relevance, MIL (docket 492) |
| 610:17 | form, vague, argumentative, relevance, MIL (docket 492) |
| 611:2-3 | form, vague, argumentative, relevance, MIL (docket 492) |

| | |
|---|---|
| 611:21-612:7 | form, vague, argumentative, relevance, MIL (docket 492) |
| 612:9-614:7 | form, vague, argumentative, relevance, MIL (docket 492) |
| 614:18-21 | form, vague, argumentative, relevance, MIL (docket 492) |
| 616:5-617:19 | relevance, unduly prejudicial, MIL (docket 492) |
| 617:23-618:10 | relevance, unduly prejudicial, MIL (docket 492) |
| 621:10-621:24 | relevance, unduly prejudicial, MIL (docket 499) |
| 622:5-7 | form, argumentative, relevance, MIL  (docket 492) |
| 647:18-19 | form, vague, relevance |
| 648:3-4 | form, vague, relevance |
| 547:18-19 | form, relevance |
| 648:3-4 | form, vague, relevance |
| 713:12-715:8 | relevance, unduly prejudicial, MIL (docket 499) |

These deposition counter-designations and objections are based upon the understanding that Mr. Gadis is unavailable to testify in person at trial. If such circumstance of his availability is found to be incorrect, VNA reserves the right to call Mr. Gadis to testify in person at trial and/or to object to the use of this witness' deposition testimony at trial if the witness is available for live testimony. VNA reserves the right to amend and/or supplement these deposition counter-designations and objections at any time prior to trial and based on the Court's rulings, Plaintiffs' counter-designations of deposition testimony and evidence introduced at trial. VNA states that depending on the evidence presented at trial, it may wish to introduce additional deposition testimony as evidence or in rebuttal. Therefore, it may be

necessary to supplement these deposition counter-designations and objections to include testimony not originally designated therein. By submitting these deposition counter-designations and objections, VNA does not waive any objections to the use of such testimony and/or exhibits contained in the deposition counter-designations, including (but not limited to) those made in motions *in limine*. VNA's inclusion of any testimony and/or exhibits within these deposition counter-designations and objections should not be construed as an admission that such testimony and/or exhibit is admissible if offered by Plaintiffs. VNA reserves the right to object to Plaintiffs' attempts to introduce any testimony and/or exhibit included in these deposition designations.

VNA reserves the right to offer deposition testimony counter-designations and objections made by any other party.  In addition, VNA reserves the right to offer deposition testimony of any witness that is needed to authenticate, identify or provide information about any exhibit offered at trial. Finally, to the extent that any fact witnesses or Rule 30(b)(6) corporate designees have not yet been deposed, VNA reserves the right to designate, counter-designate and object to those depositions upon completion.

Respectfully submitted,

CAMPBELL, CONROY & O'NEIL P.C.

BUSH SEYFERTH PLLC

*/s/ James M. Campbell*

James M. Campbell
Alaina M. Devine
1 Constitution Wharf, Suite 310
Boston, MA 02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
adevine@campbell-trial-lawyers.com

*/s/ Cheryl A. Bush*

Cheryl A. Bush (P37031)
100 W. Big Beaver Road, Suite 400
Troy, MI 48084
(248) 822-7800
bush@bsplaw.com

*Attorneys for Veolia North America, LLC, Veolia North America, Inc., and
Veolia Water North America Operating Services, LLC*

DATED: December 28, 2021

## CERTIFICATE OF SERVICE

I, James M. Campbell, counsel for defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC, hereby certify that the foregoing document was electronically filed with the Court on December 28, 2021 using the Court's electronic filing system (ECF), which will send notice of such filing to all counsel of record. The foregoing document is also available for viewing and/or downloading from ECF.

*/s/ James M. Campbell*

James M. Campbell