UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Order Relates To:

*Bellwether I Cases*

Case No. 17-10164

_____/

**OPINION AND ORDER DENYING AS MOOT DEFENDANTS VEOLIA NORTH AMERICA, LLC, VEOLIA NORTH AMERICA, INC., AND VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S MOTION IN LIMINE TO EXCLUDE OPINIONS OF MIRA KRISHNAN [501]**

Before the Court is one of thirteen motions *in limine* filed by Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC's (collectively "VNA") in anticipation of the first Flint Water bellwether trial. This motion seeks

to exclude the causation opinions offered by Dr. Mira Krishnan, Plaintiffs' expert psychologist.

Motions *in limine* "are meant to deal with discrete evidentiary issues related to trial." *Dunn ex. rel. Alberry v. State Farm Mut. Auto Ins. Co.*, 246 F.R.D. 266, 274-75 (E.D. Mich. 2009) (collecting cases). This motion does not do so. As VNA acknowledges,[1] Plaintiffs have repeatedly and unambiguously withdrawn Dr. Krishnan's causation testimony.

*In limine* motion practice without any relevance to evidentiary issues in controversy borders on the frivolous. There is clearly no need to litigate the admissibility of testimony that all parties agree will not be presented at trial. Accordingly, VNA's motion to exclude Dr. Krishnan's causation testimony is DENIED AS MOOT.

IT IS SO ORDERED,

Dated: January 5, 2022       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

---

[1] *See* ECF No. 501, PageID.37560 (VNA's motion) ("Throughout the discovery process, Plaintiffs have represented to the Court and VNA that they would not rely upon Dr. Krishnan's causation opinions.")

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 5, 2022.

            s/William Barkholz
            WILLIAM BARKHOLZ
            Case Manager