# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEL-MKM<br>Hon. Judith E. Levy |
| This Document Relates To:<br>*Gaddy et al. v. Flint et al.*<br>*Meeks et al. v. Flint et al.* | Case No. 5:17-cv-11166-JEL-MKM<br>Case No. 5:17-cv-11165-JEL-MKM |

_____

### STIPULATION REGARDING PAGE LIMITS FOR THE VNA DEFENDANTS' REPLY BRIEF IN SUPPORT OF ITS MOTION TO EXCLUDE IMPROPER JURY ARGUMENT

Defendants, Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants"), and Co-Liaison Counsel for Plaintiffs stipulate and agree to extend the page limit for the VNA Defendants' Reply in Support of its Motion to Exclude Improper Jury Argument to 15 pages.

Pursuant to ECF Rule 12(c), the VNA Defendants and Co-Liaison Counsel for Plaintiffs request that a text-only order be entered granting this page limit extension.

Dated: January 11, 2022

              Respectfully submitted,

              **LEVY KONIGSBERG, LLP**

              By: /s/ Corey M. Stern
              Corey M. Stern, Esq.
              800 Third Avenue
              Suite 11th Floor
              New York, NY 10022
              (212) 605-6200
              cstern@levylaw.com

              *Co-Liaison Counsel for Individual Plaintiffs*

| **CAMPBELL, CONROY & O'NEIL P.C.** | **BUSH SEYFERTH PLLC** |
|---|---|
| By: /s/ James M. Campbell | By: /s/ Cheryl A. Bush |
| James M. Campbell | Cheryl A. Bush (P37031) |
| Alaina N. Devine | 100 W. Big Beaver Road, Suite 400 |
| One Constitution Wharf, Suite 310 | Troy, MI 48084 |
| Boston, MA 02129 | (248) 822-7800 |
| (617) 241-3000 | bush@bsplaw.com |
| jmcampbell@campbell-triallawyers.com | |
| adevine@campbell-trial-lawyers.com | |
| | *Attorneys for Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC* |


## CERTIFICATE OF SERVICE

I, Kristin M. Dupre, one of the counsel of record for the VNA Defendants, certify that I served the within Stipulation on January 11, 2022, by causing it to be e filed through the Court's CM/ECF electronic filing system which will automatically deliver electronic copies of it to counsel of record for all parties to have appeared in In re Flint Water Cases.

*/s/ Kristin M. Dupre*
Kristin M. Dupre
kdupre@campbell-trial-lawyers.com