UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*Walters v. City of Flint* et al.,

No. 5:17-cv-10164

Hon. Judith E. Levy

Mag. Elizabeth A. Stafford

_____

**STIPULATION REGARDING OMNIBUS REPLY BRIEFS IN FURTHER SUPPORT OF TWO OF PLAINTIFFS' MOTIONS *IN LIMINE***

Counsel for the Bellwether Plaintiffs ("Plaintiffs") and Defendants, Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants"), and Lockwood, Andrews & Newnam, P.C., Lockwood, Andrews & Newnam, Inc., and Leo A. Daly Company (the "LAN Defendants") stipulate and agree that:

- Plaintiffs may submit a single, omnibus reply brief (replying to the VNA Defendants' and LAN Defendants' separate responses) in support of their Motion *In Limine* to Preclude Investigative Reports Including But Not Limited to the Flint Water Advisory Task Force Report and the USEPA's Office of Inspector General Reports, not to exceed 14 pages.

- Plaintiffs may submit a single, omnibus reply brief (replying to the VNA Defendants' and LAN Defendants' separate responses) in support of their Motion *In Limine* to Preclude Evidence, Testimony, or Reference to Convictions, Indictments, or Charges of City of Flint and/or State of Michigan Officials or Employees, not to exceed 14 pages.

1

Pursuant to ECF Rule 12(c), Plaintiffs and the VNA Defendants and LAN Defendants request that a text-only order be entered granting this page-limit extension.

Dated:       January 11, 2022

**LEVY KONIGSBERG LLP**

By: /s/ Corey M. Stern
Corey M. Stern
Renner K. Walker
605 Third Ave., 33rd Fl.
New York, NY 10158
(212) 605-6200
cstern@levylaw.com
rwalker@levylaw.com

*Counsel for the Bellwether Plaintiffs*

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ Wayne B. Mason
Wayne B. Mason
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500
wayne.mason@faegredrinker.com

**PLUNKETT COONEY**

By: /s/ Philip A. Erickson
Philip A. Erickson
101 N. Washington Square
Lansing, MI 48933
(517) 333-6598
perickson@plunkettcooney.com

*Attorneys for Lockwood, Andrews & Newnam, P.C., Lockwood, Andrews & Newnam, Inc., and Leo A. Daly Company*

3

| | |
|---|---|
| **CAMPBELL, CONROY & O'NEIL P.C.** | **BUSH SEYFERTH PLLC** |
| By: /s/ James M. Campbell<br>James M. Campbell<br>Alaina N. Devine<br>1 Constitution Wharf<br>Boston, Massachusetts 02129<br>(617) 241-3000<br>jmcampbell@campbell-triallawyers.com<br>adevine@campbell-triallawyers.com | By: /s/ Cheryl A. Bush<br>Chery A. Bush<br>Michael R. Williams<br>100 W. Big Beaver Road, Suite 400<br>Troy, MI 48084<br>(248) 822-7800<br>bush@bsplaw.com<br>williams@bsplaw.com<br><br>*Attorneys for Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC* |

4

## CERTIFICATE OF SERVICE

I, Renner K. Walker, hereby certify that on January 11, 2022, the foregoing stipulation was served on all counsel of record via the Court's ECF filing system.

/s/ Renner K. Walker
Renner K. Walker

4