# Exhibit A

| Name | Expert/Fact | Deposition Date(s) | Live/Depo | Will/May |
|------|-------------|--------------------|-----------|----------|
| Bithoney, William | Expert | 11/05/20; 11/17/20 | Live | Will |
| Crakes, Gary | Expert | 11/16/20 | Live | Will |
| Graziano, Joseph | Expert | 10/29/2020; 10/30/20 | Live | Will |
| Hoaglund, John | Expert | 10/8/20 | Live | Will |
| Humann, Richard | Expert | 10/22/20; 11/10/20 | Live | Will |
| Krishnan, Mira | Expert | 10/5/2020; 10/06/20 | Live | Will |
| Michaels, Robert | Expert | 11/12/20;/ 11/13/20 | Live | Will |
| Specht, Aaron | Expert | 10/15/2020; 10/16/20 | Live | Will |
| Benes, Edward G. | Fact | 1/10/18 | Live or Depo | Will |
| Chen, Thepin | Fact | 11/25/19; 11/26/19 | Live or Depo | Will |
| Del Toral, Miguel | Fact | 06/11/20; 06/12/20 | Depo | Will |
| Gadis, David | Fact | 01/30/20;01/31/20; 09/10/20 | Depo | Will |
| Gnagy, Marvin | Fact | 12/12/2019; 12/13/19 | Live or Depo | Will |
| Green, Warren | Fact | 06/25/20; 06/26/20; 06/29/20; 07/14/20; 03/23/21; 03/24/21 | Live or Depo | Will |
| Lawrence, Charles | Fact | 7/16/20 | Live or Depo | Will |
| Nicholas, Rob | Fact | 12/09/19; 12/11/19; 09/23/20; 10/16/20 | Live or Depo | Will |
| Schock, Michael | Fact | 05/05/20; 05/06/20 | Depo | Will |
| Matta, Samir | Fact | 7/21/2020; 07/22/20 | Live | May |
| Hansen, Jeffrey | Fact | 08/19/20; 08/20/20 | Live | May |
| Fahey, William | Fact | 12/03/19; 12/04/19;10/05/20; 10/08/20; 10/27/20 | Live or Depo | May |
| Kurtz, Ed | Fact | 11/21/2019; 05/04/20 | Live | May |
| Wright, Brent | Fact | 12/03/19; 12/04/19 | Live | May |
| Johnson, Daugherty | Fact | 12/17/19; 12/18/19 | Live | May |
| Bincsik, Rob | Fact | 12/19/19; 12/20/19 | Live | May |
| Jones, Derrick | Fact | 2/6/20 | Live | May |
| Walling, Dayne | Fact | 02/20/20; 20/21/20; 05/01/20 | Live | May |
| Glasgow, Michael | Fact | 02/24/20; 02/25/20; 02/26/20 | Live | May |
| Pavwoski, Mark | Fact | 2/27/20 | Live | May |
| Croft, Howard | Fact | 05/28/20; 05/29/20; 09/01/20 | Live | May |
| Ambrose, Gerald | Fact | 06/10/20; 06/11/20 | Live | May |
| Earley, Darnell | Fact | 07/30/20; 07/31/20 | Live | May |
| Murphy, Elizabeth | Fact | 5/5/21 | Live | May |
| Brown, Mike | Fact | 7/30/21 | Live | May |
| Wright, Jeff | Fact | 6/9/20 | Live | May |
| Muchmore, Dennis | Fact | 6/8/2020; 06/09/20 | Live | May |
| Snyder, Richard | Fact | 06/25/20; 06/26/20 | Live | May |
| Hollins, Harvey | Fact | 07/02/20; 07/03/20 | Live | May |
| Baird, Richard | Fact | 07/21/20; 07/22/20 | Live | May |
| Prysby, Michael | Fact | 06/16/20;06/17/20; 06/18/20 | Live | May |
| Smith, Liane | Fact | 06/18/20; 06/19/20 | Live | May |
| Cook, Pat | Fact | 06/30/20; 07/01/20 | Live | May |
| Busch, Stephen | Fact | 01/9/20;01/10/20; 07/28/20 | Live | May |
| Dillon, Andy | Fact | 07/07/20; 07/08/20 | Live | May |
| Records Custodians | Fact | | Live or Depo | May |
| Teed, Apricott | Fact | 1/14/20 | Live | Will |
| White, Dietrich | Fact | TBD | Live | May |
| Vanderhagen, Michelle | Fact | 2/12/20 | Live | Will |
| Vanderhagen, Philip | Fact | 2/7/22 | Live | Will |
| Vanderhagen, Sherry | Fact | 2/2/2022: 2/03/2022; 2/08/2022 | Live | Will |
| Wheeler, Danielle | Fact | 1/14/20 | Live | Will |
| Kelly, Melinda | Fact | 2/10/22 | Live | Will |
| Martin, Dayquichiesa | Fact | 2/20/20 | Live | Will |
| Jackson, Janaze | Fact | 2/4/22 | Live | Will |