# Exhibit B

| NAME | EXPERT/FACT | LIVE/DEPO | WILL/MAY |
|---|---|---|---|
| Gnagy, Marvin | Fact | Live | Will |
| Chen, Theping | Fact | Live | Will |
| Nicholas, Rob | Fact | Live | Will |
| Fahey, Bill | Fact | Live | Will |
| Clarke, Brian | Fact | Live | Will |
| Nasuta, Joe | Fact | Live | Will |
| Teed, Apricott | Fact | Live | Will |
| Vanderhagen, Michelle | Fact | Live | Will |
| Martin, Dayquichiesa | Fact | Live | Will |
| Wheeler, Danielle | Fact | Live | Will |
| Cichowitz, Michelle | Fact | Live | Will |
| Kurtz, Ed | Fact | Live | Will |
| Wright, Brent | Fact | Live | Will |
| Johnson, Daugherty | Fact | Live | Will |
| Bincsik, Rob | Fact | Live | Will |
| Jones, Derrick | Fact | Live | Will |
| Walling, Dayne | Fact | Live | Will |
| Glasgow, Michael | Fact | Live | Will |
| Pavwoski, Mark | Fact | Live | Will |
| Croft, Howard | Fact | Live | Will |

| Ambrose, Gerald | Fact | Live | Will |
| Earley, Darnell | Fact | Live | Will |
| Murphy, Elizabeth | Fact | Live | Will |
| Brown, Mike | Fact | Live | Will |
| Wright, Jeff | Fact | Live | Will |
| Brader, Valerie | Fact | Live | Will |
| Muchmore, Dennis | Fact | Live | Will |
| Snyder, Richard | Fact | Live | Will |
| Hollins, Harvey | Fact | Live | Will |
| Baird, Richard | Fact | Live | Will |
| Calley, Brian | Fact | Live | Will |
| Wurfel, Sara | Fact | Live | Will |
| Murray, David | Fact | Live | Will |
| Rosenthal, Adam | Fact | Live | Will |
| Creagh, Keith | Fact | Live | Will |
| Wurfel, Brad | Fact | Live | Will |
| Prysby, Michael | Fact | Live | Will |
| Shekter Smith, Liane | Fact | Live | Will |
| Cook, Patrick | Fact | Live | Will |
| Wyant, Daniel | Fact | Live | Will |

| | | | |
|---|---|---|---|
| Creal, William | Fact | Live | Will |
| Busch, Stephen | Fact | Live | Will |
| Oswald, Eric | 30(b)(6) | Live | Will |
| Zacharda, Nicole | Fact | Live | Will |
| Feighner, Bryce | Fact | Live | Will |
| Benzie, Richard | Fact | Live | Will |
| Larder, Cristin | Fact | Live | Will |
| McKane, Patricia | Fact | Live | Will |
| Dykema, Linda | Fact | Live | Will |
| Lishinski, Karen | Fact | Live | Will |
| Groetsch, Kory | 30(b)(6) | Live | Will |
| Rose, Joan | Fact | Live | Will |
| Gomez, Dr. Hernan | Fact | Live | Will |
| Matta, Samir | Fact | Live | Will |
| Hansen, Jeff | Fact | Live | Will |
| Lane, Mike | Fact | Live | Will |
| Freeman, Rick | Fact | Live | Will |
| Cline, Eric | Fact | Live | Will |
| Stanton, Terry | Fact | Live | Will |
| Clinton, R. Kevin | Fact | Live | Will |
| Koryzno, Edward | Fact | Live | Will |

3

| Dillon, Andy | Fact | Live | Will |
|---|---|---|---|
| Saxton, Thomas | Fact | Live | Will |
| Frick, Heather | 30(b)(6) | Live | Will |
| Headen, Fred | Fact | Live | Will |
| Poy, Thomas | 30(b)(6) | Live/Depo | Will |
| Walker, Khadija | 30(b)(6) | Live/Depo | Will |
| Kaplan, Robert | 30(b)(6) | Live/Depo | Will |
| Miller, Corinne | Fact | Live/Depo | Will |
| Bair, Rita | Fact | Live/Depo | Will |
| Crooks, Jennifer | Fact | Live/Depo | Will |
| Del Toral, Miguel | Fact | Live/Depo | Will |
| Edwards, Marc | Fact | Live/Depo | Will |
| Gadis, David | Fact | Depo | Will |
| Green, Warren | Fact | Live/Depo | Will |
| Hedman, Susan | Fact | Live/Depo | Will |
| Hyde, Tinka | Fact | Live/Depo | Will |
| Lytle, Darren | Fact | Live/Depo | Will |
| Porter, Andrea | Fact | Live/Depo | Will |
| Poy, Thomas | Fact | Live/Depo | Will |
| Redding, James | Fact | Live/Depo | Will |
| Schock, Michael | Fact | Depo | Will |
| Workman, Wayne | Fact | Live/Depo | Will |
| Wright, J. Michael | Fact | Live/Depo | Will |
| Friedman, Lawrence | Expert | Live | Will |

| | | | |
|---|---|---|---|
| Bellamy, Bill | Expert | Live | Will |
| Benson, Stacey | Expert | Live | Will |
| Cohen, Malcolm | Expert | Live | Will |
| Duquette, David | Expert | Live | Will |
| Finley, Brent | Expert | Live | Will |
| Gagnon, Graham | Expert | Live | Will |
| Gaitanis, John | Expert | Live | Will |
| Hubbs, Steve | Expert | Live | Will |
| McCaffrey, Robert | Expert | Live | Will |
| Putnam, Steve | Expert | Live | Will |
| Rosen, Jamey | Expert | Live | Will |
| Segreve, Nancy | Expert | Live | Will |
| Thompson, David | Expert | Live | Will |
| Weed, Doug | Expert | Live | Will |
| Sullivan, Laura | Fact | Live | May |
| O'Brien, Jim | Fact | Live | May |
| McCormick, Sue | Fact | Live | May |
| Peeler, Nancy | Fact | Live | May |
| Scott, Robert | Fact | Live | May |
| Lyon, Nick | Fact | Live | May |
| Wells, Eden | Fact | Live | May |
| Lorenz, Jason | Fact | Live | May |
| Walters, LeeAnne | Fact | Live | May |
| Mays, Melissa | Fact | Live | May |
| Jensen, David | Fact | Live | May |
| Bowcock, Robert | Fact | Live | May |
| Moran, Sue | Fact | Live | May |
| O'Malia, John | Fact | Live | May |
| Henderson, Natasha | Fact | Live | May |
| Carolyn, Robert | Fact | Live | May |
| Bohm, Susan | Fact | Live | May |
| Karmo, George | Fact | Live | May |
| Qaquish, Awena | Fact | Live | May |
| Agen, Jared | Fact | Live | May |
| Posthumus, Dick | Fact | Live | May |
| Henry, James | Fact | Live | May |
| Valacak, Mark | Fact | Live | May |
| Keeper of Records Witnesses | KOR | Live | May |