# EXHIBIT C – LAN/LAD PROPOSED WITNESS LIST

| WITNESS | TYPE OF WITNESS | MAY/WILL CALL (Live or By Deposition) |
|---|---|---|
| Danielle Wheeler | Plaintiff | Will (live) |
| Apricott Teed | Plaintiff | Will (live) |
| Dayquichiesa Martin | Plaintiff | Will (live) |
| Michelle Vanderhagen | Plaintiff | Will (live) |
| Warren Green | Fact | Will (live) |
| Jeff Hansen | Fact | May (live) |
| Samir Matta | Fact | May (live) |
| Jeremy Nakashima | Fact | May (live) |
| Charles Lawrence | Fact | May (live) |
| Eric Brown | Fact | May (live) |
| Steve Luoma | Fact | May (live) |
| Ed Benes | Fact/Corporate Designee | May (live) |
| Jay Brader | Corporate Designee | May (live) |
| Desmond Lawler | Expert | Will (live) |
| Brian Ramaley | Expert | Will (live) |
| Howard Croft | Fact | Will (live) |
| Gerald Ambrose | Fact | Will (live) |
| Rob Bincsik | Fact | Will (live) |
| Daugherty Johnson | Fact | Will (live) |
| Michael Glasgow | Fact | Will (live) |
| Mark Pavwoski | Fact | Will (live) |
| Dayne Walling | Fact | Will (live) |
| Brent Wright | Fact | Will (live) |
| Darnell Earley | Fact | Will (live) |
| Ed Kurtz | Fact | Will (live) |
| Mike Brown | Fact | Will (live) |
| Elizabeth Murphy | Fact | Will (live) |
| Derrick Jones | Fact | Will (live) |
| Richard Baird | Fact | Will (live) |
| Valerie Brader | Fact | Will (live) |
| Harvey Hollins | Fact | Will (live) |
| Dennis Muchmore | Fact | Will (live) |
| David Murray | Fact | Will (live) |
| Rick Snyder | Fact | Will (live) |
| Sara Wurfel | Fact | Will (live) |
| Brian Calley | Fact | Will (live) |
| Steve Busch | Fact | Will (live) |

| | | |
|---|---|---|
| Pat Cook | Fact | Will (live) |
| Keith Creagh | Fact | Will (live) |
| Eric Oswald (30(b)(6)) | Fact/Corporate Designee | Will (live) |
| Michael Prysby | Fact | Will (live) |
| Adam Rosenthal | Fact | Will (live) |
| Liane Shekter-Smith | Fact | Will (live) |
| Brad Wurfel | Fact | Will (live) |
| Dan Wyant | Fact | Will (live) |
| William Creal | Fact | Will (live) |
| Bryce Feighner | Fact | Will (live) |
| Richard Benzie | Fact | Will (live) |
| Nicole Zacharda | Fact | Will (live) |
| Cristin Larder | Fact | Will (live) |
| Patricia McKane | Fact | Will (live) |
| Corrine Miller | Fact | Will (live or by deposition) |
| Linda Dykema | Fact | Will (live) |
| Karen Lishinski | Fact | Will (live) |
| Cory Groetsch (30(b)(6)) | Fact/Corporate Designee | Will (live) |
| Andrew Dillon | Fact | Will (live) |
| Eric Cline | Fact | Will (live) |
| Terry Stanton | Fact | Will (live) |
| R Kevin Clinton | Fact | Will (live) |
| Ed Koryzno | Fact | Will (live) |
| Heather Frick (30(b)(6)) | Fact/Corporate Designee | Will (live) |
| Wayne Workman | Fact | Will (by deposition) |
| Tom Saxton | Fact | Will (live) |
| Fred Headen | Fact | Will (live) |
| Jennifer Crooks | Fact | Will (by deposition) |
| Miguel Del Toral | Fact | Will (by deposition) |
| Susan Hedman | Fact | Will (by deposition) |
| Tinka Hyde | Fact | Will (by deposition) |
| Tom Poy, Individually and 30(b)(6) | Fact/Corporate Designee | Will (live or by deposition) |
| Michael Schock | Fact | Will (by deposition) |
| Michael Wright | Fact | Will (by deposition) |
| Darren Lytle | Fact | Will (by deposition) |
| Andrea Porter | Fact | Will (by deposition) |
| Rita Bair | Fact | Will (by deposition) |
| Jim Redding | Fact | Will (by deposition) |
| Rick Freeman | Fact | Will (live) |
| Jeffrey Wright | Fact | Will (live) |
| James Henry | Fact | May (live) |
| Dr. Marc Edwards | Fact/Expert | Will (live or by deposition) |

| | | |
|---|---|---|
| Dr. Hernan Gomez | Fact | Will (live) |
| Joan Rose | Fact | Will (live) |
| Mike Lane (UM-Flint) | Fact | Will (live) |
| Dr. Mona Hanna-Attisha | Fact | May (live) |
| Laura Sullivan | Fact | May (live) |
| Jim O'Brien | Fact | May (live) |
| Sue McCormick | Fact | May (live) |
| Nancy Peeler | Fact | May (live) |
| Robert Scott | Fact | May (live) |
| Nick Lyon | Fact | May (live) |
| Eden Wells | Fact | May (live) |
| Jason Lorenz | Fact | May (live) |
| LeeAnn Walters | Fact | May (live) |
| Melissa Mays | Fact | May (live) |
| David Jensen | Fact | May (live) |
| Robert Bowcock | Fact | May (live) |
| Sue Moran | Fact | May (live) |
| John O'Malia | Fact | May (live) |
| Natasha Henderson | Fact | May (live) |
| Robert Carolyn | Fact | May (live) |
| Susan Bohm | Fact | May (live) |
| George Karmo | Fact | May (live) |
| Awena Oaquish | Fact | May (live) |
| Jared Agen | Fact | May (live) |
| Dick Posthumus | Fact | May (live) |
| Mark Valacak | Fact | May (live) |
| Custodian's of Records for:<br>• Boston University<br>• City of Flint<br>• EGLE<br>• GC Health Dept<br>• GLWA<br>• Governor's Office<br>• Harvard University<br>• Kettering University<br>• KWA<br>• Lockwood, Andrews & Newnam, Inc., P.C.<br>• MDHHS<br>• Michigan Dept of Treasury<br>• Michigan Attorney General's Office<br>• Michigan Radio | Fact | May (live) |

| | | |
|---|---|---|
| - Purdue University<br>- Rowe Professional Engineering<br>- State of Michigan<br>- Thermo Fisher Scientific<br>- Virginia Tech<br>- USEPA<br>- Michigan State Police<br>- Michigan OSHA | | |