# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Sherrod, Teed, Vanderhagen and Ware, | Case No. 5:17-cv-10164-JEL-KGA |
| Plaintiffs, | Hon. Judith E. Levy |
| v. | Flint Water Cases Bellwether I |
| VNA and LAN, | |
| Defendants. | |
| _____ / | |

## ORDER TO FILE TRANSCRIPT ON THE DOCKET

Before the Court is Plaintiffs' motion for partial reconsideration (ECF No. 668) of the Court's recent summary judgment decision (ECF No. 662.) On February 11, 2022, the Court asked the parties to submit the full deposition transcript of Mike Glasgow for in camera review, and Plaintiffs did so.

Now, the Court orders that Counsel for Plaintiffs file the complete transcript on the docket in Case No. 17-10164 no later than **Wednesday, February 16, 2022 at 12:00 p.m.** Counsel for Plaintiffs are responsible for compliance with Federal Rule of Civil Procedure 5.2 and the Eastern

District of Michigan Local Rules and Electronic Filing Policies and Procedures regarding redactions for privacy protection.

**IT IS SO ORDERED.**

Dated: February 14, 2022       s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 14, 2022.

                                   s/William Barkholz
                                   WILLIAM BARKHOLZ
                                   Case Manager