

SOM

# New Solicitor General Hammoud to Lead Flint Criminal Cases

Contact: Kelly Rossman-McKinney 517-373-8060

January 15, 2019

**LANSING –** Fadwa A. Hammoud, a career prosecutor who was announced earlier today as Michigan's new Solicitor General, will take the lead on the criminal cases related to the Flint water crisis. The cases include those against former Flint emergency managers Darnell Earley and Gerald Ambrose as well as Nick Lyon, the former director of the Michigan Department of Health and Human Services and Dr. Eden Wells, Michigan's former chief medical executive and now "advisory physician." Todd Flood, who was appointed three years ago by then-Attorney General Bill Schuette as "special prosecutor," will report to Ms. Hammoud.

"The former Attorney General chose to personally select and supervise Mr. Flood and the criminal cases, which prevented him from being engaged or even informed on any of the civil cases related to Flint, including the lawsuits against various state departments and employees and the city of Flint" said Attorney General Dana Nessel. "These cases have gone on for years and have cost the taxpayers of this state millions of dollars. It's time for resolution and justice for the people of Flint."

Nessel appointed Hammoud as Solicitor General yesterday and immediately assigned her to lead the Flint criminal cases.

"We don't prescribe to the idea of prosecution for profit in this office," said Nessel. "I have worked closely with Ms. Hammoud as a prosecutor and trust her to make the right decisions and take the proper steps to ensure justice for the people of Flint. This department has spent millions of dollars on these cases and our state residents deserve assurance that these cases are handled properly."

Nessel's appointment of Hammoud as Solicitor General received high praise from Wayne County Prosecutor Kym L. Worthy, Michigan Court of Appeals Judge Thomas Cameron, and Wayne County Circuit Court Chief Judge Timothy Kenny.

> "Attorney General Nessel's appointment of Fadwa Hammoud to serve as Michigan's next Solicitor General is a brilliant choice. She is a visionary with an excellent work ethic. This is bittersweet for the Wayne County Prosecutor's Office and me personally. Fadwa has

Case 5:17-cv-10164-JEL-KGA ECF No. 715-5, PageID.45904 Filed 03/07/22 Page 2 of 6

served all Wayne County residents with integrity, distinction, and honor. We are sad to see her leave Wayne County service, but the citizens of the entire State will be the beneficiary of her fairness and impressive reputation." *Wayne County Prosecutor Kym L. Worthy*

"While I served as a Wayne County judge, Fadwa earned the reputation of being a smart, strong, and passionate trial attorney who fought for victims' rights and as someone who could be counted on to follow the law. Fadwa's background, experience and intellect are a great fit for this new role, and I'm confident that the State of Michigan will be well-served with her as its Solicitor General." *Michigan Court of Appeals Judge Thomas Cameron*

"Fadwa Hammoud's years of dedicated public service to the Wayne County Prosecutor's Office and the Dearborn School Board demonstrate her concern for improving the lives of the citizens of the State of Michigan. She is a passionate advocate for our citizens." *Wayne County Circuit Court Chief Judge Timothy Kenny*

###

## RELATED CONTENT

Canadian commercial toll rate adjustment at International Bridge starts Oct. 1 

Michigan AG Nessel Establishes Wrongful Imprisonment Compensation Board

AG Nessel Joins Bipartisan Coalition of 21 Attorneys General Urging Congress to Pass Marijuana Banking Bill

I-69 BL (Saginaw Highway)/Marsh Road intersection improvements continue in Meridian Township

Share your thoughts with the DNR at upcoming meetings

Looking for licensed mosquito spraying companies in Michigan? MDARD has a list available online

MDHHS reports one new human case of mosquito-borne EEE in Southwest Michigan and new counties with affected animals; Eastern Equine Encephalitis remains an ongoing threat in Southwest Michigan

MDARD Reminds Industrial Hemp Growers to Test Before Harvest

Viant open house, public hearing scheduled to discuss draft consent agreement

CUSTOMER ADVISORY: All Secretary of State offices will be closed if the state government shuts down



- M-33 resurfacing in Montmorency County starts Sept. 30
- MDHHS continuing investigation of hepatitis A outbreak that has resulted in 920 cases in Michigan, including 30 deaths
- Third Defendant Sentenced in Coldwater Child Sex Abuse Conspiracy Ring
- Secretary Benson announces modernized voter registration on National Voter Registration Day
- Homegrown Educator Finds Success as Region 4 Teacher of the Year in Latest #proudMIeducator Video
- MIOSHA offers $250,000 in grants to keep workers safe
- Animal Welfare Fund Grant Applications Being Accepted for Local Animal Shelters
- Michigan PFAS Action Response Team to meet on drinking water standards, increased citizen participation
- Michigan Operation Lifesaver puts focus on saving lives for Rail Safety Week
- News Digest - Week of Sept. 23, 2019: UP waterfowl opener, state parks Twitter chat, 360 video trail ride

**Foreign Languages**
**Disability Resources**

**MICHIGAN.GOV HOME**
**ADA**
**MICHIGAN NEWS**
**POLICIES**

**COPYRIGHT 2019 STATE OF MICHIGAN**

9/10/2019 Flint Water Prosecution Team Expands Investigation Based on New Evidence, Dismisses Cases Brought by Former Special Counsel

Case 5:17-cv-10164-JEL-KGA ECF No. 715-5, PageID.45906 Filed 03/07/22 Page 4 of 6

26
Receive Updates Enter Email Address  Go



# Flint Water Prosecution Team Expands Investigation Based on New Evidence, Dismisses Cases Brought by Former Special Counsel

Michigan Attorney General sent this bulletin at 06/13/2019 01:40 PM EDT



**Media Contact:**
Courtney Covington
(o) 517-335-7666 (c) 517-290-1560

**FOR IMMEDIATE RELEASE**
Thursday, June 13, 2019

**Flint Water Prosecution Team Expands Investigation Based on New Evidence, Dismisses Cases Brought by Former Special Counsel**

The Department of Attorney General (AG) through the Flint Water Crisis prosecution team has dismissed *without prejudice* all pending criminal cases brought by the former Office of Special Counsel (OSC) in order to conduct a full and complete investigation. The OSC was appointed by former Attorney General Bill Schuette. The affected cases are listed below.

There will be no response to any media inquiries until after Solicitor General Fadwa Hammoud and Wayne County Prosecutor Kym L. Worthy have had an opportunity to speak directly to the people of Flint. A community conversation in Flint has been scheduled for Friday, June 28. Further details will be announced in the coming days.

Solicitor General Fadwa Hammoud and Wayne County Prosecutor Kym L. Worthy issued the following statement:

"Legitimate criminal prosecutions require complete investigations. Upon assuming responsibility of this case, our team of career prosecutors and investigators had immediate and grave concerns about the investigative approach and legal theories embraced by the OSC, particularly regarding the pursuit of evidence. After a complete evaluation, our concerns were validated. Contrary to accepted standards of criminal investigation and prosecution, all available evidence was not pursued. Instead, the OSC entered into agreements that gave private law firms—representing Michigan Department of Health and Human Services, Michigan Department of Environmental Quality, the Department of Treasury, and the Executive Office of former Governor Rick Snyder—a role in deciding what information would be turned over to law enforcement.

"From the outset, our team seriously considered dismissal of all pending cases initiated by the OSC. However, we believed the people of Flint deserved expeditious action, despite the shortcomings of the OSC, and we worked to salvage whatever progress had been made. We were also mindful of the massive expenditure of public resources up to that point and sought to use taxpayer money as efficiently as possible. Nonetheless, we cannot provide the

citizens of Flint the investigation they rightly deserve by continuing to build on a flawed foundation. Dismissing these cases allows us to move forward according to the non-negotiable requirements of a thorough, methodical and ethical investigation.

"Our career prosecutors and investigators have worked around the clock to conduct the kind of criminal investigation to which all citizens are entitled, regardless of their zip code. That begins with a commitment to obtain and review all evidence. By executing a series of search warrants, our investigators aggressively pursued an extraordinary amount of potential evidence not previously examined by law enforcement. This week, we completed the transfer into our possession millions of documents and hundreds of new electronic devices, significantly expanding the scope of our investigation. Our team's efforts have produced the most comprehensive body of evidence to date related to the Flint Water Crisis. We are now in the best possible position to find the answers the citizens of Flint deserve and hold all responsible parties accountable.

"Our team has already identified additional individuals of interest and new information relevant to the Flint Water Crisis. These investigative leads will be aggressively pursued. Additionally, we will evaluate criminal culpability for all Legionnaires deaths that occurred after the switch to the Flint River, which was never done by the OSC.

**"It is important to note that this voluntary dismissal by our team is not a determination of any defendant's criminal responsibility. We are not precluded from refiling charges against the defendants listed below or adding new charges and additional defendants.**

"We understand this decision will not bring immediate remedy or relief to the citizens of Flint, who remain victims of one of the worst man-made environmental disasters in United States history. However, we recognize the only acceptable remedy is the vigorous pursuit of justice, which demands an uncompromising investigation of the Flint Water Crisis and professional prosecution of all those criminally culpable. Accordingly, our team will move forward unrestrained by political motivations, prior tactics, or opportunities for financial gain."

--

People v. Gerald Ambrose, 18-042559-FH

People v. Patrick Cook, 16TC1685

People v. Howard Croft, 16TC2850

People v. Darnell Earley, 16TB2850

People v. Nicolas Lyon, 18-043836-FH

People v. Nancy Peeler, 16TD1685

People v. Robert Scott, 16TE1685

People v. Eden Wells, 18-044241-FH

###

---



Questions?
[Contact Us](#)

STAY CONNECTED:

   



SUBSCRIBER SERVICES:
Manage Preferences | Help

Powered by



[Privacy Policy](...) | [Cookie Statement](...) | [Help](...)