| STATE OF MICHIGAN<br>7th JUDICIAL CIRCUIT | GRAND JURY FELONY INDICTMENT | CASE NO:<br>20-113791-PZ |
|---|---|---|

The People of the State of Michigan

vs

**DEF: DARNELL EARLEY**

**DOB:** 11/01/1951
**SEX/RACE:** M/B

**Offense Information**
**Police Agency / Report No.**

**Date of Offense** 10/1/2013-03/20/2014

**Place of Offense** Flint, MI

**Complaining Witness**
GRAND JURY

## GRAND JURY INDICTMENT

THE GRAND JURY OF THE COUNTY OF GENESEE PRESENTS THAT:

On or about the above date in County of GENESEE, State of MICHIGAN, the above named defendant:

**COUNT1:** MISCONDUCT IN OFFICE

Did commit misconduct in office, an indictable offense at common law, during his tenure as state-appointed Emergency Manager by allowing the City of Flint to incur debt in violation of the Home Rule City Act; contrary to MCL 750.505C. [750.505-C]

**FELONY:** 5 years and/or $10,000.00

DATE: 3/16/20

I hereby certify that the foregoing indictment is a TRUE BILL.

_____
Grand Juror


ORIGINAL