STATE OF MICHIGAN
CIRCUIT COURT FOR THE 7TH JUDICIAL CIRCUIT
GENESEE COUNTY

## GRAND JURY FELONY INDICTMENT

PEOPLE OF THE STATE OF MICHIGAN,

v

**DEF**: GERALD AMBROSE

**DOB**: 02/22/1944
**SEX/RACE**: M/W

CONFIDENTIAL/Non-Public
File No. 2020-113791-PZ

**Offense Information**
Police Agency/Report No.

**Date of Offense**: 01/01/2013-4/30/2015

**Place of Offense**: Flint, MI

**Complaining Witness**: GRAND JURY

### INDICTMENT

THE GRAND JURY OF THE COUNTY OF GENESEE PRESENTS THAT:

On or about the above date in County of GENESEE, State of MICHIGAN, the above-named defendant:

**COUNT 1: MISCONDUCT IN OFFICE**

Did commit misconduct in office, an indictable offense at common law, during his tenure as the state-appointed Emergency Manager from January 2015 to April 2015 by rejecting opportunities to switch the City of Flint's drinking water source back to Detroit Water and Sewerage Department, when he had knowledge of ongoing quality issues and health risks associated with Flint's drinking water as well as local opposition to continued use of the Flint River; contrary to MCL 750.505C. [750.505-C]

**FELONY:** 5 years and/or $10,000.00

**COUNT 2: MISCONDUCT IN OFFICE**

1



Did commit misconduct in office, an indictable offense at common law, during his tenure as the state-appointed Emergency Manager by directing a private consulting company hired by the City of Flint in early 2015 to address water quality and safety concerns to not evaluate or consider switching back to DWSD supplied water when he had knowledge of ongoing quality issues and health risks associated with Flint's drinking water as well as local opposition to continued use of the Flint River; contrary to MCL 750.505C. [750.505-C]

**FELONY:** 5 years and/or $10,000.00

### COUNT 3: MISCONDUCT IN OFFICE

Did commit misconduct in office, an indictable offense at common law, during his tenure as the state-appointed Emergency Manager by, immediately prior to his resignation as Emergency Manager in April 2015, when he had knowledge of continuing quality issues and health risks associated with Flint's drinking water as well as local opposition to continued use of the Flint River, committing the City of Flint to a $7 million emergency loan to address its ongoing deficit that impeded Flint's ability to switchback to Detroit Water and Sewerage Department for its drinking water source; contrary to MCL 750.505C. [750.505-C]

**FELONY:** 5 years and/or $10,000.00

**I hereby certify that the foregoing indictment is a TRUE BILL.**

_____
Grand Juror

DATE: 9/1/20

SG Flint/Indictment (Ambrose)