# EXHIBIT 3

Highly Confidential - Charles Lawrence

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                    SOUTHERN DIVISION
 4    _____
                               )
 5                             )    Civil Action No.
      In Re FLINT WATER CASES  )    5:16-CV-10444-JEL-MKM
 6                             )    (Consolidated)
                               )
 7                             )    Hon. Judith E. Levy
                               )    Mag. Mona K. Majzoub
 8                             )
      _____)
 9
10                    HIGHLY CONFIDENTIAL
11        VIDEOTAPED DEPOSITION OF CHARLES LAWRENCE
12                  Thursday, July 16, 2020
13                       at 9:00 a.m.
14
15
16
17
18                    Virtual Deposition
19    REPORTED BY:   LAURA STEENBERGH, RDR, CRR, RMR, CSR-3707
20    Court reporter, attorneys & witness appearing remotely.
21               GOLKOW LITIGATION SERVICES
             877.370.3377 ph | 917.591.5672 fax
22                    deps@golkow.com
23
24
```

Page 94

```
 1      LAWRENCE EXHIBIT 7
 2      THM Removal Based on
 3      Ferric Chloride Dosage
 4      WAS MARKED BY THE REPORTER
 5      FOR IDENTIFICATION
 6  BY MR. MORRISSEY:
 7  Q.  Mr. Lawrence, Exhibit 7 is a graph that has your name
 8      and coat of arms on it --
 9  A.  Yes.
10  Q.  -- and the LAN logo.  And it has the heading THM Removal
11      Based on Ferric Chloride Dosage.
12          Do you see that?
13  A.  I see that.
14  Q.  Can you explain what this is and why you prepared it?
15  A.  This was results from our pilot testing, where we were
16      bench scale testing.  We tested various doses of ferric
17      chloride and then looked at the amount of THM that was
18      removed.
19  Q.  So you were assessing what impact various dosages of
20      ferric chloride could have on THMs, right?
21  A.  Correct.
22  Q.  You're aware, aren't you, that ferric chloride can
23      contribute to increased corrosivity, aren't you?
24          MR. ERICKSON:  Object to the form; incomplete
```

Page 95

```
 1      hypothetical.
 2          THE WITNESS:  That's not necessarily true.
 3  BY MR. MORRISSEY:
 4  Q.  Not necessarily true, that's why I said can.  You're
 5      aware that increased ferric chloride can contribute to
 6      increased corrosivity, aren't you?
 7          MR. ERICKSON:  Object to the form; incomplete
 8      hypothetical.
 9          THE WITNESS:  Yes, I would have to know a lot
10      more about -- about the rest of the chemistry and
11      everything else that was being done.
12  BY MR. MORRISSEY:
13  Q.  Starting from a baseline of zero, adding ferric chloride
14      to the water will increase the chloride-sulfate mass
15      ratio, wouldn't it?
16          MR. ERICKSON:  Object to the form.
17          THE WITNESS:  Again, whether that had any
18      impact on anything, I'd have to know a whole lot more.
19  BY MR. MORRISSEY:
20  Q.  I will ask a better question so that I don't lead to an
21      impossible math answer.
22          Starting from a baseline of one, adding ferric
23      chloride to water would increase the chloride-sulfate
24      mass ratio, wouldn't it?
```

Page 96

```
 1          MR. ERICKSON:  Object to the form; incomplete
 2      hypothetical.
 3          THE WITNESS:  Again, I'd have to answer the
 4      same thing.  There's a lot more I'd need to know about
 5      what's being done.
 6  BY MR. MORRISSEY:
 7  Q.  All right.  You did not conduct any assessment of how
 8      the additional ferric chloride you were recommending
 9      could impact corrosivity in the Flint water treatment
10      system, did you?
11  A.  No.  That was not part of my assignment.
12  Q.  Did it occur to you at the time that increasing ferric
13      chloride could contribute to increased corrosivity?
14  A.  Given where we were injecting the ferric chloride, it
15      was not something that was a consideration.
16  Q.  Why not?
17  A.  Because following that they were going to lime soften
18      the water, which most of the ferric chloride is removed
19      as floc from the water, and then we soften, which
20      removes more stuff, so the fact that we were doing this
21      at the early part of the process likely had very low
22      impact on anything.
23  Q.  So you didn't know one way or the other whether lime
24      softening was at the time sufficient to control
```

Page 97

```
 1      corrosivity in the Flint water, right?
 2          MR. ERICKSON:  Object to the form.
 3          THE WITNESS:  I didn't specifically know that,
 4      no.
 5  BY MR. MORRISSEY:
 6  Q.  And you've learned after the fact that whatever Flint
 7      was doing to control corrosivity was not working, right?
 8          MR. ERICKSON:  Object to the form and
 9      foundation.
10          THE WITNESS:  That's what I'm told.
11  BY MR. MORRISSEY:
12  Q.  And you know now that adding ferric chloride to the
13      water could have increased its corrosivity, right?
14          MR. ERICKSON:  Object to the form, foundation.
15          THE WITNESS:  Again, I don't know that.
16  BY MR. MORRISSEY:
17  Q.  You didn't do any assessment then or at any time of
18      whether the additional ferric chloride you were
19      recommending would increase corrosivity given the water
20      treatment systems that were in place?
21          MR. ERICKSON:  Object to the form, asked and
22      answered.
23          THE WITNESS:  No.
24
```