# EXHIBIT 4

Highly Confidential - Marvin Gnagy

1              UNITED STATES DISTRICT COURT

               EASTERN DISTRICT OF MICHIGAN

2                  SOUTHERN DIVISION

3    _____

4                              No. 5:16-cv-10444

     IN RE:  FLINT WATER CASES      Hon. Judith E. Levy

5                              Mag. Mona K. Majzoub


     _____

6

7

8

                   HIGHLY CONFIDENTIAL

9     VIDEOTAPED DEPOSITION OF MARVIN GNAGY

10                   VOLUME I

11         Thursday, December 12, 2019

                  at 9:05 a.m.

12

13

14   Taken at:  Weitz & Luxenberg PC

               3011 West Grand Boulevard, Suite 2100

15             Detroit, Michigan  48202

16

17

18

19

20

21   REPORTED BY:  CAROL A. KIRK, RMR/CSR-9139

22           GOLKOW LITIGATION SERVICES

        877.370.3377 ph | 917.591.5672 fax

23             deps@golkow.com

24

Page 286

1 should conduct a full blown corrosion control
2 study before deciding whether to go with
3 polyphosphate, ortho or a poly ortho blend?
4     A.   No.
5     Q.   You also -- you never suggested
6 that in your written reports, did you?
7     A.   In the written reports, yes, we
8 did.
9     Q.   You suggested they should do a
10 full blown study before deciding?
11     A.   They should do -- they should hire
12 an engineer and coordinate with the state to do
13 a corrosion control study, and that that would
14 tell which type of chemical and what dosing was
15 necessary for optimal corrosion control.
16     Q.   You're saying in your written
17 report you flagged the possibility that a
18 polyphosphate might not be the best form of
19 corrosion control?
20     A.   No.  I suggested that
21 polyphosphate could be used and a dosage of
22 about .5 milligrams per liter is sufficient, in
23 many cases, to help reduce red water complaints.
24     Q.   But you never suggested that for

Page 287

1 this distribution system, it might be that
2 there's some other form of corrosion control
3 that would be better in addressing corrosion,
4 did you?
5     A.   I didn't say any one would be
6 better than any other.  I said that they needed
7 to do a corrosion control study.
8     Q.   Well, now you know that there are
9 peer-reviewed studies that say that an
10 orthophosphate-based corrosion control would
11 have better addressed the corrosion problems in
12 Flint, don't you?
13         MR. MCELVAINE:  Objection.
14         You can answer.
15     A.   I'm not aware of those specific
16 reports, no.
17     Q.   Are you generally aware?
18     A.   I'm generally aware that that is
19 one of the chemicals.  I'm also generally aware
20 and have a number of systems I know about that
21 use poly/ortho blends for corrosion control,
22 particularly in plants that do lime softening
23 like Flint.
24     Q.   Are you aware that studies have

Page 288

1 found that the addition of polyphosphates in
2 Flint would have exacerbated the corrosion
3 control, the corrosion problems?
4         MR. MCELVAINE:  Objection.
5         You can answer.
6     A.   I'm not aware that they've done
7 any studies for that, no.
8     Q.   Are you aware of reports of that
9 being the case?
10     A.   I'm not aware of any reports or
11 studies that were conducted to prove that
12 polyphosphate would have exacerbated lead in the
13 system, no.
14     Q.   You also suggested doubling the
15 amount of ferric chloride in the system,
16 correct?
17     A.   I suggested they could feed up to
18 100 milligrams per liter of ferric chloride,
19 yes.
20     Q.   Increasing the amount of ferric
21 chloride would have added to the chloride levels
22 in the system, correct?
23     A.   It could have, yes.
24     Q.   Did you make any assessment of

Page 289

1 whether following your recommendation on ferric
2 chloride would have made the water more
3 corrosive?
4     A.   No.  That was part of the
5 assessments that had to be conducted in a
6 corrosion control study that we directed the
7 city to do.
8     Q.   So you did not suggest to the city
9 that before following your recommendation to
10 double the amount of ferric chloride, it should
11 first assess whether doing so was going to lead
12 to more corrosion?
13     A.   We suggested that as one of the
14 alternatives of many to help reduce THM in the
15 system.
16     Q.   The city was already adding ferric
17 chloride to the water, wasn't it?
18     A.   That's correct.
19     Q.   It had been adding fairly high
20 amounts of ferric chloride back to the prior
21 summer, correct?
22     A.   I wouldn't consider they were
23 fairly high, no.
24     Q.   But whatever they were adding was

Highly Confidential - Marvin Gnagy

Page 290

1 adding to the number of -- amount of chlorides
2 in the system, correct?
3     A.    Likely, yes, but I don't know what
4 the values were.  I'd have to calculate it.
5     Q.    You didn't do that calculation,
6 did you?
7     A.    No.
8               - - -
9     (Gnagy Deposition Exhibit 15 marked.)
10              - - -
11 BY MR. MORRISSEY:
12    Q.    Exhibit 15 is a February 18, 2015
13 e-mail from Mr. Nicholas attaching the interim
14 report.  It's sent to folks at the city of
15 Flint, correct?
16    A.    Yes.
17    Q.    You reviewed this report at the
18 time, right?
19    A.    Yes.
20    Q.    Was it projected on a screen at
21 this public meeting on the 18th?
22    A.    Yes, it was.
23    Q.    And Mr. Gadis and Mr. Nicholas
24 handled the presentation --

Page 291

1     A.    That's correct.
2     Q.    -- for Veolia?
3     A.    That's correct.
4     Q.    You didn't speak at all, right?
5     A.    That's correct.
6     Q.    If you turn to page 2 of the
7 document, Bates number 58316.  There's two
8 boxes.
9         Do you see that?
10    A.    Yes.
11    Q.    Week 1 and Week 2.  The Week 2
12 part says, "Carry out more detailed study of
13 initial findings.  Make recommendations for
14 improving water quality.  Provide a plan, cost
15 and schedule for change."
16        Again, this doesn't say that lead
17 is not within your scope, does it?
18    A.    No.
19    Q.    It doesn't say that corrosion is
20 not within your scope, does it?
21    A.    No.
22    Q.    It doesn't say that addressing
23 potential risks of Legionella is not within your
24 scope, does it?

Page 292

1     A.    No.
2     Q.    The only thing it says is not in
3 your scope -- it doesn't say that switching back
4 to Detroit is not within your scope, does it?
5     A.    No.
6     Q.    The only thing it says is not in
7 your scope is at the bottom of the page,
8 "Studying why the change from DWSD."
9         Do you see that?
10    A.    Yes.
11    Q.    That's -- that would be any
12 assessment of why the city moved from Detroit
13 back in 2014, right?
14    A.    Yes.
15    Q.    You didn't do that, did you?
16    A.    Didn't do what?
17    Q.    You didn't do any study of why the
18 city had moved away from Detroit back in 2014,
19 correct?
20    A.    No.
21    Q.    That wasn't in your scope, was it?
22    A.    It wasn't relevant to what we were
23 doing.
24    Q.    Right.  And you told the city flat

Page 293

1 out in this presentation that it was not in your
2 scope, correct?
3     A.    Yes.
4     Q.    Same thing with history of the
5 utility.  You didn't do any study of the history
6 of the utility, correct?
7     A.    Correct.
8     Q.    Because that wasn't in your scope,
9 right?
10    A.    Correct.
11    Q.    Those are the only two things you
12 mentioned as not in your scope, correct?
13    A.    Correct.
14    Q.    Page 19 of this presentation has a
15 Bates number 58333.
16        Do you see that?  Under "Questions
17 being heard"?
18    A.    Yes.
19    Q.    "When will water improve - the
20 water has improved with current actions.  More
21 changes will occur over weeks and months because
22 of safety reviews."
23        Do you see that?
24    A.    Yes.

Highly Confidential - Marvin Gnagy

Page 346

1    A.   No.  This is just simply a
2  mistake.  I just now see it.
3    Q.   All right.  Before now, had you
4  ever told anyone you thought that was a mistake?
5    A.   I don't recall reviewing it and
6  finding it until just now.
7    Q.   Okay.
8    A.   No.
9    Q.   The next -- this is a couple
10 sentences down, "Additionally, chemical dosages
11 and applications were evaluated to establish the
12 most effective chemical process strategy for
13 controlling THMs and improving other water
14 quality parameters (like iron and hardness)."
15      Correct?
16   A.   Yes.
17   Q.   Those are your words, too, right?
18   A.   Yes.
19   Q.   And those aren't a mistake, right?
20   A.   No.
21   Q.   Going on, "Current Treatment Plant
22 Operations."  This is just background.  But
23 there you start, you describe the process of
24 switching from Detroit and how the system

Page 347

1  worked; is that right?
2    A.   Yes.
3    Q.   And then going on to page 3, in
4  the series of bullet points, you note that there
5  were -- "Elevated chloride levels were a
6  complaint from GM following treatment with
7  ferric chloride and increase GM's operating
8  costs."
9        Do you see that?
10   A.   That was what was stated to us
11 from GM.
12   Q.   It was stated to Veolia?
13   A.   It was stated to the city that we
14 were told from GM that higher chlorides were
15 interfering with their steel production and
16 manufacturing process.
17   Q.   Did you ask for any more
18 information about that at any point?
19   A.   No, because I'm familiar with some
20 of those same types of issues with steel
21 corrosion and levels of chlorides above about
22 25 milligrams per liter.
23   Q.   So at levels above 25 milligrams
24 per liter, what's the issue?

Page 348

1    A.   What I'm told by the steel
2  manufacturing people is it creates microfissures
3  in the steel and that they have to provide
4  treatment to remove the chlorides out of the
5  water that's used in steel manufacturing.
6    Q.   So if it's corrosive, it's
7  corrosive to steel in cars?
8    A.   I can't say that.  It makes --
9  again, what I've been told by the steel
10 manufacturing people is that it creates small
11 cracks and fissures in the bulk steel that they
12 manufacture.
13   Q.   But you knew at least that GM --
14 GM was sourcing its water from Flint beforehand,
15 right?
16   A.   Yes.
17   Q.   And it was coming from the Flint
18 River?
19   A.   Yes.
20   Q.   And once they started getting
21 water from the Flint River, they were concerned
22 about corrosion to the extent they switched to a
23 different source, right?
24   A.   As far as I remember, yes.  Now,

Page 349

1  the Detroit water system also had levels greater
2  than 25 milligrams per liter of chlorides, which
3  they were previously using.  So they had at
4  least some treatment likely for removing
5  chlorides in the steel manufacturing process.
6    Q.   Right.
7    A.   The elevated levels -- excuse me.
8  I'm losing my voice again.  The elevated levels,
9  what we were led to believe from the GM people,
10 through the city, was that they didn't want to
11 pay for the extra treatment to remove the higher
12 chloride levels and that they were going to
13 switch sources.
14   Q.   You knew Detroit had orthos in
15 their corrosion control system, right?
16   A.   Correct.
17   Q.   So they were able to deal with
18 high chlorides through that, right?
19   A.   Phosphates don't deal with
20 chloride.
21   Q.   They're able to deal with the
22 combination of chemical processes in the water
23 that will lead to corrosion such that there was
24 no corrosion problem in the water that was