# EXHIBIT 5

Page 326

1  some comments.
2       MR. MCELVAINE: You did?
3       A.  Yeah, I did make comments. I
4  said, well, you know, where the ferric can be
5  causing some iron or color. It's not uncommon,
6  you know. I know in typical water treatment
7  it's not uncommon. Not many people citing that
8  ferric chloride will cause iron or color problem
9  in your water.
10      Q.  Okay.
11      A.  It's only when I observe in the
12 jar and from the future, so I submitted my
13 observation, you know.
14      Q.  Okay. But you at least had this
15 concern at some point during this project that
16 perhaps ferric chloride could lead to corrosion?
17      A.  No.
18      Q.  You had a concern enough that you
19 raised it?
20      A.  No, I didn't say -- I actually --
21 two separate things. One notes -- I
22 specifically -- it's only in notes. It's not
23 like a professional technical -- there's no
24 evidences to suggest that.

Page 327

1       But one notes just -- I saw that
2  the ferric chloride itself has iron color
3  because it has like an orange or red color. So
4  notes to myself just saying, you know, when we
5  look at the other coagulants, you know, will
6  other coagulants be better because the
7  (indiscernible) itself free of color.
8       (Reporter clarification.)
9       A.  The other colors would be
10 (indiscernible) have no discolor.
11      MR. MCELVAINE: I'm not sure she
12   got that. Say it again, please, a
13   little bit slower.
14      A.  I said in my draft comments, my
15 notes, it's really only the personal
16 observation. It's not based on the engineer
17 society, you know, established effects that -- I
18 observed that iron using ferric -- that the
19 water will have some color and also the backwash
20 solids has some, you know, iron color.
21      But, again, I know in the real
22 practice that no plant reported that. When in a
23 full scale, they do not have this problem. But
24 in one report, I did mention, I said, yeah,

Page 328

1  chloride -- I do -- if I can, I do want to
2  reduce chloride. That's why I mentioned the
3  alternative coagulant.
4       (Reporter clarification.)
5       A.  Yeah, it will have lower chloride.
6  So, yeah, I know chloride -- if I can lower the
7  chloride, it's a benefit. That, I concur, yeah.
8       Q.  All right. So at least am I right
9  about this much: That too much ferric chloride
10 can be corrosive to lead?
11      MR. MCELVAINE: Objection.
12      A.  Potentially, yeah.
13      Q.  Potentially. Okay.
14      A.  Amount -- not considering other
15 factors.
16      Q.  Okay. And am I correct that too
17 much ferric chloride can be corrosive to cast
18 iron as well?
19      MR. MCELVAINE: Objection.
20      Go ahead and answer.
21      A.  Again, if everything else equal,
22 more chloride, yeah, is one potential factor,
23 yeah.
24      Q.  Okay. And were you making

Page 329

1  recommendations in the report to the city of
2  Flint to treat the TTHM problem with ferric
3  chloride?
4       MR. MCELVAINE: Objection.
5       Go ahead and answer.
6       A.  We did, yeah, make a
7  recommendation, based on the jar testing
8  results, yeah.
9       Q.  Okay. And, you know, let me ask
10 you this: When corrosion occurs, metal
11 particles get into the water from the corrosion,
12 correct?
13      MR. MCELVAINE: Objection.
14      Go ahead and answer.
15      A.  Yes, related, yeah.
16      Q.  Okay. Do you ever recall Mr.
17 Gnagy also raising a concern about the use of
18 ferric chloride in Flint?
19      A.  No, I didn't discuss that.
20      Q.  All right. When you first start
21 working on a new water treatment plant, I
22 presume you attempt to learn about that
23 particular facility; is that correct?
24      A.  What do you mean, "new water

Page 431

1  Q. -- "Other Major Support Items,"
2 there's a line there for "Flint Water Quality
3 Consulting," correct?
4  A. Which page -- page 4. Which
5 bullet? It's a, b, 1, 2, 3. Which one?
6  Q. Do under 4a --
7  A. 4a, yeah.
8  Q. -- down at Number 3. There's a
9 line that says, "Discolored (brown) water."
10  Do you see what I'm referring to?
11  A. Under a, third bullet?
12  Q. No, number -- paragraph
13 numbered 3.
14  A. Oh, yeah, yeah. Okay. Here.
15 Okay. Yeah. "Identified Issues," 3, yeah, I
16 saw that.
17  Q. So it says, "Identified Issues:
18 Discolored (brown) water."
19  A. Yeah.
20  Q. And you have a comment here that
21 says, "It could be due to the cast iron
22 corrosion and ongoing flushing program. The
23 other factor is the use of ferric chloride
24 coagulant and residual ferric present in water."

Page 432

1  A. Yeah. The --
2  MR. MCELVAINE: Object.
3  There's no question pending,
4 Mr. Chen.
5  Q. That's what -- that's what you
6 wrote in your summary, correct?
7  A. Yes.
8  Q. Okay. So on that -- on that
9 comment, is it fair to say you recognized that
10 there was a cast iron corrosion problem at the
11 time?
12  MR. MCELVAINE: Objection.
13  You can answer.
14  A. No, that was just discussed I
15 think either from the city and, you know, by the
16 team, that I attributed the brown color to the
17 corrosion, yeah, yeah.
18  Q. So at the time, you were
19 attributing the brown color to cast iron
20 corrosion?
21  MR. MCELVAINE: Objection.
22  You can answer.
23  A. It could be, yeah, yeah. I mean,
24 it's just that we definitely know breakage and

Page 433

1 the flushing is a problem. Yeah, it could also
2 be cast iron corrosion, yeah. These are, again,
3 before any investigation, you know, these are
4 the possibilities, yeah.
5  Q. And when it says, "The other
6 factor is the use of ferric chloride coagulant,"
7 that's referring to the use of ferric chloride
8 for the purpose of removing organic materials,
9 correct?
10  A. Yeah.
11  Q. And did that make sense because
12 ferric chloride is corrosive?
13  MR. MCELVAINE: Objection.
14  You can answer.
15  A. No. It's not related. There was
16 a comment on it yesterday -- this last comment
17 is not any other people's opinion, and it's not
18 widely held opinion among the water industry
19 that ferric chloride usage will cause discolor.
20  I only put this down because I was
21 really running similar jar testing at other
22 places, and also -- and I saw the ferric
23 chloride itself. You know, sometimes we don't
24 precipitate a well --

Page 434

1  (Reporter clarification.)
2  A. Don't precipitate a well, we'll
3 have some color.
4  But, again, I know in full scale,
5 typically it's not happening. And, you know,
6 really in my industry, nobody say that. I just
7 put down this as my personal notes.
8  Q. Is it generally the case that
9 isolating all other factors, just looking at
10 ferric chloride, the more ferric chloride, the
11 more corrosive the water will be?
12  MR. MCELVAINE: Objection.
13  You can answer.
14  A. Yeah, yesterday I think I
15 addressed the same comments maybe you or others
16 raised. If everything else is equal,
17 chloride -- a high chloride, yeah, is one
18 potential factor, yeah, yeah.
19  Q. Okay. I'll hand you what was
20 previously marked as Exhibit 12. And part of
21 that exhibit are comments that you made on a
22 presentation outline regarding the interim water
23 report, correct?
24  A. Yes.

Highly Confidential - Depin (Theping) Chen

Page 447

 1  Actually, we also evaluating -- actually, at the
 2  time, I think there are four different type of
 3  coagulants.  Ferric chloride is one of them.  We
 4  were doing just -- we were evaluating a few of
 5  them, yeah.
 6      Q.   So you're saying the bullet point
 7  on page 5 that says "Efforts to Reducing TTHM"
 8  didn't help discoloration, correct?
 9      A.   Yeah, I don't -- just the first
10  half of the sentence.  The efforts -- because
11  it's clearly our whole task mainly to reducing
12  the TTHM.  Really, the primary mean for us to do
13  that is through reducing the TOC.  So that's
14  related to optimizing the coagulants.
15      Q.   Okay.  So you're saying this
16  refers to ferric chloride dosage, correct?
17      A.   Yes, it's related, yeah.  It is
18  one of the factors.  Because the other factor
19  controlling the TTHM, we say we're going to
20  lower the chlorine dosage, so two of them.
21      Q.   So the comment is that the effort
22  to reduce TTHM, that is, the ferric chloride
23  dosage, increasing the ferric chloride dosage,
24  correct, to remove more total organic content?

Page 448

 1      A.   That's the eventual, yeah, yeah,
 2  findings, yeah.
 3      Q.   And the comment is that that
 4  didn't help discoloration, correct?
 5      A.   Well, this is a pretty general
 6  comment.  I just try to -- you asked me where
 7  reflected the coagulant evaluation.  So I just
 8  said the efforts for reducing TTHM is related to
 9  ferric chloride.
10           So the second -- this whole
11  sentence basically relates to any -- any
12  coagulant.  The overall efforts, the end results
13  are reducing TTHMs, yeah.  Yeah, it doesn't --
14  it has nothing directly related to
15  discoloration, yeah.
16      Q.   But you're -- according to this
17  bullet of point, it's staying -- the way that
18  you're interpreting this, that by increasing
19  ferric chloride dosage, it's not helping with
20  discoloration, correct?
21      A.   No.  Again, don't do that.
22  Because I told you, the efforts to reducing
23  TTHMs, including the whole efforts of optimizing
24  the coagulants, which including -- we're still

Page 449

 1  evaluating four different type.  I just say
 2  ferric chloride -- if you ask me where I have
 3  the ferric chloride link, this included ferric
 4  chloride as one of the options, okay?  So this
 5  whole sentence doesn't just exclusively mean
 6  ferric chloride, okay?
 7      Q.   It's referring to a number of
 8  chemicals --
 9      A.   Yeah.
10      Q.   -- including ferric chloride?
11           (Reporter admonishment.)
12           MR. MCELVAINE:  Counsel, please
13      let him finish.
14      A.   Yes, including the ferric
15  chloride.
16      Q.   On page 6, you pointed to the
17  bullet that says, "Adjust the chemicals being
18  fed," and it says, "Stop some, increase some and
19  change some."
20      A.   Yeah.
21      Q.   Ultimately, Veolia recommended
22  significantly increasing the ferric chloride
23  dosage, correct?
24      A.   Yes.

Page 450

 1      Q.   Okay.  To your knowledge, is there
 2  anything in here that refers to evaluating
 3  alternative coagulants?
 4      A.   Yeah.
 5           MR. MCELVAINE:  I'm sorry.  In
 6      here, you mean in the exhibit?
 7           MR. LARSEN:  In the interim water
 8      quality Report.
 9           MR. MCELVAINE:  Thank you, sir.
10      A.   Yeah, I think it's implied in
11  there, because, again -- because this interim
12  report, while the testing is still ongoing, so
13  probably it didn't specifically spell out ferric
14  chloride, didn't specifically, like I said,
15  recommend an increase of dosage, which is
16  eventually in the final report.
17           But here implied the scope of
18  this, because we basically evaluating first the
19  chemical types for coagulants.  We evaluated the
20  four different types.  We also evaluated
21  different dosage.
22           When we're doing jar testing, we
23  ran across the, you know, range of the different
24  ferric dosage.  So basically it's all implied