# EXHIBIT 6

Highly Confidential - Robert T. Nicholas

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
 2                   SOUTHERN DIVISION
 3   _____
 4                                    No. 5:16-cv-10444
     IN RE:  FLINT WATER CASES        Hon. Judith E. Levy
 5                                    Mag. Mona K. Majzoub

     _____
 6
 7
 8
                      HIGHLY CONFIDENTIAL
 9      VIDEOTAPED DEPOSITION OF ROBERT T. NICHOLAS
10                       VOLUME I
11              Monday, December 9, 2019
                     at 9:05 a.m.
12
13
14   Taken at:  Weitz & Luxenberg PC
                3011 West Grand Boulevard, Suite 2100
15              Detroit, Michigan  48202
16
17
18
19
20
21   REPORTED BY:  CAROL A. KIRK, RMR/CSR-9139
22             GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
23                 deps@golkow.com
24
```

Page 262

1 Mr. Chen recommended that the city use an
2 orthophosphate/polyphosphate blend in the
3 treatment of water?
4     MR. MCELVAINE: Objection.
5     You can answer.
6   A. Again, I know they discussed
7 options, but I don't know the technical
8 difference.
9   Q. Well, weren't you responsible for
10 taking the recommendations from the technical
11 team and putting them in the report that the
12 city of Flint could review?
13     MR. MCELVAINE: Objection.
14     You can answer.
15   A. I coordinated the drafting of the
16 report. They provided their information for the
17 report for that.
18   Q. So in order to communicate what
19 the engineers recommended to the city, you'd
20 have to have some understanding of whether the
21 engineers were recommending a
22 polyphosphate/orthophosphate blend or if they
23 were recommending something else, right?
24     MR. MCELVAINE: Objection.

Page 263

1     You can answer.
2   A. They edited the document to make
3 sure that the correct dosages and chemicals were
4 in the report.
5   Q. Okay. So whatever ended up in the
6 report with respect to orthophosphates, you're
7 confident that that's what Mr. Chen and
8 Mr. Gnagy recommended, right?
9     MR. MCELVAINE: Objection.
10     You can answer.
11   A. Yeah. Again, I sent the report to
12 them so that they could be certain that they had
13 what their recommendations were in the report.
14   Q. So if there was a critical
15 importance to recommending orthophosphates as a
16 way of controlling lead in the water, that was a
17 failure of the engineering team, not you, right?
18     MR. MCELVAINE: Objection.
19     You can answer.
20   A. Again, you have to look at the
21 analysis they ran on the facility. I don't know
22 if the records showed lead or not at the time we
23 were there. So you'd have to look and ask them
24 about their evaluation. I know that they

Page 264

1 prescribed corrosion control when they talked
2 about corrosion with the city.
3   Q. Okay. Do you know whether Veolia
4 recommended an increased dosage of ferric
5 chloride for the city of Flint?
6   A. I know that we suggested changes
7 in the chemical dosages, but I don't know the
8 amount or which chemicals from that standpoint.
9   Q. That's just not your expert
10 expertise, right?
11   A. No. I'm not a water treatment
12 expert.
13   Q. Do you know whether Veolia
14 recommended that you would need corrosion
15 control to offset specifically any changes to
16 the ferric chloride dosage?
17     MR. MCELVAINE: Objection.
18     You can answer.
19   A. Again, I don't know the chemistry,
20 because that's not my expertise.
21   Q. Okay. Now, the interim report
22 that we've been looking at doesn't come out and
23 say specifically that the Flint water is safe,
24 right?

Page 265

1     MR. MCELVAINE: Objection.
2     You can answer.
3   A. No. We said in the report that
4 safe equals in compliance, and the records that
5 we had looked at the time were in compliance.
6   Q. Okay. Why doesn't the report say
7 that the water is safe in Flint?
8     MR. MCELVAINE: Objection.
9     You can answer.
10   A. Well, again, as we talked about,
11 Veolia doesn't decide what's safe or not safe.
12 We can only go on what the Safe Drinking Water
13 Act lays out for federal and state requirements.
14   Q. Okay. Did the engineers, Mr. Chen
15 and Mr. Gnagy, tell you prior to February 18,
16 2015 that the water in Flint was safe?
17   A. No. They said that it was in
18 compliance with the Safe Drinking Water Act
19 requirements.
20   Q. Okay. When did Mr. Chen and
21 Mr. Gnagy tell you that the water in Flint was
22 in compliance with the Safe Drinking Water Act
23 requirements?
24   A. It came up as we were drafting

Page 282

1  MR. MCELVAINE: Objection.
2  You can answer.
3  A. No. I'm simply going back to the
4  statement from the presentation that the tests
5  were in compliance with the Safe Drinking Water
6  Act.
7  Q. Okay. So if you thought it was
8  important to communicate to the people in Flint
9  on February 18, 2015 that the water is safe from
10 the standpoint of all the testing and chemicals
11 that are put in there, right?
12  MR. MCELVAINE: Objection.
13  You can answer.
14  A. Again, safe in terms of the
15 testing was in compliance with the Safe Drinking
16 Water Act.
17  Q. Right. Well, your words were,
18 "The water's safe from the standpoint of all the
19 testing and chemicals that are put in there,"
20 correct?
21  MR. MCELVAINE: Objection.
22  You can answer.
23  A. Again, I don't know how -- if this
24 is discussion or part of the presentation as we

Page 283

1  were going along. So I don't have the reference
2  to if we were looking at the documents on the
3  board or anything.
4  Q. But you don't dispute that those
5  were your words on February 18, 2015, do you?
6  MR. MCELVAINE: Objection.
7  You can answer.
8  A. It's a transcript, so -- you know,
9  I don't have to debate about that. But, again,
10 if we were standing there looking at the board
11 talking about safe water in compliance, then
12 that's my reference point.
13  Q. Okay. Lower on this page on
14 page 6, there is a male voice that makes a
15 statement.
16  Do you see that?
17  A. Yes.
18  Q. The statement is, "So the point
19 I'm getting to is if carbon and lead is only
20 tested every four years, there's a possibility
21 after that test that during the four-year
22 course, carbon and lead can seep through the
23 pipes and go through people's taps. How do we
24 detect that?"

Page 284

1  Do you see that?
2  A. Yes.
3  Q. Is that something that the Veolia
4  team considered when evaluating the Flint water
5  supply?
6  MR. MCELVAINE: Objection.
7  You can answer.
8  A. Well, again, I'm not the technical
9  person, but I know they ran -- they looked at
10 the lead and copper test analysis, and they also
11 did corrosion control reviews.
12  Q. Is it your understanding that the
13 Veolia team did some sort of modeling to test
14 whether the ferric chloride that they were
15 recommending should be increased would make the
16 system more corrosive or dangerously corrosive?
17  MR. MCELVAINE: Objection.
18  You can answer.
19  A. Again, I'm not the technical
20 person. I know they did evaluations of the
21 different chemicals at the facility.
22  Q. You don't know what evaluations
23 those were or whether those evaluations even
24 considered how corrosive the chemicals might be?

Page 285

1  MR. MCELVAINE: Objection.
2  You can answer.
3  A. Well, they looked at corrosion,
4  and that's one of the reasons a corrosion
5  prohibiter was included in the final report.
6  Q. You know that Mr. Gnagy and
7  Mr. Chen did jar testing, right?
8  A. I understand they did, yes.
9  Q. Do you know whether jar testing
10 can test for corrosion control to determine
11 whether certain chemical mixes are corrosive?
12  A. Again, I'm not a technical person
13 or engineer, so I don't know how that's done.
14  Q. Okay. And you just don't know
15 what tests were done to make sure that the
16 system wasn't corrosive and leaching lead into
17 the water supply, right?
18  A. That's correct. I know they do
19 lead and copper testing, and they had done it
20 the last two quarters, and those results were
21 reviewed, but I don't know how they did -- I
22 don't know what they look at from the standpoint
23 of the plant for that.
24  Q. Okay. Had Veolia determined as of

Page 298

1 Bill Thompson to review whether the city of
2 Flint was in compliance with state and federal
3 regulations, did you?
4     A.  Again, if Marvin didn't ask for
5 that help, then -- technically, then I didn't
6 ask for it.
7     Q.  Okay.  So Veolia made statements
8 to the city of Flint and the public about the
9 city of Flint being in compliance with state and
10 federal regulations without first checking with
11 Bill Thompson who was the main person at Veolia
12 who covers environmental compliance issues,
13 correct?
14         MR. MCELVAINE:  Objection.
15         You can answer.
16     A.  Again, Bill and Marvin work in the
17 same department.  So I left it to Marvin if he
18 needed that extra expertise, he could have asked
19 for it.
20     Q.  Do you know whether Mr. Gnagy
21 checked in with Bill Thompson to see whether the
22 city of Flint was in compliance with state and
23 federal regulations?
24     A.  I do not.

Page 299

1     Q.  But Bill Fahey asked you about
2 that, and you didn't assign Bill Thompson to the
3 matter, correct?
4     A.  Again, I asked the technical
5 engineers what type of assistance they needed.
6     Q.  Okay.  Page 4 of the final report,
7 there is a list of Veolia's recommendations.
8 Tell me when you're there.
9     A.  I'm there.
10    Q.  Okay.  There is a recommendation
11 to increase ferric chloride.
12        Do you understand that?
13    A.  I see that, yes.
14    Q.  Okay.  And beginning on the third
15 line, the report says, "Current ferric chloride
16 dosages are too low and dosages of
17 100 milligrams per liter --
18    A.  Yes.
19    Q.  -- or more are recommended."
20        Do you see that?
21    A.  Yes.
22    Q.  Okay.  So Veolia recommended to
23 the city of Flint that it increase ferric
24 chloride immediately, right?

Page 300

1         MR. MCELVAINE:  Objection.
2         You can answer.
3     A.  It's in that recommendation.
4     Q.  And it says, "This change in
5 dosage using ferric chloride can be made
6 immediately without state permit review."
7         Correct?
8     A.  That's what I read, yes.
9     Q.  Okay.  And Veolia's final report
10 does not say that increasing the use of ferric
11 chloride requires some balancing with the use of
12 a corrosion control, correct?
13        MR. MCELVAINE:  Objection.
14        You can answer.
15    A.  I can't answer that.  Technically
16 I don't know.
17    Q.  Well, you know the report doesn't
18 say that, right?
19    A.  Well, I know the report discusses
20 corrosion control at the end, and I don't know
21 if there's other items in here about a pH
22 adjustment.
23    Q.  Okay.  So you don't know whether
24 Veolia's final report lets the city of Flint

Page 301

1 know that if they're going to increase ferric
2 chloride, they've got to make some adjustment to
3 corrosion control to make sure that the pipes
4 don't become dangerously corrosive?
5         MR. MCELVAINE:  Objection.
6         You can answer.
7     A.  Again, there's a recommendation to
8 add corrosion control.
9     Q.  Okay.  Do you know if the report
10 says that "If you're going to increase ferric
11 chloride, as we recommend, you better have a
12 corresponding change to corrosion control to
13 make sure that increased ferric chloride does
14 not make the system corrosive"?
15        MR. MCELVAINE:  Objection.
16        You can answer.
17    A.  Again, corrosion control is
18 included in the report.
19        MR. CONNORS:  Objection.  Move to
20    strike.  Unresponsive.
21 BY MR. CONNORS:
22    Q.  Okay.  Let's look at the corrosion
23 control mentioned in the report.  The corrosion
24 control section is on the next page.  It says,

Page 302

1  "The primary focus of this study was to assure
2  compliance with the TTHM limits. That is not
3  the only problem facing the city and its
4  customers though. Many people are frustrated
5  and naturally concerned by the discoloration of
6  the water with what primarily appears to be iron
7  from the old unlined cast iron pipes. The water
8  system could add a polyphosphate to the water as
9  a way to minimize the amount of discolored
10 water. Polyphosphate addition will not make
11 discolored water issues go away."
12      Do you see that?
13    A.  Yes.
14    Q.  Did I read that correctly?
15    A.  It appears so.
16    Q.  Okay. So Veolia's final report
17 suggests the water system could add a
18 polyphosphate to minimize discolored water, but
19 that the polyphosphate addition would not make
20 the discolored water issues go away, correct?
21    A.  Correct.
22    Q.  Okay. So is there some other part
23 of the report where Veolia says, "It's important
24 if the city of Flint increases ferric chloride,

Page 303

1  to have some balancing corrosion control
2  measure."
3     A.  Without reading these sections, I
4  can't say that it does.
5     Q.  Is there any mention of risks from
6  lead in Veolia's report?
7     A.  No, other than just a general
8  discussion of corrosion control.
9     Q.  Does Veolia even use the term
10 "lead" in the final report?
11    A.  Not in the report. The lead and
12 copper samples that were reviewed were in
13 compliance at the time.
14    Q.  Does Veolia use the term "lead" in
15 the interim report or the final report or any
16 report that you're aware of that it issued to
17 the city of Flint?
18    A.  I know that we talked about
19 running a lead and copper analysis in the
20 February 18 public works presentation, that we
21 were looking at that as part of our evaluation.
22    Q.  You talked about Veolia running a
23 lead and copper analysis?
24    A.  We talked about reviewing the lead

Page 304

1  and copper analysis, and corrosion control is
2  part of it, I believe. I'll have to find that
3  exhibit. That would be -- let me look at
4  Exhibit 12 that we previously examined. I can't
5  read what is shown here in this block that's
6  blocked out.
7     Q.  Which page?
8     A.  VEOLIA007319.
9     Q.  Okay. So that's page 9 of the
10 presentation, and it appears that the image is
11 blocking out the text, right?
12    A.  Yeah, correct.
13    Q.  Okay. Exhibit 12 is the version
14 that you sent to the city of Flint, right?
15        MR. MCELVAINE: Objection.
16    A.  Yeah, it was a version that we
17 sent to the city based on the e-mail it's
18 attached to.
19    Q.  Okay. And you don't know whether
20 the interim report mentions lead or not?
21    A.  No. Again, I think the
22 presentation, it discusses that we were looking
23 at corrosion control and looking at those
24 reports.

Page 305

1     Q.  Right. But I'm not talking about
2  corrosion control. I'm talking about lead and
3  risks from lead. Veolia doesn't mention risks
4  from lead in the reports that it creates --
5     A.  That's right.
6     Q.  -- in response to the Flint water
7  quality issues, correct?
8     A.  That's right.
9     Q.  Who made the decision not to talk
10 about lead in the Veolia reports?
11        MR. MCELVAINE: Objection.
12        You can answer.
13    A.  The technical people evaluated
14 what were problems with the water system, and so
15 they told us what would be needed to put in.
16    Q.  So did Mr. Chen or Mr. Gnagy tell
17 you that Veolia should not mention lead in the
18 reports that you wrote for the city of Flint?
19    A.  They edited the reports for --
20 they edited all the reports and presentations
21 that we submitted.
22    Q.  Did either Mr. Chen or Mr. Gnagy
23 tell you that "We should not talk about lead in
24 the reports"?

Page 346

1 committee?
2      MR. MCELVAINE: Objection.
3      You can answer.
4  A.   I was on their e-mail chain.
5  Q.   So you received those e-mails,
6 right?
7  A.   Yeah. I assume if you've got me
8 on an e-mail list, yes. I know that I got
9 several of them after we had completed the
10 study, and they were proceeding on to continue
11 to meet as a group.
12  Q.   Did you read those e-mails?
13  A.   I probably did.
14  Q.   Okay. So you came to have some
15 understanding of steps the city was doing to
16 implement Veolia's recommendations?
17      MR. MCELVAINE: Objection.
18      You can answer.
19  A.   I said I probably read them, but I
20 don't -- I can't say that I read them all or I
21 can tell you exactly what they were doing.
22  Q.   Okay. Did you make an effort to
23 try to stay up to date on issues facing the
24 Flint water supply after you submitted your

Page 347

1 final report to the city of Flint?
2  A.   We did as we were making the
3 proposal for the implementation we're discussing
4 here on this Exhibit 22. We were following what
5 they were doing to see if they were proceeding.
6  Q.   Did you provide the city with
7 Veolia's best advice on how to implement
8 Veolia's recommendations in April of 2015?
9      MR. MCELVAINE: Objection.
10      You can answer.
11  A.   I don't know if they asked us for
12 any additional direction at that point.
13  Q.   When you received e-mails to the
14 technical advisory committee with details about
15 THM notices or implementation of GAC or other
16 Flint water quality issues, did you consider
17 them and provide any advice to the city of Flint
18 regarding those issues?
19      MR. MCELVAINE: Objection.
20      You can answer.
21  A.   Not that I know of.
22  Q.   At any point, did you go back and
23 mention to the city of Flint that you thought
24 lead could be an issue for the water supply in

Page 348

1 Flint?
2      MR. MCELVAINE: Objection.
3      You can answer.
4  A.   No. Once we completed the report,
5 we were done.
6  Q.   At any point, did you go back to
7 the city of Flint and let them know if they were
8 going to maintain levels of ferric chloride or
9 increase them, it was important that they have a
10 corresponding change in use of orthophosphates
11 in order to balance out that change?
12      MR. MCELVAINE: Objection.
13      You can answer.
14  A.   I don't know that we went back at
15 any time after that. Again, the contract was
16 completed.
17  Q.   At any time did you go back to the
18 city of Flint and let them know your opinion
19 from January 2015 and Mr. Chen's opinion from
20 February 2nd, that they could go back to the
21 Detroit Water supply to fix their water supply
22 issues?
23      MR. MCELVAINE: Objection.
24      You can answer.

Page 349

1  A.   Again, we discussed before, we
2 spoke with the mayor and the emergency manager
3 about Detroit as an option multiple times.
4  Q.   After you submitted your report,
5 which didn't include Detroit as an option, did
6 you make any corrections or go back to the city
7 of Flint and recommend that they go back to the
8 Detroit Water supply?
9  A.   Again, our project was completed.
10 We did not go back to the city.
11  Q.   Okay. I have some questions about
12 the firm Truscott Rossman.
13  A.   Okay.
14  Q.   Do you personally do work with
15 that firm?
16  A.   You mean now or --
17  Q.   Have you in the course of your
18 business for Veolia done work with Truscott
19 Rossman?
20  A.   Other than this engagement in
21 Flint, no, I have not.
22  Q.   What was the nature of the work
23 that you did with Truscott Rossman related to
24 Flint?