# EXHIBIT 7

Highly Confidential - Marc Edwards, Ph.D.

```
 1                UNITED STATES DISTRICT COURT

 2               EASTERN DISTRICT OF MICHIGAN

 3                     SOUTHERN DIVISION

 4

 5   ------------------------------) Civil Action No.:

 6   IN RE:   FLINT WATER CASES    ) 5:16-cv-10444-JEL-MKM

 7                                 ) (consolidated)

 8                                 )

 9                                 ) Hon. Judith E. Levy

10   ------------------------------) Mag. Mona K. Majzoub

11

12                     HIGHLY CONFIDENTIAL

13        VIDEOTAPED DEPOSITION OF MARC EDWARDS, PH.D.

14

15                  MONDAY, AUGUST 10, 2020

16                           Volume 2

17

18        Continued remote oral deposition of MARC

19   EDWARDS, PH.D., conducted at the location of the witness

20   in Blacksburg, Virginia, commencing at approximately 9:04

21   a.m., on the above date, before JULIANA F. ZAJICEK, a

22   Registered Professional Reporter, Certified Shorthand

23   Reporter, Certified Realtime Reporter and Notary

24   Public.
```

Page 415

1  are?
2  A. Polyphosphates are a chain of
3  orthophosphates stuck together, so hence the term
4  poly, and that gives them different characteristics.
5      So to dramatically oversimplify,
6  polyphosphates can actually make lead and copper
7  corrosion problems worse. They do some things better
8  than orthophosphate, but it is known that they have a
9  potential adverse effect and not as much good effect
10 when it comes to controlling lead corrosion.
11 Q. Okay. Is it your understanding, then,
12 that polyphosphates are generally not used for
13 corrosion control purposes, specifically with lead?
14 A. They are used, but they are inferior to
15 orthophosphate and some utilities dose them and call
16 it a corrosion control because they are trying to
17 achieve other benefits by adding it. So I wouldn't
18 say it's not corrosion control. And, in fact, it is
19 common practice to call it corrosion control even
20 though it's known to be inferior almost all of the
21 time compared to orthophosphate.
22 Q. Okay. Is it -- would polyphosphates, the
23 addition of polyphosphates to Flint's drinking water,
24 in your opinion, would it have stopped the leaching

Page 416

1  issues that occurred with lead?
2  A. I really doubt it. I can't -- I would say
3  more likely than not it would not have done so,
4  especially at the low levels. I think it could of
5  reduced some of the harmful results. It might have
6  ameliorated it a little bit. I don't -- I can't say
7  with a high degree of scientific certainty that dosing
8  orthophosphate would have stopped that problem -- I
9  mean polyphosphate.
10 Q. Understood.
11     What are -- what is ferric chloride and
12 how is it typically used in water treatment?
13 A. Ferric chloride is a chemical used to
14 remove dirt and organic material and bacteria from the
15 water. It is added to make the small particles into
16 bigger particles that can be removed and settled.
17     So ferric chloride is, quote, a coagulant,
18 it makes these small particles into bigger particles,
19 and it's essential to the operation of a drinking
20 water -- surface drinking water treatment plant to use
21 a coagulant of some sort.
22 Q. Okay. How does fer -- the addition of
23 ferric chloride to drinking water affect corrosivity?
24 A. There are two main impacts. The first is

Page 417

1  it is an acid, so when you add it, it drops the pH,
2  and the more acid the water is, as an overly
3  simplistic rule, the more corrosive it is. It also
4  adds chloride to the water which is a problem for iron
5  corrosion and lead corrosion.
6      And generally speaking when it comes to
7  certain types of lead corrosion, not all of them, if
8  you add a different coagulant chemical called aluminum
9  sulfate or a coagulant that had sulfate in it instead
10 of a chloride, it's better for some types of lead
11 corrosion control.
12     So, ferric chloride drops the pH, adds
13 chloride to the water, that causes problems with iron
14 corrosion and the chloride and high iron can cause
15 problems with lead.
16 Q. Okay. So it is fair to say that the
17 addition of ferric chloride can actually increase lead
18 lee -- leaching issues?
19 A. Yes.
20 Q. Okay. Do you recall on Friday Veolia's
21 attorney was asking you about recommendations made by
22 that engineering firm to the City of Flint,
23 specifically their recommendation to add phosphates to
24 stop lead leaching?

Page 418

1  A. I recall that, yes.
2  Q. Okay. I'm going to attempt to share my
3  screen with you. And you -- you have -- you said you
4  testified that you had reviewed Veolia's March 2015
5  report to the City of Flint, correct?
6  A. Yes, before we went -- wrote our own
7  proposal.
8  Q. Okay. So I'm going to share that report
9  with you. Dr. Edwards, let me know if you can't see
10 it. It should be on the screen now.
11     Are you able to see the report?
12 A. Yes.
13 Q. Okay. And is that the March 2015 Veolia
14 report that you've reviewed before?
15 A. Yes.
16 Q. Okay. So I'm going to scroll down now.
17 MR. CAVANAGH: And I'll mark this as exhibit --
18 give me a moment -- I believe we are on 58, so I'll
19 mark this --
20 THE COURT REPORTER: Correct.
21 MR. CAVANAGH: -- Exhibit 58. This copy doesn't
22 have a Bates number. I believe all of the attorneys
23 have seen this before. It has been marked as previous
24 exhibits in other depositions.

Page 419

1    (WHEREUPON, a certain document was
2    marked Marc Edwards Deposition
3    Exhibit No. 58, for identification,
4    as of 08/10/2020.)
5  BY MR. CAVANAGH:
6    Q.   But I'll scroll down to the actual
7  recommendations made to the City of Flint, and the
8  first one I'm going to show is an "Increase of Ferric
9  Chloride" recommended by Veolia. I've highlighted it.
10   Can you see it?
11   A.   Yes.
12   Q.   Okay. So, is it your opinion, then, that
13 the increase, the recommendation to increase ferric
14 chloride in Flint's -- Flint's drinking water actually
15 could of made lead leaching worse in Flint's
16 distribution system?
17   A.   Yes.
18   Q.   Okay.
19   MR. CAMPBELL: I'll object to the form.
20 BY MR. CAVANAGH:
21   Q.   And then I'll scroll down to the actual
22 corrosion control that's listed in that final report.
23 I'll give you a moment if you want to review it, but I
24 will represent to you that it's the addition of

Page 420

1  polyphosphates to control discolored water.
2    Do you see that?
3    A.   Yes.
4    Q.   Okay. In your opinion, would the addition
5  of polyphosphates to address discolored drinking
6  water, would that have stopped lead leaching issues in
7  the City of Flint?
8    MR. CAMPBELL: Object to the form.
9  BY THE WITNESS:
10   A.   It might have helped, but I don't believe
11 it would have stopped the problem.
12 BY MR. CAVANAGH:
13   Q.   Okay. In your opinion, would that
14 addition of ferric chloride recommended by Veolia
15 negated any benefit you may have seen from the
16 addition of these polyphosphates to address discolored
17 water?
18   MR. CAMPBELL: Object to the form.
19 BY THE WITNESS:
20   A.   It could have. It would be very hard to
21 predict. You predict one would make more iron in the
22 water, the other one would tend to hide it, it
23 wouldn't remove it, it would tend to hide the iron in
24 the water. Which one of those effects would win out,

Page 421

1  it would be hard to predict.
2  BY MR. CAVANAGH:
3    Q.   Okay. But as a general premise, are --
4  are polyphosphates used as the primary corrosion
5  inhibitor in drinking water systems for lead?
6    MR. CAMPBELL: Object to the form.
7  BY THE WITNESS:
8    A.   In some systems people think they are and
9  they characterize it as such publicly and in
10 scientific documents, but practically it's not
11 considered to be -- it's considered to be inferior to
12 orthophosphate and we have published papers that
13 indicate it can have a negative effect on lead.
14 BY MR. CAVANAGH:
15   Q.   In your experience, if a drinking water
16 system knew of a lead issue would it be a reasonable
17 recommendation to add ferric chloride to the system?
18   MR. CAMPBELL: Object to the form.
19 BY THE WITNESS:
20   A.   If their goal was to deal with a lead
21 problem, it would not be advisable to increase the
22 dose of ferric chloride in the water because that
23 would tend to increase the corrosivity and you would
24 need to do a study to see where the lead was coming

Page 422

1  from to know if ferric chloride was going to make it
2  worse or not.
3    So, in other words, chloride is not
4  considered to be that bad for lead from pipes, lead
5  pipes, but from lead solder and lead in brass, it is
6  considered to be worse of an impact.
7    So it is very complicated. But if you
8  were aware that there was a lead problem, increasing
9  ferric chloride would not be advisable without a lot
10 of additional studies to prove you would not make the
11 problem worse.
12 BY MR. CAVANAGH:
13   Q.   Were you ever made aware in your
14 involvement with Flint that Veolia prior -- Veolia's
15 employees prior to the issuance of this March of 2015
16 report identified lead as a problem in Flint's
17 drinking water system?
18   A.   I read that in the newspaper. I asked to
19 review the e-mails upon which that conclusion was
20 made, and, frankly, I found it lacking.
21   Q.   Okay. Why do you say that?
22   A.   Because the e-mails I read specifically
23 cited sampling done by, I think, UM-Flint in a
24 newspaper and not any insider or engineering