# EXHIBIT 8

Highly Confidential - Andrea J. Porter

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                     SOUTHERN DIVISION
 4     _____
                                    )
 5                                  )  Civil Action No.
                                    )  5:16-cv-10444-JEL-MKM
 6     In re:  FLINT WATER CASES    )  (consolidated)
                                    )
 7                                  )  Hon. Judith E. Levy
                                    )  Mag. Mona K. Majzoub
 8     _____)
 9
10                    HIGHLY CONFIDENTIAL
11              Wednesday,  September 9, 2020
12
13             Remote videotaped deposition of
14     ANDREA J. PORTER conducted at the location of
15     the witness in Chicago, Illinois, commencing at
16     9:02 a.m., on the above date, before Carol A. Kirk,
17     Registered Merit Reporter, Certified Shorthand
18     Reporter, and Notary Public.
19
20
21
22              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
23                   deps@golkow.com
24
```

Page 278

1  Okay. We don't have to go off the
2  record.
3  BY MS. LINDSEY:
4  Q. Alrighty, Dr. Porter. Do you see
5  the exhibit that was previously marked as
6  Exhibit Number 2 up on the screen?
7  A. I do. Could we make it a little
8  bit bigger? Is that possible?
9  Thank you.
10  Q. Okay. Thank you.
11  You were asked some questions
12  about this particular document earlier today.
13  You remember that?
14  A. Yes.
15  Q. Okay. And Jan Burgess, I'll
16  represent, is one of my clients. She's one of
17  the ones that is headlined or listed in the
18  lawsuit against the EPA.
19  And this document we've already
20  identified as dated October 23, 2014; is that
21  correct?
22  A. Yes.
23  Q. The subject matter is "Flint,
24  Michigan citizen complaint - drinking water

Page 279

1  quality and chloride level."
2  Correct?
3  A. Correct.
4  Q. And this is an e-mail to Jan
5  Burgess. You're cc'd on it, and it's from
6  Jennifer Crooks, correct?
7  A. Correct.
8  Q. And I want to talk about -- a
9  little bit about the first paragraph. It says,
10  "Dear Ms. Burgess: You stated below that GM is
11  not using the treated Flint River anymore
12  because" -- let me make sure I got everything.
13  I can't see it off to the side. I'm going to
14  read it off my paper. Okay. Let me start it
15  over.
16  "Dear Ms. Burgess, you stated
17  below that GM is not using the treated Flint
18  water anymore because of high chlorine [sic]
19  levels, which is correct. If you read through
20  the article link that you sent me or the links
21  below, the Michigan Department of Environmental
22  Quality (MDEQ) clarified that the higher
23  chlorine [sic] levels are most likely coming
24  from the city's treatment of the Flint water

Page 280

1  with ferric chloride, which acts as a coagulant
2  to help remove suspended and dissolved solids
3  and contaminants."
4  That's a mouthful. Can you help
5  me understand that, help the jury understand
6  what she's talking about there.
7  A. Sure. So Jan Burgess had
8  contacted Jennifer Crooks pointing her to
9  articles in the press that stated GM was no
10  longer using the treated Flint water, and they
11  were not using it because the levels of chloride
12  in it were too high.
13  So in this first paragraph,
14  Jennifer's confirming that the information in
15  the article was correct. And after that, she's
16  going on to say that -- Jennifer is saying that
17  she checked with MDEQ about what was happening
18  in Flint, if they knew about this, and why they
19  thought it was happening.
20  And then she's relaying the
21  state's response. And the state's response in
22  this first paragraph is saying that the chloride
23  levels were higher, possibly because Flint River
24  water is now being treated with a different

Page 281

1  chemical than what Detroit uses.
2  Q. Okay. So what is ferric chloride?
3  A. It's a coagulant. So surface
4  water treatment systems, generally speaking, the
5  most common type of treatment is to -- there are
6  floating solids in the water, and you add a
7  coagulant to make those solids stop being
8  suspended. So instead of staying separate in
9  the water, the coagulant is a chemical you add
10  to make them clump together.
11  Then once those solids are clumped
12  together, you would run the water through a
13  filter, and then those solids would be removed.
14  But the coagulant makes the filter work better.
15  MS. LINDSEY: Can we scroll down a
16  little bit, Attorney Howe? The
17  paragraph that starts off "Chlorine
18  reacts with water" -- I'm sorry. That's
19  a little too low. Back up to the -- a
20  little higher. Right there in the
21  middle.
22  BY MS. LINDSEY:
23  Q. Do you see where it says,
24  "Chlorine reacts with water to create different