STATE OF MICHIGAN
CIRCUIT COURT FOR THE 7TH JUDICIAL CIRCUIT
GENESEE COUNTY

**GRAND JURY INDICTMENT**

PEOPLE OF THE STATE OF MICHIGAN,

v

**DEF**: HOWARD CROFT

**DOB**: 06/24/1965
**SEX/RACE**: M/B

CONFIDENTIAL/Non-Public
File No. 2020-113791-PZ

**Offense Information**
Police Agency/Report No.

**Date of Offense**: 10/01/2013-10/01/2015

**Place of Offense**: Flint, MI

**Complaining Witness**: GRAND JURY

**INDICTMENT**

THE GRAND JURY OF THE COUNTY OF GENESEE PRESENTS THAT:

On or about the above date in County of GENESEE, State of MICHIGAN, the above-named defendant:

**COUNT 1: WILLFUL NEGLECT OF DUTY**

Did willfully neglect to communicate information, and/or risks of health effects, associated with the Flint Water Supply System, thereby failing to ensure the safety and quality of the Flint Water Supply System for its residents in violation of his duties as the Emergency Manager appointed Director of Department of Public Works for the City of Flint; contrary to MCL 750.478. [750.478]

**MISDEMEANOR:** Not more than 1 year and/or fine of not more than $1,000.00

**COUNT 2: WILLFUL NEGLECT OF DUTY**

Did willfully neglect to pursue, and/or communicate, corrosion concerns in the Flint Water Supply System, thereby failing to ensure the safety and quality of the Flint Water Supply System for its residents in violation of his duties as the Emergency

1



Manager appointed Director of Department of Public Works for the City of Flint; contrary to MCL 750.478. [750.478]

**MISDEMEANOR:** Not more than 1 year and/or fine of not more than $1,000.00

**I hereby certify that the foregoing indictment is a TRUE BILL.**

_____
Grand Juror

DATE: 1/8/21

SG Flint/Indictment(Croft)

| STATE OF MICHIGAN<br>7th JUDICIAL CIRCUIT | GRAND JURY FELONY INDICTMENT | CASE NO:<br>20-113791-PZ |
|---|---|---|

The People of the State of Michigan

vs

**DEF: DARNELL EARLEY**

**DOB:** 11/01/1951
**SEX/RACE:** M/B

**Offense Information**
**Police Agency / Report No.**

**Date of Offense** 10/1/2013-03/20/2014

**Place of Offense** Flint, MI

**Complaining Witness**
GRAND JURY

## GRAND JURY INDICTMENT

THE GRAND JURY OF THE COUNTY OF GENESEE PRESENTS THAT:

On or about the above date in County of GENESEE, State of MICHIGAN, the above named defendant:

**COUNT1:** MISCONDUCT IN OFFICE

Did commit misconduct in office, an indictable offense at common law, during his tenure as state-appointed Emergency Manager by allowing the City of Flint to incur debt in violation of the Home Rule City Act; contrary to MCL 750.505C. [750.505-C]

**FELONY:** 5 years and/or $10,000.00

DATE: 3/16/20

I hereby certify that the foregoing indictment is a TRUE BILL.

Grand Juror


ORIGINAL

STATE OF MICHIGAN
CIRCUIT COURT FOR THE 7TH JUDICIAL CIRCUIT
GENESEE COUNTY

## GRAND JURY FELONY INDICTMENT

PEOPLE OF THE STATE OF MICHIGAN,

v

**DEF**: DARNELL EARLEY

**DOB**: 11/01/1951
**SEX/RACE**: M/B

CONFIDENTIAL/Non-Public
File No. 2020-113791-PZ

**Offense Information**
Police Agency/Report No.

**Date of Offense**: 10/01/2013-01/20/2015

**Place of Offense**: Flint, MI

**Complaining Witness**: GRAND JURY

## INDICTMENT

THE GRAND JURY OF THE COUNTY OF GENESEE PRESENTS THAT:

On or about the above date in County of GENESEE, State of MICHIGAN, the above-named defendant:

**COUNT 1:** MISCONDUCT IN OFFICE

Did commit misconduct in office, an indictable offense at common law, during his tenure as state-appointed Emergency Manager by disseminating misleading information on or about January 2, 2015, about the City of Flint's drinking water, while refusing to switch Flint's drinking water source back to the Detroit Water and Sewerage Department, when he had knowledge of ongoing quality issues and health risks associated with Flint's drinking water; contrary to MCL 750.505C. [750.505-C]

**FELONY:** 5 years and/or $10,000.00

**COUNT 2:** MISCONDUCT IN OFFICE

Did commit misconduct in office, an indictable offense at common law, during his tenure as state-appointed Emergency Manager by disseminating misleading information on or about January 9, 2015, about the City of Flint's drinking water, while refusing to switch Flint's drinking water source back to the Detroit Water and Sewerage Department, when he had knowledge of ongoing quality issues and health risks associated with Flint's drinking water; contrary to MCL 750.505C. [750.505-C]

**ORIGINAL**

**FELONY:** 5 years and/or $10,000.00

I hereby certify that the foregoing indictment is a TRUE BILL.

_____
Grand Juror

DATE: 9/1/20

SG Flint/Indictment (Earley)

| STATE OF MICHIGAN<br>7th JUDICIAL CIRCUIT | GRAND JURY FELONY INDICTMENT | CASE NO:<br>20-113791-PZ |
|---|---|---|

The People of the State of Michigan

vs

**DEF: GERALD AMBROSE**

DOB: 02/22/1944
SEX/RACE: M/W

Offense Information
Police Agency / Report No.

Date of Offense 10/1/2013-03/20/2014

Place of Offense Flint, MI

Complaining Witness
GRAND JURY

## GRAND JURY INDICTMENT

THE GRAND JURY OF THE COUNTY OF GENESEE PRESENTS THAT:

On or about the above date in County of GENESEE, State of MICHIGAN, the above named defendant:

**COUNT1:** MISCONDUCT IN OFFICE

Did commit misconduct in office, an indictable offense at common law, during his tenure as the appointed Finance Director by allowing the City of Flint to incur debt in violation of the Home Rule City Act; contrary to MCL 750.505C. [750.505-C]

**FELONY:** 5 years and/or $10,000.00

DATE: 3/16/20

I hereby certify that the foregoing indictment is a TRUE BILL.

_____
Grand Juror


ORIGINAL

STATE OF MICHIGAN
CIRCUIT COURT FOR THE 7TH JUDICIAL CIRCUIT
GENESEE COUNTY

## GRAND JURY FELONY INDICTMENT

PEOPLE OF THE STATE OF MICHIGAN,

v

**DEF**: GERALD AMBROSE

**DOB**: 02/22/1944
**SEX/RACE**: M/W

CONFIDENTIAL/Non-Public
File No. 2020-113791-PZ

**Offense Information**
Police Agency/Report No.

**Date of Offense**: 01/01/2013-4/30/2015

**Place of Offense**: Flint, MI

**Complaining Witness**:
GRAND JURY

### INDICTMENT

THE GRAND JURY OF THE COUNTY OF GENESEE PRESENTS THAT:

On or about the above date in County of GENESEE, State of MICHIGAN, the above-named defendant:

**COUNT 1:** MISCONDUCT IN OFFICE

Did commit misconduct in office, an indictable offense at common law, during his tenure as the state-appointed Emergency Manager from January 2015 to April 2015 by rejecting opportunities to switch the City of Flint's drinking water source back to Detroit Water and Sewerage Department, when he had knowledge of ongoing quality issues and health risks associated with Flint's drinking water as well as local opposition to continued use of the Flint River; contrary to MCL 750.505C. [750.505-C]

**FELONY:** 5 years and/or $10,000.00

**COUNT 2:** MISCONDUCT IN OFFICE

1



Did commit misconduct in office, an indictable offense at common law, during his tenure as the state-appointed Emergency Manager by directing a private consulting company hired by the City of Flint in early 2015 to address water quality and safety concerns to not evaluate or consider switching back to DWSD supplied water when he had knowledge of ongoing quality issues and health risks associated with Flint's drinking water as well as local opposition to continued use of the Flint River; contrary to MCL 750.505C. [750.505-C]

**FELONY:** 5 years and/or $10,000.00

### COUNT 3: MISCONDUCT IN OFFICE

Did commit misconduct in office, an indictable offense at common law, during his tenure as the state-appointed Emergency Manager by, immediately prior to his resignation as Emergency Manager in April 2015, when he had knowledge of continuing quality issues and health risks associated with Flint's drinking water as well as local opposition to continued use of the Flint River, committing the City of Flint to a $7 million emergency loan to address its ongoing deficit that impeded Flint's ability to switchback to Detroit Water and Sewerage Department for its drinking water source; contrary to MCL 750.505C. [750.505-C]

**FELONY:** 5 years and/or $10,000.00

**I hereby certify that the foregoing indictment is a TRUE BILL.**

_____
Grand Juror

DATE: 9/1/20

SG Flint/Indictment (Ambrose)

2