# **Exhibit B**

# **March 24, 2022, LAN Outline**

## Gov. Rick Snyder

Areas of anticipated and permissible testimony:

**(1) Topics, subjects and documents covered in the depositions.** See summary below. Under the Court's ruling, examination as to these areas and documents should be allowed without objection, including exploration as to further details or aspects of the topics regardless of whether specifically asked in the deposition, *e.g.,* getting the Flint Water Treatment Plant ready to start using the Flint River by April 2014, the failure to use orthophosphates as part of the water treatment process, the parties involved in those events and the roles they played, and the allegations in Plaintiffs' Complaint regarding the witness.

**(2) Topics, subjects or documents not covered in the depositions because the information was learned later or due to other constraints.** Examples include information revealed at depositions taken after the witness's deposition, areas not covered because of time constraints on individual parties' examination, or information revealed during the witness's trial testimony that prompt examination as to further details, accuracy or credibility of the trial testimony.

**(3) Additional permissible topics, subjects or documents not covered in the depositions.** Examples include (1) the fact that the witness is facing criminal prosecution under charges related to the Flint Water Crisis; (2) the official duties and responsibilities of the witness in his capacity as a government official, appointee or employee; (3) other prior testimony, *e.g.,* Congressional hearings, criminal examining trials, governmental interviews or testimony, *etc.*.

**(4) Any areas, topics or documents identified by VNA.** LAN adopts by reference any areas, topics or documents identified by co-defendant VNA as areas of examination of the witness.

## Summary of Deposition Topics & Exhibits

| Topic | Pages |
|---|---|
| Personal History, Education and Work History | 17-29, 131-132 |
| Gubernatorial campaign and election, organization of Governor's office and selection of administration personnel (Muchmore, Baird, Roberts, Clement), state agencies, practices and procedures while in office | 29-54, 182-184 |
| Views on Leadership and Decision Making | 32-33, 37-40, 225-226 |
| History of knowledge and involvement of administration in Flint Water Crisis | 54-61, |
| Review and reaffirmation of Congressional testimony | 61-71,83-89, 102-103 |
| Payment of legal fees | 70-72 |
| Supervision of Emergency Managers, MDEQ, and MDHSS | 107-109, 116-117, 260-262, 656-664 |
| Decision to switch from DWSD to KWA | 102-127, 133-158, 279-306, 307-310, 678-683, 810-812 |

| | |
|---|---|
| Use of Flint River as an Interim Source and activity during period | 102-104, 127-130, 132-33, 163-166, 184-195, 211-279, 305-307, 310-328, 329-357, 511-524, 576-669 |
| City's plan to use phosphate as late as March 26, 2014 | 572-576 |
| Discovery of lead and precursor and subsequent actions | 231-249, 260-277, 339-346, 353-357, 518-523, 548-560, 592-620, 667-670, 823- |
| Discovery of contaminants and Legionella, and response to same | 88-90, 158-163, 274-279, 459-496, 664-667, 683-745, 806-810 |
| Failures and responsibility of various governmental agencies, organizations and individuals | 73-107, 256-257, 260-269, 442-443, |
| Flint Water Advisory Task Force | 93-100, 532-540, 674-678, 765-770 |
| EPA Emergency Administrative Order | 249-256, 507-510, 673-674 |
| Declaration of State of Emergency | 498-506, 770-773 |
| VNA activities | 359-382, 587-618, 630-642, 652-654, 775-800, 801-805, 813-818 |
| LAN activities | 408-438, 630-640, 644-654 |
| Investigations and Audits (Flint Water Advisory Task Force, Office of Auditor General, criminal investigations, Congressional hearings) | 440-455, 531-540, 649-654, 674-678, 765-770 |
| Terminations and Resignations | 818-822 |
| Charges and Disciplinary Actions | 525-530 |
| ODWMA Lead and Copper Rule Implementation Policies and Procedures | 540-548 |
| Condition of and Composition of Service Lines in Flint | 561-571 |
| Hypothetical actions if given certain notices by VNA or LAN | 357-358, 372-373, 379-380, 424-425, 432, 670-673, 800-801 |
| EPA activities | 250-255, 507-518, 600-618, 747-764, 823-830 |

| LAN Trial Exhibit # | Document Date | Description | Deponent | Depo Ex. # |
|---|---|---|---|---|
| 3301 | 03/17/2016 | "House Oversight and Government Reform Committee Holds Hearing on Flint, Michigan Water Crisis, Part 3 | Rick Snyder - GOV | 1 |
| 3302 | 03/21/2016 | Flint Water Advisory Task Force Report | Rick Snyder - GOV | 2 |
| 3303 | 03/17/2013 | Email chain re: Flint Water Supply alternatives | Rick Snyder - GOV | 3 |
| 3304 | 03/26/2013 | Email chain re: Flint draft response | Rick Snyder - GOV | 4 |
| 3305 | 04/04/2013 | E-mail string re: KWA | Rick Snyder - GOV | 5 |
| 3306 | 04/04/2013 | E-mail string re: week DWSD to present counter proposal | Rick Snyder - GOV | 6 |
| 3307 | 04/17/2013 | E-mail re: water meeting with governor | Rick Snyder - GOV | 7 |
| 3308 | 04/17/2013 | DWSD's Notice of Termination of Flint Water Supply Contract | Rick Snyder - GOV | 8 |
| 3309 | 04/17/2013 | Calendar Invite for meeting re KWA & DWSD | Rick Snyder - GOV | 9 |
| 3310 | 04/20/2013 | Email re: summary of meeting with Gov about DWSD | Rick Snyder - GOV | 10 |
| 3311 | 04/29/2013 | Email chain re: Flint adhered to plan by rejecting DWSD offer | Rick Snyder - GOV | 11 |
| 3312 | 04/25/2013 | Email re: DWSD's responses to Flint's questions | Rick Snyder - GOV | 12 |
| 3313 | 10/01/2014 | Email re: City of Flint Drinking Water - Governor's Office Briefing Paper | Rick Snyder - GOV | 13 |
| 3314 | 10/14/2014 | Email re: Flint water escalating - need to discuss concerns | Rick Snyder - GOV | 14 |
| 3315 | 11/26/2014 | Email re: Darnell Earley being out in February and no new EM being put in | Rick Snyder - GOV | 15 |
| 3316 | 01/19/2015 | Email re: Flint Mayor letter to governor | Rick Snyder - GOV | 16 |
| 3317 | 02/05/2015 | Email chain re: Pastor Harris and water concerns. | Rick Snyder - GOV | 17 |
| 3318 | 03/03/2015 | Email chain re: buying water for residents temporarily | Rick Snyder - GOV | 18 |
| 3319 | 10/13/2015 | Email attaching Flint Quality Report | Rick Snyder - GOV | 19 |
| 3320 | 07/22/2015 | Email re: notes from meeting with Flint Clean Water Coalition | Rick Snyder - GOV | 20 |
| 3321 | 07/22/2015 | Calendar invite re: meeting about Flint/KWA | Rick Snyder - GOV | 21 |
| 3322 | 07/24/2015 | Email re: DWSD corrosion control study and Flint lead history - keep internal | Rick Snyder - GOV | 22 |

**GOV. RICK SNYDER** Page 3 of 7

| LAN Trial Exhibit # | Document Date | Description | Deponent | Depo Ex. # |
|---|---|---|---|---|
| 3323 | 09/26/2015 | Email re: Flint updates attaching lead advisory release | Rick Snyder - GOV | 23 |
| 3324 | 03/22/2016 | Transcript of Gov. Rick Snyder Flint/Frank Beckmann Show WJR | Rick Snyder - GOV | 24 |
| 3325 | 01/21/2016 | Emergency Administrative Order | Rick Snyder - GOV | 25 |
| 3326 | 09/28/2015 | "Flint Water Timeline" | Rick Snyder - GOV | 26 |
| 3327 | 04/20/2013 | Email re: summary of meeting with Gov about DWSD | Rick Snyder - GOV | 27 |
| 3328 | 03/19/2014 | E-mail chain re: Tom handling getting DEQ approval of the Flint project | Rick Snyder - GOV | 28 |
| 3329 | 09/10/2014 | Email re: John Gleason letter to Governor - issue getting bigger | Rick Snyder - GOV | 29 |
| 3330 | 09/10/2014 | Letter re: drinking water concerns | Rick Snyder - GOV | 30 |
| 3331 | 10/01/2014 | DEQ Governor's Office Briefing Paper, City of Flint Drinking Water | Rick Snyder - GOV | 31 |
| 3332 | 07/22/2015 | Email re: look into Flint. Residents are getting "blown off" by state | Rick Snyder - GOV | 32 |
| 3333 | 02/02/2015 | Email string re: consulting in Flint - residents unhappy with water quality. Potential lawsuits. City's expectation on consultant is unrealistic. | Rick Snyder - GOV | 33 |
| 3334 | 02/09/2015 | Email chain re: Help with Flint Journal article | Rick Snyder - GOV | 34 |
| 3335 | 02/09/2015 | Email chain re: Help with Flint Journal article | Rick Snyder - GOV | 35 |
| 3336 | 02/09/2015 | Email chain re: Help with Flint Journal article. Leads seems to be problem. | Rick Snyder - GOV | 36 |
| 3337 | 02/13/2015 | Email re: make it clear quickest option is to return to Detroit water | Rick Snyder - GOV | 37 |
| 3338 | 06/10/2013 | LAN Proposal for Flint Water Treatment Plant Rehabilitation - Phase II | Rick Snyder - GOV | 38 |
| 3339 | 07/01/2020 | LAN website printout | Rick Snyder - GOV | 39 |
| 3340 | 09/16/2014 | Internal McLaren Document | Rick Snyder - GOV | 40 |
| 3341 | 09/30/2014 | Internal McLaren Document | Rick Snyder - GOV | 41 |
| 3342 | 10/03/2014 | Email re: McLaren Bacteria Brief | Rick Snyder - GOV | 42 |
| 3343 | 11/05/2014 | Letter re: Legionella sampling at McLaren on 10/25/2014 | Rick Snyder - GOV | 43 |
| 3344 | 11/18/2014 | Letter re: Legionella sampling at McLaren on 11/7/2014 | Rick Snyder - GOV | 44 |

**GOV. RICK SNYDER** Page 4 of 7

| LAN Trial Exhibit # | Document Date | Description | Deponent | Depo Ex. # |
|---|---|---|---|---|
| 3345 | 11/15/2014 | Internal McLaren Document | Rick Snyder - GOV | 45 |
| 3346 | 12/03/2015 | Internal McLaren Document | Rick Snyder - GOV | 46 |
| 3347 | 12/02/2014 | Letter re: Legionella sampling at McLaren on 11/24/2014 | Rick Snyder - GOV | 47 |
| 3348 | 12/23/2014 | Letter re: Legionella sampling at McLaren on 12/5 - 12/9 | Rick Snyder - GOV | 48 |
| 3349 | 12/15/2019 | Memo re: Investigation of healthcare associated Legionnaires' disease - Flint, Michigan, January 2018-June 2019 | Rick Snyder - GOV | 49 |
| 3350 | 12/14/2015 | Declaration of State of Emergency | Rick Snyder - GOV | 50 |
| 3351 | 01/05/2016 | Declaration of Emergency | Rick Snyder - GOV | 51 |
| 3352 | 02/05/2016 | Subject: Notice of charges and Disciplinary Action | Rick Snyder - GOV | 52 |
| 3353 | 01/17/2013 | ODWMA Policy and Procedure, Subject: Lead and Copper Rule Implementation | Rick Snyder - GOV | 53 |
| 3354 | 03/23/2016 | Transcript of Miguel Del Toral | Rick Snyder - GOV | 54 |
| 3355 | 10/01/2015 | Letter re: assessment of the water quality and health issues in Flint | Rick Snyder - GOV | 55 |
| 3356 | 08/12/2013 | Email re: 24" water main on Pasadena and continued issues | Rick Snyder - GOV | 56 |
| 3357 | 03/26/2014 | Email re: MAIL allocation | Rick Snyder - GOV | 57 |
| 3358 | 01/22/2015 | Email chain re: water forum | Rick Snyder - GOV | 58 |
| 3359 | 01/05/2015 | "Flint residents call for investigative hearings into 'water crisis'" | Rick Snyder - GOV | 59 |
| 3360 | 01/22/2015 | "Who wants to drink Flint's water?" | Rick Snyder - GOV | 60 |
| 3361 | 02/13/2015 | Handwritten notes - Veolia Update | Rick Snyder - GOV | 61 |
| 3362 | 02/18/2015 | Handwritten notes titled "Corrosion Control Checking | Rick Snyder - GOV | 62 |
| 3363 | 02/24/2015 | Email chain re: Leanne Walters - 212 Browning. Indicates a larger potential problem in the system | Rick Snyder - GOV | 63 |
| 3364 | 03/03/2015 | Email chain re: High Lead - Flint Water testing results | Rick Snyder - GOV | 64 |
| 3365 | 03/02/2015 | Email chain re: Leaanne Walters | Rick Snyder - GOV | 65 |
| 3366 | 03/02/2015 | Handwritten document titled "Exec" | Rick Snyder - GOV | 66 |

**GOV. RICK SNYDER**                                                      Page 5 of 7

| LAN Trial Exhibit # | Document Date | Description | Deponent | Depo Ex. # |
|---|---|---|---|---|
| 3367 | 03/03/2015 | Email chain re: contaminated water in Flint. Seeing price of water. | Rick Snyder - GOV | 67 |
| 3368 | 03/04/2015 | PowerPoint presentation titled "City of Flint, MI Water Quality Report, Technical Advisory Committee" | Rick Snyder - GOV | 68 |
| 3369 | 03/05/2015 | Email re: Tech Committee Follow up | Rick Snyder - GOV | 69 |
| 3370 | 03/12/2015 | Flint, Michigan Water Quality Report | Rick Snyder - GOV | 70 |
| 3371 | 09/29/2015 | Response to Treasury Questions | Rick Snyder - GOV | 71 |
| 3372 | 10/21/2015 | Press Release : Gov Rick Snyder announces Flint Water Task Force to review state, federal and municipal actions, offer recommendations | Rick Snyder - GOV | 72 |
| 3373 | 01/22/2016 | Email chain re: Recommendations for Flint Water System and Legionella | Rick Snyder - GOV | 73 |
| 3374 | 02/06/2016 | E-mail chain Re: Query from DEQ re Genesee County Legionnaire's Disease Cluster | Rick Snyder - GOV | 74 |
| 3375 | 01/28/2015 | Email re: help offered to health dept to investigate legionnaires | Rick Snyder - GOV | 75 |
| 3376 | 02/06/2016 | Email fw: chain regarding legionella | Rick Snyder - GOV | 76 |
| 3377 | 01/28/2015 | Email chain re: county health dept's FOIA request | Rick Snyder - GOV | 77 |
| 3378 | 01/30/2015 | Email chain re: FOIA Request Flint Water | Rick Snyder - GOV | 78 |
| 3379 | 03/12/2015 | E-mail string ending with an e-mail to Ms. Shekter-Smith and others from Mr. Busch, dated 3/12/2015 | Rick Snyder - GOV | 79 |
| 3380 | 03/13/2015 | Email re: FOIA Request Flint Water Part II | Rick Snyder - GOV | 80 |
| 3381 | 04/21/2015 | Email chain re: potential legionella issue in Genesee County | Rick Snyder - GOV | 81 |
| 3382 | 05/29/2015 | Summary of Legionella Outbreak - Genesee County, June 2014-March 2015 | Rick Snyder - GOV | 82 |
| 3383 | 02/04/2016 | Email FW: chain re: Gov's admin aware of surge in Legionnaires' disease | Rick Snyder - GOV | 83 |
| 3384 | 01/14/2016 | Letter to President re: request to declare state of emergency | Rick Snyder - GOV | 84 |
| 3385 | 04/14/2015 | Report 8: Epi-Curve Graph, 1-1-2010 - 4-14-2015 | Rick Snyder - GOV | 85 |
| 3386 | 08/29/2017 | Environmental Science & Technology article titled "Distribution System Operational Deficiencies Coincide with Reported Legionnaires' Disease Clusters in Flint, MI" | Rick Snyder - GOV | 86 |

**GOV. RICK SNYDER**                                                                 Page 6 of 7

| LAN Trial Exhibit # | Document Date | Description | Deponent | Depo Ex. # |
|---|---|---|---|---|
| 3387 | 08/08/2016 | Enhanced Disease Surveillance and Environmental Monitoring in Flint, Michigan, Phase II Project Report | Rick Snyder - GOV | 87 |
| 3388 | 10/02/2015 | Email chain re: R5 Weekend Update | Rick Snyder - GOV | 88 |
| 3389 | 03/30/2015 | THM Treatment Strategies - for Flint, Michigan (Technical Memo) | Rick Snyder - GOV | 89 |