March 23, 2022 1377

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                          SOUTHERN DIVISION

 3    SHERROD, TEED, VANDERHAGEN and WARE,

 4                      Plaintiffs,
        -v-                                    Case No. 17-10164
 5
      VNA and LAN,
 6
                        Defendants.
 7    _____/

 8                             JURY TRIAL

 9
                  BEFORE THE HONORABLE JUDITH E. LEVY
10                   UNITED STATES DISTRICT JUDGE

11                          MARCH 23, 2022

12
      APPEARANCES:
13
      For the              Corey M. Stern
14    Plaintiffs:          Levy Konigsberg, LLP
                           605 Third Avenue, 33rd Floor
15                         New York, New York 10158

16                         Moshe Maimon
                           Levy Konigsberg, LLP
17                         605 Third Avenue, 33rd Floor
                           New York, New York 10158
18
                           Melanie Daly
19                         Levy Konigsberg, LLP
                           605 Third Avenue, 33rd Floor
20                         New York, New York 10158

21

22                         (Appearances Continued on Next Page)

23
      TO OBTAIN A          JESECA C. EDDINGTON, RDR, RMR, CRR, FCRR
24    CERTIFIED              FEDERAL OFFICIAL COURT REPORTER
      TRANSCRIPT:             UNITED STATES DISTRICT COURT
25                              200 EAST LIBERTY STREET
                              ANN ARBOR, MICHIGAN 48104
```

```
 1   For the VNA         Daniel Stein
     Defendants:         Mayer Brown LLP
 2                       1221 Avenue of the Americas
                         New York, New York 10020
 3
                         James M. Campbell
 4                       Campbell Conroy & O'Neil, P.C.
                         1 Constitution Wharf, Suite 310
 5                       Boston, Massachusetts 02129

 6                       Marcus Christian
                         Mayer Brown LLP
 7                       1999 K Street NW
                         Washington, District of Columbia 20006
 8
                         Mark R. Ter Molen
 9                       Mayer Brown LLP
                         71 South Wacker Drive
10                       Chicago, Illinois 60606

11                       Cheryl A. Bush
                         Bush, Seyferth PLLC
12                       100 West Big Beaver Road, Suite 400
                         Troy, Michigan 48084
13
     For the LAN         Wayne Brian Mason
14   Defendants:         Faegre Drinker Biddle & Reath LLP
                         1717 Main Street, Suite 5400
15                       Dallas, Texas 75201

16                       David C. Kent
                         Faegre Drinker Biddle & Reath LLP
17                       1717 Main Street, Suite 5400
                         Dallas, Texas 75201
18
                         Tory Finley
19                       Faegre Drinker Biddle & Reath LLP
                         1717 Main Street, Suite 5400
20                       Dallas, Texas 75201

21                       Philip A. Erickson
                         Plunkett & Cooney
22                       325 East Grand River Avenue, Suite 250
                         East Lansing, Michigan 48823
23

24

25
```

```
 1                           I N D E X

 2       WITNESSES                                              PAGE

 3       Recorded Deposition of Edward Benes Played
                                          (Continued)...1384
 4
         Recorded Deposition of David Gadis Played.....1384
 5

 6

 7


 8       MISCELLANY                                             PAGE

 9       Proceedings..................................1380
         Certificate..................................1385
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2              THE CLERK:  Calling Sherrod, Teed, Vanderhagen and
 3    Ware v VNA and LAN.
 4              THE COURT:  Could we have appearances, please.
 5              MR. STERN:  Good morning, your Honor.  Corey Stern
 6    and Moshe Maimon for the bellwether plaintiffs.
 7              THE COURT:  Thank you.
 8              MR. STEIN:  Good morning, your Honor.  Daniel Stein
 9    and Jim Campbell for VNA.
10              THE COURT:  Good morning.
11              MR. MASON:  Wayne Mason and Philip Erickson for LAN,
12    Your Honor.
13              THE COURT:  Thank you.  Please be seated.  And we'll
14    bring the jury in.
15              And we're continuing with Mr. Benes, correct?
16              MR. STERN:  Yes, Your Honor.
17              THE COURT:  I told the jurors that due to the
18    schedule change, we would be continuing with the deposition.
19    But I'll tell them again.
20              MR. STERN:  Thank you.
21              THE COURT:  Just to remind them of his name.  His
22    title is -- what is his title?  Where are we?  Yeah.  There
23    you are.
24              MR. MASON:  He described it on the video.
25              THE COURT:  I know.  But help me.  It's general
```

1   counsel of both LAN and LAD.
2           MR. ERICKSON:  General counsel for LAD.  But he
3   provides services to both companies.
4           MR. MASON:  And he's corporate secretary.
5           THE COURT:  Okay.  I just want to flag for the jury
6   that this is a LAN witness.  How -- general counsel for --
7           MR. ERICKSON:  Leo A Daly Company.
8           THE COURT:  Leo A Daly.  Providing service for LAN.
9           MR. MAIMON:  No.  He testified -- and I think we
10  should stick with his testimony.
11          THE COURT:  Yeah.
12          MR. MAIMON:  He says that he is the senior vice
13  president and general counsel for Leo A Daly Company and the
14  corporate secretary of Lockwood, Andrews & Newnam, LAN.
15          THE COURT:  Thank you. Okay.  This is what I'm going
16  to do, Mr. Maimon.  I'm going to just say, "Mr. Maimon will
17  remind us of our witness's title."  I don't want to get it
18  wrong.
19          Please rise for the jury.
20          Oh, there's a giant cord everybody.  We're having a
21  little bit of technical problem getting the video up so we're
22  running a cord.  So do not trip on the cord.
23                           (Jury In)
24          THE COURT:  Please be seated.
25          Welcome back, to the jury, and I'm so thankful to see

1    all of you.  We're still trying to get this to run.  And see
2    we have to be here every day to keep it warm I think.  So
3    we're going to -- they're going to try to get it going.
4              Meanwhile, I'm looking for a cameo appearance from my
5    daughter.  Her car -- she said she got on -- she lives in
6    town, works in Ypsilanti, and says that she got on the highway
7    and every warning light came on.  Every one.  Brakes, engine,
8    everything.
9              So she brought the car to a shop not far from here
10   and is going to come and get my keys.  So take my car.  Thank
11   goodness.  Leave me stranded in the rain, but that won't be
12   the first time.
13             Oh, it's working.
14             INFORMATION TECHNOLOGIST RYAN TRAVIS:  I have to cue
15   it up real quick, Your Honor.  It will take me a couple of
16   minutes to get to the right spot.
17             THE COURT:  Okay.  We'll just carry on.
18             Oh, there we are.  I thought you had to really warm
19   it up or something.  Now you have to figure out where we were.
20             While you're doing that, I'm going to ask Mr. Maimon,
21   this is a witness that the plaintiffs called you might
22   remember before we took our -- finished on Thursday.
23             So Mr. Maimon, remind us of his name and his title.
24             MR. MAIMON:  Yes, Your Honor.  Good morning.
25             This is Edward George Benes, B-e-n-e-s.  Mr. Benes

1  testified that he is the senior vice president and general
2  counsel of the Leo A Daly Company and also the corporate
3  secretary for both the Leo A Daly Company and Lockwood,
4  Andrews & Newnam Inc., LAN.
5         THE COURT: Okay. Thank you, Mr. Maimon.
6         So we're -- I think we're just about ready to start
7  the video. He was just there. We know we can do this.
8         Does anybody have any questions sort of unrelated to
9  the witness. Our schedule will be here today and tomorrow.
10 And then we'll keep going. Monday through Thursday 9:00 to
11 1:30. We don't have scheduled days off that we've selected
12 but we certainly could take a Thursday or a Monday or
13 something like that off.
14        So you could think about something that would be
15 helpful to you and let me know and I'll be talking with the
16 lawyers. But hopefully we'll just keep going as much as we
17 can.
18        What do you think -- when I listen to a podcast or
19 audio book and I pick it up the next day, I always go back a
20 minute to make sure I know where we were.
21        Could we go back a minute just to make sure we know
22 right where we were?
23        INFORMATION TECHNOLOGIST RYAN TRAVIS: Okay, Your
24 Honor. I think we're ready. Thank you for your patience.
25 I'm sorry about that.

1       THE COURT: No. Thank you.
2               (Recorded Deposition of Edward Benes Played)
3               (Recorded Deposition of David Gadis Played)
4       THE COURT: Thank you for the members of the jury. I'm so thankful we have at least one family member doing so much better. So thank you all for being here. And we will be back in session 9:00 tomorrow. So please rise for the jury.
8                       (Jury Out)
9       THE COURT: Please be seated. Is there anything to discuss?
11      MR. MAIMON: No, Your Honor.
12      MR. STEIN: No, Your Honor.
13      THE COURT: I would just request that the tech people get here early to make sure everything is up and running. We're here at 7:30 testing everything out every single day. So taking a little extra time to get here will allow us to make sure we start on time.
18      So with that, we'll adjourn for --
19      MR. ERICKSON: Your Honor?
20      THE COURT: Yes, Mr. Erickson.
21      MR. ERICKSON: The plaintiffs have never put in the exhibits from Mr. Benes.
23      MR. MAIMON: I thought we agreed that you would look at them and let me know if it was a problem.
25      MR. ERICKSON: I have looked at them and there's no

1 problem.

2 MR. MAIMON: We'll take care of that.

3 THE COURT: So we'll do that with the jury.

4 MR. MAIMON: Of course.

5 THE COURT: Maybe tomorrow at the beginning.

6 MR. MAIMON: Or maybe after Mr. Gadis's testimony is

7 concluded, we'll move all those exhibits in.

8 MR. ERICKSON: Okay. Thank you.

9 THE COURT: Sure. And that will be that. Thank you.

10 MR. MAIMON: Thank you, Your Honor.

11 (Proceedings Concluded)

12 -   -   -

13

14 CERTIFICATE OF OFFICIAL COURT REPORTER

15 I, Jeseca C. Eddington, Federal Official Court

16 Reporter, do hereby certify the foregoing 9 pages are a true

17 and correct transcript of the above entitled proceedings.

18 /s/ JESECA C. EDDINGTON                          03/23/2022
   Jeseca C. Eddington, RDR, RMR, CRR, FCRR         Date