```
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
 2                         SOUTHERN DIVISION

 3   SHERROD TEED VANDERHAGEN and WARE,

 4                  Plaintiffs,
       -v-                                Case No. 17-10164
 5
     VNA and LAN,
 6
                    Defendants.
 7   _____/

 8                  FINAL PRETRIAL CONFERENCE

 9
                BEFORE THE HONORABLE JUDITH E. LEVY
10                 UNITED STATES DISTRICT JUDGE

11                      FEBRUARY 9, 2022

12
     APPEARANCES:
13
     For the            Corey M. Stern
14   Plaintiffs:        Levy Konigsberg, LLP
                        605 Third Avenue, 33rd Floor
15                      New York, New York 10158

16                      Moshe Maimon
                        Levy Konigsberg, LLP
17                      605 Third Avenue, 33rd Floor
                        New York, New York 10158
18
                        Melanie Daly
19                      Levy Konigsberg, LLP
                        605 Third Avenue, 33rd Floor
20                      New York, New York 10158

21

22                      (Appearances Continued on Next Page)

23
     TO OBTAIN A         JESECA C. EDDINGTON, RDR, RMR, CRR, FCRR
24   CERTIFIED             FEDERAL OFFICIAL COURT REPORTER
     TRANSCRIPT:            UNITED STATES DISTRICT COURT
25                           200 EAST LIBERTY STREET
                            ANN ARBOR, MICHIGAN 48104
```

|    |                        |                                                                                              |
|----|------------------------|----------------------------------------------------------------------------------------------|
| 1  | For the VNA Defendants: | James M. Campbell<br>Campbell Conroy & O'Neil, P.C.                                        |
| 2  |                        | 1 Constitution Wharf, Suite 310<br>Boston, Massachusetts 02129                               |
| 3  |                        |                                                                                              |
| 4  |                        | Daniel Stein<br>Mayer Brown LLP<br>1221 Avenue of the Americas                               |
| 5  |                        | New York, New York 10020                                                                     |
| 6  |                        | Marcus Christian<br>Mayer Brown LLP                                                          |
| 7  |                        | 1999 K Street NW<br>Washington, District of Columbia 20006                                   |
| 8  |                        |                                                                                              |
| 9  |                        | Mark R. Ter Molen<br>Mayer Brown LLP<br>71 South Wacker Drive                                |
| 10 |                        | Chicago, Illinois 60606                                                                      |
| 11 |                        | Cheryl A. Bush<br>Bush, Seyferth PLLC                                                        |
| 12 |                        | 100 West Big Beaver Road, Suite 400<br>Troy, Michigan 48084                                  |
| 13 |                        |                                                                                              |
| 14 |                        | Kristin M. Dupre<br>Campbell Conroy & O'Neil, P.C.<br>1 Constitution Wharf, Suite 310        |
| 15 |                        | Boston, Massachusetts 02129                                                                  |
| 16 | For the LAN Defendants: | Wayne Brian Mason<br>Faegre Drinker Biddle & Reath LLP                                     |
| 17 |                        | 1717 Main Street, Suite 5400<br>Dallas, Texas 75201                                          |
| 18 |                        |                                                                                              |
| 19 |                        | Tory Finley<br>Faegre Drinker Biddle & Reath LLP<br>1717 Main Street, Suite 5400             |
| 20 |                        | Dallas, Texas 75201                                                                          |
| 21 |                        | Philip A. Erickson<br>Plunkett & Cooney                                                      |
| 22 |                        | 325 East Grand River Avenue, Suite 250<br>East Lansing, Michigan 48823                       |
| 23 |                        |                                                                                              |
| 24 |                        | Jude T. Hickland<br>Faegre Drinker Biddle & Reath LLP<br>1717 Main Street, Suite 5400        |
| 25 |                        | Dallas, Texas 75201                                                                          |

**I N D E X**

MISCELLANY

    Proceedings...................................4
    Certificate..................................12

1                    **P R O C E E D I N G S**

2              THE CLERK:  Calling Sherrod Teed Vanderhagen and Ware

3    v VNA and LAN.

4              THE COURT:  Thank you.  Welcome and please be seated.

5    I'd like to introduce my intern Bahar Haste who is here with

6    us today.

7              Does nobody wants to sit at counsel table?  I mean,

8    that's a first.

9              MR. CAMPBELL:  Your Honor, is it okay if I sit here?

10             THE COURT:  That would be great.

11             I'm just logging on to the docket in the event we

12   need to look at anything there.  I just want to take a moment

13   to acknowledge the loss of one of our retired judges, Avern

14   Cohn.  I don't know how many of you had -- I see Ms. Bush

15   nodding -- an opportunity to appear before Judge Cohn or get

16   to know him.  He was a remarkable person in every possible

17   way.  So we all miss him.  Okay.  Just a second.

18             Let me ask you this, ordinarily final pretrial

19   conferences are conducted in chambers.  We go through the

20   final pretrial order.  We discuss things that might need to be

21   modified or changed.  We do all of that.  We discuss a lot of

22   the things that we already talked about, jury selection and so

23   on.

24             So do any of you -- well, I guess we should have

25   appearances because we have some people who are here who have

1　not been in person here.  Yeah, why don't we go ahead and have
2　appearances for the record beginning with the plaintiffs.
3　　　　　MR. STERN:  Your Honor, Corey Stern on behalf of the
4　four plaintiffs.
5　　　　　MR. MAIMON:  Moshe Maimon also on behalf of the
6　plaintiffs, Your Honor.
7　　　　　THE COURT:  And I guess what I'm going to do, we'll
8　be going over all of this.  But please remain seated and use
9　the microphone.  That way we're doing a little practice run
10　with the Zoom Webinar today to make sure the combination of
11　in-person and webinar is working.
12　　　　　MR. STEIN:  Thank you.  Good morning, your Honor.
13　Daniel Stein for VNA.
14　　　　　THE COURT:  Thank you.
15　　　　　MR. CHRISTIAN:  Good morning, Your Honor.  Marcus
16　Christian on behalf of VNA.
17　　　　　THE COURT:  Thank you.
18　　　　　MR. CAMPBELL:  Good morning, your Honor.  James
19　Campbell.  I also represent VNA.
20　　　　　THE COURT:  Thank you.
21　　　　　MR. TER MOLEN:  Good morning, Your Honor.  Mark Ter
22　Molen also on behalf of VNA.
23　　　　　MS. BUSH:  And Cheryl Bush on behalf of VNA.
24　　　　　THE COURT:  All right.
25　　　　　Mr. Mason, we were going to set up a microphone in

1   that aisle. Is it set up? It's not yet. Okay. We will.
2           MR. MASON: Wayne Mason on behalf of LAN. And I'll
3   just introduce our team.
4           THE COURT: Please do. That's good.
5           MR. MASON: You know Mr. Erickson.
6           THE COURT: Yep.
7           MR. MASON: You know Mr. Hickland, Jude Hickland.
8   And this is Tory Finley who's just joined our firm and has
9   filed a pro hac this morning, Your Honor.
10          THE COURT: Okay. What is your last name?
11          MR. MASON: Mr. Finley.
12          THE COURT: Okay. Is that everybody?
13          MS. DUPRE: Kristin Dupre for VNA defendants.
14          THE COURT: Okay. Thank you.
15          Well, I think the first thing I'm interested in
16  knowing is whether you want this on the record or not. It's
17  easy for me to say that. It can be done. We're here. We're
18  on the record.
19          MR. STERN: We don't need it on the record, Your
20  Honor.
21          THE COURT: Mr. Stein.
22          MR. STERN: We don't need it on the record.
23          MR. MASON: I think to the extent something comes up
24  and we need something on the record, we can do that.
25  Otherwise I'm fine with it.

1         THE COURT: Okay. Why don't we get started then.
2    And we're still run the webinar and make sure we've got the
3    cameras. We're trying to not have the cameras focused on the
4    jury box and make sure that we're picking up everybody who's
5    speaking.
6         So we will be off the record. Thank you, Jeseca.
7    Although we might go back on, so if you could stay here that
8    will be great.
9                         (Off the Record)
10        THE COURT: Let's go back on the record. We're at
11   the final pretrial conference in the bellwether 1 cases. And
12   Mr. Stern has an oral motion to seal Exhibit C to his recent
13   motion to reconsider the Court's decision on LAN's motion for
14   summary judgment.
15        Do you want to make that motion, Mr. Stern?
16        MR. STERN: Yes, Your Honor.
17        On behalf of the bellwether plaintiffs identified in
18   the Walters's caption case, I hereby move to have admitted
19   under seal Exhibit C to plaintiffs' previously filed motion
20   for partial reconsideration of the Court's summary judgment
21   order regarding the LAN defendants, which was filed earlier
22   this morning.
23        THE COURT: And the reason that Exhibit C would be
24   sealed is that it's a transcript that was taken at a criminal
25   proceeding regarding the deponent. Is that right?

| | |
|---|---|
| 1 | MR. STERN: I apologize, Your Honor. |
| 2 | The purpose of the request is because it is a |
| 3 | transcript that was taken, testimony under oath, but in a |
| 4 | proceeding outside of the civil proceeding as a witness to |
| 5 | potential criminal acts undertaken by the Attorney General |
| 6 | office years ago. |
| 7 | THE COURT: Okay. And at this point I will grant the |
| 8 | motion. I'll certainly take a look at the transcript and |
| 9 | determine if it needs to continue to be sealed. But I think |
| 10 | out of an abundance of caution for the rights of those who are |
| 11 | criminally charged in connection with the Flint Water Crisis, |
| 12 | it should be sealed at this time. |
| 13 | MR. STERN: And I just want to note for the record, |
| 14 | Your Honor, that we are actually filing the relevant excerpts |
| 15 | that are cited in the brief. We are not filing the entire |
| 16 | transcript at this point. |
| 17 | THE COURT: Oh. |
| 18 | MR. STERN: Unless the Court determines that it would |
| 19 | be helpful to have. |
| 20 | THE COURT: I'll let you know if we need the entire |
| 21 | transcript and that may make it easier to unseal if those |
| 22 | portions do not meet the standards set forth by the Sixth |
| 23 | Circuit in Blue Cross v Shane Group. |
| 24 | So now we're going to, while we're still on the |
| 25 | record, list out the jurors that all three parties -- |

1 plaintiffs, LAN, and VNA -- agree should be stricken for
2 hardship issues that were raised in the jury questionnaires.
3     And so what I'm asking for is the smallest list.  So
4 if there's any that are disputed, I just want the ones that
5 everyone can agree on.
6     Do you need to conference first?
7     MR. STERN:  I think it would be fine if Mr. Mason
8 read his list.  Because he has 22 and I've only counted 20.
9 And so I'll be able to pick up potentially the two that he
10 believes are in agreement of the three parties and we can
11 potentially go there.
12     THE COURT:  Okay.  Can Mr. Mason just come to a
13 microphone.
14     MR. MASON:  I worked off of the plaintiffs' list.
15 And here's what I had.  Juror number 27B.  Juror number 34B.
16 35B.  38B.  46B.  54B.  62B.  63B.  72B.  98B.  124B.  141B.
17 159B.  164B.  169B.
18     MR. STERN:  On 169B, Your Honor, we don't have that
19 as a hardship that VNA identified, but perhaps I'm wrong.
20     THE COURT:  Okay.  We'll hold that one off right now
21 to the side.
22     MR. MASON:  I think counsel may be right, Your Honor.
23 Let me double check.  All right.  I'll continue.  182B.  190B.
24 199B.  223B.  254B.  260B.  And 277B.
25     MR. STERN:  I don't know which one of us counted

1   wrong here. But those are all the same that we have except
2   for 169B.
3              THE COURT: Okay.
4              MR. MASON: And I have VNA's list here that I've
5   printed. And I believe Mr. Stern is correct. So what I read
6   I think is accurate with the exception of 169B, unless VNA
7   wants to agree now.
8              MR. STEIN: No. I think that's correct. We didn't
9   have 169B on our list. And so I think we --
10             THE COURT: Okay. I'll take a look at 169B before
11  submitting these to the jury department.
12             And I'll take a look at -- I have not read all of
13  them, remember, the deposition transcripts. I've read a good
14  handful of them. So I'll just do some randomized checking and
15  then we'll submit these strikes along with the ones previously
16  submitted from the original group in the A group. Okay.
17             Is there anything further?
18             MR. STERN: So Your Honor will inform the jury
19  department of who's being excused and then we will also get
20  notification of all those that are being excused?
21             THE COURT: Everybody that you've submitted will be
22  excused. I'll take a look at 169B.
23             MR. STERN: Okay.
24             THE COURT: And I'll just -- just for my own
25  conscious, I'll check these. I will let you know if I

1   disagree with any of them.
2           MR. STERN:  Okay.
3           THE COURT:  And I'm likely not to, but I'll let you
4   know.  So assume that all of these will be submitted except
5   for 169B.  I'll let you know about that one.  And if any
6   others come off, I'll let you know.
7           Then as soon as the jury department has a list of the
8   first 35, I will do what I can to provide that list to you.  I
9   don't know what order they'll be seated until the morning when
10  that randomized list of the first 35 is created.  I'll also
11  give you the seating chart when I have it just so that you
12  have that available to you.
13          Anything further?
14          MR. STEIN:  The we had a couple of issues we wanted
15  to raise.
16          THE COURT:  That's, Mr. Stein?
17          MR. STEIN:  Yes.
18          THE COURT:  I don't know if it's helpful to Jeseca,
19  but with the masks, until I'm totally tuned in to who's
20  speaking, if you just sort of put your hand up slightly, it's
21  good -- then I know who's speaking.
22          MR. STEIN:  So just in terms of a logistical issue,
23  we were curious if the parties would agree to share in advance
24  the witnesses they plan to call over the next couple of trial
25  days so we can plan which --

1        MR. MAIMON:  I'll touch base.  Mr. Mason and I had
2    discussed that preliminarily and we'll come to an agreed upon
3    protocol for that.
4        MR. STEIN:  Okay.  And similarly in terms of
5    demonstratives for opening statement, I think would make sense
6    for us to exchange them sometimes in advance so we can see if
7    there's an objection.
8        THE COURT:  We're still on the record.  Do you want
9    this on the record?
10        MR. STEIN:  This does not need to be on the record.
11        THE COURT:  Okay.  So we'll be off the record and we
12    will have concluded the final pretrial conference.
13                    (Proceedings Concluded)
14                         -    -    -
15
16            CERTIFICATE OF OFFICIAL COURT REPORTER
17      I, Jeseca C. Eddington, Federal Official Court
18    Reporter, do hereby certify the foregoing 12 pages are a true
19    and correct transcript of the above entitled proceedings.
20    /s/ JESECA C. EDDINGTON_____          4/29/2022
      Jeseca C. Eddington, RDR, RMR, CRR, FCRR         Date
21
22
23
24
25