UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *Walters, et al.,*<br><br>    *Plaintiffs*<br><br>v.<br><br>*City of Flint, et al.,*<br><br>    *Defendants* | No. 5:17-cv-10164-JEL-MKM<br><br>Hon. Judith E. Levy |

## INDEX OF EXHIBITS

A. Subpoena to Produce Documents, Information, Or Objects or to Permit Inspection of Premises in a Civil Action directed to Veolia Water Contract Operations, USA, dated May 5, 2022

B. Subpoena to Produce Documents, Information, Or Objects or to Permit Inspection of Premises in a Civil Action directed to Veolia Water Logistics LLC, dated May 5, 2022

C. Subpoena to Produce Documents, Information, Or Objects or to Permit Inspection of Premises in a Civil Action directed to Veolia Water Municipal Services North America, dated May 5, 2022

D. Subpoena to Produce Documents, Information, Or Objects or to Permit Inspection of Premises in a Civil Action directed to Veolia Environmental Services, dated May 5, 2022

E. Subpoena to Produce Documents, Information, Or Objects or to Permit Inspection of Premises in a Civil Action directed to Veolia Water North America Operating Services, dated May 5, 2022

F. Defendant's Veolia Water North America Operating Services, LLC Cover Letter, dated May 11, 2022

G. Defendant's Defendant Veolia Water North America Operating Services, LLC Responses and Objections to Subpoena, dated May 11, 2022

H. Non-Parties' Cover Letter, dated May 11, 2022

I. Non-Parties' Responses and Objections to Subpoena, dated May 11, 2022

J. Various Tweets from @VNAFlintFacts