# EXHIBIT F



Max D. Stern
mjstern@toddweld.com

May 11, 2022

**VIA EMAIL**
Hunter@NapoliLaw.com

Hunter Shkolnik, Esq.
NAPOLI SHKOLNIK, PLLC
3163 Flushing Road
Suite 200-D
Flint, MI 48504

Re:   Defendant's Response to Subpoena for Documents dated May 5, 2022

Dear Hunter:

    I write on behalf of my client, Veolia Water North America Operating Services, LLC ("VNA"), in response to the document subpoena dated May 5, 2022 issued in the matter *Walters et al. v. Veolia North America et al.*, Civil Action No. 17-10164 (E.D. Mich.).

    Please find enclosed Responses and Objections by Defendant Veolia Water North America Operating Services, LLC to Plaintiffs' Subpoena to Produce Documents dated May 5, 2022 and issued in the matter *Walters et al. v. Veolia North America et al.*, Civil Action No. 17-10164 (E.D. Mich.).

    In light of the attached Objections, we do not believe that a privilege log is necessary or appropriate, but would be happy to discuss that with you if that would be helpful.

Very truly yours,

Max D. Stern

MDS/jmm
Enclosure