# EXHIBIT J

**Veolia Flint Facts**
@VNAFlintFacts

Aaron Specht, PhD, assistant professor at Purdue University, led a highly controversial program to test bone lead levels in #Flint children using modified, hand-held devices.

Learn more about his junk science test:



veoliaflintfacts.com
Public health officials sound the alarm on Aaron Specht's junk science bone le...
On April 27-28, Aaron Specht, Ph.D., an assistant professor at Purdue University, took to the stand.  Specht led a highly controversial program to test bone lead ...

12:30 PM · May 3, 2022 · Sprout Social

**Veolia Flint Facts**
@VNAFlintFacts

Aaron Specht is neither a medical doctor nor a toxicologist yet he used a device created for scrap metal on children, exposing them to radiation.

Learn more about Aaron Specht's harmful junk science:



**Think you know the real story behind the Flint Water Crisis?**
**Think Again.**

veoliaflintfacts.com

veoliaflintfacts.com
Public health officials sound the alarm on Aaron Specht's junk science bone le...
On April 27-28, Aaron Specht, Ph.D., an assistant professor at Purdue University, took to the stand.  Specht led a highly controversial program to test bone lead ...

12:19 PM · May 12, 2022 · Twitter Web App

**VNAFlintFacts**
@VNAFlintFacts

JUNK SCIENCE: Aaron Specht's own peer-reviewed research has shown the pXRF devices he used to test bone lead levels in Flint children DO NOT produce accurate bone lead measurements in children and have too high of an error rate to be reliable.

Learn more: bit.ly/3vR786M ✅



10:00 AM · May 9, 2022 · Sprout Social

@VNAFlintFacts

Dr. Aaron Specht...

❌ Exposed Flint children to radiation
❌ Used a pXRF device on children despite @thermofisher's protests & despite it not being cleared by the FDA for use on humans
❌ Refused to share his protocols with 3rd party experts for validation



Per Dr. Lawrence Reynolds, health advisor to Flint Mayor Neeley, the 'bone testing' equipment used by Aaron Specht on Flint's children was never "designed to be used on human beings" and was "a human rights violation... the Tuskegee experiment all over again."

11:24 AM · May 13, 2022 · Sprout Social

@VNAFlintFacts

Aaron Specht's 'bone tests' on the children of #Flint, MI have been called a "human rights violation" and "abuse" by public health officials. Why? Because the pXRF device he used is not FDA-approved nor is it suitable for use on humans.

More #FlintFacts:



veoliaflintfacts.com
Public health officials sound the alarm on Aaron Specht's junk science bone le...
On April 27-28, Aaron Specht, Ph.D., an assistant professor at Purdue University, took to the stand. Specht led a highly controversial program to test bone lead ...

1:38 PM · May 17, 2022 · Sprout Social

**Veolia Flint Facts**
@VNAFlintFacts

NEW: Gary Crakes' analysis on potential economic damages the plaintiffs will experience due to lead exposure failed to consider critical factors known to influence earnings potential, such as family history, geography, trauma & other environmental factors.



veoliaflintfacts.com
Forensic economist Gary Crakes' opinions on Flint fail to consider critical facto...
On May 16, 2022, Gary Crakes took the stand. Crakes is a forensic economist who was paid by plaintiffs' counsel to provide an opinion on potential economi...

11:50 AM · May 17, 2022 · Sprout Social

**Veolia Flint Facts**
@VNAFlintFacts

In his analysis, Gary Crakes failed to consider the impact of cost-effective and widely available interventions for mild neurocognitive disorders, such as ADHD, which affect millions of children and adults who lead full and productive lives.

Learn more:



veoliaflintfacts.com

Forensic economist Gary Crakes' opinions on Flint fail to consider critical facto...
On May 16, 2022, Gary Crakes took the stand. Crakes is a forensic economist who was paid by plaintiffs' counsel to provide an opinion on potential economi...

11:46 AM · May 18, 2022 · Sprout Social

VNA Flint Facts
@VNAFlintFacts

FACT: Blood lead is the universally accepted methodology for measuring lead exposure in humans and is also recommended by the CDC. No other country is using pXRF devices to measure bone lead in people.

Learn more about Aaron Specht's junk science: bit.ly/3NiYCom ✅



pXRF devices are NOT APPROVED by the FDA or any other agency for use on humans as its safety and effectiveness has not been established.

9:24 AM · May 18, 2022 · Sprout Social