UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Sherrod, Teed, Vanderhagen and Ware, | Case No. 5:17-cv-10164-JEL-KGA |
| Plaintiffs, | Hon. Judith E. Levy |
| v. | Flint Water Cases Bellwether I |
| VNA and LAN, | |
| Defendants. | |
| _____ / | |

## SCHEDULING ORDER RELATED TO PLAINTIFFS' EMERGENCY MOTION TO COMPEL [840]

On May 18, 2022, Plaintiffs filed an emergency motion to compel related to trial subpoenas. (ECF No. 827.) On May 19, 2022, the Court issued an order requiring correction of deficiencies in the motion. (ECF No. 829.) That same day, Plaintiffs promptly filed a corrected emergency motion to compel. (ECF No. 840).

The purpose of this order is to set an abbreviated briefing schedule for the adjudication of Plaintiffs' motion. Subpoena recipients, Defendant Veolia Water North America Operating Services, LLC, Non-Parties Veolia Water Contract Services, Veolia Water Logistics, LLC, Veolia

Water Municipal Services North America, and Veolia Environmental Services, may file a response to the motion by **May 25, 2022**. Plaintiffs may file a reply by **June 1, 2022**.

IT IS SO ORDERED.

Dated: May 20, 2022             s/Judith E. Levy
Ann Arbor, Michigan          JUDITH E. LEVY
                                           United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 20, 2022.

                                           s/William Barkholz
                                           WILLIAM BARKHOLZ
                                           Case Manager