# Exhibit 1

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                           SOUTHERN DIVISION

 3   SHERROD, TEED, VANDERHAGEN and WARE,

 4                  Plaintiffs,
       -v-                                    Case No. 17-10164
 5
     VNA and LAN,
 6
                    Defendants.
 7   _____/

 8                              JURY TRIAL

 9
                  BEFORE THE HONORABLE JUDITH E. LEVY
10                    UNITED STATES DISTRICT JUDGE

11                           MARCH 30, 2022

12
     APPEARANCES:
13
     For the            Corey M. Stern
14   Plaintiffs:        Levy Konigsberg, LLP
                        605 Third Avenue, 33rd Floor
15                      New York, New York 10158

16                      Moshe Maimon
                        Levy Konigsberg, LLP
17                      605 Third Avenue, 33rd Floor
                        New York, New York 10158
18
                        Melanie Daly
19                      Levy Konigsberg, LLP
                        605 Third Avenue, 33rd Floor
20                      New York, New York 10158

21

22                      (Appearances Continued on Next Page)

23
     TO OBTAIN A        JESECA C. EDDINGTON, RDR, RMR, CRR, FCRR
24   CERTIFIED            FEDERAL OFFICIAL COURT REPORTER
     TRANSCRIPT:          UNITED STATES DISTRICT COURT
25                           200 EAST LIBERTY STREET
                           ANN ARBOR, MICHIGAN 48104
```

1   THE COURT:  See, model rule of professional conduct
2   3.6A provides that a lawyer who is participating or has
3   participated in the investigation of litigation -- or
4   litigation of a matter shall not make an extra judicial
5   statement that the lawyer knows or reasonably should know will
6   be disseminated.
7        And I'm not suggesting that any of you made this
8   statement.  It's -- or that, you know, I don't know who made
9   it.  But -- and the comment to the rule suggests that that
10  applies to making a statement about a witness's identity of a
11  witness or expected testimony of a party or a witness.
12       And this is an expected witness.
13       So I just wanted to know whether counsel was involved
14  in this.
15       MR. STEIN:  I saw it in Governor Snyder's papers for
16  the first time.  And I don't know of any --
17       THE COURT:  My experience thus far in our case is
18  there are many more lawyers than are in court.  There are
19  layers and layers of lawyers, and I think we've got at least
20  two law firms involved for Veolia.
21       It does seem -- I would like to just know that other
22  lawyers on your team are not tweeting about a witness, the
23  identity of witnesses, expected testimony and so on.
24       MR. STEIN:  We'll look into it and get back to the
25  Court.