# Exhibit 2

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION

SHERROD, TEED, VANDERHAGEN and WARE,

                    Plaintiffs,
     -v-                                    Case No. 17-10164

VNA and LAN,

                    Defendants.
_____/

                           JURY TRIAL


                BEFORE THE HONORABLE JUDITH E. LEVY
                    UNITED STATES DISTRICT JUDGE

                         MARCH 31, 2022


APPEARANCES:

For the               Corey M. Stern
Plaintiffs:           Levy Konigsberg, LLP
                      605 Third Avenue, 33rd Floor
                      New York, New York 10158

                      Moshe Maimon
                      Levy Konigsberg, LLP
                      605 Third Avenue, 33rd Floor
                      New York, New York 10158

                      Melanie Daly
                      Levy Konigsberg, LLP
                      605 Third Avenue, 33rd Floor
                      New York, New York 10158



                      (Appearances Continued on Next Page)


TO OBTAIN A           JESECA C. EDDINGTON, RDR, RMR, CRR, FCRR
CERTIFIED                FEDERAL OFFICIAL COURT REPORTER
TRANSCRIPT:                UNITED STATES DISTRICT COURT
                              200 EAST LIBERTY STREET
                           ANN ARBOR, MICHIGAN 48104
```

1    And they're not each the ones you mentioned.
2           MR. CHRISTIAN:  We apologize for the mistake, and we
3    will provide the appropriate language.
4           MS. BUSH:  Yes.  We absolutely will, Your Honor.
5           THE COURT:  Okay.  Thank you.  And then we'll discuss
6    it.  So let's get the jury in here.  Thank you.
7           And in the meantime, I asked yesterday,
8    Mr. Christian, about whether you or your colleagues here in
9    the courtroom were involved in tweeting from the courtroom or
10   from anywhere during the trial.  Making statements.  And
11   whether you were involved in the Twitter account called Veolia
12   -- no -- called VNA Flint facts.
13          And you promised that you would let me know.
14          MR. STEIN:  Yes.  So, Your Honor, I inquired with our
15   team and with all the lawyers working on this case and can
16   confirm that no one is involved with sending out tweets.
17   Certainly from the courtroom but at all.  That other lawyers
18   are involved.
19          MR. MAIMON:  How is the sidebar information then to
20   be relayed?
21          THE COURT:  I looked at that, Mr. Maimon, because I
22   had a lot of concern about sidebars being tweeted.  But that
23   sidebar was on the Zoom account.
24          And it was --
25          MR. MAIMON:  Oh.