# Exhibit 3

```
                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION

 SHERROD, TEED, VANDERHAGEN and WARE,

              Plaintiffs,
   -v-                                    Case No. 17-10164

 VNA and LAN,

              Defendants.
 _____/

                            JURY TRIAL


              BEFORE THE HONORABLE JUDITH E. LEVY
                  UNITED STATES DISTRICT JUDGE

                          MARCH 31, 2022


 APPEARANCES:

 For the                Corey M. Stern
 Plaintiffs:            Levy Konigsberg, LLP
                        605 Third Avenue, 33rd Floor
                        New York, New York 10158

                        Moshe Maimon
                        Levy Konigsberg, LLP
                        605 Third Avenue, 33rd Floor
                        New York, New York 10158

                        Melanie Daly
                        Levy Konigsberg, LLP
                        605 Third Avenue, 33rd Floor
                        New York, New York 10158


                        (Appearances Continued on Next Page)


 TO OBTAIN A            JESECA C. EDDINGTON, RDR, RMR, CRR, FCRR
 CERTIFIED                 FEDERAL OFFICIAL COURT REPORTER
 TRANSCRIPT:                UNITED STATES DISTRICT COURT
                              200 EAST LIBERTY STREET
                            ANN ARBOR, MICHIGAN 48104
```

1       Warren Green, as well.
2               And so it seemed to me like there could have been
3       collaboration.  But I'll take Mr. Mason at his word.  As to
4       VNA, I got zero response from anyone regarding my email as if
5       it had never been sent.
6               THE COURT:  So, Ms. Bush, do you have any objection
7       to preserving the information that Mr. Stern requested be
8       preserved?
9               MS. BUSH:  No.  We already have.
10              THE COURT:  Okay.  All right.  So it doesn't have to
11      be an order of the Court.
12              MS. BUSH:  Your Honor --
13              THE COURT:  And, I guess, Mr. Stern, in terms of the
14      rules of professional conduct applying to lawyers, we have a
15      representation that no lawyer was involved in this or
16      communicated with the PR firm?
17              MR. STERN:  Well, we'll probably issue a subpoena.
18      This happens sometimes in cases where things like this become
19      part of the case.
20              And it may be that we get documents that allow us to
21      explore that further.  It may be that we're permitted to ask
22      witnesses on the stand about it when they're brought in by
23      VNA.
24              But I'm happy they're going to preserve.  We'll take
25      the steps that we need to actually get our hands on those