# Exhibit 6

| | |
|---|---|
| **From:** | Weld, Chris |
| **Sent:** | Sunday, April 24, 2022 8:31 AM |
| **To:** | Hunter Shkolnik; Corey Stern |
| **Subject:** | Flint Subpoenas |

Dear Counsel:

As discussed during our Rule 7.1 conference on Thursday, I represent Veolia Water North America Operating Services, LLC; Veolia Water Municipal Services, LLC; Veolia Water Logistics, LLC; and Veolia Water Contract Operations USA, Inc.; which are affiliates of Veolia North America, LLC (collectively, "VNA").  Your clients, Plaintiffs in *Walters et al. v. Veolia North America et al.*, Civil Action No. 17-10164 (E.D. Mich.) (the "Action"), served document subpoenas on each of those entities (collectively, the "Subpoenas").

As set forth in my clients' response to the Subpoenas, and as I reiterated during our Rule 7.1 conference, the Court's concern relating to the Tweet discussed in Court, as I understand it, is whether counsel played any role in creating, approving and/or authorizing the Tweet.  I can confirm, again, as I did during the conference, that no attorneys representing the VNA-affiliated defendants in any capacity in connection with the Action had any knowledge of the seven Tweets referenced in the Subpoenas until March 30, when the Court addressed the March 15 Tweet attached to Governor Snyder's pleading.

In light of the fact that my representation is limited to the four entities, the above represents the extent of the information I am able to provide on behalf of my clients to you on this issue.

Thanks, Chris.