# Exhibit 9

February 28, 2022                                                                                          1

```
 1                    UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF MICHIGAN
 2                          SOUTHERN DIVISION

 3    SHERROD, TEED, VANDERHAGEN
      and WARE,
 4
                            Plaintiffs,
 5       -v-                                    Case No. 17-10164

 6    VNA and LAN,

 7                          Defendants.
      _____/
 8
                               JURY TRIAL
 9

10           BEFORE THE HONORABLE JUDITH E. LEVY
                UNITED STATES DISTRICT JUDGE
11
                         FEBRUARY 28, 2022
12

13    APPEARANCES:

14    For the              Corey M. Stern
      Plaintiffs:          Levy Konigsberg, LLP
15                         605 Third Avenue, 33rd Floor
                           New York, New York 10158
16
                           Moshe Maimon
17                         Levy Konigsberg, LLP
                           605 Third Avenue, 33rd Floor
18                         New York, New York 10158

19    For VNA              Daniel Stein
      Defendants:          Mayer Brown LLP
20                         1221 Avenue of the Americas
                           New York, New York 10020
21

22                       (Appearances Continued on Next Page)

23
      TO OBTAIN A          JESECA C. EDDINGTON, RDR, RMR, CRR, FCRR
24    CERTIFIED               FEDERAL OFFICIAL COURT REPORTER
      TRANSCRIPT              UNITED STATES DISTRICT COURT
25    CONTACT:                  200 EAST LIBERTY STREET
                              ANN ARBOR, MICHIGAN 48104
```

1   Likewise, as I said earlier, no one is being rude if they turn
2   their back on you because they're a witness, a party, or a
3   lawyer.
4           It is important that not only you do justice in this
5   case but that you also give the appearance of doing justice.
6   This case may be covered by the media.  You should avoid and
7   not read any news articles or stories about the case or about
8   anyone involved with it or listen to, watch, or read any radio
9   or television reports, social media posts about the case, or
10  about anyone involved with it.
11          Again, this is because the evidence you consider when
12  deciding the case must meet certain standards.  For example,
13  witnesses, as I explained last week, get sworn in to tell the
14  truth.  And each party must be able to cross-examine witnesses
15  called by the other side.
16          Because news reports do not meet those standards,
17  they could give you incorrect or misleading information that
18  might unfairly favor one side or the other.
19          Additionally, you must not make any investigation of
20  your own or conduct any research of any kind.  So to be fair
21  to both sides, you must follow these instructions.
22          Again, please keep an open mind and not express any
23  opinion about the case until you have heard all of the
24  evidence, the closing arguments and the instructions as to the
25  law and you begin your deliberations.