# Exhibit 10

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                           SOUTHERN DIVISION

 3   SHERROD, TEED, VANDERHAGEN and WARE,

 4                   Plaintiffs,
       -v-                                    Case No. 17-10164
 5
     VNA and LAN,
 6
                     Defendants.
 7   _____/

 8                              JURY TRIAL

 9
             BEFORE THE HONORABLE JUDITH E. LEVY
10                UNITED STATES DISTRICT JUDGE

11                           MARCH 3, 2022

12
     APPEARANCES:
13
     For the              Corey M. Stern
14   Plaintiffs:          Levy Konigsberg, LLP
                          605 Third Avenue, 33rd Floor
15                        New York, New York 10158

16                        Moshe Maimon
                          Levy Konigsberg, LLP
17                        605 Third Avenue, 33rd Floor
                          New York, New York 10158
18
                          Melanie Daly
19                        Levy Konigsberg, LLP
                          605 Third Avenue, 33rd Floor
20                        New York, New York 10158

21

22                        (Appearances Continued on Next Page)

23
     TO OBTAIN A          JESECA C. EDDINGTON, RDR, RMR, CRR, FCRR
24   CERTIFIED              FEDERAL OFFICIAL COURT REPORTER
     TRANSCRIPT:              UNITED STATES DISTRICT COURT
25                              200 EAST LIBERTY STREET
                              ANN ARBOR, MICHIGAN 48104
```

1   results, it would have been at the time that they hired LAN to
2   design the phosphate feed system.
3   Q.   And that was when?
4   A.   Late 2015.
5   Q.   So no one shared those results with you in early 2015?
6   A.   No.
7   Q.   Brent Wright never shared those results with you; isn't
8   that right?
9   A.   That's correct.
10  Q.   And Duffy Johnson didn't share those results with you in
11  early 2015, did he?
12  A.   No.
13  Q.   And no one from the MDEQ shared those results with you
14  either, did they?
15  A.   No.
16              MR. STEIN:  I have nothing further, Your Honor.
17              THE COURT:  Okay.  We've got three minutes.  Do you
18   have --
19              MR. MAIMON:  I do.
20              THE COURT:  -- recross?
21              MR. MAIMON:  I think it's going to take more than
22   three minutes.
23              THE COURT:  Okay.  Then what we'll do is continue
24   this on Monday.
25              So, members of the jury, I remind you not to read any

1    media or social media or any other reports if there are any.
2    And talk to each other about anything you wish except for the
3    case.  And we'll talk to you more about seeing how we can
4    rearrange the jury box.
5            I'm also going to look at whether the Plexiglass is
6    obstructing anyone's view and things like that.  So this is a
7    work in progress.  So thank you for your patience.
8            And please enjoy the weekend as much as you can.
9            THE CLERK:  All rise for the jury.
10                       (Jury Out)
11           THE COURT:  Okay.  Mr. Hansen, you can step down.
12   And I would ask that you wait in the hallway in the event -- I
13   have just a few things to say, and then we'll adjourn.
14           So earlier I asked you about whether this taking two
15   15- to 20-minute breaks is working?
16           MR. MAIMON:  Works fine for us, Your Honor.
17           MR. STEIN:  Working well.
18           MR. MASON:  It's fine, Your Honor.
19           THE COURT: Good.  All right.  So I don't know if
20   there will be matters for me to look at on Monday morning.
21           Does anybody have a sense of that in terms of the
22   timing?
23           MR. MAIMON:  I don't think so.
24           MR. MASON:  I don't know of any.
25           THE COURT:  Okay.  So --

```
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MICHIGAN
2                          SOUTHERN DIVISION

3    SHERROD, TEED, VANDERHAGEN and WARE,

4                    Plaintiffs,
       -v-                                  Case No. 17-10164
5
     VNA and LAN,
6
                     Defendants.
7    _____/

8                              JURY TRIAL

9
                 BEFORE THE HONORABLE JUDITH E. LEVY
10                   UNITED STATES DISTRICT JUDGE

11                           MARCH 7, 2022

12
     APPEARANCES:
13
     For the              Corey M. Stern
14   Plaintiffs:          Levy Konigsberg, LLP
                          605 Third Avenue, 33rd Floor
15                        New York, New York 10158

16                        Moshe Maimon
                          Levy Konigsberg, LLP
17                        605 Third Avenue, 33rd Floor
                          New York, New York 10158
18
                          Melanie Daly
19                        Levy Konigsberg, LLP
                          605 Third Avenue, 33rd Floor
20                        New York, New York 10158

21


22                        (Appearances Continued on Next Page)

23
     TO OBTAIN A          JESECA C. EDDINGTON, RDR, RMR, CRR, FCRR
24   CERTIFIED              FEDERAL OFFICIAL COURT REPORTER
     TRANSCRIPT:             UNITED STATES DISTRICT COURT
25                              200 EAST LIBERTY STREET
                             ANN ARBOR, MICHIGAN 48104
```

1  Jeff Hansen, correct?
2  A.   Yes.
3          MR. STERN:  I think that's a good time to stop, Your
4  Honor.
5          THE COURT:  Yeah.  And it's 1:00 o'clock.
6          So thank you to our jury for being here and being so
7  attentive.  Remember not to talk about the case with one
8  another or read any report should there be any.
9          And we will start -- I hope to start promptly at
10 9:00 o'clock.  I'm sorry about traffic problems out there
11 today.  But hopefully that won't happen again.  But we
12 understand that it does from time to time.
13         So please rise for the jury.
14                         (Jury Out)
15         THE COURT:  Is there anything before tomorrow?  So if
16 you could be ready to go at 8:45 just in case something comes
17 up, that would be great.
18                     (Proceedings Concluded)
19                         -    -    -
20            CERTIFICATE OF OFFICIAL COURT REPORTER
21      I, Jeseca C. Eddington, Federal Official Court
22 Reporter, do hereby certify the foregoing 126 pages are a true
23 and correct transcript of the above entitled proceedings.
24 /s/ JESECA C. EDDINGTON_____         03/07/2022
   Jeseca C. Eddington, RDR, RMR, CRR, FCRR        Date
25

```
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MICHIGAN
2                          SOUTHERN DIVISION

3    SHERROD, TEED, VANDERHAGEN and WARE,

4                    Plaintiffs,
       -v-                                    Case No. 17-10164
5
     VNA and LAN,
6
                     Defendants.
7    _____/

8                             JURY TRIAL

9
                BEFORE THE HONORABLE JUDITH E. LEVY
10                  UNITED STATES DISTRICT JUDGE

11                         MARCH 8, 2022

12
     APPEARANCES:
13
     For the              Corey M. Stern
14   Plaintiffs:          Levy Konigsberg, LLP
                          605 Third Avenue, 33rd Floor
15                        New York, New York 10158

16                        Moshe Maimon
                          Levy Konigsberg, LLP
17                        605 Third Avenue, 33rd Floor
                          New York, New York 10158
18
                          Melanie Daly
19                        Levy Konigsberg, LLP
                          605 Third Avenue, 33rd Floor
20                        New York, New York 10158

21

22                   (Appearances Continued on Next Page)

23
     TO OBTAIN A          JESECA C. EDDINGTON, RDR, RMR, CRR, FCRR
24   CERTIFIED              FEDERAL OFFICIAL COURT REPORTER
     TRANSCRIPT:              UNITED STATES DISTRICT COURT
25                              200 EAST LIBERTY STREET
                              ANN ARBOR, MICHIGAN 48104
```

1  Q.  At any time during the 2013 and even after in 2014, did
2  you ever believe that the 60- to 90-day test was not going to
3  be done?
4  A.  No.
5          MR. MASON:  Your Honor, this would be a good time to
6  break if appropriate before I go into the new subject.
7          THE COURT:  Okay.  That would be just fine with me.
8          So for the members of the jury, thank you for your
9  patience.  And just a reminder not to talk about the case.
10 And if anybody talks to you about the case, let us know.  And
11 don't look at any news articles related to our case.
12         So thank you very much, and see you tomorrow at the
13 same time.
14         THE CLERK:  All rise for the jury.
15                       (Jury Out)
16         THE COURT:  Mr. Mason, could you -- could we all be
17 seated?  Here's the situation, which I think you're aware of.
18 Jeseca is in the sidebar room, and she's taking a verbatim
19 transcript of those proceedings.
20         MR. MASON:  Right.
21         THE COURT:  It's not necessary, and I do not want you
22 to come back here and summarize what happened in the sidebar
23 room.
24         MR. MASON:  Here is my --
25         THE COURT:  Your purpose -- maybe there are multiple

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION

SHERROD, TEED, VANDERHAGEN and WARE,

              Plaintiffs,
    -v-                                    Case No. 17-10164

VNA and LAN,

              Defendants.
_____/

                            JURY TRIAL


                 BEFORE THE HONORABLE JUDITH E. LEVY
                    UNITED STATES DISTRICT JUDGE

                          APRIL 7, 2022


APPEARANCES:

For the              Corey M. Stern
Plaintiffs:          Levy Konigsberg, LLP
                     605 Third Avenue, 33rd Floor
                     New York, New York 10158

                     Moshe Maimon
                     Levy Konigsberg, LLP
                     605 Third Avenue, 33rd Floor
                     New York, New York 10158

                     Melanie Daly
                     Levy Konigsberg, LLP
                     605 Third Avenue, 33rd Floor
                     New York, New York 10158



                     (Appearances Continued on Next Page)


TO OBTAIN A          JESECA C. EDDINGTON, RDR, RMR, CRR, FCRR
CERTIFIED               FEDERAL OFFICIAL COURT REPORTER
TRANSCRIPT:              UNITED STATES DISTRICT COURT
                          200 EAST LIBERTY STREET
                         ANN ARBOR, MICHIGAN 48104
```

1    your phenomenal work all week.  And we'll be back on the
2    record ready to go at 9:00 A.M. on Monday, and we have Monday
3    through Thursday of next week before we end up with a day off
4    the following Monday, the 18th.
5              So I'm looking forward to seeing all of you on
6    Monday.  And remember not to talk about the case.  Anybody
7    talks to you about it, let me know.  And all of the things
8    that we've discussed.  And enjoy the weekend.  Please rise for
9    the jury.
10                            (Jury Out)
11             THE COURT:  Please be seated.
12             Mr. Maimon, you said you had a scheduling issue.
13             MR. MAIMON:  Yes, Your Honor.  I wanted to apprise
14   both the Court and counsel of our schedule for next week,
15   which we believe will call for the Court to make certain
16   rulings.  So I wanted to apprise the Court of that.
17             THE COURT:  Okay.
18             MR. MAIMON:  So we're going to finish with the -- I'm
19   sorry -- we're going to finish with the --
20             THE COURT:  With Mr. Gnagy.
21             MR. MAIMON:  Yes.  We're going to finish with
22   Mr. Gnagy.  We're going to show Ms. White, the Kiddie Time
23   daycare person for Aundreya Teed.
24             We have the subpoena outstanding for Mr. Ambrose and
25   we've informed his counsel that we want him to come and be

```
1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
2                           SOUTHERN DIVISION

3    SHERROD, TEED, VANDERHAGEN and WARE,

4                    Plaintiffs,
       -v-                                      Case No. 17-10164
5
     VNA and LAN,
6
                     Defendants.
7    _____/

8                              JURY TRIAL

9
              BEFORE THE HONORABLE JUDITH E. LEVY
10                 UNITED STATES DISTRICT JUDGE

11                         APRIL 20, 2022

12
     APPEARANCES:
13
     For the              Corey M. Stern
14   Plaintiffs:          Levy Konigsberg, LLP
                          605 Third Avenue, 33rd Floor
15                        New York, New York 10158

16                        Moshe Maimon
                          Levy Konigsberg, LLP
17                        605 Third Avenue, 33rd Floor
                          New York, New York 10158
18
                          Melanie Daly
19                        Levy Konigsberg, LLP
                          605 Third Avenue, 33rd Floor
20                        New York, New York 10158

21


22                        (Appearances Continued on Next Page)

23
     TO OBTAIN A          JESECA C. EDDINGTON, RDR, RMR, CRR, FCRR
24   CERTIFIED              FEDERAL OFFICIAL COURT REPORTER
     TRANSCRIPT:             UNITED STATES DISTRICT COURT
25                             200 EAST LIBERTY STREET
                             ANN ARBOR, MICHIGAN 48104
```

1       (Recorded Deposition of Gerald Ambrose Played)
2       THE COURT:  So this will be our last session this
3  week together.  I will see you on Monday.  And remember all of
4  the requirements not to talk about the case and not to read
5  any news media, if there is any.  Thank you.  And we will see
6  you on Monday morning at 9:00 AM.
7       THE CLERK:  All rise for the jury.
8                         (Jury Out)
9       THE COURT:  Anything else?  Mr. Maimon was going to
10 let folks know if you know who your witnesses are next week.
11      MR. MAIMON:  I don't.  Mr. Stern was making cellphone
12 calls.
13      THE COURT:  Okay.  So you'll let everybody know
14 including the Court tomorrow.
15      MR. MAIMON:  Before 1:30, Your Honor.
16      THE COURT:  Okay.  Thank you.  Be safe and I'll see
17 you on Monday.
18                   (Proceedings Concluded)
19                    -      -      -
20            CERTIFICATE OF OFFICIAL COURT REPORTER
21      I, Jeseca C. Eddington, Federal Official Court
22 Reporter, do hereby certify the foregoing 6 pages are a true
23 and correct transcript of the above entitled proceedings.
24 /s/ JESECA C. EDDINGTON_____           04/20/2022
   Jeseca C. Eddington, RDR, RMR, CRR, FCRR         Date
25