# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Sherrod, Teed, Vanderhagen and Ware, | Case No. 5:17-cv-10164-JEL-KGA |
| Plaintiffs, | Hon. Judith E. Levy |
| v. | Flint Water Cases Bellwether I |
| VNA and LAN, | |
| Defendants. | |
| _____ / | |

## ORDER DENYING NANCY PEELER'S MOTION TO QUASH TRIAL SUBPOENA [866]

Before the Court is non-party Nancy Peeler's Motion to Quash Trial Subpoenas. (ECF No. 866.) On Wednesday July 13, 2022, a hearing was held and oral argument was heard. For the reasons set forth on the record, Ms. Peeler's motion is denied.

IT IS SO ORDERED.

Dated: July 15, 2022       s/Judith E. Levy
Ann Arbor, Michigan       JUDITH E. LEVY
     United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 15, 2022.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
