# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 18, 2022

Mr. Timothy S. Bishop
Mr. Philip A. Erickson
Ms. Kinikia D. Essix
Mr. Gerald K. Evelyn
Mr. Gaetan E. Gerville-Reache
Ms. Stephanie Franxman Kessler
Mr. Brian P. Lennon
Mr. Anastase Markou
Mr. Juan A. Mateo Jr.
Mr. T. Santino Mateo

Ms. Sarissa Klein Montague
Mr. William James Murphy
Mr. Minh Nguyen-Dang
Mr. Charles Robert Quigg
Mr. Michael A. Rataj
Mr. Bryan M. Reines
Mr. Alexander Stephen Rusek
Mr. Corey M. Stern
Mr. William W. Swor
Mr. Sherman Vance Wittie

Re: Case No. 22-1353/22-1355/22-1357/22-1358/22-1360, *Leanne Walters, et al v. Richard Snyder, et al*
Originating Case No. : 5:17-cv-10164

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Amy E. Gigliotti
Case Management Specialist
Direct Dial No. 513-564-7012

Enclosure

Case No. 22-1353/22-1355/22-1357/22-1358/22-1360

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: FLINT WATER CASES

-------------------------------

LEE-ANNE WALTERS, et al

       Plaintiffs

and

E.S., A.T., R.V., D.W.

       Plaintiffs - Appellees

v.

RICHARD DALE SNYDER [22-1353]
DARNELL EARLEY [22-1353]
RICHARD BAIRD [22-1357]
HOWARD D. CROFT [22-1358]
GERALD AMBROSE [22-1360]

       Defendants - Appellants

VEOLIA NORTH AMERICA, LLC; VEOLIA NORTH AMERICA, INC.; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC; LOCKWOOD, ANDREWS & NEWMAN, P.C.; LOCKWOOD, ANDREWS & NEWMAN, INC.; LEO A. DALY COMPANY

       Defendants – Appellees

The court having determined that consolidation of the above causes for the purpose of submission is appropriate,

It is **ORDERED** that the causes be and they hereby are consolidated for the purpose stated above.

                                        **ENTERED BY ORDER OF THE COURT**
                                        Deborah S. Hunt, Clerk

Issued: July 18, 2022