UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Sherrod, Teed, Vanderhagen and Ware, | Case No. 5:17-cv-10164-JEL-KGA |
| Plaintiffs, | Hon. Judith E. Levy |
| v. | Flint Water Cases Bellwether I |
| VNA and LAN, | |
| Defendants. | |

_____ /

## ORDER DENYING VNA'S MOTION TO PROHIBIT PLAINTIFFS FROM REQUESTING A SPECIFIC AMOUNT OR RANGE OF NON-ECONOMIC DAMAGES [882]

Before the Court is Defendant VNA's Motion to Prohibit Plaintiffs from Requesting a Specific Amount or Range of Non-Economic Damages. (ECF No. 882.) On Monday July 18, 2022, a hearing was held and oral argument was heard. For the reasons set forth on the record, VNA's motion is denied.

IT IS SO ORDERED.

Dated: July 20, 2022          s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                              United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 20, 2022.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
