# Exhibit C

## 2015 W-2 and EARNINGS SUMMARY

**Copy C – Employee Reference Copy (W-2 Wage and Tax Statement 2015)**

OMB No. 1545-0008

| Field | Value |
|---|---|
| d Control number | 013227 STLO/VXH 013033 |
| Dept. Corp. | Employer use only A 289 |
| c Employer's name, address, and ZIP code | 0000 0000 |

LEO A DALY COMPANY
8600 INDIAN HILLS DR
OMAHA NE 68114-4039

Batch #01419

e/f Employee's name, address, and ZIP code
JOHN W GREEN
1104 LAUREL LN
NAPERVILLE, IL 60540

| Box | Label | Amount |
|---|---|---|
| b | Employer's FED ID number | 47-0363104 |
| a | Employee's SSA number | [redacted] |
| 1 | Wages, tips, other comp. | 186383.68 |
| 2 | Federal income tax withheld | 25034.09 |
| 3 | Social security wages | 118500.00 |
| 4 | Social security tax withheld | 7347.00 |
| 5 | Medicare wages and tips | 188140.15 |
| 6 | Medicare tax withheld | 2728.03 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| | Verification Code | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | D | 1756.47 |
| 12b | W | 5200.00 |
| 12c | DD | 20044.96 |
| 12d | | |
| 13 | Stat emp / Ret. plan / 3rd party sick pay | X |
| 14 | Other | |
| 15 | State / Employer's state ID no. | IL 47-0363104 000 6 |
| 16 | State wages, tips, etc. | 186383.68 |
| 17 | State income tax | 6747.55 |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

### Earnings Summary

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2015 pay stub plus any adjustments submitted by your employer.**

| | Amount | | Amount | | Amount |
|---|---|---|---|---|---|
| Gross Pay | 200851.03 | Social Security Tax Withheld (Box 4 of W-2) | 7347.00 | IL. State Income Tax (Box 17 of W-2) | 6747.55 |
| Fed. Income Tax Withheld (Box 2 of W-2) | 25034.09 | Medicare Tax Withheld (Box 6 of W-2) | 2728.03 | SUI/SDI (Box 14 of W-2) | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation (Box 1 of W-2) | Social Security Wages (Box 3 of W-2) | Medicare Wages (Box 5 of W-2) | IL. State Wages, Tips, Etc. (Box 16 of W-2) |
|---|---|---|---|---|
| Gross Pay | 200,851.03 | 200,851.03 | 200,851.03 | 200,851.03 |
| Less 401(k) (D-Box 12) | 1,756.47 | N/A | N/A | 1,756.47 |
| Less Other Cafe 125 | 7,510.88 | 7,510.88 | 7,510.88 | 7,510.88 |
| Less Cafe 125 HSA (W-Box 12) | 5,200.00 | 5,200.00 | 5,200.00 | 5,200.00 |
| Wages Over Limit | N/A | N/A | N/A | N/A |
| Reported W-2 Wages | 186,383.68 | 118,500.00 | 188,140.15 | 186,383.68 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

JOHN W GREEN
1104 LAUREL LN
NAPERVILLE, IL 60540

Social Security Number: [redacted]
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 11
STATE: 3

© 2015 ADP, LLC

**Plaintiff's Exhibit 3894-028**

---

**Copy B – Federal Filing Copy (W-2 Wage and Tax Statement 2015)**

| Box | Label | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 186383.68 |
| 2 | Federal income tax withheld | 25034.09 |
| 3 | Social security wages | 118500.00 |
| 4 | Social security tax withheld | 7347.00 |
| 5 | Medicare wages and tips | 188140.15 |
| 6 | Medicare tax withheld | 2728.03 |
| d | Control number | 013227 STLO/VXH 013033 |
| | Dept. Corp. Employer use only | A 289 |
| c | Employer's name, address, and ZIP code | 0000 0000 |

LEO A DALY COMPANY
8600 INDIAN HILLS DR
OMAHA NE 68114-4039

| b | Employer's FED ID number | 47-0363104 |
| a | Employee's SSA number | [redacted] |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| | Verification Code | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | D | 1756.47 |
| 12b | W | 5200.00 |
| 12c | DD | 20044.96 |
| 13 | Stat emp / Ret. plan / 3rd party sick pay | X |
| 14 | Other | |

e/f JOHN W GREEN, 1104 LAUREL LN, NAPERVILLE, IL 60540

| 15 | State / Employer's state ID no. | IL 47-0363104 000 6 |
| 16 | State wages, tips, etc. | 186383.68 |
| 17 | State income tax | 6747.55 |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

OMB No. 1545-0008 — Copy B to be filed with employee's Federal Income Tax Return.

---

**Copy 2 – IL State Reference Copy (W-2 Wage and Tax Statement 2015)**

Same figures as above. Copy 2 to be filed with employee's State Income Tax Return.

---

**Copy 2 – IL State Filing Copy (W-2 Wage and Tax Statement 2015)**

Same figures as above. Copy 2 to be filed with employee's State Income Tax Return.

## W-2 Wage and Tax Statement 2014 — Copy C (Employee Reference Copy)

**Safe, accurate, FAST! Use e-file** at www.irs.gov/efile
OMB No. 1545-0008

| Field | Value |
|---|---|
| d Control number | 013227 STLO/VXH 013033 |
| Dept. Corp. | A |
| Employer use only | 283 |
| c Employer's name, address, and ZIP code | 0000 0000 LEO A DALY COMPANY, 8600 INDIAN HILLS DR, OMAHA NE 68114-4039 |
| Batch | #01443 |
| e/f Employee's name, address, and ZIP code | JOHN W GREEN, 1104 LAUREL LN, NAPERVILLE, IL 60540 |
| b Employer's FED ID number | 47-0363104 |
| a Employee's SSA number | [redacted] |
| 1 Wages, tips, other comp. | 158768.31 |
| 2 Federal income tax withheld | 18429.67 |
| 3 Social security wages | 117000.00 |
| 4 Social security tax withheld | 7254.00 |
| 5 Medicare wages and tips | 160454.61 |
| 6 Medicare tax withheld | 2326.59 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a D | 1686.30 |
| 12b W | 6199.96 |
| 12c DD | 17201.34 |
| 12d | |
| 13 Stat emp. / Ret. plan / 3rd party sick pay | X (Ret. plan) |
| 14 Other | |
| 15 State / Employer's state ID no. | IL 47-0363104 000 6 |
| 16 State wages, tips, etc. | 158768.31 |
| 17 State income tax | 7619.71 |
| 18 Local wages, tips, etc. | |
| 19 Local income tax | |
| 20 Locality name | |

## 2014 W-2 and EARNINGS SUMMARY (ADP)

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

### 1. The following information reflects your final 2014 pay stub plus any adjustments submitted by your employer.

| Item | Amount | Item | Amount | Item | Amount |
|---|---|---|---|---|---|
| Gross Pay | 171888.63 | Social Security Tax Withheld (Box 4 of W-2) | 7254.00 | IL. State Income Tax (Box 17 of W-2) | 7619.71 |
| Fed. Income Tax Withheld (Box 2 of W-2) | 18429.67 | Medicare Tax Withheld (Box 6 of W-2) | 2326.59 | SUI/SDI (Box 14 of W-2) | |

### 2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | IL. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 171,888.63 | 171,888.63 | 171,888.63 | 171,888.63 |
| Less 401(k) (D-Box 12) | 1,686.30 | N/A | N/A | 1,686.30 |
| Less Other Cafe 125 | 5,234.06 | 5,234.06 | 5,234.06 | 5,234.06 |
| Less Cafe 125 HSA (W-Box 12) | 6,199.96 | 6,199.96 | 6,199.96 | 6,199.96 |
| Wages Over Limit | N/A | 43,454.61 | N/A | N/A |
| **Reported W-2 Wages** | **158,768.31** | **117,000.00** | **160,454.61** | **158,768.31** |

### 3. Employee W-4 Profile

To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

JOHN W GREEN
1104 LAUREL LN
NAPERVILLE, IL 60540

Social Security Number: [redacted]
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 11
STATE: 3

© 2014 ADP, LLC

## W-2 Federal Filing Copy (Copy B) — 2014

1 Wages, tips, other comp. 158768.31 | 2 Federal income tax withheld 18429.67
3 Social security wages 117000.00 | 4 Social security tax withheld 7254.00
5 Medicare wages and tips 160454.61 | 6 Medicare tax withheld 2326.59
d Control number 013227 STLO/VXH 013033 | A 283
c Employer: LEO A DALY COMPANY, 8600 INDIAN HILLS DR, OMAHA NE 68114-4039
b Employer's FED ID number 47-0363104
Employee: JOHN W GREEN, 1104 LAUREL LN, NAPERVILLE, IL 60540
12a D 1686.30 | 12b W 6199.96 | 12c DD 17201.34
13 Ret. plan X
15 IL 47-0363104 000 6 | 16 State wages 158768.31 | 17 State income tax 7619.71

## W-2 IL. State Reference Copy — 2014

1 Wages, tips, other comp. 158768.31 | 2 Federal income tax withheld 18429.67
3 Social security wages 117000.00 | 4 Social security tax withheld 7254.00
5 Medicare wages and tips 160454.61 | 6 Medicare tax withheld 2326.59
d Control number 013227 STLO/VXH 013033 | A 283
c Employer: LEO A DALY COMPANY, 8600 INDIAN HILLS DR, OMAHA NE 68114-4039
b Employer's FED ID number 47-0363104
Employee: JOHN W GREEN, 1104 LAUREL LN, NAPERVILLE, IL 60540
12a D 1686.30 | 12b W 6199.96 | 12c DD 17201.34
13 Ret. plan X
15 IL 47-0363104 000 6 | 16 State wages 158768.31 | 17 State income tax 7619.71

## W-2 IL. State Filing Copy — 2014

1 Wages, tips, other comp. 158768.31 | 2 Federal income tax withheld 18429.67
3 Social security wages 117000.00 | 4 Social security tax withheld 7254.00
5 Medicare wages and tips 160454.61 | 6 Medicare tax withheld 2326.59
d Control number 013227 STLO/VXH 013033 | A 283
c Employer: LEO A DALY COMPANY, 8600 INDIAN HILLS DR, OMAHA NE 68114-4039
b Employer's FED ID number 47-0363104
Employee: JOHN W GREEN, 1104 LAUREL LN, NAPERVILLE, IL 60540
12a D 1686.30 | 12b W 6199.96 | 12c DD 17201.34
13 Ret. plan X
15 IL 47-0363104 000 6 | 16 State wages 158768.31 | 17 State income tax 7619.71

## W-2 Wage and Tax Statement — 2013 (Employee Reference Copy)

Safe, accurate, FAST! Use e-file at www.irs.gov/efile
OMB No. 1545-0008

| Field | Value |
|---|---|
| d Control number | 013227 STLO/VXH 013033 |
| Dept. Corp. | A |
| Employer use only | 318 |
| c Employer's name, address, and ZIP code | 0000 0000 LEO A DALY COMPANY, 8600 INDIAN HILLS DR, OMAHA NE 68114-4039 |
| Batch | #01213 |
| e/f Employee's name, address, and ZIP code | JOHN W GREEN, 1104 LAUREL LN, NAPERVILLE, IL 60540 |
| b Employer's FED ID number | 47-0363104 |
| a Employee's SSA number | [redacted] |
| 1 Wages, tips, other comp. | 170887.03 |
| 2 Federal income tax withheld | 21779.17 |
| 3 Social security wages | 113700.00 |
| 4 Social security tax withheld | 7049.40 |
| 5 Medicare wages and tips | 172526.23 |
| 6 Medicare tax withheld | 2501.63 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a D | 1639.20 |
| 12b W | 6000.00 |
| 12c DD | 14353.56 |
| 12d | |
| 13 Ret. plan | X |
| 14 Other | |
| 15 State | IL |
| Employer's state ID no. | 47-0363104 000 6 |
| 16 State wages, tips, etc. | 170887.03 |
| 17 State income tax | 8229.35 |
| 18 Local wages, tips, etc. | |
| 19 Local income tax | |
| 20 Locality name | |

## 2013 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2013 pay stub plus any adjustments submitted by your employer.

| | | | |
|---|---|---|---|
| Gross Pay | 183682.29 | Social Security Tax Withheld (Box 4 of W-2) | 7049.40 |
| Fed. Income Tax Withheld (Box 2 of W-2) | 21779.17 | Medicare Tax Withheld (Box 6 of W-2) | 2501.63 |
| IL. State Income Tax (Box 17 of W-2) | 8229.35 | SUI/SDI (Box 14 of W-2) | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | IL. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 183,682.29 | 183,682.29 | 183,682.29 | 183,682.29 |
| Less 401(k) (D-Box 12) | 1,639.20 | N/A | N/A | 1,639.20 |
| Less Other Cafe 125 | 5,156.06 | 5,156.06 | 5,156.06 | 5,156.06 |
| Less Cafe 125 HSA (W-Box 12) | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 |
| Wages Over Limit | N/A | 58,826.23 | N/A | N/A |
| **Reported W-2 Wages** | **170,887.03** | **113,700.00** | **172,526.23** | **170,887.03** |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

JOHN W GREEN
1104 LAUREL LN
NAPERVILLE, IL 60540

Social Security Number: [redacted]
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 11
STATE: 3

© 2013 ADP, INC.

## W-2 Federal Filing Copy (Copy B) — 2013

Same data as above: Wages 170887.03; Fed tax 21779.17; SS wages 113700.00; SS tax 7049.40; Medicare wages 172526.23; Medicare tax 2501.63; Control 013227 STLO/VXH 013033; Employer LEO A DALY COMPANY, 8600 INDIAN HILLS DR, OMAHA NE 68114-4039; FED ID 47-0363104; 12a D 1639.20; 12b W 6000.00; 12c DD 14353.56; Ret. plan X; Employee JOHN W GREEN, 1104 LAUREL LN, NAPERVILLE, IL 60540; State IL 47-0363104 000 6; State wages 170887.03; State income tax 8229.35.

## W-2 IL. State Reference Copy (Copy 2) — 2013

Same data as above.

## W-2 IL. State Filing Copy (Copy 2) — 2013

Same data as above.