# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

*Walters v. City of Flint* et al.,            No. 5:17-cv-10164

                                                         Hon. Judith E. Levy

_____

## NOTICE OF FILING OF LETTER BRIEFS

Pursuant to the Court's June 28, 2022 oral ruling [Tr. Trans. at 6381],[1] Plaintiffs submit this notice of filing of the letter briefs submitted to this Court regarding the Fifth Amendment issues raised at trial. Attached as Exhibits 1 and 2 are:

1. [ECF 694] *PLAINTIFFS' LETTER BRIEF RE FIFTH AMENDMENT PRIVILEGE – SELF-INCRIMINATION* - 02.21.2022

2. [Not previously docketed] *PLAINTIFFS' LETTER BRIEF RE FIFTH AMENDMENT INVOCATION* - 06.20.2022

Dated: July 28, 2022                                   Respectfully submitted,

                                                                            */s/ Melanie Daly*
                                                                            Melanie Daly
                                                                            605 Third Ave., 33rd Fl. New York, New York 10158
                                                                            (212) 605-6200
                                                                            mdaly@levylaw.com

---

[1] In addressing the Fifth Amendment issue, the Court stated: "The parties in our bellwether trial have submitted letter briefs to the Court which I now encourage you to file on the docket, so they can be an official part of the record in our case." [Tr. Trans. 6381].

## CERTIFICATE OF SERVICE

    I, Melanie Daly, hereby certify that on July 28, 2022, the foregoing document and the attached exhibits were served on all counsel of record via the court's ECF system.

*/s/ Melanie Daly*
Melanie Daly
