UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lee–Anne Walters, et al.,

                        Plaintiff(s),

v.                                              Case No. 5:17–cv–10164–JEL–KGA
                                              Hon. Judith E. Levy

Receivership Transition
Advisory Board, et al.,

                        Defendant(s),

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

  **IT IS ORDERED** that this matter is referred to United States Magistrate Judge Grand pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Deliberations and Verdict**

**ADDITIONAL INFORMATION:**    for Deliberations and Verdict

                                                  s/Judith E. Levy
                                                  Judith E. Levy
                                                  United States District Judge

**Certificate of Service**

  I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                  s/W. Barkholz
                                                  Case Manager