The wording of the oath we took when being sworn in as jurors.

s/ Foreperson
Foreperson Signature

In accordance with the Privacy Policy the verdict form with original signature has been filed under seal

2-23-22
Jury Selection Transcript Page 789 Lines 13-18

    Will the jury please stand and raise your right hand to be sworn.

    Do you solemnly swear or affirm that you will well and truly try the issues now here pending and a true verdict render according to both the law and evidence given to you in open court?

Requested documents July 7th or 11th 2015, Email to Gnagey requesting Langelier index info.

s/ Foreperson
Foreperson Signature

In accordance with the Privacy Policy the verdict form with original signature has been filed under seal