# EXHIBIT 23

DESIGNATIONS OF VNA FROM THE

DEPOSITION OF RICHARD SNYDER

The deposition transcript(s) is/are submitted herewith and highlighted to reflect testimony designated (by any party) with is not objected to, testimony designated by a defendant and objected to by Plaintiffs, and testimony designated by Plaintiffs and objected to by a defendant.

| | | | | | RULING | |
|---|---|---|---|---|---|---|
| FROM | TO | P OBJ | L OBJ | V OBJ | Sustained | Overruled |
| 17:24 | 18:12 | | | | | |
| 17:24 | 19:6 | | | | | |
| 19:7 | 19:11 | | | | | |
| 19:12 | 20:9 | | | | | |
| 20:10 | 21:2 | | | | | |
| 21:3 | 21:20 | | | | | |
| 21:3 | 22:17 | 21:8 – 22:17; Relevance, 403 | | | | |
| 23:5 | 25:20 | Relevance, 403 | | | √ | |
| 27:19 | 28:24 | Relevance, 403 | | | √ | |
| 29:16 | 30:20 | | | | | |
| 30:2 | 30:24 | | | | | |
| 31:1 | 33:14 | | | | | |
| 35:10 | 36:12 | | | | | |
| 35:10 | 38:9 | | | | | |
| 36:19 | 38:9 | | | | | |
| 38:11 | 39:18 | | | | | |
| 38:11 | 40:22 | 39:19 – 40:14; Relevance, Speculation, Foundation, 403, cumulative as to next question/answer | | | √ | |
| 40:24 | 41:19 | | | | | |
| 42:5 | 42:17 | | | | | |
| 44:7 (Begin with | 46:21 | 46:20 Not testimony | | | √ | |

*(handwritten notes: "we don't have the ... to spend on this √ ... lives ... case!")*

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING Sustained | Overruled |
|---|---|---|---|---|---|---|
| "Besides ") | | | | | | |
| 44:18 | 46:19 | | | | | |
| 46:21 | 46:21 | | | | | |
| 47:7 | 48:5 | 47:7 – 47:10 form; cumulative with next question and answer | | | ✓ | |
| 48:6 | 48:21 | | | | | |
| 49:5 | 49:23 | | | | | |
| 49:17 | 52:16 | 49:24 – 50:1 Not testimony | | | ✓ | |
| 50:23 | 52:16 | | | | | |
| 52:17 | 53:6 | | | | | |
| 53:7 | 55:17 | 54:11 – 55:1 Prejudicial > Prob. 403 | | | | ✓ |
| 53:12 | 53:23 | | | | | |
| 54:1 | 54:10 | | | | | |
| 55:2 | 55:7 | | | | | |
| 55:9 | 55:17 | | | | | |
| 55:24 | 56:18 | | | | | |
| 55:24 | 56:24 | | | | | |
| 57:16 | 58:4 | | | | | |
| 57:21 | 58:22 | 58:5 – 58:6 Not testimony | | | ✓ | |
| 58:7 | 58:14 | | | | | |
| 58:23 | 59:12 | Form; Examiner Testifying | | | ✓ | |
| 59:14 | 60:6 | 59:14 – 60:1 Answer to improper question | | | | ✓ |
| | | 60:2 – 60:6 Form; Examiner Testifying; foundation | | | ✓ | |
| 60:8 | 60:8 | Not testimony; Answer to improper ~~testimony~~ question | | | ✓ | |
| 60:19 | 62:18 | 60:19 – 61:18 Form; 403; Cumulative | | | ✓ | |

2

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING Sustained | Overruled |
|------|-----|-------|-------|-------|-----------|-----------|
| | | 60:19 – 62:18 403; Relevance | | | ✓ | |
| 61:19 | 61:23 | | | | | |
| 63:13 | 66:18 | 63:13 – Relevance; 403; form; Not testimony | | *cannot be excised, & does such* | ✓ | |
| 64:4 | 64:13 | | | | | |
| 64:19 | 65:11 | | | | | |
| 66:19 | 66:19 | 66:19 – 66:19 Not Testimony | | | ✓ | |
| 66:23 | 67:7 | | | | | |
| 66:23 | 68:24 | 66:23 – 68:2; Relevance, 403 | | | ✓ | |
| | | 68:22 – Not Testimony | | | ✓ | |
| 67:11 | 68:21 | | | | | |
| 68:23 | 68:24 | | | | | |
| 69:2 | 69:12 | 69:6 – 69:7 from "which was part…" through "this testimony," MIL; Hearsay | | | ✓ | |
| | | 69:12 Not Testimony & see OBJECTION at next designation | | | ✓ | |
| 70:4 | 70:21 | | | | | |
| 70:4 | 70:23 | 70:4 – 70:15 – Not testimony, Relevance, 403 | | | ✓ | |
| | | 70:22 – Not Testimony | | | ✓ | |
| 70:23 | 71:4 | 70:24 – 71:2 Not Testimony; Examiner testifying | | | ✓ | |
| 71:5 | 71:9 | Relevance; 403 | | | | ✓ |
| 71:19 | 72:17 | Relevance; 403; >Prejudicial than probative | | | ✓ | |

3

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|------|-----|-------|-------|-------|--------|---------|
| | | | | | Sustained | Overruled |
| 72:18 | 72:24 | | | | | |
| 73:6 | 73:12 | | | | | |
| 73:6 | 74:21 | 73:6 – 73:16; Relevance; 403; Calls for expert opinion; >Prejudicial than Probative | Question is simply not helpful, answer not probative at all. | | ✓ | |
| | | 73:17 – 74:21; Violates MIL, 403; Relevance; >prejudicial than probative | | | ✓ | |
| 73:6 | 73:12 | | | | | |
| 73:14 | 73:16 | | | | | |
| 75:9 | 76:17 | 75:9 – 75:21; Not testimony; Form | | | ✓ | |
| | | 75:22 from "no sir…" through 75:24 "something else," Form | Questions are not likely to elicit probative answers | | ✓ | |
| | | 76:5; Not Testimony | | | ✓ | |
| | | 76:11 – 76:17; Form; Responsiveness; Not testimony | | | ✓ | |
| 75:22 (starting "as…" | 76:4 | 75:22 from "no sir…" through 75:24 "something else;" Form | | | ✓ | |
| 76:6 | 76:10 | | | | | |
| 77:3 | 77:23 | 77:3 FROM "Well, I'm not…" through 77:4 "I'm just asking it of you;" form | | | ✓ | |

4

*What about pp 73—76 ?*

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| | | 77:10; not testimony | | | ✓ | |
| 77:4 (starting "As you…") | 77:9 | | | | | |
| 77:11 | 77:23 | | | | | |
| 78:1 | 78:4 | | | | | |
| 78:1 | 80:9 | 78:1 – 78:8; form; responsiveness; cumulative with next question | | *"carelessness" is not the appropriate word here* | ✓ | |
| | | 78:5 – Not testimony | | | ✓ | |
| | | 78:12 – Not testimony | | | ✓ | |
| | | 78:9 – 80:9 form; calls for legal conclusion; speculation; foundation; requires expert opinion | | *"Some feeling of indifference" on others' puts? = speculation* | | |
| 78:6 | 78:11 | | | | | |
| 78:13 | 79:13 | | | | | |
| 79:16 | 80:9 | | | | | |
| 80:17 | 81:1 | Form; calls for legal conclusions; speculation; foundation; requires expert opinion | | *Somehow we get to this answer, which is inadmissible despite the vexate term* | | |
| 82:9 | 85:6 | 82:9 – 82:22 form; unresponsive; foundation | | *this is all terribly confusing* | ✓ | |
| | | 82:23 – 83:4 through "now is;" Form | | | | |
| | | 83:4 – 83:12 Form, foundation | | | | |

5

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| | | 83:13 – 83:14; Not Testimony | | | ✓ | |
| | | 83:15 – 83:20; Form | | | ✓ | |
| | | 83:21 – 85:6; Relevance; Form; 403 | | | ✓ | |
| 87:3 | 89:13 | 87:3 – 88:3 Relevance; Form; 403; Not testimony | | | ✓ | |
| | | 88:4 – 89:5 Relevance; Form; Not Testimony | | | ✓ | |
| | | 89:6 – 89:13 Relevance | | | ✓ | |
| 87:6 (starting "your officials ...") | 87:24 | | | | | |
| 92:8 | 92:24 | MIL; Relevance; 403 | | | | |
| 94:18 | 96:6 | MIL; Relevance; 403 | | | ✓ | |
| 95:1 (starting "the story") | 95:4 | | | | | |
| 96:19 | 98:22 | MIL; Relevance; 403 | | | ✓ | |
| 99:9 | 101:14 | MIL; Relevance; 403 | | | ✓ | |
| 102:2 | 102:14 | | | | | |
| 102:2 | 104:10 | Form; Relevance; 403; Elicits Improper Testimony | | | ✓ | |
| 102:16 | 103:24 | | | | | |
| 105:1 | 110:14 | 105:6 – 105:7 Not Testimony | | | ✓ | |

*he cannot remember*

*this is all confusing and not probative* ✓

6

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| | | 105:21 Not Testimony | | | ✓ | |
| | | 105:23 – 106:6 Form, cumulative; Not Testimony | | | | ✓ |
| | | 106:15 – 106:20 Incomplete Answer; Form; Cumulative | | | ✓ | |
| | | 108:20 – 109:2 Form | | | ✓ | |
| | | 109:6 – 109:9 Form; Not a Question | | | ✓ | |
| 107:14 | 108:13 | | | | | |
| 108:20 | 110:16 | | | | | |
| 110:15 | 110:16 | | | | | |
| 110:24 (starting "Why was…") | 111:1 | | | | | |
| 110:24 | 112:15 | 110:24 – 111:1 Form; Calls for speculation; Foundation | | | ✓ | ✓✓✓ |
| | | 111:2 Not Testimony | | | ✓ | |
| | | 111:3 – 111:17 Form; Calls for Speculation; Foundation; Not Testimony | | | | ✓ |
| | | 111:19 from "In other words…" through 111:21; Form; Calls for Speculation; Foundation | | | ✓ | |

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| | | 112:2 – 112:11 Form; Calls for Speculation; Foundation | | | ✓ | |
| | | 112:12 Not Testimony | | | ✓ | |
| | | 112:13 – 112:15 Form; Calls for Speculation; Foundation | | | ✓ | |
| 111:3 | 111:10 | | | | | |
| 111:12 | 112:11 | | | | | |
| 112:13 | 112:15 | | | | | |
| 112:22 (starting "It was…") | 113:2 | Hearsay; calls for speculation; Foundation; | | | ✓ | |
| 113:3 | 114:13 | 113:3 – 113:17 Form; Cumulative with next question; Not Testimony | | | ✓ | |
| 114:14 | 115:2 | | | Vague, foundation, and likely to confuse the jury as it is not clear what "consultants" are being discussed | ✓ | |
| 114:22 | 115:2 | | | | | |
| 115:4 | 115:7 | | | Vague, foundation, and likely to confuse the jury as it is not clear what "consultants" are being discussed | ✓ | |
| 115:4 | 115:11 | | | | | |

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| 115:13 | 115:14 | | | | | |
| 115:15 | 115:20 | | | | | |
| 116:5 | 117:21 | 116:13 from "Well that brings up…" through 116:14 "an interesting point"; Form<br><br>117:12 – 117:13 Not Testimony | | | ✓<br><br>✓ | |
| 117:22 | 117:24 | | | | | |
| 118:5 | 119:16 | 118:15 – 118:15; Cumulative<br><br>119:12 from "What I should say…" through 119:16; >Prejudicial than Probative; 403; Calls for speculation; foundation | | 118:12-15 — excluded<br>This is simply confession | ✓ | |
| 119:21 | 122:21 | | | | | |
| 119:21 | 123:7 | 120:10 through 120:12; Cumulative | | | | ✓ |
| | | 121:16 – 121:20 Form | no one cares about this | ✓ | | |
| | | 122:15 – 122:18 through "alley"; Form | | | | ✓ OK one is ot |
| | | 122:21 – 123:2 Form | | | ✓ | |
| 122:24 | 126:17 | 126:1 – 126:2 Form | | | | ✓ |
| | | 126:7 – 126:17 Form, Argumentative | | ! | ✓ | |
| 123:15 | 126:6 | | | | | |
| 126:19 | 127:4 | 126:19 – 126:21 Answer to Improper Question | | | ✓ | |

9

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| 126:22 | 127:21 | 126:22 – 127:21 Form; Calls for Speculation; Foundation | | | ✓ | |
| 127:6 | 127:19 | | | | | |
| 127:21 | 127:21 | | | | | |
| 128:2 | 128:14 | | | | | |
| 128:2 | 130:13 | 128:15 Not Testimony | | | ✓ | |
| | | 128:22 – 128:23 Not Testimony | | | ✓ | |
| | | 129:4 – 130:13 Form; Calls for Speculation; Foundation; Not Testimony; Questions intended to harass and/or intimidate the witness | | | ✓ | |
| 128:16 | 128:21 | | | | | |
| 128:24 | 129:14 | | | | | |
| 129:19 | 129:22 | | | | | |
| 129:24 | 130:4 | | | | | |
| 130:6 | 130:9 | | | | | |
| 130:11 | 130:13 | | | | | |
| 130:14 | 131:12 | 131:6 Not Testimony | | | ✓ | |
| 131:13 | 131:20 | | | | | |
| 131:21 | 133:15 | 132:11 – 132:12 Not Testimony | | | ✓ | |
| | | 132:21 – 133:3 Form; Speculation; Foundation; Not Testimony | | he already testified on this | ✓ | |
| | | 133:11 – 133:15 Form; Speculation; | | | ✓ | |

10

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING Sustained | Overruled |
|------|-----|-------|-------|-------|-----------|-----------|
| | | Foundation; Not Testimony | | | | |
| 134:2 | 134:4 | | | | | |
| 134:2 | 137:1 | 134:5 – 134:6 Not Testimony | | | ✓ | |
| | | 135:4 – 136:6 Form; Speculation; Foundation | | | ✓ | |
| | | 136:7 – 137:1 Form; Foundation; Calls for Speculation | | | ✓ | |
| 134:7 | 135:16 | | | | | |
| 138:18 | 136:16 | | | | | |
| 136:19 | 139:24 | | | | | |
| 137:8 | 137:21 | | | | | |
| 138:3 | 141:2 | 140:1 Not Testimony | | | | |
| | | 140:6 – 140:16 Cumulative; Form | | | ✓ | |
| | | 140:17 – 141:2 Form; Foundation; Calls for Speculation | | | ✓ | |
| 140:2 | 140:8 | | | | | |
| 140:12 | 140:14 | | | | | |
| 140:16 | 140:16 | | | | | |
| 141:3 | 141:5 | | | | | |
| 141:10 | 141:12 | | | | | |
| 141:16 | 142:11 | Form; Foundation; Calls for Speculation | | | | ✓ |
| 141:16 | 143:9 | 142:12 – 142:16 Form; Foundation; Calls for Speculation | | | | ✓ |
| | | 142:17 – 143:9 Form; Foundation; Calls for Speculation | | | | |

*He does not know what someone else was thinking.*

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| 142:17 | 143:9 | | | | | |
| 144:21 | 146:1 | 145:17 Not Testimony

145:20 – 146:1 Form; Foundation; Speculation; Best Evidence Rule | | | ✓

✓ *wrong rule* | |
| 146:10 | 146:23 | | | | | |
| 147:9 | 148:18 | | | | | |
| 148:19 | 150:11 | 149:24 – 150:11 Form; Foundation; Calls for Speculation; | | | | ✓ |
| 150:23 | 151:14 | | | | | |
| 151:15 | 151:24 | | | | | |
| 152:1 | 152:15 | | | | | |
| 152:16 | 154:7 | 152:16 from "-and…" through 152:17 "…these other emails;" form

152:21 Not Testimony | | | ✓

✓ | |
| 154:15 | 155:20 | 154:15 – 155:5 Form; Foundation; Calls for Speculation | | | | ✓ |
| 158:23 | 159:7 | | | | | |
| 159:2 | 160:10 | | | | | |
| 159:10 | 160:5 | | | | | |
| 161:2 | 161:24 | | | | | |
| 161:2 | 163:22 | 161:14 from "Ok. So using…" through 161:17 "…common sense questions;" Form

162:1 Not Testimony

162:23 - 163:4 Form | | | ✓

✓

✓ | |

12

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING Sustained | RULING Overruled |
|---|---|---|---|---|---|---|
| | | 163:5 - 163:22 Form | | | | ✓ |
| 162:2 | 163:12 | | | | | |
| 163:14 | 163:22 | | | | | |
| 164:7 | 165:14 | 164:7 – 164:22 Form | | | | ✓ |
| 164:7 | 166:9 | 165:15 – 165:18 Relevance | | | ✓ | |
| 165:19 | 166:9 | | | | | |
| 182:7 | 183:15 | | | | | |
| 182:7 | 183:24 | 183:21 – 183:24; Relevance; Calls for Speculation; Foundation | | | ✓ | |
| 184:1 | 184:22 | 184:1 – 184:5 Relevance<br><br>184:16 – 185:4 Hearsay; Form; Calls for Speculation; Foundation | | | ✓<br><br>✓ | |
| 184:1 | 185:15 | 184:23 – 185:15 Elicits testimony with improper question; Hearsay; Form; Calls for Speculation; Foundation | | | ✓ | |
| 185:21 | 188:17 | 185:21 – 185:24 Hearsay; Form; Foundation; Calls for Speculation | | | questioner gets to individuals who are NOT relevant ✗ | |
| 186:1 | 189:12 | 186:1 – 186:11 Hearsay; Form; Foundation; Calls for Speculation<br><br>186:12 – 187:11 through "around this time frame;" Hearsay; Form; | | | ✓<br><br>✓ | |

13

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING Sustained | RULING Overruled |
|------|-----|-------|-------|-------|-----------|----------|
|  |  | Foundation; Calls for Speculation |  |  |  |  |
|  |  | 187:16 – 188:17 Hearsay; Calls for speculation; Foundation |  |  | ✓ |  |
|  |  | 188:24 – 189:5 Form; Foundation; Calls for Speculation |  |  |  | ✓ |
|  |  | 189:6 Not Testimony |  |  | ✓ |  |
|  |  | 189:7 – 189:12 Responsive to prior question, and cannot be played if the objection to the question is sustained |  |  |  | ✓ |
| 190:2 | 190:8 | Relevance; Foundation |  |  | ✓ |  |
| 192:18 | 193:15 |  |  |  |  |  |
| 193:17 | 195:2 |  |  | 193:23 – 195:2 Relevance, Prejudicial reference to funds and/or grant money given to Flint |  | ✓ |
| 211:14 | 212:16 |  |  | 211:14 – 212:12 Relevance, Prejudicial reference to funds and/or grant money received by Flint in response to water crisis | ✓ |  |

*(handwritten note in L OBJ column):* I believe Moyer Weelberg already testified to all of this

*(handwritten note, bottom right):* this adds nothing to the above testimony

14

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING Sustained | RULING Overruled |
|---|---|---|---|---|---|---|
| | | | | 212:13 – 212:16 Relevance, Foundation | ✓ | |
| 212:21 | 214:22 | 212:21 – 213:6 Hearsay; Calls for Speculation | | | | ✓ |
| | | | | 212:20 Not Testimony | | |
| | | | | 213:21 – 213:24 through "…the KWA" Improper Legal Conclusion; Rule 403 | ✓ | |
| | | | | 214:5 from "So there was a…" through 214:6; unresponsive if the prior objection is sustained related to Legal Conclusion | ✓ | |
| | | | | 214:7 from "Other than the potential…" through 214:8 "…financial issues" Form; Improper Legal Conclusion; Relevance | ✓ | |
| 213:7 | 213:16 | | | | | |
| 214:7 | 214:22 | | | | | |
| 214:23 | 215:7 | | | | | |
| 215:9 | 215:17 | | | | | |
| 215:18 | 216:7 | | | | | |
| 216:15 | 218:7 | | | | | |
| 216:15 | 219:1 | 216:15 – 217:17 Hearsay; Calls for Speculation; Foundation | | | | |

15

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|------|-----|-------|-------|-------|-----------|-----------|
|      |     |       |       |       | Sustained | Overruled |
|      |     |       |       | 212:13 – 212:16 Relevance, Foundation | ✓ | |
| 212:21 | 214:22 | 212:21 – 213:6 Hearsay; Calls for Speculation | | | | ✓ |
|      |     | 212:20 Not Testimony | | | | |
|      |     | 213:21 – 213:24 through "…the KWA" Improper Legal Conclusion; Rule 403 | | | ✓ | |
|      |     | 214:5 from "So there was a…" through 214:6; unresponsive if the prior objection is sustained related to Legal Conclusion | | | ✓ | |
|      |     | 214:7 from "Other than the potential…" through 214:8 "…financial issues" Form; Improper Legal Conclusion; Relevance | | | ✓ | |
| 213:7 | 213:16 | | | | | |
| 214:7 | 214:22 | | | | | |
| 214:23 | 215:7 | | | | | |
| 215:9 | 215:17 | | | | | |
| 215:18 | 216:7 | | | | | |
| 216:15 | 218:7 | | | | | |
| 216:15 | 219:1 | 216:15 – 217:17 Hearsay; Calls for Speculation; Foundation | | | ✓ | |

15

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| | | 218:3 Form | | | | ✓ |
| | | 218:14 Not Testimony | | | ✓ | |
| | | 218:22 – 219:1 Form; Foundation; Assumes Facts not in Evidence | *Simply not relevant, too.* | | ✓ | |
| | | 219:2 – 219:2 Not Testimony | | | ✓ | |
| 219:3 | 219:20 | | | | | |
| 219:6 | 219:16 | | | | | |
| 224:20 | 226:21 | 224:20 – 225:7 Form; Foundation; Hearsay; Calls for Speculation | *question is confusing* | | ✓ | |
| | | 225:8 – 225:9 Not Testimony | | | ✓ | |
| | | 225:10 – 225:11 Not Testimony | | | ✓ | |
| | | 225:18 – 226:1 Testimony relies on Hearsay; Best Evidence Rule; Calls for Speculation; Foundation | *please re-read this rule!* | | | ✓ |
| | | 226:15 Not Testimony | | | ✓ | |
| 227:4 | 228:17 | | | | | |
| 228:19 | 229:3 | | | | | |
| 229:5 | 229:9 | | | 229:1 – 229:6 Foundation; Cumulative | | ✓ |
| 229:11 | 229:14 | | | 229:7 – 229:14 Foundation, cumulative | | ✓ |

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING Sustained | RULING Overruled |
|------|----|-------|-------|-------|-----------|-----------|
| 229:16 | 229:18 | | | 229:17 – 229:21 Relevance, Prejudicial references to Legionnaires' Disease | ✓ | |
| 229:20 | 230:2 | | | 229:17 – 229:21 Relevance, Prejudicial references to Legionnaires' Disease<br><br>229:22 – 230:4 Foundation, cumulative | ✓ | ✓ |
| 230:4 | 230:8 | | | 230:5 – 230:11 Foundation, cumulative | | ✓ |
| 230:10 | 230:15 | | | 230:12 – 230:20 Foundation, cumulative | | ✓ |
| 230:17 | 230:20 | | | 230:12 – 230:20 Foundation, cumulative | | |
| 230:21 | 231:4 | 230:21 – 231:4 Form; Foundation; Calls for Speculation | | | | ✓ |
| 231:13 | 231:18 | Form; Hearsay; Not a question | | | ✓ | |
| 233:2 | 234:4 | 233:2 – 233:10 Form; Hearsay; Best Evidence Rule<br><br>233:11 – 233:12 Not Testimony<br><br>233:13 – 233:15 Answer to improper | | *question is garbled up and we don't know whose words they are or witness never saw them.* | ✓ ✓ | ✓ |

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| | | question; Hearsay; Relevance | | | | |
| | | 233:16 – 234:4 Form; Foundation; Vague; Calls for Speculation; Hearsay | | | ✓ | |
| 234:8 | 234:13 | Hearsay; Foundation | | | ✓ | |
| 234:21 | 235:21 | 234:21 – 235:2 Form; Hearsay; Foundation; Calls for Speculation | | | ✓ | |
| | | 235:5 from "as noted…" through 235:6 "…by his notes" Form; Calls for Hearsay testimony | | | ✓ | |
| | | 235:9 – 235:10 Not Testimony | | | ✓ | |
| | | 235:11 – 235:21 Calls for Hearsay; Form; Best Evidence Rule; Calls for Speculation; Foundation | | | ✓ | |
| 235:22 | 236:12 | 235:22 – 236:4 Form; Improper Hypothetical; Foundation; Calls for Speculation | | | ✓ | |
| | | 236:5 – 236:10 Not Testimony | | | ✓ | |
| | | 236:11 – 236:12 Call for answer to improper testimony | | | ✓ | |
| 236:16 | 237:12 | 236:16 – 236:22 Calls for Hearsay; | | | ✓ | |

18

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING Sustained | Overruled |
|------|-----|-------|-------|-------|-----------|-----------|
| | | Form; Foundation; Best Evidence Rule; Calls for Speculation | | | ✓ | |
| | | 236:23 Not Testimony | | | ✓ | |
| | | 236:24 – 237:7 Calls for an answer to improper question; hearsay; calls for speculation; Foundation | | | ✓ | |
| 239:18 | 240:10 | 239:18 – 240:1 Form; Foundation; Calls for Speculation; Hearsay | | | | ✓ |
| | | 240:2 Not Testimony | | | ✓ | |
| | | 240:3 – 240:10 Hearsay; Calls for speculation; foundation | | | | ✓ |
| 240:16 | 241:4 | 240:16 – 241:4 Hearsay; Calls for Speculation; Foundation; Form | | | | ✓ |
| 240:16 | 244:21 | 241:5 – 241:7 Cumulative  242:18 – 242:22 | | | | ✓ |
| 241:8 | 242:17 | 241:8 – 241:24 Hearsay; Calls for Speculation; Foundation; Form | | If counsel wants to ask this Q, well, go ahead. | | ✓ |
| | | 242:1 Not Testimony | | | ✓ | |
| | | 242:2 – 242:4 Hearsay; Form; | | | | ✓ |

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | Sustained | Overruled |
| | | Calls for Speculation; Foundation<br><br>242:5 – 242:11 Calls for testimony based on hearsay; form; foundation; calls for speculation; relevance | *It's a senseless question* | | | ✓ |
| 242:23 | 244:21 | 243:11 – 243:12 Calls for Speculation; Foundation; Form<br><br>243:13 – 243:14 Not Testimony<br><br>243:15 – 244:21 Calls for Hearsay testimony; Calls for speculation; Foundation; Form | *This is not moving the case forward for Plaintiffs or defendants* | | ✓<br><br>✓<br><br>✓ | |
| 249:19 | 249:22 | | | | | |
| 249:19 | 250:1 | 249:22 "against your administration" assumes facts not in evidence; foundation<br><br>249:23 Not Testimony | | | ✓<br><br>✓ | |
| 249:24 | 250:1 | | | | | |
| 250:11 | 250:13 | | | | | |
| 250:11 | 250:18 | | | | | |
| 250:14 | 251:23 | 250:14 – 250:18 Vague; Form; Calls for Speculation; Foundation<br><br>250:19 Not Testimony | | | ✓ | ✓ |

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING Sustained | RULING Overruled |
|---|---|---|---|---|---|---|
| | | 250:20 – 251:11 Vague; Form; Calls for Speculation; Foundation | | | | ✓ |
| | | 251:12 – 251:23 Form; Foundation; Calls for Speculation | | | | ✓ |
| 250:20 | 250:22 | | | | ✓ | |
| 250:24 | 252:1 | 251:24 – 252:1 Not Testimony | | | ✓ | |
| 252:7 | 253:15 | 252:7 – 252:11 Best Evidence Rule; Calls for Speculation; Foundation; Wrong Witness | | | | ✓ |
| 252:12 | 253:23 | Best Evidence Rule; Calls for speculation; Foundation; Wrong witness | | | | ✓ |
| 253:17 | 253:23 | | | | | |
| 254:5 | 254:15 | | | Relevance, Prejudicial reference to funds given to Flint in response to water crisis | ✓ | |
| 254:16 | 254:24 | Best Evidence Rule; Calls for Speculation; Foundation; Wrong Witness | | | ✓ | |
| 255:5 | 256:5 | 255:5 – 255:15 Best Evidence Rule; Calls for Speculation; Foundation; Wrong Witness | | | ✓ | |
| | | 256:4 – 256:5 Compound Question; Calls for Expert Testimony; | | | | ✓ |

21

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| | | Foundation; Form; Calls for Speculation | | | | |
| 255:16 | 256:3 | Begins halfway through question; Best Evidence Rule; Calls for Speculation; Foundation; Wrong Witness | | | ✓ | |
| 256:8 | 256:15 | 256:8 – 256:11 Testimony elicited from improper question; Calls for Speculation; Foundation | 256:4 – 256:11 | | | ✓ |
| 256:12 | 257:5 | 256:16 Not Testimony | | | ✓ | |
| 256:17 | 257:5 | | | | | |
| 258:14 | 258:14 | | | | | |
| 258:16 (From "my name is") | 258:17 through "Stern" | | | | | |
| 260:11 | 261:24 | | | | | |
| 260:23 | 261:24 | | | | | |
| 262:9 From "in that point" | 263:2 | | 262:15 Objection should be removed | | ✓ | |
| 263:4 | 263:7 | | | | | |
| 263:8 From "what was" | 264:11 | | | | | |
| 264:23 | 265:4 | | | | | |
| 265:6 | 267:4 | | | | | |
| 267:6 From "how did you find" | 270:20 | | | | | |
| 269:5 | 270:20 | | | | | |

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| 270:24 From "But as part of" | 271:12 | | | | | |
| 271:9 | 271:12 | | | | | |
| 271:21 | 272:24 | | | | | |
| 273:6 From "at any point" | 273:11 | | 273:12 Calls for speculation, incomplete hypothetical, vague | Asked and answered, leading, vague, calls for speculation | √ | |
| 273:13 | 273:24 | | | Asked and answered, vague, calls for speculation | √ | |
| 281:22 From "and there was a period" | 282:3 | | | | | |
| 282:11 | 283:17 | | | | | |
| 282:12 From "do you believe" | 282:20 | | | | | |
| 282:23 | 283:17 | | | | | |
| 283:18 | 283:22 | | | | | |
| 285:4 | 285:13 | | | | | |
| 285:8 | 285:13 | | | | | |
| 288:24 | 289:17 | | | | | |
| 289:23 | 290:20 | | | | | |
| 290:10 From "you knew at" | 290:20 | | | | | |
| 290:21 | 291:7 | | | | | |
| 291:8 | 291:18 | | | | | |
| 292:15 | 292:24 | Relevance to THIS case | | | √ | |
| 293:22 | 295:19 | Relevance to THIS case | | | √ | |

23

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| 302:1 | 303:22 | Relevance to THIS case | | | ✓ | |
| 307:23 | 308:18 | 308:9 – 308:10 Not Testimony | | | ✓ | |
| 308:19 | 309:5 | | | | | |
| 309:1 | 309:5 | | | | | |
| 309:17 | 310:4 | Relevance to THIS case | | | ✓ | |
| 310:14 From "and I'm going to mark" | 310:16 | | | | | |
| 310:20 | 311:15 | | | | | |
| 311:18 From "Mr. Muchmore in response" | 311:24 | | | | | |
| 312:12 | 313:12 | | | | | |
| 312:14 | 313:12 | | | | | |
| 314:6 | 314:9 | | | | | |
| 315:14 | 315:20 | | | | | |
| 315:14 | 317:7 | | | | | |
| 317:3 | 319:7 | 318:8 Not Testimony | | | | |
| 317:9 | 317:13 | | | | | |
| 318:21 | 319:7 | | | | | |
| 319:12 | 320:6 | | | | | |
| 322:7 | 322:16 | | | | | |
| 322:11 | 324:12 | 322:17 Not Testimony | | | ✓ | |
| 322:18 | 322:24 | | | | | |
| 325:2 | 325:13 | 325:6 Not Testimony | | | ✓ | |
| 325:21 | 326:23 | | | | | |
| 327:8 | 328:7 | | | | | |
| 330:17 From "I'm | 330:18 through | | | | | |

*not sure this will be effi... and still make sense*

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING Sustained | RULING Overruled |
|------|-----|-------|-------|-------|-----------|-----------|
| going to mark this" | "Exhibit 32" | | | | | |
| 330:22 | 331:18 | | | | | |
| 333:2 | 334:17 | 333:2 – 333:6 Hearsay<br><br>334:8 – 334:17 Improper Expert Testimony; Improper Opinion Testimony; Foundation | agreed. goodness grecious | | ✓<br><br>✓ | |
| 333:6 | 333:16 through "having problem " | | | | | |
| 333:21 | 334:7 | | | | | |
| 335:1 | 335:6 | | | | | |
| 335:8 | 335:21 | | | | | |
| 335:22 | 336:8 | | | | | |
| 335:22 | 336:9 | | | | | |
| 335:22 | 337:4 | | | | | |
| 336:9 From "I" | 337:4 | | | | | |
| 337:5 | 337:14 | | | | | |
| 337:5 | 338:4 | | | | | |
| 338:7 | 338:21 | | | | | |
| 338:15 | 338:21 | | | | | |
| 339:22 | 341:8 | | | | | |
| 339:24 From "you also had" | 340:11 | | | | | |
| 340:17 From "do you recall" | 341:2 | | | | | |
| 341:13 | 343:6 | | | | | |
| 342:12 | 342:13 through | | | | | |

| FROM | TO | | | | | RULING | |
| --- | --- | --- | --- | --- | --- | Sustained | Overruled |
| | "summer of 2015" | | | | | | |
| 342:15 From "when a gentleman" | 344:2 | | | | | | |
| 343:11 | 344:2 | | | | | | |
| 344:5 From "if there were people" | 344:12 | | | | | | |
| 344:14 | 345:13 | | | | Asked and answered, mischaracterizes prior testimony, leading, calls for speculation, vague | | ✓ |
| 345:15 | 345:20 | | | | Asked and answered, calls for speculation, vague | | ✓ |
| 345:23 (Beginning with "I'll represent to you") | 346:13 | | | | | | |
| 346:15 From "if you had credible" | 346:20 | | | 346:21 incomplete hypothetical, calls for speculation, vague | Asked and answered, cumulative, leading, calls for speculation, vague) | | ✓ |
| 346:22 | 346:24 | | | | Asked and answered, cumulative, calls for speculation, vague | | ✓ |

26

| | | | | | RULING | |
| FROM | TO | | | | Sustained | Overruled |
|---|---|---|---|---|---|---|
| 347:24 | 348:2 | | | | | |
| 348:4 | 348:6 | | | | | |
| 349:14 | 349:16 through "Chen Deposition 3" | | | | | |
| 349:16 (Beginning with "And I'll") | 349:21 | | | | | |
| 351:17 From "a lot of this" | 351:20 through "February of 2015" | | | Foundation, leading, assumes facts not in evidence | ✓ | |
| 352:3 | 352:10 | | | Foundation, leading, assumes facts not in evidence | | ✓ |
| 352:13 | 352:18 | | | Foundation, leading, assumes facts not in evidence | | ✓ |
| 353:2 | 357:10 | | 354:16 Remove objection  *See Heenes* | Foundation, leading, assumes facts not in evidence, calls for speculation, hearsay, asked and answered, cumulative, vague | | ✓ |
| 357:12 | 357:22 | | | Vague, leading, calls for speculation, asked and answered, cumulative | | ✓ |
| 357:24 | 358:20 | | 358:7 Remove objection | Vague, leading, calls for speculation, | | ✓ |

27

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| | | | | asked and answered, cumulative | | |
| 358:22 | 358:23 | | | | | |
| 359:4 | 359:5 through "Exhibit 34" | | | | | |
| 359:16 | 359:20 | | | | | |
| 359:21 | 359:24 through "Address" | | | | | |
| 360:3 From "and she's writing" | 360:4 | | | | | |
| 360:11 From "and she" | 360:24 | | | Foundation, leading, hearsay | | ✓ |
| 361:14 | 362:6 | | | | | |
| 363:12 | 363:17 | | | Foundation, leading, hearsay | | ✓ |
| 363:24 | 364:23 through "I assume" | | | Foundation, leading, hearsay, vague, mischaracterizes prior testimony | | ✓ |
| 365:1 | 365:5 | | | Foundation, leading, calls for speculation, vague | | ✓ |
| 366:16 | 366:17 | | | | | |
| 366:24 | 367:2 through "February 9" | | | | | |
| 367:4 From "and this | 367:5 | | | | | |

28

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING Sustained | Overruled |
|---|---|---|---|---|---|---|
| was previously" | | | | | | |
| 367:7 From "I'll represent to you" | 367:11 through "story" | | | | | |
| 367:18 | 368:17 | | | Foundation, leading, hearsay | | ✓ |
| 368:24 | 369:4 | | | Foundation, leading argumentative, calls for speculation, vague | | ✓ |
| 369:6 | 369:13 | | | Foundation, leading, argumentative, calls for speculation, vague | | ✓ |
| 369:15 | 369:19 | | | Foundation, leading, argumentative, calls for speculation, vague | | ✓ |
| 369:24 | 369:24 | | | Foundation, calls for speculation, vague | | ✓ |
| 370:6 | 370:16 through "letter" | | | | | |
| 370:21 | 372:15 | | | Foundation, leading, hearsay, assumes facts not in evidence, asked and | | ✓ |

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING Sustained | Overruled |
|------|----|----|----|----|----|----|
| | | | | answered, cumulative | | |
| 372:17 | 373:3 | | | Leading, argumentative, vague, calls for speculation, mischaracterizes prior testimony | | ✓ |
| 373:5 | 373:7 | | | Foundation, assumes facts not in evidence, calls for speculation, vague, asked and answered/cumulative | | ✓ |
| 373:14 | 373:17 | | | Foundation, leading, argumentative, vague, calls for speculation, asked and answered/cumulative | | ✓ |
| 373:19 | 373:23 | | | Leading, calls for speculation, asked and answered/cumulative | | ✓ |
| 374:1 | 374:2 | | | | | |
| 374:7 | 374:8 through "Exhibit 37" | | | | | |
| 374:11 From "on" | 374:23 | | | Foundation, leading, asked and answered/cumulative, hearsay | ✓ | |
| 375:1 | 375:14 through | | | Foundation, leading, asked | ✓ | |

*We're getting into this a little too much. Too long. Time to move on.*

30

| FROM | TO | | | | | RULING | |
| --- | --- | --- | --- | --- | --- | Sustained | Overruled |
| | "City of Flint" | | | | and answered/cumulative, hearsay | | |
| 375:17 From "On" | 376:4 | | | | Foundation, leading, argumentative, calls for speculation | ✓ | |
| 376:6 | 376:7 | | | | | | |
| 376:11 | 377:17 | | | | Foundation, assumes facts not in evidence, leading, asked and answered/cumulative, mischaracterizes contents of exhibits, hearsay | ✓ | |
| 377:19 | 378:6 | | | | Foundation, leading, calls for speculation, argumentative, vague | ✓ | |
| 378:8 | 378:12 | | | | Foundation, leading, asked and answered/cumulative, calls for speculation | ✓ | |
| 378:14 | 379:12 | | | | | | |
| 379:14 | 379:19 | | | | Asked and answered/cumulative, vague, mischaracterizes contents of exhibit | ✓ | |
| 379:21 | 380:9 | | | | Asked and answered/cumulative, calls | ✓ | |

31

| FROM | TO | P OBJ | L. OBJ | V OBJ | RULING Sustained | RULING Overruled |
|------|-----|-------|--------|-------|-----------|-----------|
| | | | | for speculation, leading, vague | | |
| 380:10 | 380:21 | | | Asked and answered/cumulative, vague | ✓ | |
| 380:23 | 381:5 | | | | | |
| 381:15 | 381:21 | | | Foundation, argumentative, leading, asked and answered/cumulative, vague, relevance | | ✓ |
| 381:23 | 382:3 | | | Foundation, calls for speculation, asked and answered/cumulative, vague | | ✓ |
| 382:12 From "and you've said" | 382:15 | | 382:16 Incomplete hypothetical, calls for speculation, vague, asked and answered | Calls for speculation, asked and answered/cumulative, vague | ✓ | ⊕ |
| 382:17 | 383:3 | | *cumulative* | Foundation, argumentative, leading, relevance, vague, cumulative | ✓ | |
| 383:5 | 383:11 | | | Foundation, calls for speculation, vague, cumulative | ✓ | |
| 404:14 | 404:14 | | | | | |
| 405:15 | 408:10 | | 408:4 Objection withdrawn | | ✓ | |

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| | | | 408:10 Question without answer | | | ✓ |
| 408:11 | 408:11 | | | | | |
| 408:19 | 408:23 | | 408:24 – 409:1 Foundation, calls for speculation | | ✓ | |
| 409:2 | 409:3 | | | | | |
| 409:19 | 410:10 | | 410:11 – 410:12 Foundation, calls for speculation | | ✓ | |
| 410:13 | 410:19 through "to assist it" | | | | | |
| 410:23 | 411:8 | | | | | |
| 411:20 | 412:18 | | 412:19 Foundation, calls for speculation, Rule 403 | | ✓ | ? |
| 412:21 | 413:1 | | 413:2 – 413:3 Foundation, calls for speculation, Rule 403 | | ✓ | ? |
| 413:4 | 413:4 | | | | | |
| 413:5 | 413:18 | 413:5 – 413:12 Hearsay; Best Evidence Rule | | | - | ✓ |
| 413:24 | 414:4 | | | | | |
| 414:6 From "And we are ready" | 414:20 | | 414:21 – 414:22 Foundation, mischaracterizes the evidence, calls for speculation, Rule 403 | | ✓ | ? |

33

| | | | | | RULING | |
|---|---|---|---|---|---|---|
| **FROM** | **TO** | **P OBJ** | **L OBJ** | **V OBJ** | **Sustained** | **Overruled** |
| 414:23 | 416:2 | | 416:3 Foundation; mischaracterizes the evidence, calls for speculation | | | ✓ |
| 416:4 | 416:15 | | 416:6 – 416:7 Foundation, mischaracterizes the evidence, calls for speculation | | | ✓ |
| 416:18 | 416:18 | | | | | |
| 416:23 | 417:9 | | 417:10 – 417:11 Foundation, mischaracterizes the evidence, calls for speculation | | *not designated* | ✓ ? |
| 417:12 | 417:15 | | | | | |
| 417:20 From "This is" | 418:11 | | 418:12 – 418:13 Foundation, mischaracterizes the evidence, calls for speculation | | *not designated* ✓ | ? |
| 418:14 | 418:17 | | 418:18 – 418:19 Foundation, mischaracterizes the evidence, calls for speculation | | *not designated* ✓ | ? |
| 418:20 | 418:24 | | 419:1 – 419:2 Foundation, mischaracterizes the evidence, calls for speculation | | | |
| 419:3 | 419:8 | | 419:9 – 419:10 Foundation, mischaracteriz | | | |

34

*from now on, when not designated, I will draw a line thru*

| | | | | | | RULING | |
|---|---|---|---|---|---|---|---|
| FROM | TO | | | | | Sustained | Overruled |
| | | | | es the evidence, calls for speculation, improper expert opinion, calls for legal conclusion | | | |
| 419:11 | 419:22 | | | 419:23 – 419:24 Foundation, mischaracteriz es the evidence, calls for speculation, improper expert opinion, calls for legal conclusion, incomplete hypothetical | | | |
| 420:1 | 420:13 | | | 420:14 – 420:15 Foundation, calls for speculation | | | |
| 420:16 | 420:23 | | | 420:24 – 421:1 Foundation, calls for speculation, improper expert opinion, calls for legal conclusion | | | |
| 421:3 | 421:19 | | | 421:21 Foundation, mischaracteriz es the evidence, calls for speculation, improper expert opinion, Rule 403 | | | |
| 421:23 | 422:13 | | | 422:14 – 422:15 | | | |

35

| FROM | TO | P OBJ. | L OBJ. | V OBJ. | RULING | |
|------|-----|--------|--------|--------|-----------|-----------|
| | | | | | Sustained | Overruled |
| | | | Foundation, mischaracterizes the evidence | | | |
| 422:16 | 423:4 | | 423:5 Mischaracterizes the evidence, calls for speculation | | ⟋ | |
| 423:6 | 423:10 | | 423:10 Mischaracterizes the evidence, calls for speculation | | | ✓ |
| 423:13 | 423:24 | | 424:1 Mischaracterizes the evidence, calls for speculation | | ⟋ | |
| 424:2 | 424:6 | | 424:7 – 424:8 Foundation, mischaracterizes the evidence, calls for speculation, incomplete hypothetical | | ⟋ | |
| 424:10 | 424:16 | | 424:17 Assumes facts not in evidence, calls for speculation, incomplete hypothetical | | ⟋ | |
| 424:19 | 424:24 | | 425:1 – 425:2 Calls for speculation | | ⟋ | |
| 425:3 | 425:9 | | 425:10 Foundation, calls for speculation | | ⟋ | |
| 425:13 | 425:16 | | 425:17 Foundation, calls for speculation, | | ⟋ | |

36

|  |  |  |  |  | RULING | |
|  |  |  |  |  | Sustained | Overruled |
| **FROM** | **TO** | **P OBJ** | **L OBJ** | **V OBJ** | | |
|  |  |  | incomplete hypothetical |  |  |  |
| 425:18 | 425:24 |  | 426:1 – 426:2 Foundation, assumes facts not in evidence, mischaracterizes the evidence, calls for speculation, incomplete hypothetical |  |  |  |
| 426:3 | 426:5 |  |  |  |  |  |
| 427:1 | 427:7 |  | 427:8 Foundation, mischaracterizes the evidence |  |  |  |
| 427:9 | 427:17 |  | 427:18 – 427:19 Foundation, mischaracterizes the evidence |  |  |  |
| 427:20 | 428:2 |  | 428:3 – 428:4 Foundation, mischaracterizes the evidence |  |  |  |
| 428:5 | 428:11 |  | 428:12 – 428:13 Foundation, mischaracterizes the evidence |  |  |  |
| 428:14 | 428:19 |  | 428:20 – 428:21 Foundation, mischaracterizes the evidence |  |  |  |
| 428:22 | 429:3 |  | 429:5 Mischaracterizes the evidence |  |  |  |
| 429:5 | 429:7 |  | 429:8 Mischaracterizes the evidence |  |  |  |
| 429:9 | 429:9 |  |  |  |  |  |

| FROM | TO | P OBJ | L OBJ | V OBJ | RULING Sustained | RULING Overruled |
|---|---|---|---|---|---|---|
| 429:20 | 430:3 | | 430:5 Foundation, mischaracterizes the evidence | | | |
| 430:6 | 430:6 | | | | | |
| 430:12 | 431:6 | | 431:7 Document/exhibit speaks for itself | | | |
| 431:8 | 432:7 | | 432:8 Foundation, mischaracterizes the evidence, relevance | | | |
| 432:9 | 432:15 | | 432:16 – 432:17 Calls for speculation, mischaracterizes evidence, incomplete hypothetical, relevance | | | |
| 432:18 | 432:18 | | | | | |
| 433:13 | 434:15 | Testimony directly subject to MIL – Task Force Report; Hearsay; Hearsay within Hearsay; Invokes Improper Legal Opinion | | | ✓ | |
| 442:10 | 443:3 | 442:10 – 442:13; Calls for Speculation; Foundation; Calls for Legal Conclusion; Form 442:14 Not Testimony 442:15 – 443:3 Calls for speculation; Foundation; Calls | | | ✓ | |

38

| FROM | TO | P. OBJ | L. OBJ | V. OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| | | for Legal Conclusion; Form; Counsel Objection Not Testimony; MIL – Task Force Report; Hearsay | | | | |
| 443:4 | 443:7 | | 443:8 Foundation, calls for speculation, improper expert opinion, calls for a legal conclusion, relevance | Foundation, leading, argumentative, vague, calls for legal conclusion, relevance | ——— | |
| 443:10 | 443:15 | | 443:17 Foundation, calls for speculation, improper expert opinion, argumentative, calls for a legal conclusion, relevance | Foundation, legal conclusion, relevance, vague | ——— | |
| 443:18 | 443:19 | | | Foundation, legal conclusion, relevance, vague | ——— | |
| 444:16 | 444:19 | Relevance; 403; more prejudicial than probative; MIL | | | | ✓ |
| 445:2 | 445:7 | Relevance; 403; more prejudicial than probative; MIL | | | | ✓ |
| 445:15 | 445:24 | Relevance; 403; more prejudicial than probative; MIL | | | | ✗ |
| 446:18 | 447:15 | Relevance; 403; more prejudicial than probative; MIL; Foundation; Calls | | | | ✓ |

*He will weave that the Jury can assess that w/ this evidence. Not 403 for that reason.*

39

| FROM | TO | P OBJ | OBJ | V OBJ | RULING | |
|---|---|---|---|---|---|---|
| | | | | | Sustained | Overruled |
| | | for Speculation; Hearsay | | | | |
| 448:13 | 449:8 | Relevance; 403; more prejudicial than probative; MIL; Foundation; Calls for Speculation; Hearsay | | | ✓ | |
| 448:13 | 450:21 | 449:9 – 449:9 Not Testimony | | | ✓ | |
| 449:10 | 450:21 | Relevance; 403; more prejudicial than probative; MIL; Foundation; Calls for Speculation; Hearsay | | | ✓ | |
| 451:12 | 451:14 | Relevance; 403; more prejudicial than probative; MIL; Foundation; Calls for speculation; Hearsay | | | ✓ | |
| 451:19 | 452:7 | | | | | |
| 452:19 | 453:17 | Relevance; 403; more prejudicial than probative; Foundation; Calls for Speculation; Hearsay | | | ✓ | |
| 454:4 | 455:18 | Relevance; 403; more prejudicial than probative; Foundation; Calls for Speculation | | | ✓ | |
| 498:20 | 500:5 | Relevance; Calls for Speculation; Hearsay; ~~Best Evidence Rule;~~ Foundation | | | ✓ | |
| 500:7 | 500:12 | | | | | |
| 501:3 | 501:15 | Relevance; Foundation; ~~Best Evidence Rule~~ | | | ✓ | |

*none of these is relevant to the claims, defenses) or non-party-at-fault Texas*

*Relevance*