| | |
|---|---|
| **From:** | Corey Stern |
| **To:** | Devine, Alaina N. |
| **Cc:** | Moshe S. Maimon; Kent, David C.; Mason, Wayne B.; Erickson, Philip; Travis.Gamble@faegredrinker.com; Campbell, James M.; Dan Stein; Ter Molen, Mark; Christian, Marcus A.; bush@bsplaw.com; Dupre, Kristin M.; Howe, Christopher R. |
| **Subject:** | Re: Flint: VNA"s Notice of Filing Depos and Motion to Supplement the Record |
| **Date:** | Wednesday, August 17, 2022 2:47:39 PM |

You have no need for our slides. There was a mistrial.

Corey M. Stern
Levy Konigsberg, LLP
605 Third Ave, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
www.levylaw.com

> On Aug 17, 2022, at 8:43 PM, Devine, Alaina N. <ADevine@campbell-trial-lawyers.com> wrote:
>
>
> Corey and Moshe,
>
> I am following up on my below follow-up request for the slides that you used during closing. Please let me know if a meet a confer on this issue is needed or if you will require us to file a motion to compel.
>
> Thank you,
>
> *Alaina N. Devine*
> **Campbell Conroy & O'Neil**
> **Professional Corporation**
>
> 
>
> 20 City Square, Suite 300
> Boston, MA 02129
> Office: (617) 241-3037
> Cell: (508) 612-6204
> Email: adevine@campbell-trial-lawyers.com
>
> **Note** : This e-mail contains information from the law firm of Campbell Conroy & O'Neil Professional

Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call (617) 241-3000.

**From:** Devine, Alaina N.
**Sent:** Wednesday, August 10, 2022 6:22 PM
**To:** Stern, Corey <CStern@levylaw.com>; Moshe S. Maimon <MMaimon@levylaw.com>
**Cc:** Kent, David C. <david.kent@faegredrinker.com>; Mason, Wayne B. <wayne.mason@faegredrinker.com>; Erickson, Philip <PErickson@plunkettcooney.com>; travis.gamble@faegredrinker.com; Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>; Dan Stein <DStein@mayerbrown.com>; Ter Molen, Mark <MTerMolen@mayerbrown.com>; Christian, Marcus A. <MChristian@mayerbrown.com>; bush@bsplaw.com; Dupre, Kristin M. <KDupre@Campbell-trial-lawyers.com>; Howe, Christopher R. <chowe@Campbell-trial-lawyers.com>
**Subject:** Flint: VNA's Notice of Filing Depos and Motion to Supplement the Record

Corey and Moshe,

Following up on our conference with Judge Levy last week, we intend to file a notice on the docket with the deposition matrix rulings from Judge Levy. This would apply to the following witnesses: Rosenthal, Earley, Johnson, Gadis, Ambrose, Croft, Crooks, Walker, Edwards, Gnagy, Del Toral, Snyder, Nicholas, Chen, and Workman. We intend to file the corresponding deposition transcripts under seal, consistent with our discussion.

Also consistent with the discussion last week, we intend to file a Motion to Supplement the record with VNA's submissions and the Court's e-mail ruling on the Fifth Amendment, VNA's submission on Alternative Causes (as referenced in ECF No 702), VNA's submission and the Court's February 14, 2022 e-mail chain ruling on the OIG and Task Force Reports, VNA's submission on the EPA Administrative Order, VNA's submission on the late-disclosed witnesses, and the various versions of the jury instructions and verdict forms. These items were part of what was previously sent to you with our original request, but we have narrowed the scope per Judge Levy's directives and after reviewing the docket. Pursuant to local rule 7.1, please let us know if you assent to this motion.

Finally, I am requesting on behalf of VNA, for a third time, the slides used by plaintiffs and LAN in the closing arguments. Please send those to me by email to be marked for identification.

Thank you,

**_Alaina N. Devine_**
**Campbell Conroy & O'Neil, PC.**



20 City Sq, Suite 300
Boston, MA 02129
Tel: (617) 241-3037
Cell: (508) 612-6204
Email: adevine@campbell-trial-lawyers.com

**Note** : This e-mail contains information from the law firm of Campbell Conroy & O'Neil, Professional Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call (617) 241-3000.

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

This email has been scanned for spam and viruses. Click here to report this email as spam.