## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re* Flint Water Cases.

                                  /

Judith E. Levy
United States District Judge

This Order Relates To:

*Bellwether I*
    Case No. 17-10164

_____/

## SCHEDULING ORDER FOR BELLWETHER I RE-TRIAL

The Court orders as follows.

| Event | Deadline/ Date Range |
|---|---|
| Plaintiffs' Expert Reports + Complete Disclosures | October 21, 2022 |
| Plaintiffs' Expert Depositions | October 28, 2022– November 9, 2022 |
| Defendants' Expert Reports + Complete Disclosures | November 23, 2022 |
| Plaintiffs' Reply Expert Reports | November 30, 2022 |
| Defendants' Reply Expert Reports | December 7, 2022 |
| Defendants' Expert Depositions (shall be limited only to those experts for whom the parties submit new or additional reports) | November 28, 2022–December 9, 2022 |
| Reply Expert Report Depositions | December 12, 2022–December 19, 2022 |

| | |
|---|---|
| Motions in Limine—Opening Briefs | December 16, 2022 |
| Motions in Limine response | January 4, 2023 |
| Motions in Limine Reply | January 13, 2023 |
| Daubert and Summary Judgment Motions—Opening Briefs | December 21, 2022 |
| Daubert and Summary Judgment Response Briefs | January 11, 2023 |
| Daubert and Summary Judgment Reply Briefs | January 20, 2023 |
| Deadline for parties to submit joint proposed jury questionnaire to the Court and hearing | * We will use Bellwether I questionnaire from previous trial unless the parties agree otherwise |
| Deadline for Parties to send 180 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | January 13, 2023 |
| Jurors Summoned in Court to Answer Questionnaires | TBD (January 18 & 19, 2023) |
| Parties to submit Joint Final Pretrial Order | January 26, 2023 |
| Hearing Regarding Excusals Based on Jury Questionnaire Responses | January 31, 2023 at 2:00 p.m. |
| Deadline for Judge Levy's Chambers to Submit Excusal List (based on questionnaires) to Jury Department | February 10, 2023 |
| Oral Argument on Daubert Motions | TBD |
| Oral Argument on Summary Judgment Motions | TBD |

| | |
|---|---|
| Oral Argument on Motions in Limine | TBD |
| Deposition Designations (due for exchange between parties) | Date to be agreed upon between the parties. |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | Date to be agreed upon between the parties. |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court | Minimum of two weeks before witness will be called at trial. |
| Deadline for Court to Inform Jury Department of Excusals Based on Questionnaires | TBD |
| Final Pretrial Conference, hearing on motions in limine | February 2, 2023 10:30 am |
| Parties to submit Voir Dire Questions, Proposed Preliminary Jury Instructions | February 14, 2023 |
| Hearing Regarding Misc. Pretrial Matters (if needed) | February 16, 2023 10:30 am |
| First Day of Trial/Voir Dire | Wednesday February 22, 2023 8:30am |

Hearings will be conducted in person in Ann Arbor, Michigan unless the Court notifies the parties in advance otherwise.

IT IS SO ORDERED.

Dated: September 29, 2022        s/Judith E. Levy
Ann Arbor, Michigan              JUDITH E. LEVY
                                 United States District Judge

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 29, 2022.

s/Erica Parkin on behalf of
WILLIAM BARKHOLZ
Case Manager
