*Notice of Appeal to the 6th Circuit Court of Appeals…. of Judge Levy's Order (**Ecf Doc. # 976 in FWC district Court Case #17-cv-10164**); and disabled Jones' OBJECTION.*

ROM: Melvin Jones Jr.

1935 Hosler St. - Flint, Michigan 48503

[and] previous address: 829 Campbell St - Flint, Michigan 48507

*Here… unfortunately [I] must appeal Judge Levy's order*

…dated ON october 13th, 2022 {Ecf Doc. # 976}.

Which is to say;

1.)    On appeal an issue which I intend upon raising is NEITHER the MI EGLE, nor the City of Flint, nor the State of Michigan, nor the Plaintiffs Attorneys have the fundamental RIGHT to continue to LEAD poison Flint Residents just because there are OTHER lawsuit[s] pending against LAN, VNA

*and the US EPA… so that "lead poisoning" can be then asserted against the NON settling defendants in FWC #17-cv-10164, for example…*

*2.) AS RECENT AS Jan. 2022… at certain elementary schools in the City of Flint… the LEAD level in the drinking water at the WATER FOUNTAINS = 10 ppb…*

*3.) And, accordingly [I] respectfully put forth a*

standing and/ or continuing objection,...

4.)    yes, this is VERY troubling considering that attorney Corey Stern, co-liaison for residents, called the settlement "the first chapter toward closure for the residents of Flint…" … and attorney Corey Stern also has stated, "Most importantly, the settlement recognizes the effects the crisis had, and will continue

*to have on the children of Flint. Despite some who would have preferred a different model, the kids won," Stern said.* **<u>(see for example, Mlive news article dated August 20th, 2020</u>**),

*5.)    More to the point… in this instance JUSTICE, FRCP Rule 23, the Class Action Fairness Act, and CANDOR to the District Court, as well as [MY] rights as an interested party here…*

*HAVE ALL LOST,* because the FACT that there was ANY structure (e.g. either a home or school) in the City of Flint which registered @ 10 bbp of LEAD water coming out of the faucet for drinking water (e.g. *approx. 1 ½ years AFTER the FWC settlement is simple mind-numbing* and shocks the conscience,

6.)   Further…. that LK Law Firm (e.g. Corey Stern, et al) have SAT silent on such

*critical information [e.g. FAILED to alert Judge Levy of such].... is DEEPLY troubling indeed and NOW such must be appealed so as to allow the 6th Circuit Court of Appeals to issue appropriate order[s] …to include DECLARATORY relief in my favor,*

7.)   For example… *Aside from Eisenhower Elementary School, every building in the district had water entering hydration stations that*

*exceeded 10 parts per billion (ppb) in lead levels in January 2022.* The Environmental Protection Agency's lead trigger level is set at 10 ppb which, if exceeded, requires additional planning, monitoring and treatment.

*https://flintbeat.com/officials-say-flint-schools-water-stations-continue-to-provide-safe-drinking-water/*

8.) And an additional matter/ issue to be raised on appeal is at WHAT point does the aforementioned misconduct on behalf of the City of Flint, MI EGLE, and State of Michigan violate the RIGHTS of disabled

*ADULT residents of the City of Flint such as myself, and*

*9.) Further... at what point does the apparent... the aforementioned misconduct of the Plaintiffs Attorneys violate the fundamental rights and structural - integrity of the proceedings in the instant district court case to a point such that JUSTICE is simply NOT possible to be served ?*

*10.) For example... at what point is the instant case FUTILE whereby NO further orders which seek to advance and/ or pressure a settlement for example should be issued (e.g.*

*whereby the Bellwether Process is itself being corrupted to a point where the settled parties {e.g. the City of Flint, MI EGLE and State of Michigan} can be deemed to apparently NOT actually desire to remediate LEAD to near ZERO (e.g. lets keep in mind that there is NO safe level of LEAD in drinking water for EITHER children or adults in the City of Flint)…. whereby instead 10 bbp of LEAD as recent as Jan. 2022 — was ALLOWED because…. of the mindset …so what — [we/ the MI EGLE, City of Flint, and State of Michigan are NOW immune*

*from ANY further liability due to the FWC settlement... which is currently being administered by ARCHER Claims as to the settled defendants {e.g. MI EGLE, City of Flint and State of Michigan}...*

11.)  *Simply put — there is CLEARLY still a horrible amount of LEAD somewhere PRIOR to the delivery TO the faucet fixture  @ 10 ppb of LEAD.... which then begs the question is the Flint Water Crisis actually ENDED ?  yet again... a question/ issue for the 6th Circuit Court of Appeals to address on appeal.*

*For the reasons stated herein [I] respectfully GIVE my... notice of appeal to the 6th Circuit Court of Appeals — which is to say, consistent with the 6th Circuit Court of Appeals'*

*DIRECTIVE in pending mandamus #21-1801....* **My notice of APPEAL must be docketed in FWC district court case #17-cv-10164 and forthwith transmitted to the 6th Circuit Court of Appeals; additionally, see the notation of the SAME in the denial of my IFP motion in appeal # 22-1347.**

*Respectfully Submitted,*
*October 21st, 2022*

*~Melvin Jones Jr. – disabled Pro Se Appellant – interested party*