# EXHIBIT 6

# EDWARD HOFFMAN, PH.D.
Clinical Psychologist
19 West 34th Street, Penthouse Suite
New York, New York 10001
Phone: (212) 947-7111   Fax: (212) 239-0948

## PSYCHOLOGICAL REPORT

Name: Emir Sherrod
Date of Birth: 3/29/11
Date of Evaluation: 6/19/21
Age at Evaluation: 10 years, 2 months
Date of Report: 7/9/21

### REFERRAL AND BACKGROUND INFORMATION:

Emir Sherrod was referred for a psychological evaluation, in order to determine his current strengths and weaknesses pertaining to her lead exposure. Emir and his family were somewhat familiar to this examiner at the time of the evaluation. In May 2020, this examiner reviewed school and medical records, as well as his mother's deposition.

According to the deposition of Emir's mother on 1/14/20, he is the product of a normal, full-term pregnancy culminating in a normal delivery at Hurley Hospital in Flint, Michigan. She denied any health problems during the pregnancy, and also denied the use of alcohol, illegal drugs, or prescribed medication. She was reportedly informed by hospital staff that Emir was born a healthy baby, and they went home two or three days after his birth.

According to Emir's mother, he achieved developmental milestones within normal age parameters. His medical history is unremarkable.

Emir had the following lead level on 2/17/16: <3.3 ug/dL. On 8/24/19, he had a bone lead density of 6.72 ug/dL.

In her deposition, Emir's mother recounted that Emir has exhibited persistent attentional, behavioral, and academic difficulties. At the time of the deposition, Emir was living at home with his mother and two brothers (Malachi, age ten at time of deposition and Breyden, age seven at time of deposition). Emir reportedly had frequent contact with his father.

During the 2016-2017 school year, Emir attended kindergarten. As indicated on his report card, he received the grade of "S" (*Satisfactory*) in all subjects and his Citizenship Grade was consistently a "4" (*Excellent*)

During the 2017-2018 school year, Emir attended the first grade. As indicated on his report card, he received the grade of "N" (*Needs improvement*) for two marking periods in Writing Overall and one marking period for Reading Overall. All his other report card grades were *Satisfactory* and his Citizenship grades ranged from "3" *(Good)* to "4" *(Excellent)*.

During the 2018-2019 school year, Emir attended the second grade. As indicated on his report card, he received the grade of *Unsatisfactory* in Reading Overall for one marking period and *Needs Improvement* for one marking period in Physical Education Overall. All his other grades were *Satisfactory* and his Citizenship scores were all "3" (*Good*).

During the 2019-2020 school year, Emir attended the third grade. As indicated on his report card, he displayed a wide variety of strengths and weaknesses. On the second marking period, Emir received the grades of "C-" in Reading Overall and "C" in Social Studies. On the positive side, Emir received the grades of "B+" in Math Overall, "A" in Science Overall, and "A+" in Writing Overall. His Citizenship grades ranged from *Average* to *Good*. As stated on his report card, Emir sometimes showed difficulty in controlling his anger.

During the 2020-2021 school year, Emir attended the fourth grade. As indicated on his final report card, Emir showed significant academic difficulty. He received the final grades of "D+" in Writing Overall, "C+" in Science overall, and "C" in Social Studies Overall. On the positive side, Emir received the grades of "B-" in Reading Overall and "B" in Math Overall among the major subjects. It should be noted that Emir received the grade of "4" (Outstanding) in Citizenship for every marking period., indicating that his academic deficits were not due to emotional-behavioral factors.

As interviewed by this examiner, Emir's mother related that he resides at home with his mother and two brothers, Breyden and Malachi. Emir has frequent contact with his father. Emir reportedly has adequate health and takes no medication on a regular basis. He exhibits "terrible" sleeping at night and has occasional nightmares. His appetite is highly variable. Emir is independent in basic self-care skills but does not get his

2

clothes ready in the morning before school. Reportedly, Emir attended fourth grade "in person" no more than 10% to 15% during the past school year.

**CLINICAL INTERVIEW:**

Emir related that he has friends in school but not in his neighborhood. He liked his teacher during the past school year. Emir reported having no favorite subjects at all and disliking geography in particular. He denied that anything bothered him at school or got him mad. Emir would like to work in a café upon the completion of schooling.

**ASSESSMENT PROCEDURES:**

Comprehensive Trail-Making Test-2 (CTMT-2)
WISC-V
Receptive One-Word Picture Vocabulary Test (ROWPVT)
Woodcock-Johnson Tests of Achievement IV
Beery VMI-6th edition
Symbol Digit Modalities Test
Benton Visual Retention Test
Delis Rating of Executive Functions (D-REF)
Clinical Interview
Parent Interview

**BEHAVIORAL OBSERVATIONS:**

Emir presented as a ten-year old boy with hyperactive behaviors. He had black hair and brown eyes, and was right-handed. Emir was neatly attired and groomed. Emir required constant reminders from this examiner to focus attention on test tasks. Emir responded well to praise and encouragement. However, as the evaluation progressed, despite frequent "breaks," Emir displayed increased fidgeting as well as self-rocking behaviors. He also produced silly noises by deliberately pressing his fingers into his cheeks, as well as playing with his shoelaces. When asked by this examiner to refrain from such behavior, Emir was cooperative but soon lapsed into repetition and required re-direction once more.

**EXECUTIVE FUNCTIONING:**

On the Comprehensive Trail-Making Test-2, Emir showed a major deficit in executive functioning involving the grapho-motor domain independent of memory. Although Emir was able to respond correctly to the first three subtests, he become confused on the last two subtests and was unable to complete them correctly. As indicated in the manual for this test, such errors are rare among children and adults, and suggest an organic deficiency. Individuals functioning at this level of deficiency typically experience major difficulties in utilizing working memory effectively during new cognitive tasks under time constraint.

**COGNITIVE FUNCTIONING:**

**WISC V**

| Verbal Comprehension Index | Standard Score | Percentile |
|---|---|---|
| Similarities | 4 | 02% |
| Vocabulary | 8 | 25% |
| (Comprehension) | 8 | 25% |
| (Information) | 4 | 02% |

**Visual Spatial Index**

| | Standard Score | Percentile |
|---|---|---|
| Block Design | 8 | 25% |
| Visual Puzzles | 8 | 25% |

**Fluid Reasoning Index**

| | Standard Score | Percentile |
|---|---|---|
| Matrix Reasoning | 10 | 50% |
| Figure Weights | 10 | 50% |
| (Picture Concepts) | 3 | 01% |
| (Arithmetic) | 10 | 50% |

**Working Memory Index**

| | Standard Score | Percentile |
|---|---|---|
| Digit Span | 14 | 91% |
| Picture Span | 6 | 09% |

**Processing Speed Index**

| | Standard Score | Percentile |
|---|---|---|
| Coding | 7 | 16% |
| Symbol Search | 10 | 50% |

```
(Cancellation)                          12           75%
Verbal Comprehension Index=78    07%
Visual Spatial Index=89          23%
Fluid Reasoning Index=100        50%
Working Memory Index=100         50%
Processing Speed Index=92        30%
Full Scale IQ=91                 27%
```

On the WISC-V, Emir exhibited a major deficit for his age in the Verbal Comprehension domain. His Index score of 78 placed him at the bottom 07% for his chronological age. Emir's Index score of 89 in the Visual Spatial domain placed him at the bottom 23% and his Full Scale IQ of 91 placed him overall at the bottom 27% compared to peers.

Emir showed major deficits in 4 subtest areas of the WISC-V. These pertained to his verbal conceptual reasoning, his fund of general knowledge, his ability to conceptualize similarities among pictures of familiar objects, and his short-term visual memory.

It should also be noted that Emir displayed a statistically significant, 22-point discrepancy in his functioning within the Verbal Comprehension domain compared with his much higher functioning in the Fluid Reasoning and Working Memory domains. As indicated by Table B5 of the WISC-V manual, this discrepancy is at the .01 level of probability. As shown by Table B6, the 22-point discrepancies occurred in only 5.5% and 7.7% of the normative sample respectively. Emir's Verbal Comprehension domain score was 16 points lower than his Processing Speed domain score, a discrepancy at the .05 level of probability.

Emir also exhibited clinically significant intra-test scatter on several subtests of the WISC-IV. Such a pattern is typically associated with a difficulty in sustaining attention during new cognitive tasks. In the absence of such intra-test scatter, Emir would have scored at the 95% for his age in Matrix Reasoning, at the 75% for his age in Arithmetic, and at the 63% for his age in Vocabulary, Figure Weights, and Information.

Emir also showed a very large amount of inter-test scatter on the WISC-V, with scaled scores ranging from 3 to 14. This pattern is typically associated with the presence of a learning disability.

On the Receptive One-Word Picture Vocabulary Test (ROWPVT),

Emir attained a standard score of 109, placing him at the 73rd percentile for his age and corresponding to an age equivalent of 11 years, 1 month. It is important to note that Emir displayed a large amount of intra-test scatter, indicating a difficulty in sustaining his attention during this test involving receptive vocabulary. In the absence of this scatter, Emir's standard score would have risen 9 points to 118, placing him at the 88% for his age and corresponding to an age equivalent of 12 years, 10 months.

**VISUAL-PERCEPTUAL FUNCTIONING:**

On the Beery, Emir attained an age-equivalent of 7 years, 6 months, a deficiency of more than two-and-a-half years, and a corresponding standard score of 85. This score placed him at the bottom 16th percentile for his age in the grapho-motor domain. Emir held his pencil with an adequate grip. There was a mild amount of intra-subtest scatter on this test, and therefore, evidence for a somewhat higher capability in the grapho-motor domain. In the absence of scatter, Emir's age-equivalent score would have risen to 8 years, 1 months. His corresponding standard score would have been elevated to 89, placing him at the 35th percentile for his age.

On the Digit Symbol Modalities Test, Emir answered 32 items correctly and scored within the mean range for boys of his age. Emir did not produce any scorable errors.

On the Benton Visual Retention Test, Emir accurately copied 7 of the 10 visual stimuli correctly when placed directly before him. This score was within the range for children his age with an IQ of 85 to 115 reported in the manual. When Emir was required immediately to copy comparable visual stimuli when removed from his vision following a 10-second presentation for each stimulus, he copied 4 correctly. For children ten years old, this performance corresponds to an estimated IQ range of 80 to 94.

**ACADEMIC FUNCTIONING:**

| Woodcock-Johnson Subtest | S.S. | Grade Equiv. | Percentile |
|---|---|---|---|
| Sentence Reading Fluency | 98 | 4.6 | 44 |
| Science | 97 | 4.4 | 43 |
| Math Facts Fluency | 95 | 4.4 | 38 |
| Letter-Word Identification | 93 | 4.0 | 33 |
| Spelling | 88 | 3.4 | 21 |
| Calculation | 87 | 3.6 | 20 |

```
Sentence Writing Fluency      83        2.9           13
Social Studies                79        2.1           08
Passage Comprehension         77        2.3           07
Humanities                    72        K.7           03
```

Due to the fact that Emir begins fifth grade this coming fall, these standardized test scores indicate that he is currently functioning below grade-level in all academic areas. Especially significant is that Emir's reading comprehension is more than two-and-a-half years below grade-level and places him at the bottom 07% compared to peers.

It is also important to note that Emir displayed major deficits in both Humanities and Social Studies knowledge, with scores more than four years below grade-level and nearly three years below grade-level respectively. These scores place Emir at the bottom 03% and 08% compared to peers and indicate that a significant difficulty in retaining academic information. These scores are also consistent with Emir's scaled score of 4 on the Information subtest of the WISC-V.

Emir is currently functioning more than two years below grade-level in his ability to write short sentences for meaning under time constraint. He is functioning nearly a year-and-a-half below grade-level in performing more complex arithmetic calculations and over a year-and-a-half below grade-level in spelling. Emir's ability in reading decoding is fully a year below grade-level.

Emir's three strongest academic areas pertained to Science knowledge, performing simple calculation under time constraint, and reading short sentences for meaning under time constraint. Nevertheless, for these three areas Emir showed deficits of four to six months.

It should be noted that Emir displayed a large amount of intra-test scatter on the Woodcock-Johnson subtests, revealing a difficulty in cognition involving previous learning. In the absence of such scatter, Emir would have achieved the following subtest scores:

**Woodcock-Johnson Subtest   S.S.   Gr. Equiv. Percentile**
(Absence of intra-test scatter)

```
Letter-Word Identification   120        9.6          91%
Science                      117       11.7          87%
Social Studies               112        7.8          79%
Spelling                      93        4.1          33%
```

7

```
Calculation                    92      4.1      30%
```

Specifically, Emir would have scored more than six-and-a-half year above grade-level in his Science knowledge, more than four-and-a-half years above grade-level in reading decoding, and more than two-and-a-half years above grade-level in his Social Studies knowledge. Emir would also have shown moderate increases in his functioning in both spelling and performing more complex arithmetic calculations.

**ATTENTIONAL-BEHAVIORAL FUNCTIONING:**

Emir's mother was administered the Delis Rating of Executive Functions (D-REF) and appeared to be a reliable and accurate informant. Based on her information concerning Emir's behaviors for the previous six months, a computer-generated analysis yielded highly clinically significant elevations in the Core areas of Behavioral Functioning, Emotional Functioning, and Executive Functioning. In addition, Emir's Total Composite was also highly elevated. His T-scores of 82, 72, 76, and 85 placed him at the respective percentile ranks of 99.9%, 99%, 99.5%, and above 99.9% compared to peers. Emir's mother listed the following five items as top stressors:
- Behavior is often out of control.
- Is constantly moving and cannot sit still for long when required.
- Touches or plays with things that he/she was told not to play with.
- Is easily upset when corrected by an adult.
- Has trouble completing tasks like homework and chores.

Children with such elevations have very significant behavioral control problems associated with hyperactivity, impulsivity, and immaturity. They also have low frustration tolerance, poor working memory, poor self-monitoring, and high distractibility.

**SUMMARY AND CONCLUSIONS:**

In summary, Emir Sherrod is a 10-year-old boy with a history of lead exposure, and persistent attentional, cognitive, and learning deficits.

As indicated on the CTMT-2, Emir has a major deficit in executive functioning involving the grapho-motor domain independent of memory. Individuals functioning at this level of deficiency typically experience marked difficulties in utilizing

8

working memory effectively during new cognitive tasks under time constraint.

On the WISC-V, Emir exhibited a major deficit for his age in the Verbal Comprehension domain. His Index score of 78 placed him at the bottom 07% for his chronological age. Emir's Index score of 89 in the Visual Spatial domain placed him at the bottom 23% and his Full Scale IQ of 91 placed him overall at the bottom 27% compared to peers. Emir also displayed major deficits for his age pertaining to his verbal conceptual reasoning, his fund of general knowledge, his ability to conceptualize similarities among pictures of familiar objects, and his short-term visual memory.

It should also be noted that Emir displayed a statistically significant, 22-point discrepancy in his functioning within the Verbal Comprehension domain compared with his much higher functioning in the Fluid Reasoning and Working Memory domains. As shown by Table B6, the 22-point discrepancies occurred in only 5.5% and 7.7% of the normative sample respectively. Emir's 16-point discrepancy between his Verbal Comprehension domain score and his Processing Speed domain score was statistically significant at the .05 level of probability.

Emir also exhibited clinically significant intra-test scatter on several subtests of the WISC-IV. Such a pattern is typically associated with a difficulty in sustaining attention during new cognitive tasks. In the absence of such intra-test scatter, Emir would have scored at the 95% for his age in Matrix Reasoning, at the 75% for his age in Arithmetic, and at the 63% for his age in Vocabulary, Figure Weights, and Information. Emir also showed a very large amount of inter-test scatter on the WISC-V, with scaled scores ranging from 3 to 14. This pattern is typically associated with the presence of a learning disability.

On the Receptive One-Word Picture Vocabulary Test (ROWPVT), Emir attained a standard score of 109, placing him at the 73rd percentile for his age. It is important to note that Emir displayed a large amount of intra-test scatter, indicating a difficulty in sustaining his attention during this test involving receptive vocabulary. In the absence of this scatter, Emir's standard score would have risen 9 points to 118, placing him at the 88% for his age.

As measured by the Woodcock-Johnson, Emir is currently functioning below grade-level in all academic areas. Especially significant is that Emir's reading comprehension is more than

9

two-and-a-half years below grade-level and places him at the bottom 07% compared to peers.

It is also important to note that Emir displayed major deficits in both Humanities and Social Studies knowledge. These scores placed Emir at the bottom 03% and 08% compared to peers and indicate that Emir has significant difficulty in retaining academic information. These scores are also consistent with his scaled score of 4 on the Information subtest of the WISC-V.

Emir is currently functioning more than two years below grade-level in his ability to write short sentences for meaning under time constraint. He is functioning nearly a year-and-a-half below grade-level in performing more complex arithmetic calculations and over a year-and-a-half below grade-level in spelling. Emir's ability in reading decoding is fully a year below grade-level. Emir's three strongest academic areas pertained to Science knowledge, performing simple calculation under time constraint, and reading short sentences for meaning under time constraint; for these three areas Emir showed deficits of four to six months.

It should be noted that Emir displayed a large amount of intra-test scatter on the Woodcock-Johnson subtests, revealing a difficulty in cognition involving previous learning. In the absence of such scatter, Emir would have scored more than six-and-a-half year above grade-level in his Science knowledge, more than four-and-a-half years above grade-level in reading decoding, and more than two-and-a-half years above grade-level in his Social Studies knowledge. Emir would also have shown moderate increases in his functioning in both spelling and performing more complex arithmetic calculations.

On the Beery, Emir attained an age-equivalent of 7 years, 6 months, a deficiency of more than two-and-a-half years, and a corresponding standard score of 85. This score placed him at the bottom 16th percentile for his age in the grapho-motor domain. There was a mild amount of intra-subtest scatter on this test, and therefore, evidence for a somewhat higher capability in the grapho-motor domain. In the absence of scatter, Emir's age-equivalent score would have risen to 8 years, 1 months. His corresponding standard score would have been elevated to 89, placing him at the 35th percentile for his age.

On the Digit Symbol Modalities Test, Emir scored within the mean range for boys of his age. He did not produce any scorable errors. On the Benton Visual Retention Test when copying visual forms, Emir scored within the range for children his age with an

IQ of 85 to 115. When Emir was required immediately to copy comparable visual stimuli when removed from his vision following a 10-second presentation for each stimulus, his performance corresponded to an estimated IQ range of 80 to 94.

As measured by the Delis Rating of Executive Functions with his mother as informant, a computer-generated analysis yielded highly clinically significant elevations in the Core areas of Behavioral Functioning, Emotional Functioning, and Executive Functioning. In addition, Emir's Total Composite was also highly elevated. His T-scores of 82, 72, 76, and 85 placed him at the respective percentile ranks of 99.9%, 99%, 99.5%, and above 99.9% compared to peers. Children with such elevations have very significant behavioral control problems associated with hyperactivity, impulsivity, and immaturity. They also have low frustration tolerance, poor working memory, poor self-monitoring, and high distractibility.

**SUMMARY AND CONCLUSIONS:**

Based on my evaluation and review of records provided, Emir's specific attentional and cognitive deficits are a major cause in producing his learning impairments. Due to Emir's chronological age, these impairments are highly likely to be permanent in nature.

These impairments have already impacted adversely upon Emir's proficiency in reading decoding, reading comprehension, spelling, writing, arithmetic calculations, simple calculations under time constraint, academic knowledge, and related areas. As scholastic demands increase with entry into higher grades, Emir's deficits will increasingly impact negatively upon his proficiency.

Specifically, Emir does not show the ability to achieve twelfth-grade academic proficiency. However, in the absence of his attentional, cognitive, and learning deficits, Emir would have been able to graduate from a four-year community college. He would then have been able to attain employment commensurate with such education.

*Edward Hoffman, Ph.D.*

Edward Hoffman, Ph.D.
Michigan, New York State, and New Jersey Licensed
 Psychologist