**CORRECTED NOTICE OF APPEAL [to] the 6th Circuit Court of Appeals…. Appeal #22-1956 {see Ecf Doc # <u>991</u> in district court FWC case # 17-cv-10164}**

Disabled - Pro Se Appellant, Melvin Jones Jr.'s ALERT to district court Judge - LEVY that is EFFORT to expedite ANY [possible] NOTIFICATION from the 6th Circuit Court of Appeals as to Judicial ERROR…. In ANY of the pending 6th Circuit Court appeals (e.g. <u>which I believe MUST be consolidated</u> {FWC appeals #22-1185, #22-1197, #22-1605, with #22-1754, #22-1756 [and] #22-1903, #22-1904, #22-1956 {with} #22-1976)… so as to AID structural fairness as to the "bellwether trial[s]" and the FWC settlement (e.g. which is the "foundation" of the Bellwether Trial[s] in the first place):

*FROM: Melvin Jones Jr.*

*1935 Hosler St. - Flint, Michigan 48503*

*[and] previous address: 829 Campbell St - Flint, Michigan 48507*

*My assertions herein {e.g. in my CORRECTED notice of Appeal)... should be taken as based upon my recollection, belief, understanding and information:*

*[I] believe that VERY RECENT blood lab results which I literally received yesterday (e.g October 31st, 2022).... Give critical NEW information as to WHY my "episodic cognitive impairment/ communication disability" takes on a condition which I believe I suffered from in elementary school [and] high school for that matter ... which [is]:* <u>**MY HISTORY OF ATTENTION DEFICIT DISORDER [and/ or MILD - AUTISM {e.g. high functioning autism**</u>*.... Worsened by the FWC, such that NOW my IBS medical condition is causing "LOW VITAMIN B" levels... and bringing about some sort of 'worsened attention deficit disorder for [ME]'}.*

*For example, my serious medical conditions are getting the BEST of me --- and [I] thus will NOT be able to VOTE on November 8th, 2022.  Sad, but true.* <u>*And, I was really looking forward to the NEW voter machine which the City of Flint apparently has for seriously vision impaired disabled folk such as myself.*</u>

*NOTE: I believe that {e.g. due to the Flint Poisoned Water Crisis}.... my kidney function has WORSENED [and] my IBS has gotten worse... such that [NOW] my vitamin B12 is LOW.... and which WORSENS my "episodic cognitive impairment" [i.e. episodic communication disability as a result of my history of CVA, Stroke and TIA].*

*Low vitamin B12 can = (i.e. due to the FWC).... Neuropsychiatric disorder is **a blanket medical term that encompasses a broad range of medical conditions that involve both neurology and psychiatry**. Common neuropsychiatric disorders include: seizures. <u>attention deficit disorders. cognitive deficit disorders</u>.*

*See the partial and redacted BLOOD LABS for [ME] which I believe indicate a "LINK" to the FWC as to my aforementioned statements herein.*

*(continued on the NEXT page).....*



*.... And, so — [I] MUST correct my notice of appeal (Ecf Doc. #991) .... To* ALERT to district court Judge -

LEVY that is EFFORT to expedite ANY [possible] NOTIFICATION from the 6th Circuit Court of Appeals as to Judicial ERROR.... In ANY of the pending 6th Circuit Court appeals (e.g. <u>which I believe MUST be consolidated</u> {FWC appeals #22-1185, #22-1197, #22-1605, with #22-1754, #22-1756 [and] #22-1903, #22-1904, #22-1956 {with} #22-1976)... so as to AID structural fairness as to the "bellwether trial[s]" and the FWC settlement (e.g. which is the "foundation" of the Bellwether Trial[s] in the first place):

***That is to say — [here] consolidation (e.g. and SUA SPONTE dismissal of ANY said/ noted be to consolidated appeal by the 6th Circuit Court of Appeals MERITS PANEL... then WILL greatly aid in judicial economy for the Appeals Court, district court and [ME]... and the other 'parties' — to INCLUDE that of possible EARLY resolution of the "2nd bellwether trial" in FWC #17-cv-10164.***   Respectfully,

November 1st, 2022

_____
Melvin Jones Jr. - disabled pro se appellant - interested party