**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Document Relates To:

*Bellwether I Cases*
        Case No. 17-10164

_____/

**JOINT STIPULATION REGARDING SCHEDULING ORDER FOR**
**BELLWETHER I RE-TRIAL**

Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants"), Leo A. Daly Company, Lockwood Andrews & Newnam, P.C., and Lockwood Andrews & Newnam, Inc. (the "LAN Defendants"), and Bellwether I Plaintiffs hereby stipulate and agree to extend certain pre-trial deadlines in the Scheduling Order for the Bellwether I Re-Trial (ECF No. 698) as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Expert Reports + Complete Disclosures | October 21, 2022 | |
| Plaintiffs' Expert Depositions | October 28, 2022 – November 9, 2022 | October 28, 2022 – November 29, 2022 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Defendants' Expert Reports + Complete Disclosures | November 23, 2022 | December 13, 2022 |
| Plaintiffs' Reply Expert Reports | November 30, 2022 | December 20, 2022 |
| Defendants' Reply Expert Reports | December 7, 2022 | December 27, 2022 |
| Defendants' Expert Depositions (shall be limited only to those experts for whom the parties submit new or additional reports) | November 28, 2022 – December 9, 2022 | December 19, 2022 – January 10, 2023 |
| Reply Expert Report Depositions | December 12, 2022 – December 19, 2022 | January 11, 2023 – January 18, 2023 |
| Motions in Limine – Opening Briefs | December 16, 2022 | January 6, 2023 |
| Motions in Limine response | January 4, 2023 | January 25, 2023 |
| Motions in Limine Reply | January 13, 2023 | February 3, 2023 |
| Daubert and Summary Judgment Motions – Opening Briefs | December 21, 2023 | January 20, 2023 |
| Daubert and Summary Judgment Response Briefs | January 11, 2023 | February 10, 2023 |
| Daubert and Summary Judgment Reply Briefs | January 20, 2023 | February 17, 2023 |
| Deadline for parties to submit joint proposed jury questionnaire to the Court and hearing | *We will use Bellwether I questionnaire from previous trial unless the parties agree otherwise. | |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Parties to send 180 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | January 13, 2023 | |
| Jurors Summoned in Court to Answer Questionnaires | TBD (January 18 & 19, 2023) | |
| Parties to submit Joint Final Pretrial Order | January 26, 2023 | |
| Hearing Regarding Excusals Based on Jury Questionnaire Responses | January 31, 2023 at 2:00 p.m. | |
| Deadline for Levy's Chambers to Submit Excusal List (based on questionnaires) to Jury Department | February 10, 2023 | |
| Oral Argument on Daubert Motions | TBD | |
| Oral Argument on Summary Judgment Motions | TBD | |
| Oral Argument on Motions in Limine | TBD | |
| Deposition Designations (due for exchange between parties) | Date to be agreed upon between the parties. | |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | Date to be agreed upon between the parties. | |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court | Minimum of two weeks before witness will be called at trial. | |

3

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Court to Inform Jury Department of Excusals Based on Questionnaires | TBD | |
| Final Pretrial Conference, hearing on motions in limine | February 2, 2023 10:30 a.m. | TBD to a date after the motions in limine are fully briefed. |
| Parties to submit Voir dire Questions, Proposed Preliminary Jury Instructions | February 14, 2023 | |
| Hearing Regarding Misc. Pretrial Matters (if needed) | February 16, 2023 10:30 a.m. | |
| First Day of Trial/Voir Dire | Wednesday, February 22, 2023 8:30 a.m. | |

Respectfully submitted,

CAMPBELL CONROY &                    BUSH SEYFERTH PLLC
O'NEIL, P.C.

/s/ James M. Campbell                     /s/ Cheryl A. Bush
James M. Campbell                          Cheryl A. Bush (P37031)
Alaina N. Devine                           100 W. Big Beaver Road
20 City Square, Suite 300                  Suite 400
Boston, MA  02129                          Troy, MI  48084
(617) 241-3000                             (248) 822-7800
jmcampbell@campbell-trial-lawyers.com      bush@bsplaw.com
adevine@campbell-trial-lawyers.com

*ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING*
*SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH*
*AMERICA, INC.*

/s/Wayne B. Mason                          /s/ Philip A. Erickson
Wayne B. Mason (SBOT 13158950)             Philip A. Erickson (P37081)
Travis S. Gamble (SBOT 00798195)           Patrick Lannen (P73031)
S. Vance Wittie (SBOT 21832980)            John R. Stevenson (P70241))
David C. Kent (SBOT 11316400)              PLUNKETT COONEY
FAEGRE DRINKER BIDDLE &                     101 N. Washington Sq., Ste
REATH LLP                                  1200
1717 Main St., Suite 5400                  Lansing, MI 48933
Dallas TX 75201                            (517) 324-5608
(469) 227-8200                             perickson@plunkettcooney.com
wayne.mason@dbr.com                        plannen@plunkettcooney.com
travis.gamble@dbr.com                      jstevenson@plunkettcooney.com
vance.wittie@dbr.com
david.kent@dbr.com

*ATTORNEYS FOR DEFENDANTS*
*LEO A. DALY COMPANY; LOCKWOOD, ANDREWS &*
*NEWNAM, INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C.*

5

/s/ Corey M. Stern
LEVY KONIGSBERG, LLP
800 Third Avenue, 11th Floor
New York, NY 10022
(212) 605-6200
cstern@levylaw.com

*ATTORNEYS FOR BELLWETHER I PLAINTIFFS*

6