# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Document Relates To:

*Bellwether I Cases*
    Case No. 17-10164

_____/

## CORRECTED JOINT STIPULATION REGARDING SCHEDULING ORDER FOR BELLWETHER I RE-TRIAL

Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants"), Leo A. Daly Company, Lockwood Andrews & Newnam, P.C., and Lockwood Andrews & Newnam, Inc. (the "LAN Defendants"), and Bellwether I Plaintiffs hereby stipulate and agree to extend certain pre-trial deadlines in the Scheduling Order for the Bellwether I Re-Trial (ECF No. 698) as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Expert Reports + Complete Disclosures | October 21, 2022 | |
| Plaintiffs' Expert Depositions | October 28, 2022 – November 9, 2022 | October 28, 2022 – November 29, 2022 |

1

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Defendants' Expert Reports + Complete Disclosures | November 23, 2022 | December 13, 2022 |
| Plaintiffs' Reply Expert Reports | November 30, 2022 | December 20, 2022 |
| Defendants' Reply Expert Reports | December 7, 2022 | December 27, 2022 |
| Defendants' Expert Depositions (shall be limited only to those experts for whom the parties submit new or additional reports) | November 28, 2022 – December 9, 2022 | December 19, 2022 – January 10, 2023 |
| Reply Expert Report Depositions | December 12, 2022 – December 19, 2022 | January 11, 2023 – January 18, 2023 |
| Motions in Limine – Opening Briefs | December 16, 2022 | January 6, 2023 |
| Motions in Limine response | January 4, 2023 | January 25, 2023 |
| Motions in Limine Reply | January 13, 2023 | February 3, 2023 |
| Daubert and Summary Judgment Motions – Opening Briefs | December 21, 2023 | January 20, 2023 |
| Daubert and Summary Judgment Response Briefs | January 11, 2023 | February 10, 2023 |
| Daubert and Summary Judgment Reply Briefs | January 20, 2023 | February 17, 2023 |
| Deadline for parties to submit joint proposed jury questionnaire to the Court and hearing | *We will use Bellwether I questionnaire from previous trial unless the parties agree otherwise. | |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Parties to send 180 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | January 13, 2023 | |
| Jurors Summoned in Court to Answer Questionnaires | TBD (January 18 & 19, 2023) | |
| Parties to submit Joint Final Pretrial Order | January 26, 2023 | |
| Hearing Regarding Excusals Based on Jury Questionnaire Responses | January 31, 2023 at 2:00 p.m. | |
| Deadline for Levy's Chambers to Submit Excusal List (based on questionnaires) to Jury Department | February 10, 2023 | |
| Oral Argument on Daubert Motions | TBD | |
| Oral Argument on Summary Judgment Motions | TBD | |
| Oral Argument on Motions in Limine | TBD | |
| Deposition Designations (due for exchange between parties) | Date to be agreed upon between the parties. | |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | Date to be agreed upon between the parties. | |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court | Minimum of two weeks before witness will be called at trial. | |

3

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Court to Inform Jury Department of Excusals Based on Questionnaires | TBD | |
| Final Pretrial Conference, hearing on motions in limine | February 2, 2023 10:30 a.m. | TBD to a date after the motions in limine are fully briefed. |
| Parties to submit Voir dire Questions, Proposed Preliminary Jury Instructions | February 14, 2023 | |
| Hearing Regarding Misc. Pretrial Matters (if needed) | February 16, 2023 10:30 a.m. | |
| First Day of Trial/Voir Dire | Wednesday, February 22, 2023 8:30 a.m. | |

Respectfully submitted,

| CAMPBELL CONROY & O'NEIL, P.C. | BUSH SEYFERTH PLLC |
|---|---|
| /s/ James M. Campbell | /s/ Cheryl A. Bush |
| James M. Campbell | Cheryl A. Bush (P37031) |
| Alaina N. Devine | 100 W. Big Beaver Road |
| 20 City Square, Suite 300 | Suite 400 |
| Boston, MA 02129 | Troy, MI 48084 |
| (617) 241-3000 | (248) 822-7800 |
| jmcampbell@campbell-trial-lawyers.com | bush@bsplaw.com |
| adevine@campbell-trial-lawyers.com | |

*ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.*

| | |
|---|---|
| /s/Wayne B. Mason | /s/ Philip A. Erickson |
| Wayne B. Mason (SBOT 13158950) | Philip A. Erickson (P37081) |
| Travis S. Gamble (SBOT 00798195) | Patrick Lannen (P73031) |
| S. Vance Wittie (SBOT 21832980) | John R. Stevenson (P70241)) |
| David C. Kent (SBOT 11316400) | PLUNKETT COONEY |
| FAEGRE DRINKER BIDDLE & REATH LLP | 101 N. Washington Sq., Ste 1200 |
| 1717 Main St., Suite 5400 | Lansing, MI 48933 |
| Dallas TX 75201 | (517) 324-5608 |
| (469) 227-8200 | perickson@plunkettcooney.com |
| wayne.mason@dbr.com | plannen@plunkettcooney.com |
| travis.gamble@dbr.com | jstevenson@plunkettcooney.com |
| vance.wittie@dbr.com | |
| david.kent@dbr.com | |

*ATTORNEYS FOR DEFENDANTS
LEO A. DALY COMPANY; LOCKWOOD, ANDREWS & NEWNAM, INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C.*

/s/ Corey M. Stern
LEVY KONIGSBERG, LLP
800 Third Avenue, 11th Floor
New York, NY 10022
(212) 605-6200
cstern@levylaw.com

*ATTORNEYS FOR BELLWETHER I PLAINTIFFS*