UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 28, 2022
DEBORAH S. HUNT, Clerk

No. 22-1903

In re: FLINT WATER CASES

---

LEANNE WALTERS, et al.,

    Plaintiffs,

and

MELVIN JONES, JR.,

    Interested Party - Appellant

v.

CITY OF FLINT, MI et al.,

    Defendants.

Before: GUY, SUHRHEINRICH, and STRANCH, Circuit Judges.

**JUDGMENT**

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk