# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| In re Flint Water Cases. | Judith E. Levy |
| _____/ | United States District Judge |
| This Order Relates To: | |
| Bellwether III Case No. 17-10164 | |
| _____/ | |

## JOINT STIPULATION REGARDING SCHEDULING ORDER FOR BELLWETHER III TRIAL

Bellwether III Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants"), Leo A. Daly Company, Lockwood Andrews & Newnam, P.C., and Lockwood Andrews & Newnam, Inc. (the "LAN Defendants"), hereby stipulate and agree to extend certain pre-trial deadlines in the Scheduling Order for the Bellwether III Trial (ECF No. 862) as follows:

| **Event** | **Current Deadline/ Date Range** | **Deadline/ Date Range** |
|---|---|---|
| Completion of any Remaining Merits Discovery | September 2, 2022 to November | October 2, 2022 to December |

|  | 18, 2022 | 18, 2022 |
|---|---|---|
| Plaintiffs' Expert Reports + Complete Disclosures | December 2, 2022 | January 3, 2023 |
| Plaintiffs' Expert Depositions and Defendants' IMEs of Plaintiffs (if needed) | December 16, 2022 to January 13, 2023 | January 16, 2023 to February 13, 2023 |
| Defendants' Expert Reports + Complete Disclosures | February 15, 2023 | March 15, 2023 |
| Plaintiffs' Reply Expert Reports | March 3, 2023 | April 3, 2023 |
| Defendants' Reply Expert Reports | March 16, 2023 | April 16, 2023 |
| Defendants' Expert Depositions (shall be limited only to those experts for whom the parties submit new or additional reports) | April 3, 2023 to April 25, 2023 | May 3, 2023 to May 25, 2023 |
| Reply Expert Report Depositions | April 25, 2023 to May 2, 2023 | May 25, 2023 to June 2, 2023 |
| Daubert and Summary Judgment Motions—Opening Briefs | May 19, 2023 | June 19, 2023 |
| Daubert and Summary Judgment Response Briefs | June 23, 2023 | July 23, 2023 |
| Daubert and Summary Judgment Reply Briefs | July 7, 2023 | August 7, 2023 |
| Motions in Limine—Opening Briefs | November 6, 2023 | November 6, 2023 |

| | | |
|---|---|---|
| Deadline for parties to submit joint proposed jury questionnaire to the Court and hearing | TBD | TBD |
| Deadline for Parties to send 250 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | TBD | TBD |
| Plaintiffs to Submit to Defendants Draft Joint Pretrial Order (includes witness list and exhibit list) | March 10, 2023 | March 10, 2023 |
| Jurors Summoned in Court to Answer Questionnaires | TBD | TBD |
| Hearing Regarding Excusals Based on Jury Questionnaire Responses | TBD | TBD |
| Motions in Limine Response Briefs | November 20, 2023 | November 20, 2023 |
| Motions in Limine Reply Briefs | November 29, 2023 | November 29, 2023 |
| Oral Argument on Daubert Motions | TBD | TBD |
| Defendants to Submit to Plaintiffs Draft Joint Pretrial Order (includes witness list and exhibit list) and engage in meet and confer | November 24, 2023 | November 24, 2023 |
| Oral Argument on Summary Judgment Motions | TBD | TBD |

| | | |
|---|---|---|
| Oral Argument on Motions in Limine | TBD | TBD |
| Deposition Designations (due for exchange between parties) | TBD | TBD |
| Parties to submit Voir Dire Questions, Proposed Preliminary Jury Instructions | December 4, 2023 | December 4, 2023 |
| Parties to submit Joint Final Pretrial Order | December 8, 2023 | December 8, 2023 |
| Objections to Deposition Designations and Counter Designations (due for exchange between parties) | TBD | TBD |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court | TBD | TBD |
| Deadline for Court to Inform Jury Department of Excusals Based on Questionnaires | TBD | TBD |
| Final Pretrial Conference, hearing on motions in limine | December 18, 2023 10:30 am | December 18, 2023 10:30 am |
| Hearing Regarding Misc. Pretrial Matters (if needed) | January 9, 2024 10:30 am | January 9, 2024 10:30 am |
| First Day of Trial/Voir Dire | January 10, 2024 8:30 a.m. | January 10, 2024 8:30 a.m. |

Respectfully submitted,

/s/ Corey M. Stern
Corey M Stern
Melanie Daly
LEVY KONIGSBERG, LLP
605 3rd Ave 33rd floor,
New York, NY 10158
New York, NY 10022
(212) 605-6200
cstern@levylaw.com
Mdaly@levylaw.com

/s/ Patrick J. Lanciotti
Patrick J. Lanciotti
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

***ATTORNEYS FOR BELLWETHER III PLAINTIFFS***

CAMPBELL CONROY & O'NEIL, P.C.

/s/ James M. Campbell
James M. Campbell
Alaina N. Devine
20 City Square, Suite 300
Boston, MA 02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
adevine@campbell-trial-lawyers.com

BUSH SEYFERTH PLLC

/s/ Cheryl A. Bush
Cheryl A. Bush (P37031)
100 W. Big Beaver Road Suite 400
Troy, MI 48084
(248) 822-7800
bush@bsplaw.com

***ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.***

| | |
|---|---|
| /s/Wayne B. Mason<br>Wayne B. Mason (SBOT 13158950)<br>Travis S. Gamble (SBOT 00798195)<br> S. Vance Wittie (SBOT 21832980)<br>David C. Kent (SBOT 11316400)<br>FAEGRE DRINKER BIDDLE &<br>REATH LLP<br>1717 Main St., Suite 5400<br>Dallas TX 75201<br>(469) 227-8200<br>wayne.mason@dbr.com<br>travis.gamble@dbr.com<br>vance.wittie@dbr.com<br>david.kent@dbr.com | /s/ Philip A. Erickson<br>Philip A. Erickson (P37081) Patrick Lannen (P73031)<br>John R. Stevenson (P70241))<br>PLUNKETT COONEY<br>101 N. Washington Sq., Ste 1200<br>Lansing, MI 48933<br>(517) 324-5608<br>perickson@plunkettcooney.com<br>plannen@plunkettcooney.com<br>jstevenson@plunkettcooney.com |

***ATTORNEYS FOR DEFENDANTS***
***LEO A. DALY COMPANY; LOCKWOOD, ANDREWS & NEWNAM, INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C.***