Case No. 22-2083

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: FLINT WATER CASES

-------------------------------

LEANNE WALTERS, et al

      Plaintiffs

 and

MELVIN JONES, JR.

      Interested Party - Appellant

v.

CITY OF FLINT, MI, et al

      Defendants

   This appeal being duplicative of Case No. 22-2040, it is hereby **DISMISSED**.

                                **ENTERED PURSUANT TO RULE 45(a),**
                                **RULES OF THE SIXTH CIRCUIT**
                                Deborah S. Hunt, Clerk

Issued: December 06, 2022

## United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 12/06/2022.

**Case Name:** Leanne Walters, et al v. City of Flint, MI, et al
**Case Number:** 22-2083

**Docket Text:**
ORDER filed to dismiss as a duplicate appeal of case number 22-2040. 6th Cir. R. 45(a)(8). No mandate to issue.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Melvin Jones Jr.
1935 Hosler Street
Flint, MI 48503

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix