# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases | Judith E. Levy<br>United States District Judge |
| | / |

This Filing Relates to:

WALTERS *et al.*, v. CITY OF FLINT *et al.*
Case No. 17-10164

MEEKS *et al.* v. UNITED STATES
Case No. 19-13359

_____/

## JOINT STIPULATION REGARDING MOTION TO DISMISS

Plaintiffs and Defendant, the United States of America, hereby stipulate as follows:

1. Pursuant to Section VII of the Scheduling Order for *Meeks v. United States* (ECF No. 976, PageID.69792), the United States of America moved this Court to dismiss the claims of the 350 adult Meeks Plaintiffs, arguing that they failed to exhaust administrative remedies (ECF No. 1027).

2. Per the Court's Local Rule 7.1(e)(A), Plaintiffs' response in opposition ("Response") is due January 3, 2023.

3. Per the Court's Local Rule 7.1(e)(B), the United States of America's reply ("Reply") is due within 14 days after service of Plaintiffs' Response.

4. As such, the parties stipulate to and request:

    a. Plaintiffs shall file their Responses no later than January 23, 2022.

    b. Defendants may file its Reply 21 days after service of Plaintiffs' Response.

Respectfully submitted,

| | |
|---|---|
| /s/ Corey M. Stern | s/ Eric A. Rey |
| Corey M Stern | ERIC A. REY (DC Bar # 988615) |
| Melanie Daly | Trial Attorneys, Torts Branch |
| LEVY KONIGSBERG, LLP | Environmental Tort Litigation 175 N |
| 605 3rd Ave 33rd floor, | Street, N.E. |
| New York, NY 10158 | Washington, DC 20002 |
| New York, NY 10022 | e-mail: eric.a.rey@usdoj.gov |
| (212) 605-6200 | phone: 202-616-4224 |
| cstern@levylaw.com | |
| Mdaly@levylaw.com | |
| | |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |