**NOT RECOMMENDED FOR PUBLICATION**

No. 22-1976

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

Dec 21, 2022
DEBORAH S. HUNT, Clerk

| | | |
|---|---|---|
| In re: FLINT WATER CASES | ) | |
| | ) | |
| | ) | |
| | ) | |
| LEANNE WALTERS, et al., | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| Plaintiffs, | ) | STATES DISTRICT COURT FOR |
| | ) | THE EASTERN DISTRICT OF |
| and | ) | MICHIGAN |
| | ) | |
| MELVIN JONES, JR., | ) | |
| | ) | |
| Interested Party – Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF FLINT, MI, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

O R D E R

Before:  GUY, SUHRHEINRICH, and STRANCH, Circuit Judges.

This matter is before the court upon initial consideration of appellate jurisdiction.

In November 2021, Melvin Jones, Jr., a pro se Michigan resident, began submitting numerous filings in the ongoing Flint Water Class Action.  Eventually, the district court enjoined Jones from further filings absent leave of court.  The district court later modified the injunction to

No. 22-1976

- 2 -

exclude notices of appeal.  The present appeal originates from Jones's notice of appeal of the district court's October 26, 2022, order denying an emergency motion for sanctions against Plaintiffs' counsel filed by Veolia Water North America Operating Services, Veolia North America, Inc., and Veolia North America, LLC.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, certain interlocutory orders, 28 U.S.C. § 1292, and collateral orders.  *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949); *see also Anderson v. Roberson*, 249 F.3d 539, 542-43 (6th Cir. 2001).  The district court's October 26, 2022, order denying sanctions is not a final order because it does not resolve the merits of any claims.  *See Midland Asphalt Corp. v. United States*, 489 U.S. 794, 798 (1989).  Nor is the order immediately appealable under the "collateral order" doctrine.  *See Haskell v. Washington Township*, 891 F.2d 132, 133 (6th Cir. 1989).

We therefore **DISMISS** Jones's appeal for lack of appellate jurisdiction.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 12/21/2022.

**Case Name:** Leanne Walters, et al v. City of Flint, MI, et al
**Case Number:** 22-1976

**Docket Text:**
ORDER filed to dismiss case for lack of jurisdiction. No mandate to issue, decision not for publication. Ralph B. Guy, Jr., Richard F. Suhrheinrich, and Jane Branstetter Stranch, Circuit Judges.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Melvin Jones Jr.
1935 Hosler Street
Flint, MI 48503

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix