# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 13, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Ann Arbor
P.O. Box 8199
Ann Arbor, MI 48107-0000

Re: Case No. 22-1358, *In re: Leanne Walters, et al v. Howard Croft, et al*
Originating Case No. : 5:17-cv-10164

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Austin D. Tyree
for Amy Gigliotti, Case Management Specialist

cc: Mr. Timothy S. Bishop
Ms. Melanie P. Daly
Mr. Michael E. Lackey Jr.
Mr. Minh Nguyen-Dang
Mr. Alexander Stephen Rusek
Mr. Corey M. Stern
Mr. Sherman Vance Wittie

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-1358

_____

Filed: January 13, 2023

In re: FLINT WATER CASES

-------------------------------

LEE-ANNE WALTERS, et al

        Plaintiffs

and

E.S., A.T., R.V., D.W.

        Plaintiffs - Appellees

v.

RICHARD DALE SNYDER [22-1353]
DARNELL EARLEY [22-1353]
RICHARD BAIRD [22-1357]
HOWARD D. CROFT [22-1358]
GERALD AMBROSE [22-1360]

        Defendants - Appellants

VEOLIA NORTH AMERICA, LLC; VEOLIA NORTH AMERICA, INC.; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC; LOCKWOOD, ANDREWS & NEWMAN, P.C.; LOCKWOOD, ANDREWS & NEWMAN, INC.; LEO A. DALY COMPANY

        Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 11/08/2022 the mandate for this case hereby issues today.

COSTS: None