# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases | Judith E. Levy <br> United States District Judge / |
| This Filing Relates to: <br><br> WALTERS *et al.*, v. CITY OF FLINT *et al.* <br> Case No. 17-10164 <br><br> MEEKS *et al.* v. UNITED STATES <br> Case No. 19-13359 | / |

## JOINT STIPULATION REGARDING MOTION TO DISMISS

Plaintiffs and Defendant, the United States of America, hereby stipulate as follows:

1. Pursuant to Section VII of the Scheduling Order for *Meeks v. United States* (ECF No. 976, PageID.69792), the United States of America moved this Court to dismiss the claims of the 350 adult Meeks Plaintiffs, arguing that they failed to exhaust administrative remedies (ECF No. 1027).

2. On, December 14, 2022, the parties stipulated to and requested extensions for Plaintiffs' response ("Response") and Defendant's reply ("Reply").

1

3. On December 21, 2022, the Court granted the stipulation and directed Plaintiffs' Response filed by January 23, 2023 and Defendant's Reply 21 days after service of Plaintiffs' Response.

4. At this time, the parties stipulate to and request additional time:

    a. Plaintiffs shall file their Response no later than February 22, 2023.

    b. Defendants may file its Reply 21 days after service of Plaintiffs' Response.

Respectfully submitted,

/s/ Corey M. Stern
Corey M Stern
Melanie Daly
LEVY KONIGSBERG, LLP 605 3rd Ave 33rd floor, New York, NY 10158 New York, NY 10022 (212) 605-6200 cstern@levylaw.com
Mdaly@levylaw.com

s/ Eric A. Rey
ERIC A. REY (DC Bar # 988615)
Trial Attorneys, Torts Branch Environmental Tort Litigation 175 N Street, N.E.
Washington, DC 20002
e-mail: eric.a.rey@usdoj.gov
phone: 202-616-4224

***ATTORNEYS FOR PLAINTIFFS***            ***ATTORNEYS FOR DEFENDANT***

2