UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

17-10164 *Walters v. Flint, et al.*

_____/

## ORDER REGARDING JEFFREY WRIGHT'S MOTION FOR JUDGMENT OF DISMISSAL [1049]

Jeffrey Wright filed a motion for judgment of dismissal on the docket in this case, which is identical to the motion filed in Case No. 16-10444. (ECF No. 1049; see also Case No. 16-10444 ECF No. 2324.) The Court granted Mr. Wright's motion in Case No. 16-10444, and a Judgment has been entered. Pursuant to the Order of Consolidation, the Judgment entered in Case No. 16-10444 applies to all cases where Mr. Wright is a Defendant. This motion is, accordingly, moot.

IT IS SO ORDERED.

Dated: February 1, 2023
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 1, 2023.

                                              s/William Barkholz
                                              WILLIAM BARKHOLZ
                                              Case Manager