UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEEANNE WALTERS, et al.

    Plaintiffs,

v.

CITY OF FLINT, et al.
    Defendants

Case No. 5:17-cv-10164-JEL
Honorable Judith E. Levy

### MOTION OF CHRISTOPHER WELD, JR. TO WITHDRAW APPEARANCE AS COUNSEL FOR DEFENDANTS VEOLIA WATER NORTH AMERICA OPERATING SERVICES LLC, VEOLIA NORTH AMERICA, INC., AND VEOLIA NORTH AMERICA LLC

    I, Christopher Weld, Jr., hereby move pursuant to Local Rule 83.25(b) for an order permitting me to withdraw my appearance as one of the several counsel of record in this matter for the defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (collectively the "VNA Defendants"). I have retired from the practice of law effective December 31, 2022.  There will remain several others that will remain counsel of record for the VNA Defendants. My withdrawal will therefore have no adverse effect on the quality of the VNA Defendants' representation and will cause no delay in the litigation or otherwise adversely affect it.

I therefore request that this motion for an order authorizing my withdrawal of my appearance in this action be allowed as promptly as possible.

        Respectfully submitted,

/s/ Christopher Weld, Jr.
Christopher Weld, Jr. (MA BBO No. 522230)
Todd & Weld LLP
One Federal Street
Boston, MA 02110
617-720-2626
cweld@toddweld.com

## CERTIFICATE OF SERVICE

I, Christopher Weld, Jr., one of the counsel of record for the VNA defendants, certify that I served the within Motion of to Withdraw Appearance as Counsel for Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc. and Veolia North America LLC, on February 18, 2023, by causing it to be e-filed through the Court's CM/ECF electronic filing system which will automatically deliver electronic copies of it to counsel of record for all parties to have appeared in In re Flint Water Cases.

/s/ Christopher Weld, Jr.
Christopher Weld, Jr. (MA BBO No. 522230)
cweld@toddweld.com