UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases                                    Judith E. Levy
                                                             United States District Judge
_____/

This Document Relates to:

WALTERS *et al*., v. CITY OF FLINT *et al*.,
Case No. 17-10164

MEEKS *et al*., v. UNITED STATES,
Case No. 19-13359
_____/

## JOINT STIPULATION REGARDING SCHEDULING ORDER FOR *MEEKS V. UNITED STATES*

Plaintiffs and Defendant, the United States of America, hereby stipulate as follows:

1. On January 25, 2023, the Special Master randomly selected forty (40) Plaintiffs on the Census, resulting in the selection of a random sample of Plaintiffs ("Disclosure Group" or "Disclosure Group Plaintiff").

2. Pursuant to the Scheduling Order [ECF No. 976], Plaintiffs were scheduled to provide the United States a completed Plaintiff's Fact Sheet and additional documents specified in § I-C(1) for each Disclosure Group Plaintiff by May 26, 2023.

1

3. At this time, the parties stipulate to and request for this deadline to be extended by one-hundred and twenty (120) days, until September 13, 2023.

Dated: May 26, 2023

Respectfully submitted,

*s/ Corey M. Stern*
Corey M. Stern
John Guinan
Melanie Daly
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, NY 10158
Phone: (212) 605-6298
Fax: (212) 605-6290
E-mail: cstern@levylaw.com

**Counsel for Plaintiffs**

*s/ Michael L. Williams*

Michael L. Williams (DC Bar #471618)
Jason T. Cohen (ME Bar #004465)
Eric Rey (DC Bar #988615)
Timothy B. Walthall (MA Bar #515460)
Daniel C. Eagles (DC Bar #1035048)
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch, Environmental Tort Litigation
175 N Street, NE
Washington, DC 20002
E-mail:michael.l.williams@usdoj.gov
Phone: 202-307-3839
Fax: 202-616-4473

**Counsel for United States**

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

*s/ Melanie Daly*
Melanie Daly
