UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases                                                   Judith E. Levy
                                                                            United States District Judge
_____/

This Document Relates to:

WALTERS *et al*., v. CITY OF FLINT *et al*.,
Case No. 17-10164

MEEKS *et al*., v. UNITED STATES,
Case No. 19-13359
_____/

**JOINT STIPULATION REGARDING SCHEDULING ORDER
FOR *MEEKS V. UNITED STATES***

Plaintiffs and Defendant, the United States of America, hereby stipulate as follows:

1. On January 25, 2023, the Special Master randomly selected forty (40) Plaintiffs on the Census, resulting in the selection of a random sample of Plaintiffs ("Disclosure Group" or "Disclosure Group Plaintiff").

2. Pursuant to the Scheduling Order [ECF No. 976], § C(1), Plaintiffs were scheduled to provide the United States a completed Plaintiff's Fact Sheet ("Fact Sheet Deadline") for each Disclosure Group Plaintiff by May 26, 2023.

3. On May 26, 2023, the parties entered into a *JOINT STIPULATION RE SCHEDULING ORDER FOR MEEKS V. UNITED STATES,* extending the Fact Sheet Deadline by another one-hundred and twenty (120) days.

4. At this time, the parties stipulate to and request for this deadline to be further extended by forty-five (45) days, until Thursday, November 16, 2023.

Dated: August 25, 2023					Respectfully submitted,

*s/ Corey M. Stern*
Corey M. Stern
John Guinan
Melanie Daly
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, NY 10158
Phone: (212) 605-6298
Fax: (212) 605-6290
E-mail: cstern@levylaw.com

*Counsel for Plaintiffs*

*s/ Michael L. Williams*
Michael L. Williams
Trial Attorney
United States Department of Justice, Civil Division
Environmental Tort Litigation
P.O. Box 340, Ben Franklin Station
Washington, D.C.  20044
Phone: (202) 307-3839
Fax: (202) 616-4473
Email: Michael.L.Williams@usdoj.gov

*Counsel for United States*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2023, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

<u>s/ Melanie Daly</u><br>Melanie Daly