## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re* Flint Water Cases

Judith E. Levy
United States District Judge

_____/

This Document Relates to:

*WALTERS et al., v. CITY OF FLINT et al.*,
Case No. 17-10164

*MEEKS et al., v. UNITED STATES*,
Case No. 19-13359

_____/

## JOINT STIPULATION REGARDING SCHEDULING ORDER
## FOR *MEEKS V. UNITED STATES*

Plaintiffs and Defendant, the United States of America, hereby stipulate as follows:

1. On January 25, 2023, the Special Master selected forty (40) Plaintiffs, thereby forming the Plaintiffs Disclosure Group.

2. On November 16, 2023, pursuant to the Joint Stipulation **[ECF No. 1066]**, Plaintiffs provided the United States with Fact Sheets for each Disclosure Group Plaintiff.

3. On December 7, 2023, the United States notified Plaintiffs' counsel of deficiencies within the Plaintiff's Facts Sheets.

1

4. Pursuant to the Scheduling Order **[ECF No. 976]**, Plaintiffs' counsel shall cure the insufficiencies to the extent possible within thirty days.

5. At this time, the parties stipulate to and request for this deadline to be extended by ninety (90) days, until April 8, 2024.

Dated: December 13, 2023               Respectfully submitted,

*s/ Corey M. Stern*
Corey M. Stern
Melanie Daly
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, NY 10158
Phone: (212) 605-6298
E-mail: cstern@levylaw.com
***Counsel for Plaintiffs***

 *s/ Michael L. Williams*
Jason T. Cohen (ME Bar #004465)
Michael L. Williams (DC Bar #471618)
Eric Rey (DC Bar #988615)
Timothy B. Walthall (MA Bar #515460)
Daniel C. Eagles (DC Bar #1035048)
Trial Attorneys
United States Department of Justice
Civil Division, Torts
Branch Environmental
Tort Litigation
175 N Street, NE
Washington, DC
20002
E-mail: Jason.T.Cohen@usdoj.gov
Phone: 202-514-0335
Fax: 202-616-4473
***Counsel for United States***

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2023, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

_s/ Melanie Daly_____
Melanie Daly