# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| WALTERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FLINT, et al., <br><br> Defendants. | Case No. 5:17-cv-10164-JEL-KGA <br><br> Hon. Judith E. Levy <br> Magistrate Judge Kimberly G. Altman |

**MOTION TO WITHDRAW CHRISTOPHER C. MUHA AS COUNSEL FOR DEFENDANTS VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC; VEOLIA NORTH AMERICA, INC.; AND VEOLIA NORTH AMERICA, LLC**

Pursuant to Local Rule 83.25, Christopher C. Muha of KaiserDillon PLLC files this Motion to Withdraw as counsel for Defendants Veolia Water North America Operating Services, LLC; Veolia North America, Inc.; and Veolia North America, LLC.  In support of that motion, Mr. Muha states as follows:

1. Effective January 1, 2024, Mr. Muha will be practicing at a new firm.

2. The Defendants whom Mr. Muha represents in this matter will continue to be represented by Matthew G. Kaiser of KaiserDillon PLLC, and by several attorneys from multiple other law firms.

3. Mr. Muha's withdrawal will therefore have no adverse effect on the quality of those Defendants' representation and will cause no delay in the litigation or otherwise adversely affect it.

WHEREFORE, Mr. Muha respectfully requests that his Motion to Withdraw be granted.

Respectfully submitted,

DATED: December 20, 2023

/s/ Christopher C. Muha
Christopher C. Muha
KAISERDILLON PLLC
1099 14th Street NW, 8th Floor West
Washington, DC 20005
T: (202) 640-2850
F: (202) 280-1034
cmuha@kaiserdillon.com

*Attorney for Defendants Veolia Water North America Operating Services, LLC; Veolia North America, Inc.; and Veolia North America, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2023, I caused the foregoing to be served upon counsel of record through the Court's EM/ECF system.

                                            /s/ Christopher C. Muha
                                            Christopher C. Muha