UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| LEEANNE WALTERS, et al., | No. 5:17-cv-10164-JEL-MKM |
| Plaintiffs, | Hon. Judith E. Levy |
| v. | |
| CITY OF FLINT, et al., | |
| Defendants. | |

_____/

## MOTION TO WITHDRAW BRIAN P. LENNON AND CHARLES R. QUIGG AS COUNSEL FOR NONPARTY RICHARD SNYDER

Brian P. Lennon and Charles R. Quigg respectfully request this Court enter an order under Local Rule 83.25 granting them permission to withdraw as counsel for nonparty former Governor Richard Snyder. In support of this motion, Messrs. Lennon and Quigg state:

1. Governor Snyder has consented to Messrs. Lennon's and Quigg's withdrawal as his counsel in the above-captioned matter in all capacities.

2. Governor Snyder will continue to be represented in the above-captioned matter by Assistant Attorney General Margaret Bettenhausen of the Michigan Department of Attorney General. Assistant Attorney General Bettenhausen is admitted to practice in the Eastern District of Michigan and is an active member of the State Bar of Michigan.

3. This withdrawal will have no adverse effect on the quality of Governor Snyder's representation and will cause no delay in the litigation or otherwise adversely affect it.

Messrs. Lennon and Quigg therefore respectfully request that this Court grant them permission to withdraw as counsel for nonparty former Governor Richard Snyder. A proposed order is attached hereto as **Exhibit A**.

| Dated: January 22, 2024 | Respectfully submitted, |
|---|---|
| */s/ Brian P. Lennon (w/permission)*<br>Brian P. Lennon<br>WARNER NORCROSS + JUDD LLP<br>150 Ottawa Avenue NW, Suite 1500<br>Grand Rapids, MI 49503<br>616.752.2000<br>blennon@wnj.com | */s/ Charles R. Quigg*<br>Charles R. Quigg<br>WARNER NORCROSS + JUDD LLP<br>150 Ottawa Avenue NW, Suite 1500<br>Grand Rapids, MI 49503<br>616.752.2000<br>cquigg@wnj.com |

29908522

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2024, I electronically filed the foregoing using the CM/ECF system, which will electronically notify all counsel of record of such filing.

                                            */s/ Charles R. Quigg*
                                            Charles R. Quigg