# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases            Hon. Judith E. Levy
                                                    United States District Judge

_____/

This Document Relates to:

WALTERS *et al.,* v. CITY OF FLINT *et al.,*
Case No. 17-10164

MEEKS *et al.,* v. UNITED STATES,
Case No. 19-13359

_____/

## JOINT STIPULATION REGARDING SUPPLEMENTAL DISCLOSURE GROUP OF PLAINTIFFS FOR *MEEKS V. UNITED STATES*

Plaintiffs and Defendant, the United States of America, hereby stipulate as follows:

1. At this point, Plaintiffs have supplied Defendants with twenty-five (25) Plaintiff Fact Sheets. Those fact sheets are cured and complete, resulting in a current Disclosure Group of twenty-five (25) Plaintiffs.

2. Pursuant to the Court's current Scheduling Order (ECF No. 976), the Disclosure Group should be further supplemented in accordance with the procedures set forth in Section I (C)(2).

3. The Parties agree to modify that procedure as follows:

a. The Special Master will select an additional twenty (20) Plaintiffs from the Census Group. Plaintiffs' counsel will work with this group of twenty (20) with the goal of acquiring an additional ten (10) complete Plaintiff Fact Sheets, resulting in a final Disclosure Group of thirty-five (35) Plaintiffs.

b. Plaintiffs will have one hundred and twenty (120) days from the date of selection to provide the above-mentioned fact sheets to the United States.

Dated: May 30, 2024

*s/ Corey M. Stern*
Corey M. Stern
Melanie Daly
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, NY 10158
212 605-6298
cstern@levylaw.com

Respectfully submitted,

*s/ Timothy B. Walthall*
Timothy B. Walthall
Heidy Gonzalez
Trial Attorneys
U.S. Department of Justice
Civil Division,
Environmental Torts
1100 L Street, NW
Washington, DC 20005
timothy.walthall@usdoj.gov

**Counsel for Plaintiffs**

**Counsel for United States**

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2024, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

*s/ COREY M. STERN*
Corey M. Stern
