## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re FLINT WATER CASES | Case No. 5:16-cv-10444-JEL-MKM |
| LEEANN WALTERS, et al., *Plaintiffs,* v. CITY OF FLINT, et al., *Defendants.* | Case No. 5:17-cv-10164-JEL-MKM |

### NOTICE OF APPEARANCE

TO:  Clerk of the United States District Court for the Eastern District of Michigan and All Counsel of Record

Please enter my appearance as counsel of record for the defendants Veolia North America, LLC, Veolia North America, Inc. and Veolia Water North America Operating Services, LLC.

Dated: August 27, 2024

/s/ Gina M. Aiello
Gina M. Aiello
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606
(312) 701-7030
gaiello@mayerbrown.com

Attorney for VNA Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification to all counsel of record that have appeared in this case.

                                                    /s/ Gina M. Aiello