UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases

Hon. Judith E. Levy
United States District Judge

_____/

This Document Relates to:

WALTERS *et al.,* v. CITY OF FLINT *et al.,*
Case No. 17-10164

MEEKS *et al.,* v. UNITED STATES,
Case No. 19-13359

_____/

### JOINT STIPULATION REGARDING *MEEKS V. UNITED STATES*

The *Meeks* Plaintiffs and Defendant, the United States of America, hereby stipulate as follows:

1. The current *Meeks* scheduling order (ECF No. 976) instructs the Parties to submit a proposed pre-trial scheduling order and Rule 35 procedure within 30 days of when the "Discovery Group" of Plaintiffs is chosen. The Discovery Group of Plaintiffs was chosen on Thursday, December 13, 2024, and so, the deadline for submitting the proposed order would have been Monday, January 13, 2025.

1

2. On January 10, 2024, Plaintiffs and the United States of America met and conferred on Plaintiffs' proposal for a process that would streamline the schedule for the *Meeks* trial.

3. To permit time for the Parties to further discuss this matter, the Parties jointly request a 30-day extension of the above-mentioned deadline to Wednesday, February 12, 2025.

4. If the Parties are not able to come to an agreement on the proposal, the Parties will reach out to the Court on the matter before the new February 12 deadline.

Dated: January 14, 2024

Respectfully submitted,

*s/ Corey M. Stern*
Corey M. Stern
Melanie Daly
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, NY 10158
212 605-6298
cstern@levylaw.com

**Counsel for Plaintiffs**

*s/ Jason T. Cohen*
Jason T. Cohen
Tim Walthall
Daniel C. Eagles
Heidy L. Gonzalez
Jewel M. Lightfoot, IV
Michelle T. Domingue, II
Trial Attorneys
U.S. Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
1100 L Street, NW
Washington, DC 20005
Jason.T.Cohen@usdoj.gov
202-514-0335

**Counsel for United States**

# CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

*s/ Melanie Daly*
MELANIE DALY
